

**ABC**

ALL ENQUIRIES TO:
Accounts Payable
GPO Box 9994, Adelaide SA 5001, Australia
Email: payments.overseas@abc.net.au

AUSTRALIAN BROADCASTING CORPORATION
85 North East Road, Collinswood SA 5081, Australia
ABN 52 429 278 345

| | |
|---|---|
| Phone: | (08) 8343 4061 |
| Phone International: | +61 8 8343 4061 |
| Fax: | (08) 8343 4011 |
| Fax International: | +61 8 8343 4011 |

SULLIVAN, JOHN
213 CIVIC CENTER DRIVE APT 169
SANDY UT  84070
USA

| | |
|---|---|
| PAYMENT | 3601195987 |
| DATE | 02/12/2021 |
| VENDOR | 509497 |
| PAGE | 1  OF  1 |

## Remittance Advice

| Your Invoice No. | Purch. Ord. No. | Our Invoice No. | Date | Net Amount | Cur |
|---|---|---|---|---|---|
| 1004<br>Withholding Tax | | 3501403431 | 01/27/2021 | 2,500.00<br>125.00 - | USD |

**Total amount deposited to your nominated bank account**
To be retained by the payee for taxation purposes.

*********2,375.00  USD

## NON-EXCLUSIVE LICENSE AGREEMENT

Licensor: **John Sullivan**
Email Address: 213 Civic Center Drive Apt 169 Sandy Utah 84070
Business Address:
City/State: Sandy, Utah
Telephone Number: 8013861049

This Agreement is made and entered into this on **6th day of January,2021**, by and between Licensor and Cable News Network, Inc. ("CNN").

1. GRANT OF RIGHTS. For Thirty Five Thousand dollars ($35,000), the receipt and sufficiency of which are hereby acknowledged, Licensor hereby grants to CNN a non-exclusive license to use the materials described as follows: **'Eyewitness video of the shooting at Capitol Hill 01/06/2021"** (collectively, the "Materials") for use in accordance with the terms of this Agreement. The license granted hereunder includes the perpetual, worldwide right to edit, telecast, rerun, reproduce, use, print and otherwise exploit the Materials, or any portion thereof in any manner and in any medium or forum, whether now known or hereafter devised, excluding distribution to affiliates worldwide. The license is granted for usage starting on **January 6, 2021 until January 13, 2021.**

2. REPRESENTATIONS AND WARRANTIES. Licensor represents and warrants to CNN that Licensor has the full legal right, power and authority to grant to CNN the license provided for herein, that it owns or controls the complete exhibition and other rights to the Materials for the purposes contemplated in this Agreement and that neither the Materials nor the exercise of the rights granted herein shall infringe upon or violate the right of privacy or right of publicity of, or constitute a libel or slander against, or violate any common law or any other right of, any person or entity.

3. INDEMNIFICATION. Licensor shall indemnify, defend and hold harmless CNN, its parent and affiliated companies, its and their licensees, successors and assigns, and each of its and their officers, agents and employees from all third party claims arising from the breach of the representations and warranties.

4. GOVERNING LAW. This Agreement shall be governed by the laws of the State of Georgia.

Accepted for Licensor:

[Recoverable Signature]

X _John Sullivan_ _____

John Sullivan
John Sullivan
Signed by: 3b1ec8ed-8d1b-4078-bf9a-982099e3e27e

Name: John Sullivan

# Notification of ACH Deposit 



**nbcuachnotification@nbcuni.com** 3:14 PM

to me



Add label

An ACH payment has been initiated. If the funds are not received within 2 business days, notify ap.universal@nbcuni.com .

Amount in USD
The detail of the item(s) being paid is listed below for use when applying the funds :

Vendor ID: 00010007473
Vendor Name: JOHN EARLE SULLIVAN
Vendor Bank Account No ( Last 4 digits): 7715
Total Payment Amount: 35000.00

| Paid On Behalf Of | Invoice No. | Invoice Date | Invoice Amt | Discount | Wht Tax | Net Amt | Description |
|---|---|---|---|---|---|---|---|
| News NBCUniversal Media, LLC | 1002 | 01/27/2021 | 35,000.00 | 0.00 | | 35,000.00 | |

Note: Any modifications to your banking information and/or payment notification email address need to be reported to ap.universal@nbcuni.com immediately.
***Please do not respond to this auto generated mail. For Queries please contact ap.universal@nbcuni.com***

LEFT/RIGHT, LLC
39 West 19th Street, 9th Floor
New York, NY 10011

Date: _____

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, including payment to the undersigned ("**Licensor**") of $ __5,000_____, Licensor hereby grants to Left/Right, LLC ("**Producer**") and its successors, licensees and assigns, the full and complete right to use:

Footage of the siege of the Capitol: https://twitter.com/realjaydenx/status/1347056697899163648
_____

(the "**Licensed Material**") in and in connection with the production tentatively entitled "The Circus: Inside the Greatest Political Show on Earth" (the "**Program**"), or any derivative work thereof, and in and in connection with advertisements, promotions, publicity and other material relating to the Program or any derivative work thereof. This license and the rights hereunder may be freely assigned by Producer.

The rights herein granted shall extend to and include Producer's use of the Licensed Material in any and all manner and media whatsoever, whether now known or hereafter devised, throughout the universe in perpetuity, free and clear of any and all claims for royalties, residuals, or other compensation.

Producer shall have the sole right to determine the manner in which the Licensed Material shall be used pursuant to this agreement, and Producer shall not be obligated to use the Licensed Material as part of the Program or otherwise, or to broadcast or otherwise exhibit or exploit the Program.

Licensor hereby warrants and represents that it is the sole owner or holder (or the authorized representative of the sole owner or holder) of the rights granted herein, including, but not limited to any and all copyrights, trademarks, and rights in the likenesses of any people (if any) depicted in the Licensed Material, that it is authorized to enter into and execute this agreement, that nothing of value apart from the Licensed Material was given (or was agreed to be given) to Producer or any other person or entity in exchange for use of the Licensed Material in the Program, that the consent of no other person or entity is required to enable Producer to use the Licensed Material as described herein, and that such use will not violate the rights of any third parties.

The parties agree to indemnify and hold free and harmless to the fullest extent permitted by law, the other party, each of their respective parent, subsidiary, and affiliated organizations, and each of their respective agents, employees, successors, and assigns from and against any and all claims, damages, liabilities, costs and expenses, including but not limited to reasonable attorneys' fees, resulting from any breach of any warranty, representation, or agreement made herein.

This agreement and all matters or issues collateral thereto shall be governed by the internal, substantive law of New York without regard to the conflicts of law provisions thereof. In any action by Licensor for breach of any provision hereunder, Licensor agrees that its exclusive remedy shall be an action at law for damages and in no event shall Licensor be entitled to injunctive or any other equitable relief. This agreement contains the parties' entire understanding relative to its subject matter. Nothing in this agreement shall limit or restrict any rights otherwise enjoyed by Producer under law or contract.

**AGREED AND ACCEPTED:**

By: _____      Print Name: _____

Title: _____      E-mail: _____

Phone: _____      Address: _____

CIRCUS6 Materials Release (Fee).docx