AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00050 |
|  | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 1/13/2021 |
| JOHN EARLE SULLIVAN | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   John Sullivan,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  Violations of 18 U.S.C. 1752(a), 18 U.S.C. §§ 231(a)(3) & 2 and 40 U.S.C. 5104(e)(2).

Date:   01/13/2021

Robin M. Meriweather
2021.01.13 18:24:23 -05'00'

*Issuing officer's signature*

City and state:   Washington D.C.      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)*   01/13/2021   , and the person was arrested on *(date)*   01/14/2021
at *(city and state)*   Salt Lake City, Utah   .

Date:   01/14/2021

*Arresting officer's signature*

Matthew Foulger, Special Agent FBI
*Printed name and title*