```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Crim. Action No. 21-78 (EGS) |
| JOHN SULLIVAN, | |
| Defendant. | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Mr. Sullivan's Motion to Release Seizure Order Related to Defendant's Bank Account in Utah and to Forbid Seizures of Other Accounts, ECF No. 25, is **DENIED**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**December 6, 2021**