UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00078-EGS |
| | : | |
| JOHN EARLE SULLIVAN, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' MOTION TO ADOPT AND JOIN THREE PLEADINGS IN 21-CR-28 AND OPPOSITION TO DEFENDANT'S "MOTION TO ADOPT AND JOIN RELEVANT PORTIONS OF MOTION TO DISMISS COUNT 2 OF THE INDICTMENT IN UNITED STATES V. CALDWELL, 21-CR-28 (APM) AND TO DISMISS COUNT 1 OF THIS SUPERSEDING INDICTMENT"**

On December 31, 2021, the defendant, John Earle Sullivan, filed a "Motion to Adopt and Join Relevant Portions of Motion to Dismiss Count 2 of the Indictment in *United States v. Caldwell*, 21-cr-28 (APM) and to Dismiss Count 1 of this Superseding Indictment." D.E. 62. As noted in the motion, the *Caldwell* court denied the motions to dismiss on December 20, 2021, and a defense motion to reconsider, filed on December 24, 2021, is pending. The defendant's motion sought "the joinder and adoption" of arguments made by *Caldwell* defendants seeking dismissal of counts charging violations of 18 U.S.C. § 1512(c)(2) in "the interests of judicial economy." D.E. 62 at 3. That is, the motion sought to join and adopt those arguments to seek dismissal of Count 1 of the superseding indictment in this case.

At the status hearing on January 4, 2022, the undersigned noted her intent to file the government's responsive pleadings from 21-CR-28 in opposition to the defendant's motion to dismiss Count 1. The Court decided to stay all briefing. On January 5, 2022, the Court entered a minute order lifting the stay and requesting a response. The United States hereby moves,

1

consistent with the representations at the January 4, 2022 hearing, to oppose dismissal of Count 1 by adopting and joining the arguments opposing dismissal of the § 1512(c)(2) counts as advanced in three government pleadings from *Caldwell*: (1) the "Government's Omnibus Opposition to Defendants' Motions to Dismiss and for Bill of Particulars," D.E. 313, the relevant portion of which is on pages 5-29, and (2) the "Government's Supplemental Brief on 18 U.S.C. § 1512(c)(2), D.E. 437, and (3) the "Government's Opposition to Motion to Reconsider Order Denying Motions to Dismiss Counts 1 and 2," D.E. 573.   Those three pleadings are attached as exhibits, and unless directed by the Court to respond otherwise, the government respectfully submits the arguments therein in opposition to the arguments adopted and joined by the defendant's motion to seek dismissal of Count 1.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By: _____
        CANDICE C. WONG
        Assistant United States Attorney
        D.C. Bar No. 990903
        555 Fourth Street, N.W., Room 4816
        Washington, DC 20530
        Candice.wong@usdoj.gov
        (202) 252-7849

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2022, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

Candice C. Wong
Assistant United States Attorney