# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No.: 21-CR-00078 (EGS)** |
| **v.** : | |
| : | |
| **JOHN SULLIVAN** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Candice C. Wong, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

                                                 Respectfully submitted,

                                                 MATTHEW M. GRAVES
                                                 United States Attorney
                                                 D.C. Bar No: 481052

By:    <u>/s/ Candice C. Wong</u>
          Candice C. Wong
          Assistant United States Attorney
          D.C. Bar No: 990903
          United States Attorney's Office
          555 Fourth Street, N.W. #4816
          Washington, D.C. 20530
          Telephone: 202-252-7849
          E-mail: candice.wong@usdoj.gov