# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

              v.                                Case No.: 21-cr-78 (RCL)

**JOHN SULLIVAN**
        **Defendant**

# ORDER

Upon consideration of defendant's Motion for Extension of Time to July 5, 2023 to file opposition to pretrial motions, there being good cause demonstrated, it is by this Court on this the ____26th____ day of ____June____, 2023:

ORDERED, that the Motion is granted and defendant is granted leave until July 5, 2023 to file oppositions to pretrial motions.

_____
Honorable. Royce C. Lamberth
United States District Judge

5