## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**V.**                          **No. 21-cr-78 (RCL)**

**JOHN EARLE SULLIVAN**

### REPLY TO MOTION IN LIMINE
### (Security Related Topics)

Defendant, by and through undersigned counsel, does hereby file the following reply to the Government's Motion in Limine related to security related topics.

Defendant does not oppose the Government's Motion in Limine related to the following topics:

1. The exact locations of USCP CCTV cameras;;

2. Protocols of the U.S. Secret Service;

3. Exact locations of USCP cameras;

Respectfully submitted,


_____/s/_____
Steven R.Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.,C. 20015
(202) 347-0200
skiersh@aol.com
Attorney for John Sullivan


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon all counsel of record on this the ___7th__day of July, 2023.


_____/s/_____
Steven R. Kiersh