UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

V.  No. 21-cr-78 (RCL)

JOHN EARLE SULLIVAN

### REPLY TO REMAINING ISSUES IN GOVERNMENT'S MOTION IN LIMINE

Defendant, by and through undersigned counsel, does hereby respond to the remaining issues in the Government's Motion in Limine.

1. Jury nullification:

Defendant will not be arguing nullification.

2. Use of federal resources and timing of discovery:

These matters will bd argued to the jury. However, defendant reserves his right to raise discovery violations to the Court.

3. Character evidence:

Defendant will abide by the relevant provisions Federal Rule of Evidence 404 in seeking to admit character evidence that is "pertinent" to

the crime charged. Defendant will also abide by Federal Rule of Evidence 405 if seeking to introduce character evidence of specific instances of his conduct.

4. Ignorance of the Law and Penalties:

Defendant will not be arguing ignorance of the law and will not seeking admission of potential penalties to the jury during trial.

5. Hearsay

These issues are premature. Hearsay issues, if any, will be cleared before the Court before presentation to the jury should they arise.

6. Judicial Notice of the Federal Electoral College Certification and Admission of the Congressional Record and S. Con. Res 1.

No objection to these records.

Respectfully submitted,

_____/s/_____
Steven R.Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.,C. 20015
(202) 347-0200
skiersh@aol.com
Attorney for John Sullivan

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon all counsel of record on this the ___7th__day of July, 2023.

_____/s/_____
Steven R. Kiersh