UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Crim. No. 21-cr-78 (RCL) |
| JOHN SULLIVAN, | : | |
| | : | |
| Defendant. | : | |

### JOINT PROPOSED VOIR DIRE

The parties, by and through their undersigned attorneys, respectfully request that the Court ask the following narrative and proposed voir dire questions during jury selection on October 25, 2023. The parties also respectfully request permission to ask follow-up questions of individual prospective jurors as outlined below.

A. **Questions addressed to the full venire:**

The government proposes that the Court address the following questions to the full venire.

1. Having now heard a brief description of the case, do you know or have you heard anything about this case?

2. The Government in this case is represented by Assistant United States Attorneys Rebekah Lederer and Michael Barclay, who will be accompanied by paralegal Hamdi Mohamed and FBI Special Agent Matthew Foulger. Do you know any of these individuals?

3. Mr. Sullivan is represented by Attorney Steve Kiersh. Mr. Sullivan resides in the Salt Lake City area in Utah. Do you know any of these individuals?

4. [The Court will read off the list of expected witnesses.] Do you know any of these witnesses?

5. Look around the gallery, do you know or recognize any other member of the jury panel?

6. I will now introduce the courtroom staff, stenographer, and my clerks. Do you recognize anyone or me?

1

[The next few questions relate to you, members of your immediate family, or close personal friends]

7. Have you, a member of your family, or a close friend ever worked in any capacity for any other type of law enforcement agency? This includes any police department in or outside the District of Columbia, special police officers, prosecutors' offices such as the state's attorney or U.S. Attorney, Park Police, Department of Justice, Homeland Security, sheriffs' departments, or any other federal, or state, or local law enforcement agency?

8. Have you, a family member, or a close friend belonged in the past five years to any group or organization that is active in law enforcement, crime prevention, or victim support or advocacy? That could include Crime Watch, Crime Stoppers, Orange Hats, neighborhood watch groups, the Fraternal Order of Police, or other groups relating to crime or crime victims.

9. Have you, a family member, or a close friend ever gone to law school, worked as a lawyer, or worked in a law office?

10. Have you, or a family member, or a close friend ever: received training as a print or media, attended school for journalism, or worked in any journalistic capacity for a print or media outlet?

11. Have you, a family member, or a close friend ever been arrested for, convicted of, or charged with a crime, excluding traffic offenses?

12. Have you, a family member, or a close friend ever been a victim of or witness to a crime?

13. Do you live or work at or near the U.S. Capitol?

14. Does anyone you are close to live or work at or near the U.S. Capitol?

15. Were you, a family member, or close friend, present at or near the U.S. Capitol on January 6, 2021?

16. Did any of you watch the events at the U.S. Capitol on live TV at that time?

17. I will be instructing you at the end of the trial that the testimony of a law enforcement officer should be treated the same as the testimony of any other witness and that the jury should not give either greater or lesser weight to the testimony of a witness simply because that witness is a law enforcement officer.  Does anyone have such strong feelings about law enforcement– either positive or negative – that would make it difficult for you to follow that instruction?

18. Have you ever served on a jury, whether a grand jury or a trial jury, in federal or in state court?

19. Let me tell you the likely schedule.  Today is Wednesday, October 25.  Following the completion of jury selection, you may hear evidence in the case every day this week, from 10:00 am to 5:00 pm each day, with a lunch break from approximately 12:30 pm to 1:45 pm each day.  You will likely begin deliberating before the end of next week.  Once you begin deliberating, I do not know how long your deliberations will last.  But you will not meet past 5:00 pm, and you will not meet on weekends. We will not be sitting on Fridays. Knowing this schedule, would serving as a juror in this case be an extreme hardship to you?

20. Do you have a health or physical problem that would make it difficult to serve on this jury?

21. You are to decide this case based only on the evidence presented in court and not based on anything you may have learned about it from outside sources such as the news or social media.  Can you set aside what you have learned about January 6 and any opinions you may have already formed about people charged with criminal conduct in relation to those events when considering the evidence in this case?

22. Do you or someone you know have any direct or indirect connection to events at the U.S. Capitol on January 6, 2021?

23. Have you been following the investigation of the events of January 6, 2021, at the U.S. Capitol in the news media or on the internet?

24. Do you have any strong feelings or opinions about the events that took place at the U.S. Capitol on January 6 that would make it difficult for you to serve as a fair and impartial juror in this case?

25. Were you, any members of your family, or any close friends directly affected by the events at the U.S. Capitol on January 6?

26. Have you ever watched video of John Sullivan relating to January 6, 2021, on the news, on the Internet, or in any other way?

27. Have you read any articles about or interviews of John Sullivan, relating to January 6, 2021, on the internet, social media platforms, or in any other way?

28. Are you aware of, or do you know anyone who is affiliated with Insurgence USA or JaydenX?

29. Have you watched any videos made by or about Mr. Sullivan, JaydenX, or Insurgence USA, regardless of whether they relate to January 6, 2021?

30. No matter what you have heard or seen about events at the U.S. Capitol on January 6, 2021, and no matter what opinions you may have formed, can you put all of that aside and decide this case only on the evidence you receive in court, follow the law, and decide the case in a fair and impartial manner?

