UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA :<br><br>v. :<br><br>JOHN EARLE SULLIVAN, :<br><br>Defendant. : | Case No. 21-CR-00078 (RCL) |

## NOTICE OF WITHDRAWAL

Please be advised that Assistant United States Attorney Joseph H. Huynh withdraws as counsel in the above-entitled case based on expiration of his detail with the U.S. Attorney's office for the District of Columbia. Accordingly, service of pleadings and correspondence should continue to be sent to Assistant U.S. Attorneys remaining on this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Joseph H. Huynh*
JOSEPH H. HUYNH
D.C. Bar No. 495403
Assistant United States Attorney (Detailed)
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone: (541) 465-6771
Joseph.Huynh@usdoj.gov