AO 89 (Rev 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▼ .

| | |
|---|---|
| United States of America | ) |
| v. JOHN SULLIVAN | ) |
| | ) Case No. CR 21-78 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Jade Sacker. Service to be accepted by Alan Abramson, Esq
75 Maiden Lane
Suite 607
New York, New York 10038

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | The U.S. District Court for the District of Columbia | Courtroom No.: | 15 - 6th floor |
|---|---|---|---|
| | 333 Constitution Avenue N.W. Washington D.C. 20001 | Date and Time: | 10/25/2023 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 10/10/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
JOHN EARLE SULLIVAN , who requests this subpoena, are:

Steven Roy Kiersh
LAW OFFICE OF STEVEN R. KIERSH
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
(202) 347-0200
Fax: (202) 248-6795
Email: skiersh@aol.com

RECEIVED

OCT 2 0 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 21-78

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Jude Sacker
was received by me on *(date)* 10/18/23 .

☒ I served the subpoena by delivering a copy to the named person as follows. Alan
Abramson on behalf of Jude
Sacker on *(date)* October 18, 2023 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                  for travel and $                  for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date: 10/18/2023

TFSSS
*Server's signature*

Tiffany Cerda, Deputy US. Marshal
*Printed name and title*

500 Pearl Street, NY, NY 10007
*Server's address*

Additional information regarding attempted service, etc