UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                             Case No.: 21-cr-78 (RCL)

JOHN SULLIVAN

**MOTION FOR ORDER TO HAVE THE UNITED
STATES MARSHAL ARRANGE AND INCUR THE COSTS OF
DEFENDANT'S HOTEL EXPENSES DURING TRIAL**

Defendant by and through undersigned counsel, does hereby respectfully request the Court issue an Order that the United States Marshal incur and pay the costs of defendant's hotel accommodations pending trial. In support thereof, it is stated as follow:

1. Defendant's trial is scheduled to commence on November 7, 2023 and will last into the following week. Defendant resides in Utah and has been declared financially indigent.

2. On November 2, 2023, at approximately 6:00 pm, defendant informed counsel he was without funds to travel to the trial and stay in a hotel during the trial.

3. In October 2023, defendant and his parents paid for airline tickets from Utah to attend the trial in Washington, D.C. Undersigned counsel believed defendant's parents would pay for his travel to trial in November and that they would provide for hotel accommodations during trial as they would be staying in the area during trial.

4 On November 3, 2023, defendant advised counsel his parents will not be attending the trial. Thus, defendant is without resources to incur hotel expenses.

1

5. Undersigned counsel will secure a one way airplane ticket for defendant in order to assure his presence at trial. However, defendant needs funds for hotel accommodations. Such an accommodation will require assistance and payment by the U.S. Marshal.

6. Defendant relies upon the discretionary powers of this Honorable Court in seeking the relief requested herein.

WHEREFORE, the foregoing considered, defendant prays this Honorable Court for an Order providing that the U.S Marshal arrange and pay for defendant's hotel accommodations during trial.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh #323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, on this the __3rd__ day of November, 2023 upon all counsel of record,

_____/s/_____
Steven R. Kiersh

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                : Case No.: 21-cr-78(RCL)

JOHN SULLIVAN                     :

ORDER

Upon review of the Application of defendant John Sullivan to have the U.S. Marshal Service arrange and incur the cost of his temporary housing to attend his trial on November 7, 2023 and this Court's finding that the defendant is indigent and financially unable to incur these travel related costs, it is hereby

**ORDERED** that the Application be and is granted and it is further

**ORDERED** that the U.S. Marshal Service arrange and provide the defendant John Sullivan with:

1. Hotel accommodations near the courthouse from November 6, 2023 until the conclusion of the trial.

_____
Honorable Royce C. Lamberth
United States District Judge