UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.     Case No.: 21-cr-78 (RCL)

JOHN SULLIVAN

### AFFIDAVIT OF JOHN SULLIVAN IN SUPPORT OF MOTION FOR ORDER TO HAVE THE UNITED STATES MARSHAL ARRANGE AND INCUR THE COSTS OF DEFENDANT'S HOTEL EXPENSES DURING TRIAL

I, John Sullivan, under the penalty of perjury do hereby state and affirm in support of my Motion for Order to Have the United States Marshal Arrange and Incur the Costs of Hotel Expenses for travel.

1. On December 17, 2021, I filed a Declaration in Support of my Motion to Release the Seizure Order. I stated that I had no income, assets, or savings, and I attached copies of my bank statements and tax returns as evidence. My financial situation has deteriorated since then, and I have used up all of my available funds. I cannot afford to pay for rent, utilities, food, transportation, or any other necessities. I also cannot afford to pay for any legal fees or costs. On May 2, 2023, I submitted a Declaration of Indigency to the Utah County Court for a separate criminal case pending

1

against me. I provided the same information as in the previous declaration. On May 3, 2023, the court granted my request for indigency.

2. I have been evicted from my home in Murray, Utah since 03/31/2022 and I cannot afford to rent anything else. I am now homeless and have been living with my parents. This is directly due to the seizure of all my assets.

3. My Experian credit report shows that my credit score is now at an all-time low of 359. Prior to having my assets seized, I had a very good credit score of 770. This is directly due to the seizure of all my assets.

4. My credit cards have not been paid since around 06/21/2021 and they all have been sent to collections. Due to a low credit score, I have no ability to gain access to any other credit cards.

5. I currently have a revolving outstanding credit card debt of over $25,000. This includes interest, fees, and penalties.

6. All my bank accounts have closed. My last recorded balances were -$229.93 Chase Bank and -$236.98 AMFC.

7. My license is expired, my car insurance has lapsed and been revoked because I have no money to pay for it, my vehicle registration has expired since 2021, I cannot pay to fix them, and I cannot use them at all. I have no means of transportation.

8. My health insurance through Blue Cross has been canceled since 2021.

9. My parents do not have money to provide me with any additional financial resources.

10. I do not have any friends or any other relatives who can assist me financially with any resources.

11. I have completely no money, funds, cash, or any other financial or monetary resources. I am broke.

12. My parents paid for several prior airplane tickets to Washington, D.C. one that left on 10/21/2023 and another left on 10/29/2023, however, they no longer have funds to pay for more plane tickets as the prices are too high to afford given the proximity of the scheduling of the flight and the dramatic increase in far price.

13. Now my parents have conveyed to me that they cannot attend my trial due to the financial constraints that this has imposed on them and me.

14. My attorney has kindly offered to cover the cost of my flight to Washington, D.C. for my upcoming trial, but that is not enough to enable me to attend. I still face the challenge of getting to the airport in Salt Lake City, which is far from where I live. I also have no means of transportation from the airport in Washington, D, C. to the courthouse, where I am

expected to appear. These expenses are beyond my capabilities and out of my control. I have no other sources or resources of support.

15. I have no financial resources and this prevents me from securing a place to stay while I attend my trial in Washington, D.C. I have exhausted all my savings and resources, and I have no relatives or friends in the area who can offer me shelter or assistance.

*[signature]*
John Sullivan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, on this the 5th day of November, 2023 upon all counsel of record,

/s/
Steven R. Kiersh