UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JOHN SULLIVAN,

    *Defendant.*

Case No. 1:21-cr-78-RCL

## NOTE TO JURY

In response to your note from Thursday, November 16, 2023 at 12:24 p.m.:

You asked the Court, "[d]o we have as an evidence the video of the defendant shown in a hotel room in December 2020? If yes, can we have the evidence number."

The answer is no.

Date: November 16, 2023

Time: 1:15 p.m.

Royce C. Lamberth
United States District Judge