```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA,
                                                   Criminal Action
        Plaintiff,              No. 1:21-078

   vs.                              Washington, D.C.
                                                   November 16, 2023
JOHN EARLE SULLIVAN,
        Defendant.             1:10 p.m
_____/

```
       TRANSCRIPT OF JURY QUESTION AND VERDICT
       BEFORE THE HONORABLE ROYCE C. LAMBERTH
             UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

**For the Plaintiff:**      **Michael Lawrence Barclay**
                                  **Rebekah Lederer**
                                    USAO - D.C.
                                   601 D Street NW
                                   Washington, DC 20530
                                   202-252-7669
                                   Email: michael.barclay@usdoj.gov
                                   Email: rebekah.lederer@usdoj.gov

**For the Defendant:**      **Steven Roy Kiersh**
                                   LAW OFFICE OF STEVEN R. KIERSH
                                   5335 Wisconsin Avenue, NW, Ste 440
                                   Washington, DC 20015
                                   202-347-0200
                                   Email: skiersh@aol.com

**Reported By:**           **LORRAINE T. HERMAN, RPR, CRC**
                                   Official Court Reporter
                                   U.S. District & Bankruptcy Courts
                                   333 Constitution Avenue NW
                                   Washington, DC 20001
                                   lorraine_herman@dcd.uscourts.gov

**\*\*\*** Proceedings recorded by stenotype shorthand.
**\*\*\*** Transcript produced by computer-aided transcription.

**P R O C E E D I N G S**

1
2 **DEPUTY CLERK:** This is criminal case 21-078,
3 *United States of America versus John Earle Sullivan.*
4 For the government we have Rebekah Lederer and
5 Michael Lawrence Barclay. For the defendant we have
6 Mr. Kiersh.
7 **THE COURT:** Do you know a number? Is there such
8 an Exhibit?
9 **MS. LEDERER:** Your Honor, the exhibit the jury is
10 referring to was used for impeachment purposes only.
11 **THE COURT:** So it's not admitted?
12 **MS. LEDERER:** No, Your Honor.
13 **THE COURT:** So the answer is just, No?
14 **MS. LEDERER:** That or if we want to provide a
15 further explanation: No, that piece of evidence was used
16 for impeachment purposes only.
17 **MR. KIERSH:** I would simply ask the Court to just
18 tell them, No, without an explanation.
19 **THE COURT:** Okay. All right. I will send the
20 answer, "The answer is, No."
21 **MR. KIERSH:** That's fine.
22 **THE COURT:** This court stands in recess. The
23 parties are excused.
24 (Recess from 1:12 p.m. to 2:32 p.m.)
25 **DEPUTY CLERK:** We are back on the record in

1  criminal case 21-078, *United States of America versus John*
2  *Earle Sullivan.*
3          **THE COURT:**  You may be seated.
4          I understand you have a verdict.  If you would
5  hand the verdict form to the clerk.
6          **JUROR:**  [Complied]
7          **DEPUTY CLERK:**  In the case of *United States of*
8  *America versus John Earle Sullivan*, as to Count 1,
9  obstruction of an official proceeding; guilty.
10         As to Count 2, obstructing officers during a civil
11 disorder; guilty.
12         As to Count 3, entering and remaining in a
13 restricted building or grounds with a dangerous weapon;
14 guilty.
15         As to Count 4, disorderly or disruptive conduct in
16 a restricted building or grounds with a dangerous weapon;
17 guilty.
18         As to Count 5, unlawful possession of a dangerous
19 weapon on U.S. Capitol grounds or buildings; guilty.
20         As to Count 6, disorderly or disruptive conduct in
21 a U.S. Capitol building; guilty.
22         As to Count 7, parading, demonstrating or
23 picketing in a U.S. Capitol building; guilty.
24         **THE COURT:**  Request for poll?
25         **MR. KIERSH:**  Your Honor, we would ask for an

1    individual polling.

2            **THE COURT:**  Okay.  The clerk will do an individual
3    poll of the jury.

4            **DEPUTY CLERK:**  As I call your juror number, just
5    indicate if the verdict I just read was your actual verdict.
6    Juror No. 1.

7            **JUROR:**  It was.

8            **DEPUTY CLERK:**  Juror No. 2.

9            **JUROR:**  It was.

