IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          Plaintiff,

      vs.

JOHN EARLE SULLIVAN,

          Defendant.
_____/

Criminal Action
No. 1: 21-078

Washington, DC
November 9, 2023

10:08 a.m.

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:    MICHAEL LAWRENCE BARCLAY
                    REBEKAH LEDERER
                    USAO
                    601 D Street NW
                    Washington, DC 20530

For the Defendant:    STEVEN ROY KIERSH
                    LAW OFFICE OF STEVEN R. KIERSH
                    5335 Wisconsin Avenue, NW
                    Suite 440
                    Washington, DC 20015

Court Reporter:      SHERRY LINDSAY
                    Official Court Reporter
                    U.S. District & Bankruptcy Courts
                    333 Constitution Avenue, NW
                    Room 6710
                    Washington, DC 20001

```
 1                       TABLE OF CONTENTS

 2                           WITNESSES

 3    Elizabeth Glavey

 4          Direct examination by Ms. Lederer          35

 5    Thomas Loyd

 6          Direct examination by Ms. Lederer          52

 7    Adam Willem

 8          Direct examination by Mr. Barclay         101
            Cross-examination by Mr. Kiersh          132
 9          Redirect examination by Mr. Barclay      138

10                           MISCELLANY

11    Opening statement by Ms. Lederer                22
      Opening statement by Mr. Kiersh                29
12

13                           EXHIBITS

14    Government Exhibit 201                           39
      Government Exhibit 202                           40
15    Government Exhibit 205                           41
      Government Exhibit 206                           46
16    Government Exhibit 207                           47
      Government Exhibit 203                           48
17    Government Exhibit 102                           58
      Government Exhibits 103, 107                     62
18    Government Exhibit 101                           65
      Government Exhibit 660                           75
19    Government Exhibit 109, 662                      79
      Government Exhibit 663                           80
20    Government Exhibit 701                           84
      Government Exhibit 669                           86
21    Government Exhibit 304                           88
      Government Exhibit 670                           93
22    Government Exhibit 627                           94
      Government Exhibit 628                           94
23    Government Exhibit 629                           96
      Government Exhibit 305                           97
24    Government Exhibit 111                           99
      Government Exhibit 110                          105
25    Government Exhibit 302                          110
```

1                           EXHIBITS CONTINUED

2       Government Exhibit 306                              119
        Government Exhibit 307                              122
3       Government Exhibit 308                              124
        Government Exhibit 630                              130

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                   P R O C E E D I N G S

2          THE COURTROOM DEPUTY:  This is criminal case 21-78,

3   *United States of America versus John Earle Sullivan*.

4          Starting with the government, please approach the

5   podium and state your appearance for the record.

6          MS. LEDERER:  Good morning, Your Honor.  AUSA Rebekah

7   Lederer and Michael Barclay on behalf of the United States of

8   America.  At counsel table is paralegal specialist Hamdi

9   Mohamed and Special Agent Matthew Foulger.

10         THE COURT:  Okay.

11         MR. KIERSH:  Good morning, Your Honor.  Steven Kiersh

12  on behalf of John Sullivan and Mr. Sullivan is present right

13  next to me.

14         THE COURT:  Okay.  You can bring in the jury.

15         MS. LEDERER:  Your Honor, before we bring out the

16  jury, yesterday I had shown defense counsel my opening

17  PowerPoint.  Defense indicated that he would have -- would like

18  to object to at least one -- he never got back to me on any

19  other ones.  It was a still image of the defendant holding up

20  the knife from the video, the 1002.3 that you stated yesterday

21  was admissible.  I didn't know if we needed to address that

22  further this morning.

23         THE COURT:  Okay.

24         MR. KIERSH:  My objection remains the same as we have

25  been stating throughout the proceedings.  It is not probative.

1    It is 403.  It is more prejudicial than probative.  And

2    especially in opening statement where the first thing the jury

3    is going to hear is about some event other than January 6

4    depicting Mr. Sullivan with a knife.  And the prejudice right

5    from the beginning of the trial is overwhelming.  The Court has

6    already ruled that this is admissible, but it can come in later

7    on I'd submit to the Court in a less prejudicial manner and

8    that would be during the course of the direct examination.

9             THE COURT:  That is overruled.

10            MR. KIERSH:  Very well.

11            THE COURT:  You can bring in the jury.

12            MR. KIERSH:  One other matter just to take up very

13   quickly.  The subpoena in New York -- so I sent an email to

14   Ms. Sacker's counsel last night.  I haven't heard back from him

15   telling him the Court moved the subpoena to November 14th.  So

16   I think it would be -- the best thing to do would be if the

17   Court would issue a minute order requiring the appearance on

18   November 14th.

19            THE COURT:  Okay.  We can take care of that.

20            MR. KIERSH:  Thank you.

21            MS. LEDERER:  Your Honor, just one more matter, would

22   Your Honor be amenable today if we are running a little bit

23   later if the government would be able to split witnesses or one

24   witness is unavailable after today.  So if we are going a

25   little bit long, we might ask to step that witness down and

1    bring that witness in.  Would that be okay with the Court?

2              THE COURT:  Sure.

3              (The jury is seated.)

4              THE COURT:  All right.  You may be seated.  Good

5    morning, ladies and gentlemen.  If you would please stand for

6    the administration of the oath by the clerk as members of the

7    jury.

8              THE COURTROOM DEPUTY:  Members of the jury, please

9    raise your right hand.

10             Do you, and each of you, solemnly swear that you will

11   well and truly try all issues joined in this cause between the

12   United States of America and John Earle Sullivan, the

13   defendant, and true verdict render according to the evidence,

14   so help you God or you so affirm?

15             A JUROR:  I do.

16             THE COURTROOM DEPUTY:  Please be seated.

17             THE COURT:  All right.  Before we begin the trial, I

18   want to explain some of the legal rules that will be important

19   in the trial.  I want to emphasize these remarks are not meant

20   to be a substitute for the detailed instructions I will give at

21   the end of the trial just before you start your deliberations.

22   These preliminary instructions are intended to give you a sense

23   of what will be going on in the courtroom and what your

24   responsibilities as jurors will be.

25             When you took your seat, you probably noticed that

1    each of you had a notebook and pen or pencil waiting for you.

2    That is because I permit jurors to take notes during the trial,

3    if they wish to do so.

4            Whether or not you take notes is entirely up to you.

5    Many people find that taking notes helps them remember

6    testimony and evidence.  Others find it distracts them from

7    listening to the witnesses.  You will be permitted to take your

8    notebooks back with you during deliberations.  You should

9    remember however, that your notes are only an aid to your

10   memory.  They are not evidence in the case.  They should not

11   replace your own memory of the evidence.  Those jurors who do

12   not take notes, should rely on their own memory of the evidence

13   and should not be influenced by another juror's notes.

14           Other than during your deliberations, the notebooks

15   will remain locked in the courtroom during recesses and

16   overnight.  You will not be able to take the notes with you as

17   you come and go.  And you will not be permitted to take them

18   home with you overnight.  At the end of the trial, when you

19   come back to the courtroom to deliver your verdict, the

20   notebooks will be collected, the pages will be torn out and

21   destroyed.  No one, including myself, will ever look at any

22   notes you have taken, so you may feel free to write whatever

23   you wish.  You can write, the judge is a jerk, whatever you

24   want.  I will not look at the notes.  No one will look at the

25   notes.  They are for your own personal use.  And we'll shred

1    them when the trial is over.

2            At the beginning of the jury selection process, some

3    witnesses were identified to you by name.  If at any time

4    during the jury trial, you suddenly realize that you recognize

5    or might know any witness, lawyer, someone who is mentioned in

6    the testimony or anyone else connected with the case in any

7    way, raise your hand and immediately ask to speak to me.

8            Let me briefly describe some of the procedures we

9    will follow and some of the rules of law that will be important

10   in the case.  As I said, this is a criminal case that began

11   when the grand jury returned an indictment.  And I do, as

12   usual, read the indictment itself to you.  Counsel 1 reads on

13   or about January 6, 2021, within the District of Columbia and

14   elsewhere John Earle Sullivan attempted to and did corruptly

15   obstruct, influence and impede an official proceeding, that is

16   a proceeding before Congress, specifically Congress'

17   certification of the electoral college vote, as set out in the

18   12th Amendment of the Constitution of the United States and

19   three United States Code sections 15 to 18.

20           Count 2 is on or about January 6, 2021, within the

21   District of Columbia, John Earle Sullivan, committed and

22   attempted to commit an act to obstruct, impede and interfere

23   with a law enforcement officer; that is an officer from the

24   United States Capitol Police lawfully engaged in the lawful

25   performance of his official duties incident to and during the

1  commission of a civil disorder which in any way and degree

2  obstructed, delayed and adversely affected commerce and the

3  movement of any article and commodity in commerce and the

4  conduct and performance of any federally protected function.

5          Count 3, on or about January 6, 2021, in the District

6  of Columbia, John Earle Sullivan did knowingly enter and remain

7  in a restricted building or grounds:  That is any posted,

8  cordoned off and otherwise restricted area within the United

9  States Capitol and its grounds where the vice president was

10  temporarily visiting, without lawful authority to do so and

11  during and in relation to the offense did use and carry a

12  dangerous weapon; that is, a knife.

13          Count 4, on or about January 6, 2021 in the District

14  of Columbia, John Earle Sullivan did knowingly and with intent

15  to impede and disrupt the orderly conduct of government

16  business and official functions, engaged in disorderly and

17  disruptive conduct in and within such proximity to a restricted

18  building or grounds; that is, any posted, cordoned off and

19  otherwise restricted area within the United States Capitol and

20  its grounds where the vice president was temporarily visiting,

21  when and so that such conduct did, in fact, impede and disrupt

22  the orderly conduct of government business and official

23  functions and during and in relation to the offense did use and

24  carry a dangerous weapon; that is, a knife.

25          Count 5, on or about January 6, 2021 within the

1   District of Columbia, John Earle Sullivan did carry and have

2   readily accessible a dangerous weapon; that is a knife having a

3   blade longer than three inches on the United States Capitol

4   grounds or in any of the Capitol buildings.

5           Count 6, on or about January 6, 2021 in the District

6   of Columbia, John Earle Sullivan willfully and knowingly

7   engaged in disorderly and disruptive conduct in any of the

8   Capitol buildings with the intent to impede, disrupt and

9   disturb the orderly conduct of a session of Congress and either

10  house of Congress and the orderly conduct in that building of a

11  hearing before or any deliberation of a committee of Congress

12  or either house of Congress.

13          And then Count 7, on or about January 6, 2021, within

14  the District of Columbia, John Earle Sullivan willfully and

15  knowingly paraded, demonstrated and picketed in any United

16  States Capitol building.

17          So that is the seven counts.  You will ultimately

18  have to determine whether he is guilty or not guilty.  You

19  should understand the indictment that I just read is not

20  evidence.  The indictment is just the formal way of charging a

21  person with a crime in order to bring them to trial.  You must

22  not think of the indictment as any evidence of the guilt of the

23  defendant or draw any conclusion about the guilt of the

24  defendant just because he has been indicted.

25          At the end of the trial, you will have to decide

1    whether or not the evidence presented has convinced you beyond

2    a reasonable doubt that Mr. Sullivan committed the offenses

3    with which he has now been charged.

4              Mr. Sullivan has been charged -- I won't repeat all

5    of that.

6              To prove an offense, the government must prove each

7    of the elements of the offense.  I will instruct you on the

8    elements of the offenses at the end of the trial.

9              Every defendant in a criminal case is presumed to be

10   innocent.  This presumption of innocence remains with the

11   defendant throughout the trial, unless and until he is proven

12   guilty beyond a reasonable doubt.  The burden of proof burden

13   is on the government to prove the defendant guilty beyond a

14   reasonable doubt.  And that burden of proof never shifts

15   throughout the trial.

16             The law does not require a defendant to prove his

17   innocence or to produce any evidence at all.  If you find that

18   the government has proven beyond a reasonable doubt every

19   element of a particular offense with which the defendant is

20   charged, then it is your duty to find him guilty.  On the other

21   hand, if you find the government has failed to prove any

22   element of a particular offense beyond a reasonable doubt, you

23   must find the defendant not guilty of that offense.

24             As I explained how the trial would proceed, I will

25   refer to the government and to the defense or the defendant.

1    When I mention the government, I am referring to United States

2    Attorneys Rebekah Lederer and Michael Barclay.  When I mention

3    the defendant or defense, I am either referring to Mr. Sullivan

4    or his attorney, Steve Kiersh, who is here.

5            As the first step in the trial, the government and

6    the defendant will have an opportunity to make opening

7    statements.  Defendant may make an opening statement

8    immediately after the government's opening statement or he may

9    wait until the beginning of his case or he may choose not to

10   make an opening statement at all.  You should understand that

11   opening statements are not evidence.  They are only intended to

12   help you understand the evidence that the lawyers expect will

13   be introduced.

14           After the opening statement or statements, the

15   government will put on what is called its case in chief.  This

16   means the government will call witnesses to the witness stand,

17   ask them questions.  This is called direct examination.  When

18   the government is finished, the defense may ask questions.

19   That is called cross-examination.  When the defense is

20   finished, the government may have brief redirect examination.

21   After the government presents its evidence, the defendant may

22   present evidence, but is not required to do so.  The law does

23   not require a defendant to prove his innocence or to produce

24   any evidence.

25           If the defense does put on a defense, the defense

attorney will call witnesses to the stand and ask questions on

direct examination.  The prosecutor will cross-examine.  The

defense attorney may have brief redirect examination.  When the

defense is finished, the government may offer a rebuttal case,

which would operate along the same lines as its case in chief.

At the end of all of the evidence, each side will

have an opportunity to make a closing argument in support of

its case.  The lawyer's closing arguments, just like their

opening statements, are not evidence in the case.  They are

only intended to help you understand the evidence.

Finally, at the end of all of the evidence after both

sides have finished their closing arguments, I will tell you in

detail about the rules of law that you must follow when you

consider what your verdict should be.  Your verdict must be

unanimous.  That is all 12 jurors must agree on the verdict.

I wanted to describe briefly my responsibilities as

the judge and your responsibility as the jury.  My

responsibility is to conduct the trial in an orderly, fair and

efficient manner, to rule on the legal questions that come up

during the course of the trial and instruct you about the law

that applies to the case.  It is your sworn duty now as jurors

to accept and apply the law as I state it to you.

Your responsibility as jurors is to determine the

facts in the case.  You, and only you, are the judges of the

facts.  You alone determine the weight, the effect, and the

1  value of the evidence, as well as the credibility or

2  believability of the witnesses.

3          You should consider and weigh the testimony of all of

4  the witnesses who appear before you.  You alone must decide the

5  extent to which you believe any witness.  You must pay very

6  careful attention to the testimony of all of the witnesses

7  because you will not have any transcripts or summaries of the

8  testimony available to you during your deliberations.

9          You will have to rely entirely on your own memory and

10 your notes, if you choose to take any.

11         As human beings, we all have personal likes and

12 dislikes, opinions, prejudices and biases.  Generally, we are

13 aware of these things.  But you should also consider the

14 possibility that you have implicit biases, that is biases of

15 which you may not be consciously aware.  Personal prejudices,

16 preferences or biases have no place in a courtroom where the

17 goal is to arrive at a just and impartial verdict.  All people

18 deserve a fair treatment in the legal system, regardless of

19 race, national or ethnic origin, religion, age, disability,

20 sex, gender identity or expression, sexual orientation, income

21 level or any other personal characteristic.  You should

22 determine the facts from a fair consideration of all of the

23 evidence.

24         During the trial, I may rule on motions and

25 objections by the lawyers, make comments to the lawyers, ask

1    questions of witnesses.  I will instruct you on the law.  You

2    should not take any of my statements or actions as an

3    indication of my opinion about how you should decide the facts.

4    If you think that I have expressed or even hinted at any

5    opinion as to the facts in the case, you should disregard it.

6    The verdict in this case is your sole and exclusive duty and

7    responsibility.

8           You may consider only the evidence properly admitted

9    in this case.  The evidence includes the sworn testimony of

10   witnesses and the exhibits admitted into evidence.  Sometimes a

11   lawyer's question suggests the existence of a fact, but the

12   lawyer's question alone is not evidence.

13          The government and the defendant may stipulate, that

14   is, agree to certain facts.  You should consider any

15   stipulation of fact to be undisputed evidence.  I may take what

16   is called judicial notice of public acts, facts, places and

17   events that I consider to be matters of common knowledge or

18   matters which can be determined easily through undisputed

19   sources.  When I take judicial notice of a particular fact, you

20   may regard that fact as proven evidence.

21          During the trial, if the Court or lawyer makes a

22   statement or asks a question that refers to evidence that you

23   remember differently, you should rely on your memory of the

24   evidence during your deliberations.

25          The lawyers may object when the other side asks a

1    question, makes an argument or offers evidence that the

2    objecting lawyer believes is not properly admissible.  You must

3    not hold such objections against the lawyer who makes them or

4    the side or party that he or she represents.  It is the

5    lawyer's responsibility to object to evidence they believe is

6    not admissible.  If I sustain an objection to a question asked

7    by a lawyer, the question must be withdrawn.  You must not

8    guess or speculate as to what the answer would have been.  If a

9    question is asked and answered and I then rule the answer

10   should be stricken from the record, you must disregard both the

11   question and the answer in your deliberations.  You must follow

12   the same rule if any of the exhibits are stricken.

13           You are not permitted to discuss the case with anyone

14   until this case is submitted to you for your decision at the

15   end of my final instructions.  This means until the case is

16   submitted to you, you may not talk about it, even with your

17   fellow jurors.  This is because we don't want you making

18   decisions until you have heard all of the evidence and the

19   instructions of law.  In addition, you may not talk about the

20   case with anyone else.  It should go without saying that you

21   may also not write about the case electronically or through any

22   blog, posting or any other communication, including social

23   networking sites such as Facebook or Twitter or now X, until

24   you have delivered your verdict and the case is over.  This is

25   because you must decide the case on what happens here in this

1    courtroom and not on what someone may or may not tell you

2    outside of the courtroom.

3          I am sure that when we take our first recess at some

4    point you may call home or work and tell them you have been

5    selected for a jury.  They will undoubtedly ask you what kind

6    of case you are sitting on.  You may tell them it is a criminal

7    case, but nothing else until right now.  Until the case is over

8    you may -- when the case is over, you may discuss any part of

9    it with anyone you wish.  But until then, you may not discuss

10   the case at all with one anyone.

11         Although, it is a natural human tendency to talk with

12   people with whom you come in contact, you must not talk to any

13   of the parties, the attorneys or any witnesses in the case

14   during the time you serve on this jury.  If you encounter

15   anyone connected with the case outside of the courtroom, you

16   should avoid having any conversation whatsoever with them,

17   overhearing their conversation or having any contact with them

18   at all, for example, if you find yourself in a courthouse

19   corridor, the elevator, any other location like the cafeteria

20   in the basement where the case is being discussed by attorneys,

21   parties, witnesses or anyone else, you should immediately leave

22   the area to avoid hearing any such discussions.  If you do

23   overhear a discussion about the case, you should report that

24   fact to me as soon as you can do so.

25         Finally, if you see any of the attorneys or witnesses

 1    involved in the case and they turn and walk away from you, they

 2    are not being rude.  They are simply following the same order I

 3    have given to them to not have any contact with any juror

 4    during the time you are here.

 5         It is very unlikely, but if someone tries to talk to

 6    you about the case, you should refuse to do so and immediately

 7    let me know by telling the clerk or the marshal that you need

 8    to speak to me.  Don't tell any other juror, just let me know

 9    and I will talk to you about it directly.  Between now and when

10    you are discharged from jury duty, you must not receive from

11    anyone including friends, coworkers, family members, any

12    information about your jury service.  You may tell those who

13    need to know where you are that you have been picked for a

14    jury, how long it may take.  But you should not give anyone any

15    information about the case itself or the people involved until

16    the case is over.

17         You also must not warn people -- you also must warn

18    people not to try to say anything to you or write to you about

19    your jury service for the case, that includes face to face,

20    phone or communications by computer.  In this age of electronic

21    communications, I do want to stress to you that you must not

22    use electronic devices or computers to talk about the case

23    including tweeting, texting, blogging, emailing, posting

24    information on the website or chat room or any other means at

25    all.  Do not send or accept messages including email or text

1   messages about your jury service.  You must not disclose your

2   thoughts about your jury service or ask for advice on how to

3   decide the case.  I don't want to try this a second time,

4   please.  Don't do it.

5            You must decide the facts based on the evidence

6   presented in court and according to the legal principles about

7   which I will instruct you.  You are not permitted during the

8   course of the trial to conduct any independent investigation

9   about the case or research anything about the case.  This

10  means, for example, you cannot use the internet to do research

11  about the facts or the law or people involved in the case.

12  Research includes something even as simple or seemingly

13  harmless as using the internet to look up a legal term or view

14  a satellite photo of the scene of the alleged crime.

15           I want to explain to be sure you understand some of

16  the rules why you should not conduct your own investigation.

17  All parties have a right to have the case decided only on the

18  evidence and legal rules they know about and that they have a

19  chance to respond to.  Relying on information you get outside

20  the courtroom is unfair, because the parties would not have a

21  chance to refute, correct or explain it.  Unfortunately

22  information that we get over the internet or from other sources

23  may be incomplete or misleading or actually just plain wrong.

24           It is up to you to decide whether to credit any

25  evidence presented in court.  And only the evidence presented

1    in court may be considered when you deliberate and arrive at a

2    verdict in this case.

3           If evidence or legal information is not presented in

4    court, you cannot rely on it.

5           Moreover, if any of you do your own research about

6    the facts or the law that may result in different jurors basing

7    their decisions on different information each juror must make

8    his or her decision based on the same evidence under the same

9    rules.

10          In some cases, there may be reports in the newspaper,

11   on the radio, internet or television concerning the case while

12   the trial is ongoing.  If there should be any such media

13   coverage in this case, you may be tempted to read, listen to or

14   watch it.  You must not read, listen to or watch any such

15   reports because you must decide this case solely on the

16   evidence presented in this courtroom.  If any publicity about

17   this trial inadvertently comes to your attention during the

18   trial, do not discuss it with any jurors or anyone else, but

19   let my clerk know after that happens that you need to speak to

20   me and I will talk to you briefly about it.

21          After I submit the case to you, you may discuss it

22   only when I instruct you to do so and only in the jury room and

23   only in the presence of all of your fellow jurors.  It is

24   important that you keep an open mind and not decide any issue

25   in the case until I submit the entire case to you with my

1    instructions.

2           I have one other thing I do like the jury to know.

3    At the end of it all, I will give you instructions about the

4    law that are fairly lengthy.  I have to read them under the

5    law, but I do give you a copy in writing so each of you 12 who

6    are on the final jury will have them to -- available in

7    writing, so you have them with you in the jury room.  And you

8    have all of the law set forth there.  I will give you an

9    explanation then about if you have a question during your

10   deliberations, you can send it and I can answer your questions.

11   But you will have all -- by law I have to read it to you and I

12   try to keep you awake while I read it.  But they are pretty

13   lengthy, but you will have written instructions to go by.  I

14   say to my alternate jurors -- I disclose alternates in advance

15   so everybody knows what is going on.  Pay close attention

16   because I have had -- I had a juror one time struck by a mail

17   truck just walking down the street.  I have had everything

18   under the sun happen.  We never know until the very end if I

19   may need to put an alternate in.  I have got to have 12 at the

20   end to get a verdict.  I don't want to start all over, so that

21   is why you are here.  You have to pay close attention, because

22   you won't know until the end if you are going to end up on the

23   jury or not.

24          It is frequently -- not always, but frequently I do

25   end up using an alternate.  You won't know the evidence unless

1    you pay attention as we go along.  To the 12 of you, I wish you

2    the best of health and happiness for the next week.  Have a

3    nice weekend.  Don't go around any mail trucks, from my

4    experience.  And we'll let the government start with their

5    opening statement.

6            MS. LEDERER:  Thank you, Your Honor.  May I have a

7    brief moment to set up?

8            THE COURT:  Yes.  I had had things other than mail

9    trucks, mail trucks is just my favorite example.  Who would

10   have ever thought I would lose a juror that way?

11           MS. LEDERER:  Thank you for your patience.

12                        OPENING STATEMENT

13           MS. LEDERER:  Good morning.

14           On January 6, 2021, the defendant, John Sullivan,

15   came to Washington.  He came not only to find chaos, but he

16   came to engage in chaos and where he could, to create chaos.

17   And he did that with one goal, to burn our democratic system to

18   the ground.  So when for the first time in American history,

19   the peaceful transfer of power, the 2020 certification of the

20   presidential election, was being torn to the ground, when

21   thousands of Americans were descending on their own nation's

22   Capitol to disrupt that system, the defendant was not going to

23   miss out on putting actions behind his words to burn the system

24   down.

25           He marched right up the west lawn of the Capitol

1    where he celebrated the chaos.  He encouraged the chaos and he

2    reveled in that chaos.

3              (Video played.)

4              MS. LEDERER:  Here, you see the defendant in all

5    black, helping other rioters onto the terrace of the United

6    States Capitol.

7              And before going inside, the defendant acknowledged

8    exactly what he was about to do, the severity of what he was

9    about to do and devised a plan so that his goal would not be

10   disrupted.

11             He was going to hide behind his camera, because he

12   didn't want to get arrested.  And that is what he did.  For 40

13   minutes, he traversed the United States Capitol ignoring every

14   command to leave.  He encouraged chaos, creating chaos and

15   coming to the foot of the United States House of

16   Representatives, not once, but twice.  And his actions over the

17   40 minutes that he spent inside the Capitol on top of the time

18   that he spent on the Capitol grounds is why he is before you

19   today charged with seven counts.

20             He is charged with obstructing that 2020

21   certification process.  He is charged with creating that chaos,

22   creating civil disorder, impeding officers to get to that

23   certification process.  And he is also charged with trespassing

24   on Capitol grounds with a knife and also disorderly conduct on

25   those restricted Capitol grounds with a knife.  These are all

charges that the government has to prove beyond a reasonable

doubt.  And we will do that with evidence.  You will see the

defendant on Capitol surveillance footage.  You will hear his

actions.  You will hear the defendant and see the defendant

through his own video that he took that day.  You will also see

the defendant on video that other rioters and other people on

the grounds took that day.  You will also hear about the

investigation into John Sullivan, what made John Sullivan go

inside the Capitol that day.  Why does John Sullivan want to

burn the democratic system to the ground?  You will hear

through the course of the investigation that he was from Utah.

He was in cybersecurity sales, but he also started an online

persona where he would advocate for either legitimate protest

or he would also advocate for chaos.  He would advocate for his

end goal, burning our democratic system to the ground.

One of those online personas was Activist John.  And

you will hear over the course of the summer of 2020 that the

defendant, John Sullivan, traveled around the United States

attending different legitimate protests, but also engaging in

chaos.  He would then post about these protests, post about the

chaos and post about his goals online, including his one

platform, Activist John.  Here he is in Portland with the

caption "Let's start a riot."

The defendant also relied on YouTube and Periscope to

send out his message.  He would teach people how to go to

1    protests, how to engage in chaos.  This is a still from a

2    Periscope where you see the defendant dressed in all black.

3    You will see the gas mask on his side that he brought to the

4    Capitol on January 6.  You see the Kevlar vest, similar to the

5    one he wore on January 6 and the knife that he brought to the

6    Capitol on January 6, 2021.  And you will hear testimony about

7    how the FBI agents were able to connect this video and the

8    outfits in this video and the knife in this video to the

9    defendant on January 6, 2021.  The defendant also created a

10   one-man Insurgence USA, again another platform where he

11   disseminated his message to burn it all down.  This is a logo

12   of his one-man company that he created, Insurgence USA, that

13   investigators found on one of his devices.

14           The defendant also created the persona Jayden X.  He

15   used Jayden X to post videos on YouTube, but also to tweet his

16   message.  And his message is, "Fuck the system, burn it all

17   down."

18           And that was posted four days before January 6, 2021.

19   He also tweeted messages like "Riots are meant to bring change,

20   so purge the world with fire."  January 6 was his opportunity

21   to purge the world with fire.

22           Because in Washington on January 6, 2021, you will

23   hear -- you will get a quick civics lesson that Congress was

24   meeting at the Capitol building to certify the 2020

25   presidential election.  The person who oversaw that

1   certification process was Vice President Mike Pence, the former

2   vice president.

3         Because he was going to the Capitol to oversee that

4   peaceful transfer of power, that triggered a restricted

5   perimeter around the Capitol grounds.  You can see it in red

6   here on this map.  However, that day the Capitol Police in

7   conjunction with the Secret Service set up a physical barrier

8   of bike racks and fencing to keep everyone who was not allowed

9   to be on those grounds out.

10         That line was overrun by rioters.  That riot gave the

11   defendant the opportunity to engage in his goal, to get to the

12   foot of democracy and to take it down.  He entered on the west

13   side, as we saw.  He made his way up.

14         John Sullivan, reveling in chaos, bringing a

15   megaphone and his knife.  He was ready.  And when he made his

16   way to the foot of the inaugural stage, to the foot of what you

17   will hear is called the west terrace of the Capitol, he began

18   to encourage the chaos and he took out that megaphone.

19         We are about to burn this shit down.  Now, he went to

20   Capitol grounds with a woman named Jade Sacker.  Jade Sacker

21   accompanied John Sullivan to Washington, DC to film him.  He

22   had caught the attention of this documentarian because of his

23   antics.  And Ms. Sacker began to film not only John Sullivan,

24   but his brother James Sullivan.  She was capturing two brothers

25   on polar opposite sides and their views.  And she went there to

1   see what John Sullivan was going to do that day.  And he showed

2   everyone.

3        He made his way up to the upper west terrace where

4   you saw him celebrating, helping other rioters up, where he

5   began to plot how he would stay undetected.  "I don't want to

6   get arrested, so I am going to record."  He jumped through a

7   shattered window at 2:16 entering the Capitol.  From there,

8   like I said before, he traversed through two different floors,

9   constantly ignoring police orders, overrunning police lines and

10  finding his way to the heart of the Capitol, the House of

11  Representatives floor.  He first got a look at the house main

12  door, before making his way back around to the Speaker Lobby

13  door, all while members and staff and press were still inside.

14       Here he is in front of the house main door

15  encouraging police to stand down and encouraging fellow rioters

16  to proceed forward.

17       When other rioters said, "Hey, no violence," it was

18  this defendant that said, "They don't listen without violence."

19  And who is the "they"?  The congressmen inside, the people

20  inside.

21       The defendant tried to get to the front of those

22  doors by saying, hey, I have a knife and holding up a knife.  I

23  have a knife.  But when that didn't work and the crowd began to

24  round around back to the Speaker's Lobby, the defendant

25  followed.  And this time, his attempts to get to the front by

1    saying he had a knife worked.

2         You can hear other members saying -- or other members

3    of the riot saying, "They are leaving, they are leaving."

4         You will see footage of actual members and staff

5    evacuating as this riot descended on the Speaker's Lobby door

6    and pinned officers in between those doors and shattered those

7    doors.  What did the defendant do?  He encouraged the riot to

8    keep going, "Let's go, let's break this shit, let's go."

9         Now, unfortunately, due to the aggression of all of

10   the rioters in that area, the encouragement, let's go, let's

11   go, let's break this down, rioters were able to punch out a

12   window, a window that a rioter then climbed through and was

13   shot.  We are not going to show you -- the government is not

14   going to show you the footage of that shooting, but that is

15   what happened that day.  That is the truth of the January 6.

16        After the shooting, rioters, including the defendant,

17   continued to remain in this restricted building that they had

18   no business being in and had no permission to be in.  The

19   defendant, there again, commented on police actions, why they

20   shot a woman trying to get into the House of Representatives

21   during what was supposed to be a peaceful transfer of power.

22   Eventually, the defendant was pushed out of the building

23   exiting around 2:56 p.m.  And from there, his revisionist

24   history began, because when the weight and the reality of what

25   his actions were that day, he came to rue, he tried to walk it

1    all back.  He tried to hide behind that camera and tried to

2    call himself an activist turned journalist and that is what he

3    was trying to do.  He was just trying to document that day.

4    But it will be clear from every piece of footage, from his own

5    mouth, from his own actions, that his only intention that day

6    was to take advantage of an opportunity to get to the floor, to

7    get to the seat of democracy and to burn it all down.

8              It is pretty simple.  He is here to rip this shit

9    down.  It is pretty simple.  All his actions that day, all of

10   the defendant's words that day are pretty simple.  He was

11   simply there to take advantage of a chaotic day to create more

12   chaos and to burn that democratic system down.  At the end,

13   after you see all of the evidence, it will be simple, it will

14   be clear, the defendant is guilty of his actions on January 6,

15   2021 of obstructing that certification process, of creating

16   civil disorder and engaging in civil disorder, impeding

17   officers, trespass on a restricted area and doing so with a

18   knife.  Thank you.

19             THE COURT:  Mr. Kiersh.

20             MR. KIERSH:  Thank you, Your Honor.  It will just

21   take a second to exchange the microphone.

22                       OPENING STATEMENT

23             MR. KIERSH:  Ready to go.

24             John Sullivan, this person you see there, the

25   defendant, he was in the Capitol on January 6.  And everybody

1    in this country, everybody in the world knows what happened

2    inside the Capitol on January 6.  You don't have to see all of

3    this videotape.  Anybody who has got a television or a radio or

4    a computer knows and has seen what happened on January 6.  And

5    a good part of the reason why people know what happened on

6    January 6 is because of the film that John Sullivan provided to

7    the media.  The film that you saw, most of the film that you

8    saw in the opening statement was provided by John Sullivan to

9    the media.  He was there.

10          His intent on January 6 was not to corruptly impede

11   the function of Congress.  His intent on January 6 was not to

12   create or be involved in a civil disturbance.  It was not.  The

13   reason why John Sullivan was in the United States Capitol on

14   January 6 was to film and to record the incredibly dramatic

15   historic -- and you can put whatever adjective you want on it.

16   But it was to record for history, the events of January 6.

17   That is why we all got to see it.  That is why we were all able

18   to see with our own eyes what happened on January 6, because of

19   the film.  And you see the quality of the film.  You don't get

20   that quality unless you are close up.  And that is what John

21   Sullivan was doing.

22          Now, how do we know what his intent was?  And

23   throughout this trial, and when we get to closing arguments and

24   when Judge Lamberth gives his final instructions, you are going

25   to hear about this term intent.  Because really that is what

1    this case is about.  What was the intent of John Sullivan on

2    January 6?  So you say, okay, well, how do we decide what the

3    intent was?  How do we get inside somebody's head to figure out

4    what was their intent?  What was their motive?  What was their

5    purpose?  Well, in every single depiction of what happened on

6    January 6, with respect to John Sullivan, you are going to

7    see -- it is in every video depiction, it is in every still

8    photograph, that what John Sullivan has in his possession is a

9    tripod and a camera.  And when he is coming to the Capitol, he

10   has got a tripod and a camera.  And when he is leaving the

11   Capitol, he has got a tripod and a camera.  When he is getting

12   pushed out of the Capitol, he has got a tripod and a camera to

13   film, to record, to make sure that the whole world saw what was

14   happening and is recorded forever.

15           Now, we are going to be perfectly straight and up

16   front with you.  There is another reason why John Sullivan was

17   there.  And it was a perfectly legitimate reason.  He sold the

18   film.  He sold the film to media outlets.  There is nothing

19   wrong with that.  He profited.  He made money.  He sold to CNN.

20   He sold it to MSNBC.  He sold it to some foreign outlets,

21   because they all saw the film and said, this is really quality

22   film.  That is not what he is charged with, selling film.  But

23   that is what he was there for.  And that, we submit to you, all

24   demonstrates, all proves what his intent was.

25           His intent was to record and afterwards to make some

money.  Now, again, the government and only the government has
the burden of proof.  Only the government has to prove
anything.  John Sullivan does not have to introduce any
evidence.  He doesn't have to have his lawyer get up and make
an opening, make a closing argument.  The government has to
prove everything.  And the government has to prove to you,
beyond a reasonable doubt, that his intent was to corruptly
interfere with Congress, that his intent was to create a civil
disturbance.  If you have a reasonable doubt, which is very
simple, it is a doubt based on reason, it is a doubt for which
you can give a reason -- and we submit there are many doubts --
then you must find John Sullivan not guilty of the civil
disobedience and the intent to corruptly interfere with
Congress because he was there with his camera, he was there
with his tripod.

          Now, the government has a lot of evidence.  And,
remember, right early on in the opening statement, they showed
you this picture of John Sullivan with his head wrapped up,
with a knife.  That wasn't January 6.  That was not January 6.
What the government is saying, well, you see this guy is
involved in civil disturbances on days other than January 6, so
that means he is involved somehow, that he did a civil
disturbance on January 6.  No, it doesn't.  No, it doesn't.

          Our focus in this case is on what happened on
January 6, what happened that day, what was going on in the

1   Capitol.  What was the reason John Sullivan went there?  And he

2   went there with one other person, Jade Sacker, who was doing a

3   documentary.  He wasn't there with a group.  There is no

4   evidence going to be used he was there with the Proud Boys or

5   the Oath Keepers or anybody like that.  He was there with this

6   young woman and his camera and his tripod.  And the government

7   can try to spin it any way they want.  That is fine.  That is

8   what trial is about.  But we would ask you to stay focused.

9   Don't look beyond January 6, look at January 6.

10          You will hear testimony from Special Agent Foulger,

11  the gentleman seated to my right, that he went to John

12  Sullivan's apartment after the events.  He is from Utah.  And

13  you will hear testimony that John Sullivan was perfectly

14  cooperative, that John Sullivan gave Agent Foulger whatever he

15  asked him for, including that 50 minute tape which will be in

16  evidence, which you just saw part of on the video.  He gave him

17  the tape, voluntarily, freely, without the benefit of a lawyer

18  saying don't do it or whatever.  Here is the tape, you want it,

19  it is yours, go ahead.

20          That, we suggest to you, shows that his intent was

21  not to commit a crime that day.  His intent was to record it.

22  And his intent was to cooperate with the FBI when they asked

23  him for the tape.  When you go back and you look at that tape,

24  you will see.  And, again, lawyers can say whatever they want,

25  because the lawyers' words in opening statement are not

1    evidence.  What the government counsel said is not evidence,

2    what I am saying is not evidence.  Evidence is what you hear

3    from the witness stand.  But the evidence will be that John

4    Sullivan did not physically assault any person in the Capitol

5    on January 6.  He didn't lay a hand on anybody.  The government

6    said, well, he kept saying, burn it down, burn it down.  He

7    didn't light a match.  He did not cause any physical violence

8    to any person in that Capitol.  And there was plenty of

9    violence going on.

10           He recorded it.  He didn't cause it.  It was not his

11   intent.  Again, we get back to that word intent.  It was not

12   his intent to do these crimes.  He was there to film it for

13   everyone to see it.  And when you see in the bottom of the

14   films, a lot of the films that John filmed will say Jayden X.

15   That is just a name that he uses.  But that is him, John

16   Sullivan, AKA Jayden X, that is the name he goes by.  He made

17   money, involved in other completely legitimate protests beyond

18   that as the government talked about right away.  Those are

19   completely legitimate expressions of protests.  That is what we

20   have in this country.  That is what makes us different is that

21   we can protest.  And that is what he was doing before.

22           And so on January 6, he was there to record, made

23   some money and he fully cooperated with the police.  So for

24   those reasons, we just simply ask you to pay very careful

25   attention to the evidence, listen to what the witnesses say.

1    And at the end, return the appropriate verdict because the

2    government has not and cannot prove beyond a reasonable doubt

3    that the intent of John Sullivan on January 6 was to corruptly

4    interfere with Congress.  And they cannot prove and will not

5    prove beyond a reasonable doubt that he engaged in civil

6    disobedience.  So on behalf of John Sullivan, thank you very

7    much for your time and attention.

8                THE COURT:  Thank you, Mr. Kiersh.

9                Government may call your first witness.

10               MS. LEDERER:  Your Honor, the government calls to the

11   stand Elizabeth Glavey.

12                      ELIZABETH GLAVEY, sworn.

13               THE WITNESS:  I swear.

14               THE COURTROOM DEPUTY:  Thank you.  Please be seated

15   and please state your name.

16               THE WITNESS:  Elizabeth Glavey.

17                        DIRECT EXAMINATION

18   BY MS. LEDERER:

19       Q.  Good morning.

20       A.  Good morning.

21       Q.  Would you also please state your title for the members

22   of the jury?

23       A.  I am a special agent with the United States Secret

24   Service.

25       Q.  Special Agent Glavey, how long have you been with the

DIRECT EXAMINATION OF ELIZABETH GLAVEY

1    United States Secret Service?

2         A.   Fourteen years.

3         Q.   Over the course of those 14 years, if you could just

4    quickly walk us through what are the different positions that

5    you have held within the United States Secret Service?

6         A.   When I started, I started in a field office where I

7    was for 8 and a half years, then I transferred to Washington,

8    DC where I started my protection phase.  I did four years on

9    the vice president's detail.  And then currently I am now at

10   our training center.

11        Q.   Special Agent Glavey, what is the mission of the

12   United States Secret Service?

13        A.   It is a dual mission.  We do protection and

14   investigations.

15        Q.   What type of people -- I know we all probably know

16   this, but for the record, what type of people does the Secret

17   Service protect?

18        A.   We protect the president, vice president, their

19   immediate families and foreign heads of state when they come to

20   the United States.

21        Q.   How do you refer to the individuals that you protect?

22        A.   We call them protectees.

23        Q.   Special Agent Glavey, I want to bring you back to

24   January 6 of 2021.  Back in 2021, were you a part of the vice

25   president's detail?

1          A.  Yes, I was.

2          Q.  What was -- were you on duty on January 6, 2021?

3          A.  Yes, I was.

4          Q.  What was your assignment that day?

5          A.  My assignment was to be the site agent, the lead point

6    of contact for the vice president's detail at the Capitol

7    building.

8          Q.  Could you just dive a little bit more into that.  What

9    does that mean to be the point of contact, the lead agent?

10         A.  As the site agent, I was responsible for doing any

11   preparations for the vice president to go to the Capitol and in

12   cooperation with my liaison counterpart who is also a Secret

13   Service employee.  And I am also responsible, once the vice

14   president arrives, to get him anywhere he needs to go and to

15   have a plan in place in the event something were to happen and

16   we would need to leave or relocate.

17         Q.  Back in January 2021, were you stationed at the

18   Capitol or were you stationed elsewhere?

19         A.  I was stationed elsewhere.

20         Q.  Where were you stationed?

21         A.  I was part of the vice president's detail, so my

22   normal daily duties would have me either working at the vice

23   president's residence or the White House.

24         Q.  And on January 6, specifically, you went to the

25   Capitol to arrange for a visit?

1          A.  Correct.

2          Q.  The counterpart that you worked with at the Capitol,

3   who was that?

4          A.  It was Lanelle Hawa.

5          Q.  When you say that you and Lanelle Hawa had to take

6   certain steps and work to ensure the vice president's safe

7   visit, what were those steps that you took?

8          A.  I provided information to Lanelle Hawa regarding the

9   visit of the vice president and his immediate family.  We had

10  to create a document that is called a head-of-state

11  notification.  And it provides information for the Capitol

12  Police as well as anyone else working that visit that includes

13  all of the points of contact for the vice president's detail,

14  who would be in attendance and then a brief itinerary.

15         Q.  Why was the vice president specifically visiting the

16  Capitol on January 6, 2021?

17         A.  He was there for the certification of the vote.

18         Q.  If I were to show you the worksheet and game plan for

19  January 6, 2021, would you recognize that?

20         A.  Yes, I would.

21         Q.  If I may start with showing the witness 201.

22         Special Agent Glavey, do you recognize 201?

23         A.  I do.

24         Q.  What is 201?

25         A.  It is an email from a liaison counterpart, Lanelle

1  Hawa, regarding the head-of-state notification for the visit of

2  the vice president, Michael Pence, Ms. Pence, Charlotte Pence

3  to the Capitol on January 6.

4          MS. LEDERER:  Your Honor, at this time I'd move to

5  admit 201 into evidence and publish to the jury?

6          MR. KIERSH:  No objection.

7          THE COURT:  Received.

8          (Whereupon, Government Exhibit No. 201 was admitted.)

9  BY MS. LEDERER:

10     Q.  Special Agent Glavey, as this is being presented to

11  the jury, I just want to bring your attention to the top of

12  this email.  Beyond working with your own Secret Service

13  counterparts, are there other law enforcement agencies that the

14  Secret Service works with to ensure the safety of a protectee?

15     A.  Yes.

16     Q.  And in this specific case, the protectee being former

17  Vice President Mike Pence, who did the Secret Service work with

18  to ensure his safety on the Capitol on January 6?

19     A.  We worked with the Capitol Police.

20          MS. LEDERER:  Now, if we may show Special Agent

21  Glavey what has been previously marked as 202?

22          THE COURT:  Yes.

23  BY MS. LEDERER:

24     Q.  Agent Glavey, looking at 202, do you recognize 202?

25     A.  I do.

1      Q.  What is 202?

2      A.  It is the head-of-state notification for the visit of

3   Vice President Michael Pence, Charlotte Pence to the Capitol on

4   January 6, 2021.

5          MS. LEDERER:  Your Honor, at this time I would move

6   to admit 202 and publish to the jury.

7          MR. KIERSH:  No objection.

8          THE COURT:  Received.

9          (Whereupon, Government Exhibit No. 202 was admitted.)

10  BY MS. LEDERER:

11     Q.  Agent Glavey, starting with the top of this worksheet,

12  could you walk the members of the jury through the worksheet we

13  are looking at and what the plan was on January 6?

14     A.  Sure.  It is the head-of-state worksheet produced by

15  the liaison division of the Secret Service in cooperation with

16  Capitol Police.  It provides the date of the visit, which was

17  Wednesday, January 6, 2021.  It lists who would be in

18  attendance, which was Vice President Michael Pence, Ms. Pence

19  Charlotte Pence.  Then it provides information regarding the

20  motorcade as far as where it would be leaving from.  And the --

21  where the vehicles should meet.  Then it provides a series of

22  points of contact for the vice president's detail that day.

23     And then we lead into the itinerary, which is just a brief

24  synopsis of where the vice president would be during his time

25  at the Capitol.

DIRECT EXAMINATION OF ELIZABETH GLAVEY

1      Q.  And that time at the Capitol was for the certification

2  process?

3      A.  Correct.

4      Q.  Agent Glavey, where did the car leave from that day

5  with the vice president?

6      A.  The motorcade left from the Naval Observatory, which

7  is the vice president's residence.

8      Q.  Did you leave with the vice president that day or were

9  you already at the Capitol?

10     A.  I was already at the Capitol.

11     Q.  Were you at the Capitol when the vice president and

12  his family arrived?

13     A.  Yes, I was.

14     Q.  What location did the motorcade arrive to the Capitol?

15     A.  The senate carriage entrance.

16     Q.  Where at the Capitol is that?

17     A.  On the east side.

18     Q.  Did you greet the vice president when he arrived?

19     A.  Yes, I greeted the detail.

20     Q.  From there, did you go with the detail inside to the

21  Capitol?

22     A.  Yes, I did.

23     Q.  Agent Glavey, you as a Secret Service agent assigned

24  to the vice president, do you still need credentials to get

25  inside the Capitol yourself?

1         A.  Yes.  The Capitol requires us to have a visitor's

2    badge, so we provide the badge.  It lets individuals know that

3    we are armed law enforcement.  And it gives us the

4    authorization to move throughout the Capitol.  So once the

5    motorcade arrived, I gave the individuals who were going into

6    the Capitol the badges that were needed.  And then shortly

7    after, we went inside.

8         Q.  When you went inside the Capitol, where did you go?

9         A.  We went to the second floor to the vice president's

10   office.

11        Q.  And when you say we, does that mean the vice president

12   was with you going to his office?

13        A.  Correct.

14        Q.  Now, is that all still a part of the intended schedule

15   for January 6, 2021?

16        A.  Yes, it was.

17        Q.  From his office -- and I apologize.  About what time

18   did he make it to the actual Capitol that day?

19        A.  A little before 12:30.

20        Q.  From his office, where does the vice president go?

21        A.  He then proceeded to the house chamber.

22        Q.  Do you know what he was going to do at the house

23   chamber?

24        A.  They were going to begin the certification of the

25   vote.

DIRECT EXAMINATION OF ELIZABETH GLAVEY

1   Q.  From the house chamber, does the vice president ever

2   have to leave there?

3   A.  Yes.

4   Q.  Why?

5   A.  When the certification began, I believe it was Arizona

6   objected.  So at that point, once there is an objection, they

7   then proceed back to the senate side where they began

8   deliberations.

9   Q.  Is that why there was some TBD in the schedule, that

10  the day would be in flux?

11  A.  That is correct.  We expected several objections

12  throughout the course of the certification.

13  Q.  Over the entire time that you are working through the

14  actual Capitol with the vice president, the entire time what is

15  your goal?

16  A.  To keep the vice president safe.

17  Q.  After he left the house and went to the senate, do you

18  recall about how much time he spent there?

19  A.  We were there for a little while, I would say a half

20  hour maybe.

21  Q.  From the senate, do you have to go anywhere else after

22  that?

23  A.  Yes.  While the vice president and his family were on

24  the senate side, there was an issue with protesters approaching

25  the Capitol.  And shortly after, we had to relocate our

1    motorcade.  And then we started the process of relocating the

2    vice president and his family.

3        Q.  Do you recall around what time you first were given

4    notice that there were protests nearing the Capitol?

5        A.  I wasn't given notification.  While we were outside

6    the senate chamber, I was able to go by the window where I

7    could see protestors approaching.  And shortly after that, my

8    supervisor advised that the motorcade was relocating.  And it

9    requested that I walk the route in the event we were to

10   relocate the vice president.

11       Q.  The motorcade, had that been left outside at the east

12   front?

13       A.  Correct.

14       Q.  Was that -- I don't want to know the exact location.

15   Was that motorcade relocated to a secure location?

16       A.  It was.  It stayed on Capitol grounds.

17       Q.  When you state you had to walk the route, what do you

18   mean by that?

19       A.  I had to walk the route to ensure that we still had a

20   clear route, if we needed to use it and to also just reassure

21   that I knew the route, so that we could take it without having

22   any missed steps.

23       Q.  At some point, you become alerted to the fact that

24   there is an actual breach of the Capitol building itself?

25       A.  Yes.  When I was returning from walking the route, as

1    I was coming up a stairwell, I heard glass smash.  And then

2    shortly after, I saw protesters inside the Capitol building.

3        Q.  Agent Glavey, are you in constant radio contact with

4    other agents while on the Capitol grounds on January 6?

5        A.  Yes, I am.

6        Q.  If I were to play one of your radio communications

7    from about 2:14 p.m. from January 6, would you recognize it?

8        A.  Yes, I would.

9            MS. LEDERER:  Your Honor, at this time, if we could

10   play 205.

11           THE COURT:  Without objection?

12           MR. KIERSH:  No objection.

13           THE COURT:  Received.

14           (Whereupon, Government Exhibit No. 205 was admitted.)

15   BY MS. LEDERER:

16       Q.  Do you recognize your voice in 205?

17       A.  Yes, I did.

18       Q.  What information were you relaying?

19       A.  I relayed that they had entered the building, meaning

20   the protesters and for the detail to hold, to not move the vice

21   president at that time.

22       Q.  At this point at 2:14 p.m. when you are aware that

23   there is actual people inside the building that aren't supposed

24   to be there, what do you have to do?

25       A.  At this point, we have to ensure the safety of the

1    vice president and his family.  So we have to make the decision

2    as to when it would be safe to relocate or if it was a better

3    option to just remain where they were, which was in his office.

4         Q.  The office of the vice president, where is that

5    located inside the Capitol?

6         A.  The second floor.

7         Q.  Is that in close proximity to the senate carriage

8    where you first had received the vice president?

9         A.  Yes.

10        Q.  While you are assessing, whether or not you actually

11   have to move the vice president at some point, does it become

12   clear that you do need to move the former vice president and

13   his family?

14        A.  Yes.  We went through several waves of where it looked

15   like we had a clear route when we didn't have a clear route.

16   So at one point we did have a clear route and I was advised by

17   Capitol Police that protestors had made it to the second floor.

18   So once the protesters made it to the second floor, it was a

19   little more urgent to relocate the vice president at that time.

20        Q.  Would you recognize your radio communications from

21   about 4:20 and 19 seconds p.m.?

22        A.  Yes.

23             MS. LEDERER:  If I could have 206 played for the

24   witness.

25             MR. KIERSH:  No objection.

1          THE COURT:  Received.

2               (Whereupon, Government Exhibit No. 206 was admitted.)

3   BY MS. LEDERER:

4      Q.  Agent Glavey, did you recognize your voice in that

5   communication?

6      A.  I did.

7      Q.  In that communication, was it relaying the information

8   that you just testified about now how the rioters had made it

9   to the second floor?

10     A.  That is correct.

11     Q.  If I could have 207 played for Agent Glavey from your

12  radio communications from 4:21 p.m. if you would recognize it?

13          MR. KIERSH:  No objection.

14          THE COURT:  Received.

15              (Whereupon, Government Exhibit No. 207 was admitted.)

16  BY MS. LEDERER:

17     Q.  Agent Glavey, did you recognize your voice?

18     A.  Yes, I did.

19     Q.  What was the information that you were relaying there?

20     A.  As I was relaying information, just the quantity of

21  officers that were being used to keep the protesters from

22  entering into the area that we would need to go when we

23  relocated the vice president.

24     Q.  Agent Glavey, were protesters near the location of the

25  vice president as he was in his office?

1          A.  I can't advise how close they were on the second

2     floor.  On the first floor, if we were to relocate the vice

3     president, they were in close proximity to the route.

4          Q.  If I were to show you footage of the eventual

5     evacuation of the vice president and his family, would you

6     recognize it?

7          A.  Yes, I would.

8               MS. LEDERER:  If we could bring up 203, please?

9               MR. KIERSH:  No objection.

10               THE COURT:  Received.

11               (Whereupon, Government Exhibit No. 203 was admitted.)

12     BY MS. LEDERER:

13          Q.  Now, if we could please pause.  Thank you,

14     Ms. Mohamed.

15          Agent Glavey, the area that we are looking here, where is

16     this?

17          A.  This is the stairwell that is right outside the vice

18     president's office as well as the back of the senate chamber.

19          Q.  Look at the top left of the screen, what time did you

20     start the evacuation process?  Well -- or what is it now in

21     this video?

22          A.  2:25 p.m.

23          Q.  If we could please press play.  If we could press

24     pause, please.

25          Agent Glavey, do you recognize anyone on screen?

1        A.  I do.

2        Q.  Could you circle who you recognize?

3        A.  I recognize all of them.  But that is the vice

4  president.  That is the vice president's daughter.  And that is

5  the second lady, the vice president's wife, Karen Pence.

6        Q.  And here we are paused at -- would it be correct to

7  say, 2:26 p.m.?

8        A.  Correct.

9        Q.  Indicating for the record, the witness had circled

10 three individuals in succession starting with a gentleman with

11 white hair?

12            MR. KIERSH:  No objection.

13            THE COURT:  Received.

14 BY MS. LEDERER:

15       Q.  If we -- before we press play, Agent Glavey, is this

16 you and your team evacuating the vice president to a more

17 secure location?

18       A.  Yes, it is.

19       Q.  If we could press play.

20       Agent Glavey, do you know how close protesters were on the

21 first floor when the vice president was being brought down the

22 steps?

23       A.  When he was being brought down the steps, I did not

24 have eyesight on the protesters.  If there were protesters in

25 the hallway, like they were before, the Capitol Police would

1   have been holding them back.

2       Q.   I don't want to know where you brought the vice

3   president.  Did you bring the vice president and his family to

4   a more secure location?

5       A.   Yes, we did.

6       Q.   That location, was that still -- I don't want to know

7   where, but was that still on Capitol grounds?

8       A.   Yes, it was.

9       Q.   How long did the vice president and his family have to

10  stay at that location?

11      A.   Several hours.

12      Q.   Because the vice president was at this location, what

13  happened to the certification process?

14      A.   The process was on pause.  It was on recess until all

15  of the protesters could be cleared out.

16      Q.   Eventually, did you get word that you could bring the

17  vice president back to his office?

18      A.   Yes.

19      Q.   Do you recall around what time that was?

20      A.   Approximately 8:00 p.m.

21      Q.   After 8:00 p.m. was the certification process

22  eventually able to start again?

23      A.   Yes, it did.

24          MS. LEDERER:  Your Honor, may I have a brief Court's

25  indulgence?

DIRECT EXAMINATION OF ELIZABETH GLAVEY

1              THE COURT:  Yes.

2    BY MS. LEDERER:

3        Q.  Agent Glavey, how long have you been with the Secret

4    Service?

5        A.  Fourteen years.

6        Q.  Over the 14 years that you have been with the Secret

7    Service, have you ever experienced anything like January 6?

8        A.  I have not.

9              MS. LEDERER:  Thank you.  I have no further

10   questions.

11             THE COURT:  We will take our morning 10-minute recess

12   before doing the cross.

13             All rise.  Court stands in recess.

14             (The jury left the courtroom.)

15             (Recess taken at 11:28 a.m.)

16             THE COURT:  Be seated.

17             Off the record, for a minute.

18             (Discussion held off the record.)

19             THE COURT:  Okay.  You can bring the jury in.  I'm

20   sorry about that guys.

21             MR. KIERSH:  Before we start, I have just one thing.

22   Mr. Sullivan is typing the testimony in real time and the

23   deputy asked me to make sure that it was okay with the Court

24   that he did that.

25             THE COURT:  That is fine.

1              MR. KIERSH:  Judge, there will be no cross of this

2      witness.

3              THE COURT:  Okay.  We'll do that in front of the

4      jury.

5              Do you have your next witness here?

6              MS. LEDERER:  Yes, Your Honor.  He is right outside.

7              THE COURT:  I am going to let her go as soon as he

8      says no questions in front of the jury.

9              (The jury is seated.)

10             THE COURT:  All right.  You may be seated.

11             All right.  Mr. Kiersh.

12             MR. KIERSH:  No cross-examination of this witness.

13             THE COURT:  All right.  You can step down.

14             Next witness.

15             MS. LEDERER:  Your Honor, the government calls to the

16     stand Thomas Loyd.

17                      THOMAS LOYD, sworn.

18             THE WITNESS:  I swear.

19             THE COURTROOM DEPUTY:  Thank you.  Please state your

20     name.

21             THE WITNESS:  Deputy Chief Thomas Loyd.

22             THE COURTROOM DEPUTY:  Thank you.  Please be seated.

23                      DIRECT EXAMINATION

24     BY MS. LEDERER:

25         Q.  Good morning, Deputy Chief Loyd.  How are you?

DIRECT EXAMINATION OF THOMAS LOYD

1          A.   Good morning.

2          Q.   Where do you work?

3          A.   I work for the US Capitol Police.

4          Q.   If you could, tell the members of the jury what your

5     position is as the deputy chief of the Capitol Police?

6          A.   Currently, I am the bureau commander in charge of the

7     training services bureau.

8          Q.   Would it be okay if I called you Chief Loyd or is it

9     Deputy Chief?

10         A.   That is fine.

11         Q.   Chief Loyd, how long have you been with the Capitol

12    Police?

13         A.   Thirty-three years.

14         Q.   Over the course of those 33 years, could you briefly

15    run the members of the jury through the different positions you

16    have held within the Capitol Police?

17         A.   Yes.  Start off as a police officer, was promoted to

18    sergeant in 1995, promoted to lieutenant in 1998, promoted to

19    captain in 2000, promoted to inspector in 2008, and promoted to

20    deputy chief a couple of weeks ago.

21         Q.   Congratulations.

22         A.   Thank you.

23         Q.   Deputy Chief Loyd, the Capitol Police -- you have

24    spent a long amount of time with the Capitol Police.  Could you

25    run through the makeup of the Capitol Police for the members of

DIRECT EXAMINATION OF THOMAS LOYD

1   the jury?

2       A.  Yes.  The Capitol Police is -- even though we have a

3   small jurisdiction, we have a very large police department.

4   The biggest part of the police department is the uniformed

5   services bureau, with all of the officers in uniform.  We have

6   our special operations bureau and we also have a protective

7   services bureau, which is also plainclothes.

8       Q.  You said you have a small jurisdiction.  What is the

9   jurisdiction that the Capitol Police covers?

10      A.  Around the Capitol, we go to 3rd Street on the west

11  side of the building.  We go up to Massachusetts Avenue on the

12  north side of the campus, 2nd Street on the east side and D

13  Street on the south side.  That is our primary jurisdiction.

14      Q.  The Capitol building itself, where is that located for

15  the record?

16      A.  Number 1 First Street Northwest.

17      Q.  Washington, DC?

18      A.  Yes.

19      Q.  What is the core mission of the Capitol Police?

20      A.  Protect the Congress.

21      Q.  Now, I want to talk a little bit about the day-to-day

22  tasks in achieving that mission to protect the members of

23  Congress.  What are the day-to-day duties generally of the

24  Capitol Police?

25      A.  It is our primary mission to protect the Congress,

1    protect the staff, protect the thousands of visitors that come

2    every day and protect the buildings and the grounds.

3         Q.  Is that done by anywhere from routine patrol to

4    chiefs, deputy chiefs and lieutenants overseeing those routine

5    patrols?

6         A.  Yes.

7         Q.  In addition to actually having officers out providing

8    security do you also have a surveillance system that runs both

9    inside the Capitol and Capitol grounds itself?

10        A.  Yes.

11        Q.  That surveillance system, does that system have sound?

12        A.  No.

13        Q.  Now, on a day-to-day basis, if a member of the public

14   wanted to go onto the Capitol grounds, how much of the grounds

15   can an average person access on a day-to-day basis?

16        A.  On the outside, if there is nothing going on, you come

17   up right up next to the building.  On the east side, you can

18   actually walk up onto the steps on the east side.  The west

19   side is a little bit more restricted.  You can go on the lower

20   west terrace, but not actually on the steps.  But on a normal

21   day, you can walk up right to the edge of the building.

22        Q.  The building itself, on a normal day, how would a

23   member of the public get inside the Capitol building?  Can they

24   just walk right in?

25        A.  Yes.  The main entrance for a member of the public who

1   does not have an official business meeting, they would report

2   to the front door of the Capitol Visitor's Center.  They would

3   go through a security screening and then enter the building.

4        Q.  Now, what about staff or members of Congress, anyone

5   who actually goes to the Congress for business on any given

6   day, how would they access the building?

7        A.  They can access any open door, as long as they are

8   staff or a member, they just have to show their identification.

9        Q.  Now, what about members of the press?  Are members of

10  the press just able to walk right into the building?

11       A.  If they are a hard credentialed, have a staff ID,

12  press credential like this, we consider them staff and they can

13  walk in any entrance that is open.  If they are not

14  credentialed with the US Congress, they have to go in through

15  the visitor entrance at the Capitol Visitor's Center.

16       Q.  That visitor's entrance does that also have security

17  screenings that the public have to go through?

18       A.  Yes.

19       Q.  Are you able to bring any type of items into the

20  Capitol or do you have to monitor what you are bringing in,

21  kind of like you are going to an airport?

22       A.  Yes.  Typical airport security.  For us, you have to

23  walk through a magnetometer to make sure there is nothing

24  nefarious on your person.  If you have bags or a large jacket,

25  you have to submit those to an X-ray machine to make sure there

DIRECT EXAMINATION OF THOMAS LOYD

1   is nothing nefarious on those items.

2       Q.  Deputy Chief, I would like to bring you back to

3   January 6 of 2021.  Were you on duty that day?

4       A.  Yes.

5       Q.  What was your assignment on January 6, 2021?

6       A.  I was responsible for routine operations inside the

7   building, inside the Capitol building that day.

8       Q.  On January 6, 2021, was something specific scheduled

9   to occur at the Capitol?

10      A.  Yes.  That was the certification of the presidential

11  ballot process for the 2020 presidential election.

12      Q.  Because there was going to be a certification, was the

13  vice president scheduled to go to the Capitol on January 6,

14  2021?

15      A.  Yes.

16      Q.  Because of the special event that was happening and

17  the presence of the vice president, did the Capitol Police have

18  to take any additional measures to secure the property on

19  January 6, 2021?

20      A.  Yes.

21      Q.  What measures were taken?

22      A.  With the vice president's arrival, plus the large

23  crowd that was projected that day, we had an outer perimeter

24  that covered a majority of the Capitol square that was

25  designated by bike rack.

DIRECT EXAMINATION OF THOMAS LOYD                    58

1     Q.  Did you work in conjunction with United States Secret

2     Service to establish a restricted perimeter around the Capitol

3     and the Capitol building itself?

4     A.  Actually, the restricted perimeter was solely the

5     Capitol Police.  That was our perimeter, our plan.  I do work

6     daily or I did work daily when I was assigned to the Capitol.

7     The Secret Service has a 5 agent team always assigned to the

8     Capitol building.  And their primary mission is to ensure that

9     any person under Secret Service protection, their arrival,

10    their visit and their departure goes smoothly.

11         So on January 6, 2021, Paul Wade was the lead agent for

12    the Secret Service.  And I met with him briefly just to go over

13    the vice president's arrival.

14    Q.  Now, if I were to show you a map of the restricted

15    area that the Capitol Police established on January 6, 2021,

16    would you recognize it?

17    A.  Yes.

18         MS. LEDERER:  If we may have the witness shown what

19    has been previously shown as 102.

20         MR. KIERSH:  No objection.

21         MS. LEDERER:  If we could publish to the jury.

22         THE COURT:  Received without objection.

23         (Whereupon, Government Exhibit No. 102 was admitted.)

24    BY MS. LEDERER:

25    Q.  Deputy Chief Loyd, do you recognize 102?

1          A.   Yes.

2          Q.   What is 102?

3          A.   That is a picture of the US Capitol with the red box

4     around.  The red box designates the outer perimeter for

5     January 6, 2021.

6          Q.   Now, before you said that, you set up a perimeter with

7     bike racks so it wasn't just this imaginary line or a red line

8     on January 6, it was physical barriers that were established?

9          A.   Correct.

10         Q.   In addition to the outer perimeter, did you have

11    additional bike racks and fencing established within the

12    perimeter that we are seeing on the screen?

13         A.   Yes.  On the west side in the fall of 2020, we had a

14    portion of the west front that was cordoned off.  And it is

15    done every 4 years to segregate the construction of the

16    inauguration stage.  And that perimeter on the west side, it

17    was a combination of bike rack as well as green snow fencing.

18    There is a plastic fencing within the grassy area around the

19    stage on the west side.

20         Q.   And then did you also establish the perimeter on the

21    east front as well?

22         A.   Yes.

23         Q.   That was to ensure the building and the members --

24    members and staff inside on January 6, 2021?

25         A.   Yes.  The east side perimeter was actually put in

1    place in the summer of 2020.  The bike rack was installed then

2    during the Black Lives Matter protest.  And that is how the

3    original perimeter on the east side came about.  And then when

4    we had the protest on January 6, we extended the perimeter to

5    include the west side going down First Street on the west side

6    of the building.

7         Q.  In addition to establishing the perimeter for the

8    varying reasons that you just said, including specifically for

9    January 6, was there additional manpower that day from the

10   Capitol Police?

11        A.  Yes.

12        Q.  Where did Capitol Police position their manpower that

13   day?

14        A.  We had manpower scattered throughout.  We had -- first

15   of all, the presidential ballot process, we were given the

16   heads up by the Congress that it would take -- it would be a

17   24-hour operation over multiple days.  So we had to plan for a

18   24-hour operation.  And in addition to the routine manpower on

19   the morning of January 6, we had a certain amount of officers

20   who were designated to our civil disturbance unit, which is

21   responsible for dealing with large crowds.

22        Q.  If I were to show you photographs of the fencing that

23   was established for the perimeter on January 6, would you

24   recognize photographs of that type of fencing?

25        A.  Yes.

1          MS. LEDERER:  Your Honor, at this time, I am going to

2    run through Exhibits 103 through 107.  If we could, starting

3    with 103.

4          MR. KIERSH:  No objection, Your Honor.

5          THE COURT:  All right.

6    BY MS. LEDERER:

7      Q.  Deputy Chief Loyd, looking at 103, what are we looking

8    at here?

9      A.  That is actually a portion of the original fence line

10   on the interior of the outer perimeter.  That is the original

11   segregated area that was put in place for the inauguration

12   stage in the fall of 2020.  Late on the evening of January 5th,

13   into the early evening of January 6, we extended the perimeter

14   all of the way down to First Street on the west side, which is

15   to the right of that picture.

16     Q.  If we could move to 104, please.  Looking at 104, do

17   you see some of the type of fencing that you have discussed?

18     A.  Yes.

19     Q.  What type of fencing do you see?

20     A.  In this particular picture you see the green snow

21   fence on the west side of the Capitol that is following the

22   wall that goes along on the west side.  You can see three

23   individuals in the center of the screen, which are Capitol

24   Police officers.

25         THE COURT:  103 and 107, will be received so you can

1    display them.

2            (Whereupon, Government Exhibit Nos. 103, 107 were

3    admitted.)

4            MS. LEDERER:  Thank you, Your Honor.

5    BY MS. LEDERER:

6        Q.  Did you also see signage?

7        A.  Yes.

8        Q.  What does that sign read?

9        A.  It says, "Area closed by order United States Capitol

10   Police Board."

11       Q.  Were those signs posted on different barriers that

12   day?

13       A.  Yes.

14       Q.  If we could, Ms. Mohamed, please move to 105.

15   Deputy Chief Loyd, do you see fencing here?

16       A.  Yes.

17       Q.  Where is the fencing?

18       A.  This fencing is in the area of the Peace Circle.  This

19   is the site of the original breach on the west side of the

20   Capitol at 12:53 in the afternoon on January 6.

21       Q.  If we could move to -- we'll get to the breach, but if

22   we could move to 106.

23   Do you see more fencing here in 106?

24       A.  Yes.

25       Q.  What area of the Capitol are we looking at here?

1        A.   It is a view looking east.  But you are looking at the

2   west front of the US Capitol to include the inauguration stage.

3        Q.   I am going to circle this are right here.  Is this the

4   inaugural stage that you are referring to?

5        A.   Yes.

6             MS. LEDERER:  And indicating for the record, I have

7   circled the upper bottom portion of the photograph where there

8   is scaffolding and a stage.

9             MR. KIERSH:  No objection.

10  BY MS. LEDERER:

11       Q.   If we could move to 107, please.  Looking at 107, is

12  this just yet another photograph of some of the fencing from

13  January 6, 2021?

14       A.   Yes.  This is a picture of the aftermath of the breach

15  at that location.  That is in the area of Peace Circle.  You

16  can see the snow fencing on the ground.  You can see the bike

17  rack that has been reraised with the area closed signs.

18       Q.   Deputy Chief Loyd, you had mentioned that the

19  perimeter was eventually breached.  And you said that you had

20  been expecting large crowds that day.  Was there another event

21  happening in Washington, DC on January 6 that you were aware

22  of?

23       A.   Yes.  The president at the time held a rally or speech

24  on the west side of the Mall.

25       Q.   When you are saying that the perimeter was breached,

1    on January 6, 2021, who was allowed inside the restricted

2    Capitol grounds area?

3         A.   The only people that would be allowed in the outer

4    perimeter would be members of Congress, staff or invited

5    guests.

6         Q.   Now what about the building on January 6, 2021, who

7    was allowed inside the building that day?

8         A.   The same, members of Congress, staff and invited

9    guests.

10        Q.   You said the perimeter was eventually breached.  At

11   approximately what time was that?

12        A.   12:53 p.m.

13        Q.   Who breached the perimeter?

14        A.   Protesters.

15        Q.   About how long did that breach occur for?

16        A.   The original breach was several minutes.  And the

17   crowd eventually breached the entire west front and made their

18   way up to the inaugural stage.

19        Q.   And in total, about how long did rioters occupy the

20   restricted ground for that day?

21        A.   We lost control of the outer perimeter at 12:53 and

22   did not regain control of the outer perimeter until about

23   6:00 in the evening.

24        Q.   Was the building itself eventually breached?

25        A.   Yes.

1      Q.  About how long did the breach of the building last

2  for?

3      A.  We lost control in the interior of the building from

4  2:10 p.m. to approximately 4:30 in the afternoon.

5      Q.  Now, the entire time that this breach was occurring,

6  was the surveillance from Capitol Police running that day?

7      A.  Yes.

8      Q.  If I were to show you a montage of different

9  surveillance clips from January 6, would that help you describe

10  the events as they unfolded for the members of the jury?

11      A.  Yes.

12          MS. LEDERER:  Your Honor, at this time if we could

13  bring up 101.

14          MR. KIERSH:  No objection.

15          THE COURT:  Received.

16          (Whereupon, Government Exhibit No. 101 was admitted.)

17  BY MS. LEDERER:

18      Q.  And before we start to play, Deputy Chief Loyd, as we

19  move along, I am going to ask a little bit about where you were

20  that day.  Now, when you first started on January 6, you

21  described your duties that day, however, where were you first

22  situated when the breach was happening?

23      A.  I was just outside the senate chamber in the area of

24  the Ohio Clock Corridor.

25      Q.  And when the breach started to occur, did you have to

 1    move in response anywhere?

 2        A.  Yes.  When I heard the initial breach come over the

 3    radio, I immediately went into the majority leader's office at

 4    that time, Mr. McConnell, because his office had a bird's eye

 5    view of the breach.  I went into his office, looked out onto

 6    the west front, saw that the breach was very bad and then

 7    immediately made my way to the west front.

 8        Q.  You said that you heard on radio communications.  Were

 9    officers in constant radio communication that day?

10        A.  Yes.

11        Q.  If this montage had some United States Capitol radio

12    coms included in it, would you recognize those communications

13    as well?

14        A.  Yes.

15        Q.  If we could press play.

16            (Video played.)

17    BY MS. LEDERER:

18        Q.  If we could press pause, please.

19        I'm sorry.  Could we bring it back to 1:10?  Thank you,

20    Ms. Mohamed.

21        Inspector Loyd, pausing here at 1:10 into Exhibit 101.

22    What is the time on the CCTV?

23        A.  12:58 p.m. on January 6, 2021.

24        Q.  Where are we looking from this angle?

25        A.  You are above and to the east looking west onto the

1   west front.

2       Q.  Do you see yourself in this still?

3       A.  Yes.

4       Q.  Where are you?

5       A.  I am in the center portion at the bottom of the

6   screen.

7       Q.  Would you please be able to circle yourself?

8       A.  (Complying).

9           MS. LEDERER:  Thank you.

10          And indicating the witness circled the individual to

11  the left of the bottom center of the screen.

12          MR. KIERSH:  No objection.

13  BY MS. LEDERER:

14      Q.  And, Inspector Loyd, about how long did you spend out

15  here on this west front?

16      A.  Approximately an hour and 15 minutes.  I left that

17  area about 2:10.

18      Q.  Could you please describe for the members of the jury

19  what you witnessed while you were out there for that period of

20  time?

21      A.  I first came onto the stage as you see me walking out.

22  The protesters had breached the line down on First Street.

23  They proceeded east up to the lower west terrace.  Through the

24  middle of the screen, you will see a black temporary fence.

25  That fence is only there every four years when the inauguration

DIRECT EXAMINATION OF THOMAS LOYD

1   stage is built.  It is there to segregate VIPs according to

2   what ticket you have.  The crowd momentarily stopped at this

3   police line, this fence line, but eventually they broke through

4   that fence.

5       Q.  Did you have or if the command didn't come from you,

6   did Capitol Police officers go down and respond in that area to

7   help keep out the rioters?

8       A.  Yes.

9       Q.  Did you also receive backup from any other agencies to

10  assist Capitol Police in keeping the rioters at bay at this

11  location?

12      A.  Yes.  The Metropolitan Police showed up very quickly

13  and took over the stage very quickly.

14      Q.  And you said you left this area around 2:10 p.m.  Why

15  did you leave this area around 2:10 p.m.?

16      A.  I received a phone call from Assistant Chief Thomas,

17  who ordered me to leave the west front, this current location.

18  And he ordered me to go to the east front, because the

19  barricades had been breached on the east side and there was no

20  commander there.

21      Q.  Does this west front eventually fall as well?

22      A.  Yes.

23      Q.  If we could press play and then we are going to pause

24  at 1:45.  Is this the side, the east front that you were

25  talking about that you were called to respond to?

1      A.   Yes.   That is the east front.   That is actually the

2   center steps going into the rotunda.

3      Q.   If we could pause.   Thank you.   This area that is

4   being shown on the screen here at 2:09 p.m., what area is this?

5      A.   These are the steps that are on the north side of the

6   inaugural stage.   These steps lead from the lower west terrace

7   to the upper west terrace.

8      Q.   If we could press play, please, and move to 2:56.

9      Is this area the upper west terrace?

10     A.   Yes.

11     Q.   Thank you.   Paused at 2:56.   Inspector Loyd, what time

12  is on the CCTV?

13     A.   2:12 p.m. on January 6, 2021.

14     Q.   What area are we looking at here?

15     A.   This is an inside view of the senate wing door.

16     Q.   If we could continue to press play, please.   And I am

17  going to ask you some questions as this is running.

18     Inspector Loyd, are you observing people outside?

19     A.   Yes.

20     Q.   What are they doing?

21     A.   Pressing on the glass at this point.

22     Q.   Inspector Lloyd, did you see what occurred on the west

23  side of the screen?

24     A.   Yes.   A protester broke the glass and is now on the

25  floor.

DIRECT EXAMINATION OF THOMAS LOYD

1    Q.   Are there individuals now inside the building?

2    A.   Yes.

3    Q.   Was this the site of the initial breach on January 6,

4    2021?

5    A.   Yes.  To the interior of the building, yes.

6    Q.   Inspector Lloyd, since that door was kicked open,

7    would any alarms sound if that door was opened?

8    A.   Yes.  When a door is breached, similar to that, you

9    will have two alarms.  You will have a local alarm that is just

10   basically a loud noise that guides an officer to the location

11   of the breach.  And you will also have a notification sent to

12   our communications to notify us there has been a breach.

13   Q.   Inspector Lloyd, we are paused here at 4 minutes and

14   44 seconds.  Do you recognize this area?

15   A.   Yes.

16   Q.   Is it 2:15 p.m. and some change on the CCTV?

17   A.   Yes.

18   Q.   What area are we looking at?

19   A.   This is the Ohio Clock area, which is just outside the

20   senate chamber.

21   Q.   Earlier you said that you were requested to respond

22   from the west front to the east front?  Did you ever get to the

23   west front?

24   A.   No.

25   Q.   Why not?

DIRECT EXAMINATION OF THOMAS LOYD

1     A.  Once I made it into the building, on my way to the

2   east front, the radio calls came out that the protesters had

3   breached the building and they were headed towards the senate

4   chamber.  So I redirected to the senate chamber to go help

5   secure the senators and the vice president.

6     Q.  And at some point, do you then come to this location

7   here?

8     A.  Yes.  You can actually see me in the background to the

9   top-left corner.

10     Q.  If we can continue to play and I am going to pause

11   at -- Ms. Mohamed is going to pause for me at 4:55 and I am

12   going to ask you to identify yourself as we get closer.

13     Thank you.  Paused here at 4:55.

14     Inspector Loyd, can you circle yourself?

15     A.  (Complying).  In the yellow.

16     Q.  Thank you.

17         MS. LEDERER:  Indicating for the record the witness

18   has identified the officer -- the only officer with a hat on.

19         MR. KIERSH:  No objection.

20         THE COURT:  All right.

21   BY MS. LEDERER:

22     Q.  Inspector Lloyd, I am also going to draw your

23   attention to two individuals, one here, the left side of the

24   screen, and one at the far back left.  Were credentialed

25   members of the media allowed inside the Capitol on January 6,

1   2021?

2   A.  Yes.

3   Q.  Can you see credentials on the individual that is

4   circled -- the first individual that I circled?

5   A.  Yes.

6   Q.  How can you tell that?

7   A.  You can see the ID -- actually both circles, you can

8   see members of the press have IDs hanging on the front of their

9   person.

10   Q.  If we could continue to play, please.

11   Inspector Lloyd, you see the two individuals that we

12   previously had circled photographing what is occurring here?

13   A.  Yes.

14   Q.  And what is occurring here?

15   A.  The protesters have breached the building.  They have

16   made their way from the first floor to the second floor right

17   outside the main entrance of the senate chamber.

18   Q.  Deputy Chief Loyd, as this plays I am going to ask you

19   a few general questions.  How many floors is the Capitol?

20   A.  Approximately six or seven.

21   Q.  On January 6, how much of the Capitol was breached

22   that day?

23   A.  Basically every outside door and window on the first

24   floor level as well as several doors on the -- several doors

25   and windows on the second floor were also breached.

1         Q.  Beyond the breach, were rioters then able to access

2    different floors within the Capitol building?

3         A.  They were able to traverse all of the floors.

4         Q.  We are going to let this continue to play and describe

5    the day.  And then I am going to ask Ms. Mohamed to pause at

6    9:45.  And I am going to have some questions for you there.

7              (Video played.)

8    BY MS. LEDERER:

9         Q.  Inspector Lloyd, paused here 9:45 into the montages,

10   the actual day of January 6, time stamp 2:36:08 p.m.  What

11   location are we looking at?

12        A.  You can see the crowd in the middle of the screen

13   there.  They are pushing south towards the house main door

14   which leads into the house chamber.

15        Q.  On January 6, 2021, do you end up not maybe at this

16   time, but do you end up at this location of the house chamber

17   doors?

18        A.  Yes.

19        Q.  We'll get to that in a little bit if we could just

20   continue to play.

21             If we could press pause, please.  Thank you.  Deputy Chief

22   Loyd, during the course of the entire day of January 6, did you

23   and fellow officers attempt to rid rioters from the building?

24        A.  Yes.

25        Q.  Did that take some time to do?

DIRECT EXAMINATION OF THOMAS LOYD

1          A.  Yes.

2          Q.  If we could jump to 2:50 into the video, please.

3          I apologize.  Jump to 12:50, please.

4          Do rioters eventually access the area near the vice

5     president's office?

6          A.  Yes.

7          Q.  If we could jump to 13:05 and just play a little bit,

8     please.  At 13:13 p.m., are rioters still attempting to access

9     the building?

10         A.  Yes.

11         Q.  If we could press pause and jump to 14:06.  At 3:28

12    p.m. are rioters still accessing the Capitol building?

13         A.  Yes.

14         Q.  If we could jump to 14:44, please.  At 4:12:09 are

15    there rioters still attempting to access the Capitol building?

16         A.  Yes.

17         Q.  If we could jump to 15:29, please, and play a little

18    bit here.  Inspector Lloyd, eventually were you and fellow

19    officers able to expel people from the building?

20         A.  Yes.  Approximately 4:30, we just got about everybody

21    out of the interior of the building.  And you see by the clip

22    we were starting to clear the people on the outside of the

23    building.

24         Q.  Thank you for walking us through January 6 in general.

25    Now I want to turn attention and focus on one individual.  If I

1    were to show you CCTV footage and footage from on the ground

2    people recording, would you be able to assist us and orient us

3    as to where we are?

4        A.  Yes.

5        Q.  I am going to bring us back to the west side of the

6    Capitol if we may show the witness 102.

7            MR. KIERSH:  I'm sorry, 102?

8            MS. LEDERER:  102.

9    BY MS. LEDERER:

10       Q.  I think we have seen numerous times on the video, but

11   could you just briefly circle the west side of the Capitol?

12       A.  Yes.  That is the west portion of the Capitol.

13       Q.  This area here leading up to the Capitol, what area is

14   this?

15       A.  That is Pennsylvania Avenue, the road leading into

16   Peace Circle.

17       Q.  Inspector Lloyd, I am going to show you some video now

18   and ask you if that is a similar area to where you just circled

19   on the map.  If we could, please, Ms. Mohamed, bring up

20   Exhibit 660.  I will have a few questions before we get into

21   it.  Do you recognize this area?

22       A.  Yes.  That is a picture on the west side looking at

23   the Capitol building.

24            MS. LEDERER:  Your Honor, at this time I move 660

25   into evidence.

1              MR. KIERSH:  No objection.

2              THE COURT:  Received.

3              (Whereupon, Government Exhibit No. 660 was admitted.)

4    BY MS. LEDERER:

5         Q.  Before we press play as it is pulled up, I am going to

6    circle this individual right here to the left.  Inspector

7    Lloyd, can you tell what they are wearing?

8         A.  It appears to be a black jacket, has a black knapsack

9    and a black hat.

10        Q.  If we could press play, please.  Inspector Lloyd,

11   pausing.  Can you see something else that this individual is

12   carrying?

13        A.  Yes.  It appears to be a megaphone.

14        Q.  And it appears this individual had said something

15   about they are firing tear gas.  Did officers have to deploy

16   any measures to attempt to dispel rioters from the west side of

17   the front on January 6?

18        A.  Yes.

19        Q.  What did you deploy or maybe not you but officers?

20        A.  My officers deployed pepper spray and we had a

21   less-than-lethal team that deployed less lethal options as far

22   as styrofoam bullets and pepper balls similar to a paintball

23   gun.

24        Q.  In addition to your officers using those measures to

25   expel rioters, were your officers also sprayed by pepper spray?

DIRECT EXAMINATION OF THOMAS LOYD

1          A.   Yes.

2          Q.   Who were they sprayed by?

3          A.   The protesters.

4          Q.   If we could continue to press play, please.

5               (Video played.)

6  BY MS. LEDERER:

7          Q.   Inspector Lloyd, where are we right now as the video

8  is paused at 2:23?

9          A.   You are on the west side of the Capitol building in

10 the northwest portion.

11         Q.   If we could continue to play and then we are going to

12 pause at 2:59.

13         Can you see some of the snow fencing that you have

14 discussed earlier back here?

15         A.   Yes.

16         Q.   If we could continue to play, please.

17         Continue to play, I'm sorry.  Deputy Chief Loyd, circling

18 this item that we have just seen go on and off this individual.

19 What is that?

20         A.   That is a gas mask.

21         Q.   And I am going to circle this woman off to the side.

22 Is she also wearing a gas mask?

23         A.   Yes.

24         Q.   Did you see a lot of gas masks that day?

25         A.   Yes.

1    Q.  Did that bring you any concern to see so many people

2    in gas masks that day that were non-police?

3    A.  Yes.

4    Q.  Why?

5    A.  Because they were, obviously, expecting some

6    altercation where there would be some pepper spray deployed.

7    Q.  If we could continue to play, please.  If you could

8    press pause, please.  Could you hear the conversation between

9    these two individuals, the person filming and the person in

10   black?

11   A.  Yes.  They are talking about approaching the Capitol.

12   And the young lady made reference to, she was responsible for

13   keeping him safe because of his mother.

14   Q.  If we could bring it back maybe about 8 seconds and

15   then if you could just listen for his response.

16   I'm sorry.  Could we bring it back about 15 seconds.

17   If you could press pause.  Could you hear the individual

18   say, "Let's fuck shit up"?

19   A.  Yes.

20   Q.  If we can bring up the map 109.  Now, we just kind of

21   watched the person in all black walking all of the way up the

22   west front.  As he is nearing would this 3D model depict the

23   inaugural stage and the area on the west front from January 6?

24   A.  Yes.

25   Q.  If we could please switch to Exhibit 662.

1          Inspector Lloyd, can you see the inaugural stage in the

2     Capitol in the background of Exhibit 662?

3          A.  Yes.

4               MS. LEDERER:  Your Honor, at this time I move to

5     admit 109 and 662 into evidence.

6               MR. KIERSH:  No objection.

7               (Whereupon, Government Exhibit Nos. 109 and 662 were

8     admitted.)

9               THE COURT:  In light of the hour, we are going to

10    take our lunch hour now.  We'll come back at 1:45.  Don't talk

11    about the case.  Don't let anyone talk to you about the case.

12    I will see you back at 1:45.

13               (Recess taken at 12:34 p.m.)

14               THE COURT:  Bring in your witness.

15               You can bring in the jury.

16               MS. LEDERER:  Your Honor, as Mr. Barclay is going

17    outside to get Deputy Chief Loyd, if it is possible, I know we

18    discussed breaking up the witnesses.  We have identified a

19    natural breaking point -- I have discussed it with counsel.

20    Maybe when we get to the senate carriage door and get Officer

21    Willem on the stand, if that is okay with you.

22               THE COURT:  Sure.

23               MS. LEDERER:  Thank you, Your Honor.

24               THE COURT:  You mean now?

25               MS. LEDERER:  We'll go a little bit longer with

DIRECT EXAMINATION OF THOMAS LOYD

1    Deputy Chief Loyd.  But there is a -- we have identified a

2    natural breaking point that we will be able to get Willem in

3    and won't really disrupt any type of cross-examination or the

4    jurors be confused and then we can put Loyd back up after.

5                    THE COURT:  Okay.

6                    (The jury is seated.)

7                    THE COURT:  All right.  You may be seated.

8                    All right.  The government may proceed.

9                    MS. LEDERER:  May I, Your Honor?  Thank you.

10   BY MS. LEDERER:

11        Q.  Deputy Chief Loyd, where we left off, we were looking

12   at Exhibit 663.  And I think I just asked if you had recognized

13   the inaugural stage and Capitol in the background of 663.  Is

14   that on your screen currently?

15        A.  Yes.

16                   MS. LEDERER:  Your Honor, at this time, if I could

17   move to admit 663 and publish to the jury?

18                   MR. KIERSH:  No objection.

19                   THE COURT:  Received.

20                   (Whereupon, Government Exhibit No. 663 was admitted.)

21   BY MS. LEDERER:

22        Q.  Okay.  And if we could please play and we are going to

23   pause around 7 seconds in.  Inspector Lloyd, the individual in

24   all black paused here at 7 seconds in.  Can you see what they

25   are doing?

1      A.   Yes.

2      Q.   What are they doing?

3      A.   Chanting towards the stage.

4      Q.   Can you hear what the crowd is chanting at this point

5  in time?

6      A.   USA.

7      Q.   If we can continue -- and can you also see something

8  in his hand right here?

9      A.   Yes.  It appears to be a phone video camera.

10     Q.   If we can continue to play, please.  And we are going

11  to pause around 1:10.

12     Deputy Chief Loyd, could you hear what the individual in

13  all black was saying into the microphone?  And for the record

14  we are paused at 1:10?

15     A.   Yes.  "Who do you protect?  Who do you serve?"

16     Q.   And could you tell who the individual in the black was

17  directing that towards?

18     A.   Directing it towards the building, could have been my

19  officers or the people inside the building.

20     Q.   If we could continue to play bringing -- actually, if

21  we could keep it paused right here for the record.  We are

22  paused at 1:11.  I am going to circle individuals up here in

23  the inaugural stage scaffolding.  Can you tell if those are

24  civilians or officers?

25     A.   Those are police officers.

1    Q.  How can you tell if those are police officers?

2    A.  I can tell by the patches on the blue uniforms or

3 the -- I'm sorry -- the patches on the blue uniforms.

4    Q.  If we can continue to play and we are going to pause

5 at 1:45 in.

6    Inspector Lloyd, paused or -- excuse me.  I keep calling

7 you inspector, harking back to your old job.

8    Deputy Chief Loyd, can you hear what people are saying?

9    A.  Let's go.  Let's go inside.

10    Q.  Can you see what the person in all black was doing

11 with the megaphone?

12    A.  Yes.  Emphasizing that over the megaphone.

13    Q.  Looking back into this cutout in the inaugural stage,

14 can you now see non-police inside that area?

15    A.  Yes.

16    Q.  Ms. Mohamed, if we can continue to play and we are

17 going to pause at 2:59.

18    Deputy Chief Loyd, I am going to circle this area.  Can

19 you see a black megaphone?

20    A.  Yes.

21    Q.  For the record, we were paused at 2:59.

22    And if we can continue to play.  And we are going to pause

23 at around 4:40.  Deputy Chief Loyd, paused here at 4:40.  Can

24 you see what the individual in all black is doing?

25    A.  Yes.  He is attempting to put on a gas mask.

1              MS. LEDERER:  If we could bring Exhibit 663 to 5:30

2     in, please.

3              MR. KIERSH:  I'm sorry?

4              MS. LEDERER:  Five minutes and 30 seconds into the

5     video.

6              MR. KIERSH:  Thank you.

7     BY MS. LEDERER:

8         Q.  Before we press play, I am going to circle this

9     individual.  Can you see a person in a black gas mask?

10             THE COURT:  This is 665?

11             MS. LEDERER:  This is 663.  We are --

12             THE COURT:  It is still part of 63?

13             MS. LEDERER:  Yes.  We are 5 minutes and 30 seconds

14    in.

15    BY MS. LEDERER:

16        Q.  Can you see the individual circled in green in the gas

17    mask?

18        A.  Yes.

19        Q.  If you could watch that person, please.  If we could

20    press play, please.

21             If we could press pause, please.  What did you see going

22    on with the individual in all black in the gas mask?

23        A.  A second gentleman was helping him secure the gas mask

24    on his face.

25        Q.  For the record, we are at 6:03.  Do you see still that

1  recording device in the gentleman with all black's hand?

2      A.  Yes.

3      Q.  This time I am going to switch to that video from that

4  recording device.  If we could bring up 701, please.

5      Inspector Lloyd, looking at what has been previously

6  marked as 701.  Does this appear to be the steps and

7  scaffolding of the Capitol?

8      A.  Yes.

9          MS. LEDERER:  Your Honor, at this time I would seek

10 to admit 701 into evidence and publish to the jury.

11         MR. KIERSH:  No objection, Your Honor.

12         THE COURT:  Received.

13         (Whereupon, Government Exhibit No. 701 was admitted.)

14 BY MS. LEDERER:

15     Q.  If we could play and pause at 1 minute and 19 seconds

16 in, please.  Deputy Chief Loyd, we are paused here at 1:19.

17 Where are -- the point of view that we are seeing now, where is

18 that in relation to where we were down below?

19     A.  Down below, you were at the northwest corner of the

20 stage.  And now we are at halfway up underneath the scaffolding

21 on the north side of the stage.

22     Q.  Can you see Capitol Police officers in this video?

23     A.  Yes.

24     Q.  Have they now been pushed back up the steps?

25     A.  Yes.

1    Q.  If we can now -- and I can bring it back, but did you

2  see what was occurring on this side, where I am circling on the

3  screen?

4    A.  Yes.  The officers were battling the front line of the

5  protesters there.

6    Q.  If we could bring Exhibit 701 to 4 minutes and 15

7  seconds in.

8    Deputy Chief Loyd, are we still in the same area

9  underneath the scaffolding?

10    A.  Yes.

11    Q.  If we could press play, please, and --

12    Deputy Chief Loyd, could you hear what the person holding

13  the camera was saying?

14    A.  Yes.  He is saying, "We can take this shit.  It is

15  going to be a revolution."

16    Q.  Inspector Lloyd, I'm sorry.  So Deputy Chief Loyd,

17  before when we were watching the montage, Exhibit 101, we saw

18  the side of the stairs that fell.  Was that around 2:09 p.m.?

19    A.  Yes.

20    Q.  The area that we are seeing right now, is that just

21  below these steps that we saw on the northwest side of the

22  Capitol?

23    A.  Yes.

24    Q.  If we could bring up Exhibit 110, the map, please.

25  Deputy Chief Loyd, could you circle those northwest steps where

1    the police line fell around 2:09 p.m.?

2         A.   Yes.  So this is the outside that you saw on the one

3    clip.  From the inside, they were underneath the scaffolding,

4    came up underneath and make a quick left and then go right up

5    to the upper west terrace.

6         Q.   If I were to show you footage from that fall, would

7    you recognize it?

8         A.   Yes.

9         Q.   If I may have the witness shown Exhibit 669.

10        Deputy Chief Loyd, is this from a similar area where we

11   have seen --

12             MR. KIERSH:  I don't believe this has been moved into

13   evidence yet.

14             MS. LEDERER:  Not yet I was laying the foundation.

15             MR. KIERSH:  Okay.

16   BY MS. LEDERER:

17        Q.   Deputy Chief Loyd, is this from a similar area where

18   we just saw on the scaffolding on the northwest steps?

19        A.   Yes.

20             MS. LEDERER:  Your Honor, at this time I'd seek to

21   move Exhibit 669 into evidence.

22             MR. KIERSH:  No objection.

23             THE COURT:  Received.

24             (Whereupon, Government Exhibit No. 669 was admitted.)

25   BY MS. LEDERER:

DIRECT EXAMINATION OF THOMAS LOYD

1      Q.  If we could please play and then pause 9 seconds in.

2      Deputy Chief Loyd, I am going to circle the individual in

3 all black.  And if you could, to the best of your ability,

4 follow this individual up the steps.  If we could please press

5 play.

6      Deputy Chief Loyd, we are paused here at 42 seconds in.

7 Do you see the individual in all black?

8      A.  Yes.

9      Q.  Is he right here?

10     A.  Yes.

11     Q.  If we can continue to play, please.

12     Deputy Chief Loyd, we are paused here at 1 minute and 17

13 seconds in.  Do you see the individual in all black?

14     A.  Yes.

15     Q.  What is he doing?

16     A.  He is walking over a bike rack that has been knocked

17 over.

18     Q.  Is this on the upper west terrace now?

19     A.  Yes.

20     Q.  If we can continue to play, please.

21     Deputy Chief Loyd, what did you just see this individual

22 in all black do?

23     A.  He look back towards the west side of the west front

24 and made reference to the people out there.

25     Q.  Just for the record, we are paused at 1:48.

1       And then did you see what these two individuals did?  I

2    can run it back if you didn't observe anything.

3       A.  I'm sorry.

4       Q.  Did you observe the interaction between the

5    individuals on screen right now?  I can bring it back if you

6    did not.

7       A.  Yes.  They are on the upper west terrace approaching

8    the senate wing door talking to each other.

9       Q.  If we could bring it back about 10 seconds, please.

10   Did you see those two individuals fist bump?

11      A.  Yes.

12      Q.  For the record, we are again paused at 1:48.

13      Deputy Chief Loyd, the upper west terrace area that we are

14   viewing right now, is that also covered by CCTV?

15      A.  Yes.

16      Q.  If I were to show you the CCTV from that area, would

17   you recognize it?

18      A.  Yes.

19      Q.  If we could please show the witness Exhibit 304.

20   Deputy Chief Loyd, do you recognize the area in Exhibit 304?

21      A.  Yes.  This is the upper west terrace facing the senate

22   wing door.

23          MS. LEDERER:  Your Honor, at this time I'd seek to

24   admit Exhibit 304.

25          MR. KIERSH:  No objection.

```
 1              THE COURT:  Received.

 2              (Whereupon, Government Exhibit No. 304 was admitted.)

 3   BY MS. LEDERER:

 4        Q.  If we could please bring 304 to 11 minutes and 50

 5   seconds into the video.  Before we press play, Deputy Chief

 6   Loyd, what time is on the CCTV time stamp here?

 7        A.  2:11 p.m. on January 6, 2021.

 8        Q.  If we could press play and then pause at 11:59.  I am

 9   circling this individual right here.  Do you see that person?

10        A.  Yes.

11        Q.  If you could please follow him.  If we could press

12   play, please.  What direction is that individual going?

13        A.  Currently traveling north.

14        Q.  And what was he doing with his hands?

15        A.  Had them up in the air.

16        Q.  Indicating for the record the witness lifted both of

17   his hands above his head.

18              If we could please pause that.  And, Ms. Mohamed, bring up

19   Exhibit 701.  If we could bring 701, 11 minutes and 50 seconds

20   in.  If we could press play or -- excuse me.  Thank you.  I'm

21   sorry.  Are we back at the same area, the upper west terrace

22   near the stairs?

23        A.  Yes.

24        Q.  If we could please press play.

25              If we could press pause, please.  What is occurring here?
```

1   A.   The temporary police line that was established at the

2   upper west terrace is being pushed over and breached.

3   Q.   Now, everyone that is up along this line that are

4   nonpolice, are they talking to police officers here?

5   A.   Yes.

6   Q.   What types of things are they saying?

7   A.   Derogatory profanity and making reference to the

8   constitution.

9   Q.   If we continue to press play, please.

10   Deputy Chief Loyd, could you hear what the person

11   recording just said?

12   A.   Yes.  This is -- "So many people are up here.  This is

13   ours."

14   Q.   If we could continue -- excuse me.  We are paused at

15   12 minutes and 39 seconds in.  If we could continue to press

16   play.

17   Deputy Chief Loyd, we are paused here at 13 minutes and 27

18   seconds in.  What direction are we looking in over Capitol

19   grounds?

20   A.   We are facing west.

21   Q.   Now, you being out on the west front that day is this

22   an accurate depiction of the amount of people you saw out there

23   that day?

24   A.   Yes.

25   Q.   I know you probably can't put a number to it, but

DIRECT EXAMINATION OF THOMAS LOYD

1  about how many people in that riot crowd were there compared to

2  how many officers you had?

3       A.   Tens of thousands of protesters compared to hundreds

4  of officers.

5       Q.   What issue did that present for you and your fellow

6  officers that day?

7       A.   We were completely outmanned.

8       Q.   If we could continue to press play, please.

9       Deputy Chief Loyd, we are paused here at 14:14 could you

10 hear what the person was saying?

11           MR. KIERSH:  Your Honor, could we have a bench

12 conference, please?

13           (Conference held at the bench.)

14           MR. KIERSH:  The objection is that, number 1, this is

15 a leading question.  Number 2, there is no foundation.  This

16 witness hasn't said -- this witness has never said he knows

17 John Sullivan's voice.  The camera is close by and he is saying

18 it is his voice.  He doesn't know that or at least there is no

19 foundation for it.  And, again, we don't even see a camera in

20 this picture.  We don't know where this is being shot from.  So

21 for those reasons, we would move to limit his opinion at this

22 point that this is a voice coming from John Sullivan.

23           MS. LEDERER:  Your Honor, I haven't specifically said

24 is this coming from the defendant or John Sullivan down below.

25 I established that the individual in the all black, which I

1   have referred to him thus far was holding a camera that

2   appeared to be recording.  And I said let's switch to that

3   camera.  There was no objection.  And we switched to it.  It is

4   701.  So the fact we have seen him on CCTV.  We have seen him

5   on the 600 series holding the camera.  The deputy chief has

6   also said that he saw him with a camera.  I am not saying it is

7   John Sullivan.  I will make that connection later.  It is fair

8   to ask, can you hear what the person recording is saying.

9            THE COURT:  Go ahead.

10           (End of bench conference.)

11  BY MS. LEDERER:

12       Q.  Deputy Chief Loyd, could you hear what the person

13  filming was saying?  And I can bring it back if you --

14       A.  He was making reference to the people climbing the

15  wall up to the upper west terrace.

16       Q.  If we could bring it back about 10 seconds, please.

17  If we could press pause here.  Did you also hear how the person

18  characterized the view down below?

19       A.  Yes.  Just, you know, it was a great scene and having

20  all of these people basically.

21       Q.  If we could continue to play and we are going to play

22  through 15:20.

23       If we could press pause, please.

24       Deputy Chief Loyd, could you hear what the individual

25  recording said just before we paused here at 15:18?

1    A.  Yes.  He said "Let's burn this shit down."

2    Q.  What type of problem does that present to you who is

3 guarding the Capitol on January 6, 2021?

4    A.  Well, that was actually our biggest fear when the

5 breach first occurred.  The inaugural stage is made of nothing

6 but plywood.  And so our initial fear when all of the people

7 got on the stage was somebody was going to light a match and

8 basically burn it.

9    Q.  If we could please switch to Exhibit 670.  As we are

10 bringing that up, is it fair to say no one actually burned down

11 the inaugural stage that day?

12    A.  No, they did not.

13    Q.  Deputy Chief Loyd, do you recognize the angle in

14 Exhibit 670?

15    A.  Yes.  This is on the upper west terrace, the northwest

16 corner of it looking west on the west front of the Capitol.

17         MS. LEDERER:  Your Honor, at this point I would seek

18 to admit Exhibit 670.

19         MR. KIERSH:  No objection.

20         THE COURT:  Received.

21         (Whereupon, Government Exhibit No. 670 was admitted.)

22 BY MS. LEDERER:

23    Q.  Inspector Loyd, before we play this, do you see the

24 individual in the black?

25    A.  Yes.

1        Q.  Do you see something in their hand?

2        A.  Yes.  He has got a camera in his left hand and a gas

3    mask in the right.

4        Q.  If we could please play.

5        If we could please switch to 627.  Inspector Loyd, are we

6    still up here in 627 in the upper west terrace?

7        A.  Yes.

8            MS. LEDERER:  At this point, I'd seek to admit 627.

9            MR. KIERSH:  No objection.

10           THE COURT:  Received.

11           (Whereupon, Government Exhibit No. 627 was admitted.)

12   BY MS. LEDERER:

13       Q.  If we could please press play.

14       Deputy Chief Loyd, what could you see the individual in

15   all black doing in that clip?

16       A.  He was assisting a protester get over the wall once

17   that protester climbed to the top.

18       Q.  If we could please pull up Exhibit 628.  Deputy Chief

19   Loyd, are we still on the upper west terrace?

20       A.  Yes.

21           MS. LEDERER:  Your Honor, at this time I would seek

22   to admit 628 into evidence.

23           MR. KIERSH:  No objection.

24           THE COURT:  Received.

25           (Whereupon, Government Exhibit No. 628 was admitted.)

1   BY MS. LEDERER:

2       Q.  If we could please play and then pause 32 seconds in.

3       Deputy Chief Loyd, paused here at 32 seconds in.  Could

4   you hear what the individual in all black said?

5       A.  Yeah.  They are coordinating that she would continue

6   to film him as they proceeded.

7       Q.  Did you hear what the individual in all black said?

8       A.  Agreed to it.

9       Q.  Did you hear the individual in all black say that he

10  would continue recording so he wouldn't get arrested?

11      A.  Yes.

12      Q.  At this point in time where the individual in all

13  black is, is that the restricted area?

14      A.  Yes.

15      Q.  Did the person in all black have permission to be up

16  in that area?

17      A.  No.

18      Q.  Did anyone who was not credentialed have the ability

19  to be in that area on the upper west terrace?

20      A.  No.

21      Q.  If we could please bring up Government Exhibit 629.

22      Deputy Chief Loyd, what area are we looking at here?

23      A.  You are looking at the exterior of the senate wing

24  door.

25      Q.  Is this the site of the initial breach into the

1    Capitol building that we had seen on montage 101?

2        A.  Yes.

3        Q.  If we could please --

4            MS. LEDERER:  Your Honor, at this time I'd seek to

5    admit 629 into evidence.

6            MR. KIERSH:  No objection.

7            THE COURT:  Received.

8            (Whereupon, Government Exhibit No. 629 was admitted.)

9    BY MS. LEDERER:

10       Q.  Before we press play, I am going to circle the

11   individual -- do you see the individual in all black here?

12       A.  Yes.

13       Q.  If we could please press play and then pause at 36

14   seconds in.

15       Deputy Chief Loyd, paused here at 36 seconds in can you

16   see this large area that I am circling here?

17       A.  Yes.

18       Q.  What area is that?

19       A.  That is the senate wing door.

20       Q.  Can you see two feet going through that?

21       A.  Yes.

22       Q.  I apologize.  Is that the window or the door?  I can

23   bring it back.

24       A.  I'm sorry?

25       Q.  If I can bring it back.  Would you be able to

1    determine if that is the window or the door?

2         A.   That is the window.  I can see the ledge of the

3    window.

4         Q.   Is there a person currently going through that window?

5         A.   Yes.

6         Q.   If we could press play and pause at 41 seconds in.

7         If we could bring it back a little bit.  I apologize.

8         We are paused here 40 seconds in.  Can you see the

9    individual in all black who is recording on the other side of

10   that window ledge?

11        A.   Yes.

12        Q.   Now, we can see from the montage video that there was

13   surveillance from inside that area.  If I were to show you

14   surveillance from this time frame, would you recognize it?

15        A.   Yes.

16        Q.   If we can have the witness shown Exhibit 305, please.

17        Deputy Chief Loyd, do you recognize the area in

18   Exhibit 305?

19        A.   Yes.  That is near the senate wing door.

20             MS. LEDERER:  Your Honor, at this time the government

21   would seek to admit Exhibit 305.

22             MR. KIERSH:  No objection.

23             THE COURT:  Received.

24             (Whereupon, Government Exhibit No. 305 was admitted.)

25   BY MS. LEDERER:

1          Q.  If we could bring Exhibit 305 to 58 seconds in.

2     Before we press play, I am going to circle this area.

3     Inspector Lloyd, is that the window that is adjacent to the

4     senate wing door?

5          A.  Yes.

6          Q.  Can you see an individual in all black inside that

7     window?

8          A.  Yes.

9          Q.  What is the time stamp on the CCTV?

10         A.  2:15 p.m. on January 6, 2021.

11         Q.  If we could please play.  Inspector Loyd, we are

12    paused here at 1 minute, 4 seconds in.  When the individual in

13    all black jumped through the window, could you see what was on

14    their face?

15         A.  Yes.  A gas mask.

16         Q.  If we can continue to play, please, and then pause at

17    around 1:14.

18         Paused here at 1 minute and 14 seconds, which is

19    2:16:14 p.m.  Circling this individual in all black down here,

20    can you see that person?

21         A.  Yes.

22         Q.  If we could press play, please.

23         If we could press pause, please.  For the record, we are

24    paused at 1:21.  The direction that the individuals are going,

25    what direction is that?

1        A.   They are traveling north.

2        Q.   If I were to show you a map of the first floor of the

3   Capitol, would you recognize it?

4        A.   Yes.

5        Q.   As if we could please have the witness shown Exhibit

6   111.  And as that is brought up, the senate wing door, is that

7   on the first floor of the Capitol building?

8        A.   Yes.

9        Q.   Inspector Loyd, do you recognize this map from the

10  first floor of the Capitol, Exhibit 111?

11       A.   Yes.

12            MS. LEDERER:  Your Honor, at this time I seek to

13  admit 111 into evidence.

14            MR. KIERSH:  No objection.

15            THE COURT:  Received.

16            (Whereupon, Government Exhibit No. 111 was admitted.)

17  BY MS. LEDERER:

18       Q.   And I apologize I keep calling you Inspector Loyd, bad

19  habit.  Deputy Chief, if you could circle where we saw the

20  individual in all black go through the window?

21       A.   These are the windows and the door of the senate wing

22  door.

23       Q.   And the direction that the individual in all black was

24  traveling after entering the window, could you, as I clear

25  this, just draw a line in the direction of where that person

DIRECT EXAMINATION OF THOMAS LOYD

1    was going?

2        A.  Yes.  After entering the window, made a left and went

3    north through the hallway.

4        Q.  Now, going towards that direction, could a person

5    eventually hit the senate carriage doors?

6        A.  Yes.

7        Q.  Where are the senate carriage doors in relation to the

8    vice president's office?

9        A.  The senate carriage door is right here.  And the vice

10   president's office is off to the right there.

11       Q.  Would that be on the second floor?

12       A.  Yes.

13           MS. LEDERER:  Inspector Loyd, I am going to ask you

14   one more question and then we are going to take a break if Your

15   Honor is okay with that.

16           THE COURT:  All right.  We have another witness we

17   have got to do and then this witness is going to resume.

18           MS. LEDERER:  Yes, Your Honor.

19           THE COURT:  Okay.  All right.  Because of some

20   scheduling problems, we are going to take a break in this

21   witness and go to another witness and we will come back to this

22   witness.

23           All right.  You can step down.

24           MS. LEDERER:  Thank you, Your Honor.

25           MR. BARCLAY:  Your Honor, at this time the United

```
1    States will calls Adam Willem to the stand.

2                        ADAM WILLEM, sworn.

3              THE WITNESS:  I do.

4              THE COURTROOM DEPUTY:  Thank you.  Please state your

5    name.

6              THE WITNESS:  My name is Adam Willem.

7                        DIRECT EXAMINATION

8    BY MR. BARCLAY:

9         Q.  Good afternoon.  Where do you work?

10        A.  At the US Capitol, United States Capitol Police.

11        Q.  What is your rank or title with the United States

12   Capitol Police?

13        A.  Private first class.

14        Q.  Is it okay if I call you Officer Willem today?

15        A.  Yes.

16        Q.  Was that the same job you had on January 6, 2021?

17        A.  It was.

18        Q.  How long have you been with the Capitol Police?

19        A.  Now, about 5 and a half years from hire date.

20        Q.  What was your assignment on January 6, 2021?

21        A.  So I was assigned to the soft squad, CDU, civil

22   disturbance unit for the house division.  Soft squad being the

23   normal dress not like the riot gear.

24        Q.  Can you explain a little bit more about what a CDU

25   does?
```

1      A.   So our job is to kind of control big protests or

2  events.   Sometimes soft squad, they are more like crowd control

3  directing people.   And then the people in the riot gear is for

4  when it gets violent.

5      Q.   So to become a Capitol Police officer, did you receive

6  extensive training?

7      A.   Yes.

8      Q.   And was part of that training being pepper sprayed?

9      A.   Yes.

10      Q.   So going back to January 6, when did you begin your

11  shift that day?

12      A.   10:00 a.m.

13      Q.   Can you describe a little bit about your day?

14      A.   Okay.   So 10:00 a.m., I came in.   We had a brief roll

15  call.   I did about a lap around the house office buildings,

16  which is directly south of the Capitol.   It is about a couple

17  of blocks.   We kind of expected it to be -- I had been to the

18  other MAGA marches.   This would have been like the third one.

19  So we kind of patrolled -- it felt like that until around

20  12:00 -- around 12:00, where we heard a call for a potential

21  bomb placed by the republican headquarters, which it sounded a

22  little bit more real on the radio.

23      When I was making my way there with one of the fellow

24  officers, we heard the call for all available units, so we ran

25  over there.   And that is kind of where like that portion of the

1    day started.

2        Q.   So after you diverted back to the west front, what

3    happened next?

4        A.   So I arrived up on the top.  And I went down the west

5    stairs to kind of assist.  I could see we had a line, but it

6    was -- there was mace and non-lethals being exchanged, blows

7    between the rioters.  And I guess our officers -- we tried to

8    assist.  I wasn't really in the riot gear capacity.  So once I

9    came back up, we saw them kind of breaking up where we formed

10   this makeshift police line that was assisted by all of the

11   scaffolding that kind of inhibited their ability to get up the

12   stairs.  So we tried to hold that line for as long as we could.

13   And then they eventually busted through us.  We just didn't

14   have the people.  And they were using not lethal.  So I got

15   bear maced and then or pepper sprayed or something.  And then I

16   had to go up the stairs.

17       And then I went around the north side and then I went

18   inside the Capitol.

19       Q.   So let's break that down a little bit.  When you first

20   got to the west front, was there a time where you had to

21   address a rioter or -- let's go back.  When you first got to

22   the west front, when you first arrived and diverted, what was

23   the first thing you did?

24       A.   The first thing kind of -- okay.  We looked and it was

25   overwhelming at that point.  When we got there, they already

1    came through the initial police line.  And they, you know, had

2    taken over the TV stand that is where the press will set up for

3    the inauguration to film.  They are all climbing over stuff.

4    And the kind of lower terrace, we kind of formed a line with

5    some bike racks.  So I went down to try to assist, help

6    officers that were hurt or overwhelmed with like the pepper

7    spray.  And then once I went back up the west stairs, we saw

8    that line break and then started to kind of flow up the stairs.

9    We went down and tried to hold them off.

10        Q.  And after you did that, when we are talking about the

11   west front and this line here, where is that in relation to the

12   scaffolding, the northwest scaffolding?

13        A.  It is on the west front, the scaffolding.  The

14   scaffolding was specifically on the stairs that were on the

15   west side.

16        Q.  So are you describing the area at the bottom of the

17   stairs?

18        A.  Yeah.  So the line when I got there was at the bottom

19   of the stairs.  And by the time we pulled someone up, like it

20   had moved up into like the actual stairs.

21        Q.  I think you said you pulled someone up.  What do you

22   mean by that?

23        A.  Well, we were helping injured officers and people that

24   had been maced and stuff like that.

25        Q.  Okay.  So was there a point where that line broke?

DIRECT EXAMINATION OF ADAM WILLEM

1      A.   Yes.

2      Q.   What happened -- what did you do next?

3      A.   Well, they started to flow up the stairs, which at

4  that point we just went down and tried to push and contain

5  them, kind of like the tactical chokepoints that the

6  scaffolding kind of impeded there.  We blocked where they could

7  come up.  And we held that for some time until they kind of

8  more and more pushed the left side -- my left side collapsed.

9  And, okay, then there was more that -- and eventually they

10  started macing us and we had to retreat up the steps.

11      Q.   Are you familiar with how the kind of the northwest

12  stairs and the scaffolding appeared on January 6?

13      A.   I was.

14      Q.   Okay.  I am going to show you what has previously been

15  marked for identification as Government Exhibit 110.  Does this

16  Government Exhibit 110 for identification fairly and accurately

17  model or represent how this scaffolding and the stairs appeared

18  on January 6?

19      A.   It does.

20      MR. BARCLAY:  I think this has not been admitted, so

21  move to admit Government Exhibit 110.

22      MR. KIERSH:  No objection.

23      THE COURT:  Received.

24      (Whereupon, Government Exhibit No. 110 was admitted.)

25  BY MR. BARCLAY:

DIRECT EXAMINATION OF ADAM WILLEM                106

1    Q.  So can you circle the kind of the area that we were

2    just talking about after the initial breach at the bottom of

3    the stairs where you retreated, I think you said, a little bit

4    further up?

5    A.  Sure.

6    Q.  And so let the record reflect that the witness has

7    circled about the middle kind of by the stairs themselves and

8    the balustrade.  So is it fair to describe this as a landing

9    area of the stairs?

10   A.  Yes.

11   Q.  Did the defensive line that you formed there

12   ultimately break as well?

13   A.  It did.

14   Q.  And what happened to you personally when that

15   happened?

16   A.  So as they started, more on the left side broke, I was

17   maced.  And then when I looked, they kind of surged forward so

18   we had to retreat up.

19   Q.  When you are saying up, is that up the stairs?

20   A.  Yes.

21   Q.  And what is the area at the top of the stairs called?

22   A.  Just the upper west terrace or --

23   Q.  Is the upper west terrace another name for that --

24   A.  Yes.

25   Q.  -- you may have heard?

DIRECT EXAMINATION OF ADAM WILLEM

1          A.   Uh-huh.

2          Q.   Okay.   Let's pull this down and go to Government

3     Exhibit 701, which is already admitted.

4          And start at -- let's start at 4:30.

5               MR. KIERSH:   I'm sorry.   Which exhibit number?

6               MS. LEDERER:   Government Exhibit 701.

7               MR. KIERSH:   Thank you.

8     BY MS. LEDERER:

9          Q.   Let's play this for about 20 seconds to 4:50.

10         Do you recognize this area?

11         A.   Yes.

12         Q.   What is this area?

13         A.   That kind of like chokepoint I was talking about

14    earlier that we had made that line.

15         Q.   So this is the entrance to the landing area you were

16    talking about?

17         A.   Yes.

18         Q.   I am circling someone on the left-hand side of the

19    screen.   Do you recognize that person?

20         A.   Yes, that is me.

21         Q.   Let the record reflect that the witness has identified

22    the individual wearing a blue mask, left-hand side at 4:50 of

23    Government 701 is Officer Willem.

24              MR. KIERSH:   No objection.

25    BY MR. BARCLAY:

DIRECT EXAMINATION OF ADAM WILLEM

1    Q.  On the right-hand side of the screen, do you see a
2    defensive line of police here?
3    A.  Yes.
4    Q.  Do you see barricades as well?
5    A.  I'm sorry.
6    Q.  Do you see barricades as well?
7    A.  Yes.
8    Q.  Okay.  Who is on the left side of the barricades?
9    A.  So we kind of didn't have fences or bike racks up on
10   the left side, so it was just us.
11   Q.  I'm sorry.  When we are looking at the screen, you
12   said there were -- where are the officers standing?  Are they
13   on the right of the screen or the left of the screen?
14   A.  I mean, the officers they are here on the left side
15   and also on the right side.
16   Q.  So to be clear, these are the officers; right?
17   A.  Yes.
18   Q.  Okay.  Who are these people?
19   A.  These are the rioters.
20   Q.  Okay.  So let's keep playing to about 7 minutes.
21   So, Officer Willem, what did you see happen to the
22   defensive line we were just looking at, right at kind of the
23   entrance of the landing to the scaffolding?
24   A.  So it broke and then appeared to kind of collapse into
25   that part where I am at.

DIRECT EXAMINATION OF ADAM WILLEM

1    Q.  So is that another reformed defensive line kind of

2    right at the -- by the stairs basically?

3    A.  Well, from my view, you know, there was the left side,

4    which was under the scaffolding, which had just broke in the

5    video.  But then to the right, we also had another like a bunch

6    of rioters up there that were trying to get up that way, which

7    we were trying to stop.

8    Q.  So is it fair to say the line had collapsed a little

9    bit?

10   A.  Yes.

11   Q.  Let's jump ahead to 10:50 of Government Exhibit 701.

12   And play through about 11:30.

13   What did we just see happen to the --

14   A.  The rest of the line broke as well and we were forced

15   to retreat back up the stairs.

16   Q.  Okay.  We can pull this down and go to Government

17   Exhibit 302, which I believe has already been admitted.  I'm

18   sorry.  It has not been admitted, 302 for identification.

19   Let's just scrub this to 19 seconds.  Just pull it forward to

20   19 seconds, I'm sorry.

21   Do you recognize the person I am circling?

22   A.  Yes.  That is me.

23   Q.  Does Defendant's Exhibit 302 fairly and accurately

24   depict your -- how the scene on the scaffolding appeared on

25   January 6, 2021?

1        A.   Yes.

2             MR. BARCLAY:  Move to admit Government Exhibit 302.

3             MR. KIERSH:  No objection.

4             THE COURT:  Received.

5             (Whereupon, Government Exhibit No. 302 was admitted.)

6   BY MR. BARCLAY:

7        Q.   Okay.  Publish to the jury.  Let's go back to the

8   beginning and just play that through 19 seconds again.

9        Okay.  Again, I am just going to circle -- who is that

10  that I just circled?

11       A.   That is me.

12       Q.   What is the time stamp that you can see on the screen?

13       A.   2:09:49 p.m.

14       Q.   And you can resume playing through about 30 seconds.

15       So is this the collapse of the line that you were just

16  describing?

17       A.   It is.

18       Q.   After this position on the landing was overrun, what

19  happened next?

20       A.   So I ran up the steps.  It was kind of hard to see,

21  but my -- I was struggling to keep my one eye open, because the

22  rest of my face had been maced.

23       They attempted to form another line at the top, but it was

24  a much worse tactical position because there is much more area

25  for the rioters who clearly outnumbered us to push.  So,

1    obviously, the manpower is the issue.  My one fellow officer,

2    he took me around the north end to eventually under the senate

3    carriageway where they just said, hey, you are messed up --

4    used a different word.  Sit under there for a second as I tried

5    to kind of like recoup and get my eyes working again.

6         Q.  Okay.  We can pull this down and go to Government

7    Exhibit 701 again about 11:30.  Play this through 12:19.

8         Just another second.  I'm sorry.

9         Okay.  So we are paused at 12:19 here on Government

10   Exhibit 701.  And I am going to circle someone on the left-hand

11   side of the screen.  Do you recognize that person?

12        A.  Yes.  That is me.

13             MR. BARCLAY:  Let the record reflect that Officer

14   Willem has identified an individual with a blue mask around his

15   chin on the left-hand side of the screen?

16             MR. KIERSH:  No objection.

17   BY MR. BARCLAY:

18        Q.  So is what we just watched, Government Exhibit 701 is

19   that the fall of this less defensible position that you just

20   described?

21        A.  Yes.

22        Q.  We can pull this down and go to Government

23   Exhibit 304, which has been admitted.  Let's skip ahead to

24   11:30.

25        Officer Willem, what is the time stamp in the top left

DIRECT EXAMINATION OF ADAM WILLEM

1    corner?

2         A.   2:11:30 p.m.

3         Q.   Let's play for about 7 seconds to 11:37.  Again, I am

4    going to circle someone on the right-hand side here.  Who is

5    that?

6         A.   Yes, that is me.

7              MR. BARCLAY:  Okay.  Let the record reflect that the

8    right-most person at 11:37 is -- Officer Willem has identified

9    as himself.

10             MR. KIERSH:  No objection.

11   BY MR. BARCLAY:

12        Q.   And the time stamp on this?

13        A.   2:11:37 p.m.

14        Q.   We can play this through about 12 minutes.

15             So we are paused at 12 minutes.  What did we just see

16   there?

17        A.   So the remaining Capitol Police went north to go

18   around and the rioters took the top of the west terrace.

19        Q.   And yourself included in the remaining Capitol Police;

20   is that right?

21        A.   Yes, it was me.  And, you know, thankfully I found a

22   bottle of water as I was walking, so I was able to -- you saw

23   me trying to wash it out.  But, yeah, I was -- we all went

24   north.

25        Q.   So is this when you were describing earlier the other

1    officer brought you to another location after?

2         A.  Yes.  The one in the yellow like traffic vest.

3         Q.  Okay.  So is this taking place before or after the

4    fall of the line at the upper west terrace that we watched?

5         A.  This is afterwards.

6         Q.  Okay.  Can we pull up Government Exhibit 102.  Could

7    you trace the path that you took after the upper west terrace

8    where you went next on this map?

9         A.  Sure.  It was around here to the --

10        Q.  Let the record reflect the witness has drawn a line on

11   kind of the top left of the building, across the top of the

12   building and down the top right of the building.

13        Where did the line end up?  What is the name of the

14   location you ended up?

15        A.  Where did the line end up?

16        Q.  What is the -- what location did you end up at?

17        A.  I ended up underneath what we'll call the senate

18   carriageway.

19        Q.  Okay.  Could we pull up Government Exhibit 111?  Can

20   you identify that location on this map which has been admitted

21   already?

22        A.  (Complying).

23        Q.  So the bottom right of this Government Exhibit 111?

24        A.  Yes.

25        Q.  So what were you doing by the senate carriage door, as

1    I will call it?

2         A.   So I was trying to, you know, kind of get over the

3    mace.  You know, I told myself -- as I was sitting there, I

4    said, okay, I will go back inside because I was unaware they

5    had breached the Capitol at this point.  I will go back inside.

6    I will go down the hall.  There is a bathroom.  I will go

7    inside there, wash out my face with soap and water and come

8    back here and get in the fight.  The door was in alarm.  And it

9    was locked and then I looked through the window and there was

10   already rioters inside that were kind of staring back at me.

11   Eventually, some more people came up.  And then I got control

12   of my right eye.  It opened.  And then I saw the prox reader.

13   I took out my prox reader with my credentials, scanned in, went

14   inside.  And it took not even a minute before a supervisor came

15   up to me -- because I didn't make it very far -- and said, hey,

16   we are going to -- the vice president has not gotten down yet,

17   so we need to make a route.  So stay here and don't let anyone

18   go this way.

19        So I stood there and attempted to keep that path clear and

20   the route clear.

21        Q.   So is it fair to say your supervisor had told you to

22   basically hold that area?

23        A.   Yes.

24        Q.   And prevent rioters from going in certain directions?

25        A.   Correct.

1    Q.  Was it concerning to you that there were rioters

2    inside the building at this point?

3    A.  Yes.  I was stunned is one of the things that kind of

4    stuck with me, because I never thought -- first of all, I

5    didn't know at that point how they got in, which, obviously, I

6    knew they came through the other side.  But I wasn't sure which

7    means.  And I never thought like -- that was the most secure

8    place, obviously, on the Hill.  So I didn't think they would

9    get in there.

10   Q.  And, again, I think you touched on this.  What were

11   you trying to do with any rioters that you saw while you were

12   kind of stationed in this area?

13   A.  So I mean, obviously, we kind of lost our ability to

14   affect an arrest, because there is just the amount of people.

15   So, you know, my specific job at that point was to stop traffic

16   and, you know, get them out of the building, but also stay

17   there and don't let them in a certain direction that is going

18   to be the route that we are going to try to get the vice

19   president down.

20   Q.  We can pull this down and go to Government Exhibit 701

21   again and start at about 17:40 and play to about 18:13.

22   Do you recognize this area?

23   A.  I do.

24   Q.  What area is this?

25   A.  So I mainly work in the house office building, so I

1    don't know what the people in the Capitol call it.  But kind of

2    like the senate wing first floor, right outside the senate door

3    and the senate carriageway, so right outside.

4        Q.  Is this the senate carriage door right out back?

5        A.  Yes.

6        Q.  Do you recognize this officer?

7        A.  Yes, that is me.

8        Q.  That is 18:13, the witness has identified themself in

9    the kind of the middle of the screen on the right between the

10   two officers.

11       So let's keep playing this to about 18:45.  So until this

12   point, was the person holding the camera in Government

13   Exhibit 701, was that person moving into the Capitol building

14   or were they moving out of the Capitol building?

15       A.  He was moving to the direction of the door, so

16   outwards.

17       Q.  Outwards.  Okay.

18       Let's keep playing to about 18:58.  Okay.  What did the

19   individual -- did the individual who was holding the camera

20   keep going outside?

21       A.  He did not.  It looked like he tried to go back

22   inwards once he realized it went outside.

23       Q.  How did the -- did we see an officer in that clip?

24       A.  I did.

25       Q.  What did the officer do?

1      A.  He was trying to get him outside.  He was like, come

2  on, get outside, take it outside.

3      Q.  Did you hear the individual holding the camera say

4  anything in response?

5      A.  Yes.  He said, "I am just recording the situation."

6      Q.  Let's keep playing through about 19:30.  What is the

7  officer who is off screen to the left -- what did you see him

8  try to do?

9      A.  Other than escort him out?

10     Q.  You saw him escort him out?

11     A.  Yeah.  He was trying to escort him out.

12     Q.  Did the individual behind the camera appear to be

13  cooperating with that effort?

14     A.  No, he was not.

15     Q.  Did you hear the voice behind the camera say anything?

16     A.  Just I am recording the situation, they are already

17  inside, you are not stopping anything.  All kind of like

18  distractions and things to kind of motivate the officers not to

19  do his job, statements like that.

20     Q.  Did you hear anything about the number of people?  We

21  can go back.  Let's go back to about 19 minutes and play it.

22     Pause there.  We can pause there.

23     Did you hear anything about the number of people?

24     A.  He said, "There is too many people inside to be doing

25  anything."

DIRECT EXAMINATION OF ADAM WILLEM

1     Q.  And how do you interpret that?

2     A.  So I have worked a lot of CDU events.  And with a lot

3     of people it is just a distraction comment to take you away

4     from what you are supposed to do.  It is just something you

5     would ignore trying to motivate the officers say, hey, you

6     know, there is too many people, just don't do anything and let

7     me go inside and do what I want, which is obviously not how law

8     enforcement works.

9     Q.  Let's keep playing through about 20:40 now.

10    Did you hear further interactions between the individual

11    holding the camera and the officer that we were talking about

12    earlier?

13    A.  I mean, just noncompliant like, I am not going over

14    there.  There is too many people, like more distraction

15    comments.

16    Q.  Did he claim that he was there for a particular

17    reason?

18    A.  I am just recording the situation.  I am just filming.

19    Q.  But did he -- what was the officer asking him to do

20    again?

21    A.  To leave, to get outside.

22    Q.  Did he, in fact, leave?

23    A.  He did not leave.

24    Q.  Okay.  Let's switch to Government Exhibit 306 for

25    identification.  And just for the witness, would you scrub

DIRECT EXAMINATION OF ADAM WILLEM

1    forward maybe a couple of seconds?

2         And pause there.

3         Do you recognize what this depicts?

4    A.   Yes.  The senate carriageway door.

5    Q.   What is the time stamp?

6    A.   2:16:04 p.m.

7    Q.   This is the door we were just looking at?

8    A.   Yes.

9         MR. BARCLAY:  I move to admit Government Exhibit 306.

10        Moving to admit Government Exhibit 306.

11        MR. KIERSH:  No objection.

12        THE COURT:  Received.

13        (Whereupon, Government Exhibit No. 306 was admitted.)

14   BY MR. BARCLAY:

15   Q.   Okay.  Let's keep playing and pause at about 35

16   seconds.  It is a little grainy, but I am going to focus your

17   attention on this individual.  Let's play a few more seconds.

18        And at 57 seconds, we can pause.  What happened with that

19   individual that I circled?

20   A.   I think he realized he was going out and he came back

21   in and the officers escorted him and pushed him out.

22   Q.   Let's keep playing to 1:37.  Okay.  It is a little

23   grainy, but I am going to circle this individual -- do you see

24   the individual that I circled wearing all black?

25   A.   Yes.

DIRECT EXAMINATION OF ADAM WILLEM

1          Q.   Let's keep playing to about 1:46.

2          What did you see that rioter do?

3          A.   I saw that he attempted to come back in, but the

4     officers stopped and put his hand on his shoulder.

5          Q.   Is that consistent with what we just watched in

6     Government Exhibit 701?

7          A.   Yes.

8          Q.   Let's play through 2:07.  What is the officer doing

9     with the -- attempting to do with the individual who is in

10    black?

11         A.   I'm sorry?

12         Q.   What is the officer trying to do with the individual

13    in black?

14         A.   He is trying to push him out of the building.

15         Q.   And, again, is the individual cooperating?

16         A.   No.

17         Q.   Let's keep playing through 2:18.  Paused at 2:18, time

18    stamp 2:18:18 p.m.  Is the rioter using his -- appear to be

19    using his body weight to push back against the officer?

20         A.   Yes.  It looks like he is widening his stance and

21    leaning back against the officer's push.

22         Q.   And how many hands does the officer appear to be using

23    to push him out?

24         A.   Now two.

25         Q.   And, again, is this individual leaving?

1          A.   No, he is not leaving.

2          Q.   Let's keep playing through 3:01.

3          Do you see the same rioter here?

4          A.   Yes.

5          Q.   Where is the officer's hand at this point?

6          A.   The officer is to his left.

7          Q.   Where is the officer's hand?

8          A.   Oh, it is on his arm.

9          Q.   Okay.  And there are other officers -- are there other

10    officers here?

11         A.   Yes.

12         Q.   What do they appear to be trying to do?

13         A.   They are trying to secure the door with the rioters

14    that they got outside so they can be locked out.

15         Q.   Okay.  Let's play through 3:16.

16         Time stamp 2:19:16 p.m. at 3:16 of Government Exhibit 306.

17         Again, where is the officer's hand?

18         A.   It is still on the same individual.

19         Q.   Okay.  Let's play through 3:25.

20         What did you see the officer do?

21         A.   So he removed his hand, because it looks like the

22    other guy had his flag in the door jamming it from being shut.

23    And, you know, once he let go to address that more immediate

24    concern, the individual slipped back in.

25         Q.   Okay.  And at this point, are the doors open or

DIRECT EXAMINATION OF ADAM WILLEM

1    closed?

2         A.   They are closed.

3         Q.   Okay.   We can pull this down and bring up Government

4    Exhibit 307 for identification.   Just pause.

5         Do you recognize this area?

6         A.   Yes.

7         Q.   Where?

8         A.   It is the same area, different angle.

9              MR. BARCLAY:   Move to admit Government Exhibit 307.

10             MR. KIERSH:   No objection.

11             THE COURT:   What was the number?

12             MR. BARCLAY:   307, Judge.

13             THE COURT:   All right.

14             (Whereupon, Government Exhibit No. 307 was admitted.)

15   BY MR. BARCLAY:

16        Q.   Let's start at 1:27 time stamp 2:17:25 p.m. and play

17   through about 2:20.   Is this just another angle of what we were

18   just looking at on CCTV?

19        A.   Yes.

20        Q.   Is it also consistent with 701, which we were looking

21   at earlier?

22        A.   Yes.

23        Q.   How would you describe the individual in black's

24   positioning relative to the officer?

25        A.   Again, that wide stance bladed to withstand a push.

1      Q.  The officer's push?

2      A.  Yes, the officer's push.

3      Q.  Let's keep playing to about 2:40.

4      Where is that individual now?

5      A.  It appears off screen, left.

6      Q.  Okay.  And what is -- the same officer we have been

7   talking about, what does that officer appear to be trying to

8   do?

9      A.  It appears he still has his hand on him trying to get

10  him to leave the doors.

11     Q.  Let's keep playing through 3:30.

12     Pause at 3:30, which is time stamp 2:19:30 of Government

13  Exhibit 307.  Did you see the rioter go further into or out of

14  the building?

15     A.  Further into the building.

16     Q.  What is on the right-hand side of the screen that I

17  just circled?

18     A.  That is a magnetometer, something like you find at the

19  airport.  You go through, it just detects metal.

20     Q.  And is that there for -- is that there for a security

21  purpose?

22     A.  Yes.  I mean, normally you would go in, if you have an

23  appointment, and you would get screened just like at the

24  airport.

25     Q.  Did the rioter we just watch go through that

1   magnetometer?

2       A.  Yeah.  We would take off objects, belt, shoes, you

3   know, keys, stuff like that.  Walk through, no metal, then you

4   are good.

5       Q.  I'm sorry.  What you are describing is what would

6   happen on an ordinary day?

7       A.  On an ordinary day, yes.

8       Q.  Did the rioter that we have been watching, did that

9   rioter go through the magnetometer?

10      A.  No, he did not.

11      Q.  Can you pull that down and pull up Government

12  Exhibit 308 for identification?

13      Do you recognize this?

14      A.  Yes.  That is the same scene just from the outside

15  CCTV.

16          MR. BARCLAY:  Move admit to Government Exhibit 308.

17          MR. KIERSH:  No objection.

18          THE COURT:  Received.

19          (Whereupon, Government Exhibit No. 308 was admitted.)

20  BY MR. BARCLAY:

21      Q.  Time stamp 2:16:00, let's play for about a minute.

22      So between 2:16 and 2:17, are rioters -- individuals that

23  we see on camera, are they going into or out of the building?

24      A.  They are going out.

25      Q.  Let's keep playing to 1:07.  What did you see happen

DIRECT EXAMINATION OF ADAM WILLEM                    125

```
 1    with the individual in the red cap?

 2         A.   He was -- tried to go back in, but he was denied

 3    entry.

 4         Q.   Let's keep playing to about 3:20.  Again, this is just

 5    another view of the same door we have been talking about from

 6    the outside?

 7         A.   Yes.

 8         Q.   What are officers trying to do here?

 9         A.   They are trying to close and secure the doors.

10         Q.   Are the rioters in this area allowing that to happen

11    or are they resisting it?

12         A.   They are resisting it.

13         Q.   Paused at 3:20, time stamp 2:19:20 p.m. at Government

14    Exhibit 308.  Are the doors closed at this point?

15         A.   Not yet.

16         Q.   Let's play a few more seconds.

17         Paused at 3:25.

18         How about now?

19         A.   Yes.

20         Q.   Okay.  Let's pull this down and go back to Government

21    Exhibit 701, pick up 20:30.

22         Let's play about 20:45.

23         Did you hear the voice behind the camera say anything?

24         A.   No.

25         Can you play it again, please?
```

1          Q.  Just scrub back about 10 seconds.

2          Pause it.  Right before we paused at 20:45 here, what did

3     you hear the voice behind the camera say?

4          A.  There is too much going on here.

5          Q.  Okay.  Do you recognize the individual I am circling?

6          A.  Yes, that is me.

7          Q.  Let's -- do you remember kind of what was happening at

8     this time?

9          A.  Yes.  So, you know, my objective was to stop people

10    from compromising the route of the vice president.  So that was

11    directly behind me and to the left kind of where you see that

12    officer with the hat on.  I was trying to stop rioters from

13    going that way.

14         Q.  And, again, why was it concerning that there were

15    rioters in this immediate area?

16         A.  I mean, it was just crazy there was rioters in there

17    to begin with.  But specifically we hadn't moved the vice

18    president at that point, so we were really focused on getting a

19    route for him.

20         Q.  Was the presence -- had these rioters been screened,

21    as far as you knew?

22         A.  No.  None of them had been screened.

23         Q.  Was the presence of unscreened rioters in the Capitol

24    building near the vice president's route, was that a security

25    concern?

1      A.  Yes.

2      Q.  Let's play through 21:22.

3      Paused at 21:22, Government Exhibit 701.  Is the

4  individual behind the camera talking to you at this point?

5      A.  Yes.

6      Q.  What is he saying?

7      A.  He is trying to tell me we can't go that way, they are

8  rioting.  Basically, the fact I am getting -- let us through.

9      Q.  What are you saying in response?

10      A.  You know, I was focused on behind me.  So he just

11  said, we can't get out that way.  And I said, wait here, we

12  will get you out.

13      Q.  Is it fair to say that your face is a little bit red

14  at this point?

15      A.  Yes.

16      Q.  Why?

17      A.  Because I was maced.

18      Q.  Let's keep playing through 20:40.

19      Is the individual behind the camera whose voice you can

20  hear, is that individual -- did that individual listen to you?

21      A.  No.

22      Q.  Did he back up?

23      A.  He did not.

24      Q.  And you are -- you are kind of looking around.  Are

25  you looking for something at this point?

1        A.  Yes.  So I am looking for a weapon, which would be,

2   you know, kind of the worst-case scenario, because none of

3   these people have been screened.

4        Q.  So let's play through 21:52.  There was another

5   individual that you appear to be -- is there another individual

6   that you are holding right now?

7        A.  Yes.

8        Q.  What happened there?

9        A.  He tried to break through to access, you know, the

10  route we were trying to hold.  He -- I was trying to keep

11  attention to the people in front of me and also him.  So he

12  appeared to get past me until I had some assistance.

13       Q.  Did you hear the voice behind the camera say anything

14  in that few seconds?

15       A.  At the time, no.  If you play it back.

16       Q.  Yeah.  Let's go back to about 10 seconds to 21:42 and

17  play again.

18       A.  He said, "All of your officers went that way."

19       Q.  Did that make any sense to you?

20       A.  No.  I still don't know what that meant.

21       Q.  And how do you interpret that now?

22       A.  Maybe he was referencing --

23            MR. KIERSH:  Objection, Your Honor, speculation.

24            THE COURT:  Sustained.

25  BY MR. BARCLAY:

1      Q.   So we were just talking about the other individual

2   that you were holding.  What is going through your mind at that

3   point?

4      A.   Well, I was focused on, again, having like, unlike the

5   west front, not having everyone kind of surge through and break

6   through our line.  I was trying to get him and contain the

7   people.

8      Q.   Let's keep going through 22:20.  Did you see this

9   officer say anything?  Did you hear that officer say anything?

10     A.   Yes.  That is a captain.  And he was, you know,

11  obviously, the highest ranking person.  He was telling us to

12  hold, hold everyone there.

13     Q.   And everyone means the rioters?

14     A.   Yes.

15     Q.   Let's play through 23:40.

16  So paused at 23:40.  What did we just see happen there?

17     A.   They broke through our lines and they went straight

18  and then left towards the center, the crypt.

19     Q.   Do you recognize -- do you recall seeing them break

20  the line at the time?

21     A.   Yes.

22     Q.   Did you have a reaction at the time?

23     A.   So, obviously, it was bad they were getting in the

24  Capitol, but they broke in, I guess, the most fortunate way.

25  Because if they would have went, you know, behind me they could

 1    have -- a route for the vice president would have been

 2    compromised.  If they had went left, it would have went up to

 3    the Senate chambers.  So, you know, if this -- they were going

 4    to break one way, I guess that was the most fortunate.  But I

 5    still would have preferred them to stay and listen to us.

 6         Q.  Let's pull this down and go to Government Exhibit 630

 7    for identification.  Let's scrub forward to about 2 seconds.

 8         Do you recognize the person -- do you recognize the person

 9    I circled?

10         A.  Yes, that is me.

11              MR. BARCLAY:  Okay.  Just move to admit Government

12    Exhibit 630.

13              MR. KIERSH:  No objection.

14              THE COURT:  Received.

15              (Whereupon, Government Exhibit No. 630 was admitted.)

16    BY MR. BARCLAY:

17         Q.  Okay.  Let's go back to the beginning, just play this

18    for about 50 seconds.

19         Let's pause here.  Pause at 6 seconds.  Do you see this

20    individual on the right-hand side of the screen?

21         A.  Yes.

22         Q.  Does that individual appear to be wearing something?

23         A.  Yes.  It appears he is waving a gas mask.

24         Q.  And is he holding anything?

25         A.  Like a gimbal for his phone.

DIRECT EXAMINATION OF ADAM WILLEM

1      Q.  Is the positioning of that individual consistent with

2  what we were watching earlier in 701?

3      A.  Yes.

4      Q.  Is it concerning if an individual inside the Capitol

5  is wearing a gas mask?

6      A.  Yes.  Because, I mean, that would indicate that they

7  are expecting to get maced or there to be some type of

8  nonlethal gas, so they are prepared for violence.

9      Q.  Let's play through about 50 seconds.

10      Does what we just watched in Government Exhibit 630 appear

11  to depict the same breach of the line that we watched in

12  Government Exhibit 701?

13      A.  Yes.

14      Q.  We can pull this down.

15      Did the number of rioters make it difficult for you to do

16  your job that day?

17      A.  It did.

18      Q.  On the -- going back to the northwest scaffolding, did

19  the rioters at the northwest scaffolding impede your ability to

20  do your job that day?

21      A.  Yes.  They were the job that day, to stop them from

22  getting up.

23      Q.  And the result of the -- did the rioters overcome the

24  defensive lines you were part of?

25      A.  They did.

1          Q.  Going back to the senate carriage door, did the

2     presence of rioters by the carriage door impede your ability to

3     guard the vice president's route?

4          A.  It did.

5          Q.  Did the defensive line at the carriage door fall

6     because of the actions of the rioters?

7          A.  It did.

8               MR. BARCLAY:  Just one moment, Your Honor.

9               Nothing further.

10               THE COURT:  All right.

11                         CROSS-EXAMINATION

12     BY MR. KIERSH:

13          Q.  Good afternoon, Officer.

14          A.  Good afternoon.

15          Q.  How do I pronounce your last name?

16          A.  Willem.

17          Q.  And, sir, you have been on MPD for 5 years?

18          A.  United States Capitol Police --

19          Q.  I'm sorry.

20          A.  -- for 5 and a half.

21          Q.  And you have been with the United States Capitol

22     Police continuously for the past five years?

23          A.  Small breaks for military training, but, yes.

24          Q.  Very well.  And you have had a significant amount of

25     training; correct?

CROSS-EXAMINATION OF ADAM WILLEM

1      A.  Significant what training?

2      Q.  Significant amount of training?

3      A.  Yes.

4      Q.  You have to let me finish the question.

5      -- in your capacity as a law enforcement official;

6  correct?

7      A.  Yes.

8      Q.  If we could go to Exhibit 701, please.  And hold it at

9  the beginning.  Okay.

10      Now, this is Exhibit 701.  You have already testified to

11  this; correct?

12      A.  Yes.

13      Q.  And this in evidence; correct?

14      A.  Yes.

15      Q.  And you have seen this video on more than one

16  occasion; correct?

17      A.  Yes.

18      Q.  You are aware that this Exhibit, 701, this video was

19  shot by John Sullivan; correct?

20      A.  I am now, yes.

21      Q.  But you are aware of that; correct?

22      A.  Yes.

23      Q.  You know, it is very clear; correct?

24      A.  Yes.

25      Q.  You know that John Sullivan voluntarily gave this

1    video to Agent Foulger; correct?

2              MR. BARCLAY:  Objection.

3              THE WITNESS:  I did not know that.

4              MR. BARCLAY:  If he knows.

5    BY MR. KIERSH:

6        Q.  Do you know that?

7        A.  No.

8        Q.  Okay.  Do you know that he voluntarily gave this video

9    to law enforcement?

10       A.  No.

11             MR. BARCLAY:  Objection.

12   BY MR. KIERSH:

13       Q.  Do you know how law enforcement got this video?

14             MR. BARCLAY:  Objection.

15             THE COURT:  Sustained.

16   BY MR. KIERSH:

17       Q.  But you know that it was shot by John Sullivan;

18   correct?

19       A.  Yes, now.

20       Q.  Okay.  As you are sitting here today, you know it was

21   shot by John Sullivan; correct?

22             THE COURT:  Asked and answered.

23             What is your next question?

24   BY MR. KIERSH:

25       Q.  Go to 18:58, please.  Okay.  Can you play that

1    forward, please.

2        Stop it, please.

3        Now, you heard the person you have described as John

4    Sullivan say, "I am just recording"?

5        A.  Yes.

6        Q.  Did you hear it at the time or just watching the

7    video?

8        A.  Watching the video.

9        Q.  Okay.  And if we go to 19:25, please.

10       And play forward, please.  Stop, please.

11       Now, you heard the voice say, "Why is this necessary?"

12   Correct?

13       A.  Yes.

14       Q.  Well, did you hear that?

15       A.  Yes.

16       Q.  Did you hear that at the time or you are hearing it on

17   the video?

18       A.  On the video, sir.  I am like 40 feet away or 30 feet

19   away.  I can't hear anything from there.

20       Q.  So you didn't hear it at the time, but you heard it on

21   the video; is that fair?

22       A.  Yes.

23       Q.  Okay.  And, again, John Sullivan is saying, "I am just

24   recording."  Correct?

25       A.  On the video it appears that way, yes.

1          Q.  And did you see Mr. Sullivan at this point in time?

2          A.  I don't recall.

3          Q.  Okay.  Now, can you recall -- now, is it fair to say

4     that he is holding a camera?

5          A.  Yes.

6          Q.  19:14, please.  And go forward, please.

7          Stop, please.

8          And you heard him say, "There is no freedom of the press"?

9          A.  Yes.

10         Q.  And you heard him say, "I am just filming."  Correct?

11         A.  Yes.

12         Q.  If we can go to 1:37, please.  If we go back to 1:37,

13    I'm sorry.  And go forward.  Stop, please.

14         Now, this exhibit, do you know that this part was filmed

15    by John Sullivan?

16         A.  Now I do, yes.

17         Q.  Okay.  But as you are sitting here today, you know it

18    was filmed by him; correct?

19         A.  Yes.

20         Q.  So you know it was filmed by him while he was holding

21    a camera; correct?

22         A.  Yes.

23         Q.  And if we could go to 20:35, please.

24         And play forward, please.

25         Hold now at this point.

CROSS-EXAMINATION OF ADAM WILLEM

1          You recognize the voice of the person who is talking to

2    you; correct?

3          A.  As the one holding the camera?

4          Q.  Yes.

5          A.  Yes.

6          Q.  And at that point, you and that person are having a

7    conversation; correct?

8          A.  Yes.

9          Q.  Okay.  It is heated because of the situation, but you

10   are having a conversation with the person; correct?

11         A.  Yes, we are talking.

12         Q.  He is not threatening you there, is he?

13         A.  Like, verbally, no.

14         Q.  And you also testified on direct examination that at

15   some point you were maced; correct?

16         A.  Correct.

17         Q.  You weren't maced by John Sullivan, were you?

18         A.  I never found out who maced me, but it doesn't appear

19   so.

20         Q.  Okay.  And finally, can we go to 630, please.

21   Exhibit 630, I'm sorry.  And go to .06.  All right.

22         At .06, Exhibit 630, do you have that in front of you,

23   sir?

24         A.  Yes, sir.

25         Q.  You say you saw the person that you think was John

1    Sullivan wearing a gas mask; correct?

2         A.   Yes.

3         Q.   Okay.  He also at that time had a gimbal; correct?

4         A.   Yes.

5         Q.   That is something you use to hold a camera; correct?

6         A.   Yes.

7         Q.   Okay.  That is the purpose of a gimbal is to hold a

8    camera; correct?

9         A.   To hold and make the shots move.

10        Q.   Yes.

11        A.   Yes.

12             MR. KIERSH:  Okay.  Thank you, sir.

13             Nothing further.  I pass the witness.

14                      REDIRECT EXAMINATION

15   BY MR. BARCLAY:

16        Q.   As a Capitol Police Officer, if you give someone a

17   lawful order, or any order to leave, does it matter if that

18   person is holding a camera or not?

19        A.   No, it is irrelevant.

20        Q.   And you were asked on cross-examination about your

21   training and experience.  Did any of your training and

22   experience prepare you for what actually happened on January 6,

23   2021?

24        A.   I mean, basic police training, yes.  But, no, it was

25   chaotic and we obviously don't train to be in the middle of

1    riots.

2         Q.  Have you ever experienced anything like January 6,

3    2021 in your career?

4         A.  No, never.

5              MR. BARCLAY:  Nothing further.

6              THE COURT:  All right.  You can step down.

7              Let me talk to counsel for a minute.

8              (Conference held at the bench.)

9              THE COURT:  I assume in light of the hour, because I

10   have got to stop at 4:00, we should stop now.

11             MS. LEDERER:  That is fine by the government, Your

12   Honor.  We'll make sure that Deputy Chief Loyd is back here on

13   Monday and we can bring him in to remind him that he is under

14   oath since he is sequestered and cannot talk about his

15   testimony with anyone.

16             THE COURT:  All right.

17             MR. KIERSH:  That is fine for Mr. Sullivan.

18             THE COURT:  All right.

19             (End of bench conference.)

20             THE COURT:  In light of the hour, because we have to

21   stop at 4:00, have a nice weekend.  Don't talk about the case.

22   Don't let anyone talk to you about the case.  Don't read or

23   listen to anything about January 6.  We'll have plenty of

24   evidence here next week.  And I think we may finish about

25   Wednesday or so, but I can't promise that.  But I will do what

1   I can.  I will see you all Monday at 10:00.  Have a nice

2   weekend.  Have a nice holiday off.

3                THE COURTROOM DEPUTY:  All rise.  This court stands

4   in recess.

5                (The jury left the courtroom.)

6                THE COURT:  You can be seated.  You all pass my

7   instruction to the Deputy Chief Loyd.

8                Anything else you all need to raise with me?

9                MR. KIERSH:  Not from the defense.

10               MS. LEDERER:  Not for the government.

11               THE COURT:  I will see you all Monday.  Thank you.

12               (Proceedings concluded at 3:50 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

REDIRECT EXAMINATION OF ADAM WILLEM

1                    <u>C E R T I F I C A T E</u>

2

3          I, SHERRY LINDSAY, Official Court Reporter, certify

4    that the foregoing constitutes a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9

10                   Dated this 9th day of February, 2024.

11

12                   _____
                     Sherry Lindsay, RPR
13                   Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**A JUROR: [1]** 6/15
**BY MR. BARCLAY: [12]** 101/8
105/25 107/25 110/6 111/17 112/11
119/14 122/15 124/20 128/25
130/16 138/15
**BY MR. KIERSH: [5]** 132/12 134/5
134/12 134/16 134/24
**BY MS. LEDERER: [39]** 35/18 39/9
39/23 40/10 45/15 47/3 47/16
48/12 49/14 51/2 52/24 58/24 61/6
62/5 63/10 65/17 66/17 67/13
71/21 73/8 75/9 76/4 77/6 80/10
80/21 83/7 83/15 84/14 86/16
86/25 89/3 92/11 93/22 94/12 95/1
96/9 97/25 99/17 107/8
**MR. BARCLAY: [16]** 100/25 105/20
110/2 111/13 112/7 119/9 122/9
122/12 124/16 130/11 132/8 134/2
134/4 134/11 134/14 139/5
**MR. KIERSH: [57]** 4/11 4/24 5/10
5/12 5/20 29/20 29/23 39/6 40/7
45/12 46/25 47/13 48/9 49/12
51/21 52/1 52/12 58/20 61/4 63/9
65/14 67/12 71/19 75/7 76/1 79/6
80/18 83/3 83/6 84/11 86/12 86/15
86/22 88/25 91/11 91/14 93/19
94/9 94/23 96/6 97/22 99/14
105/22 107/5 107/7 107/24 110/3
111/16 112/10 119/11 122/10
124/17 128/23 130/13 138/12
139/17 140/9
**MS. LEDERER: [55]** 4/6 4/15 5/21
22/6 22/11 22/13 23/4 35/10 39/4
39/20 40/5 45/9 46/23 48/8 50/24
51/9 52/6 52/15 58/18 58/21 61/1
62/4 63/6 65/12 67/9 71/17 75/8
75/24 79/4 79/16 79/23 79/25 80/9
80/16 83/1 83/4 83/11 83/13 84/9
86/14 86/20 88/23 91/23 93/17
94/8 94/21 96/4 97/20 99/12
100/13 100/18 100/24 107/6 139/11
140/10
**THE COURT: [75]** 4/10 4/14 4/23
5/9 5/11 5/19 6/2 6/4 6/17 22/8
29/19 35/8 39/7 39/22 40/8 45/11
45/13 47/1 47/14 48/10 49/13 51/1
51/11 51/16 51/19 51/25 52/3 52/7
52/10 52/13 58/22 61/5 61/25
65/15 71/20 76/2 79/9 79/14 79/22
79/24 80/5 80/7 80/19 83/10 83/12
84/12 86/23 89/1 92/9 93/20 94/10
94/24 96/7 97/23 99/15 100/16
100/19 105/23 110/4 119/12 122/11
122/13 124/18 128/24 130/14
132/10 134/15 134/22 136/9 139/9
139/16 139/18 139/20 140/6 140/11
**THE COURTROOM DEPUTY: [8]** 4/2
6/8 6/16 35/14 52/19 52/22 101/4
140/3
**THE WITNESS: [7]** 35/13 35/16
52/18 52/21 101/3 101/6 134/3

**.**
**.06 [2]** 137/21 137/22

**0**
**078 [1]** 1/4

**1**
**10 [4]** 88/9 92/16 126/1 128/16
**10-minute [1]** 51/11
**1002.3 [1]** 4/20
**101 [7]** 2/8 2/18 65/13 65/16
66/21 85/17 96/1
**102 [9]** 2/17 58/19 58/23 58/25
59/2 75/6 75/7 75/8 113/6
**103 [6]** 2/17 61/2 61/3 61/7 61/25
62/2
**104 [2]** 61/16 61/16
**105 [2]** 2/24 62/14

**106 [2]** 62/22 62/23
**108 [2]** 62/12 63/2
63/11 63/11
**109 [4]** 2/19 78/20 79/5 79/7
**10:00 [1]** 140/1
**10:00 a.m [2]** 102/12 102/14
**10:08 [1]** 1/6
**10:50 of [1]** 109/11
**11 [2]** 89/4 89/19
**110 [7]** 2/24 2/25 85/24 105/15
105/16 105/21 105/24
**111 [7]** 2/24 99/6 99/10 99/13
99/16 113/19 113/23
**119 [1]** 3/2
**11:28 [1]** 51/15
**11:30 [3]** 109/12 111/7 111/24
**11:37 [2]** 112/3 112/8
**11:59 [1]** 89/8
**12 [7]** 13/15 21/5 21/19 22/1
90/15 112/14 112/15
**122 [1]** 3/2
**124 [1]** 3/3
**12:00 [2]** 102/20 102/20
**12:19 [2]** 111/7 111/9
**12:30 [1]** 42/19
**12:34 [1]** 79/13
**12:50 [1]** 74/3
**12:53 [2]** 62/20 64/21
**12:53 p.m [1]** 64/12
**12:58 p.m [1]** 66/23
**12th [1]** 8/18
**13 [1]** 90/17
**130 [1]** 3/3
**132 [1]** 2/8
**138 [1]** 2/9
**13:05 [1]** 74/7
**13:13 p.m [1]** 74/8
**14 [3]** 36/3 51/6 98/18
**14:06 [1]** 74/11
**14:14 [1]** 91/9
**14:44 [1]** 74/14
**14th [2]** 5/15 5/18
**15 [4]** 8/19 67/16 78/16 85/6
**15:18 [1]** 92/25
**15:20 [1]** 92/22
**15:29 [1]** 74/17
**17 [1]** 87/12
**17:40 and [1]** 115/21
**18 [1]** 8/19
**18:13 [2]** 115/21 116/8
**18:45 [1]** 116/11
**18:58 [2]** 116/18 134/25
**19 [6]** 46/21 84/15 109/19 109/20
110/8 117/21
**1995 [1]** 53/18
**1998 [1]** 53/18
**19:14 [1]** 136/6
**19:25 [1]** 135/9
**19:30 [1]** 117/6
**1:07 [1]** 124/25
**1:10 [4]** 66/19 66/21 81/11 81/14
**1:11 [1]** 81/22
**1:14 [1]** 98/17
**1:19 [1]** 84/16
**1:21 [1]** 98/24
**1:27 [1]** 122/16
**1:37 [3]** 119/22 136/12 136/12
**1:45 [3]** 68/24 79/10 79/12
**1:45 in [1]** 82/5
**1:46 [1]** 120/1
**1:48 [2]** 87/25 88/12

**2**
**20 [1]** 107/9
**2000 [1]** 53/19
**20001 [1]** 1/24
**20015 [1]** 1/18
**2008 [1]** 53/19
**201 [6]** 2/14 38/21 38/22 38/24
39/5 39/8
**202 [7]** 2/14 39/21 39/24 39/24
40/1 40/6 40/9

**2020 [8]** 22/19 23/20 24/17 25/24
25/25 26/2 26/5 27/11 27/12
**2021 [47]** 8/13 8/20 9/5 9/13 9/25
10/5 10/13 22/14 25/6 25/9 25/18
25/22 29/15 36/24 36/24 37/2
37/17 38/16 38/19 40/4 40/17
42/15 57/3 57/5 57/8 57/14 57/19
58/11 58/15 59/5 59/24 63/13 64/1
64/6 66/23 69/13 70/4 72/1 73/15
89/7 93/3 98/10 101/16 101/20
109/25 138/23 139/3
**2023 [1]** 1/5
**2024 [1]** 141/10
**203 [3]** 2/16 48/8 48/11
**205 [4]** 2/15 45/10 45/14 45/16
**20530 [1]** 1/14
**206 [3]** 2/15 46/23 47/2
**207 [3]** 2/16 47/11 47/15
**20:30 [1]** 125/21
**20:35 [1]** 136/23
**20:40 [1]** 127/18
**20:40 now [1]** 118/9
**20:45 [2]** 125/22 126/2
**21-078 [1]** 1/4
**21-78 [1]** 4/2
**21:22 [2]** 127/2 127/3
**21:42 [1]** 128/16
**21:52 [1]** 128/4
**22 [1]** 2/11
**22:20 [1]** 129/8
**23:40 [2]** 129/15 129/16
**24-hour [2]** 60/17 60/18
**27 [1]** 90/17
**29 [1]** 2/11
**2:07 [1]** 120/8
**2:09 p.m [3]** 69/4 85/18 86/1
**2:09:49 p.m [1]** 110/13
**2:10 [1]** 67/17
**2:10 p.m [3]** 65/4 68/14 68/15
**2:11 p.m [1]** 89/7
**2:11:30 p.m [1]** 112/2
**2:11:37 p.m [1]** 112/13
**2:12 p.m [1]** 69/13
**2:14 p.m [2]** 45/7 45/22
**2:15 p.m [2]** 70/16 98/10
**2:16 [2]** 27/7 124/22
**2:16:00 [1]** 124/21
**2:16:04 p.m [1]** 119/6
**2:16:14 p.m [1]** 98/19
**2:17 [1]** 124/22
**2:17:25 p.m [1]** 122/16
**2:18 [2]** 120/17 120/17
**2:18:18 p.m [1]** 120/18
**2:19:16 p.m [1]** 120/18
**2:19:20 p.m [1]** 125/13
**2:19:30 [1]** 123/12
**2:20 [1]** 122/17
**2:23 [1]** 77/8
**2:25 p.m [1]** 48/22
**2:26 p.m [1]** 49/7
**2:36:08 [1]** 73/10
**2:40 [1]** 123/3
**2:50 into [1]** 74/2
**2:56 [2]** 69/8 69/11
**2:56 p.m [1]** 28/23
**2:59 [3]** 77/12 82/17 82/21
**2nd [1]** 54/12

**3**
**30 [3]** 83/4 83/13 110/14
**30 feet [1]** 135/18
**302 [6]** 2/25 109/17 109/18 109/23
110/2 110/5
**304 [7]** 2/21 88/19 88/20 88/24
89/2 89/4 111/23
**305 [6]** 2/23 97/16 97/18 97/21
97/24 98/1
**306 [6]** 3/2 118/24 119/9 119/10
119/13 121/16
**307 [6]** 3/2 122/4 122/9 122/12
122/14 123/13
**308 [5]** 3/3 124/12 124/16 124/19

**3**
308... [1]   125/14
32 [2]   95/2 95/3
33 [1]   53/14
333 [1]   1/23
35 [2]   2/4 119/15
36 [2]   96/13 96/15
39 [2]   2/14 90/15
3:01 [1]   121/2
3:16 [2]   121/15 121/16
3:20 [2]   125/4 125/13
3:25 [2]   121/19 125/17
3:28 [1]   74/11
3:30 [2]   123/11 123/12
3:50 [1]   140/12
3D [1]   78/22
3rd [1]   54/10

**4**
40 [4]   2/14 23/12 23/17 97/8
40 feet [1]   135/18
403 [1]   5/1
41 [2]   2/15 97/6
42 [1]   87/6
44 [1]   70/14
440 [1]   1/17
46 [1]   2/15
47 [1]   2/16
48 [1]   2/16
4:00 [2]   139/10 139/21
4:12:09 [1]   74/14
4:20 [1]   46/21
4:21 p.m [1]   47/12
4:30 [3]   65/4 74/20 107/4
4:40 [2]   82/23 82/23
4:50 [2]   107/9 107/22
4:55 [2]   71/11 71/13

**5**
50 [5]   33/15 89/4 89/19 130/18
131/9
52 [1]   2/6
5335 [1]   1/17
57 [1]   119/18
58 [2]   2/17 98/1
5:30 [1]   83/1
5th [1]   61/12

**6**
600 [1]   92/5
601 [1]   1/14
62 [1]   2/17
627 [5]   2/22 94/5 94/6 94/8 94/11
628 [4]   2/22 94/18 94/22 94/25
629 [4]   2/23 95/21 96/5 96/8
63 [1]   83/12
630 [8]   3/3 130/6 130/12 130/15
131/10 137/20 137/21 137/22
65 [1]   2/18
660 [4]   2/18 75/20 75/24 76/3
662 [5]   2/19 78/25 79/2 79/5 79/7
663 [7]   2/19 80/12 80/13 80/17
80/20 83/1 83/11
665 [1]   83/10
669 [4]   2/20 86/9 86/21 86/24
670 [5]   2/21 93/9 93/14 93/18
93/21
6710 [1]   1/23
6:00 in [1]   64/23
6:03 [1]   83/25

**7**
701 [27]   2/20 84/4 84/6 84/10
84/13 85/6 89/19 89/19 92/4 107/3
107/6 107/23 109/11 111/7 111/10
111/18 115/20 116/13 120/6 122/20
125/21 127/3 131/2 131/12 133/8
133/10 133/18
75 [1]   2/18
78 [1]   4/2
79 [1]   2/19

**8**
80 [1]   2/19
84 [1]   2/20
86 [1]   2/20
88 [1]   2/21
8:00 [2]   50/20 50/21

**9**
93 [1]   2/21
94 [2]   2/22 2/22
96 [1]   2/23
97 [1]   2/23
99 [1]   2/24
9:45 [1]   73/6
9:45 into [1]   73/9
9th [1]   141/10

**A**
a.m [4]   1/6 51/15 102/12 102/14
ability [6]   87/3 95/18 103/11
115/13 131/19 132/2
able [17]   5/23 7/16 25/7 28/11
30/17 44/6 50/22 56/10 56/19 67/7
73/1 73/3 74/19 75/2 80/2 96/25
112/22
about [124]   5/3 8/13 8/20 9/5
9/13 9/25 10/5 10/13 10/23 13/13
13/20 15/3 16/16 16/19 16/21
17/23 18/6 18/9 18/12 18/15 18/18
18/22 19/1 19/2 19/6 19/9 19/9
19/11 19/18 20/5 20/16 20/20 21/3
21/9 23/8 23/9 24/7 24/20 24/20
24/21 25/6 26/19 30/25 31/1 33/8
34/18 42/17 43/18 45/7 46/21 47/8
51/20 54/21 56/4 56/9 60/3 64/6
64/15 64/19 64/22 65/1 65/19
67/14 67/17 68/25 74/20 76/15
78/11 78/14 78/16 79/11 79/11
88/9 91/1 92/16 101/19 101/24
102/13 102/15 102/16 104/10 106/2
106/7 107/9 107/13 107/16 108/20
109/12 110/14 111/7 112/3 112/14
115/21 115/21 116/11 116/18 117/6
117/21 117/21 117/23 118/9 118/11
119/15 120/1 122/17 123/3 123/7
124/21 125/4 125/5 125/18 125/22
126/1 128/16 129/1 130/7 130/18
131/9 138/20 139/14 139/21 139/22
139/23 139/24
above [3]   66/25 89/17 141/5
above-entitled [1]   141/5
accept [2]   13/22 18/25
access [8]   55/15 56/6 56/7 73/1
74/4 74/8 74/15 128/9
accessible [1]   10/2
accessing [1]   74/12
accompanied [1]   26/21
according [3]   6/13 19/6 68/1
accurate [1]   90/22
accurately [2]   105/16 109/23
achieving [1]   54/22
acknowledged [1]   23/7
across [1]   113/11
act [1]   8/22
Action [1]   1/3
actions [10]   15/2 22/23 23/16
24/4 28/19 28/25 29/5 29/9 29/14
132/6
activist [3]   24/16 24/22 29/2
acts [1]   15/16
actual [7]   28/4 42/18 43/14 44/24
45/23 73/10 104/20
actually [16]   19/23 46/10 55/7
55/18 55/20 56/5 58/4 59/25 61/9
69/1 71/8 72/7 81/20 93/4 93/10
138/22
Adam [4]   2/7 101/1 101/2 101/6
addition [6]   16/19 55/7 59/10
60/7 60/18 76/24
additional [3]   57/18 59/11 60/9
address [3]   4/21 103/21 121/23

adjacent [1]   98/3
adjudge [1]   16/2
administration [1]   6/6
admissible [4]   4/21 5/6 16/2 16/6
admit [19]   39/5 40/6 79/5 80/17
84/10 88/24 93/18 94/8 94/22 96/5
97/21 99/13 105/21 110/2 119/9
119/10 122/9 124/16 130/11
admitted [35]   15/8 15/10 39/8
40/9 45/14 47/2 47/15 48/11 58/23
62/3 65/16 76/3 79/8 80/20 84/13
86/24 89/2 93/21 94/11 94/25 96/8
97/24 99/16 105/20 105/24 107/3
109/17 109/18 110/5 111/23 113/20
119/13 122/14 124/19 130/15
advance [1]   21/14
advantage [2]   29/6 29/11
adversely [1]   9/2
advice [1]   19/2
advise [1]   48/1
advised [2]   44/8 46/16
advocate [3]   24/13 24/14 24/14
affect [1]   115/14
affected [1]   9/2
affirm [1]   6/14
after [27]   5/24 12/8 12/14 12/21
13/11 20/19 20/21 28/16 29/13
33/12 42/7 43/17 43/21 43/25 44/7
45/2 50/21 80/4 99/24 100/2 103/2
104/10 106/2 110/18 113/1 113/3
113/7
aftermath [1]   63/14
afternoon [5]   62/20 65/4 101/9
132/13 132/14
afterwards [2]   31/25 113/5
again [26]   25/10 28/19 32/1 33/24
34/11 50/22 88/12 91/19 110/8
110/9 111/5 111/7 112/3 115/10
115/21 118/20 120/15 120/25
121/17 122/25 125/4 125/25 126/14
128/17 129/4 135/23
against [3]   16/3 120/19 120/21
age [2]   14/19 18/20
agencies [2]   39/13 68/9
agent [31]   4/9 33/10 33/14 35/23
35/25 36/11 36/23 37/5 37/9 37/10
38/22 39/10 39/20 39/24 40/11
41/4 41/23 41/23 45/3 47/4 47/11
47/17 47/24 48/15 48/25 49/15
49/20 51/3 58/7 58/11 134/1
agents [2]   25/7 45/4
aggression [1]   28/9
ago [1]   53/20
agree [2]   13/15 15/14
Agreed [1]   95/8
ahead [4]   33/19 92/9 109/11
111/23
aid [1]   7/9
air [1]   89/15
airport [4]   56/21 56/22 123/19
123/24
AKA [1]   34/16
alarm [2]   70/9 114/8
alarms [2]   70/7 70/9
alerted [1]   44/23
all [109]   6/4 6/11 6/17 11/4
11/17 12/10 13/6 13/11 13/15 14/3
14/6 14/11 14/17 14/22 16/18
17/10 17/18 18/25 19/17 20/23
21/3 21/8 21/11 21/20 23/4 23/25
25/2 25/11 25/16 27/13 28/9 29/1
29/7 29/9 29/9 29/13 30/2 30/17
30/17 31/21 31/23 31/24 36/15
38/13 42/14 49/3 50/14 51/13
52/10 52/11 52/13 54/5 60/15 61/5
61/14 71/20 73/3 78/21 78/21 80/7
80/8 80/24 81/13 82/10 82/24
83/22 84/1 87/3 87/7 87/13 87/22
91/25 92/20 93/6 94/15 95/4 95/7
95/9 95/12 95/15 96/11 97/9 98/6
98/13 98/19 99/20 99/23 100/16
100/19 100/23 102/24 103/10 104/3

**A**

**all...** **[16]**    112/23 115/4 117/17
119/24 122/13 128/18 132/10
137/21 139/6 139/16 139/18 140/1
140/3 140/6 140/8 140/11
**alleged** **[1]**    19/14
**allowed** **[5]**    26/8 64/1 64/3 64/7
71/25
**allowing** **[1]**    125/10
**alone** **[3]**    13/25 14/4 15/12
**along** **[5]**    13/5 22/1 61/22 65/19
90/3
**already** **[10]**    5/6 41/9 41/10
103/25 107/3 109/17 113/21 114/10
117/16 133/10
**also** **[43]**    14/13 16/21 18/17 18/17
23/23 23/24 24/5 24/7 24/12 24/14
24/19 24/24 25/9 25/14 25/15
25/19 35/21 37/12 37/13 44/20
54/6 54/7 55/8 56/16 59/20 62/6
68/9 70/11 71/22 72/25 76/25
77/22 81/7 88/14 92/6 92/17
108/15 109/5 115/16 122/20 128/11
137/14 138/3
**altercation** **[1]**    78/6
**alternate** **[3]**    21/14 21/19 21/25
**alternates** **[1]**    21/14
**Although** **[1]**    17/11
**always** **[2]**    21/24 58/7
**am** **[60]**    12/1 12/3 17/3 27/6 34/2
35/23 36/9 37/13 45/5 52/7 53/6
61/1 63/3 65/19 67/5 69/16 71/10
71/11 71/22 72/18 73/5 73/6 75/5
75/17 76/5 77/21 81/22 82/18 83/8
84/3 85/2 87/2 89/8 92/6 96/10
96/16 98/2 100/13 105/14 107/18
108/25 109/21 110/9 111/10 112/3
117/5 117/16 118/13 118/18 118/18
119/16 119/23 126/5 127/8 128/1
133/20 135/4 135/18 135/23 136/10
**amenable** **[1]**    5/22
**Amendment** **[1]**    8/18
**AMERICA** **[4]**    1/3 4/3 4/8 6/12
**American** **[1]**    22/18
**Americans** **[1]**    22/21
**amount** **[6]**    53/24 60/19 90/22
115/14 132/24 133/2
**angle** **[4]**    66/24 93/13 122/8
122/17
**another** **[17]**    7/13 25/10 31/16
63/12 63/20 100/16 100/21 106/23
109/1 109/5 110/23 111/8 113/1
122/17 125/5 128/4 128/5
**answer** **[4]**    16/8 16/9 16/11 21/10
**answered** **[2]**    16/9 134/22
**antics** **[1]**    26/23
**any** **[74]**    4/18 7/21 8/3 8/5 8/6
9/1 9/3 9/4 9/7 9/18 10/4 10/7
10/11 10/15 10/22 10/23 11/17
11/21 12/24 14/5 14/7 14/10 14/21
15/2 15/4 15/14 16/12 16/21 16/22
17/8 17/12 17/13 17/16 17/17
17/19 17/22 17/25 18/3 18/3 18/8
18/11 18/14 18/24 19/8 19/24 20/5
20/12 20/14 20/16 20/18 20/24
22/3 32/3 33/7 34/4 34/7 34/8
37/10 44/22 56/5 56/7 56/13 56/19
57/18 58/9 68/9 70/7 76/16 78/1
80/3 115/11 128/19 138/17 138/21
**anybody** **[3]**    30/3 33/5 34/5
**anyone** **[18]**    8/6 16/13 16/20 17/9
17/10 17/15 17/21 18/11 18/14
20/18 38/12 48/25 56/4 79/11
95/18 114/17 139/15 139/22
**anything** **[21]**    18/18 19/9 32/3
51/7 88/2 117/4 117/15 117/17
117/20 117/23 117/25 118/6 125/23
128/13 129/9 129/9 130/24 135/19
139/2 139/23 140/8
**anywhere** **[4]**    37/14 43/21 55/3
66/1

**apartment** **[1]**    33/12
**apologize** **[4]**    4/20 91/10 91/17
97/7 99/18
**appear** **[11]**    14/4 84/6 117/12
120/18 120/22 121/12 123/7 128/5
130/22 131/10 137/18
**appearance** **[2]**    4/5 5/17
**APPEARANCES** **[1]**    1/11
**appeared** **[6]**    92/2 105/12 105/17
108/24 109/24 128/12
**appears** **[8]**    76/8 76/13 76/14 81/9
123/5 123/9 130/23 135/25
**applies** **[1]**    13/21
**apply** **[1]**    13/22
**appointment** **[1]**    123/23
**approach** **[1]**    4/4
**approaching** **[4]**    43/24 44/7 78/11
88/7
**appropriate** **[1]**    35/1
**approximately** **[6]**    50/20 64/11
65/4 67/16 72/20 74/20
**are** **[201]**
**area** **[69]**    9/8 9/19 17/22 28/10
29/17 47/22 48/15 58/15 59/18
61/11 62/9 62/18 62/25 63/15
63/17 64/2 65/23 67/17 68/6 68/14
68/15 69/3 69/4 69/9 69/14 70/14
70/18 70/19 74/4 75/13 75/13
75/18 75/21 78/23 82/14 82/18
85/8 85/20 86/10 86/17 88/13
88/16 88/20 89/21 95/13 95/16
95/19 95/22 96/16 96/18 97/13
97/17 98/2 104/16 106/1 106/9
106/21 107/10 107/12 107/15
110/24 114/22 115/12 115/22
115/24 122/5 122/8 125/10 126/15
**aren't** **[1]**    45/23
**argument** **[3]**    13/7 16/1 32/5
**arguments** **[3]**    13/8 13/12 30/23
**Arizona** **[1]**    43/5
**arm** **[1]**    121/8
**armed** **[1]**    42/3
**around** **[29]**    22/3 24/18 26/5 27/12
27/24 28/23 44/3 50/19 54/10 58/2
59/4 59/18 68/14 68/15 80/23
81/11 82/23 85/18 86/1 98/17
102/15 102/19 102/20 103/17 111/2
111/14 112/18 113/9 127/24
**arrange** **[1]**    37/25
**arrest** **[1]**    13/12
**arrested** **[3]**    23/12 27/6 95/10
**arrival** **[3]**    57/22 58/9 58/13
**arrive** **[3]**    14/17 20/1 41/14
**arrived** **[5]**    41/12 41/18 42/5
103/4 103/22
**arrives** **[1]**    37/14
**article** **[1]**    9/3
**as** **[101]**    4/24 6/6 6/24 7/16 8/10
8/11 8/17 10/22 11/24 12/5 13/5
13/16 13/17 13/21 13/22 13/23
14/1 14/1 14/11 15/2 15/5 15/20
16/8 16/23 17/21 17/24 19/12
19/13 22/1 26/13 28/5 34/18 37/10
38/12 38/12 39/10 39/21 40/20
40/20 41/23 44/25 46/2 47/20
47/25 48/18 48/18 52/7 52/7 53/5
53/17 56/7 56/7 58/19 59/17 59/17
59/21 65/10 65/18 66/13 67/21
68/21 69/17 71/12 72/18 72/24
72/24 75/3 76/5 76/21 76/22 77/7
78/22 79/16 84/6 93/9 95/6 99/5
99/6 99/24 103/12 103/12 105/15
106/8 106/12 106/16 108/4 108/6
109/14 111/4 112/9 112/22 113/25
114/3 126/21 126/21 133/5 134/20
135/3 136/17 137/3 138/16
**ask** **[18]**    5/25 8/7 12/17 12/18
13/1 14/25 17/5 19/2 33/8 34/24
65/19 69/17 71/12 72/18 73/5
75/18 92/8 100/13
**asked** **[8]**    16/6 16/9 33/15 33/22
51/23 80/12 134/22 138/20

**asking** **[1]**    118/19
**asks** **[1]**    19/22
**assault** **[1]**    34/4
**assessing** **[1]**    46/10
**assigned** **[4]**    41/23 58/6 58/7
101/21
**assignment** **[4]**    37/4 37/5 57/5
101/20
**assist** **[5]**    68/10 75/2 103/5 103/8
104/5
**assistance** **[1]**    128/12
**Assistant** **[1]**    68/16
**assisted** **[1]**    103/10
**assisting** **[1]**    94/16
**assume** **[1]**    139/9
**attempt** **[2]**    73/23 76/16
**attempted** **[5]**    8/14 8/22 110/23
114/19 120/3
**attempting** **[4]**    74/8 74/15 82/25
120/9
**attempts** **[1]**    27/25
**attendance** **[2]**    38/14 40/18
**attending** **[1]**    24/19
**attention** **[13]**    14/6 20/17 21/15
21/21 22/1 26/22 34/25 35/7 39/11
71/23 74/25 119/17 128/11
**attorney** **[3]**    12/4 13/1 13/3
**attorneys** **[4]**    12/2 17/13 17/20
17/25
**AUSA** **[1]**    4/6
**authority** **[1]**    9/10
**authorization** **[1]**    42/4
**available** **[3]**    14/8 21/6 102/24
**Avenue** **[4]**    1/17 1/23 54/11 75/15
**average** **[1]**    55/15
**avoid** **[2]**    17/16 17/22
**awake** **[1]**    21/12
**aware** **[6]**    14/13 14/15 45/22 63/21
133/18 133/21
**away** **[5]**    18/1 34/18 118/3 135/1
135/19

**B**

**back** **[72]**    4/18 5/14 7/8 7/19
27/12 27/24 29/1 33/23 34/11
36/23 36/24 37/17 43/7 48/18 50/1
50/17 57/2 66/19 71/24 75/5 77/14
78/14 78/16 79/10 79/12 80/4 82/7
82/13 84/24 85/1 87/23 88/2 88/5
88/9 89/21 92/13 92/16 96/23
96/25 97/7 100/21 102/10 103/2
103/9 103/21 104/7 109/15 110/7
114/4 114/5 114/8 114/10 116/4
116/21 117/21 117/21 119/20 120/3
120/19 120/21 121/24 125/2 125/20
126/1 127/22 128/15 128/16 130/17
131/18 132/1 136/12 139/12
**background** **[3]**    71/8 79/2 80/13
**backup** **[1]**    68/9
**bad** **[3]**    66/6 99/18 129/23
**badge** **[2]**    42/2 42/2
**badges** **[1]**    42/6
**bags** **[1]**    56/24
**ballot** **[2]**    57/11 60/15
**balls** **[1]**    76/22
**balustrade** **[1]**    106/8
**Bankruptcy** **[1]**    1/22
**BARCLAY** **[6]**    1/12 2/8 2/9 4/7 12/2
79/16
**barricades** **[4]**    68/19 108/4 108/6
108/8
**barrier** **[1]**    26/7
**barriers** **[2]**    59/8 62/11
**based** **[3]**    19/5 20/8 32/10
**basement** **[1]**    17/20
**basic** **[1]**    138/24
**basically** **[7]**    70/10 72/23 92/20
93/8 109/2 114/22 127/8
**basing** **[1]**    20/6
**basis** **[2]**    55/13 55/15
**bathroom** **[1]**    114/6
**battling** **[1]**    85/4

**B**

bay [1]   68/10
be [101]   5/8 5/16 5/16 5/22 5/23
6/1 6/4 6/16 6/18 6/20 6/23 6/24
7/7 7/13 7/16 7/17 7/20 7/20 8/9
11/9 12/13 13/14 13/14 14/15
15/15 15/17 15/18 16/7 16/10
19/15 19/23 20/1 20/10 20/12
20/13 23/9 26/9 28/18 28/21 29/4
29/13 29/14 30/12 31/15 33/4
33/15 34/3 35/14 37/5 37/9 38/14
40/17 40/20 40/24 43/10 45/24
46/2 49/6 50/15 51/16 52/1 52/10
52/22 53/8 57/12 60/16 61/25 64/3
64/4 67/7 75/2 76/8 76/13 78/6
80/2 80/4 80/7 81/9 84/6 85/15
92/2 95/15 95/19 96/25 100/11
102/17 108/16 115/18 117/12
117/24 120/18 120/22 121/12
121/14 123/7 128/1 128/5 130/22
131/7 138/25 140/6
bear [1]   103/15
because [44]   7/2 10/24 14/7 16/17
16/25 19/20 20/15 21/16 21/21
23/11 25/22 26/3 26/22 28/24 30/6
30/18 30/25 31/21 32/14 33/25
35/1 50/12 57/12 57/16 66/4 68/18
78/5 78/13 100/19 110/21 110/24
114/4 114/15 115/4 115/14 121/21
127/17 128/2 129/25 131/6 132/6
137/9 139/9 139/20
become [3]   44/23 46/11 102/5
been [44]   4/25 10/24 11/3 11/4
16/8 17/4 18/13 35/25 39/21 44/11
50/1 51/3 51/6 53/11 58/19 63/17
63/20 68/19 70/12 81/18 84/5
84/24 86/12 87/16 101/18 102/17
102/18 104/24 105/14 105/20
109/17 109/18 110/22 111/23
113/20 123/6 124/8 125/5 126/20
126/22 128/3 130/1 132/17 132/21
before [32]   1/9 4/15 6/17 6/21
8/16 10/11 14/4 23/7 23/18 25/18
27/8 27/12 34/21 42/19 49/15
49/25 51/12 51/21 59/6 65/18
75/20 76/5 83/8 85/17 89/5 92/25
93/23 96/10 98/2 113/3 114/14
126/2
began [8]   8/10 26/17 26/23 27/5
27/23 28/24 43/5 43/7
begin [4]   6/17 42/24 102/10
126/17
beginning [6]   5/5 8/2 12/9 110/8
130/17 133/9
behalf [3]   4/7 4/12 35/6
behind [13]   22/23 23/11 29/1
117/12 117/15 125/23 126/3 126/11
127/4 127/10 127/19 128/13 129/25
being [17]   17/20 18/2 22/20 28/18
39/10 39/16 47/21 49/21 49/23
69/4 90/2 90/21 91/20 101/22
102/8 103/6 121/22
beings [1]   14/11
believability [1]   14/2
believe [5]   14/5 16/5 43/5 86/12
109/17
believes [1]   16/2
below [5]   84/18 84/19 85/21 91/24
92/18
belt [1]   124/2
bench [5]   91/11 91/13 92/10 139/8
139/19
benefit [1]   33/17
best [3]   5/16 22/2 87/3
better [1]   46/2
between [9]   6/11 18/9 28/6 78/8
88/4 103/7 116/9 118/10 124/22
beyond [13]   11/1 11/12 11/13
11/18 11/22 24/1 32/7 33/9 34/17
35/2 35/5 39/12 73/1
biases [4]   14/12 14/14 14/14

14/16
bicycle [1]   66/4
biggest [2]   54/4 93/4
bike [10]   26/8 57/25 59/7 59/11
59/17 60/1 63/16 87/16 104/5
108/9
bird's [1]   66/4
bit [18]   5/22 5/25 37/8 54/21
55/19 65/19 73/19 74/7 74/18
79/25 97/7 101/24 102/13 102/22
103/19 106/3 109/9 127/13
black [39]   23/5 25/2 60/2 67/24
76/8 76/8 76/9 78/10 78/21 80/24
81/13 81/16 82/10 82/19 82/24
83/9 83/22 87/3 87/7 87/13 87/22
91/25 93/24 94/15 95/4 95/7 95/9
95/13 95/15 96/11 97/9 98/6 98/13
98/19 99/20 99/23 119/24 120/10
120/13
black's [2]   84/1 122/23
blade [1]   10/3
bladed [1]   122/25
blocked [1]   105/6
blocks [1]   102/17
blog [1]   16/22
blogging [1]   18/23
blows [1]   103/6
blue [4]   82/2 82/3 107/22 111/14
Board [1]   62/10
body [1]   120/19
bomb [1]   102/21
both [5]   13/11 16/10 55/8 72/7
89/16
bottle [1]   112/22
bottom [8]   34/13 63/7 67/5 67/11
104/16 104/18 106/2 113/23
box [2]   59/3 59/4
Boys [1]   33/4
breach [21]   44/24 62/19 62/21
63/14 64/15 64/16 65/1 65/5 65/22
65/25 66/2 66/5 66/6 70/3 70/11
70/12 73/1 93/5 95/25 106/2
131/11
breached [15]   63/19 63/25 64/10
64/13 64/17 64/24 67/22 68/19
70/8 71/3 72/15 72/21 72/25 90/2
114/5
break [11]   28/8 28/11 100/14
100/20 103/19 104/8 106/12 128/9
129/5 129/19 130/4
breaking [4]   79/18 79/19 80/2
103/9
breaks [1]   132/23
brief [7]   12/20 13/3 22/7 38/14
40/23 50/24 102/14
briefly [6]   8/8 13/16 20/20 53/14
58/12 75/11
bring [43]   4/14 4/15 5/11 6/1
10/21 25/19 36/23 39/11 48/8 50/3
50/16 51/19 56/19 57/2 65/13
66/19 75/5 75/19 78/1 78/14 78/16
78/20 79/14 79/15 83/1 84/4 85/1
85/6 85/24 88/5 88/9 89/4 89/18
89/19 92/13 92/16 95/21 96/23
96/25 97/7 98/1 122/3 139/13
bringing [4]   26/14 56/20 81/20
93/10
broke [9]   68/3 69/24 104/25
106/16 108/24 109/4 109/14 129/17
129/24
brother [1]   26/24
brothers [1]   26/24
brought [7]   25/3 25/5 49/21 49/23
50/2 99/6 113/1
building [64]   9/7 9/18 10/10
10/16 25/24 28/17 28/22 37/7
44/24 45/2 45/19 45/23 54/11
54/14 55/17 55/21 55/22 55/23
56/3 56/6 56/10 57/7 57/7 58/3
58/8 59/23 60/6 64/6 64/7 64/24
65/1 65/3 70/1 70/5 71/1 71/3
72/15 73/2 73/23 74/9 74/12 74/15

74/19 74/21 74/23 75/23 77/9
77/11 77/17 77/20 77/22 77/24
113/12 113/12 115/2 115/16 115/25
116/13 116/14 120/14 123/14
123/15 124/23 126/24
buildings [4]   10/4 10/8 55/2
102/15
built [1]   68/1
bullets [1]   76/22
bump [1]   88/10
bunch [1]   109/5
burden [4]   11/12 11/12 11/14 32/2
bureau [5]   53/6 53/7 54/5 54/6
54/7
burn [12]   22/17 22/23 24/10 25/11
25/16 26/19 29/7 29/12 34/6 34/6
93/1 93/8
burned [1]   93/10
burning [1]   24/15
business [5]   9/16 9/22 28/18 56/1
56/5
busted [1]   103/13

**C**

cafeteria [1]   17/19
call [14]   12/16 13/1 17/4 29/2
35/9 36/22 68/16 101/14 102/15
102/20 102/24 113/17 114/1 116/1
called [9]   12/15 12/17 12/19
15/16 26/17 38/10 53/8 68/25
106/21
calling [2]   82/6 99/18
calls [4]   35/10 52/15 71/2 101/1
came [15]   22/15 22/15 22/16 28/25
60/3 67/21 71/2 86/4 102/14 103/9
104/1 114/11 114/14 115/6 119/20
camera [35]   23/11 29/1 31/9 31/10
31/11 31/12 32/14 33/6 81/9 85/13
91/17 91/19 92/1 92/3 92/5 92/6
94/2 116/12 116/19 117/3 117/12
117/15 118/11 124/23 125/23 126/3
127/4 127/19 128/13 136/4 136/21
137/3 138/5 138/8 138/18
campus [1]   54/12
can [113]   4/14 5/6 5/11 5/19 7/23
15/18 17/24 21/10 21/10 26/5 28/2
30/15 32/11 33/7 33/24 34/21
51/19 52/13 55/15 55/17 55/19
55/21 55/23 56/7 56/12 61/22
61/25 63/16 63/16 71/8 71/10
71/14 72/3 72/6 72/7 72/7 73/12
76/7 76/11 77/13 78/20 79/1 79/15
80/4 80/24 81/4 81/7 81/7 81/10
81/23 82/1 82/2 82/4 82/8 82/10
82/14 82/16 82/18 82/22 82/23
83/9 83/16 84/22 85/1 85/1 85/14
87/11 87/20 88/2 88/5 92/8 92/13
96/15 96/20 96/22 96/25 97/2 97/8
97/12 97/16 98/6 98/16 98/20
100/23 101/24 102/13 106/1 109/16
110/12 110/14 111/6 111/22 112/14
113/6 113/19 115/20 117/21 117/22
119/18 121/14 122/3 124/11 125/25
127/19 131/16 133/2 136/12 136/12
137/20 139/6 139/13 140/1 140/6
can't [6]   48/1 90/25 127/7 127/11
135/19 139/25
cannot [5]   19/10 20/4 35/2 35/4
139/14
cap [1]   125/1
capacity [2]   103/8 133/5
Capitol [162]
captain [2]   53/19 129/10
caption [1]   24/23
capturing [1]   26/24
car [1]   41/4
care [1]   5/19
career [1]   139/3
careful [2]   14/6 34/24
carriage [11]   41/15 46/7 79/20
100/5 100/7 100/9 113/25 116/4
132/1 132/2 132/5

# C

carriageway [4] 111/3 113/18 116/3 119/4
carry [3] 9/11 9/24 10/1
carrying [1] 76/12
case [59] 4/2 7/10 8/6 8/10 8/10 11/9 12/9 12/15 13/4 13/5 13/8 13/9 13/21 13/24 15/5 15/6 15/9 16/13 16/14 16/15 16/20 16/21 16/24 16/25 17/6 17/7 17/7 17/8 17/10 17/13 17/15 17/20 17/23 18/1 18/6 18/15 18/16 18/19 18/22 19/3 19/9 19/9 19/11 19/17 20/2 20/11 20/13 20/15 20/21 20/25 20/25 31/1 32/24 39/16 79/11 79/11 128/2 139/21 139/22
cases [1] 20/10
caught [1] 26/22
cause [3] 6/11 34/7 34/10
CCTV [11] 66/22 69/12 70/16 75/1 88/14 88/16 89/6 92/4 98/9 122/18 124/15
CDU [3] 101/21 101/24 118/2
celebrated [1] 23/1
celebrating [1] 27/4
center [8] 36/10 56/2 56/15 61/23 67/5 67/11 69/2 129/18
certain [5] 15/14 38/6 60/19 114/24 115/17
certification [15] 8/17 22/19 23/21 23/23 26/1 29/15 38/17 41/1 42/24 43/5 43/12 50/13 50/21 57/10 57/12
certify [2] 25/24 141/3
chamber [12] 42/21 42/23 43/1 44/6 48/18 65/23 70/20 71/4 71/4 72/17 73/14 73/16
chambers [1] 130/3
chance [2] 19/19 19/21
change [2] 25/19 70/16
chanting [2] 81/3 81/4
chaos [16] 22/15 22/16 22/16 23/1 23/1 23/2 23/14 23/14 23/21 24/14 24/20 24/21 25/1 26/14 26/18 29/12
chaotic [2] 29/11 138/25
characteristic [1] 14/21
characterized [1] 92/18
charge [1] 53/6
charged [8] 11/3 11/4 11/20 23/19 23/20 23/21 23/23 31/22
charges [1] 24/1
charging [1] 10/20
Charlotte [3] 39/2 40/3 40/19
chat [1] 18/24
chief [57] 12/15 13/5 52/21 52/25 53/5 53/8 53/9 53/11 53/20 53/23 57/2 58/25 61/7 62/15 63/18 65/18 68/16 72/18 73/21 77/17 79/17 80/1 80/11 81/12 82/8 82/18 82/23 84/16 85/8 85/12 85/16 85/25 86/10 86/17 87/2 87/6 87/12 87/21 88/13 88/20 89/5 90/10 90/17 91/9 92/5 92/12 92/24 93/13 94/14 94/18 95/3 95/22 96/15 97/17 99/19 139/12 140/7
chiefs [2] 55/4 55/4
chin [1] 111/15
chokepoint [1] 107/13
chokepoints [1] 105/5
choose [2] 12/9 14/10
circle [23] 49/2 62/18 63/3 63/15 67/7 71/14 75/11 75/16 76/6 77/21 81/22 82/18 83/8 85/25 87/2 96/10 98/2 99/19 106/1 110/9 111/10 112/4 119/23
circled [14] 49/9 63/7 67/10 72/4 72/4 72/12 75/18 83/16 106/7 110/10 119/19 119/24 123/17 130/9
circles [1] 72/7
circling [8] 77/17 85/2 89/9 96/16 98/19 107/18 109/21 126/5
civil [12] 9/1 23/22 29/16 29/16 30/12 32/8 32/12 32/21 32/22 35/5 60/20 101/21
civilians [1] 81/24
claim [1] 118/16
class [1] 101/13
clear [13] 29/4 29/14 44/20 46/12 46/15 46/15 46/16 74/22 99/24 108/16 114/19 114/20 133/23
cleared [1] 50/15
clearly [1] 110/25
clerk [3] 6/6 18/7 20/19
climbed [2] 28/12 94/17
climbing [2] 92/14 104/3
clip [4] 74/21 86/3 94/15 116/23
clips [1] 65/9
Clock [2] 65/24 70/19
close [9] 21/15 21/21 30/20 46/7 48/1 48/3 49/20 91/17 125/9
closed [5] 62/9 63/17 122/1 122/2 125/14
closer [1] 71/12
closing [5] 13/7 13/8 13/12 30/23 32/5
CNN [1] 31/19
Code [1] 8/19
collapse [2] 108/24 110/15
collapsed [2] 105/8 109/8
collected [1] 7/20
college [1] 8/17
COLUMBIA [8] 1/1 8/13 8/21 9/6 9/14 10/1 10/6 10/14
combination [1] 59/17
come [17] 5/6 7/17 7/19 13/19 17/12 36/19 55/1 55/16 66/2 68/5 71/6 79/10 100/21 105/7 114/7 117/1 120/3
comes [1] 20/17
coming [5] 23/15 31/9 45/1 91/22 91/24
command [2] 23/14 68/5
commander [2] 53/6 68/20
comment [1] 118/3
commented [1] 7/16
comments [2] 14/25 118/15
commerce [2] 9/2 9/3
commission [1] 9/1
commit [2] 8/22 33/21
committed [2] 8/21 11/2
committee [1] 10/11
commodity [1] 9/3
common [1] 15/17
communication [4] 16/22 47/5 47/7 66/9
communications [8] 18/20 18/21 45/6 46/20 47/12 66/8 66/12 70/12
company [1] 25/12
compared [2] 91/1 91/3
completely [3] 34/17 34/19 91/7
Complying [3] 67/8 71/15 113/22
compromised [1] 130/2
compromising [1] 126/10
computer [2] 18/20 30/4
computers [1] 18/22
coms [1] 66/12
concern [3] 78/1 121/24 126/25
concerning [4] 20/11 115/1 126/14 131/4
concluded [1] 140/12
conclusion [1] 10/23
conduct [12] 9/4 9/15 9/17 9/21 9/22 10/7 10/9 10/10 13/18 19/8 19/16 23/24
conference [5] 91/12 91/13 92/10 139/8 139/19
confused [1] 80/4
Congratulations [1] 53/21
Congress [19] 8/16 10/9 10/10 10/11 10/12 25/23 30/11 32/8 32/14 35/4 54/20 54/23 54/25 56/4 56/5 56/14 60/16 64/4 64/8
congressmen [1] 27/19
conjunction [2] 26/7 58/1
connect [1] 25/7
connected [2] 8/6 17/15
connection [1] 92/7
consciously [1] 14/15
consider [7] 13/14 14/3 14/13 15/8 15/14 15/17 56/12
consideration [1] 14/22
considered [1] 20/1
consistent [3] 120/5 122/20 131/1
constant [2] 45/3 66/9
constantly [1] 27/9
constitutes [1] 141/4
constitution [3] 1/23 8/18 90/8
construction [1] 59/15
contact [8] 17/12 17/17 18/3 37/6 37/9 38/13 40/22 45/3
contain [2] 105/4 129/6
CONTENTS [1] 2/1
continue [26] 69/16 71/10 72/10 73/4 73/20 77/4 77/11 77/16 77/17 78/7 81/7 81/10 81/20 82/4 82/16 82/22 87/11 87/20 90/9 90/14 90/15 91/8 92/21 95/5 95/10 98/16
continued [2] 3/1 28/17
continuously [1] 132/22
control [6] 64/21 64/22 65/3 102/1 102/2 114/11
conversation [5] 17/16 17/17 78/8 137/7 137/10
convinced [1] 11/1
cooperate [1] 33/22
cooperated [1] 34/23
cooperating [2] 117/13 120/15
cooperation [2] 37/12 40/15
cooperative [1] 33/14
coordinating [1] 95/5
copy [1] 21/5
cordoned [2] 9/8 9/18 59/14
core [1] 54/19
corner [4] 71/9 84/19 93/16 112/1
correct [37] 19/21 38/1 41/3 42/13 43/11 44/13 47/10 49/6 49/8 59/9 114/25 132/25 133/6 133/11 133/13 133/16 133/19 133/21 133/23 134/1 134/18 134/21 135/12 135/24 136/10 136/18 136/21 137/2 137/7 137/10 137/15 137/16 138/1 138/3 138/5 138/8 141/4
corridor [2] 17/19 65/24
corruptly [5] 8/14 30/10 32/7 32/13 35/3
could [133] 22/16 36/3 37/8 40/12 44/7 44/21 45/9 46/23 47/11 48/8 48/13 48/23 48/23 49/2 49/19 50/15 50/16 53/4 53/14 53/24 58/21 61/2 61/16 62/14 62/21 62/22 63/11 65/12 66/15 66/18 66/19 67/18 68/23 69/3 69/8 69/16 72/10 73/19 73/21 74/2 74/7 74/11 74/14 74/17 75/11 75/19 76/10 77/4 77/11 77/16 78/7 78/7 78/8 78/14 78/15 78/16 78/17 78/17 78/25 80/16 80/22 81/12 81/16 81/18 81/20 81/21 83/1 83/19 83/19 83/21 84/4 84/15 85/6 85/11 85/12 85/24 85/25 87/1 87/3 87/4 88/9 88/19 89/4 89/8 89/11 89/11 89/18 89/19 89/20 89/24 89/25 90/10 90/14 90/15 91/8 91/9 91/11 92/12 92/16 92/17 92/21 92/23 92/24 93/9 94/4 94/5 94/13 94/14 94/18 95/2 95/3 95/21 96/3 96/13 97/6 97/7 98/1 98/11 98/13 98/22 98/23 99/5 99/19 99/24 100/4 103/5 103/12 105/6 113/6 113/19 129/25 133/8 136/23
counsel [7] 4/8 4/16 5/14 8/12 34/1 79/19 139/7

**C**

**Count [6]** 8/20 9/5 9/13 9/25 10/5 10/13
**counterpart [3]** 37/12 38/2 38/25
**counterparts [1]** 39/13
**country [2]** 30/1 34/20
**counts [2]** 10/17 23/19
**couple [3]** 53/20 102/16 119/1
**course [9]** 5/8 13/20 19/8 24/11 24/17 36/3 43/12 53/14 73/22
**court [18]** 1/1 1/21 1/22 5/5 5/7 5/15 5/17 6/1 15/21 19/6 19/25 20/1 20/4 51/13 51/23 140/3 141/3 141/13
**Court's [1]** 50/24
**courthouse [1]** 17/18
**courtroom [11]** 6/23 7/15 7/19 14/16 17/1 17/2 17/15 19/20 20/16 51/14 140/5
**Courts [1]** 1/22
**coverage [1]** 20/13
**covered [2]** 57/24 88/14
**covers [1]** 54/9
**coworkers [1]** 18/11
**crazy [1]** 126/16
**create [5]** 22/16 29/11 30/12 32/8 38/10
**created [3]** 25/9 25/12 25/14
**creating [4]** 23/14 23/21 23/22 29/15
**credential [1]** 56/12
**credentialed [4]** 56/11 56/14 71/24 95/18
**credentials [3]** 41/24 72/3 114/13
**credibility [1]** 14/1
**credit [1]** 19/24
**crime [3]** 10/21 19/14 33/21
**crimes [1]** 34/12
**criminal [5]** 1/3 4/2 8/10 11/9 17/6
**cross [9]** 2/8 12/19 13/2 51/12 52/1 52/12 80/3 132/11 138/20
**cross-examination [6]** 2/8 12/19 52/12 80/3 132/11 138/20
**cross-examine [1]** 13/2
**crowd [8]** 27/23 57/23 64/17 68/2 73/12 81/4 91/1 102/2
**crowds [2]** 60/21 63/20
**crypt [1]** 129/18
**current [1]** 68/17
**currently [5]** 36/9 53/6 80/14 89/13 97/4
**cutout [1]** 82/13
**cybersecurity [1]** 24/12

**D**

**daily [3]** 37/22 58/6 58/6
**dangerous [3]** 9/12 9/24 10/2
**date [2]** 40/16 101/19
**Dated [1]** 141/10
**daughter [1]** 49/4
**day [64]** 24/5 24/7 24/9 26/6 27/1 28/15 28/25 29/3 29/5 29/9 29/10 29/11 32/25 33/21 37/4 40/22 41/4 41/8 42/18 43/10 54/21 54/21 54/23 54/23 55/2 55/13 55/13 55/15 55/15 55/21 55/22 56/6 57/3 57/7 57/23 60/9 60/13 62/12 63/20 64/7 64/20 65/6 65/20 65/21 66/9 72/22 73/5 73/10 73/22 77/24 78/2 90/21 90/23 91/6 93/11 102/11 102/13 103/1 124/6 124/7 131/16 131/20 131/21 141/10
**days [3]** 25/18 32/21 60/17
**DC [8]** 1/5 1/14 1/18 1/24 26/21 36/8 54/17 63/21
**dealing [1]** 60/21
**decide [10]** 10/25 14/4 15/3 16/25 19/3 19/5 19/24 20/15 20/24 31/2
**decided [1]** 19/17
**decision [3]** 16/14 20/8 46/1

**decisions [2]** 16/18 20/7
**declaration [2]** 84/7 140/6
**10/23 10/24 11/9 11/11 11/13 11/16 11/19 11/23 11/25 12/3 12/6 12/7 12/21 12/23 15/13 22/14 22/22 23/4 23/7 24/3 24/4 24/4 24/6 24/18 24/24 25/2 25/9 25/9 25/14 26/11 27/18 27/21 27/24 28/7 28/16 28/19 28/22 29/14 29/25 91/24**
**defendant's [2]** 29/10 109/23
**defense [12]** 4/16 4/17 11/25 12/3 12/18 12/19 12/25 12/25 12/25 13/3 13/4 140/9
**defensible [1]** 111/19
**defensive [6]** 106/11 108/2 108/22 109/1 131/24 132/5
**degree [1]** 9/1
**delayed [1]** 9/2
**deliberate [1]** 20/1
**deliberation [1]** 10/11
**deliberations [8]** 6/21 7/8 7/14 14/8 15/24 16/11 21/10 43/8
**deliver [1]** 7/19
**delivered [1]** 16/24
**democracy [2]** 26/12 29/7
**democratic [4]** 22/17 24/10 24/15 29/12
**demonstrated [1]** 10/15
**demonstrates [1]** 31/24
**denied [1]** 125/2
**department [2]** 54/3 54/4
**departure [1]** 58/10
**depict [3]** 78/22 109/24 131/11
**depicting [1]** 5/4
**depiction [3]** 31/5 31/7 90/22
**depicts [1]** 119/3
**deploy [2]** 76/15 76/19
**deployed [3]** 76/20 76/21 78/6
**deputy [54]** 51/23 52/21 52/25 53/5 53/9 53/20 53/23 55/4 57/2 58/25 61/7 62/15 63/18 65/18 72/18 73/21 77/17 79/17 80/1 80/11 81/12 82/8 82/18 82/23 84/16 85/8 85/12 85/16 85/25 86/10 86/17 87/2 87/6 87/12 87/21 88/13 88/20 89/5 90/10 90/17 91/9 92/5 92/12 92/24 93/13 94/14 94/18 95/3 95/22 96/15 97/17 99/19 139/12 140/7**
**Derogatory [1]** 90/7
**descended [1]** 28/5
**descending [1]** 22/21
**describe [8]** 8/8 13/16 65/9 67/18 73/4 102/13 106/8 122/23
**described [3]** 65/21 111/20 135/3
**describing [4]** 104/16 110/16 112/25 124/5
**deserve [1]** 14/18
**designated [2]** 57/25 60/20
**designates [1]** 59/4
**destroyed [1]** 7/21
**detail [10]** 13/13 36/9 36/25 37/6 37/21 38/13 40/22 41/19 41/20 45/20
**detailed [1]** 6/20
**detects [1]** 123/19
**determine [5]** 10/18 13/23 13/25 14/22 97/1
**determined [1]** 15/18
**device [2]** 84/1 84/4
**devices [2]** 18/22 25/13
**devised [1]** 23/9
**did [143]**
**didn't [15]** 4/21 23/12 27/23 34/5 34/7 34/10 46/15 68/5 88/2 103/13 108/9 114/15 115/5 115/8 135/20
**different [12]** 20/6 20/7 24/19 27/8 34/20 36/4 53/15 62/11 65/8 73/2 111/4 122/8
**differently [1]** 15/23
**difficult [1]** 131/15

**direct [10]** 2/4 2/6 2/8 5/8 12/17 13/1 52/9 71/6 137/7 137/14
**directing [3]** 81/17 81/18 102/3
**direction [9]** 89/12 90/18 98/24 98/25 99/23 99/25 100/4 115/17 116/15
**directions [1]** 114/24
**directly [3]** 18/9 102/16 126/11
**disability [1]** 14/19
**discharged [1]** 18/10
**disclose [2]** 19/1 21/14
**discuss [5]** 16/13 17/8 17/9 20/18 20/21
**discussed [2]** 17/20 61/17 77/14 79/18 79/19
**discussion [2]** 17/23 51/18
**discussions [1]** 17/22
**dislikes [1]** 14/12
**disobedience [2]** 32/13 35/6
**disorder [4]** 9/1 23/22 29/16 29/16
**disorderly [3]** 9/16 10/7 23/24
**dispel [1]** 76/16
**display [1]** 62/1
**disregard [2]** 15/5 16/10
**disrupt [5]** 9/15 9/21 10/8 22/22 80/3
**disrupted [1]** 23/10
**disruptive [2]** 9/17 10/7
**disseminated [1]** 25/11
**distraction [2]** 118/3 118/14
**distractions [1]** 117/18
**distracts [1]** 7/6
**DISTRICT [11]** 1/1 1/1 1/10 1/22 8/13 8/21 9/5 9/13 10/1 10/5 10/14
**disturb [1]** 10/9
**disturbance [5]** 30/12 32/9 32/23 60/20 101/22
**disturbances [1]** 32/21
**dive [1]** 37/8
**diverted [2]** 103/2 103/22
**division [2]** 40/15 101/22
**do [141]** 5/16 6/10 6/15 7/3 7/11 8/11 9/10 12/22 17/22 17/24 18/6 18/21 18/25 19/4 19/10 20/5 20/18 20/22 21/2 21/5 21/24 23/8 23/9 24/2 27/1 28/7 29/3 30/22 31/2 31/3 33/18 34/12 36/13 36/21 38/22 38/23 39/24 39/25 41/24 42/22 42/22 43/17 43/21 44/3 44/17 45/16 45/24 46/12 48/25 49/1 49/20 50/19 52/3 52/5 53/2 55/8 56/20 58/5 58/25 61/16 61/19 62/15 62/23 67/2 70/14 71/6 73/15 73/16 73/25 74/4 75/21 81/15 81/15 83/25 87/7 87/13 87/22 88/20 89/9 93/13 93/23 94/1 96/11 97/17 99/9 100/17 101/3 101/9 104/21 105/2 107/10 107/19 108/1 108/4 108/6 109/21 111/11 115/11 115/22 115/23 116/6 116/25 117/8 117/19 118/1 118/4 118/6 118/7 118/19 119/3 119/23 120/2 120/9 120/12 121/3 121/12 121/12 121/20 122/5 123/8 124/13 125/8 126/5 126/7 128/21 129/19 129/19 130/8 130/8 130/19 131/15 131/20 132/15 134/6 134/8 134/13 136/14 136/16 137/22 139/25
**document [2]** 29/3 38/10
**documentarian [1]** 26/22
**documentary [1]** 33/3
**does [27]** 11/16 12/22 12/25 24/9 32/3 36/16 37/9 42/11 42/20 43/1 46/11 55/11 56/1 56/16 62/8 68/21 84/6 93/2 101/25 105/15 105/19 109/23 120/22 123/7 130/22 131/10 138/17
**doesn't [5]** 32/4 32/23 32/23 91/18 137/18
**doing [17]** 29/17 30/21 33/2 34/21

## D

doing... [13]   37/10 51/12 69/20
80/25 81/2 82/10 82/24 87/15
89/14 94/15 113/25 117/24 120/8
don't [30]   16/17 18/8 19/3 19/4
21/20 22/3 27/5 27/18 30/2 30/19
33/9 33/18 44/14 50/2 50/6 79/10
79/11 86/12 91/19 91/20 114/17
115/17 116/1 118/6 128/20 136/2
138/25 139/21 139/22 139/22
done [2]   55/3 59/15
door [38]   27/12 27/13 27/14 28/5
56/2 56/7 69/15 70/6 70/7 70/8
72/23 73/13 79/20 88/8 88/22
95/24 96/19 96/22 97/1 97/19 98/4
99/6 99/21 99/22 100/9 113/25
114/8 116/2 116/4 116/15 119/4
119/7 121/13 121/22 125/5 132/1
132/2 132/5
doors [12]   27/22 28/6 28/7 72/24
72/24 73/17 100/5 100/7 121/25
123/10 125/9 125/14
doubt [12]   11/2 11/12 11/14 11/18
11/22 24/2 32/7 32/9 32/10 32/10
35/2 35/5
doubts [1]   32/11
down [49]   5/25 21/17 22/24 25/11
25/17 26/12 26/19 27/15 28/11
29/7 29/9 29/12 34/6 34/6 49/21
49/23 52/13 60/5 61/14 67/22 68/6
84/18 84/19 91/24 92/18 93/1
93/10 98/19 100/23 103/4 103/19
104/5 104/9 105/4 107/2 109/16
111/6 111/22 113/6 114/6 114/16
115/19 115/20 122/3 124/11 125/20
130/6 131/14 139/6
dramatic [1]   30/14
draw [3]   10/23 71/22 99/25
drawn [1]   113/10
dress [1]   101/23
dressed [1]   25/2
dual [1]   36/13
due [1]   28/9
during [23]   5/8 7/2 7/8 7/14 7/15
8/4 8/25 9/11 9/23 13/20 14/8
14/24 15/21 15/24 17/14 18/4 19/7
20/17 21/9 28/21 40/24 60/2 73/22
duties [4]   8/25 37/22 54/23 65/21
duty [6]   11/20 13/21 15/6 18/10
37/2 57/3

## E

each [7]   6/10 7/1 11/6 13/6 20/7
21/5 88/8
EARLE [10]   1/6 4/3 6/12 8/14 8/21
9/6 9/14 10/1 10/6 10/14
earlier [7]   70/21 77/14 107/14
112/25 118/12 122/21 131/2
early [2]   32/17 61/13
easily [1]   15/18
east [17]   41/17 44/11 54/12 55/17
55/18 59/21 59/25 60/3 63/1 66/25
67/23 68/18 68/19 68/24 69/1
70/22 71/2
edge [1]   55/21
effect [1]   13/25
efficient [1]   13/19
effort [1]   117/13
either [5]   10/9 10/12 12/3 24/13
37/22
election [3]   22/20 25/25 57/11
electoral [1]   8/17
electronic [2]   18/20 18/22
electronically [1]   16/21
element [2]   11/19 11/22
elements [2]   11/7 11/8
elevator [1]   17/19
Elizabeth [4]   2/3 35/11 35/12
35/16
else [9]   8/6 16/20 17/7 17/21
20/18 38/12 43/21 76/11 140/8

elsewhere [3]   8/14 37/18 37/19
email [1]   18/18
emailing [1]   18/23
emphasize [1]   6/19
Emphasizing [1]   82/12
employee [1]   37/13
encounter [1]   17/14
encourage [1]   26/18
encouraged [3]   23/1 23/14 28/7
encouragement [1]   28/10
encouraging [2]   27/15 27/15
end [24]   6/21 7/18 10/25 11/8
13/6 13/11 16/15 21/3 21/18 21/20
21/22 21/22 22/25 24/15 29/12
35/1 73/15 73/16 92/10 111/2
113/13 113/15 113/16 139/19
ended [2]   113/14 113/17
enforcement [7]   8/23 39/13 42/3
118/8 133/5 134/9 134/13
engage [3]   42/16 25/1 26/11
engaged [4]   8/24 9/16 10/7 35/5
engaging [2]   24/19 29/16
ensure [7]   38/6 39/14 39/18 44/19
45/25 58/8 59/23
enter [2]   9/6 56/3
entered [2]   26/12 45/19
entering [4]   27/7 47/22 99/24
100/2
entire [6]   20/25 43/13 43/14
64/17 65/5 73/22
entirely [2]   7/4 14/9
entitled [1]   141/5
entrance [8]   41/15 55/25 56/13
56/15 56/16 72/17 107/15 108/23
entry [1]   125/3
escort [3]   117/9 117/10 117/11
escorted [1]   119/21
especially [1]   5/2
establish [2]   58/2 59/20
established [6]   58/15 59/8 59/11
60/23 90/1 91/25
establishing [1]   60/7
ethnic [1]   14/19
evacuating [2]   28/5 49/16
evacuation [2]   48/5 48/20
even [6]   15/4 16/16 19/12 54/2
91/19 114/14
evening [3]   61/12 61/13 64/23
event [5]   5/3 37/15 44/9 57/16
63/20
events [6]   15/17 30/16 33/12
65/10 102/2 118/2
eventual [1]   48/4
eventually [16]   28/22 50/16 50/22
63/19 64/10 64/17 64/24 68/3
68/21 74/4 74/18 100/5 103/13
105/9 111/2 114/11
ever [6]   7/21 22/10 43/1 51/7
70/22 139/2
every [11]   11/9 11/18 23/13 29/4
31/5 31/7 31/7 55/2 59/15 67/25
72/23
everybody [4]   21/15 29/25 30/1
74/20
everyone [7]   26/8 27/2 34/13 90/3
129/5 129/12 129/13
everything [2]   21/17 32/6
evidence [62]   6/13 7/6 7/10 7/11
7/12 10/20 10/22 11/1 11/17 12/11
12/12 12/21 12/22 12/24 13/6 13/9
13/10 13/11 14/1 14/23 15/8 15/9
15/10 15/12 15/15 15/20 15/22
15/24 16/1 16/5 16/18 19/5 19/18
19/25 19/25 20/3 20/8 20/16 21/25
24/2 29/13 32/4 32/16 33/4 33/16
34/1 34/1 34/2 34/2 34/3 34/25
39/5 75/25 79/5 84/10 86/13 86/21
94/22 96/5 99/13 133/13 139/24
exact [1]   44/14
exactly [1]   23/8
examination [20]   2/4 2/6 2/8 2/8
2/9 5/8 12/17 12/19 12/20 13/2

13/3 35/17 52/12 52/23 80/3 101/7
135/2 135/4 135/4 138/20
examine [1]   13/2
example [3]   17/18 19/10 22/9
exchange [1]   29/21
exchanged [1]   103/6
exclusive [1]   15/6
excuse [3]   82/6 89/20 90/14
exhibit [120]   2/14 2/14 2/15 2/15
2/16 2/16 2/17 2/18 2/18 2/19
2/19 2/20 2/20 2/21 2/21 2/22
2/22 2/23 2/23 2/24 2/24 2/25 3/2
3/2 3/3 3/3 3/3 39/8 40/9 45/14 47/2
47/15 48/11 58/23 62/2 65/16
66/21 75/20 76/3 78/25 79/2 79/7
80/12 80/20 83/1 84/13 85/6 85/17
85/24 86/9 86/21 86/24 88/19
88/20 88/24 89/2 89/19 93/9 93/14
93/18 93/21 94/11 94/18 94/25
95/21 96/8 97/16 97/18 97/21
97/24 98/1 99/5 99/10 99/16
105/15 105/16 105/21 105/24 107/3
107/5 107/6 109/11 109/17 109/23
110/2 110/5 111/7 111/10 111/18
111/23 113/6 113/19 113/23 115/20
116/13 118/24 119/4 119/10 119/13
120/6 121/16 122/4 122/9 122/14
123/13 124/12 124/16 124/19
125/14 125/21 127/3 130/6 130/12
130/15 131/10 131/12 133/8 133/10
136/14 137/21 137/22
Exhibit 102 [1]   113/6
Exhibit 110 [3]   105/15 105/16
105/21
Exhibit 111 [2]   113/19 113/23
Exhibit 302 [2]   109/17 110/2
Exhibit 304 [4]   88/19 88/20 88/24
111/23
Exhibit 305 [4]   97/16 97/18 97/21
98/1
Exhibit 306 [3]   118/24 119/9
119/10
Exhibit 307 [3]   122/4 122/9
123/13
Exhibit 308 [3]   124/12 124/16
125/14
Exhibit 628 [1]   94/18
Exhibit 629 [1]   95/21
Exhibit 630 [5]   130/6 130/12
131/10 137/21 137/22
Exhibit 660 [1]   75/20
Exhibit 662 [2]   78/25 79/2
Exhibit 663 [2]   80/12 83/1
Exhibit 669 [1]   86/9
Exhibit 670 [3]   93/9 93/14 93/18
Exhibit 701 [16]   85/6 89/19 107/3
107/6 109/11 111/7 111/10 111/18
115/20 116/13 120/6 125/21 127/3
131/12 133/8 133/10
Exhibit, [1]   133/18
Exhibit, 701 [1]   133/18
exhibits [6]   2/13 2/17 3/1 15/10
16/12 61/2
existence [1]   15/11
exiting [1]   28/23
expect [1]   12/12
expected [2]   43/11 102/17
expecting [3]   63/20 78/5 131/7
expel [2]   74/19 76/25
experience [2]   22/4 138/22
experienced [2]   51/7 139/2
explain [4]   6/18 19/15 19/21
101/24
explained [1]   11/24
explanation [1]   21/9
expressed [1]   15/4
expression [1]   14/20
expressions [1]   34/19
extended [2]   60/4 61/13
extensive [1]   102/6
extent [1]   14/5
exterior [1]   95/23

**E**

eye [3]   66/4 110/21 114/12
eyes [2]   30/18 111/5
eyesight [1]   49/24

**F**

face [7]   18/19 18/19 83/24 98/14
110/22 114/7 127/13
Facebook [1]   16/23
facing [2]   88/21 90/20
fact [10]   9/21 15/11 15/15 15/19
15/20 17/24 44/23 92/4 118/22
127/8
facts [10]   13/24 13/25 14/22 15/3
15/5 15/14 15/16 19/5 19/11 20/6
failed [1]   11/21
fair [11]   13/18 14/18 14/22 92/7
93/10 106/8 109/8 114/21 127/13
135/21 136/3
fairly [3]   21/4 105/16 109/23
fall [7]   59/13 61/12 68/21 86/6
111/19 113/4 132/5
familiar [1]   105/11
families [1]   36/19
family [10]   18/11 38/9 41/12
43/23 44/2 46/1 46/13 48/5 50/3
50/9
far [6]   40/20 71/24 76/21 92/1
114/15 126/21
favorite [1]   22/9
FBI [2]   25/7 33/22
fear [2]   93/4 93/6
February [1]   141/10
federally [1]   9/4
feel [1]   7/22
feet [3]   96/20 135/18 135/18
fell [2]   85/18 86/1
fellow [8]   16/17 20/23 27/15
73/23 74/18 91/5 102/23 111/1
felt [1]   102/19
fence [6]   61/9 61/21 67/24 67/25
68/3 68/4
fences [1]   108/9
fencing [15]   26/8 59/11 59/17
59/18 60/22 60/24 61/17 61/19
62/15 62/17 62/18 62/23 63/12
63/16 77/13
few [5]   72/19 75/20 119/17 125/16
128/14
field [1]   36/6
fight [1]   114/8
figure [1]   31/3
film [17]   26/21 26/23 30/6 30/7
30/7 30/14 30/19 30/19 31/13
31/18 31/18 31/21 31/22 31/22
34/12 95/6 104/3
filmed [4]   34/14 136/14 136/18
136/20
filming [4]   78/9 92/13 118/18
136/10
films [2]   34/14 34/14
final [3]   16/15 21/6 30/24
finally [3]   13/11 17/25 137/20
find [10]   7/5 7/6 11/17 11/20
11/21 11/23 17/18 22/15 32/12
123/18
finding [1]   27/10
fine [5]   33/7 51/25 53/10 139/11
139/17
finish [2]   133/4 139/24
finished [4]   12/18 12/20 13/4
13/12
fire [2]   25/20 25/21
firing [1]   76/15
first [33]   5/2 12/5 17/3 22/18
27/11 35/9 44/3 46/8 48/2 49/21
54/16 60/5 60/14 61/14 65/20
65/21 67/21 67/22 72/4 72/16
72/23 93/5 99/2 99/7 99/10 101/13
103/19 103/21 103/22 103/23
103/24 115/4 116/2

fist [1]   88/10
five [13]   91/16 91/22 91/23 92/2
92/5 107/9 134/7 134/15 135/3
135/7 135/7 137/12 139/3
flag [1]   121/22
floor [20]   27/11 29/6 42/9 46/6
46/17 46/18 47/9 48/2 48/2 49/21
69/25 72/16 72/16 72/24 72/25
99/2 99/7 99/10 100/11 116/2
floors [4]   27/8 72/19 73/2 73/3
flow [2]   104/8 105/3
flux [1]   43/10
focus [3]   32/24 74/25 119/16
focused [4]   33/8 126/18 127/10
129/4
follow [5]   8/7 9/13 13/6 11 87/4
89/11
followed [1]   27/25
following [2]   18/2 61/21
foot [4]   23/15 26/12 26/16 26/16
footage [8]   24/3 28/4 28/14 29/4
48/4 75/1 75/1 86/6
forced [1]   109/14
foregoing [1]   141/4
foreign [2]   31/20 36/19
forever [1]   31/14
form [1]   110/23
formal [1]   10/20
formed [3]   103/9 104/4 106/11
former [3]   26/1 39/16 46/12
forth [1]   21/8
fortunate [2]   129/24 130/4
forward [10]   27/16 106/17 109/19
119/1 130/7 135/1 135/10 136/6
136/13 136/24
Foulger [4]   4/9 33/10 33/14 134/1
found [3]   25/13 112/21 137/18
foundation [3]   86/14 91/15 91/19
four [3]   25/18 36/8 67/25
Fourteen [2]   36/2 51/5
frame [1]   97/14
free [1]   7/22
freedom [1]   136/8
freely [1]   33/17
frequently [2]   21/24 21/24
friends [1]   18/11
front [41]   27/14 27/21 27/25
31/16 44/12 52/3 52/8 56/2 59/14
59/21 63/2 64/17 66/6 66/7 67/1
67/15 68/17 68/18 68/21 68/24
69/1 70/22 70/22 70/23 71/2 72/8
76/17 77/8 78/23 85/4 87/23
90/21 93/16 103/2 103/20 103/22
104/11 104/13 128/11 129/5 137/22
fuck [2]   25/16 78/18
fully [1]   34/23
function [2]   9/4 30/11
functions [2]   9/16 9/23
further [9]   4/22 51/9 106/4
118/10 123/13 123/15 132/9 138/13
139/5

**G**

game [1]   38/18
gas [17]   25/3 76/15 77/20 77/22
77/24 78/2 82/25 83/9 83/16 83/22
83/23 94/2 98/15 130/23 131/5
131/8 138/1
gave [6]   26/10 33/14 33/16 42/5
133/25 134/8
gear [3]   101/23 102/3 103/8
gender [1]   14/20
general [2]   72/19 74/24
generally [2]   14/12 54/23
gentleman [4]   33/11 49/10 83/23
84/1
gentlemen [1]   6/5
get [51]   19/19 19/22 21/20 23/12
23/22 25/23 26/11 27/6 27/21
27/25 28/20 29/6 29/7 30/19 30/23
31/3 32/4 34/11 37/14 41/24 50/16
55/23 62/21 70/22 71/12 73/19
75/20 79/17 79/20 79/20 80/2
94/16 95/10 103/11 109/6 111/5

114/2 114/8 115/9 115/16 115/18
123/9 123/23 123/23 123/9 123/23
127/11 127/12 128/12 129/6 131/7
gets [1]   102/4
getting [5]   31/11 126/18 127/8
129/23 131/22
gimbal [3]   130/25 138/3 138/7
give [8]   6/20 6/22 18/14 21/3
21/5 21/8 32/11 138/16
given [5]   18/3 44/3 44/5 56/5
60/15
gives [2]   30/24 42/3
glass [3]   45/1 69/21 69/24
Glavey [24]   2/3 35/11 35/12 35/16
35/25 36/11 36/23 38/22 39/10
39/21 39/24 40/11 41/4 41/23 45/3
47/4 47/11 47/17 47/24 48/15
48/25 49/15 49/20 51/3
go [83]   7/17 16/20 21/13 22/1
22/3 24/8 24/25 28/8 28/8 28/10
28/11 29/23 33/19 33/23 37/11
37/14 41/20 42/8 42/20 43/21 44/6
47/22 52/7 54/10 54/11 55/14
55/19 56/3 56/14 56/17 57/13
58/12 68/6 68/18 71/4 77/18 79/25
82/9 82/9 86/4 92/9 99/20 100/21
103/16 103/21 107/2 109/16 110/7
111/6 111/22 112/17 114/4 114/5
114/6 114/6 114/18 115/20 116/21
117/21 117/21 118/7 121/23 123/13
123/19 123/22 123/25 124/9 125/2
125/20 127/7 128/16 130/6 130/17
133/8 134/25 135/9 136/6 136/12
136/12 136/13 136/23 137/20
137/21
goal [6]   14/17 22/17 23/9 24/15
26/11 43/15
goals [1]   23/7
God [1]   6/14
goes [4]   34/16 56/5 58/10 61/22
going [99]   5/3 5/24 6/23 21/15
21/22 22/22 23/7 23/11 26/3 27/1
27/6 28/8 28/13 28/14 30/24 31/6
31/15 32/25 33/4 34/9 42/5 42/12
42/22 42/24 52/7 55/16 56/21
57/12 60/5 61/1 63/3 65/19 68/23
69/2 69/17 71/10 71/11 71/12
71/22 72/18 73/4 73/5 73/6 75/5
75/17 76/5 77/11 77/21 79/9 79/16
80/22 81/10 81/22 82/4 82/17
82/18 82/22 83/8 83/21 84/3 85/15
87/2 89/12 92/21 93/7 96/10 96/20
97/4 98/2 98/24 100/1 100/4
100/13 100/14 100/17 100/20
102/10 105/14 110/9 111/10 112/4
114/16 114/24 115/17 115/18
116/20 118/13 119/16 119/20
119/23 124/23 124/24 126/4 126/13
129/2 129/8 130/3 131/18 132/1
good [13]   4/6 4/11 6/4 22/13 30/5
35/19 35/20 52/25 53/1 101/9
124/4 132/13 132/14
got [22]   4/18 21/19 27/11 30/3
30/17 31/10 31/11 31/12 74/20
93/7 94/2 100/17 103/14 103/20
103/21 103/25 104/18 114/11 115/5
121/14 134/13 139/10
gotten [1]   114/16
government [130]   2/14 2/14 2/15
2/15 2/16 2/16 2/17 2/17 2/18
2/18 2/19 2/19 2/20 2/20 2/21
2/21 2/22 2/22 2/23 2/23 2/24
2/24 2/25 3/2 3/2 3/3 3/3 4/4
5/23 9/15 9/22 11/6 11/13 11/18
11/21 11/25 12/1 12/5 12/15 12/16
12/18 12/20 12/21 13/4 15/13 22/4
24/1 28/13 32/1 32/1 32/2 32/5
32/6 32/16 32/20 33/6 34/1 34/5
34/18 35/2 35/9 35/10 39/8 40/9
45/14 47/2 47/15 48/11 52/15
58/23 62/2 65/16 76/3 79/7 80/8
80/20 84/13 86/24 89/2 93/21

## G

government... [50]  94/11 94/25
95/21 96/8 97/20 97/24 99/16
105/15 105/16 105/21 105/24 107/2
107/6 107/23 109/11 109/16 110/2
110/5 111/6 111/9 111/18 111/22
113/6 113/19 113/23 115/20 116/12
118/24 119/9 119/10 119/13 120/6
121/16 122/3 122/9 122/14 123/12
124/11 124/16 124/19 125/13
125/20 127/3 130/6 130/11 130/15
131/10 131/12 139/11 140/10
government's [1]  12/8
grainy [2]  119/16 119/23
grand [1]  8/11
grassy [1]  59/18
great [1]  92/19
green [3]  59/17 61/20 83/16
greet [1]  41/18
greeted [1]  41/19
ground [7]  22/18 22/20 24/10
24/15 63/16 64/20 75/1
grounds [21]  9/7 9/9 9/18 9/20
10/4 23/18 23/24 23/25 24/7 26/5
26/9 26/20 44/16 45/4 50/7 55/2
55/9 55/14 55/14 64/2 90/19
group [1]  33/3
guard [1]  132/3
guarding [1]  93/3
guess [4]  16/8 103/7 129/24 130/4
guests [2]  64/5 64/9
guides [1]  70/10
guilt [2]  10/22 10/23
guilty [8]  10/18 10/18 11/12
11/13 11/20 11/23 29/14 32/12
gun [1]  76/23
guy [2]  32/20 121/22
guys [1]  51/20

## H

habit [1]  99/19
had [70]  4/16 7/1 21/16 21/16
21/17 22/8 22/8 26/22 28/1 28/17
28/18 38/5 38/9 43/25 44/11 44/17
44/19 44/19 45/19 46/8 46/15
46/17 47/8 49/9 57/23 59/13 60/4
60/14 60/14 60/17 60/19 63/18
63/19 66/4 66/11 67/22 68/19 71/2
72/12 76/14 76/20 80/12 89/15
91/2 96/1 101/16 102/14 102/17
103/5 103/16 103/20 104/1 104/20
104/24 105/10 106/18 107/14 109/4
109/5 109/8 110/22 114/5 114/21
121/22 126/20 126/22 128/12 130/2
132/24 138/3
hadn't [1]  126/17
hair [1]  49/11
half [4]  36/7 43/19 101/19 132/20
halfway [1]  84/20
hall [1]  114/6
hallway [2]  49/25 100/3
Hamdi [1]  4/8
hand [22]  6/9 8/7 11/21 34/5 81/8
84/1 94/1 94/2 107/18 107/22
108/1 111/10 111/15 112/4 120/4
121/5 121/7 121/17 121/21 123/9
123/16 130/20
hands [3]  89/14 89/17 120/22
hanging [1]  72/8
happen [8]  21/18 37/15 108/21
109/13 124/6 124/25 125/10 129/16
happened [17]  28/15 30/1 30/4
30/5 30/18 31/5 32/24 32/25 50/13
103/3 105/2 106/14 106/15 110/19
119/18 128/8 138/22
happening [5]  31/14 57/16 63/21
65/22 126/7
happens [2]  16/25 20/19
happiness [1]  22/2
hard [2]  56/11 110/20
harking [1]  82/7

harmless [1]  19/13
harm [1]  19/9
11/18 11/21 24/1 30/3 30/4 31/8
31/10 31/11 31/12 32/1 32/2 32/3
32/6 32/16 35/2 39/21 58/7 58/19
63/17 70/12 71/18 76/8 84/5 86/12
87/16 91/16 92/5 94/2 105/14
105/20 106/6 107/21 109/17 109/18
111/14 111/23 112/8 113/10 113/20
117/16 116/8 123/9
hasn't [1]  91/16
hat [3]  71/18 76/9 126/12
have [168]
haven't [2]  5/14 91/23
having [10]  10/2 17/16 17/17
44/21 55/7 92/19 129/4 129/5
137/6 137/10
Hawa [4]  38/4 38/5 38/8 39/1
he [201]
head [7]  31/3 32/18 38/10 39/1
40/2 40/14 89/17
headed [1]  71/3
headquarters [1]  102/21
heads [2]  36/19 60/16
health [1]  22/2
hear [44]  5/3 24/3 24/4 24/7
24/10 24/17 25/6 25/23 26/17 28/2
30/25 33/10 33/13 34/2 78/8 78/17
81/4 81/12 82/8 85/12 90/10 91/10
92/8 92/12 92/17 92/24 95/4 95/7
95/9 117/3 117/15 117/20 117/23
118/10 125/23 126/3 127/20 128/13
129/9 135/6 135/14 135/16 135/19
135/20
heard [13]  5/14 16/18 45/1 66/2
66/8 102/20 102/24 106/25 135/3
135/11 135/20 136/8 136/10
hearing [3]  10/11 17/22 135/16
heart [1]  27/10
heated [1]  137/9
held [7]  36/5 51/18 53/16 63/23
91/13 105/7 139/8
help [7]  6/14 12/12 13/10 65/9
68/7 71/4 104/5
helping [4]  23/5 27/4 83/23
104/23
helps [1]  7/5
her [2]  20/8 52/7
here [81]  12/4 16/25 18/4 21/21
23/4 24/22 26/6 27/14 29/8 33/18
48/15 49/6 52/5 61/8 62/15 62/23
62/25 63/3 66/21 67/15 69/4 69/14
70/13 71/7 71/13 71/23 72/12
72/14 73/9 74/18 75/13 76/6 77/14
80/24 81/8 81/21 81/22 82/23
84/16 87/6 87/9 87/12 89/6 89/9
89/25 90/4 90/12 90/17 91/9 92/17
92/25 94/6 95/3 95/22 96/11 96/15
96/16 97/8 98/12 98/18 98/19
100/9 104/11 108/2 108/14 111/9
112/4 113/9 114/8 114/17 121/3
121/10 125/8 126/2 126/4 127/11
130/19 134/20 136/17 139/12
139/24
hey [5]  27/17 27/22 111/3 114/15
118/5
hide [2]  23/11 29/1
highest [1]  129/11
Hill [1]  115/8
him [41]  5/14 5/15 11/20 26/21
27/4 33/15 33/16 33/23 34/15
37/14 58/12 78/13 83/23 89/11
92/1 92/4 92/4 92/6 95/6 117/1
117/7 117/9 117/10 117/10 117/11
118/19 119/21 119/21 120/14
120/23 123/9 123/10 126/19 128/11
129/6 136/8 136/10 136/18 136/20
139/13 139/13
himself [2]  29/2 112/9
hinted [1]  15/4
hire [1]  101/19
his [103]  8/25 11/16 12/4 12/9

12/23 20/8 22/23 23/9 23/11 23/16
25/3 25/11 25/12 25/13 25/15
25/16 25/20 26/11 26/13 26/15
26/15 26/22 26/24 27/3 27/10
27/12 27/25 28/23 28/25 29/4 29/5
29/5 29/9 29/14 30/10 30/11 30/22
30/24 31/8 31/24 31/25 32/4 32/7
32/8 32/14 32/15 32/18 33/6 33/6
33/20 33/21 33/22 34/10 34/12
38/9 39/18 40/24 41/12 42/12
42/17 42/20 42/23 44/2 46/1 46/3
46/13 47/25 48/5 50/3 50/9 50/17
66/4 66/5 78/13 78/15 81/8 83/24
89/14 89/17 89/17 91/18 91/21
94/2 111/14 117/19 120/4 120/4
120/18 120/19 120/20 121/6 121/8
121/21 121/22 123/9 130/25 139/14
historic [1]  30/15
history [3]  22/18 28/24 30/16
hit [1]  100/5
hold [13]  16/3 45/20 103/12 104/9
114/22 128/10 129/12 129/12 133/8
136/25 138/5 138/7 138/9
holding [17]  4/19 27/22 50/1
85/12 92/1 92/5 116/12 116/19
117/3 118/11 128/6 129/2 130/24
136/4 136/20 137/3 138/18
holiday [1]  140/2
home [2]  7/18 17/4
Honor [42]  4/6 4/11 4/15 5/21
5/22 22/6 29/20 35/10 39/4 40/5
45/9 50/24 52/6 52/15 61/1 61/4
62/4 65/12 75/24 79/4 79/16 79/23
80/9 80/16 84/9 84/11 86/20 88/23
91/11 91/23 93/17 94/21 96/4
97/20 99/12 100/15 100/18 100/24
108/23 128/23 132/8 139/12
HONORABLE [1]  1/9
hour [8]  43/20 60/17 60/18 67/16
79/9 79/10 139/9 139/20
hours [1]  50/11
house [18]  10/10 10/12 23/15
27/10 27/11 27/14 28/20 37/23
42/21 42/22 43/1 43/17 73/13
73/14 73/16 101/22 102/15 115/25
how [50]  11/24 15/3 18/14 19/2
24/25 25/1 25/7 27/5 30/22 31/2
31/3 35/25 36/21 43/18 47/8 48/1
49/20 50/9 51/3 52/25 53/11 55/14
55/22 56/6 60/2 64/15 64/19 65/1
67/14 72/6 72/19 72/21 82/1 91/1
91/2 92/17 101/18 105/11 105/17
109/24 115/5 116/23 118/1 118/7
120/22 122/23 125/18 128/21
132/15 134/13
however [3]  7/9 26/6 65/21
huh [1]  107/1
human [2]  14/11 17/11
hundreds [1]  91/3
hurt [1]  104/6

## I

I'd [6]  5/7 39/4 86/20 88/23 94/8
96/4
I'm [22]  51/19 66/19 75/7 77/17
78/16 82/3 83/3 85/16 88/3 89/20
96/24 107/5 108/5 108/11 109/17
109/20 111/8 120/11 124/5 132/19
136/13 137/21
ID [2]  56/11 72/7
identification [8]  56/8 105/15
105/16 109/18 118/25 122/4 124/12
130/7
identified [8]  8/3 71/18 79/18
80/1 107/21 111/14 112/8 116/8
identify [2]  71/12 113/20
identity [1]  14/20
IDs [1]  72/8
ignore [1]  118/5
ignoring [2]  23/13 27/9
image [1]  4/19

**imaginary [1]** 59/7
**immediate [4]** 36/19 38/9 121/23 126/15
**immediately [6]** 8/7 12/8 17/21 18/6 66/3 66/7
**impartial [1]** 14/17
**impede [8]** 8/15 8/22 9/15 9/21 10/8 30/10 131/19 132/2
**impeded [1]** 105/6
**impeding [2]** 23/22 29/16
**implicit [1]** 14/14
**important [3]** 6/18 8/9 20/24
**inadvertently [1]** 20/17
**inaugural [11]** 26/16 63/4 64/18 69/6 78/23 79/1 80/13 81/23 82/13 93/5 93/11
**inauguration [5]** 59/16 61/11 63/2 67/25 104/3
**inches [1]** 10/3
**incident [1]** 8/25
**include [2]** 60/5 63/2
**included [1]** 66/12 112/19
**includes [4]** 15/9 18/19 19/12 38/12
**including [9]** 7/21 16/22 18/11 18/23 18/25 24/21 28/16 33/15 60/8
**income [1]** 14/20
**incomplete [1]** 19/23
**incredibly [1]** 30/14
**independent [1]** 19/8
**indicate [1]** 131/6
**indicated [1]** 4/17
**indicating [5]** 49/9 63/6 67/10 71/17 89/16
**indication [1]** 15/3
**indicted [1]** 10/24
**indictment [5]** 8/11 8/12 10/19 10/20 10/22
**individual [71]** 67/10 72/3 72/4 74/25 76/6 76/11 76/14 77/18 78/17 80/6 81/12 81/16 82/24 83/9 83/16 83/22 87/2 87/4 87/7 87/13 87/21 89/9 89/12 91/25 92/24 93/24 94/14 95/4 95/7 95/9 95/12 96/11 96/11 97/9 98/6 98/12 98/19 99/20 99/23 107/22 111/14 116/19 116/19 117/3 117/12 118/10 119/17 119/19 119/23 119/24 120/9 120/12 120/15 120/25 121/18 121/24 122/23 123/4 125/1 126/5 127/4 127/19 127/20 127/20 128/5 128/5 129/1 130/20 130/22 131/1 131/4
**individuals [15]** 36/21 42/2 42/5 49/10 61/23 70/1 71/23 72/11 78/9 81/22 88/1 88/5 88/10 98/24 124/22
**indulgence [1]** 50/25
**influence [1]** 8/15
**influenced [1]** 7/13
**information [14]** 18/12 18/15 18/24 19/19 19/22 20/3 20/7 38/8 38/11 40/19 45/18 47/7 47/19 47/20
**inhibited [1]** 103/11
**initial [6]** 66/2 70/3 93/6 95/25 104/1 106/2
**injured [1]** 104/23
**innocence [3]** 11/10 11/17 12/23
**innocent [1]** 11/10
**inside [42]** 23/7 23/17 24/9 27/13 27/19 27/20 30/2 31/3 41/20 41/25 42/7 42/8 45/2 45/23 46/5 55/9 55/23 57/6 57/7 59/24 64/1 64/7 69/15 70/1 71/25 81/19 82/9 82/14 86/3 97/13 98/6 103/18 114/4 114/5 114/7 114/10 114/14 115/2 117/17 117/24 118/7 131/4
**inspector [30]** 53/19 66/21 67/14

69/11 69/18 69/22 70/6 70/13 75/17 76/6 76/10 77/7 79/1 80/23 82/6 82/7 84/5 85/16 93/23 94/5 98/3 98/11 99/9 99/18 100/13
**installed [1]** 60/1
**instruct [5]** 11/7 13/20 15/1 19/7 20/22
**instruction [1]** 140/7
**instructions [8]** 6/20 6/22 16/15 16/19 21/1 21/3 21/13 30/24
**Insurgence [2]** 25/10 25/12
**intended [4]** 6/22 12/11 13/10 42/14
**intent [21]** 9/14 10/8 30/10 30/11 30/22 30/25 31/1 31/3 31/4 31/24 31/25 32/7 32/8 32/13 33/20 33/21 33/22 34/11 34/11 34/12 35/3
**intention [1]** 29/5
**interaction [1]** 88/4
**interactions [1]** 118/10
**interfere [4]** 8/22 32/8 32/13 35/4
**interior [4]** 61/10 65/3 70/5 74/21
**internet [4]** 19/10 19/13 19/22 20/11
**interpret [2]** 118/1 128/21
**introduce [1]** 32/3
**introduced [1]** 12/13
**investigation [4]** 19/8 19/16 24/8 24/11
**investigations [1]** 36/14
**investigators [1]** 25/13
**invited [2]** 64/4 64/8
**involved [7]** 18/1 18/15 19/11 30/12 32/21 32/22 34/17
**inwards [1]** 116/22
**irrelevant [1]** 138/19
**is [460]**
**issue [5]** 5/17 20/24 43/24 91/5 111/1
**issues [1]** 6/11
**it [254]**
**item [1]** 77/18
**items [2]** 56/19 57/1
**itinerary [2]** 38/14 40/23
**its [6]** 9/9 9/20 12/15 12/21 13/5 13/8
**itself [8]** 8/12 18/15 44/24 54/14 55/9 55/22 58/3 64/24

**J**

**jacket [2]** 56/24 76/8
**Jade [3]** 26/20 26/20 33/2
**James [1]** 26/24
**jamming [1]** 121/22
**January [100]** 5/3 8/13 8/20 9/5 9/13 9/25 10/5 10/13 22/14 25/4 25/5 25/6 25/9 25/18 25/20 25/22 28/15 29/14 29/25 30/2 30/4 30/6 30/10 30/11 30/14 30/16 30/18 31/2 31/6 32/19 32/19 32/21 32/23 32/25 33/9 33/9 34/5 34/22 35/3 36/24 37/2 37/17 37/24 38/16 38/19 39/3 39/18 40/4 40/13 40/17 42/15 45/4 45/7 51/7 57/3 57/5 57/8 57/13 57/19 58/11 58/15 59/5 59/8 59/24 60/4 60/9 60/19 60/23 61/12 61/13 62/20 63/13 63/21 64/1 64/6 65/9 65/20 66/23 69/13 70/3 71/25 72/21 73/10 73/15 73/22 74/24 76/17 78/23 89/7 93/3 98/10 101/16 101/20 102/10 105/12 105/18 109/25 138/22 139/2 139/23
**January 5th [1]** 61/12
**January 6 [95]** 5/3 8/13 8/20 9/5 9/13 9/25 10/5 10/13 22/14 25/4 25/5 25/6 25/9 25/20 25/22 28/15 29/14 29/25 30/2 30/4 30/6 30/10 30/11 30/14 30/16 30/18 31/2 31/6 32/19 32/19 32/21 32/23 32/25

33/9 33/9 34/5 34/22 35/3 36/24 40/4 40/13 40/17 42/15 45/4 45/7 51/7 57/3 57/5 57/8 57/13 57/19 58/11 58/15 59/5 59/8 59/24 60/4 60/9 60/19 60/23 61/13 62/20 63/13 63/21 64/6 65/9 65/20 66/23 69/13 70/3 71/25 72/21 73/15 73/22 74/24 76/17 78/23 89/7 93/3 98/10 101/16 101/20 102/10 105/12 105/18 109/25 138/22 139/2 139/23
**Jayden [4]** 25/14 25/15 34/14 34/16
**jerk [1]** 7/23
**job [8]** 82/7 101/16 102/1 115/15 117/19 131/16 131/20 131/21
**JOHN [56]** 1/6 4/3 4/12 6/12 8/14 8/21 9/6 9/14 10/1 10/6 10/14 22/14 24/8 24/8 24/9 24/16 24/18 24/22 26/14 26/21 26/23 27/1 29/24 30/6 30/8 30/13 30/20 31/1 31/6 31/8 31/16 32/3 32/12 32/18 33/1 33/11 33/13 33/14 34/3 34/14 34/15 35/3 35/6 91/17 91/22 91/24 92/7 133/19 133/25 134/17 134/21 135/3 135/23 136/15 137/17 137/25
**joined [1]** 6/11
**journalist [1]** 29/2
**judge [6]** 1/10 7/23 13/17 30/24 52/1 122/12
**Judge Lamberth [1]** 30/24
**judges [1]** 13/24
**judicial [2]** 15/16 15/19
**jump [7]** 74/2 74/3 74/7 74/11 74/14 74/17 109/11
**jumped [2]** 27/6 98/13
**jurisdiction [4]** 54/3 54/8 54/9 54/13
**juror [5]** 18/3 18/8 20/7 21/16 22/10
**juror's [1]** 7/13
**jurors [12]** 6/24 7/2 7/11 13/15 13/21 13/23 16/17 20/6 20/18 20/23 21/14 80/4
**jury [47]** 1/9 4/14 4/16 5/2 5/11 6/3 6/7 6/8 8/2 8/4 8/11 13/17 17/5 17/14 18/10 18/12 18/14 18/19 19/1 19/2 20/22 21/2 21/6 21/7 21/23 35/22 39/5 39/11 40/6 40/12 51/14 51/19 52/4 52/8 52/9 53/4 53/15 54/1 58/21 65/10 67/18 79/15 80/6 80/17 84/10 110/7 140/5
**just [106]** 1/12 5/21 6/21 10/19 10/20 10/24 13/8 14/17 18/8 19/23 21/17 22/9 29/3 29/20 33/16 34/15 34/24 36/3 37/8 39/11 40/23 44/20 46/3 47/8 47/20 51/21 55/24 56/8 56/10 58/12 59/7 60/8 63/12 65/23 70/9 70/19 73/19 74/7 74/20 75/11 75/18 77/18 78/15 78/20 80/12 85/20 86/18 87/21 87/25 90/11 92/19 92/25 99/25 103/13 105/4 106/2 106/22 108/10 108/22 109/4 109/13 109/19 109/19 110/8 110/9 110/10 110/15 111/3 111/8 111/18 111/19 112/15 115/14 117/5 117/16 118/3 118/4 118/6 118/13 118/18 118/18 118/25 119/7 120/5 122/4 122/17 122/18 123/17 123/19 123/23 123/25 124/14 125/4 126/1 126/17 129/1 129/16 130/11 130/17 131/10 132/8 135/4 135/6 135/23 136/10

**K**

**Karen [1]** 49/5
**keep [30]** 20/24 21/12 26/8 28/8 43/16 47/21 68/7 81/21 82/6 99/18 108/20 110/21 114/19 116/11 116/18 116/20 117/6 118/9 119/15 119/22 120/1 120/17 121/2 123/3

**K**

keep... [6] 123/11 124/25 125/4
127/18 128/10 129/8
Keepers [1] 33/5
keeping [2] 68/10 78/13
kept [1] 34/6
Kevlar [1] 25/4
keys [1] 124/3
kicked [1] 70/6
KIERSH [9] 1/16 1/16 2/8 2/11
4/11 12/4 29/19 35/8 52/11
kind [43] 17/5 56/21 78/20 102/1
102/17 102/19 102/25 103/5 103/9
103/11 103/24 104/4 104/4 104/8
105/5 105/6 105/7 105/11 106/1
106/7 106/17 107/13 108/9 108/22
108/24 109/1 110/20 111/5 113/11
114/2 114/10 115/3 115/12 115/13
116/1 116/9 117/17 117/18 126/7
126/11 127/24 128/2 129/5
knapsack [1] 76/8
knew [3] 44/21 115/6 126/21
knife [16] 4/20 5/4 9/12 9/24
10/2 23/24 23/25 25/5 25/8 26/15
27/22 27/22 27/23 28/1 29/18
32/19
knocked [1] 87/16
know [57] 4/21 8/5 18/7 18/8
18/13 19/18 20/19 21/2 21/18
21/22 21/25 30/5 30/22 36/15
36/15 42/2 42/22 44/14 49/20 50/2
50/6 79/17 90/25 91/18 91/20
92/19 104/1 109/3 112/21 114/2
114/3 115/5 115/15 115/16 116/1
118/6 121/23 124/3 126/9 127/10
128/2 128/9 128/20 129/10 129/25
130/3 133/23 133/25 134/3 134/6
134/8 134/13 134/17 134/20 136/14
136/17 136/20
knowingly [4] 9/6 9/14 10/6 10/15
knowledge [1] 15/17
knows [5] 21/15 30/1 30/4 91/16
134/4

**L**

ladies [1] 6/5
lady [2] 49/5 78/12
LAMBERTH [2] 1/9 30/24
landing [4] 106/8 107/15 108/23
110/18
Lanelle [4] 38/4 38/5 38/8 38/25
lap [1] 102/15
large [6] 54/3 56/24 57/22 60/21
63/20 96/16
last [5] 5/14 65/1 132/15
Late [1] 61/12
later [3] 5/6 5/23 92/7
law [22] 1/16 8/9 8/23 11/16
12/22 13/13 13/20 13/22 15/1
16/19 19/11 20/6 21/4 21/5 21/8
21/11 39/13 42/3 118/7 133/5
134/9 134/13
lawful [3] 8/24 9/10 138/17
lawfully [1] 8/24
lawn [1] 22/25
LAWRENCE [1] 1/12
lawyer [7] 8/5 15/21 16/2 16/3
16/7 32/4 33/17
lawyer's [4] 13/8 15/11 15/12
16/5
lawyers [5] 12/12 14/25 14/25
15/25 33/24
lawyers' [1] 33/25
lay [1] 34/5
laying [1] 86/14
lead [5] 37/5 37/9 40/23 58/11
69/6
leader's [1] 66/3
leading [3] 75/13 75/15 91/15
leads [1] 73/14
leaning [1] 120/21

least [2] 4/18 91/18
leave [6] 30/1 39/10 39/12 41/8
41/8 43/2 68/15 68/17 118/21
118/22 118/23 123/10 138/17
leaving [6] 28/3 28/3 31/10 40/20
120/25 121/1
LEDERER [6] 1/13 2/4 2/6 2/11 4/7
12/2
ledge [2] 97/2 97/10
left [37] 41/6 43/17 44/11 48/19
51/14 67/11 67/16 68/14 71/9
71/23 71/24 76/6 80/11 86/4 94/2
100/2 105/8 105/8 106/16 107/18
107/22 108/8 108/10 108/13 108/14
109/3 111/10 111/15 111/25 113/11
117/7 121/6 123/5 126/11 129/18
130/2 140/5
left-hand [4] 107/18 107/22
111/10 111/15
legal [7] 6/18 13/19 14/18 19/6
19/13 19/18 20/3
legitimate [5] 24/13 24/19 31/17
34/17 34/19
lengthy [2] 21/4 21/13
less [4] 5/7 76/21 76/21 111/19
less-than-lethal [1] 76/21
lesson [1] 25/23
let [27] 8/8 18/7 18/8 20/19 22/4
52/7 73/4 79/11 106/6 107/21
111/13 112/7 113/10 114/17 115/17
118/6 121/23 127/8 133/4 139/7
139/22
let's [59] 24/23 28/8 28/8 28/8
28/10 28/10 28/11 78/18 82/9 82/9
92/2 93/1 103/19 103/21 107/2
107/4 107/9 108/20 109/11 109/19
110/7 111/23 112/3 116/11 116/18
117/6 117/21 118/9 118/24 119/15
119/17 119/22 120/1 120/8 120/17
121/2 121/15 121/19 122/16 123/3
123/11 124/21 124/25 125/4 125/16
125/20 125/22 126/7 127/2 127/18
128/4 128/16 129/8 129/15 130/6
130/7 130/17 130/19 131/9
lethal [3] 76/21 76/21 103/14
lethals [1] 103/6
lets [1] 42/2
level [2] 14/21 72/24
liaison [3] 37/12 38/25 40/15
lieutenant [1] 53/18
lieutenants [1] 55/4
lifted [1] 89/16
light [5] 34/7 79/9 93/7 139/9
139/20
like [45] 4/17 13/8 17/19 21/2
25/19 27/8 33/5 46/15 49/25 51/7
56/12 56/21 57/2 101/23 102/2
102/18 102/19 102/25 104/6 104/19
104/20 104/24 105/5 107/13 109/5
111/5 113/2 115/7 116/2 116/21
117/1 117/17 117/19 118/13 118/14
120/20 121/21 123/18 123/23 124/3
129/4 130/25 135/18 137/13 139/2
likes [1] 14/11
limit [1] 91/21
LINDSAY [3] 1/21 141/3 141/12
line [38] 26/10 59/7 59/7 61/9
67/22 68/3 68/3 85/4 86/1 90/1
90/3 99/25 103/5 103/10 103/12
104/1 104/4 104/8 104/11 104/18
104/25 106/11 107/14 108/2 108/22
109/1 109/8 109/14 110/15 110/23
113/4 113/10 113/13 113/15 129/6
129/20 131/11 132/5
lines [4] 13/5 27/9 129/17 131/24
listen [8] 20/13 20/14 27/18
34/25 78/15 127/20 130/5 139/23
listening [1] 7/7
lists [1] 40/17
little [23] 5/22 5/25 37/8 42/19
43/19 46/19 54/21 55/19 65/19
73/19 74/7 74/17 79/25 97/7

101/24 102/13 102/22 103/19 106/3
127/7 127/9 127/13
Lives [1] 60/2
Lloyd [17] 69/22 70/6 70/13 71/22
72/11 73/9 74/18 75/17 76/7 76/10
77/7 79/1 80/23 82/6 84/5 85/16
98/3
Lobby [3] 27/12 27/24 28/5
local [1] 70/9
located [2] 46/5 54/14
location [21] 17/19 41/14 44/14
44/15 47/24 49/17 50/4 50/6 50/10
50/12 63/15 68/11 68/17 70/10
71/6 73/11 73/16 113/1 113/14
113/16 113/20
locked [3] 7/15 114/9 121/14
logo [1] 25/11
long [14] 5/25 18/14 35/25 50/9
51/3 53/11 53/24 56/7 64/15 64/19
65/1 67/11 101/18 103/12
longer [2] 10/3 79/25
look [10] 7/21 7/24 7/24 19/13
27/11 33/9 33/9 33/23 48/19 87/23
looked [6] 46/14 66/5 103/24
106/17 114/9 116/21
looking [31] 39/24 40/13 48/15
61/7 61/7 61/16 62/25 63/1 63/1
63/11 66/24 66/25 69/14 70/18
73/11 75/22 80/11 82/13 84/5
90/18 93/16 95/22 95/23 108/11
108/22 119/7 122/18 122/20 127/24
127/25 128/1
looks [2] 120/20 121/21
lose [1] 22/10
lost [3] 64/21 65/3 115/13
lot [5] 32/16 34/14 77/24 118/2
118/2
loud [1] 70/10
lower [4] 55/19 67/23 69/6 104/4
Loyd [63] 2/5 52/16 52/17 52/21
52/25 53/8 53/11 53/23 58/25 61/7
62/15 63/18 65/18 66/21 67/14
69/11 69/18 71/14 72/18 73/22
77/17 79/17 80/1 80/4 80/11 81/12
82/8 82/18 82/23 84/16 85/8 85/12
85/16 85/25 86/10 86/17 87/2 87/6
87/12 87/21 88/13 88/20 89/6
90/10 90/17 91/9 92/12 92/24
93/13 93/23 94/5 94/14 94/19 95/3
95/22 96/15 97/17 98/11 99/9
99/18 100/13 139/12 140/7
lunch [1] 79/10

**M**

mace [2] 103/6 114/3
maced [9] 103/15 104/24 106/17
110/22 127/17 131/7 137/15 137/17
137/18
machine [1] 56/25
macing [1] 105/10
made [19] 24/8 26/13 26/15 27/3
31/19 34/16 34/22 46/17 46/18
47/8 64/17 66/7 71/1 72/16 78/12
87/24 93/5 100/2 107/14
MAGA [1] 102/18
magnetometer [4] 56/23 123/18
124/1 124/9
mail [4] 21/16 22/3 22/8 22/9
main [5] 27/11 27/14 55/25 72/17
73/13
mainly [1] 115/25
majority [2] 57/24 66/3
make [23] 12/6 12/7 12/10 13/7
14/25 20/7 31/13 31/25 32/4 32/5
42/18 46/1 51/23 56/23 56/25 86/4
92/7 114/15 114/17 128/19 131/15
138/9 139/12
makes [4] 15/21 16/1 16/3 34/20
makeshift [1] 103/10
makeup [1] 53/25
making [5] 16/17 27/12 90/7 92/14
102/23

**M**

**Mall [1]**   63/24
**man [2]**   25/10 25/12
**manner [2]**   5/7 13/19
**manpower [1]**   60/9 60/12 60/14
60/18 111/1
**many [11]**   7/5 32/11 72/19 78/1
90/12 91/1 91/2 117/24 118/6
118/14 120/22
**map [9]**   26/6 58/14 75/19 78/20
85/24 99/2 99/9 113/8 113/20
**marched [1]**   22/25
**marches [1]**   102/18
**marked [3]**   39/21 84/6 105/15
**marshal [1]**   18/7
**mask [15]**   25/3 77/20 77/22 82/25
83/9 83/17 83/22 83/23 94/3 98/15
107/22 111/14 130/23 131/5 138/1
**masks [2]**   77/24 78/2
**Massachusetts [1]**   54/11
**match [2]**   34/7 93/7
**matter [5]**   5/12 5/21 60/2 138/17
141/5
**matters [2]**   15/17 15/18
**Matthew [1]**   4/9
**may [50]**   6/4 7/22 12/7 12/8 12/9
12/18 12/20 12/21 13/3 13/4 14/15
14/24 15/8 15/13 15/15 15/20
15/25 16/16 16/19 16/21 17/1 17/1
17/4 17/6 17/8 17/8 17/9 18/12
18/14 19/23 20/1 20/6 20/10 20/13
20/21 21/19 22/6 35/9 38/21 39/20
50/24 52/10 58/18 75/6 80/7 80/8
80/9 86/9 106/25 139/24
**maybe [7]**   43/20 73/15 76/19 78/14
79/20 119/1 128/22
**McConnell [1]**   66/4
**me [44]**   4/13 4/18 8/7 8/8 17/24
18/7 18/8 18/8 20/20 37/22 51/23
67/21 68/17 68/18 71/8 71/11 82/6
89/20 90/14 107/20 109/22 110/11
111/2 111/12 112/6 112/21 112/23
114/10 114/15 115/4 116/7 118/7
126/6 126/11 127/7 127/10 128/11
128/12 129/25 130/10 133/4 137/18
139/7 140/8
**mean [12]**   37/9 42/11 44/18 79/24
104/22 108/14 115/13 118/13
123/22 126/16 131/6 138/24
**meaning [1]**   45/19
**means [7]**   12/16 16/15 18/24 19/10
32/22 115/7 129/13
**meant [2]**   6/19 25/19 128/20
**measures [4]**   57/18 57/21 76/16
76/24
**media [5]**   20/12 30/7 30/9 31/18
71/25
**meet [1]**   40/21
**meeting [2]**   25/24 56/1
**megaphone [6]**   26/15 26/18 76/13
82/11 82/12 82/19
**member [4]**   55/13 55/23 55/25 56/8
**members [24]**   6/6 6/8 18/11 27/13
28/2 28/2 28/4 35/21 40/12 53/4
53/15 53/25 54/22 56/4 56/9 56/9
59/23 59/24 64/4 64/8 65/10 67/18
71/25 72/8
**memory [5]**   7/10 7/11 7/12 14/9
15/23
**mention [2]**   12/1 12/2
**mentioned [2]**   8/5 63/18
**message [4]**   24/25 25/11 25/16
25/16
**messages [3]**   18/25 19/1 25/19
**messed [1]**   111/3
**met [1]**   58/12
**metal [2]**   123/19 124/3
**Metropolitan [1]**   68/12
**MICHAEL [6]**   1/12 4/7 12/2 39/2
40/3 40/18
**microphone [2]**   29/21 81/13

**middle [5]**   67/24 73/12 106/7
**might [2]**   5/25 8/5
**Mike [2]**   26/1 39/17
**military [1]**   132/23
**mind [2]**   20/24 129/2
**minute [11]**   5/17 33/15 51/11
51/17 84/15 87/12 98/12 98/18
114/14 124/21 139/7
**minutes [16]**   23/13 23/17 64/16
67/16 70/13 83/4 83/13 85/6 89/4
89/19 90/15 90/17 108/20 112/14
112/15 117/21
**MISCELLANY [1]**   2/10
**misleading [1]**   19/23
**miss [1]**   22/23
**missed [1]**   44/22
**mission [6]**   36/11 36/13 54/19
54/22 54/25 58/8
**model [2]**   78/22 105/17
**Mohamed [9]**   4/9 48/14 62/14 66/20
71/11 73/5 75/19 82/16 89/18
**moment [2]**   22/7 132/8
**momentarily [1]**   68/2
**Monday [3]**   139/13 140/1 140/11
**money [4]**   31/19 32/1 34/17 34/23
**monitor [1]**   56/20
**montage [6]**   65/8 66/11 85/17 96/1
97/12
**montages [1]**   73/9
**more [24]**   5/1 5/21 29/11 37/8
46/19 49/16 50/4 55/19 62/23
100/14 101/24 102/2 102/22 105/8
105/8 105/9 106/16 110/24 114/11
118/14 119/17 121/23 125/16
133/15
**Moreover [1]**   20/5
**morning [11]**   4/6 4/11 4/22 6/5
22/13 35/19 35/20 51/11 52/25
53/1 60/19
**most [5]**   30/7 112/8 115/7 129/24
130/4
**mother [1]**   78/13
**motions [1]**   14/24
**motivate [2]**   117/18 118/5
**motive [1]**   31/4
**motorcade [8]**   40/20 41/6 41/14
42/5 44/1 44/8 44/11 44/15
**mouth [1]**   29/5
**move [26]**   39/4 40/5 42/4 45/20
46/11 46/12 61/16 62/14 62/21
62/22 63/11 65/19 66/1 69/8 75/24
79/4 80/17 86/21 91/21 105/21
110/2 119/9 122/9 124/16 130/11
138/9
**moved [4]**   5/15 86/12 104/20
126/17
**movement [1]**   9/3
**moving [4]**   116/13 116/14 116/15
119/10
**MPD [1]**   132/17
**Mr [6]**   2/8 2/8 2/9 2/11 66/4
139/17
**Mr. [11]**   4/12 5/4 11/2 11/4 12/3
29/19 35/8 51/22 52/11 79/16
136/1
**Mr. Barclay [1]**   79/16
**Mr. Kiersh [3]**   29/19 35/8 52/11
**Mr. Sullivan [7]**   4/12 5/4 11/2
11/4 12/3 51/22 136/1
**Ms [5]**   2/4 2/6 2/11 26/23 66/20
**Ms. [10]**   5/14 39/2 40/18 48/14
62/14 71/11 73/5 75/19 82/16
89/18
**Ms. Mohamed [7]**   48/14 62/14 71/11
73/5 75/19 82/16 89/18
**Ms. Pence [2]**   39/2 40/18
**Ms. Sacker's [1]**   5/14
**MSNBC [1]**   31/20
**much [7]**   35/7 43/18 55/14 72/21
110/24 110/24 126/4
**multiple [1]**   60/17

**must [25]**   10/21 11/6 11/23 13/13
13/20 13/25 14/3 15/2 16/2 16/7
16/7 16/10 16/11 16/25 17/12
18/10 18/17 18/17 18/21 19/1 19/5
20/7 20/14 20/15 32/12
**my [38]**   4/16 4/24 13/16 13/17
15/2 15/3 16/15 20/19 20/25 21/14
22/3 22/9 33/11 36/8 37/5 37/12
37/21 44/7 66/7 71/1 76/20 81/18
101/6 102/23 105/8 109/3 110/21
110/21 110/22 111/1 111/5 114/7
114/12 114/13 114/13 115/15 126/9
140/6
**myself [2]**   7/21 114/3

**N**

**name [10]**   8/3 34/15 34/16 35/15
52/20 101/5 101/6 106/23 113/13
132/15
**named [1]**   26/20
**nation's [1]**   22/21
**national [1]**   14/19
**natural [3]**   17/11 79/19 80/2
**Naval [1]**   41/6
**near [5]**   47/24 74/4 89/22 97/19
126/24
**nearing [2]**   44/4 78/22
**necessary [1]**   135/11
**need [10]**   18/7 18/13 20/19 21/19
37/16 41/24 46/12 47/22 114/17
140/8
**needed [3]**   4/21 42/6 44/20
**needs [1]**   37/14
**nefarious [2]**   56/24 57/1
**networking [1]**   16/23
**never [8]**   4/18 11/14 21/18 91/16
115/4 115/7 137/18 139/4
**New [1]**   5/13
**newspaper [1]**   20/10
**next [11]**   4/13 22/2 52/5 52/14
55/17 103/3 105/2 110/19 113/8
134/23 139/24
**nice [4]**   22/3 139/21 140/1 140/2
**night [1]**   5/14
**no [100]**   1/4 7/21 7/24 14/16
27/17 28/18 28/18 32/23 32/23
33/3 39/6 39/8 40/7 40/9 45/12
45/14 46/25 47/2 47/13 47/15 48/9
48/11 49/12 51/9 52/1 52/8 52/12
55/12 58/20 58/23 61/4 63/9 65/14
65/16 67/12 68/19 70/24 71/19
76/1 76/3 79/6 80/18 80/20 84/11
84/13 86/22 86/24 88/25 89/2
91/15 91/18 92/3 93/10 93/12
93/19 93/21 94/9 94/11 94/23
94/25 95/17 95/19 96/6 96/8 97/22
97/24 99/14 99/16 105/22 105/24
107/24 110/3 110/5 111/16 112/10
117/14 119/11 119/13 120/16 121/1
122/10 122/24 124/3 124/10 124/17
124/19 125/24 126/22 127/21
128/15 128/20 130/13 130/15 134/7
134/10 136/8 137/13 138/19 138/24
139/4
**noise [1]**   70/10
**non [3]**   78/2 82/14 103/6
**non-lethals [1]**   103/6
**non-police [2]**   78/2 82/14
**noncompliant [1]**   118/13
**none [2]**   126/22 128/2
**nonlethal [1]**   131/8
**nonpolice [1]**   90/4
**normal [4]**   37/22 55/20 55/22
101/23
**normally [1]**   123/22
**north [10]**   54/12 69/5 84/21 89/13
99/1 100/3 103/17 111/2 112/17
112/24
**northwest [11]**   54/16 77/10 84/19
85/21 85/25 86/18 93/15 104/12
105/11 131/18 131/19
**Nos [2]**   62/2 79/7

**N**

not [119]   4/25 6/19 7/4 7/10 7/10
7/12 7/13 7/16 7/17 7/24 10/18
10/19 10/22 11/1 11/16 11/23 12/9
12/11 12/22 12/23 13/9 14/7 14/15
15/2 15/12 16/2 16/3 16/6 16/7
16/13 16/16 16/19 16/21 17/1 17/1
17/9 17/12 18/2 18/3 18/10 18/14
18/17 18/18 18/21 18/25 19/1 19/7
19/16 19/20 20/3 20/14 20/18
20/24 21/23 21/24 22/15 22/22
23/9 23/16 26/8 26/23 28/13 28/13
30/10 30/11 30/12 31/22 32/3
32/12 32/19 33/21 33/25 34/1 34/2
34/4 34/7 34/10 34/11 35/2 35/4
45/20 46/10 49/23 51/8 55/20 56/1
56/13 64/22 70/25 73/15 76/19
86/14 88/6 92/6 93/12 95/18
101/23 103/14 105/20 109/18
114/14 114/16 116/21 117/14
117/17 117/18 118/7 118/13 118/23
121/1 124/10 125/15 127/23 129/5
134/3 137/12 138/18 140/9 140/10

notebook [1]   7/1
notebooks [3]   7/8 7/14 7/20
notes [11]   7/2 7/4 7/5 7/9 7/12
7/13 7/16 7/22 7/24 7/25 14/10
nothing [9]   17/7 31/18 55/16
56/23 57/1 93/5 132/9 138/13
139/5
notice [3]   15/16 15/19 44/4
noticed [1]   6/25
notification [5]   38/11 39/1 40/2
44/5 70/11
notify [1]   70/12
November [3]   1/5 5/15 5/18
November 14th [2]   5/15 5/18
now [65]   11/3 13/21 16/23 17/7
18/9 26/19 28/9 30/22 31/15 32/1
32/16 36/9 39/20 42/14 47/8 48/13
48/20 54/21 55/13 56/4 56/9 58/14
59/6 64/6 65/5 65/20 69/24 70/1
74/25 75/17 77/7 78/20 79/10
79/24 82/14 84/17 84/20 84/24
85/1 85/20 87/18 88/5 88/14 90/3
90/21 97/12 100/4 101/19 118/9
120/24 123/4 125/18 128/6 128/21
133/10 133/20 134/19 135/3 135/11
136/3 136/3 136/14 136/16 136/25
139/10
number [9]   54/16 90/25 91/14
91/15 107/5 117/20 117/23 122/11
131/15
numerous [1]   75/10
NW [3]   1/14 1/17 1/23

**O**

oath [3]   6/6 33/5 139/14
object [3]   4/18 15/25 16/5
objected [1]   43/6
objecting [1]   16/2
objection [45]   4/24 16/6 39/6
40/7 43/6 45/11 45/12 46/25 47/13
48/9 49/12 58/20 58/22 61/4 63/9
65/14 67/12 71/19 76/1 79/6 80/18
84/11 86/22 88/25 91/14 92/3
93/19 94/9 94/23 96/6 97/22 99/14
105/22 107/24 110/3 111/16 112/10
119/11 122/10 124/17 128/23
130/13 134/2 134/11 134/14
objections [3]   14/25 16/3 43/11
objective [1]   126/9
objects [1]   124/2
Observatory [1]   41/6
observe [2]   88/2 88/4
observing [1]   69/18
obstruct [2]   8/15 8/22
obstructed [1]   9/2
obstructing [2]   23/20 29/15
obviously [9]   78/5 111/1 115/5
115/8 115/13 118/7 129/11 129/23

138/25
obstruction [1]   24/19
occupy [1]   64/19
occur [3]   57/9 64/15 65/25
occurred [2]   69/22 93/5
occurring [5]   65/5 72/12 72/14
85/2 89/25
off [15]   9/8 9/18 51/17 51/18
53/17 59/14 77/18 77/21 80/11
100/10 104/9 117/7 123/5 124/2
140/2
offense [7]   9/11 9/23 11/6 11/7
11/19 11/22 11/23
offenses [2]   11/2 11/8
offer [1]   13/4
offers [1]   16/1
office [19]   1/16 36/6 42/10 42/12
42/17 42/20 46/13 46/4 47/25 48/18
50/17 66/3 66/4 66/5 74/5 100/8
100/10 102/15 115/25
officer [36]   8/23 8/23 53/17
70/10 71/18 71/18 79/20 101/14
102/5 107/23 108/21 111/1 111/13
111/25 112/8 113/1 116/6 116/23
116/25 117/7 118/11 118/19 120/8
120/12 120/19 120/22 121/6 121/20
122/24 123/6 123/7 126/12 129/9
129/9 132/13 138/16
officer's [6]   120/21 121/5 121/7
121/17 123/1 123/2
officers [43]   23/22 28/6 29/17
47/21 54/5 55/7 60/9 61/24 66/9
68/6 73/23 74/19 76/15 76/19
76/20 76/24 76/25 81/19 81/24
81/25 82/1 84/22 85/4 90/4 91/2
91/4 91/6 102/24 103/7 104/6
104/23 108/12 108/14 108/16
116/10 117/18 118/5 119/21 120/4
121/9 121/10 125/8 128/18
official [9]   1/22 8/15 8/25 9/16
9/22 56/1 133/5 141/3 141/13
Oh [1]   121/8
Ohio [2]   65/24 70/19
okay [64]   4/10 4/14 4/23 5/19 6/1
31/2 51/19 51/23 52/3 53/8 79/21
80/5 80/22 86/15 100/15 100/19
101/14 102/14 103/24 104/25 105/9
105/14 107/2 108/8 108/18 108/20
109/16 110/7 110/9 111/6 111/9
112/7 113/3 113/6 113/19 114/4
116/17 116/18 118/24 119/15
119/22 121/9 121/15 121/19 121/25
122/3 123/6 125/20 126/5 130/11
130/17 133/9 134/8 134/20 134/25
135/9 135/23 136/3 136/17 137/9
137/18 138/3 138/7 138/12
old [1]   82/7
once [11]   23/16 37/13 42/4 43/6
46/18 71/1 94/16 103/8 104/7
116/22 121/23
one [36]   4/18 5/12 5/21 5/23 7/21
7/24 17/10 21/2 21/16 22/17 24/16
24/21 25/5 25/10 25/12 25/13 33/2
45/6 46/16 51/21 71/23 71/24
74/25 86/2 93/10 100/14 102/18
102/23 110/21 111/1 113/2 115/3
130/4 132/8 133/15 137/3
one-man [2]   25/10 25/12
ones [1]   4/19
ongoing [1]   20/12
online [3]   24/12 24/16 24/21
only [18]   7/9 12/11 13/10 13/24
15/8 19/17 19/25 20/22 20/22
20/23 22/15 26/23 29/5 32/1 32/2
64/3 67/25 71/18
open [6]   20/24 56/7 56/13 70/6
110/21 121/25
opened [2]   70/7 114/12
opening [18]   2/11 2/11 4/16 5/2
12/6 12/7 12/8 12/10 12/11 12/14
13/9 22/5 22/12 22/22 30/2 32/5
32/17 33/25

operate [1]   13/5
operated [2]   13/1 60/18
operations [2]   54/6 57/6
opinion [3]   15/3 15/5 91/21
opinions [1]   14/12
opportunity [5]   12/6 13/7 25/20
26/11 29/6
opposite [1]   26/25
option [1]   46/3
options [1]   76/21
order [6]   5/17 10/21 18/2 62/9
138/17 138/17
ordered [2]   68/17 68/18
orderly [5]   9/15 9/22 10/9 10/10
13/18
orders [1]   27/9
ordinary [2]   124/6 124/7
orient [1]   75/2
orientation [1]   14/20
origin [1]   14/19
original [5]   60/3 61/9 61/10
62/19 64/16
other [37]   4/19 5/3 5/12 7/14
11/20 14/21 15/25 16/22 17/19
18/8 18/24 19/22 21/2 22/8 23/5
24/6 24/6 27/4 27/17 28/2 28/2
32/21 33/2 34/17 39/13 45/4 68/9
88/8 97/9 102/18 112/25 115/6
117/9 121/9 121/9 121/22 129/1
Others [1]   7/6
otherwise [2]   9/8 9/19
our [23]   17/3 22/17 24/15 30/18
32/24 36/10 43/25 51/11 54/6
54/13 54/25 58/5 58/5 60/20 70/12
79/10 93/4 93/6 102/1 103/7
115/13 129/6 129/17
ours [1]   90/13
out [43]   4/15 7/20 8/17 22/23
24/25 26/9 26/18 28/11 28/22 31/3
31/12 50/15 55/7 66/5 67/14 67/19
67/21 68/7 71/2 74/21 87/24 90/21
90/22 112/23 114/7 114/13 115/16
116/4 116/14 117/9 117/10 117/11
120/20 119/21 120/14 120/23
121/14 123/13 124/23 124/24
127/11 127/12 137/18
outer [7]   57/23 59/4 59/10 61/10
64/3 64/21 64/22
outfits [1]   25/8
outlets [2]   31/18 31/20
outmanned [1]   91/7
outnumbered [1]   110/25
outside [27]   17/2 17/15 19/19
44/5 44/11 48/17 52/6 55/16 65/23
69/18 70/19 72/17 72/23 74/22
79/17 86/2 116/2 116/3 116/20
116/22 117/1 117/2 117/2 118/21
121/14 124/14 125/6
outwards [2]   116/16 116/17
over [28]   8/1 16/24 17/7 17/8
18/16 19/22 21/20 23/16 24/17
36/3 43/13 51/6 53/14 58/12 60/17
66/2 68/13 82/12 87/16 87/17 90/2
90/18 94/16 102/25 104/2 104/3
114/2 118/13
overcome [1]   131/23
overhear [1]   17/23
overhearing [1]   17/17
overnight [2]   7/16 7/18
overruled [1]   5/9
overrun [2]   26/10 110/18
overrunning [1]   27/9
oversaw [1]   25/25
oversee [1]   26/3
overseeing [1]   55/4
overwhelmed [1]   104/6
overwhelming [2]   5/5 103/25
own [12]   7/11 7/12 7/25 14/9
19/16 20/5 22/21 24/5 29/4 29/5
30/18 39/12

**P**

pages [1]  7/20
paintball [1]  76/22
paraded [1]  10/15
paralegal [1]  4/8
part [12]  17/8 30/5 33/16 36/24
 37/21 42/14 54/4 83/12 102/8
 108/25 131/24 136/14
particular [5]  11/19 11/22 15/19
 61/20 118/16
parties [4]  17/13 17/21 19/17
 19/20
party [1]  16/4
pass [2]  138/13 140/6
past [2]  128/12 132/22
patches [2]  82/2 82/3
path [2]  113/7 114/19
patience [1]  22/11
patrol [1]  55/3
patrolled [1]  102/19
patrols [1]  55/5
Paul [1]  58/11
pause [42]  48/13 48/24 50/14
 66/18 68/23 69/3 71/10 71/11 73/5
 73/21 74/11 77/12 78/8 78/17
 80/23 81/11 82/4 82/17 82/22
 83/21 84/15 87/1 89/8 89/18 89/25
 92/17 92/23 95/2 96/13 97/6 98/16
 98/23 117/22 117/22 119/2 119/15
 119/18 122/4 123/12 126/2 130/19
 130/19
paused [36]  49/6 69/11 70/13
 71/13 73/9 77/8 80/24 81/14 81/21
 81/22 82/6 82/21 82/23 84/16 87/6
 87/12 87/25 88/12 90/14 90/17
 91/9 92/25 95/3 96/15 97/8 98/12
 98/18 98/24 111/9 112/15 120/17
 125/13 125/17 126/2 127/3 129/16
pausing [2]  66/21 76/11
pay [5]  14/5 21/15 21/21 22/1
 34/24
Peace [3]  62/18 63/15 75/16
peaceful [3]  22/19 26/4 28/21
pen [1]  7/1
Pence [11]  26/1 39/2 39/2 39/2
 39/17 40/3 40/3 40/18 40/18 40/19
 49/5
pencil [1]  7/1
Pennsylvania [1]  75/15
people [47]  7/5 14/17 17/12 18/15
 18/17 18/18 19/11 24/6 24/25
 27/19 30/5 36/15 36/16 45/23 64/3
 69/18 74/19 74/22 75/2 78/1 81/19
 82/8 87/24 90/12 90/22 91/1 92/14
 92/20 93/6 102/3 102/3 103/14
 104/23 108/18 114/11 115/14 116/1
 117/20 117/23 117/24 118/3 118/6
 118/14 126/9 128/3 128/11 129/7
pepper [7]  76/20 76/22 76/25 78/6
 102/8 103/15 104/6
perfectly [3]  31/15 31/17 33/13
performance [2]  8/25 9/4
perimeter [25]  26/5 57/23 58/2
 58/4 58/5 59/4 59/6 59/10 59/12
 59/16 59/20 59/25 60/3 60/4 60/7
 60/23 61/10 61/13 63/19 63/25
 64/4 64/10 64/13 64/21 64/22
period [1]  67/19
Periscope [2]  24/24 25/2
permission [2]  28/18 95/15
permit [1]  7/2
permitted [4]  7/7 7/17 16/13 19/7
person [43]  10/21 25/25 29/24
 33/2 34/4 34/8 55/15 56/24 58/9
 72/9 78/9 78/9 78/21 82/10 83/9
 83/19 85/12 89/9 90/10 91/10 92/8
 92/12 92/17 95/15 97/4 98/20
 99/25 100/4 107/19 109/21 111/11
 112/8 116/12 116/13 129/11 130/8
 130/8 135/3 137/1 137/6 137/10
 137/25 138/18

persona [2]  24/13 25/14
personal [2]  19/8 20/5 64/8
 14/21
personally [1]  106/14
personas [1]  24/16
phase [1]  36/8
phone [4]  18/20 68/16 81/9 130/25
photo [1]  19/14
photograph [3]  31/8 63/7 63/12
photographing [1]  72/12
photographs [2]  60/22 60/24
physical [3]  26/7 34/7 59/8
physically [1]  34/4
pick [1]  125/21
picked [1]  18/13
picketed [1]  10/15
picture [7]  32/18 59/3 61/15
 61/20 63/14 75/22 91/20
piece [1]  29/4
pinned [1]  28/6
place [6]  14/16 37/15 60/1 61/11
 113/3 115/8
placed [1]  102/21
places [1]  15/16
plain [1]  19/23
plainclothes [1]  54/7
Plaintiff [2]  1/4 1/12
plan [6]  23/9 37/15 38/18 40/13
 58/5 60/17
plastic [1]  59/18
platform [2]  24/22 25/10
play [85]  45/6 45/10 48/23 49/15
 49/19 65/18 66/15 68/23 69/8
 69/16 71/10 72/10 73/4 73/20 74/7
 74/17 76/5 76/10 77/4 77/11 77/16
 77/17 78/7 80/22 81/10 81/20 82/4
 82/16 82/22 83/8 83/20 84/15
 85/11 87/1 87/5 87/11 87/20 89/5
 89/8 89/12 89/20 89/24 90/9 90/16
 91/8 92/21 92/21 93/23 94/4 94/13
 95/2 96/10 96/13 97/6 98/2 98/11
 98/16 98/22 107/9 109/12 110/8
 111/7 112/3 112/14 115/21 117/21
 119/17 120/8 121/15 121/19 122/16
 124/21 125/16 125/22 125/25 127/2
 128/4 128/15 130/10 129/15 130/17
 131/9 134/25 135/10 136/24
played [5]  23/3 46/23 47/11 66/16
 73/7 77/5
playing [16]  108/20 110/14 116/11
 116/18 117/6 118/9 119/15 119/22
 120/1 120/17 121/2 123/3 123/11
 124/25 125/4 127/18
plays [1]  72/18
please [95]  4/4 6/5 6/8 6/16 19/4
 35/14 35/15 35/21 48/8 48/13
 48/23 48/24 52/19 52/22 61/16
 62/14 63/11 66/18 67/7 67/18 69/8
 69/16 72/10 73/21 74/2 74/3 74/8
 74/14 74/17 75/19 76/10 77/4
 77/16 78/7 78/8 78/25 80/22 81/10
 83/2 83/19 83/20 83/21 84/4 84/16
 85/11 85/24 87/1 87/4 87/11 87/20
 88/9 88/19 89/4 89/11 89/12 89/18
 89/24 89/25 90/9 91/8 91/12 92/16
 92/23 93/9 94/4 94/5 94/13 94/18
 95/2 95/21 96/3 96/13 97/16 98/11
 125/25 133/8 134/25 135/1 135/2
 135/9 135/10 135/10 136/6 136/6
 136/7 136/12 136/13 136/23 136/24
 137/20
plenty [2]  34/8 139/23
plot [1]  27/5
plus [1]  57/22
plywood [1]  93/6
podium [1]  4/5
point [39]  17/4 37/5 37/9 43/6
 44/23 45/22 45/25 46/11 46/16
 69/21 71/6 79/19 80/2 81/4 84/17
 91/22 93/17 94/8 95/12 103/25
 104/25 105/4 114/5 115/2 115/5

115/15 116/12 121/5 121/25 125/14
 127/24 127/25 127/25 129/3
 136/1 136/25 137/6 137/15
points [2]  38/13 40/22
polar [1]  26/25
police [59]  8/24 26/6 27/9 27/9
 27/15 28/19 34/23 38/12 39/19
 40/16 46/17 49/25 53/3 53/5 53/12
 53/16 53/17 53/23 53/24 53/25
 54/2 54/3 54/4 54/9 54/19 54/24
 57/17 58/5 58/15 60/10 60/12
 61/24 62/10 65/6 68/3 68/6 68/10
 68/12 78/2 81/25 82/1 82/14 84/22
 86/1 90/1 90/4 101/10 101/12
 101/18 102/5 103/10 104/1 108/2
 112/17 112/19 132/18 132/22
 138/16 138/24
portion [7]  59/14 61/9 63/7 67/5
 75/12 77/10 102/25
Portland [1]  24/22
position [5]  53/5 60/12 110/18
 110/24 111/19
positioning [2]  122/24 131/1
positions [2]  36/4 53/15
possession [1]  31/8
possibility [1]  14/14
possible [1]  79/17
post [4]  24/20 24/20 24/21 25/15
posted [4]  9/7 9/18 25/18 62/11
posting [2]  16/22 18/23
potential [1]  102/20
power [3]  22/19 26/4 28/21
PowerPoint [1]  4/17
preferences [1]  14/16
preferred [1]  130/5
prejudice [1]  5/4
prejudices [2]  14/12 14/15
prejudicial [2]  5/1 5/7
preliminary [1]  6/22
preparations [1]  37/11
prepare [1]  138/22
prepared [1]  131/8
presence [5]  20/23 57/17 126/20
 126/23 132/2
present [4]  4/12 12/22 91/5 93/2
presented [7]  1/1 19/6 19/25
 19/25 20/3 20/16 39/10
presents [1]  12/21
president [56]  9/9 9/20 26/1 26/2
 36/18 36/18 37/11 37/14 38/9
 38/15 39/2 39/17 40/3 40/18 40/24
 41/5 41/8 41/11 41/18 41/24 42/11
 42/20 43/1 43/14 43/16 43/23 44/2
 44/10 45/21 46/1 46/4 46/8 46/11
 46/12 46/19 47/23 47/25 48/3 48/5
 49/4 49/16 49/21 50/3 50/3 50/9
 50/12 50/17 57/13 57/17 63/23
 71/5 114/16 115/19 126/10 126/18
 130/1
president's [20]  36/9 36/25 37/6
 37/21 37/23 38/6 38/13 40/22 41/7
 42/9 48/18 49/4 49/5 57/22 58/13
 74/5 100/8 100/10 126/24 132/3
presidential [5]  22/20 25/25
 57/10 57/11 60/15
press [46]  27/13 48/23 48/23
 49/15 49/19 56/9 56/10 56/12
 66/15 66/18 68/23 69/8 69/16 72/8
 73/21 74/11 76/5 76/10 77/4 78/8
 78/17 83/8 83/20 83/21 85/11 87/4
 89/5 89/8 89/11 89/20 89/24 89/25
 90/9 90/15 91/8 92/17 92/23 94/13
 96/10 96/13 97/6 98/2 98/22 98/23
 104/2 136/8
Pressing [1]  69/21
presumed [1]  11/9
presumption [1]  11/10
pretty [4]  21/12 29/8 29/9 29/10
prevent [1]  114/24
previously [5]  39/21 58/19 72/12
 84/5 105/14
primary [3]  54/13 54/25 58/8

**P**

**principles [1]** 19/6
**Private [1]** 101/13
**probably [3]** 6/25 36/15 90/25
**probative [2]** 4/25 5/1
**problem [1]** 93/2
**problems [1]** 100/20
**procedures [1]** 8/8
**proceed [4]** 11/24 27/16 43/7 80/8
**proceeded [2]** 42/21 67/23 95/6
**proceeding [2]** 8/15 8/16
**proceedings [3]** 4/25 140/12 141/5
**process [13]** 8/2 23/21 23/23 26/1
  29/15 41/2 44/1 48/20 50/13 50/14
  50/21 57/11 60/15
**produce [2]** 11/17 12/23
**produced [1]** 40/14
**profanity [1]** 90/7
**profited [1]** 31/19
**projected [1]** 57/23
**promise [1]** 139/25
**promoted [5]** 53/17 53/18 53/18
  53/19 53/19
**pronounce [1]** 132/15
**proof [3]** 11/12 11/14 32/2
**properly [2]** 15/8 16/2
**property [1]** 57/18
**prosecutor [1]** 13/2
**protect [10]** 36/17 36/18 36/21
  54/20 54/22 54/25 55/1 55/1 55/2
  81/15
**protected [1]** 9/4
**protectee [2]** 39/14 39/16
**protectees [1]** 36/22
**protection [3]** 36/8 36/13 58/9
**protective [1]** 54/6
**protest [4]** 24/13 34/21 60/2 60/4
**protester [3]** 69/24 94/16 94/17
**protesters [17]** 43/24 45/2 45/20
  46/18 47/21 47/24 49/20 49/24
  49/24 50/15 64/14 67/22 71/2
  72/15 77/3 85/5 91/3
**protestors [2]** 44/7 46/17
**protests [7]** 24/19 24/20 25/1
  34/17 34/19 44/4 102/1
**Proud [1]** 33/4
**prove [13]** 11/6 11/6 11/13 11/16
  11/21 12/23 24/1 32/2 32/6 32/6
  35/2 35/4 35/5
**proven [3]** 11/11 11/18 15/20
**proves [1]** 31/24
**provide [1]** 42/2
**provided [3]** 30/6 30/8 38/8
**provides [4]** 38/11 40/16 40/19
  40/21
**providing [1]** 55/7
**prox [2]** 114/12 114/13
**proximity [3]** 9/17 46/7 48/3
**public [5]** 15/16 55/13 55/23
  55/25 56/17
**publicity [1]** 20/16
**publish [6]** 39/5 40/6 58/21 80/17
  84/10 110/7
**pull [15]** 94/18 107/2 109/16
  109/19 111/6 111/22 113/6 113/19
  115/20 122/3 124/11 124/11 125/20
  130/6 131/14
**pulled [3]** 76/5 104/19 104/21
**punch [1]** 28/11
**purge [2]** 25/20 25/21
**purpose [3]** 31/5 123/21 138/7
**push [9]** 105/4 110/25 120/14
  120/19 120/21 120/23 122/25 123/1
  123/2
**pushed [6]** 28/22 31/12 84/24 90/2
  105/8 119/21
**pushing [1]** 73/13
**put [10]** 12/15 12/25 21/19 30/15
  59/25 61/11 80/4 82/25 90/25
  120/4
**putting [1]** 22/23

**Q**

**quality [3]** 30/19 30/20 31/21
**quantity [1]** 47/20
**question [13]** 15/11 15/12 15/22
  16/1 16/6 16/7 16/9 16/11 21/9
  91/15 100/14 133/4 134/23
**questions [12]** 12/17 12/18 13/1
  13/19 15/1 21/10 51/10 52/8 69/17
  72/19 73/6 75/20
**quick [2]** 25/23 86/4
**quickly [4]** 5/13 36/4 68/12 68/13

**R**

**race [1]** 14/19
**rack [5]** 57/25 59/17 60/1 63/17
  87/16
**racks [5]** 26/8 59/7 59/11 104/5
  108/9
**radio [12]** 20/11 30/3 45/3 45/6
  46/20 47/12 66/3 66/8 66/9 66/11
  71/2 102/22
**raise [5]** 6/9 8/7 140/8
**rally [1]** 63/23
**ran [2]** 102/24 110/20
**rank [1]** 101/11
**ranking [1]** 129/11
**ray [1]** 56/25
**reaction [1]** 129/22
**read [9]** 8/12 10/19 20/13 20/14
  21/4 21/11 21/12 62/8 139/22
**reader [2]** 114/12 114/13
**readily [1]** 10/2
**reads [1]** 8/12
**ready [2]** 26/15 29/23
**real [2]** 51/22 102/22
**reality [1]** 28/24
**realize [1]** 8/4
**realized [2]** 116/22 119/20
**really [5]** 30/25 31/21 80/3 103/8
  126/18
**reason [8]** 30/5 30/13 31/16 31/17
  32/10 32/11 33/1 118/17
**reasonable [10]** 11/2 11/12 11/14
  11/18 11/22 24/1 32/7 32/9 35/2
  35/5
**reasons [3]** 34/24 60/8 91/21
**reassure [1]** 44/20
**REBEKAH [1]** 1/13 4/6 12/2
**rebuttal [1]** 13/4
**recall [6]** 43/18 44/3 50/19
  129/19 136/2 136/3
**receive [3]** 18/10 68/9 102/5
**received [28]** 39/7 40/8 45/13
  46/8 47/1 47/14 48/10 49/13 58/22
  61/25 65/15 68/16 76/2 80/19
  84/12 86/23 89/1 93/20 94/10
  94/24 96/7 97/23 99/15 105/23
  110/4 119/12 124/18 130/14
**recess [7]** 17/3 50/14 51/11 51/13
  51/15 79/13 140/4
**recesses [1]** 7/15
**recognize [42]** 8/4 38/19 38/22
  39/24 45/7 45/16 46/20 47/4 47/12
  47/17 48/6 48/25 49/2 49/3 58/16
  58/25 60/24 66/12 70/14 75/21
  86/7 88/17 88/20 93/13 97/14
  97/17 99/3 99/9 107/10 107/19
  109/21 111/11 115/22 116/6 119/3
  122/5 124/13 126/5 129/19 130/8
  130/8 137/1
**recognized [1]** 80/12
**record [30]** 4/5 16/10 27/6 30/14
  30/16 31/13 31/25 33/21 34/22
  36/16 49/9 51/17 51/18 54/15 63/6
  71/17 81/13 81/21 82/21 83/25
  87/25 88/12 89/16 98/23 106/6
  107/21 111/13 112/7 113/10 141/5
**recorded [2]** 31/14 34/10
**recording [14]** 75/2 84/1 84/4
  90/11 92/2 92/8 92/25 95/10 97/9
  117/5 117/16 118/18 135/4 135/24

**recoup [1]** 111/5
**recross [5]** 2/8 2/9 59/7 125/1
  127/13
**redirect [4]** 2/9 12/20 13/3
  138/14
**redirected [1]** 71/4
**refer [2]** 11/25 36/21
**reference [4]** 78/12 87/24 90/7
  92/14
**referencing [1]** 128/22
**referred [1]** 92/1
**referring [3]** 12/1 12/3 63/4
**refers [1]** 15/22
**reflect [5]** 106/6 107/21 111/13
  112/7 113/10
**reformed [1]** 109/1
**refuse [1]** 18/6
**refute [1]** 19/21
**regain [1]** 64/22
**regard [1]** 15/20
**regarding [3]** 38/8 39/1 40/19
**regardless [1]** 14/18
**relation [5]** 9/11 9/23 84/18
  100/7 104/11
**relative [1]** 122/24
**relayed [1]** 45/19
**relaying [4]** 45/18 47/7 47/19
  47/20
**relied [1]** 24/24
**religion [1]** 14/19
**relocate [6]** 37/16 43/25 44/10
  46/2 46/19 48/2
**relocated [2]** 44/15 47/23
**relocating [2]** 44/1 44/8
**rely [4]** 7/12 14/9 15/23 20/4
**Relying [1]** 19/19
**remain [4]** 7/15 9/6 28/17 46/3
**remaining [2]** 112/17 112/19
**remains [2]** 4/24 11/10
**remarks [1]** 6/19
**remember [5]** 7/5 7/9 15/23 32/17
  126/7
**remind [1]** 139/13
**removed [1]** 121/21
**render [1]** 6/13
**repeat [1]** 11/4
**replace [1]** 7/11
**report [2]** 17/23 56/1
**Reporter [4]** 1/21 1/22 141/3
  141/13
**reports [2]** 20/10 20/15
**represent [1]** 105/17
**Representatives [3]** 23/16 27/11
  28/20
**represents [1]** 16/4
**republican [1]** 102/21
**requested [4]** 44/9 70/21
**require [2]** 11/16 12/23
**required [1]** 12/22
**requires [1]** 42/1
**requiring [1]** 5/17
**reraised [1]** 63/17
**research [4]** 19/9 19/10 19/12
  20/5
**residence [2]** 37/23 41/7
**resisting [2]** 125/11 125/12
**respect [1]** 31/6
**respond [4]** 19/19 68/6 68/25
  70/21
**response [4]** 66/1 78/15 117/4
  127/9
**responsibilities [2]** 6/24 13/16
**responsibility [5]** 13/17 13/18
  13/23 15/7 16/5
**responsible [5]** 37/10 37/13 57/6
  60/21 78/12
**rest [2]** 109/14 110/22
**restricted [15]** 9/7 9/8 9/17 9/19
  23/25 26/4 28/17 29/17 55/19 58/2
  58/4 58/14 64/1 64/20 95/13
**result [2]** 20/6 131/23
**resume [2]** 100/17 110/14

**R**

retreat [3]   105/10 106/18 109/15
retreated [1]   106/3
return [1]   35/1
returned [1]   8/11
returning [1]   44/25
reveled [1]   23/2
reveling [1]   26/14
revisionist [1]   28/23
revolution [1]   85/15
rid [1]   73/23
right [70]   4/12 5/4 6/4 6/9 6/17
 17/7 19/17 22/25 32/17 33/11
 34/18 48/17 52/6 52/10 52/11
 52/13 55/17 55/21 55/24 56/10
 61/5 61/15 63/3 71/20 72/16 76/6
 77/7 80/7 80/8 81/8 81/21 85/20
 86/4 87/9 88/5 88/14 89/9 94/3
 100/9 100/10 100/16 100/19 100/23
 108/1 108/13 108/15 108/16 108/22
 109/2 109/5 112/4 112/8 112/20
 113/12 113/23 114/12 116/2 116/3
 116/4 116/9 122/13 123/16 126/2
 128/6 130/20 132/10 137/21 139/6
 139/16 139/18
right-hand [4]   108/1 112/4 123/16
 130/20
right-most [1]   112/8
riot [9]   24/23 26/10 28/3 28/5
 28/7 91/1 101/23 102/3 103/8
rioter [9]   28/12 103/21 120/2
 120/18 121/3 123/13 123/25 124/8
 124/9
rioters [44]   23/5 24/6 26/10 27/4
 27/15 27/17 28/10 28/11 28/16
 47/8 64/19 68/7 68/10 73/1 73/23
 74/4 74/8 74/12 74/15 76/16 76/25
 103/7 108/19 109/6 110/25 112/18
 114/10 114/24 115/1 115/11 121/13
 124/22 125/10 126/12 126/15
 126/16 126/20 126/23 129/13
 131/15 131/19 131/23 132/2 132/6
rioting [1]   127/8
riots [2]   25/19 139/1
rip [1]   29/8
rise [2]   51/13 140/3
road [1]   75/15
roll [1]   102/14
room [4]   1/23 18/24 20/22 21/7
rotunda [1]   69/2
round [1]   27/24
route [19]   44/9 44/17 44/19 44/20
 44/21 44/25 46/15 46/15 46/16
 48/3 114/17 114/20 115/18 126/10
 126/19 126/24 128/10 130/1 132/3
routine [4]   55/3 55/4 57/6 60/18
ROY [1]   1/16
ROYCE [1]   1/9
RPR [1]   141/12
rude [1]   18/2
rue [1]   28/25
rule [4]   13/19 14/24 16/9 16/12
ruled [1]   5/6
rules [6]   6/18 8/9 13/13 19/16
 19/18 20/9
run [4]   53/15 53/25 61/2 88/2
running [3]   5/22 65/6 69/17
runs [1]   55/8

**S**

Sacker [4]   26/20 26/20 26/23 33/2
Sacker's [1]   5/14
safe [4]   38/6 43/16 46/2 78/13
safety [3]   39/14 39/18 45/25
said [37]   8/10 27/18 27/17 27/18
 31/21 34/1 34/6 54/8 59/6 60/8
 63/19 64/10 66/8 68/14 70/21
 76/14 90/11 91/16 91/16 91/23
 92/2 92/6 92/25 93/1 95/4 95/7
 104/21 106/3 108/12 111/3 114/4
 114/15 117/5 117/24 127/11 127/11

128/18
satellite [1]   19/14
same [17]   4/24 13/5 16/12 18/2
 20/8 20/8 64/8 85/8 89/21 101/16
 121/3 121/18 122/8 123/6 124/14
 125/5 131/11
satellite [1]   19/14
saw [24]   26/13 27/4 30/7 30/8
 31/13 31/21 33/16 45/2 66/6 85/17
 85/21 86/2 86/18 90/22 92/6 99/19
 103/9 104/7 112/22 114/12 115/11
 117/13 120/23 137/25
say [30]   18/18 21/14 31/2 33/24
 34/14 34/25 38/5 42/11 43/19 49/7
 78/18 93/10 95/9 109/8 114/21
 117/3 117/15 118/5 125/23 126/3
 127/13 128/13 129/9 129/9 135/4
 135/11 136/3 136/8 136/10 137/18
saying [24]   16/20 27/22 28/1 28/2
 28/3 32/20 33/18 34/2 34/6 63/25
 81/13 82/8 85/13 85/14 90/6 91/10
 91/17 92/6 92/8 92/13 106/19
 127/6 127/9 135/23
says [2]   52/8 62/9
scaffolding [20]   63/8 81/23 84/7
 84/20 85/9 86/3 86/18 103/11
 104/12 104/12 104/13 104/14 105/6
 105/12 105/17 108/23 109/4 109/24
 131/18 131/19
scanned [1]   114/13
scattered [1]   60/14
scenario [1]   128/2
scene [4]   19/14 92/19 109/24
 124/14
schedule [2]   42/14 43/9
scheduled [2]   57/8 57/13
scheduling [1]   100/20
screen [27]   48/19 48/25 59/12
 61/23 67/6 67/11 67/24 69/4 69/23
 71/24 73/12 80/14 85/3 88/5
 107/19 108/1 108/11 108/13 108/13
 110/12 111/11 111/15 116/9 117/7
 123/5 123/16 130/20
screened [4]   123/23 126/20 126/22
 128/3
screening [1]   56/3
screenings [1]   56/17
scrub [4]   109/19 118/25 126/1
 130/7
seat [2]   6/25 29/7
seated [12]   6/3 6/4 6/16 33/11
 35/14 51/16 52/9 52/10 52/22 80/6
 80/7 140/6
second [15]   19/3 29/21 42/9 46/6
 46/17 46/18 47/9 48/1 49/5 72/16
 72/25 83/23 100/11 111/4 111/8
seconds [46]   46/21 70/14 78/14
 78/16 80/23 80/24 83/4 83/13
 84/15 85/7 87/1 87/6 87/13 88/9
 89/5 89/19 90/15 90/18 92/16 95/2
 95/3 96/14 96/15 97/6 97/8 98/1
 98/12 98/18 107/9 109/19 109/20
 110/8 110/14 112/3 119/1 119/16
 119/17 119/18 125/16 126/1 128/14
 128/16 130/7 130/18 130/19 131/9
Secret [18]   26/7 35/23 36/1 36/5
 36/12 36/16 37/12 39/12 39/14
 39/17 40/15 41/23 51/3 51/6 58/1
 58/7 58/9 58/12
sections [1]   8/19
secure [9]   44/15 49/17 50/4 57/18
 71/5 83/23 115/7 121/13 125/9
security [6]   55/8 56/3 56/16
 56/22 123/20 126/24
see [105]   17/25 23/4 24/2 24/4
 24/5 25/2 25/3 25/4 26/5 27/1
 28/4 29/13 29/24 30/2 30/17 30/18
 30/19 31/7 32/20 33/24 34/13
 34/13 44/7 61/17 61/19 61/20
 61/22 62/6 62/15 62/23 63/16
 63/16 67/2 67/21 67/24 69/22 71/8
 72/3 72/7 72/8 72/11 73/12 74/21

76/11 77/13 77/24 78/1 79/1 79/12
 81/24 82/1 82/14 82/19
 82/24 83/9 83/16 83/21 83/25
 84/22 85/2 87/7 87/13 87/21 88/1
 88/10 89/9 91/19 93/23 94/1 94/14
 96/11 96/16 96/20 97/2 97/8 97/12
 98/6 98/13 98/20 103/5 108/1
 108/4 108/6 108/21 109/13 110/12
 110/20 112/15 116/23 117/7 119/23
 124/25 126/11 129/8 129/16 130/19
 136/1 140/1 140/11
seeing [4]   59/12 84/17 85/20
 129/19
seek [9]   84/9 86/20 88/23 93/17
 94/8 94/21 96/4 97/21 99/12
seemingly [1]   19/12
seen [8]   30/4 75/10 77/18 86/11
 92/4 92/4 96/1 133/15
segregate [2]   59/15 68/1
segregated [1]   61/11
selected [1]   17/5
selection [1]   8/2
selling [1]   31/22
senate [36]   41/15 43/7 43/17
 43/21 43/24 44/6 46/7 48/18 65/23
 69/15 70/20 71/3 71/4 72/17 79/20
 88/8 88/21 95/23 96/19 97/19 98/4
 99/6 99/21 100/5 100/7 100/9
 111/2 113/17 113/25 116/2 116/2
 116/3 116/4 119/4 130/3 132/1
senators [1]   71/5
send [3]   18/25 21/10 24/25
sense [2]   6/22 128/19
sent [2]   5/13 70/11
sequestered [1]   139/14
sergeant [1]   53/18
series [2]   40/21 92/5
serve [2]   17/14 81/15
service [22]   18/12 18/19 19/1
 19/2 26/7 35/24 36/1 36/5 36/12
 36/17 37/13 39/12 39/14 39/17
 40/15 41/23 51/4 51/7 58/2 58/7
 58/9 58/12
services [3]   53/7 54/5 54/7
session [1]   10/9
set [6]   8/17 21/8 22/7 26/7 59/6
 104/2
seven [3]   10/17 23/19 72/20
several [6]   43/11 46/14 50/11
 64/16 72/24 72/24
severity [2]   23/8
sex [1]   14/20
sexual [1]   14/20
shattered [2]   27/7 28/6
she [6]   16/4 26/24 26/25 77/22
 78/12 95/5
SHERRY [3]   1/21 141/3 141/12
shift [1]   102/11
shifts [1]   11/14
shit [6]   26/19 28/8 29/8 78/18
 85/14 93/1
shoes [1]   124/2
shooting [2]   28/14 28/16
shortly [4]   42/6 43/25 44/7 45/2
shot [6]   28/13 28/20 91/20 133/19
 134/17 134/21
shots [1]   138/9
should [26]   7/8 7/10 7/12 7/13
 10/19 12/10 13/14 14/3 14/13
 14/21 15/2 15/3 15/5 15/14 15/23
 16/10 16/20 17/16 17/21 17/23
 18/6 18/14 19/16 20/12 40/21
 139/10
shoulder [1]   120/4
show [18]   28/13 28/14 38/18 39/20
 48/4 56/8 58/14 60/22 65/8 75/1
 75/6 75/17 86/6 88/16 88/19 97/13
 99/2 105/14
showed [3]   27/1 32/17 68/12
showing [1]   38/21
shown [7]   4/16 58/18 58/19 69/4

**S**

shown... [3]   86/9 97/16 99/5
shows [1]   33/20
shred [1]   7/25
shut [1]   121/22
side [63]   13/6 15/25 16/4 25/3
26/13 41/17 43/7 43/24 54/11
54/12 54/12 54/13 55/17 55/18
55/19 59/13 59/16 59/19 59/25
60/3 60/5 60/5 61/14 61/21 61/22
62/19 63/24 68/19 68/24 69/5
69/23 71/23 75/5 75/11 75/22
76/16 77/9 77/21 84/21 85/2 85/18
85/21 87/23 97/9 103/17 104/15
105/8 105/8 106/16 107/18 107/22
108/1 108/8 108/10 108/14 108/15
109/3 111/11 111/15 112/4 115/6
123/16 130/20
sides [2]   13/12 26/25
sign [1]   62/8
signage [1]   62/6
significant [3]   132/24 133/1
133/2
signs [2]   62/11 63/17
similar [6]   25/4 70/8 75/18 76/22
86/10 86/17
simple [6]   19/12 29/8 29/9 29/10
29/13 32/10
simply [3]   18/2 29/11 34/24
since [2]   70/6 139/14
single [1]   31/5
sir [5]   132/17 135/18 137/23
137/24 138/12
Sit [1]   111/4
site [5]   37/5 37/10 62/19 70/3
95/25
sites [1]   16/23
sitting [4]   17/6 114/3 134/20
136/17
situated [1]   65/22
situation [4]   117/5 117/16 118/18
137/9
six [1]   72/20
skip [1]   111/23
slipped [1]   121/24
small [3]   54/3 54/8 132/23
smash [1]   45/1
smoothly [1]   58/10
snow [4]   59/17 61/20 63/16 77/13
so [127]   5/13 5/15 5/24 6/14 6/14
7/3 7/22 9/10 9/21 10/17 12/22
17/24 18/6 20/22 21/5 21/7 21/15
21/20 22/18 23/9 25/20 27/6 29/17
31/2 32/21 34/24 34/23 35/6 37/21
42/2 42/4 43/6 44/21 46/1 46/16
46/18 58/11 59/7 60/17 61/25 71/4
78/1 85/16 86/2 90/12 91/20 92/4
93/6 95/10 101/21 102/1 102/5
102/10 102/14 102/19 102/24 103/2
103/4 103/8 103/12 103/14 103/19
104/5 104/16 104/18 104/25 105/20
106/1 106/6 106/8 106/16 106/17
107/15 108/9 108/10 108/16 108/20
108/21 108/24 109/1 109/8 110/15
110/20 110/25 111/9 111/18 112/15
112/17 112/22 112/25 113/3 113/23
113/25 114/2 114/17 114/17 114/19
114/21 115/8 115/13 115/15 115/25
115/25 116/3 116/11 116/11 116/15
118/2 121/14 121/21 124/22 126/9
126/10 126/18 127/10 128/1 128/4
128/11 129/1 129/16 129/23 130/3
131/8 135/20 136/20 137/19 139/25
soap [1]   114/7
social [1]   16/22
soft [3]   101/21 101/22 102/2
sold [5]   31/17 31/18 31/19 31/20
31/20
sole [1]   15/6
solely [2]   20/15 58/4
solemnly [1]   6/10

some [33]   5/3 6/18 8/2 8/8 9/9
13/3 22/2 31/8 33/5 34/20 34/23
34/23 43/9 44/23 46/11 61/17
63/12 66/11 69/17 70/16 71/6 73/6
73/25 75/17 77/13 78/5 78/6
100/19 104/5 105/7 114/11 128/12
131/7 137/15
somebody [1]   93/7
somebody's [1]   31/3
somehow [1]   32/22
someone [9]   8/5 17/1 18/5 104/19
104/21 107/18 111/10 112/4 138/16
something [13]   19/12 37/15 57/8
76/11 76/14 81/7 94/1 103/15
118/4 123/18 127/25 130/22 138/5
Sometimes [1]   15/10 102/2
soon [2]   17/24 52/7
sorry [22]   51/20 66/19 75/7 77/17
78/16 82/3 83/3 85/16 88/3 89/21
96/24 107/5 108/5 108/11 109/18
109/20 111/8 120/11 124/5 132/19
136/13 137/21
sound [2]   55/11 70/7
sounded [1]   102/21
sources [2]   15/19 19/22
south [3]   54/13 73/13 102/16
speak [3]   8/7 18/8 20/19
Speaker [2]   27/12
Speaker's [2]   27/24 28/5
special [11]   4/9 33/10 35/23
35/25 36/11 36/23 38/22 39/10
39/20 54/6 57/16
specialist [1]   4/8
specific [3]   19/16 57/8 115/15
specifically [7]   8/16 37/24 38/15
60/8 91/23 104/14 126/17
speculate [1]   16/8
speculation [1]   128/23
speech [1]   63/23
spend [1]   67/14
spent [4]   23/17 23/18 43/18 53/24
spin [1]   33/7
split [1]   5/23
spray [4]   76/20 76/25 78/6 104/7
sprayed [4]   76/25 77/2 102/8
103/15
squad [3]   101/21 101/22 102/2
square [1]   57/24
staff [10]   27/13 28/4 55/1 56/4
56/8 56/11 56/12 59/24 64/4 64/8
stage [23]   26/16 59/16 59/19
61/12 63/2 63/4 63/8 64/18 67/21
68/1 68/13 69/6 78/23 79/1 80/13
81/3 81/23 82/13 84/20 84/21 93/5
93/7 93/11
stairs [21]   85/18 89/22 103/5
103/12 103/16 104/7 104/8 104/14
104/17 104/19 104/20 105/3 105/12
105/17 106/3 106/7 106/9 106/19
106/21 109/2 109/15
stairwell [2]   45/1 48/17
stamp [13]   73/10 89/6 98/9 110/12
111/25 112/12 119/5 120/18 121/16
122/16 123/12 124/21 125/13
stance [2]   120/20 122/25
stand [10]   6/5 12/16 13/1 27/15
34/3 35/11 52/16 79/21 101/1
104/2
standing [1]   108/12
stands [2]   51/13 140/3
staring [1]   114/10
start [14]   6/21 21/20 22/4 24/23
38/21 48/20 50/22 51/21 53/17
65/18 107/4 107/4 115/21 122/16
started [12]   24/12 36/6 36/6 36/8
44/1 65/20 65/25 103/1 104/8
105/3 105/10 106/16
starting [5]   4/4 40/11 49/10 61/2
74/22
state [8]   4/5 13/22 35/15 35/21
36/19 38/10 39/1 40/2 40/14 44/17
52/19 101/4

stated [1]   4/20
states [15]   1/22 2/11 5/2 12/7
12/8 12/10 12/14 15/22 22/5 22/12
29/22 30/8 32/17 33/25
statements [6]   12/7 12/11 12/14
13/9 15/2 117/19
STATES [32]   1/1 1/3 1/10 4/3 4/7
6/12 8/18 8/19 8/24 9/9 9/19 10/3
10/16 12/1 23/6 23/13 23/15 24/18
30/13 35/23 36/1 36/5 36/12 36/20
58/1 62/9 66/11 101/1 101/10
101/11 132/18 132/21
stating [1]   4/25
stationed [5]   37/17 37/18 37/19
37/20 115/12
stay [6]   27/5 33/8 50/10 114/17
115/16 130/5
stayed [1]   44/16
step [5]   5/25 12/5 52/13 100/23
139/6
steps [18]   38/6 38/7 44/22 49/22
49/23 55/18 55/20 69/2 69/5 69/6
84/6 84/24 85/21 85/25 86/18 87/4
105/10 110/20
Steve [1]   12/4
STEVEN [3]   1/16 1/16 4/11
still [22]   4/19 25/1 27/13 31/7
41/24 42/14 44/19 50/6 50/7 67/2
74/8 74/12 74/15 83/12 83/25 85/8
94/6 94/19 121/18 123/9 128/20
130/5
stipulate [1]   15/13
stipulation [1]   15/15
stood [1]   114/19
stop [12]   109/7 115/15 126/9
126/12 131/21 135/2 135/10 136/7
136/13 139/10 139/10 139/21
stopped [2]   68/2 120/4
stopping [1]   117/17
straight [2]   31/15 129/17
street [9]   1/14 21/17 54/10 54/12
54/13 54/16 60/5 61/14 67/22
stress [1]   18/21
stricken [2]   16/10 16/12
struck [1]   21/16
struggling [1]   110/21
stuck [1]   115/4
stuff [3]   104/3 104/24 124/3
stunned [1]   115/3
styrofoam [1]   76/22
submit [6]   5/7 20/21 20/25 31/23
32/11 56/25
submitted [2]   16/14 16/16
subpoena [2]   5/13 5/15
substitute [1]   6/20
succession [1]   49/10
such [7]   9/17 9/21 16/3 16/23
17/22 20/12 20/14
suddenly [1]   8/4
suggest [1]   33/20
suggests [1]   15/11
Suite [1]   1/17
SULLIVAN [60]   1/6 4/3 4/12 4/12
5/4 6/12 8/14 8/21 9/6 9/14 10/1
10/6 10/14 11/2 11/4 12/3 22/14
24/8 24/8 24/9 24/18 26/14 26/21
26/23 26/24 27/1 29/24 30/6 30/8
30/13 30/21 31/1 31/6 31/8 31/16
32/3 32/12 32/18 33/1 33/13 33/14
34/4 34/16 35/3 35/6 51/22 91/22
91/24 92/7 133/19 133/25 134/17
134/21 135/4 135/23 136/1 136/15
137/17 138/1 139/17
Sullivan's [2]   33/12 91/17
summaries [1]   14/7
summer [2]   24/17 60/1
sun [1]   21/18
supervisor [3]   44/8 114/14 114/21
support [1]   13/7
supposed [3]   28/21 45/23 118/4
sure [13]   6/2 17/3 19/15 31/13
40/14 51/23 56/23 56/25 79/22

**S**

sure... [4]  106/5 113/9 115/6 139/12
surge [1]  129/5
surged [1]  106/17
surveillance [7]  24/3 55/8 55/11 65/6 65/9 97/13 97/14
sustain [1]  16/6
Sustained [2]  128/24 134/15
swear [3]  6/10 35/13 52/18
switch [6]  78/25 84/3 92/2 93/9 94/5 118/24
switched [1]  92/3
sworn [5]  13/21 15/9 35/12 52/17 101/2
synopsis [1]  40/24
system [11]  14/18 22/17 22/22 22/23 24/10 24/15 25/16 29/12 55/8 55/11 55/11

**T**

table [2]  2/1 4/8
tactical [2]  105/5 110/24
take [31]  5/12 5/19 7/2 7/4 7/7 7/12 7/16 7/17 14/10 15/2 15/15 15/19 17/3 18/14 26/12 29/6 29/11 29/21 38/5 44/21 51/11 57/18 60/16 73/25 79/10 85/14 100/14 100/20 117/2 118/3 124/2
taken [5]  7/22 51/15 57/21 79/13 104/2
taking [2]  7/5 113/3
talk [15]  16/16 16/19 17/11 17/12 18/5 18/9 18/22 20/20 54/21 79/10 79/11 139/7 139/14 139/21 139/22
talked [1]  34/18
talking [15]  68/25 78/11 88/8 90/4 104/10 106/2 107/13 107/16 118/11 123/7 125/5 127/4 129/1 137/1 137/11
tape [5]  33/15 33/17 33/18 33/23 33/23
tasks [1]  54/22
TBD [1]  43/9
teach [1]  24/25
team [3]  49/16 58/7 76/21
tear [1]  76/15
television [2]  20/11 30/3
tell [14]  13/12 17/1 17/4 17/6 18/8 18/12 53/4 72/6 76/7 81/16 81/23 82/1 82/2 127/7
telling [3]  5/15 18/7 129/11
temporarily [2]  9/10 9/20
temporary [2]  67/24 90/1
tempted [1]  20/13
tendency [1]  17/11
Tens [1]  91/3
term [2]  19/13 30/25
terrace [26]  23/5 26/17 27/3 55/20 67/23 69/6 69/7 69/9 86/5 87/18 88/7 88/13 88/21 89/21 90/2 92/15 93/15 94/6 94/19 95/19 104/4 106/22 106/23 112/18 113/4 113/7
testified [3]  47/8 133/10 137/14
testimony [11]  7/6 8/6 14/3 14/6 14/8 15/9 25/6 33/10 33/13 51/22 139/15
text [1]  18/25
texting [1]  18/25
than [9]  5/1 5/3 7/14 10/3 22/8 32/21 76/21 117/9 133/15
thank [31]  5/20 22/6 22/11 29/18 29/20 35/6 35/8 35/14 48/13 51/9 52/19 52/22 53/22 62/4 66/19 67/9 69/3 69/11 71/13 71/16 73/21 74/24 79/23 80/9 83/6 89/20 100/24 101/4 107/7 138/12 140/11
thankfully [1]  112/21
that [597]
their [24]  7/12 13/8 13/12 17/17

20/7 22/4 22/21 26/25 31/4 31/4 33/19 47/17 57/18 57/20 58/6 58/10 60/12 62/17 67/16 74/11 94/1 98/14 103/11
them [30]  7/5 7/6 7/17 8/1 10/21 12/17 16/3 17/4 17/6 17/16 17/17 18/3 21/4 21/6 21/7 36/22 49/3 50/1 56/12 62/1 89/15 103/9 104/9 105/5 115/16 115/17 126/22 129/19 130/5 131/21
themself [1]  116/8
themselves [1]  106/7
then [57]  10/13 11/20 16/9 17/9 21/9 24/20 28/12 32/12 36/7 36/9 38/14 40/19 40/21 40/23 42/6 42/21 43/7 44/1 45/1 56/3 59/20 60/1 60/3 66/6 68/23 71/6 73/1 73/5 77/11 78/15 80/4 86/4 87/1 88/1 89/8 95/2 96/13 98/16 100/14 100/17 102/3 103/13 103/15 103/15 103/17 103/17 104/7 104/8 105/9 106/17 108/24 109/5 114/9 114/11 114/12 124/3 129/18
there [122]  6/19 20/12 21/8 26/25 27/7 28/19 28/23 29/11 29/24 30/9 31/16 31/17 31/18 31/23 32/11 32/14 32/14 33/1 33/2 33/3 33/3 33/4 33/5 34/8 34/12 34/22 38/17 39/13 41/20 43/2 43/6 43/9 43/18 43/19 43/24 44/4 44/24 45/23 45/24 47/19 49/24 52/1 55/16 56/23 56/25 57/12 59/18 60/9 63/7 63/20 67/19 67/25 68/1 68/19 68/20 70/11 70/12 73/6 73/13 74/15 78/6 80/1 85/5 87/24 90/22 91/1 91/15 91/18 92/3 97/4 97/12 100/10 102/23 102/25 103/6 103/20 103/25 104/18 104/25 105/6 105/9 106/11 108/12 109/3 109/6 110/24 111/4 112/16 114/3 114/6 114/7 114/9 114/19 115/1 115/9 115/14 115/17 117/22 117/22 117/24 118/6 118/14 118/14 118/16 119/2 121/9 121/9 123/20 123/20 126/4 126/14 126/16 126/16 128/4 128/5 128/8 137/12
these [18]  6/19 6/22 14/13 23/25 24/20 34/12 69/5 69/6 78/9 85/21 88/1 92/20 99/21 108/16 108/18 108/19 126/20 128/3
they [115]  7/3 7/10 7/10 7/25 12/11 13/9 16/5 17/5 18/1 18/1 18/2 19/18 19/18 21/12 27/18 27/19 28/3 28/3 28/17 28/19 31/21 32/17 33/7 33/22 33/24 35/4 36/19 42/24 43/6 43/7 45/19 46/3 48/1 48/3 49/25 55/23 56/1 56/2 56/6 56/7 56/7 56/8 56/11 56/12 56/13 56/14 65/10 67/23 68/3 69/20 71/3 72/15 73/3 73/13 76/7 76/15 77/2 78/5 78/11 80/24 81/2 84/24 86/3 88/7 90/4 90/6 93/12 95/5 95/6 99/1 102/2 103/13 103/14 103/25 104/1 104/3 105/3 105/6 105/7 105/9 106/16 106/17 108/12 108/14 110/23 111/3 114/4 115/5 115/6 115/8 116/14 117/16 121/12 121/13 121/14 121/14 122/2 124/23 124/24 125/9 125/11 125/12 127/7 129/17 129/17 129/23 129/24 129/25 129/25 130/2 130/3 131/6 131/8 131/21 131/25
thing [6]  52/5 5/16 21/2 51/21 103/23 103/24
things [5]  14/13 22/8 90/6 115/3 117/18
think [13]  5/16 10/22 15/4 75/10 80/12 104/21 105/20 106/3 115/8 115/10 119/20 137/25 139/24
third [1]  102/18
Thirty [1]  53/13

Thirty-three [1]  53/13
threats... [1]
Thomas [5]  2/5 52/16 52/17 52/21 68/16
those [25]  7/11 18/12 23/25 24/16 26/9 27/21 28/6 28/16 34/18 34/24 36/3 38/7 53/14 55/4 56/25 57/1 62/11 66/12 76/24 81/23 81/25 82/1 85/25 88/10 91/21
though [1]  54/2
thought [3]  22/10 115/4 115/7
thought like [1]  115/7
thoughts [1]  19/2
thousands [3]  22/21 55/1 91/3
threatening [1]  137/12
three [5]  8/19 10/3 49/10 53/13 61/22
through [62]  15/18 16/21 24/5 24/11 27/6 27/8 28/12 36/4 40/12 43/13 46/14 53/15 53/25 56/3 56/14 56/17 56/23 61/2 61/2 67/23 68/3 74/24 92/22 96/20 97/4 98/13 99/20 100/3 103/13 104/1 109/12 110/8 110/14 111/7 112/14 114/9 115/6 117/6 118/9 120/8 120/17 121/2 121/15 121/19 122/17 123/11 123/19 123/25 124/3 124/9 127/2 127/18 128/4 128/9 129/2 129/5 129/6 129/8 129/15 129/17 131/9
throughout [7]  4/25 11/11 11/15 30/23 42/4 43/12 60/14
thus [1]  92/1
ticket [1]  68/2
time [77]  8/3 17/14 18/4 19/3 21/16 22/18 23/17 27/25 35/7 39/4 40/5 40/24 41/1 42/17 43/13 43/14 43/18 44/3 45/9 45/21 46/19 48/19 50/19 51/22 53/24 61/1 61/23 64/11 65/5 65/12 66/4 66/22 67/20 69/11 73/10 73/16 73/25 75/24 79/4 80/16 81/5 84/3 84/9 86/20 88/23 89/6 89/6 94/21 95/12 96/4 97/14 97/20 98/9 99/12 100/25 103/20 104/19 105/7 110/12 111/25 112/12 119/5 120/17 121/16 122/16 123/12 124/21 125/13 126/8 128/15 129/20 129/22 135/6 135/16 135/20 136/1 138/3
times [1]  75/10
title [2]  35/21 101/11
today [6]  5/22 5/24 23/19 101/14 134/20 136/17
told [2]  114/3 114/21
too [4]  117/24 118/6 118/14 126/4
took [11]  6/25 24/5 24/7 26/18 38/7 68/13 111/2 112/18 113/7 114/13 114/14
top [14]  23/17 39/11 40/11 48/19 71/9 94/17 103/4 106/21 110/23 111/25 112/18 113/11 113/11 113/12
top-left [1]  71/9
torn [2]  7/20 22/20
total [1]  64/19
touched [1]  115/10
towards [8]  71/3 73/13 81/3 81/17 81/18 87/23 100/4 129/18
trace [1]  113/7
traffic [2]  113/2 115/15
train [1]  138/25
training [11]  36/10 53/7 102/6 102/8 132/23 132/25 133/1 133/2 138/21 138/21 138/24
transcript [2]  1/9 141/4
transcripts [1]  14/7
transfer [3]  22/19 26/4 28/21
transferred [1]  36/7
traveled [1]  24/18
traveling [3]  89/13 99/1 99/24
traverse [1]  73/3
traversed [2]  23/13 27/8

**T**

treatment [1]  14/18
trespass [1]  29/17
trespassing [1]  23/23
trial [26]  1/9 5/5 6/17 6/19 6/21
  7/2 7/18 8/1 8/4 10/21 10/25 11/8
  11/11 11/15 11/24 12/5 13/18
  13/20 14/24 15/21 19/8 20/12
  20/17 20/18 30/23 33/8
tried [12]  27/21 28/25 29/1 29/1
  103/7 103/12 104/9 105/4 111/4
  116/21 125/2 128/9
tries [1]  18/5
triggered [1]  26/4
tripod [6]  31/9 31/10 31/11 31/12
  32/15 33/6
truck [1]  21/17
trucks [3]  22/3 22/9 22/9
true [2]  6/13 141/4
truly [1]  6/11
truth [1]  28/15
try [8]  6/11 18/18 19/3 21/12
  33/7 104/5 115/18 117/8
trying [24]  28/20 29/3 29/3 109/6
  109/7 112/23 114/2 115/11 117/1
  117/11 118/5 120/12 120/14 121/12
  121/13 123/7 123/9 125/8 125/9
  126/12 127/7 128/10 128/10 129/6
turn [2]  18/1 74/25
turned [1]  29/2
TV [1]  104/2
tweet [1]  25/15
tweeted [1]  25/19
tweeting [1]  18/23
twice [1]  23/16
Twitter [1]  16/23
two [11]  26/24 27/8 70/9 71/23
  72/11 78/9 88/1 88/10 96/20
  116/10 120/24
type [9]  36/15 36/16 56/19 60/24
  61/17 61/19 80/3 93/2 131/7
types [1]  90/6
Typical [1]  56/22
typing [1]  51/22

**U**

U.S [1]  1/22
Uh [1]  107/1
Uh-huh [1]  107/1
ultimately [2]  10/17 106/12
unanimous [1]  13/15
unavailable [1]  5/24
unaware [1]  114/4
under [8]  20/8 21/4 21/18 58/9
  109/4 111/2 111/4 139/13
underneath [5]  84/20 85/9 86/3
  86/4 113/17
understand [5]  10/19 12/10 12/12
  13/10 19/15
undetected [1]  27/5
undisputed [2]  15/15 15/18
undoubtedly [1]  17/5
unfair [1]  19/20
unfolded [1]  65/10
unfortunately [2]  19/21 28/9
uniform [1]  54/5
uniformed [1]  54/4
uniforms [2]  82/2 82/3
unit [2]  60/20 101/22
UNITED [32]  1/1 1/3 1/10 4/3 4/7
  6/12 8/18 8/19 9/4 9/8 9/19 10/3
  10/15 12/1 23/5 23/13 23/15 24/18
  30/13 35/23 36/1 36/5 36/12 36/20
  58/1 62/9 66/11 100/25 101/10
  101/11 132/18 132/21
units [1]  102/24
unless [3]  11/11 21/25 30/20
unlike [1]  129/4
unlikely [1]  18/5
unscreened [1]  126/23
until [19]  11/11 12/9 16/14 16/15

**V**

value [1]  14/1
varying [1]  60/8
vehicles [1]  40/21
verbally [1]  137/13
verdict [11]  6/13 7/19 13/14
  13/14 13/15 14/17 15/6 16/24 20/2
  21/20 35/1
versus [1]  4/3
very [5]  5/10 5/12 14/5 18/5
  21/18 32/9 34/24 35/6 54/3 66/6
  68/12 68/13 114/15 132/24 133/23
vest [2]  25/4 113/2
vice [74]  9/9 9/20 26/1 26/2 36/9
  36/18 36/24 37/6 37/11 37/13
  37/21 37/22 38/6 38/9 38/13 38/15
  39/2 39/17 40/3 40/18 40/22 40/24
  41/5 41/7 41/8 41/11 41/18 41/24
  42/9 42/11 42/20 43/1 43/14 43/16
  43/23 44/2 44/10 45/20 46/1 46/4
  46/8 46/11 46/12 46/19 47/23
  48/12 48/15 48/17 49/3 49/4
  49/5 49/16 49/21 50/2 50/3 50/9
  50/12 50/17 57/13 57/17 57/22
  58/13 71/5 74/4 100/8 100/9
  114/16 115/18 126/10 126/17
  126/24 130/1 132/3
video [35]  4/20 23/3 24/5 24/6
  25/7 25/8 25/8 31/7 33/16 48/21
  66/16 73/7 74/2 75/10 75/17 77/5
  77/7 81/9 83/5 84/3 84/22 89/5
  97/12 103/15 133/15 133/18 134/1
  134/8 134/13 135/7 135/8 135/17
  135/18 135/21 135/25
videos [1]  25/15
videotape [1]  30/3
view [8]  19/13 63/1 66/5 69/15
  84/17 92/18 109/3 125/5

**viewing**
viewing [1]  88/14
views [1]  12/9 127/11
violence [5]  27/17 27/18 34/7
  34/9 131/8
violent [1]  102/4
VIPs [1]  68/1
visit [8]  37/25 38/7 38/9 38/12
  39/1 40/2 40/16 58/10
visiting [3]  9/10 9/20 38/15
visitor [1]  56/15
visitor's [4]  42/1 56/2 56/15
  56/16
visitors [1]  55/1
voice [13]  45/16 47/4 47/17 91/17
  91/18 91/22 117/15 125/23 126/3
  127/19 128/13 135/11 137/15
voluntarily [3]  33/17 133/25
  134/8
vote [3]  8/17 38/17 42/25
vs [1]  1/5

**W**

Wade [1]  58/11
wait [2]  12/9 127/11
waiting [1]  7/1
walk [14]  18/1 28/25 36/4 40/12
  44/9 44/17 44/19 55/18 55/21
  55/24 56/10 56/13 56/23 124/3
walking [7]  21/17 44/25 67/21
  74/24 78/21 87/16 112/22
wall [3]  61/22 92/15 94/16
want [23]  6/18 6/19 7/24 16/17
  18/21 19/3 19/15 21/20 23/12 24/9
  27/5 30/15 33/7 33/18 33/24 36/23
  39/11 44/14 50/2 50/6 54/21 74/25
  118/7
wanted [2]  13/16 55/14
warn [2]  18/17 18/17
was [302]
wash [2]  112/23 114/7
Washington [10]  1/5 1/14 1/18
  1/24 22/15 25/22 26/21 36/7 54/17
  63/21
wasn't [6]  32/19 33/3 44/5 59/7
  103/8 115/6
watch [4]  20/14 20/14 83/19
  123/25
watched [6]  78/21 111/18 113/4
  120/5 131/10 131/11
watching [5]  85/17 124/8 131/2
  135/6 135/8
water [2]  112/22 114/7
waves [1]  46/14
waving [1]  130/23
way [26]  8/7 9/1 10/20 22/10
  26/13 26/16 27/3 27/10 27/12 33/7
  61/14 64/18 66/7 71/1 72/16 78/21
  102/23 109/9 114/18 126/13 127/7
  127/11 128/18 129/24 130/4 135/25
we [384]
we'll [10]  7/25 22/4 52/3 62/21
  73/19 79/10 79/25 113/17 139/12
  139/23
weapon [2]  9/12 9/24 10/2 128/1
wearing [7]  76/7 77/22 107/22
  119/24 130/22 131/5 138/1
website [1]  18/24
Wednesday [2]  40/17 139/25
week [2]  22/2 139/24
weekend [3]  22/3 139/21 140/2
weeks [1]  53/20
weigh [1]  14/3
weight [3]  13/25 28/24 120/19
well [26]  5/10 6/11 14/1 31/2
  31/5 32/20 34/6 38/12 48/18 48/20
  59/17 59/21 66/13 68/21 72/24
  93/4 104/23 105/3 106/12 108/4
  108/6 109/3 109/14 129/4 132/24
  135/14
went [31]  26/19 26/25 33/1 33/2
  33/11 37/24 42/7 42/8 42/9 43/17
  46/14 66/3 66/5 100/2 103/4

**(continued in columns)**

16/18 16/23 17/2 17/7 17/9 18/15
102/19 105/7 116/11 128/12
up [100]  4/19 5/12 7/4 13/19
19/13 19/24 21/22 21/25 22/7
22/25 26/7 26/13 27/3 27/4 27/22
30/20 31/15 32/4 32/18 45/1 48/8
54/11 55/17 55/17 55/18 55/21
59/6 60/16 64/18 65/13 67/23
68/12 73/15 73/16 75/13 75/19
76/5 78/18 78/20 78/21 79/18 80/4
81/22 84/4 84/20 84/24 85/24 86/4
86/4 87/4 89/15 89/18 90/3 90/12
92/15 93/10 94/6 94/18 95/15
95/21 99/6 103/4 103/9 103/9
103/11 103/16 104/2 104/7 104/8
104/19 104/20 104/21 105/3 105/7
105/10 106/4 106/18 106/19 106/19
108/9 109/6 109/6 109/15 110/20
111/3 113/6 113/13 113/14 113/15
113/16 113/17 113/19 114/11
114/15 122/3 124/11 125/21 127/22
130/2 131/22
upper [20]  27/3 63/7 69/7 69/9
86/5 87/18 88/7 88/13 88/21 89/21
90/2 92/15 93/15 94/6 94/19 95/19
106/22 106/23 113/4 113/7
urgent [1]  46/19
us [22]  34/20 36/4 42/1 42/3 53/3
56/14 56/22 59/3 63/2 70/12 74/24
75/2 75/2 75/5 101/10 103/13
105/10 108/10 105/25 127/8 129/11
130/5
USA [3]  25/10 25/12 81/6
USAO [1]  1/13
use [7]  7/25 9/11 9/23 18/22
19/10 44/20 138/5
used [4]  25/15 33/4 47/21 111/4
uses [1]  34/15
using [7]  19/13 21/25 76/24
103/14 120/18 120/19 120/22
usual [1]  8/12
Utah [2]  24/11 33/12

**W**

**went...** **[16]** 103/17 103/17 104/5
104/7 104/9 105/4 112/17 112/23
113/8 114/13 116/22 128/18 129/17
129/25 130/2 130/2

**were** **[119]** 8/3 22/21 25/7 27/13
28/11 28/25 30/17 36/24 37/2
37/15 37/17 37/18 37/20 38/7
38/18 41/8 41/11 42/5 42/6 42/24
43/19 43/23 44/3 44/4 44/5 44/9
45/6 45/18 46/3 47/19 47/21 47/24
48/1 48/2 48/3 48/4 49/20 49/24
49/25 57/3 57/21 58/14 59/8 60/15
60/20 60/22 62/2 62/11 63/21 65/8
65/19 65/21 66/8 67/19 68/24
68/25 70/21 71/3 71/24 72/25 73/1
73/3 74/18 74/22 75/1 76/25 77/2
78/2 78/5 79/7 80/11 82/21 84/18
84/19 85/4 85/17 86/3 86/6 88/16
91/1 91/7 97/13 99/2 103/14 104/6
104/14 104/23 106/1 107/15 108/12
108/22 109/6 109/7 109/14 110/15
112/25 113/25 114/10 115/1 115/10
115/11 116/14 118/11 119/7 122/17
122/20 126/14 126/18 128/10 129/1
129/2 129/23 130/3 131/2 131/21
131/24 137/15 137/17 138/20

**weren't** **[1]** 137/17

**west** **[74]** 22/25 26/12 26/17 27/3
54/10 55/18 55/20 59/13 59/14
59/16 59/19 60/5 60/5 61/14 61/21
61/22 62/19 63/2 63/24 64/17 66/6
66/7 66/25 67/1 67/15 67/23 68/17
68/21 69/6 69/7 69/9 69/22 70/22
70/23 75/5 75/11 75/12 75/22
76/16 77/9 78/22 78/23 86/5 87/18
87/23 87/23 88/7 88/13 88/21
89/21 90/2 90/20 90/21 92/15
93/15 93/16 93/16 94/6 94/19
95/19 103/2 103/4 103/20 103/22
104/7 104/11 104/13 104/15 106/22
106/23 112/18 113/4 113/7 129/5

**what** **[211]**

**whatever** **[6]** 7/22 7/23 30/15
33/14 33/18 33/24

**whatsoever** **[1]** 17/16

**when** **[76]** 6/25 7/18 8/1 8/11 9/21
12/1 12/2 12/17 12/19 13/3 13/13
15/19 15/25 17/3 17/8 18/9 20/1
20/22 22/18 22/20 26/15 27/17
27/23 28/24 30/23 30/24 31/9
31/10 31/11 33/22 33/23 34/13
36/6 36/19 38/5 41/11 41/18 42/8
42/11 43/5 44/17 44/25 45/22 46/2
46/15 47/22 49/21 49/23 58/6 60/3
63/25 65/20 65/22 65/25 66/2
67/25 70/8 79/20 85/17 93/4 93/6
98/12 102/4 102/10 102/23 103/19
103/21 103/22 103/25 104/10
104/18 106/14 106/17 106/19
108/11 112/25

**where** **[80]** 5/2 9/9 9/20 14/16
17/20 18/13 22/16 23/1 24/13 25/2
25/10 27/3 27/4 36/6 36/8 37/20
40/20 40/21 40/24 41/4 41/16 42/8
42/20 43/7 44/6 46/3 46/4 46/8
46/14 48/15 50/2 50/7 53/2 54/14
60/12 62/17 63/7 65/19 65/21
66/24 67/4 75/3 75/18 77/7 78/6
80/11 84/17 84/17 84/18 85/2
85/25 86/10 86/17 91/20 95/12
99/19 99/25 100/7 101/9 102/20
102/25 103/9 103/20 104/2 104/11
104/25 105/6 106/3 108/12 108/25
111/3 113/8 113/13 113/15 121/5
121/7 121/17 122/7 123/4 126/11

**Whereupon** **[27]** 39/8 40/9 45/14
47/2 47/15 48/11 58/23 62/2 65/16
76/3 79/7 80/20 84/13 86/24 89/2
93/21 94/11 94/25 96/8 97/24
99/16 105/24 110/5 119/13 122/14

124/19 130/15
**whereupon...** **[16]** 10/9 16/1 29/4
46/10

**which** **[42]** 9/1 11/3 11/19 13/5
14/5 14/15 15/18 19/7 32/9 32/10
33/15 33/16 40/16 40/18 40/23
41/6 46/3 54/7 60/20 61/14 61/23
70/19 73/14 91/25 98/18 102/16
102/21 105/3 107/3 107/5 109/4
109/4 109/6 109/17 111/21 113/20
115/5 115/6 118/7 122/20 123/12
128/1

**while** **[11]** 20/11 21/12 27/13
43/19 43/23 44/5 45/4 46/10 67/19
115/11 136/20

**white** **[2]** 37/23 49/11

**who** **[44]** 7/11 8/5 12/4 14/4 16/3
18/12 21/5 22/9 25/25 26/8 27/19
30/3 33/2 37/12 38/3 38/14 39/17
40/17 42/5 49/2 55/25 56/5 60/20
64/1 64/6 64/13 68/17 77/2 81/15
81/15 81/16 93/2 95/18 97/9 108/8
108/18 110/9 110/25 112/4 116/19
117/7 120/9 137/1 137/18

**whole** **[1]** 31/13

**whom** **[1]** 17/12

**whose** **[1]** 127/19

**why** **[19]** 19/16 21/21 23/18 24/9
28/19 30/5 30/13 30/17 30/17
31/16 38/15 43/4 43/9 68/14 70/25
78/4 126/14 127/16 135/11

**wide** **[1]** 122/25

**widening** **[1]** 120/20

**wife** **[1]** 49/5

**will** **[88]** 6/10 6/18 6/20 6/23
6/24 7/7 7/15 7/16 7/17 7/20 7/20
7/21 7/24 7/24 8/9 8/9 10/17
10/25 11/7 11/24 12/6 12/12 12/15
12/16 13/1 13/2 13/6 13/12 14/7
14/9 15/1 17/5 18/9 19/7 20/20
21/3 21/6 21/8 21/11 21/13 24/2
24/2 24/3 24/4 24/5 24/7 24/10
24/17 25/3 25/6 25/22 25/23 26/17
28/4 29/4 29/13 29/13 29/20 33/10
33/13 33/15 33/24 34/3 34/14 35/4
51/11 52/1 61/25 67/24 70/9 70/9
70/11 75/20 79/12 80/2 92/7
100/21 101/1 104/2 114/1 114/4
114/5 114/6 114/6 127/12 139/25
140/1 140/11

**Willem** **[13]** 2/7 79/21 80/2 101/1
101/2 101/6 101/14 107/23 108/21
111/14 111/25 112/8 132/16

**willfully** **[2]** 10/6 10/14

**window** **[18]** 27/7 28/12 28/12 44/6
72/23 96/22 97/1 97/2 97/3 97/4
97/10 98/3 98/7 98/13 99/20 99/24
100/2 114/9

**windows** **[2]** 72/25 99/21

**wing** **[10]** 69/15 88/8 88/22 95/23
96/19 97/19 98/4 99/6 99/21 116/2

**Wisconsin** **[1]** 1/17

**wish** **[4]** 7/3 7/23 17/9 22/1

**withdrawn** **[1]** 16/7

**within** **[12]** 8/13 8/20 9/8 9/17
9/19 9/25 10/13 36/5 53/16 59/11
59/18 73/2

**without** **[7]** 9/10 16/20 27/18
33/17 44/21 45/11 58/22

**withstand** **[1]** 122/25

**witness** **[38]** 5/24 5/25 6/1 8/5
12/16 14/5 34/3 35/9 38/21 46/24
49/9 52/2 52/5 52/12 52/14 58/18
67/10 71/17 75/6 79/14 86/9 88/19
89/16 91/16 91/16 97/16 99/5
100/16 100/17 100/21 100/21
100/22 106/6 107/21 113/10 116/8
118/25 138/13

**witnessed** **[1]** 67/19

**witnesses** **[16]** 2/2 5/23 7/7 8/3
12/16 13/1 14/2 14/4 14/6 15/1
15/10 17/13 17/21 17/25 34/25

79/18
**woman** **[4]** 33/10 33/20 33/6 77/21

**won't** **[4]** 11/4 21/22 21/25 80/3

**word** **[3]** 34/11 50/16 111/4

**words** **[3]** 22/23 29/10 33/25

**wore** **[1]** 25/5

**work** **[11]** 17/4 27/23 38/6 39/17
53/2 53/3 58/1 58/5 58/6 101/9
115/25

**worked** **[4]** 28/1 38/2 39/19 118/2

**working** **[5]** 37/22 38/12 39/12
43/13 111/5

**works** **[2]** 39/14 118/8

**worksheet** **[4]** 38/18 40/11 40/12
40/14

**world** **[4]** 25/20 25/21 30/1 31/13

**worse** **[1]** 110/24

**worst** **[1]** 128/2

**worst-case** **[1]** 128/2

**would** **[93]** 4/17 4/17 5/8 5/16
5/16 5/17 5/21 5/23 6/1 6/5 11/24
13/5 16/8 19/20 22/9 22/10 23/9
24/13 24/14 24/14 24/20 24/25
27/5 33/8 35/21 37/16 37/22 38/14
38/19 38/20 40/5 40/17 40/20
40/24 43/10 43/19 45/7 45/8 46/2
46/20 47/12 47/22 48/5 48/7 49/6
49/25 53/8 55/22 56/1 56/2 56/6
57/2 58/16 60/16 60/16 60/23 64/3
64/4 65/9 66/12 67/7 70/7 75/2
78/6 78/22 84/9 86/6 88/16 91/21
93/17 94/21 95/5 95/10 96/25
97/14 97/21 99/3 100/11 102/18
115/8 118/5 118/25 122/23 123/22
123/23 124/2 124/5 128/1 129/25
130/1 130/2 130/5 131/6

**wouldn't** **[1]** 95/10

**wrapped** **[1]** 32/18

**write** **[4]** 7/22 7/23 16/21 18/18

**writing** **[2]** 21/5 21/7

**written** **[1]** 21/13

**wrong** **[2]** 19/23 31/19

**X**

**X-ray** **[1]** 56/25

**Y**

**yeah** **[6]** 95/5 104/18 112/23
117/11 124/2 128/16

**years** **[13]** 36/2 36/3 36/7 36/8
51/5 51/6 53/13 53/14 59/15 67/25
101/19 132/17 132/22

**yellow** **[2]** 71/15 113/2

**yes** **[258]**

**yesterday** **[2]** 4/16 4/20

**yet** **[5]** 63/12 86/13 86/14 114/16
125/15

**York** **[1]** 5/13

**you** **[766]**

**young** **[2]** 33/6 78/12

**your** **[133]** 4/5 4/6 4/11 4/15 5/21
5/22 6/9 6/21 6/23 6/25 7/7 7/9
7/9 7/11 7/14 7/19 7/25 8/7 11/20
13/14 13/14 13/17 13/21 13/23
14/8 14/9 14/10 15/6 15/23 15/24
16/11 16/14 16/16 16/24 18/12
18/19 19/1 19/1 19/2 19/16 20/5
20/17 20/23 21/9 21/10 22/6 22/11
29/20 35/7 35/9 35/10 35/15 35/21
37/4 39/4 39/11 39/12 40/5 43/15
45/6 45/9 45/16 46/20 47/4 47/11
47/17 49/16 50/24 52/5 52/6 52/15
52/19 53/4 56/24 57/5 61/1 61/4
62/4 65/12 65/21 71/22 75/24
76/24 76/25 79/4 79/14 79/16
79/23 80/9 80/14 80/16 82/7 84/9
84/11 86/20 87/3 88/23 91/5 91/11
91/23 93/17 94/21 96/4 97/20
99/12 100/14 100/18 100/24 100/25
101/4 101/11 101/20 102/10 102/13
109/24 114/21 119/16 127/13
128/18 128/23 129/2 131/16 131/19

**Y**

**your... [10]**  131/20 132/2 132/8
132/15 133/5 134/23 138/20 138/21
139/3 139/11
**yours [1]**  33/19
**yourself [7]**  17/18 41/25 67/2
67/7 71/12 71/14 112/19
**YouTube [2]**  24/24 25/15