```
1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                        Criminal Action
4              Plaintiff,              No. 1: 21-078

5         vs.                          Washington, DC
                                       November 13, 2023
6    JOHN EARLE SULLIVAN,
                                       10:32 a.m.
7              Defendant.
     _____/
8

9              TRANSCRIPT OF JURY TRIAL
         BEFORE THE HONORABLE ROYCE C. LAMBERTH
10            UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Plaintiff:     MICHAEL LAWRENCE BARCLAY
13                          REBEKAH LEDERER
                            USAO
14                          601 D Street NW
                            Washington, DC 20530
15

16   For the Defendant:     STEVEN ROY KIERSH
                            LAW OFFICE OF STEVEN R. KIERSH
17                          5335 Wisconsin Avenue, NW
                            Suite 440
18                          Washington, DC 20015

19

20

21
     Court Reporter:        SHERRY LINDSAY
22                          Official Court Reporter
                            U.S. District & Bankruptcy Courts
23                          333 Constitution Avenue, NW
                            Room 6710
24                          Washington, DC 20001

25
```

1                       TABLE OF CONTENTS

2                          WITNESSES

3    Thomas Loyd

4          Direct examination by Ms. Lederer          4
           Cross-examination by Mr. Kiersh            64
5          Redirect examination by Ms. Lederer        83

6    Daniel Schwager

7          Direct examination by Mr. Barclay          87

8    Kyle Yetter

9          Direct examination by Ms. Lederer          128
           Cross-examination by Mr. Kiersh            161
10         Redirect examination by Ms. Lederer        173

11

                           EXHIBITS
12
     Government Exhibit 672                            9
13   Government Exhibit 112                            12
     Government Exhibit 311                            13
14   Government Exhibit 632                            17
     Government Exhibit 313                            18
15   Government Exhibit 315                            22
     Government Exhibit 113                            31
16   Government Exhibit 638                            39
     Government Exhibit 692                            43
17   Government Exhibit 610                            46
     Government Exhibit 601.1                          47
18   Government Exhibit 317                            48
     Government Exhibit 318                            50
19   Government Exhibit 605                            51
     Government Exhibit 611                            56
20   Government Exhibit 320                            58
     Government Exhibit 322                            60
21   Government Exhibit 616                            61
     Government Exhibit 402                            97
22   Government Exhibit 403 - 406                      99
     Government Exhibit 407                            100
23   Government Exhibit 410, 411                       108
     Government Exhibit 401                            109
24   Government Exhibit 319                            137
     Government Exhibit 601.1                          156
25   Government Exhibit 901.14                         158

```
 1                    P R O C E E D I N G S
 2            THE COURTROOM DEPUTY:  This is criminal case 21-078,
 3   United States of America versus John Earle Sullivan.
 4            Starting with the Government, please approach the
 5   podium and state your appearance for the record.
 6            MS. LEDERER:  Good morning, Your Honor.  Rebekah
 7   Lederer and Michael Barclay on behalf of the United States,
 8   joined at counsel table with Ms. Hamdi Mohamed and Special
 9   Agent Matthew Foulger.
10            THE COURT:  Okay.
11            MR. KIERSH:  Good morning, Your Honor.  Steven Kiersh
12   on behalf of John Sullivan, who is present in the courtroom.
13            THE COURT:  Can you bring your witness back?
14            And bring in the jury.
15            Chief Loyd is going to resume next or are we going
16   to --
17            MS. LEDERER:  Yes, Your Honor.  The government recalls
18   Chief Loyd, Deputy Chief Thomas Loyd.
19            Your Honor, may the deputy take a seat so the jury can
20   come out?
21            THE COURT:  Well, they are coming right now.
22             (The jury is seated.)
23            THE COURT:  You may be seated.
24            Chief Loyd is on the stand.  The government may
25   proceed with their questioning.  You are still under the same
```

1    oath, so you can resume the stand.

2            THE WITNESS:  Yes, sir.

3            MS. LEDERER:  May I, Your Honor?

4            THE COURT:  You may.

5            MS. LEDERER:  Thank you.

6                    DIRECT EXAMINATION CONTINUED

7    BY MS. LEDERER:

8        Q.  Good morning.

9        A.  Good morning.

10       Q.  Depute Chief Loyd, I believe where we left off with

11   you last week, you were walking us through the senate wing door

12   area to the senate carriage door area.  And I believe you had

13   identified an individual jumping through the window at around

14   2:15 going on 2:16 p.m.; is that correct?

15       A.  Yes.

16       Q.  If I may have Exhibit 305 brought up.  305 was

17   admitted last week.  And if we could bring that to 7 minutes

18   and 35 seconds in.

19           Deputy Chief Loyd, is Exhibit 305 -- is this the

20   senate wing door area?

21       A.  Yes.

22       Q.  If you could, could you read the time stamp onto

23   record from January 6, 2021?

24       A.  2:22 p.m. on January 6, 2021.

25       Q.  If we could press play.  And pause at 7 minutes and 43

1   seconds in.

2          Deputy Chief Loyd, I am going to circle an individual

3   on the screen.  And for the record, we are paused at 7:43 in.

4   Deputy Chief Loyd, can you read the time stamp too, please?

5          A.  2:22 p.m. on January 6, 2021.

6          Q.  The person that I circled, can you tell what they are

7   wearing?

8          A.  Yes.  Black backpack on the back, black pants, black

9   jacket.

10         Q.  Do you see a device in that person's hand?

11         A.  Yes.  It appears to be a camera.

12         Q.  The direction that that person is walking, what

13   direction are they walking in?

14         A.  South.

15         Q.  If I were -- we are going to let this play out a

16   little bit.  Then if I were to eventually show you a map again

17   of the first floor, would you be able to identify for the

18   members of the jury the direction this person is walking in?

19         A.  Yes.

20         Q.  If we could continue to press play.  And then we'll

21   pause and bring it down 7 minutes and 53 seconds in.

22         If we may bring up Exhibit 111 that has already been

23   introduced.

24         Deputy Chief Loyd, could you one more time identify

25   the senate wing door area for the members of the jury?

1      A.   Yes.  Circled in yellow.

2      Q.   If you could, could you draw a line in a different

3   color of the path of travel the person in all black was

4   traveling in?

5      A.   Did you say in a different color?

6      Q.   Yes.

7      A.   I don't know how to choose.

8      Q.   I got you, don't worry.  Let's see if I can change it

9   from my angle.  Go ahead.

10      A.   Traveling south.

11      Q.   For the record, the witness drew a line towards the

12   area that is labeled on 111 as the crypt.

13           MR. KIERSH:  No objection.

14   BY MS. LEDERER:

15      Q.   Inspector Loyd, you had indicated that person had a

16   camera that was still up.  If I could show you that video,

17   would you be able to walk the members of the jury through the

18   direction that the individual was traveling?

19      A.   Yes.

20      Q.   If we could please bring up Exhibit 701 that is

21   already in evidence and bring that to 23 minutes and 30 seconds

22   in.

23           MR. KIERSH:  I'm sorry.  Can you give me the exhibit

24   number again?

25           MS. LEDERER:  701.

1              MR. KIERSH:  Thank you.

2   BY MS. LEDERER:

3       Q.  We'll bring this to 23 minutes and 33 seconds in.

4           If we could play and then pause at 23:47, please.

5           For the record, paused at 23:47, Deputy Chief Loyd,

6   could your hear what the people are chanting?

7       A.  USA.

8       Q.  And right here paused at 23:47, what location are we

9   in?

10      A.  You're at the senate wing door.

11             MS. LEDERER:  Your Honor, if I may have a brief

12  moment.

13  BY MS. LEDERER:

14      Q.  If we can continue to play and then pause at 24:13.

15          Deputy Chief Loyd, paused here at 24:13.  Do you

16  recognize this area here?

17      A.  Yes.

18      Q.  What is this?

19      A.  This is an area that is in between the senate wing

20  door that we just saw and to the south of that is the crypt.

21      Q.  The area that the camera is pointed into, do you know

22  what that area is used for?

23      A.  It is some type of office.

24      Q.  On a regular basis, is this area open?

25      A.  No.

1      Q.  Can you tell us more about that?

2      A.  This is the first time during my 5 year tenure at the

3   Capitol I had ever seen that door open.  So I am not sure what

4   is in that room because I have never seen that door open.

5      Q.  So you, yourself, at that time as an inspector had

6   never been inside this office, is that fair to say?

7      A.  Yes.

8      Q.  If we could continue to play and then we are going to

9   pause at 24:35.

10         Deputy Chief Loyd, could you hear what the person was

11   saying who was filming?

12      A.  Yes.  He says, "We did this shit, we took this shit."

13      Q.  If we could continue to -- and then looking out, are

14   we looking back out onto the upper west terrace?

15      A.  Yes.

16      Q.  If we could continue to play, please, and pause at

17   25:05.

18         Deputy Chief Loyd, what just -- what did you just

19   witness here?

20      A.  They were cheering on the crowd on the outside and,

21   you know, talking about breaking the window, other windows that

22   have already been broken.

23      Q.  Did you see actual damage to the window?

24      A.  If you can screen it back.

25      Q.  If we can bring it back to 24:35, please.

1          Deputy Chief Loyd, did you see damage to the window?

2     A.   Yes.

3     Q.   When the person filming first came into this office,

4  was there any damage to the window?

5     A.   No.

6     Q.   If we could please take down 701 and bring up

7  Exhibit 672.

8          Deputy Chief Loyd, before we get into this video, and

9  it is admitted into evidence, can you -- are we in the same

10  office here?

11     A.   Yes.

12     Q.   Do you see an individual in all black?

13     A.   Yes.

14          MS. LEDERER:  Your Honor, at this time I'd seek to

15  admit 672 into evidence.

16          MR. KIERSH:  No objection.

17          THE COURT:  Received.

18             (Whereupon, Government Exhibit No. 672 was admitted.)

19  BY MS. LEDERER:

20     Q.   Deputy Chief Loyd, looking at 672, do you see off to

21  the left that individual with the camera apparatus and in all

22  black?

23     A.   Yes.

24     Q.   And the window itself, does it look damaged?

25     A.   No.

DIRECT EXAMINATION OF THOMAS LOYD

1      Q.  If we could press play.

2           If we could press pause, please, Deputy Chief Loyd.

3  Who damaged that window?

4      A.  The gentleman dressed in all black.

5      Q.  Could you hear what the gentleman said about getting

6  it on camera?

7      A.  Yes.

8      Q.  What did he say?

9      A.  "Other windows were broken" and that was about it.

10     Q.  If we could continue to press play, please.

11          Now, if you turned back out of that office, would you

12  be able to access the second floor from around that area?

13     A.  If you leave that office, there is a stairwell north

14  and south of that that you can take to the second floor.

15     Q.  If we may please bring up Exhibit 701, please.  If we

16  can bring this to 25 minutes and 5 seconds in.

17          For the record, we are at 25:04.  If we could play and

18  pause at 25:25.

19          Deputy Chief Loyd, could you hear what the person

20  filming was doing?

21     A.  Basically cheering on the crowd.

22     Q.  If we could continue to press play.

23          If we could please pause.

24          Deputy Chief Loyd, could you walk the members of the

25  jury through the path of travel that we just watched this

DIRECT EXAMINATION OF THOMAS LOYD

1    person walk?

2        A.   Yes.   When they left that office after the window was

3    damaged, he made a right, went south into the small rotunda

4    area, actually it's the original rotunda of the Capitol back in

5    1790, took a stairwell up to the second floor -- and you can

6    see more of the original Capitol rotunda -- and then made

7    another right and continued then to the current US Capitol

8    rotunda.

9        Q.   The current rotunda, for the US Capitol that is you're

10   saying on the second floor?

11       A.   Yes.

12       Q.   If I were to show you a map of the second floor would

13   you recognize it?

14       A.   Yes.

15       Q.   If we may please bring up 112.

16            As we bring up 112, all of the areas that we just

17   watched the person filming, the man in all black filming 701

18   walk, was anyone allowed in those areas?

19       A.   No.

20       Q.   The person filming in all black, was that individual

21   allowed in those areas?

22       A.   No.

23       Q.   Deputy Chief Loyd, showing you what has been marked a

24   112.  Do you recognize this as a map of the second floor?

25       A.   Yes.

DIRECT EXAMINATION OF THOMAS LOYD

1     MS. LEDERER:  Your Honor, at this time I would seek to

2  move 112 into evidence.

3     MR. KIERSH:  No objection.

4     THE COURT:  Received.

5     (Whereupon, Government Exhibit No. 112 was admitted.)

6  BY MS. LEDERER:

7     Q.  Deputy Chief Loyd, if you could, could you mark the

8  old rotunda on this map?

9     A.  Circled the --

10    Q.  Indicating for the record, the witness circled the

11  smaller circle that is just right of the rotunda.

12    MR. KIERSH:  No objection.

13  BY MS. LEDERER:

14    Q.  And I -- it is labeled here on this map, but if you

15  could, for the record, just identify which side of the building

16  the House of Representatives is on and which side the Senate is

17  on?

18    A.  (Complying).  That is the House with the H to the left

19  and the Senate identified by the S on the right.

20    Q.  Inspector Loyd, could you access either the House or

21  the Senate from the second floor?

22    A.  Yes.

23    Q.  I will have a few questions about the House in a

24  little bit, but I am going to focus right now on the rotunda.

25  In the rotunda, is there also surveillance footage or

1  surveillance cameras recording the rotunda?

2       A.  Yes.

3       Q.  Were they recording on January 6?

4       A.  Yes.

5       Q.  If we could, could we please bring up Exhibit 311.

6  And if we could bring this about 14 seconds in.

7            Deputy Chief Loyd, do you recognize this CCTV

8  surveillance footage?

9       A.  Yes.

10      Q.  Where is this?

11      A.  This is in the Capitol rotunda.

12           MS. LEDERER:  Your Honor, at this time I would seek to

13  admit Exhibit 311 into evidence.

14           MR. KIERSH:  No objection.

15           THE COURT:  Received.

16           (Whereupon, Government Exhibit No. 311 was admitted.)

17  BY MS. LEDERER:

18      Q.  As this is published on everyone's screens, Deputy

19  Chief Loyd, what is the time stamp?

20      A.  2:25 p.m. on January 6, 2021.

21      Q.  If we could press play and then as this is playing, I

22  am going to have a few questions for you, Deputy Chief Loyd.

23  And if we could press pause briefly, circling an individual in

24  the -- excuse me.  I am circling an individual in the red.  Is

25  that the individual that we have seen, we have been tracing

1    over the course in all black?

2        A.  Yes.

3        Q.  If we could please press play and I am going to have

4    some questions as we watch along.

5            I would just ask that you track that person in all

6    black as he goes along.  Can you see what is happening now?

7        A.  Yes.  He is stopped towards the middle talking to

8    other protesters.

9        Q.  At this time, do other protesters also have their

10   phones out?

11       A.  Yes.

12       Q.  And at the time that the individual in all black and

13   the other people are in the rotunda, are they allowed to be in

14   the rotunda at this time?

15       A.  No.

16       Q.  Deputy Chief Loyd, do you see what the individual is

17   doing?

18       A.  He hugged another person.

19       Q.  Could you see what the individual is doing?

20       A.  It appears to be kissing another person.

21       Q.  Deputy Chief Loyd, the direction that the individual

22   in all black is walking, what direction is that towards?

23       A.  South towards Statuary Hall.

24       Q.  From Statuary Hall, can you eventually access the

25   House of Representatives?

DIRECT EXAMINATION OF THOMAS LOYD

1       A.   Yes, the House chamber, yes.

2       Q.   The time that we were watching the individual in all

3   black in the CCTV, was his phone out?

4       A.   Yes.

5       Q.   If I could switch back to 701, please.  And we'll

6   bring this to 26 minutes and 30 seconds, 26 minutes and 30

7   seconds in.

8            For the record, we are at 26 -- I'm sorry.  We can

9   bring it from here.  For the record, we are at 26:30.

10           Deputy Chief Loyd, are we still in the rotunda?

11      A.   Yes.

12      Q.   If we could please press play.

13           (Video played.)

14   BY MS. LEDERER:

15      Q.   If we could press pause.

16           Deputy Chief Loyd, could you hear what the two

17   individuals were saying?

18      A.   Yeah, congratulating themselves on getting into the

19   building basically.

20      Q.   If we can continue to play and then we'll pause at

21   around 28:15.

22           Deputy Chief Loyd, could you hear what that individual

23   who is recording just said?

24      A.   Makes reference to the Speaker's Office.

25           MR. KIERSH:  Your Honor, objection.  Can we have a

DIRECT EXAMINATION OF THOMAS LOYD

```
1    headset, please?

2              (Conference held at the bench.)

3              MR. KIERSH:  Can you hear me?  Counsel is now

4    asking -- repeatedly asking what is the person saying.  This

5    witness has not said that he can identify that voice as John

6    Sullivan.  So I would ask that this line of questioning stop.

7              And the other objection, that I would let counsel

8    finish, he asked what this young woman was saying.  It is

9    hearsay as to what the other woman was saying.  She is not the

10   person who filmed this.  So for those reasons, we would note

11   those objections.

12             MS. LEDERER:  Your Honor, starting with counsel's --

13             MR. KIERSH:  I can't hear.

14             MS. LEDERER:  Can you hear me now?

15   No?

16             MR. KIERSH:  No.

17              (Pause.)

18             MS. LEDERER:  Can you hear now?

19             Your Honor, I will walk over next to counsel so that

20   he can hear me as I am making my objection.

21             Can you hear now?

22             MR. KIERSH:  Now I can hear.  Thank you.

23             MS. LEDERER:  Your Honor, starting with counsel's

24   first point, we covered this last week.  And have laid the

25   foundation numerous times, painstakingly going through, can you
```

1    see this person in all black recording, all in the rotunda.

2    And then we switched to that person's video.  And you can hear

3    the person in the background making noise.  I never said once

4    is this John Sullivan.  I am very careful to keep saying the

5    person filming or the person in all black.  As to the hearsay,

6    this is present sense impression and excited utterance.

7                   THE COURT:  The objection is overruled.

8                   (End of bench conference.)

9    BY MS. LEDERER:

10       Q.  Deputy Chief Loyd, can you hear what the individual

11   said?  And I can bring it back if you need to hear it again.

12       A.  Made reference to passing by the Speaker's Office.

13       Q.  If we could please switch to Exhibit 632.

14           Deputy Chief Loyd, do you recognize this area?

15       A.  Yes.

16       Q.  Is this from inside the Capitol?

17       A.  Yes.

18           MS. LEDERER:  Your Honor, at this time I would seek to

19   admit 632.

20           MR. KIERSH:  No objection.

21           THE COURT:  Received.

22           (Whereupon, Government Exhibit No. 632 was admitted.)

23   BY MS. LEDERER:

24       Q.  If we could press play, please.

25           If we could press pause.  Thank you.

DIRECT EXAMINATION OF THOMAS LOYD

1          The individual in all black with the camera out, could
2   you hear what that person said?
3          A.   Not -- if you could play it one more time.  Thank you.
4          Q.   Absolutely.  I am just going to direct your attention
5   to the right hand of the screen to the individual in all black.
6          Could you hear what that person said?
7          A.   He made reference to this is our house.
8          Q.   The direction that that person is traveling in, is
9   that towards Statuary Hall that you discussed earlier?
10         A.   Yes.
11         Q.   Is Statuary Hall covered by CCTV surveillance?
12         A.   Yes.
13         Q.   If we may please bring up 613, please.
14         And I do apologize, 313.  I'm sorry, Ms. Mohamed.
15         Deputy Chief Loyd, do you recognize the camera angle
16   in Exhibit 313?
17         A.   Yes.
18         Q.   Where is this?
19         A.   Statuary Hall located in the US Capitol.
20         MS. LEDERER:  Your Honor, at this time the government
21   seeks to admit 313 into evidence.
22         MR. KIERSH:  No objection.
23         THE COURT:  Received.
24         (Whereupon, Government Exhibit No. 313 was admitted.)
25   BY MS. LEDERER:

1          Q.  If we could bring 313 forward to 2 minutes and 20

2    seconds in.

3               Deputy Chief Loyd, now that we are 2 minutes and 20

4    seconds in, what is the time stamp on the top left corner?

5          A.  2:27 p.m. on January 6, 2021.

6          Q.  If we could press play.  And I am going to have some

7    questions as this plays along.

8               Coming on the screen on the left side, do you see the

9    individual in all black?

10         A.  Yes.

11         Q.  What is in his right hand?

12         A.  It appears to be his gas mask.

13         Q.  And what about his left hand?

14         A.  It appears to be his phone.

15         Q.  If we could press pause, please.  The direction the

16   crowd is moving in, where is that towards?

17         A.  South towards the House main door.

18         Q.  If we could please bring up 701.

19              We are going to bring this 28 minutes and 15 seconds

20   in.

21              And for the record, we are at 28:15.  We are going to

22   continue to play.  And I am going to have some questions around

23   28:50.

24              (Pause.)

25              MS. LEDERER:  May I, Your Honor?

1              THE COURT:  Yes.

2     BY MS. LEDERER:

3         Q.  We are going to play from -- we brought it back to

4     28:14.  We are going to play from there and I will have some

5     questions for you around 28:50.

6              Deputy Chief Loyd, could you hear what the person

7     filming just said?

8         A.  Yes.  There was -- made reference to possibly burning

9     this place down, so he is going to go ahead and film.

10        Q.  The direction that we just walked, is that through

11    Statuary Hall towards the House of Representatives?

12        A.  Yes.

13        Q.  If we could continue to play, please.

14             If we could press pause, please.  If we could please

15    bring it back to about 29:25.  And thank you.

16             Paused here at 29:25, Deputy Chief Loyd, the area in

17    the far background, what is that?

18        A.  That is the House main door.

19        Q.  When you testified last week, you kind of walked us

20    not only through January 6, in general, but you spoke a little

21    bit about your day.  After we saw you in that Ohio clock area,

22    where do you go from there?

23        A.  When Deputy Chief Waldo came to the Ohio clock area, I

24    asked for permission to leave the senate chamber to go check on

25    the status of the House chamber.

DIRECT EXAMINATION OF THOMAS LOYD

1     Q.  Why did you go to check on the status of the House

2    chamber?

3     A.  I wanted to make sure they were safely locked down.

4     Q.  Was it your understanding at that time, that the House

5    was still in session?

6     A.  Yes.

7     Q.  Do you make it to the House side?

8     A.  Yes.

9     Q.  When you make it to the House side are you able to

10    check on the status of the members in the House?

11     A.  Yes.  When I arrived, I discovered very quickly my

12    officers had done what they were trained to do.  They were

13    locked down in the House chamber sheltering in place.

14     Q.  In addition to just House members being inside the

15    House of Representatives, was there also staff inside?

16     A.  Yes.

17     Q.  Was there also credentialed media inside?

18     A.  Yes.

19     Q.  When you get there, where do you position yourself?

20     A.  Right outside the House main door.

21     Q.  Why do you do that?

22     A.  Just to assess the crowd that was coming from the

23    north side of the building to the south side.

24     Q.  When you first got to the House, was there any rioters

25    there?

1          A.   No.  It was relatively quiet.

2          Q.   And as we watched this crowd, were those amongst the

3    first to arrive at the house main doors?

4          A.   Yes.

5          Q.   What was your objective while at the -- outside the

6    House main doors?

7          A.   The original objective was to set a small police line

8    like I had done several times before during the day and prevent

9    the protesters from going past that point.

10         Q.   Were you successful in meeting that accomplishment?

11         A.   No.

12         Q.   We'll work up to that.  Outside this House main door,

13   is there also CCTV recording here?

14         A.   Yes.

15         Q.   If we could at this time, bring up Exhibit 315.

16              Deputy Chief Loyd, do you recognize the angle in

17   Exhibit 315?

18         A.   Yes.  This is an angle -- the House main door is

19   behind us.  And it is looking at Statuary Hall looking north.

20              MS. LEDERER:  Your Honor, at this time I would seek to

21   admit into evidence 315.

22              MR. KIERSH:  No objection.

23              THE COURT:  Received.

24              (Whereupon, Government Exhibit No. 315 was admitted.)

25   BY MS. LEDERER:

1          Q.   Deputy Chief Loyd, what is the time stamp?

2          A.   2:27 p.m. on January 6, 2021.

3          Q.   If we can please press play and then we are going to

4     pause at 21:13.

5               Deputy Chief Loyd, can you see a crowd approaching?

6          A.   Yes.

7          Q.   And here at 1:05 in, do you see an officer now

8     approaching the crowd?

9          A.   Yes.  That is Sergeant Vargas.

10         Q.   And the sergeant, was he effectuating or trying to

11    hold the crowd here?

12         A.   Yes.  We heard the protesters making their way from

13    the north side to the south side of the building.  Sergeant

14    Vargas volunteered to take the lead to speak to the protesters

15    to try and get them to stop at that location.

16         Q.   Deputy Chief Loyd, we are paused at 1:13.  Can you

17    read the time stamp onto the record?

18         A.   2:28 p.m. on January 6, 2021.

19         Q.   I am going to circle an individual right here.  Do you

20    see that individual?

21         A.   Yes.

22         Q.   And you said that the sergeant wanted to stop people

23    right there, again.  Were members and staff still inside the

24    House of Representatives at this point in 2:28 p.m.?

25         A.   Yes.

1      Q.  If we could please play.  And if you could follow that

2   individual that I circled.

3          If we could press pause.  Can you see the individual

4   walking up towards the front of the line?

5      A.  Yes.

6      Q.  And if -- now he is off screen.  If we could bring it

7   to 2:41.  For the record, I was paused at 1:24.

8          Before we press play, what is -- at 2:24 into the

9   video, what is the actual time stamp?

10     A.  2:29 p.m. on January 6, 2021.

11     Q.  I am going to circle the individual.  Can you see the

12  individual I just circled?

13     A.  Yes.

14     Q.  Is that the person we have been tracing the entire

15  time you have been up here?

16     A.  Yes.

17     Q.  Is his camera out?

18     A.  Yes.

19     Q.  If we could please switch to that camera, 701.  And if

20  we could please bring to -- I believe we had left off at 28:25.

21  And we will play to -- I apologize.  We can bring it up to

22  29:15.  And if we could play to about 29:48.

23          Deputy Chief Loyd, we are paused here at 29:48 seconds

24  into Exhibit 701.  Could you hear what the crowd was chanting?

25     A.  "USA."

1        Q.   And can you identify yourself in this video?

2        A.   Yes, circled in yellow.

3        Q.   Identifying for the record the witness identified the

4    middle officer.  And in that line of officers, he is the only

5    one wearing -- what kind of hat would that be?

6        A.   Class A hat.

7        Q.   Deputy Chief Loyd, at this --

8             MR. KIERSH:  No objection to the identification.

9             MS. LEDERER:  Thank you, Counsel.

10   BY MS. LEDERER:

11       Q.   Deputy Chief Loyd, at this moment about how many

12   officers do you have to your right and left?

13       A.   Approximately six or seven.

14       Q.   And you have the additional sergeant out front like

15   you had testified before?

16       A.   Yes.  Sergeant Vargas.

17       Q.   This individual that I am circling to the right in the

18   suit, who is that?

19       A.   He is a member of the House sergeant at arms.

20       Q.   What does a sergeant of arms do?

21       A.   The sergeant of arms is responsible for the safety and

22   security of the respective congressional chamber he works for.

23   The House sergeant of the arms, which is responsible for safety

24   of the House of Representatives.

25       Q.   So right here, there is about, give or take, 9 to 11

1    people protecting this House main door; is that correct?

2        A.  Yes.

3        Q.  Could you put a number about how many people are

4    inside the House of Representatives at this point in time?

5        A.  You have approximately 435 in members of Congress,

6    multiple staff and multiple members of the media.

7        Q.  Deputy Chief Loyd, at this point as the crowd is

8    growing, is your plan just to hold in place here?

9        A.  Yes.  That was the original plan.

10       Q.  At this time, do you know how the House of

11   Representatives and the staff and press inside are situated

12   within the actual House of Representatives?

13       A.  Yes.  You have a large amount of members of Congress

14   who are actually on the main House floor, which is the second

15   floor.  But you also had several that were actually on the

16   gallery level, which is usually reserved for the members of the

17   public for social distancing purposes on January 6.  So I had

18   members of congress on the second and third floor of the House

19   chamber.

20       Q.  At some point, while you are standing outside, does

21   the crowd continue to grow?

22       A.  Yes.

23       Q.  What becomes your concern as the riot -- or the crowd

24   begins to grow?

25       A.  Same concern going back to 12:53.  On the initial

1   breach, you know, up until this point, the crowd had not

2   stopped.  Whenever there was a police line, it was breached, we

3   would set up additional police lines on the outside.  Every

4   time it was breached, we set up a police line on the inside of

5   the building, outside the senate chamber and that was breached.

6   So once the crowd continues to push, the crowd does not stop,

7   it breaches every place line up until this point.

8        Q.  And behind you, those doors, did those doors give

9   direct access to the House of Representatives?

10       A.  Yes.

11       Q.  On, say, January 6 before the Capitol was breached,

12  who would have had access to those doors?

13       A.  Just members of Congress and staff.

14       Q.  How many doors -- it kind of looks like there is kind

15  of another pane behind the initial set of doors.  Can you

16  describe that doorway to the House of Representatives?

17       A.  Yes.  There is actually three sets of doors.  You see

18  the outer-most doors that are shut, made of wood and glass.

19  There is an interior set of doors, which is completely wood.

20  It is painted white.  And you see the final set of doors.  And

21  if you look closely, you can see the small glass with the metal

22  running through the glass.  That is the 3rd and final set of

23  doors that go into the House chamber.

24       Q.  At some point, does the temperament of this crowd

25  shift?

DIRECT EXAMINATION OF THOMAS LOYD

1      A.  Yes.

2      Q.  And does it shift while you are there?

3      A.  Yes.

4      Q.  Could you describe that shift?

5      A.  The crowd, once they had more members behind them,

6  they became more angry.  There was encouragement to push

7  forward past the police line.

8      Q.  Based off of that encouragement, do you have to change

9  your plan of just holding the rioters there?

10      A.  Yes.

11      Q.  Why?

12      A.  Because I knew eventually, based on the temperament

13  and what I had faced earlier in the day, they would breach that

14  police line.

15          MR. KIERSH:  Objection, Your Honor, speculation.

16          THE COURT:  Overruled.

17  BY MS. LEDERER:

18      Q.  If you could continue.

19      A.  That they would eventually breach this line and push

20  towards the House chamber.

21      Q.  What do you do in response to that growing concern?

22      A.  I eventually leave this area.  I go west to the west

23  side of the Speaker's Lobby to assess the status of the rear of

24  the House chamber, which is the Speaker's Lobby.  When I first

25  get there, I see that my officers had done what they were

DIRECT EXAMINATION OF THOMAS LOYD

1  trained to do.  They had locked the doors and they had also

2  barricaded the doors with furniture.

3      Q.  I will get to that in a little bit and I will have

4  some more questions there.  If we could continue to play,

5  please, and we'll pause at about 30:25.

6          Inspector Loyd, are you still there?

7      A.  Yes.

8      Q.  Can you hear what people are chanting?

9      A.  "Stop the Steal."

10      Q.  If we can continue to play, please, and we'll pause at

11  31:02.

12          If we could press pause, Inspector Loyd.  If someone

13  in the crowd was saying they had been in so many riots would

14  that be a concern for you?

15      A.  Yes.

16      Q.  Why?

17      A.  This wasn't their first rodeo, basically.

18      Q.  If that person in the crowd said, they are ready, bro,

19  would that be a concern for you?

20      A.  Yes.

21      Q.  Why?

22      A.  Because they are getting ready to break the police

23  line.

24      Q.  For the record, I apologize we are at 30:46.  And if

25  we could continue to press play.

1          If we could press pause, could you hear what that
2    individual just said?
3          A.  Yes.  The point of fighting right here is just a lost
4    cause, because we are outnumbered basically.
5          Q.  Inspector Loyd -- or I apologize.  You were an
6    inspector on that day.
7              Deputy Chief Loyd, was there a point of fighting that
8    day?
9          A.  Yes.
10         Q.  What was the point?
11         A.  It started at 12:53 with the initial breach.  And like
12   I said earlier, we had temporary police line after temporary
13   police line on the west front to include the inauguration
14   stage.  They were all breached after fighting.  Eventually the
15   protesters got to the upper west terrace, broke into the
16   building, they -- the first line of protesters made their way
17   up to the senate floor.  We had a police line there.
18   Eventually that was breached and protesters ended up on the
19   senate floor.  And I eventually made my way down to the House
20   chamber and eventually this line was breached also.
21         Q.  If we could please continue to play, Ms. Mohamed.  And
22   we'll pause around 31:45.
23             If we could pause, please.  Thank you.
24             For the record, we are paused at 31:45.
25             Deputy Chief Loyd, are you on screen here?

DIRECT EXAMINATION OF THOMAS LOYD

1          A.  No.  I had just left.

2          Q.  And is that to go check on the House of

3  Representatives?

4          A.  Yes.

5          Q.  If I were to show you earlier, we saw a map of the

6  entire second floor.  If I were to show you a more tailored map

7  of the areas that you just testified to, would you recognize

8  it?

9          A.  Yes.

10          Q.  If I can have the witness shown 113, please.

11              Deputy Chief Loyd, showing you 113.  Do you recognize

12  this as the House side of the second floor?

13          A.  Yes.

14          Q.  And are there two designated areas listed on this map?

15          A.  Yes.

16          Q.  Those are designated areas; correct?

17          A.  Yes.

18              MS. LEDERER:  Your Honor, at this time I'd seek to

19  admit 113 into evidence.

20              MR. KIERSH:  No objection.

21              THE COURT:  Received.

22              (Whereupon, Government Exhibit No. 113 was admitted.)

23  BY MS. LEDERER:

24          Q.  Deputy Chief Loyd, where the arrow is indicating the

25  house main door is, is it fair to say that is where we just

1   watched you and the crowd?

2       A.  Yes.

3       Q.  When you -- when we witnessed you leave on

4   Exhibit 701, what direction did you travel?

5       A.  West.

6       Q.  If you could mark it on the map for us?

7       A.  (Complying.)

8       Q.  Indicating for the record that the witness drew a line

9   from right outside the House main doors and drew up to the top

10  of the sheet of the paper.

11      Deputy Chief Loyd, when you traveled to that area,

12  could you walk the members of the jury through what you did

13  when you got to wherever you were going?

14      A.  Yes.  I went west and made a left at the hallway and

15  went south to the entrance of the Speaker's Lobby on the west

16  side of the chamber.

17      Q.  Could you mark the side of the Speaker's Lobby that

18  you accessed?

19      A.  Right there.

20      MS. LEDERER:  Indicating for the record the witness

21  drew a line on the top portion of the Speaker's Lobby.

22      MR. KIERSH:  No objection.

23  BY MS. LEDERER:

24      Q.  Deputy Chief Loyd, if, say, a person were to travel

25  the opposite direction of you, could a person access the

1    Speaker's Lobby from going around the other side of this

2    rectangle?

3         A.  Yes, the east side.

4         Q.  When you got to the Speaker's Lobby, can you describe

5    the scene for the members of the jury?

6         A.  Yes.  My officers had done what they were trained to

7    do.  They had locked the doors and they actually took the

8    additional step of barricading the doors with furniture as they

9    could get it.

10        Q.  Was that on both sides of the Speaker's Lobby that the

11   doors were barricaded?

12        A.  Yes.

13        Q.  When you get to this barricade, were you able to

14   access the Speaker's Lobby?

15        A.  The first time I went there, I went to check on it.  I

16   briefly went back and noticed that the crowd had breached the

17   line at the House main door.  I went back to the Speaker's

18   Lobby, grabbed a couple of officers who were there, we ran

19   quick evacuation route for the House members through stairwells

20   and hallways.  And once we ran the evacuation route, I came

21   back to where I originally was at the west side of the

22   Speaker's Lobby.  I ordered my officers to open the doors.  I

23   walked onto the house floor, told the members of Congress that

24   we were leaving.

25        Q.  Now, you said that you had to go back and you checked

1    on the House main doors.  And you said that people were still

2    there?

3         A.  Yeah.  They had breached the police line when I went

4    back to check on it.

5         Q.  If I were to show you surveillance footage of -- and

6    footage from people on the ground of that eventual breach,

7    would you recognize it?

8         A.  Yes.

9         Q.  If I can bring us back to Exhibit 315.

10             If I could bring us forward to 6 minutes and 30

11   seconds in.  Before we press play, Deputy Chief Loyd, what is

12   the time stamp at the top left?

13        A.  2:33 p.m. on January 6, 2021.

14        Q.  I am going to circle an individual down here.  Is that

15   the individual in all black that we have been tracing?

16        A.  Yes.

17        Q.  Does he have his phone still out?

18        A.  Yes.

19        Q.  If we could please -- if you could watch him.  We are

20   going to play through 6:45.

21             Deputy Chief Loyd, could you see if the individual put

22   anything on their face?

23        A.  Yes, a gas mask.

24        Q.  And if we could please play.  And we are -- we'll

25   pause it around 7:30.

1              And as it is playing, I am going to ask you a few

2     questions.  Has the crowd grown in size?

3         A.  Yes.

4         Q.  And can you see members of the crowd waving more

5     people down?

6         A.  Yes.

7         Q.  Deputy Chief Loyd, has the crowd continued to grow?

8         A.  Yes.

9         Q.  And the individual in all black, is he right here on

10    this left corner of the crowd facing towards the crowd?

11        A.  Yes.

12        Q.  Do you also have officers still manning that line?

13        A.  Yes.  He is right next to Officer Epps.

14        Q.  You said Epps, is that E-P-P-S?

15        A.  Yes.

16        Q.  If we could continue to press play, please.

17             Can you see that individual engaging with Officer

18    Epps?

19        A.  Yes.

20        Q.  Is his gas mask now off?

21        A.  Yes.

22        Q.  Deputy Chief Loyd, we are at 2:25 p.m.  Is the crowd

23    still here?

24        A.  Yes.

25        Q.  Is this crowd still growing?

DIRECT EXAMINATION OF THOMAS LOYD

1      A.   Yes.

2      Q.   Is the individual that we have been tracing still

3   there?

4      A.   Yes.

5      Q.   Is his camera still out?

6      A.   Yes.

7      Q.   Can you see what the crowd is doing?

8      A.   Pushing forward.

9      Q.   If we could pause, please.  At -- we are at 2:36 p.m.

10   What is happening with the crowd?

11      A.   The crowd is pushing forward towards the House main

12   door.

13      Q.   If we could bring up Exhibit 701, please.  And if we

14   could bring this to 31 minutes and 45 seconds in.

15           Deputy Chief Loyd, are we back at the House main door

16   in Exhibit 701?

17      A.   Yes.

18      Q.   And I think when we left off on 701, we watched you

19   walk away.  We are going to play and I am going to have some

20   questions here and there.  If we could play, please.

21           Can you hear what the person is saying?

22      A.   He said the people have spoken.

23      Q.   For the record we are at 32:03.  If we could continue

24   to play, please.

25           Deputy Chief Loyd, what did we just watch?

1        A.   You have one of the protesters who is trying to tell

2   the crowd to stop.

3        Q.   And for the record, we are at 32:18.  If we can

4   continue to play.  We'll pause at 32:35.

5             Deputy Chief Loyd, did you see Officer Epps?

6        A.   Yes.

7        Q.   Was he engaging with the person that is filming?

8        A.   Yes.

9        Q.   If we could continue to play, please.

10            And we'll pause around 33:20.  And for the record, I

11   apologize we are at we'll pause at 32:35.

12            Deputy Chief Loyd, is the person filming still

13   engaging with Officer Epps?

14       A.   Yes.

15       Q.   Where is the person filming in relation to the rest of

16   the crowd?

17       A.   He is actually stepped in front of the main crowd.

18       Q.   If we can jump to 36:45, please.

19            Deputy Chief Loyd, now that we are at 36 minutes and

20   45 seconds into Exhibit 701 are we still in the same area of

21   the House main doors?

22       A.   Yes.

23       Q.   If we could please play and we'll pause around 37:06.

24            Deputy Chief Loyd, we are paused here at 37:07.  What

25   is happening?

1        A.  The crowd is pushing forward.

2        Q.  If we can continue to play.  And we'll pause at 37:18.

3            Deputy Chief Loyd, paused here at 37:18.  What was the

4    person filming saying to Officer Epps?

5        A.  You are not helping the situation by standing in front

6    of them, basically.

7        Q.  That day, was officers holding off this crowd -- was

8    that helping the situation?

9        A.  No.

10       Q.  If we can continue to press play, please.

11           Deputy Chief Loyd, paused at 37:30, could you hear

12   what the person filming said?

13       A.  Can you back it up one more time, please.

14       Q.  Yes, we can bring it back.

15           Could you hear the exchange?

16       A.  Yes.

17       Q.  What was the gist of the exchange?

18       A.  It was too late for all of that, you are not helping

19   anything.

20       Q.  If we could please switch to Exhibit 638.

21           Deputy Chief Loyd, is this another angle and I can

22   play this a little bit if you don't recognize it.  Is this

23   another angle of the House main doors?

24       A.  Yes.

25           MS. LEDERER:  Your Honor, at this time I'd seek to

DIRECT EXAMINATION OF THOMAS LOYD

1    admit 638 into evidence.

2              MR. KIERSH:  No objection.

3              THE COURT:  Received.

4              (Whereupon, Government Exhibit No. 638 was admitted.)

5    BY MS. LEDERER:

6         Q.  We can please play and we'll pause around 23 seconds.

7              Deputy Chief Loyd, could you see the individual in all

8    black?

9         A.  Yes.

10        Q.  Could you hear what he said in response to someone's

11   saying, hey, no violence?

12        A.  "It is too late for that."

13        Q.  And the direction that he was saying, it is too late

14   for that, was that back into the crowd?

15        A.  Yes.

16        Q.  Deputy Chief Loyd, at the time that you, yourself,

17   poked down back around the hallway and saw that the crowd had

18   started to congregate at the House main doors, were you

19   concerned it was too late for -- it was too late and there was

20   going to be violence?

21        A.  Yeah.  I was positive there would be violence at that

22   point.

23        Q.  And at the point that we see this person in all black

24   in the crowd approaching the actual House, are there people

25   still inside?

1        A.  Yes.

2        Q.  Had you even started your evacuation, yet?

3        A.  Right about this time, if not a minute or so later

4   after this.

5        Q.  If we could please bring back up 701.

6            As we are bringing up 701, does the crowd remain

7   outside the House main doors for some time?

8        A.  Yes.

9        Q.  On the inside, did you have any type of security on

10  the inside of the House?

11       A.  Yes.  My officers were on the inside.

12       Q.  If we could bring 701 to 37:34, please.

13           And before we play, if we could please bring it to

14  37:34, Ms. Mohamed.  Thank you.  I appreciate it.

15           Deputy Chief Loyd, when we watched the crowd fall,

16  fair to say there was still a line of officers?

17           I'm sorry.  We need -- the stenographer needs an

18  actual answer for the record.

19       A.  Repeat the question.

20       Q.  Yes.  When we watched the line fall at the House

21  doors, there was still officers there; correct?

22       A.  Yes.

23       Q.  I am going to circle an individual here.  We are at

24  37:34.  There is two individuals in there.  Any of those

25  Capitol Police officers?

DIRECT EXAMINATION OF THOMAS LOYD

1     A.  Yes, there is one that is facing us.  You can see the

2  patch on his hat.

3     Q.  So in addition to having officers on the House floor

4  side, you also had officers stuck in this crowd?

5     A.  At least one, yes.

6     Q.  If we can please play and we'll pause around 37:46.

7        Pause here at 37:46.  You said you had at least one

8  officer stuck there.  Do you see any other officers?

9     A.  I see one right behind the red phone.  You can see the

10  top of the patch.

11     Q.  Could you circle that person, please?

12     A.  (Complying.)  In yellow.

13        MS. LEDERER:  Indicating for the record, the witness

14  circled an individual all of the way up at the windows behind a

15  red phone.

16        MR. KIERSH:  No objection.

17        THE COURT:  Received.

18  BY MS. LEDERER:

19     Q.  Deputy Chief Loyd, I am going to circle an individual

20  right here.  Is that an officer?

21     A.  That is Sergeant Vargas.

22        MS. LEDERER:  For the record, I have circled, an

23  officer that is on the right-hand side of the door in the hat.

24        MR. KIERSH:  No objection.

25  BY MS. LEDERER:

1        Q.   Deputy Chief Loyd, is it of concern to you having

2    officers stuck in this area and someone saying that it is too

3    late for violence, is that concerning?

4        A.   Yes.

5        Q.   Why?

6        A.   It is not going to end well.  You have my officers who

7    are valiantly attempting to defend the final stand of the House

8    chamber and the crowd continues to push.

9        Q.   If we can continue to play and we'll pause around 38

10   seconds.

11            Deputy Chief Loyd, if someone's response to hearing,

12   "Hey, no violence" is, "Fuck that shit," is that concerning to

13   you?

14       A.   Yes.

15       Q.   Why?

16       A.   Because that shows their intent.

17       Q.   If we can continue to play, please.

18            Deputy Chief Loyd, paused here at 38:37.  Could you

19   hear what the recorder is saying?

20       A.   Yes.  That there was an officer at the door.

21       Q.   Did you also see the sergeant make his way out of that

22   crowd as well, that we were just watching?

23       A.   Yes.

24       Q.   We can continue to play, please.

25            Deputy Chief Loyd, we are paused here at 4:20.  Did

1    you hear someone say something about a knife?

2         A.  Yes.  Somebody said, I have a knife.

3         Q.  If we can please bring up Exhibit 692.

4         Deputy Chief Loyd, is this another angle near the

5    House main doors?

6         A.  House main door, yes.

7         MS. LEDERER:  Your Honor, at this time, I'd seek to

8    admit 692 into evidence.

9         MR. KIERSH:  No objection.

10         THE COURT:  Received.

11         (Whereupon, Government Exhibit No. 692 was admitted.)

12         MS. LEDERER:  If we can press play, pausing 8 seconds

13    or 9 seconds in.

14         If we could bring it back just a little bit, please.

15         Thank you.

16         And if, Your Honor, may I have a moment briefly?

17    Thank you.

18         Your Honor, for the record we are paused at 9 seconds

19    in.

20    BY MS. LEDERER:

21         Q.  Deputy Chief Loyd, I am going to circle an individual

22    here.  Do you see that individual?

23         A.  Yes.

24         Q.  What is on their head?

25         A.  A gas mask.

1          Q.   And for the record, I have circled what appears in

2     this angle to be the only person in a gas mask.   And what color

3     is that gas mask?

4          A.   Black.

5               MR. KIERSH:   No objection.

6     BY MS. LEDERER:

7          Q.   Deputy Chief Loyd, I am going to circle this person's

8     hand.   Do you see an object in the hand?

9          A.   Yes.

10         Q.   And the hand itself, is that hand gloved?

11         A.   Yes.

12         Q.   What color is that glove?

13         A.   Black.

14         Q.   Deputy Chief Loyd, on any given day, someone coming in

15    to visit the Capitol, could a person bring a knife inside the

16    Capitol?

17         A.   No.

18         Q.   If we could continue to play this, please.

19              If we could go back to 701, please.   And we'll bring

20    it to 40:20.

21              40:15 is perfect.   Thank you.   For the record, we are

22    at 40:15.   If we can please play.   And we'll play it through

23    about 42:14.

24              Deputy Chief Loyd, could you hear what is being said

25    just now before we are paused here at 42:14?

DIRECT EXAMINATION OF THOMAS LOYD

1    A.   Yeah.   There was conflicting information.   You have

2  the crowd towards the front of the door saying, make a path.

3  But you had other people saying, let's go, whatever that meant.

4    Q.   If we could continue to play and we'll pause around

5  42:22.   Could you hear someone say, "Pull that motherfucker out

6  this bitch"?

7    A.   Yes.

8    Q.   Was that concerning to you?

9    A.   Yes.

10    Q.   Why?

11    A.   It is a threat to my officer right next to the door.

12    Q.   If I were to show you footage of officers right inside

13  the door, would you recognize that footage?

14    A.   Yes.

15    Q.   If I may have the officer shown Exhibit 610.

16       Deputy Chief Loyd, looking at 610, do you recognize

17  this angle?

18    A.   Yes.   That is the final set of doors that lead onto

19  the House floor at the House main door.

20       MS. LEDERER:   Your Honor, at this time I'd seek to

21  admit 610 into evidence.

22       THE COURT:   What was the number?

23       MR. KIERSH:   No objection.

24       MS. LEDERER:   610, Your Honor.

25       THE COURT:   610 is received.

1                 (Whereupon, Government Exhibit No. 610 was admitted.)

2      BY MS. LEDERER:

3           Q.  If we could please play.

4                Deputy Chief Loyd, what was occurring on that video?

5           A.  My officers were on the floor of the House chamber

6      pointing their weapons at the protesters who were trying to

7      break in the House main door.

8           Q.  Could you see other people in the upper gallery of the

9      House main doors in that video?

10          A.  Yes.

11          Q.  At some point, do the protesters leave this area and

12     go to the Speaker's Lobby?

13          A.  Yes.

14          Q.  If I may have the witness shown 601.1.  If I were to

15     show you some footage of that path of travel, would you

16     recognize it?

17          A.  Yes.

18          Q.  If we could bring 601.1 to 2 minutes and 26 seconds

19     in.

20               For the record, we are 2 minutes and 20 seconds in.

21     Deputy Chief Loyd, is this back at the House main doors?

22          A.  Yes.

23               MS. LEDERER:  Your Honor, at this time I would seek to

24     admit 601.1 into evidence.

25               MR. KIERSH:  No objection.

1              THE COURT:  Received.

2              (Whereupon, Government Exhibit No. 601.1 was

3     admitted.)

4     BY MS. LEDERER:

5         Q.  Before we press play, Inspector Loyd, I am going to

6     circle an individual on the right-hand side of the screen just

7     above the Resistance video watermark.  Is that the individual

8     in all black that we have been tracing?

9         A.  Yes.

10        Q.  Is his camera still up?

11        A.  Yes.

12        Q.  If we could press play, please.

13             If we could press pause, please.  We are paused at

14    2:34.  What is on that individual's face now?

15        A.  The gas mask.

16        Q.  And where is he positioned?

17        A.  At the outermost door of the House main door.

18        Q.  If we could continue to play, please.  If we could

19    press pause, please.  What direction is this person holding the

20    camera moving in?

21        A.  East.

22        Q.  If we could continue to play, please.

23             If we could press pause, please.  What direction are

24    we headed in here?

25        A.  South.

1     Q.  From there heading south, could you eventually access

2   the Speaker's Lobby?

3     A.  The east Speaker's Lobby, yes.

4     Q.  If we could continue -- actually, if we could bring

5   this down, please.

6         Deputy Chief Loyd, back to the surveillance --

7   surveillance covering this area that this person just traveled?

8     A.  Yes.

9     Q.  If we could bring up 317.

10        If we could bring 317 to 4 minutes and 43 seconds in.

11        Deputy Chief Loyd, where are we looking?

12    A.  You are on the east side looking down at the House

13   main door.

14    Q.  What is the time stamp that is currently up on the

15   screen?

16    A.  2:39 p.m. on January 6, 2021.

17        MS. LEDERER:  Your Honor, at this time the government

18   would seek to admit 317.

19        MR. KIERSH:  No objection.

20        THE COURT:  Received.

21        (Whereupon, Government Exhibit No. 317 was admitted.)

22   BY MS. LEDERER:

23    Q.  If we could please play.

24        If we could please pause here.

25        At 5:15 into the recording, Deputy Chief Loyd, do you

DIRECT EXAMINATION OF THOMAS LOYD

1    have officers heading down towards the east Speaker's Lobby?

2         A.   Yes.

3         Q.   Now I know that you had access from the west side and

4    had officers manning there.  Did you eventually have officers

5    manning the east front too?

6         A.   Yes.

7         Q.   Or the east side?

8              If we could jump to 6 minutes and 27 seconds into 317.

9              Deputy Chief Loyd, what is the time stamp from

10   January 6 on the top left?

11        A.   2:41 p.m.

12        Q.   If we could press play.  I will have some questions as

13   it plays.

14             What are individuals doing on the screen?

15        A.   You have a couple of protesters who were waving people

16   towards the east Speaker's Lobby.

17        Q.   And if we could press pause at 6:45.

18             Deputy Chief Loyd, I am going to circle an individual

19   back here.  Is this the individual in all black that we have

20   been tracing?

21        A.   Yes.

22        Q.   Is this at 2:41 and 45 seconds p.m.?

23        A.   Yes.

24        Q.   If we can press play, please.

25             And we are paused here at 6:57.  As that crowd rounds

DIRECT EXAMINATION OF THOMAS LOYD

1  this corner, is that also covered by surveillance footage?

2       A.  Yes.

3       Q.  If I may have the witness shown 318.

4           Deputy Chief Loyd, do you recognize this angle?

5       A.  Yes.

6       Q.  Okay.  What angle is this?

7       A.  This is the end of the hallway that we just looked at.

8  And you are facing south towards the east Speaker's Lobby.

9           MS. LEDERER:  If we could bring to 1:53, please.

10          And, Your Honor, I seek to admit at this point 318.

11          MR. KIERSH:  No objection.

12          THE COURT:  Received.

13          (Whereupon, Government Exhibit No. 318 was admitted.)

14  BY MS. LEDERER:

15      Q.  Deputy Chief Loyd, what is the time stamp?

16      A.  2:41:53 on January 6, 2021.

17      Q.  And for the record, we are at 1:53.  If we could press

18  play, please.

19          Do you see the individual in all black rounding the

20  corner?

21      A.  Yes.

22      Q.  If we could please press pause.  And, again, the

23  direction of the crowd, is that through the east Speaker's

24  Lobby?

25      A.  Yes.

1    Q.  If I were to show you footage from the east Speaker's

2    Lobby would you recognize it?

3    A.  Yes.

4         MS. LEDERER:  If we may please bring up Exhibit 605.

5         And, Your Honor, just for timing purposes I want to

6    let you know there is only a few exhibits left before I will

7    hand over for cross.  If we could bring 605 to 1 hour and 9

8    minutes in.

9    BY MS. LEDERER:

10   Q.  Deputy Chief Loyd, in Exhibit 605, are these

11   individuals heading down the hallway that we have just seen in

12   the surveillance footage?

13   A.  Yes.

14        MS. LEDERER:  Your Honor, at this time I seek to admit

15   605.

16        MR. KIERSH:  No objection.

17        THE COURT:  Received.

18        (Whereupon, Government Exhibit No. 605 was admitted.)

19   BY MS. LEDERER:

20   Q.  If we may play, please.

21        If we could press pause.

22        Paused here at 1 hour, 9 minutes and 22 seconds.

23        Deputy Chief Loyd, do you know what doors are

24   currently in this shot?

25   A.  Yes.  That is the upper house door.

1          Q.  If we can continue to play.  And we will pause at

2     1:09:41, please.

3               Deputy Chief Loyd, paused at 1:09:41.  Is this the

4     east Speaker's Lobby?

5          A.  Yes.

6          Q.  Do you have officers guarding this lobby?

7          A.  Yes.

8          Q.  I am going to circle the left pane of the Speaker's

9     Lobby door here.  Can you see what is behind the pane?

10         A.  Yes.  Furniture.

11         Q.  And that furniture is that representative of what you

12    had told the members of the jury before that both the east and

13    the west side were barricaded?

14         A.  Yes.

15         Q.  If we can continue to play, please.

16              If we could press pause.  Thank you so much.  We are

17    at 1:10:19, for the record.

18              Deputy Chief Loyd, we were just watching the crowd

19    meet the officers at the Speaker's Lobby.  While you, yourself,

20    had gone to the west Speaker's Lobby.  At some point, did you

21    realize that people were congregating on the other side of that

22    hallway?

23         A.  Yes.

24         Q.  Could you tell the members of the jury a little bit

25    about when you were on the other side of the crowd?

1    A.   Yes.   I was evacuating the members of congress through

2    the west Speaker's Lobby.   I saw individuals at the east

3    Speaker's Lobby trying to break in.

4    Q.   Your evacuation, was that a -- did that have a plan to

5    it or was it all out mayhem?   Did you just say, hey, leave?

6    A.   It was put together in seconds.   When I had determined

7    that it was no longer safe for the members of congress to be on

8    the House floor, I grabbed a couple officers.   We ran the

9    evacuation route through back stairwells and subways.   And once

10   I was assured that that evacuation was clear, I went back to

11   the west Speaker's Lobby doors, told my officers to unbarricade

12   the doors, walked onto the house floor and told the members of

13   Congress that we were leaving.

14   Q.   Were you able to evacuate the members of congress all

15   at once or did you have to go floor by floor?

16   A.   I did the main floor, which is located on the second

17   floor.   Once they were safely evacuated, then I had to repeat

18   the process from the third floor.

19   Q.   At the time that the group reached the east side, were

20   the members still inside on the second floor?

21   A.   Yes.

22   Q.   And as we are paused here in Exhibit 605 at 1:10:19,

23   do you see individuals on the screen?

24   A.   Yes.

25   Q.   And I know you might not know names but generally who

1    is in this screen?

2         A.   I have a combination of members of Congress and staff.

3         Q.   So as the group is congregating on the east side, you

4    are still effectuating the second floor evacuation?

5         A.   Yes.

6         Q.   And at this point, there is people still upstairs?

7         A.   Yes.

8         Q.   If we can continue to play.  And we'll pause at

9    1:11:36.

10             Deputy Chief Loyd, paused here at 1:11:36.  Circling

11   an individual on the left side of the screen, can you see that

12   person?

13        A.   Yes.

14        Q.   Is that similar to the person that we have been

15   tracing throughout the Capitol?

16        A.   Yes.

17        Q.   At this time, if we can go to Exhibit 701, please.

18             And we'll bring that to 42:50.

19             Thank you.  And if we could please --

20             Deputy Chief Loyd, before we press play, is this

21   heading down from the House main doors towards the --

22   eventually what would be able to access the Speaker's Lobby?

23        A.   Yes.

24        Q.   If we could press play, please.  If we could press

25   pause.

1          Could you hear what that person said as that person

2   kicked the door?

3        A.   Yeah.  He says, "Why don't we go in there?"

4        Q.   If you could continue to press play, please.

5             If we could press pause.  Thank you so much.

6             Could you hear the individual saying, "I have a knife"

7   again?

8        A.   Yes.

9        Q.   And now is this person at the Speaker's Lobby?

10       A.   Yes.

11       Q.   If we can continue -- actually, we are good here.

12            Deputy Chief Loyd, you stated earlier that as this

13   crowd gathered at the Speaker's Lobby, there was still people

14   inside the House of Representatives; correct?

15       A.   Yes.

16       Q.   At some point, are you made aware that the crowd that

17   gathered at the Speaker's Lobby door, breaks through the

18   Speaker's Lobby windows?

19       A.   Yes.  I received a phone call after the evacuation

20   that there had been a shooting at the east Speaker's Lobby.

21       Q.   If I were to show you video from inside the House at

22   the time of the shooting, would you recognize it?

23       A.   Yes.

24       Q.   If I may have the witness shown 611.

25            And as we are bringing 611 up, Deputy Chief Loyd, did

1    that shooting occur somewhere around 2:44 p.m.?

2         A.  Yes.

3         Q.  Deputy Chief Loyd, I am showing you what has been

4    marked as 611.  Do you recognize the angle of this video?

5         A.  Yes.  That is the House floor.

6              MS. LEDERER:  Your Honor, at this time if I could move

7    in 611.

8              MR. KIERSH:  No objection.

9              THE COURT:  Received.

10             (Whereupon, Government Exhibit No. 611 was admitted.)

11   BY MS. LEDERER:

12        Q.  Deputy Chief Loyd, the angle that the camera is

13   pointed in, would these officers, is this the opposite side of

14   the Speaker's Lobby?

15        A.  Yes.  This is actually the House -- the inside of the

16   House main door.

17        Q.  So before when we had looked at, I believe that was

18   Exhibit 610 with officers pointing the gun through the door,

19   that is basically the other side of that; correct?

20        A.  Yes.

21        Q.  And where is the Speaker's Lobby in relation to this

22   area?

23        A.  Speaker's Lobby is to the right off screen.

24        Q.  Would you be able to see what is happening from inside

25   the actual House of Representatives?

1        A.   No.

2        Q.   If we could press play, please.

3             Deputy Chief Loyd, did you hear a gunshot?

4        A.   Yes.

5        Q.   And were there people still on the second floor of the

6   House of Representatives during the gunshot?

7        A.   Yes.

8        Q.   Eventually is the area --

9             THE COURT:  Meaning members.

10  BY MS. LEDERER:

11       Q.   Could you -- who was still on the second floor?

12       A.   On the second floor of the main level --

13       Q.   I apologize.  So we are looking from the gallery down

14  onto the second floor; correct?

15       A.   Right.

16       Q.   Who was up top still?

17       A.   On the third floor of the gallery section were still

18  members of congress.

19       Q.   In addition to members, were other people also up

20  there?

21       A.   Yes.

22       Q.   Who?

23       A.   A few staff and credentialed press.

24            MS. LEDERER:  Thank you, Your Honor, for the

25  clarification.  I appreciate it.

1  BY MS. LEDERER:

2      Q.  Eventually the area of the Speaker's Lobby, was that

3  able to be cleared out by Capitol Police and MPD?

4      A.  Yes.

5      Q.  If I show you surveillance footage of that footage

6  would you recognize that CCTV footage?

7      A.  Yes.

8      Q.  If we may pull up 320.

9          If we could bring 320 to 1:36.

10         Deputy Chief Loyd, do you recognize the angle?

11     A.  Yes.  That is an angle looking out at the House main

12  door, which is right around the corner from the east Speaker's

13  Lobby.

14     Q.  Is this the same door that we saw in Exhibit 605 when

15  the person paused and kind of looked down that short hallway?

16     A.  Yes.

17     Q.  If we -- what is the time stamp?

18     A.  2:55 p.m. on January 6, 2021.

19         MS. LEDERER:  Your Honor, at this time I seek to admit

20  320 into evidence.

21         MR. KIERSH:  No objection.

22         THE COURT:  Received.

23         (Whereupon, Government Exhibit No. 320 was admitted.)

24         MS. LEDERER:  If we could press play, please, and

25  we'll pause at 1:39.

DIRECT EXAMINATION OF THOMAS LOYD                    59

1    BY MS. LEDERER:

2         Q.  Deputy Chief Loyd, paused here at 1:39.  I am going to

3    circle this individual right here.  Can you see them?

4         A.  Yes.

5         Q.  And we can continue to play.  And I will have a few

6    questions as this plays.  As this person comes more into view,

7    is this the person in all black with the camera that we have

8    been following?

9         A.  Yes.

10        Q.  Is he being pushed out towards those doors?

11        A.  Yes.

12        Q.  Deputy Chief Loyd, is this individual still inside at

13   2:56 p.m.?

14        A.  Yes.

15        Q.  Are there other individuals still inside?

16        A.  Yes.

17        MS. LEDERER:  We could pause here.  For the record, we

18   are paused at 2:58.  If we could go to 3:22.  Your Honor, this

19   is the second-to-last exhibit.

20   BY MS. LEDERER:

21        Q.  Deputy Chief Loyd, as we are bringing this 40 seconds

22   in, is this the doors that we just saw?

23        A.  Yes.  It was a view from above.

24        MS. LEDERER:  Your Honor, at this time I seek to admit

25   322 into evidence.

```
1              MR. KIERSH:  No objection.

2              THE COURT:  Received.

3                  (Whereupon, Government Exhibit No. 322 was admitted.)

4    BY MS. LEDERER:

5         Q.  Deputy Chief Loyd, is the time stamp 2:46 p.m.?

6         A.  Yes.

7         Q.  If we could please play.

8              Deputy Chief Loyd, paused here at 55 seconds in.  Do

9    you see the individual in all black at the center bottom of the

10   screen?

11        A.  Yes.

12        Q.  And is he at the threshold of the Capitol here?

13        A.  I'm sorry.

14        Q.  Is he at the threshold of the Capitol here?

15        A.  Yes, the threshold of the House upper door, upper

16   House door.

17        Q.  And is this at 2:56:55 p.m.?

18        A.  Yes.

19        Q.  If we can continue to press play, please.

20             Deputy Chief Loyd, I have one more exhibit for you.

21   If we could please bring up 616.

22             MR. KIERSH:  I'm sorry.  The number again?

23             MS. LEDERER:  616.

24   BY MS. LEDERER:

25        Q.  If we could bring this 6 minutes and 16 seconds in.
```

1            Deputy Chief Loyd, is this the kind of boots on the

2    ground view of the House upper doors?

3        A.  Yes.

4            MS. LEDERER:  Your Honor, at this time I'd seek to

5    admit 616 into evidence.

6            MR. KIERSH:  No objection.

7            THE COURT:  Received.

8            (Whereupon, Government Exhibit No. 616 was admitted.)

9    BY MS. LEDERER:

10       Q.  If we could press play, please.

11           If we would press pause, please.  For the record, we

12   are paused at 6:58.  This individual off to the left, is that

13   the individual we have been tracing throughout the Capitol?

14       A.  Yes.

15       Q.  If we can continue to play ending at 7:30.

16           Deputy Chief Loyd, paused here at 7:30.  Are officers

17   eventually able to maintain these doors?

18       A.  Yes.

19       Q.  Now, these officers in the yellow jacket, what police

20   department do they belong to?

21       A.  Metropolitan Police Department, city police.

22       Q.  Can you tell that due to the bright yellow?

23       A.  Yes.

24       Q.  Deputy Chief Loyd, just a few final questions before I

25   offer you for cross.  Everyone who was out on the west front

1  that day when you were out there, what you witnessed and

2  experienced out on the west front, the group of rioters, did

3  that interfere with your overall mission to protect the Capitol

4  that day?

5          A.  Yes.

6          Q.  When you went to the inside and experienced what you

7  experienced with all of those who breached the Capitol that

8  day, did that interfere with your mission to protect the

9  Capitol on January 6?

10         A.  Yes.

11         Q.  Outside the House main doors, the behavior of the

12  crowd, of that riot outside of the House main doors, did that

13  interfere with your ability to execute your mission on

14  January 6?

15         A.  Yes.

16         Q.  How?

17         A.  We were unable to protect the Congress.  We lost

18  control of the building.

19         Q.  And had Speaker's Lobby, when you were at the

20  Speaker's Lobby, the presence of rioters there, did that affect

21  your ability to do your mission and protect the Capitol on

22  January 6?

23         A.  Yes.

24         Q.  How?

25         A.  We were forced to evacuate the members of Congress.

1        Q.   Deputy Chief Loyd, I think you said last week that you

2   had been with the Capitol Police for 33 years?

3        A.   Yes.

4        Q.   Have you ever experienced anything like January 6 in

5   those 33 years?

6        A.   No.

7             MS. LEDERER:   I have no further questions at this

8   time.   Thank you.

9             THE COURT:   Okay.   We are going to take our luncheon

10  recess now.   We'll come back at 1:30.   Don't talk about the

11  case.   Don't let anyone talk to you about the case.   I will see

12  you at 1:30.

13             (The jury left the courtroom.)

14             THE COURT:   Let me speak to counsel off the record.

15             (Discussion held off the record.)

16             (Recess taken at 12:22 p.m.)

17             MR. BARCLAY:   Judge, the Government had one

18  preliminary matter before we call the jury back in.   One of the

19  witnesses the government anticipates getting to today is

20  Supervisory Special Agent Benjamin Binger, who was present for

21  the search warrant of the defendant's home.   One of the

22  exhibits the government is going to seek to introduce there is

23  a photograph of the desk as it appeared when the agents

24  searched the home.   And that desk had on it an assault rifle, a

25  pistol, the tactical vest, a selfie stick.   And I understand

1   that the defense will be objecting to that.  But I wanted to

2   just make the record as to that objection outside of the jury,

3   if needed.

4          THE COURT:  Okay.  We can do that before the witness

5   is called.  Let's get this witness finished.

6          MR. BARCLAY:  Okay.

7              (The jury is seated.)

8          THE COURT:  All right.  You may be seated.  All right.

9          Mr. Kiersh, you may cross-examine.

10          MR. KIERSH:  Thank you, Your Honor.

11                         CROSS-EXAMINATION

12   BY MR. KIERSH:

13      Q.  Good afternoon, Deputy Chief.

14      A.  Good afternoon, sir.

15      Q.  So what was the position you held on January 6, 2021?

16      A.  Inspector.

17      Q.  And could you just tell us what your duties were as

18   inspector on January 6, 2021?

19      A.  Yes.  I was the division commander for the Capitol

20   division, which was responsible for the Capitol building itself

21   and the Capitol Visitor's Center.

22      Q.  So you been involved with the investigation of the

23   events of January 6, 2021, right from the inception; correct?

24      A.  Yes.

25      Q.  You have reviewed many, many hours of tape; correct?

CROSS-EXAMINATION OF THOMAS LOYD

1      A.  Yes.

2      Q.  Is it fair to say there were about 15,000 hours of

3  videotape depicting the entire event?

4      A.  I cannot estimate.  I have no idea how many hours.

5      Q.  But there were many, many hours; correct?

6      A.  Yes.

7      Q.  You have only testified to a small portion of

8  videotape as far as you know in front of the jury today;

9  correct?

10     A.  Yes.

11     Q.  You have met with the prosecutor in this case many

12  times in anticipation of your testimony in this case; correct?

13     A.  Yes.

14     Q.  You testified in other January 6 cases?

15     A.  Yes.

16     Q.  About how many other January 6 cases have you

17  testified in?

18     A.  I would say just estimating around 20.

19     Q.  And that has all been in this United States District

20  Court for the District of Columbia; correct?

21     A.  Yes.

22     Q.  And in all of those cases, you reviewed the videotapes

23  before you came in and testified; correct?

24     A.  Yes.

25     Q.  Because the videotapes are essentially part of you

1    being able to recall the events to be able to testify

2    accurately as to the events of January 6, 2021; correct?

3         A.  Yes.

4         Q.  The videotapes are very helpful to you; correct?

5         A.  Yes.

6         Q.  With respect to Exhibit 701, which was introduced into

7    evidence, you are aware that that videotape was performed and

8    conducted by John Sullivan; correct?

9         A.  I would accept that, yes.

10        Q.  Did you know that he filmed 701?

11        A.  I don't remember specifically which one he filmed.

12        Q.  But you know that he filmed one of the tapes that you

13   saw?

14        A.  Yes.

15        Q.  Are you also aware that he turned over that tape,

16   which is 701, voluntarily?

17             MS. LEDERER:  Objection; lack of personal knowledge,

18   relevancy.

19             THE COURT:  Sustained.

20   BY MR. KIERSH:

21        Q.  I am going to go through a number of the exhibits.

22   And I am going to try to go through them in the same order that

23   the government presented them too, so it will be skipping

24   around a little bit from one exhibit to the next.  So if we can

25   get Exhibit 701, please.

CROSS-EXAMINATION OF THOMAS LOYD                67

```
 1                    And if we could go to 24:08, please.

 2                    Now, you have already testified to this exhibit;

 3         correct?

 4              A.   I don't have anything on my screen.

 5              Q.   I'm sorry?

 6              A.   I don't have anything on my screen.

 7              Q.   Okay.  We'll get that up for you.

 8                    (Pause.)

 9         BY MR. KIERSH:

10              Q.   Are you able to see now?

11              A.   Yes, sir.

12              Q.   You have seen this before because you have already

13         testified to it; correct?

14              A.   Yes.

15              Q.   If you could let this run for a little bit until we

16         hear some language.

17                    Thank you.  Now, you have reviewed this?

18              A.   Correct.

19              Q.   You have been seen it before; correct?

20              A.   Yes.

21              Q.   Can you recognize the voice that is heard on the film?

22              A.   No.

23              Q.   Okay.  Is that the same voice as the person -- is that

24         the same voice that you testified to hearing on a number of

25         portions of the tapes?
```

1      A.   Yes.

2      Q.   Nobody else's voice; correct?

3      A.   No.

4      Q.   If we could go to 660, please at approximately 1:05.

5           Okay.  If we could just freeze that.  Now, you see

6  that, sir?

7      A.   Yes.

8      Q.   Okay.  Now, that depicted in there is the person that

9  you have repeatedly referred to as the person holding the

10  camera and the tripod; correct?

11      A.   Yes.

12      Q.   Now, that picture is taken outside the Capitol;

13  correct?

14      A.   Yes.

15      Q.   That still photo; correct?

16      A.   Yes.

17      Q.   And that is not a restricted area; is that correct?

18      A.   Not at that particular moment, no.

19      Q.   So at that point in time, what is depicted in 660, the

20  person who is depicted in that photograph, that screenshot or

21  that still photo, whatever you want to characterize it, that

22  person had every legal right to be where he was; correct?

23      A.   At that particular moment, yes.

24      Q.   Right.  I am just talking about that particular

25  moment.  And in that photograph or in that depiction, that

1   person is carrying a megaphone; correct?

2       A.  Yes.

3       Q.  Or a bullhorn, whatever you want to call it; correct?

4       A.  Yes.

5       Q.  Now, there is nothing illegal about carrying a

6   bullhorn outside the United States Capitol where this person is

7   depicted carrying a bullhorn; correct?

8       A.  No.

9       Q.  You never saw the person depicted in Exhibit number

10  660 inside the Capitol with that bullhorn; is that correct?

11      A.  Personally, I never saw him, no.

12      Q.  But in all of the videotape you have reviewed in

13  anticipation of your testimony, that videotape -- excuse me --

14  that bullhorn, as far as you have seen in the videotape, was

15  never in the possession of that person; correct?

16      A.  Repeat the question again.

17      Q.  That bullhorn in Exhibit 660 was never in that

18  person's possession inside the Capitol, isn't that correct, as

19  far as you know?

20      A.  I don't know.  I don't know.

21      Q.  From what you have seen in the videotape, you never

22  saw that person with that bullhorn in the Capitol; correct?

23          MS. LEDERER:  Objection; asked and answered.

24          THE COURT:  You can answer whether you -- you said --

25  he was asking if you saw it on the tape.

1          THE WITNESS:  Right.  I don't remember seeing the
2    bullhorn.  I remember seeing the gas mask.
3    BY MR. KIERSH:
4          Q.  I didn't ask about the gas mask.  The bullhorn, simple
5    question, did you ever see that bullhorn on that person inside
6    the Capitol?
7          A.  I don't believe so.
8          Q.  Okay.  Thank you.
9              Exhibit 663 at 1 minute, please.
10             Well, let's hold it right there while we can.
11             Exhibit 663, again another screenshot.  Is that the
12   same person that you have been talking about, the person with
13   the black hat and the backpack?
14         A.  Yes.
15         Q.  And that person is holding a tripod; correct?
16         A.  Holding it and a camera, yes.
17         Q.  And that person is outside the Capitol; correct?
18         A.  Yes.
19         Q.  Okay.  Thank you.  If we could go to about 1 minute,
20   please.  And if we could let it run.
21             You can stop it, please.
22             Now, in that video, that is outside the Capitol;
23   correct?
24         A.  Yes.
25         Q.  And that person is also holding the tripod again;

CROSS-EXAMINATION OF THOMAS LOYD

1    correct?

2         A.  Yes.

3         Q.  If we could go to 701, please.  Excuse me, 628,

4    please, approximately 30.  If we could let it run, please.

5    Stop it, please.

6              Now, at 34, that is -- is that the same person?

7         A.  Yes.

8         Q.  And he is putting on what appears to be a gas mask;

9    correct?

10        A.  Yes.

11        Q.  If we can go back to about 20 seconds, about 28 and

12   let it run, please.

13             Stop it, please.

14             Now, he -- a man just picked something up; correct?

15        A.  I'm sorry?

16        Q.  The man just picked something up in his right hand;

17   correct?

18        A.  The camera.

19        Q.  That is a tripod; correct?

20        A.  Yes.

21        Q.  That is a camera; correct?

22        A.  Yes.

23        Q.  As that person is walking towards the Capitol, he has

24   got in his hand a tripod and a camera; correct?

25        A.  Yes.

1        Q.  And we can go back to 701 at approximately 1:17.

2            And let it run, please.

3            Now, this is also -- in 701 this is outside the

4    Capitol; correct?

5        A.  Outside the scaffolding, right.

6        Q.  You are aware that John Sullivan is the one that

7    filmed that?

8        A.  I'm sorry.

9        Q.  Are you aware that John Sullivan is the person who

10   filmed Exhibit 701?

11       A.  I believe that to be the case, yes.

12       Q.  If we can go to Exhibit 305, please.

13           Now, before we go to Exhibit 305, in Exhibit 701,

14   well, strike that.

15           Let's go to 305, please.  If we could get to 7:35,

16   please.  And let it run.

17           Now, can you tell us if and when you see the person

18   you have identified with the megaphone?

19           Okay.  We can stop it at 8:37.  So you haven't seen

20   him in that?

21       A.  I mean, unless you can point him out, I am trying to

22   keep track of all of the movement.

23       Q.  I am asking, can you point him out?

24       A.  I don't see him at this point.

25       Q.  If we could go to 672, please.  If you could go back

CROSS-EXAMINATION OF THOMAS LOYD

```
 1        to 7:01, please, at about 26.
 2               Actually, go back to about 25:50 and let it run,
 3        please.
 4               Stop it, please.
 5               Now, you heard a voice in that; correct?
 6        A.   Yes.
 7        Q.   And that is the same voice that you attributed to the
 8   man with the megaphone outside and the man inside; correct?
 9        A.   Yes.
10        Q.   One of the things that man just said in that video
11   was, "I am just reporting."  Is that correct?
12        A.   Yes.
13        Q.   Thank you.  And if we go to Exhibit 311, please.  At
14   18:00 -- well, start at 15 and let it run, please.  And stop
15   it, please.
16               Now, sir, you see the man that you have previously
17   said was the guy outside with the megaphone?
18        A.   Yes.
19        Q.   Do you see him in the middle of the rotunda?
20        A.   Yes.
21        Q.   And he has a gas mask off; correct?
22        A.   Yes.
23        Q.   And he has got a tripod and a camera in his hand;
24   correct?
25        A.   Yes.
```

CROSS-EXAMINATION OF THOMAS LOYD

1    Q.  He didn't have a stick; correct?

2    A.  I'm sorry?

3    Q.  He doesn't have a stick in his hand?

4    A.  No.

5    Q.  Doesn't have a banner; correct?

6    A.  No.

7    Q.  Didn't have a flagpole; correct?

8    A.  No.

9    Q.  He is not assaulting anybody; correct?

10   A.  No.

11   Q.  He is just standing there in the middle with a camera

12   and a tripod; isn't that correct, sir?

13   A.  Yes.

14   Q.  632 at about 2:15.

15       2:15, please.

16       Is this 632?  Let's go back to 701, please.  I'm

17   sorry.  If we could go back to 28.  Showing you Exhibit 701

18   again at about 28.

19       And if we can let it run from about 28.

20       You heard that person with the same voice say, "I can

21   respect the statues."  Correct?

22   A.  Yes.

23   Q.  If we can keep going, please.  Thank you.

24       So, again, this is important film; correct?

25   A.  Yes.

1      Q.  And this is film that you used in terms of your

2   investigation; correct?

3      A.  Yes.

4      Q.  And you have acknowledged that you now understand this

5   was filmed by John Sullivan; correct?

6      A.  Yes.

7      Q.  And it is important because it captures the moment;

8   correct?

9      A.  Yes.

10     Q.  And John Sullivan is not in 701 depicted at all

11  because he is filming it; correct?

12     A.  Yes.

13     Q.  315, please.

14         And now before we get to the film itself, this is CCTV

15  film; correct?

16     A.  That is correct.

17     Q.  This isn't filmed by Mr. Sullivan; correct?

18     A.  Correct.

19     Q.  This is in Capitol building itself, there is the

20  closed-circuit TV cameras; correct?

21     A.  Yes.

22     Q.  If we could go to 110, please, and let it run.

23         Do you see in Exhibit 315, the person you have

24  identified as the man outside who had the bullhorn; correct?

25     A.  Yes.

CROSS-EXAMINATION OF THOMAS LOYD

1      Q.   Now, he doesn't have a bullhorn there; correct?

2      A.   Does not appear to be there, correct.

3      Q.   Does not have megaphone there; correct?

4      A.   No.

5      Q.   All he has in his hand is a tripod and a camera;

6  correct?

7      A.   Correct.

8      Q.   He didn't have a stick; right?

9      A.   No.

10     Q.   Doesn't have a flagpole; right?

11     A.   No.

12     Q.   Didn't have a can of mace; correct?

13     A.   No.

14     Q.   Didn't have a knife; correct, that you can see?

15     A.   That we can see, no.

16     Q.   All of these questions relate to what you can see

17  visually with your eyes?

18     A.   Correct.

19     Q.   You don't see him with a knife in that?

20     A.   Not at that particular moment, no.

21     Q.   2:41, please.

22          Stop it, please.

23          Sir, at 2:47, do you see Mr. Sullivan or the person

24  you have described as the person outside with the megaphone?

25     A.   Yes.

 1          Q.  And is that Mr. Sullivan, is that the same person?

 2          A.  Appears to be, yes.

 3          Q.  You have no doubt about it; correct?

 4          A.  I'm sorry?

 5          Q.  You have no doubt that the person depicted in Exhibit

 6     315 is the same John Sullivan that is seated at counsel table;

 7     correct?

 8          A.  No, I don't doubt that.  No.

 9          Q.  Do you dispute it?

10          A.  No, I do not dispute it is the same person.

11          Q.  You agree it is the same person?

12          A.  Yes.

13          Q.  I'm sorry if it was a bad question.

14          A.  I'm sorry.

15          Q.  That person in there, Mr. Sullivan, he didn't have a

16     gas mask on, does he?

17          A.  Not at the particular time, no.

18          Q.  He didn't have a knife on him in that picture;

19     correct?

20          A.  Not based on the picture, correct.

21          Q.  He didn't have a flagpole; correct?

22          A.  No.

23          Q.  He doesn't have mace; correct?

24          A.  No.

25          Q.  And what he does have is a tripod and a camera;

1   correct?

2       A.  Yes.

3       Q.  And you are aware based on your investigation and your

4   involvement in this case that a lot of these rioters on

5   January 6 actually used flagpoles against the police officers;

6   correct?

7       A.  Yes.

8       Q.  But Mr. Sullivan didn't have a flagpole?

9       A.  Not that I am aware of.

10      Q.  Well, you have not seen any video depicting him with a

11  flagpole?

12      A.  No.

13      Q.  Exhibit 315 at about 7:35.

14          If you could go back to 7:35, please.  Thank you.  And

15  let it run.

16          If you can stop it there.  Sir, do you see the person

17  you have identified as Mr. Sullivan in that video?

18      A.  Yes.

19      Q.  Can you circle where you see him?

20      A.  In this area right next to Mr. Epps.

21      Q.  And those -- I was going to ask you, he is right by

22  Officer Epps?

23      A.  Correct.

24      Q.  Is that Officer Epps?

25      A.  Officer Epps.

CROSS-EXAMINATION OF THOMAS LOYD

1      Q.   He is having a conversation with Officer Epps;

2  correct?

3      A.   He appears to be, yes.

4      Q.   I know from what it appears and there is no audio, he

5  is not threatening Officer Epps at that point, is he?

6      A.   It does not appear at that time.

7      Q.   It appears he's having a conversation with him;

8  correct?

9      A.   Correct.

10     Q.   At that point in time, Mr. Sullivan didn't have a

11  flagpole?

12     A.   No flagpole.

13     Q.   Didn't have mace?

14     A.   Not that I am aware of, no.

15     Q.   All he had in his hand was a camera and a tripod;

16  correct?

17     A.   Yes.

18     Q.   What he is doing is having a conversation with Officer

19  Epps?

20     A.   Yes.

21     Q.   Okay.   Thank you.   630, please.   Same exhibit.   If we

22  can run it to about 6:33.

23          Same video, please.

24          Do you see Mr. Sullivan in there?

25     A.   Yes.

1          Q.  Okay.  Can you stop it, please?

2              Can you circle where you see him?

3          A.  (Complying.)  In yellow.

4          Q.  Okay.  And he is filming; correct?

5          A.  Yes.

6          Q.  Okay.  Exhibit 692, please, at 8 seconds in.  Eight

7     seconds in.

8              All right.  Do you see the person you have described

9     as Mr. Sullivan?

10         A.  Yes.

11         Q.  Can you circle him?

12         A.  (Complying.)  In yellow.

13         Q.  Okay.  And the reason you believe that is

14    Mr. Sullivan is because of the gas mask?

15         A.  Yes.

16         Q.  Okay.  And do you see that he is holding -- can you

17    see that he is holding a tripod and a camera?

18         A.  I can't make it out in that particular clip.

19         Q.  Okay.  If we can run it a little bit further.  Let me

20    see if you can run it a little bit further.

21         A.  Yep.  Yes.

22         Q.  Okay.  Stop it, please.

23             So in Exhibit 610 -- excuse me -- 692 you see that he

24    is holding the tripod and the camera?

25         A.  Yes.

CROSS-EXAMINATION OF THOMAS LOYD

1          Q.   Again, same series of questions, he doesn't have any

2     mace; correct?

3          A.   No.

4          Q.   Didn't have a flagpole?

5          A.   No.

6          Q.   Doesn't have anything that could be used in his hands

7     as a weapon; correct?

8          A.   No.

9          Q.   Yes, you agree with --

10         A.   Yes, I agree with you.

11         Q.   Just so the record is clear, yes, you agree with me?

12         A.   Yes, I agree with you.

13         Q.   Okay.   Thank you.

14              If we can go to Exhibit 610 at about 2:30.

15              All right.   If we could go to 320, please, about 1:35.

16              Okay.   If we could hold it there.   Do you see

17     Mr. Sullivan in that video?

18         A.   Not offhand.

19         Q.   All right.   Let's run it a little bit further.   Tell

20     us if you see him.

21         A.   Yes.

22         Q.   Okay.   Stop it, please.   Can you circle it?

23         A.   In yellow.

24         Q.   Okay.   Now, this is -- what is captured in this photo

25     is people are being pushed out of the Capitol; correct?

CROSS-EXAMINATION OF THOMAS LOYD

1        A.   Yes.

2        Q.   In that photo, Mr. Sullivan has a tripod and a camera;

3    correct?

4        A.   Yes.

5        Q.   In that photo, he is not wearing a gas mask; correct?

6        A.   No.

7        Q.   He doesn't have mace?

8        A.   No.

9        Q.   Doesn't have a flagpole?

10       A.   No.

11       Q.   Doesn't have any weapon in his hand?

12       A.   No.

13       Q.   Can we go 616 at about 30, please.

14            Tell us if you see Mr. Sullivan.

15            Okay.  We can stop it.  You can take it down, please.

16            So you saw a lot of videos that government presented

17   to you on direct examination; correct?

18       A.   Correct.

19       Q.   I went through a number of them on cross-examination;

20   correct?

21       A.   Correct.

22       Q.   And isn't it fair to say that in all of the videos

23   that were shown to you by the government and all of the videos

24   that I discussed with you on cross-examination, Mr. Sullivan is

25   not depicted in any video with mace; correct?

1          A.   Correct.

2          Q.   Never depicted with a flagpole; correct?

3          A.   Correct.

4          Q.   Never depicted physically striking any human being;

5     correct?

6          A.   Correct.

7          Q.   And in the video depicting his interactions with the

8     police officer, he is just having a conversation with the

9     officer; correct?

10         A.   Correct.

11         Q.   He is not threatening the officer; correct?

12         A.   No.

13         Q.   And, in fact, the voice you hear on the video, was

14    Mr. Sullivan at some point yelling out, I am just recording;

15    correct?

16         A.   Correct.

17              MR. KIERSH:   Okay.   Thank you very much, sir.

18              I pass the witness, Your Honor.

19              THE COURT:   All right.

20                          REDIRECT EXAMINATION

21    BY MS. LEDERER:

22         Q.   Good afternoon again.

23         A.   Good afternoon.

24         Q.   Deputy Chief Loyd, the first time that you ever saw

25    John Sullivan, that was last Thursday; correct?

REDIRECT EXAMINATION OF THOMAS LOYD

1      A.  Correct.

2      Q.  You have never personally investigated John Sullivan;

3  correct?

4          MR. KIERSH:  Objection, Your Honor, it is leading.

5          THE COURT:  Overruled.

6  BY MS. LEDERER:

7      Q.  You have never personally investigated John Sullivan;

8  correct?

9      A.  No.

10      Q.  You are just here today to provide your knowledge of

11  the inside of the Capitol; correct?

12      A.  Yes.

13      Q.  You also have knowledge of who is allowed to be inside

14  the Capitol; correct?

15      A.  Yes.

16      Q.  Now, counsel kept asking you if you heard the

17  individual that he has identified as his client saying, "I am

18  just recording."  All of those places that we saw the defendant

19  go that day, was he allowed to be there on January 6?

20      A.  No.

21      Q.  Now, last week we watched the montage of you when you

22  were at the Ohio clock corridor.  Do you remember when I

23  pointed out two credentialed media members in that montage?

24      A.  Yes.

25      Q.  Did you hear members like those credentialed media

1    saying -- chanting on bullhorns saying, burn this shit down?

2        A.   No.

3        Q.   Did you hear people from the media chanting, this is a

4    revolution?

5        A.   No.

6        Q.   Did you hear people who were just recording saying, we

7    did this shit?

8        A.   No.

9        Q.   Did you hear people from the media saying, this is

10   beautiful, while looking out of the upper west terrace looking

11   at the thousand rioters below?

12       A.   No.

13       Q.   Did you hear people who were just recording ignoring

14   multiple police orders to leave the building?

15       A.   No.

16       Q.   Did you hear people who were just recording tell

17   police, it is no use, just stand down?

18       A.   No.

19       Q.   Did you hear people who were just recording telling

20   fellow rioters who were saying, hey, no violence; saying, fuck

21   that?

22       A.   No.

23       Q.   Did you hear people who were just recording saying,

24   drag that motherfucker out while standing in front of the House

25   main doors?

1        A.   No.

2        Q.   Did you hear someone who was just recording -- other

3   people who were just recording, did you hear them say, I have a

4   knife?

5        A.   No.

6        Q.   If I could bring up 692.

7             If we could bring it to 8 seconds in, please.

8             And if we could just go frame by frame a bit.

9             Okay.  If we could pause.  Right here in the

10  defendant's hand, can you see that object?

11       A.   Yes.

12       Q.   So in this frame, he doesn't only just have his camera

13  out, there is something else in his hand too; correct?

14       A.   Correct.

15       Q.   Did you hear other people in the speaker -- strike

16  that.

17            In the Speaker's Lobby, did you hear the defendant

18  saying, -- strike that.

19            Did you hear in the Speaker's Lobby the defendant

20  saying, "I have a knife" again?

21       A.   Yes.

22       Q.   Is that someone who is just recording?

23       A.   No.

24       Q.   All of the things that we took the time to pause and

25  recount today, is that someone who is just recording?

1          A.   No.

2               MS. LEDERER:  I have nothing further.  Thank you.

3               THE COURT:  You can step down.

4               Next witness.

5               MR. BARCLAY:  Government calls Daniel Schwager to the

6     stand.

7               MS. LEDERER:  Your Honor, may Deputy Chief Loyd be

8     excused?

9               THE COURT:  Yes.

10              MS. LEDERER:  Thank you.

11                        DANIEL SCHWAGER, sworn.

12              THE WITNESS:  I do.

13              THE COURTROOM DEPUTY:  Thank you.

14                        DIRECT EXAMINATION

15    BY MR. BARCLAY:

16         Q.   Good afternoon.

17         A.   Good afternoon.

18         Q.   Could you please state your name for the record?

19         A.   Daniel Schwager.

20         Q.   On January 6, 2021, what was your job?

21         A.   I was the general counsel to the Secretary of the

22    Senate of the United States Senate.

23         Q.   What does the Secretary of the United States Senate

24    do?

25         A.   The Secretary of the Senate I describe as kind of a

1   chief administrative officer.  The secretary manages 25 or 26

2   different departments within the Senate that handle such

3   functions as the financial administration of the Senate, the

4   cultural, historical, curatorial, museum-type functions of the

5   Senate.  And then the secretary also has responsibilities for

6   the administration of the floor proceedings.  So the clerks of

7   the Senate work for the secretary.  The parliamentarian is

8   under the supervision of the secretary.  So we really think of

9   those several different areas of administration as the

10  oversight of the Secretary of the Senate.

11      Q.  Does the Secretary of the Senate work for a particular

12  political party?

13      A.  No.  The secretary is typically nominated by the

14  majority leader, but is elected by the full senate and has a

15  responsibility to the entire senate.

16      Q.  Who was the Secretary of the Senate on January 6,

17  2021?

18      A.  Julie Adams.

19      Q.  So as general counsel to the Secretary of the

20  Senate -- excuse me -- what were your responsibilities?

21      A.  I had a fairly broad portfolio, to advise the

22  secretary on matters such as ethics compliance.  I would review

23  contracts.  I would assist with handling of sensitive matters

24  and I would generally try to assist all of the different

25  departments and department heads with their responsibilities to

DIRECT EXAMINATION OF DANIEL SCHWAGER

1   the greatest extent.  I played a role in obtaining election

2   certificates from the states for senate elections and for the

3   electoral college.  And I assisted in administration of various

4   special events as well.

5        Q.  And how long were you the general counsel?

6        A.  Almost 6 years, I think.

7        Q.  What did you do before that job?

8        A.  I have had several jobs in Washington.  I am a lawyer.

9   I have been a prosecutor.  I have served on the ethics

10  committees of both the Senate and the house as the staff

11  director of the house ethics committee.  And I have been a

12  lawyer in the private practice as well.

13       Q.  The ethics committee you mentioned, were those

14  partisan jobs?

15       A.  Those are non-partisan.  The ethics committees in both

16  chambers are bipartisan committees, so they have even numbers

17  of republican- and democratic-aligned members and the staff

18  director and the counsel are hired by both sides jointly.

19       Q.  Do you still work in congress?

20       A.  I do not.

21       Q.  Generally speaking, where do you work now?

22       A.  I now work at a nonprofit in Washington.

23       Q.  So let's do a little bit of a civics lesson.  How many

24  houses does congress have?

25       A.  Two.

DIRECT EXAMINATION OF DANIEL SCHWAGER

1      Q.  And what are those houses?

2      A.  The House of Representatives and the Senate.

3      Q.  Who is in charge -- what is the title of the person

4  who is in charge of the House of Representatives?

5      A.  The Speaker of the House is generally recognized as

6  someone in charge of the House.

7      Q.  And who was that person on January 6, 2021?

8      A.  Nancy Pelosi.

9      Q.  On the senate, practically speaking, who kind of

10  presides over the day-to-day functioning and the agenda of the

11  Senate?

12      A.  So each caucus elects a leader and the agenda, kind of

13  the administrative proceedings of the floor of the senate are

14  generally set by the majority leader, the person selected by

15  the majority caucus.

16      Q.  Who was that person on January 6, 2021?

17      A.  Senator Mitch McConnell.

18      Q.  Under the constitution, is there a different person

19  who is formally in charge or formally presides over the senate,

20  I should say?

21      A.  Yeah.  The president of the senate or the default

22  presiding officer of the senate is the vice president of the

23  United States.

24      Q.  And who was that person on January 6, 2021?

25      A.  Mike Pence.

1    Q.   So when the vice president is busy or cannot preside

2    over the Senate, who presides over the senate?

3    A.   So the next in line kind of default presiding officer

4    is the president pro tempore, which is typically, not by rule,

5    but by custom the most senior member of the majority party, the

6    person who has been there the longest.

7    Q.   And that person on January 6, 2021?

8    A.   Senator Chuck Grassley.

9    Q.   So what is the difference between a congress and the

10   term a session of congress?

11   A.   A session of congress is used in several ways.   But

12   the most formal way that a session is used is each congress is

13   two years long.   So we might be in the 118th congress right

14   now, I think.   And they go between the -- every other year's

15   general election.   And then each year of the congress is known

16   as a session.   And then there is another sense in which each

17   day when you gavel in, you begin a session for the day, the

18   daily sessions.   And then that goes until the session is

19   formally adjourned.

20   Q.   So when we talk about the congress in the kind of

21   temporal sense, when does a congress start?

22   A.   January 3rd of an odd year.

23   Q.   And are there some things that have to happen for each

24   new congress?

25   A.   Yes.

1      Q.   What are those things?

2      A.   Each chamber needs to elect its leadership.  They need

3 to elect their officers.  They need to adopt rules.  The House

4 needs to adopt all of its rules.  Senate rules are ongoing to

5 an extent.  There are a few matters that get renewed every

6 other year.  So there are those types of administrative

7 matters.  And then, of course, all new members in the senate

8 need to be sworn in.  And then in the House every member needs

9 to be sworn in.

10      Q.   And you said typically that is January 3rd following

11 an election?

12      A.   January 3rd is the date designated for the beginning

13 of congress.  If that is on a Sunday or for some other reason,

14 they might agree, everybody might agree to postpone that for a

15 day or two.

16      Q.   So every four years, do we have also presidential

17 elections?

18      A.   We do.

19      Q.   And where a new Congress is following the presidential

20 election, does Congress have additional responsibilities?

21      A.   Yes.

22      Q.   What are those responsibilities?

23      A.   Well, in reference to the electoral college --

24      Q.   Yes.

25      A.   -- and the election of the president?

DIRECT EXAMINATION OF DANIEL SCHWAGER

1       Q.   Yes.

2       A.   The constitution dictates that the electoral college

3  votes, the votes that effectively select a president have to be

4  counted in congress in a joint session of congress, which

5  occurs on January 6, following a general election every four

6  years.  And that those votes or ballots need to be opened in

7  congress and counted.  And then at the end when the count is

8  completed, the president of the senate, who is the vice

9  president, announces what that number is, what the electoral

10  college vote is, according to those ballots.  And that

11  announcement is deemed to be the formal notice of who has been

12  elected to be the next President of the United States.

13      Q.   So we'll go through that a little bit more.  But do

14  you remember when the 2020 presidential election took place

15  roughly?

16      A.   I think it was November 3rd.

17      Q.   And so when you vote at the polls in November, what

18  happens when you cast your vote in a particular state on

19  election day for president?

20      A.   Some people know, not everybody knows, we are not

21  actually voting directly for the president and the vice

22  president when we vote on election day.  Every state and the

23  District of Columbia have a certain number of electors that is

24  determined by their population and those electors.  There are

25  slates of electors chosen typically by the parties.  And our

1    votes on Election Day are actually for one of those slates.

2    But those slates are associated with one of the presidential

3    candidates.  So on election day, we vote for a slate of

4    electors.

5          And then do you want me to take you through the

6    process?

7          Q.  Yes.  So once -- after you vote for a slate of

8    electors, what happens next?

9          A.  Sure.  So when the votes of Election Day are counted,

10   the -- typically the Secretary of State or whoever the chief

11   election official is of a state or the district, reports that

12   number to the governor of the state.  And then the secretary of

13   state and governor will sign a certification as to who the

14   winning slate of electors are.  And they will list the

15   number -- the law requires them to list the number of votes

16   that have been determined to have been for each slate of

17   electors.  That certificate that they signed is called a

18   certificate of ascertainment.  And that is how we know which

19   slate of electors won the election.

20         Q.  Once this -- the electors have been ascertained or the

21   certificate of ascertainment has been signed, do the electors

22   do anything?

23         A.  Yes.  So the electors -- all of the electors in all of

24   the states and the District meet on the same day, December, at

25   the same time -- designated time.  And these electors

1    themselves will then cast their votes for president and vice

2    president.  It is usually the candidate that they were

3    associated with at the time of the election, but not always.

4    In some states, electors can vote for whoever they want.

5    Sometimes there are votes for more than just the two main

6    candidates.  But whatever the votes are, those electors will

7    then fill out a ballot.  And it is just the electors who were

8    designated by the certificate of ascertainment.  They will fill

9    out what is called a ballot or called a certificate of votes,

10   colloquially called the ballot, where each elector will sign

11   their name to a -- and the certificate says how many electoral

12   votes each candidate got.  They sign six copies of that

13   certificate.  And those are sent to -- they are sealed by the

14   Secretary of State or the Chief Election Officer.  And those

15   are sent to various places, including the Archivist of the

16   United States and the President of the Senate.

17        Q.  And is there kind of a final step in the process after

18   that?

19        A.  Yes.

20             The President of the Senate receives the ballots,

21   checks with the archivist to make sure we look up the right

22   ones.  And then on January 6, the -- those ballots are brought

23   to a joint session of congress.  And they are opened by the

24   Vice President, President of the Senate.  They are handed down

25   to -- there is a series of four tellers, one democrat and one

1   republican from each chamber; two senators and two members of

2   Congress, two Representatives.  They read the results of every

3   states' ballot including the District of Columbia.  There is an

4   opportunity for members to object and an entire process in law

5   for that to happen.  And then at the end of that joint session,

6   the total number is announced.  And that is known as the

7   certification of the vote or the declaration of who has won the

8   presidential election.

9        Q.  So before the certification, I think you said that the

10  ballots are sent to the President of the Senate.  Just to be

11  clear, that is the vice president we are talking about?

12       A.  That is the vice president.  They are records of the

13  senate at that point.  And the Secretary of the Senate

14  maintains custody of them until the 6th and then archives them.

15  The Secretary of the Senate is also responsible for and is the

16  official custodian of the records of the senate.

17       Q.  Are there specific containers or things you used to

18  hold these ballots before the certification process begins?

19       A.  They are at some point put into ceremonial ballot

20  boxes, which are what you see being brought from the senate to

21  the joint session, if they fit.

22       Q.  Is there a source of law dictating what must happen on

23  January 6?

24       A.  There are several sources, yes.

25       Q.  What are those sources?

DIRECT EXAMINATION OF DANIEL SCHWAGER

1          A.   The first is the constitution of the United States,

2     specifically the Twelfth Amendment.   The second is statutory

3     law, the United States Code, section 3.   Title III of the

4     United States Code has several sections.   And then finally, the

5     two chambers adopt a joint -- a concurring resolution to adopt

6     specific rules that mirror the statutory rules, but they become

7     rules of the House and Senate together.

8          Q.   Okay.   So let's start with the constitution.   Which

9     part of the constitution governs January 6 again?

10          A.   I think it is the Twelfth Amendment.

11          MR. BARCLAY:   So I am going to show you Government

12     Exhibit 402 and move to admit pursuant to the judicial notice.

13          MR. KIERSH:   I have no objection.

14          (Whereupon, Government Exhibit No. 402 was admitted.)

15     BY MR. BARCLAY:

16          Q.   Do you recognize what we are looking at here?

17          A.   This appears to be a cover page of the constitution.

18          Q.   Let's go to the second page.

19          And, again, is this a particular portion of the

20     constitution?

21          A.   Yes.   This appears to be the Twelfth Amendment to the

22     constitution.

23          Q.   Can we zoom in a little bit on the top half of this

24     document, the second page, about half of the page.

25          Okay.   Can you read -- I will highlight it on the

1    screen between the words, "The electors too shall be counted"?

2        A.   Sure.

3             "The electors shall meet in their respective states

4    and vote by ballot for president and vice president.  One of

5    whom at least shall not be an inhabitant of the same state with

6    themselves.  They shall name in their ballots the person voted

7    for as president and in distinct ballots the person voted for

8    as vice president.  And they shall make distinct lists of all

9    persons voted for as president and of all persons voted for as

10   vice president and the number of votes for each, which lists

11   they shall sign and certify and transmit, sealed to the seat of

12   the government of the United States, directed to the President

13   of the Senate.  The President of the Senate shall in the

14   presence of the Senate and House of Representatives open all of

15   the certificates.  And the votes shall then be counted."

16       Q.   Is the full certification process of ballots to the

17   certification itself that we were just talking about?

18       A.   Yes.  This is the constitutional foundation for that

19   process.

20       Q.   And I think you also mentioned the United States Code.

21   Again, what is the United States Code?

22       A.   The United States Code is just the compilation of all

23   public laws, all of the laws of the United States that have

24   been voted on and signed by the president.

25            MR. BARCLAY:  Okay.  Now, pull up Government

1  Exhibit 403, 404, 405, 406 and start one at a time.  But I will

2  move to admit all of them.

3              MR. KIERSH:  No objections.

4              THE COURT:  Received.

5              (Whereupon, Government Exhibit Nos. 403 - 406 were

6  admitted.)

7  BY MR. BARCLAY:

8      Q.  Let's start with 403.  So is this one of the

9  provisions of the U.S. Code that governs what has to happen on

10  January 6?

11     A.  Yes.  This appears to be Section 15 of Title III of

12  the United States Code.

13     Q.  Could you read the first sentence beginning with

14  "Congress shall be in session" to "on the part of the House of

15  Representatives"?

16     A.  Sure.

17              "Congress shall be in session on the 6th day of

18  January, succeeding every meeting of the electors.  The Senate

19  and House of Representatives shall meet in the hall of the

20  House of Representatives at the hour of 1:00 in the afternoon

21  on that day.  And the President of the Senate shall be their

22  presiding officer.  Two tellers shall be previously appointed

23  on the part of the Senate and two on the part of the House of

24  Representatives to whom shall be handed as they are opened by

25  the President of the Senate all of the certificates and papers

DIRECT EXAMINATION OF DANIEL SCHWAGER

1    purporting to be certificates of the electoral votes, which

2    certificates" --

3        Q.  I'm sorry.

4        A.  "Which certificates and papers shall be opened,

5    presented and acted upon in the alphabetical order of the

6    states."

7        Q.  I think that is enough.  Thank you.

8        A.  Okay.

9        Q.  So even though each House is equal to each other when

10   they are convening in the joint session, does this say that the

11   President of the Senate shall be the presiding officer?

12       A.  That is correct.

13       Q.  Again, that is the vice president?

14       A.  Correct.

15           MR. BARCLAY:  And I am going to switch to Government

16   Exhibit 407, which has not yet been admitted and move to admit

17   pursuant to the Court's judicial notice.

18           MR. KIERSH:  No objection.

19           THE COURT:  Received.

20           (Whereupon, Government Exhibit No. 407 was admitted.)

21   BY MR. BARCLAY:

22       Q.  What are we looking at in Government Exhibit 407?

23       A.  This appears to be a copy of Senate concurrent

24   resolution number 1 of the 117th Congress from January 3rd,

25   2021.

1      Q.   Okay.   Just to be clear, what is a concurrent

2   resolution?

3      A.   So concurrent resolution means that it is an act -- a

4   legislative act of both houses of Congress together.   But it

5   does not require the signature of the president, so it

6   typically refers to something that the two chambers have the

7   authority to enact or to carry out themselves that does not

8   rise to the level of a law signed by the president.

9      Q.   So which chamber did this concurrent resolution

10   originate in if you can tell?

11      A.   Because it is called Senate Concurrent Resolution 1 or

12   S.Con.Res 1 as you can see on the top that indicates it began

13   in the Senate and was sent to the House and agreed to by the

14   House.

15      Q.   And you are familiar with this particular concurrent

16   resolution?

17      A.   I am.

18      Q.   What did this concurrent resolution in Government

19   Exhibit 407 accomplish?

20      A.   So this is -- the Congress, each chamber of Congress

21   has constitutional rule making authority, which means that when

22   they enact a rule, it is -- it gives it an extra layer of

23   constitutional foundation.   And they typically adopt rules that

24   are similar, if not identical, to the rules and the statutes,

25   the code that we were just talking about.   So these rules

1    govern the proceedings of the joint session of congress.

2         Q.   So fair to say it is just another layer of kind of

3    rule making on top of what we have already looked at?

4         A.   Yeah.  Another layer of authority under the law and

5    the constitution.

6         Q.   Okay.  Now, go to Government Exhibit 405, which has

7    already been admitted.

8              Is this another provision of the United States Code?

9         A.   Yes.

10        Q.   Okay.

11        A.   Yes.  This is Section 16 of Title III.

12        Q.   Can you read after "Such joint meeting shall not be

13   dissolved"?

14        A.   Sure.  Such joint meeting shall not be dissolved until

15   the count of electoral votes shall be completed and the result

16   declared.  And no recess shall be taken unless a question shall

17   have arisen in regard to counting any such votes or otherwise

18   under the subchapter, in which case it shall be competent for

19   either house acting separately in the manner hereinbefore

20   provided to direct a recess of such house not beyond the next

21   calendar day, Sunday excepted, at the hour of 10:00 in the

22   forenoon.  But if the counting of the electoral votes and the

23   declaration of the result shall not have been completed before

24   the fifth calendar day, next after such meeting of the two

25   houses, no further or other recess shall be taken by either

DIRECT EXAMINATION OF DANIEL SCHWAGER

1    house.

2         Q.   In lay terms, what does this mean?

3         A.   What this means is if it takes us more than a day to

4    finish the joint session, we can go home and go to sleep for up

5    to five nights.  But if it takes us longer than that, we cannot

6    go home until we have completed the job.

7         Q.   Let's go to Government Exhibit 405.

8              Again, is this another provision of the United States

9    Code?

10        A.   Yes.  Section 17 of Title III.

11        Q.   And what does this particular section provide for?

12        A.   This provides limits to how much time the members of

13   the House or the Senators can speak in any debate over an

14   objection and also when an objection can be heard to the

15   counting of any particular states' vote.

16        Q.   What is the time limit in section 17 that we are

17   looking at?

18        A.   I'm sorry.  So each senator representative has 5

19   minutes to speak and they can only speak once.  But each

20   objection can only be debated for up to two hours of actual

21   in-session debate time or in-chamber debate time during those

22   two hours.

23        Q.   So we can pull this down.  Just in practice, if a

24   member of the House, for instance, objects during the joint

25   session, what happens?

1        A.  So if it is only a member of the House and not a

2    senator joining in, nothing happens.  They read their

3    objection, no senator is heard, the votes of that state or

4    district are counted.  If both a member of the House and the

5    Senator together object, then, following the procedures and the

6    law, the two bodies -- they call it retiring to their

7    respective chambers.  The House is already in the House chamber

8    so they stay there.  The Senate goes back to the Senate

9    chamber.  The debates over that objection, which the time

10   limits we were just referring to, those happen in each

11   chamber's -- in each body's own chamber.

12        When they are done with the debate, there is a vote on

13   the objection.  When both chambers have voted, they come back

14   together in the joint session or in the House chamber.  It is

15   still part of the joint session.  And they announce the result

16   of that vote.  And then there are other laws and procedures for

17   what happens if a state is objected to, et cetera.

18        Q.  So leading up to January 6, were you personally aware

19   there might have been a possibility of objections during the

20   certification process?

21        A.  I had been following the press reports.  I didn't have

22   any personal knowledge of any direct plans or not.  But I think

23   everybody expected there to be a series of objections.

24        Q.  Did you do anything to prepare?

25        A.  Yes.  I studied the law.  I spoke with the

1   parliamentarian.  I spoke with the secretary and advised her of

2   and we had various meetings for what would happen.  In general,

3   all of those steps are things that happen in other contexts.

4   So we were prepared.  We were prepared for things to go long.

5   We were prepared to do the job.

6        Q.  Had you attended a joint certification prior to

7   January 6, 2021?

8        A.  I did in January of 2017.

9        Q.  So when the senate was called to order on January 6,

10  where were you?

11       A.  I was in the chamber of the senate when we were called

12  to order, which was at 12:30, I believe.

13       Q.  Okay.

14       A.  Each chamber calls themselves to order before

15  combining for the joint session.

16       Q.  Thank you.  And just for those who may not know,

17  physically, which chamber is bigger between the House and the

18  Senate?

19       A.  The House is bigger.  They have got more members.

20       Q.  So is that why the joint session meets in the House

21  chamber?

22       A.  Yes.  All joint sessions are in the House chamber,

23  because they wouldn't all fit in the Senate chamber.

24       Q.  On January 6, did there come a time when the Senate

25  moved from the Senate chamber over to the House chamber?

DIRECT EXAMINATION OF DANIEL SCHWAGER

1      A.   Yes.   1:00.

2      Q.   Can you tell me a little bit about that procession or

3 that movement?

4      A.   Sure.   That is a somewhat ceremonial movement.   And

5 the senate votes to proceed.   And then they do proceed, so the

6 Senate chamber and the House chamber are at either end of the

7 second floor of the US Capitol building.   And their center

8 doors face each other, so if you go out of one chamber, you

9 look straight down the hallway, to the rotunda, to the door of

10 the other chamber.   And so when the senate proceeds to a joint

11 session, they form up, they line up.   It is typically led by

12 the secretary.   And either the sergeant at arms or if the

13 president is -- president or the vice president if there are

14 other duties, the assistant sergeant at arms.   And they then

15 proceed.

16      When they get to the House chamber, the sergeant at

17 arms of the House of Representatives will announce to the

18 Speaker that the Senate has arrived for a joint session.   And

19 then the Senate will be welcomed into the chamber and take

20 their seats.   And then the proceeding will happen.

21      And the electoral college you also -- in the joint

22 session for the counting of electoral college votes, you also

23 have young staffers who carry the ballots in that procession.

24 And then other staff will follow the procession as well.

25      Q.   So after this -- I should ask, did the vice president

DIRECT EXAMINATION OF DANIEL SCHWAGER                    107

1   accompany the senators into the -- did the vice president

2   accompany the senators to proceed into the House chamber that

3   day?

4        A.  He did, I believe.

5        Q.  Did the joint session then begin counting the

6   electoral college ballots?

7        A.  They did.

8        Q.  What happened?

9        A.  Soon after the beginning of the joint session, I think

10  it was Alabama -- no, it was Arizona.  I think it was Arizona.

11  Alabama is the first state, I think.  Arizona I think are

12  third -- I think or second.  There was an objection raised by a

13  member of congress, Mr. Gosar.  And it was joined by a senator

14  so at that point, the vice president announced that the two

15  bodies would retire to their chambers to debate the objection.

16           And that is what we did.

17       Q.  Did the vice president -- so the Senate went back to

18  the Senate chamber?

19       A.  Yes, with the vice president presiding.

20       Q.  And do you recall how the Senate got back to the

21  Senate chamber from the House of Representatives?

22       A.  Similarly, just walked down the hall.

23       Q.  Where does that take you, just to be clear?

24       A.  Again, if you walk out of the -- if you exit the

25  center door of one body's chamber and walk straight down the

1    hall through the rotunda, you end up in the other chamber.

2        Q.  Okay.  So I am going to pull up Government Exhibit 410

3    and 411.  Do you recognize what these are?

4        A.  Yes.  This appears to been an excerpt of the

5    congressional record for January 6 of 2021.

6            MR. BARCLAY:  I am going to admit Government's 410 and

7    411.

8            MR. KIERSH:  No objection.

9            THE COURT:  Received.

10           (Whereupon, Government Exhibit No. 410 and 411 were

11   admitted.)

12   BY MR. BARCLAY:

13       Q.  What is the congressional record?

14       A.  The congressional record is the recording of the

15   proceedings of the day.  It is not a single, chronological,

16   verbatim transcript.  It is a substantive substantially

17   verbatim transcript in different sections.  So there is a house

18   section and a senate section and there are executive sessions

19   and legislative sessions.  But it is the official record of the

20   proceedings of the Senate and House of Representatives.  It is

21   published every day that they are in session.  So it is always

22   published overnight and printed and distributed the next

23   morning.

24       Q.  So at 4:10, do you see what the date on that -- this

25   portion of the congressional record is?

1        A.  Yes.  This is January 6, 2021.

2        Q.  Let me switch to 411, same question.

3        A.  No.  This is the first page of the section for the

4   House of Representatives.  And 410 was the section for the

5   Senate, I believe.

6        Q.  I'm sorry.  What was the date on the top of 411?

7        A.  January 6, 2021.

8        Q.  Okay.  So we can pull these down.

9             I am going to show you Government Exhibit 401 for

10  identification, which is a video.  Just go forward about 2

11  seconds for the witness.

12            Have you reviewed this video in preparation for your

13  testimony today?

14       A.  I believe I have, yes.

15       Q.  Is it made up of a compilation of footage and portions

16  from the congressional record that we were just looking at?

17       A.  Yes.

18       Q.  Does it fairly and accurately depict what actually

19  occurred between the two chambers on January 6, 2021, as well

20  as the corresponding portions of the congressional record?

21       A.  To the best of my information and knowledge, yes.

22            MR. BARCLAY:  I am going to move to admit Government

23  Exhibit 401.

24            MR. KIERSH:  No objection.

25            THE COURT:  Received.

1              (Whereupon, Government Exhibit No. 401 was admitted.)

2    BY MR. BARCLAY:

3         Q.  So let's play this to about 11 seconds and pause.

4              Before we go any further, do you see the map on the

5    bottom of the screen?

6         A.  Yes.

7         Q.  What are we looking at here?

8         A.  So the red box is around the House chamber, so this

9    represents the Capitol building.  And each side, the -- we are

10   facing the east front.  So on the left is the south end of the

11   Capitol where the house is.  And on the right is the north end

12   of the Capitol where the Senate chamber is.

13        Q.  Let's keep playing for about 2 minutes and 2 seconds.

14             Are there time stamps superimposed on that model?

15        A.  Yes.

16        Q.  Okay.  So do you see the people coming into the House

17   chamber here?

18        A.  I do.

19        Q.  Was this the first ceremonial procession we were

20   talking about?

21        A.  Yes.  They are led by the Secretary of the Senate and

22   the Deputy Sergeant at Arms.

23        Q.  Do you see these boxes that I am encircling on the

24   screen?

25        A.  I do.

1      Q.   What are those?

2      A.   So the brown, wooden boxes are the ceremonial ballot

3  boxes that contain the electoral college ballots in their

4  original envelopes.  The third circle, shows a staffer carrying

5  some large delivery boxes.  Those are ones where the state

6  shipped their certificate in a container that didn't fit inside

7  the ballot box, the ceremonial ballot boxes.

8      Q.   I will clear that and keep playing to about 2:44.

9           So who did we see just -- we were to pause at 2:44

10  here.  Who did we see just come in into the House chamber?

11     A.   The vice president and the senators.

12     Q.   Okay.  Do you see the vice president at this still

13  frame in 2:44?

14     A.   I do.

15     Q.   Can you circle him on the screen?

16     A.   (Complying).

17     Q.   And who is standing to the right of him?

18     A.   Speaker Pelosi.

19     Q.   Can you see yourself in this still image?

20     A.   I do.

21     Q.   Can you circle yourself?

22     A.   (Complying).

23     Q.   You are kind of behind the box there?

24     A.   That is correct.  I am behind one of the ballot boxes.

25     Q.   Just for the record, the witness has circled the male

1    behind -- at the top of the podium in front of the American

2    flag, as well as identified himself as the individual in the

3    left in front of the wooden ballot box.

4             Let's play through 3:43.

5             So you heard the vice president say that the senate

6    was going to withdraw?

7        A.   Yes.

8        Q.   That was in response to an objection that we were

9    describing earlier?

10       A.   That is correct.  An objection had been lodged by both

11   a member of the house and a senator.

12       Q.   This is -- the time on the screen is 1:14 p.m.?

13       A.   Correct.

14       Q.   What happened to those ballot boxes that we saw

15   earlier?

16       A.   Those were brought back to the senate chamber.  Those

17   remain in the custody of the Secretary of the Senate.

18       Q.   Okay.  Let's keep playing through about 4:13.

19             We can pause at 4:10 or 4:11, this is just the time

20   limit for debate we were looking at earlier; is that right?

21       A.   That is right.

22       Q.   That is for debate, the whole debate, that is two

23   hours on a particular objection?

24       A.   That is correct, on a single state.  Each state -- and

25   all of the objections for any individual state, may be debated

1  together for up to two hours.

2       Q.  Okay.  Let's keep playing through about 4:58.

3            So what was the vice president saying there?

4       A.  The vice president was talking about the proceeding of

5  the debate or the objections.

6       Q.  Again to 2 hours --

7       A.  Yes.

8       Q.  -- limit?

9            So the time here is 1:29 p.m.?

10      A.  Yes.

11      Q.  So what based on the limit, what is the latest that

12  the debate on this particular objection could have gone?

13      A.  As long as it continues, as long as the debate is

14  uninterrupted 3:30, 3:29.

15      Q.  So were you, yourself, present in the senate chamber

16  during the period starting around 1:29 when the debate on this

17  objection was occurring?

18      A.  I was.

19      Q.  So was the debate on this particular objection, in

20  fact, completed by 3:29 p.m.?

21      A.  It was not.

22      Q.  Why not?

23      A.  At a certain point, we were informed there was a

24  threat inside that building.  We were what is called recessed

25  subject to the call of the chair, which means a timeout.  We

1    were -- we were locked down.  We were subsequently evacuated

2    for a number of hours until the building could be made safe and

3    we could return to the chamber --

4        Q.  Okay.

5        A.  -- to continue.

6        Q.  We'll walk through a little bit of that in some more

7    depth.  Can we keep playing to about 5:45 here?

8            What did we just see?

9        A.  Well, what we just saw was what had just happened as

10   we had -- well, I had kind of at the beginning of that clip

11   with Senator Lankford speaking and just when you heard Senator

12   Grassley saying, we will be in recess subject to the call of

13   the chair.  We had just been informed there was a breach of the

14   building, a determination had been made to -- first the vice

15   president was escorted out.  And then you saw Senator Grassley

16   was escorted out.  And then we followed the procedures that we

17   do in threat situations.  And after Senator Grassley recessed

18   us subject to the call of the chair, kind of a Capitol Police

19   officer took the dais to announce the situation and to advise

20   the senators what needed to happen next.

21           And as all of this is going on, all of the other doors

22   around the chamber and in the galleries were being locked down

23   by doorkeepers and police officers.  And police officers were

24   coming in as well.

25       Q.  And the time on the screen, we are seeing 2:13 here

1    for the call of the chair -- or recess subject to the call of

2    the chair?

3         A.  That is what it says, yeah.

4         Q.  And you said the Senate chamber was then subsequently

5    locked down?

6         A.  Correct.

7         Q.  Did you receive any -- were you still in the chamber

8    at that time?

9         A.  Yeah.  You can see me on this -- in this clip.

10        Q.  After the lockdown, did you receive any further

11   instructions?

12        A.  Yeah.  We remained -- we were -- the officer that you

13   can see in the clip standing at the dais instructed us -- asked

14   everybody to stay around their seats, to stay calm and await

15   further instructions from the Capitol Police.  It was some time

16   that we kind of stayed in that status.  I don't recall whether

17   it was 5 minutes or 20 minutes or 45 minutes or an hour and a

18   half.  I don't remember how long that was.  But there came a

19   time where we were then asked to evacuate or told that we were

20   going to be escorted to a safer location.  And we would be

21   escorted by Capitol Police and asked to follow their

22   instructions.  And then everybody in the chamber, the senators

23   and the staff alike followed their lead and were evacuated from

24   the chamber.

25        Q.  You said there were Capitol Police.  The Capitol

DIRECT EXAMINATION OF DANIEL SCHWAGER

1 Police were the ones who effectively evacuated you from the

2 chamber?

3      A.  Correct.  They escorted the front of the body and they

4 were lining the entire route and they were guiding us where to

5 go.

6      Q.  Did they make you show any identification?

7      A.  Yes.  All of the staff had to show our staff IDs in

8 various stages along the evacuation route.

9      Q.  And without telling me where you specifically went,

10 did you or your staff grab anything from the senate when you

11 were evacuated?

12      A.  Yes.  You can see several of the clerks and the

13 parliamentarians there and I as well, you can see the ballot

14 boxes and the ballots and some of the other paraphernalia on a

15 table at the bottom of the screen right there.  So several of

16 us did take those.  I had actually been standing with it while

17 we were waiting for instructions to make sure no senators went

18 through it and nobody took any ballots out or anything.

19      But when we were asked to evacuate a number of staff

20 and actually some of the senators helped us carry things until

21 we recovered that from the senators.

22      Q.  Let's shift back to the House.  Let's play this

23 another minute or so, to 6:48.

24      So I know that you weren't actually in the House at

25 this time, but what -- can you describe to the jury what we

DIRECT EXAMINATION OF DANIEL SCHWAGER

1   just saw happen here?

2       A.   Sure.   So this is the House chamber.   And presiding is

3   what you would call a speaker pro tempore, so somebody who is

4   taking the Speakers role presiding.   The Congressman Gosar who

5   had made the objection and was trying to speak, but there were

6   disruptions.   You saw people I recognize to be Capitol Police

7   officers running down through the well and running out the

8   door.   You heard what sounded like somebody screaming in the

9   gallery, which doesn't usually happen.   And you see the speaker

10  pro tempore trying to maintain order of the chamber so the

11  debate can continue.

12      Q.   What is the time on the footage that we are looking at

13  here?

14      A.   2:16 p.m.

15      Q.   Okay.   I am circling a door on the left-hand side of

16  the video footage.   Do you know where that door leads?

17      A.   Yes.

18      Q.   How do you know where that door leads?

19      A.   Because I said earlier, I had spent some time as the

20  staff director of the House ethics committee, in which capacity

21  I spent a lot of time on the floor trying to talk to my bosses.

22  So I am familiar with the floor of the house and the

23  surroundings of it.

24      Q.   Where does that door lead?

25      A.   That door leads to what is called the Speaker's Lobby.

1   It is the lobby behind the chamber of -- the House chamber that

2   is very highly restricted to members and staff need a specific

3   pass or authority to go back there.

4       Q.  And in this exhibit, we saw various individuals

5   exiting at 2:16 through that door?

6       A.  Correct.

7       Q.  Let's keep playing through 2:56 and I will clear the

8   screen.  I'm sorry.  Just 6:56, apologies.

9           Okay.  I want to just ask about this blown-up portion

10  of the congressional record.  It says that the house is in

11  recess subject to the call of the chair.  What does that mean?

12      A.  It is similar to what you heard Senator Grassley say

13  on the senate side at 2:13.

14          So declaring a chamber in recess subject to the call

15  of the chair is kind of like a time out in the proceeding.  It

16  doesn't end, it doesn't adjourn the proceeding.  It says, we

17  need to take care of something, we need to negotiate something.

18  It happens when there is some kind of interruption or some

19  reason to take a pause.  And what it means is people can't get

20  up and speak and the staff doesn't have to be in their

21  positions.  And it is really that, kind of a timeout.

22      Q.  Let's keep playing through 7:49.

23          So, again, are we seeing the House going back into

24  recess subject to the call of the chair at 2:29 p.m.?

25      A.  Yes.

1       Q.  So at this point, 2:29 p.m. had the proceedings --

2  were either of the proceedings in either chamber, were they

3  continuing or had they been halted?

4       A.  They hadn't been adjourned so the proceeding was still

5  officially continuing, but the ability to carry out the

6  proceeding had been interrupted and so they were both in a

7  timeout or a pause of some kind, but --

8       Q.  Just to restate, is it fair to say, so formally they

9  had not been adjourned; is that right?

10      A.  That is correct.  So that the operation of the law

11  about finish the counting of the electoral college certificates

12  was still in effect, but we were not able to carry out our

13  function there.

14      Q.  Why couldn't you carry out your function there at this

15  time?

16      A.  It had been determined there was a threat to the

17  safety of the members inside the building and the members had

18  to be evacuated and protected so that we had to protect them.

19  And so we were not able to continue the debating in either

20  chamber.

21      Q.  Let's keep playing through about 8:10.

22          So understanding this is the House and not the Senate,

23  do you know what we are looking at here?

24      A.  I do.  That is where I used to stand when I was

25  looking for my bosses when I was on the House side.

1      Q.  What is it?

2      A.  So this is that center door, the center aisle that you

3  can see between the right and left sides of the House of

4  Representatives.  What -- you see officers pointing guns

5  outside a door that is the center door that the senate had just

6  come in and gone out of.  If you look through that door, down

7  the hallway you see the senate chamber, but they put furniture

8  in front of it that is not normally there.  And, you know --

9      Q.  Have you also heard it referred to as the House main

10  or House chamber door?

11      A.  Yes.

12      Q.  And the time stamp here?

13      A.  2:44 p.m.

14      Q.  Let's keep playing another 30 seconds or so.

15          Did you see the officers at the door turn during that

16  clip?

17      A.  I did.

18      Q.  Okay.  Did they turn towards the opposite side of the

19  chamber?

20      A.  Yes, the side with the dais on it.

21      Q.  Do you also see individuals up in the gallery that I

22  am circling on screen?

23      A.  Yes.  That is the section called the press gallery.

24  So I don't know if those are reporters or not, but I do see

25  people up there.

1       Q.   Was congress able to meet while unauthorized people,

2   rioters were in the building?

3       A.   Not in this situation, absolutely not.

4       Q.   So after you were evacuated from the senate chamber,

5   did there come a time when you returned to the senate chamber?

6       A.   Yes.

7       Q.   Was there a time when the senators were able to return

8   to the senate chamber?

9       A.   Yes.

10      Q.   What was the purpose of returning to the senate

11  chamber?

12      A.   To continue the joint session for the counting of the

13  electoral college ballots.

14      Q.   Do you recall approximately what time the senators

15  were able to return to complete -- resume debate on the

16  certification process?

17      A.   I want to say I think it was around 8:00 p.m.  I think

18  I went back for the -- I think the second small group actually

19  return to the chamber I think around 7:00.  And then they

20  returned around 8:00, unless I returned at 6 and they returned

21  at 7:00.  I forget.

22      Q.   Let's skip ahead to 9:59 of Government Exhibit 401.

23           And do you see the congressional record blown up on

24  the screen?

25      A.   Yes.

1      Q.  So was this referring to the earlier recess subject to

2   the call of the chair of the senate that we have just watched

3   earlier?

4      A.  That is correct.

5      Q.  Okay.  And does this indicate that the Senate

6   reassembled at 8:06 p.m.?

7      A.  Yes.  So it was around 8:00.  It was 8:06 when they

8   were gaveled back in.  So they would have been on -- they would

9   have gathered back a little bit before 8:06.  And that is when

10  everybody was present and they were ready for the vice

11  president to gavel them back.  He would -- that would be the

12  call of the chair would have happened at 8:06.

13     Q.  And that gap, that was due to the events at the

14  Capitol building that day, the riot of the Capitol building

15  that day?

16     A.  Yes.  The threat to the Senate, yes.

17     Q.  Let's play this to 10:24.

18         What are we looking at on the blown-up portion of the

19  congressional record here?  What does that show?

20     A.  That is when the House -- I assume that the call of

21  the chair for the House.  I assume that is the first one since

22  that 2:29, second recess subject to the call of the chair.

23     Q.  Did the joint session of congress come back together

24  at any point later on January 6?  Excuse me.

25     A.  Yes.

1    Q.  Did that session come to an end on January 6?

2    A.  No.

3    Q.  When did it end?

4    A.  January 7th, around 3:45 in the morning.

5    Q.  Let's keep playing to 10:45.

6         So what is shown up on the screen from the

7    congressional record here?

8    A.  So this is -- as the constitution and law requires,

9    this is the congressional record's reflection of the vice

10   president's reading of the total number of votes, which ends

11   with if you -- if there was a little bit further, it would end

12   with him declaring who the elected president and vice president

13   were.

14   Q.  Let's play through about 11:25.

15        So is this the dissolution of the joint session upon

16   the completion of its work?

17   A.  The adjournment, yes.

18   Q.  What time is on the screen here?

19   A.  3:44 a.m.

20   Q.  Mr. Schwager, what time did you go home on

21   January 7th, 2021?

22   A.  Sometime after 4:00, maybe 4:30, 4:45.  I had a few

23   things to take care of.

24        MR. BARCLAY:  No further questions.  Thank you.

25        MR. KIERSH:  No questions.  Thank you.

 1              THE COURT:  All right.  You can step down.  We'll take

 2   our afternoon recess.

 3                   (The jury left the courtroom.)

 4                   (Recess taken at 3:11 p.m.)

 5              THE COURT:  Is the next witness the one we need to

 6   talk about the objection?

 7              MR. BARCLAY:  No, Your Honor.  It would be the one

 8   following this next witness.  So we can either do it now or we

 9   can do it before the next witness.

10              THE COURT:  We can do it now.

11              MR. BARCLAY:  Okay.

12              THE COURT:  What was the question then?

13              MR. BARCLAY:  The question is with regards to one of

14   the exhibits the government plans to show with this witness.

15   It is a photograph of the desk in the defendant's home when his

16   home was searched.  That desk had an assault rifle, handgun,

17   the tactical vest that he wore at the Capitol, I think a selfie

18   stick as well.  The government plans to show that exhibit to

19   the jury.  The defense, I understand, will object.

20              THE COURT:  Okay.

21              MR. BARCLAY:  Our theory of relevance is, one, that is

22   how it was found when they were searching the home.  But, two,

23   it goes to our theory of the case, which is that Mr. Sullivan

24   advocates violence in support of his goals and that it fills

25   out that picture.  And it was the way that it was found when

1    the FBI searched the home.

2              THE COURT:  Have you got a copy I can look at?

3              So the witness would say, this is something that was

4    recovered in the search of his home?

5              MR. BARCLAY:  The FBI took various photographs

6    including of things that were not seized, some of the items

7    were seized.  We will make clear that the gun was obtained, was

8    owned legally.  There is no claim that the gun was not legally

9    owned.

10             THE COURT:  So what is the photo?

11             MR. BARCLAY:  The photo is, as the FBI is -- my

12   understanding is as the FBI is searching a home, they will take

13   photographs of various things that are of note throughout the

14   search.  This was -- as they came in, this was how the desk

15   appeared.  They took a photo of this because --

16             THE COURT:  So this is a photo at his home?

17             MR. BARCLAY:  Yes.

18             THE COURT:  Of these items?

19             MR. BARCLAY:  Yes.

20             THE COURT:  What is the objection then?

21             MR. KIERSH:  Thank you, Your Honor.  The objection is

22   twofold.  Number one, it is not relevant because he is not

23   charged with having -- there is an automatic rifle.  It looks

24   like it is an AR15.  And there is a handgun.  He is not

25   charge -- no one is making any allegation on January 6 he was

 1    in possession of any of these weapons.  So it is a relevancy

 2    objection.

 3            The other objection is that it suggests a completely

 4    improper inference that because Mr. Sullivan was in possession

 5    of these weapons, somehow he is a violent person.  And that is

 6    utterly improper.  These weapons were recovered from his home

 7    in Utah.  These weapons were legal.  He had an absolute right

 8    to have them and he had them legally.  So on relevancy grounds,

 9    for those reasons, we object.  We also object on 403 grounds.

10    We don't concede there is any probative value.  But assuming

11    the Court makes the determination there is a probative value,

12    the prejudicial effect, given that this is a DC jury, where

13    guns are illegal, especially automatic weapons such as like an

14    AR15, the prejudicial effect far outweighs any probative value.

15            THE COURT:  All right.

16            MR. BARCLAY:  May I respond on one point, Your Honor?

17            THE COURT:  Yes.

18            MR. BARCLAY:  I think this falls in the same bucket as

19    a lot of the 404(b) evidence that the jury will be seeing,

20    including the how to dress for a riot video where he is

21    holding -- it may well be the same firearm.  We are not saying

22    that he did use any of these in his --

23            THE COURT:  That was at a demonstration, I thought.

24            MR. BARCLAY:  This I believe was a YouTube video from

25    the prior year.

1          THE COURT:  I'm sorry.  Where was that?

2          MR. BARCLAY:  It was, I believe, a --

3          MS. LEDERER:  Yes, Your Honor.  If I could clarify.

4   There are two separate exhibits that the government had

5   included in its 404(b) motion.  One was at a protest where the

6   defendant legally brought -- legally owned the firearm, the AR,

7   brought that --

8          THE COURT:  But he had it at the protest?

9          MS. LEDERER:  He had it at the protest.  There is also

10  the "How to Dress for a Protest" video which was recorded I

11  believe at the defendant's home or somewhere -- I would presume

12  the home since the gun is legal and it is in a room.  And in

13  that video, "How to Dress for a Protest" which is -- the

14  exhibit that we addressed before, we opened and you said that

15  it was admissible, he pulls out both the AR, the long gun; he

16  also takes out the firearm.  And then he also takes out the

17  knife that we are saying was on the Capitol that day.

18         THE COURT:  In connection with the protest?

19         MS. LEDERER:  The knife, yes.

20         THE COURT:  Right.  All right.  I will sustain the

21  objection to this.  I mean, this is just something he owns at

22  home.  There is no connection to any protest or anything else.

23  The objection will be sustained to this.

24         All right.  Let's bring in the jury.

25         MS. LEDERER:  Your Honor, would you like me to call

1    the next witness now?

2              THE COURT:  Yes.

3              MS. LEDERER:  The government calls to the stand

4    Special Agent Kyle Yetter.

5                   (The jury is seated.)

6              THE COURT:  You may be seated.  You can stand and face

7    the clerk.  She will give you the oath.

8                        KYLE YETTER, sworn.

9              THE WITNESS:  Yes, I do.

10             THE COURTROOM DEPUTY:  Thank you.

11                      DIRECT EXAMINATION

12   BY MS. LEDERER:

13        Q.  Good afternoon.

14        A.  Good afternoon, ma'am.

15        Q.  May you please introduce yourself and your title for

16   the members of the jury?

17        A.  Yes.  Good afternoon.  My name is Kyle Yetter.  I am a

18   special agent with the FBI Baltimore Field Office.

19        Q.  How long have you been with the FBI?

20        A.  Around a year and a half at this point.

21        Q.  Prior to joining the FBI, where were you employed?

22        A.  Prior to being at the FBI, I was with United States

23   Capitol Police as a police officer.

24        Q.  How long were you with the United States Capitol

25   Police force?

1      A.  About five years.

2      Q.  Over the course of five years with the Capitol Police,

3  what different positions did you hold?

4      A.  I held the title of police officer, private first

5  class.  I worked for the first responders unit for multiple

6  years, as well as house division section 3.

7      Q.  I want to bring you back to January 6, 2021.  Were you

8  on duty as a United States Capitol Police officer?

9      A.  Yes, ma'am, I was.

10      Q.  What was your title and rank back in January of 2021?

11      A.  I was a police officer, private first class assigned

12  to house division section 3.

13      Q.  What would be a day-to-day duty that you would have

14  assigned to that division?

15      A.  Normally, on house division section 3, I would be

16  assigned a traffic post outside where I would screen vehicles

17  and visitors coming in and out of the House side of the Capitol

18  building.

19      Q.  On January 6, 2021, were you assigned to do that

20  specific duty?

21      A.  I can't recall what specific duty I had at that time.

22      Q.  On January 6, 2021, were you aware that something

23  special was happening at the Capitol that day?

24      A.  Yes.  I was aware on that January 6 there was a

25  protest.

1      Q.   And in addition to the protest, were you aware that

2  the certification of the 2020 elections were supposed to occur

3  on January 6?

4      A.   Yes, ma'am, I was.

5      Q.   What time were you supposed to report on January 6,

6  2021?

7      A.   3:00 p.m.

8      Q.   Did you report -- did you end up reporting before

9  3:00 p.m.?

10     A.   Yes, absolutely.

11     Q.   Why was that?

12     A.   Typically, in Washington, DC, traffic is terrible.  If

13 you add a protest on top of that, you need to give yourself a

14 huge lead time to get to work on time.

15     Q.   Do you recall about what time you actually arrived

16 near the Capitol?

17     A.   Around 1:30.

18     Q.   At the time you arrived around 1:30, were you aware of

19 what had had been happening at the Capitol?

20     A.   Not entirely.  Once I arrived, I had to park really

21 far from where I normally would park -- just the amount of

22 people who were there.  And then as I got closer to walking

23 towards the Capitol building, I realized the number of people

24 that were involved in the protest.

25     Q.   At some point, did you actually get inside the

1  Capitol?

2       A.  Yes, ma'am.

3       Q.  At this point, are you uniformed?

4       A.  No.  I am wearing a -- at this point, a police pants,

5  boots, and my uniform items are in my locker at this point.

6       Q.  At some point, do you become aware that you might

7  actually be needed earlier than your 3:00 start?

8       A.  Yes, ma'am, that is correct.

9       Q.  When did that happen?

10      A.  Once I parked, I had to park on the senate side, which

11  is the north side of the Capitol building.  There are officers

12  assigned at the truck tunnel, which is at New Jersey and C

13  Northwest -- Northeast.  I can't remember exactly.  Officers

14  stepped out from that screen post and told me -- they saw me

15  about to walk across the east plaza, just to take in the view,

16  I guess.  And they said, turn on your radio as quick as

17  possible and go down in the tunnel.  Don't walk across the

18  deck.

19           So at that point I knew something was different that

20  day.

21      Q.  Did you follow their instructions?

22      A.  Yes.

23      Q.  At some point, did you actually have a chance to suit

24  up into your uniform?

25      A.  Yes.  So I quickly went through the Capitol building,

1    into the Longworth House Office Building, which is where the

2    house division section 3 officers have their locker room.  So

3    that is when I donned all of my uniform duty gear and police

4    duty gear.

5         Q.  What was your uniform that day?

6         A.  Typical police uniform, handgun, magazines, pepper

7    spray, body armor, typically what you would see on the street.

8         Q.  After you were dressed, where did do you go within the

9    Capitol?

10        A.  Upon getting dressed, I ran upstairs to our

11   supervisor's office, because I am very early at this point.

12   And I speak to the nearest supervisor and asked them, where do

13   you need me?  What I can do.

14        Q.  Where were you sent?

15        A.  I'm sorry?

16        Q.  Where were you sent?

17        A.  I was sent to go to the Capitol building and grab as

18   many officers as I can along the way and just help.

19        Q.  If you could, could you just quickly walk the jury

20   through where you went when you first responded and if you were

21   able to grab other officers?

22        A.  On my walk from the supervisor's office to the Capitol

23   building, I grabbed a handful of officers and we responded into

24   the Capitol building through the Cannon Subway Tunnel.  So with

25   the Capitol building, all of the house office buildings and

1    senate buildings are all tied underground.  It is a big maze

2    underneath.  So we went through the Cannon Subway and into the

3    Capitol building.

4         Q.  Where was the first location that you responded to

5    within the building?

6         A.  The first location we responded to was Memorial Door,

7    which is a southern side, like house side of the Capitol

8    building itself.

9         Q.  Are you aware what floor the Memorial Doors are on?

10        A.  No, I am not.

11        Q.  Can you just briefly describe what you experienced at

12   the Memorial Doors?

13        A.  So Memorial Door is where I first come into contact

14   with rioters and protesters.  We are immediately maybe myself

15   and five other officers, outnumbered, astronomical amounts of

16   people.  I was immediately approached, pushed and sprayed in

17   the face with a fire extinguisher.

18        Q.  About how long would you say you stayed at the

19   Memorial Doors?

20        A.  Maybe 10 to 20 minutes.

21        Q.  Do you ever have to leave the Memorial Doors?

22        A.  Yes.

23        Q.  Why is that?

24        A.  When the fire extinguisher was sprayed in my face, it

25   not only affected me, but it filled the entire hallway.  So we

1   are then trying to pull people out who cannot breathe outside

2   of the Memorial Door.  And then, once we get enough people, I

3   looked to an officer and I said, where -- like, let's go find

4   more work?  We can't really help here.  And that is when we

5   responded elsewhere.

6        Q.  Where did you respond?

7        A.  We responded to the nearest stairwell by the Memorial

8   Door, which we ended up near the Speaker's Lobby.

9        Q.  If I were to show you CCTV of you coming out near the

10  Speaker's Lobby, would you recognize it?

11       A.  Yes, ma'am.

12       Q.  At this point, if we could please bring up

13  Exhibit 317, which I believe is already in evidence.  And if we

14  could bring this back to about 4:20, please.  Thank you.

15           Agent Yetter, is this an area near the Speaker's

16  Lobby?

17       A.  Yes, it is.

18       Q.  Are we looking towards House main doors?

19       A.  Yes.

20       Q.  If we could please press play.

21           If we could press pause, please.

22           For the record we are at 4:39 and time stamp is

23  2:39:39 p.m.

24           Agent Yetter, do you see yourself at all in this

25  surveillance?

DIRECT EXAMINATION OF KYLE YETTER

1    A.  Yes, ma'am, I do.

2    Q.  Could you circle yourself, please?

3    A.  (Complying).

4         MS. LEDERER:  Indicating for the record the witness

5    has identified the first individual seen on screen here, the

6    still shot.

7         MR. KIERSH:  No objection.

8    BY MS. LEDERER:

9    Q.  Agent Yetter, can you see any of that fire

10   extinguisher on you?

11   A.  Yes.

12   Q.  If you could describe for the record what you are

13   seeing?

14   A.  The material that came out of that fire extinguisher

15   is the white powdery substance, like shoulder width above.  It

16   is all in my hair as well.

17   Q.  The area where we just saw you walk out of, is that

18   the area you were describing earlier that you had found a

19   stairwell?

20   A.  Yes, ma'am, that is true.

21   Q.  If we could continue to play, please.

22        Agent Yetter, I might ask you some questions as we are

23   watching.  Did you walk down towards where the crowd was

24   congregating?

25   A.  Yes, ma'am.

1    Q.  Now, where are you walking towards -- back towards the

2    camera?

3    A.  Yes.

4    Q.  And the officer that you are with, who is that?

5    A.  That is Officer Lanciano.

6    Q.  If we could press pause.  And for the record, we

7    paused at 5:25 which is 2:40:25 p.m.  And could we please

8    switch to 318.

9        If we would please go to 18 seconds in.  And I believe

10   318 is already in evidence.  Thank you.

11       If we could please play.  And we are going to pause 23

12   seconds in.

13       Agent Yetter, do you see yourself in this angle?

14   A.  Yes, ma'am, I do.

15   Q.  For the record, that is 2:40:23 p.m.

16       The direction you are walking, is that to eventually

17   get to the Speaker's Lobby?

18   A.  Yes.

19   Q.  We are going to continue to play.  And I am going to

20   have some questions for you as we play.

21       It looks like another officer has just come from the

22   left.  Do you know who that is?

23   A.  I am not aware at this time who that is based on the

24   video.

25   Q.  Okay.  Now, who do you see on screen?

1      A.  These are the eventual rioters and protesters who come

2   to the Speaker's Lobby.

3      Q.  If we could please pause and go to 319.

4          Agent Yetter, is this another angle from the Capitol

5   CCTV?

6      A.  Yes, ma'am.

7          MS. LEDERER:  Your Honor, at this time, I would seek

8   to admit 319 into evidence.

9          MR. KIERSH:  No objection.

10          THE COURT:  Received.

11          (Whereupon, Government Exhibit No. 319 was admitted.)

12   BY MS. LEDERER:

13      Q.  If we could bring it 25 seconds in.  And if we could

14   please play and then we'll pause at 27 seconds in.

15          If we could go a little bit further, I'm sorry.

16          Agent Yetter, did you see yourself go across the

17   screen?

18      A.  Yes, ma'am, I did.

19      Q.  And if we could keep playing.

20          Do you see these individuals following?

21      A.  Yes, ma'am.

22      Q.  And has there continued to be a steady stream of

23   people walking towards the Speaker's Lobby?

24      A.  Yes.

25      Q.  If we could please pause.

DIRECT EXAMINATION OF KYLE YETTER

1              Agent Yetter --

2              We can take this down.  Thank you, Ms. Mohamed.

3              Agent Yetter, why did you respond to the Speaker's

4    Lobby?

5         A.  To find more work.

6         Q.  When you get to the Speaker's Lobby, can you describe

7    what you saw when you got there?

8         A.  At that time, I met with a Sergeant Lively, who we had

9    a -- at the Speaker's Lobby door, the doors were barricaded on

10   the inside out.  So not where I would stand, but on the other

11   end of the doors, in which we formed a police line to not let

12   anyone get past the door.

13        Q.  At the time that you get that Speaker's Lobby, do you

14   have any information on whether or not there are still people

15   inside the House?

16        A.  No.  No, ma'am.

17        Q.  Not having that information, did it matter?

18        A.  No, it didn't.

19        Q.  What was your mission at that door?

20        A.  To hold a police line.

21        Q.  While you are at the Speaker's Lobby door, if you

22   could describe what starts to happen to the members of the

23   jury?

24        A.  So upon arriving at the House Speaker's Lobby door and

25   forming a police line, more protesters begin to form in the

1    hallway where this door is.  It is myself and two other

2    officers for the -- a long time.  And the hallway continues to

3    fill with rioters and protesters who increasingly get more

4    agitated and violent as time progresses.

5         Q.  When you are saying agitated and violent, what do you

6    mean by that?

7         A.  Throughout the day, people are yelling and screaming

8    obscenities and hateful things, as well as at the door, people

9    begin to pass up podiums and items to smash the door that we

10   are standing in front of.

11        Q.  Do people actually eventually start to smash doors

12   that you are in front of?

13        A.  Yes, ma'am.

14        Q.  While you are in the Speaker's Lobby, are you aware

15   that people are filming in the lobby area?

16        A.  Yes and no.  I am not necessarily focused on one

17   thing.  There is so many people that you are scanning and

18   trying to be aware of.  But, yes, there were people who were

19   filming that day.

20        Q.  If I were to show you some footage from the Speaker's

21   Lobby area, would you recognize it?

22        A.  Yes, ma'am.

23        Q.  If we may bring up Exhibit 605, please.  And we are

24   going to bring it to 1:08:47 and 605 is already into evidence.

25            If we could press play and then we are going to pause

 1    at 1:08:50.

 2         Agent Yetter, did you just see yourself, for the

 3    record, paused here at 1:08:50?

 4         A.   Yes, ma'am, I did.

 5         Q.   Is this you turning to head down towards the Speaker's

 6    Lobby?

 7         A.   Yes.

 8         Q.   If we could play forward and then we are going to

 9    pause at 19:34 or -- I'm sorry.  If we could skip forward -- if

10    we could play and then we are going to pause at 1:09:34.

11         Agent Yetter, is this the Speaker's Lobby?

12         A.   Yes, ma'am.

13         Q.   Could you identify who else you are helping block the

14    Speaker's Lobby door with?

15         A.   So in -- on the right side, that is Officer Lanciano

16    wearing a hat.  In the middle with the mask on with no hat is

17    Sergeant Lively.  And then I am tucked away on the left side.

18         Q.   Could you please circle your fellow officers Sergeant

19    Lively and Lanciano?

20         A.   Yes.  (Complying.)

21         MS. LEDERER:  Indicating for the record the witness

22    has identified the two individuals that he just described.

23         MR. KIERSH:  No objection.

24         THE COURT REPORTER:  Can you spell Lanciano, please?

25         THE WITNESS:  L-A-N-C-I-A-N-O.

DIRECT EXAMINATION OF KYLE YETTER

1    BY MS. LEDERER:

2         Q.   I will make sure.

3              If we can continue to play and we are going to pause

4    around 1:09:43.

5              Are you now in view paused here at 1:09:43?

6         A.   Yes.

7         Q.   And can you see some of the furniture that you had

8    described for the members of the jury earlier?

9         A.   Yes.

10        Q.   And at this rate, while the person filming is walking

11   up, are there only a few rioters there at this point?

12        A.   Yes, that is correct.

13        Q.   And you said at some point it continues to fill?

14        A.   Yes, absolutely.

15        Q.   And I am going to circle back here.  While you are in

16   front of the Speaker's Lobby door, were you aware they were

17   actively evacuating the House of Representatives?

18        A.   No.  I was not aware necessarily what was going on

19   behind the doorway.

20        Q.   You were just focused on making sure no one else would

21   get behind the door?

22        A.   Yes.

23        Q.   Could we continue to play and we are going to pause at

24   1:10:20, please.

25              Agent Yetter, what had just happened to you in the

1    moments that -- you know, the camera kind of dipping back up

2    and forth, what was going on?

3         A.   An individual was punching the glass door behind,

4    right next to my face.

5         Q.   If we can continue to play, please.

6              If we could pause these for the record.  Paused here

7    at 1:10:44.

8              When the camera cut back from the people evacuating,

9    was what we just saw an accurate representation of what was

10   going on with you while you were in front of the door?

11        A.   Yes, ma'am.

12        Q.   And the individual that you said had been punching,

13   did we see that person in this video?

14        A.   Yes.

15        Q.   If we can -- so at this point in time, are you still

16   holding true to your objective?

17        A.   Yes, ma'am.

18        Q.   What is going through your head at this point in time?

19        A.   Chaos, crazy day.  As a police officer, you are trying

20   to -- it is almost like you are running equations in your head,

21   how do I solve this problem?  How do I solve this problem?  It

22   is three officers.  And what is not seen on camera at this

23   point is that hallway is filling up.  So what are you going to

24   do?  So you are constantly trying to figure out how to

25   de-escalate the situation.

DIRECT EXAMINATION OF KYLE YETTER

1    Q.  Were you able to ever de-escalate the situation?

2    A.  No.

3    Q.  If we can continue to play and then we'll pause at

4  1:11:03.

5         What did we just watch?

6    A.  People yelling and screaming and hitting the door.

7         MS. LEDERER:  We can continue to play and pause at

8  1:11:27.  If we could for the record -- we are paused at

9  1:11:27.  If we could go a little frame by frame and --

10        And if we could pause right here at 11 -- we are at

11  1:11:30.  It seems like there is an individual to the far left

12  side of the screen.  I am just going to ask you to keep looking

13  at that side of the screen.  If we could play and pause at

14  1:11:36.

15        If we would pause, please.

16        Your Honor, if I may have a brief moment.  I'm sorry.

17  Your Honor, we have a technical glitch.  The time stamps

18  weren't moving.  If we could move it back to 1:11:36.

19  BY MS. LEDERER:

20    Q.  If we could pause.  I'm sorry.  If we could bring it

21  back to 1:11:36 and then we'll -- if you could go a little bit

22  frame by frame.

23        Thank you.  That is perfect.

24        We are still at 1:11:36.  Agent Yetter, do you see the

25  individual off to the left?

1        A.   Yes.

2        Q.   Did they have facial hair?

3        A.   Facial hair, yes.

4        Q.   And you could kind of hear what people were saying

5    while this 605 RNG News was playing?

6        A.   At this point, people are continuing to scream

7    obscenities, scream nonsense and -- yes.

8        Q.   If we can press play and then we'll pause at 1:11:41.

9             Agent Yetter, I am going to circle something back

10   here.  Can you see that?

11       A.   Yes.

12       Q.   What was that?

13       A.   I believe it is a podium to begin smashing the door.

14       Q.   Before when you said people were passing things up

15   like podiums, is that what you were talking about?

16       A.   Yes.

17       Q.   We can continue to play and then we will pause at

18   1:11:47.

19            Agent Yetter, where have you just gone?

20       A.   Towards the right of where I was standing towards the

21   wall.

22       Q.   Do your fellow officers also go the same direction

23   that you follow?

24       A.   Yes, ma'am.

25       Q.   We'll get into a little bit after we play some more

1   video of why you moved.  If we at this point could bring up

2   Exhibit 701.  I apologize.  Could we bring up 319 to me.  If we

3   could bring up 319 to about 1:23.

4           Agent Yetter, top left, fair to say that the time is

5   2:42:23 p.m.?

6       A.  Yes.

7       Q.  If we can press play and pause at 1:26.

8           And if we could actually bring it back a little bit to

9   about 21:25.

10          Agent Yetter, I am going to circle an individual here.

11  Can you see that individual that I circled?

12      A.  Yes.

13      Q.  Is that at 2:42:25 p.m.?

14      A.  Yes.

15      Q.  If we can now switch.  If we can play this out for a

16  couple more seconds and then switch to 701.

17          If we can pause.  And for the record, we paused at

18  1:30 into video and bring up 701.

19          If we can play, please.  Bring this to 43 minutes in.

20          We are at 43.  If we can play to about 44:10.

21          Paused here at 44:10.  Agent Yetter, could you see

22  someone saying, "Let me through, I have a knife"?

23      A.  Yes.

24      Q.  Does that bring you a concern for you being at the

25  front of the Speaker's Lobby if someone is saying, "Let me

1   through, I have a knife"?

2          A.  Yes, ma'am, absolutely.

3          Q.  Why?

4          A.  It is a knife.  That could be used to hurt the

5   officers, anyone there.

6          Q.  And beyond the individual who is punching over you,

7   were you actually hurt by a knife at this location?

8          A.  No.

9          Q.  But still, is it concerning to hear someone say, I

10  have a knife?

11         A.  Yes, ma'am, absolutely.

12         Q.  We can continue to play.  And we'll pause at 45:05.

13             Pause here at 45:05.  Can you hear what the person

14  recording is saying?

15         A.  Yes.

16         Q.  What is he saying?

17         A.  That we'll make a pact and he doesn't want us to get

18  hurt.

19         Q.  Do you remember that that from that day?

20         A.  Yes.

21         Q.  How did you take that?

22         A.  Not seriously.  There is so much going on, you are

23  hearing everything from, we don't want to hurt you to people

24  then just pushing you and -- I didn't take it seriously.

25         Q.  If we can continue to play.  And we'll pause at about

1    45:20.  Paused here at 45:20.  Is this another angle of you and

2    your follow officers leaving that door?

3         A.  Yes, ma'am.

4         Q.  Do you recall and before -- I'm sorry.  If I get into

5    that --

6              Could you hear what the person was saying after you

7    moved out of the way?  And we can bring it back if you didn't

8    have a chance to hear.

9         A.  Can you bring it back?

10        Q.  Yes, absolutely.  Can we bring it back to about the

11   45:05.

12             Paused again at 45:20.  Could you hear what the person

13   said to you after you walked away?

14        A.  I want you to go home.

15        Q.  Could you hear, "Let's go"?

16        A.  Yes.

17        Q.  Could you also hear, "Let's break this shit"?

18        A.  No.

19        Q.  If we could bring it back to about 45:10.

20             That is fine, 45:08.  That is fine, if we can play.

21             Could you hear someone say, let's get this shit?

22        A.  Yes, ma'am.

23        Q.  Agent Yetter, why did you and your fellow officers

24   decide to move out of this area?

25        A.  Based on very brief conversation with Sergeant Lively

next to me, it was my understanding that we would step away and
that the Capitol emergency response team, it is like a SWAT,
heavier duty officers would replace us then.

Q.  When you say, heavy duty, more heavy dutier, what do
you mean by that?

A.  Wearing extra armor, the helmets, the guns,
specialized weapons and tactics.

Q.  Where was that team?  Could you spot that team after
you moved out of the way?

A.  I don't remember.

Q.  Okay.  If we can continue to -- well, eventually, do
you see that team?

A.  Yes.

Q.  Where were they when you eventually saw that team on
the --

A.  On the stairs that were next to the wall that we go
to.

Q.  And we'll get there in a second.  If we can continue
to play and then pause at 45:38.

Agent Yetter, for the record, we are at 45:38.  What
were people continuing to do after you moved out of the way?

A.  Continuing to try to get through the door, smash the
door and break the windows.

Q.  And right before we pause.  Could you hear the person
filming warning about a gun?

DIRECT EXAMINATION OF KYLE YETTER

1    A.  Yes.

2    Q.  Did you know that there were Capitol Police officers

3    also behind you protecting the House on the inside of the

4    Speaker's Lobby?

5    A.  No.

6    Q.  Can you see a firearm here, paused at 45:38?

7    A.  Yes.

8    Q.  Can you circle that, please?

9    A.  (Complying.)

10        MS. LEDERER:  For the record, the witness has circled

11   a firearm that is on the left side of the screen.

12        And, Your Honor, if I may just have a brief moment

13   with Ms. Mohamed.

14        If we can continue to play and then pause at 45:51.

15   BY MS. LEDERER:

16   Q.  Agent Yetter, paused here at 45:51.  What direction

17   are we facing?  Is this still towards inside the Speaker's

18   Lobby?

19   A.  Yes.

20   Q.  Okay.  Do you see an individual here on this left

21   side?

22   A.  Yes, ma'am, I do.

23   Q.  Does that individual have a firearm?

24   A.  Yes.

25   Q.  Are you still at this location when the firearm is

DIRECT EXAMINATION OF KYLE YETTER

1   produced?

2      A.  Once the firearm is produced, I believe I am now at

3   the stairwell, directly touching the wall that we were on

4   previously.

5      Q.  When you were at that stairwell, what had happened?

6      A.  This individual discharged their firearm.

7      Q.  Do you know why?

8      A.  People had gotten through the Speaker's Lobby door.

9      Q.  And if we could -- and while someone was getting

10  through the Speaker's Lobby door, were they shot?

11     A.  I'm sorry.

12     Q.  While someone was going through the Speaker's Lobby

13  door, was that person shot?

14     A.  Yes.

15     Q.  If we could skip to 46:18, please.

16         After the shooting occurred, did people still stay in

17  the Speaker's Lobby area?

18     A.  Yes.

19     Q.  And right here, at 46:18, we are not going to play,

20  but can you see Officer Lanciano, who you had been standing

21  with at the Speaker's Lobby door?

22     A.  Yes, ma'am.

23     Q.  Can you also see the team that you had been talking

24  about?

25     A.  Yes.

DIRECT EXAMINATION OF KYLE YETTER

1    Q.   Where is that team located?

2    A.   The team is located on the wall that we were seen

3    previously standing by.

4    Q.   Is that the heavy duty uniform that you had been

5    talking about earlier?

6    A.   Yes, ma'am.

7    Q.   If we could -- right now, as we are paused, is there a

8    significant amount of people filming?

9    A.   Yes.

10   Q.   Where these officers are positioned here, is that near

11   where the person had been shot?

12   A.   Yes, ma'am.

13   Q.   If we could jump forward to 48 minutes, please.

14        And if we -- here at 48 minutes in, is this still that

15   stairwell that we had just been discussing?

16   A.   Yes, ma'am.

17   Q.   If we could please play and then pause at 48:40.

18        Paused here at 48:40.

19        Agent Yetter, what had we just been watching you do?

20   A.   Trying to get people out of the area so that we can

21   render first aid to the person who was shot as well as so first

22   responders like EMS can actually go and get to her.

23   Q.   Are people listening to you?

24   A.   No.

25   Q.   If we can continue to play and we'll pause at 49

1    minutes.

2         What are you still continuing to do?

3    A.   Still telling people to leave the area, get back.

4    Q.   Are people listening to you?

5    A.   No.

6    Q.   Including this person filming, are they still in the

7    area?

8    A.   Yes.

9    Q.   If we can continue to play and pause at 50:15.

10        Paused here at 50:15.  This entire time that we have

11   been watching were you and fellow officers still trying to

12   clear the area?

13   A.   Yes, ma'am.

14   Q.   Were people listening?

15   A.   No.

16   Q.   The person filming, did that person clear the area?

17   A.   No.

18   Q.   Did you hear the person filming say to officers, "You

19   did that shit"?

20   A.   Yes.

21   Q.   Now, I know the time that you were at the Speaker's

22   Lobby you didn't know that anyone was still behind you.  But

23   later did you come to find out that there were still staff and

24   members and press inside the House?

25   A.   Yes, ma'am.

DIRECT EXAMINATION OF KYLE YETTER

1      Q.  And beyond your goal of protecting that line in

2  general, what is the mission of the Capitol Police?

3      A.  To protect members of Congress and visitors among all

4  likes of the Capitol building complex.

5      Q.  Were members of Congress and staff and press' life in

6  danger that day?

7      A.  Yes.

8      Q.  What about at the Speaker's Lobby, were members of

9  congress, staff and press, were their lives in danger?

10     A.  Yes.

11     Q.  Now, we already discussed that other people had been

12 filming in this area.  I am going to show you what has already

13 been admitted as 601.1.  We are going to bring this to 4

14 minutes in.

15         Okay.  If we can -- I am going to -- before we press

16 play for the record, 4 minutes in, I am going to circle this

17 individual.  Can you see what that individual is wearing?

18     A.  Yes.

19     Q.  What color are they wearing?

20     A.  Black jacket and black book bag.

21     Q.  If we can continue to play and we'll pause at 4:24.

22         Pause here at 4:25.  Can you see the person in black

23 make their way towards the front?

24     A.  Yes, ma'am.

25     Q.  And where we are at now, is that kind of brought back

1   pre-shooting when the individual is punching over you and at

2   other officers?

3        A.   Yes, ma'am.

4        Q.   If we can continue to play and we'll pause at 4:54.

5             Paused here at 4:54.  Could you hear what the person

6   recording just said?

7        A.   No.  Could you play it back.

8        Q.   If we could bring it back about 15 seconds.

9             If we could press pause.  Could you hear what that

10  person just said?

11       A.   People are going to start getting hurt.  We are going

12  to start breaking stuff.

13       Q.   If we can continue to play and we'll pause at 5:25.

14            Here at 5:25, what we just watched was that the

15  emergency response team arriving on location?

16       A.   Yes, ma'am.

17       Q.   If we can continue to play this out.

18            Agent Yetter, did we just view you switching out

19  positions with the SRT team like we had talked about?

20       A.   Yes, ma'am.

21       Q.   If we can bring up, at this point, 615.

22            Agent Yetter, we are looking at Exhibit 617.  Is this

23  again the SRT team coming up the steps?

24       A.   Yes, ma'am.

25            MS. LEDERER:  Your Honor, at this time I'd seek to

DIRECT EXAMINATION OF KYLE YETTER

```
 1    admit 618 into evidence.
 2              MR. KIERSH:  No objection.
 3              THE COURT:  Received.
 4    BY MS. LEDERER:
 5         Q.  If we can play this, pausing just before the shooting
 6    at 41 seconds.
 7              Agent Yetter, paused here at 41 seconds in.  Do you
 8    see an individual above the rest?
 9         A.  Yes.
10         Q.  Are you aware how this individual was able to get
11    access to this window?  What had happened to that window frame?
12         A.  The window was smashed.
13         Q.  Shortly after, is this when this individual was shot?
14         A.  Yes.
15         Q.  If we can please bring up Government Exhibit 601.
16              And bring 601, 40 minutes and 18 seconds in.
17              And I apologize, we can bring it to 40:48.
18              MR. KIERSH:  40?
19              MS. LEDERER:  40 minutes and 48 seconds in.
20              MR. KIERSH:  Thank you.
21    BY MS. LEDERER:
22         Q.  Okay.  Agent Yetter, do you recognize yourself on the
23    screen?
24         A.  Yes, that is me.
25         Q.  At this point, I would seek to admit 601 into
```

1    evidence.  We have the sub exhibit of 601.1 already in, but

2    this is the longer clip.

3                MR. KIERSH:  No objection.

4                THE COURT:  Received.

5                (Whereupon, Government Exhibit No. 601.1 was

6    admitted.)

7    BY MS. LEDERER:

8         Q.  If we could press play, thank you.

9              Is this just another angle of you trying to get people

10   out of the way?

11        A.  Yes, ma'am.

12        Q.  If we can continue to play, please.

13              If we could pause, please.

14              What did we just watch the person filming do?

15        A.  He appeared to make a hole for like EMS and officers

16   to move through and then returned back to the Speaker's Lobby.

17        Q.  Despite you asking everyone to leave?

18        A.  Yes.

19        Q.  And for the record, we are paused at 41:37.  Before we

20   begin, I am going to circle this individual in all black.  Can

21   you see that person?

22        A.  Yes.

23        Q.  If we can please continue to play to about 41:51.

24              Did you see people saying, "Get the fuck back"?

25        A.  Yes.

DIRECT EXAMINATION OF KYLE YETTER

1      Q.   Did you actually see two people leave the screen?

2      A.   Yes.

3      Q.   The individual in all black, paused here at 41:51.

4  Are they still there?

5      A.   Still there.

6      Q.   If we can continue to play, please.

7           If we can press pause, please, here at 42:40.

8           Having people remain inside the Speaker's Lobby after

9  a person is shot, does that present a concern for the

10 administering aid?

11     A.   Yes, ma'am.

12     Q.   Does that also still present a security risk?

13     A.   Yes, ma'am.

14     Q.   If we can continue to play and then we'll pause and

15 end at 43.

16          If we could bring up 901.14.

17          As we are bringing that up, could the person in all

18 black, could you see them with a phone up that was recording?

19     A.   Yes, ma'am.

20     Q.   If we could play 901.14 or bring 901.14 up.

21          MR. KIERSH:  Can I get the exhibit number again?

22          MS. LEDERER:  Yes.  901.14.

23          MR. KIERSH:  901?

24          MS. LEDERER:  Point 14.

25          MR. KIERSH:  Thank you.

1          MS. LEDERER:  And, yes.  I'm sorry.  I kept saying

2     90114, but it is 901 point 14.

3     BY MS. LEDERER:

4          Q.  Agent Yetter, is this another angle of the Speaker's

5     Lobby?

6          A.  Yes, ma'am.

7          MS. LEDERER:  If we can please play.

8          So I'm sorry, Your Honor.  Could we admit 901.14 into

9     evidence?  I apologize.

10          MR. KIERSH:  No objection.

11          THE COURT:  Received.

12          (Whereupon, Government Exhibit No. 901.14 was

13     admitted.)

14     BY MS. LEDERER:

15          Q.  If we could bring it back and then we are going to

16     play.

17          If we can press play, please.

18          Agent Yetter, we'll pause here at 1:21.  Where are you

19     now?

20          A.  I am to the left of the screen.

21          Q.  So before you had been down on the steps trying to

22     move people out.  Is this sometime after that?

23          A.  Yes.  This is after the woman was shot.

24          Q.  And are people still in the Speaker's Lobby area?

25          A.  Yes.

DIRECT EXAMINATION OF KYLE YETTER

1      Q.  If we can continue to play, please.  And we'll pause

2   at 1:36.

3           What is going on here?

4      A.  People are continuing to stay in the area.  Somebody

5   said, "You guys are going to continue shooting everyone."

6      Q.  And for the record, we paused at 1:36.  And we can

7   continue and pause until around 2:15.

8           Agent Yetter, paused here at 2:15.  What is going on?

9      A.  People are still remaining in the area.  And then we

10  got a couple of officers to help push people out as well.

11     Q.  Are people still talking about, you guys going to

12  shoot them?

13     A.  Yes.

14     Q.  At this point in time, what are you simply doing?

15     A.  Trying to get people out and trying to get as much

16  control as possible and de-escalate the situation.

17     Q.  We can continue to play and we'll pause at 2:31.

18          Paused here at 2:31.  What is happening?

19     A.  People are still screaming obscenities, staying in the

20  area, not leaving.

21     Q.  Can you hear someone questioning why the person was

22  shot?

23     A.  Yes.

24     Q.  If we can continue to play, please.

25          Agent Yetter, paused here at 3:30.  Do we continue to

DIRECT EXAMINATION OF KYLE YETTER                    160

1    hear the person filming questioning why the person was shot?

2        A.  Yes, ma'am.

3        Q.  Did you hear the person say, "I can't even rationalize

4    that"?

5        A.  Yes.

6        Q.  Can you rationalize what you had witnessed on

7    January 6?

8        A.  No.  January 6 was one of the worst days of my life.

9    It is wildly uncomfortable to -- every time I look at this

10   stuff.

11       Q.  And I do apologize for that, so I only have a few more

12   questions.

13           When the woman went up through the window was that a

14   present danger to members and staff and press?

15       A.  Yes, ma'am.

16       Q.  Was it also a present danger to officers?

17       A.  Yes.

18       Q.  If we can continue to play.

19           If we could press pause.  Thank you.  For the record,

20   we are at 4:20.  Do you see MPD officers?

21       A.  Yes, ma'am, I do.

22       Q.  And now are we facing back out towards the hallway?

23       A.  Yes.

24       Q.  What are those MPD officers attempting to do?

25       A.  They are clearing out a path.

1       Q.  Do those officers assist you in actually finally

2   clearing out the Speaker's Lobby area?

3       A.  For a little bit, yes.

4       Q.  Agent Yetter, you said that it is hard for you to

5   botch all of this.  Had you experienced anything like

6   January 6, 2021, before that?

7       A.  No.

8       Q.  And Agent Yetter, while everyone was at the Speaker's

9   Lobby, what was happening there?  Did that affect your ability

10  to effectuate your mission of protecting the people in the

11  Capitol that day?

12      A.  Yes, ma'am, it did.

13      Q.  How?

14      A.  People remaining in the area made it so that we

15  couldn't render aid to this person.  We couldn't get her out to

16  emergency response.  And with three officers, compared to the

17  amount of protesters, we couldn't maintain a police line.

18              MS. LEDERER:  I have no further questions.  Thank you.

19              THE WITNESS:  Thank you.

20              THE COURT:  All right.  You may cross-examine.

21                          CROSS-EXAMINATION

22  BY MR. KIERSH:

23      Q.  Good afternoon, Agent.

24      A.  Good afternoon, sir.

25      Q.  So how do I pronounce your last name?

1          A.  Yetter.  Yetter.

2          Q.  Y-E-T-T-E-R?

3          A.  Yes, sir.

4          Q.  Okay.  Thank you, sir.  You were fairly new on the

5     force on January 6, 2021; correct?

6          A.  No, sir.  Around January 6, I would have been on for

7     about four years.

8          Q.  Okay.  With the Metropolitan Police Department or

9     Capitol Police?

10         A.  Capitol Police.

11         Q.  Okay.  And I'm sorry I have to ask you this.  But was

12    this the first time you actually saw someone get shot and

13    killed?

14         A.  I didn't actually see her get shot and killed.

15         Q.  Was this the first time you were present when someone

16    was shot and killed?

17         A.  Yes.

18         Q.  So it was a traumatic event for you; correct?

19         A.  Yes, sir.

20         Q.  And it was probably a traumatic event for everyone who

21    was in the Capitol grounds?

22              MS. LEDERER:  Objection; speculation.  Lack of

23    personal knowledge of what other people felt.

24              THE COURT:  Overruled.

25    BY MR. KIERSH:

1      Q.   From your perspective, was it traumatic for the other

2  people who were present?

3      A.   Yes, sir.

4      Q.   So when it happened, when the shooting happened, the

5  shot was loud; correct?

6      A.   Yes.

7      Q.   And you knew it was a gunshot right away?

8      A.   Yes, sir.

9      Q.   And everyone there reacted to the gunshot; correct?

10     A.   Yes.  And they remained there.

11     Q.   But people reacted; correct?

12     A.   Yes, sir.

13     Q.   And they backed off from the door; correct?

14     A.   I don't remember.

15     Q.   Okay.  Now, in the videos that we played to the jury,

16  you saw some guys, some Caucasian guys banging on the windows;

17  correct?

18     A.   Yes.

19     Q.   And you have seen Exhibit 701 before; correct?

20     A.   Yes.

21     Q.   And you -- that was part of your preparation for this

22  trial was to view Exhibit 701; correct?

23     A.   Yes.

24     Q.   And part of what you were doing was trying to identify

25  who those Caucasian men were who were banging on the window;

CROSS-EXAMINATION OF KYLE YETTER

1  correct?

2      A.  I don't recall -- I don't know how to answer that

3  question.

4      Q.  Well, when you were viewing the videos, most

5  specifically 701, that clearly shows white Caucasian men

6  banging on the glass; correct?

7      A.  Yes.

8      Q.  And were you asked to identify them?

9      A.  I don't recall.  I have seen these videos.  I have

10  done testimony multiple times throughout this year.

11      Q.  Okay.  How many times have you testified this year?

12      A.  Multiple times.

13      Q.  Five times?

14      A.  Yes.

15      Q.  Okay.  Ten times?

16      A.  No.

17      Q.  Okay.  So somewhere between five and ten; is that

18  right?

19      A.  Yes, sir.

20      Q.  Can we go to Exhibit 605, please, and get to about

21  1:11:25.

22          Can you stop that, please.

23          Now, this is the area right by the Speaker's door;

24  correct?

25      A.  Yes, sir.

CROSS-EXAMINATION OF KYLE YETTER

1      Q.   Okay.  And that was the door that you were guarding;

2  is that right?

3      A.   Yes.

4      Q.   And there were yourself and two other police officers;

5  correct?

6      A.   Yes, sir.

7      Q.   Now, so the crowd is coming at you at the door; is

8  that right?

9      A.   Yes.

10     Q.   Now, were you able to see if there were other police

11 officers in the area in terms of what you were able to actually

12 see?

13     A.   No.

14     Q.   Okay.  And so this crowd is coming at you; is that

15 right?

16     A.   Yes.

17     Q.   Now, this is Exhibit -- have you -- you have seen this

18 exhibit before; correct?

19     A.   Yes.

20     Q.   You have seen it multiple times; correct?

21     A.   Yes, sir.

22     Q.   Now, were you ever asked by anybody -- do you know who

23 these white Caucasian men are in this video?

24          MS. LEDERER:  Objection; relevancy.

25          THE COURT:  Overruled.

CROSS-EXAMINATION OF KYLE YETTER

1           THE WITNESS:  I have in previous trials been asked to

2   identify people associated with these videos.

3   BY MR. KIERSH:

4       Q.  You say you have or have not?

5       A.  Have.

6       Q.  My question is not just asked by defense lawyers.  I

7   am asking whether or not you have been asked by prosecutors

8   whether or not you can identify these people?

9       A.  Yes.  Correct.

10      Q.  Have you been asked that?

11      A.  Yes.

12      Q.  Have you been able to identify them?

13      A.  Yes.

14      Q.  By name?

15      A.  Yes.

16      Q.  What were their names?

17      A.  There was a Zachary Long.

18      Q.  Which one is Zachary Long?  With the red hat or the

19  black hat?

20          MS. LEDERER:  Your Honor, again, I am going to renew

21  my objection.  What is the relevancy here?  We are not here for

22  Zachary Long.

23          THE COURT:  Sustained.

24  BY MR. KIERSH:

25      Q.  Now, if we keep playing here.  Please let this run for

1    a little bit.  Now if we can stop it, please.

2            Now, on the left, do you see the man with the goatee?

3    A.   Yes.

4    Q.   He wasn't smashing windows; correct?

5    A.   No.

6    Q.   He had a tripod and a camera; correct?

7    A.   Yes.

8    Q.   If we can keep that playing, please.

9            Can we stop it, please.  This person who is yelling

10   and screaming, do you see the person on the screen?

11   A.   Yes.

12   Q.   Were you asked to identify this person?

13   A.   Yes.

14   Q.   Can we keep it running, please?

15           And if you can stop it.  I'm sorry.  If you could let

16   it run a little bit more.

17           Stop it, please.  The person who is smashing the

18   window, that is the guy in the red jacket and the

19   grayish-colored hat; correct?

20   A.   I would have to see it again.  I'm sorry.

21   Q.   Okay.  If we could go back a couple of frames.  And

22   play.

23           Stop it, please.

24           Now the person who is on the left, you can see the

25   back of his head with the camera and the tripod; right?

CROSS-EXAMINATION OF KYLE YETTER

1      A.   Yes.

2      Q.   He doesn't have a stick in his hand, does he?

3      A.   No.

4      Q.   If we can keep going, please.

5           Stop it, please.

6           There you see a guy in a red jacket and a grayish hat;

7    correct?

8      A.   Yes.

9      Q.   He is smashing in the window with a stick; correct?

10     A.   Yes.

11     Q.   And then you see a guy to his right, a taller man, a

12   Caucasian man with glasses on; correct?

13     A.   Yes.

14     Q.   He is kicking in the door; correct?

15     A.   Yes.

16     Q.   And those are the people who were actually making

17   physical contact with the door; correct?

18     A.   Yes.

19     Q.   Okay.  If we could keep going, please.

20          Stop it, please.

21          Now, you see a hand come up with a camera; correct?

22     A.   Yes.

23     Q.   Is that the same person you have testified earlier was

24   the person with the camera and the tripod, are you able to

25   tell?

1          A.   I can't tell.

2          Q.   If we can keep going, please.   Thank you.

3               Stop it, please.

4               Now, you heard a sound in the back; correct?

5          A.   Yes.

6          Q.   That was a gunshot; correct?

7          A.   Yes, sir.

8          Q.   And at the time that you hear the gunshot, you can

9     also see in the video, which is stopped right now, still shot,

10    you see a tripod and a camera; correct?

11         A.   Yes.

12         Q.   Do you know who that belonged to?

13         A.   The defendant.

14         Q.   Okay.   And so at the time of the shooting, just so we

15    are clear, a gunshot, the defendant Mr. Sullivan he has got the

16    camera and the tripod?

17         A.   Yes.

18         Q.   Thank you.   Please continue.   Thank you.

19              Stop it, please.

20              Now, the person on the floor, that is the woman

21    unfortunately who is shot; correct?

22         A.   Yes.

23         Q.   That is Ms. Babbitt; correct?

24         A.   Yes.

25         Q.   We can keep going, please.

1          Stop it.  Thank you.

2          Did you render aid to Ms. Babbitt, were you able to?

3     A.  No.

4     Q.  Was that the emergency response team?

5     A.  I'm sorry?

6     Q.  Was it the emergency response team who rendered aid to

7  Ms. Babbitt?

8     A.  Yes.

9     Q.  They came up the staircase; is that right?

10    A.  Yes, sir.

11    Q.  But they were already pretty close on the scene; isn't

12 that right?

13    A.  Yes.

14    Q.  Because it didn't take them long to get to

15 Ms. Babbitt; correct?

16    A.  Correct.

17    Q.  And you don't know whether or not Ms. Babbitt

18 unfortunately died immediately from her injury or whether it

19 took some time for her to pass away?

20    A.  I don't know.

21    Q.  You don't know if, for instance, these scenes

22 depicting her, if she was already deceased; correct?

23    A.  Correct.

24    Q.  And if we could go to Exhibit 701, please.

25         And start at about 44:50.

CROSS-EXAMINATION OF KYLE YETTER

```
1              Stop it, please.  Now, this scene is right after
2    Ms. Babbitt was shot; correct?
3         A.  No.
4         Q.  No.  Is it before Ms. Babbitt was shot?
5         A.  This is before Ms. Babbitt was shot.
6         Q.  But what the scene depicts is the broken window;
7    correct?
8         A.  Yes.
9         Q.  That is your hand; correct?
10        A.  Yes.
11        Q.  On the left side of the screen, that is your hand?
12        A.  Yes.
13        Q.  You don't see your body, you see your hand; right?
14        A.  Correct.
15        Q.  You hear someone say, I don't want to see you get
16   hurt; correct?
17        A.  Yes.
18        Q.  Now, you already testified that on direct examination
19   you didn't take that very seriously?
20        A.  Correct.  I heard that same sentence throughout the
21   day.
22        Q.  But with respect to this moment in time, given the
23   nature of what is going on, your testimony is, well, you didn't
24   take it seriously; correct?
25        A.  Correct.
```

CROSS-EXAMINATION OF KYLE YETTER

1          Q.  But it was clear to you, that what you heard at that

2     moment in time was "I don't want to see anyone get hurt."

3     Correct?

4          A.  Correct.

5          Q.  Okay.  If we can stay with 701 and get to about 48:50,

6     please.

7               So at this moment in time at 48:50, Ms. Babbitt has

8     already been shot; correct?

9          A.  Yes, sir.

10         Q.  And there is a lot of chaos going on in the hallway;

11    correct?

12         A.  I'm sorry.

13         Q.  There is a lot of chaos going on in the hallway after

14    she gets shot; correct?

15         A.  There is lot of chaos the entire time.

16         Q.  I am talking about this moment in time, there is a lot

17    of chaos?

18         A.  Yes.

19         Q.  People are screaming; correct?

20         A.  Yes.

21         Q.  Now, this woman that is depicted in this still shot,

22    she gets up and confronts you in your face; correct?

23         A.  Yes.

24         Q.  Okay.  John Sullivan never came up to you and

25    confronted you in your face like that, did he?

REDIRECT EXAMINATION OF KYLE YETTER

1      A.   I believe he did.  He was next to me at the door.

2      Q.   He never came up with that level of antagonism and

3  confronted you in your face, did he?

4      A.   No.

5           MR. KIERSH:  Thank you, sir.  I pass the witness, Your

6  Honor.

7           THE COURT:  All right.  Any redirect?

8           MS. LEDERER:  Yes, Your Honor.

9                     REDIRECT EXAMINATION

10  BY MS. LEDERER:

11      Q.   Agent Yetter, I am sure that was extremely tough to

12  watch.  But on cross-examination with Exhibit 605, did you

13  actually see the shooting in full?

14      A.   In the video, yes.

15      Q.   So that video depicted the entire shooting?

16      A.   Yes.

17      Q.   And that Exhibit 605 had depicted everything from when

18  rioters first got to the door where you were all of the way

19  throughout the shooting; correct?

20      A.   Yes.

21      Q.   Now, if we could please bring up 701 and bring it to

22  about 45:15.

23           We could bring it to 45:15, please.  And I am going to

24  ask you to listen to what the defendant says after you leave

25  the area.  If we could press play.

1        If we could press pause.

2        After you leave the area, can you hear the defendant

3    saying "Let's go, let's go"?

4        A.   Yes.

5        Q.   You also hear, "Let's get this shit"?

6        A.   Yes.

7        Q.   Is that in direct contradiction to what you had just

8    heard, "We just want you to go home"?

9        A.   Yes.

10        MS. LEDERER:  I have nothing further.

11        THE COURT:  All right.  You can step down.  Ladies and

12   gentlemen, at this time we will recess for the day.  We'll

13   start at 10:00 tomorrow.

14        Don't talk about the case.  Don't let anyone talk to

15   you about the case.  Don't read or listen to anything about any

16   of these January 6 cases.  We'll have plenty to decide just in

17   this courtroom.  I want you to base your decision on what you

18   hear here in this courtroom.  I will see you all tomorrow

19   morning at 10:00.

20        (The jury left the courtroom.)

21        THE COURT:  I will see counsel at the bench.

22        You can step down.

23        (Discussion held off the record.)

24        (Proceedings concluded at 4:57 p.m.)

25

1                    C E R T I F I C A T E

2

3          I, SHERRY LINDSAY, Official Court Reporter, certify

4   that the foregoing constitutes a true and correct transcript of

5   the record of proceedings in the above-entitled matter.

6

7

8

9

10                      Dated this 9th day of February, 2024.

11

12                      _____
                        Sherry Lindsay, RPR
13                      Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. BARCLAY: [6]**  87/15 97/15
99/7 100/21 108/12 110/2
**BY MR. KIERSH: [8]**  64/12 66/20
67/9 70/3 161/22 162/25 166/3
166/24
**BY MS. LEDERER: [51]**  4/7 6/14
7/2 7/13 9/19 12/6 12/13 13/17
15/14 17/9 17/23 18/25 20/2 22/25
25/10 28/17 31/23 32/23 39/5
41/18 41/25 43/20 44/6 46/2 47/4
48/22 50/14 51/9 51/19 56/11
57/10 58/1 59/1 59/20 60/4 60/24
61/9 83/21 84/6 128/12 135/8
137/12 141/1 143/19 149/15 155/4
155/21 156/7 158/3 158/14 173/10
**MR. BARCLAY: [21]**  63/17 64/6
87/5 97/11 98/25 100/15 108/6
109/22 123/24 124/7 124/11 124/13
124/21 125/5 125/11 125/17 125/19
126/16 126/18 126/24 127/2
**MR. KIERSH: [57]**  3/11 6/13 6/23
7/1 9/16 12/3 12/12 13/14 15/25
16/3 16/13 16/16 16/22 17/20
18/22 22/22 25/8 28/15 31/20
32/22 39/2 41/16 41/24 43/9 44/5
45/23 46/25 48/19 50/11 51/16
56/8 58/21 60/1 60/22 61/6 64/10
83/17 84/4 97/13 99/3 100/18
108/8 109/24 123/25 125/21 135/7
137/9 140/23 155/2 155/18 155/20
156/3 157/21 157/23 157/25 158/10
173/5
**MS. LEDERER: [68]**  3/6 3/17 4/3
4/5 6/25 7/11 9/14 12/1 13/12
16/12 16/14 16/18 16/23 17/18
18/20 19/25 22/20 25/9 31/18
32/20 38/25 41/13 41/22 43/7
43/12 45/20 45/24 46/23 48/17
50/9 51/4 51/14 56/6 57/24 58/19
58/24 59/17 59/24 60/23 61/4 63/7
66/17 69/23 87/2 87/7 87/10 127/3
127/9 127/19 127/25 128/3 135/4
137/7 140/21 143/7 149/10 154/25
155/19 157/22 157/24 158/1 158/7
161/18 162/22 165/24 166/20 173/8
174/10
**THE COURT REPORTER: [1]**  140/24
**THE COURT: [73]**  3/10 3/13 3/21
3/23 4/4 9/17 12/4 13/15 17/7
17/21 18/23 20/1 22/23 28/16
31/21 39/3 41/17 43/10 45/22
45/25 47/1 48/20 50/12 51/17 56/9
57/9 58/22 60/2 61/7 63/9 63/14
64/4 64/8 66/19 69/24 83/19 84/5
87/3 87/9 99/4 100/19 108/9
109/25 124/1 124/5 124/10 124/12
124/20 125/2 125/10 125/16 125/18
125/20 126/15 126/17 126/23 127/1
127/8 127/18 127/20 128/2 128/6
137/10 155/3 156/4 158/11 161/20
162/24 165/25 166/23 173/7 174/11
174/21
**THE COURTROOM DEPUTY: [3]**  3/2
87/13 128/10
**THE WITNESS: [7]**  4/2 70/1 87/12
128/9 140/25 161/19 166/1

## 0

**078 [2]**  1/4 3/2

## 1

**10 [1]**  133/20
**100 [1]**  2/22
**108 [1]**  2/23
**109 [1]**  2/23
**10:00 [1]**  174/19
**10:00 in [1]**  102/21
**10:00 tomorrow [1]**  174/13
**10:24 [1]**  122/17
**10:32 [1]**  1/6

**10:45 [1]**  123/5
**10:49 [3]**  123/3 123/7 123/9
**110 [1]**  75/22
**111 [2]**  5/22 6/12
**112 [6]**  2/13 11/15 11/16 11/24
12/2 12/5
**113 [5]**  2/15 31/10 31/11 31/19
31/22
**117th [1]**  100/24
**118th [1]**  91/13
**11:25 [1]**  123/14
**12 [1]**  2/13
**128 [1]**  2/9
**12:22 [1]**  63/16
**12:30 [1]**  105/12
**12:53 [1]**  26/25
**12:53 with [1]**  30/11
**13 [2]**  1/5 2/13
**137 [1]**  2/24
**14 [3]**  13/6 157/24 158/2
**15 [4]**  19/19 73/14 99/11 154/8
**15,000 [1]**  65/2
**156 [1]**  2/24
**158 [1]**  2/25
**16 [2]**  60/25 102/11
**161 [1]**  2/9
**17 [3]**  2/14 103/10 103/16
**173 [1]**  2/10
**1790 [1]**  11/5
**18 [3]**  2/14 136/9 155/16
**18:00 [1]**  73/14
**19:34 [1]**  140/9
**1:00 [1]**  106/1
**1:00 in [1]**  99/20
**1:05 [2]**  23/7 68/4
**1:08:47 and [1]**  139/24
**1:08:50 [2]**  140/1 140/3
**1:09:34 [1]**  140/10
**1:09:41 [2]**  52/2 52/3
**1:09:43 [2]**  141/4 141/5
**1:10:19 [2]**  52/17 53/22
**1:10:20 [1]**  141/24
**1:10:44 [1]**  142/7
**1:11:03 [1]**  143/4
**1:11:25 [1]**  164/21
**1:11:27 [2]**  143/8 143/9
**1:11:30 [1]**  143/11
**1:11:36 [5]**  54/9 54/10 143/14
143/18 143/24
**1:11:36 and [1]**  143/21
**1:11:41 [1]**  144/8
**1:11:47 [1]**  144/18
**1:13 [1]**  23/16
**1:14 p.m [1]**  112/12
**1:17 [1]**  72/1
**1:21 [1]**  158/18
**1:23 [1]**  145/3
**1:24 [1]**  24/7
**1:26 [1]**  145/7
**1:29 [1]**  113/16
**1:29 p.m [1]**  113/9
**1:30 [5]**  63/10 63/12 130/17
130/18 145/18
**1:35 [1]**  81/15
**1:36 [3]**  58/9 159/2 159/6
**1:39 [2]**  58/25 59/2
**1:53 [2]**  50/9 50/17

## 2

**20 [7]**  19/1 19/3 46/20 65/18
71/11 115/17 133/20
**20001 [1]**  1/24
**20015 [1]**  1/18
**2017 [1]**  105/8
**2020 [2]**  93/14 130/2
**2021 [36]**  4/23 4/24 5/5 13/20
19/5 23/2 23/18 24/10 34/13 48/16
50/16 58/18 64/15 64/18 64/23
66/2 87/20 88/17 90/7 90/16 90/24
91/7 100/25 105/8 105/9 109/1
109/7 109/19 123/21 129/7 129/10
129/19 129/22 130/6 161/6 162/5

**2023 [1]**  1/5
**2024 [1]**  1/5
**20530 [1]**  1/14
**21-078 [2]**  1/4 3/2
**21:13 [1]**  23/4
**21:25 [1]**  145/9
**22 [2]**  2/15 51/22
**23 [4]**  6/21 7/3 39/6 136/11
**23:47 [3]**  7/4 7/5 7/8
**24:08 [1]**  67/1
**24:13 [2]**  7/14 7/15
**24:35 [2]**  8/9 8/25
**25 [3]**  10/16 88/1 137/13
**25:04 [1]**  10/17
**25:05 [1]**  8/17
**25:25 [1]**  10/18
**25:50 [1]**  73/2
**26 [6]**  15/6 15/6 15/8 46/18 73/1
88/1
**26:30 [1]**  15/9
**27 [2]**  49/8 137/14
**28 [5]**  19/19 71/11 74/17 74/18
74/19
**28:14 [1]**  20/4
**28:15 [2]**  15/21 19/21
**28:25 [1]**  24/20
**28:50 [2]**  19/23 20/5
**29:15 [1]**  24/22
**29:25 [2]**  20/15 20/16
**29:48 [2]**  24/22 24/23
**2:13 [2]**  114/25 118/13
**2:15 [5]**  4/14 74/14 74/15 159/7
159/8
**2:16 [1]**  118/5
**2:16 p.m [2]**  4/14 117/14
**2:22 p.m [2]**  4/24 5/5
**2:24 [1]**  24/8
**2:25 [1]**  13/20
**2:25 p.m [1]**  35/22
**2:27 p.m [2]**  19/5 23/2
**2:28 p.m [2]**  23/18 23/24
**2:29 [2]**  119/1 122/22
**2:29 p.m [2]**  24/10 118/24
**2:30 [1]**  81/14
**2:31 [2]**  159/17 159/18
**2:33 p.m [1]**  34/13
**2:34 [1]**  47/14
**2:36 p.m [1]**  36/9
**2:39 p.m [1]**  48/16
**2:39:39 p.m [1]**  134/23
**2:40:23 p.m [1]**  136/15
**2:40:25 p.m [1]**  136/7
**2:41 [3]**  24/7 49/22 76/21
**2:41 p.m [1]**  49/11
**2:41:53 [1]**  50/16
**2:42:23 p.m [1]**  145/5
**2:42:25 p.m [1]**  145/13
**2:44 [3]**  111/8 111/9 111/13
**2:44 p.m [2]**  56/1 120/13
**2:46 p.m [1]**  60/5
**2:47 [1]**  76/23
**2:55 p.m [1]**  58/18
**2:56 [1]**  59/13
**2:56 and [1]**  118/7
**2:56:55 p.m [1]**  60/17
**2:58 [1]**  59/18

## 3

**30 [7]**  6/21 15/6 15/6 34/10 71/4
82/13 120/14
**305 [6]**  4/16 4/16 4/19 72/12
72/13 72/15
**30:25 [1]**  29/5
**30:46 [1]**  29/24
**31 [2]**  2/15 36/14
**311 [5]**  2/13 13/5 13/13 13/16
73/13
**313 [6]**  2/14 18/14 18/16 18/21
18/24 19/1
**315 [10]**  2/15 22/15 22/17 22/21
22/24 34/9 75/13 75/23 77/6 78/13
**317 [7]**  2/18 48/9 48/10 48/18

**3**

**317... [3]**  48/21 49/8 134/13
**318 [6]**  2/18 50/3 50/10 50/13 136/8 136/10
**319 [6]**  2/24 137/3 137/8 137/11 145/2 145/3
**31:02 [1]**  29/11
**31:45 [2]**  30/22 30/24
**320 [6]**  2/20 58/8 58/9 58/20 58/23 81/15
**322 [3]**  2/20 59/25 60/3
**32:03 [1]**  36/23
**32:18 [1]**  37/3
**32:35 [2]**  37/4 37/11
**33 [3]**  7/3 63/2 63/5
**333 [1]**  1/23
**33:20 [1]**  37/10
**34 [1]**  71/6
**35 [1]**  4/18
**36 [1]**  37/19
**36:45 [1]**  37/18
**37:06 [1]**  37/14
**37:07 [1]**  37/24
**37:18 [2]**  38/2 38/3
**37:30 [1]**  38/11
**37:34 [3]**  40/12 40/14 40/24
**37:46 [2]**  41/6 41/7
**38 [1]**  42/9
**38:37 [1]**  42/18
**39 [1]**  2/16
**3:00 p.m [2]**  130/7 130/9
**3:00 start [1]**  131/7
**3:11 [1]**  124/4
**3:22 [1]**  59/18
**3:29 [1]**  113/14
**3:29 p.m [1]**  113/20
**3:30 [2]**  113/14 159/25
**3:43 [1]**  112/4
**3:44 a.m [1]**  123/19
**3:45 [1]**  123/4
**3rd [6]**  27/22 91/22 92/10 92/12 93/16 100/24

**4**

**40 [4]**  59/21 155/16 155/18 155/19
**401 [5]**  2/23 109/9 109/23 110/1 121/22
**402 [3]**  2/21 97/12 97/14
**403 [5]**  2/22 99/1 99/5 99/8 126/9
**404 [3]**  99/1 126/19 127/5
**405 [3]**  99/1 102/6 103/7
**406 [3]**  2/22 99/1 99/5
**407 [5]**  2/22 100/16 100/20 100/22 101/19
**40:15 [2]**  44/21 44/22
**40:20 [1]**  44/20
**40:48 [1]**  155/17
**41 [2]**  155/6 155/7
**410 [5]**  2/23 108/2 108/6 108/10 109/4
**411 [6]**  2/23 108/3 108/7 108/10 109/2 109/6
**41:37 [1]**  156/19
**41:51 [2]**  156/23 157/3
**42:14 [2]**  44/23 44/25
**42:22 [1]**  45/5
**42:40 [1]**  157/7
**42:50 [1]**  54/18
**43 [6]**  2/16 4/25 48/10 145/19 145/20 157/15
**435 [1]**  26/5
**440 [1]**  1/17
**44:10 [2]**  145/20 145/21
**44:50 [1]**  170/25
**45 [4]**  36/14 37/20 49/22 115/11
**45:05 [3]**  146/12 146/13 147/11
**45:08 [1]**  147/20
**45:10 [1]**  147/19
**45:15 [2]**  173/22 173/23
**45:20 [3]**  147/1 147/1 147/12
**45:38 [2]**  148/19 148/20 149/6

---

**45:51 [2]**  149/14 149/16
**46:18 [2]**  150/15 150/19
**47 [1]**  2/17
**48 [4]**  2/18 151/13 151/14 155/19
**48:40 [2]**  151/17 151/18
**48:50 [2]**  172/5 172/7
**49 [1]**  151/25
**4:00 [1]**  123/22
**4:10 [2]**  108/24 112/19
**4:11 [1]**  112/19
**4:13 [1]**  112/18
**4:20 [3]**  42/25 134/14 160/20
**4:24 [1]**  153/21
**4:25 [1]**  153/22
**4:30 [1]**  123/22
**4:39 [1]**  134/22
**4:45 [1]**  123/22
**4:54 [2]**  154/4 154/5
**4:57 [1]**  174/24
**4:58 [1]**  113/2

**5**

**50 [1]**  2/18
**50:15 [2]**  152/9 152/10
**51 [1]**  2/19
**53 [1]**  5/21
**5335 [1]**  1/17
**55 [1]**  60/8
**56 [1]**  2/19
**58 [1]**  2/20
**5:15 [1]**  48/25
**5:25 [3]**  136/7 154/13 154/14
**5:45 here [1]**  114/7

**6**

**60 [1]**  2/20
**601 [4]**  1/14 155/15 155/16 155/25
**601.1 [9]**  2/17 2/24 46/14 46/18 46/24 47/2 153/13 156/1 156/5
**605 [14]**  2/19 51/4 51/7 51/10 51/15 51/18 53/22 58/14 139/23 139/24 144/5 164/20 173/12 173/17
**61 [1]**  2/21
**610 [10]**  2/17 45/15 45/16 45/21 45/24 45/25 46/1 56/18 80/23 81/14
**611 [6]**  2/19 55/24 55/25 56/4 56/7 56/10
**613 [1]**  18/13
**615 [1]**  154/21
**616 [6]**  2/21 60/21 60/23 61/5 61/8 82/13
**617 [1]**  154/22
**618 [1]**  155/1
**628 [1]**  71/3
**630 [1]**  79/21
**632 [6]**  2/14 17/13 17/19 17/22 74/14 74/16
**638 [4]**  2/16 38/20 39/1 39/4
**64 [1]**  2/4
**660 [4]**  68/4 68/19 69/10 69/17
**663 [2]**  70/9 70/11
**6710 [1]**  1/23
**672 [6]**  2/12 9/7 9/15 9/18 9/20 72/25
**692 [7]**  2/16 43/3 43/8 43/11 80/6 80/23 86/6
**6:33 [1]**  79/22
**6:45 [2]**  34/20 49/17
**6:48 [1]**  116/23
**6:56 [1]**  118/8
**6:57 [1]**  49/25
**6:58 [1]**  61/12
**6th [2]**  96/14 99/17

**7**

**701 [40]**  6/20 6/25 9/6 10/15 11/17 15/5 19/18 24/19 24/24 32/4 36/13 36/16 36/18 37/20 40/5 40/6 40/12 44/19 54/17 66/6 66/10

---

66/16 66/25 71/3 72/1 72/3 72/10 72/16 72/17 72/23 72/24 132/25 132/25 173/10 145/2 145/16 145/18 163/19 163/22 164/5 170/24 172/5 173/21
**7:00 [2]**  121/19 121/21
**7:01 [1]**  73/1
**7:30 [3]**  34/25 61/15 61/16
**7:35 [3]**  72/15 78/13 78/14
**7:43 [1]**  5/3
**7:49 [1]**  118/22
**7th [2]**  123/4 123/21

**8**

**83 [1]**  2/5
**87 [1]**  2/7
**8:00 [2]**  121/20 122/7
**8:00 p.m [1]**  121/17
**8:06 [3]**  122/7 122/9 122/12
**8:06 p.m [1]**  122/6
**8:10 [1]**  119/21
**8:37 [1]**  72/19

**9**

**901 [2]**  157/23 158/2
**901.14 [7]**  2/25 157/16 157/20 157/20 157/22 158/8 158/12
**90114 [1]**  158/2
**97 [1]**  2/21
**99 [1]**  2/22
**9:59 [1]**  121/22
**9th [1]**  175/10

**A**

**a.m [2]**  1/6 123/19
**ability [4]**  62/13 62/21 119/5 161/9
**able [26]**  5/17 6/17 10/12 21/9 33/13 53/14 54/22 56/24 58/3 61/17 66/1 66/1 67/10 119/12 119/19 121/1 121/7 121/15 132/21 143/1 155/10 165/10 165/11 166/12 168/24 170/2
**about [89]**  8/1 8/21 10/5 10/9 12/23 13/6 19/13 20/15 20/21 24/22 25/11 25/25 26/3 29/5 40/3 43/1 44/23 52/25 63/10 63/11 65/2 65/16 68/24 69/5 70/4 70/12 70/19 71/1 71/11 73/1 73/12 74/14 74/18 74/19 77/3 78/13 79/22 81/14 81/15 82/13 91/20 96/11 97/24 98/17 101/25 106/2 109/10 110/3 110/13 110/20 111/8 112/18 113/2 113/4 114/7 118/9 119/11 119/21 123/14 124/6 129/1 130/15 131/15 133/18 134/14 144/15 145/3 145/9 145/20 146/25 147/10 147/19 148/25 150/24 151/5 153/8 154/8 154/19 156/23 159/11 162/7 164/20 170/25 172/5 172/16 173/22 174/14 174/15 174/15
**above [5]**  47/7 59/23 135/15 155/8 175/5
**above-entitled [1]**  175/5
**absolute [1]**  126/7
**absolutely [7]**  18/4 121/3 130/10 141/14 146/2 146/11 147/10
**accept [1]**  66/9
**access [11]**  10/12 12/20 14/24 27/9 27/12 32/25 33/14 48/1 49/3 54/22 155/11
**accessed [1]**  32/18
**accompany [2]**  107/1 107/2
**accomplish [1]**  101/19
**accomplishment [1]**  22/10
**according [1]**  93/10
**accurate [1]**  142/9
**accurately [2]**  66/2 109/18
**acknowledged [1]**  75/4
**across [3]**  131/15 131/17 137/16
**act [2]**  101/3 101/4
**acted [1]**  100/5

**A**

acting [1] 102/19
Action [1] 1/3
actively [1] 141/17
actual [7] 8/23 24/9 26/12 39/24
40/18 56/25 103/20
actually [33] 11/4 26/14 26/15
27/17 33/7 37/17 48/4 55/11 56/15
73/2 78/5 93/21 94/1 109/18
116/16 116/20 116/24 121/18
130/15 130/25 131/7 131/23 139/11
145/8 146/7 151/22 157/1 161/1
162/12 162/14 165/11 168/16
173/13
Adams [1] 88/18
add [1] 130/13
addition [4] 21/14 41/3 57/19
130/1
additional [4] 25/14 27/3 33/8
92/20
addressed [1] 127/14
adjourn [1] 118/16
adjourned [3] 91/19 119/4 119/9
adjournment [1] 123/17
administering [1] 157/10
administration [4] 88/3 88/6 88/9
89/3
administrative [3] 88/1 90/13
92/6
admissible [1] 127/15
admit [25] 9/15 13/13 17/19 18/21
22/21 31/19 39/1 43/8 45/21 46/24
48/18 50/10 51/14 58/19 59/24
61/5 97/12 99/2 100/16 108/6
109/22 137/8 155/1 155/25 158/8
admitted [31] 4/17 9/9 9/18 12/5
13/16 17/22 18/24 22/24 31/22
39/4 43/11 46/1 47/3 48/21 50/13
51/18 56/10 58/23 60/3 61/8 97/14
99/6 100/16 100/20 102/7 108/11
110/1 137/11 153/13 156/6 158/13
adopt [5] 92/3 92/4 97/5 97/5
101/23
advise [2] 88/21 114/19
advised [1] 105/1
advocates [1] 124/24
affect [2] 62/20 161/9
affected [1] 133/25
after [31] 11/2 20/21 30/12 30/14
40/4 55/19 94/7 95/17 102/12
102/24 106/25 107/9 114/17 115/10
121/4 123/22 132/8 144/25 147/6
147/13 148/8 148/21 150/16 155/13
157/8 158/22 158/23 171/1 172/13
173/24 174/2
afternoon [13] 64/13 64/14 83/22
83/23 87/16 87/17 99/20 124/2
128/13 128/14 128/17 161/23
161/24
again [28] 5/16 6/24 17/11 23/23
50/22 55/7 60/22 69/16 70/11
70/25 74/18 74/24 81/1 83/22
86/20 97/9 97/19 98/21 100/13
103/8 107/24 113/6 118/23 147/12
154/23 157/21 166/20 167/20
against [1] 78/5
agenda [2] 90/10 90/12
agent [38] 3/9 63/20 128/4 128/18
134/15 134/24 135/9 135/22 136/13
137/4 137/16 138/11 138/3 140/2
140/11 141/25 143/24 144/9 144/19
145/4 145/10 145/21 147/23 148/20
149/16 151/19 154/18 154/22 155/7
155/22 158/4 158/18 159/8 159/25
161/4 161/8 161/23 173/11
agents [1] 63/23
agitated [2] 139/4 139/5
agree [7] 77/11 81/9 81/10 81/11
81/12 92/14 92/14
agreed [1] 101/13
ahead [3] 6/9 20/9 121/22

**aid [5]** 151/21 157/10 161/15
aisle [1] 120/2
Alabama [2] 107/10 107/11
aligned [1] 89/17
alike [1] 115/23
all [89] 6/3 9/12 9/21 10/4 11/16
11/17 11/20 14/1 14/5 14/12 14/22
15/2 17/1 17/1 17/5 18/1 18/5
19/9 30/14 34/15 35/9 38/18 39/7
39/23 41/14 47/8 49/19 50/19 53/5
53/14 59/7 60/9 62/7 64/8 64/8
65/19 65/22 69/12 72/22 75/10
88/24 92/4 92/7 94/23 94/23 98/8
98/9 98/14 98/22 98/23 99/2 99/25
105/3 105/22 105/23 112/25 114/21
114/21 116/7 124/1 126/15 127/20
127/24 132/3 132/25 133/1 134/24
135/16 153/3 156/20 157/3 157/17
161/5 161/20 173/7 173/18 174/11
174/18
allegation [1] 125/25
allowed [5] 11/18 11/21 14/13
84/13 84/19
almost [2] 89/6 142/20
along [5] 14/4 14/6 19/7 116/8
132/18
alphabetical [1] 100/5
already [18] 5/22 6/21 8/22 67/2
67/12 102/3 102/7 104/7 134/13
136/10 139/24 153/11 153/12 156/1
170/11 170/22 171/18 172/8
also [38] 12/25 14/9 21/15 21/17
22/13 26/15 29/1 30/20 35/12 41/4
42/21 50/1 57/19 66/15 70/25 72/3
84/13 88/5 92/16 96/15 98/20
103/14 106/21 106/22 120/9 120/21
126/9 127/9 127/16 127/16 144/22
147/17 149/3 150/23 157/12 160/16
169/9 174/5
always [2] 95/3 108/21
am [72] 5/2 8/3 12/24 13/22 13/24
14/3 16/20 17/4 18/4 19/6 19/22
22/19 24/11 25/17 34/14 35/1
36/19 40/23 41/19 43/21 44/7 47/5
49/18 52/8 56/3 59/2 66/21 66/22
68/24 72/21 72/23 73/11 78/9
79/14 83/14 84/17 89/8 97/11
100/15 101/17 108/2 108/6 109/9
109/22 110/23 111/24 117/15
117/22 120/22 128/17 131/4 132/11
133/10 136/19 136/23 139/16
140/17 141/15 143/12 144/9 145/10
150/2 153/12 153/15 153/16 156/20
158/20 166/7 166/20 172/16 173/11
173/23
Amendment [3] 97/2 97/10 97/21
AMERICA [2] 1/3 3/3
American [1] 112/1
among [1] 153/3
amongst [1] 22/2
amount [4] 26/13 130/21 151/8
161/17
amounts [1] 133/15
angle [20] 6/9 18/15 22/16 22/18
38/21 38/23 43/4 44/2 45/17 50/4
50/6 56/4 56/12 58/10 58/11
136/13 137/4 147/1 156/9 158/4
angry [1] 28/6
announce [3] 114/15 106/17 114/19
announced [2] 96/6 107/14
announcement [1] 93/11
announces [1] 93/9
another [20] 11/7 14/18 14/20
27/15 38/21 38/23 43/4 70/11
91/16 102/2 102/4 102/8 103/8
116/23 120/14 136/21 137/4 147/1
156/9 158/4
answer [3] 40/18 69/24 164/2
answered [1] 69/23

antagonism [1] 173/2
antagonistic [1] 172/9
anticipation [2] 65/12 69/13
any [33] 9/4 21/24 40/9 40/24
41/8 44/14 78/10 81/1 82/11 82/25
83/4 102/17 103/13 103/15 104/22
104/22 110/4 112/25 115/7 115/10
116/6 116/18 122/24 125/25 126/1
126/10 126/14 126/22 127/22 135/9
138/14 173/7 174/1
anybody [2] 74/9 165/22
anyone [7] 11/18 63/11 138/12
146/5 152/22 172/2 174/14
anything [13] 34/22 38/19 63/4
67/4 67/6 81/6 94/22 104/24
116/10 116/18 127/22 161/5 174/15
apologies [1] 118/8
apologize [10] 18/14 24/21 29/24
30/5 37/11 57/13 145/2 155/17
158/9 160/11
apparatus [1] 9/21
appear [2] 76/2 79/6
appearance [1] 3/5
APPEARANCES [1] 1/11
appeared [3] 63/23 125/15 156/15
appears [15] 5/11 14/20 19/12
19/14 44/1 71/8 77/2 79/3 79/4
79/7 97/17 97/21 99/11 100/23
108/4
appointed [1] 99/22
appreciate [2] 40/14 57/25
approach [1] 3/4
approached [1] 133/16
approaching [3] 23/5 23/8 39/24
approximately [6] 25/13 26/5 68/4
71/4 72/1 121/14
AR [2] 127/6 127/15
AR15 [2] 125/24 126/14
archives [1] 96/14
archivist [2] 95/15 95/21
are [258]
area [50] 4/12 4/12 4/20 5/25
6/12 7/16 7/19 7/21 7/22 7/24
10/12 11/4 17/14 20/16 20/21
20/23 28/22 32/11 37/20 42/2
46/11 48/7 56/22 57/8 58/2 68/17
78/20 134/15 135/17 135/18 139/15
139/21 147/24 150/17 151/20 152/3
152/7 152/12 152/16 153/12 158/24
159/4 159/9 159/20 161/2 161/14
164/23 165/11 173/25 174/2
areas [7] 11/16 11/18 11/21 31/7
31/14 31/16 88/9
arisen [1] 102/17
Arizona [3] 107/10 107/10 107/11
armor [2] 132/7 148/6
arms [8] 25/19 25/20 25/21 25/23
106/12 106/14 106/17 110/22
around [34] 4/13 10/12 15/21
19/22 20/5 30/22 33/1 34/25 37/10
37/23 39/6 39/17 41/6 42/9 45/4
56/1 58/12 65/18 66/24 110/8
113/16 114/22 115/14 121/17
121/19 121/20 122/7 123/4 128/20
130/17 130/18 141/4 159/7 162/6
arrive [1] 22/3
arrived [5] 21/11 106/18 130/15
130/18 130/20
arriving [2] 138/24 154/15
arrow [1] 31/24
as [116] 6/12 8/5 11/16 11/24
13/18 13/21 14/4 14/6 16/5 16/9
16/20 17/5 19/7 22/2 26/7 26/23
31/12 33/8 35/1 40/6 42/22 49/12
49/25 53/22 54/3 55/1 55/12 55/25
56/4 59/6 59/6 59/21 63/23 64/2
64/17 65/8 65/8 66/2 67/23 68/9
69/14 69/14 69/18 69/19 71/23
75/24 76/24 78/17 80/9 81/7 84/17
87/25 88/3 88/9 88/19 88/24 89/4
89/10 89/12 90/5 91/16 94/13 96/6
98/7 98/8 98/9 98/9 99/24 101/12

**A**

as... **[47]**   108/24 109/19 109/20
112/2 112/2 112/2 113/13 113/13
113/13 113/13 114/9 114/21 114/24
116/13 117/19 120/9 123/8 124/18
125/11 125/12 125/14 126/13
126/18 128/23 129/6 129/6 129/8
130/22 131/16 131/16 132/17
132/18 135/16 135/22 136/20 139/4
139/8 139/8 142/19 151/7 151/21
151/21 153/13 157/17 159/10
159/15 159/16
ascertained **[1]**   94/20
ascertainment **[3]**   94/18 94/21
95/8
ask **[11]**   14/5 16/6 35/1 70/4
78/21 106/25 118/9 135/22 143/12
162/11 173/24
asked **[15]**   16/8 20/24 69/23
115/13 115/19 115/21 116/19
132/12 164/8 165/22 166/1 166/6
166/7 166/10 167/12
asking **[7]**   16/4 16/4 69/25 72/23
84/16 156/17 166/7
assault **[2]**   63/24 124/16
assaulting **[1]**   74/9
assess **[2]**   21/22 28/23
assigned **[5]**   129/11 129/14 129/16
129/19 131/12
assist **[3]**   88/23 88/24 161/1
assistant **[1]**   106/14
assisted **[1]**   89/3
associated **[3]**   94/2 95/3 166/2
assume **[2]**   122/20 122/21
assuming **[1]**   126/10
assured **[1]**   53/10
astronomical **[1]**   133/15
attempting **[2]**   42/7 160/24
attended **[1]**   105/6
attention **[1]**   18/4
attributed **[1]**   73/7
audio **[1]**   79/4
authority **[4]**   101/7 101/21 102/4
118/3
automatic **[2]**   125/23 126/13
Avenue **[2]**   1/17 1/23
await **[1]**   115/14
aware **[21]**   55/16 66/7 66/15 72/6
72/9 78/3 78/9 79/14 104/18
129/22 129/24 130/1 130/18 131/6
133/9 136/23 139/14 139/18 141/16
141/18 155/10
away **[6]**   36/19 140/17 147/13
148/1 163/7 170/19

**B**

Babbitt **[9]**   169/23 170/2 170/7
170/15 170/17 171/2 171/4 171/5
172/7
back **[79]**   3/13 5/8 8/14 8/24 8/25
10/11 11/4 15/5 17/11 20/3 20/15
26/25 33/16 33/17 33/21 33/25
34/4 34/9 36/15 38/13 38/14 39/14
39/17 40/5 43/14 44/19 46/21 48/6
49/19 53/9 53/10 63/10 63/18
71/11 72/1 72/25 73/2 74/16 74/17
78/14 104/8 104/13 107/17 107/20
112/16 116/22 118/3 118/23 121/18
122/8 122/9 122/11 122/23 129/7
129/10 134/14 136/1 141/15 142/1
142/8 143/18 143/21 144/9 145/8
147/7 147/9 147/10 147/19 152/3
153/25 154/7 154/8 156/16 156/24
158/15 160/22 167/21 167/25 169/4
backed **[1]**   163/13
background **[2]**   17/3 20/17
backpack **[2]**   5/8 70/13
bad **[1]**   77/13
bag **[1]**   153/20
ballot **[13]**   95/7 95/9 95/10 96/3
96/19 98/4 111/2 111/7 111/7

111/24 112/3 112/14 116/13
116/16 116/25
ballots **[6]**   92/6 92/11 92/18 95/16
95/22 96/10 96/18 98/6 98/7 98/16
106/23 107/6 111/3 116/14 116/18
121/13
Baltimore **[1]**   128/18
banging **[3]**   163/16 163/25 164/6
Bankruptcy **[1]**   1/22
banner **[1]**   74/5
BARCLAY **[3]**   1/12 2/7 3/7
barricade **[1]**   33/13
barricaded **[4]**   29/2 33/11 52/13
138/9
barricading **[1]**   33/8
base **[1]**   174/17
based **[7]**   28/8 28/12 77/20 78/3
113/11 136/23 147/25
basically **[6]**   10/21 15/19 29/17
30/4 38/6 56/19
basis **[1]**   7/24
be **[88]**   3/23 5/11 5/17 6/17 10/12
14/13 14/20 19/12 19/14 25/5
29/14 29/19 39/20 39/21 44/2 53/7
54/22 56/24 58/3 64/1 64/8 66/1
66/23 68/22 71/8 72/11 76/2 77/2
79/3 81/6 84/13 84/19 87/7 91/13
92/8 92/9 93/3 93/6 93/11 93/12
96/10 97/17 97/21 98/1 98/5 98/15
99/11 99/14 99/17 99/21 99/22
99/24 100/1 100/4 100/11 100/23
101/1 102/12 102/14 102/15 102/16
102/18 102/25 103/14 103/20
104/23 106/19 107/23 112/25 114/2
114/12 115/20 115/20 117/6 118/20
119/18 122/11 124/7 126/19 126/21
127/22 139/8 139/18 146/4
beautiful **[1]**   85/10
became **[1]**   28/6
because **[18]**   8/4 28/12 29/22 30/4
42/16 65/25 67/12 75/7 75/11
80/14 101/11 105/23 117/19 125/15
125/22 126/4 132/11 170/14
become **[2]**   97/6 131/6
becomes **[1]**   26/23
been **[66]**   5/22 8/6 8/22 11/23
13/25 24/14 24/15 29/13 34/15
36/2 47/8 49/20 54/14 55/20 56/3
59/8 61/13 63/2 64/22 65/19 67/19
70/12 89/9 89/11 91/6 93/11 94/16
94/16 94/20 94/21 98/24 100/16
102/7 102/23 104/19 104/21 108/4
112/10 114/13 114/14 116/16 119/3
119/4 119/6 119/9 119/16 122/8
128/19 130/19 142/12 150/20
150/23 151/4 151/11 151/15 151/19
152/11 153/11 153/13 158/21 162/6
166/1 166/7 166/10 166/12 172/8
before **[44]**   1/9 9/8 22/8 24/8
25/15 27/11 34/11 40/13 44/25
47/5 51/6 52/12 54/20 56/17 61/24
63/18 64/4 65/23 67/12 67/19
72/13 75/14 89/7 96/9 96/18
102/23 105/14 110/4 122/9 124/9
127/14 130/8 144/14 147/4 148/24
153/15 155/5 156/19 158/21 161/6
163/19 165/18 171/4 171/5
began **[1]**   101/12
begin **[6]**   91/17 107/5 138/25
139/9 144/13 156/20
beginning **[4]**   92/12 99/13 107/9
114/10
begins **[2]**   26/24 96/18
behalf **[2]**   3/7 3/12
behavior **[1]**   62/11
behind **[16]**   22/19 27/8 27/15 28/5
41/9 41/14 52/9 111/23 111/24
112/1 118/1 141/19 141/21 142/3
149/3 152/22
being **[10]**   21/14 44/24 59/10 66/1
81/25 83/4 96/20 114/22 128/22
145/24

believe **[19]**   4/10 4/12 24/20
30/16 39/25 103/12 103/25 105/12
105/15 105/15 107/24 109/24 127/2
107/4 109/5 109/14 126/24 127/2
127/11 134/13 136/9 144/13 150/2
173/1
belong **[1]**   61/20
belonged **[1]**   169/12
below **[1]**   85/11
bench **[3]**   16/2 17/8 174/21
Benjamin **[1]**   63/20
best **[1]**   109/21
between **[8]**   7/19 91/9 91/14 98/1
105/17 109/19 120/3 164/17
beyond **[3]**   102/20 146/6 153/1
big **[1]**   133/1
bigger **[2]**   105/17 105/19
Binger **[1]**   63/20
bipartisan **[1]**   89/16
bit **[27]**   5/16 12/24 20/21 29/3
38/22 43/14 52/24 66/24 67/15
80/19 80/20 81/19 86/8 89/23
93/13 97/23 106/2 114/6 122/9
123/11 137/15 143/21 144/25 145/8
161/3 167/1 167/16
bitch **[1]**   45/6
black **[38]**   5/8 5/8 5/8 6/3 9/12
9/22 10/4 11/17 11/20 14/1 14/6
14/12 14/22 15/3 17/1 17/5 18/1
18/5 19/9 34/15 35/9 39/8 39/23
44/4 44/13 47/8 49/19 50/19 59/7
60/9 70/13 153/20 153/20 153/22
156/20 157/3 157/18 166/19
block **[1]**   140/13
blown **[3]**   118/9 121/23 122/18
blown-up **[2]**   118/9 122/18
bodies **[2]**   104/6 107/15
body **[3]**   116/3 132/7 171/13
body's **[2]**   104/11 107/25
book **[1]**   153/20
boots **[2]**   61/1 131/5
bosses **[2]**   117/21 119/25
botch **[1]**   161/5
both **[11]**   33/10 52/12 89/10 89/15
89/18 101/4 104/4 104/13 112/10
119/6 127/15
bottom **[3]**   60/9 110/5 116/15
box **[4]**   110/8 111/7 111/23 112/3
boxes **[9]**   96/20 110/23 111/2
111/3 111/5 111/7 111/24 112/14
116/14
breach **[6]**   27/1 28/13 28/19 30/11
34/6 114/13
breached **[10]**   27/2 27/4 27/5
27/11 30/14 30/18 30/20 33/16
34/3 62/7
breaches **[1]**   27/7
break **[5]**   29/22 46/7 53/3 147/17
148/23
breaking **[2]**   8/21 154/12
breaks **[1]**   55/17
breathe **[1]**   134/1
brief **[4]**   7/11 143/16 147/25
149/12
briefly **[4]**   13/23 33/16 43/16
133/11
bright **[1]**   61/22
bring **[84]**   3/13 3/14 4/17 5/21
5/22 6/20 6/21 7/3 8/25 9/6 10/15
10/16 11/15 11/16 13/5 13/6 15/6
15/9 17/11 18/13 19/2 19/18 19/19
20/15 22/15 24/6 24/20 24/21 34/9
34/10 36/13 36/14 38/14 40/5
40/12 40/13 43/3 43/14 44/15
44/19 46/18 48/4 48/9 48/10 50/9
51/4 51/7 54/18 58/9 60/21 60/25
86/6 86/7 127/24 129/7 134/12
134/14 137/13 139/23 139/24
143/20 145/1 145/2 145/3 145/8
145/18 145/19 145/24 147/7 147/9
147/10 147/19 153/13 154/8 154/21
155/15 155/16 155/17 157/16
157/20 158/15 173/21 173/21

**B**

bring... [1]   173/23
bringing [4]   40/6 55/25 59/21
157/17
bro [1]   29/18
broad [1]   88/21
broke [1]   30/15
broken [3]   8/22 10/9 171/6
brought [8]   4/16 20/3 95/22 96/20
112/16 127/6 127/7 153/25
brown [1]   111/2
bucket [1]   126/18
building [32]   12/15 15/19 21/23
23/13 27/5 30/16 62/18 64/20
75/19 85/14 106/7 110/9 113/24
114/2 114/14 119/17 121/2 122/14
122/14 129/18 130/23 131/11
131/25 132/17 132/17 132/23 132/24
132/25 133/3 133/5 133/8 153/4
buildings [2]   132/25 133/1
bullhorn [12]   69/3 69/6 69/7
69/10 69/14 69/17 69/22 70/2 70/4
70/5 75/24 76/1
bullhorns [1]   85/1
burn [1]   85/1
burning [1]   20/8
busy [1]   91/1

**C**

calendar [2]   102/21 102/24
call [18]   55/19 63/18 69/3 104/6
113/25 114/12 114/18 115/1 115/1
117/3 118/11 118/14 118/24 122/2
122/12 122/20 122/22 127/25
called [11]   54/5 94/17 95/9 95/9
95/10 101/11 105/9 105/11 113/24
117/25 120/23
calls [3]   87/5 105/14 128/3
calm [1]   115/14
came [10]   9/3 20/23 33/20 65/23
115/18 125/14 135/14 170/9 172/24
173/2
camera [38]   5/11 6/16 7/21 9/21
10/6 18/1 18/15 24/17 24/19 36/5
47/10 47/20 56/12 59/7 68/10
70/16 71/18 71/21 71/24 73/23
74/11 76/5 77/25 79/15 80/17
80/24 82/2 86/12 136/2 142/1
142/8 142/22 167/6 167/25 168/21
168/24 169/10 169/16
cameras [2]   13/1 75/20
can [232]
can't [8]   16/13 80/18 118/19
129/21 131/13 134/4 160/3 169/1
candidate [2]   95/2 95/12
candidates [2]   94/3 95/6
Cannon [2]   132/24 133/2
cannot [4]   65/4 91/1 103/5 134/1
capacity [1]   117/20
Capitol [81]   8/3 11/4 11/6 11/7
11/9 13/11 17/16 18/19 27/11
40/25 44/15 44/16 54/15 58/3
60/12 60/14 61/13 62/3 62/7 62/9
62/21 63/2 64/19 64/20 64/21
68/12 69/6 69/10 69/18 69/22 70/6
70/17 70/22 71/23 72/4 75/19
81/25 84/11 84/14 106/7 110/9
110/11 110/12 114/18 115/15
115/21 115/25 115/25 117/6 122/14
122/14 124/17 127/17 128/23
128/24 129/2 129/8 129/17 129/23
130/16 130/19 130/23 131/1 131/11
131/25 132/9 132/17 132/22 132/24
132/25 133/3 133/7 137/4 148/2
149/2 153/2 153/4 161/11 162/9
162/10 162/21
captured [1]   81/24
captures [1]   75/7
care [2]   118/17 123/23
careful [1]   17/4
carriage [1]   4/12

carry [6]   101/7 106/23 116/20
carrying [4]   69/1 69/5 69/7 111/4
case [11]   3/2 63/11 63/11 65/11
65/12 72/11 78/4 102/18 124/23
174/14 174/15
cases [4]   65/14 65/16 65/22
174/16
cast [2]   93/18 95/1
Caucasian [5]   163/16 163/25 164/5
165/23 168/12
caucus [2]   90/12 90/15
cause [1]   30/4
CCTV [8]   13/7 15/3 18/11 22/13
58/6 75/14 134/9 137/5
center [7]   60/9 64/21 106/7
107/25 120/2 120/2 120/5
ceremonial [5]   96/19 106/4 110/19
111/2 111/7
certain [2]   93/23 113/23
certificate [8]   94/17 94/18 94/21
95/8 95/9 95/11 95/13 111/6
certificates [7]   89/2 98/15 99/25
100/1 100/2 100/4 119/11
certification [10]   94/13 96/7
96/9 96/18 98/16 98/17 104/20
105/6 121/16 130/2
certify [2]   98/11 175/3
cetera [1]   104/17
chair [12]   113/25 114/13 114/18
115/1 115/2 118/11 118/15 118/24
122/2 122/12 122/21 122/22
chamber [71]   15/1 20/24 20/25
21/2 21/13 25/22 26/19 27/5 27/23
28/20 28/24 30/20 32/16 42/8 46/5
92/2 96/1 101/9 101/20 103/21
104/7 104/9 104/11 104/14 105/11
105/14 105/17 105/21 105/22
105/23 105/25 105/25 106/6 106/6
106/8 106/10 106/16 106/19 107/2
107/18 107/21 107/25 108/1 110/8
110/12 110/17 111/10 112/16
113/15 114/3 114/22 115/4 115/7
115/22 115/24 116/2 117/2 117/10
118/1 118/1 118/14 119/2 119/20
120/7 120/10 120/19 121/4 121/5
121/8 121/11 121/19
chamber's [1]   104/11
chambers [7]   89/16 97/5 101/6
104/7 104/13 107/15 109/19
chance [2]   131/23 147/8
change [2]   6/8 28/8
chanting [5]   7/6 24/24 29/8 85/1
85/3
chaos [5]   142/19 172/10 172/13
172/15 172/17
characterize [1]   68/21
charge [5]   90/3 90/4 90/6 90/19
125/25
charged [1]   125/23
check [6]   20/24 21/1 21/10 31/2
33/15 34/4
checked [1]   33/25
checks [1]   95/21
cheering [2]   8/20 10/21
chief [114]   3/15 3/18 3/18 3/24
4/10 4/19 5/2 5/4 5/24 7/5 7/15
8/10 8/18 9/1 9/8 9/20 10/2 10/19
10/24 11/23 12/7 13/7 13/19 13/22
14/16 14/21 15/10 15/16 15/22
17/10 17/14 18/15 19/3 20/6 20/16
20/23 22/16 23/21 23/25 24/23
25/7 25/11 26/7 30/7 30/25 31/11
31/24 32/11 32/24 34/11 34/21
35/7 35/22 36/15 36/25 37/5 37/12
37/19 37/24 38/3 38/11 38/21 39/7
39/16 40/15 41/19 42/1 42/11
42/18 42/25 43/4 43/21 44/7 44/14
44/24 45/16 46/4 46/21 48/6 48/11
48/25 49/9 49/18 50/4 50/15 51/10
51/23 52/3 52/18 54/10 54/20
55/12 55/25 56/3 56/12 57/3 58/10

59/2 59/12 59/21 60/5 60/8 60/20
60/24 61/2 62/4 63/4 63/21 64/4
64/8 64/10 64/19 64/19 65/1
64/13 83/24
87/7 88/1 94/10 95/14
choose [1]   6/7
chosen [1]   93/25
chronological [1]   108/15
Chuck [1]   91/8
circle [29]   5/2 12/11 23/19 24/11
34/14 40/23 41/1 41/19 43/21
44/7 47/6 49/18 52/8 59/3 78/19
80/2 80/11 81/22 111/4 111/15
111/21 135/2 140/18 141/15 144/9
145/10 149/8 153/16 156/20
circled [13]   5/6 6/1 12/9 12/10
24/2 24/12 25/2 41/14 41/22 44/1
111/25 145/11 149/10
circling [6]   13/23 13/24 25/17
54/10 117/15 120/22
circuit [1]   75/20
city [1]   61/21
civics [1]   89/23
claim [1]   125/8
clarification [1]   57/25
clarify [1]   127/3
class [3]   25/6 129/5 129/11
clear [12]   53/10 81/11 96/11
101/1 107/23 111/8 118/7 125/7
152/12 152/16 169/15 172/1
cleared [1]   58/3
clearing [2]   160/25 161/2
clearly [1]   164/5
clerk [1]   128/7
clerks [2]   88/6 116/12
client [1]   84/17
clip [6]   80/18 114/10 115/9
115/13 120/16 156/2
clock [3]   20/21 20/23 84/22
close [1]   170/11
closed [1]   75/20
closed-circuit [1]   75/20
closely [1]   27/21
closer [1]   130/22
code [10]   97/3 97/4 98/20 98/21
98/22 99/9 99/12 101/25 102/8
103/9
college [10]   89/3 92/23 93/2
93/10 106/21 106/22 107/6 111/3
119/11 121/13
colloquially [1]   95/10
color [5]   6/3 6/5 44/2 44/12
153/19
colored [1]   167/19
COLUMBIA [4]   1/1 65/20 93/23 96/3
combination [1]   54/2
combining [1]   105/15
come [14]   3/20 63/10 104/13
105/24 111/10 120/6 121/5 122/23
123/1 133/13 136/21 137/1 152/23
168/21
comes [1]   59/6
coming [11]   3/21 19/8 21/22 44/14
110/16 114/24 129/17 134/9 154/23
165/7 165/14
commander [1]   64/19
committee [3]   89/11 89/13 117/20
committees [3]   89/10 89/15 89/16
compared [1]   161/16
competent [1]   102/18
compilation [2]   98/22 109/15
complete [1]   121/15
completed [5]   93/8 102/15 102/23
103/6 113/20
completely [2]   27/19 126/3
completion [1]   123/16
complex [1]   153/4
compliance [1]   88/22
Complying [10]   12/18 32/7 41/12
80/3 80/12 111/16 111/22 135/3
140/20 149/9
concede [1]   126/10
concern [8]   26/23 26/25 28/21
29/14 29/19 42/1 145/24 157/9

**C**

concerning [1]  39/19
concerning [4]  42/3 42/12 45/8
146/9
concluded [1]  174/24
concurrent [7]  100/23 101/1 101/3
101/9 101/11 101/15 101/18
concurring [1]  97/5
conducted [1]  66/8
conference [2]  16/2 17/8
conflicting [1]  45/1
confronted [2]  172/25 173/3
confronts [1]  172/22
congratulating [1]  15/18
congregate [1]  39/18
congregating [3]  52/21 54/3
135/24
congress [45]  26/5 26/13 26/18
27/13 33/23 53/1 53/7 53/13 53/14
54/2 57/18 62/17 62/25 89/19
89/24 91/9 91/10 91/11 91/12
91/13 91/15 91/20 91/21 91/24
92/13 92/19 92/20 93/4 93/4 93/7
95/23 96/2 99/14 99/17 100/24
101/4 101/20 101/20 102/1 107/13
121/1 122/23 153/3 153/5 153/9
congressional [12]  25/22 108/5
108/13 108/14 108/25 109/16
109/20 118/10 121/23 122/19 123/7
123/9
Congressman [1]  117/4
connection [2]  127/18 127/22
constantly [1]  142/24
constitutes [1]  175/4
constitution [11]  1/23 90/18 93/2
97/1 97/8 97/9 97/17 97/20 97/22
102/5 123/8
constitutional [3]  98/18 101/21
101/23
contact [2]  133/13 168/17
contain [1]  111/3
container [1]  111/6
containers [1]  96/17
CONTENTS [1]  2/1
contexts [1]  105/3
continue [73]  5/20 7/14 8/8 8/13
8/16 10/10 10/22 15/20 19/22
20/13 26/21 28/18 29/4 29/10
29/25 30/21 35/16 36/23 37/4 37/9
38/2 38/10 42/9 42/17 42/24 44/18
45/4 47/18 47/22 48/4 52/1 52/15
54/8 55/4 55/11 59/5 60/19 61/15
114/5 117/11 119/19 121/12 135/21
136/19 141/3 141/23 142/5 143/3
143/7 144/17 146/12 146/25 148/11
148/18 149/14 151/25 152/9 153/21
154/4 154/13 154/17 156/12 156/23
157/6 157/14 159/1 159/5 159/7
159/17 159/24 159/25 160/18
169/18
continued [4]  4/6 11/7 35/7
137/22
continues [5]  27/6 42/8 113/13
139/2 141/13
continuing [7]  119/3 119/5 144/6
148/21 148/22 152/2 159/4
contracts [1]  88/23
contradiction [1]  174/7
control [2]  62/18 159/16
convening [1]  100/10
conversation [5]  79/1 79/7 79/18
83/8 147/25
copies [1]  95/12
copy [2]  100/23 125/2
corner [5]  19/4 35/10 50/1 50/20
58/12
correct [181]
corresponding [1]  109/20
corridor [1]  84/22
could [259]
couldn't [4]  119/14 161/15 161/15

161/17
concurred [1]  174/6
counsel [21]  17/17 17/18 20/8
25/9 63/14 77/6 84/16 87/21 88/19
89/5 89/18 174/21
counsel's [2]  16/12 16/23
count [2]  93/7 102/15
counted [6]  93/4 93/7 94/9 98/1
98/15 104/4
counting [7]  102/17 102/22 103/15
106/22 107/5 119/11 121/12
couple [6]  33/18 49/15 53/8
145/16 159/20 167/21
course [3]  14/1 92/7 129/2
COURT [7]  1/1 1/21 1/22 65/20
126/11 175/3 175/13
Court's [1]  100/17
courtroom [6]  3/12 63/13 124/3
174/17 174/18 174/20
Courts [1]  1/22
cover [1]  97/17
covered [3]  16/24 18/11 50/1
covering [1]  48/7
crazy [1]  142/19
credentialed [4]  21/17 57/23
84/23 84/25
criminal [2]  1/3 3/2
cross [11]  2/4 2/9 51/7 61/25
64/9 64/11 82/19 82/24 161/20
161/21 173/12
cross-examination [7]  2/4 2/9
64/11 82/19 82/24 161/21 173/12
cross-examine [2]  64/9 161/20
crowd [55]  8/20 10/21 19/16 21/22
22/2 23/5 23/8 23/11 24/24 26/7
26/21 26/23 27/1 27/6 27/6 27/24
28/5 29/13 29/18 32/1 33/16 35/2
35/4 35/7 35/10 35/10 35/22 35/25
36/7 36/10 36/11 37/2 37/16 37/17
38/1 38/7 39/14 39/17 39/24 40/6
40/15 41/4 42/8 42/22 45/2 49/25
50/23 52/18 52/25 55/13 55/16
62/12 135/23 165/7 165/14
crypt [2]  6/12 7/20
cultural [1]  88/4
curatorial [1]  88/4
current [2]  11/7 11/9
currently [2]  48/14 51/24
custodian [1]  96/16
custody [2]  96/14 112/17
custom [1]  91/5
cut [1]  142/8

**D**

daily [1]  91/18
dais [3]  114/19 115/13 120/20
damage [3]  8/23 9/1 9/4
damaged [3]  9/24 10/3 11/3
danger [4]  153/6 153/9 160/14
160/16
Daniel [4]  2/6 87/5 87/11 87/19
date [3]  92/12 108/24 109/6
Dated [1]  175/10
day [47]  20/21 22/8 28/13 30/6
30/8 38/7 44/14 62/1 62/4 62/8
84/19 90/10 90/10 91/17 91/17
92/15 93/19 93/22 94/1 94/3 94/9
94/24 99/17 99/21 102/21 102/24
103/3 107/3 108/15 108/21 122/14
122/15 127/17 129/13 129/13
129/23 131/20 132/5 139/7 139/19
142/19 146/19 153/6 161/11 171/21
171/24 175/10
days [1]  160/8
DC [6]  1/5 1/14 1/18 1/24 126/12
130/12
de [3]  142/25 143/1 159/16
de-escalate [3]  142/25 143/1
159/16
debate [15]  103/13 103/21 103/21
104/12 107/15 112/20 112/22
112/22 113/5 113/12 113/13 113/16
113/19 117/11 121/15

debated [2]  103/20 112/25
debating [1]  119/19
deceased [1]  170/22
December [1]  94/24
decide [2]  147/24 174/16
decision [1]  174/17
deck [1]  131/18
declaration [2]  96/7 102/23
declared [1]  102/16
declaring [2]  118/14 123/12
deemed [1]  93/11
default [2]  90/21 91/3
defend [1]  42/7
defendant [10]  1/7 1/16 84/18
86/17 86/19 127/6 169/13 169/15
173/24 174/2
defendant's [4]  63/21 86/10
124/15 127/11
defense [3]  64/1 124/19 166/6
delivery [1]  111/5
democrat [1]  95/25
democratic [1]  89/17
democratic-aligned [1]  89/17
demonstration [1]  126/23
department [4]  61/20 61/21 88/25
162/8
departments [2]  88/2 88/25
depict [1]  109/18
depicted [13]  68/8 68/19 68/20
69/7 69/9 75/10 77/5 82/25 83/2
83/4 172/21 173/15 173/17
depicting [4]  65/3 78/10 83/7
170/22
depiction [1]  68/25
depicts [1]  171/6
depth [1]  114/7
Depute [1]  4/10
deputy [109]  3/18 3/19 4/19 5/2
5/4 5/24 7/5 7/15 8/10 8/18 9/1
9/8 9/20 10/2 10/19 10/24 11/23
12/7 13/7 13/18 13/22 14/16 14/21
15/10 15/16 15/22 17/10 17/14
18/15 19/3 20/6 20/16 20/23 22/16
23/1 23/5 23/16 24/23 25/7 25/11
26/7 30/7 30/25 31/11 31/24 32/11
32/24 34/11 34/21 35/7 35/22
36/15 36/25 37/5 37/12 37/19
37/24 38/3 38/11 38/21 39/7 39/16
40/15 41/19 42/1 42/11 42/18
42/25 43/4 43/21 44/7 44/14 44/24
45/16 46/4 46/21 48/6 48/11 48/25
49/9 49/18 50/4 50/15 51/10 51/23
52/3 52/18 54/10 54/20 55/10 55/12
55/25 56/3 56/12 57/3 58/10 59/2
59/12 59/21 60/5 60/8 60/20 61/1
61/16 61/24 63/1 64/13 83/24 87/7
110/22
describe [9]  27/16 28/4 33/4
87/25 116/25 133/11 135/12 138/6
138/22
described [4]  76/24 80/8 140/22
141/8
describing [2]  112/9 135/18
designated [5]  31/14 31/16 92/12
94/25 95/8
desk [5]  63/23 63/24 124/15
124/16 125/14
Despite [1]  156/17
determination [2]  114/14 126/11
determined [4]  53/6 93/24 94/16
119/16
device [1]  5/10
dictates [1]  93/2
dictating [1]  96/22
did [112]  6/5 8/12 8/18 8/23 9/1
10/8 21/1 27/8 32/4 32/12 36/25
37/5 40/9 42/21 42/25 44/4 52/20
53/4 53/5 53/15 53/16 55/25 57/3
62/2 62/8 62/12 62/20 66/10 70/5
84/25 85/3 85/6 85/7 85/9 85/13
85/16 85/19 85/23 86/2 86/3 86/15

**D**

did... **[71]** 86/17 86/19 89/7
101/9 101/18 104/24 105/8 105/24
106/25 107/1 107/4 107/5 107/7
107/16 107/17 111/9 111/10 114/8
115/7 115/10 116/6 116/10 116/16
120/15 120/17 120/18 121/5 122/23
123/1 123/3 123/20 126/22 129/3
130/8 130/8 130/25 131/9 131/21
131/23 132/8 134/6 135/23 137/16
137/18 138/3 138/17 140/2 140/4
142/13 143/5 144/2 146/21 147/23
149/2 150/16 152/16 152/18 152/19
152/23 154/18 156/14 156/24 157/1
160/3 161/9 161/12 170/2 172/25
173/1 173/3 173/12

**died [1]** 170/18
**difference [1]** 91/9
**different [9]** 6/2 6/5 88/2 88/9
88/24 90/18 108/17 129/3 131/19
**dipping [1]** 142/1
**direct [13]** 2/4 2/7 2/9 4/6 18/4
27/9 82/17 87/14 102/20 104/22
128/11 171/18 174/7
**directed [1]** 98/12
**direction [18]** 5/12 5/13 5/18
6/18 14/21 14/22 18/8 19/15 20/10
32/4 32/25 39/13 47/19 47/23
50/23 136/16 144/22 149/16
**directly [2]** 93/21 150/3
**director [3]** 89/11 89/18 117/20
**discharged [1]** 150/6
**discovered [1]** 21/11
**discussed [3]** 18/9 82/24 153/11
**discussing [1]** 151/15
**Discussion [2]** 63/15 174/23
**dispute [2]** 77/9 77/10
**disruptions [1]** 117/6
**dissolution [1]** 123/15
**dissolved [2]** 102/13 102/14
**distancing [1]** 26/17
**distinct [2]** 98/7 98/8
**distributed [1]** 108/22
**district [11]** 1/1 1/1 1/10 1/22
65/19 65/20 93/23 94/11 94/24
96/3 104/4
**division [7]** 64/19 64/20 129/6
129/12 129/14 129/15 132/2
**do [147]** 5/10 7/15 7/21 9/12 9/20
11/24 13/7 14/9 14/16 17/14 18/14
18/15 19/8 20/22 21/7 21/12 21/19
21/21 21/21 22/16 23/7 23/19
25/12 25/20 26/10 28/8 28/21
28/21 29/1 31/11 33/7 35/12 41/8
43/22 44/8 45/16 46/11 48/25 50/4
50/19 51/23 52/6 53/23 56/4 58/10
60/8 61/20 62/21 64/4 73/19 75/23
76/23 77/9 77/10 78/16 79/24 80/8
80/16 81/16 84/22 87/12 87/24
89/7 89/19 89/20 89/21 89/23
92/16 92/18 93/13 94/5 94/21
94/22 97/16 104/24 105/5 106/5
107/20 108/3 108/24 110/4 110/16
110/18 110/23 110/25 111/12
111/14 111/20 114/17 117/16
117/18 119/23 119/24 120/21
120/24 121/14 121/23 124/8 124/9
124/10 128/9 129/19 130/15 131/6
132/8 132/12 132/13 133/21 134/24
135/1 136/13 136/14 136/22 136/25
137/20 138/13 139/5 139/11 142/21
142/21 142/24 143/24 144/22
146/19 147/4 147/8 148/11 148/21
149/20 149/22 150/7 151/19 152/2
155/7 155/22 156/14 159/25 160/11
160/20 160/21 160/24 161/1 161/25

**E**

**E-P-P-S [1]** 35/14
**each [22]** 90/12 91/12 91/15 91/16

165/22 167/2 167/10 169/12
173/10 173/15
**does [34]** 9/24 25/20 26/20 27/6
27/24 28/2 34/17 40/6 76/2 76/3
77/16 77/25 79/6 87/23 88/11
89/24 91/21 92/20 100/10 101/5
101/7 103/2 103/11 107/23 109/18
117/24 118/11 122/5 122/19 145/24
149/23 157/9 157/12 168/2
**doesn't [17]** 74/3 74/5 76/1 76/10
77/23 81/1 81/6 82/7 82/9 82/11
86/12 117/9 118/16 118/16 118/20
146/17 168/2
**doing [8]** 10/20 14/17 14/19 36/7
49/14 79/18 159/14 163/24
**don't [36]** 6/7 6/8 38/22 55/3
63/10 63/11 66/11 67/4 67/6 69/20
69/20 70/1 70/7 72/24 76/19 77/8
115/16 115/18 120/24 126/10
131/17 146/23 148/10 163/14 164/2
164/2 164/9 170/17 170/20 170/21
171/13 171/15 172/2 174/14 174/14
174/15
**done [6]** 21/12 22/8 28/25 33/6
104/12 164/10
**donned [1]** 132/3
**door [88]** 4/11 4/12 4/20 5/25
7/10 7/20 8/3 8/4 19/17 20/18
21/20 22/12 22/18 26/1 31/25
33/17 36/12 36/15 41/23 42/20
43/6 45/2 45/11 45/13 45/19 46/7
47/17 47/17 48/13 51/25 52/9 55/2
55/17 56/16 56/18 58/12 58/14
60/15 60/16 106/9 107/25 117/8
117/15 117/16 117/18 117/24
117/25 118/5 120/2 120/5 120/5
120/6 120/10 120/15 133/6 133/13
134/2 134/8 138/9 138/12 138/19
138/21 138/24 139/1 139/8 139/9
140/14 141/16 141/21 142/3 142/10
143/6 144/13 147/2 148/22 148/23
150/8 150/10 150/13 150/21 163/13
164/23 165/1 165/7 168/14 168/17
173/1 173/18
**doorkeepers [1]** 114/23
**doors [50]** 22/3 22/6 27/8 27/8
27/12 27/14 27/15 27/17 27/18
27/19 27/20 27/23 29/1 29/2 32/9
33/7 33/8 33/11 33/22 34/1 37/21
38/23 39/18 40/7 40/21 43/5 45/18
46/9 46/21 51/23 53/11 53/12
54/21 59/10 59/22 61/2 61/17
62/11 62/12 85/25 106/8 114/21
133/9 133/12 133/19 133/21 134/18
138/9 138/11 139/11
**doorway [2]** 27/16 141/19
**doubt [3]** 77/3 77/5 77/8
**down [39]** 5/21 9/6 20/9 21/3
21/13 30/19 34/14 35/5 39/17 48/5
48/12 49/1 51/11 54/21 57/13
58/15 82/15 85/1 85/17 87/3 95/24
103/23 106/9 107/22 107/25 109/8
114/1 114/22 115/5 117/7 120/6
124/1 131/17 135/23 138/2 140/5
158/21 174/11 174/22
**drag [1]** 85/24
**draw [1]** 6/2
**dress [3]** 126/20 127/10 127/13
**dressed [1]** 10/4 132/8 132/10
**drew [4]** 6/11 32/8 32/9 32/21
**due [2]** 61/22 122/13
**during [8]** 8/2 22/8 57/6 103/21
103/24 104/19 113/16 120/15
**dutier [1]** 148/4
**duties [2]** 64/17 106/14
**duty [9]** 129/8 129/13 129/20
129/21 132/3 132/4 148/3 148/4
151/4

91/23 92/2 94/16 95/10 95/12 96/1
96/4 96/5 99/4 106/12 111/20 103/18
103/19 104/10 104/11 105/14 106/8
107/19 109/24 112/24
**EARLE [2]** 1/6 3/3
**earlier [16]** 18/9 28/13 30/12
31/5 55/12 112/9 112/15 112/20
117/19 122/1 123/2 131/7 135/18
141/8 151/5 168/23
**early [1]** 132/11
**east [20]** 33/3 47/21 48/3 48/12
49/1 49/5 49/7 49/16 50/8 50/23
51/1 52/4 52/12 53/2 53/19 54/3
55/20 58/12 110/10 131/15
**effect [3]** 119/12 126/12 126/14
**effectively [2]** 93/3 116/1
**effectuate [1]** 161/10
**effectuating [2]** 23/10 54/4
**Eight [1]** 80/6
**either [9]** 12/20 102/19 102/25
106/6 106/12 119/2 119/2 119/19
124/8
**elect [2]** 92/2 92/3
**elected [3]** 88/14 93/12 123/12
**election [17]** 89/1 91/15 92/11
92/20 92/25 93/5 93/14 93/19
93/22 94/1 94/3 94/9 94/11 94/19
95/3 95/14 96/8
**elections [3]** 89/2 92/17 130/2
**elector [1]** 95/10
**electoral [14]** 89/3 92/23 93/2
93/9 95/11 100/1 102/15 102/22
106/21 106/22 107/6 111/3 119/11
121/13
**electors [19]** 93/23 93/24 93/25
94/4 94/8 94/14 94/17 94/19 94/20
94/21 94/23 94/23 94/25 95/4 95/6
95/7 98/1 98/3 99/18
**elects [1]** 90/12
**else [4]** 86/13 127/22 140/13
141/20
**else's [1]** 68/2
**elsewhere [1]** 134/5
**emergency [5]** 148/2 154/15 161/16
170/4 170/6
**employed [1]** 128/21
**EMS [2]** 151/22 156/15
**enact [2]** 101/7 101/22
**encircling [1]** 110/23
**encouragement [2]** 28/6 28/8
**end [16]** 17/8 42/6 50/7 93/7 96/5
106/6 108/1 110/10 110/11 118/16
123/1 123/3 123/11 130/8 138/11
157/15
**ended [2]** 30/18 134/8
**ending [1]** 61/15
**ends [1]** 123/10
**engaging [3]** 35/17 37/7 37/13
**enough [2]** 100/7 134/2
**entire [10]** 24/14 31/6 65/3 88/15
96/4 116/4 133/25 152/10 172/15
173/15
**entirely [1]** 130/20
**entitled [1]** 175/5
**entrance [1]** 32/15
**envelopes [1]** 111/4
**Epps [13]** 35/13 35/14 35/18 37/5
37/13 38/4 78/20 78/22 78/24
78/25 79/1 79/5 79/19
**equal [1]** 100/9
**equations [1]** 142/20
**escalate [3]** 142/25 143/1 159/16
**escorted [5]** 114/15 114/16 115/20
115/21 116/3
**especially [1]** 126/13
**essentially [1]** 65/25
**estimate [1]** 65/4
**estimating [1]** 65/18
**et [1]** 104/17
**ethics [6]** 88/22 89/9 89/11 89/13
89/15 117/20
**evacuate [4]** 53/14 62/25 115/19

**E**

evacuate... **[1]**  116/19
evacuated **[7]**  53/17 114/1 115/23 116/1 116/11 119/18 121/4
evacuating **[3]**  53/1 141/17 142/8
evacuation **[9]**  33/19 33/20 40/2 53/4 53/9 53/10 54/4 55/19 116/8
even **[4]**  40/2 89/16 100/9 160/3
event **[3]**  65/3 162/18 162/20
events **[5]**  64/23 66/1 66/2 89/4 122/13
eventual **[2]**  34/6 137/1
eventually **[19]**  5/16 14/24 28/12 28/19 28/22 30/14 30/18 30/19 30/20 48/1 49/4 54/22 57/8 58/2 61/17 136/16 139/11 148/11 148/14
ever **[7]**  8/3 63/4 70/5 83/24 133/21 143/1 165/22
every **[13]**  27/3 27/7 68/22 91/14 92/5 92/8 92/16 93/5 93/22 96/2 99/18 108/21 160/9
everybody **[6]**  92/14 93/20 104/23 115/14 115/22 122/10
everyone **[6]**  61/25 156/17 159/5 161/8 162/20 163/9
everyone's **[1]**  13/18
everything **[2]**  146/23 173/17
evidence **[24]**  6/21 9/9 9/15 12/2 13/13 18/21 22/21 31/19 39/1 43/8 45/21 46/24 58/20 59/25 61/5 66/7 126/19 134/13 136/10 137/8 139/24 155/1 156/1 158/9
exactly **[1]**  131/13
examination **[19]**  2/4 2/4 2/5 2/7 2/9 2/9 2/10 4/6 64/11 82/17 82/19 82/24 83/20 87/14 128/11 161/21 171/18 173/9 173/12
examine **[2]**  64/9 161/20
excepted **[1]**  102/21
excerpt **[1]**  108/4
exchange **[2]**  38/15 38/17
excited **[1]**  17/6
excuse **[6]**  13/24 69/13 71/3 80/23 88/20 122/24
excused **[1]**  87/8
execute **[1]**  62/13
executive **[1]**  108/18
exhibit **[132]**  2/12 2/13 2/13 2/14 2/14 2/15 2/15 2/16 2/16 2/17 2/17 2/18 2/18 2/19 2/19 2/20 2/20 2/21 2/21 2/22 2/22 2/23 2/23 2/24 2/24 2/25 4/16 4/19 5/22 6/20 6/23 9/7 9/18 10/15 12/5 13/5 13/13 13/16 17/13 17/22 18/16 18/24 22/15 22/17 22/24 24/24 31/22 32/4 34/9 36/13 36/16 37/20 38/20 39/4 43/3 43/11 45/15 46/1 47/2 48/21 50/13 51/4 51/10 51/18 53/22 54/17 56/10 56/18 58/14 58/23 59/19 60/3 60/20 61/8 66/6 66/24 66/25 67/2 69/9 69/17 70/9 70/11 72/10 72/12 72/13 72/13 73/13 74/17 75/23 77/5 78/13 79/21 80/6 80/23 81/14 97/12 97/14 99/1 99/5 100/16 100/20 100/22 101/19 102/6 103/7 108/2 108/10 109/9 109/23 110/1 118/4 121/22 124/18 127/14 134/13 137/11 139/23 145/2 154/22 155/15 156/1 156/5 157/21 158/12 163/19 163/22 164/20 165/17 165/18 170/24 173/12 173/17
Exhibit 305 **[4]**  4/16 4/19 72/12 72/13
Exhibit 311 **[3]**  13/5 13/13 73/13
Exhibit 313 **[1]**  18/16
Exhibit 315 **[5]**  22/15 22/17 34/9 75/23 78/13
Exhibit 317 **[1]**  134/13
Exhibit 401 **[1]**  109/9
Exhibit 402 **[1]**  97/12

Exhibit 403 **[1]**  99/1
Exhibit 406 **[1]**  100/16
Exhibit 407 **[1]**  101/19
Exhibit 410 **[1]**  108/2
Exhibit 601 **[1]**  155/15
Exhibit 605 **[8]**  51/4 51/10 53/22 58/14 139/23 164/20 173/12 173/17
Exhibit 610 **[4]**  45/15 56/18 80/23 81/14
Exhibit 617 **[1]**  154/22
Exhibit 632 **[1]**  17/13
Exhibit 638 **[1]**  38/20
Exhibit 660 **[1]**  69/17
Exhibit 663 **[2]**  70/9 70/11
Exhibit 672 **[1]**  9/7
Exhibit 692 **[2]**  43/3 80/6
Exhibit 701 **[16]**  6/20 10/15 24/24 32/4 36/13 36/16 37/20 54/17 66/25 72/10 72/13 74/17 145/2 163/19 163/22 170/24
exhibits **[6]**  2/11 51/6 63/22 66/21 124/14 127/4
exit **[1]**  107/24
exiting **[1]**  118/5
expected **[1]**  104/23
experienced **[6]**  62/2 62/6 62/7 63/4 133/11 161/5
extent **[2]**  89/1 92/5
extinguisher **[4]**  133/17 133/24 135/10 135/14
extra **[2]**  101/22 148/6
extremely **[1]**  173/11
eyes **[1]**  76/17

**F**

face **[10]**  34/22 47/14 106/8 128/6 133/17 133/24 142/4 172/22 172/25 173/3
faced **[1]**  28/13
facial **[2]**  144/2 144/3
facing **[6]**  35/10 41/1 50/8 110/10 149/17 160/22
fact **[2]**  83/13 113/20
fair **[8]**  8/6 31/25 40/16 65/2 82/22 102/2 119/8 145/4
fairly **[3]**  88/21 109/18 162/4
fall **[2]**  40/15 40/20
falls **[1]**  121/18
familiar **[2]**  101/15 117/22
far **[7]**  20/17 65/8 69/14 69/19 126/14 130/21 143/11
FBI **[8]**  125/1 125/5 125/11 125/12 128/18 128/19 128/21 128/22
February **[1]**  175/10
fellow **[5]**  85/20 140/18 144/22 147/23 152/11
felt **[1]**  162/23
few **[11]**  12/23 13/22 35/1 51/6 57/23 59/5 61/24 92/5 123/22 141/11 160/11
Field **[1]**  128/18
fifth **[1]**  102/24
fighting **[3]**  30/3 30/7 30/14
figure **[1]**  142/24
fill **[4]**  95/7 95/8 139/3 141/13
filled **[1]**  133/25
filling **[1]**  142/23
fills **[1]**  124/24
film **[6]**  20/9 67/21 74/24 75/1 75/14 75/15
filmed **[8]**  16/10 66/10 66/11 66/12 72/7 72/10 75/5 75/17
filming **[26]**  8/11 9/3 10/20 11/17 11/17 11/20 17/5 20/7 37/7 37/12 37/15 38/4 38/12 75/11 80/4 139/15 139/19 141/10 148/25 151/8 152/6 152/16 152/18 153/12 156/14 160/1
final **[6]**  27/20 27/22 42/7 45/18 61/24 95/17
finally **[2]**  97/4 161/1
financial **[1]**  88/3

find **[3]**  134/3 138/5 152/23
finds **[1]**  175/20
finish **[3]**  16/8 103/4 119/11
finished **[1]**  64/5
fire **[4]**  133/17 133/24 135/9 135/14
firearm **[9]**  126/21 127/6 127/16 149/6 149/11 149/23 149/25 150/2 150/6
first **[31]**  5/17 8/2 9/3 16/24 21/24 22/3 28/24 29/17 30/16 33/15 83/24 97/1 99/13 107/11 109/3 110/19 114/14 122/21 129/4 129/5 129/11 132/20 133/4 133/6 133/13 135/5 151/21 151/21 162/12 162/15 173/18
fit **[3]**  96/21 105/23 111/6
five **[6]**  103/5 129/1 129/2 133/15 164/13 164/17
flag **[1]**  112/2
flagpole **[10]**  74/7 76/10 77/21 78/8 78/11 79/11 79/12 81/4 82/9 83/2
flagpoles **[1]**  78/5
floor **[41]**  5/17 10/12 10/14 11/5 11/10 11/12 11/24 12/21 26/14 26/15 26/18 30/17 30/19 31/6 31/12 33/23 41/3 45/19 46/5 53/8 53/12 53/15 53/15 53/16 53/17 53/18 53/20 54/4 56/5 57/5 57/11 57/12 57/14 57/17 88/6 90/13 96/7 117/21 117/22 133/9 169/20
focus **[1]**  12/24
focused **[2]**  139/16 141/20
follow **[6]**  24/1 106/24 115/21 131/21 144/23 147/2
followed **[2]**  114/16 115/23
following **[8]**  59/8 92/10 92/19 93/5 104/5 104/21 124/8 137/20
footage **[17]**  12/25 13/8 34/5 34/6 45/12 45/13 46/15 50/1 51/1 51/12 58/5 58/5 58/6 109/15 117/12 117/16 139/20
force **[2]**  128/25 162/5
forced **[1]**  62/25
foregoing **[1]**  175/4
forenoon **[1]**  102/22
forget **[1]**  121/21
form **[2]**  106/11 138/25
formal **[2]**  91/12 93/11
formally **[4]**  90/19 90/19 91/19 119/8
formed **[1]**  138/11
forming **[1]**  138/25
forth **[1]**  142/2
forward **[10]**  19/1 28/7 34/10 36/8 36/11 38/1 109/10 140/8 140/9 151/13
Foulger **[1]**  3/9
found **[3]**  124/22 124/25 135/18
foundation **[3]**  16/25 98/18 101/23
four **[4]**  92/16 93/5 95/25 162/7
frame **[9]**  86/8 86/8 86/12 111/13 143/9 143/9 143/22 143/22 155/11
frames **[1]**  167/21
freeze **[1]**  68/5
front **[22]**  24/4 25/14 30/13 37/17 38/5 45/2 49/5 61/25 62/2 65/8 85/24 110/10 112/1 112/3 116/3 120/8 139/10 139/12 141/16 142/10 145/25 153/23
fuck **[3]**  42/12 85/20 156/24
full **[3]**  88/14 98/16 173/13
function **[2]**  119/13 119/14
functioning **[1]**  90/10
functions **[2]**  88/3 88/4
furniture **[6]**  29/2 33/8 52/10 52/11 120/7 141/7
further **[14]**  63/7 80/19 80/20 81/19 87/2 102/25 110/4 115/10 115/15 123/11 123/24 137/15 161/18 174/10

**G**

**galleries [1]** 114/22
**gallery [7]** 26/16 46/8 57/13 57/17 117/9 120/21 120/23
**gap [1]** 122/13
**gas [14]** 19/12 34/23 35/20 43/25 44/2 44/3 47/15 70/2 70/4 71/8 73/21 77/16 80/14 82/5
**gathered [3]** 55/13 55/17 122/9
**gavel [2]** 91/17 122/11
**gaveled [1]** 122/8
**gear [2]** 132/3 132/4
**general [8]** 20/20 87/21 88/19 89/5 91/15 93/5 105/2 153/2
**generally [5]** 53/25 88/24 89/21 90/5 90/14
**gentleman [2]** 10/4 10/5
**gentlemen [1]** 174/12
**get [48]** 9/8 21/19 23/15 28/25 29/3 33/9 33/13 64/5 66/25 67/7 72/15 75/14 92/5 106/16 118/19 130/14 130/25 134/2 136/17 138/6 138/12 138/13 139/3 141/21 144/25 146/17 147/4 147/21 148/18 148/22 151/20 151/22 152/3 155/10 156/9 156/24 157/21 159/15 159/15 161/15 162/12 162/14 164/20 170/14 171/15 172/2 172/5 174/5
**gets [2]** 172/14 172/22
**getting [7]** 10/5 15/18 29/22 63/19 132/10 150/9 154/11
**gist [1]** 38/17
**give [5]** 6/23 25/25 27/8 128/7 130/13
**given [3]** 44/14 126/12 171/22
**gives [1]** 101/22
**glass [5]** 27/18 27/21 27/22 142/3 164/6
**glasses [1]** 168/12
**glitch [1]** 143/17
**glove [1]** 44/12
**gloved [1]** 44/10
**go [76]** 6/9 20/9 20/22 20/24 21/1 27/23 28/22 31/2 33/25 44/19 45/3 46/12 53/15 54/17 55/3 59/18 66/21 66/22 67/1 68/4 70/19 71/3 71/11 72/1 72/12 72/13 72/15 72/25 72/25 73/2 73/13 74/16 74/17 75/22 78/14 81/14 81/15 82/13 84/19 86/8 91/14 93/13 97/18 102/6 103/4 103/4 103/6 103/7 105/4 106/8 109/10 110/4 116/5 118/3 123/20 131/17 132/8 132/17 134/3 136/9 137/3 137/15 137/16 143/9 143/21 144/22 147/14 147/15 148/16 151/22 164/20 167/21 170/24 174/3 174/3 174/8
**goal [1]** 153/1
**goals [1]** 124/24
**goatee [1]** 167/2
**goes [4]** 14/6 91/18 104/8 124/23
**going [98]** 3/15 3/15 4/14 5/2 5/15 8/18 12/24 13/22 14/3 16/25 18/4 19/6 19/19 19/21 19/22 20/3 20/4 20/9 22/9 23/3 23/19 24/11 26/25 32/13 33/1 34/14 34/20 35/1 36/19 36/19 39/20 40/23 41/19 42/6 43/21 44/7 47/5 49/18 52/8 59/2 63/9 63/22 66/21 66/22 74/23 78/21 97/11 100/15 108/2 108/6 109/9 109/22 112/6 114/21 115/20 118/23 136/11 136/19 136/19 139/24 139/25 140/8 140/10 141/3 141/15 141/18 141/23 142/2 142/10 142/18 142/23 143/12 144/9 145/10 146/22 150/12 150/19 152/12 153/13 153/15 153/16 154/11 154/11 156/20 158/15 159/3 159/5 159/8 159/11 166/20 168/4 168/19 169/2 169/25 171/23 172/10 172/13 173/23

**gone [4]** 52/20 113/12 120/6
**good [16]** 3/6 3/11 4/9 55/11 64/13 64/14 83/22 83/23 87/16 87/17 128/13 128/14 128/17 161/23 161/24
**Gosar [2]** 107/13 117/4
**got [16]** 6/8 21/24 30/15 32/13 33/4 71/24 73/23 95/12 105/19 107/20 125/2 130/22 138/7 159/10 169/15 173/18
**gotten [1]** 150/8
**govern [1]** 102/1
**government [81]** 2/12 2/13 2/13 2/14 2/14 2/15 2/15 2/16 2/16 2/17 2/17 2/18 2/18 2/19 2/19 2/20 2/20 2/21 2/21 2/22 2/22 2/23 2/23 2/24 2/24 2/25 3/4 3/7 3/24 9/18 12/5 13/16 17/22 18/20 18/24 22/24 31/22 39/4 43/11 46/1 47/2 48/17 48/21 50/13 51/18 56/10 58/23 60/3 61/8 63/17 63/19 63/22 66/23 82/16 82/23 87/5 97/11 97/14 98/12 98/25 99/5 100/15 100/20 100/22 101/18 102/6 103/7 108/2 108/10 109/9 109/22 110/1 121/22 124/14 124/18 127/4 128/3 137/11 155/15 156/5 158/12
**Government's [1]** 108/6
**governor [2]** 94/12 94/13
**governs [2]** 97/9 99/9
**grab [3]** 116/10 132/17 132/21
**grabbed [3]** 33/18 53/8 132/23
**Grassley [5]** 91/8 114/12 114/15 114/17 118/12
**grayish [2]** 167/19 168/6
**grayish-colored [1]** 167/19
**greatest [1]** 89/1
**ground [2]** 34/6 61/2
**grounds [3]** 126/8 126/9 162/21
**group [4]** 53/19 54/3 62/2 121/18
**grow [3]** 26/21 26/24 35/7
**growing [3]** 26/8 28/21 35/25
**grown [1]** 35/2
**guarding [2]** 52/6 165/1
**guess [1]** 131/16
**guiding [1]** 116/4
**gun [6]** 56/18 125/7 125/8 127/12 127/15 148/25
**guns [3]** 124/12 126/13 148/6
**gunshot [7]** 57/3 57/6 163/7 163/9 169/6 169/8 169/15
**guy [4]** 73/17 167/18 168/6 168/11
**guys [4]** 159/5 159/11 163/16 163/16

**H**

**had [104]** 4/12 6/15 6/15 8/3 8/5 21/12 22/8 24/20 25/15 26/15 26/17 27/1 27/12 28/5 28/13 28/25 29/1 29/1 29/13 30/12 30/17 31/1 33/6 33/7 33/16 33/25 34/3 39/17 40/2 41/4 41/7 45/3 49/3 49/4 52/12 52/20 53/6 53/17 55/20 56/17 62/19 63/2 63/17 63/24 68/22 75/24 79/15 88/21 89/8 104/21 105/2 105/6 112/10 114/9 114/10 114/10 114/13 114/14 116/7 116/16 117/5 117/19 119/1 119/3 119/6 119/9 119/16 119/17 119/18 120/5 123/22 124/16 126/7 126/8 127/4 127/8 127/9 129/21 130/19 130/19 130/20 131/10 135/18 138/8 141/7 141/25 142/12 150/5 150/8 150/20 150/23 151/4 151/11 151/15 151/19 153/11 154/19 155/11 158/21 160/6 161/5 167/6 173/17 174/7
**hadn't [1]** 119/4
**hair [3]** 135/16 144/2 144/3
**half [4]** 97/23 97/24 115/18 128/20

**hall [10]** 14/23 14/24 18/9 18/11 104/23 104/24 106/19 107/22 108/1
**hallway [15]** 32/14 39/17 50/7 51/11 52/22 58/15 106/9 120/7 133/25 139/1 139/2 142/23 160/22 172/10 172/13
**hallways [1]** 33/20
**halted [1]** 119/3
**Hamdi [1]** 3/8
**hand [26]** 5/10 18/5 19/11 19/13 41/23 44/8 44/8 44/10 44/10 47/6 51/7 71/16 71/24 73/23 74/3 76/5 79/15 82/11 86/10 86/13 117/15 168/2 168/21 171/9 171/11 171/13
**handed [2]** 95/24 99/24
**handful [1]** 132/23
**handgun [3]** 124/16 125/24 132/6
**handle [1]** 88/2
**handling [1]** 88/23
**hands [1]** 81/6
**happen [13]** 91/23 96/5 96/22 99/9 104/10 105/2 105/3 106/20 114/20 117/1 117/9 131/9 138/22
**happened [9]** 107/8 112/14 114/9 122/12 141/25 150/5 155/11 163/4 163/4
**happening [8]** 14/6 36/10 37/25 56/24 129/23 130/19 159/18 161/9
**happens [6]** 93/18 94/8 103/25 104/2 104/17 118/18
**hard [1]** 161/4
**has [35]** 5/22 11/23 16/5 35/2 35/7 56/3 65/19 71/23 73/21 73/23 76/5 82/2 84/17 88/5 88/14 91/6 93/11 94/21 96/7 97/4 99/9 100/16 101/21 102/6 103/18 106/18 111/25 135/5 136/11 137/22 140/22 149/10 153/12 169/15 172/7
**hat [11]** 25/5 25/6 41/2 41/23 70/13 140/16 140/16 166/18 166/19 167/19 168/6
**hateful [1]** 139/8
**have [199]**
**haven't [1]** 72/19
**having [9]** 41/3 42/1 79/1 79/7 79/18 83/8 125/23 138/17 157/8
**he [106]** 8/12 10/8 11/3 14/6 14/7 14/18 16/5 16/8 16/20 18/7 20/9 23/10 24/6 25/4 25/19 25/22 34/17 35/9 35/13 36/22 37/7 37/17 39/10 39/13 47/16 55/3 59/10 60/12 60/14 66/10 66/11 66/12 66/15 68/22 69/25 71/8 71/14 71/23 73/21 73/23 74/1 74/3 74/9 74/11 75/11 76/1 76/5 76/8 77/15 77/16 77/18 77/21 77/23 77/25 78/21 79/1 79/3 79/4 79/5 79/15 79/18 80/4 80/16 80/17 80/23 81/1 82/5 82/7 83/8 83/11 84/17 84/19 86/12 107/4 122/11 124/17 125/22 125/24 125/25 126/5 126/7 126/8 126/20 126/22 127/8 127/9 127/15 127/15 127/16 127/21 140/22 146/16 146/17 156/15 167/4 167/6 168/2 168/2 168/9 168/14 169/15 172/25 173/1 173/1 173/2 173/3
**He would [1]** 122/11
**he's [1]** 79/7
**head [5]** 43/24 140/5 142/18 142/20 167/25
**headed [1]** 47/24
**heading [4]** 48/1 49/1 51/11 54/21
**heads [1]** 88/25
**headset [1]** 16/1
**hear [69]** 7/6 8/10 10/5 10/19 15/16 15/22 16/3 16/13 16/14 16/18 16/20 16/21 16/22 17/2 17/10 17/11 18/2 18/6 20/6 24/24 29/8 30/1 36/21 38/11 38/15 39/10 42/19 43/1 44/24 45/5 55/1 55/6 57/3 67/16 83/13 84/25 85/3 85/6

**hear...** **[31]** 85/9 85/13 85/16
85/19 85/23 86/2 86/3 86/15 86/17
86/19 144/4 146/9 146/13 147/6
147/8 147/12 147/15 147/17 147/21
148/24 152/18 154/5 154/9 159/21
160/1 160/3 169/8 171/15 174/2
174/5 174/18
**heard [16]** 23/12 67/21 73/5 74/20
84/16 103/14 104/3 112/5 114/11
117/8 118/12 120/9 169/4 171/20
172/1 174/8
**hearing [3]** 42/11 67/24 146/23
**hearsay [2]** 16/9 17/5
**heavier [1]** 148/3
**heavy [3]** 148/4 148/4 151/4
**held [5]** 16/2 63/15 64/15 129/4
174/23
**helmets [1]** 148/6
**help [3]** 132/18 134/4 159/10
**helped [1]** 116/20
**helpful [1]** 66/4
**helping [4]** 38/5 38/8 38/18
140/13
**her [7]** 105/1 151/22 161/15
162/14 170/18 170/19 170/22
**here [98]** 7/8 7/15 7/16 8/19 9/10
12/14 15/9 20/16 22/13 23/7 23/11
23/19 24/15 24/23 25/25 26/8 30/3
30/25 34/14 35/9 35/23 36/20
37/24 38/3 40/23 41/7 41/20 42/18
42/25 43/22 44/25 47/24 48/24
49/19 49/25 51/22 52/9 53/22
54/10 55/11 59/2 59/3 59/17 60/8
60/12 60/14 61/16 84/10 86/9
97/16 110/7 110/17 111/10 113/9
114/7 114/25 117/1 117/13 119/23
120/12 122/19 123/7 123/18 134/4
135/5 140/3 141/5 141/15 142/6
143/10 144/10 145/10 145/21
146/13 147/1 149/6 149/16 149/20
150/19 151/10 151/14 151/18
152/10 153/22 154/5 154/14 155/7
157/3 157/7 158/18 159/3 159/8
159/18 159/25 166/21 166/21
166/25 174/18
**hereinbefore [1]** 102/19
**hey [4]** 39/11 42/12 53/5 85/20
**highlight [1]** 97/25
**highly [1]** 118/2
**him [18]** 34/19 69/11 72/20 72/21
72/23 72/24 73/19 76/19 77/18
78/10 78/19 79/7 80/2 80/11 81/20
111/15 111/17 123/12
**himself [1]** 112/2
**hired [1]** 89/18
**his [33]** 15/3 19/11 19/12 19/13
19/14 24/17 34/17 35/20 36/5 41/2
42/21 47/10 71/16 71/24 73/23
74/3 76/5 79/15 81/6 82/11 83/7
84/17 86/12 86/13 124/15 124/24
125/4 125/16 126/6 126/22 167/25
168/2 168/11
**historical [1]** 88/4
**hitting [1]** 143/6
**hold [7]** 23/11 26/8 70/10 81/16
96/18 129/3 138/20
**holding [12]** 28/9 38/7 47/19 68/9
70/15 70/16 70/25 80/16 80/17
80/24 126/21 142/16
**hole [1]** 156/15
**home [18]** 63/21 63/24 103/4 103/6
123/20 124/15 124/16 124/22 125/1
125/4 125/12 125/16 126/6 127/11
127/12 127/22 147/14 174/8
**Honor [54]** 3/6 3/11 3/17 3/19 4/3
7/11 9/14 12/1 13/12 15/25 16/12
16/19 16/23 17/18 18/20 19/25
22/20 28/15 31/18 38/25 43/7
43/16 43/18 45/20 45/24 46/23
48/17 50/10 51/5 51/14 56/6 57/24

58/19 59/18 59/24 61/4 64/10
62/19 75/23 112/18 115/1 126/11
126/16 127/3 127/25 137/7 143/16
143/17 149/12 154/25 158/8 166/20
173/6 173/8
**HONORABLE [1]** 1/9
**hour [5]** 51/7 51/22 99/20 102/21
115/17
**hours [10]** 64/25 65/2 65/4 65/5
103/20 103/22 112/23 113/1 113/6
114/2
**house [162]** 12/16 12/18 12/20
12/23 14/25 15/1 18/7 19/17 20/11
20/18 20/25 21/1 21/4 21/7 21/9
21/10 21/13 21/14 21/15 21/20
21/24 22/3 22/6 22/12 22/18 23/24
25/19 25/23 25/24 26/1 26/4 26/10
26/12 26/14 26/18 27/9 27/16
27/23 28/20 28/24 30/19 31/2
31/12 31/25 32/9 33/17 33/19
33/23 34/1 36/11 36/15 37/21
38/23 39/18 39/24 40/7 40/10
40/20 41/3 42/7 43/5 43/6 45/19
45/19 46/5 46/7 46/9 46/21 47/17
48/12 52/15 53/8 53/12 54/21
55/14 55/21 56/5 56/15 56/16
56/25 57/6 58/11 60/15 60/16 61/2
62/11 62/12 85/24 89/10 89/11
90/2 90/4 90/5 90/6 92/3 92/8
97/7 98/14 99/14 99/19 99/20
99/23 100/9 101/13 101/14 102/19
102/20 103/1 103/13 103/24 104/1
104/4 104/7 104/7 104/14 105/17
105/19 105/20 105/22 105/25 106/4
106/16 106/17 107/2 107/21 108/7
108/20 109/4 110/8 110/11 110/16
111/10 112/11 116/22 116/24 117/2
117/20 117/22 118/1 118/10 118/23
119/22 119/25 120/3 120/9 120/10
122/20 122/21 129/6 129/12 129/15
129/17 132/1 132/2 132/25 133/7
134/18 138/15 138/24 141/17 149/3
152/24
**houses [4]** 89/24 90/1 101/4
102/25
**how [34]** 6/7 25/11 26/3 26/10
27/14 62/16 62/24 65/4 65/16 89/5
89/23 94/18 95/11 103/12 107/20
115/18 117/18 124/22 125/14
126/20 127/10 127/13 128/19
128/24 133/18 142/21 142/21
142/24 146/21 155/10 161/13
161/25 164/2 164/11
**huge [1]** 130/14
**hugged [1]** 14/18
**human [1]** 83/4
**hurt [7]** 146/4 146/7 146/18
146/23 154/11 171/16 172/2

**I**

**I'd [7]** 9/14 31/18 38/25 43/7
45/20 61/4 154/25
**I'm [33]** 6/23 15/8 18/14 40/17
60/13 60/22 67/5 71/15 72/8 74/2
74/16 77/4 77/13 77/14 100/3
103/18 109/6 118/8 127/1 132/15
137/15 140/9 143/16 143/20 147/4
150/11 158/1 158/8 162/11 167/15
167/20 170/5 172/12
**idea [1]** 65/4
**identical [1]** 101/24
**identification [3]** 25/8 109/10
116/6
**identified [10]** 4/13 12/19 25/3
72/18 75/24 78/17 84/17 112/2
135/5 140/22
**identify [12]** 5/17 5/24 12/15
16/5 25/11 140/13 163/24 164/8
166/2 166/8 166/12 167/12
**Identifying [1]** 25/3
**IDs [1]** 116/7
**ignoring [1]** 85/13

**III [4]** 97/3 99/11 102/11 103/10
illegal [1] 127/13
**image [1]** 111/19
**immediately [3]** 133/14 133/16
170/18
**important [2]** 74/24 75/7
**impression [1]** 17/6
**improper [2]** 126/4 126/6
**inauguration [1]** 30/13
**inception [1]** 64/23
**include [1]** 30/13
**included [1]** 127/5
**including [5]** 95/15 96/3 125/6
126/20 152/6
**increasingly [1]** 139/3
**indicate [1]** 122/5
**indicated [1]** 6/15
**indicates [1]** 101/12
**indicating [7]** 12/10 31/24 32/8
32/20 41/13 135/4 140/21
**individual [73]** 4/13 5/2 6/18
9/12 9/21 11/20 13/23 13/24 13/25
14/12 14/16 14/19 14/21 15/2
15/22 17/10 18/1 18/5 19/9 23/19
23/20 24/2 24/3 24/11 24/12 25/17
30/2 34/14 34/15 34/21 35/9 35/17
36/2 39/7 40/23 41/14 41/19 43/21
43/22 47/6 47/7 49/18 49/19 50/19
54/11 55/6 59/3 59/12 60/9 61/12
61/13 84/17 112/2 112/25 135/5
142/3 142/12 143/11 143/25 145/10
145/11 146/6 149/20 149/23 150/6
153/17 153/17 154/1 155/8 155/10
155/13 156/20 157/3
**individual's [1]** 47/14
**individuals [11]** 15/17 40/24
49/14 51/11 53/2 53/23 59/15
118/4 120/21 137/20 140/22
**inference [1]** 126/4
**information [4]** 45/1 109/21
138/14 138/17
**informed [2]** 113/23 114/13
**inhabitant [1]** 98/5
**initial [3]** 26/25 27/15 30/11
**injury [1]** 170/18
**inside [39]** 8/6 17/16 21/14 21/15
21/17 23/23 26/4 26/11 27/4 39/25
40/9 40/10 40/11 44/15 45/12
53/20 55/14 55/21 56/15 56/24
59/12 59/15 62/6 69/10 69/18 70/5
73/8 84/11 84/13 111/6 113/24
119/17 130/25 138/10 138/15 149/3
149/17 152/24 157/8
**inspector [10]** 6/15 8/5 12/20
29/6 29/12 30/5 30/6 47/5 64/16
64/18
**instance [2]** 103/24 170/21
**instructed [1]** 115/13
**instructions [5]** 115/11 115/15
115/22 116/17 131/21
**intent [1]** 42/16
**interactions [1]** 83/7
**interfere [3]** 62/3 62/8 62/13
**interior [1]** 27/19
**interrupted [1]** 119/6
**interruption [1]** 118/18
**introduce [2]** 63/22 128/15
**introduced [5]** 5/23 66/6
**investigated [2]** 84/2 84/7
**investigation [3]** 64/22 75/2 78/3
**involved [2]** 64/22 130/24
**involvement [1]** 78/4
**is [609]**
**is kind [1]** 27/14
**isn't [5]** 69/18 74/12 75/17 82/22
170/11
**it [277]**
**it's [1]** 11/4
**items [4]** 125/6 125/18 131/5
139/9
**its [4]** 92/2 92/4 123/16 127/5
**itself [7]** 9/24 44/10 64/20 75/14

**I**

itself... **[3]**   75/19 98/17 133/8

**J**

**jacket [5]**   5/9 61/19 153/20
167/18 168/6
**January [72]**   4/23 4/24 5/5 13/3
13/20 19/5 20/20 23/2 23/18 24/10
26/17 27/11 34/13 48/16 49/10
50/16 58/18 62/9 62/14 62/22 63/4
64/15 64/18 64/23 65/14 65/16
66/2 78/5 84/19 87/20 88/16 90/7
90/16 90/24 91/7 91/22 92/10
92/12 93/5 95/22 96/23 97/9 99/10
99/18 100/24 104/18 105/7 105/8
105/9 105/24 108/5 109/1 109/7
109/19 122/24 123/1 123/4 123/21
125/25 129/7 129/10 129/19 129/22
129/24 130/3 130/5 160/7 160/8
161/6 162/5 162/6 174/16
**January 3rd [2]**   91/22 92/12
**January 6 [61]**   4/23 4/24 5/5 13/3
13/20 19/5 20/20 23/2 23/18 24/10
26/17 27/11 34/13 48/16 49/10
50/16 58/18 62/9 62/14 62/22 63/4
64/15 64/18 64/23 65/14 65/16
66/2 78/5 84/19 87/20 88/16 90/7
90/16 90/24 91/7 93/5 95/22 96/23
97/9 99/10 104/18 105/7 105/9
105/24 109/1 109/7 109/19 122/24
123/1 125/25 129/7 129/19 129/22
129/24 130/3 130/5 160/7 160/8
161/6 162/5 162/6
**January 7th [2]**   123/4 123/21
**Jersey [1]**   131/12
**job [4]**   87/20 89/7 103/6 105/5
**jobs [2]**   89/8 89/14
**JOHN [15]**   1/6 3/3 3/12 16/5 17/4
66/8 72/6 72/9 75/5 75/10 77/6
83/25 84/2 84/7 172/24
**joined [2]**   3/8 107/13
**joining [2]**   104/2 128/21
**joint [25]**   93/4 95/23 96/5 96/21
97/5 100/10 102/1 102/12 102/14
103/4 103/24 104/14 104/15 105/6
105/15 105/20 105/22 106/10
106/18 106/21 107/5 107/9 121/12
122/23 123/15
**jointly [1]**   89/18
**JUDGE [2]**   1/10 63/17
**judicial [2]**   97/12 100/17
**Julie [1]**   88/18
**jump [3]**   37/18 49/8 151/13
**jumping [1]**   4/13
**jury [30]**   1/9 3/14 3/19 3/22 5/18
5/25 6/17 10/25 32/12 33/5 52/12
52/24 63/13 63/18 64/2 64/7 65/8
116/25 124/3 124/19 126/12 126/19
127/24 128/5 128/16 132/19 138/23
141/8 163/15 174/20
**just [125]**   7/20 8/18 8/18 10/25
11/16 12/11 12/15 14/5 15/23 18/4
20/7 20/10 21/14 21/22 24/12 26/8
27/13 28/9 30/2 30/3 31/1 31/7
31/25 36/25 42/22 43/14 44/25
47/6 48/7 50/7 51/5 51/11 52/18
53/5 59/22 61/24 64/2 64/17 65/18
68/5 68/24 71/14 71/16 73/10
73/11 74/11 81/11 83/8 83/14
84/10 84/18 85/6 85/13 85/16
85/17 85/19 85/23 86/2 86/3 86/8
86/12 86/22 86/25 95/5 95/7 96/10
98/17 98/22 101/1 101/25 102/2
103/23 104/10 105/16 107/22
107/23 109/10 109/16 111/9 111/10
111/25 112/19 114/8 114/9 114/9
114/11 114/13 117/1 118/8 118/9
119/8 120/5 122/2 127/21 130/21
131/15 132/18 132/19 133/11
135/17 136/21 140/2 140/22 141/20
141/25 142/9 143/5 143/12 144/19

146/24 149/12 151/15 151/19 154/6
156/17 156/19 156/23 156/24 156/24
156/14 166/6 169/14 174/7 174/8
174/16

**K**

**keep [22]**   17/4 72/22 74/23 110/13
111/8 112/18 113/2 114/7 118/7
118/22 119/21 120/14 123/5 137/19
143/12 166/25 167/8 167/14 168/4
168/19 169/2 169/25
**kept [2]**   84/16 158/1
**kicked [1]**   55/2
**kicking [1]**   168/14
**KIERSH [6]**   1/16 1/16 2/4 2/9 3/11
64/9
**killed [3]**   162/13 162/14 162/16
**kind [24]**   20/19 25/5 27/14 27/14
58/15 61/1 87/25 90/9 90/12 91/3
91/20 95/17 102/2 111/23 114/10
114/18 115/16 118/15 118/18
118/21 119/7 142/1 144/4 153/25
**kissing [1]**   14/20
**knew [3]**   28/12 131/19 163/7
**knife [16]**   43/1 43/2 44/15 55/6
76/14 76/19 77/18 86/4 86/20
127/17 127/19 145/22 146/1 146/4
146/7 146/10
**know [38]**   6/7 7/21 8/21 26/10
27/1 49/3 51/6 51/23 53/25 53/25
65/8 66/10 66/12 69/19 69/20
69/20 79/4 93/20 94/18 105/16
116/24 117/16 117/18 119/23 120/8
120/24 136/22 142/1 149/2 150/7
152/21 152/22 164/2 165/22 169/12
170/17 170/20 170/21
**knowledge [6]**   66/17 84/10 84/13
104/22 109/21 162/23
**known [2]**   91/15 96/6
**knows [1]**   93/20
**Kyle [4]**   2/8 128/4 128/8 128/17

**L**

**L-A-N-C-I-A-N-O [1]**   140/25
**labeled [2]**   6/12 12/14
**lack [2]**   66/17 162/22
**Ladies [1]**   174/11
**laid [1]**   16/24
**LAMBERTH [1]**   1/9
**Lanciano [5]**   136/5 140/15 140/19
140/24 150/20
**language [1]**   67/16
**Lankford [1]**   114/11
**large [2]**   26/13 111/5
**last [9]**   4/11 4/17 16/24 20/19
59/19 63/1 83/25 84/21 161/25
**late [6]**   38/18 39/12 39/13 39/19
39/19 42/3
**later [3]**   40/3 122/24 152/23
**latest [1]**   113/11
**law [11]**   1/16 94/15 96/4 96/22
97/3 101/8 102/4 104/6 104/25
119/10 123/8
**LAWRENCE [1]**   1/12
**laws [3]**   98/23 98/23 104/16
**lawyer [2]**   89/8 89/12
**lawyers [1]**   166/6
**lay [1]**   103/2
**layer [3]**   101/22 102/2 102/4
**lead [5]**   23/14 45/18 115/23
117/24 130/14
**leader [3]**   89/4 90/12 90/14
**leadership [1]**   92/2
**leading [2]**   84/4 104/18
**leads [3]**   117/16 117/18 117/25
**least [3]**   41/5 41/7 98/5
**leave [13]**   10/13 20/24 28/22 32/3
46/11 53/5 85/14 133/21 152/3
156/17 157/1 173/24 174/2
**leaving [4]**   33/24 53/13 147/2
159/20
**led [2]**   106/11 110/21

**LEDERER [6]**   1/13 2/4   2/5 2/9 2/10
**left [37]**   4/10 9/21 11/2 12/18
19/4 19/8 19/13 24/20 25/12 31/1
32/14 34/12 35/10 36/18 49/10
51/6 52/8 54/11 61/12 63/13
110/10 112/3 117/15 120/3 124/3
136/22 140/17 143/11 143/25 145/4
149/11 149/20 158/20 167/2 167/24
171/11 174/20
**left-hand [1]**   117/15
**legal [3]**   68/22 126/7 127/12
**legally [5]**   125/8 125/8 126/8
127/6 127/6
**legislative [2]**   101/4 108/19
**lesson [1]**   89/23
**let [24]**   5/15 16/7 51/6 63/11
63/14 67/15 70/20 71/4 71/12 72/2
72/16 73/2 73/14 74/19 75/22
78/15 80/19 109/2 138/11 145/22
145/25 166/25 167/15 174/14
**let's [35]**   6/8 45/3 64/5 70/10
72/15 74/16 81/19 89/23 97/8
97/18 99/8 103/7 110/3 110/13
112/4 112/18 113/2 116/22 116/22
118/7 118/22 119/21 120/14 121/22
122/17 123/5 123/14 127/24 134/3
147/15 147/17 147/21 174/3 174/3
174/5
**level [4]**   26/16 57/12 101/8 173/2
**life [2]**   153/5 160/8
**like [24]**   22/8 25/14 27/14 30/11
63/4 84/25 117/8 118/15 125/24
126/13 127/25 133/7 134/3 135/15
136/21 142/20 143/11 144/15 148/2
151/22 154/19 156/15 161/5 172/25
**likes [1]**   153/4
**limit [4]**   103/16 112/20 113/8
113/11
**limits [2]**   103/12 104/10
**LINDSAY [3]**   1/21 175/3 175/12
**line [32]**   6/2 6/11 16/6 22/7 24/4
25/4 27/2 27/4 27/7 28/7 28/14
28/19 29/23 30/12 30/13 30/16
30/17 30/20 32/8 32/21 33/17 34/3
35/12 40/16 40/20 91/3 106/11
138/11 138/20 138/25 153/1 161/17
**lines [1]**   27/3
**lining [1]**   116/4
**list [2]**   94/14 94/15
**listed [1]**   31/14
**listen [2]**   173/24 174/15
**listening [3]**   151/23 152/4 152/14
**lists [2]**   98/8 98/10
**little [27]**   5/16 12/24 20/20 29/3
38/22 43/14 52/24 66/24 67/15
80/19 80/20 81/19 89/23 93/13
97/23 106/2 114/6 122/9 123/11
137/15 143/9 143/21 144/25 145/8
161/3 167/1 167/16
**Lively [4]**   138/8 140/17 140/19
147/25
**lives [1]**   153/9
**lobby [79]**   28/23 28/24 32/15
32/17 32/21 33/1 33/4 33/10 33/14
33/18 33/22 46/12 48/2 48/3 49/1
49/16 50/8 50/24 51/2 52/4 52/6
52/9 52/19 52/20 53/2 53/3 53/11
54/22 55/9 55/13 55/17 55/18
55/20 56/14 56/21 56/23 58/2
58/13 62/19 62/20 86/17 86/19
117/25 118/1 134/8 134/10 134/16
136/17 137/2 137/23 138/4 138/6
138/9 138/13 138/21 138/24 139/14
139/15 139/21 140/6 140/11 140/14
150/10 150/12 150/17 150/21
152/22 153/8 156/16 157/8 158/5
158/24 161/2 161/9
**located [4]**   18/19 53/16 151/1
151/2
**location [8]**   7/8 23/15 115/20

**L**

location... **[5]** 133/4 133/6 146/7 149/25 154/15
lockdown **[1]** 115/10
locked **[7]** 21/3 21/13 29/1 33/7 114/1 114/22 115/5
locker **[1]** 131/5 132/2
lodged **[1]** 112/10
long **[15]** 89/5 91/13 105/4 113/13 113/13 115/18 127/15 128/19 128/24 133/18 139/2 166/17 166/18 166/22 170/14
longer **[3]** 53/7 103/5 156/2
longest **[1]** 91/6
Longworth **[1]** 132/1
look **[7]** 9/24 27/21 95/21 106/9 120/6 125/2 160/9
looked **[5]** 50/7 56/17 58/15 102/3 134/3
looking **[25]** 8/13 8/14 9/20 22/19 22/19 45/16 48/11 48/12 57/13 58/11 85/10 85/10 97/16 100/22 103/17 109/16 110/7 112/20 117/12 119/23 119/25 122/18 134/18 143/12 154/22
looks **[3]** 27/14 125/23 136/21
lost **[2]** 30/3 62/17
lot **[8]** 78/4 82/16 117/21 126/19 172/10 172/13 172/15 172/16
loud **[1]** 163/5
Loyd **[116]** 2/3 3/15 3/18 3/18 3/24 4/10 4/19 5/2 5/4 5/24 6/15 7/5 7/15 8/10 8/18 9/1 9/8 9/20 10/2 10/19 10/24 11/23 12/7 12/20 13/7 13/19 13/22 14/16 14/21 15/10 15/16 15/22 17/10 17/14 18/15 19/3 20/6 20/16 22/16 23/1 23/5 23/16 24/23 25/7 25/11 26/7 29/6 29/12 30/5 30/7 30/25 31/11 31/24 32/11 32/24 34/11 34/21 35/7 35/22 36/15 36/25 37/5 37/12 37/19 37/24 38/3 38/11 38/21 39/7 39/16 40/15 41/19 42/1 42/11 42/18 42/25 43/4 43/21 44/7 44/14 44/24 45/16 46/4 46/21 47/5 48/6 48/11 48/25 49/9 49/18 50/4 50/15 51/10 51/23 52/3 52/18 54/10 54/20 55/12 55/25 56/3 56/12 57/3 58/10 59/2 59/12 59/21 60/5 60/8 60/20 61/1 61/16 61/24 63/1 83/24 87/7
luncheon **[1]** 63/9

**M**

ma'am **[46]** 128/14 129/9 130/4 131/2 131/8 134/11 135/1 135/20 135/25 136/14 137/6 137/18 137/21 138/16 139/13 139/22 140/4 140/12 142/11 142/17 144/24 146/2 146/11 147/3 147/22 149/22 150/22 151/6 151/12 151/16 152/13 152/25 153/24 154/3 154/16 154/20 154/24 156/11 157/11 157/13 157/19 158/6 160/2 160/15 160/21 161/12
mace **[6]** 76/12 77/23 79/13 81/2 82/7 82/25
made **[15]** 11/3 11/6 17/12 18/7 20/8 27/18 30/16 30/19 32/14 55/16 109/15 114/2 114/14 117/5 161/14
magazines **[1]** 132/6
main **[39]** 19/17 20/18 21/20 22/3 22/6 22/12 22/18 26/1 26/14 31/25 32/9 33/17 34/1 36/11 36/15 37/17 37/21 38/23 39/18 40/7 43/5 43/6 45/19 46/7 46/9 46/21 47/17 48/13 53/16 54/21 56/16 57/12 58/11 62/11 62/12 85/25 95/5 120/9 134/18
maintain **[3]** 61/17 117/10 161/17
maintains **[1]** 96/14

majority **[4]** 88/14 90/14 90/15
make **[16]** 21/3 21/7 21/19 42/21 45/2 64/2 80/18 95/21 98/8 116/6 116/17 125/7 141/2 146/17 153/23 156/15
makes **[2]** 15/24 126/11
making **[8]** 16/20 17/3 23/12 101/21 102/3 125/25 141/20 168/16
male **[1]** 111/25
man **[11]** 11/17 71/14 71/16 73/8 73/8 73/10 73/16 75/24 167/2 168/11 168/12
manages **[1]** 88/1
manner **[1]** 102/19
manning **[3]** 35/12 49/4 49/5
many **[16]** 25/11 26/3 27/14 29/13 64/25 64/25 65/4 65/5 65/5 65/11 65/16 89/23 95/11 132/18 139/17 164/11
map **[10]** 5/16 11/12 11/24 12/8 12/14 31/5 31/6 31/14 32/6 110/4
mark **[3]** 12/7 32/6 32/17
marked **[2]** 11/23 56/4
mask **[15]** 19/12 34/23 35/20 43/25 44/2 44/3 47/15 70/2 70/4 71/8 73/21 77/16 80/14 82/5 140/16
material **[1]** 135/14
matter **[3]** 63/18 138/17 175/5
matters **[4]** 88/22 88/23 92/5 92/7
Matthew **[1]** 3/9
may **[33]** 3/19 3/23 3/24 4/3 4/4 4/16 5/22 7/11 10/15 11/15 18/13 19/25 43/16 45/15 46/14 50/3 51/4 51/20 55/24 58/8 64/8 64/9 87/7 105/16 112/25 126/16 126/21 128/6 128/15 139/23 143/16 149/12 161/20
maybe **[3]** 123/22 133/14 133/20
mayhem **[1]** 53/5
maze **[1]** 133/1
McConnell **[1]** 90/17
me **[29]** 6/23 13/24 16/3 16/14 16/20 63/14 69/13 71/3 80/19 80/23 81/11 88/20 94/5 106/2 109/2 115/9 116/9 122/24 127/25 131/14 131/14 132/13 133/25 145/2 145/22 145/25 148/1 155/24 173/1
mean **[6]** 72/21 103/2 118/11 127/21 139/6 148/5
Meaning **[1]** 57/9
means **[5]** 101/3 101/21 103/3 113/25 118/19
meant **[1]** 45/3
media **[6]** 21/17 26/6 84/23 84/25 85/3 85/9
meet **[5]** 52/19 94/24 98/3 99/19 121/1
meeting **[5]** 22/10 99/18 102/12 102/14 102/24
meetings **[1]** 105/2
meets **[1]** 105/20
megaphone **[6]** 69/1 72/18 73/8 73/17 76/3 76/24
member **[8]** 25/19 91/5 92/8 103/24 104/1 104/4 107/13 112/11
members **[50]** 5/18 5/25 6/17 10/24 21/10 21/14 23/23 26/5 26/6 26/13 26/16 26/18 27/13 28/5 32/12 33/5 33/19 33/23 35/4 52/12 52/24 53/1 53/7 53/12 53/14 53/20 54/2 57/9 57/18 57/19 62/25 84/23 84/25 89/17 92/7 96/1 96/4 103/12 105/19 118/2 119/17 119/17 128/16 138/22 141/8 152/24 153/3 153/5 153/8 160/14
Memorial **[8]** 133/6 133/9 133/12 133/13 133/19 133/21 134/2 134/7
men **[3]** 163/25 164/5 165/23
mentioned **[2]** 89/13 98/20
met **[2]** 65/11 138/8
metal **[1]** 27/21

Metropolitan **[2]** 61/21 162/8 162/16
middle **[5]** 14/7 25/4 73/19 74/11 140/16
might **[7]** 53/25 91/13 92/14 92/14 104/19 131/6 135/22
Mike **[1]** 90/25
minute **[4]** 40/3 70/9 70/19 116/23
minutes **[35]** 4/17 4/25 5/21 6/21 7/3 10/16 15/6 15/6 19/1 19/3 19/19 34/10 36/14 37/19 46/18 46/20 48/10 49/8 51/8 51/22 60/25 103/19 110/13 115/17 115/17 115/17 133/20 145/19 151/13 151/14 152/1 153/14 153/16 155/16 155/19
mirror **[1]** 97/6
mission **[7]** 62/3 62/8 62/13 62/21 138/19 153/2 161/10
Mitch **[1]** 90/17
model **[1]** 110/14
Mohamed **[6]** 3/8 18/14 30/21 40/14 138/2 149/13
moment **[14]** 7/12 25/11 43/16 68/18 68/23 68/25 75/7 76/20 143/16 149/12 171/22 172/2 172/7 172/16
moments **[1]** 142/1
montage **[2]** 84/21 84/23
more **[26]** 5/24 8/1 11/6 18/3 28/5 28/6 29/4 31/6 35/4 38/13 59/6 60/20 93/15 95/5 103/3 105/19 114/6 134/4 138/5 138/25 139/3 144/25 145/16 148/4 160/11 167/16
morning **[7]** 3/6 3/11 4/8 4/9 108/23 123/4 174/19
most **[4]** 27/18 91/5 91/12 164/4
motherfucker **[2]** 45/5 85/24
motion **[1]** 127/5
move **[10]** 12/2 56/6 97/12 99/2 100/16 109/22 143/18 147/24 156/16 158/22
moved **[5]** 105/25 145/1 147/7 148/9 148/21
movement **[3]** 72/22 106/3 106/4
moving **[3]** 19/16 47/20 143/18
MPD **[3]** 58/3 160/20 160/24
Mr **[13]** 2/4 2/7 2/9 75/17 76/23 77/1 77/15 78/8 78/17 79/10 79/24 80/9 123/20
Mr. **[12]** 64/9 78/20 80/14 81/17 82/2 82/14 82/24 83/14 107/13 124/23 126/4 169/15
Mr. Epps **[1]** 78/20
Mr. Gosar **[1]** 107/13
Mr. Kiersh **[1]** 64/9
Mr. Sullivan **[8]** 81/17 82/2 82/14 82/24 83/14 124/23 126/4 169/15
Mr. Sullivan is **[1]** 80/14
Ms **[5]** 2/4 2/5 2/9 2/10 138/2
Ms. **[14]** 3/8 18/14 30/21 40/14 149/13 169/23 170/2 170/7 170/15 170/17 171/2 171/4 171/5 172/7
Ms. Babbitt **[9]** 169/23 170/2 170/7 170/15 170/17 171/2 171/4 171/5 172/7
Ms. Hamdi **[1]** 3/8
Ms. Mohamed **[4]** 18/14 30/21 40/14 149/13
much **[6]** 52/16 55/5 83/17 103/12 146/22 159/15
multiple **[7]** 26/6 26/6 85/14 129/5 164/10 164/12 165/20
museum **[1]** 88/4
museum-type **[1]** 88/4
must **[1]** 96/22
my **[31]** 6/9 8/2 16/20 21/11 28/25 30/19 33/6 33/22 40/11 42/6 45/11 46/5 53/11 67/4 67/6 109/21 117/21 119/25 125/11 128/17 131/5 131/5 132/3 132/22 133/24 135/16 142/4 148/1 160/8 166/6 166/21

**M**

myself **[2]**  133/14 139/1

**N**

name **[6]**  87/18 95/11 98/6 128/17
161/25 166/14
names **[2]**  53/25 166/16
Nancy **[1]**  90/8
nature **[1]**  171/23
near **[6]**  43/4 130/16 134/8 134/9
134/15 151/10
nearest **[2]**  132/12 134/7
necessarily **[2]**  139/16 141/18
need **[12]**  17/11 40/17 92/2 92/3
92/8 93/6 118/2 118/17 118/17
124/5 130/13 132/13
needed **[3]**  64/3 114/20 131/7
needs **[4]**  40/17 92/2 92/4 92/8
negotiate **[1]**  118/17
never **[14]**  8/4 8/6 17/3 69/9
69/11 69/15 69/17 69/21 83/2 83/4
84/2 84/7 172/24 173/2
new **[5]**  91/24 92/7 92/19 131/12
162/4
News **[1]**  144/5
next **[22]**  3/15 16/19 35/13 45/11
66/24 78/20 87/4 91/3 93/12 94/8
102/20 102/24 108/22 114/20 124/5
124/8 124/9 128/1 142/4 148/1
148/16 173/1
nights **[1]**  103/5
no **[176]**
nobody **[2]**  68/2 116/18
noise **[1]**  17/3
nominated **[1]**  88/13
non **[1]**  89/15
non-partisan **[1]**  89/15
nonprofit **[1]**  89/22
nonsense **[1]**  144/7
normally **[3]**  120/8 129/15 130/21
north **[6]**  10/13 21/23 22/19 23/13
110/11 131/11
Northeast **[1]**  131/13
Northwest **[1]**  131/13
Nos **[1]**  99/5
not **[85]**  8/3 16/5 16/9 18/3 20/20
27/1 27/6 38/5 38/18 40/3 42/6
53/25 68/17 68/18 74/9 75/10 76/2
76/3 76/20 77/10 77/17 77/20 78/9
78/10 79/5 79/6 79/14 81/18 82/5
82/25 83/11 89/20 91/4 93/20
93/20 95/3 98/5 100/16 101/5
101/7 101/24 102/12 102/14 102/20
102/23 104/1 104/22 105/16 108/15
113/21 113/22 119/9 119/12 119/19
119/22 120/8 120/24 121/3 121/3
125/6 125/8 125/22 125/22 125/24
126/21 130/20 133/10 133/25
136/23 138/10 138/11 138/14
138/17 139/16 141/18 142/22
146/22 150/19 159/20 166/4 166/6
166/7 166/8 166/21 170/17
note **[2]**  16/10 125/13
nothing **[4]**  69/5 87/2 104/2
174/10
notice **[3]**  93/11 97/12 100/17
noticed **[1]**  33/16
November **[3]**  1/5 93/16 93/17
November 3rd **[1]**  93/16
now **[79]**  3/21 10/11 12/24 14/6
16/3 16/14 16/18 16/21 16/22 19/3
23/7 24/6 33/25 35/20 37/19 44/25
47/14 49/3 55/9 61/19 63/10 67/2
67/10 67/17 68/5 68/8 68/12 69/5
70/22 71/6 71/14 72/3 72/13 72/17
73/5 73/16 75/4 75/14 76/1 81/24
84/16 84/21 89/21 89/22 91/14
98/25 102/6 124/8 124/10 128/1
136/1 136/25 141/5 145/15 150/2
151/7 152/21 153/11 153/25 158/19
160/22 163/15 164/23 165/7 165/10

165/17 165/22 166/25 167/1 167/2
171/1 171/18 172/21 173/21
number **[22]**  6/24 26/3 45/22 60/22
66/21 67/24 69/9 82/19 93/9 93/23
94/12 94/15 94/15 96/6 98/10
100/24 114/2 116/19 123/10 125/22
130/23 157/21
numbers **[1]**  89/16
numerous **[1]**  16/25
NW **[3]**  1/14 1/17 1/23

**O**

oath **[2]**  4/1 128/7
object **[7]**  44/8 86/10 96/4 104/5
124/19 126/9 126/9
objected **[1]**  104/17
objecting **[1]**  64/1
objection **[69]**  6/13 9/16 12/3
12/12 13/14 15/25 16/7 16/20 17/7
17/20 18/22 22/22 25/8 28/15
31/20 32/22 39/2 41/16 41/24 43/9
44/5 45/23 46/25 48/19 50/11
51/16 56/8 58/21 60/1 61/6 64/2
66/17 69/23 84/4 97/13 100/18
103/14 103/14 103/20 104/3 104/9
104/13 107/12 107/15 108/8 109/24
112/8 112/10 112/23 113/12 113/17
113/19 117/5 124/6 125/20 125/21
126/2 126/3 127/21 127/23 135/7
137/9 140/23 155/2 156/3 158/10
162/22 165/24 166/21
objections **[6]**  16/11 99/3 104/19
104/23 112/25 113/5
objective **[3]**  22/5 22/7 142/16
objects **[1]**  103/24
obscenities **[3]**  139/8 144/7
159/19
obtained **[1]**  125/7
obtaining **[1]**  89/1
occur **[2]**  56/1 130/2
occurred **[2]**  109/19 150/16
occurring **[2]**  46/4 113/17
occurs **[1]**  93/5
odd **[1]**  91/22
off **[16]**  4/10 9/20 24/6 24/20
28/8 35/20 36/18 38/7 56/23 61/12
63/14 63/15 73/21 143/25 163/13
174/23
offer **[1]**  61/25
offhand **[1]**  81/18
office **[15]**  1/16 7/23 8/6 9/3
9/10 10/11 10/13 11/2 15/24 17/12
128/18 132/1 132/11 132/22 132/25
officer **[41]**  23/7 25/4 35/13
35/17 37/5 37/13 38/4 41/8 41/20
41/23 42/20 45/11 45/15 78/22
78/24 78/25 79/1 79/5 79/18 83/8
83/9 83/11 88/1 90/22 91/3 95/14
99/22 100/11 114/19 115/12 128/23
129/4 129/8 129/11 134/3 136/4
136/5 136/21 140/15 142/19 150/20
officers **[67]**  21/12 25/4 25/12
28/25 33/6 33/18 33/22 35/12 38/7
40/11 40/16 40/21 40/25 41/3 41/4
41/8 42/2 42/6 45/12 46/5 49/1
49/4 49/4 52/6 52/19 53/8 53/11
56/13 56/18 61/16 61/19 78/5 92/3
114/23 114/23 117/7 120/4 120/15
131/11 131/13 132/2 132/18 132/18
144/22 146/5 147/2 147/23 148/3
149/2 151/10 152/11 152/18 154/2
156/15 159/10 160/16 160/20
160/24 161/1 161/16 165/4 165/11
official **[6]**  1/22 94/11 96/16
108/19 175/3 175/13
officially **[1]**  119/5
Ohio **[3]**  20/21 20/23 84/22
Okay **[67]**  3/10 50/6 63/9 64/4
64/6 67/7 67/23 68/5 68/8 70/8
70/19 72/19 79/21 80/1 80/4 80/6

80/13 80/16 80/19 80/22 81/13
81/23 81/25 82/23 82/25 83/17
86/9 97/8 97/25 98/25 100/8 101/1
102/6 102/10 105/13 108/2 109/8
110/16 111/12 112/18 113/2 114/4
117/15 118/9 120/18 122/5 124/11
124/20 136/25 148/11 149/20
153/15 155/22 162/4 162/8 162/11
163/15 164/11 164/15 164/17 165/1
165/14 167/21 168/19 169/14 172/5
172/24
old **[1]**  12/8
once **[14]**  17/3 27/6 28/5 33/20
53/9 53/15 53/17 94/7 94/20
103/19 130/20 131/10 134/2 150/2
one **[41]**  5/24 18/3 25/5 37/1
38/13 41/1 41/5 41/7 41/9 60/20
63/17 63/18 63/21 66/11 66/12
66/24 72/6 73/10 94/1 94/2 95/25
95/25 98/4 99/1 99/8 106/8 107/25
111/24 122/21 124/5 124/7 124/13
124/21 125/22 125/25 126/16 127/5
139/16 141/20 160/8 166/18
ones **[3]**  95/22 111/5 116/1
ongoing **[1]**  92/4
only **[12]**  20/20 25/4 44/2 51/6
65/7 86/12 103/19 103/20 104/1
133/25 141/11 160/11
open **[5]**  7/24 8/3 8/4 33/22 98/14
opened **[5]**  93/6 95/23 99/24 100/4
127/14
operation **[1]**  119/10
opportunity **[1]**  96/4
opposite **[3]**  32/25 56/13 120/18
order **[6]**  66/22 100/5 105/9
105/12 105/14 117/10
ordered **[1]**  33/22
orders **[1]**  85/14
original **[5]**  11/4 11/6 22/7 26/9
111/4
originally **[1]**  33/21
originate **[1]**  101/10
other **[45]**  8/21 10/9 14/8 14/9
14/13 16/7 16/9 33/1 41/8 45/3
46/8 52/21 52/25 56/19 57/19
59/15 65/14 65/16 86/2 86/15
91/14 92/6 92/13 100/9 102/25
104/16 105/3 106/8 106/10 106/14
106/24 108/1 114/21 116/14 126/3
132/21 133/15 138/10 139/1 153/11
154/2 162/23 163/1 165/4 165/10
otherwise **[1]**  102/17
our **[9]**  18/7 63/9 93/25 116/7
119/12 124/2 124/21 124/23 132/10
out **[73]**  3/20 5/15 8/13 8/14
10/11 14/10 15/3 18/1 24/17 25/14
34/17 36/5 42/21 45/5 53/5 58/3
58/11 59/10 61/25 62/1 62/2 72/21
72/23 80/18 81/25 83/14 84/23
85/10 85/24 86/13 95/7 95/9 101/7
106/8 107/24 114/15 114/16 116/18
117/7 118/15 119/5 119/12 119/14
120/6 124/25 127/15 127/16 127/16
129/17 131/14 134/1 134/9 135/14
135/17 138/10 142/24 145/15 147/7
147/24 148/9 148/21 151/20 152/23
154/17 154/18 156/10 158/22
159/10 159/15 160/22 160/25 161/2
161/15
outer **[1]**  27/18
outer-most **[1]**  27/18
outermost **[1]**  47/17
outnumbered **[2]**  30/4 133/15
outside **[25]**  8/20 21/20 22/5
22/12 26/20 27/3 27/5 32/9 40/7
62/11 62/12 64/2 68/12 69/6 70/17
70/22 72/3 72/5 73/8 73/17 75/24
76/24 120/5 129/16 134/1
outweighs **[1]**  126/14
over **[14]**  14/1 16/19 51/7 66/15
90/10 90/19 91/2 91/2 103/13
104/9 105/25 129/2 146/6 154/1

**O**

overall [1] 62/3
overnight [1] 108/22
overruled [5] 17/7 28/16 84/5
162/24 165/25
oversight [1] 88/10
own [1] 104/11
owned [3] 125/8 125/9 127/6
owns [1] 127/21

**P**

p.m [39] 4/14 4/24 5/5 13/20 19/5
23/2 23/18 23/24 24/10 34/13
35/22 36/9 48/16 49/11 49/22 56/1
58/18 59/13 60/5 60/17 63/16
112/12 113/9 113/20 117/14 118/24
119/1 120/13 121/17 122/6 124/4
130/7 130/9 134/23 136/7 136/15
145/5 145/13 174/24
pact [1] 146/17
page [5] 97/17 97/18 97/24 97/24
109/3
painstakingly [1] 16/25
painted [1] 27/20
pane [3] 27/15 52/8 52/9
pants [2] 5/8 131/4
paper [1] 32/10
papers [2] 99/25 100/4
paraphernalia [1] 116/14
park [3] 130/20 130/21 131/10
parked [1] 131/10
parliamentarian [2] 88/7 105/1
parliamentarians [1] 116/13
part [8] 65/25 97/9 99/14 99/23
99/23 104/15 163/21 163/24
particular [15] 68/18 68/23 68/24
76/20 77/17 80/18 88/11 93/18
97/19 101/15 103/11 103/15 112/23
113/12 113/19
parties [1] 93/25
partisan [2] 89/14 89/15
party [2] 88/12 91/5
pass [5] 83/18 118/3 139/9 170/19
173/5
passing [2] 17/12 144/14
past [3] 22/9 28/7 138/12
patch [2] 41/2 41/10
path [5] 6/3 10/25 45/2 46/15
160/25
pause [105] 4/25 5/21 7/4 7/14
8/9 8/16 10/2 10/18 10/23 13/23
15/15 15/20 16/17 17/25 19/15
19/24 20/14 23/4 24/3 29/5 29/10
29/12 30/1 30/22 30/23 34/25 36/9
37/4 37/10 37/11 37/23 38/2 39/6
41/6 41/7 42/9 45/4 47/13 47/19
47/23 48/24 49/17 50/22 51/21
52/1 52/16 54/8 54/25 55/5 58/25
59/17 61/11 67/8 86/9 86/24 110/3
111/9 112/19 118/19 119/7 134/21
136/6 136/11 137/3 137/14 137/25
139/25 140/9 140/10 141/3 141/23
142/6 143/3 143/7 143/10 143/13
143/15 143/20 144/18 144/17 145/7
145/17 146/12 146/13 146/25
148/19 148/24 149/14 151/17
151/25 152/9 153/21 153/22 154/4
154/9 154/13 156/3 156/7 157/14
158/18 159/1 159/7 159/17 160/19
174/1
paused [50] 5/3 7/5 7/8 7/15
20/16 23/16 24/7 24/23 30/24
37/24 38/3 38/11 42/18 42/25
43/18 44/25 47/13 49/25 51/22
52/3 53/22 54/10 58/15 59/2 59/18
60/8 61/12 61/16 136/7 140/3
141/5 142/6 143/8 145/17 145/21
147/1 147/12 149/6 149/16 151/7
151/18 152/10 154/5 155/7 156/19
157/3 159/6 159/8 159/18 159/25
pausing [2] 43/12 155/5

Pelosi [2] 90/4 111/18
Pennsylvania [1] 99/20
people [86] 7/6 14/13 23/22 26/1
26/3 29/8 34/1 34/6 35/5 36/22
39/24 45/3 46/8 49/15 52/21 54/6
55/13 57/5 57/19 81/25 85/3 85/6
85/9 85/13 85/16 85/19 85/23 86/3
86/15 93/20 110/16 117/6 118/19
120/25 121/1 130/22 130/23 133/16
134/1 134/2 137/23 138/14 139/7
139/8 139/11 139/15 139/17 139/18
142/8 143/6 144/4 144/6 144/14
146/23 148/21 150/8 150/16 151/8
151/20 151/23 152/3 152/4 152/14
153/11 154/11 156/9 156/24 157/1
157/8 158/22 158/24 159/4 159/9
159/10 159/11 159/15 159/19
161/10 161/14 162/23 163/2 163/11
166/2 166/8 168/16 172/19
pepper [1] 132/6
perfect [2] 44/21 143/23
performed [1] 66/7
period [1] 113/16
permission [1] 20/24
person [123] 5/6 5/12 5/18 6/3
6/15 8/10 9/3 10/19 11/1 11/17
11/20 14/5 14/18 14/20 16/4 16/10
17/1 17/3 17/5 17/5 18/2 18/6
18/8 20/6 24/14 29/18 32/24 32/25
36/21 37/7 37/12 37/15 38/4 38/12
39/23 41/11 44/2 44/15 47/19 48/7
54/12 54/14 55/1 55/1 55/9 58/15
59/6 59/7 67/23 68/8 68/9 68/20
68/22 69/1 69/6 69/9 69/15 69/22
70/5 70/12 70/12 70/15 70/17
70/25 71/6 71/23 72/9 72/17 74/20
75/23 76/23 76/24 77/1 77/5 77/10
77/11 77/15 78/16 80/8 90/3 90/7
90/14 90/16 90/18 90/24 91/6 91/7
98/6 98/7 126/5 141/10 142/13
146/13 147/6 147/12 148/24 150/13
151/11 151/21 152/6 152/16 152/16
152/18 153/22 154/5 154/10 156/14
156/21 157/9 157/17 159/21 160/1
160/1 160/3 161/15 167/9 167/10
167/12 167/17 167/24 168/23
168/24 169/20
person's [4] 5/10 17/2 44/7 69/18
personal [3] 66/17 104/22 162/23
personally [4] 69/11 84/2 84/7
104/18
persons [2] 98/9 98/9
perspective [1] 163/1
phone [7] 15/3 19/14 34/17 41/9
41/15 55/19 157/18
phones [1] 14/10
photo [9] 68/15 68/21 81/24 82/2
82/5 125/10 125/11 125/15 125/16
photograph [4] 63/23 68/20 68/25
124/15
photographs [2] 125/5 125/13
physical [1] 168/17
physically [2] 83/4 105/17
picked [2] 71/14 71/16
picture [4] 68/12 77/18 77/20
124/25
pistol [1] 63/25
place [5] 20/9 21/13 26/8 27/7
93/14
places [2] 84/18 95/15
Plaintiff [2] 1/4 1/12
plan [4] 26/8 26/9 28/9 53/4
plans [3] 104/22 124/14 124/18
play [136] 4/25 5/15 5/20 7/4
7/14 8/8 8/16 10/1 10/10 10/17
10/22 13/21 14/3 15/12 15/20
17/24 18/3 19/6 19/22 20/3 20/4
20/13 23/1 24/4 24/8 24/21 24/22
29/4 29/10 29/25 30/21 34/11
34/20 34/24 35/16 36/19 36/20
36/24 37/4 37/9 37/23 38/2 38/10
38/22 39/6 40/13 41/6 42/9 42/17

42/24 43/12 44/18 44/22 44/22
48/8 47/16 47/18 47/22
48/23 49/12 49/24 50/18 51/20
52/1 52/15 54/8 54/20 54/24 55/4
57/2 58/24 59/5 60/7 60/19 61/10
61/15 110/3 112/4 116/22 122/17
123/14 134/20 135/21 136/11
136/19 136/20 137/14 139/25 140/8
140/10 141/3 141/23 142/5 143/3
143/7 143/13 144/8 144/17 144/25
145/7 145/15 145/19 145/20 146/12
146/25 147/20 148/19 149/14
150/19 151/17 151/25 152/9 153/16
153/21 154/4 154/7 154/13 154/17
155/5 156/8 156/12 156/23 157/6
157/14 157/20 158/7 158/16 158/17
159/1 159/17 159/24 160/18 167/22
173/25
played [3] 15/13 89/1 163/15
playing [16] 13/21 35/1 110/13
111/8 112/18 113/2 114/7 118/7
118/22 119/21 120/14 123/5 137/19
144/5 166/25 167/8
plays [3] 19/7 49/13 59/6
plaza [1] 131/15
please [190]
plenty [1] 174/16
podium [3] 3/5 112/1 144/13
podiums [2] 139/9 144/15
point [55] 16/24 22/9 23/24 26/4
26/7 26/20 27/1 27/7 27/24 30/3
30/7 30/10 39/22 39/23 46/11
50/10 52/20 54/6 55/16 68/19
72/21 72/23 72/24 79/5 79/10
83/14 96/13 96/19 107/14 113/23
119/1 122/24 126/16 128/20 130/25
131/3 131/4 131/5 131/6 131/19
131/23 132/11 134/12 141/11
141/13 142/15 142/18 142/23 144/6
145/1 154/21 155/25 157/24 158/2
159/14
pointed [3] 7/21 56/13 84/23
pointing [3] 46/6 56/18 120/4
poked [1] 39/17
police [51] 22/7 27/2 27/3 27/4
28/7 28/14 29/22 30/12 30/13
30/17 34/3 40/25 58/3 61/19 61/21
61/21 63/2 78/5 83/8 85/14 85/17
114/18 114/23 114/23 115/15
115/21 115/25 116/1 117/6 128/23
128/23 128/25 129/2 129/4 129/8
129/11 131/4 132/3 132/6 138/11
138/20 138/25 142/19 149/2 153/2
161/17 162/8 162/9 162/10 165/4
165/10
political [1] 88/12
polls [1] 93/17
population [1] 93/24
portfolio [1] 88/21
portion [6] 32/21 65/7 97/19
108/25 118/9 122/18
portions [3] 67/25 109/15 109/20
position [2] 21/19 64/15
positioned [2] 47/16 151/10
positions [3] 118/21 129/3 154/19
positive [1] 39/21
possession [4] 69/15 69/18 126/1
126/4
possibility [1] 104/19
possible [2] 131/17 159/16
possibly [1] 20/8
post [2] 129/16 131/14
postpone [1] 92/14
powdery [1] 135/15
practically [1] 90/9
practice [2] 89/12 103/23
pre [1] 154/1
pre-shooting [1] 154/1
prejudicial [2] 126/12 126/14
preliminary [1] 63/18
preparation [2] 109/22 163/21
prepare [1] 104/24

**P**

**prepared [3]**  105/4 105/4 105/5
**presence [2]**  62/20 98/14
**present [1]**  3/12 17/6 63/20
113/15 122/10 157/9 157/12 160/14
160/16 162/15 163/2
**presented [3]**  66/23 82/16 100/5
**preside [1]**  91/1
**president [53]**  90/21 90/22 91/1
91/4 92/25 93/3 93/8 93/9 93/12
93/19 93/21 93/22 95/1 95/2 95/16
95/20 95/24 95/24 96/10 96/11
96/12 98/4 98/4 98/7 98/8 98/9
98/10 98/12 98/13 98/24 99/21
99/25 100/11 100/13 101/5 101/8
106/13 106/13 106/13 106/25 107/1
107/14 107/17 107/19 111/11
111/12 112/5 113/3 113/4 114/15
122/11 123/12 123/12
**president's [1]**  123/10
**presidential [5]**  92/16 92/19
93/14 94/2 96/8
**presides [3]**  90/10 90/19 91/2
**presiding [7]**  90/22 91/3 99/22
100/11 107/19 117/2 117/4
**press [69]**  4/25 5/20 10/1 10/2
10/10 10/22 13/21 13/23 14/3
15/12 15/15 17/24 17/25 19/6
19/15 20/14 23/3 24/3 24/8 26/11
29/12 29/25 30/1 34/11 35/16
38/10 43/12 47/5 47/12 47/13
47/19 47/23 49/12 49/17 49/24
50/17 50/22 51/21 52/16 54/20
54/24 54/24 55/4 55/5 57/2 57/23
58/24 60/19 61/10 61/11 104/21
120/23 134/20 134/21 136/6 139/25
144/8 145/7 152/24 153/9 153/15
154/9 156/8 157/7 158/17 160/14
160/19 173/25 174/1
**press' [1]**  153/5
**presume [1]**  127/11
**pretty [1]**  170/11
**prevent [1]**  22/8
**previous [1]**  166/1
**previously [4]**  73/16 99/22 150/4
151/3
**printed [1]**  108/22
**prior [4]**  105/6 126/25 128/21
128/22
**private [3]**  89/12 129/4 129/11
**pro [3]**  91/4 117/3 117/10
**probably [1]**  162/20
**probative [3]**  126/10 126/11
126/14
**problem [2]**  142/21 142/21
**procedures [3]**  104/5 104/16
114/16
**proceed [5]**  3/25 106/5 106/5
106/15 107/2
**proceeding [6]**  106/20 113/4
118/15 118/16 119/4 119/6
**proceedings [9]**  88/6 90/13 102/1
108/15 108/20 119/1 119/2 174/24
175/5
**proceeds [1]**  106/10
**process [9]**  53/18 94/6 95/17 96/4
96/18 98/16 98/19 104/20 121/16
**procession [4]**  106/2 106/23
106/24 110/19
**produced [2]**  150/1 150/2
**progresses [1]**  139/4
**pronounce [1]**  161/25
**prosecutor [2]**  65/11 89/9
**prosecutors [1]**  166/7
**protect [6]**  62/3 62/8 62/17 62/21
119/18 153/3
**protected [1]**  119/18
**protecting [4]**  26/1 149/3 153/1
161/10
**protest [11]**  127/5 127/8 127/9
127/10 127/13 127/18 127/22

129/25 130/1 130/13 130/24
130/25 131/14 131/15 138/12
23/12 23/14 30/15 30/16 30/18
37/1 46/6 46/11 49/15 133/14
137/1 138/25 139/3 161/17
**provide [2]**  84/10 103/11
**provided [1]**  102/20
**provides [1]**  103/12
**provision [2]**  102/8 103/8
**provisions [1]**  99/9
**public [2]**  26/17 98/23
**published [3]**  13/18 108/21 108/22
**pull [7]**  45/5 58/8 98/25 103/23
108/2 109/8 134/1
**pulls [1]**  127/15
**punching [4]**  142/3 142/12 146/6
154/1
**purporting [1]**  100/1
**purpose [1]**  121/10
**purposes [2]**  67/12 51/5
**pursuant [2]**  97/12 100/17
**push [5]**  27/6 28/6 28/19 42/8
159/10
**pushed [3]**  59/10 81/25 133/16
**pushing [4]**  36/8 36/11 38/1
154/24
**put [5]**  26/3 34/21 53/6 96/19
120/7
**putting [1]**  71/8

**Q**

**question [10]**  40/19 69/16 70/5
77/13 102/16 109/2 124/12 124/13
164/3 166/6
**questioning [4]**  3/25 16/6 159/21
160/1
**questions [21]**  12/23 13/22 14/4
19/7 19/22 20/5 29/4 35/2 36/20
49/12 59/6 61/24 63/7 76/16 81/1
123/24 123/25 135/22 136/20
160/12 161/18
**quick [2]**  33/19 131/16
**quickly [3]**  21/11 131/25 132/19
**quiet [1]**  22/1

**R**

**radio [1]**  131/16
**raised [1]**  107/12
**ran [4]**  33/18 33/20 53/8 132/10
**rank [1]**  129/10
**rate [1]**  141/10
**rationalize [2]**  160/3 160/6
**reached [1]**  53/19
**reacted [2]**  163/9 163/11
**read [9]**  4/22 5/4 23/17 96/2
97/25 99/13 102/12 104/2 174/15
**reading [1]**  123/10
**ready [3]**  29/18 29/22 122/10
**realize [1]**  52/21
**realized [1]**  130/23
**really [4]**  88/8 118/21 130/20
134/4
**rear [1]**  28/23
**reason [3]**  80/13 92/13 118/19
**reasons [2]**  16/10 126/9
**reassembled [1]**  122/6
**REBEKAH [2]**  1/13 3/6
**recall [9]**  66/1 107/20 115/16
121/14 129/21 130/15 147/4 164/2
164/9
**recalls [1]**  3/17
**receive [2]**  115/7 115/10
**received [28]**  9/17 12/4 13/15
17/21 18/23 22/23 31/21 39/3
41/17 43/10 45/25 47/1 48/20
50/12 51/17 55/19 56/9 58/22 60/2
61/7 99/4 100/19 108/9 109/25
137/10 155/3 156/4 158/11
**receives [1]**  95/20
**recess [15]**  63/10 63/16 102/16
102/20 102/25 114/12 115/1 118/11
118/14 118/24 122/1 122/22 124/2

124/4 174/12
**recipes [1]**  114/17
**recognize [27]**  7/16 11/13 11/24
13/7 17/14 18/15 22/16 31/7 31/11
34/7 38/22 45/13 45/16 46/16 50/4
51/2 55/22 56/4 58/6 58/10 67/21
97/16 108/3 117/6 134/10 139/21
155/22
**recognized [1]**  90/5
**record [67]**  3/5 4/23 5/3 6/11 7/5
10/17 12/10 12/15 15/8 15/9 19/21
23/17 24/7 25/3 29/24 30/24 32/8
32/20 36/23 37/3 37/10 40/18
41/13 41/22 43/18 44/1 44/21
46/20 50/17 52/17 59/17 61/11
63/14 63/15 64/2 81/11 87/18
108/5 108/13 108/14 108/19 108/25
109/16 109/20 111/25 118/10
121/23 122/19 123/7 134/22 135/4
135/12 136/6 136/15 140/3 140/21
142/6 143/8 145/17 148/20 149/10
153/16 156/19 159/6 160/19 174/23
175/5
**record's [1]**  123/9
**recorded [1]**  127/10
**recorder [1]**  42/19
**recording [21]**  13/1 13/3 15/23
17/1 22/13 48/25 83/14 84/18 85/6
85/13 85/16 85/19 85/23 86/2 86/3
86/22 86/25 108/14 146/14 154/6
157/18
**records [2]**  96/12 96/16
**recount [1]**  86/25
**recovered [3]**  116/21 125/4 126/6
**rectangle [1]**  33/2
**red [7]**  13/24 41/9 41/15 110/8
166/18 167/18 168/6
**redirect [5]**  2/5 2/10 83/20 173/7
173/9
**reference [5]**  15/24 17/12 18/7
20/8 92/23
**referred [2]**  68/9 120/9
**referring [2]**  104/10 122/1
**refers [1]**  101/6
**reflection [1]**  123/9
**regard [1]**  102/17
**regards [1]**  124/13
**regular [1]**  7/24
**relate [1]**  76/16
**relation [2]**  37/15 56/21
**relatively [1]**  22/1
**relevance [1]**  124/21
**relevancy [5]**  66/18 126/1 126/8
165/24 166/21
**relevant [1]**  125/22
**remain [3]**  40/6 112/17 157/8
**remained [2]**  115/12 163/10
**remaining [2]**  159/9 161/14
**remember [10]**  66/11 70/1 70/2
84/22 93/14 115/18 131/13 146/19
148/10 163/14
**render [3]**  151/21 161/15 170/2
**rendered [1]**  170/6
**renew [1]**  166/20
**renewed [1]**  92/5
**repeat [3]**  40/19 53/17 69/16
**repeatedly [2]**  16/4 68/9
**replace [1]**  148/3
**report [2]**  130/5 130/8
**Reporter [4]**  1/21 1/22 175/3
175/13
**reporters [1]**  120/24
**reporting [2]**  73/11 130/8
**reports [2]**  94/11 104/21
**representation [1]**  142/9
**representative [2]**  52/11 103/18
**Representatives [29]**  12/16 14/25
20/11 21/15 23/24 25/24 26/4
26/11 26/12 27/9 27/16 31/3 55/14
56/25 57/6 90/2 90/4 96/2 98/14
99/15 99/19 99/20 99/24 106/17
107/21 108/20 109/4 120/4 141/17

**R**

**represents [1]** 110/9
**republican [2]** 89/17 96/1
**require [1]** 101/5
**requires [2]** 94/15 123/8
**reserved [1]** 26/16
**Resistance [1]** 47/7
**resolution [8]** 97/5 100/24 101/2
101/3 101/9 101/11 101/16 101/18
**respect [3]** 66/6 74/21 171/22
**respective [3]** 25/22 98/3 104/7
**respond [3]** 126/16 134/6 138/3
**responded [6]** 132/20 132/23 133/4
133/6 134/5 134/7
**responders [2]** 129/5 151/22
**response [9]** 28/21 39/10 42/11
112/8 148/2 154/15 161/16 170/4
170/6
**responsibilities [5]** 88/5 88/20
88/25 92/20 92/22
**responsibility [1]** 88/15
**responsible [4]** 25/21 25/23 64/20
96/15
**rest [2]** 37/15 155/8
**restate [1]** 119/8
**restricted [2]** 68/17 118/2
**result [3]** 102/15 102/23 104/15
**results [1]** 96/2
**resume [3]** 3/15 4/1 121/15
**retire [1]** 107/15
**retiring [1]** 104/6
**return [4]** 114/3 121/7 121/15
121/19
**returned [5]** 121/5 121/20 121/20
121/20 156/16
**returning [1]** 121/10
**review [1]** 88/22
**reviewed [5]** 64/25 65/22 67/17
69/12 109/12
**revolution [1]** 85/4
**rifle [3]** 63/24 124/16 125/23
**right [87]** 3/21 7/8 11/3 11/7
12/11 12/19 12/24 18/5 19/11
21/20 23/19 23/23 25/12 25/17
25/25 30/3 32/9 32/19 35/9 35/13
40/3 41/9 41/20 41/23 45/11 45/12
47/6 56/23 57/15 58/12 59/3 64/8
64/8 64/23 68/22 68/24 70/1 70/10
71/16 72/5 76/8 76/10 78/20 78/21
80/8 81/15 81/19 83/19 86/9 91/13
95/21 110/11 111/17 112/20 112/21
116/15 119/9 120/3 124/1 126/7
126/15 127/20 127/20 127/24
140/15 142/4 143/10 144/20 148/24
150/19 151/7 161/20 163/7 164/18
164/23 165/2 165/8 165/15 167/25
168/11 169/9 170/9 170/12 171/1
171/13 173/7 174/11
**right-hand [2]** 41/23 47/6
**riot [4]** 26/23 62/12 122/14
126/20
**rioters [13]** 21/24 28/9 62/2
62/20 78/4 85/11 85/20 121/2
133/14 137/1 139/3 141/11 173/18
**riots [1]** 29/13
**rise [1]** 101/8
**risk [1]** 157/12
**RNG [1]** 144/5
**rodeo [1]** 29/17
**role [2]** 89/1 117/4
**room [4]** 1/23 8/4 127/12 132/2
**rotunda [18]** 11/3 11/4 11/6 11/8
11/9 12/8 12/11 12/24 12/25 13/1
13/11 14/13 14/14 15/10 17/1
73/19 106/9 108/1
**roughly [1]** 93/15
**rounding [1]** 50/19
**rounds [1]** 49/25
**route [5]** 33/19 33/20 53/9 116/4
116/8
**ROY [1]** 1/16

**ROYCE [1]** 1/9
**RMA [1]** 1/18
**rule [4]** 91/4 101/21 101/22 102/3
**rules [9]** 92/3 92/4 92/4 97/6
97/6 97/7 101/23 101/24 101/25
**run [17]** 67/15 70/20 71/4 71/12
72/2 72/16 73/2 73/14 74/19 75/22
78/15 79/22 80/19 80/20 81/19
166/25 167/16
**running [5]** 27/22 117/7 117/7
142/20 167/14

**S**

**S.Con.Res [1]** 101/12
**safe [2]** 53/7 114/2
**safely [2]** 21/3 53/17
**safer [1]** 115/20
**safety [3]** 25/21 25/23 119/17
**said [42]** 10/5 15/23 16/5 17/3
17/11 18/2 18/6 20/7 23/22 29/18
30/2 30/12 33/25 34/1 35/14 36/22
38/12 39/10 41/7 43/2 44/24 55/1
63/1 69/24 73/10 73/17 92/10 96/9
115/4 115/25 117/19 127/14 131/16
134/3 141/13 142/12 144/14 147/13
154/6 154/10 159/5 161/4
**same [28]** 3/25 9/9 26/25 37/20
58/14 66/22 67/23 67/24 70/12
71/6 73/7 74/20 77/1 77/6 77/10
77/11 79/21 79/23 81/1 94/24
94/25 98/5 109/2 126/18 126/21
144/22 168/23 171/20
**saw [28]** 7/20 20/21 31/5 39/17
53/2 58/14 59/22 66/13 69/9 69/11
69/22 69/25 82/16 83/24 84/18
112/14 114/9 114/15 117/1 117/6
118/4 131/14 135/17 138/7 142/9
148/14 162/12 163/16
**say [32]** 6/5 8/6 10/8 27/11 31/25
32/24 40/16 43/1 45/5 53/5 65/2
65/18 74/20 82/22 86/3 90/20
100/10 102/2 112/5 118/12 119/8
121/17 125/3 133/18 145/4 146/9
147/21 148/4 152/18 160/3 166/4
171/15
**saying [41]** 8/11 11/10 15/17 16/4
16/8 16/9 17/4 29/13 36/21 38/4
39/11 39/13 42/2 42/19 45/2 45/3
55/6 84/17 85/1 85/1 85/6 85/9
85/20 85/20 85/23 86/18 86/20
113/3 114/12 126/21 127/17 139/5
144/4 145/22 145/25 146/14 146/16
147/6 156/24 158/1 174/3
**says [7]** 8/12 55/3 95/11 115/3
118/10 118/16 173/24
**scaffolding [1]** 72/5
**scanning [1]** 139/17
**scene [4]** 33/5 170/11 171/1 171/6
**scenes [1]** 170/21
**Schwager [5]** 2/6 87/5 87/11 87/19
123/20
**scream [2]** 144/6 144/7
**screaming [6]** 117/8 139/7 143/6
159/19 167/10 172/19
**screen [41]** 5/3 8/24 18/5 19/8
24/6 30/25 47/6 48/15 49/14 53/23
54/1 54/11 56/23 60/10 67/4 67/6
98/1 110/5 110/24 111/15 112/12
114/25 116/15 118/8 120/22 121/24
123/6 123/18 129/16 131/14 135/5
136/25 137/17 143/12 143/13
149/11 155/23 157/1 158/20 167/10
171/11
**screens [1]** 13/18
**screenshot [2]** 68/20 70/11
**sealed [2]** 95/13 98/11
**search [3]** 63/21 125/4 125/14
**searched [3]** 63/24 124/16 125/1
**searching [2]** 124/22 125/12
**seat [2]** 3/19 98/11
**seated [7]** 3/22 3/23 64/7 64/8
77/6 128/5 128/6

**seats [2]** 106/20 115/14
**second [19]** 11/4 11/5
11/10 11/12 11/24 12/21 26/14
26/18 31/6 31/12 53/16 53/20 54/4
57/5 57/11 57/12 57/14 59/19 97/2
97/18 97/24 106/7 107/12 121/18
122/22 148/18
**seconds [49]** 4/18 5/1 5/21 6/21
7/3 10/16 13/6 15/6 15/7 19/2
19/4 19/19 24/23 34/11 36/14
37/20 39/6 42/10 43/12 43/13
43/18 46/18 46/20 48/10 49/8
49/22 51/22 53/6 59/21 60/8 60/25
71/11 80/6 80/7 86/7 109/11 110/3
110/13 120/14 136/9 136/12 137/13
137/14 145/16 154/8 155/6 155/7
155/16 155/19
**secretary [22]** 87/21 87/23 87/25
88/1 88/5 88/7 88/8 88/10 88/11
88/13 88/16 88/19 88/22 94/10
94/12 95/14 96/13 96/15 105/1
106/12 110/21 112/17
**section [16]** 57/17 97/3 99/11
102/11 103/10 103/11 103/16
108/18 108/18 109/3 109/4 120/23
129/6 129/12 129/15 132/2
**sections [2]** 97/4 108/17
**security [3]** 25/22 40/9 157/12
**see [139]** 5/10 6/8 8/23 9/1 9/12
9/20 11/6 14/6 14/16 14/19 17/1
19/8 23/5 23/7 23/20 24/3 24/11
27/17 27/20 27/21 28/25 34/21
35/4 35/17 36/7 37/5 39/7 39/23
41/1 41/8 41/9 41/9 42/21 43/22
44/8 46/8 50/19 52/9 53/23 54/11
56/24 59/3 60/9 63/11 67/10 68/5
70/5 72/17 72/24 73/16 73/19
75/23 76/14 76/15 76/16 76/19
76/23 78/16 78/19 79/24 80/2 80/8
80/16 80/17 80/20 80/23 81/16
81/20 82/14 86/10 96/20 101/12
108/24 110/4 110/16 110/23 111/9
111/10 111/12 111/19 114/8 115/9
115/13 116/12 116/13 117/9 120/3
120/4 120/7 120/15 120/21 120/24
121/23 132/7 134/24 135/9 136/13
136/25 137/16 137/20 140/2 141/7
142/13 143/24 144/10 145/11
145/21 148/12 149/6 149/20 150/20
150/23 153/17 153/22 155/8 156/21
156/24 157/1 157/18 160/20 162/14
165/10 165/12 167/2 167/10 167/20
167/24 168/6 168/11 168/21 169/9
169/10 171/13 171/13 171/15 172/2
173/13 174/18 174/21
**seeing [6]** 70/1 70/2 114/25
118/23 126/19 135/13
**seek [20]** 9/14 12/1 13/12 17/18
22/20 31/18 38/25 43/7 45/20
46/23 48/18 50/10 51/14 58/19
59/24 61/4 63/22 137/7 154/25
155/25
**seeks [1]** 18/21
**seems [1]** 143/11
**seen [17]** 8/3 8/4 13/25 51/11
67/12 67/19 69/14 69/21 72/19
78/10 135/5 142/22 151/2 163/19
164/9 165/17 165/20
**seized [2]** 125/6 125/7
**select [1]** 93/3
**selected [1]** 90/14
**selfie [2]** 63/25 124/17
**senate [103]** 4/11 4/12 4/20 5/25
7/10 7/19 12/16 12/19 12/21 20/24
27/5 30/17 30/19 87/22 87/22
87/23 87/25 88/2 88/3 88/5 88/7
88/10 88/11 88/14 88/15 88/16
88/20 89/2 89/10 90/2 90/9 90/11
90/13 90/19 90/21 90/22 91/2 91/2
92/4 92/7 93/8 95/16 95/20 95/24
96/10 96/13 96/13 96/15 96/16
96/20 97/7 98/13 98/13 98/14

**senate...** [49]  99/18 99/21 99/23
99/25 100/11 100/23 101/11 101/13
104/8 104/8 105/9 105/11 105/18
105/23 105/24 105/25 106/5 106/6
106/10 106/18 106/19 107/17
107/18 107/20 107/21 108/18
108/20 109/5 110/12 110/21 112/5
112/16 112/17 113/15 115/4 116/10
118/13 119/22 120/5 120/7 121/4
121/5 121/8 121/10 122/2 122/5
122/16 131/10 133/1
**senator** [13]  90/17 91/8 103/18
104/2 104/3 104/5 107/13 112/11
114/11 114/11 114/15 114/17
118/12
**senators** [12]  96/1 103/13 107/1
107/2 111/11 114/20 115/22 116/17
116/20 116/21 121/7 121/14
**senior** [1]  91/5
**sense** [3]  17/6 91/16 91/21
**sensitive** [1]  88/23
**sent** [7]  95/13 95/15 96/10 101/13
132/14 132/16 132/17
**sentence** [2]  99/13 171/20
**separate** [1]  127/4
**separately** [1]  102/19
**sergeant** [20]  23/9 23/10 23/13
23/22 25/14 25/16 25/19 25/20
25/21 25/23 41/21 42/21 106/12
106/14 106/16 110/22 138/8 140/17
140/18 147/25
**series** [3]  81/1 95/25 104/23
**seriously** [4]  146/22 146/24
171/19 171/24
**served** [1]  89/9
**session** [32]  21/5 91/10 91/11
91/12 91/16 91/17 91/18 93/4
95/23 96/5 96/21 99/14 99/17
100/10 102/1 103/4 103/21 103/25
104/14 104/15 105/15 105/20
106/11 106/18 106/22 107/5 107/9
108/21 121/12 122/23 123/1 123/15
**sessions** [4]  91/18 105/22 108/18
108/19
**set** [9]  22/7 27/3 27/4 27/15
27/19 27/20 27/22 45/18 90/14
**sets** [1]  27/17
**seven** [1]  25/13
**several** [9]  22/8 26/15 88/9 89/8
91/11 96/24 97/4 116/12 116/15
**shall** [24]  98/1 98/3 98/5 98/6
98/8 98/11 98/13 98/15 99/14
99/17 99/19 99/21 99/22 99/24
100/4 100/11 102/12 102/14 102/15
102/16 102/16 102/18 102/23
102/25
**she** [5]  16/9 128/7 170/22 172/14
172/22
**sheet** [1]  32/10
**sheltering** [1]  21/13
**SHERRY** [3]  1/21 175/3 175/12
**shift** [4]  27/25 28/2 28/4 116/22
**shipped** [1]  111/6
**shit** [9]  8/12 8/12 42/12 85/1
85/7 147/17 147/21 152/19 174/5
**shoot** [1]  159/12
**shooting** [12]  55/20 55/22 56/1
150/16 154/1 155/5 159/5 163/4
169/14 173/13 173/15 173/19
**short** [1]  58/15
**Shortly** [1]  155/13
**shot** [23]  51/24 135/6 150/10
150/13 151/11 151/21 155/13 157/9
158/23 159/22 160/1 162/12 162/14
162/16 163/5 169/9 169/21 171/2
171/4 171/5 172/8 172/14 172/21
**should** [2]  90/20 106/25
**shoulder** [1]  135/15
**show** [21]  5/16 6/16 11/12 31/5
31/6 34/5 45/12 46/15 51/1 55/21

58/5 97/11 109/9 116/6 116/7
153/12
**showing** [4]  11/23 31/11 56/3
74/17
**shown** [7]  31/10 45/15 46/14 50/3
55/24 82/23 123/6
**shows** [3]  42/16 111/4 164/5
**shut** [1]  27/18
**side** [48]  12/15 12/16 19/8 21/7
21/9 21/23 21/23 23/13 23/13
28/23 31/12 32/16 32/17 33/1 33/3
33/21 41/4 41/23 47/6 48/12 49/3
49/7 52/13 52/21 52/25 53/19 54/3
54/11 56/13 56/19 110/9 117/15
118/13 119/25 120/18 120/20
129/17 131/10 131/11 133/7 133/7
140/15 140/17 143/12 143/13
149/11 149/21 171/11
**sides** [3]  33/10 89/18 120/3
**sign** [4]  94/13 95/10 95/12 98/11
**signature** [1]  101/5
**signed** [4]  94/17 94/21 98/24
101/8
**significant** [1]  151/8
**similar** [3]  54/14 101/24 118/12
**Similarly** [1]  107/22
**simple** [1]  70/4
**simply** [1]  159/14
**since** [2]  122/21 127/12
**single** [2]  108/15 112/24
**sir** [25]  4/2 64/14 67/11 68/6
73/16 74/12 76/23 78/16 83/17
161/24 162/3 162/4 162/6 162/19
163/3 163/8 163/12 164/19 164/25
165/6 165/21 169/7 170/10 172/9
173/5
**situated** [1]  26/11
**situation** [7]  38/5 38/8 114/19
121/3 142/25 143/1 159/16
**situations** [1]  114/17
**six** [2]  25/13 95/12
**size** [1]  35/2
**skip** [3]  121/22 140/9 150/15
**skipping** [1]  66/23
**slate** [5]  94/3 94/7 94/14 94/16
94/19
**slates** [3]  93/25 94/1 94/2
**sleep** [1]  103/4
**small** [5]  11/3 22/7 27/21 65/7
121/18
**smaller** [1]  12/11
**smash** [3]  139/9 139/11 148/22
**smashed** [1]  155/12
**smashing** [4]  144/13 167/4 167/17
168/9
**so** [157]  3/19 4/1 8/3 8/5 16/6
16/10 16/19 20/9 25/25 26/17 27/6
29/13 40/3 41/3 52/16 54/3 55/5
56/17 57/13 64/15 64/22 66/23
66/24 68/19 70/7 72/19 74/24
80/23 81/11 82/16 86/12 88/6 88/8
88/19 89/16 89/23 90/12 91/1 91/3
91/9 91/13 91/20 92/6 92/16 93/13
93/17 94/3 94/7 94/9 94/23 96/9
97/8 97/11 99/8 100/9 101/3 101/5
101/9 101/20 101/25 102/2 103/18
103/23 104/1 104/8 104/18 105/4
105/9 105/20 106/5 106/8 106/10
106/25 107/14 107/17 108/2 108/17
108/21 108/24 109/8 110/3 110/8
110/8 110/10 110/16 111/2 111/9
112/5 113/3 113/9 113/11 113/15
113/19 116/15 116/23 116/24 117/2
117/3 117/10 117/22 118/14 118/23
119/1 119/4 119/6 119/8 119/10
119/18 119/19 119/22 120/2 120/14
120/24 121/4 122/1 122/7 122/8
123/6 123/8 123/15 124/8 125/3
125/10 125/16 126/1 126/8 131/19
131/25 132/2 132/24 133/2 133/13
133/25 138/10 138/24 139/17

140/15 142/15 142/23 142/24
143/23 151/14 158/8 158/8 158/21
160/11 161/14 161/25 162/18 163/4
164/17 165/7 165/14 169/14 169/14
172/7 173/15
**social** [1]  26/17
**solve** [2]  142/21 142/21
**some** [44]  7/23 14/4 19/6 19/22
20/4 26/20 27/24 29/4 36/19 40/7
46/11 46/15 49/12 52/20 55/16
67/16 83/14 91/23 92/13 93/20
95/4 96/19 111/5 114/6 115/15
116/14 116/20 117/19 118/18
118/18 119/7 125/6 130/25 131/6
131/23 135/22 136/20 139/20 141/7
141/13 144/25 163/16 163/16
170/19
**somebody** [4]  43/2 117/3 117/8
159/4
**somehow** [1]  126/5
**someone** [19]  29/12 42/2 43/1
44/14 45/5 86/2 86/22 86/25 90/6
145/22 145/25 146/9 147/21 150/9
150/12 159/21 162/12 162/15
171/15
**someone's** [2]  39/10 42/11
**something** [12]  43/1 71/14 71/16
86/13 101/6 118/17 118/17 125/3
127/21 129/22 131/19 144/9
**sometime** [2]  123/22 158/22
**Sometimes** [1]  95/5
**somewhat** [1]  106/4
**somewhere** [3]  56/1 127/11 164/17
**Soon** [1]  107/9
**sorry** [33]  6/23 15/8 18/14 40/17
60/13 60/22 67/5 71/15 72/8 74/2
74/17 77/4 77/13 77/14 100/3
103/18 109/6 118/8 127/1 132/15
137/15 140/9 143/16 143/20 147/4
150/11 158/1 158/8 162/11 167/15
167/20 170/5 172/12
**sound** [1]  169/4
**sounded** [1]  117/8
**source** [1]  96/22
**sources** [2]  96/24 96/25
**south** [14]  5/14 6/10 7/20 10/14
11/3 14/23 19/17 21/23 23/13
32/15 47/25 48/1 50/8 110/10
**southern** [1]  133/7
**speak** [8]  23/14 63/14 103/13
103/19 103/19 117/5 118/20 132/12
**speaker** [6]  86/15 90/5 106/18
111/18 117/3 117/9
**Speaker's** [79]  15/24 17/12 28/23
28/24 32/15 32/17 32/21 33/1 33/4
33/10 33/14 33/17 33/22 46/12
48/2 48/3 49/1 49/16 50/8 50/23
51/1 52/4 52/8 52/19 52/20 53/2
53/3 53/11 54/22 55/9 55/13 55/17
55/18 55/20 56/14 56/21 56/23
58/2 58/12 62/19 62/20 86/17
86/17 125 134/8 134/10 134/15
136/17 137/2 137/23 138/3 138/6
138/9 138/13 138/21 138/24 139/14
139/20 140/5 140/11 140/14 141/16
145/25 149/4 149/17 150/8 150/10
150/12 150/17 150/21 152/21 153/8
156/16 157/8 158/4 158/24 161/2
161/8 164/23
**Speakers** [1]  117/4
**speaking** [3]  89/21 90/9 114/11
**special** [6]  3/8 63/20 89/4 128/4
128/18 129/23
**specialized** [1]  148/7
**specific** [5]  96/17 97/6 118/2
129/20 129/21
**specifically** [4]  66/11 97/2 116/9
164/5
**speculation** [2]  28/15 162/22
**spell** [1]  140/24
**spent** [2]  117/19 117/21
**spoke** [3]  20/20 104/25 105/1

**S**

spoken [1] 36/22
spot [1] 148/8
spray [1] 132/7
sprayed [2] 133/16 133/24
SRT [2] 154/19 154/23
staff [22] 21/15 23/23 26/6 26/11
27/13 54/2 57/23 89/10 89/17
106/24 115/23 116/7 116/7 116/10
116/19 117/20 118/2 118/20 152/23
153/5 153/9 160/14
staffer [1] 111/4
staffers [1] 106/23
stage [1] 30/14
stages [1] 116/8
staircase [1] 170/9
stairs [1] 148/16
stairwell [7] 10/13 11/5 134/7
135/19 150/3 150/5 151/15
stairwells [2] 33/19 53/9
stamp [15] 4/22 5/4 13/19 19/4
23/1 23/17 24/9 34/12 48/14 49/9
50/15 58/17 60/5 120/12 134/22
stamps [2] 110/14 143/17
stand [9] 3/24 4/1 42/7 85/17
87/6 119/24 128/3 128/6 138/10
standing [11] 26/20 38/5 74/11
85/24 111/17 115/13 116/16 139/10
144/20 150/20 151/3
start [11] 73/14 91/21 97/8 99/1
99/8 131/7 139/11 154/11 154/12
170/25 174/13
started [3] 30/11 39/18 40/2
starting [4] 3/4 16/12 16/23
113/16
starts [1] 138/22
state [17] 3/5 87/18 93/18 93/22
94/10 94/11 94/12 94/13 95/14
98/5 104/3 104/17 107/11 111/5
112/24 112/24 112/25
stated [1] 55/12
states [31] 1/1 1/3 1/10 3/3 3/7
65/19 69/6 87/22 87/23 89/2 90/23
93/12 94/24 95/4 95/16 97/1 97/3
97/4 98/3 98/12 98/20 98/21 98/22
98/23 99/12 100/6 102/8 103/8
128/22 128/24 129/8
states' [2] 96/3 103/15
Statuary [7] 14/23 14/24 18/9
18/11 18/19 20/11 22/19
statues [1] 74/21
status [5] 20/25 21/1 21/10 28/23
115/16
statutes [1] 101/24
statutory [2] 97/2 97/6
stay [6] 104/8 115/14 115/14
150/16 159/4 172/5
stayed [2] 115/16 133/18
staying [1] 159/19
steady [1] 137/22
Steal [1] 29/9
stenographer [1] 40/17
step [7] 33/8 87/3 95/17 124/1
148/1 174/11 174/22
stepped [2] 37/17 131/14
steps [3] 105/3 154/23 158/21
STEVEN [3] 1/16 1/16 3/11
stick [7] 63/25 74/1 74/3 76/8
124/18 168/2 168/9
still [62] 3/25 6/16 15/10 21/5
23/23 29/6 34/1 34/17 35/12 35/23
35/25 36/2 36/5 37/12 37/20 39/25
40/16 40/21 47/10 53/20 54/4 54/6
55/13 57/5 57/11 57/16 57/17
59/12 59/15 68/15 68/21 89/19
104/15 111/12 111/19 115/7 119/4
119/12 135/6 138/14 142/15 143/24
146/9 149/17 149/25 150/16 151/14
152/2 152/3 152/6 152/11 152/22
152/23 157/4 157/5 157/12 158/24
159/9 159/19 159/19 169/9 172/21

stop [30] 16/6 23/15 23/22 27/6
30/17 33/13 66/7 71/13 72/24 73/1
73/4 73/14 73/22 78/16 80/1 80/22
82/22 82/15 164/22 167/1 167/9
167/15 167/17 167/23 168/5 168/20
169/3 169/19 170/1 171/1
stopped [3] 14/7 27/2 169/9
straight [2] 106/9 107/25
stream [1] 137/22
street [2] 1/14 132/7
strike [3] 72/14 86/15 86/18
striking [1] 83/4
stuck [3] 41/4 41/8 42/2
studied [1] 104/25
stuff [2] 154/12 160/10
sub [1] 156/1
subchapter [1] 102/18
subject [9] 113/25 114/12 114/18
115/1 118/11 118/14 118/24 122/1
122/22
subsequently [2] 114/1 115/4
substance [1] 135/15
substantially [1] 108/16
substantive [1] 108/16
Subway [2] 132/24 133/2
subways [1] 53/9
succeeding [1] 99/18
successful [1] 22/10
such [8] 88/2 88/22 102/12 102/14
102/17 102/20 102/24 126/13
suggests [1] 126/3
suit [2] 25/18 131/23
Suite [1] 1/17
SULLIVAN [33] 1/6 3/3 3/12 16/6
17/4 66/8 72/6 72/9 75/5 75/10
75/17 76/23 77/1 77/6 77/15 78/8
78/17 79/10 79/24 80/9 80/14
81/17 82/2 82/14 82/24 83/14
83/25 84/2 84/7 124/23 126/4
169/15 172/24
Sullivan didn't [2] 78/8 79/10
Sullivan in [2] 78/17 79/24
Sunday [2] 92/13 102/21
superimposed [1] 110/14
supervision [1] 88/8
supervisor [1] 132/12
supervisor's [2] 132/11 132/22
Supervisory [1] 63/20
support [1] 124/24
supposed [2] 130/2 130/5
sure [13] 8/3 21/3 94/9 95/21
98/2 99/16 102/14 106/4 116/17
117/2 141/2 141/20 173/11
surroundings [1] 117/23
surveillance [11] 12/25 13/1 13/8
18/11 34/5 48/6 48/7 50/1 51/12
58/5 134/25
sustain [1] 127/20
sustained [3] 66/19 127/23 166/23
SWAT [1] 148/2
switch [9] 15/5 17/13 24/19 38/20
100/15 109/2 136/8 145/15 145/16
switched [1] 17/2
switching [1] 154/18
sworn [4] 87/11 92/8 92/9 128/8

**T**

table [4] 2/1 3/8 77/6 116/15
tactical [2] 63/25 124/17
tactics [1] 148/7
tailored [1] 31/6
take [23] 3/19 9/6 10/14 23/14
25/25 63/9 82/15 94/5 106/19
107/23 116/16 118/17 118/19
123/23 124/1 125/12 131/15 138/2
146/21 146/24 170/14 171/19
171/24
taken [5] 63/16 68/12 102/16
102/25 124/4
takes [1] 103/3 103/5 127/16
127/16
taking [1] 117/4

talk [7] 63/10 63/11 91/20 117/21
117/23
talked [1] 154/19
talking [14] 8/21 14/7 68/24
70/12 96/11 98/17 101/25 110/20
113/4 144/15 150/23 151/5 159/11
172/16
taller [1] 168/11
tape [3] 64/25 66/15 69/25
tapes [2] 66/12 67/25
team [13] 148/2 148/8 148/8
148/12 148/14 150/23 151/1 151/2
154/15 154/19 154/23 170/4 170/6
technical [1] 143/17
tell [14] 5/6 8/1 37/1 52/24
61/22 64/17 72/17 81/19 82/14
85/16 101/10 106/2 168/25 169/1
tellers [2] 95/25 99/22
telling [3] 85/19 116/9 152/3
temperament [2] 27/24 28/12
temporal [1] 91/21
temporary [2] 30/12 30/12
tempore [2] 91/4 117/3 117/10
ten [2] 164/15 164/17
tenure [1] 8/2
term [1] 91/10
terms [3] 75/1 103/2 165/11
terrace [3] 8/14 30/15 85/10
terrible [1] 130/12
testified [13] 20/19 25/15 31/7
65/7 65/14 65/17 65/23 67/2 67/13
67/24 164/11 168/23 171/18
testify [1] 66/1
testimony [5] 65/12 69/13 109/13
164/10 171/23
than [4] 95/5 103/3 103/5 131/7
thank [52] 4/5 7/1 16/22 17/25
18/3 20/15 25/9 30/23 40/14 43/15
43/17 44/21 52/16 54/19 55/5
57/24 63/8 64/10 67/17 70/8 70/19
73/13 74/23 78/14 79/21 81/13
83/17 87/2 87/10 87/13 100/7
105/16 123/24 123/25 125/21
128/10 134/14 136/10 138/2 143/23
155/20 156/8 157/25 160/19 161/18
161/19 162/4 169/2 169/18 169/18
170/1 173/5
that [692]
their [34] 3/25 14/9 23/12 29/17
30/16 34/22 42/16 43/24 46/6
88/25 92/3 93/24 95/1 95/11 98/3
98/6 99/21 104/2 104/6 106/7
106/20 107/15 111/3 111/6 115/14
115/21 115/23 118/20 131/21 132/2
150/6 153/9 153/23 166/16
them [22] 23/15 28/5 38/6 59/3
66/22 66/23 82/19 86/3 94/15
96/14 96/14 99/2 119/18 122/11
126/8 126/8 132/12 157/18 159/12
164/8 166/12 170/14
themselves [5] 15/18 95/1 98/6
101/7 105/14
then [69] 5/16 5/20 7/4 7/14 8/8
8/13 11/6 11/7 13/21 15/20 17/2
23/3 53/17 88/5 91/15 91/16 91/18
92/7 92/8 93/7 94/5 94/12 95/1
95/7 95/22 96/5 96/14 97/4 98/15
104/5 104/16 106/5 106/14 106/19
106/20 106/24 107/5 114/15 114/16
115/4 115/19 115/22 121/19 124/12
125/20 127/16 130/22 134/1 134/2
137/14 139/25 140/8 140/10 140/17
143/3 143/21 144/8 144/17 145/16
146/24 148/3 148/19 149/14 151/17
156/16 157/14 158/15 159/9 168/11
theory [2] 124/21 124/23
there [157] 9/4 10/13 12/25 20/4
20/8 20/22 21/15 21/17 21/19
21/24 21/25 22/13 23/23 25/25
27/2 27/14 27/17 27/19 28/2 28/6
28/9 28/25 29/4 29/6 30/7 30/17
31/14 32/19 33/15 33/18 34/2 36/3

**T**

**there... [125]** 36/20 39/19 39/21
39/24 40/16 40/21 40/21 40/24
40/24 41/1 41/8 42/20 45/1 48/1
49/4 51/6 54/6 55/3 55/13 55/20
57/5 57/20 59/15 62/1 62/20 63/22
65/2 65/5 68/8 69/5 70/10 74/11
75/19 76/1 76/2 76/3 77/15 78/16
79/4 79/24 81/16 84/19 86/13
90/18 91/6 91/16 91/23 92/5 92/6
93/24 95/5 95/17 95/25 96/3 96/17
96/22 96/24 104/8 104/12 104/16
104/19 104/23 105/24 106/13
107/12 108/17 108/18 110/14
111/23 113/3 113/23 114/13 115/18
115/25 116/13 116/15 117/5 118/3
118/18 119/13 119/14 119/16 120/8
120/25 121/5 121/7 123/11 125/8
125/23 125/24 126/10 126/11 127/4
127/9 127/22 129/24 130/22 131/11
137/22 138/7 138/14 139/17 139/18
141/11 141/11 143/11 146/5 146/22
148/18 149/2 151/7 152/23 157/4
157/5 161/9 163/9 163/10 165/4
165/10 166/17 168/6 172/10 172/13
172/15 172/16

**these [28]** 51/10 56/13 61/17
61/19 76/16 78/4 94/25 96/18
101/25 108/3 109/8 110/23 125/18
126/1 126/5 126/6 126/7 126/22
137/1 137/20 142/6 151/10 164/9
165/23 166/2 166/8 170/21 174/16

**they [107]** 3/21 5/6 5/13 8/20
11/2 13/3 14/13 21/3 21/12 21/12
28/5 28/6 28/13 28/19 28/25 29/1
29/1 29/13 29/18 29/22 30/14
30/16 33/6 33/7 33/7 33/8 34/3
53/17 61/20 89/16 91/14 92/2 92/3
92/14 94/14 94/17 95/2 95/4 95/8
95/12 95/13 95/23 95/24 96/2
96/12 96/19 96/21 97/6 98/6 98/8
98/11 99/24 100/10 101/22 101/23
103/19 104/2 104/6 104/8 104/12
104/13 104/15 105/19 105/23 106/5
106/11 106/11 106/14 106/16 107/7
108/21 110/21 116/3 116/3 116/4
116/6 119/2 119/3 119/4 119/6
119/8 120/7 120/18 121/19 121/20
122/7 122/8 122/8 122/10 124/22
125/12 125/14 125/15 131/14
131/16 141/16 144/2 148/14 150/10
152/6 153/19 157/4 160/25 163/10
163/13 170/9 170/11

**thing [1]** 139/17

**things [13]** 73/10 86/24 91/23
92/1 96/17 105/3 105/4 116/20
123/23 125/6 125/13 139/8 144/14

**think [22]** 36/18 63/1 88/8 89/6
91/14 93/16 96/9 97/10 98/20
100/7 104/22 107/9 107/10 107/11
107/11 107/12 121/17 121/17
121/18 121/19 124/17 126/18

**third [5]** 26/18 53/18 57/17
107/12 111/4

**this [332]**

**Thomas [2]** 2/3 3/18

**those [50]** 11/18 11/21 16/10
16/11 22/2 27/8 27/8 27/12 31/16
40/24 59/10 62/7 63/5 65/22 78/21
84/18 84/25 88/9 89/13 89/15 90/1
92/1 92/6 92/22 93/6 93/10 93/24
94/1 94/2 95/6 95/13 95/14 95/22
96/25 103/21 104/10 105/3 105/16
111/1 111/5 112/14 112/12 112/16
116/16 120/24 126/9 160/24 161/1
163/25 168/16

**though [1]** 100/9

**thought [1]** 126/23

**thousand [1]** 85/11

**threat [5]** 45/11 113/24 114/17
119/16 122/16

**threatening [2]** 79/5 83/11

**threats [1]** 109/4

**threshold [3]** 60/12 60/14 60/15

**through [48]** 4/11 4/13 6/17 10/25
16/25 20/10 20/20 27/22 32/12
33/19 34/20 44/22 50/23 53/1 53/9
55/17 56/18 66/21 66/22 82/19
93/13 94/5 108/1 112/4 112/18
113/2 114/6 116/18 117/7 118/5
118/7 118/22 119/21 120/6 123/14
131/25 132/20 132/24 133/2 142/18
145/22 146/1 148/22 150/8 150/10
150/12 156/16 160/13

**throughout [7]** 54/15 61/13 125/13
139/7 164/10 171/20 173/19

**Thursday [1]** 83/25

**tied [1]** 133/1

**time [122]** 4/22 5/4 5/24 8/2 8/5
9/14 12/1 13/12 13/19 14/9 14/12
14/14 15/2 17/18 18/3 18/20 19/4
21/4 22/15 22/20 23/1 23/17 24/9
24/15 26/4 26/10 27/4 31/18 33/15
34/12 38/13 38/25 39/16 40/3 40/7
43/7 45/20 46/23 48/14 48/17 49/9
50/15 51/14 53/19 54/17 55/22
56/6 58/17 58/19 59/24 60/5 61/4
63/8 68/19 77/17 79/6 79/10 83/24
86/24 94/25 94/25 95/3 99/1
103/12 103/16 103/21 103/21 104/9
105/24 110/14 112/12 112/19 113/9
114/25 115/8 115/15 115/19 116/25
117/12 117/19 117/21 118/15
119/15 120/12 121/5 121/7 121/14
123/18 123/20 129/21 130/5 130/14
130/14 130/15 130/18 134/22
136/23 137/7 138/8 138/13 139/2
139/4 142/15 142/18 143/17 145/4
152/10 152/21 154/25 159/14 160/9
162/12 162/15 169/8 169/14 170/19
171/22 172/2 172/7 172/15 172/16
174/12

**timeout [3]** 113/25 118/21 119/7

**times [9]** 16/25 22/8 65/12 164/10
164/11 164/12 164/13 164/15
165/20

**timing [1]** 51/5

**title [8]** 90/3 97/3 99/11 102/11
103/10 128/15 129/4 129/10

**today [5]** 63/19 65/8 84/10 86/25
109/13

**together [7]** 53/6 97/7 101/4
104/5 104/14 113/1 122/23

**told [6]** 33/23 52/12 53/11 53/12
115/19 131/14

**tomorrow [2]** 174/13 174/18

**too [11]** 5/4 38/18 39/12 39/13
39/19 39/19 42/2 49/5 66/23 86/13
98/1

**took [10]** 8/12 11/5 33/7 86/24
93/14 114/19 116/18 125/5 125/15
170/19

**top [14]** 19/4 32/9 32/21 34/12
41/10 49/10 57/16 97/23 101/12
102/3 109/6 112/1 130/13 145/4

**total [2]** 96/6 123/10

**touching [1]** 150/3

**tough [1]** 173/11

**towards [32]** 6/11 14/7 14/22
14/23 18/9 19/16 19/17 20/11 24/4
28/20 35/10 36/11 45/2 49/1 49/16
50/8 54/21 59/10 71/23 120/18
130/23 134/18 135/23 136/1 136/1
137/23 140/5 144/20 144/20 149/17
153/23 160/22

**tracing [8]** 13/25 24/14 34/15
36/2 47/8 49/20 54/15 61/13

**track [2]** 14/5 72/22

**traffic [2]** 129/16 130/12

**trained [3]** 21/12 29/1 33/6

**transcript [4]** 1/9 108/16 108/17
175/4

**transmit [1]** 98/11

**traumatic [3]** 162/18 162/20 163/1

**travagis [4]** 32/4 32/4 32/24
46/15

**traveled [2]** 32/11 48/7

**traveling [4]** 6/4 6/10 6/18 18/8

**trial [2]** 1/9 163/22

**trials [1]** 166/1

**tripod [18]** 68/10 70/15 70/25
71/19 71/24 73/23 74/12 76/5
77/25 79/15 80/17 80/24 82/2
167/6 167/25 168/24 169/10 169/16

**truck [1]** 131/12

**true [3]** 135/20 142/16 175/4

**try [4]** 23/15 66/22 88/24 148/22

**trying [19]** 23/10 37/1 46/6 53/3
72/21 117/5 117/10 117/21 134/1
139/18 142/19 142/24 151/20
152/11 156/9 158/21 159/15 159/15
163/24

**tucked [1]** 140/17

**tunnel [3]** 131/12 131/17 132/24

**turn [3]** 120/15 120/18 131/16

**turned [2]** 10/11 66/15

**turning [1]** 140/5

**TV [1]** 75/20

**Twelfth [3]** 97/2 97/10 97/21

**two [29]** 15/16 31/14 40/24 84/23
89/25 91/13 92/15 95/5 96/1 96/1
96/2 97/5 99/22 99/23 101/6
102/24 103/20 103/22 104/6 107/14
109/19 112/22 113/1 124/22 127/4
139/1 140/22 157/1 165/4

**twofold [1]** 125/22

**type [3]** 7/23 40/9 88/4

**types [1]** 92/6

**Typical [1]** 132/6

**typically [10]** 88/13 91/4 92/10
93/25 94/10 101/6 101/23 106/11
130/12 132/7

**U**

**U.S [2]** 1/22 99/9

**unable [1]** 62/17

**unauthorized [1]** 121/1

**unbarricade [1]** 53/11

**uncomfortable [1]** 160/9

**under [5]** 3/25 88/8 90/18 102/4
102/18

**underground [1]** 133/1

**underneath [1]** 133/2

**understand [3]** 63/25 75/4 124/19

**understanding [4]** 21/4 119/22
125/12 148/1

**unfortunately [1]** 169/21 170/18

**uniform [6]** 131/5 131/24 132/3
132/5 132/6 151/4

**uniformed [1]** 131/3

**uninterrupted [1]** 113/14

**unit [1]** 129/5

**UNITED [26]** 1/1 1/3 1/10 3/3 3/7
65/19 69/6 87/22 87/23 90/23
93/12 95/16 97/1 97/3 97/4 98/12
98/20 98/21 98/22 98/23 99/12
102/8 103/8 128/22 128/24 129/8

**unless [3]** 72/21 102/16 121/20

**until [20]** 27/1 27/7 67/15 91/18
96/14 102/14 103/6 114/2 116/20
159/7

**up [89]** 4/16 5/22 6/16 6/20 9/6
10/15 11/5 11/15 11/16 13/5 18/13
19/18 22/12 22/15 24/4 24/15
24/21 27/1 27/3 27/4 27/7 30/17
30/18 32/9 36/13 38/13 40/5 40/6
41/14 43/3 47/10 48/9 48/14 51/4
55/25 57/16 57/19 58/8 60/21 67/7
71/14 71/16 86/6 95/21 98/25
103/4 103/20 104/18 106/11 106/11
108/1 108/2 109/15 113/1 118/9
118/20 120/21 120/25 121/23
122/18 123/6 130/8 131/24 134/8
134/12 139/9 139/23 141/11 142/1
142/23 144/14 145/1 145/2 145/3

**U**

up... **[15]** 145/18 154/21 154/23
155/15 157/16 157/17 157/18
157/20 160/13 168/21 170/9 172/22
172/24 173/2 173/21
upon **[4]** 100/5 123/15 132/10
138/24
upper **[8]** 8/14 30/15 46/8 51/25
60/15 60/15 61/2 85/10
upstairs **[2]** 54/6 132/10
us **[25]** 4/11 8/1 11/7 11/9 18/19
20/19 22/19 32/6 34/9 34/10 41/1
64/17 72/17 81/20 82/14 103/3
103/5 106/7 114/18 115/13 116/4
116/16 116/20 146/17 148/3
USA **[2]** 7/7 24/25
USAO **[1]** 1/13
use **[2]** 85/17 126/22
used **[9]** 7/22 75/1 78/5 81/6
91/11 91/12 96/17 119/24 146/4
usually **[3]** 26/16 95/2 117/9
Utah **[1]** 126/7
utterance **[1]** 17/6
utterly **[1]** 126/6

**V**

valiantly **[1]** 42/7
value **[3]** 126/10 126/11 126/14
Vargas **[4]** 23/9 23/14 25/16 41/21
various **[7]** 89/3 95/15 105/2
116/8 118/4 125/5 125/13
vehicles **[1]** 129/16
verbatim **[2]** 108/16 108/17
versus **[1]** 3/3
very **[8]** 17/4 21/11 66/4 83/17
118/2 132/11 147/25 171/19
vest **[2]** 63/25 124/17
vice **[27]** 90/22 91/1 93/8 93/21
95/1 95/24 96/11 96/12 98/4 98/8
98/10 100/13 106/13 106/25 107/1
107/14 107/17 107/19 111/11
111/12 112/5 113/3 113/4 114/14
122/10 123/9 123/12
video **[35]** 6/16 9/8 15/13 17/2
24/9 25/1 46/4 46/9 47/7 55/21
56/4 70/22 73/10 78/10 78/17
79/23 81/17 82/25 83/7 83/13
109/10 109/12 117/16 126/20
126/24 127/10 127/13 136/24
142/13 145/1 145/18 165/23 169/9
173/14 173/15
videos **[7]** 82/16 82/22 82/23
163/15 164/4 164/9 166/2
videotape **[7]** 65/3 65/8 66/7
69/12 69/13 69/14 69/21
videotapes **[3]** 65/22 65/25 66/4
view **[7]** 59/6 59/23 61/2 131/15
141/5 154/18 163/22
viewing **[1]** 164/4
violence **[7]** 39/11 39/20 39/21
42/3 42/12 85/20 124/24
violent **[3]** 126/5 139/4 139/5
visit **[1]** 44/15
Visitor's **[1]** 64/21
visitors **[2]** 129/17 153/3
visually **[1]** 76/17
voice **[9]** 16/5 67/21 67/23 67/24
68/2 73/5 73/7 74/20 83/13
voluntarily **[1]** 66/16
volunteered **[1]** 23/14
vote **[12]** 93/10 93/17 93/18 93/22
94/3 94/7 95/4 96/7 98/4 103/15
104/12 104/16
voted **[6]** 98/6 98/7 98/9 98/9
98/24 104/13
votes **[21]** 93/3 93/3 93/6 94/1
94/9 94/15 95/1 95/5 95/6 95/9
95/12 98/10 98/15 100/1 102/15
102/17 102/22 104/3 106/5 106/22
123/10
voting **[1]** 93/21

vs **[1]** 1/5

**W**

waiting **[1]** 116/17
Waldo **[1]** 20/23
walk **[16]** 6/17 10/24 11/1 11/18
16/19 32/12 36/19 107/24 107/25
114/6 131/15 131/17 132/19 132/22
135/17 135/23
walked **[6]** 20/10 20/19 33/23
53/12 107/22 147/13
walking **[12]** 4/11 5/12 5/13 5/18
14/22 24/4 71/23 130/22 136/1
136/16 137/23 141/10
wall **[4]** 144/21 148/16 150/3
151/2
want **[15]** 51/5 68/21 69/3 94/5
95/4 118/9 121/17 129/7 146/17
146/23 147/14 171/15 172/2 174/8
174/17
wanted **[3]** 21/3 23/22 64/1
warning **[1]** 148/25
warrant **[1]** 63/21
was **[266]**
Washington **[7]** 1/5 1/14 1/18 1/24
89/8 89/22 130/12
wasn't **[2]** 29/17 167/4
watch **[6]** 4/14 34/19 36/25 143/5
156/14 173/12
watched **[10]** 10/25 11/17 22/2
32/1 36/18 40/15 40/20 84/21
122/2 154/14
watching **[6]** 15/2 42/22 52/18
135/23 151/19 152/11
watermark **[1]** 47/7
waving **[2]** 35/4 49/15
way **[14]** 23/12 30/16 30/19 41/14
42/21 91/12 124/25 132/18 147/7
148/9 148/21 153/23 156/10 173/18
ways **[1]** 91/11
we **[584]**
we'll **[47]** 5/20 7/3 15/5 15/20
22/12 29/5 29/10 30/22 34/24 37/4
37/10 37/11 37/23 38/2 39/6 41/6
42/9 44/19 44/22 45/4 54/8 54/18
58/25 63/10 67/7 93/13 114/6
124/1 137/14 143/3 143/21 144/8
144/25 146/12 146/17 146/25
148/18 151/25 153/21 154/4 154/13
157/14 158/18 159/1 159/17 174/12
174/16
weapon **[2]** 81/7 82/11
weapons **[7]** 46/6 126/1 126/5
126/6 126/7 126/13 148/7
wearing **[8]** 5/7 25/5 82/5 131/4
140/16 148/6 153/17 153/19
week **[6]** 4/11 4/17 16/24 20/19
63/1 84/21
welcomed **[1]** 106/19
well **[28]** 3/21 42/6 42/22 70/10
72/14 73/14 78/10 89/4 89/12
92/23 106/24 109/19 112/2 114/9
114/10 114/24 116/13 117/7 124/18
126/21 129/6 135/16 139/8 148/11
151/21 159/10 164/4 171/23
went **[19]** 11/3 32/14 32/15 33/15
33/15 33/16 33/17 34/3 53/10 62/6
82/19 107/17 116/9 116/17 121/18
131/25 132/20 133/2 160/13
were **[192]**
weren't **[2]** 116/24 143/18
west **[17]** 8/14 28/22 28/22 30/13
30/15 32/5 32/14 32/15 33/21 49/3
52/13 52/20 53/2 53/11 61/25 62/2
85/10
what **[236]**
whatever **[4]** 45/3 68/21 69/3 95/6
when **[88]** 9/3 11/2 20/19 20/23
21/9 21/11 21/19 21/24 28/24 32/3
32/3 32/11 32/13 33/4 33/13 34/3
36/18 40/15 40/20 52/25 53/6
56/17 58/14 62/1 62/6 62/19 63/23

72/17 84/21 84/22 91/1 91/17
91/25 92/2 93/22 93/24 93/24 93/17
93/18 93/22 94/9 100/9 101/21
103/14 104/12 104/13 105/9 105/11
105/24 106/10 106/16 113/16
114/11 116/10 116/19 118/18
119/24 119/25 121/5 121/7 122/7
122/9 122/20 123/3 124/15 124/22
124/25 131/9 132/3 132/20 133/24
134/4 138/6 138/7 139/5 142/8
144/14 148/4 148/14 149/25 150/5
154/1 155/13 160/13 162/15 163/4
163/4 164/4 173/17
Whenever **[1]** 27/2
where **[64]** 4/10 13/10 18/18 19/16
20/22 21/19 31/24 31/25 33/21
37/15 47/16 48/11 56/21 68/22
69/6 78/19 80/2 89/21 92/19 95/10
105/10 107/23 110/11 110/12 111/5
115/19 116/4 116/9 117/16 117/18
117/24 119/24 126/12 126/20 127/1
127/5 128/21 129/16 130/21 132/1
132/8 132/12 132/14 132/16 132/20
133/4 133/13 134/3 134/6 135/17
135/23 136/1 138/10 139/1 144/19
144/20 148/8 148/14 151/1 151/10
151/11 153/25 158/18 173/18
Whereupon **[26]** 9/18 12/5 13/16
17/22 18/24 22/24 31/22 39/4
43/11 46/1 47/2 48/21 50/13 51/18
56/10 58/23 60/3 61/8 97/14 99/5
100/20 108/10 110/1 137/11 156/5
158/12
wherever **[1]** 32/13
whether **[7]** 69/24 115/16 138/14
166/7 166/8 170/17 170/18
which **[48]** 12/15 12/16 25/23
26/14 26/16 27/19 28/24 53/16
58/12 64/20 66/6 66/11 66/16 91/4
91/16 93/4 94/18 96/20 97/8 98/10
100/1 100/4 100/16 101/9 101/21
102/6 102/18 104/9 105/12 105/17
109/10 113/25 117/9 117/20 123/10
124/23 127/10 127/13 131/10
131/12 132/1 133/7 134/8 134/13
136/7 138/11 166/18 169/9
while **[18]** 22/5 26/20 28/2 52/19
70/10 85/10 85/24 116/16 121/1
138/21 139/14 141/10 141/15
142/10 144/5 150/9 150/12 161/8
white **[4]** 27/20 135/15 164/5
165/23
who **[84]** 3/12 8/11 10/3 15/23
16/10 25/18 26/14 27/12 33/18
37/1 42/6 46/6 49/15 53/25 57/11
57/16 57/22 61/25 62/7 63/20
68/20 72/9 75/24 84/13 85/6 85/13
85/16 85/19 85/20 85/23 86/2 86/3
86/22 86/25 88/16 90/3 90/4 90/7
90/9 90/16 90/19 90/24 91/2 91/6
93/8 93/11 94/13 95/7 96/7 105/16
106/23 111/9 111/10 111/17 116/1
117/3 117/4 123/12 130/22 134/1
136/4 136/22 136/23 136/25 137/1
138/8 139/3 139/18 140/13 146/6
150/20 151/21 162/20 163/2 163/25
163/25 165/22 167/9 167/17 167/24
168/16 169/12 169/21 170/6
whoever **[2]** 94/10 95/4
whole **[1]** 112/22
whom **[2]** 98/5 99/24
why **[21]** 21/1 21/21 28/11 29/16
29/21 42/5 42/15 45/10 55/3
105/20 113/22 119/14 130/11
133/23 138/3 145/1 146/3 147/23
150/7 159/21 160/1
width **[1]** 135/15
wildly **[1]** 160/9
will **[40]** 12/23 16/19 20/4 24/21
29/3 29/3 49/12 51/6 52/1 59/5
63/11 64/1 66/23 94/13 94/14 95/1
95/6 95/8 95/10 97/25 99/1 106/17

**W**

**will...** **[18]**   106/19 106/20 106/24
111/8 114/12 118/7 124/19 125/7
125/12 126/19 127/20 127/23 128/7
141/2 144/17 174/12 174/18 174/21
**will make** **[1]**   141/2
**window** **[16]**   4/13 8/21 8/23 9/1
9/4 9/24 10/3 11/2 155/11 155/11
155/12 160/13 163/25 167/18 168/9
171/6
**windows** **[7]**   8/21 10/9 41/14 55/18
148/23 163/16 167/4
**wing** **[5]**   4/11 4/20 5/25 7/10 7/9
**winning** **[1]**   94/14
**Wisconsin** **[1]**   1/17
**withdraw** **[1]**   112/6
**within** **[4]**   26/12 88/2 132/8 133/5
**without** **[1]**   116/9
**witness** **[29]**   3/13 6/11 8/19 12/10
16/5 25/3 31/10 32/8 32/20 41/13
46/14 50/3 55/24 64/4 64/5 83/18
87/4 109/11 111/25 124/5 124/8
124/9 124/14 125/3 128/1 135/4
140/21 149/10 173/5
**witnessed** **[3]**   32/3 62/1 160/6
**witnesses** **[2]**   2/2 63/19
**woman** **[6]**   16/8 16/9 158/23 160/13
169/20 172/21
**won** **[2]**   94/19 96/7
**wood** **[2]**   27/18 27/19
**wooden** **[2]**   111/2 112/3
**words** **[1]**   98/1
**wore** **[1]**   124/17
**work** **[10]**   22/12 88/7 88/11 89/19
89/21 89/22 123/16 130/14 134/4
138/5
**worked** **[1]**   129/5
**works** **[1]**   25/22
**worry** **[1]**   6/8
**worst** **[1]**   160/8
**would** **[71]**   5/17 6/17 10/11 11/12
12/1 13/12 14/5 16/6 16/7 16/10
17/18 22/20 25/5 27/3 27/12 28/13
28/19 29/13 29/19 31/7 34/7 39/21
45/13 46/15 46/23 48/18 51/2
54/22 55/22 56/13 56/24 58/6
61/11 65/18 66/9 88/22 88/23
88/24 105/2 107/15 115/20 117/3
122/8 122/8 122/11 122/11 122/12
123/11 124/7 125/7 127/11 127/25
129/13 129/13 129/15 129/16
130/21 132/7 133/18 134/10 136/9
137/7 138/10 139/21 141/20 143/15
148/1 148/3 155/25 162/6 167/20
**wouldn't** **[1]**   105/23

**Y**

**Y-E-T-T-E-R** **[1]**   162/2
**yeah** **[10]**   15/18 34/3 39/21 45/1
55/3 90/21 102/4 115/3 115/9
115/12
**year** **[8]**   8/2 91/15 91/22 92/6
126/25 128/20 164/10 164/11
**year's** **[1]**   91/14
**years** **[10]**   63/2 63/5 89/6 91/13
92/16 93/6 129/1 129/2 129/6
162/7
**yelling** **[4]**   83/14 139/7 143/6
167/9
**yellow** **[8]**   6/1 25/2 41/12 61/19
61/22 80/3 80/12 81/23
**Yep** **[1]**   80/21
**yes** **[499]**
**yet** **[2]**   40/2 100/16
**Yetter** **[39]**   2/8 128/4 128/8
128/17 134/15 134/24 135/9 135/22
136/13 137/4 137/16 138/1 138/3
140/2 140/11 141/25 143/24 144/9
144/19 145/4 145/10 145/21 147/23
148/20 149/16 151/19 154/18
154/22 155/7 155/22 158/4 158/18

159/8 159/25 161/4 161/8 162/1
**you** **[848]**
**you're** **[2]**   7/10 11/9
**young** **[2]**   16/8 106/23
**your** **[117]**   3/5 3/6 3/11 3/13 3/17
3/19 4/3 7/6 7/11 9/14 12/1 13/12
15/25 16/12 16/19 16/23 17/18
18/4 18/20 19/25 20/21 21/4 22/5
22/20 25/12 26/8 26/23 28/9 28/15
31/18 38/25 40/2 43/7 43/16 43/18
45/20 45/24 46/23 48/17 50/10
51/5 51/14 53/4 56/6 57/24 58/19
59/18 59/24 61/4 62/3 62/8 62/13
62/13 62/21 62/21 64/10 64/17
65/12 69/13 75/1 76/17 78/3 78/3
83/18 84/4 84/10 87/7 87/18 87/20
88/20 93/18 109/12 116/10 119/14
124/7 125/21 126/16 127/3 127/25
128/15 129/10 131/7 131/16 131/24
132/5 137/7 138/19 140/18 142/16
142/18 142/20 143/16 143/17
144/22 147/2 147/23 149/12 153/1
154/25 158/8 161/9 161/10 161/25
163/1 163/21 166/20 171/9 171/11
171/13 171/13 171/23 172/22
172/25 173/3 173/5 173/8 174/17
**yourself** **[17]**   8/5 21/19 25/1
39/16 52/19 111/19 111/21 113/15
128/15 130/13 134/24 135/2 136/13
137/16 140/2 155/22 165/4
**YouTube** **[1]**   126/24

**Z**

**Zachary** **[3]**   166/17 166/18 166/22
**zoom** **[1]**   97/23