```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,
                                      Criminal Action
 4             Plaintiff,             No. 1: 21-078

 5        vs.                         Washington, DC
                                      November 14, 2023
 6   JOHN EARLE SULLIVAN,
                                      10:27 a.m.
 7             Defendant.
     _____/
 8

 9                  TRANSCRIPT OF JURY TRIAL
            BEFORE THE HONORABLE ROYCE C. LAMBERTH
10               UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Plaintiff:    MICHAEL LAWRENCE BARCLAY
13                         REBEKAH LEDERER
                           USAO
14                         601 D Street NW
                           Washington, DC 20530
15

16   For the Defendant:    STEVEN ROY KIERSH
                           LAW OFFICE OF STEVEN R. KIERSH
17                         5335 Wisconsin Avenue, NW
                           Suite 440
18                         Washington, DC 20015

19

20

21
     Court Reporter:       SHERRY LINDSAY
22                         Official Court Reporter
                           U.S. District & Bankruptcy Courts
23                         333 Constitution Avenue, NW
                           Room 6710
24                         Washington, DC 20001

25
```

TABLE OF CONTENTS

WITNESSES

Jade Sacker

        Direct examination by Mr. Kiersh            13
        Cross-examination by Mr. Barclay            19
        Redirect examination by Mr. Kiersh          41

Benjamin Binger

        Direct examination by Mr. Barclay           44
        Cross-examination by Mr. Kiersh             59


Matthew Foulger

        Direct examination by Ms. Lederer           59
        Cross-examination by Mr. Kiersh             142
        Redirect examination by Ms. Lederer         158

John Sullivan

        Direct examination by Mr. Kiersh            161


EXHIBITS


Government Exhibit 901.3                             33
Government Exhibit 855                               50
Government Exhibit 801                               51
Government Exhibit 821                               54
Government Exhibit 829                               55
Government Exhibit 830                               55
Government Exhibit 831                               55
Government Exhibit 832                               56
Government Exhibit 836                               57
Government Exhibit 850                               57
Government Exhibit 1120                              63
Government Exhibit 1123                              64
Government Exhibit 1126                              65
Government Exhibit 702                               71
Government Exhibit 703                               72
Government Exhibits 704 - 711                        72
Government Exhibit 1101                              99
Government Exhibit 1113                              100
Government Exhibit 1114                              102

```
 1                    EXHIBITS CONTINUED

 2     Government Exhibit 1115                        102
       Government Exhibit 1119                        104
 3     Government Exhibit 1102                        106
       Government Exhibit 1107                        107
 4     Government Exhibit 1105                        108
       Government Exhibit 1110                        109
 5     Government Exhibit 1103                        110
       Government Exhibit 1112                        111
 6     Government Exhibit 1104                        112
       Government Exhibit 1106                        114
 7     Government Exhibit 1111                        115
       Government Exhibit 1002.3                      119
 8     Government Exhibit 690                         123
       Government Exhibit 688                         125
 9     Government Exhibit 901.9                       126
       Government Exhibit 901.3                       127
10     Government Exhibit 902.19                      132
       Government Exhibit 902.22                      133
11     Government Exhibit 902.23                      135
       Government Exhibit 901.5                       135
12     Government Exhibit 901.18                      136
       Government Exhibit 713                         138
13     Government Exhibit 714                         140

14

15

16

17

18

19

20

21

22

23

24

25
```

1        P R O C E E D I N G S

2        THE COURTROOM DEPUTY:  This is criminal case 21-078,

3    *United States of America versus John Earle Sullivan*.

4        Starting with the government, please approach the

5    podium and state your appearance for the record.

6        MS. LEDERER:  Good morning, Your Honor.  Rebekah

7    Lederer and Michael Barclay on behalf of the United States.

8    And also at counsel table is Hamdi Mohamed and Special Agent

9    Matthew Foulger.

10       And, Your Honor, the government would like to address

11   something with you briefly after counsel's introduction.

12       THE COURT:  Okay.

13       MR. KIERSH:  Good morning, Your Honor, Steve Kiersh

14   on behalf of John Sullivan who is present in the courtroom.  We

15   also have representations related to defense witness Jade

16   Sacker, which are the same issue the government just raised.

17       THE COURT:  Okay.

18       MR. BARCLAY:  Your Honor, we understand that one of

19   the defense witnesses is going to be Jade Sacker, who was with

20   Mr. Sullivan, both on the Capitol grounds and throughout the

21   Capitol.  First issue, relates to her representation.  Until

22   today, the government believed that she -- the government's

23   understanding is she is represented, but her counsel is not

24   here today.  Given her -- the defense has stated their intent

25   on direct is to limit their direct to Ms. Sacker's conduct

```
1   outside the Capitol.  But, frankly, there are many routes
2   especially if the defense is trying to elicit Mr. Sullivan was
3   acting as a journalist outside of the Capitol, where
4   cross-examination properly should open up the various things
5   that Mr. Sullivan said and did in front of Ms. Sacker both
6   inside and outside the Capitol.  From the government's
7   perspective that is somewhat of an artificial distinction when
8   it comes to that defense.
9          In light of that, the government's position is that
10  Ms. Sacker should be appropriately instructed on her Fifth
11  Amendment right and her Fifth Amendment -- we would request the
12  Court have a colloquy with her to even understand whether she
13  has been appropriately advised as to her Fifth Amendment right
14  and whether she will be asserting a testimonial privilege.  I
15  understand in other cases judges have asked the Federal Public
16  Defender to step in to advise for the purposes of that
17  colloquy, given the absence of counsel.
18         I will leave it there unless there are -- I reserve
19  the right to respond to anything the defense says in terms of
20  witness ordering and manner of presentation.  I think that
21  is --
22         MR. KIERSH:  Your Honor, Ms. Sacker had been
23  represented throughout this process by an attorney in New York.
24  And I have been in regular, almost constant contact with him.
25  He alerted me last night that Ms. Sacker will be here today.  I
```

1  still thought he would be here.  I asked Ms. Sacker about it.

2  She said it was really a financial issue and that they didn't

3  want to incur the cost of having him come in from New York.

4  She is a resident of New York City.

5          I agree with Mr. Barclay's representation that my

6  direct is going to bring her up to the Capitol grounds.  And I

7  am not going to go anywhere past that.  And Mr. Barclay laid

8  out the government's position.

9          The other issue is that she is here as a witness.

10  And I intend to ask her what conversation she had with

11  Mr. Sullivan as they left the hotel on January 6 and they

12  walked towards the Capitol.  Because she is going to say they

13  came and walked to the Capitol together.  And in anticipation

14  of the government asserting a hearsay objection, I am relying

15  on 803(3), which is Federal Rule of Evidence 803(3), which is

16  the then existing mental, emotional, physical condition.  And

17  this is excluded by the hearsay rule, a statement of the

18  declarant's then existing state of mind such as motive, intent

19  or plan.

20          So our position is that Ms. Sacker if asked what was

21  her understanding of Mr. Sullivan's motive, intent and plan is

22  they walked towards the Capitol.  Anything she says is excluded

23  from hearsay in that she can't properly testify to it.  This

24  issue is also going to arise with respect to Agent Foulger.

25  But we can get to that later.  So under 803(3) which is a

1     separate issue than that raised by Mr. Barclay.  We would be

2     seeking admission of her testimony regarding Mr. Sullivan's

3     motive, intent and plan.

4           THE COURT:  Well, the first issue is whether I need

5     to advise her.  Is she here now?

6           MR. KIERSH:  She is.  And I have generally explained

7     to her -- I am not her lawyer.

8           THE COURT:  I understand.  But I have an obligation

9     to talk to her about whether -- I should ask her if she wants

10    to meet with the Public Defender, which I can have her do

11    before she takes the stand.  So let's see if we can ask her to

12    step in.

13          MR. KIERSH:  Very well.  Excuse me.

14          (Ms. Sacker enters the courtroom.)

15          THE COURT:  If you would step right up to the podium

16    here.

17          I understand your name is Jade, is it Sacker?

18          MS. SACKER:  Uh-huh.

19          THE COURT:  The defense attorney tell me he expects

20    to call you as a witness in the case, that you have an attorney

21    that he has talked with on your behalf, but you don't have an

22    attorney here today.  It is my obligation to tell you that

23    because you are going to talk about events that could result in

24    charges being brought against you by the government -- I don't

25    know whether they would charge you or not, but they have the

1  opportunity to charge you based on where and when you were

2  there and things that occurred that day.  I have an obligation

3  to tell you that if you want to consult with an attorney here,

4  I can have a public defender -- we have a duty public defender.

5  I can have a public defender talk to you about whether it is in

6  your interest to take the stand and have them available to

7  advise you on whether you should testify.  I know you have your

8  own attorney you have talked to.  But if you would be more

9  comfortable talking with an attorney here before you take the

10  stand, I can make that available to you before you take the

11  stand here today.

12          You have a right under the Fifth Amendment to do that

13  before you take the stand.  So I want to make sure if you are

14  satisfied with your own appearing without counsel here or if

15  you would like to consult a public defender, I would make one

16  available.

17          MS. SACKER:  I appreciate that.  I think after

18  consulting --

19          THE COURT:  Can you speak into the mic?

20          MS. SACKER:  No, I appreciate that.

21          I think after consulting my lawyer, I feel confident

22  that I can testify.

23          THE COURT:  Okay.  All right.  Thank you very much.

24          Let me talk to counsel then.  If you will -- are we

25  going to go out of order and take her next or what is our

1    schedule?

2          MR. KIERSH:  Jade, you can wait out in the --

3          THE COURT:  If you will wait outside, we'll let you

4    know what order we are going to take the witnesses in.

5          (Ms. Sacker exits the courtroom.)

6          MR. KIERSH:  Your Honor, we would seek to introduce

7    her out of order, so she can get back to New York.  But I

8    believe the government has a different view of that.

9          THE COURT:  All right.

10         MR. BARCLAY:  Your Honor, the government strongly

11   opposes that.  We are in the middle of our case in chief.  We

12   are having our case in chief.  This is, obviously, a jury

13   trial.  You know, we have a right to present our case in the

14   manner and order in which we see fit.  And it would prejudice

15   that to insert a defense witness in service of the defense

16   theory of the case in the middle of that.  The only reason why

17   I have heard we are doing that is because of the witness'

18   schedule.  That is, frankly, not unordinary in these types of

19   cases.  She -- you know, we can get to the afternoon and see

20   where we are then.  But we are -- frankly, have two more

21   witnesses to call that complete our theory of the case before

22   we jump right into what the defense would like the jury to

23   hear.  So we oppose that in extremely strong terms.  And I

24   think there is no compelling reason beyond the witness'

25   schedule to do that here.

1            THE COURT:  Okay.

2            MR. KIERSH:  Your Honor, there is no mystery what the

3     defense theory of the case is.  We have said in opening

4     statement, it has been the subject of our cross-examination.

5     The jury -- I hope and I believe it is very clear in the jury's

6     mind what the theory of the defense is.  And that

7     Mr. Sullivan's intent on being in the Capitol, which we are not

8     contesting on January 6, was that he was there for journalistic

9     purposes, not for disruptive purposes.  This witness is simply

10    going to say -- she is going to be very quick.  She is going to

11    say they were together on January 6.  She is filming him.  His

12    purpose in being there was not to disrupt the proceedings.  He

13    was there for journalistic or archivist purposes.  That is it.

14            Again, so if there was a surprise, I can understand

15    the government's position a little bit better.  But there is no

16    surprise.  And it really is an accommodation so she can get

17    back to New York.  She has train tickets at 3:00 today on

18    Amtrak and we would like to get her out of here.

19            THE COURT:  Well, I originally was doing it, because

20    I thought I was also accommodating her attorney, but I will go

21    ahead and do it now.  I will explain to the jury what we are

22    doing.  You can bring in the jury.

23            MR. KIERSH:  Your Honor, before we get the jury we

24    have the 803(3) issue as to whether or not I can inquire as to

25    whether or not Mr. Sullivan stated to her as a declarant what

1    his state of mind, intent and purpose was on January 6.  And,

2    again, we submit it is clearly embodied by 803(3).

3                THE COURT:  Let me look at the rule.

4                The government want to make their argument on that?

5                MR. BARCLAY:  May the government be heard on that?

6                THE COURT:  I will hear from the government on that.

7                MR. BARCLAY:  Your Honor, in short, the government --

8    we are happy to take it piece by piece and see how the evidence

9    comes in.  If it goes solely to Mr. Sullivan's intent, we agree

10   that would not be hearsay.  But that does open the door to

11   everything regarding what Mr. Sullivan's purpose for being

12   there that day was, everything he said to Ms. Sacker throughout

13   his time outside and inside the Capitol, whether he really was

14   there based on journalistic purposes or whether he was there

15   for something more.

16               THE COURT:  All right.  You can bring in the jury.

17               MR. KIERSH:  Your Honor, may I get the witness now?

18               (The jury is seated.)

19               THE COURT:  All right.  You may be seated.  Good

20   morning, ladies and gentlemen.  The government still has two

21   witnesses, but to accommodate some scheduling issues, I am

22   going to let the witness -- the defense call their one witness

23   out of order.  She is from New York and we are trying to

24   accommodate some scheduling issues.  So the defense has one

25   witness we are going to take out of order now.

DIRECT EXAMINATION OF JADE SACKER

1           The defendant calls this witness.

2           If you will stand and face the clerk, she will give

3    you the oath.

4                     JADE SACKER, sworn.

5           THE WITNESS:  Yes.  Thank you.

6           THE COURTROOM DEPUTY:  Thank you, you may be seated.

7           THE COURT:  All right.  Mr. Kiersh, you may proceed.

8           MR. KIERSH:  Thank you, Your Honor.

9                     DIRECT EXAMINATION

10   BY MR. KIERSH:

11      Q.  Good morning, ma'am.

12      A.  Good morning.

13      Q.  In a loud clear, voice, so that everybody can hear

14   you, can you tell us your full name and spell it for the

15   benefit of the court reporter?

16      A.  Yes.  Jade Sacker; J-A-D-E, S-A-C-K-E-R.

17      Q.  Ms. Sacker, where do you live?

18      A.  I currently live in New York.

19      Q.  How old are you?

20      A.  I am 25.

21      Q.  What is your profession?

22      A.  I am a documentary filmmaker and a journalist.

23      Q.  And when you say, you are a documentary filmmaker,

24   could you just give a little more details for the members of

25   the jury?

DIRECT EXAMINATION OF JADE SACKER

1        A.   Yeah.   I finished my first feature film about last

2   year.   And it is called "A House Divided."   It was produced by

3   John Legend's company, Get Lifted.   And it is represented by

4   United Talent Agency.   And it is about John Sullivan and his

5   brother, James Sullivan.   We filmed over about a year.   And

6   before that, I was a conflict photographer working in, like,

7   Syria and Iraq, as well as Myanmar and Bangladesh.   And my work

8   primarily focuses on identity and displacement.   Yeah.

9        And the story, "A House Divided" is -- it is about how

10   political polarization impacts family dynamics.   And is told

11   through the eyes of John and James.   But it is not overtly

12   political.   It is more about their relationship.   Yeah.

13        Q.   I'm sorry.   What is your educational background?

14        A.   I didn't go to college.   But I currently teach for

15   Brooklyn College.

16        Q.   Okay.   In what capacity do you teach at Brooklyn

17   College?

18        A.   I work for Project Peace.   I teach documentary

19   filmmaking in high school in Crown Heights.   And I love it.

20        Q.   Okay.   Great.   Now, do you know John Sullivan?

21        A.   Yeah.   He is the subject of the documentary.

22        Q.   Okay.   And do you see John Sullivan in the courtroom

23   today?

24        A.   Yeah.

25        Q.   Can you point him out?

14

DIRECT EXAMINATION OF JADE SACKER

1       A.  Yeah.

2       Q.  He is the gentleman -- he is wearing a light colored

3   suit?

4       A.  Yeah.

5       Q.  Okay.  And how long have you known John Sullivan?

6       A.  I think we met in October of 2020 at the VP debate.

7       Q.  The vice presidential debate?

8       A.  Yeah.  In Utah.

9       Q.  Did you form a professional relationship with John

10  Sullivan -- let's go back to around October 2020?

11      A.  Yeah.

12      Q.  What was the nature of that professional relationship?

13      A.  He was the subject of the documentary.

14      Q.  Okay.  And the documentary is the one you are talking

15  about with John Sullivan and his brother?

16      A.  Yeah, James.

17      Q.  And that is called "A House Divided."  Correct?

18      A.  Uh-huh.

19      Q.  You have to say yes or no.

20      A.  Yes.  I'm sorry.

21      Q.  Now, on January 6, 2021, do you remember that day?

22      A.  Some of it.

23      Q.  Okay.  Where were you on January 6, 2021?

24      A.  I was in DC.

25      Q.  Okay.  And who were you with?

1          A.   I was with John.

2          Q.   John Sullivan?

3          A.   Yeah.  Not the whole day, but a lot of it.

4          Q.   Now, what was your purpose in being in Washington, DC,

5     on January 6, 2021?

6          A.   Yeah.  I was following John.  Yeah.  He came out.  I

7     think there was anticipation for like a rally.  And he wanted

8     to cover it and I was covering whatever he was doing.  So it

9     was intending to follow him.

10         Q.   Where did you meet up with John Sullivan on January 6,

11    2021?

12         A.   My recollection is that I was staying in an Airbnb

13    like kind of outside of DC.  And I met him at his hotel and

14    then we walked over to the National Mall.

15         Q.   Do you remember what time you and Mr. Sullivan walked

16    over to the National Mall?

17         A.   I don't.

18         Q.   Was it afternoon?

19         A.   It was morning.

20         Q.   Did you attend the rally at the National Mall?

21         A.   Yes.  And it is in the film.  It was just like a silly

22    Trump event, in my like recollection, yeah, in my opinion.

23         Q.   Did you see President Trump speak at that rally?

24         A.   I didn't.

25         Q.   Were you with John Sullivan at the rally?

1         A.   Yeah.

2         Q.   Okay.   From the rally, where did you and Mr. Sullivan

3    go?

4         A.   I had to use the bathroom.   And everything like all of

5    the porta potties had big lines.   So I went back to the hotel

6    and used the restroom there.

7         Q.   When you say the hotel, was that the hotel

8    Mr. Sullivan was staying at?

9         A.   Yes.

10        Q.   Where did you go after you used the bathroom and you

11   left the hotel?

12        A.   Yeah.   We saw on Twitter -- I don't have a Twitter,

13   but people started tweeting that they were storming the

14   Capitol.   So we decided to go there and see what was happening.

15        Q.   And when you say we, do you mean yourself and John

16   Sullivan?

17        A.   Uh-huh.

18        Q.   You have to say yes or no.

19        A.   I'm sorry.   Yes.

20        Q.   And before you and Mr. Sullivan left to go to the

21   Capitol, had you and Mr. Sullivan made any plans to go to the

22   Capitol?

23        A.   I don't think so, not necessarily.

24        Q.   And on -- did you walk over to the Capitol?

25        A.   Uh-huh.   Yes.   I'm sorry.

DIRECT EXAMINATION OF JADE SACKER

1          Q.  You have to get used to it.

2          When you went over to the Capitol, did Mr. Sullivan have

3     anything in his hand?

4          A.  A camera.

5          Q.  Okay.  Anything else?

6          A.  A gimbal.  I'm sorry.  It wasn't a camera.  I think it

7     was his phone --

8          Q.  Okay.

9          A.  -- on a gimbal.

10          Q.  And you say a gimbal is that -- do you mean, a tripod?

11          A.  Yeah.  It is a kind of tripod and it stabilizes

12     footage.  So it usually has like 3 axis and it go -- yeah.

13          Q.  Do you know why Mr. Sullivan was carrying a gimbal,

14     tripod and his camera?

15          A.  Yeah.  He wanted to document whatever happened that

16     day.  Like it was going to be a historic day, so he documents

17     things on the side.

18          Q.  And what would you -- how would you characterize

19     Mr. Sullivan's employment at that time on January 6, 2021?

20     What name would you give it?

21          A.  Well, he was working for a company in sales, but had

22     been put on some kind of administrative leave or like -- I know

23     they were still paying him, I believe.  But he wasn't, like,

24     actively working.

25          Q.  What is an archivist?

1        A.   I think someone who documents history and events as

2   they unfold.

3        Q.   Did you consider Mr. Sullivan to be an archivist on

4   January 6, 2021?

5        A.   I think that is the closest thing that I would

6   characterize him as, yeah.

7        Q.   Did Mr. Sullivan ever say his plan or intent in going

8   to congress was to disrupt congress that day?

9        A.   No.

10       Q.   Did Mr. Sullivan ever say that his plan or intent on

11  January 6, 2021 was to be in a fight with police officers at

12  2021?

13       A.   No.  He expresses often that he doesn't like conflict.

14       Q.   Was it -- did Mr. Sullivan ever express on January 6,

15  2021, a plan to interfere with police officers at the United

16  States Capitol on January 6, 2021?

17       A.   No.

18            MR. KIERSH:  Thank you, Ms. Sacker.

19            I have no further questions.  I pass the witness.

20                         CROSS-EXAMINATION

21  BY MR. BARCLAY:

22       Q.   Good morning, Ms. Sacker.

23       A.   Good morning.

24       Q.   You said you started following John, Mr. Sullivan,

25  following the presidential -- the vice presidential debate that

1    was October 2020.  Is that what you said?

2         A.  Yeah.  I think it was around the end of October.

3         Q.  And your documentary on the two brothers, is it fair

4    to say that they have different political views?

5         A.  Yeah.  I would characterize James as more like

6    conservative and John as more liberal.

7         Q.  John, Mr. Sullivan --

8         A.  Yeah.  I'm sorry.

9         Q.  -- had antigovernment views; right?

10        A.  I don't know if that is like for me to say like what

11   is in his mind.

12        Q.  I'm sorry.  You said you don't know if that is for you

13   to say what is in his brain?

14        A.  Yeah.  Like essentially, yeah.  You mean, like at the

15   time or now?

16        Q.  I'm sorry.  Isn't your documentary on the political

17   views of the two brothers?

18        A.  Yeah.

19        Q.  So you're saying that it is not for you to say from

20   the stand today, what is in his brain?

21        A.  Yeah.  I would say, I mean, that is kind of like a

22   vague assertion.  But, you know, I don't think a lot of people

23   feel, and John included, that the two-party system is, like,

24   functioning well.

25        Q.  I think you said on direct that John -- that

1    Mr. Sullivan had no plan to go into the Capitol that day; is

2    that right?

3         A.   Not that I am aware of.  Not that he expressed to me.

4         Q.   Did John tell you that Mr. Sullivan -- I'm sorry --

5    Mr. Sullivan tell you that he had inside information about what

6    was going to happen?

7         A.   Yeah.  Myself and my father he had mentioned he

8    thought they were going to storm the Capitol in I believe the

9    days if not like weeks prior.

10        Q.   So before you attended the rally on January 6,

11   Mr. Sullivan had told you that he thought that supporters of

12   President Trump were going to storm the Capitol on January 6?

13        A.   Yeah.  And I didn't believe it.

14        Q.   You also know that Mr. Sullivan regularly carried a

15   knife on him; right?

16        A.   No.

17        Q.   You didn't know that?

18        A.   I think I saw it in footage after.  But I don't recall

19   him, like, regularly carrying a knife that I saw, that I was

20   aware of.  I think that would have made me uncomfortable.

21        Q.   Did you give an interview after the days of January 6

22   to a publication called "Grayzone"?

23        A.   Maybe.  I don't recall specifically.

24        Q.   Okay.  And did you speak with someone called Max

25   Blumenthal on January 12th, 2020?

1      A.  I do remember him, yeah.

2      Q.  Do you remember saying to Mr. Blumenthal, "I do know

3   that he" John "carries a knife because he is afraid of the

4   Proud Boys.  And he is scared of people on the right.  And I

5   have repeatedly told him that I don't think he should."

6      Do you remember saying that?

7      A.  I don't.  But I guess it has been years.

8      Q.  You don't remember saying that, but do you dispute

9   saying that?

10     A.  No.  I am sure I might have said that.

11     Q.  So you went -- you followed Mr. Sullivan throughout

12  the day on January 6, 2021; right?

13     A.  Yeah.  Throughout the morning and then we were

14  separated throughout the day.  And then I saw him again like in

15  the afternoon.

16     Q.  So to be clear, you followed him into the United

17  States Capitol the afternoon of January 6, 2021?

18     A.  Yes.

19     Q.  And you were separated inside the United States

20  Capitol on January 6, 2021?

21     A.  Yes.

22     Q.  And you met up outside the United States Capitol after

23  both you and Mr. Sullivan had left the United States Capitol?

24     A.  Yes.

25     Q.  Okay.  When you were leading up to the Capitol, do you

1    remember hearing -- do you remember hearing flash bangs or tear

2    gas being deployed?

3        A.   Yeah.  It is actually in the film.  It is in my

4    footage.  It is something that I experienced, like I saw it as

5    well as heard it.

6        Q.   Do you remember Mr. Sullivan telling you, "Are you

7    ready, Jade?  I don't think you are.  Shit is going to go down

8    now.  We are taking the shit to the ground"?

9        A.   Vaguely.  I remember I didn't have like a tear mask or

10   anything with me.  Again, because I didn't think that it was

11   going to happen.  So, yeah, I wasn't ready for anything like

12   that.

13       Q.   Even though Mr. Sullivan had told you before and was

14   telling you then, "Shit is going to go down"?

15       A.   Yeah.  I thought it was like outlandish.

16       Q.   And Mr. Sullivan's mom told you to keep him safe;

17   right?

18       A.   To keep John safe?

19       Q.   Keep John safe.

20       A.   Probably.  That sounds like something she would say.

21       Q.   And you said that to John?

22       A.   Maybe, yeah.  I don't -- I honestly don't remember a

23   lot of the day.

24       Q.   That part is not in your documentary?

25       A.   No.

CROSS-EXAMINATION OF JADE SACKER

1          Q.   Did John say to you when you told him that your mom --

2    his mom had told you to keep him safe, "I don't care.  Let's

3    fuck shit up"?

4          A.   Maybe.  It might be in his footage, so, yeah.  I --

5    again, I don't have, like, the best memory.  But if you are,

6    like, saying it to me, I believe you.

7          Q.   I am asking you.

8          A.   Yeah, maybe.  I don't know.

9          Q.   You saw John put on a gas mask?

10         A.   Uh-huh.  Yes.  I'm sorry.

11         Q.   And you saw him pick up his megaphone outside the

12   Capitol?

13         A.   Yeah.  I believe -- yeah.  And I think it is in the

14   film as well.

15         Q.   And you saw him try to rile up the crowd with that

16   megaphone?

17         A.   I don't remember like exactly what he said.  Yeah.

18         Q.   Did he say let's burn the shit down?

19         A.   Yeah.  But I don't know if he said it into the

20   megaphone.  He might have just said it.

21         Q.   You saw the rioters attack police at kind of the

22   scaffolding structure; right?

23         A.   Not really.  Like they were definitely, I think, like,

24   pushing against the railing.  But I don't remember seeing

25   anyone, like, attack a person necessarily.

CROSS-EXAMINATION OF JADE SACKER

1          Q.   Did you see rioters attack police at any point that

2     day?

3          A.   I remember them pushing up against police like and

4     attempting to move further into the Capitol.  I don't remember

5     anything like a strike or like hitting somebody with something.

6          Q.   You were holding your camera that day too?

7          A.   Yeah.

8          Q.   And you saw Mr. Sullivan try to move and then step

9     over barricades?

10         A.   Yeah.

11         Q.   And you saw inside the Capitol, you saw him break a

12    window?

13         A.   Yes.

14         Q.   And he told you, "Nobody got that on camera, right?"

15         A.   I don't remember that.  But I got it on my camera and

16    it is in the film.

17         Q.   You got it on your camera?

18         A.   I believe so, yeah.

19         Q.   So if in your camera he says, "Nobody got that on

20    camera," that is right?

21         A.   Not in my footage.  A lot of my recollection is from

22    watching the footage back.  I don't have a lot of memory of,

23    like, the day itself.

24         Q.   Before you went into the Capitol, you were asked on

25    direct about John's purpose on going in.  Didn't John tell you,

1    I want you to film because it is a good ploy so I don't get

2    arrested?

3         A.   I believe on the balcony he said something to that

4    affect.   But we were on the balcony, it wasn't before.

5         Q.   Did he say something to that affect or did he say it

6    is a good ploy?

7         A.   I don't believe he used the word ploy.   That is not

8    how I remember it.

9         Q.   Can we pull up Government Exhibit 628, about 32

10   seconds.   Let's play it to about 32 seconds.

11        We can pause there.

12        A.   Yeah.

13        Q.   This is your footage; right?

14        A.   Uh-huh.

15        Q.   So John said to you, You should keep filming because

16   it is a good ploy -- excuse me.   John said, he would keep

17   filming because it was a good ploy so he would not get

18   arrested; right?

19        A.   I guess that is what he said.

20        Q.   We can pull that down.

21        So you followed John throughout the Capitol up until I

22   will call the -- you came into the Capitol with John.   You

23   might have entered separately but you and John both went into

24   the Capitol?

25        A.   We entered separately, as I remember it.   He went in

1    through a window.  And I felt uncomfortable doing that myself.

2    And there was a door open and I saw people going in through the

3    door and that is where I entered.  And we stayed together I

4    don't know how long.  But at a certain point, the amount of,

5    like, people that were pushing made me uncomfortable and we

6    were separated.

7         Q.  So at some point, you and John, Mr. Sullivan, both

8    ended up by what you may know as the House main door?

9         A.  I suppose so.  I honestly was like quite disoriented.

10        Q.  Do you hear John, Mr. Sullivan, tell other rioters,

11   "It is our house, motherfuckers"?

12        A.  Uh-huh.  Yes.  I'm sorry.

13        Q.  Did you hear John tell another rioter, "They don't

14   listen without violence"?

15        A.  I don't remember if I heard that first-hand or I heard

16   it in his footage after.  But it is not necessarily in my

17   footage.

18        Q.  It is -- it is not in your footage, is that what you

19   said?

20        A.  I don't remember.  Not that I remember looking back

21   at --

22        Q.  Can we pull up Government Exhibit 638 and play to 20

23   seconds.

24        I'm sorry.  Go back to about 15 seconds and play through.

25        We can pause.

1        This is your footage; right?

2        A.  Yeah.  I can hear it now, yeah.

3        Q.  You heard John say -- Mr. Sullivan say, "I have a

4   knife"?

5        A.  I think so, yeah.

6        Q.  Yes or no, you did or you did not?

7        A.  Yeah, I did.

8        Q.  After this, that is where you separated from

9   Mr. Sullivan?

10        A.  Around that time.

11        Q.  Okay.  You remained by this area for a time?

12        A.  Yeah.  The large, like, round room and then I moved

13   into like another hall and then another room and then exited.

14        Q.  Did another rioter, not Mr. Sullivan, tell you that

15   officers had guns there?

16        A.  The officers had what?

17        Q.  Had guns?

18        A.  Yeah.  I think there was like a youngish man who said

19   something like they had guns or they were going to shoot

20   people.

21        Q.  And you said that they are not going to shoot people?

22        A.  Maybe.  Yeah.  I definitely didn't think they would

23   start shooting people.

24        Q.  You said, "They are not going to slaughter people in

25   the United States Capitol, that is insane."  Is that what you

1    said?

2         A.   That sounds like something I would say.

3         Q.   You didn't tell that person you were a journalist

4    though; right?

5         A.   No.

6         Q.   And you didn't say, maybe we should reconsider what we

7    are doing here?

8         A.   I mean, I -- yeah, I didn't -- I would never

9    characterize it as we.  I would never consider myself a rioter

10   aligned with insurrectionists.

11        Q.   Did you say to Mr. Sullivan several points throughout

12   the day, we did it?

13        A.   Yeah.  I believe there was something on -- yeah, I

14   said, "We did it."  But I was referring to the fact that we

15   were there and we got the footage of what was happening, which

16   was our intention to capture what happened that day.  At the

17   time that I said it, I hadn't seen what I would have considered

18   a lot of violence, especially considering my background as a

19   conflict photographer.  But in the aftermath and the videos I

20   saw after it became quite traumatic, the shooting especially.

21   Yeah.  So at the time I said it, I meant as a documentarian.

22   But afterwards it was really, really dark.

23        Q.   You keep saying we, you were there to film

24   Mr. Sullivan; right?

25        A.   Uh-huh.

CROSS-EXAMINATION OF JADE SACKER

1      Q.  Mr. Sullivan was an activist?

2      A.  An activist?

3      Q.  Yes.

4      A.  I would say that he identified as an activist.

5      Q.  So, yes, he is -- you would agree with me he is an

6  activist?

7      A.  I think it depends on what you would consider an

8  activist.  I think he definitely had, like, a position that he

9  was trying to advance.

10     Q.  That is the position you said earlier that both

11  parties got it wrong?

12     A.  I would say that John is like identified especially at

13  that time as being on the left and having a lot of sympathy

14  with like BLM especially.  Yeah.  And I would say he is

15  definitely depicted as a counter to his brother, who is on the

16  right.

17     Q.  You said just now that you didn't identify with the

18  people who were there; right?

19     A.  Uh-huh.

20     Q.  You pushed back when I said we?

21     A.  Yeah.

22     Q.  After the Capitol, you and John Mr. Sullivan, called

23  around to shop the footage to various media outlets?

24     A.  Yeah.  He wanted to sell his footage.  And my dad and

25  my, like, agent offered to help him do that.  I think everybody

1    felt that it was important to share the footage of what had

2    happened.  But we disagreed about, like, how to do it.

3         Q.  One of those calls didn't you say, we were all

4    pushing, pushing, pushing until the cops fired, I think you

5    called it mustard gas?

6         A.  Maybe.  Yeah, probably.

7         Q.  You don't remember?

8         A.  Not saying that specifically.  But I believe I had a

9    recorder at the time.  And I am sure if you are telling me that

10   is what I said, that is what I said.  And definitely there were

11   times, especially like before the balcony, that it was like a

12   mob and we were definitely pushing against people.  Yeah, but

13   it was a mob of insurrectionists.  There weren't like police in

14   the mob, they were behind barricades.

15        Q.  You and Mr. Sullivan were in the midst of that mob?

16        A.  Uh-huh.

17        Q.  So you didn't disagree that is how you phrased it, we

18   were all pushing, pushing, pushing?

19        A.  Yeah.  I don't know, like, if I would, again, like,

20   characterize myself over like sympathetic to insurrectionists,

21   but we were pushing to get inside.  I would also recognize

22   there were other journalist in the mob that entered the same

23   way that I did.

24        Q.  I'm sorry.  You said there you recognized at the time,

25   that there were other journalists in the mob who also breached

1    the Capitol, is that what you said?

2         A.   Yeah.   There were other journalists there, yeah.   I

3    don't know that I recognized them at the time, but certainly,

4    like now, yeah.

5         Q.   Because all of those people had press credentials that

6    they were wearing very visibly in your footage; right?

7         A.   Not that I recall.

8         Q.   Oh.   So they are just other members in your footage

9    that you remembered after the fact that they were journalists?

10        A.   No.   I think I found that there was another journalist

11   who entered through the same way that I did I believe for "The

12   New Yorker."

13        Q.   You mentioned that you had a voice recorder; right?

14        A.   Uh-huh.

15        Q.   And that recorder captured the conversation between

16   you and Mr. Sullivan after the Capitol?

17        A.   Yeah.

18        Q.   Did you tell Mr. Sullivan in his hotel room after the

19   fact "You got your fucking revolution.   I was a doubter"?

20        A.   I am sure if that is what you are saying that I said,

21   that is what I said, but I don't remember it.

22        Q.   Can we pull up 901.4 for identification.

23        Does this sound like your voice recorder?

24        A.   Probably.   Yeah.   It is a bit faint.

25             MR. BARCLAY:   If we could move to admit 901.4.

CROSS-EXAMINATION OF JADE SACKER

1                    MR. KIERSH:  No objection.

2                    THE COURT:  Received.

3                    MR. BARCLAY:  Can we go to about 27 minutes.  Let's

4    play it.

5                    I apologize.  It is -- let's pull this down.  It is

6    901.3.

7                    MR. KIERSH:  So are you withdrawing 901.4.

8                    MR. BARCLAY:  I withdraw 901.4, move to admit 901.3.

9                    MR. KIERSH:  Very well.  No objection.

10                   MR. BARCLAY:  27 minutes for 901.3

11                   THE COURT:  901.3 is received and 901.4 is stricken.

12                   (Whereupon, Government Exhibit No. 901.3 was

13   admitted.)

14   BY MR. BARCLAY:

15        Q.   Pause.  Could you hear your voice there?

16        A.   Uh-huh.

17        Q.   So that was you saying, "You got your fucking

18   revolution.  I was a doubter.  Turns out the MAGA people have

19   way more balls than BLM"?

20        A.   Oh, I didn't necessarily hear that.  But I am sure

21   that is what it said if you think --

22        Q.   You can pause.  You heard it that time?

23        A.   Yeah.

24        Q.   That is because John, Mr. Sullivan, wanted the

25   revolution?

1    A.   Yeah.  I would say that he is like, especially at that

2   time, I don't know how he feels like now, but

3   antiestablishment, definitely felt like things needed to change

4   and, like, be disrupted.

5    Q.   And you said earlier, he knew -- at least had some

6   indication the Capitol would be stormed?

7    A.   Uh-huh.

8    Q.   And you heard him there say that he knew just where to

9   incite violence?

10    A.   Yeah.

11    Q.   I think you said on direct that your relationship and

12   Mr. Sullivan's relationship was professional?

13    A.   I would say we were friends too.

14    Q.   So it was personal as well?

15    A.   Yeah.  I think, you know, he had to -- both him and

16   his brother I would consider friends at that time, especially

17   like considering they had to tell me a lot about their

18   childhood, adversity they faced in their life.  Yeah, I would

19   say, like, we were friends.  It is always complicated when you

20   are making a film, because people share a lot about their life

21   and it is kind of, like, one sided.  But, yeah, I would

22   definitely say I was also sympathetic to their stories for

23   sure.

24    Q.   Close enough where you had conversations with his mom

25   about keeping him safe; right?

1     A.   Yeah.  I knew the family well.  Like, we spent

2  Christmas together and I wouldn't want, like, anybody to be in

3  danger.

4     Q.   Even though you joined a mob storming the Capitol?

5     A.   Well, I had a very myopic focus at the time to follow

6  John.

7     Q.   Do you remember the kind of scaffolding area, that was

8  covered with sheets made up of plywood, do you remember being

9  in that area and filming there?

10     A.   I remember there was stairs leading up and then on the

11  balcony and there was scaffolding underneath the balcony.

12     Q.   In the -- kind of before you get to that landing area,

13  you described, do you remember telling Mr. Sullivan that he

14  said he would take care of you?

15     A.   Yeah.  That maybe sounds like something I would say,

16  especially considering he had a gas mask and I didn't.  Also --

17     Q.   There is another question.  I think you answered that

18  question.  Thank you.  Would you regularly tell John,

19  Mr. Sullivan, that you loved him?

20     A.   Yeah.  I would say it to James as well.

21     I definitely had a lot of love for them as people, as my

22  friends.

23     Q.   And you kissed Mr. Sullivan, John Sullivan, in the

24  rotunda of the United States?

25     A.   As a joke, yeah.  I think we had a bet that if they

1    actually stormed the Capitol, I'd give him a kiss like as an

2    outlandish thing.  Again, it was a joke.  It was meant to be

3    silly and it lasted like a quarter of a second.

4         Q.  Didn't you say, "We did it" in the rotunda?

5         A.  Yeah.  Again, referring to the fact that we got the

6    footage.

7         Q.  Did you say after that happened, "You didn't film

8    that; right?  You are going to delete that."

9         A.  I definitely didn't want any evidence of like myself

10   and my voice in his footage.  Like I like to be pretty

11   anonymous.  Especially at that time I had never posted myself

12   on the internet.  I didn't have a Twitter.  I barely had an

13   Instagram, so I just didn't want to be involved in his footage.

14        Q.  Mr. Sullivan is not a journalist; right?

15        A.  I think the question here is like, what does it mean

16   to be a journalist; right?  Like is it just capturing footage

17   and selling it?  Is there, like, a value system?  I think that

18   is kind of, like, what the jurors have to decide, what it means

19   to be a journalist.

20        Q.  Let's break that down a little bit.  You never saw

21   Mr. Sullivan have any type of press credential?

22        A.  I don't believe so.  He wore a press badge.  But I

23   don't think he was accredited.

24        Q.  On January 6, 2021 he wore a press badge?

25        A.  I am not sure if he wore it on January 6, but I had

CROSS-EXAMINATION OF JADE SACKER

1    seen him wear it before.

2         Q.  It would be on your footage, if he had one on

3    January 6, 2021?

4         A.  Yeah, definitely.

5         Q.  When you were pitching the footage after the Capitol,

6    didn't you say to one of those media outlets, that you were

7    more the journalist point of view and Mr. Sullivan was more the

8    activist?

9         A.  Yeah.  I am sure I said that.

10        Q.  And Mr. Sullivan on January 6 wore all black?

11        A.  I believe so, yeah.

12        Q.  Okay.  He had a tactical vest on him?

13        A.  Yeah, I remember.

14        Q.  He had a gas mask?

15        A.  Yeah.

16        Q.  He had the stick with the camera on it as well?

17        A.  A gimbal, yeah.

18        Q.  A gimbal.  And he had a knife?

19        A.  I have heard him say in video that he had a knife.  I

20    never saw it personally.

21        Q.  And he offered up that knife to other rioters?

22        A.  In the video that I have seen, yeah.

23             MR. BARCLAY:  One moment.

24    BY MR. BARCLAY:

25        Q.  You had previously filmed Mr. Sullivan -- before

1    January 6 you had filmed Mr. Sullivan burning a flag; right?

2        A.   Yeah.

3            MR. KIERSH:   I'm sorry.   Could you repeat that

4    question?

5    BY MR. BARCLAY:

6        Q.   You had filmed Mr. Sullivan burning a flag?

7            MR. KIERSH:   Your Honor, may we put the headset on,

8    please?

9            (Conference held at the bench.)

10           MR. KIERSH:   Can I be heard?

11           THE COURT:   Yes.

12           MR. KIERSH:   Okay.   I move to strike that question.

13   Number 1, there is no temporal context.   We have no idea where

14   this is coming from.   We have no idea if this is related to

15   January 6 or some other date.   And number 2, it is entirely

16   prejudicial.   There is no point for this witness to be talking

17   about events unrelated to January 6, because we didn't go into

18   anything prior to January 6 with this witness.   So I would move

19   to strike.   And I would ask the Court for a specific

20   instruction to the jury that they are to strike the question.

21           MR. BARCLAY:   Your Honor, the witness said and the

22   defense's theory with this witness has been that Mr. Sullivan

23   is a journalist.   And he brought -- the defense brought out the

24   nature of their interactions and relationship prior to

25   January 6.   There are text messages between the two regarding

1  the burning of the flag and there is also a video of him

2  burning the flag if this -- this witness is saying, you know,

3  hedging on whether he is a journalist or not, what his intent

4  was to go into the building, we are entitled to explore that.

5          THE COURT:  What was the time frame?

6          MS. LEDERER:  Your Honor, this is AUSA Lederer

7  jumping in.  There is a tweet from Mr. Sullivan.  He tweets it

8  from both his Jayden X account and his John Sullivan account.

9  And he also retweets it from his Insurgence account from

10 January 2nd, 2021, with a caption something like, let's burn

11 this shit down.  And then there is the video of the flag being

12 lit.  And the video that accompanies that tweet is the

13 defendant walking, burning the American flag.

14         THE COURT:  What is the time frame of the burning?

15         MS. LEDERER:  Your Honor, I can double check.  We

16 also have text messages between the defendant and Ms. Sacker in

17 which he is talking about filming him.  And it would be

18 temporal to that.  I can bring it up.  The tweet with the video

19 is from January 2nd, 2021.

20         THE COURT:  Okay.  The objection is overruled.

21         (End of bench conference.)

22 BY MR. BARCLAY:

23    Q.  So you were aware of Mr. Sullivan's political stances

24 and views?

25    A.  Yeah.  We had talked about it at great length over

1    many interviews.

2         Q.   And after the Capitol, he told you those views again;

3    right?

4         A.   Yeah.  I am sure he did.  I think we did a few more

5    interviews after the Capitol.

6         Q.   Well, when you were walking back away from the

7    Capitol, Mr. Sullivan told you he doesn't care whether it is --

8    you know, he doesn't want Biden as president, he doesn't want

9    Trump as president?

10        A.   Yeah.

11        Q.   But he will support anyone who is willing to rip the

12   shit down?

13        A.   It sounds like something he would say, yeah.

14        Q.   That sounds like something he would say or is that

15   something he said to you?

16        A.   Again, I don't remember it like specifically, but if

17   you are saying that is what he said, I believe you.

18        Q.   Let's pull up Government Exhibit 690.

19        We can play it through.

20        You heard him say he would side with anyone who would rip

21   the shit down?

22        A.   Yeah.

23        Q.   And that was your understanding of his views?

24        A.   I mean, if that is -- yeah.  What he told me, I knew

25   that -- again, as I said before, he was antiestablishment.  I

REDIRECT EXAMINATION OF JADE SACKER

1    don't know necessarily if before that I believed that, like, he

2    believed that conflict was the answer.  But that is -- yeah.

3              MR. BARCLAY:  Okay.  Nothing further.

4              THE COURT:  Redirect.

5              MR. KIERSH:  Thank you.

6                         REDIRECT EXAMINATION

7    BY MR. KIERSH:

8         Q.  Ms. Sacker, I am focused on January 6, 2021.

9         A.  Uh-huh.

10        Q.  Throughout that entire day, did you ever see

11   Mr. Sullivan with a knife?

12        A.  Not that I remember.

13        Q.  Did he ever show you a knife on January 6, 2021?

14        A.  No.

15        Q.  Did he ever talk about a knife on January 6, 2021?

16        A.  I think I have seen at least in videos if not in

17   person, yeah.

18        Q.  I am not talking about the videos.  Did he ever have a

19   conversation with you on January 6, 2021 saying, oh, I have a

20   knife to you?

21        A.  I mean, not that I remember, but I don't --

22        Q.  Not in the video to you, did he ever say to you --

23        A.  No.

24        Q.  -- that I have a knife?

25        A.  Not that I remember.

REDIRECT EXAMINATION OF JADE SACKER

1    Q.   Tell us again what an archivist is.

2    A.   I think someone who documents events.

3    Q.   Okay.  And as a professor or someone who teaches

4  journalism is being an archivist an important part of --

5         MR. BARCLAY:  Objection; relevance.

6         THE COURT:  Overruled.

7  BY MR. KIERSH:

8    Q.   Do archivists serve an important purpose?

9    A.   Yeah, definitely.  We used a lot of, like, archival in

10 the film.  And I think it is important to pull from there.

11   Q.   Do you consider or -- did you consider on January 6,

12 2021 Mr. Sullivan to be an archivist?

13   A.   Yeah.  He was definitely documenting things as they

14 unfolded.

15   Q.   And when you said -- because you were asked this on

16 cross-examination a number of times.  When you said in your

17 film and you said in the Capitol quote/unquote, we did it -- do

18 you remember that?

19   A.   Uh-huh.

20   Q.   Tell us exactly what you meant when you said, "We did

21 it"?

22   A.   Yeah.  I meant that we captured the footage of what

23 was happening like it was clearly a historic moment and we were

24 there.

25   Q.   And it was recorded for history; correct?

1              A.   Yeah.

2                   MR. KIERSH:  Thank you, Ms. Sacker.  Nothing further,

3    Your Honor.

4                   THE COURT:  All right.  You can step down.

5                   MR. KIERSH:  Your Honor, may the witness be excused

6    to go back?

7                   THE COURT:  Yes.

8                   MR. KIERSH:  Thank you.

9                   THE COURT:  That was an out-of-order witness.  So

10   just put your mindset back.  We are going to go back to the

11   government's case.  We were just accommodating scheduling

12   issues there.  And we'll go back and finish the government's

13   case in chief now.  So we'll go back to the government's next

14   witness.  You may call your next witness for the government.

15                  MR. BARCLAY:  Government calls Benjamin Binger.

16                  THE COURT:  All right.

17                  MR. BARCLAY:  Your Honor, can we have a bench

18   conference before the witness?

19                  THE COURT:  Yes.

20                  (Conference held at the bench.)

21                  MR. BARCLAY:  Your Honor, this witness in addition to

22   conducting the search warrant also interviewed Ms. Sacker at

23   the site of the search warrant.  And so I'd like to elicit some

24   testimony that would serve as rebuttal to Ms. Sacker's

25   testimony regarding what she said about the knife.

```
1              THE COURT:  All right.

2              (End of bench conference.)

3              THE COURTROOM DEPUTY:  If you could stand and raise

4    your right hand.

5                        BENJAMIN BINGER, sworn.

6              THE WITNESS:  Yes, I do.

7              THE COURTROOM DEPUTY:  Thank you.

8                        DIRECT EXAMINATION

9    BY MR. BARCLAY:

10        Q.  Good morning.

11        A.  Good morning.

12        Q.  Could you please introduce yourself to the jury?

13        A.  Yes.  I am Special Agent Benjamin M. Binger with the

14   FBI.

15        Q.  And what division or unit at the FBI do you work in?

16        A.  Salt Lake Division.

17        Q.  What is your title?

18        A.  Supervisory special agent.

19        Q.  Supervisory special agent is that the boss for lack of

20   a better term?

21        A.  I'm sorry?

22        Q.  Are you the boss in other words?

23        A.  Correct.

24        Q.  How long have you been with the FBI?

25        A.  About 18 years.
```

1         Q.  And can you describe a little bit of that history with

2    the FBI?

3         A.  Yes.  I started here in the Washington Field Office in

4    DC for four years.  And then I went down to Quantico, Virginia.

5    And I was part of the full time tactical team down there.  And

6    then I went down to Salt Lake division where I was the SWAT

7    senior team leader for about four years.  And then I took a

8    supervisory position over the domestic terrorism, weapons of

9    mass destruction and crisis response squad.  And I have been

10   doing that for about the last four years.

11        Q.  Was there a time that you went to the residence of the

12   defendant in this case, Mr. John Sullivan?

13        A.  Yes.

14        Q.  Okay.  When was that?

15        A.  That was about 8:30 a.m. on January 14th.  Our squad,

16   my squad, conducted a search warrant at 213 West Civic Center

17   Drive, apartment 169 in Sandy, Utah, which is John Sullivan's

18   residence.

19        Q.  What brought you to the residence?

20        A.  To conduct a search warrant.

21        Q.  Is that the only reason or is there another reason as

22   well?

23        A.  As well as to arrest him.

24        Q.  So what is a search warrant?

25        A.  A search warrant gives us the right to enter someone's

1    residence and conduct a search, look for evidence of a crime.

2    And in order to get that search warrant, we have to go before a

3    judge and establish probable cause.  And then the judge

4    determines whether or not we have probable cause and the right

5    to go and search that residence.

6        Q.  Does the search warrant list certain items that the

7    government is entitled to search?

8        A.  Yes.

9        Q.  Okay.  So in this case, did those items also include

10   electronic devices?

11       A.  Yes.

12       Q.  Did the warrant also authorize you to look inside

13   those devices for the contents?

14       A.  Yes.  So typically a search warrant will authorize you

15   to search for, like I said before, evidence of a crime.  A lot

16   of time that will include -- you can search for laptops,

17   electronic devices and then also you can search inside those

18   devices right, like, image the computer, that sort of thing.

19       Q.  I think you said, imaging.  What is imaging?

20       A.  Yeah.  So you can image a device, which essentially

21   you are making a copy, an exact replica of the device.

22       Q.  What was your kind of task or role on January 14th,

23   2021?

24       A.  So on the ops plan I am listed as the on-scene

25   commander, which basically just means if something goes wrong,

1    they will turn to me and ask for guidance, that sort of thing.

2         Q.   Were there other team members on the search team?

3         A.   Yeah.   There were approximately 10 individuals on the

4    search team to include other FBI special agents, task force

5    officers, forensic specialists, evidence technicians.

6         Q.   And how did you know that the address you were going

7    to was, in fact, John Sullivan's apartment?

8         A.   Yeah.   The special agent whose case this was conducted

9    database checks and to determine his -- you know, is this, in

10   fact, Mr. Sullivan's residence.   The case agent had also met

11   with Mr. Sullivan I think it was the day prior at the

12   residence.   And Mr. Sullivan stated that was, in fact, his

13   residence.

14        Q.   So when you get to a residence that you are going to

15   search, what kind of procedures or practices does the FBI

16   follow?

17        A.   Well, first we knock and announce our presence, let

18   them know who is there to search their residence and why.   And

19   then we conduct, like, a security clear of the residence to

20   make sure nobody else is there, nobody is there, nobody can

21   hurt us, that sort of thing.   So typically we do that and then

22   we commence our search process, which I can get into, if you

23   would like.

24        Q.   The FBI also take -- does the also -- did the FBI

25   follow those practices here?

DIRECT EXAMINATION OF BENJAMIN BINGER       47

1          A.   Yes.   And so I will describe that a little bit for the

2     jury.   Essentially, when we got there --

3          Q.   I will ask a better question.   I'm sorry.

4          Did the FBI take photos during the search?

5          A.   Yes.

6          Q.   And were you present for the entire duration of the

7     search?

8          A.   Yes.

9          Q.   You are familiar with those photos as well?

10         A.   Correct.

11         Q.   Did the FBI ultimately secure the residence?

12         A.   Yes.

13         Q.   Okay.   Was Mr. Sullivan there?

14         A.   No, he was not there.

15         Q.   Okay.   Did you locate Mr. Sullivan's vehicle?

16         A.   Yes.

17         Q.   Where was that?

18         A.   That was in -- you know, it was pretty close to the

19    residence.   I don't know if it was a parking garage or outside,

20    but it was nearby.

21         Q.   Once the FBI had secured the apartment, did the FBI

22    then search the apartment?

23         A.   Searched the apartment?

24         Q.   Yes.

25         A.   Yes, correct.

1      Q.  And searched the vehicle as well?

2      A.  Yes.

3      Q.  That is all pursuant to the search warrant you had?

4      A.  Correct.

5      Q.  The FBI seized certain items from the apartment?

6      A.  Yes.

7      Q.  Did that include electronic devices?

8      A.  Yes.

9      Q.  So I think you mentioned imaging earlier?

10     A.  Correct.

11     Q.  Were some of the electronic devices imaged on site?

12     A.  Yes.

13     Q.  And were some of them removed to be imaged off site?

14     A.  Yes.

15     Q.  And that is because the search warrant authorized both

16  of those things?

17     A.  Correct.

18     Q.  Once the FBI had concluded its search, did you leave

19  anything behind to tell Mr. Sullivan, oh, we searched your

20  apartment?

21     A.  Yes.  So after we conduct a search, we will write out

22  a receipt of all of the items that we seized.  And then we

23  leave that receipt with the individual, if they are present.

24  And if not, we'll leave that on a table and we sign a copy of

25  that, let them know what we seized.

1          MR. BARCLAY:  I am going to show you Government

2     Exhibit 855 for identification.

3          MR. KIERSH:  855?

4          MR. BARCLAY:  855.

5     BY MR. BARCLAY:

6          Q.  Do you recognize this?

7          A.  Yes.

8          Q.  What are we looking at here?

9          A.  So on the left side there, that is the receipt of the

10    items that were seized.  And then in the middle, it was a copy

11    of the search warrant.  And on the right is the description of

12    the residence to be searched.

13         MR. BARCLAY:  Okay.  I am going to move to admit

14    Government Exhibit 855.

15         MR. KIERSH:  No objection.

16         THE COURT:  Received.

17         (Whereupon, Government Exhibit No. 855 was admitted.)

18    BY MR. BARCLAY:

19         Q.  So in other words, these are the documents that were

20    left behind for Mr. Sullivan?

21         A.  Correct.

22         Q.  Let's focus on one of these documents.  I am going to

23    show you now Government Exhibit 801 for identification.

24         Do you recognize this?

25         A.  Yes.

1        Q.   What is it?

2        A.   This is a receipt of the property that was seized.

3        Q.   Whose signature is on the received by line on the

4    bottom?

5        A.   That is my signature.

6        Q.   So you reviewed this property receipt to make sure it

7    was accurate?

8        A.   Correct.

9             MR. BARCLAY:  Move to admit Government Exhibit 801

10   and publish to the jury.

11            MR. KIERSH:  No objection.

12            (Whereupon, Government Exhibit No. 801 was admitted.)

13   BY MR. BARCLAY:

14       Q.   So does Government Exhibit 801 show what the FBI

15   seized from Mr. Sullivan's apartment on January 14th, 2021?

16       A.   Yes, it does.

17       Q.   For all of the items listed, the FBI followed standard

18   protocols for evidence collection and chain of custody?

19       A.   Correct.

20       Q.   Let's talk about a few of these items.  Let's start on

21   the second line.  Do you see it says one X TAC Force knife?

22   You can zoom in.

23       A.   What was it?  I'm sorry.

24       Q.   Is there a reference to a TAC Force knife that I just

25   pointed to on the screen?

1        A.   Yes.

2        Q.   So the FBI seized a knife from Mr. Sullivan?

3        A.   Correct.

4        Q.   Why did you seize a knife from Mr. Sullivan?

5        A.   So we had evidence that he was in the US Capitol, that

6   he had a knife with him, so we wanted to seize that knife as

7   evidence.

8        Q.   Does 801 also list multiple electronic devices,

9   laptops, hard drives and the like?

10        A.   Yes.

11        Q.   Again, those were seized pursuant to the warrant that

12   you had?

13        A.   Correct.

14        Q.   I want to talk about the third line.  Do you see where

15   it says 1X Zoom recorder?

16        A.   Yes.

17        Q.   And that is crossed out?

18        A.   Correct.

19        Q.   What is the notation on it?

20        A.   Yes.  So it is the individual -- RW is the evidence

21   technician.  And she just put her initials there.  Essentially

22   that Zoom recorder was -- belonged to Jade Sacker, who was John

23   Sullivan's friend and came to the residence midway through the

24   search.  We ended up talking with her.  She said that was her

25   device.  And so I wanted to release that back to her.

1        Q.  By the -- by the time Jade Sacker showed up, had the

2    FBI already imaged the Zoom recorder?

3        A.  No.

4        No.  I don't believe we imaged it until Jade showed up.

5    She wanted the device, so we imaged it and gave it back to her.

6        Q.  In order to give if back to her, the FBI imaged it and

7    then gave it back to her?

8        A.  Correct.

9        Q.  I see.  So let's keep going with 801 for a minute.

10   The third and the fourth lines, do you see several references

11   to selfie sticks?

12       A.  Yes.

13       Q.  Okay.  And I think there were probably three of them

14   in total?

15       A.  Correct.

16       Q.  Let's pull up Government Exhibit 821 for

17   identification.  Do you recognize this?

18       A.  Yes.

19       Q.  What is it?

20       A.  Selfie stick.

21       Q.  Fairly and accurately depict how the selfie stick

22   appeared when you searched John Sullivan's apartment?

23       A.  Yes.

24            MR. BARCLAY:  Move to admit Government Exhibit 821.

25            MR. KIERSH:  No objection.

1              THE COURT:  Received.

2              (Whereupon, Government Exhibit No. 821 was admitted.)

3    BY MR. BARCLAY:

4        Q.  So this is one of the selfie sticks that was seized

5    from the apartment?

6        A.  Correct.

7        Q.  Let's go back to 801.

8        Do you see on the 4th line down, there are two different

9    gas masks referenced?

10       A.  Yes.

11       Q.  Let's go to 829 for identification.

12       Do you recognize this?

13       A.  Yes, I do.

14       Q.  What is it?

15       A.  A gas mask.

16       Q.  What else is there that you are seeing in this image?

17       A.  So I believe there is two gas masks in what appears to

18   be a like a roller suitcase.  And I think there is another

19   selfie stick there as well.

20       Q.  So does it fairly and accurately appear -- fairly and

21   accurately depict how the scene appeared as the FBI was

22   searching the apartment?

23       A.  Correct.

24              MR. BARCLAY:  So move to admit 829.

25              MR. KIERSH:  No objection.

```
 1                   THE COURT:  Received.
 2                   (Whereupon, Government Exhibit No. 829 was admitted.)
 3    BY MR. BARCLAY:
 4        Q.  And the number 12 here, that is on one of the gas
 5    masks?
 6        A.  Correct.
 7        Q.  So let's go to 830 for identification.  What is this?
 8        A.  That is the gas mask.
 9        Q.  Okay.  Move to admit 830?
10            MR. KIERSH:  No objection.
11            THE COURT:  Received.
12                   (Whereupon, Government Exhibit No. 830 was admitted.)
13    BY MR. BARCLAY:
14        Q.  So this is the gas mask labeled number 12 on the last
15    page?
16        A.  Correct.
17        Q.  Go to 831 for identification.  Is this another view of
18    the same bag with a different evidence label?
19        A.  Correct.
20            MR. BARCLAY:  Move to admit 831.
21            MR. KIERSH:  No objection.
22            THE COURT:  Received.
23                   (Whereupon, Government Exhibit No. 831 was admitted.)
24    BY MR. BARCLAY:
25        Q.  Now 832 for identification.
```

1        It is this the other gas mask?

2        A.  Yes.  Correct.

3             MR. BARCLAY:  Okay.  Move to admit 832.

4             MR. KIERSH:  No objection.

5             THE COURT:  Received.

6             (Whereupon, Government Exhibit No. 832 was admitted.)

7    BY MR. BARCLAY:

8        Q.  So this is the second of the two gas masks in that

9    bag?

10       A.  Correct.

11       Q.  Let's go back to 801.  On the fifth line, do you see

12   the words, tactical vest?

13       A.  Yes.

14       Q.  And that reflects that tactical vest that was seized

15   from the apartment?

16       A.  Correct.

17       Q.  Let's go to 835 for identification.

18       I'm sorry.  Pull that down, please.

19            MR. KIERSH:  Your Honor, may we put the headset on?

20            Withdrawn.

21            MR. BARCLAY:  I'm sorry.  I had the wrong number.

22   This is Government Exhibit 836.

23   BY MR. BARCLAY:

24       Q.  For identification, do you recognize this?

25       A.  Yes, I do.

1       Q.  Okay.  What is this?

2       A.  This is a tactical vest that was seized from

3   Mr. Sullivan's apartment.

4           MR. BARCLAY:  Okay.  Going to move to admit 836 and

5   publish.

6           Mr. Kiersh, do you have an objection to 836?

7           MR. KIERSH:  No objection.

8           THE COURT:  Received.

9           (Whereupon, Government Exhibit No. 836 was admitted.)

10          THE COURT:  That is --

11  BY MR. BARCLAY:

12      Q.  Let's go back to 801.  Do you also see reference to a

13  black jacket --

14      A.  Yes.

15      Q.  -- on the last line?

16      I am going to show you Government Exhibit 850 for

17  identification.  What is this?

18      A.  This is a black jacket that was seized from

19  Mr. Sullivan's apartment.

20      Q.  Okay.  Fairly and accurately depict the jacket as it

21  was seized?

22      A.  Correct.

23          MR. BARCLAY:  Move to admit 850.

24          MR. KIERSH:  No objection.

25          THE COURT:  Received.

 1                    (Whereupon, Government Exhibit No. 850 was admitted.)

 2     BY MR. BARCLAY:

 3         Q.   We can pull this down.

 4         So I think you mentioned earlier that Jade Sacker showed

 5     up during the search?

 6         A.   Correct.

 7         Q.   And this was of Mr. Sullivan's apartment in Utah?

 8         A.   Correct.

 9         Q.   Did you and another agent interview Ms. Sacker?

10         A.   Yes.

11         Q.   Did you ask her about her presence at the United

12     States Capitol on January 6, 2021?

13         A.   Yes.

14         Q.   What did she say?

15         A.   She said she accompanied Mr. Sullivan into the Capitol

16     that day.

17         Q.   Okay.  Did you ask Ms. Sacker anything about a knife?

18         A.   I am not sure if I asked her, but she did mention the

19     knife.  And she was surprised at some of the things

20     Mr. Sullivan said that day.  I asked her about that.  She said,

21     well, for instance, he said he had a knife.  And she wasn't

22     aware that he had a knife prior to him mentioning that.

23              MR. BARCLAY:  One moment, Your Honor.

24              Nothing further.

25              MR. KIERSH:  Just briefly.

```
 1                        CROSS-EXAMINATION
 2    BY MR. KIERSH:
 3         Q.  Good morning, Agent.
 4         A.  Good morning.
 5         Q.  Just with respect to Ms. Sacker, she said she was
 6    surprised that he had a knife; correct?
 7         A.  Correct.
 8              MR. KIERSH:  Thank you, sir.  Nothing further.
 9              THE COURT:  All right.  You can step down.
10              Next witness.
11              MS. LEDERER:  Your Honor, the United States calls to
12    the stand Special Agent Matthew Foulger.
13              THE COURT:  Okay.
14                   MATTHEW FOULGER, sworn.
15              THE WITNESS:  I do.
16              THE COURTROOM DEPUTY:  Thank you.
17                        DIRECT EXAMINATION
18    BY MS. LEDERER:
19         Q.  Good morning.  Yes, good morning, Agent Foulger.
20         A.  Good morning.
21         Q.  If you could, what is your title, your official title?
22         A.  I am a special agent with the FBI in the Salt Lake
23    City division.
24         Q.  How long have you been with the FBI?
25         A.  I have been with the FBI for 12 years.
```

1      Q.  Over the 12 years that you have been with the FBI,

2  what different divisions or titles have you had?

3      A.  I have always been a Special Agent.  I started my

4  career in the San Juan Puerto Rico field office.  And then I

5  moved to Salt Lake City.  In 2017, I did an 18-month assignment

6  at FBI headquarters and returned back to Salt Lake in August of

7  2020.

8      Q.  When you returned back to Salt Lake in August of 2020,

9  did you serve in a special or a specific unit in Utah?

10     A.  Yes.  I was signed to the domestic terrorism squad.

11     Q.  Where are you currently assigned?

12     A.  At that same squad.

13     Q.  What does your squad do?

14     A.  We investigate individuals or groups who are involved

15  in criminal activity to further their political ideology.

16     Q.  When you returned back to Utah, at some point in the

17  fall of 2020, did you become aware of anyone in the courtroom

18  here today?

19     A.  I did.

20     Q.  Could you indicate or identify that individual?

21     A.  I became aware of an individual named John Sullivan.

22     Q.  Could you point that person out in the courtroom?

23     A.  He is the individual sitting at the table.

24     Q.  Indicating for the record the witness has identified

25  the defendant by pointing a finger.  And fair to say he is --

1          Who of the two individuals sitting at counsel table is he?

2          A.   He is the defendant.

3               MR. KIERSH:   No objection to the identification.

4               THE COURT:   Very well.

5     BY MS. LEDERER:

6          Q.   What month did you first become aware of Mr. Sullivan?

7          A.   I became aware of him late September of that year.

8          Q.   Did you do some biographical information to find out

9     who Mr. Sullivan was?

10         A.   Yes, we did, after we opened an investigation.

11         Q.   What did you learn about Mr. Sullivan?  Where was he

12    from?

13         A.   He had lived in Sandy, Utah.  And he was employed at a

14    cybercompany named Proofpoint.  He also had formed some

15    activist groups, one of which was Insurgence USA.  And he also

16    had other family members in the area.

17         Q.   And back in the fall of 2020, do you recall how old

18    Mr. Sullivan was?

19         A.   I believe he was 26.

20         Q.   And you said he had some family in the area.  Who else

21    was in Utah of the defendant's family?

22         A.   I know his parents were and at least one brother named

23    James.

24         Q.   Did you find out any information of who James was?

25         A.   I did.  We -- the Salt Lake City division, we knew

1    that James was part of a group.  I believed it was called

2    Civilized Awakening when -- there were protests, both John and

3    James, they would be on opposite sides.

4        Q.  And you said that you also looked into some groups

5    that the defendant was associated with, including Insurgence

6    USA?

7        A.  Yes.

8        Q.  Did the defendant have an online presence for the

9    groups that he was associated with?

10       A.  He did.

11       Q.  If I were to show you some of the groups that he was

12   associated with, would you recognize them?

13       A.  I would.

14           MR. KIERSH:  Your Honor, headset, please.

15           (Conference held at the bench.)

16           MR. KIERSH:  Again, we have been through this, just

17   want to reiterate my objection to this blanket testimony

18   regarding other groups that Mr. Sullivan may or may not have

19   been associated with.  We believe it is irrelevant and it is

20   highly prejudicial.

21           MS. LEDERER:  Your Honor, I can clarify.  With this

22   witness it is not just groups he is associated with.  That was

23   poor wording on my part.  It is groups he's founded.  And these

24   are activist groups and goes to the motive that he is an

25   anti-government activist and antiestablishment person.  And

```
 1    with these groups he went to advance those causes culminating

 2    in January 6.

 3                THE COURT:  All right.  The objection is overruled.

 4                (End of bench conference.)

 5    BY MS. LEDERER:

 6        Q.  Before we bring up the first exhibit, I kept saying

 7    associated with.  These groups that we are about to discuss,

 8    was the defendant the founder of these groups?

 9        A.  Yes.

10        Q.  If we could please bring up Exhibit 1120.

11        Agent Foulger, do you recognize 1120?

12        A.  Yes, I do.

13        Q.  What is 1120?

14        A.  This is a profile page of one of Mr. Sullivan's

15    accounts, social media accounts.

16                MS. LEDERER:  Your Honor, at this time I would seek

17    to move into evidence 1120.

18                THE COURT:  Received.

19                MR. KIERSH:  Over objection.

20                (Whereupon, Government Exhibit No. 1120 was

21    admitted.)

22    BY MS. LEDERER:

23        Q.  Agent Foulger, do you see the defendant's profile

24    picture?

25        A.  I do, yes.
```

1       Q.   What is the name the defendant used in this profile?

2       A.   Johnson Foxworth.

3       Q.   Down below, what does it say that the defendant is the

4  founder and managing director at?

5       A.   Insurgence USA.

6       Q.   And at some point, did you look into Insurgence USA?

7       A.   Yes.

8       Q.   What did you understand Insurgence USA to be?

9       A.   It was created after the George Floyd death.  And it

10 was a group to -- for protesting and for activism against

11 authority.

12      Q.   Now, did this become a full fledged group or was this

13 just something the defendant did?

14      A.   I believe it was incorporated in the state of Utah,

15 but I don't recall how many members it had.  I think very few.

16      Q.   If we could bring up 1123, please.

17      Agent Foulger, showing you 1123.  Do you recognize 1123?

18      A.   I do.

19      Q.   What is 1123?

20      A.   These are other groups that Mr. Sullivan created.

21           MS. LEDERER:  Your Honor, at this time, the

22 government would move into evidence 1123.

23           MR. KIERSH:  Over objection.

24           THE COURT:  Received.

25           (Whereupon, Government Exhibit No. 1123 was

1    admitted.)

2    BY MS. LEDERER:

3        Q.  Agent Foulger, what were the other groups listed here

4    in 1123?

5        A.  The Black Fist Coalition, the Black Fist Militia,

6    Insurgence USA, which we have already gone over and John

7    Sullivan.

8        Q.  Now, up here in the top left corner it says, hosts.

9    During your review of Mr. Sullivan's activities, did he host

10   different events with those organizations?

11       A.  Yes.

12       Q.  In addition to hosting events with those

13   organizations, his organizations, did he also have a website?

14       A.  He did.

15       Q.  At this time, can we bring up 1126.  Agent Foulger, do

16   you recognize 1126?

17       A.  Yes.

18       Q.  What is 1126?

19       A.  It is the home page for Insurgence USA.

20           MS. LEDERER:  Your Honor, at this time I'd seek to

21   move into evidence 1126.

22           MR. KIERSH:  Over objection.

23           THE COURT:  Received.

24           (Whereupon, Government Exhibit No. 1126 was

25   admitted.)

1    BY MS. LEDERER:

2         Q.   In the bottom right corner, what does his website

3    read?

4         A.   It lists activist, athlete, motivational speaker.

5         Q.   Is there a photograph of Mr. Sullivan on this as well?

6         A.   Yes.

7         Q.   For the record, can you describe the photograph?

8         A.   He is wearing all black.  He has a black bandanna

9    across his face, ear protection and a rifle slung across his

10   chest.

11        Q.   Down here below the description of the defendant, are

12   there links to different social media?

13        A.   Yes.

14        Q.   Eventually during the course of your investigation, do

15   you look more into these social media of the defendant?

16        A.   Yes.

17        Q.   We'll get to those in a little bit.  But at this time

18   in the fall of 2020, you looking into Mr. Sullivan, at any

19   point did you see him holding himself out to be a journalist?

20        A.   Never.

21        Q.   At this point, did you see him holding himself out to

22   be a person who films history?

23        A.   No.

24        Q.   At the point in 2020, had he just been involved in

25   activism?

1        A.  Yes.

2        Q.  In conjunction with that activism, would he often film

3    what he was doing?

4        A.  He would.

5        Q.  Would he also occasionally provide commentary with

6    what he had been doing?

7        A.  Yes.

8        Q.  At some point in January 6, 2021, do you receive

9    information about Mr. Sullivan?

10       A.  Yes.

11       Q.  What information was that?  I don't need to know the

12   exact information, but generally, what type of information did

13   you receive?

14            MR. KIERSH:  Objection.

15            THE COURT:  Overruled.

16            THE WITNESS:  We knew Mr. Sullivan was in Washington,

17   DC.  But once the riot was happening, we didn't know exactly

18   his activities until it was brought to my attention that there

19   was a post of him inside the Capitol.

20   BY MS. LEDERER:

21       Q.  Based off of the fact that you now had the information

22   that the defendant was inside the Capitol, did you follow up on

23   that information?

24       A.  Yes.

25       Q.  What steps did you take to follow up on that

DIRECT EXAMINATION OF MATTHEW FOULGER

1    information?

2         I'm sorry.  We can take 1126 down.

3         A.   We searched his social media to see if there were any

4    postings.  And we noticed there was an interview that he did

5    with CNN where he described his experience there and that he

6    had captured the shooting of Ashli Babbitt.  We also spoke with

7    our agents here in Washington, DC, about interviewing him.

8         Q.   At some point, do agents in Washington make contact

9    with the defendant?

10        A.   Yes.

11        Q.   After making contact with the defendant in Washington

12   did agents relay information to you about Mr. Sullivan?

13        A.   Yes, they did.

14        Q.   What information was relayed to you that came from

15   Mr. Sullivan?

16        A.   They said that he was there with an individual named

17   Jade Sacker, who was doing a documentary of him.  And that he

18   had gone into the Capitol.  He did not have any press

19   credentials and that he had filmed the shooting.

20        Q.   Did the defendant also provide the video that he had

21   captured to agents in Washington?

22        A.   Yes.

23        Q.   At that time, did you find out that the defendant had

24   also already disseminated the video to media outlets?

25        A.   Yes.  Through that interview, Mr. Sullivan disclosed

DIRECT EXAMINATION OF MATTHEW FOULGER

1   that he had already sold the footage.

2        Q.   Did those agents in Washington forward you that video?

3        A.   Yes.

4        Q.   Did you, yourself, watch the video?

5        A.   Yes, I did.

6        Q.   After watching the video and just -- was the video

7   that we have seen in piecemeal over the past couple of days,

8   which is Exhibit 701?

9        A.   Yes.

10        Q.   After watching that video, did you have to take

11   further investigative steps?

12        A.   Yes, we did.

13        Q.   Why?

14        A.   Because we didn't know the extent of Mr. Sullivan's

15   activities.  We knew through his postings that he had

16   antigovernment ideology.  And we didn't know whether or not,

17   you know, the level of his criminal activity, so we had to dive

18   in further.

19        Q.   And what about what you saw in the video itself?

20        A.   We noticed that most of his rhetoric was provocative

21   and encouraging the rioters.

22        Q.   Did you attempt to contact the defendant yourself?

23        A.   Yes.

24        Q.   When was that?

25        A.   That was on January 11th.

1      Q.  How did you attempt to contact the defendant?

2      A.  Previous to contacting him, our agents here in

3  Washington, DC, said that he was reopen to contact and willing

4  to provide all of his footage.  So I reached out to him by

5  phone.  And when I couldn't communicate with him that day, I

6  texted him.  And still didn't receive an answer.  So another

7  agent and I went to his house.

8      Q.  Were you able to make contact with the defendant at

9  his house?

10     A.  Yes.

11     Q.  Was that on January 11th, 2021?

12     A.  Yes, it was.

13     Q.  When you went to his house, were you provided with

14  footage from that day?

15     A.  Yes.

16     Q.  At that time, did you believe that the footage that

17  was provided to you was all of the footage that Mr. Sullivan

18  had taken on January 6, 2021?

19     A.  I did believe that.

20     Q.  If I were to show you some of the footage that he

21  provided you on that day, would you recognize it?

22     A.  I would.

23     Q.  If we can please start with 702.

24     Agent Foulger, do you recognize 702?

25     A.  I do.

1          Q.   In total, how long is this clip?

2          A.   Thirty-five seconds.

3          Q.   Is this one of the clips that you received from the

4    defendant?

5          A.   Yes.

6               MS. LEDERER:   Your Honor, at this time I would seek

7    to move 702 into evidence.

8               MR. KIERSH:   No objection.

9               THE COURT:   Received.

10               (Whereupon, Government Exhibit No. 702 was admitted.)

11   BY MS. LEDERER:

12          Q.   And if we can please play.

13          Your Honor, may I have a brief moment?   I think we fixed

14   the speaker when we were playing a different exhibit.   I don't

15   want to blow anyone's ears out.

16          And Agent Foulger, where are we here in this video?

17          A.   This is on the Mall.

18          Q.   If we can please move to 703.   Do you recognize 703?

19          A.   I do.

20          Q.   What is the length of 703?

21          A.   It is 33 seconds.

22          Q.   Is this, again, one of the videos that you received

23   from the defendant?

24          A.   Yes.

25               MS. LEDERER:   If we may admit, Your Honor, at this

DIRECT EXAMINATION OF MATTHEW FOULGER

```
1    time 703?

2              MR. KIERSH:  No objection.

3              THE COURT:  Received.

4              (Whereupon, Government Exhibit No. 703 was admitted.)

5              MS. LEDERER:  If we could press play, please.

6              Your Honor, at this time, after conferring with

7    counsel, the government is going to bulk move into evidence 704

8    through 711 so we can just roll through these.

9              MR. KIERSH:  Without objection.

10             THE COURT:  Without objection, they are received.

11             (Whereupon, Government Exhibit Nos. 704 - 711 was

12   admitted.)

13   BY MS. LEDERER:

14        Q.  The 703, that we just watched, was that out on the

15   mall?

16        A.  Yes.

17        Q.  If we could bring up 704, please.

18        Agent Foulger, how long is 704?

19        A.  Thirty-one seconds.

20        Q.  Are we are back out at the Mall?

21        A.  Yes.

22        Q.  If we could press play.

23        If we could bring up 705, please.

24        Agent Foulger, are we again at the Mall?

25        A.  We are.
```

1        Q.   How long is this video?

2        A.   Nine seconds.

3        Q.   If we can bring up 706, please.   706, how long is this

4    video?

5        A.   Twenty-five seconds.

6        Q.   Is this just more of the Mall?

7        A.   Yes.

8        Q.   If we could bring up 707, please.

9        Agent Foulger, how long is 707?

10       A.   Twenty-five seconds.

11       Q.   Is this just more of the Mall?

12       A.   Yes.

13       Q.   If we could bring up 708, please.

14       Agent Foulger, how long is 708?

15       A.   Twenty-four seconds.

16       Q.   Is this more of the Mall area?

17       A.   Yes.

18       Q.   And all of this was -- does it appear to be from

19   January 6?

20       A.   It does.

21       Q.   If we could bring up 709, please.

22       Agent Foulger, do you recognize the area in 709?

23       A.   Yes.

24       Q.   What area is this?

25       A.   It appears to be Pennsylvania Avenue.

DIRECT EXAMINATION OF MATTHEW FOULGER                    73

1        Q.  How long is this video?

2        A.  9 minutes and 58 seconds.

3        Q.  If we could press play.  And I am going to ask you

4   some questions as we move through this.

5        If we could press pause, please.  Did you hear what the

6   defendant said to the biker?

7        A.  Yes.

8        Q.  What did he say?

9        A.  He said he was initially a photographer and then he

10  was antigovernment.

11       Q.  If we could please jump to 4 minutes and 20 seconds

12  in.  Are we closer to the Capitol now?

13       A.  Yes.

14       Q.  If we could press play.

15       If we could press pause, please.  Where did the defendant

16  say he was going?

17       A.  All of the way to the top.

18       Q.  If we could press play and then we'll pause around 6

19  minutes.

20       Agent Foulger, could you hear the defendant's voice?

21       A.  I did.

22       Q.  What types of things was he just saying?

23       And for the record, we are paused here at 6 minutes.

24       A.  It sounds like there was -- there were protesters

25  advancing on the Capitol.  He expressed his delight and was

1    encouraging others to follow him up to the Capitol.

2         Q.  If we can press play to about 7:55.

3         Agent Foulger, could you hear what the defendant said

4    right before we paused here at 7:55?

5         A.  Yes.

6         Q.  What did the defendant say?

7         A.  He said, "We are taking this shit to the ground."

8         Q.  And what is right in the foreground as the defendant

9    is saying, "We are taking this shit to the ground"?

10        A.  The US Capitol.

11        Q.  We can continue to play and we'll pause around 8:30.

12        Paused here at 8:30.  Did the defendant ask Ms. Sacker to

13   hold something?

14        A.  Yes.

15        Q.  Did she decline?

16        A.  Yes.

17        Q.  We'll get to her video in a little bit.  If we can

18   continue to play and we'll -- and I will ask you this:  Before

19   we paused, at some point did you hear Ms. Sacker say something

20   about everyone is antigovernment now?

21        A.  Yes.

22        Q.  We can continue to play.  And we'll pause around 9:20.

23        Are -- has the defendant now picked everything back up off

24   the ground?

25        A.  Yes, he did.

1          Q.  If we can continue to play, please.

2          If we could press pause, please.  What did the defendant

3     just say?

4          A.  He said, "Let's fuck that shit up."

5               MS. LEDERER:  If we can continue to play this out.

6               Your Honor, now would be a natural breaking point.

7     I'm not sure what time you plan to take lunch or I can keep

8     going, but it would be a natural breaking point.

9               THE COURT:  All right.  Don't talk about the case.

10    Don't let anyone talk to you about the case.  We'll come back

11    at 1:30.  Have a nice lunch.

12               (The jury left the courtroom.)

13               (Recess taken at 12:21 p.m.)

14               THE COURT:  Okay.  You can bring in the jury.

15               (The jury is seated.)

16               THE COURT:  All right.  You may be seated.

17               All right.  The government may proceed.

18               MS. LEDERER:  Thank you, Your Honor.

19    BY MS. LEDERER:

20          Q.  Good afternoon, Agent Foulger.

21          A.  Good afternoon.

22          Q.  Agent Foulger, we had just finished watching a 9

23    minute and some change video that you received from the

24    defendant.  I am going to show you 710, which you also got from

25    the defendant, which has already been moved into evidence.

1          Agent Foulger, for the record how long is this video?

2          A.   Nothing is on my screen.

3          Q.   I apologize.

4               THE COURTROOM DEPUTY:   This screen gets very

5     temperamental after lunch.

6               THE WITNESS:   16 minutes and 12 seconds.

7     BY MS. LEDERER:

8          Q.   If we could please play and we'll pause around 40

9     seconds in.

10         Agent Foulger, paused here around 40 seconds in.   Is the

11    defendant getting closer to the Capitol?

12         A.   Yes.

13         Q.   If we could continue to play, please.

14         Agent Foulger, paused here at 1:25.   Could you hear the

15    defendant's voice?

16         A.   Yes.

17         Q.   What did he just say?

18         A.   He said, "Let's go, let's get up that shit.   I am

19    ready for this."

20         Q.   If we could continue to play, please.

21         Agent Foulger, paused here at 2:30.   Could you see what

22    the defendant did?

23         A.   Yes.

24         Q.   What was that?

25         A.   He lifted up his megaphone and said, "We are about to

1    burn this shit down."

2         Q.  If we could continue to play, please.

3         If we could pause right here.  For the record, paused at

4    3:22.  Can you hear what is being chanted?

5         A.  Yes.  The crowd is saying, "Stop the Steal."

6         Q.  And did any of that sound more amplified than the

7    voices around it?

8         A.  Yes.

9         Q.  If we could continue to play.

10        Agent Foulger, paused here at 4:10.  I asked you earlier

11   if someone else's voice had been amplified.  Do other people in

12   the crowd besides the defendant also have megaphones?

13        A.  Yes, it sounds so.

14        Q.  If we can bring it back about 10 seconds and continue

15   to play, please.  If we could pause please at 4:10.

16        Could you hear what the defendant was talking about there?

17        A.  Yes.

18        Q.  What was he talking about?

19        A.  He identified an individual who had a camera who it

20   appeared was trying to identify rioters.

21        Q.  I am going to circle individuals.  Also right here do

22   you see people up above in the scaffolding?

23        A.  Yes.

24        Q.  If we can continue to play and we'll pause around 7

25   minutes in.

1      Agent Foulger, paused here at 7 minutes in.  Could you

2   hear what the defendant was just saying?

3      A.  Yes.

4      Q.  What was the defendant just saying?

5      A.  "They are fucking shit up over there."

6      Q.  If we can continue to play, please.

7      Agent Foulger, paused here at 7:20.  Could you hear what

8   the defendant just said?

9      A.  Yes.

10      Q.  What did the defendant just say?

11      A.  He said, "I am going to help them out.  I am going to

12   fuck shit up."

13      Q.  If we can continue to play and we'll pause around

14   8:10.

15      Agent Foulger, can you see where the defendant is

16   positioned here as we are paused at 8:10?

17      A.  Yes.

18      Q.  Where?

19      A.  He is at the bottom of the scaffolding off to the

20   left.

21      Q.  Can you see police officers here?

22      A.  Yes.

23      Q.  If we can continue to play, please.

24      Agent Foulger, paused here at 8:36.  Can you hear the

25   defendant's voice?

1        A.   Yes.

2        Q.   What is he saying?

3        A.   Who do you protect?  Who do you serve?

4        Q.   If we can continue to play, please.

5        Agent Foulger, paused here at 9:12 for the record.  What

6   is occurring here?

7        A.   The police line has broken.

8        Q.   If we can continue to play.

9        Agent Foulger, paused here at 9:35.  Could you hear the

10  defendant?

11       A.   Yes.

12       Q.   What did he say?

13       A.   He said, "This is our fucking house."

14       Q.   How did he say that?

15       A.   Through the megaphone.

16       Q.   Could you see the black megaphone on the screen

17  before?

18       A.   Yes.

19       Q.   I apologize.  Could you say that one more time because

20  I talked over you.  I apologize.

21       A.   Yes.  Right before it paused, the megaphone was seen

22  on the right side of the screen.

23       Q.   If we can continue to play, please.

24       Agent Foulger, paused here at 10:30.  Could you hear what

25  the defendant just said?

DIRECT EXAMINATION OF MATTHEW FOULGER

1      A.  Yes.

2      Q.  What?

3      A.  "Hold the line."

4      Q.  Again, how did he deliver that message?

5      A.  Through the megaphone.

6      Q.  If we can continue to play, please.  We could press

7   pause, please.  Thank you so much.

8      Paused here at 10:54, could you hear what defendant just

9   said?

10     A.  Yes.

11     Q.  What did he just say?

12     A.  He said, "This is the biggest shit I have seen so

13   far."

14     Q.  If we can continue to play, please.

15     Agent Foulger, paused here at 21:00.  I am going to circle

16   some individuals here off to the left-hand of the screen.  Can

17   you see a camera in that person's hand?

18     A.  Yes.

19     Q.  And I am going to -- for the record, I circled three

20   individuals that are huddled down to the bottom left-hand

21   corner behind the barricades.  I am also going to circle this

22   individual with a camera.  Can you see something hanging around

23   that person's neck?

24     A.  Yes.  It looks like a badge.

25     Q.  If we continue to play and we'll just play this out.

1          Agent Foulger, right before we paused, did you see an

2     individual with a megaphone?

3          A.   Yes.

4          Q.   Throughout you sitting here at the table watching all

5     of the different video and you have also just testified to

6     seeing the defendant using the megaphone.  Did the defendant

7     have a megaphone on him that day?

8          A.   Yes.

9          Q.   When I am circling back to the individuals with the

10     hardcore video cameras and the badge.  Did any of them have

11     megaphones on them?

12          A.   No.

13          Q.   We watched Government Exhibit 701 piecemeal.  At this

14     time if we played it through, would you recognize it?

15          A.   Yes.

16          Q.   If we may bring up 701.

17          Agent Foulger, is this one of the videos that you received

18     on January 9th from agents that was from the defendant?

19          A.   Yes.

20          Q.   If we can please play.

21          Agent Foulger, pause here at 4:30, could you hear if the

22     defendant just said anything?

23          A.   Yes.

24          Q.   What was that?

25          A.   He said, "This is a revolution.  This is ours."

1          Q.  If we can continue to play, please.

2          If we could press pause, please.  Thank you so much.

3          Paused here at 9:11.

4          Agent Foulger, could you hear what the defendant just

5     said?

6          A.  Yes.

7          Q.  What did he say?

8          A.  "If you want to go over there, go ahead, bro."

9          Q.  Before that, could you hear him talking about any kind

10    of fighting?

11         A.  He said there was fighting down below.

12         Q.  If we could continue to play, please.  Thank you.

13         Agent Foulger, paused here at 10:59.  Could you hear the

14    defendant talking to anyone through that period of time?

15         A.  Yes.  It appears he is talking to the women next to

16    him.

17         Q.  Do you know who the person is?

18         A.  It appears to be Jade Sacker.

19         Q.  Jade Sacker, was that the person who testified earlier

20    today?

21         A.  Correct.

22         Q.  How is Jade Sacker dressed here on January 6?

23         A.  She has a hat on.  She is carrying a camera.  I

24    believe she has a sweatshirt or a jacket on.

25         Q.  If we can continue to play.  And we'll pause around

DIRECT EXAMINATION OF MATTHEW FOULGER

1    12:35.

2         Pause here at 12:35.

3         Has the defendant traveled with that group from the

4    rioters from the scaffolding all of the way up through the

5    police line?

6         A.  Yes.

7         Q.  Circling the individual in the middle of the screen,

8    is this Ms. Sacker?

9         A.  Yes, it is.

10        Q.  And what is she holding in her hand?

11        A.  She has a camera.

12        Q.  If we can continue to play, please.

13        Agent Foulger, paused here at 14:41.  Could you hear the

14   defendant's voice throughout the time that we just played?

15        A.  Yes.

16        Q.  The person who said, "This is our shit, fuck, yeah,"

17   who is that?

18        A.  The defendant.

19        Q.  The person who said, "We accomplished this shit," who

20   is that?

21        A.  Mr. Sullivan.

22        Q.  The person who said this is -- this shit is beautiful

23   or something to that effect, who was that?

24        A.  Mr. Sullivan.

25        Q.  If we can continue to play, please.

1          If we could pause, please.  Paused here at 15:19 for the

2    record.  Could you hear what the defendant just said?

3          A.  Yes.

4          Q.  What was that?

5          A.  Let's burn this shit down.

6          Q.  If we can continue to play, please.  And we'll pause

7    around 15:55.

8          Agent Foulger, paused here at the 15:55, could you hear

9    what defendant just said?

10         A.  Yes.

11         Q.  What?

12         A.  "We have to get inside now."

13         Q.  What direction is he traveling in for the record?

14         A.  Toward the Capitol.

15         Q.  If we can continue to play and we'll pause around

16   17:40.

17         Agent Foulger, I am paused here at 16:50.  Could you hear

18   the conversation that the defendant just had?

19         A.  Yes.

20         Q.  What was it?

21         A.  He is telling another protester that they are firing

22   rubber bullets.  It is only rubber bullets.

23         Q.  If we can continue to play and we'll pause around

24   17:40.

25         Could you hear the defendant just then?  We are paused at

1    17:40.

2          A.   Yes.

3          Q.   What did he say?

4          A.   If you could play it back.

5          Q.   If we could bring it back about 10 seconds.

6    Could you hear what the defendant said?

7          A.   Yes.  He said, "We have got to get this shit burned."

8          Q.   If we can continue to move on from 17:40 and pause at

9    about 18:56.

10         Agent Foulger, pause here at 18:56.  Is the defendant

11   directed to leave the building?

12         A.   Yes.

13         Q.   We can continue to play and then we'll pause around

14   23:47.

15         Agent Foulger, paused here at 20:36.  The voice that we

16   heard, going back and forth with the Capitol Police officer,

17   was that the defendant's?

18         A.   Yes.

19         Q.   Is he still inside the building, for the record?

20         A.   He is.

21         Q.   If we can continue to play.

22         Agent Foulger, paused at 22:09.  The voice that is once

23   again going back and forth with officers, whose voice is that?

24         A.   The defendant's.

25         Q.   Do you hear the defendant at any point during this

1    portion of that we just played in between the pausing ask if

2    there is another way that he can exit the building?

3         A.   No.

4         Q.   Can we please continue to play.

5         Agent Foulger, paused here at 23:47.  Can you hear the

6    defendant's voice?

7         A.   Yes.

8         Q.   What is he chanting?

9         A.   USA.

10        Q.   Now, you have seen this video played with Deputy Chief

11   Loyd.  Does the defendant end up going back past these doors

12   that is an exit?

13        A.   Yes, he does.

14        Q.   I will take a moment right now to ask you a question.

15   While Deputy Chief Loyd was testifying, we went through all of

16   the CCTV footage with Deputy Chief Loyd.  Do you remember

17   seeing that while you were here in court?

18        A.   Yes.

19        Q.   Every time that the video was paused and an individual

20   in all black was circled, who was that person?

21        A.   Mr. Sullivan.

22        Q.   If we can continue to play, please.

23        Agent Foulger, paused here at 24:28.  For the record,

24   whose voice is saying "We took this shit"?

25        A.   The defendant's.

1        Q.  If we can continue to play, please.

2        Agent Foulger, paused here at 27:13.  Could you hear the

3   defendant just now?

4        A.  Yes.

5        Q.  What information did he just provide?

6        A.  He passed his handle to another protester, which was

7   Jayden X.

8        Q.  Just because we have a record here, I am sure everyone

9   in the courtroom knows what a handle is.  What do you mean by a

10  handle?

11       A.  Like a username for a social media platform.

12       Q.  How did he categorize being in the Capitol building on

13  January 6?

14       A.  He was very excited.

15       Q.  If we could continue to play.

16       Agent Foulger, paused here at 27:50.  Could you recount

17  the conversation that was just had?

18       A.  Yes.

19       Q.  Could you?

20       A.  The female, Jade Sacker, said, "We did it.  You were

21  right."  And Mr. Sullivan acknowledged it.

22       Q.  If we could continue to play, please.

23       If we could press pause.

24       Did you hear -- paused here for the record at 28:02.

25  Could you hear what Mr. Sullivan just said?

1          A.  I believe I heard, give me a real one, referring to a

2     kiss.

3          Q.  If we could bring it back to just about 10 seconds.

4          If we would press play.

5          If we could press pause.  Did you hear Mr. Sullivan talk

6     about what he was going to do with footage?

7          A.  Yes, he was going to delete it.

8               MR. KIERSH:  I'm sorry.  I didn't hear that.

9               MS. LEDERER:  He was going to delete it.

10              MR. KIERSH:  Could you repeat the answer, please?

11              THE WITNESS:  He said he was going to delete it, the

12    footage.

13    BY MS. LEDERER:

14         Q.  If we could continue to play, please.

15         Agent Foulger, for the record, whose voice was it when it

16    said, "Our house, motherfuckers"?

17         A.  Mr. Sullivan's.

18         Q.  If we can continue to play and we'll pause around

19    30:50.

20         Agent Foulger, paused here at 30:50.  Could you hear the

21    defendant's voice just then?

22         A.  Yes, I did.

23         Q.  What did he say?

24         A.  He said, "I am ready, bro.  I have been to too many

25    riots."

1          Q.  If we could play, please, and pause around 33:20.

2          Agent Foulger, paused here at 33:20.  The voice -- I know

3     there is a lot of voices.  Could you hear the defendant's voice

4     going back and forth with the officers?

5          A.  Yes.

6          Q.  Occasionally, could you see the defendant's hand

7     coming into frame?

8          A.  Yes.

9          Q.  What was on his hand?  And I can bring it back, if

10    need be.

11         A.  Yeah, bring it back.

12         Q.  If we can bring it back to about 32:01.

13         If we could pause, please.  I'm sorry.  Could we bring it

14    back to about 31 minutes.  I'm sorry.  Thank you, Ms. Mohamed.

15         Could we pause, please.

16         Paused for the record at 31:54.  Could you see the

17    defendant's hand come up?

18         A.  Yes.  He was wearing a glove.

19         Q.  What color is the glove for the record?

20         A.  Black.

21         Q.  If we continue to about 33:20, since we have already

22    watched this.  Thank you.

23         If we could pause here for the record at 33:33.  Could you

24    hear that officer warning that the military was coming?

25         A.  Yes.

1        Q.  If we can continue to play.

2        Agent Foulger, paused here at 37:30.  For the record,

3   whose voice said, "They don't listen without that shit"?

4        A.  The defendant's.

5        Q.  What shit was he talking about?

6        A.  Violence.

7        Q.  If we can continue to play and we'll pause around

8   40:20.

9        Agent Foulger, paused here at 40:20, did you just hear the

10  defendant's voice?

11       A.  Yes.

12       Q.  What did the defendant just say?

13       A.  He said, "Hey, guys, I have a knife."

14       Q.  If we can continue to play.  And if we can continue.

15  Yes.  Thank you.  Play.

16       Agent Foulger, paused here at 41:08.  Is the defendant

17  still outside this door?

18       A.  He is.

19       Q.  If we can continue to play and we'll pause around

20  42:22.

21       Agent Foulger, paused here at 42:22, for the record.

22  Whose voice did you just hear?

23       A.  Mr. Sullivan's.

24       Q.  What could you hear him say?

25       A.  "Pull that motherfucker out of this bitch."

1        Q.  If we could continue to play and we'll pause around

2    44:10.

3        If we could pause, please.  Thank you.  Paused at 43:01.

4    Whose voice did you just hear?

5        A.  Mr. Sullivan.

6        Q.  What did he say?

7        A.  He said, "Why don't we go in there?"  And someone

8    kicked it and he said, "Yeah, rip that shit."

9        Q.  And if we could continue to play and then pause at

10   44:10.  Thank you.

11       Agent Foulger, paused here at 44:10 for the record.  Whose

12   voice did you hear say, I have a knife multiple times?

13       A.  Mr. Sullivan.

14       Q.  If we can continue to play and we'll pause around

15   45:51.

16       Agent Foulger, paused here at 45:20.  Who was just

17   speaking with the officers?

18       A.  Mr. Sullivan.

19       Q.  After those officers left, what did the defendant say?

20       A.  He said, "Go, go, get that shit."

21       Q.  If we can continue to play and we'll pause at 45:51.

22       Agent Foulger, paused here at 45:51, where is the camera

23   angle trained right now?

24       A.  Towards the inside of the Speaker's Lobby.

25       Q.  I am going to circle this individual's hand right

1   here.  Can you see what is in that individual's hand?

2        A.  Yes.

3        Q.  What is that?

4        A.  It is a firearm.

5        Q.  And I am going to circle -- I am assuming with the

6   FBI, you have had to go through firearms training?

7        A.  Yes.

8        Q.  I am going to circle right here.  Can you see what is

9   coming out of the firearm?

10       A.  Yes.  It is being discharged so a bullet is coming

11  out.

12       Q.  Agent Foulger, if I could, could you pull that

13  microphone a little bit closer to you.  I am having a little

14  trouble hearing.

15       A.  Yes.  The screen shows a firearm being discharged.

16       Q.  And due to its graphic nature, I am not going to play

17  this portion.  But trained here on the person shooting, does

18  this video continue to play for a bit and a little bit of the

19  aftermath?

20       A.  Yes.

21       Q.  If we can continue to 48 minutes in.

22       Agent Foulger, paused here at 48:40.  Could you hear the

23  defendant's voice?

24       A.  Yes.

25       Q.  What did he say?

DIRECT EXAMINATION OF MATTHEW FOULGER               93

1        A.   Something about the shooting.  I would have to hear it

2   again.

3        Q.   Could we bring it back about 10 seconds and let it

4   play to about 48:50.

5   Thank you.

6   Could you hear the defendant's voice?

7        A.   Yeah.  But all I heard was, you all shoot, something

8   like that.

9        Q.   If we can continue to play.

10  Thank you.

11  Agent Foulger, how long was this video that the defendant

12  provided for you?

13       A.   50 minutes and change.

14       Q.   Did he also on January 11th provide you with one more

15  video?

16       A.   Yes.

17       Q.   If I could bring up 711, please.  That has already

18  been admitted.

19  Agent Foulger, how long is 711?

20       A.   Seven seconds.

21       Q.   And where are we within the Capitol building?

22       A.   Just outside the Speaker's Lobby on the east side.

23       Q.   If we could continue to play, please.

24  Agent Foulger, I have asked you a lot of questions about

25  knowing the defendant's voice.  And I think before lunch you

1    had said that you had interviewed the defendant.  Is that why I

2    know his voice?

3         A.   Yes.

4         Q.   Could you briefly summarize you speaking or -- not

5    interviewing, did you meet with the defendant to get the video?

6         A.   I did.

7         Q.   Did you speak with him to get the video?

8         A.   I did.

9         Q.   Could you speak about your conversation with the

10   defendant?

11        A.   Yes.  I asked him about his experience there.  And I

12   also asked him a couple specific questions on things that he

13   said, including if he had a knife and why he said that.  He

14   told me that he didn't have one, that he was just joking

15   around.  And he said that he was saying those things in order

16   to maintain access with the audience.

17        Q.   Did he tell you if he was also at the Capitol with

18   anyone that day?

19        A.   Yes.  He mentioned he was with Jade Sacker.

20        Q.   Did he say why she was there with him that day?

21        A.   Yes.

22        Q.   Why?

23        A.   He said that she was filming him in a documentary

24   film.

25        Q.   Did he say what the documentary film was about?

1        A.  Yes.

2        Q.  About what?

3        A.  It depicted the difference between he and his brother,

4   James, and its affect on the family.

5        Q.  Did you ask the defendant if he had credentials?

6        A.  Yes.

7        Q.  And not just credentials, but like any type of press

8   credential?

9        A.  Yes.

10       Q.  What was the defendant's response?

11       A.  He said he did not.

12       Q.  And did he tell you what he was doing at the Capitol

13  on January 6?

14       A.  Yes.  He said he just wanted to record.

15       Q.  Now, you said that he denied having a knife that day.

16  Did you eventually take steps to investigate whether or not he

17  did have a knife that day?

18       A.  Yes, we did.

19       Q.  We'll get to that in a second.  And a part of taking

20  those steps after speaking with the defendant and viewing all

21  of his video, did you prepare a search warrant?

22       A.  Yes.

23       Q.  In addition do you also get an arrest warrant?

24       A.  Yes.

25       Q.  Did you go to execute those on January 14th of 2021?

1        A.   We did.

2        Q.   And when you say we, did you go with Agent Binger who

3   had testified before lunch?

4        A.   Yes.

5        Q.   When you went to the apartment, was the defendant

6   there?

7        A.   He was not there.

8        Q.   Okay.   About how much of the search warrant do you

9   participate in?

10        A.   Very little.   I took on the task of locating

11   Mr. Sullivan and effecting the arrest.

12        Q.   So at some point, do you leave to go meet Mr. Sullivan

13   for him to turn himself in?

14        A.   Yes.

15        Q.   When Mr. Sullivan turned himself in, did you retrieve

16   any items off of Mr. Sullivan?

17        A.   Yes.   We collected two cell phones.

18        Q.   Do you remember what type of cell phones those were?

19        A.   One was an Apple the other was a Samsung.

20        Q.   In addition to the phones that you personally took off

21   of the defendant, all of the items that Agent Binger testified

22   to, were those submitted for extraction from a team that you

23   have within the FBI?

24        A.   Yes.

25        Q.   Did it take some time -- a couple -- a month or two to

1    get the extractions back?

2         A.  Yes, about 6 weeks.

3         Q.  In the meantime as you were waiting for the

4    extractions, do you start reviewing any of the social media

5    that had been put out publically by the defendant over the

6    summer into the winter of -- summer of 2020 and into the winter

7    of 2021?

8         A.  Yes.  We continually reviewed his social media

9    postings.

10        Q.  And you had previously testified that you knew that he

11   had started a group called Insurgence.  Was that based out of

12   Utah?

13        A.  Yes.

14        Q.  And events that he would host, were those out of Utah?

15        A.  Yes.

16        Q.  Did you also know that the defendant had come to DC

17   for an event?

18        A.  Yes, we did.

19        Q.  Did he post something publicly when he was in DC?

20        A.  Yes.

21        Q.  If we could bring up Exhibit 111 at this point or I

22   apologize.  1101, I'm sorry.

23        Agent Foulger, do you recognize 1101?

24        A.  Yes.  It is John Sullivan with the username, I Am

25   Activist X.

1        Q.  Do you know that handle as something that has been

2   associated with the defendant?

3        A.  Yes, I do.

4        Q.  And at the bottom before I seek to admit it, is there

5   a hashtag that indicates a location?

6        A.  Yes.

7            MS. LEDERER:  Your Honor, at this time I'd seek to

8   admit 1101 into evidence.

9            MR. KIERSH:  No objection.

10           THE COURT:  Received.

11           (Whereupon, Government Exhibit No. 1101 was

12  admitted.)

13  BY MS. LEDERER:

14       Q.  Agent Foulger, I had just asked you about the

15  location.  The last hashtag, what is that?

16       A.  Protest DC.

17       Q.  And the caption of this Instagram, what is the

18  caption?

19       A.  It reads, "How do dress for a riot."

20       Q.  What is the defendant wearing in this Instagram post?

21       A.  He is wearing all black.

22       Q.  Was he wearing all black on January 6, 2021?

23       A.  Yes.

24       Q.  Now, in the fall, do you also know that the defendant

25  went to Portland?

DIRECT EXAMINATION OF MATTHEW FOULGER

1     A.   Yes.

2     Q.   Did he also post social media about his trip to

3  Portland?

4     A.   He did.

5     Q.   If we could bring up 1113, please.

6     And do you know about when he went to Portland?

7     A.   Say again?

8     Q.   Do you know about when he went to Portland?

9     A.   I believe this was late September.

10    Q.   Of 2020?

11    A.   Of 2020, correct.

12    Q.   Looking at 1113.  Do you recognize 1113?

13    A.   Yes.

14    Q.   What is 1113?

15    A.   This is a post from one of his accounts, Activist John

16  indicating he was in Portland.

17    Q.   Is that an account that you are familiar with being

18  associated with the defendant?

19    A.   Yes.

20         MS. LEDERER:  Your Honor, at this time the government

21  would seek to admit into evidence 1113.

22         MR. KIERSH:  Previously noted objection.

23         THE COURT:  It is received.

24         (Whereupon, Government Exhibit No. 1113 was

25  admitted.)

1    BY MS. LEDERER:

2        Q.  Agent Foulger, look at the location tag, where is the

3    defendant?

4        A.  In Portland.

5        Q.  What is the caption of this post?

6        A.  "Let's start a riot."

7        Q.  Is there an emoji after that?

8        A.  There are three, yes.

9        Q.  What are they?

10       A.  Black heart, fire, black heart.

11       Q.  Thank you.  We have a record, so we have to maintain

12   it.

13       What is the third hashtag in?

14       A.  It is hashtag riot.

15       Q.  If I may show Agent Foulger 11 -- excuse me.  Before

16   we switch, what is on the defendant's face?

17       A.  Balaclava.

18       Q.  And the person next to the defendant, what is on their

19   face?

20       A.  A gas mask.

21       Q.  Is that similar to the gas mask that the defendant

22   wore to the Capitol on January 6?

23       A.  Yes, it is.

24       Q.  Is it also similar to the gas mask that was recovered

25   from the defendant's home?

```
1        A.  Yes.

2        Q.  If we can move to 1114, please.

3            MR. KIERSH:  Previously noted objection.

4            THE COURT:  Overruled.  It is received.

5            (Whereupon, Government Exhibit No. 1114 was

6   admitted.)

7            MS. LEDERER:  Thank you, Your Honor.

8   BY MS. LEDERER:

9        Q.  Agent Foulger, looking at 1114.  What is 1114?

10       A.  It is a post from another account associated with

11  Mr. Sullivan, Activist John.

12       Q.  And what is the caption of this post?

13       A.  "Headed out to Portland, Oregon tomorrow.  Who are my

14  Portland people?  Comment below."

15       Q.  If we move to 11:15.  Do you recognize 1115?

16       A.  Yes.

17       Q.  Is this also from Portland?

18       A.  Yes.

19           MS. LEDERER:  Your Honor, at this time --

20  BY MS. LEDERER:

21       Q.  And is the defendant in this post?

22       A.  Yes, that is him.

23           MS. LEDERER:  At this time, Your Honor, the

24  government would seek to admit 1115.

25           MR. KIERSH:  Previously noted objection.
```

1                   THE COURT:  Received.

2                   (Whereupon, Government Exhibit No. 1115 was

3       admitted.)

4       BY MS. LEDERER:

5             Q.  Agent Foulger, what is the caption of this post?

6             A.  Battle ready.

7             Q.  What is the defendant wearing?

8             A.  He is wearing an all-black outfit including a tactical

9       vest.

10            Q.  So the caption doesn't read journalist ready?

11            A.  No.

12            Q.  Does it read archivist ready?

13            A.  No.  Battle ready.

14            Q.  If we can move to 1117, please.  Do you recognize

15      1117?

16            A.  Yes.

17            Q.  What is the handle of this post?

18            A.  Official Insurgence USA.

19            Q.  Again, Insurgence USA is the defendant's group?

20            A.  Yes.  And one of his handles, usernames.

21            Q.  Where is this geotag from?

22            A.  Portland, Oregon.

23                  MS. LEDERER:  Your Honor, at this time the government

24      would seek to admit 1115?

25                  MR. KIERSH:  Previously noted objection.

1                    THE COURT:  Okay.  It is received.

2                    (Whereupon, Government Exhibit No. 1115 was

3      admitted.)

4      BY MS. LEDERER:

5           Q.  Agent Foulger, what is the caption of this post?

6           A.  "How to take down a monument, educational purposes

7      only."

8           Q.  What is the photograph in the post or the sketch in

9      the post?

10          A.  There are instructions on how to pull down a monument

11     structure.

12          Q.  And this isn't how to film a documentary instructions?

13          A.  No.

14          Q.  If we can move to 1119, please.

15          Agent Foulger, are you aware the defendant also traveled

16     to LA for events?

17          A.  Yes.

18          Q.  And looking at 1119, is this a tweet from the

19     defendant?

20          A.  Yes, it is.

21               MS. LEDERER:  Your Honor, at this time the government

22     seeks to admit 1119.

23               MR. KIERSH:  Previously noted objection.

24               THE COURT:  Received.

25               (Whereupon, Government Exhibit No. 1119 was

```
 1   admitted.)

 2   BY MS. LEDERER:

 3       Q.  Agent Foulger, what is the date from this tweet?

 4       A.  September 20th.

 5       Q.  What handle tweeted this tweet?

 6           MR. KIERSH:  If we could get a year.

 7           THE WITNESS:  September 20th at Activist John.

 8           MR. KIERSH:  Can we get a year?

 9           THE WITNESS:  A year, 2020.

10           MS. LEDERER:  Your Honor, I would -- defense counsel

11   would have time to cross examine.  If there is an objection, we

12   can hear the objection and I clear it up easily.

13   BY MS. LEDERER:

14       Q.  Based off of your investigation I know there is not

15   necessarily a year on this, but do you know what year the

16   defendant went to LA?

17       A.  Yes.  2020.

18       Q.  And right here, what is the caption?

19       A.  "Antifa protest downtown LA."

20       Q.  I know it is still a video, but can you see the

21   clothing the defendant is wearing?

22       A.  Yes.

23       Q.  Can you see something right here?

24       A.  Yes.

25       Q.  What is that?
```

1        A.  It is appears to be a megaphone.

2        Q.  Did you also monitor the defendant's social media post

3   going into the winter of 2021?

4        A.  Yes.

5        Q.  If we could bring up 1102, please.

6        Agent Foulger, do you recognize 1102?

7        A.  Yes.

8        Q.  Which one of the defendant's handles is this Instagram

9   post from?

10       A.  I am Activist X.

11       Q.  And what is the geotag of this post?

12       A.  Washington, DC.

13            MS. LEDERER:  Your Honor, at this time the government

14   would seek to admit 1102.

15            MR. KIERSH:  Previously noted objection.

16            THE COURT:  Received.

17            (Whereupon, Government Exhibit No. 1102 was

18   admitted.)

19   BY MS. LEDERER:

20       Q.  Agent Foulger, what is the text within this post?

21       A.  It reads, "Important update.  Click the link in bio we

22   will have the live updates on the location for tonight's purge.

23   Spread the message.  Let the electoral purge commence."

24       Q.  On January 6, 2021, what was occurring at the Capitol?

25       A.  The electoral college was counting the votes.

1        Q.  If we could bring up 1107, please.

2        Agent Foulger, looking at 1107, what is the date of this

3   tweet?

4        A.  This is December 26 of 2020.

5        Q.  And what handle is this?

6        A.  The Jayden Xander.

7        Q.  Is there also a shorthand for this?

8        A.  There is Jayden X.

9        Q.  Is that another handle that had been associated with

10   the defendant?

11       A.  Yes.

12       Q.  Did we also hear the defendant give his handle out

13   inside the rotunda on January 6?

14       A.  Yes.

15            MS. LEDERER:  Your Honor, at this point the

16   government would seek to admit 1107.

17            MR. KIERSH:  Previously noted objection.

18            THE COURT:  Received.

19            (Whereupon, Government Exhibit No. 1107 was

20   admitted.)

21   BY MS. LEDERER:

22       Q.  Agent Foulger, below the handle and the date, can you

23   read the tweet?

24       A.  Yes.  "Riots are meant to bring change so surge the

25   world with fire."

1        Q.  Is there an emoji afterwards?

2        A.  There is a fire emoji.

3        Q.  And is there a still image below?

4        A.  Yes.

5        Q.  Is there fire in that image?

6        A.  There is, yes.

7        Q.  If we can bring up 1105.  Agent Foulger, looking at

8    1105.  Do you recognize this tweet?

9        A.  Yes.

10       Q.  Is this from one of the defendant's handles, Jayden X?

11       A.  Yes.

12       Q.  What is the date of this tweet?

13       A.  December 27th, 2020.

14            MS. LEDERER:  Your Honor, at this time the government

15   would seek to admit 1105 into evidence.

16            MR. KIERSH:  Previously noted objection.

17            THE COURT:  Received.

18            (Whereupon, Government Exhibit No. 1105 was

19   admitted.)

20   BY MS. LEDERER:

21       Q.  Agent Foulger, can you read the first sentence of this

22   tweet from December 27th, 2020?

23       A.  Yes.  An armed revolution is the only way to bring

24   about change effectively.

25       Q.  Is there a photo with this tweet?

DIRECT EXAMINATION OF MATTHEW FOULGER                    108

1          A.  Yes.

2          Q.  Who is in that photo?

3          A.  Mr. Sullivan and officers from Utah Highway Patrol.

4          Q.  Is he dressed similarly to 1126, the website photo of

5     the defendant with a firearm?

6          A.  Yes.

7          Q.  If we can please bring up 1110.

8          Do you recognize 1110?

9          A.  Yes.

10         Q.  Is 1110 a screenshot from YouTube?

11         A.  It is, yes.

12         Q.  And this YouTube account, is this one of the

13    defendant's?

14         A.  Yes.  Jayden X.

15         Q.  And can you tell the date on this YouTube?

16         A.  Yes.  December 29th, 2020.

17             MS. LEDERER:  Your Honor, at this time, the

18    government would seek to admit 1110.

19             MR. KIERSH:  Previously noted objection.

20             THE COURT:  Received.

21             (Whereupon, Government Exhibit No. 1110 was

22    admitted.)

23    BY MS. LEDERER:

24         Q.  For the record, the government had circled the date.

25    And if need be, we can call out the caption if you can't read

1    it.  It is a little blurry.

2         A.  "Molotov cocktails are improvised incendiary weapons

3    that when used strategically can be useful in providing

4    effective tactical advantages ranging from simple disruption to

5    the creation of 'safe gaps' between law enforcement while also

6    controlling their flow of movement."

7         Q.  Thank you.  If we could bring the call out down.

8         And if we -- thank you.

9         And the video title itself, what is that?

10        A.  "Video tutorial, Molotov cocktails."

11        Q.  So this isn't journalism?

12        A.  No.  It is an instructional video on how to make a

13   Molotov cocktail.

14        Q.  If we can bring up 1103, please.  Do you recognize

15   1103?

16        A.  Yes.

17        Q.  Is this a tweet?

18        A.  It is a tweet from December 30th, 2020 from Insurgence

19   USA.

20             MS. LEDERER:  Your Honor, at this time the government

21   would seek to admit 1103?

22             MR. KIERSH:  Previously noted objection.

23             THE COURT:  Received.

24             (Whereupon, Government Exhibit No. 1103 was

25   admitted.)

 1   BY MS. LEDERER:

 2       Q.  What is the substance of the tweet?

 3       A.  It identifies Senator McConnell's local DC address and

 4   one in Kentucky.

 5       Q.  What is the caption up here?

 6       A.  It reads, "Definitely don't surround his house."

 7       Q.  Are there three dots afterwards?

 8       A.  There are three dots after.

 9       Q.  And who retweeted Insurgence USA's tweet about

10   definitely don't surround his house?

11       A.  Jayden X, another account used by the defendant.

12       Q.  If we can bring up 1112, please.  Do you recognize

13   1112?

14       A.  Yes, I do.

15       Q.  What date is -- is this a tweet?

16       A.  This is, yes.

17       Q.  And what date is this from?

18       A.  December 31st, 2020.

19           MS. LEDERER:  Your Honor, at this point, the

20   government seeks to admit 1112.

21           MR. KIERSH:  Previously noted objection.

22           THE COURT:  Received.

23           (Whereupon, Government Exhibit No. 1112 was

24   admitted.)

25   BY MS. LEDERER:

1          Q.  What is the caption of this tweet?

2          A.  "I am already ready to go Nazi hunting in 2021.  Are

3     you?"

4          Q.  Do you see the defendant in this photograph?

5          A.  I do.

6          Q.  Is he in the middle?

7          A.  He is.

8          Q.  Does he have a camera on him?

9          A.  He has a GoPro on his shoulder.

10         Q.  On the other side of his shoulder, what is slung over

11    that?

12         A.  A rifle is slung over his other shoulder.

13         Q.  If we could bring up 1104, please.

14         Do you recognize 1104?

15         A.  Yes.

16         Q.  Is 1104 a series of tweets?

17         A.  It is, yes.

18         Q.  The first one, is that from January 1st?

19         A.  Yes, down below.

20         Q.  The second one, is that from January 2nd?

21         A.  Yes.

22              MS. LEDERER:  Your Honor, at this point --

23    BY MS. LEDERER:

24         Q.  Are these tweets both from Jayden X?

25              THE COURT:  Received.

1          MR. KIERSH:  Previously noted objection, Your Honor.

2          (Whereupon, Government Exhibit No. 1104 was

3    admitted.)

4    BY MS. LEDERER:

5          Q.  If we could call out the bottom tweet, please.

6          A.  "Chud alert.  Trump is like the official organizer of

7    J6 fasc rally.  When he told PB 'to stand down and stand by' he

8    really wasn't kidding.  We need numbers to show up.  No

9    fascists in DC.  March against fascism.  Spread the word,

10   Comrades."

11         Q.  When is this tweet from?

12         A.  The date or the --

13         Q.  The date?

14         A.  January 1st.

15         Q.  And who retweeted Jayden X's tweet?

16         A.  Up above it says John Sullivan retweeted.

17         Q.  The screen capture of that January 1 tweet, is that

18   from the former president?

19         A.  Yes.

20         Q.  Are you aware of the former president hosting a rally

21   on January 6, 2021?

22         A.  Yes.

23         Q.  If we could call out the top tweet.

24         What does -- what date is this top tweet from?

25         A.  January 2nd.

 1          Q.  Is this John Sullivan retweeting himself?

 2          A.  It is, yes.

 3          Q.  What is the caption of this?

 4          A.  "Fuck the system, time to burn it all down."

 5          Q.  If we can -- and this is from January 2nd; correct?

 6          A.  Yes.  It is January 2nd.

 7          Q.  If we could bring up the original.  And does it appear

 8  there is a video attached with this?

 9          A.  Yes.

10          Q.  If we could please bring up 1106, please.

11  Do you recognize 1106?

12          A.  Yes.

13          Q.  Is this yet another series of tweets?

14          A.  Yes.

15              MS. LEDERER:  Your Honor, at this time the government

16  would seek to admit 1106.

17              MR. KIERSH:  Previously noted objection.

18              THE COURT:  Received.

19              (Whereupon, Government Exhibit No. 1106 was

20  admitted.)

21  BY MS. LEDERER:

22          Q.  If we could call out the middle tweet, please.

23          A.  This is from January 2nd, 2021.

24          Q.  Is it the same message from or the same tweet from

25  1105?

1          A.   Yes.

2          Q.   Okay.  Is this time, is the defendant retweeting his

3    own tweet, but this time from Insurgence USA?

4          A.   Yes.

5          Q.   And again does it appear there is a TikTok video

6    included with it?

7          A.   Yes.

8          Q.   Did you have a chance to review the video that was

9    accompanied with this tweet?

10         A.   I did.

11         Q.   At this time I would ask to show the agent 1111.

12         Agent Foulger, is this the TikTok that you viewed that was

13   associated with the tweet?

14         A.   Yes.

15         Q.   Is there a TikTok handle at the top?

16         A.   There is.

17         Q.   What is that handle?

18         A.   The Jayden X.

19             MS. LEDERER:  Your Honor, at this time the government

20   would seek to admit 1111.

21             MR. KIERSH:  Previously noted objection.

22             THE COURT:  Received.

23             (Whereupon, Government Exhibit No. 1111 was

24   admitted.)

25   BY MS. LEDERER:

DIRECT EXAMINATION OF MATTHEW FOULGER                115

1          Q.  If we could please play.

2          Agent Foulger, eventually were you able to get the result

3    of the extractions from the devices from the defendant's house?

4          A.  Yes.

5          Q.  Was that video also on one of his devices?

6          A.  It was.

7          Q.  While you were awaiting the extraction from the

8    devices, did you also prepare a search warrant for the

9    defendant's iCloud account?

10         A.  Yes, we did.

11         Q.  Did you receive results from Apple for that account?

12         A.  Yes.

13         Q.  If we could bring up at this point, 1002.3.

14              THE COURT:  How many more of these do we have?

15              MS. LEDERER:  How many?

16              THE COURT:  How many more of these do we have?

17              MS. LEDERER:  Your Honor, I probably have about

18   another 30 minutes, if we want to take a break.

19              THE COURT:  All right.  We'll take a recess for 10

20   minutes.

21              THE COURTROOM DEPUTY:  All rise.

22              (The jury left the courtroom.)

23              (Recess taken at 3:27 p.m.)

24              THE COURT:  Explain to my why anything else you have

25   with this witness wouldn't be cumulative?  I will take the

1    objection to cumulative evidence.

2              MS. LEDERER:  Your Honor, I have one more video that

3    shows the knife that we then tie to Ms. Sacker's video.  From

4    there, I can move on.  And then there is also other evidence

5    that I have to get through the rest of the investigation,

6    including the fact that the defendant --

7              THE COURT:  Tell me what it is.  I will let that one

8    in.  Tell me anything else you have.  You have enough.

9              MS. LEDERER:  Yes.

10             THE COURT:  I wouldn't have let all of that in if I

11   knew you had that much cumulative --

12             MS. LEDERER:  Your Honor, in addition I will briefly

13   have to touch on Jade's videos just to --

14             THE COURT:  You have had enough videos.

15             MS. LEDERER:  I am not going to play them, but I am

16   going to confirm that certain pieces of evidence that were

17   submitted were from Ms. Sacker.  So I just have to touch on the

18   600s.  I have to confirm --

19             THE COURT:  As long as you don't play them.

20             MS. LEDERER:  I believe that only -- was 690 admitted

21   into evidence or 688 from Ms. Sacker?  If it wasn't admitted,

22   if it was used for impeachment purposes, I do have to admit

23   that in through the agent.

24             THE COURTROOM DEPUTY:  690 was not in.

25             MS. LEDERER:  Okay.  And, Your Honor, that is more of

1    the defendant's admission from that day, so I don't believe

2    that is cumulative.

3            Your Honor, also, I will be asking the agent about

4    investigating that knife.  So I might have to play Ms. Sacker's

5    video or I can ask him about Ms. Sacker's video and how he

6    compared the knife from the video that we are about to play,

7    which is 1102.3.  There is also the agent went out himself and

8    photographed a knife that was very similar.  From there --

9            THE COURT:  Is there no end?

10           MS. LEDERER:  I apologize.  What was that?

11           THE COURT:  You expect him to take the whole day now?

12           MS. LEDERER:  No, Your Honor.  I would hope to move

13   quickly through this.

14           THE COURT:  Yeah, I will bet.

15           All right.  Bring in the jury.

16           I will take objections as we go.

17           MR. KIERSH:  I'm sorry.

18           THE COURT:  I will take objections as we go.

19           MR. KIERSH:  Well, I have a standing objection to all

20   of this evidence.

21           THE COURT:  I understand.

22           MR. KIERSH:  Very well.

23           (The jury is seated.)

24           THE COURT:  You may be seated.

25           You may proceed.

1    BY MS. LEDERER:

2         Q.  Agent Foulger, did you also receive results from an

3    iCloud search warrant?

4         A.  Yes.

5         Q.  Did you review a video from December 5th of 2020?

6         A.  Yes.

7         Q.  If I were to show you portions of that video, would

8    you recognize it?

9         A.  Yes.

10            MS. LEDERER:  Your Honor, at this time I would have

11   the witness shown 1002.3.

12            MR. KIERSH:  Previously noted objection.

13            THE COURT:  It is received.

14            (Whereupon, Government Exhibit No. 1002.3 was

15   admitted.)

16   BY MS. LEDERER:

17        Q.  Agent Foulger, do you recognize the defendant?

18        A.  Yes, that is John Sullivan.

19        Q.  If we can play to about 30 seconds in.

20        Agent Foulger, do you -- what did we just watch in those

21   30 seconds?

22        A.  An introduction by Mr. Sullivan on how to dress for a

23   protest.

24        Q.  If we can please jump to 5 minutes and 24 seconds in.

25   And that as we are jumping, the jacket -- is that the jacket

1    that was seized as part of the search warrant?

2         A.  Yes.

3         Q.  Is it similar to the jacket the defendant was seen in

4    the video on January 6?

5         A.  Yes.

6         Q.  Can we play a little bit.

7         If we could press pause, please.

8         Agent Foulger, was there a gas mask in this video?

9         A.  Yes.

10        Q.  Is that similar to the one that the defendant wore on

11   January 6?

12        A.  Yes.

13        Q.  Also what is on the defendant's chest?

14        A.  A tactical vest.

15        Q.  Is that similar to what the defendant was wearing on

16   January 6?

17        A.  Yes.

18        Q.  If we could --

19             MR. KIERSH:  Your Honor, may we have a bench

20   conference and take the video down, please.

21             (Conference held at the bench.)

22             THE COURT:  Go ahead.

23             MR. KIERSH:  Your Honor, the Court ruled that the

24   machine gun on the table is inadmissible earlier.  And now this

25   video shows up with the machine gun on the table.

1              THE COURT:  That was it was not connected to a

2      protest.  That objection is overruled here.

3              MR. KIERSH:  That is correct.  Very well.

4              (End of bench conference.)

5      BY MS. LEDERER:

6         Q.  If we can jump to 7 minutes and 57 seconds in.

7      We could pause, please, again.

8      Is the defendant holding the jacket from January 6?

9         A.  Yes.

10        Q.  If we can jump to 9 minutes and 30 seconds in.

11     And I know we are jumping through.  Is this whole thing a

12     tutorial of how to dress for a protest?

13        A.  Yes.

14        Q.  If we can play to about 10:15.  If we could pause

15     please.  What did the defendant just pick up?

16        A.  An assault rifle.

17        Q.  If we can bring to 11:20, please.  And if we can play,

18     pausing at 11:31.

19             Agent Foulger, paused here at 11:31.  What did the

20     defendant just pull out of his pocket?

21        A.  A knife.

22        Q.  Okay.  If we can continue to play and pause at 11:30.

23     Did the defendant still have the knife out?

24        A.  Yes.

25        Q.  Could you describe the handle of that knife?

1    A.  It is black in color on the top where the knife --

2    where the blade is extracted.  There is kind of a silver

3    portion at the top.

4    Q.  If we could continue to play.

5    If we could pause.

6    Can you also -- is the tip of the knife out now?

7    A.  Yes.

8    Q.  Is there markings on this knife?

9    A.  Yes, on the blade.

10    Q.  Were you able to determine what type of knife this is?

11    A.  Yes.

12    Q.  What type of knife is it?

13    A.  It is a Smith & Wesson M&P out the front knife.

14    Q.  If we could pull down 1002.3, please.  Now, were you

15    eventually able to use that knife to compare with footage from

16    inside the Capitol?

17    A.  Yes, I was.

18    Q.  At some point in March of 2021, do you receive footage

19    from Jade Sacker?

20    A.  Yes.

21    Q.  We are not going to go through all of them again.  But

22    what had been previously played with Deputy Chief Loyd and

23    Officer Willem Exhibits 660, 662, 663, 669, 670, 627, 628, 629,

24    627 and 632 and 638, were those all from Jade Sacker?

25    A.  Yes, they were.

1       Q.  And in addition to footage from Jade Sacker from

2   inside the Capitol, did you end up reviewing all of the footage

3   that she provided?

4       A.  Yes, I did.

5       Q.  At some point in reviewing Mr. Sullivan's footage and

6   comparing that to Mr. Sullivan, did the two of them separate in

7   the Capitol?

8       A.  They do separate.

9       Q.  At what point do they separate?

10      A.  After the door -- the main door from the House on the

11  House side, they split up.

12      Q.  Do they eventually meet back outside?

13      A.  Yes.

14      Q.  And I believe if we could pull up 690, which is

15  already in evidence, the footage of -- it is not.  Okay.  At

16  this point I think it had only been shown as impeachment only.

17  Do you recognize 690?

18      A.  I do.

19      Q.  Is this footage from Ms. Sacker?

20      A.  Yes.

21          MS. LEDERER:  Your Honor, at this time I'd seek to

22  admit 690 into evidence.

23          MR. KIERSH:  No objection.

24          THE COURT:  Received.

25          (Whereupon, Government Exhibit No. 690 was admitted.)

1              MS. LEDERER:  If we can play, please.

2              THE COURT:  I thought this was played with the

3     witness, wasn't it?

4              MS. LEDERER:  It was for impeachment.  We are

5     playing --

6              THE COURT:  Don't play it.  What is your next

7     question?  We have already seen it once.  We don't need to see

8     it again.

9     BY MS. LEDERER:

10         Q.  In addition, did Ms. Sacker also record the defendant

11    talking about January 6 to friends?

12         A.  Yes.

13             MS. LEDERER:  Your Honor, at this time, which has not

14    been played 688.

15    BY MS. LEDERER:

16         Q.  Agent Foulger, do you recognize the defendant in 688?

17         A.  Yes.

18         Q.  Is this footage from Ms. Sacker?

19         A.  Yes.

20             MS. LEDERER:  If we can play pausing at 1:32 and

21    we'll bring it down shortly thereafter.

22             Your Honor, if we could pause it.  And, Your Honor, I

23    believe I admitted this into evidence.  Could we -- I

24    apologize.  I did not admit this into evidence.  688, I would

25    admit this at this time and publish to the jury.

1          MR. KIERSH:  Over objection.

2          THE COURT:  I didn't hear what you said.

3          MR. KIERSH:  Over objection.

4          THE COURT:  Okay.

5          (Whereupon, Government Exhibit No. 688 was admitted.)

6    BY MS. LEDERER:

7    Q.  I know it had been playing, but had the defendant been

8    walking and talking on the phone?

9    A.  Yes.

10   Q.  And if we could continue to play and pause around

11   1:32.

12   Agent Foulger, paused here at 1:32.  What did the

13   defendant just say?

14   A.  "I was letting them fuck shit up."

15   Q.  If we can continue to play for a little bit longer.

16   If we could press pause.  What did the defendant indicate

17   he was doing that day?

18   A.  He brought his megaphone to instigate shit, that is

19   what he said.

20   Q.  Agent Foulger, did you eventually -- we can take this

21   down.  Thank you.

22   Did you eventually receive information that the defendant

23   had been selling his footage to news organizations?

24   A.  Yes, we did.

25   Q.  Did you eventually get the extraction back from your

1    digital team?

2         A.  Yes.

3         Q.  Within that extraction had there been a contract that

4    the defendant had on one of his devices about selling the

5    footage?

6         A.  Yes.

7              MS. LEDERER:  Your Honor, at this time if we could

8    show the witness what has been marked as 901.9.

9              MR. KIERSH:  No objection.

10             THE COURT:  Can I look at it?

11   BY MS. LEDERER:

12        Q.  Agent Foulger, do you recognize 901.9?

13        A.  Yes, I do.

14        Q.  What is 901.9?

15        A.  It is a contract dated January 11th, 2021, for $1,000.

16             THE COURT:  Okay.  Objection is overruled.

17             MS. LEDERER:  Your Honor, at this time the government

18   would admit 901.9.

19             MR. KIERSH:  No objection.

20             THE COURT:  It is received.

21             (Whereupon, Government Exhibit No. 901.9 was

22   admitted.)

23   BY MS. LEDERER:

24        Q.  If we could call out this middle portion from the

25   following clips.

1      Are these the clips that the defendant selected to provide

2   to Rocky Mountain?

3      A.  Yes.

4      Q.  We can take this down.

5      In addition to Rocky Mountain, were there other news

6   organizations that the defendant provided this video to?

7      A.  Yes, there were.

8      Q.  In addition to finding out that information, when

9   Ms. Sacker had been testifying a voice recorder was played to

10  her, I don't believe that was admitted into evidence.  But when

11  you went and received back the extraction report, was there a

12  two-hour recording that was extracted from a voice recorder?

13     A.  Yes, there was.

14     Q.  And that was from the defendant's apartment?

15     A.  Yes.

16     Q.  And the portion that was played to Ms. Sacker, was

17  that from that recording?

18     A.  Yes, it was.

19          MS. LEDERER:  Your Honor, at this time I'd just seek

20  to admit into evidence the 901.3, which is the recording that

21  was played with Ms. Sacker.

22          THE COURT:  Received.

23          MR. KIERSH:  Your Honor, if -- excuse me.  It has

24  already been admitted but I object to playing it again.  We

25  have already heard it.

1              THE COURT:  It is received.

2              (Whereupon, Government Exhibit No. 901.3 was

3     admitted.)

4              MS. LEDERER:  And are you sustaining the -- I haven't

5     even asked to play it yet.  I am moving it into evidence.

6              THE COURT:  I received it into evidence.

7              MS. LEDERER:  Understood.

8     BY MS. LEDERER:

9         Q.  In addition to the voice recorder that we have already

10    heard, did you also find more footage from January 6?

11        A.  Yes, we did.

12        Q.  Had we watched that footage with Agent Yetter?

13        A.  Yes.

14             MS. LEDERER:  Your Honor, at this time I'd seek to --

15    well, it has already been admitted to evidence and ask a few

16    questions about the video that we have already watched with

17    Agent Foulger.

18             MR. KIERSH:  Objection to replaying it.

19             THE COURT:  Sustained.

20             MS. LEDERER:  Your Honor, I have already captioned

21    that I was just going to ask a few questions about the video.

22    I never said I was going to play the video.

23             THE COURT:  There is no point.  It is cumulative.

24    Move on.

25             MS. LEDERER:  Your Honor, may I be heard at a bench

```
 1    conference?

 2              THE COURT:  You can be heard, if you have to.

 3              (Conference held at the bench.)

 4              MS. LEDERER:  Your Honor, I am not playing the video.

 5              THE COURT:  If it is in evidence, why do you need to

 6    play it?

 7              MS. LEDERER:  I am not playing the video.  I never

 8    said that.  I am going to ask a few questions about the video.

 9    Counsel --

10              THE COURT:  What are they?

11              MS. LEDERER:  So the defendant hands over a 7-second

12    video after the shooting.  He does not provide all of the video

13    to the FBI.  What the FBI then finds on his device is an

14    8-minute video that shows him berating the officers.  So the

15    question will then be, did you find a video that was not

16    provided to the FBI?  And, Your Honor, at this point, the

17    government has presented almost its entire case.

18              We have an hour left.  We could be done before this.

19    To curb the government's presenting of its case is --

20              THE COURT:  Oh, give me a break.  Don't tell me that

21    stuff.

22              MS. LEDERER:  We have been very efficient.  I would

23    just ask for a little bit of leeway.

24              THE COURT:  Very little.  Very little.

25              MS. LEDERER:  Understood.  Thank you.
```

DIRECT EXAMINATION OF MATTHEW FOULGER

1              (End of bench conference.)

2    BY MS. LEDERER:

3         Q.   Agent Foulger, we are going to bring up the video, but

4    we are not going to play it.   I just have a few questions.

5    When the defendant -- as we pull this up, I will ask you a few

6    questions.   When you went to the defendant's home and he

7    provided you the videos, how -- the video that he provided

8    after the shooting, that was only 7 seconds long; correct?

9         A.   Yes.

10        Q.   After you extracted or the FBI extracted one of the

11   defendant's hard drives, was a longer video found?

12        A.   Yes.

13        Q.   From post shooting?

14        A.   Yes.

15        Q.   If we bring the video up and I have a question about

16   how long it is.

17        901.14, thank you.

18        If we could pause, please, at 901.14, please.   Thank you.

19        How long is the video that was found on one of the

20   defendant's devices?

21        A.   Eight minutes.

22        Q.   When you had requested the video from the defendant on

23   January 11th, had you asked for everything that he had from

24   January 6?

25        A.   Yes.

1        Q.  And in this video that was played with Agent Yetter,

2    could you hear the defendant's voice berating officers?

3        A.  Yes.

4        Q.  Now, were you eventually able to get into the

5    defendant's Samsung that you had received when he turned

6    himself in?

7        A.  Yes.

8        Q.  Where -- did you have a chance to review the

9    extraction of that Samsung device?

10       A.  Yes, I did.

11       Q.  Did you see communication -- email communications

12   between the defendant and media organizations?

13       A.  Yes.

14           MS. LEDERER:  Okay.  At this time, Your Honor, I

15   would ask to show the agent 902.19.

16           THE COURT:  All right.

17           MR. KIERSH:  The Court's indulgence.

18           Previously noted objection.

19   BY MS. LEDERER:

20       Q.  Before I seek to admit this, could we call out a

21   little bit, Ms. Mohamed.  So I can identify it.  Thank you.

22       Agent Foulger, do you recognize 90 -- this exhibit?

23       A.  Yes.

24       Q.  And this exhibit being 902.19.

25       Is this an email communication between the defendant and a

1    AP.org?

2         A.  Yes.

3              MS. LEDERER:  Your Honor, at this time the government

4    would seek to admit 902.19.

5              MR. KIERSH:  Over objection.

6              THE COURT:  Overruled.

7              (Whereupon, Government Exhibit No. 902.19 was

8    admitted.)

9    BY MS. LEDERER:

10        Q.  Agent Foulger, if you could start from this bottom

11   portion right here and can you read this message after the

12   number 1?

13        A.  "No, I am not linked to the BLM organization.  I have

14   my own, WWW.InsurgenceUSA.com."

15        Q.  And can you read the response from the person from

16   AP.org on January 12th, 2021?

17        A.  "Thank you for this.  I just have two questions more.

18   After the events on the Capitol, were you interrogated by the

19   FBI or some authority?  In one video of the Capitol, you were

20   encouraging others to scale the Capitol building and expressing

21   glee when arriving in the entrance.  What can you say about

22   this?  Thanks."

23        Q.  And then can you read the response up here from the

24   defendant?

25        A.  "Both the FBI and the police, they were scaling the

1    building on their own.  I was just there witnessing the events

2    unfold and documenting this for the world to see."

3        Q.  Agent Foulger, you watched video from Ms. Sacker that

4    was played with Agent Loyd.  Did you see what the defendant was

5    doing when he was at the upper west terrace?

6        A.  Yes.

7        Q.  What was he doing?

8        A.  He was cheering on the rioters and he was assisting

9    others who were scaling the wall.

10       Q.  In addition to the emails, did you review internet

11   searches that the defendant did?

12       A.  Yes.

13       Q.  If we may show the agent 902.2.

14   I apologize, 902.22.  Thank you.

15   And as we have -- 902.22, please.

16   Agent Foulger, are these internet searches from the

17   defendant?

18       A.  They are.

19       Q.  And if we can call out the -- from number 2 down,

20   please.

21   Can you see that a little bit better?

22       A.  Yes.

23           MS. LEDERER:  Your Honor, at this time the government

24   would seek to admit 902.22 into evidence.

25           MR. KIERSH:  Previously noted objections.

1             THE COURT:  Received.

2             (Whereupon, Government Exhibit No. 902.22 was

3    admitted.)

4    BY MS. LEDERER:

5        Q.  Agent Foulger, from the slot number 2 all of the way

6    down to the slot number 9, what is being searched by the

7    defendant?

8        A.  He is searching press passes or journalist press

9    passes.

10       Q.  And what date were those searches?

11       A.  Those are on January 14th, 2021.

12       Q.  In addition, did you also review images saved on the

13   defendant's phone from January 14th of 2021?

14       A.  Yes.

15       Q.  If we could please at this point bring up 902.23.

16   Do you recognize 902.23?

17       A.  Yes.

18       Q.  What is 902.23?

19       A.  This is Cellebrite report of the searches to include

20   the thumbnail pictures, which were included with those.

21             MS. LEDERER:  Your Honor, at this time the government

22   would seek to admit 902.23.

23             MR. KIERSH:  Previously noted objection.

24             THE COURT:  Received.

25             (Whereupon, Government Exhibit No. 902.23 was

1    admitted.)

2    BY MS. LEDERER:

3        Q.  And the thumbnail images that are saved, what are

4    those?

5        A.  Those are press pass pictures and how to make your own

6    press pass.

7        Q.  In addition, did you review other images that were

8    saved or recovered from a hard drive that were generated on

9    January 14th, of 2021?

10       A.  Yes.

11            MS. LEDERER:  If we could bring up 901.6, please.

12            And, Your Honor, if I may have a brief moment.  I

13   have about two exhibits left.  I just want to double check

14   something.

15            If we could bring up 901.5, please.

16   BY MS. LEDERER:

17       Q.  And I apologize.  I said, January 14th, but

18   January 10th, did you also review images from the defendant's

19   hard drive?

20       A.  Yes.

21            MS. LEDERER:  Your Honor, at this point -- or an

22   agent, can you see -- 901.5, excuse me.

23            MR. KIERSH:  Previously noted objection.

24            THE COURT:  Received.

25            (Whereupon, Government Exhibit No. 901.5 was

1    admitted.)

2    BY MS. LEDERER:

3        Q.  And if we could just call out from number 2 to number

4    3, those images.

5        And at this time, Agent, what are you viewing?  What are

6    these images?

7        A.  These are posts from Insurgence USA created on

8    January 10th.  And it is an individual masked with a hood and

9    it has a Molotov cocktail on their hand.

10       Q.  In addition to reviewing images, did you also locate a

11   video on the defendant's hard drive in which he discussed the

12   certification process that was occurring on January 6, 2021?

13       A.  Yes.

14           MS. LEDERER:  Your Honor, if we could bring up

15   901.18.

16   BY MS. LEDERER:

17       Q.  Agent Foulger, do you recognize 901.18?

18       A.  Yes.

19       Q.  Is the defendant in this video?

20       A.  Yes, he is.

21           MS. LEDERER:  Your Honor, at this point, the

22   government would seek to admit 901.18.

23           MR. KIERSH:  Previously noted objection.

24           THE COURT:  Received.

25           (Whereupon, Government Exhibit No. 901.18 was

1    admitted.)

2    BY MS. LEDERER:

3        Q.   If we could play this for about 2 minutes.

4        Agent Foulger, this video was taken before January 6?

5        A.   Yes.

6        Q.   And is this the defendant articulating what was going

7    to occur in the United States Capitol on January 6?

8        A.   Yes.

9        Q.   Agent Foulger, we talked about the knife before.  Did

10   you, yourself, go out and find the knife that was in the

11   defendant's video of how to dress for a protest?

12       A.   Yes, I did.

13       Q.   If I were to show you a photograph of -- did you

14   photograph the knife when you went out?

15       A.   I did.

16       Q.   If I were to show you a photograph of that knife,

17   would you recognize it?

18       A.   Yes.

19       Q.   If we may have the witness shown 713.  And in addition

20   to photographing the knife, did you also locate the knife on

21   the internet?

22       A.   Yes.

23       Q.   Is 713 a picture of the knife from the Smith & Wesson

24   store?

25       A.   It is.

1          MS. LEDERER:  Your Honor, at this time the government

2    would move into evidence Government Exhibit 713.

3          MR. KIERSH:  Objection, Your Honor.

4          THE COURT:  Your testimony is that --

5          I will talk to the parties.

6          (Conference held at the bench.)

7          MR. KIERSH:  Your Honor, this is a -- this is a

8    depiction of the knife.  It is not the actual knife.

9          THE COURT:  Right.  What is the testimony, that he

10   saw this or that he bought it or what?

11         MS. LEDERER:  That he saw it.  It has the blade

12   length on it.  The next photograph is the knife that he

13   actually went out to the store and photographed.

14         MR. KIERSH:  There is no evidence that is the knife,

15   as the government is trying to suggest that was in the

16   possession of Mr. Sullivan on January 6.

17         MS. LEDERER:  Your Honor, we already had testimony

18   that the agent was able to review video, figure out what knife

19   it was.

20         THE COURT:  It had the brand name on it?

21         MS. LEDERER:  Yes.  The brand name, M&P.  I will also

22   describe the characteristics and then I will also discuss the

23   video from Jade with the knife.

24         THE COURT:  Okay.  It will be received but with that

25   testimony.

1          (End of bench conference.)

2          THE COURT:  With the testimony that is going to be

3    proffered with it, I will receive it.  Go ahead.

4          (Whereupon, Government Exhibit No. 713 was admitted.)

5    BY MS. LEDERER:

6     Q.  Agent Foulger, is this a still shot from the Smith &

7    Wesson website?

8     A.  Yes.

9     Q.  Okay.  If we could call out the knife itself?

10    A.  Smith & Wesson M&P, spear tip OTF, out the front.

11    Q.  What markings are similar to the video from how to

12   dress for a protest?

13    A.  On the blade the M&P marking and the device to extract

14   and retract the blade, the handle.

15    Q.  If we could please take this call out down.  And then,

16   call out the features on the side.

17        Agent Foulger, how long is the blade length?

18    A.  3.74 inches.

19    Q.  And looking at the bottom of the knife that was just

20   called out, is it kind of rounded and black?

21    A.  Yes.

22    Q.  And I apologize.  How long did you say the blade

23   length is?

24    A.  3.74 inches.

25    Q.  You, yourself, did you go to the store and photograph

 1    the knife?

 2         A.  I did.

 3         Q.  If we could go to 714.  Agent Foulger, showing you

 4    714.  Is this a photograph that you took of a Smith & Wesson,

 5    M&P knife?

 6         A.  Yes.

 7              MS. LEDERER:  Your Honor, at this time the government

 8    would seek to admit in 714.

 9              MR. KIERSH:  Same objection as previously noted.

10              THE COURT:  Received.

11              (Whereupon, Government Exhibit No. 714 was admitted.)

12    BY MS. LEDERER:

13         Q.  Agent Foulger, looking at the top of the blade could

14    you -- with it not extracted, with it retracted, what does that

15    look like?

16         A.  It is fairly rounded on top with a silver portion at

17    the very top.

18         Q.  And at some point did you watch Government Exhibit 693

19    which is video from Jade?

20         A.  Yes.

21         Q.  Were you able to compare what was held up in that

22    video with the knife that you went and photographed?

23         A.  Yes.

24         Q.  Okay.  And if we were to show you the video, would it

25    help you describe to the members of the jury how you made that

DIRECT EXAMINATION OF MATTHEW FOULGER                    140

1   comparison?

2       A.  Yes.

3           MS. LEDERER:  Your Honor, at this time if I could

4   bring up 693.

5           THE COURT:  You may.

6           MS. LEDERER:  I apologize, Your Honor, brief

7   indulgence.  And this is the last exhibit.

8           I was one off.  692, please, which is already in

9   evidence.

10  BY MS. LEDERER:

11      Q.  This video is from Jade, Agent Foulger?

12      A.  Yes.

13      Q.  If we could play and then we'll go frame by frame when

14  we get to 8 seconds in.

15      Paused right here at 9 seconds in.

16      Do you see anything near the defendant?

17      A.  Yes.

18      Q.  Okay.  Could you circle it?

19      A.  (Complying).

20      Q.  That object, how is it similar to the knife that you

21  photographed?

22      A.  It has the same shape.  It has the same lever to

23  extract the blade.  And on top, it is silver.

24      Q.  And the hand that it is in, is that hand gloved?

25      A.  Yes.

1     Q.   Now, back when we were watching 701 all of the way

2   through, had the defendant's hand been gloved?

3     A.   He did.

4          MS. LEDERER:   I have nothing further at this time.

5   Thank you.

6          THE COURT:   All right.   You may cross-examine.

7                         CROSS-EXAMINATION

8   BY MR. KIERSH:

9     Q.   Good afternoon, Agent.

10    A.   Good afternoon.

11    Q.   Sir, you're from Utah; correct?

12    A.   I live in Utah, yes.

13    Q.   That is where your employment is, in Utah; correct?

14    A.   Yes.

15    Q.   And Mr. Sullivan is from Utah; correct?

16    A.   He is.

17    Q.   And you know that the firearms that you have testified

18  seen depicted in the exhibits today, those are legal firearms

19  in Utah; correct?

20    A.   They are legal, yes.

21    Q.   And anybody can go into a store and buy, for instance,

22  what looks like an AR15 machine gun; correct?

23    A.   Yes.

24    Q.   You don't need a license for it, correct, in Utah?

25    A.   I think you need a license, but you need to obtain it.

1    But his are legal, yes.

2         Q.  And that handgun that is depicted, a person can walk

3    into a store in Utah and purchase that handgun; correct?

4         A.  Yes.

5         Q.  And that knife that is depicted, you can walk into a

6    store, the Smith & Wesson knife, and that is legal to have;

7    correct?

8         A.  Yes.

9         Q.  And so there is no crime that is being committed by

10   anybody if they are in possession of any of the weapons,

11   meaning the two guns and the knife, by somebody who resides in

12   Utah?

13        A.  Just possession, there is no crime.

14        Q.  As a matter of fact, if there was a crime, you would

15   have arrested him for them when you encountered him; correct?

16        A.  Yes.

17        Q.  You went as part of your investigation to

18   Mr. Sullivan's home after January 6; correct?

19        A.  Yes, sir.

20        Q.  And you conducted a lengthy interview of him; correct?

21        A.  Relatively.  It was about 30 minutes.

22        Q.  Closer to 40 minutes; correct?

23        A.  Yes.

24        Q.  All right.  And during that interview --

25             THE COURT:  Not too lengthy for the FBI; right?

1   BY MR. KIERSH:

2        Q.  Relatively lengthy, is that --

3        A.  Sure.

4        Q.  When you did that interview, you were wearing

5   body-worn camera; correct?

6        A.  I was.

7        Q.  That is so you could get an accurate recording of the

8   interview; correct?

9        A.  Yes.

10       Q.  And that is standard procedure these days for the FBI;

11  correct?

12       A.  Most of the time.

13       Q.  It is standard procedure most of the time for the FBI

14  in 2021; correct?

15       A.  Depending on the event, yes.

16       Q.  There was nothing unusual about wearing body-worn

17  camera in January of 2021; correct?

18       A.  No.

19       Q.  You went to Mr. Sullivan's house.  What address in

20  Utah did you go to, sir?

21       A.  His apartment.  I think it was 213 West Civic Drive in

22  Sandy.

23       Q.  And is that in Salt Lake City?

24       A.  A suburb of Salt Lake, yes.

25       Q.  Did you say a suburb?

1          A.   A suburb of Salt Lake.

2          Q.   What is the name of the suburb?

3          A.   Sandy.

4          Q.   Had you been in Sandy, Utah before?

5          A.   Yes.

6          Q.   And that was the first time you met Mr. Sullivan;

7     correct?

8          A.   Yes.

9          Q.   And you didn't call ahead, you just showed up; is that

10    right?

11         A.   No.  I called ahead twice.

12         Q.   But you didn't get a response?

13         A.   No.

14         Q.   But on the day that you went to meet with

15    Mr. Sullivan, you just showed up; correct?

16         A.   After numerous attempts to contact him, yes, I showed

17    up.

18         Q.   And you didn't show up by yourself, you had another

19    agent; correct?

20         A.   Yes.

21         Q.   And you were both armed; correct?

22         A.   Yes.

23         Q.   That is standard procedure; correct?

24         A.   That is, yes.

25         Q.   And during the course of the interview, Mr. Sullivan

1    told you that there was a -- that he had a gun in the house;

2    correct?

3         A.  Yes, he did.

4         Q.  So you were aware that he had a gun; correct?

5         A.  Yes.

6         Q.  And you told Mr. Sullivan that you were also armed;

7    correct?

8         A.  Yes.

9         Q.  But that was perfectly proper FBI police practice at

10   that time; correct?

11        A.  I don't know if it was perfect.  It was what I did.

12        Q.  You weren't doing anything wrong?

13        A.  No.

14        Q.  When you went in and had this approximate 40-minute

15   conversation with Mr. Sullivan, you were perfectly pleasant;

16   correct?

17        A.  I think we were both cordial to one another, correct.

18        Q.  You were not confrontational?

19        A.  No.

20        Q.  Mr. Sullivan was not confrontational?

21        A.  No, he was not.

22        Q.  And the other agent who was present with you, that

23   person I don't know if it was a man or a woman, but that person

24   didn't say anything -- she didn't say anything; correct?

25        A.  It was a woman.  She said very few things.

1      Q.   That woman, what is her name?

2      A.   Jen Faumuina.

3      Q.   Is she out of the Utah office?

4      A.   She is a task force officer.

5      Q.   In Utah?

6      A.   In Utah.

7      Q.   With the FBI?

8      A.   Yes.

9      Q.   But she didn't have much to say?

10     A.   She -- it wasn't her case.   She was accompanying me.

11     Q.   Okay.   She was accompanying you just to corroborate

12  what it is that Mr. Sullivan may have said?

13     A.   Yes.   We usually go in pairs on interviews.

14     Q.   And Jade Sacker was there also?

15     A.   She was not there.

16     Q.   Did you ever interview her?

17     A.   Never.

18     Q.   Is today the first time you ever saw her?

19     A.   In person, yes.

20     Q.   But you saw her on tape; correct?

21     A.   Yes.

22     Q.   Now, when you spoke to Mr. Sullivan, you didn't place

23  him under arrest?

24     A.   No.

25     Q.   And you didn't -- there was no need for you, for

CROSS-EXAMINATION OF MATTHEW FOULGER

1    instance, to read him his Miranda rights; correct?

2         A.  No.

3         Q.  You did not, in your mind -- in your FBI mind, did not

4    believe that Mr. Sullivan was in custody when you spoke to him;

5    correct?

6         A.  We did not have an arrest warrant for him, so he was

7    not in custody.

8         Q.  And Mr. Sullivan was totally cooperative; isn't that

9    right?

10        A.  He was cooperative.

11        Q.  And Mr. Sullivan didn't say, well, before I answer

12   your questions, I want to go get a lawyer, did he?

13             MS. LEDERER:  Your Honor, I am going to object to

14   relevancy, but also hearsay.

15             MR. KIERSH:  Well --

16             THE COURT:  Overruled.

17   BY MR. KIERSH:

18        Q.  And, for instance, I wasn't present, was I?

19        A.  You weren't there.

20        Q.  Okay.  Mr. Sullivan answered all of the questions that

21   you posed to him?

22        A.  He did answer them.

23        Q.  And Mr. Sullivan was not evasive?

24        A.  At the time, I think he was a little evasive, yes.

25        Q.  In what manner was he evasive?

CROSS-EXAMINATION OF MATTHEW FOULGER

1      A.  Based on some of his answers.

2      Q.  What answer?

3      A.  For example, when I asked him about the knife, he said

4  he didn't have one.

5      Q.  Anything else?

6      A.  Based on the -- I asked him what he said, some of the

7  things he did.  And he said it was to maintain access to the

8  group.

9      Q.  Now, we'll pick up on that.

10      A.  Okay.

11      Q.  You say, when you asked him a question why he said

12  some of those things, you believe he was being evasive;

13  correct?

14      A.  I do, yes.

15      Q.  But that is your opinion; correct?

16      A.  It is, based on what I saw in the video.

17      Q.  So, for instance, when Mr. Sullivan said, you asked

18  him, did he ever say, "Burn this shit down," he answered you;

19  correct?

20      A.  I don't know if I asked him that, but he answered

21  every question I asked, yes.

22      Q.  Well, you asked him about some of the comments that

23  you heard on the video; correct?

24      A.  Yes.

25      Q.  You have to say yes or no.  And the video we are

CROSS-EXAMINATION OF MATTHEW FOULGER

1    talking about is Exhibit 701; correct?

2        A.  Yes.

3        Q.  And you had that full video, 701, before you went to

4    Mr. Sullivan's house; correct?

5        A.  Yes.

6        Q.  Okay.  And you knew that Mr. Sullivan had voluntarily

7    turned over that video to another FBI agent?

8        A.  Yes.  And he had told the agents in DC he was willing

9    to provide all of his footage.  So that was the purpose of our

10   interview.

11       Q.  Before you went, you reviewed Exhibit 701?

12       A.  Yes.

13       Q.  Okay.  And that is about 50 minutes long; correct?

14       A.  Yes.

15       Q.  And you had reviewed it thoroughly; correct?

16       A.  I reviewed it at least once.

17       Q.  Okay.  Well, you were satisfied that you knew the

18   content and the substance of Exhibit 701 before you went to

19   Mr. Sullivan's house?

20       A.  Yes.

21       Q.  And so when you went to Mr. Sullivan's house, you

22   asked about some of the comments he made; is that right?

23       A.  Yes.

24       Q.  And each time when you asked him, why did you make the

25   comment, he said, because he was --

1        MS. LEDERER:  Objection; hearsay.

2        THE COURT:  That is sustained.

3        MR. KIERSH:  Your Honor, again this is 803(3).

4        MS. LEDERER:  Your Honor, if we may have a bench

5   conference.

6        (Conference held at the bench.)

7        MS. LEDERER:  Your Honor, this is an opposing party

8   admission, his own statements.  The defendant can't circumvent

9   not testifying with a hearsay exception.  That is not how it

10  works here.  And it wouldn't be a present sense impression,

11  because he would be recounting what he was doing.  So it is not

12  a present sense impression.  So there is no -- there is no

13  hearsay exception to an own party's statement.

14       MR. KIERSH:  803(3), the declarant's availability or

15  unavailability is immaterial, it doesn't matter.  And under

16  803(3) it is an exception to the hearsay if it goes to his

17  state of mind.  And that is -- that is exactly what the

18  question is going to, what was Mr. Sullivan recounting as to

19  his state of mind when he gave the answers to questions.

20       THE COURT:  His state of mind when he gave the

21  answers is irrelevant.  The objection is sustained.

22       MR. KIERSH:  Very well.

23       (End of bench conference.)

24  BY MR. KIERSH:

25       Q.  Now, you talked about doing extraction on his phone

1    and finding videos related to insurgence and protesting and

2    matters like that; correct?

3          A.   Yes.

4          Q.   Now, having a video on your phone entitled insurgence,

5    there is nothing illegal about that?

6          A.   No.

7          Q.   And there is nothing illegal about protesting against

8    racism; correct?

9          A.   No.

10         Q.   As a matter of fact, that is something that is

11   encouraged in our system; correct?

12         A.   Yes.  Peaceful protest.

13         Q.   So when you talked about those videos, those are not

14   illegal matters; correct?

15         A.   Those are not what?

16         Q.   Illegal?

17         A.   To possess, no.

18         Q.   And when you talked about the video with the black

19   fist, that is not illegal; correct?

20         A.   No.

21         Q.   And you knew that Mr. Sullivan based upon your

22   investigation in this matter would often film things that he

23   did; correct?

24         A.   Yes.

25         Q.   Okay.  And you knew that Mr. Sullivan was holding

1    himself out as a journalist; correct?

2         A.   No, not before January 6.

3         Q.   Well, since January 6, you knew that he was holding

4    himself out as a journalist; correct?

5         A.   I knew that is what he claimed to be, yes.

6         Q.   You knew that in Exhibit 701 repeatedly, he is yelling

7    out to the crowd or to whomever is going to hear it, I am

8    recording this; correct?

9         A.   He says that to the police, yes.

10        Q.   And you knew that with respect to going back to

11   Exhibit 701, as far as you know, the entirety of that video,

12   from start to finish, is being filmed by John Sullivan?

13        A.   Yes.

14        Q.   And there is nothing in that video that depicts

15   Mr. Sullivan physically striking anybody; correct?

16        A.   Any person, no.

17        Q.   I'm sorry?

18        A.   No, he does not strike any person.

19        Q.   It is also in that video where the window is broken,

20   Mr. Sullivan clearly says that was an accident?

21        A.   Yes, he did say that.

22        Q.   And you also know based on the video, based on your

23   investigation that Mr. Sullivan sold some of this video to a

24   number of media outlets; correct?

25        A.   He did, yes.

1          Q.   That is capitalism; correct?

2          A.   Not when it is obtained illegally, no.

3          Q.   But selling video is not illegal; correct?

4          A.   No.  On its face, no.

5          Q.   And you know that he got paid for selling the video;

6     correct?

7          A.   He did, yes.

8          Q.   And he didn't hide the fact that he got paid for

9     selling the video; correct?

10         A.   I mean, he didn't disclose who he sold it to or how

11    much.  He did say he sold it, but he didn't say anything else.

12         Q.   Just so the record is clear, he told you -- and this

13    is during the course of your interview wearing the body-worn

14    camera that he sold the video for a profit; correct?

15         A.   Yes, he said that.

16         Q.   Based on your investigation, because you have seen

17    receipts, you know he sold the video for profit; correct?

18         A.   Yes.

19         Q.   And with respect to the video that you referenced

20    where Mr. Sullivan is talking to a guy on a bike; correct?

21         A.   Yes.

22         Q.   That is a regular bicycle; correct?

23         A.   It is a what?

24         Q.   A regular bicycle, it wasn't a motorized bike?

25         A.   No.

CROSS-EXAMINATION OF MATTHEW FOULGER

1          Q.   And to that person Mr. Sullivan said, I am a

2     photographer; correct?

3          A.   Yes.

4          Q.   And you are aware because you reviewed Jade Sacker's

5     film, that she was with Mr. Sullivan on January 6, 2021;

6     correct?

7          A.   Yes, sir.

8          Q.   You are aware that Jade Sacker went with Mr. Sullivan

9     to the hotel from the Capitol on January 6, 2021; correct?

10         A.   Based on his interview, yes.

11         Q.   You are aware that Jade Sacker had said that she was

12    doing a documentary on Mr. Sullivan; correct?

13         A.   I learned that after January 6, yes.

14         Q.   But you have learned that; correct?

15         A.   Yes.

16         Q.   In the video -- I am going back to 701, there are

17    repeated points in that video where you see Jade Sacker;

18    correct?

19         A.   Yes.

20         Q.   On the video she has blond hair?

21         A.   Correct.

22         Q.   Today she had darker hair; correct?

23         A.   Yes.

24         Q.   But you know that those depictions of the woman with

25    the camera, that is Jade Sacker; correct?

CROSS-EXAMINATION OF MATTHEW FOULGER

1      A.  Yes.

2      Q.  And you're aware that one of the comments that

3  Mr. Sullivan makes as he is filming is that, "Is this not the

4  best film."  Correct?

5      A.  He does say that, I believe.

6      Q.  And you are also aware that he says to the police, "No

7  one should get hurt here."  Correct?

8      A.  Yes, he says that.

9      Q.  Now, I want to go through some of these videos that

10  were just introduced in the evidence towards the end of your

11  direct testimony, and we'll go through them quickly.  So I want

12  to put some temporal, some time context into these.

13      A.  All right.

14      Q.  You saw a lot of the videos, for instance, of

15  Mr. Sullivan dressed in black holding a firearm; correct?

16      A.  Yes.

17      Q.  That was prior to January 6, 2021; correct?

18      A.  Yes.

19      Q.  That was weeks prior to January 6, 2021, correct, or a

20  few days before?

21      A.  It was before January 6.

22      Q.  Okay.  Some of them are earlier in January 2021?

23      A.  Correct.

24      Q.  And some of them are from December of 2020?

25      A.  Correct.

1          Q.  Those videos, he is not doing anything illegal;

2    correct?

3          A.  No.

4          Q.  The gun, you can have the gun; right?

5          A.  Yes.

6          Q.  Dressed in black, you can dress in black?

7          A.  Correct.

8          Q.  Nobody can stop you from wearing whatever type of

9    clothing you want to wear if it is in your home; correct?

10         A.  Yes.

11         Q.  In Utah, they can't stop you from having a gun?

12         A.  No.

13         Q.  And so without having to repeat all of the videos that

14   were shown during your direct examination, all of those videos,

15   from prior to January 6, 2021, he is doing nothing illegal;

16   correct?

17         A.  In the videos that were played prior to --

18         Q.  The exhibits that were shown to you --

19         A.  Yes.

20         Q.  -- that depicted events prior to January 6, 2021, he

21   is not doing anything illegal?

22         A.  No.

23         Q.  And all of the comments that you testified to on

24   direct examination that you attributed to John Sullivan, those

25   were just words; correct?

1          A.  They were words.

2          Q.  They were words.  And, again, just to remind the jury,

3     again, as far as you know, from viewing not just 701, but

4     reviewing also the close circuit TV, Mr. Sullivan never put his

5     hands on another person inside the Capitol?

6               MS. LEDERER:  Objection; asked and answered.

7               THE COURT:  Overruled.

8     BY MR. KIERSH:

9          Q.  Is that correct?

10         A.  I didn't see him assault anyone, no.

11              MR. KIERSH:  Thank you, Agent.  Nothing further.

12                         REDIRECT EXAMINATION

13    BY MS. LEDERER:

14         Q.  Agent Foulger, counsel asked you if the defendant got

15    paid for selling his footage of January 6.  In your

16    investigation of the defendant, did you ever find that the

17    defendant ever sold footage to any media before January 6,

18    2021?

19         A.  No.

20         Q.  Now, counsel kept asking you about the defendant's

21    participation in events prior to January 6, 2021.  Were you

22    using those to review whether or not the defendant had motive

23    at the Capitol on January 6, 2021?

24         A.  Yes.

25         Q.  Defense counsel also asked you a lot about the

1    defendant continuously saying to police, "I am just recording,

2    I am just recording."

3         In Government Exhibit 628, that is Jade's video, did you

4    hear what the defendant said to Jade before he went inside the

5    Capitol?  And we can play that, if that would refresh your

6    recollection?

7         A.  I recall.

8         Q.  What did the defendant say?

9         A.  He said he wanted to keep recording in order to

10   prevent himself from being arrested.

11        Q.  And before that, did he have a conversation with Jade

12   of whether or not he was going to put his camera away and said,

13   actually, I will keep it out, so I don't get arrested?

14        A.  Yes.

15        Q.  And when defendant smashed the window inside, did he

16   say, that is fine, no one got it on camera?

17        A.  He did say that.

18        Q.  Did Jade blow hot air and fog up her camera after?

19        A.  Yes.

20        Q.  And afterwards, you said the defendant started to hold

21   himself out as a journalist.  We know there was a recording

22   that was played with Jade from January 6, 901.3.  And later in

23   that recording after Jade said, "You did it.  You got your

24   revolution," does the defendant have a phone call with anyone

25   where he describes what he does?

1          A.   Yes.   It was a media outlet.

2          Q.   And does the defendant say that -- hold himself out to

3     be an activist?

4          A.   Yes.

5          Q.   Does he ever hold him out on the eve of January 6 as a

6     journalist?

7          A.   No.

8               MS. LEDERER:   I have nothing further.   Thank you.

9               THE COURT:   All right.   You can step down.

10              Any other evidence for the government?

11              MS. LEDERER:   Your Honor, not at this time.   I don't

12    know if we want to take a brief indulgence to double check all

13    of your exhibits.   But at that point, we will be ready to rest.

14              THE COURT:   All right.   Let me speak to counsel.

15              (Conference held at the bench.)

16              THE COURT:   I will take the motion later.   Do you

17    want to start the defendant?

18              MS. LEDERER:   Your Honor --

19              MR. KIERSH:   I'm sorry.

20              MS. LEDERER:   Your Honor, I actually had forgotten --

21    Your Honor, may I have a brief moment with my cocounsel?

22              Your Honor, we hadn't formally rested.   We said we

23    would check exhibits and hadn't formally rested yet.   I did not

24    go through the Safeway exhibits with the agent.   I could recall

25    the agent and go through the Safeway exhibits or we could just

1    proceed on the federally protected function portion of the 231.

2          THE COURT:  I am sure the defendant won't object to

3    the Safeway exhibits anyway.

4          MR. KIERSH:  No.

5          THE COURT:  Okay.

6          MS. LEDERER:  Your Honor, we could even do this with

7    a stipulation.

8          THE COURT:  Okay.

9          The defendant want to start?

10         MR. KIERSH:  We can start, Your Honor.  And I can --

11   we move for judgment of acquittal as to each count and we

12   submit on the record.

13         THE COURT:  Okay.

14         (End of bench conference.)

15         THE COURT:  The government having rested, the

16   defendant may start his case.

17         We will still stop at 5:00, but the defendant has an

18   opportunity to start.

19         MR. KIERSH:  Thank you, Your Honor.

20         The defense calls John Sullivan to the witness stand.

21         THE COURTROOM DEPUTY:  Raise your right hand.

22                   JOHN SULLIVAN, sworn.

23         THE WITNESS:  I do.

24                   DIRECT EXAMINATION

25   BY MR. KIERSH:

DIRECT EXAMINATION OF JOHN SULLIVAN

1     Q.   Now, Mr. Sullivan, in a loud clear voice so that

2  everybody can hear you and speaking close enough to the

3  microphone, but not too close to the microphone, can you tell

4  us your full name and just spell it for the record?

5     A.   Yeah.  John Earle Sullivan; J-O-H-N, E-A-R-L-E,

6  S-U-L-L-I-V-A-N.

7     Q.   And, Mr. Sullivan, what is your date of birth?

8     A.   July 18th, 1994.

9     Q.   And where do you reside?

10     A.   Salt Lake City, Utah.

11     Q.   And with whom do you reside?

12     A.   My parents.

13     Q.   Okay.  What is your mother's name?

14     A.   Lisa Sullivan.

15     Q.   And what is your father's name?

16     A.   Jack Sullivan.

17     Q.   And on January of 2021, where did you reside?

18     A.   I resided in my own apartment in Sandy, Utah.

19     Q.   And, Mr. Sullivan, where were you born?

20     A.   I was born in Galax, Virginia.

21     Q.   And what is it that brought you to the state of Utah?

22     A.   I came to Utah to train for the Olympics for speed

23  skating around 2012.

24     Q.   Okay.  And did you actually train for the Olympics?

25     A.   I did.

1    Q.   And that is in the area of speed skating?

2    A.   Long track speed skating.

3    Q.   What was the word?

4    A.   Long track.

5    Q.   Tell the ladies and gentlemen of the jury what long

6    track speed skating is.

7    A.   Long track speed skating, basically you are racing for

8    400 meters.  And you are just trying to defeat your opponent

9    and get the fastest time.  And so, yeah.  I did that.  And you

10   just do a series of races.  And you go to different

11   competitions across the country.  And it takes 4 years for you

12   to train to go to the Olympics for speed skating.  And you

13   repeat that every 4 years.

14   Q.   Did you actually participate in any of the

15   competitions?

16   A.   I did.

17   Q.   Whereabouts?

18   A.   I went to Milwaukee.  I went to Canada, Calgary and

19   Salt Lake City, Utah.

20   Q.   Were you actually invited to compete in the Olympics?

21   A.   No, I wasn't.

22   Q.   What happened?

23   A.   I wasn't able to qualify.  I went to the Olympic

24   trials and I fell short, but I had a good experience.

25   Q.   Okay.  And who supported you during this time when you

```
1    were training for the Olympics?
2              MS. LEDERER:  Objection; relevancy.
3              THE COURT:  Overruled.
4    BY MR. KIERSH:
5         Q.  Who supported you?
6         A.  My parents.
7         Q.  And tell us about your educational background?
8         A.  I went to high school.  And I finished there and I
9    decided after high school I would pursue the Olympics.  And so
10   I dedicated my life up until the age of -- or up until 2018 to
11   train for the Olympics, since as long as I can remember.
12        Q.  And in what state did you go to high school?
13        A.  Virginia.
14        Q.  Okay.  What year did you graduate high school?
15        A.  2012.
16        Q.  How soon after graduation from high school did you to
17   move to Utah?
18        A.  Immediately.
19        Q.  And how about your parents, did they move to Utah
20   also?
21        A.  No, I moved by myself.
22        Q.  Did your parents eventually come to Utah?
23        A.  Eventually.
24        Q.  And do you have any siblings?
25        A.  I do.  I have three younger brothers.
```

DIRECT EXAMINATION OF JOHN SULLIVAN

1      Q.  What are your siblings' names?

2      A.  Peter, James and Matthew.

3      Q.  Where do Peter, James and Matthew reside?

4      A.  One lives in Texas currently, just moved there;

5  another one lives in New York City; and my brother, Matthew,

6  lives with me.

7      Q.  And do you have any training in the field of

8  technology?

9      A.  I do.

10     Q.  Tell us about that training.

11     A.  I have several various trainings in technology as far

12  as video editing platforms go, Adobe Premier Pro, After

13  Effects.  I also use Unreal Engine 5, for anyone who knows

14  about 3D editing and animation.  And I also use like workflow

15  automations, such as like Power Automate with Zapier and other

16  such things that use AI as well.

17     Q.  How did you learn these technologies?

18     A.  This was all self taught.  I learned on the job.  So I

19  had to teach myself how to excel at it and be proficient enough

20  to be able to work in a corporate environment and to display

21  those skills to every company I worked for.  And I worked for

22  several cybersecurity company, shipping company, logistics

23  company and all in sales.

24     Q.  Now, in your experience working in these fields

25  related to technology, where were those employments?  What

1    state?

2         A.   This was all in Utah.

3         Q.   Now, can you briefly summarize with a little more

4    specificity, the type of work that you did for these

5    internet-related companies or technology-related companies?

6    Excuse me.

7         A.   I first started at Unishippers, so that is a logistic

8    company.  Basically, what you would do is you would manage an

9    account or a book.  And you would manage accounts.  You would

10   go and find those accounts, sell yourself to them and get them

11   to sign onto your platform.  And so they would register with

12   you.  And they would ship with you reoccurringly over and over

13   again.  Basically you are trying to give them the best rates

14   possible.  And so through that, you would build a book of

15   business.  And you would have sort of gross margins you needed

16   to hit every single month, every quarter, every year.

17        And I was able to with Unishippers, I was able to hit fast

18   start, which is basically an accelerated program of

19   achievements of you meeting a threshold of being one of the

20   fastest people to get to a certain gross margin within a

21   certain period of starting.  And that was immediately after I

22   stopped skating is when I went to that company and started

23   working there in logistics.

24        Q.   Now, if you could just slow down a little bit, because

25   the court reporter has got to get everything down.

DIRECT EXAMINATION OF JOHN SULLIVAN

1    A.   I'm sorry.

2    Q.   Now for how many years did you work in the field of

3 technology in Utah?

4    A.   I worked from 2018 to current, present day.  I still

5 work.  I have my own business as well.  And I learned how to

6 create my own business steadily throughout learning these

7 different skill sets.

8    Q.   Now, when you say you have your own business, what do

9 you mean?

10    A.   I have my own business as far as video editing, media

11 editing and 3D animation.  And also I like to create YouTube

12 videos and journalism.

13    Q.   What do you mean when you say you like to create

14 videos and journalism?

15    A.   Yeah.  So I put a -- post a lot of educational videos

16 on YouTube and do a lot of 3D animation through that.

17 Basically I like to --

18    Q.   Mr. Sullivan, slow down, please.

19    A.   Okay.  I'm sorry.  I like to educate people on world

20 history and the past and on current global events.  And so,

21 right now, I have done a lot of Ukraine war, different type of

22 documentaries educating people on what is going on over there.

23 And, yeah, that is pretty much what I do.

24    Q.   Do you own camera equipment?

25    A.   I do.

DIRECT EXAMINATION OF JOHN SULLIVAN

1        Q.   What kind of camera equipment do you have?

2        A.   I have a Sony FX3 cinema camera.

3        Q.   Tell the ladies and gentlemen of the jury what type of

4    camera that is?

5        A.   It is a cinema camera that shoots in 8K and 60 frames

6    per second.  Basically you can shoot really slow-mo video.

7    And, you know, the videos where you see someone shoot an arrow

8    at a balloon and it goes in super slow motion and you can see

9    the water sort of explode from the balloon in real time.  That

10   is basically what the camera can do, in conjunction with

11   shooting cinematic videos.  So it is a professional camera --

12   professional-grade camera which you can get high quality

13   footage with.

14       Q.   How did you learn how to use that camera?

15       A.   Self taught.

16       Q.   And do you own any other camera equipment?

17       A.   I do.

18       Q.   Tell us about that, slowly and piece by piece.

19       A.   Yeah.  I have multiple other Sony cameras A6400 and

20   A6200.  I also have gimbal stabilizers and a drone as well.  So

21   DJI drone, Mavic Pro and various other assorted items.

22       Q.   What is a gimbal stabilizer?

23       A.   A gimbal stabilizer is sort of what you saw on my

24   video for the Capitol.  It stabilizes your video, so you don't

25   have the shakiness.  Lots of people's footage is up and down,

1    all around.  Sometimes it is pointing at the ground, sometimes

2    it is pointing at the sky.  What the gimbal does is basically

3    hold it still and keeps it straight forward, so no matter where

4    you turn, it is going to point straight forward and it is going

5    to stabilize it, so there is different versions of gimbals.

6    The gimbal which I had on January 6, which was a DJI Osmo 2.

7    And that is for a phone.  So you can attach your phone to it

8    and you are able to plug it into the charger.  And that is in

9    the gimbal.  And you can record without having your battery die

10   and livestream.  So a lot of journalists and people who go out

11   there livestream their videos.  So that is a huge thing I

12   picked up from a lot of other people along the learning process

13   of how to do it.

14        Q.  Do you know Jade Sacker, who testified here earlier

15   today?

16        A.  I do.

17        Q.  Okay.  And tell us how you know Ms. Sacker?

18        A.  I met her at the VP debate in Salt Lake City in 2020.

19   She approached me to do a documentary about me and my brother.

20        Q.  What were you doing at the vice presidential debate in

21   October of 2020?

22        A.  Yeah.  I went there to livestream the event.  I

23   usually -- there is very few people in Salt Lake City that go

24   out to protest in general and document them, so I went out

25   there to do that.

1        Q.   Where was the debate being held?

2        A.   The debate was being held downtown Salt Lake City up

3   by the University of Utah.

4        Q.   So was it far for you to go to from where you resided

5   to the location of the debate?

6        A.   Around 30 minutes.

7        Q.   By car?

8        A.   By car, yeah.

9        Q.   And how is -- tell us how it is that you met

10  Ms. Sacker.

11       A.   I actually just was walking through the crowd filming

12  the protest and Jade came up and I guess she saw me in the

13  crowd and introduced herself to me.  And from there on, we

14  started working together.  She actually did reach out to me

15  online prior to it.  I knew of her, but I didn't know she would

16  be there that day.  So --

17       Q.   Now, you said that there were protests at the vice

18  presidential debate?

19       A.   Yeah.

20       Q.   Okay.  Do you know who was sponsoring the protests?

21       A.   I don't know.

22       Q.   And do you know if the protests were in favor of the

23  vice presidential debate or against the vice president debate

24  or do you know what the protests were about?

25       A.   A mixture.  It was both Trump supporters and some BLM

1    supporters.

2         Q.  When you say BLM, what do you mean?

3         A.  Black Lives Matter.

4         Q.  What does that -- are you a member of Black Lives

5    Matter?

6         A.  I believe in Black Lives Matter.  I am not a member.

7    I don't think there is a membership card.

8         Q.  When you say you believe in Black Lives Matter, what

9    do you mean by that?

10        A.  That Black Lives Matter.  And I believe that -- I

11   mean, basically start with George Floyd and police brutality.

12   So I am in opposition to African American people being

13   brutalized by the police, discriminated against by the police.

14        Q.  Have you ever protested against the brutalization of

15   African Americans?

16        A.  Yeah.

17        Q.  Okay.  Tell us about that.

18        A.  I protested -- I first started protesting, for -- or

19   against police brutality after I experienced it myself.  I got

20   arrested and charged.  First they arrested me outside the back

21   of my house.  They just drove up in a white van and jumped over

22   my fence and put me in handcuffs.  So I had like no idea who

23   they were and why they were there until, obviously, they told

24   me when they brought me to the police precinct across the

25   street.  And that really upset me because I didn't do anything

1   wrong.  I felt like I didn't do anything wrong.  And I went

2   through two years of fighting those charges.  And my charges

3   were dropped eventually.

4       But through that, it kind of awakened a first-hand

5   experience of how the police can really say anything about you

6   and come after you and -- for not doing nothing at all, but

7   standing -- actually the same situation, standing there holding

8   a camera.  And it was kind of disheartening, because I had

9   never had mistrust in the police before.

10      Q.  When you use the term they, who is the "they"?

11      A.  Provo Police Department.

12      Q.  That is state Provo, if you know?

13      A.  It is a city.

14      Q.  But I mean, were they state police officers?

15      A.  I don't know.

16      Q.  And how long ago did that event occur?

17      A.  2020, July or June 2020, yeah.

18      Q.  And after that happened, did you -- were you involved

19  in any other protests against the police or any other reasons?

20      A.  Yeah.  I --

21      Q.  Slow down and tell us one by one what you were

22  involved with.

23      A.  I was involved in only protests that I organized in

24  the state of Utah outside the police department in Provo, Utah.

25  It was specifically against them for what they did.  And so I

1   would go out every single week, if not three times a week and

2   protest against them.  And those are the only protests that I

3   supported against police brutality.

4        Q.  Were you involved in protests in Portland, Oregon?

5        A.  I went there to document and film them.

6        Q.  And when did those protests occur?

7        A.  All through 2020.  I can't tell you all of the

8   specific dates.

9        Q.  Through what years, sir?

10       A.  2020.

11       Q.  How many times did you go to Portland, Oregon to, as

12  you say, document the protests?

13       A.  Maybe like three or four times or so.

14       Q.  And to the best of your knowledge, what was the

15  grounds for the protest?  Why were people protesting in

16  Portland?

17       A.  I would say, for the most part, it was -- well, there

18  was various things, but it was all geared towards the Black

19  Lives Matter movement.  It was all geared towards ending police

20  brutality and racial discrimination.

21       Q.  Did you have any encounters with anyone at the

22  protests in Portland?

23       A.  In what way?

24       Q.  Were you confronted by anybody?

25       A.  Yeah.  There is some people who confronted me.

1    Q.  Well, tell us about that.

2    A.  I mean, in a violent fashion or just --

3    Q.  Any way?

4    A.  Any fashion?

5    Yeah.  People confronted me, I mean, to introduce

6    themselves.  I would say there were people who were hostile

7    against me, because I was recording and documenting a lot of

8    what was going down.

9        At that time, I was fairly, I would say, new to doing a

10   lot of journalistic work, so I was sort of learning the

11   process.  But there were people who were specifically violent

12   who sought to hurt me to stop me from recording them.  And for

13   the majority of it, it was trying to learn how to navigate a

14   field where there is a lot of dangerous people who could do

15   harm to you.  And, yeah.

16   Q.  Did you do any recording of the Portland protest?

17   A.  I did, yeah.

18   Q.  What type of equipment were you using?

19   A.  I had a GoPro typically, but other times I had my cell

20   phone as well.

21   Q.  What is a GoPro?

22   A.  GoPro is just a little box that you can record on.  It

23   just films.

24   Q.  Did you sell any of that film?

25   A.  Not of the GoPro stuff, but I did sell some footage

1    from Provo, earlier.

2         Q.  Stick to Portland.  Did you sell any of that footage?

3         A.  No.

4         Q.  Let's go back to Provo.  Did you sell any of that

5    footage from Provo, from protests in Provo, Utah?

6         A.  Yes.

7         Q.  Who did you sell it to?

8         A.  Fox News.

9         Q.  How much did you make?

10        A.  One hundred bucks.

11        Q.  Did you sell any other footage from Provo, if you

12   recall?

13        A.  No, I don't think so.  I gave it to some news outlets

14   for free.  But I licensed it to them, so it was basically

15   making -- you know, building rapport with them and sort of

16   gaining their trust, getting to know them, so that way I could

17   do further business in the future.

18        Q.  Were you interested in doing additional business with

19   news outlets regarding footage you obtained at protests?

20        A.  Yeah.  I keep a huge spreadsheet of all of the

21   contacts that I have gained from all of the different media

22   outlets and individuals, so that way I could be able to contact

23   them.  I will send out mass emails to be able to promote the

24   footage that I have and see if people want to buy them.

25        Q.  And were you seeking to make a profit from the

1    footage?

2         A.   Yeah.

3         Q.   Did you attend any protests in Los Angeles?

4         A.   I did.

5         Q.   In what year, sir?

6         A.   2020.

7         Q.   And to the best of your recollection, what was the

8    reason for the protest in Los Angeles?

9         A.   Those were BLM protest, so Black Lives Matter protests

10   for police brutality.  I think I only went to two.

11        Q.   And did you go with anybody else or did anybody else

12   accompany you?

13        A.   I think I went by myself, yeah.

14        Q.   And can you tell us generally, what was happening at

15   these protests?

16        A.   Majority were just marching in the streets.  A few

17   times cops came out, blocked out the streets or told people to

18   get out of the streets.  For the majority of the people, it was

19   pretty peaceful.  People were just having speeches and

20   marching.

21        Q.   With respect to the Los Angeles protest, did you

22   record those?

23        A.   I did.

24        Q.   And did you try to sell those?

25        A.   I did not.

1     Q.   Okay.  And why were you recording them?

2     A.   I do it for documentary purposes.  So I like to allow

3  the public to see what is going on.  I put it out online, so

4  Facebook, YouTube, build your social media following, things

5  like that.  It is a huge part of journalism as well, because

6  you need people to reach to see your content so that way you

7  can promote it more.  And so the more people who see it, the

8  more likely you are able to sell it as well.

9     Q.   If someone had offered you money for your footage from

10  the Los Angeles protest, would you have accepted it?

11    A.   Yeah.

12    Q.   And when, sir, did you first learn that there was

13  going to be some type of a protest or some type of event at the

14  United States Capitol on January 6, 2021?

15    A.   Like a month prior, two months prior, maybe.

16    Q.   How did you find out about that?

17    A.   I just --

18         THE COURT:  We'll start that tomorrow morning.  I

19  know we have got at least one juror that has a child care

20  obligation, so we'll stop there.

21         MR. KIERSH:  Very well.

22         THE COURT:  We'll start tomorrow morning.  Don't talk

23  about the case.  Don't let anyone talk to you about the case.

24  We'll resume here tomorrow morning.

25         We actually are going to start at 10:30 tomorrow,

 1   because there is a conflict.  So we'll start at 10:30 tomorrow.

 2            MR. KIERSH:  Your Honor, just one matter after the

 3   jury leaves.

 4            THE COURT:  Okay.  The jury is excused.

 5            (The jury left the courtroom.)

 6            THE COURT:  You can step down.

 7            MR. KIERSH:  Your Honor, I appreciate that

 8   Mr. Sullivan is on the witness stand.  But I believe that the

 9   case law says I can speak with him, even though he is on the

10   witness stand, so I will just alert everyone that I will speak

11   with him.

12            THE COURT:  That was just to start.  I will see you

13   all tomorrow.

14            THE COURTROOM DEPUTY:  All rise.

15            (Proceedings concluded at 5:04 p.m.)

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3            I, SHERRY LINDSAY, Official Court Reporter, certify

4    that the foregoing constitutes a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9

10                    Dated this 9th day of February, 2024.

11

12                    _____
                      Sherry Lindsay, RPR
13                    Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. BARCLAY: [17]    18/21 32/14
36/24 37/5 38/22 43/9 49/5 49/18
50/13 53/3 54/3 54/13 54/24 55/7
55/23 56/11 57/2
BY MR. KIERSH: [11]    12/10 40/7
41/7 58/2 141/8 143/1 147/17
150/24 157/8 160/25 163/4
BY MS. LEDERER: [52]    58/18 60/5
62/5 62/22 64/2 65/1 66/20 70/11
71/13 75/19 76/7 88/13 98/13
100/1 101/8 101/20 102/4 103/4
104/2 104/13 105/19 106/21 107/20
108/23 110/1 110/25 111/23 112/4
113/21 114/25 118/1 118/16 120/5
123/9 123/15 124/6 125/11 125/23
127/8 129/2 130/19 131/9 133/4
134/2 134/16 135/2 135/16 136/2
138/5 139/12 140/10 157/13
MR. BARCLAY: [27]    4/18 9/10 11/5
11/7 31/25 32/3 32/8 32/10 36/23
37/21 40/3 41/5 42/15 42/17 42/21
49/1 49/4 49/13 50/9 52/24 53/24
54/20 55/3 55/21 56/4 56/23 57/23
MR. KIERSH: [100]    4/13 5/22 7/6
7/13 9/2 9/6 10/2 10/23 11/17
12/8 18/18 32/1 32/7 32/9 37/3
37/7 37/10 37/12 40/5 42/2 42/5
42/8 49/3 49/15 50/11 52/25 53/25
54/10 54/21 55/4 55/19 56/7 56/24
57/25 58/8 60/3 61/14 61/16 62/19
63/23 64/22 66/14 70/8 71/2 71/9
88/8 88/10 98/9 99/22 101/3
101/25 102/25 103/23 104/6 104/8
105/15 106/17 107/16 108/19
109/22 110/21 112/1 113/17 114/21
117/17 117/19 117/22 118/12
119/19 119/23 120/3 122/23 124/1
124/3 125/9 125/19 126/23 127/18
130/17 131/5 132/25 133/23 134/23
135/23 137/3 137/7 137/14 139/9
147/15 150/3 150/14 150/22 157/11
159/19 160/4 160/10 160/19 176/21
177/2 177/7
MS. LEDERER: [87]    4/6 38/6 38/15
58/1 61/21 62/16 63/21 64/20
70/6 70/25 71/5 75/5 75/18 88/9
98/7 99/20 101/7 101/19 101/23
102/23 103/21 104/10 105/13
106/15 107/14 108/17 109/20
110/19 111/22 113/15 114/19
115/15 115/17 116/2 116/9 116/12
116/15 116/20 116/25 117/10
117/12 118/10 122/21 123/1 123/4
123/13 123/20 125/7 125/17 126/19
127/4 127/7 127/14 127/20 127/25
128/4 128/7 128/11 128/22 128/25
130/14 131/3 132/23 133/21 134/11
134/21 135/14 135/21 137/1 137/11
137/17 137/21 139/7 140/3 140/6
141/4 147/13 150/1 150/4 150/7
157/6 159/8 159/11 159/18 159/20
160/6 163/2
MS. SACKER: [3]    7/18 8/17 8/20
THE COURT: [137]    4/12 4/17 7/4
7/8 7/15 7/19 8/19 8/23 9/3 9/9
10/1 10/19 11/3 11/6 11/16 11/19
12/7 32/2 32/11 37/11 38/5 38/14
38/20 40/4 41/6 42/4 42/7 42/9
42/16 42/19 43/1 49/16 53/1 54/1
54/11 54/22 55/5 56/8 56/10 56/25
58/9 58/13 60/4 62/3 62/18 63/24
64/23 66/15 70/9 71/3 71/10 75/9
75/14 75/16 98/10 99/23 101/4
102/1 103/1 103/24 105/16 106/18
107/17 108/20 109/23 110/22
111/25 113/18 114/22 115/14
115/16 115/19 115/24 116/7 116/10
116/14 116/19 117/9 117/11 117/14
117/18 117/21 117/24 118/13
119/22 120/1 122/24 123/2 123/6

124/2 124/4 125/10 125/16 125/20
128/2 128/5 128/10 128/20 128/24
130/16 131/6 133/1 133/24 134/24
135/24 137/4 137/9 137/20 137/24
138/2 139/10 140/5 141/6 142/25
147/16 150/2 150/20 157/7 159/9
159/14 159/16 160/2 160/5 160/8
160/13 160/15 163/3 176/18 176/22
177/4 177/6 177/12
THE COURTROOM DEPUTY: [10]    4/2
12/6 43/3 43/7 58/16 76/4 115/21
116/24 160/21 177/14
THE WITNESS: [9]    12/5 43/6 58/15
66/16 76/6 88/11 104/7 104/9
160/23

---

**$**

**$1,000 [1]**    125/15

---

**'**

**'safe [1]**    109/5
**'to [1]**    112/7

---

**0**

**078 [2]**    1/4 4/2

---

**1**

**10 [6]**    46/3 77/14 85/5 88/3 93/3
115/19
**100 [1]**    2/24
**1002.3 [5]**    3/7 115/13 118/11
118/14 121/14
**102 [2]**    2/25 3/2
**104 [1]**    3/2
**106 [1]**    3/3
**107 [1]**    3/3
**108 [1]**    3/4
**109 [1]**    3/4
**10:15 [1]**    120/14
**10:27 [1]**    1/6
**10:30 [3]**    79/24 176/25 177/1
**10:54 [1]**    80/8
**10:59 [1]**    82/13
**10th [2]**    134/18 135/8
**11 [1]**    100/15
**110 [1]**    3/5
**1101 [5]**    2/24 97/22 97/23 98/8
98/11
**1102 [5]**    3/3 105/5 105/6 105/14
105/17
**1102.3 [1]**    117/7
**1103 [5]**    3/5 109/14 109/15 109/21
109/24
**1104 [5]**    3/6 111/13 111/14 111/16
112/2
**1105 [6]**    3/4 107/7 107/8 107/15
107/18 113/25
**1106 [5]**    3/6 113/10 113/11 113/16
113/19
**1107 [5]**    3/3 106/1 106/2 106/16
106/19
**111 [2]**    3/5 97/21
**1110 [6]**    3/4 108/7 108/8 108/10
108/18 108/21
**1111 [4]**    37/7 114/11 114/20 114/23
**1112 [5]**    3/5 110/12 110/13 110/20
110/23
**1113 [7]**    2/24 99/5 99/12 99/12
99/14 99/21 99/24
**1114 [5]**    2/25 101/2 101/5 101/9
101/9
**1115 [6]**    3/2 101/15 101/24 102/2
102/24 103/2
**1117 [2]**    102/14 102/15
**1119 [5]**    3/2 103/14 103/18 103/22
103/25
**112 [1]**    3/6
**1120 [6]**    2/21 62/10 62/11 62/13
62/17 62/20
**1123 [8]**    2/21 63/16 63/17 63/17

63/19 63/22 63/25 64/4
64/5 64/12 64/16 64/16 64/18
64/21 64/24 67/2 108/4
**114 [1]**    3/6
**115 [1]**    3/7
**119 [1]**    3/7
**11:15 [1]**    101/15
**11:20 [1]**    120/17
**11:30 [1]**    120/22
**11:31 [2]**    120/18 120/19
**11th [5]**    68/25 69/11 93/14 125/15
129/23
**12 [5]**    54/4 54/14 58/25 59/1 76/6
**123 [1]**    3/8
**125 [1]**    3/8
**126 [1]**    3/9
**127 [1]**    3/9
**12:21 [1]**    75/13
**12:35 [2]**    83/1 83/2
**12th [2]**    20/25 131/16
**13 [1]**    2/4
**132 [1]**    3/10
**133 [1]**    3/10
**135 [2]**    3/11 3/11
**136 [1]**    3/12
**138 [1]**    3/12
**14 [1]**    1/5
**140 [1]**    3/13
**142 [1]**    2/10
**14:41 [1]**    83/13
**14th [8]**    44/15 45/22 50/15 95/25
133/11 133/13 134/9 134/17
**15 [1]**    26/24
**158 [1]**    2/11
**15:19 [1]**    84/1
**15:55 [2]**    84/7 84/8
**16 [1]**    76/6
**161 [1]**    2/13
**169 [1]**    44/17
**16:50 [1]**    84/17
**17:40 [4]**    84/16 84/24 85/1 85/8
**18 [1]**    43/25
**18-month [1]**    59/5
**18:56 [2]**    85/9 85/10
**18th [1]**    161/8
**19 [1]**    2/4
**1994 [1]**    161/8
**1:25 [1]**    76/14
**1:30 [1]**    75/11
**1:32 [3]**    123/20 124/11 124/12
**1st [2]**    111/18 112/14
**1X [1]**    51/15

---

**2**

**20 [2]**    26/22 73/11
**20001 [1]**    1/24
**20015 [1]**    1/18
**2012 [2]**    161/23 163/15
**2017 [1]**    59/5
**2018 [2]**    163/10 166/4
**2020 [30]**    14/6 14/10 19/1 20/25
59/7 59/8 59/17 60/17 65/18 65/24
97/6 99/10 99/11 104/9 104/17
106/4 107/13 107/22 108/16 109/18
110/18 118/5 155/24 168/18 168/21
171/17 171/17 172/7 172/10 175/6
**2021 [57]**    14/21 14/23 15/5 15/11
17/19 18/4 18/11 18/12 18/15
18/16 21/12 21/17 21/20 35/24
36/3 38/10 38/19 40/8 40/13 40/15
40/19 41/12 45/23 50/15 57/12
66/8 69/11 69/18 95/25 97/7 98/22
105/3 105/24 111/2 112/21 113/23
121/18 125/15 131/16 133/11
133/13 134/9 135/12 143/14 143/17
154/5 154/9 155/12 155/19 155/22
156/15 156/20 157/18 157/21
157/23 161/17 176/14
**2023 [1]**    1/5
**2024 [1]**    178/10
**20530 [1]**    1/14
**20:36 [1]**    85/15

**2**

20th [2] 104/4 104/7
21-078 [2] 1/4 4/2
213 [2] 44/16 143/21
21:00 [1] 80/15
22:09 [1] 85/22
231 [1] 160/1
23:47 [2] 85/14 86/5
24 [1] 118/24
24:28 [1] 86/23
25 [1] 12/20
26 [2] 60/19 106/4
27 [2] 32/3 32/10
27:13 [1] 87/2
27:50 [1] 87/16
27th [2] 107/13 107/22
28:02 [1] 87/24
29th [1] 108/16
2:30 [1] 76/21
2nd [7] 38/10 38/19 111/20 112/25 113/5 113/6 113/23

**3**

3.74 inches [2] 138/18 138/24
30 [6] 115/18 118/19 118/21 120/10 142/21 169/6
30:50 [2] 88/19 88/20
30th [1] 109/18
31 [1] 89/14
31:54 [1] 89/16
31st [1] 110/18
32 [2] 25/9 25/10
32:01 [1] 89/12
33 [2] 2/16 70/21
333 [1] 1/23
33:20 [3] 89/1 89/2 89/21
33:33 [1] 89/23
37:30 [1] 90/2
3:00 today [1] 10/17
3:22 [1] 77/4
3:27 [1] 115/23
3D [3] 164/14 166/11 166/16

**4**

40 [3] 76/8 76/10 142/22
40-minute [1] 145/14
400 meters [1] 162/8
40:20 [2] 90/8 90/9
41 [1] 2/5
41:08 [1] 90/16
42:22 [2] 90/20 90/21
43:01 [1] 91/3
44 [1] 2/7
440 [1] 1/17
44:10 [3] 91/2 91/10 91/11
45:20 [1] 91/16
45:51 [3] 91/15 91/21 91/22
48 [1] 92/21
48:40 [1] 92/22
48:50 [1] 93/4
4:10 [2] 77/10 77/15
4:30 [1] 81/21
4th [1] 53/8

**5**

50 [3] 2/16 93/13 149/13
51 [1] 2/17
5335 [1] 1/17
54 [1] 2/17
55 [3] 2/18 2/18 2/19
56 [1] 2/19
57 [3] 2/20 2/20 120/6
58 [1] 73/2
59 [2] 2/7 2/10
5:00 [1] 160/17
5:04 [1] 177/15
5th [1] 118/5

**6**

60 [1] 167/5
600s [1] 116/18

**6** (continued)

601 [1] 1/14
621 [1] 121/23
628 [3] 25/9 121/23 158/3
629 [1] 121/23
63 [1] 2/21
632 [1] 121/23
638 [2] 26/22 121/24
64 [1] 2/21
65 [1] 2/22
660 [1] 121/23
662 [1] 121/23
663 [1] 121/23
669 [1] 121/23
670 [1] 121/23
6710 [1] 1/23
688 [6] 3/8 116/21 123/14 123/16 123/24 124/5
690 [8] 3/8 39/18 116/20 116/24 122/14 122/17 122/22 122/25
692 [1] 140/8
693 [2] 139/18 140/4

**7**

7-second [1] 128/11
701 [12] 68/8 81/13 81/16 141/1 149/1 149/3 149/11 149/18 152/6 152/11 154/16 157/3
702 [5] 2/22 69/23 69/24 70/7 70/10
703 [7] 2/7 70/18 70/18 70/20 71/1 71/4 71/14
704 [5] 2/23 71/7 71/11 71/17 71/18
705 [1] 71/23
706 [2] 72/3 72/3
707 [2] 72/8 72/9
708 [2] 72/13 72/14
709 [2] 72/21 72/22
71 [1] 2/22
710 [1] 75/24
711 [5] 2/23 71/8 71/11 93/17 93/19
713 [5] 3/12 136/19 136/23 137/2 138/4
714 [5] 3/13 139/3 139/4 139/8 139/11
72 [2] 2/23 2/23
7:20 [1] 78/7
7:55 [2] 74/2 74/4

**8**

8-minute [1] 128/14
801 [10] 2/17 49/23 50/9 50/12 50/14 51/8 52/9 53/7 55/11 56/9
803 [8] 6/15 6/15 6/25 10/24 11/2 150/3 150/14 150/16
821 [4] 2/17 52/16 52/24 53/2
829 [4] 2/18 53/11 53/24 54/2
830 [4] 2/18 54/7 54/9 54/12
831 [4] 2/19 54/17 54/20 54/23
832 [4] 2/19 54/25 55/3 55/6
835 [1] 55/17
836 [5] 2/20 55/22 56/4 56/6 56/9
850 [4] 2/20 56/16 56/23 57/1
855 [6] 2/16 49/2 49/3 49/4 49/14 49/17
8:10 [2] 78/14 78/16
8:30 [2] 74/11 74/12
8:30 a.m [1] 44/15
8:36 [1] 78/7
8K [1] 167/5

**9**

90 [1] 130/22
901.14 [2] 129/17 129/18
901.18 [5] 3/12 135/15 135/17 135/22 135/25
901.3 [10] 2/16 3/9 32/6 32/8 32/10 32/11 32/12 126/20 127/2 158/22
901.4 [5] 31/22 31/25 32/7 32/8 32/11

**9** (continued)

901.5 [10] 3/10 112/15 134/22 134/25
901.6 [1] 134/11
901.9 [6] 3/9 125/8 125/12 125/14 125/18 125/21
902.19 [5] 3/10 130/15 130/24 131/4 131/7
902.2 [1] 132/13
902.22 [5] 3/10 132/14 132/15 132/24 133/2
902.23 [6] 3/11 133/15 133/16 133/18 133/22 133/25
99 [1] 2/24
9:11 [1] 82/3
9:12 [1] 79/5
9:20 [1] 74/22
9:35 [1] 79/9
9th [2] 81/18 178/10

**A**

a.m [2] 1/6 44/15
A6200 [1] 167/20
A6400 [1] 167/19
able [15] 69/8 115/2 121/10 121/15 130/4 137/18 139/21 162/23 164/20 165/17 165/17 168/8 174/22 174/23 176/8
about [117] 6/1 7/9 7/23 8/5 13/1 13/4 13/5 13/9 13/12 14/15 20/5 24/25 25/9 25/10 26/24 30/2 32/3 33/17 33/20 33/25 37/17 38/17 38/25 40/15 40/18 42/25 43/25 44/7 44/10 44/15 50/20 51/14 57/11 57/17 57/20 60/11 62/7 66/9 67/7 67/12 68/19 74/2 74/20 75/9 75/10 76/25 77/14 77/16 77/18 82/9 85/5 85/9 88/3 88/6 89/12 89/14 89/21 90/5 93/1 93/3 93/4 93/24 94/9 94/11 94/25 95/2 96/8 97/2 98/14 99/2 99/6 99/8 107/24 110/9 115/17 117/3 117/5 117/6 118/19 120/14 123/11 125/4 127/16 127/21 128/8 129/15 131/21 134/13 136/3 136/9 142/21 143/16 148/3 148/22 149/1 149/13 149/22 150/25 151/5 151/7 151/13 151/18 157/20 157/25 163/7 163/19 164/10 164/14 167/18 168/19 169/24 170/17 171/5 173/1 176/16 176/23 176/23
above [3] 77/22 112/16 178/5
above-entitled [1] 178/5
absence [1] 5/17
accelerated [1] 165/18
accepted [1] 176/10
access [2] 94/16 148/7
accident [1] 152/20
accommodate [2] 11/21 11/24
accommodating [2] 10/20 42/11
accommodation [1] 10/16
accompanied [1] 57/15 114/9
accompanies [1] 38/12
accompany [1] 175/12
accompanying [2] 146/10 146/11
accomplished [1] 83/19
account [10] 38/8 38/8 38/9 99/17 101/10 108/12 110/11 115/9 115/11 165/9
accounts [5] 62/15 62/15 99/15 165/9 165/10
accredited [1] 35/23
accurate [2] 50/7 143/7
accurately [4] 52/21 53/20 53/21 56/20
achievements [1] 165/19
acknowledged [1] 87/21
acquittal [1] 160/11
across [4] 65/9 65/9 162/11 170/24
acting [1] 5/3
Action [1] 1/3
actively [1] 17/24

activism [3] 63/10 65/25 66/2
activist [16] 29/1 29/2 29/4 29/6
 29/8 36/8 60/15 61/24 61/25 65/4
 97/25 99/15 101/11 104/7 105/10
 159/3
activities [3] 64/9 66/18 68/15
activity [2] 59/15 68/17
actual [1] 137/8
actually [12] 22/3 35/1 137/13
 158/13 159/20 161/24 162/14
 162/20 169/11 169/14 171/7 176/25
addition [15] 42/21 64/12 95/23
 96/20 116/12 122/1 123/10 126/5
 126/8 127/9 132/10 133/12 134/7
 135/10 136/19
additional [1] 174/18
address [4] 4/10 46/6 110/3
 143/19
administrative [1] 17/22
admission [3] 7/2 117/1 150/8
admit [38] 31/25 32/8 49/13 50/9
 52/24 53/24 54/9 54/20 55/3 56/4
 56/23 70/25 98/4 98/8 99/21
 101/24 102/24 103/22 105/14
 106/16 107/15 108/18 109/21
 110/20 113/16 114/20 116/22
 122/22 123/24 123/25 125/18
 126/20 130/20 131/4 132/24 133/22
 135/22 139/8
admitted [50] 32/13 49/17 50/12
 53/2 54/2 54/12 54/23 55/6 56/9
 57/1 62/21 64/1 64/25 70/10 71/4
 71/12 93/18 98/12 99/25 101/6
 102/3 103/3 104/1 105/18 106/20
 107/19 108/22 109/25 110/24 112/3
 113/20 114/24 116/20 116/21
 118/15 122/25 123/23 124/5 125/22
 126/10 126/24 127/3 127/15 131/8
 133/3 134/1 135/1 136/1 138/4
 139/11
Adobe [1] 164/12
advance [2] 29/9 62/1
advancing [1] 73/25
advantages [1] 109/4
adversity [1] 33/18
advise [3] 5/16 7/5 8/7
advised [1] 5/13
affect [3] 25/4 25/5 95/4
afraid [1] 21/3
African [2] 170/12 170/15
after [49] 4/11 8/17 8/21 16/10
 20/18 20/21 21/22 26/16 27/8
 28/20 29/22 31/9 31/16 31/18 35/7
 36/5 39/2 39/5 48/21 60/10 63/9
 67/11 68/6 68/10 71/6 76/5 91/19
 95/20 100/7 110/8 122/10 128/12
 129/8 129/10 131/11 131/18 142/18
 144/16 154/13 158/18 158/23 163/9
 163/16 164/12 165/21 170/19 171/6
 171/18 177/2
aftermath [2] 28/19 92/19
afternoon [8] 9/19 15/18 21/15
 21/17 75/20 75/21 141/9 141/10
afterwards [4] 28/22 107/1 110/7
 158/20
again [30] 10/14 11/2 21/14 22/10
 23/5 30/19 35/2 35/5 39/2 39/16
 39/25 41/1 51/11 61/16 70/22
 71/24 80/4 85/23 93/2 99/7 102/19
 114/5 120/7 121/21 123/8 126/24
 150/3 157/2 157/3 165/13
against [16] 7/24 23/24 24/3
 30/12 63/10 112/9 151/7 169/23
 170/13 170/14 170/19 171/19
 171/25 172/2 172/3 173/7
age [1] 163/10
Agency [1] 13/4
agent [137] 4/8 6/24 29/25 43/13
 43/18 43/19 46/8 46/10 57/9 58/3
 58/12 58/19 58/22 59/3 62/11

62/23 63/17 64/3 64/15 69/7 69/24
 72/22 73/20 74/3 75/20 75/22 76/1
 76/10 76/14 76/21 77/10 78/11 78/7
 78/15 78/24 79/5 79/9 79/24 80/15
 81/1 81/17 81/21 82/4 82/13 83/13
 84/8 84/17 85/10 85/15 85/22 86/5
 86/23 87/2 87/16 88/15 88/20 89/7
 90/2 90/9 90/16 90/21 91/11 91/16
 91/22 92/12 92/22 93/11 93/19
 93/24 96/2 96/21 97/23 98/14
 100/2 100/15 101/9 102/5 103/5
 103/15 104/3 105/6 105/20 106/2
 106/22 107/7 107/21 114/11 114/12
 115/2 116/23 117/3 117/7 118/2
 118/17 118/20 119/8 120/19 123/16
 124/12 124/20 125/12 127/12
 127/17 129/3 130/1 130/15 130/22
 131/10 132/3 132/4 132/13 132/16
 133/5 134/3 135/5 135/17 136/4
 136/9 137/18 138/6 138/17 139/3
 139/13 140/11 141/9 144/19 145/22
 149/7 157/11 157/14 159/24 159/25
agents [9] 46/4 67/7 67/8 67/12
 67/21 68/2 69/2 81/18 149/8
ago [1] 171/16
agree [3] 6/5 11/9 29/5
ahead [6] 10/21 82/8 119/22 138/3
 144/9 144/11
AI [1] 164/16
air [1] 158/18
Airbnb [1] 15/12
alert [2] 112/6 177/10
alerted [1] 5/25
aligned [1] 28/10
all [74] 8/23 9/9 11/16 11/19
 12/7 16/4 30/3 30/18 31/5 36/10
 42/4 42/16 43/1 48/3 48/22 50/17
 58/9 62/3 65/8 69/4 69/17 72/18
 73/17 75/9 75/16 75/17 81/4 83/4
 86/15 86/20 93/7 93/7 95/20 96/21
 98/21 98/22 102/8 113/4 115/19
 115/21 116/10 117/15 117/19
 121/21 121/24 122/2 128/12 130/16
 133/5 141/1 141/6 142/24 147/20
 149/9 155/13 156/13 156/14 156/23
 159/9 159/12 159/14 164/18 164/23
 165/2 168/1 171/6 172/7 172/7
 172/18 172/19 174/20 174/21
 177/13 177/14
all-black [1] 102/8
allow [1] 176/2
almost [2] 5/24 128/17
along [1] 168/12
already [18] 52/2 64/6 67/24 68/1
 75/25 89/21 93/17 111/2 122/15
 123/7 126/24 126/25 127/9 127/15
 127/16 127/20 137/17 140/8
also [77] 4/8 4/15 6/24 10/20
 20/14 30/21 30/25 33/22 34/16
 38/1 38/9 38/16 42/22 45/9 45/12
 45/17 46/10 46/24 46/24 51/8
 56/12 60/14 60/15 61/4 64/13 66/5
 67/6 67/20 67/24 75/24 77/12
 77/21 80/21 81/5 93/14 94/12
 94/17 95/23 97/16 98/24 99/2
 100/24 101/17 103/15 105/2 106/7
 106/12 109/5 115/5 115/8 116/4
 117/3 117/7 118/2 119/13 121/6
 123/10 127/10 133/12 134/18
 135/10 136/20 137/21 137/22 145/6
 146/14 147/14 152/19 152/22 155/6
 157/4 157/25 163/20 164/13 164/14
 166/11 167/20
always [2] 33/19 59/3
am [63] 6/7 6/14 7/7 11/21 12/20
 12/22 20/3 21/10 23/7 30/9 31/20
 32/20 35/25 36/9 39/4 40/8 40/18
 43/13 45/24 49/1 49/13 49/22
 56/16 57/18 58/22 73/3 75/24
 76/18 77/21 78/11 78/11 80/15
 80/19 80/21 81/9 84/17 87/8 88/24

91/25 92/5 92/5 92/8 92/13 92/16
 116/15 116/16 116/15
 127/5 128/4 128/7 128/8 131/13
 147/13 152/7 154/1 154/16 158/1
 158/2 160/2 170/6 170/12
Amendment [4] 5/11 5/11 5/13 8/12
AMERICA [2] 1/3 4/3
American [2] 38/13 170/12
Americans [1] 170/15
amount [1] 26/4
amplified [2] 77/6 77/11
Amtrak [1] 10/18
Angeles [4] 175/3 175/8 175/21
 176/10
angle [1] 91/23
animation [3] 164/14 166/11
 166/16
announce [1] 46/17
anonymous [1] 35/11
another [24] 26/13 27/13 27/13
 27/14 31/10 34/17 44/21 53/18
 54/17 57/9 69/6 84/21 86/2 87/6
 101/10 106/9 110/11 113/13 115/18
 144/18 145/17 149/7 157/5 164/5
answer [6] 40/2 69/6 88/10 147/11
 147/22 148/2
answered [5] 34/17 147/20 148/18
 148/20 157/6
answers [3] 148/1 150/19 150/21
anti [1] 61/25
anti-government [1] 61/25
anticipation [2] 6/13 15/7
antiestablishment [3] 33/3 39/25
 61/25
Antifa [1] 104/19
antigovernment [4] 19/9 68/16
 73/10 74/20
any [35] 16/21 24/1 35/9 35/21
 60/24 65/18 67/3 67/18 77/6 81/10
 82/9 85/25 95/7 96/16 97/4 142/10
 152/16 152/18 157/17 159/10
 162/14 163/24 164/7 167/16 171/19
 171/19 172/21 173/3 173/4 173/16
 173/24 174/2 174/4 174/11 175/3
anybody [7] 34/2 141/21 142/10
 152/15 172/24 175/11 175/11
anyone [12] 23/25 39/11 39/20
 59/17 75/10 82/14 94/18 157/10
 158/24 164/13 172/21 176/23
anyone's [1] 70/15
anything [24] 5/19 6/22 17/3 17/5
 22/10 22/11 24/5 37/18 48/19
 57/17 81/22 115/24 116/8 140/16
 145/12 145/24 145/24 148/5 153/11
 156/1 156/21 170/25 171/1 171/5
anyway [1] 160/3
anywhere [1] 6/7
AP.org [2] 131/1 131/16
apartment [19] 44/17 46/7 47/21
 47/22 47/23 48/5 48/20 50/15
 52/22 53/5 53/22 55/15 56/3 56/19
 57/7 96/5 126/14 143/21 161/18
apologize [11] 32/5 76/3 79/19
 79/20 97/22 117/10 123/24 132/14
 134/17 138/22 140/6
appear [4] 53/20 72/18 113/7
 114/5
appearance [1] 4/5
APPEARANCES [1] 1/11
appeared [2] 52/22 53/21 77/20
appearing [1] 8/14
appears [5] 53/17 72/25 82/15
 82/18 105/1
Apple [2] 96/19 115/11
appreciate [3] 8/17 8/20 177/7
approach [1] 4/4
approached [1] 168/19
appropriately [2] 5/10 5/13
approximate [1] 145/14
approximately [1] 46/3
AR15 [1] 141/22
archival [1] 41/9

## A

**archivist [7]** 10/13 17/25 18/3 41/1 41/4 41/12 102/12
**archivists [1]** 41/8
**are [127]** 4/16 5/1 5/18 7/23 8/13 8/24 9/4 9/11 9/12 9/17 9/20 9/20 10/7 10/21 11/8 11/23 11/25 12/19 12/23 14/14 22/6 22/7 22/8 23/5 27/21 27/24 28/7 30/9 31/8 31/20 32/7 33/20 35/8 37/20 37/25 38/4 39/17 42/10 43/22 45/21 46/14 47/9 48/23 49/8 49/19 53/8 53/16 59/11 59/14 61/24 62/7 63/20 65/11 70/16 71/10 71/20 71/20 71/24 71/25 73/12 73/23 74/7 74/9 74/23 76/25 78/5 78/16 80/20 84/21 84/25 93/21 99/17 100/8 100/9 101/13 103/10 103/15 106/24 109/2 110/7 110/8 111/2 111/24 112/20 117/6 118/25 120/11 121/21 123/4 126/1 127/4 128/10 129/3 129/4 132/16 132/18 133/11 134/3 134/3 134/5 135/5 135/5 135/7 138/11 141/18 141/20 142/1 142/10 148/25 151/13 151/15 154/4 154/8 154/11 154/16 155/6 155/22 155/24 162/7 162/8 164/1 165/13 168/8 170/4 172/2 176/8 176/25
**area [10]** 27/11 34/7 34/9 34/12 60/16 60/20 72/16 72/22 72/24 162/1
**argument [1]** 11/4
**arise [1]** 6/24
**armed [3]** 107/23 144/21 145/6
**around [29]** 14/10 19/2 27/10 29/23 73/18 74/11 74/22 76/8 76/10 77/7 77/24 78/13 80/22 82/25 84/7 84/15 84/23 85/13 88/18 89/1 90/7 90/19 91/1 91/14 94/15 124/10 161/23 168/1 169/6
**arrest [5]** 44/23 95/23 96/11 146/23 147/6
**arrested [7]** 25/2 25/18 142/15 158/10 158/13 170/20 170/20
**arriving [1]** 131/21
**arrow [1]** 167/7
**articulating [1]** 136/6
**artificial [1]** 5/7
**as [95]** 5/3 5/13 6/9 6/11 6/18 7/20 10/24 10/24 10/25 13/7 13/7 18/1 18/6 19/5 19/6 22/4 22/5 23/14 25/25 26/8 28/9 28/18 28/21 29/4 29/13 29/15 33/14 34/20 34/21 34/21 34/25 35/1 36/16 39/8 39/9 39/25 41/3 41/13 42/24 44/21 44/23 44/23 45/24 47/9 48/1 51/6 53/19 53/21 56/20 65/5 73/4 74/8 78/16 97/3 98/1 116/19 116/19 117/16 117/18 118/25 119/1 122/16 125/8 129/5 132/15 137/15 139/9 142/14 142/17 150/18 151/10 152/1 152/4 152/11 152/11 155/3 157/3 157/3 158/21 159/5 160/11 163/11 163/11 164/11 164/12 164/15 164/16 166/5 166/10 166/10 167/20 172/11 173/20 176/5 176/8
**Ashli [1]** 67/6
**ask [22]** 6/10 7/9 7/11 37/19 46/1 47/3 57/11 57/17 73/3 74/12 74/18 86/1 86/14 95/5 114/11 117/5 127/15 127/21 128/8 128/23 129/5 130/15
**asked [26]** 5/15 6/1 6/20 24/24 41/15 57/18 57/20 77/10 93/24 94/11 94/12 98/14 127/5 129/23 148/3 148/6 148/11 148/17 148/20 148/21 148/22 149/22 149/24 157/6 157/14 157/25
**asking [3]** 23/7 117/3 157/20
**assault [2]** 120/16 157/10
**asserting [1]** 5/14 6/14

**assertion [1]** 19/22
**assessment [1]** 171/11
**assignment [1]** 59/5
**assisting [1]** 132/8
**associated [11]** 61/5 61/9 61/12 61/19 61/22 62/7 98/2 99/18 101/10 106/9 114/13
**assorted [1]** 167/21
**assuming [1]** 92/5
**athlete [1]** 65/4
**attach [1]** 168/7
**attached [1]** 113/8
**attack [3]** 23/21 23/25 24/1
**attempt [2]** 68/22 69/1
**attempting [1]** 24/4
**attempts [1]** 144/16
**attend [2]** 15/20 175/3
**attended [1]** 20/10
**attention [1]** 66/18
**attorney [8]** 5/23 7/19 7/20 7/22 8/3 8/8 8/9 10/20
**attributed [1]** 156/24
**audience [1]** 94/16
**August [2]** 59/6 59/8
**AUSA [1]** 38/6
**authority [2]** 63/11 131/19
**authorize [2]** 45/12 45/14
**authorized [1]** 48/15
**Automate [1]** 164/15
**automations [1]** 164/15
**availability [1]** 150/14
**available [3]** 8/6 8/10 8/16
**Avenue [3]** 1/17 1/23 72/25
**awaiting [1]** 115/7
**awakened [1]** 171/4
**Awakening [1]** 61/2
**aware [16]** 20/3 20/20 38/23 57/22 59/17 59/21 60/6 60/7 103/15 112/20 145/4 154/4 154/8 154/11 155/22 157/15
**away [2]** 39/6 158/12
**axis [1]** 17/12

## B

**Babbitt [1]** 67/6
**back [51]** 9/7 10/17 14/10 16/5 24/22 26/20 26/24 29/20 39/6 42/6 42/10 42/10 42/12 42/13 51/25 52/5 52/6 52/7 53/7 55/11 56/12 59/6 59/8 59/16 60/17 71/20 74/23 75/10 77/14 81/9 85/4 85/5 85/16 85/23 86/11 88/3 89/4 89/9 89/11 89/12 89/14 93/3 97/1 122/12 124/25 126/11 141/1 152/10 154/16 170/20 174/14
**background [3]** 13/13 28/18 163/7
**badge [4]** 35/22 35/24 80/24 81/10
**bag [2]** 54/18 55/9
**Balaclava [1]** 100/17
**balcony [5]** 25/3 25/4 30/11 34/11 34/11
**balloon [2]** 167/8 167/9
**balls [1]** 32/19
**bandanna [1]** 65/8
**Bangladesh [1]** 13/7
**bangs [1]** 22/1
**Bankruptcy [1]** 1/22
**BARCLAY [6]** 1/12 2/4 2/7 4/7 6/7 7/1
**Barclay's [1]** 6/5
**barely [1]** 35/12
**barricades [3]** 24/9 30/14 80/21
**based [13]** 8/1 11/14 66/21 97/11 104/14 148/1 148/6 148/16 151/21 152/22 152/22 153/16 154/10
**basically [1]** 45/25 162/7 165/8 165/13 165/18 166/17 167/6 167/10 168/2 170/11 174/14
**bathroom [2]** 16/4 16/10
**battery [1]** 168/9
**Battle [2]** 102/6 102/13
**be [68]** 4/19 5/10 5/14 5/25 6/1

7/1 8/8 10/10 11/5 11/10 11/19 11/21 21/16 23/4 33/4 33/6 34/2 35/2 35/10 35/13 35/16 35/19 36/2 37/10 37/16 38/17 41/12 42/5 48/13 49/12 53/18 61/3 63/8 65/19 65/22 72/18 72/25 75/6 75/8 75/16 82/18 89/10 105/1 108/25 109/3 115/25 117/3 117/24 127/25 128/2 128/15 128/18 137/24 138/2 150/10 150/11 152/5 159/3 159/13 164/19 164/20 169/16 174/22 174/23 176/13
**beautiful [1]** 83/22
**became [3]** 28/20 59/21 60/7
**because [28]** 6/12 7/23 9/17 10/19 21/3 22/10 25/1 25/15 25/17 31/5 32/24 33/20 37/17 41/15 48/15 68/14 79/19 87/8 149/25 150/11 153/16 154/4 165/24 170/25 171/8 173/7 176/5 177/1
**become [3]** 59/17 60/6 63/12
**been [38]** 5/13 5/22 5/24 10/4 17/22 21/7 37/22 43/24 44/9 58/24 58/25 59/1 59/3 61/16 61/19 65/24 66/6 75/25 77/11 88/24 93/18 97/5 98/1 106/9 121/22 122/16 123/14 124/7 124/7 124/23 125/3 125/8 126/9 126/24 127/15 128/22 141/2 144/4
**behalf [3]** 4/7 4/14 7/21
**behind [4]** 30/14 48/19 49/20 80/21
**being [25]** 7/24 10/7 10/12 11/11 15/4 22/2 29/13 34/8 38/11 41/4 77/4 87/12 92/10 92/15 99/17 130/24 133/6 142/9 148/12 152/12 158/10 165/19 169/1 169/2 170/12
**believe [38]** 9/8 10/5 17/23 20/8 20/13 23/6 23/13 24/18 25/3 25/7 28/13 30/8 31/11 35/22 36/11 39/17 52/4 53/17 60/19 61/19 63/14 69/16 69/19 82/24 88/1 99/9 116/20 117/1 122/14 123/23 126/10 147/4 148/12 155/5 170/6 170/8 170/10 177/8
**believed [4]** 4/22 40/1 40/2 61/1
**belonged [1]** 51/22
**below [7]** 63/3 65/11 82/11 101/14 106/22 107/3 111/19
**bench [20]** 37/9 38/21 42/17 42/20 43/2 61/15 62/4 119/19 119/21 120/4 127/25 128/3 129/1 137/6 138/1 150/4 150/6 150/23 159/15 160/14
**benefit [1]** 12/15
**Benjamin [4]** 2/6 42/15 43/5 43/13
**berating [2]** 128/14 130/2
**besides [1]** 77/12
**best [5]** 23/5 155/4 165/13 172/14 175/7
**bet [2]** 34/25 117/14
**better [4]** 10/15 43/20 47/3 132/21
**between [8]** 31/15 37/25 38/16 86/1 95/3 109/5 130/12 130/25
**beyond [1]** 9/24
**bicycle [2]** 153/22 153/24
**Biden [1]** 39/8
**big [1]** 16/5
**biggest [1]** 80/12
**bike [2]** 153/20 153/24
**biker [1]** 73/6

**B**

**Binger [6]** 2/6 42/15 43/5 43/13 96/2 96/21
**bio [1]** 105/21
**biographical [1]** 60/8
**birth [1]** 161/7
**bit [16]** 10/15 31/24 35/20 44/1 47/1 65/17 74/17 92/13 92/18 92/18 119/6 124/15 128/23 130/21 132/21 165/24
**bitch [1]** 90/25
**black [28]** 36/10 56/13 56/18 64/5 64/5 65/8 65/8 79/16 86/20 89/20 98/21 98/22 100/10 100/10 102/8 121/1 138/20 151/18 155/15 156/6 156/6 170/3 170/4 170/6 170/8 170/10 172/18 175/9
**blade [9]** 121/2 121/9 137/11 138/13 138/14 138/17 138/22 139/13 140/23
**blanket [1]** 61/17
**BLM [6]** 29/14 32/19 131/13 169/25 170/2 175/9
**blocked [1]** 175/17
**blond [1]** 154/20
**blow [2]** 70/15 158/18
**Blumenthal [2]** 20/25 21/2
**blurry [1]** 109/1
**body [3]** 143/5 143/16 153/13
**body-worn [3]** 143/5 143/16 153/13
**book [2]** 165/9 165/14
**born [2]** 161/19 161/20
**boss [2]** 43/19 43/22
**both [15]** 4/20 5/5 21/23 25/23 26/7 29/10 33/15 38/8 48/15 61/2 111/24 131/25 144/21 145/17 169/25
**bottom [8]** 50/4 65/2 78/19 80/20 98/4 112/5 131/10 138/19
**bought [1]** 137/10
**box [1]** 173/22
**Boys [1]** 21/4
**brain [2]** 19/13 19/20
**brand [2]** 137/20 137/21
**breached [1]** 30/25
**break [4]** 24/11 35/20 115/18 128/20
**breaking [2]** 75/6 75/8
**brief [5]** 70/13 134/12 140/6 159/12 159/21
**briefly [5]** 4/11 57/25 94/4 116/12 165/3
**bring [50]** 6/6 10/22 11/16 38/18 62/6 62/10 63/16 64/15 71/17 71/23 72/3 72/8 72/13 72/21 75/14 77/14 81/16 85/5 88/3 89/9 89/11 89/12 89/13 93/3 93/17 97/21 99/5 105/5 106/1 106/24 107/7 107/23 108/7 109/7 109/14 110/12 111/13 113/7 113/10 115/13 117/15 120/17 123/21 129/3 129/15 133/15 134/11 134/15 135/14 140/4
**bro [2]** 82/8 88/24
**broken [2]** 79/7 152/19
**Brooklyn [2]** 13/15 13/16
**brother [8]** 13/5 14/15 29/15 33/16 60/22 95/3 164/5 168/19
**brothers [3]** 19/3 19/17 163/25
**brought [8]** 7/24 37/23 37/23 44/19 66/18 124/18 161/21 170/24
**brutality [5]** 170/11 170/19 172/3 172/20 175/10
**brutalization [1]** 170/14
**brutalized [1]** 170/13
**bucks [1]** 174/10
**build [2]** 165/14 176/4
**building [9]** 38/4 85/11 85/19 86/2 87/12 93/21 131/20 132/1 174/15
**bulk [1]** 71/7
**bullet [1]** 92/10

**bullets [2]** 84/22 84/22
**bunch [1]** 176/4
**burned [1]** 85/7
**burning [6]** 37/1 37/6 38/1 38/2 38/13 38/14
**business [7]** 165/15 166/5 166/6 166/8 166/10 174/17 174/18
**buy [2]** 141/21 174/24
**by' [1]** 112/7

**C**

**Calgary [1]** 162/18
**call [19]** 7/20 9/21 11/22 25/22 42/14 108/25 109/7 112/5 112/23 113/22 125/24 130/20 132/19 135/3 138/9 138/15 138/16 144/9 158/24
**called [13]** 13/2 14/17 20/22 20/24 29/22 30/5 61/1 97/11 138/20 144/11
**calls [5]** 12/1 30/3 42/15 58/11 160/20
**came [8]** 6/13 15/6 25/22 51/23 67/14 161/22 169/12 175/17
**camera [35]** 17/4 17/6 17/14 24/6 24/24 24/25 24/17 24/19 24/20 36/16 77/19 80/17 80/22 82/23 83/11 91/22 111/8 143/5 143/17 153/14 154/25 158/12 158/16 158/18 166/24 167/1 167/2 167/4 167/5 167/10 167/11 167/12 167/14 167/16 171/8
**cameras [2]** 81/10 167/19
**can [176]** 6/25 7/10 7/11 8/4 8/5 8/10 8/19 8/22 9/2 9/7 9/19 10/14 10/16 10/22 10/24 11/16 12/13 12/14 13/25 25/9 25/11 25/20 26/22 26/25 27/2 31/22 32/3 32/22 37/10 38/15 38/18 39/19 42/4 42/17 44/1 45/16 45/17 45/20 46/20 46/22 50/22 57/3 58/9 61/21 64/15 65/7 67/2 69/23 70/12 70/18 71/8 72/3 74/2 74/11 74/17 74/22 75/1 75/5 75/7 75/14 77/4 77/14 77/24 78/6 78/13 78/15 78/21 78/23 78/24 79/4 79/8 79/23 80/6 80/14 80/16 80/22 81/20 82/1 82/25 83/12 83/25 84/6 84/15 84/23 85/8 85/13 85/21 86/2 86/4 86/5 86/22 87/1 88/18 89/9 89/12 90/1 90/7 90/14 90/14 90/19 91/14 91/21 92/1 92/8 92/21 93/9 101/2 102/14 103/14 104/8 104/12 104/20 104/23 106/22 107/7 107/21 108/7 108/15 108/25 109/3 109/14 110/12 113/5 116/4 117/5 118/19 118/24 119/6 120/6 120/10 120/14 120/17 120/17 120/22 121/6 123/1 123/20 124/15 124/20 125/10 126/4 128/2 130/21 131/11 131/15 131/21 131/23 132/19 132/21 134/22 141/21 142/2 142/5 145/4 156/6 156/8 158/5 159/9 160/10 160/10 161/2 161/3 163/11 165/3 167/6 167/8 167/10 167/12 168/7 168/9 171/5 173/22 175/14 176/7 177/6 177/9
**can't [5]** 6/23 108/25 150/8 156/11 172/7
**Canada [1]** 162/18
**capacity [1]** 13/16
**capitalism [1]** 153/1
**Capitol [76]** 4/20 4/21 5/1 5/3 5/6 6/6 6/12 6/13 6/22 10/7 11/13 16/14 16/21 16/22 16/24 17/2 18/16 20/1 20/8 20/12 21/17 21/20 21/22 21/23 21/25 23/12 24/4 24/11 24/24 24/25 25/22 25/24 27/25 29/22 31/1 31/16 33/6 34/4 35/1 36/5 39/2 39/5 39/7 41/17 51/5 57/12 57/15 66/19 66/22 67/18 73/12 73/25 74/1 74/10

76/11 84/14 85/16 87/12 93/21 95/24 105/24 121/16 122/2 122/7 131/18 131/19 131/20 136/7 154/9 157/5 157/23 158/5 167/24 176/14
**caption [13]** 38/10 98/17 98/18 100/5 101/12 102/5 102/10 103/5 104/18 108/25 110/5 111/1 113/3
**captioned [1]** 127/20
**capture [2]** 28/16 112/17
**captured [4]** 31/15 41/22 67/6 67/21
**capturing [1]** 35/16
**car [2]** 169/7 169/8
**card [1]** 170/7
**care [4]** 23/2 34/14 39/7 176/19
**career [1]** 59/4
**carried [1]** 20/14
**carries [1]** 21/3
**carrying [3]** 17/13 20/19 82/23
**case [23]** 4/2 7/20 9/11 9/12 9/13 9/16 9/21 10/3 42/11 42/13 44/12 45/9 46/8 46/10 75/9 75/10 128/17 128/19 146/10 160/16 176/23 176/23 177/9
**cases [2]** 5/15 9/19
**categorize [1]** 87/12
**cause [2]** 45/3 45/4
**causes [1]** 62/1
**CCTV [1]** 86/16
**cell [3]** 96/17 96/18 173/19
**Cellebrite [1]** 133/19
**Center [1]** 44/16
**certain [6]** 26/4 45/6 48/5 116/16 165/20 165/21
**certainly [1]** 31/3
**certification [1]** 135/12
**certify [1]** 178/3
**chain [1]** 50/18
**chance [2]** 114/8 130/8
**change [5]** 33/3 75/23 93/13 106/24 107/24
**chanted [1]** 77/4
**chanting [1]** 86/8
**characteristics [1]** 137/22
**characterize [5]** 17/18 18/6 19/5 28/9 30/20
**charge [2]** 7/25 8/1
**charged [1]** 170/20
**charger [1]** 168/8
**charges [3]** 7/24 171/2 171/2
**check [4]** 38/15 134/13 159/12 159/23
**checks [1]** 46/9
**cheering [1]** 132/8
**chest [2]** 65/10 119/13
**chief [7]** 9/11 9/12 42/13 86/10 86/15 86/16 121/22
**child [1]** 176/19
**childhood [1]** 33/18
**Christmas [1]** 34/2
**Chud [1]** 112/6
**cinema [2]** 167/2 167/5
**cinematic [1]** 167/11
**circle [7]** 77/21 80/15 80/21 91/25 92/5 92/8 140/18
**circled [3]** 80/19 86/20 108/24
**circling [2]** 81/9 83/7
**circuit [1]** 157/4
**circumvent [1]** 150/8
**city [12]** 6/4 58/23 59/5 60/25 143/23 161/10 162/19 164/5 168/18 168/23 169/2 171/13
**Civic [2]** 44/16 143/21
**Civilized [1]** 61/2
**claimed [1]** 152/5
**clarify [1]** 61/21
**clear [7]** 10/5 12/13 21/16 46/19 104/12 153/12 161/1
**clearly [3]** 11/2 41/23 152/20
**clerk [1]** 12/2
**Click [1]** 105/21

**C**

clip [1] 70/1
clips [3] 70/3 125/25 126/1
close [5] 33/24 47/18 157/4 161/2 161/3
closer [4] 73/12 76/11 92/13 142/22
closest [1] 18/5
clothing [2] 104/21 156/9
CNN [1] 67/5
Coalition [1] 64/5
cocktail [2] 109/13 135/9
cocktails [2] 109/2 109/10
cocounsel [1] 159/21
collected [1] 96/17
collection [1] 50/18
college [4] 13/14 13/15 13/17 105/25
colloquy [2] 5/12 5/17
color [2] 89/19 121/1
colored [1] 14/2
COLUMBIA [1] 1/1
come [6] 6/3 75/10 89/17 97/16 163/22 171/6
comes [2] 5/8 11/9
comfortable [1] 8/9
coming [5] 37/14 89/7 89/24 92/9 92/10
commander [1] 45/25
commence [2] 46/22 105/23
comment [2] 101/14 149/25
commentary [1] 66/5
comments [4] 148/22 149/22 155/2 156/23
committed [1] 142/9
communicate [1] 69/5
communication [2] 130/11 130/25
communications [1] 130/11
companies [2] 165/5 165/5
company [8] 13/3 17/21 164/21 164/22 164/22 164/23 165/8 165/22
compare [2] 121/15 139/21
compared [1] 117/6
comparing [1] 122/6
comparison [1] 140/1
compelling [1] 9/24
compete [1] 162/20
competitions [2] 162/11 162/15
complete [1] 9/21
complicated [1] 33/19
Complying [1] 140/19
computer [1] 45/18
Comrades [1] 112/10
concluded [2] 48/18 177/15
condition [1] 6/16
conduct [5] 4/25 44/20 45/1 46/19 48/21
conducted [3] 44/16 46/8 142/20
conducting [1] 42/22
conference [20] 37/9 38/21 42/18 42/20 43/2 61/15 62/4 119/20 119/21 120/4 128/1 128/3 129/1 137/6 138/1 150/5 150/6 150/23 159/15 160/14
conferring [1] 71/6
confident [1] 8/21
confirm [2] 116/16 116/18
conflict [5] 13/6 18/13 28/19 40/2 177/1
confrontational [2] 145/18 145/20
confronted [3] 172/24 172/25 173/5
congress [2] 18/8 18/8
conjunction [2] 66/2 167/10
connected [1] 120/1
conservative [1] 19/6
consider [6] 18/3 28/9 29/7 33/16 41/11 41/11
considered [1] 28/17
considering [3] 28/18 33/17 34/16
constant [1] 5/24
constitutes [1] 178/4
consult [2] 8/3 8/15
consulting [2] 8/18 8/21
contact [9] 5/24 67/8 67/11 68/22 69/1 69/3 69/8 144/16 174/22
contacting [1] 69/2
contacts [1] 174/21
content [2] 149/18 176/6
contents [2] 2/1 45/13
contesting [1] 10/8
context [2] 37/13 155/12
continually [1] 97/8
continue [56] 74/11 74/18 74/22 75/1 75/5 76/13 76/20 77/2 77/9 77/14 77/24 78/6 78/13 78/23 79/4 79/8 79/23 80/6 80/14 80/25 82/1 82/12 82/25 83/12 83/25 84/6 84/15 84/23 85/8 85/13 85/21 86/4 86/22 87/1 87/15 87/22 88/14 88/18 89/21 90/1 90/7 90/14 90/14 90/19 91/1 91/9 91/14 91/21 92/18 92/21 93/9 93/23 120/22 121/4 124/10 124/15
CONTINUED [1] 3/1
continuously [1] 158/1
contract [2] 125/3 125/15
controlling [1] 109/6
conversation [8] 6/10 31/15 40/19 84/18 87/17 94/9 145/15 158/11
conversations [1] 33/24
cooperative [2] 147/8 147/10
cops [2] 30/4 175/17
copy [3] 45/21 48/24 49/10
cordial [1] 145/17
corner [3] 64/8 65/2 80/21
corporate [1] 164/20
correct [116] 14/17 41/25 43/23 47/10 47/25 48/4 48/10 48/17 49/21 50/8 50/19 51/3 51/13 51/18 52/8 52/15 53/6 53/23 54/6 54/16 54/19 55/2 55/10 55/16 56/22 57/6 57/8 58/6 58/7 82/21 99/11 113/5 120/3 129/8 141/11 141/13 141/15 141/19 141/22 141/24 142/3 142/7 142/15 142/18 142/20 142/22 143/5 143/8 143/11 143/14 143/17 144/7 144/15 144/19 144/21 144/23 145/2 145/4 145/7 145/10 145/16 145/17 145/24 146/20 147/1 147/5 148/13 148/15 148/19 148/23 149/1 149/4 149/13 149/15 151/2 151/8 151/11 151/14 151/19 151/23 152/1 152/4 152/8 152/15 152/24 153/1 153/3 153/6 153/9 153/14 153/17 153/20 153/22 154/2 154/6 154/9 154/12 154/14 154/18 154/21 154/22 154/25 155/4 155/7 155/15 155/17 155/19 155/23 155/25 156/2 156/7 156/9 156/16 156/25 157/9 178/4
corroborate [1] 146/11
cost [1] 6/3
could [150] 7/23 12/24 31/25 32/15 37/3 43/3 43/12 58/21 59/20 59/22 62/10 63/16 71/5 71/17 71/22 71/23 72/8 72/12 72/21 73/3 73/5 73/11 73/14 73/15 73/18 73/20 74/3 75/2 76/8 76/13 76/14 76/20 76/21 77/2 77/3 77/9 77/15 77/16 78/1 78/7 79/9 79/16 79/19 79/24 80/6 80/8 81/21 82/2 82/4 82/9 82/12 82/13 83/13 84/1 84/2 84/8 84/17 84/25 85/4 85/5 85/6 87/2 87/15 87/16 87/19 87/22 87/23 87/25 88/3 88/5 88/10 88/14 88/20 89/1 89/3 89/6 89/13 89/13 89/15 89/16 89/23 89/23 90/24 91/1 91/3 91/9 92/12 92/12 92/22 93/3 93/6 93/17 93/23 94/4 94/9 97/21 99/5 104/6 105/5 106/1 109/7 111/13 112/5 112/23 113/7 113/10 113/22 115/1 115/13 119/7

**CONTINUED**

119/18 120/7 120/14 120/25 121/4 123/21 123/22 123/23 124/10 124/16 125/7 125/24 128/18 129/18 130/2 130/20 131/10 131/15 134/11 134/15 135/3 135/14 136/3 138/9 138/15 139/3 139/13 140/3 140/13 140/18 143/7 159/24 159/25 160/6 165/24 171/14 174/22
couldn't [1] 69/5
counsel [13] 4/8 4/23 5/17 8/14 8/24 60/1 71/7 104/10 128/9 157/14 157/20 157/25 159/14
counsel's [1] 4/11
count [1] 160/11
counter [1] 29/15
counting [1] 105/25
country [1] 162/11
couple [3] 68/7 94/12 96/25
course [3] 65/14 144/25 153/13
court [11] 1/1 1/21 1/22 5/12 12/15 37/19 86/17 119/23 165/25 178/3 178/13
Court's [1] 130/17
courtroom [10] 4/14 7/14 9/5 13/22 59/17 59/22 75/12 87/9 115/22 177/5
Courts [1] 1/22
cover [1] 15/8
covered [1] 34/8
covering [1] 15/8
create [3] 166/6 166/11 166/13
created [3] 63/9 63/20 135/7
creation [1] 109/5
credential [2] 35/21 95/8
credentials [4] 31/5 67/19 95/5 95/7
crime [5] 45/1 45/15 142/9 142/13 142/14
criminal [4] 1/3 4/2 59/15 68/17
crisis [1] 44/9
cross [11] 2/4 2/7 2/10 5/4 10/4 18/20 41/16 58/1 104/11 141/6 141/7
cross-examination [9] 2/4 2/7 2/10 5/4 10/4 18/20 41/16 58/1 141/7
cross-examine [1] 141/6
crossed [1] 51/17
crowd [6] 23/15 77/5 77/12 152/7 169/11 169/13
Crown [1] 13/19
culminating [1] 62/1
cumulative [5] 115/25 116/1 116/11 117/2 127/23
curb [1] 128/19
current [2] 166/4 166/20
currently [4] 12/18 13/14 59/11 164/4
custody [3] 50/18 147/4 147/7
cybercompany [1] 60/14
cybersecurity [1] 164/22

**D**

dad [1] 29/24
danger [1] 34/3
dangerous [1] 173/14
dark [1] 28/22
darker [1] 154/22
database [1] 46/9
date [14] 37/15 104/3 106/2 106/22 107/12 108/15 108/24 110/15 110/17 112/12 112/13 112/24 133/10 161/7
dated [2] 125/15 178/10
dates [1] 172/8
day [35] 8/2 11/12 14/21 15/3 17/16 17/16 18/8 20/1 21/12 21/14 22/23 24/2 24/6 24/23 28/12 28/16 40/10 46/11 57/16 57/20 69/5 69/14 69/21 81/7 94/18 94/20 95/15 95/17 117/1 117/11 124/17 144/14 166/4 169/16 178/10

**D**

**days [5]**   20/9 20/21 68/7 143/10
155/20
**DC [18]**   1/5 1/14 1/18 1/24 14/24
15/4 15/13 44/4 66/17 67/7 69/3
97/16 97/19 98/16 105/12 110/3
112/9 149/8
**death [1]**   63/9
**debate [11]**   14/6 14/7 18/25
168/18 168/20 169/1 169/2 169/5
169/18 169/23 169/23
**December [8]**   106/4 107/13 107/22
108/16 109/18 110/18 118/5 155/24
**December 26 [1]**   106/4
**December 27th [2]**   107/13 107/22
**December 29th [1]**   108/16
**December 30th [1]**   109/18
**December 31st [1]**   110/18
**December 5th [1]**   118/5
**decide [1]**   35/18
**decided [2]**   16/14 163/9
**declarant [1]**   10/25
**declarant's [2]**   6/18 150/14
**decline [1]**   74/15
**dedicated [1]**   163/10
**defeat [1]**   162/8
**defendant [145]**   1/7 1/16 12/1
38/13 38/16 44/12 59/25 60/2 61/5
61/8 62/8 63/1 63/3 63/13 65/11
65/15 66/22 69/11 67/11 67/20
67/23 68/22 69/1 69/8 70/4 70/23
73/6 73/15 74/3 74/6 74/8 74/12
74/23 75/2 75/24 75/25 76/11
76/22 77/12 77/16 78/2 78/4 78/8
78/10 78/15 79/10 79/25 80/8 81/6
81/6 81/18 81/22 82/4 82/14 83/3
83/18 84/2 84/9 84/18 84/25 85/6
85/10 85/25 86/11 87/3 90/12
90/16 91/19 93/11 94/1 94/5 94/10
95/5 95/20 96/5 96/21 97/5 97/16
98/2 98/20 98/24 99/18 100/3
100/18 100/21 101/21 102/7 103/15
103/19 104/16 104/21 106/10
106/12 108/5 110/11 111/4 114/2
116/6 118/17 119/3 119/10 119/15
120/8 120/15 120/20 120/23 123/10
123/16 124/7 124/13 124/16 124/22
125/4 126/1 126/6 128/11 129/5
129/22 130/12 130/25 131/24 132/4
132/11 132/17 133/7 135/19 136/6
140/16 150/8 157/14 157/16 157/17
157/22 158/1 158/4 158/8 158/15
158/20 158/24 159/2 159/17 160/2
160/9 160/16 160/17
**defendant's [43]**   60/21 62/23
73/20 76/15 78/25 83/14 85/17
85/24 86/6 86/25 88/21 89/3 89/6
89/17 90/4 90/10 92/23 93/6 93/25
95/10 100/16 100/25 102/19 105/2
105/8 107/10 108/13 115/3 115/9
117/1 119/13 126/14 129/6 129/11
129/20 130/2 130/5 133/13 134/18
135/11 136/11 141/2 157/20
**defender [5]**   5/16 7/10 8/4 8/4
8/5 8/15
**defense [18]**   4/15 4/19 4/24 5/2
5/8 5/19 7/19 9/15 9/15 9/22 10/3
10/6 11/22 11/24 37/23 104/10
157/25 160/20
**defense's [1]**   37/22
**definitely [15]**   23/23 27/22 29/8
29/15 30/10 30/12 33/3 33/22
34/21 35/9 36/4 41/9 41/13 110/6
110/10
**delete [4]**   35/8 88/7 88/9 88/11
**delight [1]**   73/25
**deliver [1]**   80/4
**denied [1]**   95/15
**department [2]**   171/11 171/24
**Depending [1]**   143/15
**depends [1]**   29/7

**depict [3]**   52/21 53/21 56/20
**depicted [13]**   51/15 141/9 142/1
142/2 142/5 156/20
**depiction [1]**   137/8
**depictions [1]**   154/24
**depicts [1]**   152/14
**deployed [1]**   22/2
**Deputy [4]**   86/10 86/15 86/16
121/22
**describe [6]**   44/1 47/1 65/7
120/25 137/22 139/25
**described [2]**   34/13 67/5
**describes [1]**   158/25
**description [2]**   49/11 65/11
**destruction [1]**   44/9
**details [1]**   12/24
**determine [2]**   46/9 121/10
**determines [1]**   45/4
**device [7]**   45/20 45/21 51/25 52/5
128/13 130/9 138/13
**devices [12]**   45/10 45/13 45/17
45/18 48/7 48/11 51/8 115/3 115/5
115/8 125/4 129/20
**did [278]**
**didn't [48]**   6/2 13/14 15/24 20/13
20/17 22/9 22/10 24/25 27/22 28/3
28/6 28/8 29/17 30/3 30/17 32/20
34/16 35/4 35/7 35/9 35/12 35/13
36/6 37/17 66/17 68/14 68/16 69/6
88/8 94/14 124/2 144/9 144/12
144/18 145/24 145/24 146/9 146/22
146/25 147/11 148/4 153/8 153/10
153/11 157/10 169/15 170/25 171/1
**die [1]**   168/9
**difference [1]**   95/3
**different [14]**   9/8 19/4 53/8
54/18 59/2 64/10 65/12 70/14 81/5
162/10 166/7 166/21 168/5 174/21
**digital [1]**   125/1
**direct [17]**   2/4 2/7 2/10 2/13
4/25 4/25 6/6 12/9 19/25 24/25
33/11 43/8 58/17 155/11 156/14
156/24 160/24
**directed [1]**   85/11
**direction [1]**   84/13
**director [1]**   63/4
**disagree [1]**   30/17
**disagreed [1]**   30/2
**discharged [2]**   92/10 92/15
**disclose [1]**   153/10
**disclosed [1]**   67/25
**discriminated [1]**   170/13
**discrimination [1]**   172/20
**discuss [2]**   62/7 137/22
**discussed [1]**   135/11
**disheartening [1]**   171/8
**disoriented [1]**   26/9
**displacement [1]**   13/8
**display [1]**   164/20
**dispute [1]**   21/8
**disrupt [2]**   10/12 18/8
**disrupted [1]**   33/4
**disruption [1]**   109/4
**disruptive [1]**   10/9
**disseminated [1]**   67/24
**distinction [1]**   5/7
**DISTRICT [4]**   1/1 1/1 1/10 1/22
**dive [1]**   68/17
**Divided [1]**   13/2 13/9 14/17
**division [5]**   43/15 43/16 44/6
58/23 60/25
**divisions [1]**   59/2
**DJI [2]**   167/21 168/6
**do [159]**   7/10 8/12 9/25 10/21
12/17 13/16 13/20 13/22 14/21
15/15 16/15 17/10 17/13 21/1 21/2
21/2 21/6 21/8 21/25 22/1 22/6
26/10 29/25 30/2 34/7 34/8 34/13
41/8 41/11 41/17 43/6 43/15 46/21
49/6 49/24 50/21 51/14 52/10
52/17 53/8 53/12 53/13 55/11
55/24 55/25 56/6 56/12 58/15

59/13 60/8 60/17 62/11 62/12
62/18 63/17 63/20 63/25 64/2
65/14 66/8 67/8 69/24 69/25 70/18
70/19 72/22 77/11 77/21 79/3 79/3
82/17 85/25 86/16 87/9 88/6 95/23
96/8 96/12 96/18 97/4 97/23 98/1
98/3 98/19 98/24 99/6 99/8 99/12
101/15 102/14 104/15 105/6 107/8
108/8 109/14 110/12 110/14 111/4
111/5 111/14 113/11 115/14 115/16
116/22 118/17 118/20 121/18 122/8
122/9 122/12 122/17 122/18 123/16
125/12 125/13 128/5 130/22 133/16
135/17 140/16 148/14 159/16 160/6
160/23 161/9 161/11 162/10 163/24
163/25 164/3 164/7 164/9 165/8
166/8 166/13 166/16 166/23 166/24
166/25 167/1 167/10 167/16 167/17
168/13 168/14 168/16 168/19
168/25 169/20 169/22 169/24 170/2
170/9 170/25 171/1 173/14 173/16
174/17 176/2
**document [4]**   17/15 168/24 172/5
172/12
**documentarian [1]**   28/21
**documentaries [1]**   166/22
**documentary [16]**   12/22 12/23
13/18 13/21 14/13 14/14 19/3
19/16 22/24 67/17 94/23 94/25
103/12 154/12 168/19 176/2
**documenting [3]**   41/13 132/2 173/7
**documents [5]**   17/16 18/1 41/2
49/19 49/22
**does [33]**   11/10 31/23 35/15 45/6
46/15 46/24 50/14 50/16 51/8
53/20 59/13 63/3 65/2 72/18 72/20
86/11 86/13 92/17 102/12 111/8
112/24 113/7 114/5 128/12 139/14
152/18 155/5 158/24 158/25 159/2
159/5 168/2 170/4
**doesn't [6]**   18/13 39/7 39/8 39/8
102/10 150/15
**doing [25]**   9/17 10/19 10/22 15/8
26/1 28/7 44/10 66/3 66/6 67/17
95/12 124/17 132/5 132/7 145/12
150/11 150/25 154/12 156/1 156/15
156/21 168/20 171/6 173/9 174/18
**domestic [2]**   44/8 59/10
**don't [71]**   7/21 7/24 15/17 16/12
16/23 19/10 19/12 19/22 20/18
20/23 21/5 21/7 21/8 22/7 22/22
22/22 23/2 23/5 23/8 23/17 23/19
23/24 24/4 24/15 24/22 25/1 25/7
26/4 26/13 26/15 26/20 30/7 30/19
31/3 31/21 33/2 35/22 35/23 39/16
40/1 40/21 47/19 52/4 63/15 66/11
70/14 75/9 75/10 90/3 91/7 110/6
110/10 116/19 117/1 123/6 123/7
126/10 128/20 141/24 145/11
145/23 148/20 158/13 159/11
167/24 169/21 170/7 171/15 174/13
176/22 176/23
**done [2]**   128/18 166/21
**door [7]**   11/10 26/2 26/3 26/8
90/17 122/10 122/10
**doors [1]**   86/11
**dots [2]**   110/7 110/8
**double [3]**   38/15 134/13 159/12
**doubter [2]**   31/19 32/18
**down [47]**   22/7 22/14 23/18 25/20
32/5 35/20 38/11 39/12 39/21 42/4
44/4 44/5 44/6 53/8 55/18 57/3
58/9 63/3 65/11 67/2 77/1 80/20
82/11 84/5 103/6 103/10 109/7
111/19 112/7 113/4 119/20 121/14
123/15 124/21 126/4 132/19 133/6
138/15 148/18 159/9 165/24 165/25
166/18 167/25 171/21 173/8 177/6
**downtown [2]**   104/19 169/2
**dress [6]**   98/19 118/22 120/12
136/11 138/12 156/6
**dressed [4]**   82/22 108/4 155/15

**D**

dressed... **[1]** 156/6
drive **[5]** 44/17 134/8 134/19 135/11 143/21
drives **[2]** 51/9 129/11
drone **[2]** 167/20 167/21
dropped **[1]** 171/3
drove **[1]** 170/21
due **[1]** 92/16
duration **[1]** 47/6
during **[10]** 47/4 57/5 64/9 65/14 85/25 142/24 144/25 153/13 156/14 162/25
duty **[1]** 8/4
dynamics **[1]** 13/10

**E**

E-A-R-L-E **[1]** 161/5
each **[2]** 149/24 160/11
ear **[1]** 65/9
EARLE **[3]** 1/6 4/3 161/5
earlier **[10]** 29/10 33/5 48/9 57/4 77/10 82/19 119/24 155/22 168/14 174/1
ears **[1]** 70/15
easily **[1]** 104/12
east **[1]** 93/22
editing **[4]** 164/12 164/14 166/10 166/11
educate **[1]** 166/19
educating **[1]** 166/22
educational **[4]** 13/13 103/6 163/7 166/15
effect **[1]** 83/23
effecting **[1]** 96/11
effective **[1]** 109/4
effectively **[1]** 107/24
Effects **[1]** 164/13
efficient **[1]** 128/22
Eight **[1]** 129/21
electoral **[2]** 105/23 105/25
electronic **[5]** 45/10 45/17 48/7 48/11 51/8
elicit **[2]** 5/2 42/23
else **[10]** 17/5 46/20 53/16 60/20 115/24 116/8 148/5 153/11 175/11 175/11
else's **[1]** 77/11
email **[2]** 130/11 130/25
emails **[2]** 132/10 174/23
embodied **[1]** 11/2
emoji **[3]** 100/7 107/1 107/2
emotional **[1]** 6/16
employed **[1]** 60/13
employment **[2]** 17/19 141/13
employments **[1]** 164/25
encountered **[1]** 142/15
encounters **[1]** 172/21
encouraged **[1]** 151/11
encouraging **[3]** 68/21 74/1 131/20
end **[13]** 19/2 38/21 43/2 62/4 86/11 117/9 120/4 122/2 129/1 138/1 150/23 155/10 160/14
ended **[2]** 26/8 51/24
ending **[1]** 172/19
enforcement **[1]** 109/5
Engine **[1]** 164/13
enough **[5]** 33/24 116/8 116/14 161/2 164/19
enter **[1]** 44/25
entered **[5]** 25/23 25/25 26/3 30/22 31/11
enters **[1]** 7/14
entire **[3]** 40/10 47/6 128/17
entirely **[1]** 37/15
entirety **[1]** 152/11
entitled **[4]** 38/4 45/7 151/4 178/5
entrance **[1]** 131/21
environment **[1]** 164/20
equipment **[4]** 166/24 167/1 167/16

173/18
escaping... **[1]** 156/6
especially **[5]** 24/18 27/23 29/12 29/14 30/11 33/1 33/16 34/16 35/11
essentially **[4]** 19/14 45/20 47/2 51/21
establish **[1]** 45/3
evasive **[4]** 147/23 147/24 147/25 148/12
eve **[1]** 159/5
even **[6]** 5/12 22/13 34/4 127/5 160/6 177/9
event **[6]** 15/22 97/17 143/15 168/22 171/16 176/13
events **[13]** 7/23 18/1 37/17 41/2 64/10 64/12 97/14 103/16 131/18 132/1 156/20 157/21 166/20
eventually **[12]** 65/14 95/16 115/2 121/15 122/12 124/20 124/22 124/25 130/4 163/22 163/23 171/3
ever **[15]** 18/7 18/10 18/14 40/10 40/13 40/15 40/18 40/22 146/16 146/18 148/18 157/16 157/17 159/5 167/14
every **[8]** 86/19 148/21 162/13 164/21 165/16 165/16 165/16 172/1
everybody **[3]** 12/13 29/25 161/2
everyone **[3]** 74/20 87/8 177/10
everything **[6]** 11/11 11/12 16/4 74/23 129/23 165/25
evidence **[41]** 6/15 11/8 35/9 45/1 45/15 46/5 50/18 51/5 51/7 51/20 54/18 62/17 63/22 64/21 70/7 71/7 75/25 98/8 99/21 107/15 116/1 116/4 116/16 116/21 117/20 122/15 122/22 123/23 123/24 126/10 126/20 127/5 127/6 127/15 128/5 132/24 137/2 137/14 140/9 155/10 159/10
exact **[2]** 45/21 66/12
exactly **[4]** 23/17 41/20 66/17 150/17
examination **[23]** 2/4 2/4 2/5 2/7 2/7 2/10 2/10 2/11 2/13 5/4 10/4 12/9 18/20 40/6 41/16 43/8 58/1 58/17 141/7 156/14 156/24 157/12 160/24
examine **[2]** 104/11 141/6
example **[1]** 148/3
excel **[1]** 164/19
exception **[3]** 150/9 150/13 150/16
excited **[1]** 87/14
excluded **[2]** 6/17 6/22
excuse **[6]** 7/13 25/16 100/15 126/23 134/22 165/6
excused **[2]** 42/5 177/4
execute **[1]** 95/25
exhibit **[113]** 2/16 2/16 2/17 2/17 2/18 2/18 2/19 2/19 2/20 2/20 2/21 2/21 2/22 2/22 2/23 2/24 2/24 2/25 3/2 3/2 3/3 3/3 3/4 3/4 3/5 3/5 3/6 3/6 3/7 3/7 3/8 3/8 3/9 3/9 3/10 3/10 3/11 3/11 3/12 3/12 3/13 25/9 26/22 32/12 39/18 49/2 49/14 49/17 49/23 50/9 50/12 50/14 52/16 52/24 53/2 54/2 54/12 54/23 55/6 55/22 56/9 56/16 57/1 62/6 62/10 62/20 63/25 64/24 68/8 70/10 70/14 71/4 71/11 81/13 97/21 98/11 99/24 101/5 102/2 103/2 103/25 105/17 106/19 107/18 108/21 109/24 110/23 112/2 113/19 114/23 118/14 122/25 124/5 125/21 127/2 130/22 130/24 131/7 133/2 133/25 134/25 135/25 137/2 138/4 139/11 139/18 140/7 149/1 149/1 149/18 152/6 152/11 158/3
Exhibit 1120 **[1]** 62/10
Exhibit 628 **[2]** 25/9 158/3
Exhibit 638 **[1]** 26/22
Exhibit 690 **[1]** 39/18
Exhibit 693 **[1]** 139/18

Exhibit 701 **[6]** 81/13 149/1 149/1 149/18 152/6 152/11
Exhibit 713 **[1]** 137/2
Exhibit 801 **[3]** 49/23 50/9 50/14
Exhibit 821 **[2]** 52/16 52/24
Exhibit 836 **[1]** 55/22
Exhibit 850 **[1]** 56/16
Exhibit 855 **[2]** 49/2 49/14
exhibits **[12]** 2/14 2/23 3/1 121/23 134/13 141/18 156/18 159/13 159/23 159/24 159/25 160/3
existing **[2]** 6/16 6/18
exit **[2]** 86/2 86/12
exited **[1]** 27/13
exits **[1]** 9/5
expect **[1]** 117/11
expects **[1]** 7/19
experience **[5]** 67/5 94/11 162/24 164/24 171/5
experienced **[2]** 22/4 170/19
explain **[2]** 10/21 115/24
explained **[1]** 7/6
explode **[1]** 167/9
explore **[1]** 38/4
express **[1]** 18/14
expressed **[2]** 20/3 73/25
expresses **[1]** 18/13
expressing **[1]** 131/20
extent **[1]** 68/14
extract **[2]** 138/13 140/23
extracted **[5]** 121/2 126/12 129/10 129/10 139/14
extraction **[7]** 96/22 115/7 124/25 125/3 126/11 130/9 150/25
extractions **[3]** 97/1 97/4 115/3
extremely **[1]** 9/23
eyes **[1]** 13/11

**F**

face **[5]** 12/2 65/9 100/16 100/19 153/4
Facebook **[1]** 176/4
faced **[1]** 33/18
fact **[12]** 28/14 31/9 31/19 35/5 46/7 46/10 46/12 66/21 116/6 142/14 151/10 153/8
faint **[1]** 31/24
fair **[2]** 19/3 59/25
fairly **[6]** 52/21 53/20 53/20 56/20 139/16 173/9
fall **[4]** 59/17 60/17 65/18 98/24
familiar **[2]** 47/9 99/17
family **[6]** 13/10 34/1 60/16 60/20 60/21 95/4
far **[6]** 80/13 152/11 157/3 164/11 166/10 169/4
fasc **[1]** 112/7
fascism **[1]** 112/9
fascists **[1]** 112/9
fashion **[2]** 173/2 173/4
fast **[1]** 165/17
fastest **[2]** 162/9 165/20
father **[1]** 20/7
father's **[1]** 161/15
Faumuina **[1]** 146/2
favor **[1]** 169/22
FBI **[40]** 43/14 43/15 43/24 44/2 46/4 46/15 46/24 46/24 47/4 47/11 47/21 47/21 48/5 48/18 50/14 50/17 51/2 52/2 52/6 53/21 58/22 58/24 58/25 59/1 59/6 92/6 96/23 128/13 128/13 128/16 129/10 131/19 131/25 142/25 143/10 143/13 145/9 146/7 147/3 149/7
feature **[1]** 13/1
features **[1]** 138/16
February **[1]** 178/10
Federal **[2]** 5/15 6/15
federally **[1]** 160/1
feel **[2]** 8/21 19/23
feels **[1]** 33/2
fell **[1]** 162/24

**F**

felt [4]   26/1 30/1 33/3 171/1
female [1]   87/20
fence [1]   170/22
few [12]   39/4 50/20 63/15 127/15
127/21 128/8 129/4 129/5 145/25
155/20 168/23 175/16
field [5]   44/3 59/4 164/7 166/2
173/14
fields [1]   164/24
fifth [5]   5/10 5/11 5/13 8/12
55/11
fight [1]   18/11
fighting [3]   82/10 82/11 171/2
figure [1]   137/18
film [20]   13/1 15/21 22/3 23/14
24/16 25/1 28/23 33/20 35/7 41/10
41/17 66/2 94/24 94/25 103/12
151/22 154/5 155/4 172/5 173/24
filmed [6]   13/5 36/25 37/1 37/6
67/19 152/12
filming [8]   10/11 25/15 25/17
34/9 38/17 94/23 155/3 169/11
filmmaker [2]   12/22 12/23
filmmaking [1]   13/19
films [2]   65/22 173/23
financial [1]   6/2
find [9]   60/8 60/24 67/23 127/10
128/15 136/10 157/16 165/10
176/16
finding [2]   126/8 151/1
finds [1]   128/13
fine [1]   158/16
finger [1]   59/25
finish [2]   42/12 152/12
finished [3]   13/1 75/22 163/8
fire [4]   100/10 106/25 107/2
107/5
firearm [5]   92/4 92/9 92/15 108/5
155/15
firearms [3]   92/6 141/17 141/18
fired [1]   30/4
firing [1]   84/21
first [16]   4/21 7/4 13/1 26/15
46/17 60/6 62/6 107/21 111/18
144/6 146/18 165/7 170/18 170/20
171/4 176/12
first-hand [2]   26/15 171/4
fist [3]   64/5 64/5 151/19
fit [1]   9/14
five [3]   70/2 72/5 72/10
fixed [1]   70/13
flag [6]   37/1 37/6 38/1 38/2
38/11 38/13
flash [1]   22/1
fledged [1]   63/12
flow [1]   109/6
Floyd [2]   63/9 170/11
focus [2]   34/5 49/22
focused [1]   40/8
focuses [1]   13/8
fog [1]   170/2
follow [7]   15/9 34/5 46/16 46/25
66/22 66/25 74/1
followed [4]   21/11 21/16 25/21
50/17
following [5]   15/6 18/24 18/25
125/25 176/4
footage [58]   17/12 20/18 22/4
23/4 24/21 24/22 25/13 26/16
26/17 26/18 27/1 28/15 29/23
29/24 30/1 31/6 31/8 35/6 35/10
35/13 35/16 36/2 36/5 41/22 68/1
69/4 69/14 69/16 69/17 69/20
86/16 88/6 88/12 121/15 121/18
122/1 122/2 122/5 122/15 122/19
123/18 124/23 125/5 127/10 127/12
149/9 157/15 157/17 167/13 167/25
173/25 174/2 174/5 174/11 174/19
174/24 175/1 176/9
force [4]   46/4 50/21 50/24 146/4

foregoing [1]   178/4
foregone [1]   64/7
forensic [1]   46/5
forgotten [1]   159/20
form [1]   14/9
formally [2]   122/22 159/23
formed [1]   60/14
former [2]   112/18 112/20
forth [3]   85/16 85/23 89/4
forward [3]   68/2 168/3 168/4
Foulger [107]   2/9 4/9 6/24 58/12
58/14 58/19 62/11 62/23 63/17
64/3 64/15 69/24 70/16 71/18
71/24 72/9 72/14 72/22 73/20 74/3
75/20 75/22 76/1 76/10 76/14
76/21 77/10 78/1 78/7 78/15 78/24
79/5 79/9 79/24 80/15 81/1 81/17
81/22 82/4 82/13 83/13 84/8 84/17
85/10 85/15 85/22 86/5 86/23 87/2
87/16 88/15 88/20 89/2 90/2 90/9
90/16 90/21 91/11 91/16 91/22
92/12 92/22 93/11 93/19 93/24
97/23 98/14 100/2 100/15 101/9
102/5 103/5 103/15 104/3 105/6
105/20 106/2 106/22 107/7 107/21
114/12 115/2 118/2 118/17 118/20
119/8 120/19 123/16 124/12 124/20
125/12 127/17 129/3 130/22 131/10
132/3 132/16 133/5 135/17 136/4
136/9 138/6 138/17 139/3 139/13
140/11 157/14
found [3]   31/10 129/11 129/19
founded [1]   61/23
founder [2]   62/8 63/4
four [5]   44/4 44/7 44/10 72/15
172/13
fourth [1]   52/10
Fox [1]   174/8
Foxworth [1]   63/2
frame [5]   38/5 38/14 89/7 140/13
140/13
frames [1]   167/5
frankly [3]   5/1 9/18 9/20
free [1]   174/14
friend [1]   51/23
friends [5]   33/13 33/16 33/19
34/22 123/11
front [5]   5/5 121/13 138/10
fuck [6]   23/3 75/4 78/12 83/16
113/4 124/14
fucking [4]   31/19 32/17 78/5
79/13
full [5]   12/14 44/5 63/12 149/3
161/4
function [1]   160/1
functioning [1]   19/24
further [13]   18/19 24/4 40/3 42/2
57/24 58/8 59/15 68/11 68/18
141/4 157/11 159/8 174/17
future [1]   174/17
FX3 [1]   167/2

**G**

gained [1]   174/21
gaining [1]   174/16
Galax [1]   161/20
gaps' [1]   109/5
garage [1]   47/19
gas [17]   22/2 23/9 30/5 34/16
36/14 53/9 53/15 53/17 54/4 54/8
54/14 55/1 55/8 100/20 100/21
100/24 119/8
gave [5]   52/5 52/7 150/19 150/20
174/13
geared [2]   172/18 172/19
general [1]   168/24
generally [3]   7/6 66/12 175/14
generated [1]   134/8
gentleman [1]   14/2
gentlemen [3]   11/20 162/5 167/3
George [2]   63/9 170/11
geotag [2]   102/21 105/11

get [45]   6/25 9/7 9/19 10/16
11/20 12/13 13/3 17/1 25/1
25/17 30/21 34/12 45/2 46/14
46/22 65/17 74/17 76/18 84/12
85/7 91/20 94/5 94/7 95/19 95/23
97/1 104/6 104/8 115/2 116/5
124/25 130/4 140/14 143/7 144/12
147/12 155/7 158/13 162/9 165/10
165/20 165/25 167/12 175/18
gets [1]   76/4
getting [2]   76/11 174/16
gimbal [12]   17/6 17/9 17/10 17/13
36/17 36/18 167/20 167/22 167/23
168/2 168/6 168/9
gimbals [1]   168/5
give [10]   12/2 12/24 17/20 20/21
35/1 52/6 88/1 106/12 128/20
165/13
given [2]   4/24 5/17
gives [1]   44/25
glee [1]   131/21
global [1]   166/20
glove [2]   89/18 89/19
gloved [2]   140/24 141/2
go [71]   6/7 8/25 10/20 13/14
14/10 16/3 16/10 16/14 16/20
16/21 17/12 20/1 22/7 22/14 26/24
32/3 37/17 38/4 42/6 42/10 42/12
42/13 45/2 45/5 53/7 53/11 54/7
54/17 55/11 55/17 56/12 76/18
82/8 82/8 91/7 91/20 91/20 92/6
95/25 96/2 96/12 111/2 117/16
117/18 119/22 121/21 136/10 138/3
138/25 139/3 140/13 141/21 143/20
146/13 147/12 155/9 155/11 159/24
159/25 162/10 162/12 163/12
164/12 165/10 168/10 168/23 169/4
172/1 172/11 174/4 175/11
goes [5]   11/9 45/25 61/24 150/16
167/8
going [83]   4/19 6/6 6/7 6/12 6/24
7/23 8/25 9/4 10/10 10/10 10/10
11/22 11/25 17/16 18/7 20/6 20/8
20/12 22/7 22/11 22/14 24/25 26/2
27/19 27/21 27/24 35/8 42/10 46/6
46/14 49/1 49/13 49/22 52/9 56/4
56/16 71/7 73/3 73/16 75/8 75/24
77/21 78/11 78/11 80/15 80/19
80/21 85/16 85/23 86/11 88/6 88/7
88/9 88/11 89/4 91/25 92/5 92/8
92/16 105/3 116/15 116/16 121/21
127/21 127/22 128/8 129/3 129/4
136/6 138/2 147/13 150/18 152/7
152/10 154/16 158/12 166/22 168/4
168/4 173/8 176/3 176/13 176/25
gone [2]   64/6 67/18
good [23]   4/6 4/13 11/19 12/11
12/12 18/22 18/23 25/1 25/6 25/16
25/17 43/10 43/11 58/3 58/4 58/19
58/19 58/20 75/20 75/21 141/9
141/10 162/24
GoPro [5]   111/9 173/19 173/21
173/22 173/25
got [20]   24/14 24/15 24/17 24/19
28/15 29/11 31/19 32/17 35/5 47/2
75/24 85/7 153/5 153/8 157/14
158/16 158/23 165/25 170/19
176/19
government [145]   2/16 2/16 2/17
2/17 2/18 2/18 2/19 2/19 2/20
2/20 2/21 2/21 2/22 2/22 2/23
2/23 2/24 2/24 2/25 3/2 3/2 3/3
3/3 3/4 3/4 3/5 3/5 3/6 3/6 3/7
3/7 3/8 3/8 3/9 3/9 3/9 3/10 3/10
3/11 3/11 3/12 3/12 3/13 4/4 4/10
4/16 4/22 6/14 7/24 9/8 9/10 11/4
11/5 11/6 11/7 11/20 25/9 26/22
32/12 39/18 42/14 42/15 45/7 49/1
49/14 49/17 49/23 50/9 50/12
50/14 52/16 52/24 53/2 54/2 54/12
54/23 55/6 55/22 56/9 56/16 57/1
61/25 62/20 63/22 63/25 64/24

**G**

government... [60]  70/10 71/4
71/7 71/11 75/17 81/13 98/11
99/20 99/24 101/5 101/24 102/2
102/23 103/2 103/21 103/25 105/13
105/17 106/16 106/19 107/14
107/18 108/18 108/21 108/24
109/20 109/24 110/20 110/23 112/2
113/15 113/19 114/19 114/23
118/14 122/25 124/5 125/17 125/21
127/2 128/17 131/3 131/7 132/23
133/2 133/21 133/25 134/25 135/22
135/25 137/1 137/2 137/15 138/4
139/7 139/11 139/18 158/3 159/10
160/15
government's [9]  4/22 5/6 5/9 6/8
10/15 42/11 42/12 42/13 128/19
grade [1]  167/12
graduate [1]  163/14
graduation [1]  163/16
graphic [1]  92/16
Grayzone [1]  20/22
great [2]  13/20 38/25
gross [2]  165/15 165/20
ground [5]  22/8 74/7 74/9 74/24
168/1
grounds [3]  4/20 6/6 172/15
group [7]  61/1 63/10 63/12 83/3
97/11 102/19 148/8
groups [14]  59/14 60/15 61/4 61/9
61/11 61/18 61/22 61/23 61/24
62/1 62/7 62/8 63/20 64/3
guess [3]  21/7 25/19 169/12
guidance [1]  46/1
gun [8]  119/24 119/25 141/22
145/1 145/4 156/4 156/4 156/11
guns [4]  27/15 27/17 27/19 142/11
guy [1]  153/20
guys [1]  90/13

**H**

had [132]  5/22 6/10 16/4 16/5
16/21 17/21 19/9 20/1 20/5 20/7
20/11 21/23 22/13 23/2 27/15
27/16 27/17 27/19 29/8 30/1 30/8
31/5 31/13 33/5 33/15 33/17 33/24
34/5 34/16 34/21 34/25 35/11
35/12 35/25 36/2 36/12 36/14
36/16 36/18 36/19 36/25 37/1 37/6
38/25 46/10 47/21 48/3 48/18 51/5
51/6 51/12 52/1 55/21 57/21 57/22
58/6 59/2 60/13 60/14 60/16 60/20
63/15 65/24 66/6 66/21 67/6 67/18
67/19 67/20 67/23 68/1 68/15
68/17 69/18 75/22 77/11 77/19
84/18 87/17 92/6 94/1 94/1 94/13
95/5 96/3 97/5 97/10 97/11 97/16
98/14 106/9 108/24 116/11 116/14
121/22 122/16 124/7 124/7 124/23
125/3 125/4 126/9 127/12 129/22
129/23 129/23 130/5 137/17 137/20
141/2 144/4 144/18 145/1 145/4
145/14 149/3 149/6 149/8 149/15
154/11 154/22 157/22 159/20
162/24 164/19 168/6 170/22 171/8
171/9 173/19 173/19 176/9
hadn't [3]  28/17 159/22 159/23
hair [2]  154/20 154/22
hall [1]  27/13
Hamdi [1]  4/8
hand [18]  17/3 26/15 43/4 80/16
80/17 80/20 83/10 89/6 89/9 89/17
91/25 92/1 135/9 140/24 140/24
141/2 160/21 171/4
handcuffs [1]  170/22
handgun [2]  142/2 142/3
handle [14]  87/6 87/9 87/10 98/1
102/17 104/5 106/5 106/9 106/12
106/22 114/15 114/17 120/25
138/14
handles [3]  102/20 105/8 107/10

hands [2]  128/11 157/5
happen [2]  20/6 22/11
happened [6]  17/15 28/16 30/2
35/7 162/22 171/18
happening [5]  16/14 28/15 41/23
66/17 175/14
happy [1]  11/8
hard [5]  51/9 129/11 134/8 134/19
135/11
hardcore [1]  81/10
harm [1]  173/15
has [36]  4/24 5/13 7/21 9/8 10/4
10/17 11/20 11/24 17/12 21/7
37/22 59/24 65/8 74/23 75/25 79/7
82/23 82/24 83/3 83/11 93/17 98/1
111/9 123/13 125/8 126/23 127/15
128/17 135/9 137/11 140/22 140/22
154/20 160/17 165/25 176/19
hashtag [4]  98/5 98/15 100/13
100/14
hat [1]  82/23
have [173]  4/15 5/12 5/15 5/24
7/6 7/8 7/10 7/20 7/21 7/25 8/2
8/4 8/4 8/5 8/6 8/7 8/8 8/12 9/13
9/17 9/20 10/3 10/24 14/5 14/19
16/12 16/18 17/1 17/2 18/19 19/4
20/20 21/5 21/10 22/9 23/5 23/20
24/22 25/23 27/3 28/17 32/18
35/12 35/18 35/21 36/19 36/22
37/13 37/14 38/16 40/16 40/18
40/19 40/24 42/17 43/24 44/9 45/2
45/4 56/6 58/24 58/25 59/1 59/2
59/3 61/8 61/16 61/18 64/6 64/13
67/18 68/7 68/10 70/13 75/11
77/12 80/12 81/5 81/7 81/10 84/12
85/7 86/10 87/8 88/24 89/21 90/13
91/12 92/6 93/1 93/24 94/14 95/17
96/23 100/11 100/11 104/11 105/22
111/8 114/8 115/14 115/16 115/17
115/24 116/2 116/5 116/8 116/8
116/10 116/13 116/14 116/17
116/18 116/22 117/4 117/19 118/10
119/19 120/23 123/7 126/25 127/9
127/16 127/20 128/2 128/18 128/22
129/4 129/15 130/8 131/13 131/17
132/15 134/12 134/13 136/19 141/4
141/17 142/6 142/15 146/9 146/12
147/6 148/4 148/25 150/4 153/16
154/14 156/4 158/11 158/24 159/8
159/21 163/24 163/25 164/7 164/11
165/15 166/5 166/8 166/10 166/21
167/1 167/2 167/19 167/20 167/25
170/14 172/21 174/21 174/24
176/10 176/19
haven't [1]  127/4
having [11]  6/3 9/12 29/13 92/13
95/15 151/4 156/11 156/13 160/15
168/9 175/19
he [335]
he's [1]  61/23
Headed [1]  101/13
headquarters [1]  59/6
headset [3]  37/7 55/19 61/14
hear [56]  9/23 11/6 12/13 26/10
26/13 27/2 32/15 32/20 73/5 73/20
74/3 74/19 76/14 77/4 77/16 78/2
78/7 78/24 79/9 79/24 80/8 81/21
82/4 82/9 82/13 83/13 84/2 84/8
84/17 84/25 85/6 85/25 86/5 87/2
87/24 87/25 88/5 88/8 88/20 89/3
89/24 90/9 90/22 90/24 91/4 91/12
92/22 93/1 93/6 104/12 106/12
124/2 130/2 152/7 158/4 161/2
heard [19]  9/17 11/5 22/5 26/15
26/15 27/13 32/9 38/19 36/19 37/10
39/20 85/16 88/1 93/7 126/25
127/10 127/25 128/2 148/23
hearing [3]  22/1 22/1 92/14
hearsay [9]  6/14 6/17 6/23 11/10
147/14 150/1 150/9 150/13 150/16
heart [2]  100/10 100/10

hedging [1]  38/3
held [11]  37/9 42/20 61/15 119/21
128/3 137/6 139/21 150/6 159/15
169/1 169/2
help [3]  29/25 78/11 139/25
her [45]  4/21 4/23 4/24 5/10 5/11
5/12 5/13 6/6 6/10 6/21 7/2 7/5
7/7 7/7 7/7 7/9 7/9 7/10 7/11 8/25
9/7 10/18 10/20 10/25 51/21 51/24
51/24 51/25 52/5 52/6 52/7 57/11
57/11 57/18 57/20 74/17 83/10
126/10 146/1 146/10 146/16 146/18
146/20 158/18 168/18 169/15
here [93]  4/24 5/25 6/1 6/9 7/5
7/16 7/22 8/3 8/9 8/11 8/14 9/25
10/18 28/7 35/15 44/3 46/25 49/8
54/4 59/18 64/3 64/8 65/11 67/7
69/2 70/16 73/23 74/4 74/12 76/10
76/14 76/21 77/3 77/10 77/21 78/1
78/7 78/16 78/21 78/24 79/5 79/6
79/9 79/24 80/8 80/15 80/16 81/4
81/21 82/3 82/13 82/22 83/2 83/13
84/1 84/8 84/17 85/10 85/15 86/5
86/17 86/23 87/2 87/8 87/16 87/24
88/20 89/2 89/23 90/2 90/9 90/16
90/21 91/11 91/16 91/22 92/1 92/8
92/17 92/22 104/18 104/23 110/5
120/2 120/19 124/12 131/11 131/23
140/15 150/10 155/17 168/14 176/24
herself [1]  169/13
Hey [1]  90/13
hide [1]  153/8
high [7]  13/19 163/8 163/9 163/12
163/14 163/16 167/12
highly [1]  61/20
Highway [1]  108/3
him [81]  5/24 6/3 10/11 13/25
15/9 15/13 17/23 18/6 20/15 20/19
21/1 21/5 21/14 21/16 22/16 23/1
23/2 23/11 23/15 24/11 29/16 33/8
33/15 33/25 34/19 35/1 36/1 36/12
36/19 38/1 38/17 39/20 44/23 51/6
57/22 60/7 65/19 65/21 66/19 67/7
67/17 69/2 69/4 69/5 69/6 74/1
81/7 82/9 82/16 90/24 94/7 94/11
94/12 94/20 94/23 96/13 101/22
111/8 117/5 117/11 128/14 142/15
142/15 142/20 144/16 146/23 147/1
147/4 147/6 147/21 148/3 148/6
148/11 148/18 148/20 148/22
149/24 157/10 159/5 177/9 177/11
himself [12]  65/19 65/21 96/13
96/15 113/1 117/7 130/6 152/1
152/4 158/10 158/21 159/2
his [87]  10/11 11/1 11/13 13/4
14/15 15/13 17/3 17/7 17/14 18/7
18/10 19/11 19/13 19/20 23/2 23/4
23/11 26/16 29/15 29/24 31/18
33/16 33/24 35/10 35/13 38/3 38/8
38/8 38/9 39/23 46/9 46/12 60/22
64/13 65/2 65/9 65/9 66/18 67/3
67/5 68/15 68/17 68/20 69/4 69/7
69/9 69/13 73/25 76/25 87/6 89/9
94/2 94/11 95/3 95/21 97/8 99/2
99/15 102/20 106/12 110/6 110/10
111/9 111/10 111/12 114/2 115/5
120/20 124/18 124/23 125/4 128/13
142/1 143/21 147/1 148/1 149/9
150/8 150/16 150/19 150/20 150/25
154/10 157/4 157/15 158/12 160/16
historic [2]  17/16 41/23
history [5]  18/1 41/25 44/1 65/22
166/20
hit [2]  165/16 165/17
hitting [1]  24/5
hold [6]  74/13 80/3 158/20 159/2
159/5 168/3
holding [9]  24/6 65/19 65/21
83/10 120/8 151/25 152/3 155/15
171/7
home [5]  64/19 100/25 129/6

## H

home... [2]   142/18 156/9
honestly [2]   22/22 26/9
Honor [103]   4/6 4/10 4/13 4/18
  5/22 9/6 9/10 10/2 10/23 11/7
  11/17 12/8 37/7 37/21 38/6 38/15
  42/3 42/5 42/17 42/21 55/19 57/23
  58/11 61/14 61/21 62/16 63/21
  64/20 70/6 70/13 70/25 71/6 75/6
  75/18 98/7 99/20 101/7 101/19
  101/23 102/23 103/21 104/10
  105/13 106/15 107/14 108/17
  109/20 110/19 111/22 112/1 113/15
  114/19 115/17 116/2 116/12 116/25
  117/3 117/12 118/10 119/19 119/23
  122/21 123/13 123/22 123/22 125/7
  125/17 126/19 126/23 127/14
  127/20 127/25 128/4 128/16 130/14
  131/3 132/23 133/21 134/12 134/21
  135/14 135/21 137/1 137/3 137/7
  137/17 139/7 140/3 140/6 147/13
  150/3 150/4 150/7 159/11 159/18
  159/20 159/21 159/22 160/6 160/10
  160/19 177/2 177/7
HONORABLE [1]   1/9
hood [1]   135/8
hope [2]   10/5 117/12
host [2]   64/9 97/14
hostile [1]   173/6
hosting [2]   64/12 112/20
hosts [1]   64/8
hot [1]   158/18
hotel [8]   6/11 15/13 16/5 16/7
  16/7 16/11 31/18 154/9
hour [2]   126/12 128/18
house [21]   13/2 13/9 14/17 26/8
  26/11 69/7 69/9 69/13 79/13 88/16
  110/6 110/10 115/3 122/10 122/11
  143/19 145/1 149/4 149/19 149/21
  170/21
how [74]   11/8 12/19 13/9 14/5
  17/18 25/8 26/4 30/2 30/17 33/2
  43/24 46/6 52/21 53/21 58/24
  60/17 63/15 69/1 70/1 71/18 72/1
  72/3 72/9 72/14 73/1 76/1 79/14
  80/4 82/22 87/12 93/11 93/19 96/8
  98/19 103/6 103/10 103/12 109/17
  115/14 115/15 115/16 117/5 118/22
  120/12 129/7 129/16 129/19 134/5
  136/11 138/11 138/17 138/22
  139/25 140/20 150/9 153/10 163/16
  163/19 164/17 164/19 166/2 166/5
  167/14 167/14 168/13 168/17 169/9
  169/9 171/5 171/16 172/11 173/13
  174/9 176/16
huddled [1]   80/20
huge [3]   168/11 174/20 176/5
huh [15]   7/18 14/18 16/17 16/25
  23/10 25/14 26/12 28/25 29/19
  30/16 31/14 32/16 33/7 40/9 41/19
hundred [1]   174/10
hunting [1]   111/2
hurt [3]   46/21 155/7 173/12

## I

I'd [7]   35/1 42/23 64/20 98/7
  122/21 126/19 127/14
I'm [30]   13/13 14/20 16/19 16/25
  17/6 19/8 19/12 19/16 20/4 23/10
  26/12 26/24 30/24 37/3 43/21 47/3
  50/23 55/18 55/21 67/2 75/7 88/8
  89/13 89/14 97/22 117/17 152/17
  159/19 166/1 166/19
iCloud [2]   115/9 118/3
idea [3]   37/13 37/14 170/22
identification [12]   31/22 49/2
  49/23 52/17 53/11 54/7 54/17
  54/25 55/17 55/24 56/17 60/3
identified [4]   29/4 29/12 59/24
  77/19
identifies [1]   110/3

## identify [4]   29/17 59/20 77/20

identity [1]   13/8
ideology [2]   59/15 68/16
illegal [9]   151/5 151/7 151/14
  151/16 151/19 153/3 156/1 156/15
  156/21
illegally [1]   153/2
image [5]   45/18 45/20 53/16 107/3
  107/5
imaged [6]   48/11 48/13 52/2 52/4
  52/5 52/6
images [7]   133/12 134/3 134/7
  134/18 135/4 135/6 135/10
imaging [3]   45/19 45/19 48/9
immaterial [1]   150/15
immediately [2]   163/18 165/21
impacts [1]   13/10
impeachment [2]   116/22 122/16
  123/4
important [5]   30/1 41/4 41/8
  41/10 105/21
impression [2]   150/10 150/12
improvised [1]   109/2
inadmissible [1]   119/24
incendiary [1]   109/2
inches [2]   138/18 138/24
incite [1]   33/9
include [5]   45/9 45/16 46/4 48/7
  133/19
included [3]   19/23 114/6 133/20
including [4]   61/5 94/13 102/8
  116/6
incorporated [1]   63/14
incur [1]   6/3
indicate [2]   59/20 124/16
indicates [1]   98/5
indicating [2]   59/24 99/16
indication [1]   33/6
individual [12]   48/23 51/20 59/20
  59/21 59/23 67/16 77/19 80/22
  81/2 83/7 86/19 135/8
individual's [2]   91/25 92/1
individuals [8]   46/3 59/14 60/1
  77/21 80/16 80/20 81/9 174/22
indulgence [3]   130/17 140/7
  159/12
information [15]   20/5 60/8 60/24
  66/9 66/11 66/12 66/16 66/21
  66/23 67/1 67/12 67/14 87/5
  124/22 126/8
initially [1]   73/9
initials [1]   51/21
inquire [1]   10/24
insane [1]   27/25
insert [1]   9/15
inside [19]   5/6 11/13 20/5 21/19
  24/11 30/21 45/12 45/17 66/19
  66/22 84/12 85/19 91/24 106/13
  121/16 122/2 157/5 158/4 158/15
Instagram [4]   35/13 98/17 98/20
  105/8
instance [6]   57/21 141/21 147/1
  147/18 148/17 155/14
instigate [1]   124/18
instructed [1]   5/10
instruction [1]   37/20
instructional [1]   109/12
instructions [2]   103/10 103/12
insurgence [17]   38/9 60/15 61/5
  63/5 63/6 63/8 64/6 64/19 97/11
  102/18 102/19 109/18 110/9 114/3
  135/7 151/1 151/4
insurrectionists [3]   28/10 30/13
  30/20
intend [1]   6/10
intending [1]   15/9
intent [10]   4/24 6/18 6/21 7/3
  10/7 11/1 11/9 18/7 18/10 38/3
intention [1]   28/16
interactions [1]   37/24
interest [1]   8/6

interested [1]   174/18
interesting [1]   36/1
internet [5]   35/12 132/10 132/16
  136/21 165/5
internet-related [1]   165/5
interrogated [1]   131/18
interview [13]   20/21 57/9 67/4
  67/25 142/20 142/24 143/4 143/8
  144/25 146/16 149/10 153/13
  154/10
interviewed [2]   42/22 94/1
interviewing [2]   67/7 94/5
interviews [3]   39/1 39/5 146/13
introduce [3]   9/6 43/12 173/5
introduced [2]   155/10 169/13
introduction [2]   4/11 118/22
investigate [2]   59/14 95/16
investigating [1]   117/4
investigation [9]   60/10 65/14
  104/14 116/5 142/17 151/22 152/23
  153/16 157/16
investigative [1]   68/11
invited [1]   162/20
involved [7]   35/13 59/14 65/24
  171/18 171/22 171/23 172/4
Iraq [1]   13/7
irrelevant [2]   61/19 150/21
is [614]
isn't [4]   19/16 103/12 109/11
  147/8
issue [8]   4/16 4/21 6/2 6/9 6/24
  7/1 7/4 10/24
issues [3]   11/21 11/24 42/12
it [392]
items [10]   45/6 45/9 48/5 48/22
  49/10 50/17 50/20 96/16 96/21
  167/21
its [6]   48/18 92/16 95/4 128/17
  128/19 153/4
itself [4]   24/23 68/19 109/9
  138/9

## J

J-A-D-E [1]   12/16
J-O-H-N [1]   161/5
J6 [1]   112/7
Jack [1]   161/16
jacket [8]   56/13 56/18 56/20
  82/24 118/25 118/25 119/3 120/8
Jade [37]   2/3 4/15 4/19 7/17 9/2
  12/4 12/16 22/7 51/22 52/1 52/4
  57/4 67/17 82/18 82/19 82/22
  87/20 94/19 121/19 121/24 122/1
  137/23 139/19 140/11 146/14 154/4
  154/8 154/11 154/17 154/25 158/4
  158/11 158/18 158/22 158/23
  168/14 169/12
Jade's [2]   116/13 158/3
James [12]   13/5 13/11 14/16 19/5
  34/20 60/23 60/24 61/1 61/3 95/4
  164/2 164/3
January [107]   6/11 10/8 10/11
  11/1 14/21 14/23 15/5 15/10 17/19
  18/4 18/11 18/14 18/16 20/10
  20/12 20/21 20/25 21/12 21/17
  21/20 35/24 35/25 36/3 36/10 37/1
  37/15 37/17 37/18 37/25 38/10
  38/19 40/8 40/13 40/15 40/19
  41/11 44/15 45/22 50/15 57/12
  62/2 66/8 68/25 69/11 69/18 72/19
  81/18 82/22 87/13 93/14 95/13
  95/25 98/22 100/22 105/24 106/13
  111/18 111/20 112/14 112/17
  112/21 112/25 113/5 113/6 113/23
  119/4 119/11 119/16 120/8 123/11
  125/15 127/10 129/23 129/24
  131/16 133/11 133/13 134/9 134/17
  134/18 135/8 135/12 136/4 136/7
  137/16 142/18 143/17 152/2 152/3
  154/5 154/9 154/13 155/17 155/19
  155/21 155/22 156/15 156/20
  157/15 157/17 157/21 157/23

**J**

January... [5] 158/22 159/5
161/17 168/6 176/14
January 10th [2] 134/18 135/8
January 11th [5] 68/25 69/11
93/14 125/15 129/23
January 12th [2] 20/25 131/16
January 14th [8] 44/15 45/22
50/15 95/25 133/11 133/13 134/9
134/17
January 1st [2] 111/18 112/14
January 2021 [1] 155/22
January 2nd [2] 38/10 111/20
January 6 [75] 6/11 10/8 10/11
11/1 14/21 14/23 15/5 15/10 17/19
18/4 18/11 18/14 18/16 20/10
20/12 20/21 21/12 21/17 21/20
35/24 35/25 36/3 36/10 37/1 37/15
37/17 37/18 37/25 40/8 40/13
40/15 40/19 41/11 57/12 62/2 66/8
69/18 72/19 82/22 87/13 95/13
98/22 100/22 105/24 106/13 112/21
119/4 119/11 119/16 120/8 123/11
127/10 129/24 135/12 136/4 136/7
137/16 142/18 152/2 154/5 154/9
154/13 155/17 155/19 155/21
156/15 156/20 157/15 157/17
157/21 157/23 158/22 159/5 168/6
176/14
January 9th [1] 81/18
Jayden [10] 38/8 87/7 106/6 106/8
107/10 108/14 110/11 111/24
112/15 114/18
Jen [1] 146/2
job [1] 164/18
JOHN [67] 1/6 2/12 4/3 4/14 13/3
13/4 13/11 13/20 13/22 14/5 14/9
14/15 15/1 15/2 15/6 15/10 15/25
16/15 18/24 19/6 19/7 19/23 19/25
20/4 21/3 22/18 22/19 22/21 23/1
23/9 24/25 25/15 25/16 25/21
25/22 25/23 26/7 26/10 26/13 27/3
29/12 29/22 32/24 34/6 34/18
34/23 38/8 44/12 44/17 46/7 51/22
52/22 59/21 61/2 64/6 97/24 99/15
101/11 104/7 112/16 113/1 118/18
152/12 156/24 160/20 160/22 161/5
John's [1] 24/25
Johnson [1] 63/2
joined [1] 34/4
joke [2] 34/25 35/2
joking [1] 94/14
journalism [5] 41/4 109/11 166/12
166/14 176/5
journalist [18] 5/3 12/22 28/3
30/22 31/10 35/14 35/16 35/19
36/7 37/23 38/3 65/19 102/10
133/8 152/1 152/4 158/21 159/6
journalistic [4] 10/8 10/13 11/14
173/10
journalists [4] 30/25 31/2 31/9
168/10
Juan [1] 59/4
judge [3] 1/10 45/3 45/3
judges [1] 5/15
judgment [1] 160/11
July [2] 161/8 171/17
July 18th [1] 161/8
jump [5] 9/22 73/11 118/24 120/6
120/10
jumped [1] 170/21
jumping [3] 38/7 118/25 120/11
June [1] 171/17
June 2020 [1] 171/17
juror [1] 176/19
jurors [1] 35/18
jury [28] 1/9 9/12 9/22 10/5
10/21 10/22 10/23 11/16 11/18
12/25 37/20 43/12 47/2 50/10
75/12 75/14 75/15 115/22 117/15
117/23 123/25 139/25 157/2 162/5

**K**

keep [12] 22/16 22/18 22/19 23/2
25/15 25/16 28/23 52/9 75/7 158/9
158/13 174/20
keeping [1] 33/25
keeps [1] 168/3
Kentucky [1] 110/4
kept [2] 62/6 157/20
kicked [1] 91/8
kidding [1] 112/8
KIERSH [10] 1/16 1/16 2/4 2/5 2/7
2/10 2/13 4/13 12/7 56/6
kind [17] 15/13 17/11 17/22 19/21
23/21 33/21 34/7 34/12 35/18
45/22 46/15 82/9 121/2 138/20
167/1 171/4 171/8
kiss [2] 35/1 88/2
kissed [1] 34/23
knew [18] 33/5 33/8 34/1 39/24
60/25 66/16 68/15 97/10 116/11
149/6 149/17 151/21 151/25 152/3
152/5 152/6 152/10 169/15
knife [66] 20/15 20/19 21/3 27/4
36/18 36/19 36/21 40/11 40/13
40/15 40/20 40/24 42/25 50/21
50/24 51/2 51/4 51/6 51/6 57/17
57/19 57/21 57/22 58/6 90/13
91/12 94/13 95/15 95/17 116/3
117/4 117/6 117/8 120/21 120/23
120/25 121/1 121/6 121/8 121/10
121/12 121/13 121/15 136/9 136/10
136/14 136/16 136/20 136/20
136/23 137/8 137/8 137/12 137/14
137/18 137/23 138/9 138/19 139/1
139/5 139/22 140/20 142/5 142/6
142/11 148/3
knock [1] 46/17
know [75] 7/25 8/7 9/4 9/13 9/19
13/20 17/13 17/22 19/10 19/12
19/22 20/14 20/17 21/2 23/8 23/19
26/4 26/8 30/19 31/3 33/2 33/15
38/2 39/8 40/1 46/6 46/9 46/18
47/18 47/19 48/25 60/22 66/11
66/17 68/14 68/16 68/17 82/17
89/2 94/2 97/16 98/1 98/24 99/6
99/8 104/14 104/15 104/20 120/11
124/7 141/17 145/11 145/23 148/20
152/11 152/22 153/5 153/17 154/24
157/3 158/21 159/12 167/7 168/14
168/17 169/15 169/20 169/21
169/24 171/12 171/15
174/15 174/16 176/19
knowing [1] 93/25
knowledge [1] 172/14
known [1] 14/5
knows [2] 87/9 164/13

**L**

LA [3] 103/16 104/16 104/19
167/3 177/3 177/4 177/5

**J** (cont.)

just [106] 4/6 12/4 15/21 23/20
29/17 31/8 33/8 35/13 35/16 42/10
42/11 45/25 50/24 51/21 57/25
58/5 61/16 61/22 63/13 65/24 68/6
71/8 71/14 72/6 72/11 73/22 75/3
75/22 76/17 78/2 78/4 78/8 78/10
79/25 80/8 80/11 80/25 81/5 81/22
82/4 83/14 84/2 84/9 84/18 84/25
86/1 87/3 87/5 87/8 87/17 87/25
88/3 89/20 90/9 90/12 90/22 91/4
91/16 93/22 94/14 95/7 95/14
98/14 116/13 116/17 118/20 120/15
120/20 124/13 126/19 127/21
128/23 129/4 131/17 132/1 134/13
135/3 138/19 142/13 144/9 144/15
146/11 153/12 155/10 156/25 157/2
157/3 158/1 158/2 159/25 161/4
162/8 162/10 164/4 165/24 169/11
170/21 173/2 173/22 173/23 175/16
175/19 176/17 177/2 177/10 177/12

**L** (cont.)

label [1] 54/18
lack [1] 43/19
ladies [1] 11/20 162/5 167/3
laid [1] 6/7
Lake [15] 43/16 44/6 58/22 59/5
59/6 59/8 60/25 143/23 143/24
144/1 161/10 162/19 168/18 168/23
169/2
LAMBERTH [1] 1/9
landing [1] 34/12
laptops [2] 45/16 51/9
large [1] 27/12
last [7] 5/25 13/1 44/10 54/14
56/15 98/15 140/7
lasted [1] 35/3
late [2] 60/7 99/9
later [3] 6/25 158/22 159/16
law [3] 1/16 109/5 177/9
LAWRENCE [1] 1/12
lawyer [3] 7/7 8/21 147/12
leader [1] 44/7
leading [2] 21/25 34/10
learn [6] 60/11 164/17 167/14
173/13 176/12
learned [4] 154/13 154/14 164/18
166/5
learning [3] 166/6 168/12 173/10
least [5] 33/5 40/16 60/22 149/16
176/19
leave [7] 5/18 17/22 48/18 48/23
48/24 85/11 96/12
leaves [1] 177/3
LEDERER [5] 1/13 2/10 2/11 4/7
38/6
leeway [1] 128/23
left [17] 6/11 16/11 16/20 21/23
29/13 49/9 49/20 64/8 75/12 78/20
80/16 80/20 91/19 115/22 128/18
134/13 177/5
left-hand [2] 80/16 80/20
legal [4] 141/18 141/20 142/1
142/6
Legend's [1] 13/3
length [5] 38/25 70/20 137/12
138/17 138/23
lengthy [3] 142/20 142/25 143/2
let [13] 8/24 9/3 11/3 11/22
46/17 48/25 75/10 93/3 105/23
116/7 116/10 159/14 176/23
let's [27] 7/11 14/10 23/2 23/18
25/10 32/3 32/5 35/20 38/10 39/18
49/22 50/20 50/20 52/9 52/16 53/7
53/11 54/7 55/11 55/17 56/12 75/4
76/18 76/18 84/5 100/6 174/4
letting [1] 124/14
level [1] 68/17
lever [1] 140/22
liberal [1] 19/6
license [2] 141/24 141/25
licensed [1] 174/14
life [3] 33/18 33/20 163/10
lifted [2] 13/3 76/25
light [2] 5/9 14/2
like [114] 4/10 8/15 9/22 10/18
13/6 15/7 15/13 15/21 15/22 16/4
17/12 17/16 17/22 17/23 18/13
19/5 19/10 19/10 19/14 19/14
19/21 19/23 20/9 20/19 21/14 22/4
22/9 22/11 22/23 22/20 23/5 23/6
23/17 23/23 23/23 23/25 24/3 24/5
24/5 24/23 26/5 26/9 27/12 27/13
27/18 27/19 28/2 29/8 29/12 29/14
29/25 30/2 30/11 30/11 30/13
30/19 30/19 30/20 31/4 31/23 33/1
33/2 33/3 33/4 33/17 33/19 33/21
34/1 34/2 34/15 35/1 35/3 35/9
35/10 35/10 35/15 35/16 35/17
35/18 38/10 39/13 39/14 39/16
40/1 41/9 41/23 42/23 45/15 45/18
46/19 46/23 51/9 53/18 73/24
80/24 87/11 93/8 95/7 112/6

**L**

like... [15]  139/15 141/22 151/2
164/14 164/15 166/11 166/13
166/17 166/19 170/22 171/1 172/13
176/2 176/5 176/15
likely [1]  176/8
limit [1]  4/25
LINDSAY [3]  1/21 178/3 178/12
line [9]  50/3 50/21 51/14 53/8
55/11 56/15 79/7 80/3 83/5
lines [2]  16/5 52/10
link [1]  105/21
linked [1]  131/13
links [1]  65/12
Lisa [1]  161/14
list [2]  45/6 51/8
listed [3]  45/24 50/17 64/3
listen [2]  26/14 90/3
lists [1]  65/4
lit [1]  38/12
little [23]  10/15 12/24 35/20
44/1 47/1 65/17 74/17 92/13 92/13
92/18 96/10 109/1 119/6 124/15
128/23 128/24 128/24 130/21
132/21 147/24 165/3 165/24 173/22
live [4]  12/17 12/18 105/22
141/12
lived [1]  60/13
lives [10]  164/4 164/5 164/6
170/3 170/4 170/6 170/8 170/10
172/19 175/9
livestream [3]  168/10 168/11
168/22
Lobby [2]  91/24 93/22
local [1]  110/3
locate [1]  47/15 135/10 136/20
locating [1]  96/10
location [1]  98/5 98/15 100/2
105/22 169/5
logistic [1]  165/7
logistics [2]  164/22 165/23
long [27]  14/5 26/4 43/24 58/24
70/1 71/18 72/1 72/3 72/9 72/14
73/1 76/1 93/11 93/19 116/19
129/8 129/16 129/19 138/17 138/22
149/13 162/2 162/4 162/5 162/7
163/11 171/16
longer [2]  124/15 129/11
look [8]  11/3 45/1 45/12 63/6
65/15 100/2 125/10 139/15
looked [1]  61/4
looking [10]  26/20 49/8 65/18
99/12 101/9 103/18 106/2 107/7
138/19 139/13
looks [2]  80/24 141/22
Los [4]  175/3 175/8 175/21 176/10
lot [24]  15/3 19/22 22/23 24/21
24/22 28/18 29/13 33/17 33/20
34/21 41/9 45/15 89/3 93/24
155/14 157/25 156/15 166/16
166/21 168/10 168/12 173/7 173/10
173/14
Lots [1]  167/25
loud [2]  12/13 161/1
love [2]  13/19 34/21
loved [1]  34/19
Loyd [5]  86/11 86/15 86/16 121/22
132/4
lunch [5]  75/7 75/11 76/5 93/25
96/3

**M**

ma'am [1]  12/11
machine [3]  119/24 119/25 141/22
made [6]  16/21 20/20 26/5 34/8
139/25 149/22
MAGA [1]  32/18
main [2]  26/8 122/10
maintain [3]  94/16 100/11 148/7
majority [3]  173/13 175/16 175/18
make [13]  8/10 8/13 8/15 11/4

46/20 50/6 67/8 69/8 109/12 134/5
makes [1]  155/3
making [4]  33/20 45/21 67/11
174/15
mall [10]  15/14 15/16 15/20 70/17
71/15 71/20 71/24 72/6 72/11
72/12
man [2]  27/18 145/23
manage [2]  165/8 165/9
managing [1]  63/4
manner [5]  5/20 9/14 147/25
many [9]  5/1 39/1 63/15 88/24
115/14 115/15 116/12 166/2 172/11
March [2]  112/9 121/18
marching [2]  175/16 175/20
margin [1]  165/20
margins [1]  165/15
marked [1]  125/8
marking [1]  138/13
markings [2]  121/8 138/11
mask [12]  22/9 23/9 34/16 36/14
53/15 54/8 54/14 55/1 100/20
100/21 100/24 119/8
masked [1]  135/8
masks [5]  53/9 53/17 54/5 55/8
mass [2]  44/9 174/23
matter [14]  142/14 150/15 151/10
151/22 168/3 170/3 170/5 170/6
170/8 170/10 172/19 175/9 177/2
178/5
matters [2]  151/2 151/14
Matthew [7]  2/9 4/9 58/12 58/14
164/2 164/3 164/5
Mavic [1]  167/21
Max [1]  20/24
may [31]  11/5 11/17 11/19 12/6
12/7 26/8 37/7 42/5 42/14 55/19
61/18 61/18 70/13 70/25 75/16
75/17 81/16 100/15 117/24 117/25
119/19 127/25 132/13 134/12
136/19 140/5 141/6 146/12 150/4
159/21 160/16
maybe [10]  20/23 22/22 23/4 23/8
27/22 28/6 30/6 34/15 172/13
176/15
McConnell's [1]  110/3
me [45]  5/25 7/13 7/19 8/24 11/3
19/10 20/3 20/20 22/10 23/6 25/16
26/5 29/5 30/9 33/17 39/24 46/1
88/1 94/14 100/15 116/7 116/8
126/23 128/20 128/20 134/22
146/10 159/14 164/6 165/6 168/19
168/19 169/12 169/13 169/14
170/20 170/22 170/24 170/24
170/25 172/25 173/5 173/7 173/12
173/12
mean [18]  16/15 17/10 19/14 19/21
28/8 35/15 39/24 40/21 87/9
153/10 166/9 166/13 170/2 170/9
170/11 171/14 173/2 173/5
meaning [1]  142/11
means [2]  35/18 45/25
meant [5]  28/21 35/2 41/20 41/22
106/24
meantime [1]  97/3
media [19]  29/23 36/6 62/15 65/12
65/15 67/3 67/24 87/11 97/4 97/8
99/2 105/2 130/12 152/24 157/17
159/1 166/10 174/21 176/4
meet [6]  7/10 15/10 94/5 96/12
122/12 144/14
meeting [1]  165/19
megaphone [13]  23/11 23/16 23/20
76/25 79/15 79/16 79/21 80/5 81/2
81/6 81/7 105/1 124/18
megaphones [2]  77/12 81/11
member [2]  170/4 170/6
members [6]  12/24 31/8 46/2 60/16
63/15 139/25
membership [1]  170/7
memory [2]  23/5 24/22

mental [1]  6/16
mention [5]  20/7 31/13 48/9
57/4 94/19
mentioned [5]  57/22
mentioning [1]  57/22
message [4]  80/4 105/23 113/24
131/11
messages [2]  37/25 38/16
met [7]  14/6 15/13 21/22 46/10
144/6 168/18 169/9
meters [1]  162/8
mic [1]  8/19
MICHAEL [2]  1/12 4/7
microphone [3]  92/13 161/3 161/3
middle [7]  9/11 9/16 49/10 83/7
111/6 113/22 125/24
midst [1]  30/15
midway [1]  51/23
might [5]  21/10 23/4 23/20 25/23
117/4
military [1]  89/24
Militia [1]  64/5
Milwaukee [1]  162/18
mind [9]  6/18 10/6 11/1 19/11
147/3 147/3 150/17 150/19 150/20
mindset [1]  42/10
minute [4]  52/9 75/23 128/14
145/14
minutes [23]  32/3 32/10 73/2
73/11 73/19 73/23 76/6 77/25 78/1
89/14 92/21 93/13 115/18 115/20
118/24 120/6 120/10 129/21 136/3
142/21 142/22 149/13 169/6
Miranda [1]  147/1
mistrust [1]  171/9
mixture [1]  169/25
mo [1]  167/6
mob [7]  30/12 30/13 30/14 30/15
30/22 30/25 34/4
Mohamed [3]  4/8 89/14 130/21
Molotov [4]  109/2 109/10 109/13
135/9
mom [4]  22/16 23/1 23/2 33/24
moment [7]  36/23 41/23 57/23
70/13 86/14 134/12 159/21
money [1]  176/9
monitor [1]  105/2
month [5]  59/5 60/6 96/25 165/16
176/15
months [1]  176/15
monument [2]  103/6 103/10
more [28]  8/8 9/20 11/15 12/24
13/12 19/5 19/6 32/19 36/7 36/7
39/4 65/15 72/6 72/11 72/16 77/6
79/19 93/14 115/14 115/16 116/2
116/25 127/10 131/17 165/3 176/7
176/7 176/8
morning [19]  4/6 4/13 11/20 12/11
12/12 15/19 18/22 18/23 21/13
43/10 43/11 58/3 58/4 58/19 58/19
58/20 176/18 176/22 176/24
most [4]  68/20 143/12 143/13
172/17
mother's [1]  161/13
motherfucker [1]  90/25
motherfuckers [2]  26/11 88/16
motion [2]  159/16 167/8
motivational [1]  65/4
motive [5]  6/18 6/21 7/3 61/24
157/22
motorized [1]  153/24
Mountain [2]  126/2 126/5
move [34]  24/4 24/8 31/25 32/8
37/12 37/18 49/13 50/9 52/24
53/24 54/9 54/20 55/3 56/4 56/23
62/17 63/22 64/21 70/7 70/18 71/7
73/4 85/8 101/2 101/15 102/14
103/14 116/4 117/12 127/24 137/2
160/11 163/17 163/19
moved [5]  27/12 59/5 75/25 163/21
164/4
movement [2]  109/6 172/19

**M**

moving **[1]**  12/7/5

Mr **[9]**  2/4 2/4 2/5 2/7 2/7 2/10
2/13 152/20 161/7

Mr. **[163]**  4/20 5/2 5/5 6/5 6/7
6/11 6/21 7/1 7/2 10/7 10/25 11/9
11/11 12/7 15/15 16/2 16/8 16/20
16/21 17/2 17/13 17/19 18/3 18/7
18/10 18/14 18/24 19/7 20/1 20/4
20/5 20/11 20/14 21/2 21/11 21/23
22/6 22/13 22/16 24/8 26/7 26/10
27/3 27/9 27/14 28/11 28/24 29/1
29/22 30/15 31/16 31/18 32/24
33/12 34/13 34/19 34/23 35/14
35/21 36/7 36/10 36/25 37/1 37/6
37/22 38/7 38/23 39/7 40/11 41/12
44/12 46/10 46/11 46/12 47/13
47/15 48/19 49/20 50/15 51/2 51/4
56/3 56/6 56/19 57/7 57/15 57/20
60/6 60/9 60/11 60/18 61/18 62/14
63/20 64/9 65/5 65/18 66/9 66/16
67/12 67/15 67/25 68/14 69/17
83/21 83/24 86/21 87/21 87/25
88/5 88/17 90/23 91/5 91/13 91/18
96/11 96/12 96/15 96/16 101/11
108/3 118/22 122/5 122/6 137/16
141/15 142/18 143/19 144/6 144/15
144/25 145/6 145/15 145/20 146/12
146/22 147/4 147/8 147/11 147/20
147/23 148/17 149/4 149/6 149/19
149/21 150/18 151/21 151/25
152/15 152/23 153/20 154/1 154/5
154/8 154/12 155/3 155/15 157/4
161/1 161/19 166/18 177/8

Mr. Barclay **[2]**  6/7 7/1

Mr. Barclay's **[1]**  6/5

Mr. Blumenthal **[1]**  21/2

Mr. John **[1]**  44/12

Mr. Kiersh **[2]**  12/7 56/6

Mr. Sullivan **[130]**  4/20 5/2 5/5
6/11 10/25 15/15 16/2 16/8 16/20
16/21 17/2 17/13 18/3 18/7 18/10
18/14 18/24 19/7 20/1 20/4 20/5
20/11 20/14 21/11 21/23 22/6
22/13 24/8 26/7 26/10 27/3 27/9
27/14 28/11 28/24 29/1 29/22
30/15 31/16 31/18 32/24 34/13
34/19 34/23 35/14 35/21 36/7
36/10 36/25 37/1 37/6 37/22 38/7
39/7 40/11 41/12 46/11 46/12
47/13 48/19 49/20 51/2 51/4 57/15
57/20 60/6 60/9 60/11 60/18 61/18
63/20 65/5 65/18 66/9 66/16 67/12
67/15 67/25 69/17 83/21 83/24
86/21 87/21 87/25 88/5 91/5 91/13
91/18 96/11 96/12 96/15 96/16
101/11 108/3 118/22 122/6 137/16
141/15 144/6 144/15 144/25 145/6
145/15 145/20 146/12 146/22 147/4
147/8 147/11 147/20 147/23 148/17
149/6 150/18 151/21 151/25 152/15
152/23 153/20 154/1 154/5 154/8
154/12 155/3 155/15 157/4 161/1
161/19 166/18 177/8

Mr. Sullivan's **[26]**  6/21 7/2 10/7
11/9 11/11 17/19 22/16 33/12
38/23 46/10 47/15 50/15 56/3
56/19 57/7 62/14 64/9 68/14 88/17
90/23 122/5 142/18 143/19 149/4
149/19 149/21

Ms **[4]**  2/10 2/11 7/14 9/5

Ms. **[38]**  4/25 5/5 5/10 5/22 5/25
6/1 6/20 11/12 12/17 18/18 18/22
38/16 40/8 42/2 42/22 42/24 57/9
57/17 58/5 74/12 74/19 83/8 89/14
116/3 116/17 116/21 117/4 117/5
122/19 123/10 123/18 126/9 126/16
126/21 130/21 132/3 168/17 169/10

Ms. Mohamed **[2]**  89/14 130/21

Ms. Sacker **[31]**  5/5 5/10 5/22
5/25 6/1 6/20 11/12 12/17 18/18

18/22 38/16 40/8 42/2 42/22 57/9
57/17 58/5 74/12 74/19 83/8 89/14
116/17 116/21 122/19 123/10
123/18 126/16 126/21 132/3
168/17 169/10

Ms. Sacker's **[5]**  4/25 42/24 116/3
117/4 117/5

much **[9]**  8/23 80/7 82/2 96/8
116/11 146/9 153/11 166/23 174/9

multiple **[3]**  51/8 91/12 167/19

mustard **[1]**  30/5

my **[44]**  6/5 7/22 8/21 13/1 13/7
15/12 15/22 15/22 20/7 22/3 24/15
24/21 24/21 26/16 28/18 29/24
29/25 34/21 35/10 44/16 50/5 59/3
61/17 61/23 66/18 76/2 101/13
115/24 131/14 159/21 161/12
161/18 163/6 163/10 164/5 166/5
166/6 166/10 167/23 168/19 170/21
170/22 171/2 173/19

Myanmar **[1]**  13/7

myopic **[1]**  34/5

myself **[10]**  20/7 26/1 28/9 30/20
35/9 35/11 163/21 164/19 170/19
175/13

mystery **[1]**  10/2

**N**

name **[11]**  7/17 12/14 17/20 63/1
137/20 137/21 144/2 146/1 161/4
161/13 161/15

named **[4]**  59/21 60/14 60/22 67/16

names **[1]**  164/1

National **[3]**  15/14 15/16 15/20

natural **[2]**  75/6 75/8

nature **[3]**  14/12 37/24 92/16

navigate **[1]**  173/13

Nazi **[1]**  111/2

near **[1]**  140/16

nearby **[1]**  47/20

necessarily **[6]**  16/23 23/25 26/16
32/20 40/1 104/15

neck **[1]**  80/23

need **[12]**  7/4 66/11 89/10 108/25
112/8 123/7 128/5 141/24 141/25
141/25 146/25 176/6

needed **[2]**  33/3 165/15

never **[11]**  28/8 28/9 35/11 35/20
36/20 65/20 127/22 128/7 146/17
157/4 171/9

new **[10]**  5/23 6/3 6/4 9/7 10/17
11/23 12/18 31/12 164/5 173/9

news **[5]**  124/23 126/5 174/8
174/13 174/19

next **[8]**  8/25 42/13 42/14 58/10
82/15 100/18 123/6 137/12

nice **[1]**  75/11

night **[1]**  5/25

Nine **[1]**  72/2

no **[140]**  1/4 8/20 9/24 10/2 10/15
14/19 16/18 18/9 18/13 18/17
18/19 20/1 20/16 21/10 22/25 27/6
28/5 31/10 32/1 32/9 32/12 37/13
37/13 37/14 37/16 40/14 40/23
47/14 49/15 49/17 50/11 50/12
52/3 52/4 52/25 53/2 53/25 54/2
54/10 54/12 54/21 54/23 55/4 55/6
56/7 56/9 56/24 57/1 60/3 62/20
63/25 64/24 65/23 70/8 70/10 71/2
71/4 81/12 86/3 98/9 98/11 99/24
101/5 102/2 102/11 102/13 103/2
103/13 103/25 105/17 106/19
107/18 108/21 109/12 109/24
110/23 112/2 112/20 113/19 114/23
117/9 117/12 118/14 122/23 122/25
124/5 125/9 125/19 125/21 127/2
127/23 131/7 131/13 133/2 133/25
134/25 135/25 137/14 138/4 139/11
142/9 142/13 143/18 144/11 144/13
145/13 145/19 145/21 146/24
146/25 147/2 148/25 150/12 150/12
151/6 151/9 151/17 151/20 152/2

152/16 152/18 153/2 153/4 153/4
156/3 156/4 156/11 156/12 156/22
157/10 157/19 158/16 159/7 160/4
162/21 163/21 168/3 170/22 174/3
174/13

nobody **[6]**  24/14 24/19 46/20
46/20 46/20 156/8

Nos **[1]**  71/11

not **[106]**  4/23 6/7 7/7 7/25 9/18
10/7 10/9 10/12 10/24 10/25 11/10
13/11 15/3 16/23 19/19 20/3 20/3
20/9 22/24 23/23 24/21 25/7 25/17
26/16 26/18 26/20 27/6 27/14
27/21 27/24 30/8 31/7 35/14 35/25
38/3 40/12 40/16 40/18 40/21
40/22 40/25 45/4 47/14 48/24
57/18 61/18 61/22 67/18 68/16
75/7 92/16 94/4 95/7 95/11 95/16
96/7 104/14 116/15 116/24 120/1
121/21 122/15 123/13 123/24 128/4
128/7 128/12 128/15 129/4 131/13
137/8 139/14 142/25 145/18 145/20
145/21 146/15 147/3 147/3 147/6
147/7 147/23 150/9 150/9 150/11
151/13 151/15 151/19 152/2 152/18
153/2 153/3 155/3 156/1 156/21
157/3 157/22 158/12 159/11 159/23
161/3 170/6 171/6 172/1 173/25
175/25

notation **[1]**  51/19

noted **[21]**  99/22 101/3 101/25
102/25 103/23 105/15 106/17
107/16 108/19 109/22 110/21 112/1
113/17 114/21 118/12 130/18
132/25 133/23 134/23 135/23 139/9

nothing **[14]**  40/3 42/2 57/24 58/8
76/2 141/4 143/16 151/5 151/7
152/14 156/15 157/11 159/8 171/6

noticed **[2]**  67/4 68/20

November **[1]**  1/5

now **[50]**  7/5 10/21 11/17 11/25
13/20 14/21 15/4 19/15 22/8 27/2
29/17 31/4 33/2 42/13 49/23 54/25
63/12 64/8 66/21 73/12 74/20
74/23 75/6 84/12 86/10 86/14 87/3
91/23 95/15 98/24 117/11 119/24
121/6 121/14 130/4 141/1 146/22
148/9 150/25 151/4 155/9 157/20
161/1 164/24 165/3 165/24 166/2
166/8 166/21 169/17

number **[13]**  37/13 37/15 41/16
54/4 54/14 55/21 131/12 132/19
133/5 133/6 135/3 135/3 152/24

numbers **[1]**  112/8

numerous **[1]**  144/16

NW **[3]**  1/14 1/17 1/23

**O**

oath **[1]**  12/3

object **[4]**  126/24 140/20 147/13
160/2

objection **[65]**  6/14 32/1 32/9
38/20 41/5 49/15 50/11 52/25
53/25 54/10 54/21 55/4 56/6 56/7
56/24 60/3 61/17 62/3 62/19 63/23
64/22 66/14 70/8 71/2 71/9 71/10
98/9 99/22 101/3 101/25 102/25
103/23 104/11 104/12 105/15
106/17 107/16 108/19 109/22
110/21 112/1 113/17 114/21 116/1
117/19 118/12 120/2 122/23 124/1
124/3 125/9 125/16 125/19 127/18
130/18 131/5 133/23 134/23 135/23
137/3 139/9 150/1 150/21 157/6
163/2

objections **[3]**  117/16 117/18
132/25

obligation **[4]**  7/8 7/22 8/2
176/20

obtain **[1]**  141/25

obtained **[2]**  153/2 174/19

obviously **[2]**  9/12 170/23

**O**

occasionally [2]  66/5 89/6
occur [3]  136/7 171/16 172/6
occurred [1]  8/2
occurring [3]  79/6 105/24 135/12
October [5]  14/6 14/10 19/1 19/2
168/21
October 2020 [1]  19/1
off [9]  48/13 66/21 74/23 78/19
80/16 96/16 96/20 104/14 140/8
offered [3]  29/25 36/21 176/9
office [4]  1/16 44/3 59/4 146/3
officer [4]  85/16 89/24 121/23
146/4
officers [14]  18/11 18/15 27/15
27/16 46/5 78/21 85/23 89/4 91/17
91/19 108/3 128/14 130/2 171/14
official [6]  1/22 58/21 102/18
112/6 178/3 178/13
often [3]  18/13 66/2 151/22
oh [5]  31/8 32/20 40/19 48/19
128/20
Okay [70]  4/12 4/17 8/23 10/1
13/16 13/20 13/22 14/5 14/14
14/23 14/25 16/2 17/5 17/8 20/24
21/25 27/11 36/12 37/12 38/20
40/3 41/3 44/14 45/9 47/13 47/15
49/13 52/13 54/9 55/3 56/1 56/4
56/20 57/17 58/13 75/14 96/8
103/1 114/2 116/25 120/22 122/15
124/4 125/16 130/14 137/24 138/9
139/24 140/18 146/11 147/20
148/10 149/6 149/13 149/17 151/25
155/22 160/5 160/8 160/13 161/13
161/24 162/25 163/14 166/19
168/17 169/20 170/17 176/1 177/4
old [2]  12/19 60/17
Olympic [1]  162/23
Olympics [7]  161/22 161/24 162/12
162/20 163/1 163/9 163/11
once [6]  47/21 48/18 66/17 85/22
123/7 149/16
one [57]  4/18 8/15 11/22 11/24
14/14 30/3 33/21 36/2 36/6 36/23
49/22 50/21 53/4 54/4 57/23 60/15
60/22 62/14 70/3 70/22 71/19
79/19 81/17 88/1 93/14 94/14
96/19 99/15 102/20 105/8 107/10
108/12 110/4 111/18 111/20 115/5
116/2 116/7 119/10 125/4 129/10
129/19 131/19 140/8 145/17 148/4
155/2 155/7 158/16 164/4 164/5
165/19 171/21 171/21 174/10
176/19 177/2
online [3]  61/8 169/15 176/3
only [12]  9/16 44/21 84/22 103/7
107/23 116/20 122/16 122/16 129/8
171/23 172/2 175/10
open [3]  5/4 11/10 26/2
opened [1]  60/10
opening [1]  10/3
opinion [2]  15/22 148/15
opponent [1]  162/8
opportunity [2]  8/1 160/18
oppose [1]  9/23
opposes [1]  9/11
opposing [1]  150/7
opposite [1]  61/3
opposition [1]  170/12
ops [1]  45/24
order [11]  8/25 9/4 9/7 9/14
11/23 11/25 42/9 45/2 52/6 94/15
158/9
ordering [1]  5/20
Oregon [4]  101/13 102/22 172/4
172/11
organization [1]  131/13
organizations [6]  64/10 64/13
64/13 124/23 126/6 130/12
organized [1]  171/23
organizer [1]  112/6

original [1]  113/7
Osmo [1]  168/6
OTF [1]  138/10
other [36]  5/15 6/9 26/10 30/22
30/25 31/2 31/8 36/21 37/15 43/22
46/2 46/4 49/19 55/1 60/1 61/18
63/20 64/3 77/11 96/19 111/10
111/12 116/4 126/5 134/7 145/22
159/10 164/15 167/16 167/19
167/21 168/12 171/19 171/19
173/19 174/11
others [3]  74/1 131/20 132/9
our [19]  6/20 8/25 9/11 9/12 9/13
9/21 10/4 26/11 28/16 44/15 46/17
46/22 67/7 69/2 79/13 83/16 88/16
149/9 151/11
ours [1]  81/25
out [78]  6/8 8/25 9/2 9/7 10/18
11/23 11/25 13/25 15/6 32/18
37/23 42/9 48/21 51/17 59/22 60/8
60/24 65/19 65/21 67/23 69/4
70/15 71/14 71/20 75/5 78/11
80/25 90/25 92/9 92/11 97/5 97/11
97/14 101/13 106/12 108/25 109/7
112/5 112/23 113/22 117/7 120/20
120/23 121/6 121/13 125/24 126/8
130/20 132/19 135/3 136/10 136/14
137/13 137/18 138/9 138/10 138/15
138/16 138/20 146/3 152/1 152/4
152/7 158/13 158/21 159/2 159/5
168/10 168/24 168/24 169/14 172/1
174/23 175/17 175/17 175/18 176/3
outfit [1]  102/8
outlandish [2]  22/15 35/2
outlet [1]  159/1
outlets [7]  29/23 36/6 67/24
152/24 174/13 174/19 174/22
outside [14]  5/1 5/3 5/6 9/3
11/13 15/13 21/22 23/11 47/19
90/17 93/22 122/12 170/20 171/24
over [30]  13/5 15/14 15/16 16/24
17/2 24/9 30/20 38/25 44/8 59/1
62/19 63/23 64/6 64/22 68/7 78/5
79/20 82/8 97/5 111/10 111/12
124/1 124/3 128/11 131/5 149/7
165/12 165/12 166/22 170/21
overruled [11]  38/20 41/6 62/3
66/15 101/4 120/2 125/16 131/6
147/16 157/7 163/3
overtly [1]  13/11
own [15]  8/8 8/14 114/3 131/14
132/1 134/5 150/8 150/13 161/18
166/5 166/6 166/8 166/10 166/24
167/16

**P**

p.m [3]  75/13 115/23 177/15
page [3]  54/15 62/14 64/19
paid [3]  153/5 153/8 157/15
pairs [1]  146/13
parents [5]  60/22 161/12 163/6
163/19 163/22
parking [1]  47/19
part [10]  22/24 41/4 44/5 61/1
61/23 95/19 119/1 142/17 172/17
176/5
participate [2]  96/9 162/14
participation [1]  157/21
parties [2]  29/11 137/5
party [2]  29/13 150/7
party's [1]  150/13
pass [3]  18/19 134/5 134/6
passed [1]  87/6
passes [2]  133/8 133/9
past [4]  6/7 68/7 86/11 166/20
Patrol [1]  108/3
pause [50]  25/11 26/25 32/15
32/22 73/5 73/15 73/18 74/11
74/22 75/2 76/8 77/3 77/15 77/24
78/13 80/7 81/21 82/2 82/25 83/2

84/1 84/6 84/15 84/23 85/8 85/10
85/25 86/1 86/18 89/1 89/13
89/15 89/23 90/7 90/19 91/1 91/3
91/9 91/14 91/21 119/7 120/7
120/14 120/22 121/5 123/22 124/10
124/16 129/18
paused [50]  73/23 74/4 74/12
74/19 76/10 76/14 76/21 77/3
77/10 78/1 78/7 78/16 78/24 79/5
79/9 79/21 79/24 80/8 80/15 81/1
82/3 82/13 83/13 84/1 84/8 84/17
84/25 85/15 85/22 86/5 86/19
86/23 87/2 87/16 87/24 88/20 89/2
89/16 90/2 90/9 90/16 90/21 91/3
91/11 91/16 91/22 92/22 120/19
124/12 140/15
pausing [3]  86/1 120/18 123/20
paying [1]  17/23
PB [1]  112/7
Peace [1]  13/18
peaceful [2]  151/12 175/19
Pennsylvania [1]  72/25
people [37]  16/13 19/22 21/4 26/2
26/5 27/20 27/21 27/23 27/24
29/18 30/12 31/5 32/18 33/20
34/21 77/11 77/22 101/14 165/20
166/19 166/22 168/10 168/12
168/23 170/12 172/15 172/25 173/5
173/6 173/11 173/14 174/24 175/17
175/18 175/19 176/6 176/7
people's [1]  167/25
per [1]  167/6
perfect [1]  145/11
perfectly [2]  145/9 145/15
period [2]  82/14 165/21
person [23]  23/25 28/3 40/17
59/22 61/25 65/22 82/17 82/19
83/16 83/19 83/22 86/20 92/17
100/18 131/15 142/2 145/23 145/23
146/19 152/16 152/18 154/1 157/5
person's [2]  80/17 80/23
personal [1]  33/14
personally [2]  36/20 96/20
perspective [1]  5/7
Peter [2]  164/2 164/3
phone [10]  17/7 69/5 124/8 133/13
150/25 151/4 158/24 168/7 168/7
173/20
phones [3]  96/17 96/18 96/20
photo [3]  107/25 108/2 108/4
photograph [10]  65/5 65/7 103/8
111/4 136/13 136/14 136/16 137/12
138/25 139/4
photographed [4]  117/8 137/13
139/22 140/21
photographer [4]  13/6 28/19 73/9
154/2
photographing [1]  136/20
photos [2]  47/4 47/9
phrased [1]  30/17
physical [1]  6/16
physically [1]  152/15
pick [3]  23/11 120/15 148/9
picked [2]  74/23 168/12
picture [2]  62/24 136/23
pictures [2]  133/20 134/5
piece [4]  11/8 11/8 167/18 167/18
piecemeal [2]  68/7 81/13
pieces [1]  116/16
pitching [1]  36/5
place [1]  146/22
Plaintiff [2]  1/4 1/12
plan [9]  6/19 6/21 7/3 18/7 18/10
18/15 20/1 45/24 75/7
plans [1]  16/21
platform [2]  87/11 165/11
platforms [1]  164/12
play [92]  25/10 26/22 26/24 32/4
39/19 70/12 71/5 71/22 73/3 73/14
73/18 74/2 74/11 74/18 74/22 75/1
75/5 76/8 76/13 76/20 77/2 77/9
77/15 77/24 78/6 78/13 78/23 79/4

**P**

**play... [64]** 79/8 79/23 80/6
80/14 80/25 80/25 81/20 82/1
82/12 82/25 83/12 83/25 84/6
84/15 84/23 85/4 85/13 85/21 86/4
86/22 87/1 87/15 87/22 88/4 88/14
88/18 89/1 90/1 90/7 90/14 90/15
90/19 91/1 91/9 91/14 91/21 92/16
92/18 93/4 93/9 93/23 115/1
116/15 116/19 117/4 117/6 118/19
119/6 120/14 120/17 120/22 121/4
123/1 123/6 123/20 124/10 124/15
127/5 127/22 128/6 129/4 136/3
140/13 158/5
**played [14]** 81/14 83/14 86/1
86/10 121/22 123/2 123/14 126/9
126/16 126/21 130/1 132/4 156/17
158/22
**playing [6]** 70/14 123/5 124/7
126/24 128/4 128/7
**pleasant [1]** 145/15
**please [88]** 4/4 37/8 43/12 55/18
61/14 62/10 63/16 69/23 70/12
70/18 71/5 71/17 71/23 72/3 72/8
72/13 72/21 73/5 73/11 73/15 75/1
75/2 76/8 76/13 76/20 77/2 77/15
77/15 78/6 78/23 79/4 79/23 80/6
80/7 80/14 81/20 82/1 82/22 82/12
83/12 83/25 84/1 84/6 86/4 86/22
87/1 87/22 88/10 88/14 89/1 89/13
89/15 91/3 93/17 93/23 99/5 101/2
102/14 103/14 105/5 106/1 108/7
109/14 110/12 111/13 112/5 113/10
113/10 113/22 115/1 118/24 119/7
119/20 120/7 120/15 120/17 121/14
123/1 129/18 129/18 132/15 132/20
133/15 134/11 134/15 138/15 140/8
166/18
**ploy [5]** 25/1 25/6 25/7 25/16
25/17
**plug [1]** 168/8
**plywood [1]** 34/8
**pocket [1]** 120/20
**podium [2]** 4/5 7/15
**point [36]** 13/25 24/1 26/4 26/7
36/7 37/16 59/16 59/22 63/6 65/19
65/21 65/24 66/8 67/8 74/19 75/6
75/8 85/25 96/12 97/21 106/15
110/19 111/22 115/13 121/18 122/5
122/9 122/16 127/23 128/16 133/15
134/21 135/21 139/18 159/13 168/4
**pointed [1]** 50/25
**pointing [3]** 59/25 168/1 168/2
**points [2]** 28/11 154/17
**polarization [1]** 13/10
**police [29]** 18/11 18/15 23/21
24/1 24/3 30/13 78/21 79/7 83/5
85/16 131/25 145/9 152/9 155/6
158/1 170/11 170/13 170/13 170/19
170/24 171/5 171/9 171/11 171/14
171/19 171/24 172/3 172/19 175/10
**political [6]** 13/10 13/12 19/4
19/16 38/23 59/15
**poor [1]** 61/23
**porta [1]** 16/5
**portion [8]** 86/1 92/17 121/3
125/24 126/16 131/11 139/16 160/1
**portions [1]** 118/7
**Portland [16]** 98/25 99/3 99/6
99/8 99/16 100/4 101/13 101/14
101/17 102/22 172/4 172/11 172/16
172/22 173/16 174/2
**posed [1]** 147/21
**position [7]** 5/9 6/8 6/20 10/15
29/8 29/10 44/8
**positioned [1]** 78/16
**possess [1]** 151/17
**possession [3]** 137/16 142/10
142/13
**possible [1]** 165/14
**post [20]** 66/19 97/19 98/20 99/2

99/15 100/5 101/10 101/12 101/21
105/2 105/9 105/11 105/20 129/13
166/15
**posted [1]** 35/11
**postings [3]** 67/4 68/15 97/9
**posts [1]** 135/7
**potties [1]** 16/5
**Power [1]** 164/15
**practice [1]** 145/9
**practices [2]** 46/15 46/25
**precinct [1]** 170/24
**prejudice [1]** 9/14
**prejudicial [2]** 37/16 61/20
**Premier [1]** 164/12
**prepare [2]** 95/21 115/8
**presence [3]** 46/17 57/11 61/8
**present [9]** 4/14 9/13 47/6 48/23
145/22 147/18 150/10 150/12 166/4
**presentation [1]** 5/20
**presented [1]** 128/17
**presenting [1]** 128/19
**president [7]** 15/23 20/12 39/8
39/9 112/18 112/20 169/23
**presidential [6]** 14/7 18/25 18/25
168/20 169/18 169/23
**press [26]** 31/5 35/21 35/22 35/24
67/18 71/5 71/22 73/2 73/5 73/14
73/15 73/18 74/2 75/2 80/6 82/2
87/23 88/4 88/5 95/7 119/7 124/16
133/8 133/8 134/5 134/6
**pretty [4]** 35/10 47/18 166/23
175/19
**prevent [1]** 158/10
**Previous [1]** 69/2
**previously [24]** 36/25 97/10 99/22
101/3 101/25 102/25 103/23 105/15
106/17 107/16 108/19 109/22
110/21 112/1 113/17 114/21 118/12
121/22 130/18 132/25 133/23
134/23 135/23 139/9
**primarily [1]** 13/8
**prior [14]** 20/9 37/18 37/24 46/11
57/22 155/17 155/19 156/15 156/17
156/20 157/21 169/15 176/15
176/15
**privilege [1]** 5/14
**Pro [2]** 164/12 167/21
**probable [2]** 45/3 45/4
**probably [5]** 22/20 30/6 31/24
52/13 115/17
**procedure [3]** 143/10 143/13
144/23
**procedures [1]** 46/15
**proceed [4]** 12/7 75/17 117/25
160/1
**proceedings [3]** 10/12 177/15
178/5
**process [5]** 5/23 46/22 135/12
168/12 173/11
**produced [1]** 13/2
**profession [1]** 12/21
**professional [5]** 14/9 14/12 33/12
167/11 167/12
**professional-grade [1]** 167/12
**professor [1]** 41/3
**proffered [1]** 138/3
**proficient [1]** 164/19
**profile [3]** 62/14 62/23 63/1
**profit [3]** 153/14 153/17 174/25
**program [1]** 165/18
**Project [1]** 13/18
**promote [2]** 174/23 176/7
**Proofpoint [1]** 60/14
**proper [1]** 145/9
**properly [2]** 5/4 6/23
**property [2]** 50/2 50/6
**protect [1]** 79/3
**protected [1]** 160/1
**protection [1]** 65/9
**protest [18]** 98/16 104/19 118/23
120/2 120/12 136/11 138/12 151/12

168/24 169/12 172/2 172/15 173/16
176/10 176/10 176/13
**protested [2]** 170/14 170/18
**protester [2]** 84/21 87/6
**protesters [1]** 73/24
**protesting [5]** 63/10 151/1 151/7
170/18 172/15
**protests [17]** 61/2 169/17 169/20
169/22 169/24 171/19 171/23 172/2
172/4 172/6 172/12 172/22 174/5
174/19 175/3 175/9 175/15
**protocols [1]** 50/18
**Proud [1]** 21/4
**provide [8]** 66/5 67/20 69/4 87/5
93/14 126/1 128/12 149/9
**provided [9]** 69/13 69/17 69/21
93/12 122/3 126/6 128/16 129/7
129/7
**providing [1]** 109/3
**Provo [8]** 171/11 171/12 171/24
174/1 174/4 174/5 174/5 174/11
**provocative [1]** 68/20
**public [7]** 5/15 7/10 8/4 8/4 8/5
8/15 176/3
**publically [1]** 97/5
**publication [1]** 20/22
**publicly [1]** 97/19
**publish [3]** 50/10 56/5 123/25
**Puerto [1]** 59/4
**pull [17]** 25/9 25/20 26/22 31/22
32/5 39/18 41/10 52/16 55/18 57/3
90/25 92/12 103/10 120/20 121/14
122/14 129/5
**purchase [1]** 142/3
**purge [2]** 105/22 105/23
**purpose [10]** 10/12 11/1 11/11 15/4
24/25 41/8 149/9
**purposes [8]** 5/16 10/9 10/9 10/13
11/14 103/6 116/22 176/2
**pursuant [2]** 48/3 51/11
**pursue [1]** 163/9
**pushed [1]** 29/20
**pushing [11]** 23/24 24/3 26/5 30/4
30/4 30/4 30/12 30/18 30/18 30/18
30/21
**put [13]** 17/22 23/9 37/7 42/10
51/21 55/19 97/5 155/12 157/4
158/12 166/15 170/22 176/3

**Q**

**qualify [1]** 162/23
**quality [1]** 167/12
**Quantico [1]** 44/4
**quarter [2]** 35/3 165/16
**question [14]** 34/17 34/18 35/15
37/4 37/12 37/20 47/3 86/14 123/7
128/15 129/15 148/11 148/21
150/18
**questions [13]** 18/19 73/4 93/24
94/12 127/16 127/21 128/8 129/4
129/6 131/17 147/12 147/20 150/19
**quick [1]** 10/10
**quickly [2]** 117/13 155/11
**quite [2]** 26/9 28/20
**quote [1]** 41/17
**quote/unquote [1]** 41/17

**R**

**races [1]** 162/10
**racial [1]** 172/20
**racing [1]** 162/7
**racism [1]** 151/8
**railing [1]** 23/24
**raise [2]** 43/3 160/21
**raised [2]** 4/16 7/1
**rally [8]** 15/7 15/20 15/23 15/25
16/2 20/10 112/7 112/20
**ranging [1]** 109/4
**rapport [1]** 174/15
**rates [1]** 165/13
**reach [2]** 169/14 176/6
**reached [1]** 69/4

**R**

read [10]  65/3 102/10 102/12
106/23 107/21 108/25 131/11
131/15 131/23 147/1
reads [3]  98/19 105/21 110/6
ready [10]  22/7 22/11 76/19 88/24
102/6 102/10 102/12 102/13 111/2
159/13
real [2]  88/1 167/9
really [10]  6/2 10/16 11/13 23/23
28/22 28/22 112/8 167/6 170/25
171/5
reason [5]  9/16 9/24 44/21 44/21
175/8
reasons [1]  171/19
REBEKAH [2]  1/13 4/6
rebuttal [1]  42/24
recall [8]  20/18 20/23 31/7 60/17
63/15 158/7 159/24 174/12
receipt [5]  48/22 48/23 49/9 50/2
50/6
receipts [1]  153/17
receive [8]  66/8 66/13 69/6
115/11 118/2 121/18 124/22 138/3
received [50]  32/2 32/11 49/16
50/3 53/1 54/1 54/11 54/22 55/5
56/8 56/25 62/18 63/24 64/23 70/3
70/9 70/22 71/3 71/10 75/23 81/17
98/10 99/23 101/4 102/1 103/1
103/24 105/16 106/18 107/17
108/20 109/23 110/22 111/25
113/18 114/22 118/13 122/24
125/20 126/11 126/22 127/1 127/6
130/5 133/1 133/24 134/24 135/24
137/24 139/10
recess [3]  75/13 115/19 115/23
recognize [35]  30/21 49/6 49/24
52/17 53/12 55/24 61/12 62/11
63/17 64/16 69/21 69/24 70/18
72/22 81/14 97/23 99/12 101/15
102/14 105/6 107/8 108/8 109/14
110/12 111/14 113/11 118/8 118/17
122/17 123/16 125/12 130/22
133/16 135/17 136/17
recognized [2]  30/24 31/3
recollection [5]  15/12 15/22
24/21 158/6 175/7
reconsider [1]  28/6
record [32]  4/5 59/24 65/7 73/23
76/1 77/3 79/5 80/19 84/2 84/13
85/19 86/23 87/8 87/24 88/15
89/16 89/19 89/23 90/2 90/21
91/11 95/14 100/11 108/24 123/10
153/12 160/12 161/4 168/9 173/22
175/22 178/5
recorded [1]  41/25
recorder [10]  30/9 31/13 31/15
31/23 51/15 51/22 52/2 126/9
126/12 127/9
recording [14]  126/12 126/17
126/20 143/7 152/8 158/1 158/2
158/9 158/21 158/23 173/7 173/12
173/16 176/1
recount [1]  87/16
recounting [2]  150/11 150/18
recovered [2]  100/24 134/8
Redirect [5]  2/5 2/11 40/4 40/6
157/12
reference [2]  50/24 56/12
referenced [2]  53/9 153/19
references [1]  52/10
referring [3]  28/14 35/5 88/1
reflects [1]  55/14
refresh [1]  158/5
regarding [6]  7/2 11/11 37/25
42/25 61/18 174/19
register [1]  165/11
regular [3]  5/24 153/22 153/24
regularly [3]  20/14 20/19 34/18
reiterate [1]  61/17
related [6]  4/15 37/14 151/1

164/25 165/5 165/5
relationship [6]  13/12 14/9 14/12
33/11 33/12 37/24
Relatively [2]  142/21 143/2
relay [1]  67/12
relayed [1]  67/14
release [1]  51/25
relevance [1]  41/5
relevancy [2]  147/14 163/2
relying [1]  6/14
remained [1]  27/11
remember [36]  14/21 15/15 21/1
21/2 21/6 21/8 22/1 22/1 22/6
22/9 22/22 23/17 23/24 24/3 24/4
24/15 25/8 25/25 26/15 26/20
26/20 30/7 31/21 34/7 34/8 34/10
34/13 36/13 39/16 40/12 40/21
40/25 41/18 86/16 96/18 163/11
remembered [1]  31/9
remind [1]  157/2
removed [1]  48/13
reoccurringly [1]  165/12
reopen [1]  69/3
repeat [4]  37/3 88/10 156/13
162/13
repeated [1]  154/17
repeatedly [2]  21/5 152/6
replaying [1]  127/18
replica [1]  45/21
report [2]  126/11 133/19
reporter [6]  1/21 1/22 12/15
165/25 178/3 178/13
representation [2]  4/21 6/5
representations [1]  4/15
represented [3]  4/23 5/23 13/3
request [1]  5/11
requested [1]  129/22
reserve [1]  5/18
reside [4]  161/9 161/11 161/17
164/3
resided [2]  161/18 169/4
residence [15]  44/11 44/18 44/19
45/1 45/5 46/10 46/12 46/13 46/14
46/18 46/19 47/11 47/19 49/12
51/23
resident [1]  6/4
resides [1]  142/11
respect [5]  6/24 58/5 152/10
153/19 175/21
respond [1]  5/19
response [5]  44/9 95/10 131/15
131/23 144/12
rest [2]  116/5 159/13
rested [3]  159/22 159/23 160/15
restroom [1]  16/6
result [2]  7/23 115/2
results [1]  115/11 118/2
resume [1]  176/24
retract [1]  138/14
retracted [1]  139/14
retrieve [1]  96/15
returned [3]  59/6 59/8 59/16
retweeted [3]  110/9 112/15 112/16
retweeting [2]  113/1 114/2
retweets [1]  38/9
review [10]  64/9 114/8 118/5
130/8 132/10 133/12 134/7 134/18
137/18 157/22
reviewed [6]  50/6 97/8 149/11
149/15 149/16 154/4
reviewing [5]  97/4 122/2 122/5
135/10 157/4
revolution [6]  31/19 32/18 32/25
81/25 107/23 158/24
rhetoric [1]  68/20
Rico [1]  59/4
rifle [3]  65/9 111/12 120/16
right [82]  5/11 5/13 5/19 7/15
8/12 8/23 9/9 9/13 9/22 11/16
11/19 12/7 19/9 20/2 20/15 21/4
21/12 22/17 23/22 24/14 24/20

25/13 25/18 27/1 28/4 28/24 29/16
29/20 31/12 31/20 34/25 35/8 35/14
35/16 37/1 39/3 42/4 42/16 43/1
43/4 44/25 45/4 45/18 49/11 58/9
62/3 65/2 74/4 74/8 75/9 75/16
75/17 77/3 77/21 79/21 79/22 81/1
86/14 87/21 91/23 91/25 92/8
104/18 104/23 115/19 117/15
130/16 131/11 137/9 140/15 141/6
142/24 142/25 144/10 147/9 149/22
155/13 156/4 159/9 159/14 160/21
166/21
rights [1]  147/1
rile [1]  23/15
riot [4]  66/17 98/19 100/6 100/14
rioter [3]  26/13 27/14 28/9
rioters [8]  23/21 24/1 26/10
36/21 68/21 77/20 83/4 132/8
riots [2]  88/25 106/24
rip [3]  39/11 39/20 91/8
rise [2]  115/21 177/14
Rocky [2]  126/2 126/5
role [1]  45/22
roll [1]  71/8
roller [1]  53/18
room [4]  1/23 27/12 27/13 31/18
rotunda [3]  34/24 35/4 106/13
round [1]  27/12
rounded [2]  138/20 139/16
routes [1]  5/1
ROY [1]  1/16
ROYCE [1]  1/9
RPR [1]  178/12
rubber [2]  84/22 84/22
rule [3]  6/15 6/17 11/3
ruled [1]  119/23
RW [1]  51/20

**S**

S-A-C-K-E-R [1]  12/16
Sacker [57]  2/3 4/16 4/19 5/5
5/10 5/22 5/25 6/1 6/20 7/14 7/17
9/5 11/12 12/4 12/16 12/17 18/18
18/22 38/16 40/8 42/2 42/22 51/22
52/1 57/4 57/9 57/17 58/5 67/17
74/12 74/19 82/18 82/19 82/22
83/8 87/20 94/19 116/17 116/21
121/19 121/24 122/1 122/19 123/10
123/18 126/9 126/16 126/21 132/3
146/14 154/8 154/11 154/17 154/25
168/14 168/17 169/10
Sacker's [6]  4/25 42/24 116/3
117/4 117/5 154/4
safe [5]  22/16 22/18 22/19 23/2
33/25
Safeway [3]  159/24 159/25 160/3
said [125]  5/5 6/2 10/3 11/12
18/24 19/1 19/12 19/25 21/10
22/21 23/17 23/19 23/20 25/3
25/15 25/16 25/19 26/19 27/18
27/21 27/24 28/1 28/14 28/17
28/21 29/10 29/11 29/20 30/10
30/10 30/24 31/1 31/20 31/21
32/21 33/5 33/11 34/14 36/9 37/21
39/15 39/17 39/25 41/15 41/16
41/17 41/20 42/25 45/15 45/19
51/24 57/15 57/20 57/20 57/21
58/5 60/20 61/4 67/16 69/3 73/6
73/9 74/3 74/7 75/4 76/18 76/25
78/8 78/11 79/13 79/25 80/9 80/12
81/22 81/25 82/5 82/11 83/16
83/19 83/22 84/2 84/9 85/6 85/7
87/20 87/25 88/11 88/16 88/24
90/3 90/13 91/7 91/8 91/20 94/1
94/13 94/13 94/15 94/23 95/11
95/14 95/15 124/2 124/19 127/22
128/8 134/17 145/25 146/12 148/3
148/6 148/7 148/11 148/17 149/25
153/15 154/1 154/11 158/4 158/9
158/12 158/20 158/23 159/22
169/17
sales [2]  17/21 164/23

**Salt [15]** 43/16 44/6 58/22 59/5
59/6 59/8 60/25 143/23 143/24
144/1 161/10 162/19 168/18 168/23
169/2
**same [11]** 4/16 30/22 31/11 54/18
59/12 113/24 113/24 139/9 140/22
140/22 171/7
**Samsung [3]** 96/19 130/5 130/9
**San [1]** 59/4
**Sandy [6]** 44/17 60/13 143/22
144/3 144/4 161/18
**satisfied [2]** 8/14 149/17
**saved [3]** 133/12 134/3 134/8
**saw [25]** 16/12 20/18 20/19 21/14
22/4 23/9 23/11 23/15 23/21 24/8
24/11 24/11 26/2 28/20 35/20
36/20 68/19 137/10 137/11 146/18
146/20 148/16 155/14 167/23
169/12
**say [100]** 6/12 10/10 10/11 12/23
14/19 16/7 16/15 16/18 17/10 18/7
18/10 19/4 19/10 19/13 19/19
19/21 22/20 23/1 23/18 25/5 25/5
27/3 27/3 28/2 28/6 28/11 29/4
29/12 29/14 30/3 33/1 33/8 33/13
33/19 33/22 34/15 34/20 35/4 35/7
36/6 36/19 39/13 39/14 39/20
40/22 57/14 59/25 63/3 73/8 73/16
74/6 74/19 75/3 76/17 78/10 79/12
79/14 79/19 80/11 82/7 85/3 88/23
90/12 90/24 91/6 91/12 91/19
92/25 94/20 94/25 96/2 99/7
124/13 131/21 138/22 143/25
145/24 145/24 146/9 147/11 148/11
148/18 148/25 152/21 153/11
153/11 155/5 158/8 158/16 158/17
159/2 166/8 166/13 170/2 170/8
171/5 172/12 172/17 173/6 173/9
**say he [1]** 59/25
**saying [23]** 19/19 21/2 21/6 21/8
21/9 23/6 28/23 30/8 31/20 32/17
38/2 39/17 40/19 62/6 73/22 74/9
77/5 78/2 78/4 79/2 86/24 94/15
158/1
**says [12]** 5/19 6/22 24/19 50/21
51/15 64/8 112/16 152/9 152/20
155/6 155/8 177/9
**scaffolding [6]** 23/22 34/7 34/11
77/22 78/19 83/4
**scale [1]** 131/20
**scaling [2]** 131/25 132/9
**scared [1]** 21/4
**scene [2]** 45/24 53/21
**schedule [3]** 9/1 9/18 9/25
**scheduling [3]** 11/21 11/24 42/11
**school [6]** 13/19 163/8 163/9
163/12 163/14 163/16
**screen [9]** 50/25 76/2 76/4 79/16
79/22 80/16 83/7 92/15 112/17
**screenshot [1]** 108/10
**search [35]** 42/22 42/23 44/16
44/20 44/24 44/25 45/1 45/2 45/5
45/6 45/7 45/14 45/15 45/16 45/17
46/2 46/4 46/15 46/18 46/22 47/4
47/7 47/22 48/3 48/15 48/18 48/21
49/11 51/24 57/5 95/21 96/8 115/8
118/3 119/1
**searched [7]** 47/23 48/1 48/19
49/12 52/22 67/3 133/6
**searches [4]** 132/11 132/16 133/10
133/19
**searching [2]** 53/22 133/8
**seated [7]** 11/18 11/19 12/6 75/15
75/16 117/23 117/24
**second [7]** 35/3 50/21 55/8 95/19
111/20 128/11 167/6
**seconds [29]** 25/10 25/10 26/23
26/24 70/2 70/21 71/19 72/2 72/5
72/10 72/15 73/2 73/11 76/6 76/9
76/10 77/14 85/5 88/3 93/3 93/20
118/19 118/21 118/24 120/6 120/10
9 124/6 124/11 126/8 126/12 128/17
**secure [1]** 47/11
**secured [1]** 47/21
**security [1]** 46/19
**see [51]** 7/11 9/14 9/19 11/8
13/22 15/23 16/14 24/1 40/10
50/21 51/14 52/9 52/10 53/8 55/11
56/12 62/23 65/19 65/21 67/3
76/21 77/22 78/15 78/21 79/16
80/17 80/22 81/1 89/6 89/16 92/1
92/8 104/20 104/23 111/4 123/7
130/11 132/2 132/4 132/21 134/22
140/16 154/17 157/10 167/7 167/8
174/24 176/3 176/6 176/7 177/12
**seeing [4]** 23/24 53/16 81/6 86/17
**seek [25]** 9/6 62/16 64/20 70/6
98/4 98/7 99/21 101/24 102/24
105/14 106/16 107/15 108/18
109/21 113/16 114/20 122/21
126/19 127/14 130/20 131/4 132/24
133/22 135/22 139/8
**seeking [2]** 7/2 174/25
**seeks [2]** 103/22 110/20
**seen [12]** 28/17 36/1 36/22 40/16
68/7 79/21 80/12 86/10 119/3
123/7 141/18 153/16
**seize [2]** 51/4 51/6
**seized [14]** 48/5 48/22 48/25
49/10 50/2 50/15 51/2 51/11 53/4
55/14 56/2 56/18 56/21 119/1
**selected [1]** 126/1
**self [2]** 164/18 167/15
**selfie [5]** 52/11 52/20 52/21 53/4
53/19
**sell [10]** 29/24 165/10 173/24
173/25 174/2 174/4 174/7 174/11
175/24 176/8
**selling [7]** 35/17 124/23 125/4
153/3 153/5 153/9 157/15
**Senator [1]** 110/3
**send [1]** 174/23
**senior [1]** 44/7
**sense [2]** 150/10 150/12
**sentence [1]** 107/21
**separate [4]** 7/1 122/6 122/8
122/9
**separated [4]** 21/14 21/19 26/6
27/8
**separately [2]** 25/23 25/25
**September [4]** 60/7 99/9 104/4
104/7
**September 20th [2]** 104/4 104/7
**series [3]** 111/16 113/13 162/10
**serve [4]** 41/8 42/24 59/9 79/3
**service [1]** 9/15
**sets [1]** 166/7
**Seven [1]** 93/20
**several [4]** 28/11 52/10 164/11
164/22
**shakiness [1]** 167/25
**shape [1]** 140/22
**share [2]** 30/1 33/20
**she [64]** 4/22 4/23 5/12 5/14 6/2
6/4 6/9 6/10 6/12 6/22 6/23 7/5
7/6 7/9 7/11 9/7 9/19 10/10 10/10
10/11 10/16 10/17 11/23 12/2
22/20 42/25 51/21 51/24 52/5
57/14 57/15 57/15 57/18 57/19
57/20 57/21 58/5 58/5 74/15 82/23
82/23 82/24 83/10 83/11 94/20
94/23 122/3 145/24 145/25 146/3
146/4 146/9 146/10 146/10 146/11
146/15 154/5 154/11 154/20 154/22
168/19 169/12 169/14 169/15
**sheets [1]** 34/8
**SHERRY [3]** 1/21 178/3 178/12
**ship [1]** 165/12
**shipping [1]** 164/22
**shit [29]** 22/7 22/8 22/14 23/3
23/18 38/11 39/12 39/21 74/7 74/9
75/4 76/18 77/1 78/5 78/12 80/12
83/16 83/19 83/22 84/5 85/7 86/24
9 124/14
124/18 148/18
**shoot [5]** 27/19 27/21 93/7 167/6
167/7
**shooting [10]** 27/23 28/20 67/6
67/19 92/17 93/1 128/12 129/8
129/13 167/11
**shoots [1]** 167/5
**shop [1]** 29/23
**short [2]** 11/7 162/24
**shorthand [1]** 106/7
**shortly [1]** 123/21
**shot [1]** 138/6
**should [8]** 5/4 5/10 7/9 8/7 21/5
25/15 28/6 155/7
**shoulder [3]** 111/9 111/10 111/12
**show [19]** 40/13 49/1 49/23 50/14
56/16 61/11 69/20 75/24 100/15
112/8 114/11 118/7 125/8 130/15
132/13 136/13 136/16 139/24
144/18
**showed [6]** 52/1 52/4 57/4 144/9
144/15 144/16
**showing [2]** 63/17 139/3
**shown [5]** 118/11 122/16 136/19
156/14 156/18
**shows [4]** 92/15 116/3 119/25
128/14
**siblings [1]** 163/24
**siblings' [1]** 164/1
**side [8]** 17/17 39/20 49/9 79/22
93/22 111/10 122/11 138/16
**sided [1]** 33/21
**sides [1]** 61/3
**sign [2]** 48/24 165/11
**signature [2]** 50/3 50/5
**signed [1]** 59/10
**silly [2]** 15/21 35/3
**silver [3]** 121/2 139/16 140/23
**similar [8]** 100/21 100/24 117/8
119/3 119/10 119/15 138/11 140/20
**similarly [1]** 108/4
**simple [1]** 109/4
**simply [1]** 10/9
**since [3]** 89/21 152/3 163/11
**single [2]** 165/16 172/1
**sir [8]** 58/8 141/11 142/19 143/20
154/7 172/9 175/5 176/12
**site [3]** 42/23 48/11 48/13
**sitting [3]** 59/23 60/1 81/4
**situation [1]** 171/7
**skating [7]** 161/23 162/1 162/2
162/6 162/7 162/12 165/22
**sketch [1]** 103/8
**skill [1]** 166/7
**skills [1]** 164/21
**sky [1]** 168/2
**slaughter [1]** 27/24
**slot [2]** 133/5 133/6
**slow [5]** 165/24 166/18 167/6
167/8 171/21
**slow-mo [1]** 167/6
**slowly [1]** 167/18
**slung [3]** 65/9 111/10 111/12
**smashed [1]** 158/15
**Smith [6]** 121/13 136/23 138/6
138/10 139/4 142/6
**so [146]** 6/20 6/25 7/11 8/13 9/7
9/23 10/14 10/16 11/24 12/13 15/8
16/5 16/14 16/23 17/12 17/16
19/19 20/10 21/11 21/16 22/11
23/4 24/18 24/19 25/1 25/15 25/17
25/21 26/7 26/9 27/5 28/21 29/5
30/17 31/8 32/7 32/17 33/14 35/13
35/22 36/11 37/18 38/23 42/9
42/13 42/23 44/24 45/9 45/14
45/20 45/24 46/14 46/21 47/1 48/9
48/21 49/9 49/19 50/6 50/14 51/2
51/5 51/6 51/20 51/25 52/5 52/9
53/4 53/17 53/20 53/24 54/7 54/14
55/8 57/4 68/17 69/4 69/6 71/8

**S**

**so... [67]** 77/13 80/7 80/12 82/2
92/10 96/12 100/11 102/10 106/24
109/11 116/17 117/1 117/4 128/11
128/14 130/21 142/9 143/7 145/4
147/6 148/17 149/9 149/21 150/11
150/12 151/13 153/12 155/11
156/13 158/13 161/1 162/9 163/9
164/18 165/7 165/11 165/14 166/15
166/20 167/11 167/20 167/24 168/3
168/5 168/7 168/10 168/11 168/24
169/4 169/16 170/12 170/22 171/25
172/13 173/10 174/13 174/14
174/16 174/22 175/9 176/2 176/3
176/6 176/7 176/20 177/1 177/10
**social [10]** 62/15 65/12 65/15
67/3 87/11 97/4 97/8 99/2 105/2
176/4
**sold [7]** 68/1 152/23 153/10
153/11 153/14 153/17 157/17
**solely [1]** 11/9
**some [48]** 11/21 11/24 14/22 17/22
26/7 33/5 37/15 42/23 48/11 48/13
57/19 59/16 60/8 60/14 60/20 61/4
61/11 63/6 66/8 67/8 69/20 73/4
74/19 75/23 80/16 96/12 96/25
121/18 122/5 131/19 139/18 148/1
148/6 148/12 148/22 149/22 152/23
155/9 155/12 155/12 155/22 155/24
169/25 172/25 173/25 174/13
176/13 176/13
**somebody [2]** 24/5 142/11
**someone [8]** 18/1 20/24 41/2 41/3
77/11 91/7 167/7 176/9
**someone's [1]** 44/25
**something [28]** 4/11 11/15 22/4
22/20 24/5 25/3 25/5 27/19 28/2
28/13 34/15 38/10 39/13 39/14
39/15 45/25 63/13 74/13 74/19
80/22 83/23 93/1 93/7 97/19 98/1
104/23 134/14 151/10
**sometimes [2]** 168/1 168/1
**somewhat [1]** 5/7
**Sony [2]** 167/2 167/19
**soon [1]** 163/16
**sorry [29]** 13/13 14/20 16/19
16/25 17/6 19/8 19/12 19/16 20/4
23/10 26/12 26/24 30/24 37/3
43/21 47/3 50/23 55/18 55/21 67/2
88/8 89/13 89/14 97/22 117/17
152/17 159/19 166/1 166/19
**sort [8]** 45/18 46/1 46/21 165/15
167/9 167/23 173/10 174/15
**sought [1]** 173/12
**sound [2]** 31/23 77/6
**sounds [7]** 22/20 28/2 34/15 39/13
39/14 73/24 77/13
**speak [8]** 8/19 15/23 20/24 94/7
94/9 159/14 177/9 177/10
**speaker [2]** 65/4 70/14
**Speaker's [2]** 91/24 93/22
**speaking [4]** 91/17 94/4 95/20
161/2
**spear [1]** 138/10
**special [10]** 4/8 43/13 43/18
43/19 46/4 46/8 58/12 58/22 59/3
59/9
**specialists [1]** 46/5
**specific [4]** 37/19 59/9 94/12
172/8
**specifically [5]** 20/23 30/8 39/16
171/25 173/11
**specificity [1]** 165/4
**speeches [1]** 175/19
**speed [6]** 161/22 162/1 162/2
162/6 162/7 162/12
**spell [2]** 12/14 161/4
**spent [1]** 34/1
**split [1]** 122/11
**spoke [3]** 67/6 146/22 147/4
**sponsoring [1]** 169/20

**Spread [2]** 105/23 112/9
**spuousmant [1]** 137/17
**squad [6]** 44/9 44/15 44/16 59/10
59/12 59/13
**stabilize [1]** 168/5
**stabilizer [2]** 167/22 167/23
**stabilizers [1]** 167/20
**stabilizes [2]** 17/11 167/24
**stairs [1]** 34/10
**stances [1]** 38/23
**stand [14]** 7/11 8/6 8/10 8/11
8/13 12/2 19/20 43/3 58/12 112/7
112/7 160/20 177/8 177/10
**standard [4]** 50/17 143/10 143/13
144/23
**standing [3]** 117/19 171/7 171/7
**start [19]** 27/23 50/20 69/23 97/4
100/6 131/10 152/12 159/17 160/9
160/10 160/16 160/18 165/18
170/11 176/18 176/22 176/25 177/1
177/12
**started [10]** 16/13 18/24 44/3
59/3 97/11 158/20 165/7 165/22
169/14 170/18
**starting [2]** 4/4 165/21
**state [13]** 4/5 6/18 11/1 63/14
150/17 150/19 150/20 161/21
163/12 165/1 171/12 171/14 171/24
**stated [3]** 4/24 10/25 46/12
**statement [3]** 6/17 10/4 150/13
**statements [1]** 150/8
**STATES [16]** 1/1 1/3 1/10 4/3 4/7
18/16 21/17 21/19 21/22 21/23
27/25 34/24 57/12 58/11 136/7
176/14
**stayed [1]** 26/3
**staying [2]** 15/12 16/8
**steadily [1]** 166/6
**Steal [1]** 77/5
**step [8]** 5/16 7/12 7/15 24/8 42/4
58/9 159/9 177/6
**steps [4]** 66/25 68/11 95/16 95/20
**Steve [1]** 4/13
**STEVEN [2]** 1/16 1/16
**stick [5]** 36/16 52/20 52/21 53/19
174/2
**sticks [2]** 52/11 53/4
**still [13]** 6/1 11/20 17/23 69/6
85/19 90/17 104/20 107/3 120/23
138/6 160/17 166/4 168/3
**stipulation [1]** 160/7
**stop [6]** 77/5 156/8 156/11 160/17
173/12 176/20
**stopped [2]** 165/22
**store [6]** 136/24 137/13 138/25
141/21 142/3 142/6
**stories [1]** 33/22
**storm [2]** 20/8 20/12
**stormed [2]** 33/6 35/1
**storming [2]** 16/13 34/4
**story [1]** 13/9
**straight [2]** 168/3 168/4
**strategically [1]** 109/3
**street [2]** 1/14 170/25
**streets [3]** 175/16 175/17 175/18
**stricken [1]** 32/11
**strike [5]** 24/5 37/12 37/19 37/20
152/18
**striking [1]** 152/15
**strong [1]** 9/23
**strongly [1]** 9/10
**structure [2]** 23/22 103/11
**stuff [2]** 128/21 173/25
**subject [2]** 10/4 13/21 14/13
**submit [2]** 11/2 160/12
**submitted [2]** 96/22 116/17
**substance [2]** 110/2 149/18
**suburb [4]** 143/24 143/25 144/1
144/2
**such [3]** 6/18 164/15 164/16
**suggest [1]** 137/15
**suit [1]** 14/3

**suitcase [1]** 53/18
**surface [1]** 177/10
**SULLIVAN [163]** 1/6 2/12 4/3 4/14
4/20 5/2 5/5 6/11 10/25 13/4 13/5
13/20 13/22 14/5 14/10 14/15 15/2
15/10 15/15 15/25 16/2 16/8 16/16
16/20 16/21 17/2 17/13 18/3 18/7
18/10 18/14 18/24 19/7 20/1 20/4
20/5 20/11 20/14 21/11 21/23 22/6
22/13 24/8 26/7 26/10 27/3 27/9
27/14 28/11 28/24 29/1 29/22
30/15 31/16 31/18 32/24 34/13
34/19 34/23 34/23 35/14 35/21
36/7 36/10 36/25 37/1 37/6 37/22
38/7 38/8 39/7 40/11 41/12 44/12
46/11 46/12 47/13 48/19 49/20
51/2 51/4 57/15 57/20 59/21 60/6
60/9 60/11 60/18 61/18 63/20 64/7
65/5 65/18 66/9 66/16 67/12 67/15
67/25 69/17 83/21 83/24 86/21
87/21 87/25 88/5 91/5 91/13 91/18
96/11 96/12 96/15 96/16 97/24
101/11 108/3 112/16 113/1 118/18
118/22 122/6 137/16 141/15 144/6
144/15 144/25 145/6 145/15 145/20
146/12 146/22 147/4 147/8 147/11
147/20 147/23 148/17 149/6 150/18
151/21 151/25 152/12 152/15
152/20 152/23 153/20 154/1 154/5
154/8 154/12 155/3 155/15 156/24
157/4 160/20 160/22 161/1 161/5
161/7 161/14 161/16 161/19 166/18
177/8
**Sullivan's [30]** 6/21 7/2 10/7
11/9 11/11 17/19 22/16 33/12
38/23 44/17 46/7 46/10 47/15
50/15 51/23 52/22 56/3 56/19 57/7
62/14 64/9 68/14 88/17 90/23
122/5 142/18 143/19 149/4 149/19
149/21
**summarize [2]** 94/4 165/3
**summer [2]** 97/6 97/6
**super [1]** 167/8
**supervisory [3]** 43/18 43/19 44/8
**support [1]** 39/11
**supported [3]** 162/25 163/5 172/3
**supporters [3]** 20/11 169/25 170/1
**suppose [1]** 26/9
**sure [16]** 8/13 21/10 30/9 31/20
32/20 33/23 35/25 36/9 39/4 46/20
50/6 57/18 75/7 87/8 143/3 160/2
**surge [1]** 106/24
**surprise [2]** 10/14 10/16
**surprised [2]** 57/19 58/6
**surround [2]** 110/6 110/10
**sustained [3]** 127/19 150/2 150/21
**sustaining [1]** 127/4
**SWAT [1]** 44/6
**sweatshirt [1]** 82/24
**switch [1]** 100/16
**sworn [4]** 12/4 43/5 58/14 160/22
**sympathetic [2]** 30/20 33/22
**sympathy [1]** 29/13
**Syria [1]** 13/7
**system [4]** 19/23 35/17 113/4
151/11

**T**

**table [8]** 2/1 4/8 48/24 59/23
60/1 81/4 119/24 119/25
**TAC [2]** 50/21 50/24
**tactical [8]** 36/12 44/5 55/12
55/14 56/2 102/8 109/4 119/14
**tag [1]** 100/2
**take [31]** 8/6 8/9 8/10 8/13 8/25
9/4 11/8 11/25 34/14 46/24 47/4
66/25 67/2 68/10 75/7 86/14 95/16
96/25 103/6 115/18 115/19 115/25
117/11 117/16 117/18 119/20
124/20 126/4 138/15 159/12 159/16
**taken [4]** 69/18 75/13 115/23
136/4

takes [2] 7/11 162/11
taking [4] 22/8 74/7 74/9 95/19
Talent [1] 13/4
talk [13] 7/9 7/23 8/5 8/24 40/15
50/20 51/14 75/9 75/10 88/5 137/5
176/22 176/23
talked [8] 7/21 8/8 38/25 79/20
136/9 150/25 151/13 151/18
talking [16] 8/9 14/14 37/16
38/17 40/18 51/24 77/16 77/18
82/9 82/14 82/15 90/5 123/11
124/8 149/1 153/20
tape [1] 146/20
task [4] 45/22 46/4 96/10 146/4
taught [2] 164/18 167/15
teach [4] 13/14 13/16 13/18
164/19
teaches [1] 41/3
team [7] 44/5 44/7 46/2 46/2 46/4
96/22 125/1
tear [2] 22/1 22/9
technician [1] 51/21
technicians [1] 46/5
technologies [1] 164/17
technology [5] 164/8 164/11
164/25 165/5 166/3
technology-related [1] 165/5
tell [36] 7/19 7/22 8/3 12/14
20/4 20/5 24/25 26/10 26/13 27/14
28/3 31/18 33/17 34/18 41/1 41/20
48/19 94/17 95/12 108/15 116/7
116/8 128/20 161/3 162/5 163/7
164/10 167/3 167/18 168/17 169/9
170/17 171/21 172/7 173/1 175/14
telling [5] 22/6 22/14 30/9 34/13
84/21
temperamental [1] 76/5
temporal [3] 37/13 38/18 155/12
term [2] 43/20 171/10
terms [2] 5/19 9/23
terrace [1] 132/5
terrorism [2] 44/8 59/10
testified [8] 81/5 82/19 96/3
96/21 97/10 141/17 156/23 168/14
testify [3] 6/23 8/7 8/22
testifying [3] 86/15 126/9 150/9
testimonial [1] 5/14
testimony [10] 7/2 42/24 42/25
61/17 137/4 137/9 137/17 137/25
138/2 155/11
Texas [1] 164/4
text [3] 37/25 38/16 105/20
texted [1] 69/6
than [3] 7/1 32/19 77/6
thank [38] 8/23 12/5 12/6 12/8
18/18 34/18 40/5 42/2 42/8 43/7
58/8 58/16 75/18 80/7 82/2 82/12
89/14 89/22 90/15 91/3 91/10 93/5
93/10 100/11 101/7 109/7 109/8
124/21 128/25 129/17 129/18
130/21 131/17 132/14 141/5 157/11
159/8 160/19
Thanks [1] 131/22
that [705]
that I [1] 116/5
their [18] 4/24 4/25 11/4 11/22
13/12 33/17 33/18 33/20 33/22
37/24 46/18 59/15 100/18 109/6
132/1 135/9 168/11 174/16
them [36] 8/6 24/3 31/3 34/21
46/18 48/13 48/25 52/13 61/12
78/11 81/10 81/11 116/15 116/19
121/21 122/6 124/14 142/15 147/22
155/11 155/22 155/24 165/10
165/10 165/13 168/24 171/25 172/2
172/5 173/12 174/14 174/15 174/16
174/23 174/24 176/1
themselves [1] 173/6
then [40] 6/16 6/18 8/24 9/20
15/14 21/13 21/14 22/14 24/8

27/12 27/13 27/13 34/10 38/11
43/20 44/5 45/13 45/25 46/1 46/3
46/21 47/22 48/22 52/7 59/4
73/9 73/18 84/25 85/13 88/21 91/9
116/3 116/4 128/13 128/15 131/23
137/22 138/15 140/13
theory [5] 9/16 9/21 10/3 10/6
37/22
there [166] 5/1 5/18 5/18 8/2
9/24 10/2 10/8 10/12 10/13 10/14
10/15 11/12 11/14 11/14 15/7 16/6
16/14 25/11 26/2 27/15 27/18
28/13 28/15 28/23 29/18 30/10
30/13 30/22 30/24 30/25 31/2 31/2
31/10 32/15 33/8 34/9 34/10 34/11
34/17 35/17 37/13 37/16 37/25
38/1 38/7 38/11 41/10 41/24 42/12
44/5 44/11 44/21 46/2 46/3 46/18
46/20 46/20 47/2 47/13 47/14 49/9
50/24 51/21 52/13 53/8 53/16
53/17 53/18 53/19 61/2 65/5 65/12
66/18 67/3 67/4 67/5 67/16 73/24
73/24 77/16 78/5 82/8 82/11 86/2
89/3 91/7 94/11 94/20 96/6 96/7
98/4 100/7 100/8 103/10 104/11
104/14 106/7 106/8 107/1 107/2
107/3 107/5 107/6 107/25 110/7
110/8 113/8 114/5 114/15 114/16
116/4 116/4 117/7 117/8 117/9
119/8 121/2 121/8 125/3 126/5
126/7 126/11 126/13 127/23 132/1
137/14 142/9 142/13 142/14 143/16
145/1 146/14 146/15 146/25 147/19
150/12 150/12 151/5 151/7 152/14
154/16 158/21 163/8 164/4 165/23
166/22 168/5 168/11 168/22 168/23
168/25 169/13 169/16 169/17 170/7
170/23 171/7 172/5 172/17 172/25
173/6 173/11 173/14 176/12 176/20
177/1
thereafter [1] 123/21
these [27] 9/18 49/19 49/22 50/20
61/23 62/1 62/7 62/8 63/20 65/15
71/8 86/11 111/24 115/14 115/16
126/1 132/16 135/6 135/7 143/10
155/9 155/12 164/17 164/24 165/4
166/6 175/15
they [65] 6/2 6/11 6/11 6/12 6/22
7/25 7/25 10/11 16/13 17/23 18/2
19/4 20/8 23/23 26/13 27/19 27/19
27/21 27/22 27/24 30/14 31/6 31/8
31/9 33/17 33/18 34/25 37/20
41/13 46/1 48/23 61/3 67/13 67/16
71/10 78/5 84/21 90/3 100/9
121/25 122/8 122/9 122/11 122/12
128/10 131/25 132/18 141/20
142/10 156/11 157/1 157/2 163/19
165/11 165/12 170/20 170/21
170/23 170/23 170/23 170/24
171/10 171/10 171/14 171/25
thing [7] 18/5 35/2 45/18 46/1
46/21 120/11 168/11
things [17] 5/4 8/22 17/17 33/3
41/13 48/16 57/19 73/22 94/12
94/15 145/25 148/7 148/12 151/22
164/16 172/18 176/4
think [58] 5/20 8/17 8/21 9/24
14/6 15/7 16/23 17/6 18/1 18/5
19/2 19/22 19/25 20/18 20/20 21/5
22/7 22/10 23/13 23/23 27/5 27/18
27/22 29/7 29/8 29/25 30/4 31/10
32/21 33/11 33/15 34/17 34/25
35/15 35/17 35/23 39/4 40/16 41/2
41/10 45/19 46/11 48/9 52/13
53/18 57/4 63/15 70/13 93/25
122/16 141/25 143/21 145/17
147/24 170/7 174/13 175/10 175/13
third [3] 51/14 52/10 100/13
Thirty [2] 70/2 71/19
Thirty-five [1] 70/2
Thirty-one [1] 71/19
this [262]

thoroughly [1] 149/15
those [31] 15/5 36/6 39/2
45/9 45/13 45/17 46/25 47/9 48/16
51/11 62/1 64/10 64/12 65/17 68/2
91/19 94/15 95/20 95/25 96/18
96/22 97/14 118/20 121/24 133/10
133/11 133/20 134/4 134/5 135/4
141/18 148/12 151/13 151/13
151/15 154/24 156/1 156/14 156/24
157/22 164/21 164/25 165/10 171/2
172/2 172/6 175/9 175/22 175/24
though [4] 22/13 28/4 34/4 177/9
thought [6] 6/1 10/20 20/8 20/11
22/15 123/2
three [8] 52/13 80/19 100/8 110/7
110/8 163/25 172/1 172/13
threshold [1] 165/19
through [37] 13/11 26/1 26/2
26/24 31/11 39/19 51/23 61/16
67/25 68/15 71/8 71/8 73/4 79/15
80/5 81/14 82/14 83/4 86/15 92/6
116/5 116/23 117/13 120/11 121/21
141/2 155/9 155/11 159/24 159/25
165/14 166/16 169/11 171/2 171/4
172/7 172/9
throughout [12] 4/20 5/23 11/12
21/11 21/13 21/14 25/21 28/11
40/10 81/4 83/14 166/6
thumbnail [2] 133/20 134/3
tickets [1] 10/17
tie [1] 116/3
TikTok [3] 114/5 114/12 114/15
time [87] 11/13 15/15 17/19 19/15
27/10 27/11 28/17 28/21 29/13
30/9 30/24 31/3 32/22 33/2 33/16
34/5 35/11 38/5 38/14 44/5 44/11
45/16 52/1 62/16 63/21 64/15
64/20 65/17 67/23 69/16 70/6 71/1
71/6 75/7 79/19 81/14 82/14 83/14
86/19 96/25 98/7 99/20 101/19
101/23 102/23 103/21 104/11
105/13 107/14 108/17 109/20 113/4
113/15 114/2 114/3 114/11 114/19
118/10 122/21 123/13 123/25 125/7
125/17 126/19 127/14 130/14 131/3
132/23 133/21 135/5 137/1 139/7
140/3 141/4 143/12 143/13 144/6
145/10 146/18 147/24 149/24
155/12 159/11 162/9 162/25 167/9
173/9
times [8] 30/11 41/16 91/12 172/1
172/11 172/13 173/19 175/17
tip [2] 121/6 138/10
title [4] 43/17 58/21 58/21 109/9
titles [1] 59/2
today [14] 4/22 4/24 5/25 7/22
8/11 10/17 13/23 19/20 59/18
82/20 141/18 146/18 154/22 168/15
together [5] 6/13 10/11 26/3 34/2
169/14
told [19] 13/10 20/11 21/5 22/13
22/16 23/1 23/2 24/14 39/2 39/7
39/24 94/14 112/7 145/1 145/6
149/8 153/12 170/23 175/17
tomorrow [7] 101/13 176/18 176/22
176/24 176/25 177/1 177/13
tonight's [1] 105/22
too [5] 24/6 33/13 88/24 142/25
161/3
took [5] 44/7 86/24 96/10 96/20
139/4
top [11] 64/8 73/17 112/23 112/24
114/15 121/1 121/3 139/13 139/16
139/17 140/23
total [2] 52/14 70/1
totally [1] 147/8
touch [2] 116/13 116/17
Toward [1] 84/14
towards [6] 6/12 6/22 91/24
155/10 172/18 172/19
track [4] 162/2 162/4 162/6 162/7
train [5] 10/17 161/22 161/24

**T**

train... [2]  162/12 163/11
train... [2]  162/12 163/11
trained [2]  91/23 92/17
training [4]  92/6 163/1 164/7
164/10
trainings [1]  164/11
transcript [2]  1/9 178/4
traumatic [1]  28/20
traveled [2]  83/3 103/15
traveling [1]  84/13
trial [2]  1/9 9/13
trials [1]  162/24
trip [1]  99/2
tripod [3]  17/10 17/11 17/14
trouble [1]  92/14
true [1]  178/4
Trump [6]  15/22 15/23 20/12 39/9
112/6 169/25
trust [1]  174/16
try [3]  23/15 24/8 175/24
trying [8]  5/2 11/23 29/9 77/20
137/15 162/8 165/13 173/13
turn [3]  46/1 96/13 168/4
turned [1]  96/15 130/5 149/7
Turns [1]  32/18
tutorial [2]  109/10 120/12
TV [1]  157/4
tweet [29]  38/7 38/12 38/18
103/18 104/3 104/5 106/3 106/23
107/8 107/12 107/22 107/25 109/17
109/18 110/2 110/9 110/15 111/1
112/5 112/11 112/15 112/17 112/23
112/24 113/22 113/24 114/3 114/9
114/13
tweeted [1]  104/5
tweeting [1]  16/13
tweets [4]  38/7 111/16 111/24
113/13
Twenty [3]  72/5 72/10 72/15
Twenty-five [2]  72/5 72/10
Twenty-four [1]  72/15
twice [1]  144/11
Twitter [3]  16/12 16/12 35/12
two [20]  9/20 11/20 19/3 19/17
19/23 37/25 53/8 53/17 55/8 60/1
96/17 96/25 122/6 126/12 131/17
134/13 142/11 171/2 175/10 176/15
two-hour [1]  126/12
two-party [1]  19/23
type [13]  35/21 66/12 95/7 96/18
121/10 121/12 156/8 165/4 166/21
167/3 173/18 176/13 176/13
types [2]  9/18 73/22
typically [3]  45/14 46/21 173/19

**U**

U.S [1]  1/22
Uh [15]  7/18 14/18 16/17 16/25
23/10 25/14 26/12 28/25 29/19
30/16 31/14 32/16 33/7 40/9 41/19
Uh-huh [15]  7/18 14/18 16/17
16/25 23/10 25/14 26/12 28/25
29/19 30/16 31/14 32/16 33/7 40/9
41/19
Ukraine [1]  166/21
ultimately [1]  47/11
unavailability [1]  150/15
uncomfortable [3]  20/20 26/1 26/5
under [4]  6/25 8/12 146/23 150/15
underneath [1]  34/11
understand [8]  4/18 5/12 5/15 7/8
7/17 10/14 63/8 117/21
understanding [3]  4/23 6/21 39/23
Understood [2]  127/7 128/25
unfold [2]  18/2 132/2
unfolded [1]  41/14
Unishippers [2]  165/7 165/17
unit [2]  43/15 59/9
UNITED [17]  1/1 1/3 1/10 4/3 4/7
13/4 18/15 21/16 21/19 21/22
21/23 27/25 34/24 57/11 58/11

136/7 176/14
unless... [2]  169/15 169/11
unless [1]  5/18
unordinary [1]  9/18
unquote [1]  41/17
Unreal [1]  164/13
unrelated [1]  37/17
until [8]  4/21 25/21 30/4 52/4
66/18 163/10 163/10 170/23
unusual [1]  143/16
up [96]  5/4 6/6 7/15 15/10 21/22
21/25 23/3 23/11 23/15 24/3 25/9
25/21 26/8 26/22 31/22 34/8 34/10
36/21 38/18 39/18 51/24 52/1 52/4
52/16 57/5 62/6 62/10 63/16 64/8
64/15 66/22 66/25 71/17 71/23
72/3 72/8 72/13 72/21 74/1 74/23
75/4 76/18 76/25 77/22 78/5 78/12
81/16 83/4 86/11 89/17 93/17
97/21 99/5 104/12 105/5 106/1
107/7 108/7 109/14 110/5 110/12
111/13 112/8 112/16 113/7 113/10
115/13 119/25 120/15 122/2 122/11
122/14 124/14 129/3 129/5 129/15
131/23 133/15 134/11 134/15
135/14 139/21 140/4 144/9 144/15
144/17 144/18 148/9 158/18 163/10
163/10 167/25 168/12 169/2 169/12
170/21
update [1]  105/21
updates [1]  105/22
upon [1]  151/21
upper [1]  132/5
upset [1]  170/25
us [17]  12/14 41/1 41/20 44/25
46/21 51/5 74/10 161/4 163/7
164/10 167/18 168/17 169/9 170/17
171/21 173/1 175/14
USA [13]  60/15 61/6 63/5 63/6
63/8 64/6 64/19 86/9 102/18
102/19 109/19 114/3 135/7
USA's [1]  110/9
USAO [1]  1/13
use [7]  16/4 121/15 164/13 164/14
164/16 167/14 171/10
used [5]  16/6 16/10 17/1 25/7
41/9 63/1 109/3 110/11 116/22
useful [1]  109/3
username [2]  87/11 97/24
usernames [1]  102/20
using [3]  81/6 157/22 173/18
usually [3]  17/12 146/13 168/23
Utah [39]  14/8 44/17 57/7 59/9
59/16 60/13 60/21 63/14 97/12
97/14 108/3 141/11 141/12 141/13
141/15 141/19 141/24 142/3 142/12
143/20 144/4 146/3 146/5 146/6
156/11 161/10 161/18 161/21
161/22 162/19 163/17 163/19
163/22 165/2 166/3 169/3 171/24
171/24 174/5

**V**

vague [1]  19/22
Vaguely [1]  22/9
value [1]  57/21
van [1]  170/21
various [5]  5/4 29/23 164/11
167/21 172/18
vehicle [2]  47/15 48/1
versions [1]  168/5
versus [1]  4/3
very [23]  7/13 8/23 10/5 10/10
31/6 32/9 34/5 60/4 63/15 76/4
87/14 96/10 117/8 117/22 120/3
128/22 128/24 128/24 139/17
145/25 150/22 168/23 176/21
vest [6]  36/12 55/12 55/14 56/2
102/9 119/14
vice [6]  14/7 18/25 168/20 169/17
169/23 169/23
video [109]  36/19 36/22 38/1

38/11 38/12 38/18 40/22 67/20
68/4 68/5 68/6 68/10
68/19 70/16 72/1 72/4 73/1 74/7
75/23 76/1 81/5 81/10 86/10 86/19
92/18 93/11 93/15 94/5 94/7 95/21
104/20 109/9 109/10 109/12 113/8
114/5 114/8 115/5 116/2 116/3
117/5 117/5 117/6 118/5 118/7
119/4 119/8 119/20 119/25 126/6
127/16 127/21 127/22 128/4 128/7
128/8 128/12 128/12 128/14 128/15
129/7 129/11 129/15 129/19
129/22 130/1 131/19 132/3 135/11
135/19 136/4 136/11 137/18 137/23
138/11 139/19 139/22 139/24
140/11 148/16 148/23 148/25 149/3
149/7 151/4 151/18 152/11 152/14
152/22 152/22 152/23 153/3 153/5
153/9 153/14 153/17 153/19 154/6
154/17 154/20 158/3 164/12 166/10
167/6 167/24 167/24
videos [22]  28/19 40/16 40/18
70/22 81/17 116/13 116/14 129/7
151/1 151/13 151/9 155/14 156/1
156/13 156/14 156/17 166/12
166/14 166/15 167/7 167/11 168/11
view [3]  9/8 36/7 54/17
viewed [1]  114/12
viewing [3]  95/20 135/5 157/3
views [6]  19/4 19/9 19/17 38/24
39/2 39/23
violence [4]  26/14 28/18 33/9
90/6
violent [2]  173/2 173/11
Virginia [3]  44/4 161/20 163/13
visibly [1]  31/6
voice [33]  12/13 31/13 31/23
32/15 35/10 73/20 76/15 77/11
78/25 83/14 85/15 85/22 85/23
86/6 86/24 88/15 88/21 89/2 89/3
90/3 90/10 90/22 91/4 91/12 92/23
93/6 93/25 94/2 126/9 126/12
127/9 130/2 161/1
voices [2]  77/7 89/3
voluntarily [1]  149/6
votes [1]  105/25
VP [2]  14/6 168/18
vs [1]  1/5

**W**

wait [2]  9/2 9/3
waiting [1]  97/3
walk [3]  16/24 142/2 142/5
walked [5]  6/12 6/13 6/22 15/14
15/15
walking [4]  38/13 39/6 124/8
169/11
wall [1]  132/9
want [24]  6/3 8/3 8/13 11/4 25/1
34/2 35/9 35/13 39/8 39/8 51/14
61/17 70/15 82/8 115/18 134/13
147/12 155/9 155/11 156/9 159/12
159/17 160/9 174/24
wanted [9]  15/7 17/15 29/24 32/24
51/6 51/25 52/5 95/14 158/9
wants [1]  7/9
war [1]  166/21
warning [1]  89/24
warrant [21]  42/22 42/23 44/16
44/20 44/24 44/25 45/2 45/6 45/12
45/14 48/3 48/15 49/11 51/11
95/21 95/23 96/8 115/8 118/3
119/1 147/6
was [400]
was anticipation [1]  15/7
was in [1]  51/5
Washington [14]  1/5 1/14 1/18
1/24 15/4 44/3 66/16 67/7 67/8
67/11 67/21 68/2 69/3 105/12
wasn't [13]  17/6 17/23 22/11 25/4
57/21 112/8 116/21 123/3 146/10
147/18 153/24 162/21 162/23

**W**

**watch [3]**  68/4 118/20 139/18
**watched [6]**  71/14 81/13 89/22
127/12 127/16 132/3
**watching [6]**  24/2 68/6 68/10
75/22 81/4 141/1
**water [1]**  167/9
**way [14]**  30/23 31/11 32/19 73/17
83/4 86/2 107/23 133/5 141/1
172/23 173/3 174/16 174/22 176/6
**we [401]**
**we'll [37]**  9/3 42/12 42/13 48/24
65/17 73/18 74/11 74/17 74/18
74/22 75/10 76/8 77/24 78/13
80/25 82/25 84/6 84/15 84/23
85/13 88/18 90/7 90/19 91/1 91/14
91/21 95/19 115/19 123/21 140/13
148/9 155/11 176/18 176/20 176/22
176/24 177/1
**weapons [3]**  44/8 109/2 142/10
**wear [2]**  36/1 156/9
**wearing [15]**  14/2 31/6 65/8 89/18
98/20 98/21 98/22 102/7 102/8
104/21 119/15 143/4 143/16 153/13
156/8
**website [4]**  64/13 65/2 108/4
138/7
**week [2]**  172/1 172/1
**weeks [3]**  20/9 97/2 155/19
**well [43]**  7/4 7/13 10/19 13/7
17/21 19/24 22/5 23/14 32/9 33/14
34/1 34/5 34/20 36/16 39/6 44/22
44/23 46/17 47/9 48/1 53/19 57/21
60/4 65/5 117/19 117/22 120/3
127/15 147/11 147/15 148/22
149/17 150/22 152/3 164/16 166/5
167/20 172/17 173/1 173/20 176/5
176/8 176/21
**went [45]**  16/5 17/2 21/11 24/24
25/23 25/25 44/4 44/6 44/11 62/1
69/7 69/13 86/15 96/5 98/25 99/6
99/8 104/16 117/7 126/11 129/6
136/14 137/13 139/22 142/17
143/19 144/14 145/14 149/3 149/11
149/18 149/21 154/8 158/4 162/18
162/18 162/23 163/8 165/22 168/22
168/24 171/1 172/5 175/10 175/13
**were [139]**  8/1 10/11 14/23 14/25
15/25 16/13 17/23 20/8 20/12
21/13 21/19 21/25 23/23 24/6
24/24 25/4 26/5 26/6 27/19 28/3
28/15 28/23 29/18 30/3 30/10
30/12 30/14 30/15 30/18 30/21
30/22 30/25 31/2 31/6 31/9 33/13
33/19 36/5 36/6 38/23 39/6 41/15
41/23 42/11 46/2 46/3 46/6 47/6
48/11 48/13 49/10 49/19 51/11
52/13 60/22 62/1 61/11 64/3 67/3
69/8 69/13 69/20 70/14 73/24
86/17 87/20 96/18 96/22 97/3
97/14 115/2 115/7 116/16 116/17
118/7 121/10 121/14 121/24 121/25
126/5 126/7 130/4 131/18 131/19
131/25 132/9 133/10 133/20 134/7
134/8 136/13 136/16 139/21 139/24
141/1 143/4 144/21 145/4 145/6
145/15 145/17 145/18 149/17
155/10 156/14 156/17 156/18
156/25 157/1 157/2 157/21 161/19
162/20 163/1 164/25 168/20 169/17
169/22 169/24 170/23 170/23 171/3
171/14 171/18 171/21 172/4 172/15
172/24 173/6 173/6 173/11 173/11
173/18 174/18 174/25 175/9 175/16
175/19 176/1
**weren't [3]**  30/13 145/12 147/19
**Wesson [6]**  121/13 136/23 138/7
138/10 139/4 142/6
**west [3]**  44/16 132/5 143/21
**what [291]**
**whatever [3]**  15/8 17/15 156/8

**when [74]**  5/7 8/1 12/23 16/7
21/6 21/25 22/22 25/23 31/1 36/3
36/5 39/6 41/15 41/16 41/20 44/14
46/14 47/2 52/22 59/8 59/16 61/2
68/24 69/5 69/13 70/14 81/9 88/15
96/2 96/5 96/15 97/19 99/6 99/8
109/3 112/7 112/11 126/8 126/10
129/5 129/6 129/22 130/5 131/21
132/5 136/14 140/13 141/1 142/15
143/4 145/14 146/22 147/4 148/3
148/11 148/17 149/21 149/24
150/19 150/20 151/13 151/18 153/2
158/15 162/25 165/22 166/8 166/13
170/2 170/8 170/24 171/10 172/6
176/12
**where [45]**  5/3 8/1 9/20 12/17
14/23 15/10 16/2 16/10 26/3 27/8
33/8 33/24 37/13 44/6 47/17 51/14
59/11 60/11 67/5 70/16 73/15
78/15 78/18 91/22 93/21 100/2
102/21 121/1 121/2 130/8 141/13
152/19 153/20 154/17 158/25 161/9
161/17 161/19 164/3 164/25 167/7
168/3 169/1 169/4 173/14
**Whereabouts [1]**  162/17
**Whereupon [43]**  32/12 49/17 50/12
53/2 54/2 54/12 54/23 55/6 56/9
57/1 62/20 63/25 64/24 70/10 71/4
71/11 98/11 99/24 101/5 102/2
103/2 103/25 105/17 106/19 107/18
108/21 109/24 110/23 112/2 113/19
114/23 118/14 122/25 124/5 125/21
127/2 131/7 133/2 133/25 134/25
135/25 138/4 139/11
**whether [18]**  5/12 5/14 7/4 7/9
7/25 8/5 8/7 10/24 10/25 11/13
11/14 38/3 39/7 45/4 68/16 95/16
157/22 158/12
**which [32]**  4/16 6/15 6/15 6/25
7/10 9/14 10/7 28/15 38/17 44/17
45/20 45/25 46/22 60/15 64/6 68/8
75/24 75/25 87/6 105/8 117/7
122/14 123/13 126/20 133/20
135/11 139/19 140/8 165/18 167/12
168/6 168/6
**while [4]**  86/15 86/17 109/5 115/7
**white [1]**  170/21
**who [60]**  4/14 4/19 14/25 18/1
27/18 29/15 29/18 30/25 31/11
39/11 39/20 41/2 41/3 46/18 51/22
59/14 60/1 60/9 60/20 60/24 65/22
67/17 77/19 77/19 79/3 79/3 82/17
82/19 83/16 83/17 83/19 83/19
83/22 83/23 86/20 91/16 96/2
101/13 108/2 110/9 112/15 132/9
142/11 145/22 153/10 162/25 163/5
164/13 168/10 168/14 169/20
170/22 171/10 172/25 173/6 173/11
173/12 173/14 174/7 176/7
**whole [3]**  15/3 117/11 120/11
**whom [1]**  161/11
**whomever [1]**  152/7
**whose [9]**  46/8 50/3 85/23 86/24
88/15 90/3 90/22 91/4 91/11
**why [17]**  9/16 17/13 46/18 51/4
68/13 91/7 94/1 94/13 94/20 94/22
115/24 128/5 148/11 149/24 170/23
172/15 176/1
**will [43]**  5/14 5/18 5/25 8/24 9/3
10/20 10/21 11/6 12/2 12/2 25/22
39/11 45/14 45/16 46/1 47/1 47/3
48/21 74/18 86/14 105/22 115/25
116/7 116/12 117/3 117/14 117/16
117/18 128/15 129/5 137/5 137/21
137/22 137/24 138/3 158/13 159/13
159/16 160/17 174/23 177/10
177/10 177/12
**Willem [1]**  121/23
**willing [3]**  39/11 69/3 149/8
**window [4]**  24/12 26/1 152/19
158/15
**winter [3]**  97/6 97/6 105/3

**Wisconsin [1]**  1/17
**withdrawing [1]**  32/7
**Withdrawn [1]**  55/20
**within [5]**  93/21 96/23 105/20
125/3 165/20
**without [7]**  8/14 26/14 71/9 71/10
90/3 156/13 168/9
**witness [34]**  4/15 5/20 6/9 7/20
9/15 10/9 11/17 11/22 11/22 11/25
12/1 18/19 37/16 37/18 37/21
37/22 38/2 42/5 42/9 42/14 42/14
42/18 42/21 58/10 59/24 61/22
115/25 118/13 123/3 125/8 136/19
160/20 177/8 177/10
**witness' [2]**  9/17 9/24
**witnesses [5]**  2/2 4/19 9/4 9/21
11/21
**witnessing [1]**  132/1
**woman [4]**  145/23 145/25 146/1
154/24
**women [1]**  82/15
**won't [1]**  160/2
**word [3]**  25/7 112/9 162/3
**wording [1]**  61/23
**words [6]**  43/22 49/19 55/12
156/25 157/1 157/2
**wore [6]**  35/22 35/24 35/25 36/10
100/22 119/10
**work [8]**  13/7 13/18 43/15 164/20
165/4 166/2 166/5 173/10
**worked [3]**  164/21 164/21 166/4
**workflow [1]**  164/14
**working [6]**  13/6 17/21 17/24
164/24 165/23 169/14
**works [1]**  150/10
**world [3]**  106/25 132/2 166/19
**worn [3]**  143/5 143/16 153/13
**would [121]**  4/10 5/11 6/1 7/1
7/15 7/25 8/8 8/15 8/15 9/6 9/14
9/22 10/18 11/10 17/18 17/18
17/20 18/5 19/5 19/21 20/20 22/20
25/16 25/17 27/22 28/2 28/8 28/9
28/17 29/4 29/5 29/7 29/12 29/14
30/19 30/21 33/1 33/6 33/13 33/16
33/18 33/21 34/14 34/15 34/18
34/20 36/2 37/18 37/19 38/17
39/13 39/14 39/20 39/20 42/24
46/23 61/3 61/12 61/13 62/16
63/22 66/2 66/4 66/5 69/5 69/21
70/6 75/6 75/8 81/14 88/4 93/1
97/14 99/21 101/24 102/24 104/10
104/11 105/14 106/16 107/15
108/18 109/21 113/16 114/11
114/20 117/12 118/7 118/10 123/24
125/18 128/22 130/15 131/4 132/24
133/22 135/22 136/17 137/2 139/8
139/24 142/14 150/11 151/22 158/5
159/23 163/9 165/8 165/8 165/9
165/9 165/11 165/12 165/14 165/15
169/15 172/1 172/17 173/6 173/9
176/10
**wouldn't [4]**  34/2 115/25 116/10
150/10
**write [1]**  48/21
**wrong [6]**  29/11 45/25 55/21
145/12 171/1 171/1
**WWW.InsurgenceUSA.com [1]**  131/14

**X**

**X's [1]**  112/15
**Xander [1]**  106/6

**Y**

**yeah [125]**  13/1 13/8 13/12 13/21
13/24 14/1 14/4 14/8 14/11 14/16
15/3 15/6 15/6 15/22 16/1 16/12
17/11 17/12 17/15 18/6 19/2 19/5
19/8 19/14 19/14 19/18 19/21 20/7
20/13 21/1 21/13 22/3 22/11 22/15
22/22 23/4 23/8 23/13 23/13 23/17
23/19 24/7 24/10 24/18 25/12 27/2

## Y

**yeah... [79]**  27/2 27/5 27/7 27/12
27/18 27/22 28/8 28/13 28/13
28/21 29/14 29/21 29/24 30/6
30/12 30/19 31/2 31/2 31/4 31/17
31/24 32/23 33/1 33/10 33/15
33/18 33/21 34/1 34/15 34/20
34/25 35/5 36/4 36/9 36/11 36/13
36/15 36/17 36/22 37/2 38/25 39/4
39/10 39/13 39/22 39/24 40/2
40/17 41/9 41/13 41/22 42/1 45/20
46/3 46/8 83/16 89/11 91/8 93/7
117/14 161/5 162/9 166/15 166/23
167/19 168/22 169/8 169/19 170/16
171/17 171/20 172/25 173/5 173/15
173/17 174/20 175/2 175/13 176/11
**year [11]**  13/2 13/5 60/7 104/6
104/8 104/9 104/15 104/15 163/14
165/16 175/5
**years [12]**  21/7 43/25 44/4 44/7
44/10 58/25 59/1 162/11 162/13
166/2 171/2 172/9
**yelling [1]**  152/6
**yes [380]**
**yet [3]**  113/13 127/5 159/23
**Yetter [2]**  127/12 130/1
**York [8]**  5/23 6/3 6/4 9/7 10/17
11/23 12/18 164/5
**Yorker [1]**  31/12
**you [887]**
**you're [3]**  19/19 141/11 155/2
**younger [1]**  163/25
**youngish [1]**  27/18
**your [189]**
**yourself [8]**  16/15 43/12 68/4
68/22 136/10 138/25 144/18 165/10
**YouTube [6]**  108/10 108/12 108/15
166/11 166/16 176/4

## Z

**Zapier [1]**  164/15
**zoom [4]**  50/22 51/15 51/22 52/2