31. Are you able to read, speak, and understand the English language?

32. Do you have any trouble seeing or hearing?

33. Do you have trouble paying attention for long periods of time?

34. Do you take medication or suffer from any physical pain that makes it difficult for you to sit and focus for long periods of time?

35. Do you hold any moral, social, political, philosophical, religious, or any other beliefs that would interfere with your ability to assess the facts and return a fair and impartial verdict based solely upon the evidence?

36. Have you ever filed a lawsuit, or had a lawsuit of any kind filed against you, by anyone in court?

37. Do you have any opinions concerning the following which would affect your ability to be a fair and impartial juror:

    a. Criminal prosecutors

    b. Criminal defense attorneys

    c. FBI agents

    d. The "federal government" in general

    e. Law-enforcement?

    f. A defendant accused in a criminal case?

38. If you are selected as a juror in this case, I will instruct you to avoid all media coverage, including radio, television, podcasts, and social media, and not to use the internet with regard to this case for any purpose.  That is, you will be forbidden from reading newspaper articles about this case, listening to radio and podcast stories about this case, watching TV news about this case, Googling this case or any of its participants, blogging or tweeting about this case, or reading or posting comments about this case on any social media sites.  Do you have any reservations or concerns about your ability or willingness to follow this instruction?

39. Jurors are the sole judges of the facts.  However, the jury must follow the principles of law as instructed by me.  The jury may not follow some rules of law and ignore others. Even if the jury disagrees or dislikes the rules of law or does not understand the reasons for some of the

rules, it is their duty to follow them.  Do you have any personal beliefs that would make it difficult to follow my legal instructions, whatever they may be?

40. Do you disagree with the principles of law that during this trial (i) the defendant is presumed to be innocent, (ii) the defendant has a right to remain silent, (iii) the defendant has no burden whatsoever to establish his innocence, because (iv) the government has the burden of proving its case beyond a reasonable doubt? Does any member of the panel believe they will have difficulty following the Court's instructions on these principles of law?

41. If after you have heard all the evidence, you find that the government has proven beyond a reasonable doubt every element of a charged offense, it is your duty to find the defendant guilty of that offense. On the other hand, if you find that the government has failed to prove any element of a charged offense beyond a reasonable doubt, you must find the defendant not guilty of that offense. Would you be reluctant or unable to carry out this duty?

42. My final question is a "catch-all question."  This asks whether there is any other reason that I haven't asked about that might make it difficult for you to sit fairly, impartially, and attentively as a juror.  Is there some other reason that would make it difficult for you to sit as a fair and impartial juror in this case?

**B. Individual Voir Dire by the Court**

The government also respectfully requests that the Court ask the following background questions of each juror during individual voir dire:

Background questions

1. What is the highest level of school you completed?
2. Do you have children or stepchildren?  If so, how many, and what are their ages?
3. What is your current occupation?

4. How long have you been at this job?

5. What is your current role at work?

6. If you have a partner, what is their occupation?

7. How long have you lived in the District of Columbia?

Specific Follow-up Questions:

1. To follow up on questions 11 and 12 above, "Have you, a family member, or a close friend ever been arrested for, convicted of, or charged with a crime, excluding traffic offenses" and "Have you, a family member, or a close friend ever been a victim of or witness to a crime?"

    a. If so, did you feel that you, or your family member of close friend, were treated fairly?

    b. Why or why not?

2. To follow up on question 18 above, "Have you ever served on a jury, whether a grand jury or a trial jury, in federal or in state court?"

    a. If you served on a trial jury, was it a criminal case or a civil case?

    b. I do not want to know the verdict, but did you reach a verdict?

    c. Was there anything about your experience as a juror which would make you not want to serve again?

3. To follow up on question 25 above, "Were you, any members of your family, or any close friends directly affected by the events at the U.S. Capitol on January 6?"

    a. Which family members or close friends? How were they affected?

4. To follow up on question 26 above, "Have you ever watched video of John Sullivan relating to January 6, 2021, on the news, on the Internet, or in any other way?"

    a. How many times have you seen videos of the defendant, in whole or in part, on TV or on the internet? (1 time, 2-3 times, 4-5 times, 6 or more times)

5. To follow up on question 27 above, "Have you read any articles about or interviews of John Sullivan, relating to January 6, 2021, on the internet, social media platforms, or in any other way?"

    a. What website or social media platforms did you read the article from?

6. To follow upon question 36, "Have you ever filed a lawsuit, or had a lawsuit of any kind filed against you, by anyone in court?"

    a. Please indicate who brought the lawsuit, what it was about, and the result of the lawsuit?

    b. Was there anything about your that experience that would interfere with your ability to be a fair and impartial juror?

7. To follow up on question 37, "Do you have any opinions concerning the following which would affect your ability to be a fair and impartial juror…"

    a. Please describe your opinions and explain why they would interfere with your ability to be a fair and impartial juror.

C. **Attorney Conducted Follow-Up Questions**

The government respectfully requests that, following the Court's individual voir dire, each party be permitted to ask additional follow-up questions of the prospective jurors.