10           **DEPUTY CLERK:**  Juror No. 3.

11           **JUROR:**  It was.

12           **DEPUTY CLERK:**  Juror No. 4.

13           **JUROR:**  It was.

14           **DEPUTY CLERK:**  Juror No. 5.

15           **JUROR:**  It was.

16           **DEPUTY CLERK:**  Juror No. 6.

17           **JUROR:**  It was.

18           **DEPUTY CLERK:**  Juror No. 7.

19           **JUROR:**  It was.

20           **DEPUTY CLERK:**  Juror No. 8.

21           **JUROR:**  It was.

22           **DEPUTY CLERK:**  Juror No. 9.

23           **JUROR:**  It was.

24           **DEPUTY CLERK:**  Juror No. 10.

25           **JUROR:**  It was.

1 **DEPUTY CLERK:** Juror No. 11.

2 **JUROR:** It was.

3 **DEPUTY CLERK:** And Juror No. 12.

4 **JUROR:** It was.

5 **THE COURT:** All right, ladies and gentlemen.  On
6 behalf of the court and the community, I thank you for your
7 service in this case.

8 Like I said, without good citizens like you, we
9 could not fairly and impartially administer justice in our
10 community.  With that, if you would wait just a moment in
11 the jury room, I would like to shake each of your hands
12 before you leave.  You are excused at this time.

13 Court will take a short recess here before I come
14 back and deal with the counsel and the defendant.

15 **DEPUTY CLERK:** All rise.

16     (Jury exited the courtroom.)

17     (Recess from 2:35 to 2:40 p.m.)

18 **THE COURT:** All right.  The government's position
19 regarding the defendant's status?

20 **MR. BARCLAY:** Your Honor, in light of the
21 defendant's conviction on all counts, the government is
22 asking Your Honor to step Mr. Sullivan back under 18
23 U.S.C. 341(a)(1).

24 The presumption is to incarcerate, unless the
25 Court finds clear and convincing evidence that Mr. Sullivan

1   is not likely to flee or pose a danger to the community.

2          Given the conduct in this case, the jury found
3   that Mr. Sullivan brought a knife into the United States
4   Capitol and attempted to incite a mob to break it down, the
5   government's position is that that showing cannot be met
6   here.

7          It's also not Mr. Sullivan's first time being
8   involved in riots that resulted in harm to the community, as
9   noted in the Portland incident we've discussed throughout
10  this trial.

11         So the government's position at this time is that
12  that finding, that burden, cannot be met; and that the Court
13  must order, under those findings, that Mr. Sullivan be
14  incarcerated pending sentence.

15         **THE COURT:**  All right.

16         Mr. Kiersh?

17         **MR. KIERSH:**  Thank you, Your Honor.  We strongly
18  oppose remanding Mr. Sullivan into custody.

19         Number one, the Court heard the trial.  It was
20  clear that Mr. Sullivan did not commit any act of violence
21  against any person.  He didn't put his hands on anybody.  He
22  didn't threaten anybody.  The only -- there was damage to a
23  window and the tape so indicated that it was an accident.

24         That notwithstanding, Mr. Sullivan has been at
25  every single appearance required by this Court either via

1   Zoom or during the course of this trial.  He's come in from
2   Utah.  His mother has been present every step of the way
3   with him.  If released, he will reside with his mother.  We
4   have the same address where he's been residing.  Every
5   single report from pretrial has said he's been in perfect
6   compliance.
7          This man has no prior convictions.  The government
8   made reference to a matter in Utah.  That matter was
9   dismissed.  So there are no prior convictions.  He's a
10  decent person.  He's been convicted.  We understand that.
11  We understand the presumptions, but we would submit to the
12  Court that the presumptions are clearly rebutted in this
13  case; and he some should be allowed to be released on his
14  own bond.
15         **THE COURT:**  The defendant is remanded pending
16  sentencing.  The sentencing date to be set and defendant
17  will be taken into custody.
18         Court is in recess in this case.
19      (Proceedings concluded at 2:43 p.m.)

# **C E R T I F I C A T E**

I, **Lorraine T. Herman, Official Court Reporter,** certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.

| February 5, 2024 | /s/   Lorraine T. Herman |
|---|---|
| **DATE** | **Lorraine T. Herman** |