```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
 2

 3    UNITED STATES OF AMERICA,
                                        Criminal Action
 4              Plaintiff,              No. 1: 21-078

 5         vs.                          Washington, DC
                                        November 15, 2023
 6    JOHN EARLE SULLIVAN,
                                        10:47 a.m.
 7              Defendant.
      _____/
 8

 9                  TRANSCRIPT OF JURY TRIAL
            BEFORE THE HONORABLE ROYCE C. LAMBERTH
10              UNITED STATES DISTRICT JUDGE

11
      APPEARANCES:
12
      For the Plaintiff:    MICHAEL LAWRENCE BARCLAY
13                          REBEKAH LEDERER
                            USAO
14                          601 D Street NW
                            Washington, DC 20530
15

16    For the Defendant:    STEVEN ROY KIERSH
                            LAW OFFICE OF STEVEN R. KIERSH
17                          5335 Wisconsin Avenue, NW
                            Suite 440
18                          Washington, DC 20015

19

20

21
      Court Reporter:       SHERRY LINDSAY
22                          Official Court Reporter
                            U.S. District & Bankruptcy Courts
23                          333 Constitution Avenue, NW
                            Room 6710
24                          Washington, DC 20001

25
```

1
TABLE OF CONTENTS

2
WITNESSES

3
John Sullivan

4
     Direct examination continued by Mr. Kiersh      4
     Cross-examination by Ms. Lederer                33
5
     Redirect examination by Mr. Kiersh             94

6


7
MISCELLANY

8
Closing argument by Mr. Barclay                     104
Closing argument by Mr. Kiersh                      116
9
Rebuttal closing argument by Ms. Lederer            125

10


11
EXHIBITS

12
Government Exhibit 118                               40
Government Exhibit 901.16                            41

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                      P R O C E E D I N G S
2           THE COURTROOM DEPUTY:  This is criminal case, 21-078,
3    United States of America versus John Earle Sullivan.
4           Starting with the government, please approach the
5    podium and state your appearance for the record.
6           MS. LEDERER:  Good morning, Your Honor.  Rebekah
7    Lederer and Michael Barclay on behalf of the United States,
8    joined at counsel's table is paralegal specialist Hamdi Mohamed
9    and Special Agent Matthew Foulger.
10          THE COURT:  Okay.
11          MR. KIERSH:  Good morning, Your Honor.  Steven Kiersh
12   on behalf of John Sullivan.  And Mr. Sullivan is present with
13   me at counsel table.
14          THE COURT:  All right.  Juror number 6 is ill and
15   unable to attend today.  He was not here.  And when my
16   courtroom deputy was able to reach him at home, he said he had
17   called and left a message with the jury office, which we did
18   not receive.  But he said he is so ill, and he did sound ill to
19   my courtroom deputy and asked to be excused.  So I have no
20   choice other than to recess the trial or excuse him.  So I
21   think that we have to go ahead and excuse him and seat
22   alternate 1 in seat 6 then.
23          I misspoke and just advised the jury that it was
24   juror number 9.  Number 9 was present.  But it was number 6, I
25   understand.
```

1              MR. KIERSH:  Very well.

2              MS. LEDERER:  That is fine by the government, Your

3     Honor.

4              THE COURT:  All right.  So the courtroom deputy will

5     explain to the jury then how to reseat them.  And we'll just

6     move alternate 1 to seat 6 and then we'll go ahead and proceed.

7              THE COURTROOM DEPUTY:  Ready for them?

8              THE COURT:  (Nodding.)

9              (The jury is seated.)

10             THE COURT:  All right.  The defendant may resume the

11    stand.  I remind you, you are still under oath, Mr. Sullivan.

12             And, Mr. Kiersh, you may continue your direct

13    examination.

14                  DIRECT EXAMINATION CONTINUED

15    BY MR. KIERSH:

16        Q.  Good morning, Mr. Sullivan.

17        A.  Good morning.

18        Q.  Mr. Sullivan, just to go back a little bit --

19    yesterday you told the ladies and gentlemen that you were

20    employed.  But as of now, are you receiving any monthly income

21    from employment?

22        A.  I am not, no.

23        Q.  Do you have any bank accounts or anything?

24        A.  No.

25        Q.  And yesterday you told us that you legally owned

DIRECT EXAMINATION OF JOHN SULLIVAN

1    firearms; correct?

2        A.  I do.

3        Q.  Have you been trained in the use of those firearms?

4            MS. LEDERER:  Objection; relevancy.

5            THE COURT:  Overruled.

6            THE WITNESS:  I have.

7    BY MR. KIERSH:

8        Q.  Tell us about the training that you have received in

9    the use of those firearms.

10           MS. LEDERER:  Objection; relevancy.

11           THE COURT:  Overruled.

12           THE WITNESS:  I was an Eagle Scout or I am an Eagle

13   Scout so I went through -- I got my rifle merit badge training.

14   So we were trained on safety and procedures of operating a

15   firearm and what -- and how you should utilize it.  And also,

16   we -- I had my archery merit badge, which is just another form.

17   But I went through extensive training on how to use and

18   maintain a firearm.

19   BY MR. KIERSH:

20       Q.  Do you own a knife?

21       A.  I do.

22       Q.  What type of knife do you own?

23       A.  I don't know the specific type.

24       Q.  When did you purchase the knife?

25       A.  I have several.  But all in 2020, beginning of 2020.

1    Q.   Do you legally own the knife or knives that you own?

2    A.   I do.

3    Q.   I want to talk a little bit about social media.  Can

4    you tell the ladies and gentlemen of the jury how you define

5    social media and what it is?

6    A.   Yes.  Social media -- I use social media as a way of

7    disseminating news and reporting on news specifically to the

8    public, so that way they can be aware of events that are not

9    commonly reported.  And, yeah, I have my personal one as well.

10   But for the most part, I just like reporting on news and

11   sharing with people what is currently going on, like breaking

12   news specifically.

13   But in 2020, most of it was live streaming as well -- of

14   being out there on -- you know, in real time reporting on it.

15   So that is what I use social media for mainly.

16   Q.   And who are you reaching out to on social media when

17   you talk about reporting on matters?

18   A.   I'm sorry.  Can you explain that?

19   Q.   Who is your audience?

20   A.   Oh, my audience is just the public in general, just

21   anybody who wants to know about my specific topic.  I would say

22   I was specifically gearing towards reporting on Black Lives

23   Matter at the time.  So I would go to a lot of BLM protests, a

24   lot of rallies and just record what was going down.

25   Q.   Now, what is Insurgence USA?

1       A.   Yeah.   Insurgence USA is a media company which I

2  formed in July 2020.

3       Q.   And why did you form the media company Insurgence USA?

4       A.   It first started out as Insurgence TV, which then

5  transformed into Insurgence USA, as I just fine tuned the name

6  and figured out different logistics as far as, you know, if

7  there was a domain available and what would be the best way to

8  market it, you know, what would be the best for the SEO, which

9  is like the ranking search on websites.   So there is a whole

10 myriad of things.

11      But Insurgence USA was conceptualized to specifically

12 document and report on protests, uprising and different rallies

13 that were going on during 2020 because that was a year where a

14 lot of people were upset about the killing of George Floyd.

15 And then really it started from that point on May 31st in Utah

16 when we had -- or they had their first protest there.   So I

17 came to realize what that was about, the movement was about --

18 BLM movement was about and how George Floyd was killed or

19 murdered.   And through that, yeah, my company was

20 conceptualized, as far as what I wanted to do.

21      Q.   Was Insurgence USA officially licensed?

22      A.   It was, yeah.   I formed an LLC.

23      Q.   Tell the ladies and gentlemen of the jury what LLC

24 stands for?

25      A.   Limited -- I believe limited liability corporation.

DIRECT EXAMINATION OF JOHN SULLIVAN

1      Q.  In what jurisdiction was it formed?

2      A.  Salt Lake City, Utah.

3      Q.  And are you the sole proprietor of Insurgence USA?

4      A.  Yeah.  I formed -- there is differences.  I formed an

5  LLC, so I didn't have to be under a sole proprietorship.

6      Q.  Does anybody have a financial interest in Insurgence

7  USA?

8      A.  No, just me.

9      Q.  Now, yesterday during the government's case with --

10  when Agent Foulger was on the stand, there were videos shown,

11  exhibits shown and, for instance, there was a screenshot of a

12  Molotov cocktail.  Do you recall that?

13      A.  Yeah.

14      Q.  Now, did that come from your telephone?

15      A.  Yeah.

16      Q.  Did you draft that depiction of the Molotov cocktail?

17      A.  No.

18      Q.  Did you design it?

19      A.  No.

20      Q.  How did it find its way onto your phone?

21      A.  I believe it was on a Telegram relay, which is just

22  like an encrypted communication chat.  People can join groups.

23  It is just like social media, just a different version.

24      Q.  Have you ever had possession of a Molotov cocktail?

25      A.  Never.

1       Q.  Do you have any idea how to build a Molotov cocktail?

2       A.  I do not.

3       Q.  Have you ever tried to build a Molotov cocktail?

4       A.  No.

5       Q.  Have you ever tried to encourage somebody else to put

6   together a Molotov cocktail?

7       A.  No.

8       Q.  Now, yesterday on examination of Agent Foulger there

9   was also a video depiction of something that said, Why Nazi

10  hunting?  Do you recall that?

11      A.  Yeah.

12      Q.  Was that on your phone?

13      A.  Yeah.

14      Q.  Why was that shot, that screenshot of Nazi hunting on

15  your telephone?

16      A.  I don't like Nazis so, yeah.

17      Q.  Did you ever -- have you ever encouraged Nazi-ism?

18      A.  Never.  I am actually against it.  Nazi-ism itself,

19  yeah, I oppose it.

20      Q.  As far as you know, is there any crime that you are

21  aware of that says that you can't have an image like that on

22  your telephone?

23          MS. LEDERER:  Objection; legal speculation.

24          THE COURT:  Overruled.

25          THE WITNESS:  Not that I am aware of.

DIRECT EXAMINATION OF JOHN SULLIVAN

1    BY MR. KIERSH:

2        Q.   Have you ever advanced the cause of Nazi-ism?

3        A.   No.

4        Q.   Have you ever been an advocate of fighting against

5    Nazi-ism?

6        A.   Fighting against it, yes.

7        Q.   Yes.

8        A.   Yes.

9        Q.   There was some mention of some -- whether there was

10   some argument or some depiction of you were saying like, let's

11   start a riot.  Do you recall that?

12       A.   I do.

13       Q.   Now, have you ever gone out and actively sought to

14   start a riot?

15       A.   Never.

16       Q.   And we talked about Portland yesterday.  Do you recall

17   that?

18       A.   Yes.

19       Q.   Did you bring a Molotov cocktail to Portland?

20       A.   No.

21       Q.   There was also a depiction yesterday that came from

22   your telephone related to flag burning.  Do you recall that?

23       A.   I do.

24       Q.   Now, that video of the flag burning, do you know who

25   filmed that video?

1     A.   Yeah.   That was Jade Sacker.

2     Q.   Was that the person who testified yesterday?

3     A.   Yes.

4     Q.   Do you know why Ms. Sacker did film that image of a

5  flag burning?

6     A.   Yeah.   We did it for the documentary specifically.   It

7  was like a cinematic moment.   And for cinematographers, B-roll

8  is an important part of telling a story.   So that was a part of

9  telling a story, cinematic moment.

10     Q.   You said it was for a documentary.   What documentary?

11     A.   The documentary she was putting together about me and

12  my brother.   So it -- well, it is about our story and our

13  relationship specifically, but also it is about the two

14  opposing views in America, both the left -- my brother being on

15  the right; I am on the left.

16     Q.   Do you generally burn flags?

17     A.   Never, yeah.

18     Q.   Okay.   I want to switch gears now to the topic at hand

19  that is January 6, 2021.   When did you first learn that there

20  was going to be some type of a demonstration in Washington, DC

21  on January 6, 2021?

22     A.   About a month or two in advance or so.

23     Q.   And how did you learn that there was going to be some

24  type of a demonstration?

25     A.   Telegram.

DIRECT EXAMINATION OF JOHN SULLIVAN

1          Q.   What is Telegram?

2          A.   Again, Telegram is just a messaging app.  It is like

3     social media, but you can join a variation of different groups.

4     And they each have their own topic and subject.  And so I was

5     in multiple groups that were talking about how they were

6     planning to go to the Capitol on January 6.  Not specifically

7     the Capitol, but all capitols.  And then I figured out, through

8     investigation that it was the Capitol, the US Capitol they were

9     going to.

10         Q.   Do you need a subscription to be on Telegram?

11         A.   No.

12         Q.   Anybody can be on Telegram?

13         A.   Anyone, yeah, it is public.

14         Q.   Is there any other source that you learned about some

15    event that was going to occur on January 6, 2021 in the

16    District of Columbia?

17         A.   Maybe Twitter and Facebook.

18         Q.   Now, did you discuss coming to Washington, DC on

19    January 6, 2021 with any person?

20         A.   Yeah.  I discussed it with --

21         Q.   Who would that person be?

22         A.   Jade Sacker and my parents.

23         Q.   Okay.  Why did you discuss with Jade Sacker coming to

24    Washington, DC on January 6, 2021?

25         A.   Yeah.  So I was talking to Jade Sacker specifically

1    about it, because she wanted to come and document what I was

2    going to be doing, which was filming and how I make money, how

3    I make a living, what I do.  So she is telling my story.  So

4    she is going to follow me anywhere I go.  That is why I was

5    telling her so she could be aware to come document my life

6    basically.

7        Q.  Now, on January 6, 2021, were you already involved

8    with Ms. Sacker in filming of a documentary?

9        A.  I was.

10       Q.  Did you consider your being present on January 6, 2021

11   to be an important part of the documentary film that Jade

12   Sacker was making about your life?

13       A.  I did.

14       Q.  Did you invite Jade Sacker to come with you on

15   January 6, 2021?

16       A.  I did.

17       Q.  Did you invite anybody else in the world to accompany

18   you or be a part of January 6, 2021?

19       A.  No.

20       Q.  How did you get from Salt Lake City to Washington, DC

21   in January of 2021?

22       A.  I believe I flew there on the 4th of January.  And I

23   did that intentionally, because there was a few rallies going

24   on prior.  But specifically I had a court hearing for another

25   case.  And I didn't want to miss it.  So that was the case I

DIRECT EXAMINATION OF JOHN SULLIVAN

1   got acquitted from.  So, yeah, I arrived a few days early so

2   that way I could be on time for that.

3        Q.  So did you come to the District of Columbia with Jade

4   Sacker or did you meet her here?

5        A.  I met her in DC.

6        Q.  Okay.  And where did Jade Sacker come from?

7        A.  She came from LA, I believe.

8        Q.  Now, when you came to DC, you said you arrived on

9   January 4th.  Where did you stay?

10       A.  Hamilton Hotel, DC.

11       Q.  Did you register at that hotel?

12       A.  I did, yes.

13       Q.  Did anybody else stay -- strike that.

14       For how long were you at the Hamilton Hotel in DC for?

15       A.  I believe I moved to hotel rooms halfway between it or

16   a hotel.  But I am pretty positive I stayed there.  So it was

17   just because the nights were so expensive there.  They were

18   like $600 a night.  I wanted to get a cheaper place, because it

19   is expensive for me.

20       Q.  Did anyone stay with you at the Hamilton hotel?

21       A.  No, no one stayed with me.

22       Q.  And on the evening of January 5 going into January 6,

23   do you recall, were you at the Hamilton Hotel?

24       A.  Was I there?

25       Q.  Yeah.  Did you stay there?

DIRECT EXAMINATION OF JOHN SULLIVAN

1          A.   Yeah, I was there.

2          Q.   Did anybody else stay there with you?

3          A.   No.

4          Q.   Now, let's turn specifically to January 6, 2021.  Did

5     you meet with Jade Sacker that day?

6          A.   On January 6?

7          Q.   Yes, sir.

8          A.   Yes.

9          Q.   About what time?

10         A.   Maybe like 9:00, 9:30.

11         Q.   A.m.?

12         A.   Yeah.

13         Q.   What did the two of you do on January 6 initially at

14    that 9:00 to 9:30 hour?

15         A.   Yeah.  We were planning on going to the Trump rally

16    near the Ellipse to film and follow the action, like -- because

17    we didn't know what was going to happen.  So we were just like,

18    okay, we are going to show up and whatever happens, happens and

19    document it as it goes.  And, yeah, so --

20         Q.   Did you go to the Ellipse?

21         A.   Yeah.

22         Q.   Did you go with Jade Sacker?

23         A.   Yes.

24         Q.   When you went to the Ellipse on January 6, 2021, did

25    you have anything with you?

1      A.  A camera.  I had two phones which are the cameras I

2  used to mainly to livestream and document.  I also had a camera

3  on my shoulder, my A6500, I believe or 800.  And I had two

4  gimbals with me.

5      Q.  Tell the ladies and gentlemen of the jury, what a

6  gimbal is again?

7      A.  Yeah.  So --

8          MS. LEDERER:  Asked and answered.

9          THE COURT:  Overruled.

10         THE WITNESS:  A gimbal is a stabilizer.  And it helps

11  you get smoother footage, makes sure that everything is in

12  focus, in frame.  So that way it is not pointing at the ground

13  or pointing at the sky or pointing at something that you don't

14  want.  So it is so you can stay focused on the subject and the

15  scene that you are trying to capture.

16  BY MR. KIERSH:

17     Q.  Is it similar to a tripod?

18     A.  Similar in a way.  It could be used as one, but a

19  little different.

20     Q.  Did Ms. Sacker have any equipment with her when you

21  went to the Ellipse on January 6?

22     A.  She had a camera as well.

23     Q.  Now, did you get to the Ellipse?

24     A.  We did not.

25     Q.  Okay.  You didn't get to where the rally was?

DIRECT EXAMINATION OF JOHN SULLIVAN

1      A.  We got to the rally, but we didn't go to the Ellipse.

2    We actually just went to the street just outside of the Ellipse

3    and then immediately walked back because Jade had to use the

4    restroom.

5      Q.  Now, about what time of the day is it that you and

6    Ms. Sacker go back to the hotel, because she had to use the

7    restroom?

8      A.  I would say maybe, noon, 11:30.

9      Q.  Now, during that period of time from let's say 10 to

10   about noon approximately, what did you and Ms. Sacker do at the

11   hotel?

12     A.  We -- well, she used the bathroom.  But we just waited

13   to see if something was going to happen.  I remember being

14   upset because I wanted to be out there documenting, following

15   whatever is going on, didn't want to miss the action.  But

16   obviously she had to go and she couldn't control that.  But we

17   went back to the hotel and I just watched Twitter to see if

18   anything was going to occur.  And then I saw a post on Twitter

19   saying the protesters were storming the Capitol.  I was like,

20   oh, we better go, which is like -- you know, it is not a short

21   walk, by the way.  It is like almost -- it could be two or an

22   hour and a half walk there, so two hours.  It did actually take

23   us to get to the Capitol specifically from the time when we

24   noticed, so, yeah.

25     Q.  Mr. Sullivan, did you and Ms. Sacker walk from the

1    hotel to the Capitol?

2         A.   Yeah, we did.

3         Q.   Okay.  When you left the hotel, is this about noon or

4    so; is that correct?

5         A.   Around there, yeah.

6         Q.   Okay.  When you left the hotel, what were you carrying

7    with you?

8         A.   My camera and my backpack and my gimbal pretty much,

9    yeah.  I also had body armor on, but I wore that the entire

10   time.

11        Q.   Let's break it down slowly.  Now, you said you had

12   body armor.  What specifically do you mean?

13        A.   Yeah.  It is basically armored plates that protect you

14   from bullets.  And --

15        Q.   I'm sorry.  That you do what?

16        A.   That protect you from bullets.

17        Q.   Okay.

18        A.   Yeah.  Also protect you from getting stabbed as well.

19   And prior to that, I had a couple of friends who were stabbed

20   by Proud Boys in DC and so I needed to protect myself.  And so

21   that was actually the first time I brought an armored vest to

22   DC.  And I was nervous about bringing it on the plane, because

23   I didn't know if it would go through TSA screening.  Come to

24   find out you can bring one.  So, yeah, I brought it there for

25   my safety, specifically.

DIRECT EXAMINATION OF JOHN SULLIVAN

1    Q.  Did you have anything else other than the cameras and

2  the vest?

3    A.  Maybe an umbrella and a gimbal and a few other items

4  in my bag that I can't remember specifically all of the items.

5    Q.  Did you have any face coverings?

6    A.  No.  I had a gas mask and it was on my belt.  So I had

7  a carabiner that would hook to it so that way it could be

8  easily accessible.  So that way I didn't have to like keep

9  going into my bag and pulling it out.  So I hooked --

10    Q.  Why did you have a gas mask?

11    A.  Various reasons.  I mean, Proud Boys were using pepper

12  spray and the police were using tear gas.  So to be able to

13  capture your shot and to keep recording, you need to make sure

14  that you are not choking to death on pepper spray or tear gas,

15  so that is why I had a gas mask.

16    Q.  Now, just prior to January 6, 2021, had you had any

17  encounters with Proud Boys?

18    A.  Yes.

19    Q.  Tell us about the closest in time interaction you had

20  with Proud Boys, closest in time to January 6, 2021.

21    A.  Yeah.  The closest in time would be just two weeks

22  prior.  I was at the Washington Monument and I was just walking

23  around filming.  And Jade was there with me too as well.  And

24  these Proud Boys just come up and over his hill.  And it was

25  about like 100 of them.  I was like, oh, you know, I am going

1    to record that.  That is pretty cool, just get a scene of what

2    is going down, because that is what I am there for.  And then

3    they all surround me.  One guy singles me out and they tell me

4    I can't be there.  They start shoving me and telling me to get

5    out of here saying I was like Antifa or whatever and BLM.  And

6    anyway, it is like they broke my camera or my phone and --

7    yeah, made me leave the area basically.  And so that was the

8    first time I had a confrontation or one of the times.

9         Q.   Now, getting back to January 6, 2021, as you arrived

10   near the Capitol, as you walked up towards the Capitol, that is

11   depicted on the exhibits, were you carrying a bullhorn?

12        A.   Yes.

13        Q.   Why?

14        A.   So I could get to the front of the crowd.

15        Q.   Why does the bullhorn help you get to the front of the

16   crowd?

17        A.   Well, a bullhorn -- this is through experience first

18   off.  Through experience of understanding how protests are like

19   and what you need to do to get the shot and what people want to

20   see.  They want to see what is happening, what is going on at

21   the front.  And that is, you know, where the police are and the

22   protesters.  So I have to show you what the scene is and how it

23   is transpiring, otherwise you are going to see the back of

24   somebody's head.  I will be standing in a crowd and that is

25   what you are going to see.  So the bullhorn is to get to the

1    front to make them feel like I am one of them, to get them to

2    move out of my way, which I did.  They got out of my way, got

3    to the front to get the shot.

4        Q.  That was Ms. Sacker filming you as you went to the

5    Capitol?

6        A.  Yes.

7        Q.  Now, were you exaggerating your behavior, were you

8    sort of mugging for the camera knowing that you were being

9    filmed during this time?

10       A.  Yeah.  I mean, it was an extent to it, because like I

11   said B-roll.  There is an important part of -- like I know and

12   I understand and especially as, you know, a cinematographer

13   myself of like what she wants to see and what are good scenes

14   that you need to add in between just talking points.  So like I

15   am here talking to you right now, yes.  But you also need

16   things to play over that to make it visually appealing.  So

17   when you are watching a movie, you see cuts in between which is

18   B-roll.  B-roll, additive, extra, so that is part of that

19   methodology.

20       Q.  What is that term you are using, B-roll?

21       A.  B-roll.

22       Q.  Can you spell it?

23       A.  B dash R-O-L-L.

24       Q.  Okay.  And can you just explain that in layperson's

25   terms so we can understand what you are talking about?

DIRECT EXAMINATION OF JOHN SULLIVAN

1        A.   Yeah.  I mean, it is filler.  It is basically filler

2   to tell a story on the main topic at hand or whatever that

3   talking point is.  So it is like, you are talking about a

4   forest and they're being specific on what type of forest.

5   Well, you are going to show a forest, you are not going to show

6   the person talking.  You are going to show trees and leaves and

7   those types of things.

8        Q.   Now, I just want to jump ahead a little bit to after

9   January 6.  Did the FBI come to your home in Utah?

10       A.   Yes.

11       Q.   Okay.  And who specifically came to your home?

12       A.   Matt Foulger, I believe.

13       Q.   Do you see him in court today?

14       A.   Yeah.

15       Q.   Could you just point at him?

16       A.   (Indicating).

17       Q.   Is that the gentleman at counsel table?

18       A.   Yeah.

19       Q.   Now, when Agent Foulger arrived at your house, was he

20   with anybody else?

21       A.   I believe --

22       Q.   If you recall.

23       A.   I don't remember, but I remember him saying a female

24   so --

25       Q.   Now, when Agent Foulger got to your house, what was

1    the substance of his conversation?

2         A.   Honestly, I don't remember a lot of it, but I do

3    remember him requesting for my footage.  And he was mainly

4    there for that.  I don't think I was expecting him.  And he

5    just showed up at my house.  I knew he was there to get footage

6    that I had from January 6, because I talked to the FBI prior in

7    DC.

8         Q.   Was it your understanding that he was there to talk to

9    you about what happened on January 6?

10        A.   Yeah.

11        Q.   Did he talk to you about anything else other than

12   January 6?

13        A.   Not to my recollection.

14        Q.   Okay.  Now, was he pleasant?

15        A.   Yeah.

16        Q.   Was Agent Foulger trying to trick you as far as you

17   thought or anything?

18        A.   Not that I know of.

19        Q.   Were you being -- is your recollection, were you being

20   cooperative with Agent Foulger?

21        A.   Yes, fully cooperative.

22        Q.   Did you give him your tape?

23        A.   I did.

24        Q.   Did you have a lawyer at the time?

25        A.   I did not.

DIRECT EXAMINATION OF JOHN SULLIVAN

1    Q.  Did you refuse to speak with Agent Foulger?

2    A.  No.

3    Q.  Now, I want to go back to January 6 at the Capitol.

4  During the entire time when you were at the Capitol on the

5  Capitol grounds and inside the Capitol on January 6, 2021 did

6  you ever put your hand on any person in the Capitol?

7    A.  No.

8    Q.  What were you doing the entire time that you were in

9  the Capitol on January 6, 2021?

10   A.  Recording.

11   Q.  And did you ever threaten anybody in the Capitol?

12   A.  No.

13   Q.  And in the tape that you provided, Exhibit 701, we

14  hear you saying, for instance -- at one point saying, "We got

15  this."  Do you recall that?

16   A.  Yeah, I do.

17   Q.  What did you mean when you said, "We got this"?

18   A.  So Jade and I were working pretty hard on putting

19  together a documentary.  And that was a huge part of it, like

20  getting the shot getting to be able to show this type of

21  history occurring.  It is history.  It is like, regardless of

22  what you believe in, things are occurring and people need to

23  see it.  So we were excited because we were able to get it and

24  to get those shots that we needed to put together a good

25  documentary.

1        Q.   Now, you are also heard on the video saying, "Burn it

2   down."  Do you recall that?

3        A.   I don't know if I said that specifically, but maybe

4   something in regard to that, yeah.

5        Q.   Why were you saying that?

6        A.   I wanted to fit in to the crowd, to what people are

7   saying around me.  Normally I reiterate things that people are

8   saying around me.  I don't just say them out of thin air.  But

9   also there is a joke that me and Jade have about, you know,

10   where these protesters want to burn down the system.  It is

11   just an inside joke, yeah.

12        Q.   Did you have any matches on you?

13        A.   No.

14        Q.   Did you have a lighter on you?

15        A.   Huh-uh.

16        Q.   You have to say yes or no.

17        A.   No.

18        Q.   Did you have anything that you could -- in your

19   possession that you could use to start a fire that day?

20        A.   I did not.

21        Q.   Was it your intention at any point on January 6, 2021,

22   to burn the Capitol down?

23        A.   Not at all.

24        Q.   Was it your intention on January 6, 2021, to do any

25   physical harm to the United States Capitol --

1        A.   No.

2        Q.   Let me finish, please.

3        -- on January 6, 2021?

4        A.   I did not have an intention to do that.

5        Q.   Now, what is depicted in the film that we saw is that

6    there is a broken window.  Do you recall that?

7        A.   I do.

8        Q.   And did you break that window?

9        A.   I am not quite sure, but I know it is broken.  So I

10   mean I know that it was broken at some point.  But I can't

11   recall if I broke it specifically or not.  I do know I had hit

12   on it.

13       Q.   You did hit on it?

14       A.   Yes.

15       Q.   You are telling the ladies and gentlemen of the jury

16   that you hit on it; correct?

17       A.   Yeah.

18       Q.   Why did you hit on it?

19       A.   Well, I mean, you don't see this.  It is off camera.

20   But there is a whole bunch of people around me doing the same

21   thing, all cheering and yelling at the people outside the

22   window.  If you look at the video, there is a little guy with a

23   red hat on.  And like all of them are cheering at this guy with

24   a little red hat.  So I was like okay, I have got to act like

25   one of them.  And part of blending in is being a neutral

1    observer.  And what is being neutral in an environment like

2    that, one of acting like you are one of them, like, you don't

3    want to introduce outside influences.  You want to make sure

4    everything is preserved and everything is staying the same.

5         Q.  Now, there was video that was played of you outside

6    the Capitol on a balcony.  Do you recall that?

7         A.  Yes.

8         Q.  Do you recall that that wasn't part of what you

9    filmed, that was you being filmed; correct?

10        A.  Yes.  Some of it, yeah.

11        Q.  Some of -- who was doing that filming?

12        A.  Jade.

13        Q.  Now, there is film of you reaching out and pulling

14   somebody up over the balcony.  Do you recall that?

15        A.  Yes.  I don't remember it.  But, yeah, I saw the

16   video.  And so, yes, I have seen it on the video, so, yes.

17        Q.  So just so that we are clear, you recall seeing that

18   event on the video; correct?

19        A.  Yeah.

20        Q.  Why is it that you were helping somebody up over the

21   balcony at the Capitol on January 6, 2021?

22        A.  Yeah.  And you can hear in the video there is a lot of

23   people around me saying help the people up, come on up here,

24   let's go, let's go.  And so they are all watching me.  Like

25   this is also through experience of like how not to get beat up

1    at these types of riots or protests.  People are watching you

2    to see what you are doing, if you are against them or for them.

3    And I am sitting here with a camera recording what they are

4    doing.  And if at any point they feel like I am a threat to

5    them, which is documenting whatever criminal activity they are

6    doing, they are going to try and break my camera, beat me up.

7    And that has been proven.  That has been done.  So I have to

8    act as if I am one of them.  And to do that, sometimes you have

9    to, you know, grab somebody's hand to help them up over the

10   wall.  That is just how it is.

11        I never once said -- you know, do it with ill intent.  It

12   is with the intention to get the shot and keep myself safe.

13        Q.  Throughout the day on January 6, 2021, was it ever

14   your intention to interfere with Congress?

15        A.  No, never.

16        Q.  Throughout the day on January 6, 2021, was it ever

17   your intent to interfere with the police?

18        A.  No.

19        Q.  Throughout the day on January 6, 2021, was it your

20   intent ever to hurt another person at the United States

21   Capitol?

22        A.  Never.

23        Q.  Again, tell us what your intention was when you went

24   to the Capitol on January 6, 2021.

25        A.  My intention, plain and simple, was go there, document

DIRECT EXAMINATION OF JOHN SULLIVAN

1    the events I was going to record, history specifically.

2            MR. KIERSH:  Very well.  I pass the witness, Your

3    Honor.

4            MS. LEDERER:  Your Honor, may we just have a brief

5    bench conference to address one issue?

6            THE COURT:  Yes.

7            (Conference held at the bench.)

8            MS. LEDERER:  Your Honor, I just wanted to alert you

9    before I start my cross-examination, the government pursuant to

10   your order saying that we weren't allowed to discuss the Provo

11   arrest and shooting.  This defendant just opened the door wide

12   open for cross-examination into that incident.

13           MR. KIERSH:  Well, he didn't open the door wide open.

14   If they are going to talk about the arrest in Utah is one

15   thing.  But to talk about a shooting which he had nothing to do

16   with is completely beyond the scope of any examination.

17           THE COURT:  I agree.

18           MS. LEDERER:  Your Honor, if I may, the defendant

19   just said that he was there just filming a protest.  It was

20   much more than that.  The defendant -- we also have video to

21   impeach him with.  There is no shooting in it, but the

22   defendant is riling up the crowd, kicking a car.  He wasn't

23   there just filming.  And the protest that he organized, that he

24   riled up then resulted in a driver being shot.  He opened the

25   door.

DIRECT EXAMINATION OF JOHN SULLIVAN

1          THE COURT:  You are going to have to show me the

2   video beforehand, since you misled me yesterday on the video.

3   I will recess the jury.  You want to start this before you get

4   to that?

5          MS. LEDERER:  Yes, Your Honor.  I can play it.

6          What video did I mislead you on yesterday?  I want to

7   clarify anything.

8          THE COURT:  The video of him with the machine gun.

9          MS. LEDERER:  Your Honor, that was how to dress for a

10  protest.  I explained it.  I had provided it ahead of time for

11  Your Honor to review.  I did not mislead the Court with any

12  intention.

13          (End of bench conference.)

14          THE COURT:  Do you have other things you want to

15  start with or do you want me to recess first?

16          MS. LEDERER:  If we could handle that now, that would

17  be great, because we are going to start in that area and move

18  on from there.

19          THE COURT:  We are going to excuse the jury while I

20  take a legal question.

21          (The jury left the courtroom.)

22          THE COURT:  All right.  Show me what it is you

23  propose to show the jury.

24          MS. LEDERER:  Your Honor, the video will be marked as

25  1124.

DIRECT EXAMINATION OF JOHN SULLIVAN

1          THE COURT:  What number?

2          MS. LEDERER:  Your Honor, I do apologize.  It is

3    1425, not 1124.  And this is a minute and 36 seconds in.

4          Your Honor, this is livestream from the defendant at

5    the rally that he organized that he just testified about on

6    direct examination.  And if we could play through a minute and

7    50.  Your Honor, this is in direct contradiction to what the

8    defendant testified on direct that he was at the protest just

9    filming.

10          THE COURT:  I'm sorry.  What was it?

11          MS. LEDERER:  This is evidence from the protest.  The

12    defendant said that he was arrested for just filming is direct

13    contradiction as to why he was arrested.

14          THE COURT:  I don't understand.

15          MS. LEDERER:  The defendant testified, Your Honor --

16    and if we could go back to the bench conference, so we don't

17    have to do in this in front of the defendant?  Can we go on a

18    bench conference so we don't have to do it in front of the

19    defendant?

20          THE COURT:  All right.

21          (Conference held at the bench.)

22          MS. LEDERER:  Your Honor, Mr. Sullivan testified that

23    he was arrested by the police and he was playing a sympathy

24    card here.  I was arrested by the police because I hosted a

25    protest and I was arrested for doing the same thing I was doing

1    on January 6, just filming.  This is video from that protest.

2    He was arrested after the protest for rioting and disorderly

3    conduct.  That is what he was arrested for, not just filming.

4    And this video from that protest in June of 2020 shows that he

5    wasn't just filming.  He makes a threat, something about get

6    your bitch, or get you bitch or something like that and then he

7    also kicks the car.  So this is impeachment evidence of what he

8    is trying to tell the jury, the sympathy card that he is trying

9    to play with the jury.  And he also gave the jury wrong

10   information as to why his case was dismissed.  He wasn't

11   acquitted, the case was dismissed due to a statute of

12   limitation issue.

13              MR. KIERSH:  Your Honor, the case was dismissed.  He

14   is a layperson.  But the video, maybe I missed it, it

15   doesn't -- Mr. Sullivan is not -- can we play the video back to

16   where it shows Mr. Sullivan taking action against the car?

17              MS. LEDERER:  Yes, Your Honor.  It is Mr. Sullivan

18   filming.  If you can see on the right-hand corner.  It says

19   John Sullivan was live.  And when we play from 1:36 on, you

20   then see the person holding the camera kicking the car.

21              MR. KIERSH:  Can we play that again?

22              THE COURT:  Yes.

23              MS. LEDERER:  Ms. Mohamed is bringing it back and she

24   will play it again.

25              MR. KIERSH:  Thank you.

1          MS. LEDERER:  Your Honor, you could see the leg

2    extending kick the car.  Your Honor, you could see the filmer

3    reach out and kick the car.  The person is wearing black shoes.

4    We have seen the defendant in black shoes before.

5          THE COURT:  The objection is sustained.  I can't see

6    that.  If you don't have witness, the objection is sustained.

7          MS. LEDERER:  Your Honor, I believe the agent knowing

8    the defendant and investigating the defendant, knows this video

9    is from John Sullivan.  It also says John Sullivan was live.

10   And the defendant just told a lie to the jury saying that he

11   was arrested for just filming.

12         THE COURT:  The objection is sustained.

13         MS. LEDERER:  Understood, Your Honor.  Thank you.

14         (End of bench conference.)

15         THE COURT:  Bring the jury back.

16         You may be seated.  The government may proceed.

17         MS. LEDERER:  Thank you, Your Honor.

18                    CROSS-EXAMINATION

19   BY MS. LEDERER:

20   Q.  Good morning, Mr. Sullivan.

21   A.  Good morning.

22   Q.  Mr. Sullivan, I want to pick up where the defense

23   started back in Utah in about the summer of 2020.

24       You had been involved with unofficial protests in the

25   summer of 2020, just like a lot of people who were really taken

CROSS-EXAMINATION OF JOHN SULLIVAN

1    by what was happening in the country?

2        A.  What do you mean by unofficial?  I guess I don't

3    understand that.

4        Q.  The protest that you were at, that was a protest that

5    you organized without a permit?

6        A.  I mean, there is several questions there.  What is

7    unofficial?  I guess, I --

8        Q.  You organized a protest without a permit and that was

9    the protest you were arrested at?

10       A.  I did not organize that protest.

11       Q.  But you went there?

12       A.  Yeah, to document and record, like, yeah.

13       Q.  And afterwards, after your arrest, that is when you

14   started Insurgence TV?

15       A.  After that arrest?

16       Q.  Yes.

17       A.  No.

18       Q.  You said that you incorporated in July of 2020?

19       A.  Insurgence USA, I formed my LLC in July.  And

20   Insurgence TV was created on May 31st.

21       Q.  You didn't incorporate that, did you?

22       A.  I'm sorry?

23       Q.  You did not incorporate Insurgence TV, did you?

24       A.  Sole proprietorship is what I have it under or formed

25   it under.  I'm sorry.

1       Q.   But you did the LLC for Insurgence USA; correct?

2       A.   LLC was in July, yes.

3       Q.   And the LLC for Insurgence USA, you specifically

4    listed the point of Insurgence USA for that LLC as a protest

5    organization; correct?

6       A.   I don't know if that specifically.  But something to

7    that regards.  I think it was for racial justice or equality or

8    something like that.

9       Q.   It wasn't for journalism?

10      A.   Yeah.  I mean, at the time, I -- there was various

11   reasons I was phrasing it in that way.  I had people who

12   donated to help me form an LLC, because it was quite expensive.

13   It does take time.  And a lot of them were people who supported

14   Black Lives Matter and racial justice movement.  But regardless

15   of that, it was a media -- it is a media company and you don't

16   have to state that on any of the paperwork.

17      Q.   But you stated on the paperwork specifically, it was a

18   protest organization, so you could have said that it was --

19      A.   Uh-huh.  Yeah --

20      Q.   Excuse me, Mr. Sullivan.

21      A.   My apologies.

22      Q.   We both are quick to the trigger.

23   So when I finish, you can answer?

24      A.   Uh-huh.

25      Q.   You listed it as a protest organization; correct?

```
 1          A.  Not as a protest organization, no.

 2          Q.  Or a political organization?

 3          A.  I think so, yeah, I believe.

 4          Q.  Not as a media organization?

 5          A.  Not -- I don't think you can list it as anything like

 6     that, to be honest.  I don't think there is an option.

 7               MS. LEDERER:  Your Honor, if we could bring up

 8     Defense exhibit what has been previously marked as 1505.

 9               We'll bring that up later.

10     BY MS. LEDERER:

11          Q.  So after you formed Insurgence USA, you started going

12     to different cities?

13          A.  Yeah.

14          Q.  And that is because you were ran out of Utah by other

15     activists for your behavior in Utah?

16          A.  Not to my -- no.

17          Q.  So you just went up to Portland just to film?

18          A.  Yes.

19          Q.  And you said yesterday, the only reason you went to

20     Portland was just to film?

21          A.  To document what was going on.

22          Q.  If we can bring up Exhibit 1 -- 1113, please.

23          Just previously in evidence is that on your screen yet,

24     Mr. Sullivan?  Right here, your post from Activist John, that

25     is in Portland; correct?
```

CROSS-EXAMINATION OF JOHN SULLIVAN

1          A.   Yes.

2          Q.   And the caption of it is, "Let's start a riot."

3    Correct?

4          A.   Yeah.

5          Q.   And you're saying that that is you just filming, it

6    doesn't say, let's just start a film, does it?

7          A.   It is in between the break of filming, yes.

8          Q.   You are posting out to the world, let's start a riot?

9          A.   Me and Jade got done documenting the protest, which is

10   that is Jade in the picture and we took a picture together.

11         Q.   If we can bring up 1114, please.

12         And, again, you said that you were going to Portland just

13   to film.  And here it says, "No justice, no peace," but you

14   were only there to film?

15         A.   Yes, I was.

16         Q.   If we can bring up 1115, please.  Here in 1115 again

17   posted to the world, you have, "Battle ready."  Is that a yes

18   or no?  I'm sorry.  We have a stenographer.

19         A.   Yeah.

20         Q.   It doesn't say film ready, does it?

21         A.   It does not.

22         Q.   If we could bring up 1117, please.

23         Again, here this is from your LLC, Insurgence USA.  This

24   doesn't say, how to make a movie, does it?

25         A.   It is reporting on situations.  Like it says

1    educational purposes, so I am reporting on that specific flier.

2         Q.   It doesn't say how to make a documentary, does it?

3         A.   It doesn't say that, no.

4         Q.   It says, how to take down a monument?

5         A.   Yeah, in the picture it does.

6         Q.   And one of the hashtags you used is hashtag riot?

7         A.   Yeah.  So for algorithm purposes.

8         Q.   So for algorithm purposes, you would push out to

9    people following the hashtag riot, how to take down a monument?

10        A.   For example, when I say hashtag BLM, it goes to people

11   who are interested in that type of news.  So I disseminate news

12   so that people can see the content.  So hashtag BLM, hashtag

13   riot, both of them have a purpose for disseminating to the

14   specific audience who would be interested in that type of news,

15   otherwise you are going to market to the wrong audience.

16        Q.   Same thing with "Fuck 12," how to take down a

17   monument, would push out those who would be following the

18   hashtag for whatever reason, fuck 12?

19        A.   Some people don't like police, but, yeah.

20        Q.   That is their prerogative.  That is fine.

21        A.   People have opinions.

22        Q.   And, again, you were just here for filming?

23        A.   Yes.

24        Q.   And we know that Portland was a hot bed in the summer

25   of 2020 for riots?

1    A.   I knew them as protests.  But, yeah, sure, riots

2  happened.  I don't think it was mainly the only thing that

3  happened.

4    Q.   And you posted a picture, "Let's start a riot"?

5    A.   Well, yeah, not of a riot but of me and Jade.

6    Q.   And you said that the entire time you were just there

7  to film, not go to any protests and participate in the protest?

8    A.   Not to go to them?

9    Q.   Not to participate in them.

10   A.   Can you rephrase that again?

11   Q.   You are saying that you went to Portland, Oregon not

12  to participate, but just to film?

13   A.   Yes.  I went there to document and film what was

14  occurring, that is correct.

15       MS. LEDERER:  Your Honor, at this time I'd ask to

16  bring up 1118.  It is on the government's list.

17  BY MS. LEDERER:

18   Q.   Mr. Sullivan, this is you in Government Exhibit 1118?

19   A.   I believe so.

20   Q.   Well, you wear vests, don't you?

21   A.   A lot of people wear vests, but it looks like me.

22       MS. LEDERER:  Okay.  If we can bring this video 2

23  minutes and 45 seconds in, please.  And, Your Honor, at this

24  time I would -- well, it is just for impeachment purposes, but

25  at this time, I'd like to publish to the jury.

 1          THE COURT:  It is received.

 2          (Whereupon, Government Exhibit No. 1118 was

 3   admitted.)

 4   BY MS. LEDERER:

 5     Q.  Mr. Sullivan, now that -- before we brought it up on

 6   the screen, but you can just see -- fair to say that you had a

 7   scarf pulled up around your mouth?

 8     A.  That is correct.

 9     Q.  Now, it is down; correct?

10     A.  Yeah.

11     Q.  If we can play, please.

12          If we could pause, please.  So you are in Portland here?

13     A.  Yeah.

14     Q.  If we could bring forward to 4 minutes and 15 seconds

15   in.

16          And if we can play, please.  If we could pause, please.

17          So you did go to protests later that night?

18     A.  Yeah.  To document, yeah.

19     Q.  If we could bring up Government Exhibit 901.16,

20   please.

21          Mr. Sullivan, can you see yourself in 901.16?

22     A.  I do.

23          MS. LEDERER:  Your Honor, at this time I would like

24   to publish to the jury.

25          MR. KIERSH:  No objection.

CROSS-EXAMINATION OF JOHN SULLIVAN

```
 1              THE COURT:  Received.
 2              (Whereupon, Government Exhibit No. 901.16 was
 3    admitted.)
 4              MR. KIERSH:  Your Honor, no objection other than the
 5    objections previously noted.
 6              THE COURT:  It is received.
 7    BY MS. LEDERER:
 8       Q.  This was found off of one of your hard drives under a
 9    folder called Portland.  If we could please play to about 45
10    seconds in.
11              If we could press pause, please.  That is you just
12    filming?
13       A.  Well, people invited me up to speak.  I am black at a
14    BLM protest.  It kind of happens sometimes, actually.  But I am
15    filming.  I have a GoPro on my shoulder.  And then I also have
16    my phone in my magazine pocket, which is live streaming.
17       Q.  You said earlier that Jade had come with you to
18    Portland?
19       A.  To this one?
20       Q.  Well, to Portland in general to film you filming.
21       A.  Yeah.  She can follow me where.  She was doing a
22    documentary, so I told her to follow me pretty much anywhere I
23    go.
24       Q.  And that documentary is on you and your brother;
25    correct?
```

CROSS-EXAMINATION OF JOHN SULLIVAN

1        A.   Yeah.

2        Q.   Your brother is a far right extremist with ties to

3   Proud Boys; correct?

4        A.   I don't know if I would say he is far right.  But he

5   is on the right.

6        Q.   And he has ties to the Proud Boys?

7        A.   He is what?  I'm sorry.

8        Q.   He has ties to the Proud Boys?

9        A.   In what regards?

10       Q.   He goes to protests in Utah with the Proud Boys?

11       A.   Not that I have seen.  But I know that he has been to

12   protests with Proud Boys before, yes.

13       Q.   And when you testified on direct, you said the angle

14   of Jade's documentary on you was just you as a documentarian?

15       A.   It was about me and my brother and our story and him

16   being on the -- me being on the left and him being on the

17   right.

18       Q.   And you heard Jade yesterday testify that she was also

19   filming you because you are antiestablishment?

20       A.   I wouldn't say that specifically, but those were her

21   words.

22       Q.   Those were her words, she was filming you because you

23   are antiestablishment?

24       A.   Those were her words, yeah.

25       Q.   Well, it is her documentary.

CROSS-EXAMINATION OF JOHN SULLIVAN

1          A.   Okay.

2          Q.   Even though you said that you kept going to Portland

3     just to film, you were actually ran out of Portland by

4     activists because they categorized you as a grifting,

5     profiteering, self-promoting, clout-chasing sabotage of

6     community actions and threats of violence person?

7               MR. KIERSH:  Your Honor, side bar, please.

8               (Conference held at the bench.)

9               MR. KIERSH:  Can we please take the exhibit down?

10              MS. LEDERER:  That is fine.

11              MR. KIERSH:  Thank you.

12              (End of bench conference.)

13    BY MS. LEDERER:

14         Q.   You were run out of Portland for activists who called

15    you that?

16         A.   I was run out of Portland, I don't think I would use

17    that specific term.  But I was attacked by people who did not

18    like me recording and documenting their activities.  And so,

19    they came after me both via online and in person.

20         Q.   And it wasn't just filming, I mean they said you were

21    sabotaging and you had threats of violence?

22         A.   I don't know what you are referring to, but if that is

23    what you have seen.

24         Q.   Well, it is just tweets from other activists in the

25    Portland community who were tweeting out alerts for people not

1   to get involved with you.

2        A.   People have said a lot of things.

3        Q.   You say a lot of things too.  I want to move on to

4   some posts that you made in DC, because you also took your show

5   on the road to DC.  If we could pull up 1101.

6        Now, Mr. Sullivan, 1101 here, you have an Instagram post

7   that says, how to dress for a riot; is that correct?

8        A.   Yeah.

9        Q.   Not how to dress for a documentary?

10       A.   Again, I am reporting on how people dress for a riot

11  and people are interested in that specifically too.  My

12  audience had requested for that video specifically, so I made a

13  video for them educating them on how people are dressed in

14  those types of situations.

15       Q.   Within one of those videos, we watched it yesterday,

16  that is 1002.3, you in that video also promote ways that people

17  can learn more about protests on Insurgence USA, a website?

18       A.   I'm sorry.  Can you say that again, please?

19       Q.   In the video from yesterday, within that, not only do

20  you educate your audience on how to dress for a protest, you

21  also direct them back to your website, Insurgence USA, in that

22  video?

23       A.   Do I direct them back to my website?  I do direct them

24  back to my website.

25       Q.   Because there was more material on your website about

CROSS-EXAMINATION OF JOHN SULLIVAN

1   how to dress for protests?

2       A.  I am advertising my site, so I can sell merchandise,

3   which is, I guess, a different platform of income so I can

4   diversify my income, instead of keeping one stream of income of

5   recording protests and making money off of that, I want

6   multiple streams of income so I don't go broke, I guess.

7       Q.  And on that website, you weren't selling different

8   cameras to use for filming, you were selling things to wear to

9   protests?

10      A.  I was selling items.  I mean, I sold shirts.  I mean,

11  there is various things on it.  I mean, just like a shop,

12  people can go and buy anything.

13      Q.  Also within that video, you produced a Smith & Wesson

14  knife; is that correct?

15      A.  I don't know if it is that specific type of knife.

16  But there is a knife in my shop, yes.

17      Q.  At some point, you owned a Smith & Wesson knife?

18      A.  I don't know what type it is, but I do have a knife.

19      Q.  And yesterday you testified that you had previous to

20  January 6 sold video to Fox News?

21      A.  Yeah.

22          MS. LEDERER:  Your Honor, at this time I would like

23  to bring up Government Exhibit 1001.2, which is not in

24  evidence.

25  BY MS. LEDERER:

1      Q.  As this is being brought out, Mr. Sullivan, we were

2   discussing that you had been in and out of DC in the winter of

3   2020; correct?

4      A.  Of 2020, yeah, I believe so.

5      Q.  And we have already established that you like to film

6   whatever you are doing; correct?

7      A.  I like to film whatever I am doing?

8      Q.  Yeah.

9      A.  That is my job, yeah.

10      Q.  And you also provide commentary on what it is that you

11   are doing at any given moment when you are filming; correct?

12      A.  Sure.  In live streaming, talking to people.

13           MS. LEDERER:  If we can bring 1101.2 to 5 minutes in,

14   please.

15           MR. KIERSH:  Is that 1001 or 1101?

16           MS. LEDERER:  I'm sorry.  This is 1001.2.

17           MR. KIERSH:  Okay.  Thank you.

18   BY MS. LEDERER:

19      Q.  And if we could just play a little bit.

20      If we could pause, please.

21      Mr. Sullivan, is that you?

22      A.  Yeah.

23      Q.  Is this a -- this is something that you personally

24   filmed?

25      A.  I believe so, yeah.  I can see a little bit more.  I

```
 1    don't remember this, but --

 2            MS. LEDERER:  Your Honor, at this time I would seek

 3    to publish 1001.2 for the jury.  If we could bring it to 5

 4    minutes?

 5            MR. KIERSH:  Your Honor, the video is -- we don't

 6    know when -- there is no foundation as to when this video was

 7    filmed.

 8            (Conference held at the bench.)

 9            MS. LEDERER:  Your Honor, this video was filmed

10    December 14th.  The agent can clarify that on rebuttal.  I can

11    also clarify, a few questions saying, you know, we recovered

12    this from your computer.  This is from December 14th in DC.

13            THE COURT:  All right.  Go ahead.

14            (End of bench conference.)

15    BY MS. LEDERER:

16       Q.  Now, Mr. Sullivan, this was taken from one of your

17    devices and this is from December 14th.

18       A.  Okay.

19       Q.  If we could play and pause around 5 minutes and 10

20    seconds.

21       Did you see yourself saying, I don't consider myself a

22    journalist?

23       A.  Well, yeah, I said that to protect myself.  There are

24    people attacking me like before, people trying to oust me

25    because I was recording their criminal activities.  So I was
```

1    being attacked pretty hard online.  So I was trying to keep

2    myself protected by making sure I don't expose myself to

3    threats by saying I am a journalist, open on social media where

4    they are going to come after me immediately after that.

5         Q.   But you are always posting on social media?

6         A.   Yeah.  I have to post on social media.

7         Q.   So let me get this straight.  Sometimes you advertise

8    that you are a journalist and other times you don't?

9         A.   Again, it depends on the situation.  And if I think

10   there is a threat or not.

11        Q.   You are in a hotel room.  No one else is there.  Is

12   there a threat?

13        A.   Not that you can see, but that I can see, yes, there

14   is a threat at the time.  Not in the hotel physically, but on

15   social media, there was a threat.

16        Q.   So then why go on social media like you do?

17        A.   Because I am not going to hide from people who want to

18   harass and intimidate me.

19        Q.   If we could bring this forward to about 6:30 and,

20   Mr. Sullivan, you said that you don't remember having a Smith &

21   Wesson knife.  You brought a Smith & Wesson knife to DC?

22        A.   I believe so, yeah.

23        Q.   If we can please play.  If we could pause, please.

24        So is that a little more clear that you had a Smith &

25   Wesson?

1          A.   I don't know if M&P is Smith & Wesson, but if it is,

2     then sure.

3          Q.   Now, you also testified on direct that the first time

4     you brought a vest was to January 6; is that correct?

5          A.   Yeah, that is correct.

6          Q.   But here you are in December in a vest?

7          A.   There is no bullet proof armor in there.  It is just

8     the vest itself.

9          Q.   Now, you also were very active on social media going

10    into January of 2021.  If we could bring up 1102, please.  Now,

11    1102, you posted to Instagram, "Let the electoral purge

12    commence."  Correct?

13         A.   Yeah.

14         Q.   We can bring up 1107, please.  Here on December 26,

15    you tweeted from Jayden X, "Riots are meant to bring change, so

16    purge the world with fire."  Correct?

17         A.   I think so.  I don't know if that is my account.  I

18    mean, if that is mine -- I don't remember.  I have made a lot

19    of posts.

20         Q.   Well, you heard yourself in the rotunda saying you are

21    Jayden X; correct?

22         A.   Yeah.  But people fake accounts all of the time, make

23    fake accounts like frequently of me, so, yeah.

24         Q.   Let's go through more of your accounts.  Let's bring

25    up 1110.  This 1110, this exhibit, you see up here this is from

CROSS-EXAMINATION OF JOHN SULLIVAN

```
 1    YouTube; correct?
 2         A.  That's correct.
 3         Q.  Not Telegram or Discourse or whatever you said on
 4    direct?
 5         A.  It is not.
 6         Q.  You were posting video tutorial on Molotov cocktails;
 7    correct?
 8         A.  I had automation post that on my account, yes, on my
 9    YouTube.  On my YouTube account, I have an automation set up
10    which automatically disseminates news from other news sources
11    and posts it as if it is me so I don't have to continue to post
12    news consistently.  I can have it do it for me and still record
13    protests.
14         Q.  Do you have an automation that posts how to make a
15    documentary?
16         A.  It is not geared towards that.  It is geared towards
17    news.
18         Q.  How was Molotov cocktail news?
19         A.  Well, I was working out some kinks.  But what I will
20    say is it is news.  It is news on what people are talking about
21    in that specific group and in that specific chat that I was
22    disseminating this piece of content from.
23         Q.  Well, isn't being a journalist literally the news, so
24    wouldn't you want to inspire the next generation of how to be a
25    journalist?
```

CROSS-EXAMINATION OF JOHN SULLIVAN

1      A.  I have done that.  I mean, there is multiple videos
2  that I make.  I mean, this is one of out of hundreds of videos
3  I post.  So I -- yeah, I have made one.
4      Q.  If we can bring up 1103.  This is from Insurgence USA
5  repeated by Jayden X and here on December 30th, you tweeted
6  "Definitely don't surround his house" and that is Mitch
7  McConnell in it?
8      A.  That is what it says, yes.
9      Q.  So you are saying you didn't do this one either?
10     A.  I have automation set up to automatically post on
11  Twitter, Facebook, YouTube, Instagram, all at the same time
12  from specific news sources that I can select or parameters that
13  I select.  And it will automatically read those and post on my
14  account.
15     Q.  How did your automation know that you would end up
16  surrounding the Capitol on January 6 where Mitch McConnell was?
17     A.  I'm sorry.  Can you say that again?
18     Q.  We can move on.
19     If we can bring up 1112.
20     Again, this is you being filmed while also filming;
21  correct?
22     A.  Yeah.  This is a photo by Robin Pendergrass.  He is
23  another photojournalist, a friend of mine.
24     Q.  Can we bring up 1111?
25     Now, 1111 is something that was automated, you actually

1    filmed 1111; correct?

2         A.   I did not film it, Jade did.

3         Q.   Thank you.  Yeah.  But you are physically in 1111?

4         A.   Yeah, that is me.

5         Q.   I think on direct you said that you just did this for

6    the documentary?

7         A.   Yeah.

8         Q.   So were all of those people in the protest hired

9    actors to be there?

10        A.   No.  You use the scene around you.  You use the

11   situation and it was a good situation to capture that scene.

12        Q.   And, again, Jade said her documentary was about you

13   being antiestablishment?

14        A.   I mean, that is her opinion on how I perceive the

15   government, I guess.  I don't really know.  I can't speak for

16   her, but that is not what the documentary is specifically

17   about.

18        Q.   Burning a flag is pretty antiestablishment?

19        A.   I mean, it means many things.  I guess, if that is

20   your opinion, I respect that.

21        Q.   If we can move on to 1106.  So we know that you

22   personally are in 1111.  And you also tweeted that video out;

23   correct?

24        A.   Yeah.

25        Q.   When you tweeted that out from your Jayden X account,

1   which you are in 1106, you also retweeted on your Insurgence

2   USA account, you have the caption, "Fuck the system, time to

3   burn it all down."  Correct?

4        A.  That is correct.

5        Q.  And on direct you stated that on January 6, you simply

6   came to just document; correct?

7        A.  Can you say that again?  I'm sorry.

8        Q.  On direct examination, when counsel was asking you

9   about why you went to Washington on January 6, you said you

10  went to the Mall that day just to film; correct?

11       A.  I did go there to film and document, yes.

12       Q.  And defense asked you beyond Jade, did you invite

13  anyone else to go out and you said no, correct?

14       A.  I did not invite anyone else, that is correct.

15       Q.  I am going to highlight this portion of 1106.  It

16  looks like it is a tweet.  Do you recognize that?

17       A.  I do.  But, again, I don't even know if this is my

18  account, like I previously stated.  But I do recognize that

19  post.

20       Q.  That post was an invite from Insurgence USA for people

21  to meet you on the Mall at January 6 at 11:00 a.m.?

22       A.  No.  It wasn't a meet up.  It was to turn into my

23  livestream that I planned on doing that day.  But there was no

24  signal to be able to do that, so I had to end up recording raw

25  instead.

1          Q.   If we can bring up 1104, please.

2          Now, 1104 is from the Twitter account, Jayden X and it

3     looks like John Sullivan has retweeted this.  Again, it is the

4     video from TikTok with the same caption of, time to burn it all

5     down.  But I am going to highlight down here, you tweeted, "We

6     need numbers to show up.  No fascist in DC.  March against

7     fascism.  Spread the word, comrades."  So here you are asking

8     people to show up in DC?

9          A.   So that is another automated post.  As you can see,

10    the Facebook.METCNDG literally URL.  That is a Telegram URL and

11    it would lead you to the specific person who actually did post

12    that.

13         Q.   This is from agents screenshotting your phone.  This

14    isn't from your phone, you realize that?

15         A.   I don't know where it is from, but I guess I told you

16    where it came from anyway.

17             MS. LEDERER:  Your Honor, brief indulgence.

18    BY MS. LEDERER:

19         Q.   Now, before you said that you didn't recognize the --

20    you said the invite that was automatically retweeted was just

21    for a livestream.  I am going to show you what has been marked

22    as 1420.

23         You see InsurgenceUSA.com down below?

24         A.   I do.

25         Q.   Do you see the Trump mask that basically looks like

CROSS-EXAMINATION OF JOHN SULLIVAN          55

1    the full portion of what had been on the 1106 tweet?

2         A.  I do see that, yes.

3              MS. LEDERER:  Your Honor, at this time if I can

4    publish 1420.

5              THE COURT:  Without objection, it is received.

6              MR. KIERSH:  No, except, Your Honor, may we --

7    sidebar, please.

8              (Conference held at the bench.)

9              MR. KIERSH:  This is not identified on the exhibit

10   list as an exhibit number.

11             MS. LEDERER:  No, I just marked it today as 1420 as

12   impeachment.

13             MR. KIERSH:  Okay.  I just want to make sure to make

14   it clear that it is not on the exhibit list.  This is coming in

15   today as impeachment.

16             MS. LEDERER:  Yes, that is why I was saying, can I

17   now publish?

18             MR. KIERSH:  That is fine, no objection.

19             (End of bench conference.)

20             MS. LEDERER:  Your Honor, if I may publish 1420,

21   please?

22             THE COURT:  You may.

23   BY MS. LEDERER:

24        Q.  Mr. Sullivan, down here, Insurgence USA; correct?

25        A.  Yes, that is what it says.

1    Q.  And on the left or the right hand -- excuse me -- side

2    of the screen, "Dump Trump for good, location Washington

3    Monument 11:00 a.m."  Did I read that directly?

4    A.  That is correct.

5    Q.  It doesn't say location, my livestream at 11:00 a.m.,

6    does it?

7    A.  It does lead to my website where that is.  And there

8    is another part to this.  You are showing a selective clip of

9    this.  There is actually an entire web posting that this flier

10   goes with.  And it is a flier I made because I don't like

11   Trump.  But it also is for people to tune in to the livestream

12   that will happen at 11:00 which is what will happen on

13   January 6.

14   Q.  So now you remember this flier?

15   A.  I always remembered it.  I told you I did.  I

16   didn't -- I said that account might not be my account though.

17   Q.  That is convenient.

18   Now, you, yourself, went down to the monument on January 6

19   and we can take 1420 down.  Thank you.

20   A.  Can you say that one more time?  I'm sorry.

21   Q.  Yes.  On January 6, you did go down to the monuments?

22   A.  I went to the -- I didn't get all of the way to the

23   monument, but I went towards it, yes.

24   Q.  And you were out on the Mall area?

25   A.  Yeah.  What do you define the Mall area specifically?

CROSS-EXAMINATION OF JOHN SULLIVAN

1   I was around there, yeah.  If that is what you are saying,

2   around the Ellipse, around the outskirts of it on the street.

3        Q.   Yeah.  We saw your video yesterday.

4        A.   Yeah.  I mean, I have given it to you guys, so --

5        Q.   We'll get to that.

6        When you went down there, you were dressed in a black

7   jacket; correct?

8        A.   Yeah.

9        Q.   You were dressed in an all-black outfit underneath;

10  correct?

11       A.   That is correct.

12       Q.   You had brought your gas mask; correct?

13       A.   I don't remember if I did or not.  But I assume so.

14  Actually, I'm sorry.  I did not bring it there.  We went back

15  to the hotel and got it.

16       Q.   But you brought it to DC?

17       A.   I did bring it to DC.

18       Q.   And you brought a megaphone to DC?

19       A.   Yeah.

20       Q.   So you brought everything to DC to dress for a riot?

21       A.   That wouldn't be my way of phrasing it, but I brought

22  everything to DC that I needed to document what was going on

23  down, to keep myself safe.  And if it so happened to be a riot,

24  I mean, I can't control that.  But I went there to document

25  what would transpire.  And I thought a riot might occur based

CROSS-EXAMINATION OF JOHN SULLIVAN

1    on the information that I was given.

2         Q.  Well, you have posted before how to dress for a riot?

3         A.  Okay.

4         Q.  And you posted before, how to dress for a protest and

5    it was exactly what you brought to DC?

6         A.  Okay.

7         Q.  And you posted come to the monument at 11:00 a.m. for

8    a counterprotest or, I'm sorry, your automated account did?

9         A.  What do you mean?  Can you explain or elaborate?

10        Q.  We just saw on 1420, you were encouraging people to

11   come out on the mall at 11:00 a.m.

12        A.  I wasn't encouraging people to come out.  I was

13   encouraging people to come out for my livestream, which would

14   happen at 11:00 a.m.  They could go to Insurgence USA to tune

15   in for a livestream that I was going to do.

16        Q.  And for that livestream, you didn't wear jeans?

17        A.  I didn't wear jeans, no.

18        Q.  Jade wore jeans to film?

19        A.  I don't know what she wore, but I assumed that would

20   be the case, yeah, maybe.

21        Q.  You didn't wear a random color hooded sweatshirt like

22   green or blue or orange?

23        A.  No.

24        Q.  You didn't wear a non-black jacket?

25        A.  A non-black jacket, no, I did not.

1    Q.  Jade wore regular clothes to film?

2    A.  I guess so.  I wore regular clothes to film too.  It

3    is just I like black, I guess.

4    Q.  When you were down filming, like you said on direct,

5    and like we saw in Exhibit 702 through 708, there wasn't much

6    going on for you to film?

7    A.  There wasn't much going on.  I mean, I just record

8    what is happening.  I don't control what is going on, so I just

9    show up.  If things are occurring, then it is on camera.

10   Q.  And no one showed up for this 11:00 a.m.

11   counterprotest that your automated Twitter had sent out?

12   A.  There was not -- I mean, that is not a counterprotest,

13   live stream notification to have people watch my livestream.

14   Q.  Also 1104, you tweeted, we need people to come out,

15   comrades?

16   A.  I don't know about that, but if -- I have no idea.

17   Q.  Now, eventually things did start to pick up and

18   rioters breached onto the Capitol grounds?

19   A.  Can you rephrase that question, I guess or restate it?

20   Q.  Yeah.  Rioters breached the Capitol grounds on

21   January 6; correct?

22   A.  Did they?  Yeah, rioters did breach the Capitol

23   grounds.

24   Q.  Because you knew that, you went down?

25   A.  Because I know rioters breached the Capitol grounds, I

1    went to the Capitol, is that what you are asking?

2         Q.  Yeah.  That is exactly what I just asked.

3         A.  That is correct.

4         Q.  And on the way down, you started encouraging people to

5    go down with you?

6         A.  That is incorrect.

7         Q.  If we can bring up 709, please, and bring it to 2

8    minutes in.

9         If we can play through to about 2:30.

10        You just told that individual, "I better see you fucking

11   shit up up there."

12        A.  Like I said, I am blending in with the crowd.  This

13   guy came up to me and started talking.  I can't remember the

14   specific thing, but it prompted me to put up my guard to make

15   sure I protected myself from these people who were specifically

16   testing me and seeing if I was a threat to them by recording

17   them.

18        Q.  And your version of blending in was bringing a vest, a

19   megaphone and a gas mask when these people are dressed in

20   street clothing?

21        A.  It is part of it, sure.

22        Q.  Now, everyone else is focused -- and this right here,

23   this still shot at 2:30, everyone is looking forward, correct,

24   no one is paying you any mind, no one is looking at you?

25        A.  In front of the camera, yeah.

CROSS-EXAMINATION OF JOHN SULLIVAN

1      Q.  And we didn't hear that individual on the side of you,

2  threatening you, did we?

3      A.  I'm sorry?

4      Q.  We didn't hear the person next to you threaten you,

5  did we?

6      A.  I don't know if it was a specific threat or indirect

7  threat.  If you want to play it again, I can assess it again

8  and let you know.

9      Q.  Sure.  Let's bring it back to 2 minutes.  And we

10  watched this whole thing yesterday; correct?

11      A.  Huh?

12      Q.  We watched this whole thing yesterday; correct?

13      A.  Yeah.  But I don't have a perfect memory,

14  unfortunately, but video is great for that.

15      Q.  So this man with a water bottle in his pocket and a

16  baby American flag was threatening to you?

17      A.  Yeah.  So my experience from protests is there is

18  people who test you in these groups.  And they look to see if

19  you are a threat.  And those people who record their

20  activities -- and they will suddenly surround you and and

21  target you and try to force you out of the protest after that.

22  As you saw in Portland people targeted me, harassed me,

23  threatened me.  I don't want that to happen, especially in a

24  large group.

25      Q.  If we can bring up to 5:30.  And you didn't hear this

1   individual say, hey, we got someone in all black, he is just

2   like a counterinsurgent, get him?

3        A.  I didn't hear that, but it is not that type of threat

4   or perceived threat on my part.

5        Q.  You continued to encourage people when you got down to

6   the lawn.  If we can play to about 6 minutes.

7        Again, you are telling people, "What are we doing?  Let's

8   go up there"?

9        A.  Am I saying those things?

10        Q.  Yeah.  Those words just came out of your mouth.

11        A.  I guess so, yeah.  All I will say is that, all of

12   the -- that is the same person as prior, he was following me

13   the entire time.  So protecting myself was even more so.  He

14   was trying to see, what am I doing?  Who am I here with?  What

15   I am here for and to see if I am one of them, if not one of

16   them and to test me.  So I have been through this prior with

17   lots of experience.

18        Q.  You were also following people too, everyone was

19   walking down to the Capitol, Mr. Sullivan?

20        A.  People were walking down to the Capitol, that is

21   correct.

22        Q.  If we can bring 709 to 9 minutes, please.

23        Now, there were moments throughout the day where you and

24   Jade had moments to yourself, when you weren't engaging with

25   the crowd; correct?

CROSS-EXAMINATION OF JOHN SULLIVAN

```
 1          A.  Yeah, I guess so.

 2          Q.  If we can press play and play to about 9:35.

 3          If we could press pause, please.

 4          You just said, "let's fuck that shit up."  And that was

 5     just to Jade?

 6          A.  Did I say that?  Yeah, I think I said that in the

 7     video.

 8          Q.  And, again, no one -- people are just politely

 9     engaging with you here?

10          A.  No.  That Asian man was still beside me, which you

11     can't see on camera.  But he was still beside me following me.

12     It was very strange.  Regardless of that, that was not even

13     directed towards anyone, I think.  And it was very under my

14     breath.  You can hear me because the camera is closest to me.

15     And so, yeah.  No one else -- it is not like I screamed it into

16     the crowd or --

17          Q.  It has been three different people next to you,

18     Mr. Sullivan.  We could hear a person --

19          A.  I don't know how many people --

20          Q.  We saw a person with red hair.  Now it is another

21     person.

22          A.  I don't know how many people were next to me.  I guess

23     in my immediate vicinity, maybe there was three or two.

24          Q.  If we can please bring up 710.

25          And if we can bring 710 to 2 minutes and 15 seconds in.
```

1       Mr. Sullivan, you started chants while at the Capitol?

2       A.  If that is your perception.  I don't think I did,

3   but --

4       Q.  Well, let's press play and I will have some questions

5   for you.  If we can play to about 2:32.

6       I mean, you literally say, "I have got to start some

7   chants"?

8       A.  I do say that.  That is not disputed.  But it doesn't

9   mean that I did start chants.  I don't think one person

10  chanted, we have got to start some chants, which is what I said

11  and even we have got to burn this shit down, which was just a

12  joke, a trolling thing.  But it is fine.

13      Q.  So everyone's safety at the Capitol that day was worth

14  your joke of saying out loud multiple times, let's burn this

15  down?

16      A.  Multiple times, I don't think I said it multiple

17  times.  But there were a few times where I joke about something

18  to that regards.  If that is what you are saying.

19      Q.  You know this group is extremely incendiary?

20      A.  I don't know that.  I just arrived.  People were

21  already there.  But I guess, you could say there were some

22  individuals who were very violent, yes.

23      Q.  And as the day went on, you witnessed that violence,

24  you were in the middle of it?

25      A.  I witnessed and documented it, yes.

1      Q.  And, again, your joke of let's burn it down was worth

2  everyone's safety?

3      A.  It wasn't even near -- when was that?  I never said it

4  near anybody nor was it endangering anyone.  Again, I said

5  things that were a joke or for my protection.  And in this

6  video, I don't know what you are getting at on that.

7      Q.  Let's get to it.  Let's get to 8 minutes in, please.

8      No one forced you to go to the Capitol that day.  You

9  brought yourself down there that day; correct?

10     A.  No one forced me, no.

11     Q.  So if you didn't even have to be in this situation,

12  you wouldn't have had to make those words, but you wanted to be

13  there?

14     A.  It is my job to document and record, so, yeah, it is

15  my living.

16     Q.  Well, not according to the video that you posted, it

17  wasn't your living.  You weren't making any money off of it.

18     If we can press play, please.

19     You said, "If we don't get this shit, we are burning it

20  down."

21     A.  I said something to that regards probably, yeah.

22     Q.  If we can bring to 9 minutes and 5 seconds in.

23     And if we can press play, please.

24     If we could press pause, please.

25     Here you were saying, "Let's go, let's go, let's go"?

1      A.   It is a very crazy situation, as you can see.  So,

2   yeah, I am going to say a lot of things.  And also I am going

3   to try and protect myself even more so than before.  Here is

4   that point, where I am at the threshold of absolute danger

5   where these people are doing pretty crazy things.  I don't know

6   what the next guy is going to do to me or who is behind me or

7   who is in front of me -- all random people so close that you

8   can't even move in the crowd.  It is like a mosh pit.  So I am

9   going to protect myself, yes, I am.

10      Q.   Everyone except for this person way over here,

11   everyone is focused on getting up, no one is focused on you?

12      A.   You told me it was just a very incendiary, violent

13   place going on.  So, yes, it is very violent, regardless of if

14   you believe or not that I am in imminent threat, I believed it.

15   And so I defended myself accordingly.

16      Q.   And, again, you didn't have to be there?

17      A.   It is my job to document and record history.

18      Q.   Now, yesterday, or it might have been Monday, we

19   watched video of fellow rioters helping you fix your gas mask?

20      A.   Fellow rioters, no.  I don't know anyone there at all.

21   If you are referring to the person who reached over and just

22   started touching my gas mask to fix it, I don't know who that

23   guy was.  But I -- you know, I am going to be nice to him.  I

24   am not going to say rude things to him.  I don't want to get

25   beat up or something like that.  I don't know who this guy is.

CROSS-EXAMINATION OF JOHN SULLIVAN

1    It was just strange in general.

2        Q.  He didn't say, hey, you, I am going to get you, he

3    helped you with your mask?

4        A.  Well, if that is how you perceive it.  There is a lot

5    of other situations.  I mean, there is just so much going on.

6    I can't tell you past that.

7        Q.  Well, you knew what was going on.  If we could bring

8    up 701.

9        And if we could bring it to 4 minutes and 15 seconds in.

10       And if we could play to about 4:30.

11       You said, "It is a mother fucking revolution.  It is

12   ours"?

13       A.  I mean, that is what I said, yes, to protect myself

14   again.

15       Q.  And, again, no one is paying attention to you, this

16   man is pepper spraying?

17            THE COURT:  Ask that in the form of a question.  Quit

18   making the statements.

19   BY MS. LEDERER:

20       Q.  You didn't hear this man say, hey, who are you, did

21   you?

22       A.  Did I hear that?  No.  There is a lot of people

23   shouting, so I don't know why I said that.  But there was

24   something that prompted me to say those things to protect

25   myself; right?  There is a few Proud Boys next to me that

CROSS-EXAMINATION OF JOHN SULLIVAN

1   actually have been convicted and charged.  And they were actual

2   threats to me and to everyone around them.  And I mean they

3   were pepper spraying the police and hitting them with

4   barricades.  So, yeah, I am pretty concerned for my safety

5   right now.

6        Q.  That is what everyone was doing that day, they were

7   focusing on the police, to get through the police; correct?

8        A.  They were focused on anyone who they are in opposition

9   to, that means people recording them doing criminal activities

10  like I am doing right there.

11       Q.  Oh, you were doing criminal activity.  Okay.

12       A.  I was recording them doing criminal activities.  But I

13  was not doing any criminal activity by recording.

14       Q.  Everyone was recording on January 6.  There is phones

15  galore; isn't there?

16       A.  I mean, does that old guy have a camera in his hand

17  recording me or anything?  No.  He is crying because he has

18  tear gas in his eyes from someone spraying him.  So not

19  everyone is recording and not everyone has a gimbal either.

20       Q.  If we can please bring up 669.

21       And if we can bring this to 1 minute and 15 seconds in.

22       And if we can play, please.

23       You turned around and put your fist up; correct?

24       A.  I don't know if I put my fist up, but I do turn

25  around, yes.

1      Q.  You don't head right for the building, you turn around

2  and you engage in the crowd?

3      A.  Why would I -- I don't know what you mean by that, but

4  I was recording the crowd coming up the balcony, which is why

5  my camera is turned in such a way.  You can see the camera

6  pointing at the crowd.  So I am allowing the people, like you,

7  to see what is occurring and where people are coming from.

8  Like, I am going to turn around and flip, do a whole bunch of

9  different things to show you what is going down, hold my camera

10  above the crowd, I do that, yes.

11     Q.  We also know that there is surveillance footage from

12  Capitol Police that is recording what is going down on

13  January 6, too.  We watched that.

14     A.  Do I know that there is surveillance footage?

15     Q.  Not on this day --

16     A.  Or CCTV?

17     Q.  You know there is CCTV that was recording what was

18  happening; correct?

19     A.  The CCTV.  Uh-huh, yes.

20     Q.  You know that there were legitimate news organizations

21  who were there recording; correct?

22     A.  I guess.  I don't know that for certain but I can

23  assume so, sure.

24     Q.  If we could please bring up 669.

25     I apologize.  If we can bring up 670.

CROSS-EXAMINATION OF JOHN SULLIVAN

1          And if we could play 670, please.

2          If we can pause, please.  That is you saying, "Woo, woo,

3    woo woo"?

4          A.   That is me.

5          Q.   And, again, none of those individuals are bothering

6    you?

7          A.   I mean, they are not directly bothering me, no.  But

8    there is a -- there is still a threat regardless.

9          Q.   At this point, we are shortly here after, you end up

10    helping other rioters up the balcony; correct?

11          A.   Do I help them?  I believe I reached out and helped

12    one person, yes.

13          Q.   And after January 6, when you were emailing with the

14    Associated Press, you told someone from the Associated Press

15    that you were not giving a hand to people that day?

16          A.   I said a lot of things, but I don't remember that.  So

17    if you could show me, that would be great.

18          Q.   Yup.  If we could bring up 902.19, please.

19               THE COURT:  We'll do that at 1:45.  Don't talk about

20    the case with anyone.  Have a nice lunch.  I will see you back

21    at 1:45.

22               (The jury left the courtroom.)

23               THE COURT:  Off the record in this case.

24               Can I see counsel at the bench for a minute?

25               (Discussion held off the record.)

CROSS-EXAMINATION OF JOHN SULLIVAN

```
 1              (Recess taken at 12:32 p.m.)

 2

 3              THE COURT:  You can go ahead and resume the stand.

 4              (The jury is seated.)

 5              THE COURT:  You may be seated.

 6              MS. LEDERER:  May I, Your Honor?

 7              THE COURT:  You can resume.

 8   BY MS. LEDERER:

 9        Q.  Good afternoon, Mr. Sullivan.

10        A.  Good afternoon.

11        Q.  Before the break we were pulling up Exhibit 902.18.

12        A.  Okay.

13        Q.  As this is brought up, I had been asking you about a

14   email response you had given to the Associated Press about

15   whether or not you had helped rioters up the wall.

16        If we could call out the top portion.

17        Mr. Sullivan, you responded back to this individual from

18   the Associated Press saying, they were scaling the building on

19   their own.  I was just there witnessing the events unfold and

20   documenting this for the world to see.  But that is not true,

21   you were helping rioters up?

22        A.  No.  This is correct.  I was only observing.  They

23   climbed up the wall on their own accord.  I was just there as

24   an observer.

25        Q.  If we could bring up Exhibit 670, please.  If we can
```

1   play this, please.

2          That is you leaning over helping people up?

3          A.   I'm sorry.  Can you say that again?

4          Q.   That is you leaning over and helping people up?

5          A.   I didn't see me help anybody up over the wall.  But

6   that is me there on the balcony, yes.

7          Q.   When we were playing video with Deputy Chief Loyd, you

8   missed the part of Jade's video you were pulling people up

9   saying, that is savage, bro, that is savage?  You missed that

10  part?

11         A.   I don't know if I said that, but I definitely did help

12  somebody up over the wall.  It was only to protect myself from

13  the people who are around me.  If you listen to this video as

14  well, you can hear Jade saying the same things that I am

15  saying.  She is doing the same things.  She understands the

16  threat that is around us and what could happen.

17         Q.   She didn't help anyone up that wall?

18         A.   She might not have, but she might not have felt the

19  threat that I was under.

20         Q.   She didn't lie to the Associated Press saying, I did

21  not help anyone up?

22         A.   I didn't lie, but I understand your perspective.

23         Q.   Now, after you spent some time overlooking the crowd,

24  you actually go into the building and you went through a

25  window; correct?

CROSS-EXAMINATION OF JOHN SULLIVAN

1          A.   I did go through a window, yes.

2          Q.   You didn't go in through the door, did you?

3          A.   No.  The door was filled with people.

4          Q.   Jade made it through door, didn't she?

5          A.   We got separated at at the point.

6          Q.   But you saw the video again with Deputy Chief Loyd of

7     Jade following you all of the way up to the window and then she

8     pivoted to the door.  Did you miss that part?

9          A.   I didn't know where she was.  All I know is she was

10    behind me somewhere and then I couldn't find her.  So once I

11    got through the window, I went to look for her.

12         Q.   Did you hear Jade testify yesterday the other day that

13    it made her uncomfortable to go through the window, so she went

14    through the door?

15         A.   It made her uncomfortable, is that what you said?

16         Q.   That is what she said.

17         A.   I don't remember that or recall that.  I'm sorry.

18         Q.   After you went through the window, I know you wouldn't

19    have known that it was called this name back then on January 6,

20    but have you heard witnesses refer to the area that you went to

21    right after the window as the senate carriage door?

22         A.   Have I heard of it?

23         Q.   Did you hear witnesses refer to it during trial?

24         A.   I have never -- no, I haven't or I just don't

25    remember.

1      Q.  But that area that you went to after the window,

2  officers at that area asked you to leave, didn't they?

3      A.  I don't think they specifically asked me to leave.

4  Maybe one officer did.  But I don't think he specifically told

5  me get out of the building.  But there were also officers

6  telling other officers that they are going to lock the doors,

7  preventing me from getting out.  So there was kind of

8  conflicting interest there on what I was supposed to do versus

9  what they are telling me to do.

10     Q.  Do you remember telling officers, I am just here to

11  film?

12     A.  I was just there to film and document, yeah.

13     Q.  And then do you remember the officer responding back

14  with, "I don't care, you can do it outside"?

15     A.  But there was also another officer saying, close the

16  doors, lock the doors.  So I don't know what -- you want me to

17  listen to one versus another.  They are both saying that at the

18  same time.  So in the heat of the situation, it is very hard to

19  understand which officer wants you to do what.

20     Q.  When you first got there, multiple people made it out

21  the door before you did and you turned around?

22     A.  I didn't feel like it was safe enough at the door.

23     Q.  Officer Willem also said that he told you and other

24  rioters to step back and they would eventually clear the door

25  for you to leave.  Do you remember hearing him testify?

1    A.   I don't know that, but I do recall stepping to the

2    side, allowing them to do their duties and allowing them to

3    clear the area, which they did.

4    Q.   Well, they didn't because you were still inside the

5    building and then you overran that police line?

6    A.   No.  They closed the door, actually so I couldn't get

7    out.  And if the door was open, I would have gone out, because

8    they told me to.  But they closed the door.  And that was a

9    command given I don't even think by any of those officers, by a

10   higher ranking officer.  You can hear it over the police radio

11   if you listen.

12   Q.   But Sergeant Willem after the door was closed, you

13   told him, hey, the door is closed.  And he said, hang tight

14   here and then we'll get the doors back open and you can leave.

15   You remember him testifying to that, don't you?

16   A.   I don't remember that, but I waited there until they

17   gave me a -- told me what to do.  But he didn't know what to

18   do.  I asked him on video, I said, what do you want us to do,

19   the door is locked over there?

20   Q.   Well, you didn't listen to him, because he asked you

21   to leave and you went further into the building with other

22   rioters?

23   A.   I listened to every officer and every command that

24   they told me.

25   Q.   When Officer Debniki (ph) said, you can film outside,

1    you didn't leave, did you?

2        A.   Can you say that again?  I'm sorry.

3        Q.   You listened to every single command to leave, but

4    Officer Debniki asked you to leave and you did not leave?

5        A.   I don't know his name specifically.  I -- so I cannot

6    say if that officer asked me to leave.  But I listened to

7    everyone to the best of my ability, where there is an officer

8    telling me to leave, I would leave.  But then there is another

9    officer telling me to stay, lock the doors.  I can't do

10   anything about it when they lock the doors preventing me from

11   leaving.

12       Q.   And then after Officer Willem, who testified said,

13   hey, hang tight, we'll get those doors back open and leave, you

14   continued past him eventually; correct?

15       A.   I mean, I followed the crowd.  I am there to document.

16   And the officers stood to the side.  I think they were dealing

17   with the vice president at that time who was in the side room.

18   And so they kind of went off on their own way somewhere.  I

19   don't know.  I am not responsible for them, I guess.  I don't

20   do anything that -- yeah.

21       Q.   Well, when you were walking back, you walked right

22   past the window that you climbed through in that door.  You

23   didn't leave there, did you?

24       A.   I walked past it?

25       Q.   Yeah.

1        A.   Yeah, I walked past that window.

2        Q.   And you stayed inside the building?

3        A.   Sure.

4        Q.   Then you went upstairs and made your way to the house

5   main doors, despite being told to leave; correct?

6        A.   Despite being told to leave.  I mean, no one was

7   telling me to leave at the time, but I was there to document

8   and record what people were doing, hold people responsible.

9   And I did just that.  I am there to get the story and followed

10  where people were going and I followed where people were going.

11       Q.   And part of you having to get the story was you

12  saying, in response to someone's saying, hey, no violence, you

13  said, "It's too late for that"?

14       A.   I don't know if that is something I said.  But, yeah.

15  I mean, if you could play it for me, I -- that is fine too.

16       Q.   Sure.  If we could bring up 638.  If we can press

17  play.

18            Okay.  We can pause.  You said, "It is too late for that"?

19       A.   Yeah, I did.  And, I mean, people were conducting

20  violence.  It is observation.  There is nothing wrong with

21  observing what is going on and allowing people to understand

22  what I am witnessing on camera.  They need to understand what

23  is happening around me, so I have to narrate sometimes.

24       Q.   So when someone said to be peaceful and you said,

25  "Fuck that shit" was that you narrating what was going on

CROSS-EXAMINATION OF JOHN SULLIVAN

1    around?

2        A.  I don't know.  I mean, again, there I said a lot of

3    things, so if you could play me that part, that would be great.

4        Q.  Sure.  If we can bring up 701, please.

5        A.  Thank you.

6        Q.  If we can bring it to 37:50.  If we could pause it.

7    You said, "Fuck that shit" and then we hear you say, "Push"?

8        A.  I did say, "Fuck that shit."  But I don't know -- I

9    mean, that has -- I mean, I don't even know what I was

10   referencing at that point.  There is no directed -- I can't see

11   what is around me.  I can't remember what was around me.

12       Q.  At this location you also told other rioters that you

13   had a knife; correct?

14       A.  I did say it, yeah.

15       Q.  And then you then pulled out a knife, didn't you?

16       A.  No, I did not pull out a knife.

17       Q.  If we can bring up 693.

18       A.  At least to my knowledge, I will say that.

19       Q.  And if we could bring it forward -- if we could press

20   play and then we'll pause around 8 seconds and we will go frame

21   by frame.  I apologize.  Can we bring up 692?

22       And as that is being brought up on direct, you said that

23   you did not bring a knife to the Capitol?

24       A.  That I did not bring one?  I don't remember what I --

25   I brought a lot of items, but I don't remember bringing a knife

1    specifically.  But I did bring one to DC, I know that for

2    certain.

3         Q.  If we can press play and then we'll pause around 8

4    seconds.

5         And if we could just go frame by frame a little bit.

6         Perfect.  For the record, we are here at 9 seconds into

7    692.

8         Mr. Sullivan, right here circling your hand, that is a

9    knife in your hand?

10        A.  I'm not sure if that is a knife.  I mean, I don't even

11   know what that is in my hand, to be honest.  But, yeah, I guess

12   if that is your observation of the object or whatever that is,

13   I have no idea.

14        Q.  Well, you are also saying, I have a knife on your

15   recording?

16        A.  Yeah.  I could have been holding up anything just to

17   make it seem more believable.  I mean, that is just what I need

18   to do to get to the front of the crowd.  I need to get to the

19   front of the crowd so I can capture what was happening at the

20   doorway where those officers were.  And I needed to show what

21   was happening to those officers.  But it was too jam packed for

22   me to get to the front.  So I couldn't even get there anyways

23   so I, yeah, gave up on that endeavor, I guess.

24        Q.  Well, you didn't because you then went to the

25   Speaker's Lobby and said, I have a knife, I have a knife again?

CROSS-EXAMINATION OF JOHN SULLIVAN

1    A.  No.  I gave up on the endeavor of getting to the front

2    of this -- I guess this doorway where the other police officers

3    are pinned up against it.

4    Q.  And I am going to circle all of those phones right

5    here recording, plenty of people were recording what was

6    happening at the front, not just you, weren't they?

7    A.  Do they have a gimbal or other cameras on them?  Are

8    they holding it like this?  I had a gimbal with me.  I had lots

9    of other recording devices that assisted me to be able to get

10   the shot that I got.  And I continuously recorded for 49

11   minutes without stopping.

12   Q.  Jade recorded without a gimbal and we got a very clean

13   shot of exactly what you were doing that day, didn't we?

14   A.  She also used my camera as well.

15   Q.  If we -- I am going to pivot to the Speaker's Lobby

16   where you went after and you went right up to the front of the

17   Speaker's Lobby.  At that point, rioters had already made

18   attempts to get through that door at the Speaker's Lobby when

19   you got there, weren't they?

20   A.  They made attempts to do that.

21   Q.  Yeah, you saw smashed out windows?

22   A.  I am sure -- sure.  Yeah, they made attempts to do

23   that.  I recorded it, yeah.

24   Q.  And you were telling officers, we'll make a path,

25   we'll make a path, just leave, something like that?

CROSS-EXAMINATION OF JOHN SULLIVAN

1    A.   The rioters were very violent.  I was very concerned

2    for their safety.  And I wanted to make sure they were okay and

3    they got out unharmed.  And so, yes, they didn't have any

4    shields or batons in their hands.  They weren't defending

5    themselves.  So, yeah, I am concerned for them and I care about

6    people's lives.  That is just how it is.  And I don't want to

7    see them get hurt, so I am going to do everything I can to get

8    them to safety.

9    Q.   You're so concerned with people's lives right after

10   those officers left, you told other rioters, go, go, let's go

11   get that shit as they began to bang on the doors?

12   A.   Again, I do what -- I say whatever I can to keep

13   myself safe.  And that was a very violent situation.  And

14   anybody in the similar situation holding a camera to these

15   people's faces as they smash that door is a -- it is a very

16   hard thing to do, very hard for people to allow you to be.  So

17   I am defending myself and keeping myself safe in the best way

18   that I possibly can.

19   Q.   Mr. Sullivan, we watched several other exhibits from

20   the Speaker's Lobby.  We watched Exhibit 605.  We watched

21   Exhibit 601 and 601.1.  None of those people who were filming

22   made statements like, go, go, let's get this shit, did they?

23   A.   You bring up a good point.  And I will say that I have

24   every right to feel fearful on my own accord, especially given

25   the circumstances that I was under.  I had a militia of 20,000

1    right wing extremists come after me.  And a lot of those people

2    were targeting me.  And I have fear of those very people doing

3    those very things to me.  And I do not want that to happen to

4    me.  And that is something that is a reality for me, maybe not

5    for others, but for me, it is.

6         Q.  Mr. Sullivan, on January 6, 2021, those rioters wanted

7    the senators and the representatives, they didn't want you, you

8    understand that, don't you?

9              MR. KIERSH:  Objection, Your Honor.

10             THE COURT:  Sustained.

11   BY MS. LEDERER:

12        Q.  Mr. Sullivan, you know that you were standing outside

13   a chamber.  You might not have known if it was the House of

14   Representatives or the Senate, but you knew that inside what

15   was happening that day inside the Capitol?

16        A.  I didn't know where I was standing at the time but I

17   knew of the electoral process that would occur on the 6th.  I

18   knew nothing of the Capitol.  I knew -- I didn't even know

19   where I was.

20        Q.  And you knew that the majority of the crowd there,

21   were chanting things like, Stop the Steal?

22        A.  They were?  Yeah, they were chanting those things,

23   yeah.

24        Q.  And that they didn't want Joseph Biden to become

25   president and they were there to stop that certification, you

CROSS-EXAMINATION OF JOHN SULLIVAN

1   knew that was happening that day?

2           MR. KIERSH:  Objection, Your Honor.

3           THE COURT:  Sustained.

4   BY MS. LEDERER:

5       Q.  Mr. Sullivan, you heard people chanting, stop that

6   steal?

7       A.  I heard --

8       Q.  Stop the Steal?

9       A.  -- heard that, yes.  Yeah.

10      Q.  And you know back in 2020 into 2021, there was a lot

11  of talk over whether or not the election was stolen?

12      A.  That is how I knew to show up that day, yes.

13      Q.  Now, you remained at those doors after saying, "go,

14  go, let's get this shit," and a woman was shot, correct?

15      A.  At what doors specifically?  I'm sorry.

16      Q.  At the doors where the woman was shot?

17      A.  I stayed there?

18      Q.  Yes.

19      A.  I moved from the doors, actually went down the hallway

20  a little bit, because I needed to give room to the paramedics

21  that were supposed to come and conduct aid for her.  And, yeah,

22  so I moved off to the side because the officers were telling me

23  to.

24      Q.  They were also telling you to completely clear the

25  area, weren't they?

1      A.   I cannot recall that at that time.   But watching back

2   the video, I can see they were telling people to leave the

3   area.

4      Q.   And you didn't leave for about 10 minutes after that

5   shooting?

6      A.   That is because I was there to document and record as

7   a witness to show people what happened.   It is my job to do

8   that.   It is my job to record what the police are doing and

9   what the people are doing and to stand out of the way, so that

10  they can conduct their job, their duty.   And if they wanted me

11  to move further back, I would move further back.

12     Q.   They wanted you to leave and you did not leave, did

13  you?

14     A.   They did not once direct that towards me.

15     Q.   You heard Agent Yetter say multiple times, I was

16  asking people to leave and they weren't leaving; correct?

17     A.   You said he was asking people to leave, but he wasn't

18  asking me to leave.   He asked the grandmother to leave who was

19  yelling in his face.   He didn't yell at me.   He didn't ask me

20  to leave.

21     Q.   Well, I had asked Agent Yetter while we were looking

22  at 701, which is your film, is the person holding this camera

23  leaving after your asking this person to leave and he didn't.

24  Do you remember that?

25     A.   I can't speak for him.   If that is what you are saying

1    he said then I guess that is what he said.

2        Q.   And you are saying today that you were there so that

3    you could document everything that was happening; correct?

4        A.   Yeah.

5        Q.   So when the FBI came and asked you for the video, it

6    was made clear that they wanted video to see everything that

7    had happened that day; correct?

8        A.   Yeah, to give them all of the video that I had.

9        Q.   And the video that you gave to agents at the time that

10   Agent Foulger came to your house, that was not complete, was

11   it?

12       A.   It was.

13       Q.   If we can bring up 711, please.

14       Mr. Sullivan, this is Exhibit 711?

15       A.   Uh-huh.

16       Q.   I am going to circle down here -- and excuse me.  I

17   just covered it.  This video is only 7 seconds long; correct?

18       A.   It is actually a little bit longer than that.  I think

19   it is 8 minutes, but I stop recording -- my camera, so I turned

20   it off because I was getting contact information for one of the

21   journalists there.  And then I turned my camera back on.  So,

22   yeah, it is not just 7 seconds.  I think there is an 8-minute

23   video.  I can give it to you, if you like.

24       Q.   Well, you heard Agent Foulger say this 7-second video

25   is all that he got from you when he spoke with you on

CROSS-EXAMINATION OF JOHN SULLIVAN

1    January 11th?

2        A.   That is incorrect.  I also give him the 50-minute full

3    video.  That is what he requested.  He didn't come for anything

4    else.  I gave to him what he asked.  We were at my computer.  I

5    showed him the folder with all of my videos in it.  And I said,

6    which one do you want?  What do you want.  And he said, just

7    this one and I gave it to him.

8        Q.   Agent Foulger also had identified Exhibits 701 all of

9    the way through 711, those were the videos that you gave him on

10   January 11th?

11       A.   I cannot say what he wanted other than what he told

12   me.  So I gave him what he asked for.

13       Q.   And then you heard Agent Foulger testify that later on

14   one of your hard drives he found the 8-minute version of what

15   was happening after the shooting?

16       A.   Well, I guess, he found the 7 second, but, yeah, I

17   mean that is what he found on there, he didn't ask for that.  I

18   would have given it to him, also I posted that online too.  It

19   was publically available.  I didn't hide any of it.

20       Q.   Mr. Sullivan, this is the only video you gave Agent

21   Foulger on top of the 50-minute version you gave Exhibit 701

22   through 711, all of those videos on January 11th; correct?

23       A.   I don't know what those numbers specifically are, if

24   you could show me the specific videos so I can testify to that,

25   then I am more than happy to.  I don't know the exhibit numbers

1  off the top of my head.  I know 701 is the main video.  And I

2  gave that one to him unequivocally.

3        Q.  You gave videos from up at the Mall.  We watched all

4  of those yesterday?

5        A.  If I did, that is what he asked for and I gave it to

6  him.

7        Q.  And then you gave this 7-second video?

8        A.  I gave him whatever he asked for.

9        Q.  And then on your hard drive was the 8-minute video of

10  you berating officers after the shooting?

11        A.  I'm sorry.  Can you say that again?

12        Q.  Found on your hard drive, months later, was the

13  8-minute video of you berating officers after the shooting?

14        A.  I don't know what they found.  I don't even have the

15  extraction -- I haven't even seen the extraction data which

16  guys have pulled from my computer.  I would love to see that

17  though, because I would love to look over the evidence.

18        Q.  Sitting all of the way over there, with your counsel,

19  everything has been provided, Mr. Sullivan, nice try.

20        A.  Well, I haven't seen the extraction report from my

21  specific hard drive.  And that is what I am referring to.

22        Q.  Again, it is sitting all over there.  It has been

23  provided.

24        Now afterwards, you called your friends on Discord to talk

25  about what you had witnessed at the Capitol; correct?

1      A.   Yeah.  Well, not my friends.  I mean, they are people

2   who are members of my Discord chat or channel.  There is like

3   1,000 people in there, so I don't know all of them, that is for

4   sure.

5      Q.  If we could bring up 688, please.

6      And if we could bring it to 50 seconds in, please.

7      If we could play, please, and then we'll pause around

8   1:30.

9      Mr. Sullivan, after you tell the person on the phone what

10  had happened, that person responded with "As much as I wish it

11  were us, we get to swoop in and save the day."  Did you hear

12  that?

13     A.   I did not.  But I haven't even been given this video

14  to review.  Again, like, I would love to play the entire thing

15  and listen to the entire conversation and transcribe it so I

16  can understand what is being talked about in its entirety.  But

17  I did not hear what you are stating.  I couldn't hear even what

18  she was saying, to be honest with you.  So --

19     Q.   Mr. Sullivan, you were -- you sat here multiple times

20  or you have been sitting here and you told us multiple times

21  that you were working with Jade to make footage?

22     A.   I was working with her, yes.

23     Q.   And you really want to sit here and pretend that you

24  have never seen footage that, first off, you were making with

25  Jade.  Do you really want to pretend that?

1          MR. KIERSH:  Objection --

2          THE COURT:  Sustained.

3          MR. KIERSH:  -- to the form of the question.

4   BY MS. LEDERER:

5      Q.  And everything has been handed over to you previous to

6   trial years ago.

7      A.  I haven't seen any of this footage.

8      Q.  But you lived it?

9      A.  I lived it, yes.  But it is one thing to watch it back

10  again and to see the conversation.  I can't remember

11  everything.  I am not a perfect human who has perfect memory.

12     Q.  If we can continue to play and we'll pause around

13  1:47.

14         Pause here at 1:47.  You say, "I instigated violence"?

15     A.  I don't think I said I did.  But if you are referring

16  to that entire comment there, I directly recall it being to

17  something somebody said in the Discord call, which there is

18  like I think there is like 10 people in there, maybe more --

19  talking about something similar to that because I brought a

20  megaphone to make sure I could get to the front of the crowd.

21  They all knew of that.  Like I said, I would love to listen to

22  the full conversation and in its entirety, so we all can get

23  the full context, so I can get the full context, because I

24  don't remember everything I said.

25     Q.  Sure.  Let's bring it back all of the way to zero.

1        A.  Yes, I would love that.  Thank you.

2        Can we continue playing the video all of the way to the

3    end?

4        Q.  My question originally was did you hear yourself say,

5    I brought my megaphone to incite violence?

6              MR. KIERSH:  Objection.

7              THE COURT:  Overruled.

8              MR. KIERSH:  It is inaccurate.  It is an inaccurate

9    question.

10              THE COURT:  She asked him, did he hear himself say

11    that.

12              MR. KIERSH:  Can we put on the headset, please?

13              (Conference held at the bench.)

14              MR. KIERSH:  Counsel used the term incite, that is

15    not what is on the video.

16              MS. LEDERER:  Okay.  If I did, I can rephrase the

17    question then, yeah.

18              (End of bench conference.)

19    BY MS. LEDERER:

20        Q.  Mr. Sullivan, the question is, did you hear yourself

21    say that you brought the megaphone to instigate violence?

22        A.  I didn't say to instigate violence, but I heard that

23    statement which you are referring to on this video, yes.  And I

24    believe it was in response -- I mean, I don't get to hear

25    afterwards.  I believe it was in response to the lady's

1    statement who is on the phone who is talking something to that

2    regards.  It was a more rhetorical joke back to her.  If you

3    want to be specific, I wish I could hear everything that was

4    playing, so I could tell you what is actually occurring.

5         Q.  You could do that with counsel, because you have had

6    the evidence with him for years.  We are going to bring up 690,

7    please.

8         A.  I haven't.

9              MR. KIERSH:  Objection.

10             THE COURT:  Sustained.

11             The last remark is stricken, Counsel.  And just ask

12   questions, don't make speeches.

13             MS. LEDERER:  Yes, Your Honor.  I will only have

14   about one or two more questions.  If we could bring up

15   Exhibit 690.

16   BY MS. LEDERER:

17        Q.  If we could play 690, please.

18        Mr. Sullivan, you heard yourself say that you are with

19   anyone who wants to essentially burn the shit down?

20        A.  I did not say that I was with anyone that anyone said

21   they wanted to burn the shit down.  But I will say that is a

22   48-second clip.  I don't know what question Jade asked me prior

23   to that to prompt that.  Because I could be talking about

24   something completely -- someone completely different.  I could

25   be describing a situation on how people perceive that to be the

1    case.  Like, there is so much context missing from that.  I

2    cannot even tell you -- I didn't know I even talked to -- had

3    that conversation.  Like, I didn't know I said any of those

4    things until now watching it back, nor did I have that in my

5    discovery to be able to review it.  I didn't have any of that.

6    So I would love a complete -- I guess, complete discovery to be

7    able to see everything that is going on.

8         Q.  Mr. Sullivan, you have the complete discovery.  You

9    understand that?

10        A.  I didn't.

11             MR. KIERSH:  Your Honor, I object to arguing with the

12   witness.  He gave his answer and now counsel wants to argue.

13             THE COURT:  Well, if he is going to volunteer things

14   like that, he is going to get a response.  That objection is

15   overruled.  If he wants to volunteer that he didn't have

16   discovery when he did, he is going to get a response.

17   BY MS. LEDERER:

18        Q.  Full discovery has been provided to your counsel?

19        A.  You submitted the exhibit yesterday, I believe.

20        Q.  Yes.

21        A.  So I did not get this in my discovery.

22        Q.  Full discovery has been provided multiple times to

23   you, Mr. Sullivan?

24             THE COURT:  Let's leave it at that.  Okay.

25   BY MS. LEDERER:

1          Q.   Now, you are talking about context.   Context was

2     January 6, the day that you went up to the Capitol and turned

3     around to Jade, and you said to her, I am just going to keep

4     recording, because I don't want to get arrested.   That is what

5     you said to her that day?

6          A.   I don't want to get arrested.   I mean, I want to not

7     be arrested.   So, yeah, there is that.   I don't want police to

8     mistake me for all of the other protesters that are there,

9     because I am not of them.   I am there to record and document.

10    And if I don't record and document then, what is the point of

11    being there?   So I do not want to be arrested, no, I don't.

12         Q.   What was the point of being there that day,

13    Mr. Sullivan, when so many other people were there documenting

14    including surveillance?

15         A.   To document and record.

16         Q.   You did not have to be there that day, you didn't, you

17    know that; right?

18         A.   If I was not there that day, you would not have the

19    footage that you do to prosecute all of the people that you are

20    prosecuting.   I took that footage, risked my life to be there

21    and gave it to the FBI willingly.   I had no problem giving it

22    to the FBI and met with them the day after and gave it to them

23    there that day.   And then I also gave it to them again via

24    link, in a text message.   And then I gave it to them another

25    time when Matt Foulger came to visit me, in my house willingly.

CROSS-EXAMINATION OF JOHN SULLIVAN

1    And I did that without being pressured.  I did that on my own

2    accord, because I wanted to help in their investigation.  And

3    because that was my job to go there to document and record, I

4    had nothing to hide.

5         Q.  Well, you did that after the FBI contacted you for the

6    first time?  You didn't call the FBI to say, hey, I have really

7    good footage, did you?

8         A.  I did notify the FBI that it was -- the threat was

9    potentially there.  I actually tagged them on Twitter prior to

10   it.  And told them that this might occur.  And no one responded

11   back to me, so I can't do anything about that.  But I did the

12   best thing that I can is when they contacted me, I gave them

13   the footage.  I cooperated with them as they asked.

14        Q.  And we talked about this a little bit earlier.  We saw

15   other footage from inside, like Exhibit 605.  Do you remember

16   that footage that we played with Agent Yetter?

17        A.  No, not particularly.  Sorry.

18        Q.  Do you remember your counsel asking Agent Yetter while

19   looking at Exhibit 605 if Agent Yetter had used that video to

20   identify other rioters?  Do you remember that?

21        A.  I don't remember that specific question.

22        Q.  Do you remember Agent Yetter saying, yes, I have used

23   Exhibit 605 to identify other rioters?  Do you remember that?

24        A.  I don't remember, but I am sure he asked that.

25             MS. LEDERER:  I have no further questions.  Thank

1    you.

2              MR. KIERSH:  Thank you, Your Honor.

3                        REDIRECT EXAMINATION

4    BY MR. KIERSH:

5         Q.  Mr. Sullivan, on January 6, 2021, were you there to

6    incite violence?

7         A.  No.

8         Q.  Did you incite violence?

9         A.  I did not.

10        Q.  Was it your intention to encourage anyone to engage in

11   any acts of violence?

12        A.  No.

13        Q.  Now, I want to go back briefly on this issue of

14   livestreaming.  Tell us again what livestreaming it?

15        A.  Yeah.  Livestreaming is basically -- it depends on the

16   platform that you stream what is happening live.  It is sort of

17   like a live television news.  It is social media like

18   Instagram, Facebook, YouTube, and people can see what is

19   happening right then and there.

20        Q.  And is it people can see what is happening without

21   actually being present; correct?

22        A.  Yeah.

23        Q.  So when you were shown on cross-examination the

24   invitation to January 6, was that for livestreaming?

25        A.  I'm sorry.  Can you repeat that again?

CROSS-EXAMINATION OF JOHN SULLIVAN

1      Q.   Yeah.   You were shown an invitation for people for

2   January 6; correct?

3      A.   Yeah.

4      Q.   That was for livestreaming; correct?

5      A.   Yes, that is correct.

6      Q.   So was it to invite people to come to the United

7   States Capitol or was it an invitation for people to watch

8   livestreaming from wherever they were?

9      A.   Yeah.   It didn't say the US Capitol, it was an

10   invitation for them to watch the livestream wherever they were

11   at.

12      Q.   If they were in California or New Mexico at Wyoming,

13   they could watch the event at the Capitol; correct?

14      A.   Yeah, from anywhere.

15      Q.   In your mind, is there anything illegal about that?

16      A.   Not that I know of.

17      Q.   Was that your intent to interfere with Congress, were

18   you doing that by showing that, asking people to livestream

19   your recording?

20      A.   No.

21      Q.   When Agent Foulger came to your house -- the FBI came

22   to your house.   There were two people, correct, two FBI;

23   correct?

24      A.   That is correct.

25      Q.   Did you cooperate with them fully?

CROSS-EXAMINATION OF JOHN SULLIVAN

1      A.  I did.

2      Q.  Were you holding anything back?

3      A.  No.

4      Q.  Were you trying to like trick them or anything?

5      A.  No.

6      Q.  What were you trying to do?

7      A.  Help them in their investigation.

8          MR. KIERSH:  Okay.  Thank you, Mr. Sullivan.  Nothing

9  further, Your Honor.

10         THE COURT:  All right.  You can step down.

11         Can I speak with counsel?

12         (Conference held at the bench.)

13         THE COURT:  Any other evidence for the defendant?

14         MR. KIERSH:  No, Your Honor.  We'll rest in front of

15  the jury.

16         THE COURT:  Okay.  Before we do that, is there

17  rebuttal?

18         MS. LEDERER:  Your Honor, we only used rebuttal to

19  mark and move in the Safeway exhibits that we had discussed

20  yesterday.

21         THE COURT:  Okay.  So I will let him rest and then I

22  will see if you have any rebuttal that we need to do in front

23  of the jury.  Then otherwise, I will excuse the jury and we'll

24  go over instructions.

25         MR. KIERSH:  That is fine.

1           MS. LEDERER:  Your Honor, would you like me to

2   collectively mark and move all of the Safeway exhibits?  And

3   then, should I make a -- just say that they will be in evidence

4   for the jury's review and we can address it in closing

5   arguments?

6           THE COURT:  Yes.

7           MS. LEDERER:  Or provide some type of caption while I

8   am marking and moving them in, so I don't have to call the

9   agent or we can reach some stipulation.

10           MR. KIERSH:  We can reach a stipulated language.

11           THE COURT:  Okay.  That is fine.

12           MS. LEDERER:  Thank you.

13           (End of bench conference.)

14           THE COURT:  All right.  Any other evidence for the

15   defendant?

16           MR. KIERSH:  No other evidence, Your Honor.  On

17   behalf of John Sullivan, the defense rests.

18           THE COURT:  Okay.  Defense rests.

19           Any other evidence for the government?

20           MS. LEDERER:  Your Honor, the government at this time

21   would just collectively mark and move into evidence,

22   Exhibit 501 through 506, which is evidence that covers the

23   curfew that was imposed in Washington, DC, on January 6, 2021,

24   that started at 6:00 p.m.  That is from Exhibits 505, 506.

25           And due to the curfew, the grocery store, Safeway,

1  had to close.  And because Safeway had to close, they lost

2  business that day and was not -- they were not able to accept

3  shipments from out of sate and that is covered in Exhibits 501

4  through 504, so stipulated.

5             MR. KIERSH:  No objection.

6             THE COURT:  Those are received.

7             With that then, the government has rested as well, so

8  the evidence is closed.  I have to meet with the lawyers and go

9  over my instructions on the law before they give you their

10  closing arguments.  So I will let the jury step out for a

11  little while while I go over that.  And then we will have our

12  closing arguments this afternoon.

13             (The jury left the courtroom.)

14             THE COURT:  All right.  I will take your motion

15  first.

16             MR. KIERSH:  Yes, Your Honor.  Thank you.  With the

17  submission of all of the evidence, we renew our motion for

18  judgment of acquittal as to each of the seven counts and submit

19  on the record before the court.

20             THE COURT:  And I will deny the motion at the end of

21  the government's case as well.  And this motion I will deny as

22  well.  I find the evidence is adequate.  I have a set of the

23  jury instructions ready.  I have to show you all.  I have a

24  couple of changes I will make from what I had ready.  The way I

25  had it ready was the proposed instruction on the defendant's

1    theory of the case.  I had dropped out the government had

2    objected to it.  I am not sure that that is right.  Because

3    the -- it is really saying that it -- the theory of the case

4    usually you could give here, the theory is just that he didn't

5    do it intentionally, which is not exactly a different theory.

6    I don't really have any problem with probably putting it in.

7    Normally you can give a theory of the case instruction, so I

8    will come back to them.  I am going have them distribute to you

9    the -- my clerk will give you the way I have the instructions

10   prepared without it.  But I don't have any great heartburn if

11   you think it is necessary to put it in.  As to the defendant's

12   proposed instruction 31, instruction on general and specific

13   intent taken from former red book instruction 3.01, as the

14   notes to the current red book instruction 3.100 state the

15   preferred course of action is to advise the jury on mens rea by

16   dividing the precise mental state applicable to each offense

17   charged as an element of the offense and not to provide

18   independent standalone instructions on general and specific

19   intent.

20          So incorporating former red book instruction, 3.01,

21   which is a standalone instruction on general and specific

22   intent, risks confusing the jury.  And my instruction on the

23   elements of each offense are already sufficient so I will

24   decline the request defendant makes here.

25          The Court makes some slight modifications to the

CROSS-EXAMINATION OF JOHN SULLIVAN

1    parties' instructions that were not requested by the parties.

2    For instance, in the instruction in Count 1, the paragraph that

3    begins with not all attempts to obstruct or impede an official

4    proceeding involve acting corruptly in the last sentence.  I

5    have replaced the word often with sometimes, because this

6    better reflects the DC Circuit's recent decision in *US v.*

7    *Robertson*, number 22-3062.  Additionally in Count 3, in the

8    sentence defining knowingly, I added that a defendant knowingly

9    enters a restricted building or grounds if he knows he is in a

10   posted, cordoned off or otherwise restricted area and knows

11   that a person protected by the Secret Service is or will be

12   temporarily visiting that posted, cordoned off or otherwise

13   restricted area.  It is the practice of the Court beginning

14   with *U.S. v. Sturgeon* number 21 criminal 91 over which it

15   presided to include this instruction because it best reflects

16   the best reading of the statute.

17          The same is true for Count 4.  However, the only

18   change that I made was directing the jury to the definition of

19   knowingly in Count 3 instead of Count 1.  This will ensure they

20   used the correct definition of knowingly for both counts under

21   section 1752.  Otherwise, I have adopted the parties' jointly

22   proposed instructions consistent with the evidence introduced

23   at trial.  So those two minor changes I have made.  And I will

24   consider though if you -- how you feel about the defendant's

25   theory of the case.  I can put it in, if you want it.

CROSS-EXAMINATION OF JOHN SULLIVAN                102

1           MR. KIERSH:  Your Honor, we are requesting it with

2     the language that we proposed to come in.

3           THE COURT:  I'm sorry?

4           MR. KIERSH:  We are requesting the theory of the

5     defense with the language that we proposed.

6           THE COURT:  All right.  I will leave that in.

7           Anything else the government wants to say?

8           MR. BARCLAY:  Yes, Your Honor.  Just we note our

9     objection to the defense theory of the case for the reasons

10    Your Honor put on the record.  Also the government notes its

11    objection for the record to the modifications to the 1752

12    counts, specifically whether knowingly travels to the person

13    protected by the Secret Service.  The government's view is that

14    knowingly only travels to the posted, cordoned off area, so we

15    just note our objection to that modification of the instruction

16    on the record.

17          THE COURT:  What is the objection?

18          MR. BARCLAY:  For the modifications to Count 3 and 4

19    on the term knowingly.  I understood Your Honor's modification

20    to be that the knowingly travels to not just the posted off

21    area --

22          THE COURT:  Right.

23          MR. BARCLAY:  -- but also to knows that a person

24    protected by the Secret Service is or will be temporarily

25    visiting the posted, cordoned off or otherwise restricted area,

CROSS-EXAMINATION OF JOHN SULLIVAN

1    similarly for Counts 3 and for Counts 4.  So we note our

2    objection based on our reading of the --

3              THE COURT:  That is overruled.

4              MR. BARCLAY:  -- statute.  Thank you, Your Honor.

5              THE COURT:  All right.  How much time is the

6    government expecting for your closing?

7              MR. BARCLAY:  Roughly 30 to 40 minutes, Your Honor.

8              THE COURT:  And rebuttal?

9              MS. LEDERER:  I will aim to keep it under 10 minutes,

10   Your Honor.

11             THE COURT:  And how much time are you looking at?

12             MR. KIERSH:  I would roughly expect 20 minutes.

13             THE COURT:  Okay.  All right.  We'll take 5 minutes

14   before we start.  And we'll try to get through the closings so

15   that I can still read the instructions tonight and then I will

16   tell the jury they can start their deliberation in the morning.

17   I wouldn't want to try to start too late.

18             THE COURTROOM DEPUTY:  All rise.

19             (Recess taken at 2:46 p.m.)

20             (The jury is seated.)

21             THE COURT:  All right.  You may be seated.  The

22   government will argue first and then the defendant will argue.

23   And then because the government has the burden of proof, they

24   get to speak to you last in rebuttal before I give you my

25   instruction of the law.  I will give you my instruction on the

1    law at the end of all of that.  Because the likely hour that we

2    will be at, you will actually begin your deliberations tomorrow

3    morning.

4         I will tell you, you can't begin deliberations until

5    you are back all together after all 12 of you have reassembled

6    tomorrow morning.  But just so you know how this is going to

7    go, we'll take about an hour for the closing arguments.

8         Government may proceed.

9                        CLOSING ARGUMENT

10        MR. BARCLAY:  "This shit is ours.  We accomplished

11   this shit.  We did this shit together.  We are all a part of

12   this fucking history."  Those are the words that John Sullivan

13   used on his own video on the upper west terrace to describe the

14   events of January 6, what happened that day.

15        Now, John Sullivan was not the match that lit the

16   fire of January 6, 2021.  But he was a part of the gasoline,

17   the accelerant that turned a smolder into a raging fire.  John

18   Sullivan was at the front of the crowd at every step of its

19   path through the Capitol.  He incited rioters at the northwest

20   scaffolding with his megaphone.  He kicked over a barricade in

21   the upper west terrace.  He helps up rioters over the balcony.

22   He celebrates the mayhem.  He is gleeful.

23        So after he enters it through the broken-out window

24   next to the senate wing door, Sullivan goes to the senate

25   carriage where he impedes the officers trying to get him out

1   and trying to get him to stay in place.  When that line is

2   overrun, Sullivan goes to the rotunda and then joins another

3   growing crowd outside of the House main door.  Again, and

4   again, he tells officers, it is not worth resisting, it is not

5   worth fighting until the crowd overcomes that line too.

6          Now, outside the House main chamber, that is where he

7   inflames the mob.  He offers up his knife and he riles them up.

8   And again, at the Speaker's Lobby door, Sullivan tries to tell

9   officers, step aside, make a path.  But as soon as they step

10  away, he changes tune.  Again, he inflames the mob.

11         The judge is going to instruct you on the law.  My

12  job is to give you a road map of how to apply the evidence you

13  have heard throughout this case to the seven counts that the

14  government has proved beyond a reasonable doubt.  Those charges

15  are here.  In short, Count 1, obstructing an official

16  proceeding; Count 2, obstructing officers; Count 3, entering in

17  a restricted building or grounds with a dangerous weapon; Count

18  4, disorderly, disruptive conduct in the restricted building or

19  grounds with a dangerous weapon; Count 5, unlawful possession

20  of a dangerous weapon, a knife, on Capitol grounds; Count 6,

21  disorderly conduct in a Capitol building; and Count 7,

22  parading, demonstrating or picketing in a Capitol building.  We

23  are going to go through each one of those.

24         Start with Count 1, obstructing an official

25  proceeding.  These are the elements.  Let me simplify them a

1    little bit.  The first element, did John Sullivan either

2    attempt to or did he obstruct the official proceeding?

3              The second element, did he intend to do so?

4              The third element, did he do so knowingly?  Did he

5    know what he was obstructing?

6              And the fourth element, did John Sullivan obstruct

7    the official proceeding corruptly?  I will explain more what

8    that means.  Again, what is the official proceeding that we are

9    talking about here?  It is the Congress' certification of the

10   2020 presidential election.

11             I am going to start a little bit out of order and

12   talk about what Mr. Sullivan intended to do that day.  Because

13   once you understand what he intends, everything else falls into

14   place.  Now, how do we know what someone intends?  We can't get

15   in their head, so we have to rely on their words.  We have to

16   rely on what they see, what they hear.  And we have to rely on

17   their actions as indicia of what their intent is.

18             John Sullivan wanted to tear it all down.  He wanted

19   to tear the system down.  And in his social media posts,

20   leading up to January 6, he advocated to tear it down.  He

21   advocated for violence.  Government Exhibit 1113, let's start a

22   riot in Portland.

23             On December 27th, 2020, "An armed revolution is the

24   only way to bring about change effectively."

25             On December 30th, 2020, he posted Mitch McConnell's

1    address, "Definitely don't surround his house."

2           December 31st, "I am ready to go Nazi hunting in

3    2021.  Are you?"

4           And on January 2nd, "Fuck the system, time to burn it

5    all down."

6           And so on January 6, 2021, John Sullivan was prepared

7    for revolution.  As you know, he wore a gas mask.  He had a

8    megaphone.  He wore a tactical vest.  Yes, he had a cell phone,

9    but he also had a knife.  And what did he do again and again

10   and again?  He repeated what his goal was throughout the day.

11   These are just a few of the many highlights.

12          Go back to Government Exhibit 701.  On the upper west

13   terrace, of course, after the events of the Capitol, he made

14   plain his views to Jade Sacker who was recording him.  So we

15   get a sense of his world view, what he intended.  Let's talk

16   about what he did.  And everything I am going to talk about in

17   the Capitol, remember we talked about earlier.  What did he

18   see?  What did he hear?  What did he do?  These actions also

19   give you an insight what did he intend while he was in the

20   Capitol?

21          John Sullivan incited the mob towards his goal, the

22   goal of tearing it all down, the Government Exhibit 662.  When

23   the mob began to assault the officers at the bottom of the

24   scaffolding, what did he say?

25          And in the Capitol itself as he and the mob were

1    heading towards the House main door.

2                (Video played.)

3                MR. BARCLAY:  So that brings us to one of the major

4    flash points of John Sullivan's time in the Capitol, the House

5    chamber door.  Let's think about what he said.  When another

6    rioter said, oh, no violence.  John Sullivan said, "It is too

7    late for that.  They don't listen without that shit."

8                What did he see?  He saw officers at the door, as you

9    know right on the other side of that door, officers were

10   standing with their guns drawn defending the House chamber, the

11   threshold of our democracy.  What did he do after he sees the

12   crowd clamoring to break down the door with flagpoles, yelling?

13   He offers up his knife.  We'll talk about this more, but for

14   Jade Sacker's footage, he is holding up the knife.

15                And he incites the crowd further.

16                When the crowd's attempt to get through the door

17   failed.  John Sullivan and the rest of the mob diverted to the

18   Speaker's Lobby door.  Now, I am not going to play this clip

19   again.  But let's talk about the takeaways.  Again, John

20   Sullivan says, he has a knife to get to the front.  He can hear

21   the crowd chanting, let's break it down, the Speaker's Lobby

22   door.  He knows what the crowd will do, as he has seen again

23   and again, line after line of police fall in the face of the

24   mob.

25                He tries to get Special Agent Yetter and the other

1    officers at the door to move, threatening.  There are so many

2    people, I don't want to see you get hurt, we will make a path.

3    But as soon as they step aside, his tune changes.  The crowd

4    starts -- the mob starts breaking down the door.  He says, "Go,

5    go, let's go.  Get that shit."

6          John Sullivan achieved his goal of inciting the

7    crowd.  Just listen to what he says in Government Exhibit 688.

8          (Video played.)

9          MR. BARCLAY:  And on Jade Sacker's voice recorder

10   when he thinks no one else is listening, they have a

11   conversation about him getting his revolution.  Here is what

12   John says:

13         (Video played.)

14         MR. BARCLAY:  In addition to those actions, we know

15   that the presence of every rioter in the building obstructed

16   the certification.  Special Agent Glavey testified how the vice

17   president had to be evacuated due to safety concerns.  Dan

18   Schwager Government's 401 show that the joint certification

19   proceedings were halted due to the presence of the rioters and

20   that those proceedings could not resume until every rioter in

21   the building was clear.  So that is the first two elements.

22         The third, did John Sullivan know what was happening

23   in the building that day?  Did he know about the official

24   proceeding?  Of course, he did.  How?  He told us.  Government

25   Exhibit 901.18, he describes the electoral certification

1    process.  He describes that the vice president plays a role.

2    He describes even the objection process and even the 2-hour

3    limit on debate that you heard Dan Schwager testify about.  He

4    knows what is going on in the building that day.

5              Fourth, so what does corruptly mean?  The judge is

6    going to instruct you that it can mean -- there is two things,

7    first, an unlawful means, unlawful purpose or both.

8              And it also requires consciousness of wrongdoing.

9    That you know what you are doing is wrong.  So let's take that

10   first requirement.  What does unlawful mean?  It means you did

11   something in a way you are not supposed to do.

12             John Sullivan clearly trespassed that day.  Not only

13   did he trespass, he kicked over a barricade.  He brought a

14   knife with him into the Capitol and he offered it up to rioters

15   trying to break down the House main door.

16             Here is him entering the building through a

17   smashed-out window, the alarm blaring on his own footage.

18   Moments after he told another rioter, oh, don't worry, it is

19   just rubber bullets.  He knew he wasn't supposed to be there

20   and he trespassed anyway.  And here is him kicking down the

21   barricade.

22             So that is an unlawful means.  Another way is

23   unlawful purpose.  This is pretty simple.  John Sullivan wanted

24   to tear it all down by force.  That is what he said.  That is

25   what he said in 901.3, "I probably just understood where to

1    incite violence."  And he says it in 690, "I am going to side

2    with anyone who is ready to rip this shit down."

3              Then we go to the other requirement, consciousness of

4    wrongdoing.  Simple.  Does he know what he is doing is wrong?

5    Yes, he does.  Government 710, "Can't shoot all of these

6    people."  He watches line, after line, after line of officers

7    be overrun on his own footage.  In the upper west terrace, it

8    is just a rubber bullet.  By the House chamber, he comments to

9    another rioter, it is only a little jail time.  He admits after

10   that fact he tried to instigate and then he lies to Special

11   Agent Foulger about having a knife in the Capitol.  He knew

12   that what he was doing was wrong.  That is Count 1.

13             Count 2, obstructing officers during a civil

14   disorder.  Three elements.  What do they mean?  First element,

15   did he obstruct officers?  That is it.  Did he do it knowingly?

16   Did he intend to obstruct officers?  Number two, was there a

17   civil disorder?  Number three, did that civil disorder affect

18   commerce or a federally protected function?  Let's talk about

19   the first element.  All of John Sullivan's actions that day

20   obstructed officers, every single one.  Let's just take a few

21   of those highlights.

22             At the senate carriage door, Sullivan blades his body

23   and uses his body weight to try to resist officers getting him

24   out of the building.  That is Government 306.  You see the

25   officer with both hands on him trying to get him out the door.

1    What did he do after that?  He joined the line -- he joins the

2    rioters overcoming the line of officers that Officer Willem

3    testified about where he was trying to keep rioters in place to

4    protect the vice president's evacuation route.

5             Another moment is outside the House main door.  He

6    knows what is going to happen.  "I am ready, Bro, I have been

7    to too many riots."  He tries to demoralize the officers.  And

8    again, he surges forward with the crowd and said, "I would just

9    stop."  Again at the Speaker's Lobby he obstructs officers.

10            After the shooting, what does he do?  He doesn't

11   leave.  He continues filming, even shares his handle with

12   another rioter.  This is Government Exhibit 601.

13            (Video played.)

14            MR. BARCLAY:  The second element is pretty simple.

15   Was there a riot?  Yes.  Look at Government Exhibit 101.  Did

16   that riot in any way affect either commerce or a federally

17   protected function.  Let's talk about those a little bit.  One

18   way, did the riot impede a federally protected function?  All

19   of the police officers who came to testify said their duty,

20   their mission at the US Capitol Police was to protect the

21   Capitol and its occupants.

22            The riot impeded that ability.  Another way to find

23   it is whether the riot interfered with commerce.  You can look

24   at Government's exhibit in 501 through 506, which are the

25   Safeway exhibits.  In short, unsurprisingly, the riot had an

1    adverse affect on commerce in the DC area.  That is all those

2    show.  So then we move to Count 3.

3              The three elements here, did John Sullivan go into

4    the restricted area?  Did he do so knowingly and did he use a

5    knife?

6              The first element is pretty simple.  We know that he

7    went into the restricted area.  This is the restricted area in

8    Government Exhibit 102.  He went into the Capitol building

9    itself and he had no authority to be there.  So did he do so,

10   knowingly?  Of course, it was knowing.  Of course, it was

11   knowing.  He saw line after line of officers fall.  He talks

12   about flash bangs.  He talks about rubber bullets.  He remains

13   in the building until officers force him out after a shooting.

14   Of course, he knew he was somewhere he shouldn't have been.  So

15   let's talk about the third element.

16             Did John Sullivan have a knife in the Capitol?  Yes.

17   He says it at the House main door.  "Hey guys, I have a knife."

18   And he says it at the Speaker's Lobby, "Let me through, I have

19   got a knife."  And, of course, in Jade Sacker's footage, we see

20   him holding up the object.  How do you know that object is a

21   knife?  Well, John Sullivan showed us in Government

22   Exhibit 1002.3 and then the FBI confirmed it.  You heard

23   Special Agent Foulger testify the markings on the knife that he

24   went and compared and identified this as the knife that John

25   Sullivan was holding in the United States Capitol.  So that is

1    Count 3.

2            Count 4, disorderly or disruptive conduct within the

3    restricted area with a dangerous weapon.  The first element is,

4    was John Sullivan disorderly or disruptive within the Capitol

5    and within the grounds?  Yes, of course, he was disruptive.  He

6    was so much more than disruptive.  He incited the mob at every

7    step.  He was at the front of the mob at every step.

8            And did he do so knowingly and did he do so with the

9    intent to disrupt government?  Well, for the same reasons we

10   talked about with Count 1, the obstruction, he knew why he was

11   there that day.  He wanted to tear it all down.  The third

12   element, did that conduct impede or disrupt the orderly conduct

13   of government business or official functions?  We have already

14   talked about this.  Every rioter impeded the ability of the

15   Capitol Police to do their jobs and it impeded the

16   certification itself from happening.  That is exactly what John

17   Sullivan intended.

18           And fourth, John Sullivan carried a knife in the

19   Capitol.

20           Count 5, the only difference, the only plus factor

21   between Count 5 and some of the other counts we have talked

22   about is Count 5 requires the government to prove that the

23   knife he carried was over 3 inches long.

24           Look at Government Exhibit 713.  The blade length is

25   3.74 inches.  The government has proved Count 5 beyond a

1    reasonable doubt as well.

2         Count 6, disorderly conduct.  Again, John Sullivan

3    was so much more than disorderly.  He was at the front of the

4    mob at every single step.  He incited rioters.  He celebrated

5    their success and he inflamed them.  Again, he did so with the

6    intent to tear it all down, to stop the certification itself.

7    And he did so not only with knowledge, but he did so knowing

8    that he wasn't supposed to be there.  That is all Count 6

9    requires.

10        And lastly, Count 7, parading, demonstrating or

11   picketing.  Again, John Sullivan did a lot more than parade on

12   around the Capitol.  He did a lot more than demonstrate.  He

13   did a lot more than picket.  The government has met the

14   elements of this as well.

15        The government has all of the burden.  The defense

16   has no burden to put on a case, but they did so.  And I want to

17   talk about one topic that the documentarian, Jade Sacker

18   brought up, that John Sullivan is an archivist.  To put it

19   bluntly, it does not matter that John Sullivan was holding a

20   camera to record his crimes.  It doesn't matter.  He had no

21   right to be there.  He had no press credentials.  Let's just

22   indulge in this for a minute.  Does an archivist act in the way

23   that John Sullivan did that day?  Does an archivist incite

24   rioters with a megaphone?  Does he yell hold the line?  Does he

25   say, it would be a good ploy to keep filming so I don't get

1    arrested?  Does an archivist pull up rioters climbing a wall?

2           Does an archivist break a window?  Does an archivist

3    offer up a knife?  Does an archivist say, pull that

4    motherfucker out this bitch?  And when rioters are trying to

5    break down the entrance to the Speaker's Lobby, the entrance to

6    the House main -- the entrance to the House main chamber, does

7    an archivist say, get that shit?  Of course, not.

8           John Sullivan had one intent that day, to burn it all

9    down.  We would ask that you return the only verdict that is

10   consistent with the evidence and that is guilty on all counts.

11   Thank you.

12           THE COURT:  All right.  Mr. Kiersh.

13           MR. KIERSH:  Thank you.

14                       CLOSING ARGUMENT

15           MR. KIERSH:  We gave you the whole story and John

16   Sullivan did not have to testify.  The law is very clear.  That

17   if you are a person charged with a criminal offense, you do not

18   have to testify.  And he did not have to testify.  But he chose

19   to testify, because he wanted you to hear the whole story.

20   Because there are two sides to every story.

21           Number one, we brought Jade Sacker in because we

22   brought her in from New York.  She wasn't here very long, but

23   she came in and she told the story.  She said she was out there

24   filming a documentary about John Sullivan.  And that is what

25   she was doing there that day, and Mr. Sullivan corroborated

1    that.  And a lot of the film you see is from Jade Sacker

2    documenting John Sullivan.  That is why he was there with Jade

3    Sacker.  And in that film, you see that that is what they are

4    doing is we are going to the Capitol to record the events.

5         Now, the other reason that we had John Sullivan on

6    the witness stand -- and you got to see him for hours today.

7    So hopefully you were able to get a sense of John Sullivan, a

8    sense of who that person is.  Who is John Sullivan?  And I

9    submit to you that the person that you saw and the person that

10   you heard is an intelligent person.  He is a person who is

11   thoughtful, thinks about what he is doing, thinks about what he

12   is saying.  You may disagree with some of his social media

13   interactions, but that is not what he is on trial for.  But one

14   thing that John Sullivan is not, I submit that came across loud

15   and clear, he is not a crazy person.  He is not a wild person.

16   He is not a person that is out of his mind.  And there is a

17   reason why I bring that out to you.

18        Because if a person was going to commit an

19   intentional act -- and, again, we emphasized that word intent

20   right from the beginning in opening statement.  But if a person

21   was going to commit an intentional felony, commit multiple

22   intentional felonies, would the same person bring a camera and

23   record everything they are doing while that act is being

24   committed for 50 minutes?

25        Would a sane, sound-minded person, film their

1    intentional crime?  And would a sane person, a sound person, a

2    thoughtful person, then say to the FBI when they FBI came to

3    their house, oh, here is the film, you now have the film which

4    is the key piece of evidence in the case.  Does that make any

5    sense whatsoever?  And I submit to you, it does not.  Because

6    it goes to you if he thought he was intentionally, if he had

7    formed the intent to commit a felony, he wouldn't film the

8    felony.

9          Somebody robs a bank, which is an intentional crime,

10   doesn't go into the bank and film the bank robbery and then

11   turn it over to the FBI.  It doesn't make sense.  And here is

12   why it doesn't make sense.  Because as Mr. Barclay correctly

13   pointed out, it is the government and only the government that

14   has a burden of proof in a criminal case.  It is only the

15   government that has to prove anything.

16         John Sullivan does not have to prove a single thing

17   in this case.  He did not -- he did not have to come in here

18   with a lawyer.  He didn't have to have his lawyer make an

19   opening statement.  He didn't have to have his lawyer

20   cross-examine witnesses.  He didn't have to have his lawyer

21   make a closing argument.  He has no burden whatsoever.  Only

22   the government has the burden.  And as John Sullivan sits here

23   today, sits here in front of you when you took the oath, he is

24   presumed innocent.  He is sitting here right now.  And you have

25   to presume he is innocent.  And that burden cannot, cannot be

removed unless the government has proven every element of every

offense beyond a reasonable doubt.  You have to be convinced

beyond a reasonable doubt of every element of every offense

before you can remove the presumption of innocence from John

Sullivan.

Now, that term reasonable doubt, everybody has heard

it.  You have heard your whole lives.  Any time you turn on the

TV, any show about police or lawyers, you hear reasonable

doubt.  It is not just an expression.  It really isn't.  Those

words have real meaning.  And those words are at the heart, the

very heart, the very foundation of our judicial system.  And

what do the words mean?  They are not just a phrase.  It means

in its most simplest form, it means a doubt for which you can

give a reason.  So when you go back and you deliberate and if

you say, well, you know, I have a doubt for which I can give a

reason.  I am not saying any crazy reason, but just a logical,

sound reason.  If you have a doubt for which you can give a

reason as to any element of any offense, then John Sullivan,

gets your verdict, the only appropriate verdict on the

intentional crimes, not guilty.

You have to be convinced beyond a reasonable doubt

that John Sullivan went to the United States Capitol that day

with the intent -- the corrupt intent to interfere with

Congress.  And to engage in an act of civil disobedience.  When

you submit the evidence and you look at the evidence, there is

1   more than one reasonable doubt.  All you need is one reasonable

2   doubt.  There are many reasonable doubts.  And one of those

3   doubts for which a reason -- fortunately, you have all of this

4   videotape.  So you will have that back in the jury room.  And

5   if you want to watch it, you can watch it.  If you don't want

6   to watch it, that is entirely up to you.  You don't have to

7   watch it.  But you go back into the video, but also go back to

8   the testimony from the witnesses.

9           John Sullivan never touched a person inside that

10  Capitol.  He never laid a hand or threatened any person in the

11  United States Capitol.

12          Now, everybody in the world knows about January 6.

13  Well, virtually anybody in the world, anybody that has a

14  television or radio or a computer has heard about January 6.

15  And it was a terrible event.  No one is disputing that.  And

16  you have seen, if you -- on television or on your computer,

17  many, many hours, all sorts of video.  And you have seen how

18  vicious and violent some of the people were towards the police

19  officers there, the flagpoles and the mace and the assaults.

20  And I asked each and every witness who came in here who talked

21  about events of January 6, and they all agreed John Sullivan

22  did not hurt anybody with a flagpole, with mace.  He wasn't

23  spitting on anybody.  He wasn't cursing anybody.  He wasn't

24  doing those things.  So please don't conflate him with that

25  crowd.  He didn't hurt anybody.

1          What he was there with, as we know -- he was there

2    with his nonviolent camera.  And he was there with his

3    nonviolent tripod.  And the intent -- and here we go back to

4    that word, intent, because it is the heart of the case.  His

5    intent was to film the events that were happening on January 6.

6    That was his intent.  And you know it was his intent because

7    every single picture, every single video has John Sullivan

8    holding his camera, holding his tripod.  So you know that is

9    what is there.  But you have even better evidence than that.

10   Well, equal evidence, I will call it.  What do you have?  You

11   have Exhibit 701, which you can play or you -- if you don't

12   remember, whatever you want to do, do whatever you want to do

13   with it.  But that is the evidence.  And that evidence is the

14   50-minute tape that was filmed by this man, by this

15   presumptively innocent American citizen, who is requesting that

16   you follow the judge's instructions and realize that that was

17   his intent.  That film is his intent, to capture that film.

18   You may disagree -- that is fine -- with someone coming to an

19   event like January 6 with the camera.  That is fine.  You may

20   agree with it, you may disagree with it.  That is entirely up

21   to you.  But that recording of history is for everyone's

22   benefit.  It was for the police's benefit.  They told you that.

23   They used that exhibit.  They used John Sullivan's video to

24   charge other people.  And that video clearly shows that he --

25   demonstrates to you that he is holding the camera.  That is why

1    he is there on that day doing what it is that he was doing.

2            Now you heard and you will hear in the video, now you

3    heard in the video, making expressions, burn this down, we have

4    got -- those are just words.  Those are just words.  And John

5    Sullivan -- not just John Sullivan, Jade Sacker said it when

6    they said, we did this, we did this -- you heard from her, you

7    also heard it from John Sullivan, what they were saying was we

8    did this, meaning we filmed this.  We came to the Capitol.  We

9    filmed this.  That is what they say those words meant.

10           And when John Sullivan is heard saying, well, burn

11   this down, okay.  He came in and he told you that?  Why?  Well,

12   number one, he didn't have matches, he didn't have a lighter

13   fluid, he didn't have an intent to burn the place down.  He

14   wasn't lighting fires.  He said that he was afraid.  And this

15   goes to lot of the words that he said, just words.  He was

16   scared.  He was scared, because on other occasions, he stood

17   out in the crowd, stood out in a crowd of Proud Boys, who you

18   know the kind of violence they committed.  And he said they

19   came over and they smashed his camera and they assaulted him

20   and he was fearful.

21           So he said, well, I want to get the film.  So I have

22   got to blend in, so I -- burn this place down.  That is why he

23   said those words.  You can disagree with saying those words,

24   that is fine.  That is fine.  That is up to you.  We are not

25   going to tell you what to agree with or not to agree with

1    except that, those are just words.  Those are words.  And what

2    is he doing when he says those words?  He is filming.  That

3    shows you what his intent was.  His intent was not to burn the

4    place down.  His intent was to film.  And his other intent, his

5    other goal was to protect himself.  He is there by himself.

6    Once they got into the Capitol, Jade, that young woman that you

7    saw, she is gone.  John Sullivan is a tall, skinny guy.  And he

8    is in a violent mob of right wing people, including many Proud

9    Boys, who are all committing acts of real serious violence.

10   And he is in there by himself.  So he has a gas mask and he has

11   got a vest.  There is nothing illegal about that.  But he had

12   enough sense to protect himself.  But he is still alone.  He

13   can't fight them off.  There is too many of them.  The police

14   couldn't fight them off.  So he yells out some words to make it

15   seem that he is with them for protection.  So that is why those

16   words were there.  And he did not have to get up and tell you

17   that, but he did.  He wanted you to know everything about what

18   happened that day.  And the same thing with that video of

19   pulling the person up off the Capitol grounds.  He did it

20   because he wanted to blend in.  Was it a smart move?  Maybe

21   not.  It doesn't mean you are guilty.  It doesn't mean that

22   shows your intent is to interfere -- corruptly interfere with

23   Congress.  Look at the big picture.  Look at the big picture

24   and the big picture is, you know what you see, he is there

25   100 percent of the time filming.

1          Now, the Government spends a lot of time in this case

2     talking about events prior to January 6.  They brought up

3     Portland.  And they brought up all of these posts on his camera

4     and so on and so forth.  Well, so we have to address it.  We

5     have to talk about it.  What did he say about Portland?  He

6     said well, you know, I got this video posted on my phone, "I am

7     going Nazi hunting."

8          Okay.  Why?  He says I hate Nazis.  But it came in on

9     my phone, so I kept it on my phone.  He says, I am against -- I

10    hate racism, but it came in on my phone.  He is in the social

11    media world where they are exchanging all of this information

12    about protests.  What happened in Portland has got nothing to

13    do with what happened on January 6.  But he explained to you

14    why he has those posts on his phone.  There is nothing illegal.

15    Those posts might be offensive, they might be disgusting, but

16    he is not the one putting that garbage out.  But it came in on

17    his phone.  So please don't hold him responsible for that.

18    That is not his fault.

19         And the government also kept showing these photos of

20    John Sullivan with guns and knives.  And, again, you heard it.

21    The laws in Utah are much different than they are in the

22    District of Columbia.  Those weapons that John Sullivan is

23    depicted holding are absolutely legal in Utah.  Anybody can go

24    in the store and by an AR15 machine gun.  Anybody can go in the

25    store and by a handgun.  Anybody can go in the store and buy a

1   knife.  He is not charged with that.  It is not illegal.  It is

2   not improper.  No one said he had any of the stuff in DC.  So

3   please don't hold that against him.  Because it is totally

4   legal.  And he always explained to you he is trained in how to

5   use these things.

6          He's trained as a Boy Scout, so he knows how to use

7   these things.  That is not what he is charged with.  What he is

8   charged with, with intentionally and corruptly interfering with

9   Congress and civil disobedience.  So if you have a doubt and

10  you have a reason -- what is your reason?  You can say, well,

11  this is my reason, then your only verdict, your only verdict in

12  this case regarding the corrupt intent to interfere with

13  Congress, civil disobedience, the only verdict that is

14  consistent with the constitution and consistent with your oath

15  and consistent with the constitutional rights of this

16  gentleman, John Sullivan, is not guilty.  And those are the

17  verdicts that we ask you to return.

18         So just in final and ending, thank you very much for

19  your time.  Thank you very much for your attention and thank

20  you very, very much for your careful consideration of the

21  elements, the instructions that you will hear from Judge

22  Lamberth and for your verdicts.  Thank you.

23                    REBUTTAL CLOSING ARGUMENT

24         MS. LEDERER:  Good afternoon.  When I first stood

25  before you last week, I told you the defendant came to

1    Washington, not only to find chaos, but he came to engage in
2    chaos, to encourage chaos and to incite chaos.  And after the
3    two and a half days of testimony, it is more than clear that is
4    exactly what the defendant did on January 6 when he was given
5    the unique opportunity to put money where his mouth was, to put
6    action behind his words that he had been tweeting all of the
7    way up to January 6, to seize that opportunity to go all of the
8    way to the heart of the system, the heart of democracy and to
9    tear it down.  I told you, he was not going to miss out on that
10   opportunity and he didn't.  He seized that opportunity today.
11   And today he tried to sit before you and he gave you a ploy,
12   just like he hid behind his camera as a ploy on January 6,
13   everything that came out of his mouth was a ploy to shy away
14   from all of his motive.  To shy away from all of his actions,
15   to shy away from all of his words from January 6.  It was a
16   ploy.
17          So let's go through that ploy, because the only thing
18   more offensive then the story that the defendant is telling you
19   is the request for you to believe it.  So let's start with Jade
20   Sacker.  She came in here and she told you that she was making
21   a documentary on two brothers.  She told you generally that it
22   was about two brothers on opposite sides of the spectrum.  But
23   when she was pressed, okay, well, tell us a little bit more
24   about the sides of the spectrum.  Her brain got a little foggy.
25   She didn't really understand.  And when Jade was pressed, this

1    is -- help me understand this, you are making a documentary and

2    you can't articulate what this documentary is about?  That is

3    when the truth came out, John Sullivan is antiestablishment.

4    And that is why he came to January 6.  He was antiestablishment

5    but he was only still there to film.  That is a ploy.  And we

6    know that is absolutely not true.  Because of everything the

7    defendant had tweeted out to his curated followers who he

8    wanted to hear those messages.  You were never supposed to see

9    all of these messages.

10          What did he tweet out?  Let's burn this down.  Fuck

11   the system.  He didn't want the system to stand.  And what did

12   he like to do?  He would like to insert himself in chaos.  So

13   on January 6, he tweeted, hey, come on out, the monument.

14   11:00 a.m., let's create some chaos.  And we know that he

15   wanted to be in it not to film, because he dressed just like he

16   told everyone to dress for a riot in all of his posts, how to

17   dress for a protest in his posts.  He wore all black.  He

18   didn't try to fit in with the crowd, so he could get the best

19   angle.  He didn't try to put on a Trump hat or a Stop the Steal

20   shirt.  No, he went out there to engage in chaos, but no one

21   else showed up.  When no one else showed up, then that unique

22   opportunity popped up.  No one wanted to bother with him that

23   day.  Everyone wanted to bother with stopping the election.  So

24   when a unique opportunity that people were stopping the steal,

25   they were stopping the election he was going to be a part of

1    it.

2          We heard that multiple times in videos.  Oh, everyone

3    wants to be against the system now?  Oh, I guess no one else

4    has the balls to do it.  He was going to be a part of it so

5    that he could tell his people after, yeah, I did that, I was a

6    part of that.  No one else had the balls to do it, but I did.

7          Now, I am going to hide behind the Trump supporters,

8    but, no, I did it.  When he went up there, no one was bothering

9    him.  He wasn't saying those words so that he could protect

10   himself.  Not one person ever bothered him when he was on the

11   grounds that day.  They were helping him.  Hey, you have got a

12   mask.  Let me help you fix your mask.  And then everyone's

13   attentions were constantly directed towards the Capitol.

14         He wasn't saying those things to protect himself.  He

15   was saying those things to get the crowd going, to incite

16   violence and that is what he did.  Let's burn this shit down.

17   Then today, he wants to step aside from that.  Oh, that is a

18   joke?  That is a really bad joke.  On January 6, when you know

19   that the entire nation is a tinder box, you are going to joke

20   about burning things down?  That is a ploy.

21         And we know all of these intimate moments where there

22   is just one on one, he says those words to Jade, let's go fuck

23   shit up.  When he was standing there by himself on the terrace

24   before anyone else came up, he took it all in.  He said, this

25   shit is beautiful.  And then he helped people up, not to

1    protect himself, no, to bring more people up because they were

2    savage, because he knew they were going to get the job done

3    with him.  Remember, he then tried to, again, pull another

4    ploy, pull the wool over the AP's eyes.  Hey, were you helping

5    people up?  No.  No.  I wasn't helping people up, they were

6    doing it on their own, I was there to film.

7           We know he wasn't just there to film, because you

8    told Jade that.  He left his camera down, walked far away from

9    it, that camera that he then blasted everywhere, so the version

10   that we were never supposed to see, what we weren't supposed to

11   hear, he walked away from his and we hear the version that we

12   weren't supposed to hear.  He says, to Jade, can I rely on you

13   from now on?  And I am not going to film.  So he is not going

14   to film, what is he going to do?  He is going to go in there,

15   continue what he did on the lower west terrace inside the

16   scaffolding.  He is going to incite violence, but as soon as it

17   comes out of his mouth, so he realizes that is not a good idea,

18   so I am going to film that as a ploy so I don't get arrested.

19          He gave you all of his handbook right there.  And he

20   keeps trying to walk away from it, he cannot.  Because you have

21   all of the pieces.  You have the 360 view.  You have the CCTV.

22   You have the footage from Jade Sacker.  You have the footage

23   from other rioters who were there.

24          And you have his footage.  And you can piece it all

25   together to show that he was putting words with actions that

1   day.  It doesn't matter if he never touched anyone.  He is not

2   charged with assault.  He is charged with civil disorder.  And

3   every single word he said engaged in -- he engaged in a

4   disorder, he put himself in a riot but every single word he

5   said also incited civil disorder, let's go, let's go, let's get

6   this shit, yeah, kick that, let's go.

7           He is also charged with obstruction of justice for

8   wanting to stop that election and from wanting to stop the

9   certification process.  And he did that, he made his way all of

10  the way up, not once but twice.  And afterwards, he celebrated.

11  In footage, intimate footage, not footage to broadcast to the

12  world, he told exactly why he did what he did.  He was with

13  anyone who was going to burn it to the ground.  That is what he

14  did on January 6.  He seized on that unique opportunity.  He

15  bragged about that unique opportunity.  He celebrated that

16  unique opportunity.  And today you will hold him responsible or

17  tomorrow you will hold him responsible for the opportunity that

18  he seized upon, that was burning it to the ground.  And that is

19  for all of the crimes that he is currently charged with.  Thank

20  you.

21          THE COURT:  All right.  Ladies and gentlemen, it is

22  my time to give you the final instructions on the law.  Before

23  we talk about the specific charges that are alleged here and

24  some of the specific issues in the case, I want to take a few

25  moments to talk about the general rules of law.  Some of these

1   will repeat what I told you in my preliminary instructions.

2          During the trial, I permitted those jurors who wanted

3   to do so to take notes.  You may take your notes with you to

4   the jury room to use them during your deliberations, if you

5   wish.  As I told you at the beginning of the trial, your notes

6   are only an aid to your memory.  They are not evidence in the

7   case.  They should not replace your own memory of the evidence.

8   Those jurors who have not taken notes should rely on their own

9   memory of the evidence.  The notes are intended to be for the

10  note taker's own personal use.

11         I will provide you written copy of my instructions.

12  During your deliberations, you may, if you want, refer to these

13  instructions.  While you may refer to any particular portion of

14  the instructions, you are to consider the instruction as a

15  whole.  You may not follow some and ignore others.  If you have

16  any questions about the instructions, you should feel free to

17  send me a note.  Please return your instructions to me when

18  your verdict is rendered.

19         My function is to conduct the trial in an orderly,

20  fair and efficient manner, to rule on questions of law and to

21  instruct you on the law that applies in the case.  It is your

22  duty to accept the law as I instruct you.  You should consider

23  all of the instructions as a whole.  You may not ignore or

24  refuse to follow any of them.  Your function as the jury is to

25  determine what the facts are in this case.  You are the sole

judges of the facts.  While it is my responsibility to decide

what is admitted as evidence during the trial, you alone decide

what weight, if any, to give to that evidence.  You alone

decide the credibility or believability of the witnesses.

As I explained earlier, as human beings we all have

personal likes and dislikes, opinions, prejudices, and biases.

Generally, we are aware of these things.  But you should also

consider the possibility that you have implicit biases; that

is, biases of which you may not be consciously aware.  Personal

prejudices, preferences or biases have no place in a courtroom

where the goal is to arrive at a just and impartial verdict.

All people deserve fair treatment in the legal system,

regardless of any personal characteristic, such as race,

national or ethnic origin, religion, age, disability, sex,

gender identity or expression, sexual orientation, education or

income level or any other personal characteristic.  You should

determine the facts solely from the fair consideration of the

evidence.

You may not take anything I may have said or done as

indicating how I think you should decide this case.

If you believe I have expressed or indicated any such

opinion, you should ignore it.  The verdict in this case is

your sole and exclusive duty and responsibility.

If any reference by me or the attorneys to evidence

is different from your own memory of the evidence, it is your

memory that should control during your deliberations.  During

your deliberations, you may consider only the evidence properly

admitted in the trial.

        The evidence in the case consists of the sworn

testimony of the witnesses, the exhibits that were admitted

into evidence, the facts of which I took judicial notice and

the facts and testimony stipulated to by the parties.  I may

take what is called judicial notice of public acts, places,

facts and events that I consider to be matters of common

knowledge or matters that can be determined easily throughout

undisputed sources.  In this case, I took judicial notice of

Article 2, Section 1 of the constitution of the United States,

the Twelfth Amendment, and excerpts from 3 United States Code

15 to 18 related to the electoral college certification.

        When I take judicial notice of a particular fact, you

may, if you choose to do so, regard that fact as proven

evidence.  But because you are the sole judges of the facts,

however, you are not required to accept any fact that is

judicially noticed.

        During the trial you were told that the parties had

stipulated, that is agreed to certain facts.  You should

consider any stipulation of fact to be undisputed evidence.

        When you consider the evidence, you are permitted to

draw from facts that you find have been proven, such reasonable

inferences as you feel are justified in the light of your

1    experience.  You should give any evidence such weight as in

2    your judgment it is fairly entitled to receive.  The statements

3    and arguments of the lawyers are not evidence.  They are only

4    intended to assist you in understanding the evidence.

5           Similarly, the questions of the lawyers are not

6    evidence.  The indictment is merely the formal way of accusing

7    a person of a crime.  You must not consider the indictment as

8    evidence of any kind.  You may not consider it as any evidence

9    of Mr. Sullivan's guilt or draw any inference of guilt from it.

10   Every defendant in a criminal case is presumed to be innocent.

11          The presumption of innocence remains with the

12   defendant throughout the trial unless and until the government

13   has proven he is guilty beyond a reasonable doubt.

14          This burden never shifts throughout the trial.  The

15   law does not require Mr. Sullivan to prove his innocence or to

16   produce any evidence at all.  If you find that the government

17   has proven beyond a reasonable doubt every element of a

18   particular offense with which Mr. Sullivan is charged, then it

19   is your duty to find him guilty of that offense.  On the other

20   hand, if you find the government has failed to prove any

21   element of a particular offense beyond a reasonable doubt, it

22   is your duty to find him not guilty of that offense.

23          The burden is on the government to prove Mr. Sullivan

24   guilty beyond a reasonable doubt.  In civil cases, it is only

25   necessary to prove that a fact is more likely true than not or

1    in some cases that its truth is highly probable.  But in

2    criminal cases, such as this one, the government's proof most

3    be more powerful than that.  It must be beyond a reasonable

4    doubt.  Reasonable doubt as the name applies is a doubt based

5    on reason and a doubt for which you have a reason based upon

6    the evidence or lack of evidence in the case.

7              If after careful, honest and impartial consideration

8    of all of the evidence you cannot say that you are firmly

9    convinced of the defendant's guilt, then you have a reasonable

10   doubt.  Reasonable doubt is the kind of doubt that would cause

11   a reasonable person after careful and thoughtful reflection to

12   hesitate to act in the graver or more important matters in

13   life.  However, it is not an imaginary doubt.  Nor a doubt

14   based on speculation or guesswork.  It is a doubt based on

15   reason.

16             The government is not required to prove guilt beyond

17   all doubt or to a mathematical or scientific certainty.  Its

18   burden is to prove guilt beyond a reasonable doubt.

19             There are two types of evidence from what you may

20   determine what the facts are in this case, direct evidence and

21   circumstantial evidence.  When a witness, such as an

22   eyewitness, asserts an actual knowledge of a fact, that

23   witness' testimony is direct evidence.  On the other hand,

24   evidence of facts and circumstances from which reasonable

25   inferences may be drawn is circumstantial evidence.

1    Let me give you an example.  Assume a person looked

2    out a window and saw that snow was falling.  If he later

3    testified in Court about what he had seen, his testimony would

4    be direct evidence that snow was falling at the time he saw it

5    happen.

6    Assume, however, that he looked out a window and saw

7    no snow on the ground and then went to sleep and saw snow on

8    the ground after he woke up.  His testimony about what he had

9    seen would be circumstantial evidence that it had snowed while

10   he was asleep.  The law says that both direct and

11   circumstantial evidence are acceptable as means of proving a

12   fact.  The law does not favor one form of evidence over

13   another.  It is for you to decide how much weight to give to

14   any particular evidence, whether it is direct or

15   circumstantial.  You are permitted to give equal weight to

16   both.

17   Circumstantial evidence does not require a greater

18   degree of certainty than direct evidence.  In reaching a

19   verdict in this case, you should consider all of the evidence

20   presented by direct and circumstantial.

21   One of the questions you were asked when we were

22   selecting this jury was whether the nature of the charges

23   itself would affect your ability to reach a fair and impartial

24   verdict.

25   We asked you that question because you must not allow

1    the nature of the charge to affect your verdict.  You must

2    consider only the evidence that has been presented in the case

3    in reaching a fair and impartial verdict.

4            The weight of the evidence is not necessarily

5    determined by the number of witnesses testifying for each side.

6    Rather you should consider all of the facts and circumstances

7    in evidence to determine which of the witnesses you believe.

8    You might find the testimony of a smaller number of witnesses

9    on one side is more believable than the testimony of a greater

10   number of witnesses on the other side or you might find the

11   opposite.  The lawyers in this case sometimes objected when the

12   other side asked a question, made an argument or offered

13   evidence that the objecting lawyer believed was not proper.

14   You must not hold such objection against the lawyer who made

15   them or the party he or she represents.  It is the lawyer's

16   responsibility to object to evidence that they believe is not

17   admissible.

18            If during the course of the trial I sustained an

19   objection to a lawyer's question, you should ignore the

20   question.  You must not speculate as to what the answer would

21   have been.  If after a witness answered a question, I ruled

22   that the answer should be stricken, then you should ignore both

23   the question and the answer.  They should play no part in your

24   deliberations.  Likewise, exhibits as to which I sustained an

25   objection or that I ordered stricken are not evidence and you

1    must not consider them in your deliberations.

2              In determining whether the government has proved the

3    charges against the defendant beyond a reasonable doubt, you

4    must consider the testimony of all of the witnesses who have

5    testified.  You are the sole judges of the credibility of the

6    witnesses.

7              You alone determine whether to believe any witness

8    and the extent to which a witness should be believed.  Judging

9    a witness' credibility means evaluating whether the witness has

10   testified truthfully and whether the witness accurately

11   observed, recalled and described the matters about which the

12   witness testified.  As I instructed you at the beginning of the

13   trial and again just now, you should evaluate the credibility

14   of witnesses free from prejudices and biases.  You may consider

15   anything else that in your judgment affects the credibility of

16   any witness.  For example, you may consider the demeanor and

17   the behavior here of the witness on the witness stand, the

18   witness' manner of testifying, whether the witness impresses

19   you as having an accurate memory, whether the witness has any

20   motive or reason for not telling the truth, whether the witness

21   had a meaningful opportunity to observe the matters about which

22   he or she has testified, whether the witness has any interest

23   in the outcome of this case, stands to gain anything by

24   testifying or has friendship or hostility toward other people

25   concerned with the case.

1          In evaluating the accuracy of a witness' memory you

2     may consider the circumstances surrounding the event, including

3     the time that elapsed between the event and any later

4     recollections of the event and the circumstances under which

5     the witness was asked to recall the details of the event.  You

6     may consider whether there are any consistencies or

7     inconsistencies in a witness' testimony or between the witness'

8     testimony and any previous statement made by the witness.

9          You may also consider any consistencies or

10    inconsistency between the witness' testimony and any other

11    evidence you may credit.  You may consider whether any

12    inconsistencies are the result of lapses in memory, mistake,

13    misunderstanding, intentional falsehood or differences in

14    perception.  You may consider the reasonableness or

15    unreasonableness, the probability or improbability of the

16    testimony of a witness in determining whether to accept it as

17    true and accurate.  You may consider whether the witness has

18    been contradicted or supported by other evidence that you

19    credit.  If you believe that any witness has shown him or

20    herself to be biased or prejudiced for or against either side

21    in this trial or motivated by self interest you may consider

22    whether such bias or prejudice has colored the testimony of

23    that witness so as to effect the desire and capability of that

24    witness to tell the truth.

25          You should give the testimony of each witness such

weight as in your judgment it is fairly entitled to receive.
You have heard testimony about witnesses meeting with attorneys
or investigators before they testified.  You are instructed it
is perfectly proper for a lawyer or investigator to interview a
witness in preparation for trial.

A police officer's testimony should be evaluated by
you just as any other evidence in the case.  In evaluating the
officer's credibility, you should use the same guidelines you
apply to the testimony of any witness.  In no event should you
give either greater or lesser weight to the testimony of any
witness, merely because he is a police officer or law
enforcement agent.

A defendant has a right to become a witness in his
own behalf.  His testimony should not be disbelieved merely
because he is the defendant.  In evaluating his testimony,
however, you may consider the fact that the defendant has a
vital interest in the outcome of the trial.  As with the
testimony of any other witness, you should give the defendant's
testimony as much weight as in your judgment it deserves.

Count 1 of the indictment charges the defendant with
corruptly obstructing an official proceeding, which is a
violation of federal law.  Count 1 also charges the defendant
with attempt to obstruct or impede an official proceeding and
aiding and abetting others to commit that offense.  First I
will explain the elements of the substantive offense along with

1    the associated definitions, then I will explain how to

2    determine whether the defendant attempted the offense and

3    whether the defendant aided and abetted the offense.

4            In order to find the defendant guilty of the offense,

5    you must find the government proved each of the following

6    elements beyond a reasonable doubt:  First, that the defendant

7    attempted to or did obstruct or impede an official proceeding;

8    second, the defendant intended to obstruct or impede the

9    official proceeding; third, the defendant acted knowingly with

10   awareness that the natural and probable effect of his conduct

11   would be to obstruct or impede the official proceeding; and

12   fourth, the defendant acted corruptly.

13           To obstruct or impede means to block, interfere with

14   or slow the progress of an official proceeding.  Congress'

15   joint session to certify the electoral college vote on

16   January 6, 2021 was an official proceeding as that term is used

17   in this count.  The official proceeding need not be pending or

18   about to be instituted at the time of the offense.  If the

19   official proceeding was not pending or about to be instituted

20   the government must not -- must prove beyond a reasonable doubt

21   that the official proceeding was reasonably foreseeable to the

22   defendant.

23           A person acts knowingly if he realizes what he is

24   doing and is aware of the nature of his conduct and does not

25   act through ignorance, mistake or accident.  In deciding

1    whether the defendant acted knowingly, you may consider all of

2    the evidence including what the defendant said, did and

3    perceived.

4             To act corruptly, the defendant must act immediately,

5    must use independently unlawful means or act with an unlawful

6    purpose or both.  The defendant must also act with

7    consciousness of wrongdoing.  Consciousness of wrongdoing means

8    with an understanding or awareness that what the person is

9    doing is wrong or unlawful.

10            Not all attempts to obstruct or impede an official

11   proceeding involve acting corruptly.  For example, a witness in

12   a court proceeding may refuse to testify by invoking his or her

13   constitutional privilege against self incrimination, thereby

14   obstructing or impeding the proceeding, but that person does

15   not act corruptly.

16            In addition, the First Amendment to the United States

17   Constitution affords people the right to speak, assemble and

18   petition the government for grievances.  Accordingly a

19   person -- an individual who does no more than lawfully exercise

20   those rights does not act corruptly.  In addition, an

21   individual who obstructs or impedes a court proceeding by

22   bribing a witness to refuse to testify in that proceeding or by

23   engaging in other independently unlawful conduct does act

24   corruptly.  Sometimes acting corruptly involves acting with the

25   intent to secure an unlawful advantage or benefit either for

1    one side or for another person.

2         While the defendant must act with intent to obstruct

3    the official proceeding, this need not be the sole purpose.  A

4    defendant's unlawful intent to obstruct an official proceeding

5    is not negated by simultaneous presence of another for his

6    conduct.

7         Attempt.  In Count 1, the defendant is also charged

8    with attempt to commit the crime of obstruction of an official

9    proceeding.  An attempt to commit obstruction of an official

10   proceeding is a crime, even if the defendant did not actually

11   complete the crime.  In order to find the defendant guilty of

12   attempt to commit obstruction of an official proceeding, you

13   must find that the defendant -- the government proved beyond a

14   reasonable doubt each of the following elements:  First, that

15   the defendant intended to commit the crime of obstruction of an

16   official proceeding, as I have just defined the offense above;

17   second, that the defendant took a substantial step toward

18   committing obstruction of an official proceeding, which

19   strongly corroborates or confirms that the defendant intended

20   to commit that crime.

21        With respect to the first element of attempt, you may

22   not find the defendant guilty of attempt to commit obstruction

23   of an official proceeding, merely because the defendant thought

24   about it.  You must find the evidence proved beyond a

25   reasonable doubt that the defendant's mental state passed

1    beyond the stage of thinking about the crime to actually

2    intending to commit it.

3          With respect to the substantial step element, you may

4    not find the defendant guilty of attempt to commit obstruction

5    of an official proceeding merely because the defendant made

6    some plans to or some preparation for committing the crime.

7    Instead, you must find the defendant took some firm, clear,

8    undeniable action to accomplish his intent to commit

9    obstruction of an official proceeding crime.  However, the

10   substantial step element does not require the government to

11   prove that the defendant did everything except the last act

12   necessary to complete the crime.

13         Aiding and abetting.  In this case the government

14   further alleges that the defendant committed obstruction of an

15   official proceeding as charged in Count 1 by aiding and

16   abetting others in committing this offense.

17         This is not a separate offense, but merely another

18   way in which the government alleges that the defendant

19   committed this offense in Count 1.

20         A person may be guilty of an offense if he aided and

21   abetted another in committing the offense.  A person who has

22   aided another in committing an offense is often called the

23   accomplice.  The person whom the accomplice aids and abets is

24   known as the principal.  It is not necessary that all people

25   who committed the crime be caught or identified.  It is

sufficient if you find beyond a reasonable doubt that the crime was committed by someone and that the defendant knowingly and intentionally aided and abetted that person in committing the crime.

In order to find the defendant guilty of obstruction of an official proceeding, because the defendant aided and abetted others in committing this offense, you must find that the government proved beyond a reasonable doubt the following elements:  First, that others committed the obstruction of an official proceeding by committing each of the elements of the offense charged, as I have explained above; second, that the defendant knew that obstruction of an official proceeding was going to be committed or was being committed by others; third, that the defendant performed an act or acts in furtherance of the offense; fourth, that the defendant knowingly performed that act or acts for the purpose of aiding, assisting, soliciting, facilitating or encouraging others in committing the offense of obstruction of an official proceeding; and, fifth, that the defendant did that act or acts with the intent that others commit the offense of obstruction of an official proceeding.

To show that the defendant performed an act or act in furtherance of the offense charged, the government must prove some affirmative participation by the defendant which at least encouraged others to commit the offense.  That is, you must

find that the defendant's act or acts did in some way aid,

assist, facilitate or encourage others to commit the offense.

The defendant's act or acts need not further aid, assist,

facilitate or encourage every part or phase of the offense

charged.  It is enough if the defendant's act or acts further

aided, assisted, facilitated or encouraged only one or some

part or phases of the offense.  Also, the defendant's acts need

not themselves be against the law.

In deciding whether the government had the required

knowledge and intent to satisfy the fourth requirement for

aiding and abetting, you may consider both direct and

circumstantial evidence, including the defendant's words and

actions and other facts and circumstances.

However, evidence that the defendant merely

associated with the persons involved in a criminal venture or

was merely present or was merely a knowing spectator during the

commission of the offense is not enough for you to find the

defendant guilty as an aider and abettor.  If the evidence

shows that the defendant knew the offense was being committed

or was about to be committed, but does not also prove beyond a

reasonable doubt that it was the defendant's intent and purpose

to aid, assist, encourage, facilitate or otherwise associate

the defendant with the offense, you may not find the defendant

guilty of obstruction of an official proceeding as an aider and

abettor.

1  The government must prove beyond a reasonable doubt

2  that the defendant in some way participated in the offense

3  committed by others as something the defendant wished to bring

4  about or to make succeed.

5  A defendant may be found guilty of the offense

6  charged in Count 1, if the defendant obstructed an official

7  proceeding, attempted to obstruct an official proceeding, or

8  aided and abetted an official proceeding.  Each of these three

9  ways of committing the offense is described in the instructions

10  I have just given you.

11  If you find beyond a reasonable doubt that the

12  defendant committed the offense of obstruction of an official

13  proceeding in any one of these three ways, then you should find

14  the defendant guilty of Count 1.  And you need not consider

15  whether the defendant committed the offense of obstruction of

16  an official proceeding in the other two ways.

17  Count 2, obstructing officers during a civil

18  disorder.  Count 2 charges the defendant was obstructing law

19  enforcement officers during a civil disorder, which is a

20  violation of federal law.  Count 2 also charges the defendant

21  with attempt to commit the crime of obstructing officers during

22  a civil disorder and aiding and abetting others to commit that

23  offense.

24  First, I will explain the elements of the substantive

25  offense along with its associated definitions, then I will

1    explain how to determine whether the defendant attempted the

2    offense and whether the defendant aided and abetted the

3    offense.  In order to find the defendant guilty of this

4    offense, you must find the government proved each of the

5    following elements beyond a reasonable doubt:  First, the

6    defendant knowingly committed or attempted to commit an act

7    with the intended purpose of obstructing, impeding, or

8    interfering with one or more law enforcement officers.

9            Second, at the time of the defendant's actual or

10   attempted act, the law enforcement officers were engaged in the

11   lawful performance of their official duties incident to and

12   during a civil disorder.  Third, the civil disorder in any way

13   or degree obstructed, delayed or adversely affected commerce or

14   the movement of any article or commodity in commerce or the

15   conduct or performance of any federally protected function.

16           The term civil disorder means any public disturbance

17   including acts of violence by groups of three or more persons,

18   which, A, causes an immediate danger to another individual; B,

19   causes an immediate danger of damage to another individual's

20   property; C, results in injury to another individual; or D

21   results in damage to another individual's property.

22           The term commerce means commerce or travel between

23   one state, including the District of Columbia, and any other

24   state including the District of Columbia.  It also means

25   commerce wholly within the District of Columbia.

1    The term federally protected function means any

2    function, operation or action carried out under the laws of the

3    United States by any department, agency or instrumentality of

4    the United States or by an officer employed thereof.

5    The term department means one of the departments of

6    the executive branch such as the Department of Homeland

7    Security, which includes the United States Secret Service or

8    the legislative branch.

9    The term agency includes any department, independent

10   establishment, commission, administration, authority, board or

11   bureau of the United States.

12   The term instrumentality includes any other formal

13   entity through which the government operates, such as Congress

14   or the United States Capitol Police.

15   For the United States Capitol Police and the

16   Metropolitan Police Department on January 6, 2020, their

17   official duties means policing the US Capitol building and

18   grounds and enforcing federal law and District of Columbia law

19   in those areas.

20   The term knowingly has the same meaning as described

21   in the instructions for Count 1.

22   For attempt in Count 2, the defendant is also charged

23   with attempt to commit the crime of obstructing officers during

24   a civil disorder.  An attempt to commit obstruction of officers

25   during a civil disorder is a crime, even if the defendant did

1    not actually complete the crime.

2            In order to find the defendant guilty of attempt to

3    commit obstruction of officers during a civil disorder, you

4    must find the government proved beyond a reasonable doubt each

5    of the following elements:  First, that the defendant intended

6    to commit the crime of obstructing officers during a civil

7    disorder as I have defined the offense above; second, that the

8    defendant took a substantial step toward committing obstructing

9    officers during a civil disorder, which strongly corroborates

10   or confirms that defendant intended to commit that crime.

11           With respect to the first element of attempt, you may

12   not find the defendant guilty of attempt to commit obstructing

13   officers during a civil disorder merely because the defendant

14   thought about it.

15           You must find that the evidence proved beyond a

16   reasonable doubt that the defendant's mental state passed

17   beyond the stage of thinking about the crime to actually

18   intending to commit it.

19           With respect to the substantial step element, you may

20   not find the defendant guilty of attempt to commit obstruction

21   of officers during a civil disorder merely because the

22   defendant made some plans to or some preparation for committing

23   the crime.  Instead you must find that the defendant took some

24   firm, clear, undeniable action to accomplish his intent to

25   commit obstruction of an official proceeding crime.

1          However, the substantial step element does not

2     require the defendant to prove -- the government to prove that

3     the defendant did everything except the last act necessary to

4     complete the crime.

5          Aiding and abetting.  In this case the government

6     further alleges the defendant committed obstruction of officers

7     during a civil disorder as charged in Count 2, by aiding and

8     abetting others in committing this offense.  This is not a

9     separate offense but merely another way in which the government

10    alleges that defendant committed the offense in Count 2.

11         A person may be guilty of an offense if he aided and

12    abetted another person in committing the offense.  A person who

13    has aided and abetted another person in committing an offense

14    is often called an accomplice.  The person whom the accomplice

15    aids and abets is known as the principle.  It is not necessary

16    that all of the people who committed the crime be caught or

17    identified.  It is sufficient if you find beyond a reasonable

18    doubt that the crime was committed by someone and that the

19    defendant knowingly and intentionally aided and abetted that

20    person in committing the crime.

21         In order to find the defendant guilty of obstruction

22    of officers during a civil disorder, because the defendant

23    aided and abetted others in committing this offense, you must

24    find that the government proved beyond a reasonable doubt the

25    following elements:  First, that others committed obstruction

1    of officers during a civil disorder by committing each of the

2    elements of the offense charged, as I explained above; second,

3    that the defendant knew that the obstruction of officers during

4    a civil disorder was about to be committed or was being

5    committed by others; third, that the defendant performed an act

6    or acts in furtherance of the offense, that the defendant

7    knowingly performed that act or acts for the purpose of aiding

8    and abetting, assisting, soliciting, facilitating or

9    encouraging others in committing the offense of obstruction of

10   officers during a civil disorder; fifth, that the defendant did

11   that act or acts with the intent that others committed the

12   offense of obstruction of officers during a civil disorder.

13           To show that the defendant performed an act or act in

14   furtherance of the offense charged the government must prove

15   some affirmative participation by the defendant, which at least

16   encouraged others to commit the offense.  That is you must find

17   that the defendant's act or acts did in some way aid, assist,

18   facilitate or encourage others to commit the offense.  The

19   defendant's act or acts need not further aid, assist,

20   facilitate or encourage every part or phase of the offense

21   charged.  It is enough if defendant's act or acts further

22   aided, assisted, facilitated or encouraged only one or some

23   parts or phases of the offense.  Also defendant's acts need not

24   themselves be against the law.

25           In deciding whether the defendant had the required

knowledge and intent to satisfy the fourth requirement for
aiding and abetting, you may consider both direct and
circumstantial evidence, including the defendant's words and
actions and other facts and circumstances.  However, evidence
that the defendant merely associated with persons involved in a
criminal venture or was merely present or was merely a knowing
spectator during the commission of the offense is not enough
for you to find the defendant guilty as an aider and abettor.
If the evidence shows that defendant knew that the offense was
being committed or was about to be committed but does not also
prove beyond a reasonable doubt that it was the defendant's
intent and purpose to aid, assist, encourage, facilitate or
otherwise associate the defendant with the offense, you may not
find the defendant guilty of obstruction of an official
proceeding as an aider and abettor.  The government must prove
beyond a reasonable doubt that the defendant in some way
participated in the offense committed by others as something
the defendant wished to bring about and make succeed.

        The defendant may be found guilty of the offense
charged in Count 2 if the defendant obstructed officers during
a civil disorder, attempted to obstruct officers during a civil
disorder or aided and abetted obstruction of officers during a
civil disorder.  Each of these three ways of committing the
offenses described in the instructions I have given you.  If
you find beyond a reasonable doubt that the defendant committed

1    the offense of obstruction of officers during a civil disorder,

2    in any one of these three ways, you should find the defendant

3    guilty of Count 2.  And you need not consider whether the

4    defendant committed the offense of obstruction of officers

5    during a civil disorder in the other two ways.

6           That is a mouthful so far, isn't it?  If you all want

7    to stand up for a minute and take a break, I have still got

8    more to read, so everybody can stand up for a minute.  And I

9    will take a breath too.  I am still going for a while.

10          MS. LEDERER:  Your Honor, may we quickly --

11          (Conference held at the bench.)

12          MR. BARCLAY:  Your Honor, just in case it is easy to

13   fix before the instructions go to the jury, page 19, in the

14   final paragraph, before the words the defendant may be found

15   guilty, there is mention of obstruction of an official

16   proceeding, instead of obstruction of officers.  So if it is

17   possible to fix that --

18          (End of bench conference.)

19          THE COURT:  I may have misread a word there that I

20   will correct when I do all of the corrections at the end.  All

21   right.  Count 3 and the lawyers are following this along, so if

22   I misread a word, I will tell you all of the corrections at the

23   end.

24          Count 3 of the indictment charges the defendant with

25   the entering or remaining in a restricted building or grounds

1    with a dangerous weapon, which is a violation of federal law.

2    I am going to instruct you on the charges and explain the

3    various elements that you must consider.  I will also instruct

4    you on the lesser include offense after I give you the element

5    of these crimes, I will then tell you what order you should

6    consider them.

7            In order to find the defendant guilty in Count 3, you

8    must find the government proved each of the following elements

9    beyond a reasonable doubt:  First, the defendant entered or

10   remained in a restricted building or grounds without lawful

11   authority to do so; second, the defendant did so knowingly;

12   third, the defendant knowingly used or carried a dangerous

13   weapon during and in relation to this offense, that is a knife.

14           The term restricted building or grounds means any

15   posted, cordoned off or otherwise restricted area, building or

16   grounds where a person protected by the Secret Service is or

17   will be temporarily visiting.  The term person protected by the

18   Secret Service includes the vice president and the immediate

19   family of the vice president.  The term knowingly has the same

20   meaning as described in the instructions for Count 1.  The

21   defendant knowingly enters a restricted building or grounds if

22   he knows he is in a posted, cordoned off or otherwise

23   restricted area and knows that a person protected by the Secret

24   Service is or will be temporarily visiting that posted,

25   cordoned off or otherwise restricted area.

1          An object may be considered a dangerous weapon for

2     one of two reasons.  First an object is a dangerous weapon, if

3     it is inherently or, obviously, dangerous.  Secondly, an object

4     is a dangerous weapon if it is capable of causing serious

5     bodily injury or death to another person and the defendant

6     carried it with the intent that it be used in a manner capable

7     of causing serious bodily injury or death.

8          Lesser included offense of Count 3, that is entering

9     and remaining in restricted building or grounds.  You must find

10    the following elements beyond a reasonable doubt:  First, the

11    defendant entered or remained in a building or grounds without

12    lawful authority; and, second, the defendant did so knowingly.

13         I am going to instruct you as to the order in which

14    you consider these offenses.  You should first consider whether

15    the defendant is guilty of entering and remaining in a

16    restricted building or grounds with a dangerous weapon.  If you

17    find the defendant guilty of that offense, do not go on to the

18    lesser included offense.  If you find the defendant not guilty,

19    go on to consider whether he is guilty of entering and

20    remaining in a restricted building or grounds; that is, after

21    making all reasonable efforts to reach a verdict on the first

22    charge, you are unable to do so, you are allowed to consider

23    the lesser included charge.

24         This order will be reflected on the verdict form that

25    I will give to you, so there will be a place -- if you don't

1    reach a verdict on the greater charge, there will be a place to

2    issue a verdict on the lesser charge as to Count 3.

3           As to Count 4, disorderly or disruptive conduct in a

4    restricted building or grounds with a dangerous weapon, which

5    is a violation of federal law, I am going to instruct you on

6    the charge and the various elements you must consider.  And I

7    will also instruct you on the lesser included charge.

8           The elements of the offense on this charge, the

9    government must prove, first, beyond a reasonable doubt, that

10   the defendant engaged in disorderly or disruptive conduct in or

11   in proximity to any restricted building or grounds; second,

12   that defendant did so knowingly and with the intent to impede

13   or disrupt the orderly conduct of government business or

14   official functions; third, the defendant's conduct occurred

15   when or so that his conduct, in fact, impeded or disrupted the

16   orderly conduct of government business or official functions.

17   And, fourth, the defendant knowingly used or carried a

18   dangerous weapon during and in relation to the offense, that is

19   a knife.

20          Disorderly conduct is conduct that tends to disturb

21   the public peace or undermine public safety.  Disorderly

22   conduct includes when a person acts in such a manner as to

23   cause another person to be in reasonable fear that a person or

24   property in a person's immediate possession is likely to be

25   harmed or taken, uses words likely to produce violence on the

1    part of others or is unreasonably loud and disruptive under the

2    circumstances.

3              Disruptive conduct is a disturbance that interrupts

4    an event, activity or the normal course of a process.  The term

5    knowingly has the same meaning described in the instructions

6    for Count 3.

7              The term restricted building or grounds and dangerous

8    weapon have the same meanings as described in Count 3.

9              The lesser included offense.  In order to find the

10   defendant guilty of the lesser offense of Count 4, that is

11   disorder or disruptive conduct in a restricted building or

12   grounds, you must find the following elements beyond a

13   reasonable doubt:  First, that the defendant engaged in

14   disorderly or disruptive conduct in or in proximity to any

15   restricted building or grounds; second, the defendant did so

16   knowingly with intent to impede or disrupt the orderly conduct

17   of government business or official functions; third, the

18   defendant's conduct occurred when or so that his conduct, in

19   fact, impeded or disrupted the orderly conduct of government

20   business or official functions.

21             Now, I am going to instruct you as to the order in

22   which you should consider the above offenses.  You should

23   consider first, whether the defendant is guilty of disorderly

24   or disruptive conduct in a restricted building or grounds with

25   a deadly or dangerous weapon.  If you find the defendant guilty

1    of that offense, do not go on to the lesser included offense.

2    However, if you find the defendant not guilty go on to consider

3    whether the defendant is guilty of entering or remaining in a

4    restricted building or grounds and after making all reasonable

5    evidence to reach a verdict on the first charge, you are not

6    able to do so, then you are allowed to consider the lesser

7    included charge.

8            That order will be reflected in the verdict form that

9    I will send with you.

10           Turning to Count 5, unlawful possession of a

11   dangerous weapon on the Capitol grounds or buildings.  Count 5

12   charges the defendant with unlawful possession of a dangerous

13   weapon on the Capitol grounds.  In order to find the defendant

14   guilty of this offense, you must find the government proved

15   beyond a reasonable doubt -- first element, the defendant

16   knowingly entering the Capitol grounds or any of the Capitol

17   buildings; second, while he was on the Capitol grounds or any

18   of the Capitol buildings the defendant knowingly carried or had

19   readily accessible a dangerous weapon, that is a knife having a

20   blade longer than 3 inches.

21           The term Capitol building includes the United States

22   Capitol located at First Street Southeast, Washington, DC.

23   Capitol grounds includes the area depicted in Government

24   Exhibit 102.  For purposes of Count 5 only, the term dangerous

25   weapon is defined to include a dagger, a dirk, a stiletto or a

1    knife having a blade longer than 3 inches in length.  That is

2    based on that particular charge in the statute.

3              The term knowingly has the same meaning as described

4    in Count 1.

5              Count 6, disorderly conduct in a Capitol building.

6    Count 6 of the indictment charges the defendant with disorderly

7    and disruptive conduct in a Capitol building, which is a

8    violation of federal law.  In order to find the defendant

9    guilty of this offense, you must find the government proved

10   beyond a reasonable doubt each of the following elements:

11   First, the defendant engaged in disorderly or disruptive

12   conduct in any of the US Capitol buildings; second, the

13   defendant did so with the intent to impede, disrupt or disturb

14   the orderly conduct of a session of congress or either house of

15   congress; and, third, the defendant acted willfully and

16   knowingly.

17             The term Capitol buildings has the same meaning

18   described in the instructions for Count 5.

19             Disorderly conduct and disruptive conduct have the

20   same meaning described in the instructions for Count 4.

21             For purposes of this offense, disorderly conduct with

22   a session of congress or either house of congress includes the

23   actions of congress' joint session to certify the electoral

24   college vote.

25             The term house of congress means United States Senate

1    or the United States House of Representatives.

2          A person acts willfully if he acts with the intent to

3    do something that the law forbids, that is to disobey or

4    disregard the law.  Willfully, however, does not require proof

5    that the defendant be aware of this specific law or rule that

6    his conduct may be violating.

7          The term knowingly has the same meaning as described

8    in the instructions for Count 1.

9          Count 7, parading, demonstrating or picketing in a

10   Capitol building.  Count 7 of the indictment charges the

11   defendant with parading, demonstrating or picketing in a

12   Capitol building, which is a violation of federal law.  In

13   order to find the defendant guilty of this offense you must

14   find the defendant proved each of the following elements beyond

15   a reasonable doubt:  First, that the defendant paraded,

16   demonstrated or picketed in any of the United States Capitol

17   buildings; second, that the defendant acted willfully and

18   knowingly.

19         The term parade and picket have their ordinary

20   meanings.

21         The term demonstrate refers to conduct that would

22   disrupt the orderly business of congress by, for example,

23   impeding or obstructing passageways, hearings or meetings, but

24   does not include activities such as quiet praying.

25         The term Capitol buildings has the same meaning

1    described in the instructions for Count 5.

2          The term knowingly has the same meaning as described

3    in the instructions for Count 1.  And the term willfully has

4    the same meaning as described in the instructions for Count 6.

5          This is Mr. Sullivan's theory of the case.  John

6    Sullivan was not on the grounds of the United States Capitol

7    building on January 6, 2021 to intentionally obstruct an

8    official proceeding.  Rather John Sullivan was present at the

9    US Capitol on January 6, 2021, to record and document the

10   events at the Capitol on January 6, 2021.  Similarly, John

11   Sullivan was not present at the Capitol on January 6, 2021, he

12   argues to knowingly and intentionally obstruct officers during

13   a civil disorder.

14         You have heard evidence that Mr. Sullivan

15   participated in organized protests before January 6, 2021.  It

16   is up to you to decide whether to accept that evidence.  If you

17   find that Mr. Sullivan participated in an organized protest

18   before January 6, 2021, you may use this evidence only for the

19   limited purpose of determining whether the government has

20   proved beyond a reasonable doubt that Mr. Sullivan intended to

21   obstruct or impede the official proceeding and acted knowingly

22   and on purpose, not by mistake or accident.  You may not use

23   this evidence for any other purpose.

24         Mr. Sullivan is only on trial for the crimes charged.

25   Mr. Sullivan is not charged in this case with any offense

relating to any other protest.  You may not use this evidence to conclude that he has a bad character or that he has a criminal personality.  The law does not allow you to convict Mr. Sullivan simply because you believe he may have done bad things not specifically charged as crimes in this case.

You have heard evidence about statements made to or by some defendants and other individuals.  The First Amendment of the United States constitution protects an individual's right to free speech, including speech that you may find to be vile, hateful or offensive.  The First Amendment, however, does not provide a right to engage in speech that is integral to the criminal conduct.  You may not find a defendant committed a crime simply because you find the defendant or other individuals engaged in speech that you find to be offensive.

You may however consider the statement made by defendants and other individuals as evidence of that, for example, that the defendant has the certain motive, intent or knowledge.  Someone's intent, knowledge, willfulness or state of mind ordinarily cannot be proved directly, because there is no way of knowing what a person is actually thinking.

But you may infer someone's intent, knowledge, willfulness or state of mind from their surrounding circumstances.  You may consider any statement made or acts done or omitted by Mr. Sullivan and all other facts and circumstances received in evidence, which indicate his intent,

knowledge, willfulness or state of mind.  You may infer, but

you are not required to infer that a person intends the natural

and probable consequences of acts he intentionally did or

intentionally did not do.  It is entirely up to you, however,

to decide what facts to find from the evidence received during

this trial.  You should consider all of the circumstances in

evidence you think are relevant in determining whether the

government has proved beyond a reasonable doubt that

Mr. Sullivan acted with the necessary state of mind.

Each count of the indictment charges a separate

offense.  You should consider each offense and the evidence

which applies to it separately and you should return separate

verdicts to each count, unless I instruct you to do otherwise.

The fact that you may find the defendant guilty or not guilty

of any one count of the indictment should not influence your

verdict with respect to any other count of the indictment.

At any time during your deliberations, you may return

your verdict of not guilty or guilty with respect to any count.

A verdict must represent the considered judgment of

each juror.

And in order to return a verdict, each juror must

agree on the verdict.  In other words your verdict on each

count must be unanimous.

You will be provided with a verdict form for your use

when you have completed your deliberations.  The form is not

evidence in the case.  And nothing in it should be taken by you
to suggest or convey any opinion by me as to what your verdict
should be.  Nothing in the form replaces the instructions of
law I have already given to you.  And nothing in it replaces or
modifies the instructions about the elements which the
government must prove beyond a reasonable doubt.

The form is only meant to assist you in recording
your verdict.  During the course of the trial, a number of
exhibits were admitted into evidence.  Sometimes only portions
of exhibits were admitted, such as portions of a longer video,
a document with some words or pictures blacked out or otherwise
removed or a video played without audio.  There are a variety
of reasons why only a portion of an exhibit is admitted,
including that other parts are inadmissible or implicates an
individual's privacy.  As you examine the exhibits and you see
or hear portions where there appear to be omissions, you should
consider only the portions that were admitted.  You should not
guess as to what has been taken out and why.  And you should
not hold it against either party.  You are to decide the facts
only from the evidence that is actually before you.

I will be sending into the jury room with you -- and
I will go over all of it with counsel tonight after you have
left, but before you get it tomorrow morning, all of the
exhibits that have been admitted into evidence, so you will
have them all with you in the jury room.  You may examine any

1   or all of them as you consider your verdicts.  Keep in mind

2   that the exhibits that were only marked for identification, but

3   were not admitted into evidence will not be given to you.  And

4   you will not be able to consider them in reaching your verdict.

5          When you return to the jury room tomorrow morning,

6   you should first select one of your members to be a foreperson

7   to preside over your deliberations, to be your spokesperson

8   here in court.  There are no specific rules about how you

9   should select a foreperson.  That is up to you.  However, as

10  you go about the task, be mindful of your mission to reach a

11  fair and just verdict based on the evidence.  Consider

12  selecting a foreperson who will be able to facilitate your

13  discussions, who can help you organize the evidence, who will

14  encourage civility and mutual respect among all of you, who

15  will invite each juror to speak up regarding his or her views

16  about the evidence and who will promote a full and fair

17  consideration of the evidence.

18         The question of possible punishment in the event of

19  conviction is not a concern of yours, should not enter into or

20  influence your deliberations in any way.

21         The duty of imposing sentence in the federal system

22  rests exclusively with me.  Your verdict should be based solely

23  on consideration of the evidence in the case.  You should not

24  consider the matter of punishment at all.

25         I would like to remind you that in some cases,

1    although not necessarily in this one, there may be reports in

2    the newspaper or on the radio, internet or television regarding

3    the case.  If any such media coverage in this case comes to

4    your attention, you may be tempted to read, listen to or watch

5    it.  You must not read, listen to or watch any such reports,

6    because you must decide this case solely on the evidence as I

7    repeatedly reminded you during this trial.  If any publicity

8    about this trial inadvertently comes to your attention, don't

9    discuss it with any jurors or anyone else, just let my clerk or

10   the marshal outside your door during your deliberation know

11   that you need to speak to me and I will talk to you about it.

12           After you retire to the jury room to deliberate, I

13   want to remind you about an instruction that I gave at the

14   beginning of the trial.  During deliberations, you may not

15   communicate with anyone not on the jury about the case.  That

16   includes electronic communications, such as email or text or

17   blogging about the case.  In addition, you may not conduct any

18   independent investigation during deliberations.  That means you

19   should not conduct any research in person or electronically via

20   internet or in any other way.

21           If it becomes necessary during your deliberations to

22   communicate with me, you may send a note by the clerk or

23   marshal signed by your foreperson or by any one or more members

24   of the jury.  No member of the jury should communicate with me

25   by any means other than a signed note until you have reached a

1    verdict in the case.  And I will not communicate with any
2    member of the jury on any matter concerning the merits of the
3    case, except in writing or orally here in open court.  In other
4    words, if you send me a note, I will either respond to you and
5    reconvene in the courtroom.  There may be some delay, because I
6    will be in another proceeding and then I have to reconvene here
7    and get counsel back here before I can respond to the note.
8    But I can't have any communication with you until I get a
9    verdict even to respond to a note until I get the views of the
10   defendant and counsel.

11         Bear in mind, you are never under any circumstances
12   to reveal to any person, not the clerk, the marshal or me how
13   the jurors are voting until you have reached a unanimous
14   verdict.  That means you should never tell me in writing, in
15   open court or how the jury has voted on any matter.  Don't tell
16   me 6, 6; 7, 5; 11, 1, anything else, don't put it in the note.
17   I don't want to know, whether it is for conviction or acquittal
18   or any other vote, I don't want to know it.  It causes real
19   problems later, I will put it that way.

20         The attitude and conduct of jurors at the beginning
21   of their deliberations are matters of considerable importance.
22   It may not be useful for a juror upon entering the jury room to
23   voice a strong expression of an opinion on the case or to
24   announce a determination to stand for a certain verdict.  When
25   one does that at an outset, a sense of pride may cause that

1    juror to hesitate to back away from an announced position after

2    discussion of the case.

3            Furthermore, many jurors find it useful to avoid an

4    initial vote upon retiring to the jury room.  Calmly reviewing

5    and discussing the case at the beginning of deliberations is

6    often a more useful way to proceed.  Remember, you are not

7    partisans or advocates in the matter, you are judges of the

8    facts.

9            The last thing I have to tell you before you begin

10   your deliberations is excuse our one remaining alternate juror.

11   As I told you, selection of alternates is not entirely random.

12   It is not personal.  We selected two seats as alternates before

13   you entered the courtroom.  One of the jurors got sick and had

14   to be excused.  So the one is now seated in Juror 6.  The rest

15   of you remained healthy and attentive.  I can now excuse the

16   second alternate, but I am not yet -- I am going to excuse her

17   tomorrow morning after she reports back, make sure everybody

18   else is healthy and happy and here before I excuse the other

19   alternate.  Before she leaves tomorrow morning after I see her

20   here, and you all can begin your deliberations, I am going to

21   ask her for her phone number on a piece of paper and her

22   notebook so I can hold it.  I do have to ask her, however

23   unlikely it is, that if something happened and I had to excuse

24   a regular juror, I could still put her back in.  So I am going

25   to have to ask her to still not discuss the case with anyone

1    until I call her and tell her what happened.  Otherwise

2    alternates never know what happened in the case.  I will call

3    you and let you know what happened in the case.  Otherwise,

4    alternates never know what happened.  I will let you know.

5            In any event, my instruction about don't communicate

6    and don't get on the internet or any of that kind of stuff

7    until we make sure we get a verdict.  I won't have any other

8    communication other than, once we have everybody here we can

9    start deliberating in the morning.  You will come back at 10:00

10   tomorrow.  You pick your schedule for deliberations.  During

11   deliberations, we will order lunch.  We'll order you regular

12   breakfast, we'll order lunch for you tomorrow.  And then we'll

13   see -- it is your decision.  If you need more time, we will

14   come back the next day as well.  We are on a 10:00 to 5:00

15   schedule.  So it is up to you all.

16           Let me see counsel at the bench to see if they have

17   other things that I misread.  And I will give you the written

18   instructions so you will have them when you start.

19           We'll do it on the phone.

20           (Conference held at the bench.)

21           MR. BARCLAY:  Nothing on the government's end.

22           MR. KIERSH:  Satisfied, thank you.

23           (End of bench conference.)

24           THE COURT:  I will have the written instructions

25   ready when you all come back.  Don't talk about the case with

1   each other.  You start your deliberations when I tell you in

2   the morning that we have got all 12 here and I excuse the

3   alternate.  Once all 12 are together, then you can start your

4   deliberations and first decide who your foreman is going to be

5   and you will be able to start.  We don't have to reconvene for

6   you to be able to start deliberating.  We'll have all of the

7   exhibits and everything ready.  So be here at 10:00 tomorrow.

8   Have a nice evening.  That is a mouthful, wasn't it?

9           I will see you all tomorrow.

10          (The jury left the courtroom.)

11          THE COURT:  One other typo my clerk tells me there is

12  that will be on page 24.

13          It should be disorderly or disruptive rather than

14  entering or remaining in a restricted building, about three

15  lines up.  And then I did catch one other typo as I was reading

16  on page 30, protects -- about six lines up, the constitution

17  protects it says, A-N-D individuals and I changed that to an

18  individual.  That is just a typo also.  So with all of that,

19  with those typo changes, I will go ahead and sign this tonight

20  to have it ready to give to the jury when I come in the

21  morning.

22          All right.  Anything else you need to do on the

23  record tonight?  And then, make sure where are we with the

24  clerk on the exhibits?

25          THE COURTROOM DEPUTY:  I think we are good on

1    exhibits.

2          THE COURT:  The clerk tells me -- make sure with the

3    clerk she has got straight exactly what is going back to the

4    jury in the morning so there is no dispute.

5          Okay.  Anything you want to raise tonight?

6          MR. KIERSH:  Not an behalf of Mr. Sullivan.  Thank

7    you.

8          THE COURT:  Okay.  Thanks very much, Counsel.

9          (Proceedings concluded at 4:58 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        <u>C E R T I F I C A T E</u>

2

3          I, SHERRY LINDSAY, Official Court Reporter, certify

4     that the foregoing constitutes a true and correct transcript of

5     the record of proceedings in the above-entitled matter.

6

7

8

9

10                     Dated this 9th day of February, 2024.

11

12     _____
                      Sherry Lindsay, RPR
13                     Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. KIERSH: [6]** 4/15 5/7 5/15
10/1 16/16 95/4
**BY MS. LEDERER: [20]** 33/19 36/10
39/17 40/4 41/7 43/13 45/25 46/18
47/15 54/18 55/23 67/19 71/8
82/11 83/4 89/4 90/19 91/16 92/17
92/25
**MR. BARCLAY: [12]** 102/8 102/18
102/23 103/4 103/7 104/10 108/3
109/9 109/14 112/14 154/12 170/21
**MR. KIERSH: [44]** 3/11 4/1 29/2
29/13 32/13 32/21 32/25 40/25
41/4 43/7 43/9 43/11 46/15 46/17
47/5 55/6 55/9 55/13 55/18 82/9
83/2 89/1 89/3 90/6 90/8 90/12
90/14 91/9 92/11 95/2 97/8 97/14
97/25 98/10 98/16 99/5 99/16
102/1 102/4 103/12 116/13 116/15
170/22 172/6
**MS. LEDERER: [50]** 3/6 4/2 5/4
5/10 9/23 16/8 29/4 29/8 29/18
30/5 30/9 30/16 30/24 31/2 31/11
31/15 31/22 32/17 32/23 33/1 33/7
33/13 33/17 36/7 39/15 39/22
40/23 43/10 45/22 46/13 46/16
47/2 47/9 54/17 55/3 55/11 55/16
55/20 71/6 90/16 91/13 94/25
97/18 98/1 98/7 98/12 98/20 103/9
125/24 154/10
**THE COURT: [72]** 3/10 3/14 4/4
4/8 4/10 5/5 5/11 9/24 16/9 29/6
29/17 30/1 30/8 30/14 30/19 30/22
31/1 31/10 31/14 31/20 32/22 33/5
33/12 33/15 40/1 41/1 41/6 47/13
55/5 55/22 67/17 70/19 70/23 71/3
71/5 71/7 82/10 83/3 89/2 90/7
90/10 91/10 92/13 92/24 97/10
97/13 97/16 97/21 98/6 98/11
98/14 98/18 99/6 99/14 99/20
102/3 102/6 102/17 102/22 103/3
103/5 103/8 103/11 103/13 103/21
116/12 130/21 154/19 170/24
171/11 172/2 172/8
**THE COURTROOM DEPUTY: [4]** 3/2
4/7 103/18 171/25
**THE WITNESS: [4]** 5/6 5/12 9/25
16/10

**$**

**$600 [1]** 14/18

**0**

**078 [2]** 1/4 3/2

**1**

**1,000 [1]** 88/3
**10 [5]** 17/9 47/19 84/4 89/18
103/9
**100 [1]** 19/25
**100 percent [1]** 123/25
**1001 [1]** 46/15
**1001.2 [3]** 45/23 46/16 47/3
**1002.3 [2]** 44/16 113/22
**101 [1]** 112/15
**102 [2]** 113/8 159/24
**104 [1]** 2/8
**10:00 [3]** 170/9 170/14 171/7
**10:47 [1]** 1/6
**11 [1]** 168/16
**1101 [3]** 44/5 44/6 46/15
**1101.2 [1]** 46/13
**1102 [2]** 49/10 49/11
**1103 [1]** 51/4
**1104 [3]** 54/1 54/2 59/14
**1106 [4]** 52/21 53/1 53/15 55/1
**1107 [1]** 49/14
**1110 [2]** 49/25 49/25
**1111 [5]** 51/24 51/25 52/1 52/3
52/22
**1112 [1]** 51/19
**1113 [2]** 36/22 106/21
**1114 [1]** 37/16
**1115 [1]** 37/16 37/16
**1117 [1]** 37/22
**1118 [3]** 39/16 39/18 40/2
**1124 [2]** 30/25 31/3
**116 [1]** 2/8
**118 [1]** 2/12
**11:00 [1]** 56/12
**11:00 a.m [8]** 53/21 56/3 56/5
58/7 58/11 58/14 59/10 127/14
**11:30 [1]** 17/8
**11th [3]** 86/1 86/10 86/22
**12 [5]** 38/16 38/18 104/5 171/2
171/3
**125 [1]** 2/9
**12:32 [1]** 71/1
**1420 [6]** 54/22 55/4 55/11 55/20
56/19 58/10
**1425 [1]** 31/3
**14th [3]** 47/10 47/12 47/17
**15 [6]** 1/5 40/14 63/25 67/9 68/21
133/14
**1505 [1]** 36/8
**1752 [2]** 101/21 102/11
**18 [1]** 133/14
**19 [1]** 154/13
**1:30 [1]** 88/8
**1:36 [1]** 32/19
**1:45 [2]** 70/19 70/21
**1:47 [2]** 89/13 89/14

**2**

**2-hour [1]** 110/2
**20 [1]** 103/12
**20,000 [1]** 81/25
**20001 [1]** 1/24
**20015 [1]** 1/18
**2020 [17]** 5/25 5/25 6/13 7/2 7/13
32/4 33/23 33/25 34/18 38/25 46/3
46/4 83/10 106/10 106/23 106/25
149/16
**2021 [40]** 11/19 11/21 12/15 12/19
12/24 13/7 13/10 13/15 13/18
13/21 15/4 15/24 19/16 19/20 20/9
24/5 24/9 25/21 25/24 26/3 27/21
28/13 28/16 28/19 28/24 49/10
82/6 83/10 95/5 98/23 104/16
107/3 107/6 141/16 162/7 162/9
162/10 162/11 162/15 162/18
**2023 [1]** 1/5
**2024 [1]** 173/10
**20530 [1]** 1/14
**21 [1]** 101/14
**21-078 [2]** 1/4 3/2
**22-3062 [1]** 101/7
**24 [1]** 171/12
**26 [1]** 49/14
**27th [1]** 106/23
**2:30 [2]** 60/9 60/23
**2:32 [1]** 64/5
**2:46 [1]** 103/19
**2nd [1]** 107/4

**3**

**3 inches [3]** 114/23 159/20 160/1
**3.01 [2]** 100/13 100/20
**3.100 [1]** 100/14
**3.74 [1]** 114/25
**30 [2]** 103/7 171/16
**306 [1]** 111/24
**3062 [1]** 101/7
**30th [2]** 51/5 106/25
**31 [1]** 100/12
**31st [3]** 7/15 34/20 107/2
**33 [1]** 2/4
**333 [1]** 1/23
**36 [1]** 31/3
**360 [1]** 129/21
**37:50 [1]** 78/6

**4**

**40 [2]** 27/2 105/7
**401 [1]** 109/18
**41 [1]** 2/12
**440 [1]** 1/17
**45 [2]** 39/23 41/9
**48-second [1]** 91/22
**49 [1]** 80/10
**4:30 [1]** 67/10
**4:58 [1]** 172/9
**4th [2]** 13/22 14/9

**5**

**50 [3]** 31/7 88/6 117/24
**50-minute [3]** 86/2 86/21 121/14
**501 [3]** 98/22 99/3 112/24
**504 [1]** 99/4
**505 [1]** 98/24
**506 [3]** 98/22 98/24 112/24
**5335 [1]** 1/17
**5:00 [1]** 170/14
**5:30 [1]** 61/25

**6**

**601 [3]** 1/14 81/21 112/12
**601.1 [1]** 81/21
**605 [4]** 81/20 94/15 94/19 94/23
**638 [1]** 77/16
**662 [1]** 107/22
**669 [2]** 68/20 69/24
**670 [3]** 69/25 70/1 71/25
**6710 [1]** 1/23
**688 [2]** 88/5 109/7
**690 [4]** 91/6 91/15 91/17 111/1
**692 [2]** 78/21 79/7
**693 [1]** 78/17
**6:00 p.m [1]** 98/24
**6:30 [1]** 48/19
**6th [1]** 82/17

**7**

**7-second [2]** 85/24 87/7
**701 [9]** 24/13 67/8 78/4 84/22
86/8 86/21 87/1 107/12 121/11
**702 [1]** 59/5
**708 [1]** 59/5
**709 [2]** 60/7 62/22
**710 [3]** 63/24 63/25 111/5
**711 [4]** 85/13 85/14 86/9 86/22
**713 [1]** 114/24

**8**

**8-minute [4]** 85/22 86/14 87/9
87/13
**800 [1]** 16/3

**9**

**901.16 [4]** 2/12 40/19 40/21 41/2
**901.18 [1]** 109/25
**901.3 [1]** 110/25
**902.18 [1]** 71/11
**902.19 [1]** 70/18
**91 [1]** 101/14
**94 [1]** 2/5
**9:00 [2]** 15/10 15/14
**9:30 [2]** 15/10 15/14
**9:35 [1]** 63/2
**9th [1]** 173/10

**A**

**a.m [10]** 1/6 15/11 53/21 56/3
56/5 58/7 58/11 58/14 59/10
127/14
**A6500 [1]** 16/3
**abets [2]** 144/23 151/15
**abetted [11]** 141/3 144/21 145/3
145/7 147/8 148/2 151/12 151/13
151/19 151/23 153/22
**abetting [9]** 140/24 144/13 144/16
146/11 147/22 151/5 151/8 152/8
153/2

**abettor [4]** 146/18 146/25 153/8
153/15
**ability [4]** 76/7 112/22 114/14
136/23
**able [15]** 3/16 19/12 24/20 24/23
53/24 80/9 92/5 92/7 99/2 117/7
159/6 166/4 166/12 171/5 171/6
**about [141]** 5/8 6/3 6/17 6/21
7/14 7/17 7/17 7/18 10/16 11/11
11/12 11/13 11/22 12/5 12/14 13/1
13/12 15/9 17/5 17/10 18/3 18/22
19/19 19/25 21/25 22/3 23/9 23/11
25/9 29/14 29/15 31/5 32/5 33/23
41/9 42/15 44/17 44/25 48/19
50/20 52/12 52/17 53/9 59/16 60/9
62/6 63/2 64/5 64/17 67/10 70/19
71/13 71/14 76/10 81/5 84/4 87/25
88/16 89/19 91/14 91/23 93/1
94/11 94/14 96/15 101/24 104/7
106/9 106/12 106/24 107/16 107/16
107/17 108/5 108/13 108/19 109/11
109/23 110/3 111/11 111/18 112/3
112/17 113/12 113/12 113/15
114/10 114/14 114/22 115/17
116/24 117/11 117/11 119/8 120/12
120/14 120/21 123/11 123/17 124/2
124/5 124/5 124/12 126/22 126/24
127/2 128/20 130/15 130/23 130/25
131/16 136/3 136/8 138/11 138/21
140/2 141/18 141/19 143/24 144/1
146/20 147/4 150/14 150/17 152/4
153/10 153/18 163/6 165/5 166/8
166/10 166/16 167/8 167/11 167/13
167/15 167/17 170/5 170/25 171/14
171/16
**above [7]** 69/10 143/16 145/11
150/7 152/2 158/22 173/5
**above-entitled [1]** 173/5
**absolute [1]** 66/4
**absolutely [2]** 124/23 127/6
**accelerant [1]** 104/17
**accept [5]** 99/2 131/22 133/18
139/16 162/16
**acceptable [1]** 136/11
**accessible [2]** 19/8 159/19
**accident [2]** 141/25 162/22
**accompany [1]** 13/17
**accomplice [4]** 144/23 144/23
151/14 151/14
**accomplish [2]** 144/8 150/24
**accomplished [1]** 104/10
**accord [3]** 71/23 81/24 94/2
**according [1]** 65/16
**accordingly [2]** 66/15 142/18
**account [11]** 49/17 50/8 50/9
51/14 52/25 53/2 53/18 54/2 56/16
56/16 58/8
**accounts [4]** 4/23 49/22 49/23
49/24
**accuracy [1]** 139/1
**accurate [2]** 138/19 139/17
**accurately [1]** 138/10
**accusing [1]** 134/6
**achieved [1]** 109/6
**acquittal [2]** 99/18 168/17
**acquitted [2]** 14/1 32/11
**across [1]** 117/14
**act [36]** 26/24 28/8 115/22 117/19
117/23 119/24 135/12 141/25 142/4
142/4 142/5 142/6 142/15 142/20
142/23 143/2 144/11 145/14 145/16
145/19 145/22 145/22 146/1 146/3
146/5 148/6 148/10 151/3 152/5
152/7 152/11 152/13 152/13 152/17
152/19 152/21
**acted [7]** 141/9 141/12 142/1
160/15 161/17 162/21 164/9
**acting [5]** 27/2 101/4 142/11
142/24 142/24
**action [9]** 1/3 15/16 17/15 32/16

100/15 126/6 144/8 149/2 150/24
146/18 146/25 153/8
109/14 111/19 126/14 129/25
146/13 153/4 160/23
**active [1]** 49/9
**actively [1]** 10/13
**Activist [1]** 36/24
**activists [4]** 36/15 43/4 43/14
43/24
**activities [6]** 43/18 47/25 61/20
68/9 68/12 161/24
**activity [4]** 28/5 68/11 68/13
158/4
**actors [1]** 52/9
**acts [24]** 95/11 123/9 133/8
141/23 145/14 145/16 145/19 146/1
146/3 146/5 146/7 148/17 152/6
152/7 152/11 152/17 152/19 152/21
152/23 157/22 161/2 161/2 163/23
164/3
**actual [3]** 68/1 135/22 148/9
**actually [25]** 9/18 17/2 17/22
18/21 41/14 43/3 51/25 54/11 56/9
57/14 68/1 72/24 75/6 83/19 85/18
91/4 94/9 95/21 104/2 143/10
144/1 150/1 150/17 163/20 165/20
**add [1]** 21/14
**added [1]** 101/8
**addition [4]** 109/14 142/16 142/20
167/17
**Additionally [1]** 101/7
**additive [1]** 21/18
**address [4]** 29/5 98/4 107/1 124/4
**adequate [1]** 99/22
**administration [1]** 149/10
**admissible [1]** 137/17
**admits [1]** 111/9
**admitted [11]** 40/3 41/3 132/2
133/3 133/5 165/9 165/10 165/13
165/17 165/24 166/3
**adopted [1]** 101/21
**advance [1]** 11/22
**advanced [1]** 10/2
**advantage [1]** 142/25
**adverse [1]** 113/1
**adversely [1]** 148/13
**advertise [1]** 48/7
**advertising [1]** 45/2
**advise [1]** 100/15
**advised [1]** 3/23
**advocate [1]** 10/4
**advocated [2]** 106/20 106/21
**advocates [1]** 169/7
**affect [5]** 111/17 112/16 113/1
136/23 137/1
**affected [1]** 148/13
**affects [1]** 138/15
**affirmative [2]** 145/24 152/15
**affords [1]** 142/17
**afraid [1]** 122/14
**after [56]** 22/8 32/2 34/13 34/15
36/11 43/19 48/4 48/4 61/21 70/9
70/13 72/12 73/18 73/21 74/1
75/12 76/12 80/16 81/9 82/1 83/13
84/4 84/23 86/15 87/10 87/13 88/9
93/22 94/5 104/5 104/23 107/13
108/11 108/23 110/18 111/6 111/6
111/9 112/1 112/10 113/11 113/13
126/2 128/5 135/7 135/11 136/8
137/21 155/4 156/20 159/4 165/22
167/12 169/1 169/17 169/19
**afternoon [4]** 71/9 71/10 99/12
125/24
**afterwards [4]** 34/13 87/24 90/25
130/10
**again [16]** 12/2 16/6 28/23 32/21
32/24 37/12 37/16 37/23 38/22
39/10 44/10 44/18 48/9 51/17
51/20 52/12 53/7 53/17 54/3 61/7
61/7 62/7 63/8 65/1 65/4 66/16
67/14 67/15 70/5 72/3 73/6 76/2
78/2 79/25 81/12 87/11 87/22

88/14 89/10 93/23 95/14 95/25
102/13 105/24 105/10 106/8
107/9 107/9 107/10 108/19 108/19
108/22 108/23 112/8 112/9 115/2
115/5 115/11 117/19 124/20 129/3
138/13
**against [17]** 9/18 10/4 10/6 28/2
32/16 54/6 80/3 124/9 125/3 128/3
137/14 138/3 139/20 142/13 146/8
152/24 165/19
**age [1]** 132/14
**agency [2]** 149/3 149/9
**agent [28]** 3/9 8/10 9/8 22/19
22/25 23/16 23/20 24/1 33/7 47/10
84/15 84/21 85/10 85/24 86/8
86/13 86/20 94/16 94/18 94/19
94/22 96/21 98/9 108/25 109/16
111/11 113/23 140/12
**agents [2]** 54/13 85/9
**ago [1]** 89/6
**agree [5]** 29/17 121/20 122/25
122/25 164/22
**agreed [2]** 120/21 133/21
**ahead [7]** 3/21 4/6 22/8 30/10
47/13 71/3 171/19
**aid [8]** 83/21 131/6 146/1 146/3
146/22 152/17 152/19 153/12
**aided [14]** 141/3 144/20 144/22
145/3 145/6 146/6 147/8 148/2
151/11 151/13 151/19 151/23
152/22 153/22
**aider [4]** 146/18 146/24 153/8
153/15
**aiding [10]** 140/24 144/13 144/15
145/16 146/11 147/22 151/5 151/7
152/7 153/2
**aids [2]** 144/23 151/15
**aim [1]** 103/9
**air [1]** 25/8
**alarm [1]** 110/17
**alert [1]** 29/8
**alerts [1]** 43/25
**algorithm [2]** 38/7 38/8
**all [134]** 3/14 4/4 4/10 5/25 12/7
19/4 20/3 25/23 26/21 26/23 27/24
30/22 31/20 47/13 49/22 51/11
52/8 53/3 54/4 56/22 57/9 62/1
62/11 62/11 66/7 66/20 73/7 73/9
80/4 85/8 85/25 86/5 86/8 86/22
87/3 87/18 87/22 88/3 89/21 89/22
89/25 90/2 93/8 93/19 97/10 98/2
98/14 99/14 99/17 99/23 101/3
102/6 103/5 103/13 103/18 103/21
104/1 104/5 104/5 104/11 106/18
107/5 107/22 110/24 111/5 111/19
112/18 113/1 114/11 115/6 115/8
115/15 116/8 116/10 116/12 120/1
120/3 120/17 120/21 123/9 124/3
124/11 126/6 126/7 126/14 126/14
126/15 127/9 127/16 127/17 128/21
128/24 129/19 129/21 129/24 130/9
130/19 130/21 131/23 132/5 132/12
134/16 135/18 135/17 136/19 137/6
138/4 142/1 142/10 144/24 151/16
154/6 154/20 154/20 154/22 156/21
159/4 163/24 164/6 165/22 165/23
165/25 166/1 166/14 166/24 169/20
170/15 170/25 171/2 171/3 171/6
171/9 171/18 171/22
**all-black [1]** 57/9
**alleged [1]** 130/23
**alleges [4]** 144/14 144/18 151/6
151/10
**allow [3]** 81/16 136/25 163/3
**allowed [3]** 29/10 156/22 159/6
**allowing [4]** 69/6 75/2 75/2 77/21
**almost [1]** 17/21
**alone [4]** 123/12 132/2 132/3
138/7
**along [3]** 140/25 147/25 154/21
**already [7]** 13/7 46/5 64/21 80/17
100/23 114/13 165/4

**also [69]**   5/15 9/9 10/21 11/13
16/2 18/9 18/18 21/15 25/1 25/9
27/25 29/20 32/7 32/9 33/9 41/15
42/18 44/4 44/16 44/21 45/13
46/10 47/11 49/3 49/9 51/20 52/22
53/1 56/11 59/14 62/18 66/2 69/11
74/5 74/15 74/23 78/12 79/14
80/14 83/24 86/2 86/8 86/18 93/23
102/10 102/23 107/9 107/18 110/8
120/7 122/7 124/19 130/5 130/7
132/7 139/9 140/22 142/6 143/7
146/7 146/20 147/20 148/24 149/22
152/23 153/10 155/3 157/7 171/18
**alternate [6]**   3/22 4/6 169/10
169/16 169/19 171/3
**alternates [4]**   169/11 169/12
170/2 170/4
**although [1]**   167/1
**always [3]**   48/5 56/15 125/4
**am [88]**   4/22 5/12 9/18 9/25 11/15
14/16 19/25 20/2 21/1 21/15 26/9
28/3 28/4 28/8 38/1 41/13 41/14
44/10 45/2 46/7 48/3 48/17 53/15
54/5 54/21 60/12 62/9 62/14 62/14
62/15 62/15 66/2 66/2 66/4 66/8
66/9 66/14 66/23 66/24 67/2 68/4
68/10 69/6 69/8 72/14 74/10 76/15
76/19 77/9 77/22 80/4 80/15 80/22
81/5 81/7 81/17 85/16 86/25 87/21
89/11 93/3 93/9 93/9 94/24 98/8
100/2 100/8 106/11 107/2 107/16
108/18 111/1 112/6 119/16 124/6
124/9 128/7 129/13 129/18 154/9
155/2 156/13 157/5 158/21 169/16
169/16 169/20 169/24
**Amendment [4]**   133/13 142/16 163/7
163/10
**AMERICA [3]**   1/3 3/3 11/14
**American [2]**   61/16 121/15
**among [1]**   166/14
**angle [24]**   42/13 127/19
**announce [1]**   168/24
**announced [1]**   169/1
**another [36]**   5/16 13/24 28/20
51/23 54/9 56/8 63/20 74/15 74/17
76/8 93/24 105/2 108/5 110/18
110/22 111/9 112/5 112/12 112/22
129/3 136/13 143/1 143/5 144/17
144/21 144/22 148/18 148/19
148/20 148/21 151/9 151/12 151/13
156/5 157/23 168/6
**answer [5]**   35/23 92/12 137/20
137/22 137/23
**answered [2]**   16/8 137/21
**antiestablishment [6]**   42/19 42/23
52/13 52/18 127/3 127/4
**Antifa [1]**   20/5
**any [124]**   4/20 4/23 9/1 9/20
12/14 12/19 16/20 19/5 19/16 24/6
25/12 25/21 25/24 28/4 29/16
30/11 35/16 39/7 46/11 60/24
65/17 68/13 75/9 81/3 86/19 89/7
92/3 92/5 95/11 97/13 97/22 98/14
98/19 100/6 100/10 112/16 118/4
119/7 119/18 119/16 119/18 119/18
120/10 125/2 131/13 131/16 131/24
132/3 132/13 132/16 132/21 132/24
133/18 133/22 134/1 134/8 134/8
134/9 134/16 134/20 136/14 138/7
138/16 138/19 138/22 139/3 139/6
139/8 139/9 139/10 139/11 139/19
140/7 140/9 140/10 140/18 147/13
148/12 148/14 148/15 148/16
148/23 149/1 149/3 149/9 149/12
154/2 155/14 157/11 158/14 159/16
159/17 160/12 161/16 162/23
162/25 163/1 163/23 164/15 164/16
164/17 164/18 165/2 165/25 166/20
167/3 167/5 167/7 167/9 167/17
167/19 167/20 167/23 167/25 168/1

**also [69]**   (continued)

168/2 168/8 168/11 168/12 168/15
168/16 168/17 168/18 168/18 168/19/6
**anybody [20]**   6/21 8/6 12/12 13/17
14/13 15/2 22/20 24/11 65/4 72/5
81/14 120/13 120/13 120/22 120/23
120/23 120/25 124/23 124/24
124/25
**anyone [22]**   12/13 14/20 53/13
53/14 63/13 65/4 66/20 68/8 70/20
72/17 72/21 91/19 91/20 91/20
95/10 111/2 128/24 130/1 130/13
167/9 167/15 169/25
**anything [27]**   4/23 15/25 17/18
19/1 23/11 23/17 25/18 30/7 36/5
45/12 68/17 76/10 76/20 79/16
86/3 94/11 96/15 97/2 97/4 102/7
118/15 132/19 138/15 138/23
168/16 171/22 172/5
**anyway [3]**   20/6 54/16 110/20
**anyways [1]**   79/22
**anywhere [3]**   13/4 41/22 96/14
**AP's [1]**   129/4
**apologies [1]**   35/21
**apologize [3]**   31/2 69/25 78/21
**app [1]**   12/2
**appealing [1]**   21/16
**appear [1]**   165/16
**appearance [1]**   3/5
**APPEARANCES [1]**   1/11
**applicable [1]**   100/16
**applies [3]**   131/21 135/4 164/12
**apply [2]**   105/12 140/9
**approach [1]**   3/4
**appropriate [1]**   119/19
**approximately [1]**   17/10
**AR15 [1]**   124/24
**archery [1]**   5/16
**archivist [8]**   115/18 115/22
115/23 116/1 116/2 116/2 116/3
116/7
**are [198]**
**area [24]**   20/7 30/17 56/24 56/25
73/20 74/1 74/2 75/3 83/25 84/3
101/10 101/13 102/14 102/21
102/25 113/1 113/4 113/7 113/7
114/3 155/15 155/23 155/25 159/23
**areas [1]**   149/19
**argue [3]**   92/12 103/22 103/22
**argues [1]**   162/12
**arguing [1]**   92/11
**argument [9]**   2/8 2/8 2/9 10/10
104/9 116/14 118/21 123/23 137/12
**arguments [5]**   98/5 99/10 99/12
104/7 134/3
**armed [1]**   106/23
**armor [3]**   18/9 18/12 49/7
**armored [2]**   18/13 18/21
**around [30]**   18/5 19/23 25/7 25/8
26/20 27/23 40/7 47/19 52/10 57/1
57/2 57/2 68/2 68/23 68/25 69/1
69/8 72/13 72/16 74/21 77/23 78/1
78/11 78/11 78/20 79/3 88/7 89/12
93/3 115/12
**arrest [4]**   29/11 29/14 34/13
34/15
**arrested [15]**   31/12 31/13 31/23
31/24 31/25 32/2 32/3 33/11 34/9
93/4 93/6 93/7 93/11 116/1 129/18
**arrive [1]**   132/11
**arrived [5]**   14/1 14/8 20/9 22/19
64/20
**article [2]**   133/12 148/14
**articulate [1]**   127/2
**as [163]**   4/20 6/6 6/9 6/13 7/4
7/5 7/6 7/6 7/20 7/20 9/20 9/20
15/19 16/18 16/22 18/18 19/23
20/9 20/10 21/4 21/12 23/16 23/16
28/8 30/24 31/13 32/10 35/25 35/25
36/1 36/4 36/5 36/8 39/1 42/14
43/4 46/1 47/6 50/11 54/9 54/22
55/10 55/11 55/11 55/15 61/22
62/12 64/23 66/1 71/13 71/23

72/13 73/21 78/22 80/14 81/11
81/22 82/14 90/10 94/13 99/7
99/18 99/21 99/21 100/11 100/13
100/17 105/9 105/9 106/17 107/7
107/25 108/8 108/22 109/3 109/3
113/24 115/1 115/14 118/12 118/22
119/18 121/1 125/6 126/12 129/16
129/16 129/18 131/5 131/14 131/22
131/23 131/24 132/2 132/5 132/5
132/13 132/19 133/16 133/25 134/1
134/7 134/8 135/2 135/4 135/21
136/11 137/20 137/24 138/12
138/19 139/16 139/23 140/1 140/7
140/17 140/19 140/19 141/16
143/16 144/15 144/24 145/11
146/18 146/24 147/3 149/6 149/13
149/20 150/7 151/7 151/15 152/2
153/8 153/15 153/17 155/20 156/13
157/2 157/3 157/22 158/8 158/21
160/3 161/7 161/24 162/2 162/4
163/5 163/16 165/2 165/10 165/15
165/18 166/1 166/9 167/6 167/16
169/11 169/12 170/14 171/15
**Asian [1]**   63/10
**aside [3]**   105/9 109/3 128/17
**ask [10]**   39/15 67/17 84/19 86/17
91/11 116/9 125/17 169/21 169/22
169/25
**asked [26]**   3/19 16/8 53/12 60/2
74/2 74/3 75/18 75/20 76/4 76/6
84/18 84/21 85/5 86/4 86/12 87/5
87/8 90/10 91/22 94/13 94/24
120/20 136/21 136/25 137/12 139/5
**asking [10]**   53/8 54/7 60/1 71/13
84/16 84/17 84/18 84/23 94/18
96/18
**asleep [1]**   136/10
**assault [2]**   107/23 130/2
**assaulted [1]**   122/19
**assaults [1]**   120/19
**assemble [1]**   142/17
**asserts [1]**   135/22
**assess [1]**   61/7
**assist [8]**   134/4 146/2 146/3
146/22 152/17 152/19 153/12 165/7
**assisted [3]**   80/9 146/6 152/22
**assisting [2]**   145/16 152/8
**associate [2]**   146/22 153/13
**associated [9]**   70/14 70/14 71/14
71/18 72/20 141/1 146/15 147/25
153/5
**assume [4]**   57/13 69/23 136/1
136/6
**assumed [1]**   58/19
**attacked [2]**   43/17 48/1
**attacking [1]**   47/24
**attempt [18]**   106/2 108/16 140/23
143/7 143/8 143/9 143/12 143/21
143/22 144/4 147/21 149/22 149/23
149/24 150/2 150/11 150/12 150/20
**attempted [7]**   141/2 141/7 147/7
148/1 148/6 148/10 153/21
**attempts [5]**   80/18 80/20 80/22
101/3 142/10
**attend [1]**   3/15
**attention [4]**   67/15 125/19 167/4
167/8
**attentions [1]**   128/13
**attentive [1]**   169/15
**attitude [1]**   168/20
**attorneys [2]**   132/24 140/2
**audience [6]**   6/19 6/20 38/14
38/15 44/12 44/20
**audio [1]**   165/12
**authority [4]**   113/9 149/10 155/11
156/12
**automated [4]**   51/25 54/9 58/8
59/11
**automatically [4]**   50/10 51/10
51/13 54/20
**automation [5]**   50/8 50/9 50/14
51/10 51/15

**A**

**available [2]**   7/7 86/19
**Avenue [2]**   1/17 1/23
**avoid [1]**   169/3
**aware [8]**   6/8 9/21 9/25 13/5
132/7 132/9 141/24 161/5
**awareness [2]**   141/10 142/8
**away [8]**   105/10 126/13 126/14
126/15 129/18 129/11 129/20 169/1

**B**

**B-roll [6]**   11/7 21/11 21/18 21/18
21/20 21/21
**baby [1]**   61/16
**back [53]**   4/18 17/3 17/6 17/17
20/9 20/23 24/3 31/16 32/15 32/23
33/15 33/23 44/21 44/23 44/24
57/14 61/9 70/20 71/17 73/19
74/13 74/24 75/14 76/13 76/21
83/10 84/1 84/11 84/11 85/21 89/9
89/25 91/2 92/4 94/11 95/13 97/2
100/8 104/5 107/12 119/14 120/4
120/7 120/7 121/3 168/7 169/1
169/17 169/24 170/9 170/14 170/25
172/3
**backpack [1]**   18/8
**bad [3]**   128/18 163/2 163/4
**badge [2]**   5/13 5/16
**bag [2]**   19/4 19/9
**balcony [7]**   27/6 27/14 27/21 69/4
70/10 72/6 104/21
**balls [2]**   128/4 128/6
**bang [1]**   81/11
**bangs [1]**   113/12
**bank [4]**   4/23 118/9 118/10 118/10
**Bankruptcy [1]**   1/22
**bar [1]**   43/7
**BARCLAY [4]**   1/12 2/8 3/7 118/12
**barricade [3]**   104/20 110/13
110/21
**barricades [1]**   68/4
**based [9]**   57/25 103/2 135/4 135/5
135/14 135/14 160/2 166/11 166/22
**basically [6]**   13/6 18/13 20/7
22/1 54/25 95/15
**bathroom [1]**   17/12
**batons [1]**   81/4
**Battle [1]**   37/17
**be [155]**   3/19 6/8 7/7 7/8 8/5
11/20 11/23 12/10 12/12 12/21
13/2 13/5 13/11 13/18 14/2 16/18
17/14 17/21 19/7 19/12 19/21 20/4
20/24 24/20 30/17 30/24 33/16
36/6 38/14 38/17 50/24 52/9 53/24
56/16 57/21 57/23 58/20 65/11
65/12 66/16 66/23 70/17 71/5
77/24 78/3 79/11 80/9 81/16 88/18
91/3 91/23 91/25 91/25 92/5 92/6
93/7 93/11 93/16 93/20 98/3
101/11 102/20 102/24 103/21 104/2
109/17 110/19 111/7 113/9 115/8
115/21 115/25 118/25 119/2 119/21
124/15 124/15 127/15 127/25 128/3
128/4 131/9 132/9 133/9 133/10
133/22 134/10 135/3 135/3 135/25
136/4 136/9 137/22 138/8 139/20
140/6 140/14 141/11 141/17 141/18
141/19 143/3 144/20 144/25 145/13
146/8 146/20 147/5 151/11 151/16
152/4 152/24 153/10 153/19 154/14
155/17 155/24 156/1 156/6 156/24
156/25 157/1 157/23 157/24 159/8
161/5 161/6 163/9 163/14 163/19
164/23 164/24 165/1 165/3 165/16
165/21 166/3 166/4 166/6 166/7
166/10 166/12 166/22 167/1 167/4
168/5 168/6 168/22 169/14 171/4
171/5 171/6 171/7 171/12 171/13
**Bear [1]**   168/11
**beat [3]**   27/25 28/6 66/25
**beautiful [1]**   128/25

**because [87]**   7/13 13/1 13/23
14/6 14/14 15/6 16/3 17/17 18/21
18/22 20/2 21/10 23/6 24/23 30/17
31/24 35/12 36/14 42/19 42/22
43/4 44/4 44/25 47/25 48/17 56/10
59/24 59/25 63/14 68/17 75/4 75/7
75/20 79/24 83/20 83/22 84/6
85/20 87/17 89/19 89/23 91/5
91/23 93/4 93/9 94/2 94/3 99/1
100/2 101/5 101/15 103/23 104/1
106/12 116/19 116/20 116/21
117/18 118/5 118/12 121/4 121/6
122/16 123/20 125/3 126/17 127/6
127/15 129/1 129/2 129/7 129/20
133/17 136/25 140/11 140/15
143/23 144/5 145/6 150/13 150/21
151/22 163/4 163/13 163/19 167/6
168/5
**become [2]**   82/24 140/13
**becomes [1]**   167/21
**bed [1]**   38/24
**been [32]**   5/3 10/4 28/7 28/7
33/24 36/8 42/11 46/2 54/21 55/1
62/16 63/17 66/18 68/1 71/13
79/16 87/19 87/22 88/13 88/20
89/5 92/18 92/22 112/6 113/14
126/6 133/24 137/2 137/21 139/18
165/18 165/24
**before [35]**   1/9 29/9 30/3 33/4
40/5 42/12 47/24 54/19 58/2 58/4
66/3 71/11 74/21 97/16 99/9 99/19
103/14 103/24 119/4 125/25 126/11
128/24 130/22 140/3 154/13 154/14
162/15 162/18 165/20 165/23 168/7
169/9 169/12 169/18 169/19
**beforehand [1]**   30/2
**began [2]**   81/11 107/23
**begin [4]**   104/2 104/4 169/9
169/20
**beginning [8]**   5/25 101/13 117/20
131/5 138/12 167/14 168/20 169/5
**begins [1]**   101/3
**behalf [5]**   3/7 3/12 98/17 140/14
172/6
**behavior [3]**   21/7 36/15 138/17
**behind [5]**   66/6 73/10 126/6
126/12 128/7
**being [34]**   6/14 11/14 13/10 17/13
21/8 22/4 23/19 23/19 26/25 27/1
27/9 29/24 42/16 42/16 42/16 46/1
48/1 50/23 51/20 52/13 77/5 77/6
78/22 88/16 89/16 93/11 93/12
94/1 95/21 117/23 145/13 146/19
152/4 153/10
**beings [1]**   132/5
**believability [1]**   132/4
**believable [2]**   79/17 137/9
**believe [27]**   7/25 8/21 13/22 14/7
14/15 16/3 22/12 22/21 24/22 33/7
36/3 39/19 46/4 46/25 48/22 66/14
70/11 90/24 90/25 92/19 126/19
132/21 137/7 137/16 138/7 139/19
163/4
**believed [3]**   66/14 137/13 138/8
**below [1]**   54/23
**belt [1]**   19/6
**bench [23]**   29/5 29/7 30/13 31/16
31/18 31/21 33/14 43/8 43/12 47/8
47/14 55/8 55/19 70/24 90/13
90/18 97/12 98/13 154/11 154/18
170/16 170/20 170/23
**benefit [3]**   121/22 121/22 142/25
**berating [2]**   87/10 87/13
**beside [2]**   63/10 63/11
**best [8]**   7/7 7/8 76/7 81/17 94/12
101/15 101/16 127/18
**better [4]**   17/20 60/10 101/6
121/9
**between [9]**   14/15 21/14 21/17
37/7 114/21 139/3 139/7 139/10
148/22
**beyond [44]**   29/16 53/12 105/14

114/25 119/2 119/3 119/21 134/13
135/5 135/7 135/11 135/3 135/16
135/18 138/3 141/6 141/20 143/13
143/24 144/1 145/1 145/8 146/20
147/1 147/11 148/5 150/4 150/15
150/17 151/17 151/24 153/11
153/16 153/25 155/9 156/10 157/9
158/12 159/15 160/10 161/14
162/20 164/8 165/6
**bias [1]**   139/22
**biased [1]**   139/20
**biases [5]**   132/6 132/8 132/9
132/10 138/14
**Biden [1]**   82/24
**big [3]**   123/23 123/23 123/24
**bit [13]**   4/18 6/3 22/8 46/19
46/25 79/5 83/20 85/18 94/14
106/1 106/11 112/17 126/23
**bitch [3]**   32/6 32/6 116/4
**black [12]**   6/22 33/3 33/4 35/14
41/13 57/6 57/9 58/24 58/25 59/3
62/1 127/17
**blacked [1]**   165/11
**blade [3]**   114/24 159/20 160/1
**blades [1]**   111/22
**blaring [1]**   110/17
**blasted [1]**   129/9
**blend [2]**   122/22 123/20
**blending [3]**   26/25 60/12 60/18
**BLM [6]**   6/23 7/18 20/5 38/10
38/12 41/14
**block [1]**   141/13
**blogging [1]**   167/17
**blue [1]**   58/22
**bluntly [1]**   115/19
**board [1]**   149/10
**bodily [2]**   156/5 156/7
**body [4]**   18/9 18/12 111/22 111/23
**book [3]**   100/13 100/14 100/20
**both [14]**   11/14 35/22 38/13 43/19
74/17 101/20 110/7 111/25 136/10
136/16 137/22 142/6 146/11 153/2
**bother [2]**   127/22 127/23
**bothered [1]**   128/10
**bothering [3]**   70/5 70/7 128/8
**bottle [1]**   61/15
**bottom [1]**   107/23
**box [1]**   128/19
**Boy [1]**   125/6
**Boys [13]**   18/20 19/11 19/17 19/20
19/24 42/3 42/6 42/8 42/10 42/12
67/25 122/17 123/9
**bragged [1]**   130/15
**brain [1]**   126/24
**branch [2]**   149/6 149/8
**breach [1]**   59/22
**breached [3]**   59/18 59/20 59/25
**break [11]**   18/11 26/8 28/6 37/7
71/11 108/12 108/21 110/15 116/2
116/5 154/7
**breakfast [1]**   170/12
**breaking [2]**   6/11 109/4
**breath [2]**   63/14 154/9
**bribing [1]**   142/22
**brief [2]**   29/4 54/17
**briefly [1]**   95/13
**bring [65]**   10/19 18/24 33/15 36/7
36/9 36/22 37/11 37/16 37/22
39/16 39/22 40/14 40/19 45/23
46/13 47/3 48/19 49/10 49/14
49/15 49/24 51/4 51/19 51/24 54/1
57/14 57/17 60/7 60/7 61/9 61/25
62/22 63/24 63/25 65/22 67/7 67/9
68/20 68/21 69/24 69/25 70/18
71/25 77/16 78/4 78/6 78/17 78/19
78/21 78/23 78/24 79/1 81/23
85/13 88/5 88/6 89/25 91/6 91/14
106/24 117/17 117/22 129/1 147/3
153/18
**bringing [4]**   18/22 32/23 60/18
78/25
**brings [1]**   108/3

**B**

bro [2]    72/9 112/6
broadcast [1]    130/11
broke [3]    20/6 26/11 45/6
broken [4]    26/6 26/9 26/10 104/23
broken-out [1]    104/23
brother [5]    11/12 11/14 41/24
  42/2 42/15
brothers [2]    126/21 126/22
brought [25]    18/21 18/24 40/5
  46/1 48/21 49/4 57/12 57/16 57/18
  57/20 57/21 58/5 65/9 71/13 78/22
  78/25 89/19 90/5 90/21 110/13
  115/18 116/21 116/22 124/2 124/3
build [2]    9/1 9/3
building [44]    69/1 71/18 72/24
  74/5 75/5 75/21 77/2 101/9 105/17
  105/18 105/21 105/22 109/15
  109/21 109/23 110/4 110/16 111/24
  113/8 113/13 149/17 154/25 155/10
  155/14 155/15 155/21 156/9 156/11
  156/16 156/20 157/4 157/11 158/7
  158/11 158/15 158/24 159/4 159/21
  160/5 160/7 161/10 161/12 162/7
  171/14
buildings [7]    159/11 159/17
  159/18 160/12 160/17 161/17
  161/25
bullet [2]    49/7 111/8
bullets [4]    18/14 18/16 110/19
  113/12
bullhorn [4]    20/11 20/15 20/17
  20/25
bunch [2]    26/20 69/8
burden [10]    103/23 115/15 115/16
  118/14 118/21 118/22 118/25
  134/14 134/23 135/18
bureau [1]    149/11
burn [21]    11/16 25/1 25/10 25/22
  53/3 54/4 64/11 64/14 65/1 91/19
  91/21 107/4 116/8 122/3 122/10
  122/13 122/22 123/3 127/10 128/16
  130/13
burning [7]    10/22 10/24 11/5
  52/18 65/19 128/20 130/18
business [7]    99/2 114/13 157/13
  157/16 158/17 158/20 161/22
buy [2]    45/12 124/25

**C**

California [1]    96/12
call [7]    71/16 89/17 94/6 98/8
  121/10 170/1 170/2
called [8]    3/17 41/9 43/14 73/19
  87/24 133/8 144/22 151/14
Calmly [1]    169/4
came [33]    7/17 10/21 14/7 14/8
  22/11 43/19 53/6 54/16 60/13
  62/10 85/5 85/10 93/25 96/21
  96/21 112/19 116/23 117/14 118/2
  120/20 122/8 122/11 122/19 124/8
  124/10 124/16 125/25 126/1 126/13
  126/20 127/3 127/4 128/24
camera [35]    16/1 16/2 16/22 18/8
  20/6 21/8 26/19 28/3 28/6 32/20
  59/9 60/25 63/11 63/14 68/16 69/5
  69/5 69/9 77/22 80/14 81/14 84/22
  85/19 85/21 115/20 117/22 121/2
  121/8 121/19 121/25 122/19 124/3
  126/12 129/8 129/9
cameras [4]    16/1 19/1 45/8 80/7
can [156]    6/3 6/8 6/18 8/22 12/3
  12/12 16/14 18/24 21/22 21/24
  21/25 27/22 30/5 31/17 32/15
  32/18 32/21 35/23 36/5 36/22
  37/11 37/16 38/12 39/10 39/22
  40/6 40/11 40/16 40/21 41/21 43/9
  44/17 44/18 45/2 45/3 45/12 46/13
  46/25 47/10 47/10 48/13 48/13
  48/23 49/14 50/12 51/4 51/12
  51/17 51/18 51/19 51/24 52/21

53/7 54/1 54/9 55/3 55/16 56/19
  61/25 62/6 62/22 63/2 63/14 63/24
  63/25 64/5 65/18 65/22 65/23 66/1
  68/20 68/21 68/22 69/5 69/22
  69/25 70/2 70/24 71/3 71/7 71/25
  72/3 72/14 74/14 75/10 75/14
  75/25 76/2 77/16 77/18 78/4 78/6
  78/17 78/21 79/3 79/19 81/7 81/12
  81/18 84/2 84/10 85/13 85/23
  86/24 87/11 88/16 89/12 89/22
  89/23 90/2 90/12 90/16 94/12
  95/18 95/20 95/25 97/10 97/11
  98/4 98/9 98/10 100/7 101/25
  103/15 103/16 108/20 110/6 112/23
  119/4 119/13 119/15 119/17 120/5
  121/11 122/23 124/23 124/24
  124/25 125/10 129/12 129/24
  133/10 154/8 166/13 168/7 169/15
  169/20 169/22 170/8 171/3
can't [23]    9/21 19/4 20/4 26/10
  33/5 52/15 57/24 60/13 63/11 66/8
  67/6 76/9 78/10 78/11 84/25 89/10
  94/11 104/4 106/14 111/5 123/13
  127/2 168/8
cannot [9]    76/5 84/1 86/11 92/2
  118/25 118/25 129/20 135/8 163/19
capability [1]    139/23
capable [2]    156/4 156/6
Capitol [95]    12/6 12/7 12/8 12/8
  17/19 17/23 18/1 20/10 20/10 21/5
  24/3 24/4 24/5 24/5 24/6 24/9
  24/11 25/22 25/25 27/6 27/21
  28/21 28/24 51/16 59/18 59/20
  59/22 59/25 60/1 62/19 62/20 64/1
  64/13 65/8 69/12 78/23 82/15
  82/18 87/25 93/2 96/7 96/9 96/13
  104/19 105/20 105/21 105/22
  107/13 107/17 107/20 107/25 108/4
  110/14 111/11 112/20 112/21 113/8
  113/16 113/25 114/4 114/15 114/19
  115/12 117/4 119/22 120/10 120/11
  122/8 123/6 123/19 128/13 149/14
  149/15 149/17 159/11 159/13
  159/16 159/16 159/17 159/18
  159/21 159/22 159/23 160/5 160/7
  160/12 160/17 161/10 161/12
  161/16 161/25 162/6 162/9 162/10
  162/11
capitols [1]    12/7
caption [4]    37/2 53/2 54/4 98/7
capture [5]    16/15 19/13 52/11
  79/19 121/17
car [6]    29/22 32/7 32/16 32/20
  33/2 33/3
carabiner [1]    19/7
card [2]    31/24 32/8
care [2]    74/14 81/5
careful [3]    125/20 135/7 135/11
carriage [3]    73/21 104/25 111/22
carried [7]    114/18 114/23 149/2
  155/12 156/6 157/17 159/18
carrying [2]    18/6 20/11
case [64]    3/2 8/9 13/25 23/25
  32/10 32/11 32/13 58/20 70/20
  70/23 92/1 99/21 100/1 100/3
  100/7 101/25 102/9 105/13 115/16
  118/4 118/14 118/17 121/4 124/1
  125/12 130/24 131/7 131/21 131/25
  132/20 132/22 133/4 133/11 134/10
  135/6 135/20 136/19 137/2 137/11
  138/23 138/25 140/7 144/13 151/5
  154/12 162/5 162/25 163/5 165/1
  166/23 167/3 167/3 167/6 167/15
  167/17 168/1 168/3 168/23 169/2
  169/5 169/25 170/2 170/3 170/25
cases [4]    134/24 135/1 135/2
  166/25
catch [1]    171/15
categorized [1]    43/4
caught [2]    144/25 151/16
cause [4]    10/2 135/10 157/23

168/25
causes [2]    18/10 18/19 168/18
causing [2]    156/4 156/7
CCTV [4]    69/16 69/17 69/19 129/21
celebrated [3]    115/4 130/10
  130/15
celebrates [1]    104/22
cell [1]    107/8
certain [5]    69/22 79/2 133/21
  163/17 168/24
certainty [2]    135/17 136/18
certification [9]    82/25 106/9
  109/16 109/18 109/25 114/16 115/6
  130/9 133/14
certify [3]    141/15 160/23 173/3
chamber [6]    82/13 105/6 108/5
  108/10 111/8 116/6
change [3]    49/15 101/18 106/24
changed [1]    171/17
changes [5]    99/24 101/23 105/10
  109/3 171/19
channel [1]    88/2
chanted [1]    64/10
chanting [4]    82/21 82/22 83/5
  108/21
chants [4]    64/1 64/7 64/9 64/10
chaos [7]    126/1 126/2 126/2 126/2
  127/12 127/14 127/20
character [1]    163/2
characteristic [2]    132/13 132/16
charge [12]    121/24 137/1 156/22
  156/23 157/1 157/2 157/6 157/7
  157/8 159/5 159/7 160/2
charged [26]    68/1 100/17 116/17
  125/1 125/7 125/8 130/2 130/2
  130/7 130/19 134/18 143/7 144/15
  145/11 145/23 146/5 147/6 149/22
  151/7 152/2 152/14 152/21 153/20
  162/24 162/25 163/5
charges [14]    105/14 130/23 136/22
  138/3 140/20 140/22 147/18 147/20
  154/24 155/2 159/12 160/6 161/10
  164/10
chasing [1]    43/5
chat [3]    8/22 50/21 88/2
cheaper [1]    14/18
cheering [2]    26/21 26/23
Chief [2]    72/7 73/6
choice [1]    3/20
choking [1]    19/14
choose [1]    133/16
chose [1]    116/18
cinematic [2]    11/7 11/9
cinematographer [1]    21/12
cinematographers [1]    11/7
circle [2]    80/4 85/16
circling [1]    79/8
Circuit's [1]    101/6
circumstances [12]    81/25 135/24
  137/6 139/2 139/4 146/13 153/4
  158/2 163/23 163/25 164/6 168/11
circumstantial [9]    135/21 135/25
  136/9 136/11 136/15 136/17 136/20
  146/12 153/3
cities [1]    36/12
citizen [1]    121/15
City [2]    8/2 13/20
civil [34]    111/13 111/17 111/17
  119/24 125/9 125/13 130/2 130/5
  134/24 147/17 147/19 147/22
  148/12 148/12 148/16 149/24
  149/25 150/3 150/6 150/9 150/13
  150/21 151/7 151/22 152/1 152/4
  152/10 152/12 153/21 153/21
  153/23 154/1 154/5 162/13
civility [1]    166/14
clamoring [1]    108/12
clarify [3]    30/7 47/10 47/11
clean [1]    80/12
clear [13]    27/17 48/24 55/14
  74/24 75/3 83/24 85/6 109/21
  116/16 117/15 126/3 144/7 150/24

C

**clearly [2]** 110/12 121/24

**clerk [8]** 100/9 167/9 167/22 168/12 171/11 171/24 172/2 172/3

**climbed [2]** 71/23 76/22

**climbing [1]** 116/1

**clip [3]** 56/8 91/22 108/18

**close [4]** 66/7 74/15 99/1 99/1

**closed [5]** 75/6 75/8 75/12 75/13 99/8

**closest [4]** 19/19 19/20 19/21 63/14

**closing [12]** 2/8 2/8 2/9 98/4 99/10 99/12 103/6 104/7 104/9 116/14 118/21 125/23

**closings [1]** 103/14

**clothes [2]** 59/1 59/2

**clothing [1]** 60/20

**clout [1]** 43/5

**clout-chasing [1]** 43/5

**cocktail [8]** 8/12 8/16 8/24 9/1 9/3 9/6 10/19 50/18

**cocktails [1]** 50/6

**Code [1]** 133/13

**collectively [2]** 98/2 98/21

**college [3]** 133/14 141/15 160/24

**color [1]** 58/21

**colored [1]** 139/22

**COLUMBIA [8]** 1/1 12/16 14/3 124/22 148/23 148/24 148/25 149/18

**come [29]** 8/14 13/1 13/5 13/14 14/3 14/6 18/23 19/24 22/9 27/23 41/17 48/4 58/7 58/11 58/12 58/13 59/14 82/1 83/21 86/3 96/6 100/8 102/2 118/17 127/13 170/9 170/14 170/25 171/20

**comes [3]** 129/17 167/3 167/8

**coming [6]** 12/18 12/23 55/14 69/4 69/7 121/18

**command [3]** 75/9 75/23 76/3

**commence [1]** 49/12

**comment [1]** 89/16

**commentary [1]** 46/10

**comments [1]** 111/8

**commerce [9]** 111/18 112/16 112/23 113/1 148/13 148/14 148/22 148/22 148/25

**commission [3]** 146/17 149/10 153/7

**commit [31]** 117/18 117/21 117/21 118/7 140/24 143/8 143/9 143/12 143/15 143/20 143/22 144/2 144/4 144/8 145/20 145/25 146/2 147/21 147/22 148/6 149/23 149/24 150/3 150/6 150/10 150/12 150/18 150/20 150/25 152/16 152/18

**committed [29]** 117/24 122/18 144/14 144/19 144/25 145/2 145/9 145/13 145/13 146/19 146/20 147/3 147/12 147/15 148/6 151/6 151/10 151/16 151/18 151/25 152/4 152/5 152/11 153/10 153/10 153/17 153/25 154/4 163/12

**committing [21]** 123/9 143/18 144/6 144/16 144/21 144/22 145/3 145/7 145/10 145/17 147/9 150/8 150/22 151/8 151/12 151/13 151/20 151/23 152/1 152/9 153/23

**commodity [1]** 148/14

**common [1]** 133/9

**commonly [1]** 6/9

**communicate [5]** 167/15 167/22 167/24 168/1 170/5

**communication [3]** 8/22 168/8 170/8

**communications [1]** 167/16

**community [2]** 43/6 43/25

**company [4]** 7/1 7/3 7/19 35/15

**compared [1]** 113/24

**complete [8]** 85/10 92/6 92/6 92/8

**completely [4]** 29/16 83/24 91/24 91/24

**computer [5]** 47/12 86/4 87/16 120/14 120/16

**comrades [2]** 54/7 59/15

**conceptualized [2]** 7/11 7/20

**concern [1]** 166/19

**concerned [5]** 68/4 81/1 81/5 81/9 138/25

**concerning [1]** 168/2

**concerns [1]** 109/17

**conclude [1]** 163/2

**concluded [1]** 172/9

**conduct [45]** 32/3 83/21 84/10 105/18 105/21 114/2 114/12 114/12 115/2 131/19 141/10 141/24 142/23 143/6 148/15 157/3 157/10 157/13 157/14 157/15 157/16 157/20 157/20 157/22 158/3 158/11 158/14 158/16 158/18 158/18 158/19 158/24 160/5 160/7 160/12 160/14 160/19 160/19 160/21 161/6 161/21 163/12 167/17 167/19 168/20

**conducting [1]** 77/19

**conference [21]** 29/5 29/7 30/13 31/16 31/18 31/21 33/14 43/8 43/12 47/8 47/14 55/8 55/19 90/13 90/18 97/12 98/13 154/11 154/18 170/20 170/23

**confirmed [1]** 113/22

**confirms [2]** 143/19 150/10

**conflate [1]** 120/24

**conflicting [1]** 74/8

**confrontation [1]** 20/8

**confusing [1]** 100/22

**congress [13]** 28/14 96/17 119/24 123/23 125/9 125/13 149/13 160/14 160/15 160/22 160/22 160/25 161/22

**congress' [3]** 106/9 141/14 160/23

**consciously [1]** 132/9

**consciousness [4]** 110/8 111/3 142/7 142/7

**consequences [1]** 164/3

**consider [52]** 13/10 47/21 101/24 131/14 131/22 132/8 133/2 133/9 133/22 133/23 134/7 134/8 136/19 137/2 137/6 138/1 138/4 138/14 138/16 139/2 139/6 139/9 139/11 139/14 139/17 139/21 140/16 142/1 146/11 147/14 153/2 154/3 155/3 155/6 156/14 156/16 156/19 156/22 157/6 158/22 158/23 159/2 159/6 163/15 163/23 164/6 164/11 165/17 166/1 166/4 166/11 166/24

**considerable [1]** 168/21

**consideration [5]** 125/20 132/17 135/7 166/17 166/23

**considered [2]** 156/1 164/19

**consistencies [2]** 139/6 139/9

**consistent [5]** 101/22 116/10 125/14 125/14 125/15

**consistently [1]** 50/12

**consists [1]** 133/4

**constantly [1]** 128/13

**constitutes [1]** 173/4

**constitution [6]** 1/23 125/14 133/12 142/17 163/8 171/16

**constitutional [2]** 125/15 142/13

**contact [1]** 85/20

**contacted [2]** 94/5 94/12

**content [2]** 38/12 50/22

**CONTENTS [1]** 2/1

**context [5]** 89/23 89/23 92/1 93/1 93/1

**continue [5]** 4/12 50/11 89/12 90/2 129/15

**continued [4]** 2/4 4/14 62/5 76/14

**continues [1]** 112/11

**continuously [1]** 80/10

**contradicted [1]** 139/18

**contrary [7]** 75/5 76/3 77/1 77/7 77/13

**control [4]** 17/16 57/24 59/8 133/1

**convenient [1]** 56/17

**conversation [6]** 23/1 88/15 89/10 89/22 92/3 109/11

**convey [1]** 165/2

**convict [1]** 163/3

**convicted [1]** 68/1

**conviction [2]** 166/19 168/17

**convinced [3]** 119/2 119/21 135/9

**cool [1]** 20/1

**cooperate [1]** 96/25

**cooperated [1]** 94/13

**cooperative [2]** 23/20 23/21

**copy [1]** 131/11

**cordoned [7]** 101/10 101/12 102/14 102/25 155/15 155/22 155/25

**corner [1]** 32/18

**corporation [1]** 7/25

**correct [79]** 5/1 18/4 26/16 27/9 27/18 35/1 35/5 35/25 36/25 37/3 39/14 40/8 40/9 41/25 42/3 44/7 45/14 46/3 46/6 46/11 49/4 49/5 49/12 49/16 49/21 50/1 50/2 50/7 51/21 52/1 52/23 53/3 53/4 53/6 53/10 53/13 53/14 55/24 56/4 57/7 57/10 57/11 57/12 59/21 60/3 60/23 61/10 61/12 62/21 62/25 65/9 68/7 68/23 69/18 69/21 70/10 71/22 72/25 76/14 77/5 78/13 83/14 84/16 85/3 85/7 85/17 86/22 87/25 95/21 96/2 96/4 96/5 96/13 96/22 96/23 96/24 101/20 154/20 173/4

**corrections [2]** 154/20 154/22

**correctly [1]** 118/12

**corroborated [1]** 116/25

**corroborates [2]** 143/19 150/9

**corrupt [2]** 119/23 125/12

**corruptly [13]** 101/4 106/7 110/5 123/22 125/8 140/21 141/12 142/4 142/11 142/15 142/20 142/24 142/24

**could [74]** 13/5 14/2 16/18 17/21 19/7 20/14 22/15 25/18 25/19 30/16 31/6 31/16 33/1 33/2 35/18 36/7 37/22 40/12 40/14 40/16 40/19 41/9 41/11 44/5 46/19 46/20 47/3 47/19 48/19 48/23 49/10 58/14 63/3 63/18 64/21 65/24 67/7 67/9 67/10 69/24 70/1 70/17 70/18 71/16 71/25 72/16 77/15 77/16 78/3 78/6 78/19 78/19 79/5 79/16 85/3 86/24 88/5 88/6 88/7 89/20 91/3 91/4 91/5 91/14 91/17 91/23 91/24 96/13 100/4 109/20 127/18 128/5 128/9 169/24

**couldn't [6]** 17/16 73/10 75/6 79/22 88/17 123/14

**counsel [17]** 3/13 22/17 53/8 70/24 87/18 90/14 91/5 91/11 92/12 92/18 94/18 97/11 165/22 168/7 168/10 170/16 172/8

**counsel's [1]** 3/8

**count [74]** 101/2 101/7 101/17 101/19 101/19 102/18 105/15 105/16 105/16 105/17 105/19 105/20 105/21 105/24 111/12 111/13 113/2 114/1 114/2 114/10 114/20 114/21 114/24 115/2 115/8 115/10 140/20 140/22 141/17 143/7 144/15 144/19 147/6 147/14 147/17 147/18 147/20 149/21 149/22 151/7 151/10 153/20 154/3 154/21 154/24 155/7 155/20 156/8 157/2 157/3 158/6 158/8 158/10 159/10 159/11 159/24 160/4 160/5 160/6 160/18 160/20 161/8 161/9 161/10 162/1 162/3 162/4 164/10 164/13 164/15 164/16 164/18

**143**/11 144/12 150/1 151/4

## C

count... [1] 164/23
counterinsurgent [1] 62/2
counterprotest [3] 58/8 59/11 59/12
country [1] 34/1
counts [8] 99/18 101/20 102/12 103/1 103/1 105/13 114/21 116/10
couple [2] 18/19 99/24
course [12] 100/15 107/13 109/24 113/10 113/10 113/14 113/19 114/5 116/7 137/18 158/4 165/8
court [17] 1/1 1/21 1/22 13/24 22/13 30/11 99/19 100/25 101/13 136/3 142/12 142/21 166/8 168/3 168/15 173/3 173/13
courtroom [10] 3/16 3/19 4/4 30/21 70/22 99/13 132/10 168/5 169/13 171/10
Courts [1] 1/22
coverage [1] 167/3
covered [2] 85/17 99/3
coverings [1] 19/5
covers [1] 98/22
crazy [4] 66/1 66/5 117/15 119/16
create [1] 127/14
created [1] 34/20
credentials [1] 115/21
credibility [6] 132/4 138/5 138/9 138/13 138/15 140/8
credit [2] 139/11 139/19
crime [30] 9/20 118/1 118/9 134/7 143/8 143/10 143/11 143/15 143/20 144/1 144/6 144/9 144/12 144/25 145/1 145/4 147/21 149/23 149/25 150/1 150/6 150/10 150/17 150/23 150/25 151/4 151/16 151/18 151/20 163/13
crimes [6] 115/20 119/20 130/19 155/5 162/24 163/5
criminal [17] 1/3 3/2 28/5 47/25 68/9 68/11 68/12 68/13 101/14 116/17 118/14 134/10 135/2 146/15 153/6 163/3 163/12
cross [6] 2/4 29/9 29/12 33/18 95/23 118/20
cross-examination [5] 2/4 29/9 29/12 33/18 95/23
cross-examine [1] 118/20
crowd [34] 20/14 20/16 20/24 25/6 29/22 60/12 62/25 63/16 66/8 69/2 69/4 69/6 69/10 72/23 76/15 79/18 79/19 82/20 89/20 104/18 105/3 105/5 108/12 108/15 108/21 108/22 109/3 109/7 112/8 120/25 122/17 122/17 127/18 128/15
crowd's [1] 108/16
crying [1] 68/17
curated [1] 127/7
curfew [2] 98/23 98/25
current [1] 100/14
currently [2] 6/11 130/19
cursing [1] 120/23
cuts [1] 21/17

## D

dagger [1] 159/25
damage [2] 148/19 148/21
Dan [2] 109/17 110/3
danger [3] 66/4 148/18 148/19
dangerous [19] 105/17 105/19 105/20 114/3 155/1 155/12 156/1 156/2 156/3 156/4 156/16 157/4 157/18 158/7 158/25 159/11 159/12 159/19 159/24
dash [1] 21/23
data [1] 87/15
Dated [1] 173/10
day [50] 15/5 17/5 25/19 28/13 28/16 28/19 53/10 53/23 62/23 64/13 64/23 65/8 65/9 68/6 69/15

70/15 73/12 80/13 82/15 83/1 93/16 93/18 93/23 99/2 104/14 106/12 107/10 109/23 110/4 110/12 111/19 114/11 115/23 116/8 116/25 119/22 122/1 123/18 127/23 128/11 130/1 170/14 173/10
days [2] 14/1 126/3
DC [34] 1/5 1/14 1/18 1/24 11/20 12/18 12/24 13/20 14/5 14/8 14/10 14/14 18/20 18/22 23/7 44/4 44/5 46/2 47/12 48/21 54/6 54/8 57/16 57/17 57/18 57/20 57/22 58/5 79/1 98/23 101/6 113/1 125/2 159/22
deadly [1] 158/25
dealing [1] 76/16
death [3] 19/14 156/5 156/7
debate [1] 110/3
Debniki [2] 75/25 76/4
December [9] 47/10 47/12 47/17 49/6 49/14 51/5 106/23 106/25 107/2
December 14th [3] 47/10 47/12 47/17
December 26 [1] 49/14
December 27th [1] 106/23
December 30th [2] 51/5 106/25
December 31st [1] 107/2
decide [10] 132/1 132/2 132/4 132/20 136/13 162/16 164/5 165/19 167/6 171/4
deciding [3] 141/25 146/9 152/25
decision [2] 101/6 170/13
decline [1] 100/24
defendant [169] 1/7 1/16 4/10 29/11 29/18 29/20 29/22 31/4 31/8 31/12 31/15 31/17 31/19 33/4 33/8 33/8 33/10 97/13 98/15 100/24 101/8 103/22 125/25 126/4 126/18 127/7 134/10 134/12 138/3 140/13 140/15 140/16 140/20 140/22 141/2 141/3 141/4 141/6 141/8 141/9 141/12 141/22 142/1 142/2 142/4 142/6 143/2 143/7 143/10 143/11 143/13 143/15 143/17 143/19 143/22 143/23 144/4 144/5 144/7 144/11 144/14 144/18 145/2 145/5 145/6 145/12 145/14 145/15 145/19 145/22 145/24 146/14 146/18 146/19 146/23 146/23 147/2 147/3 147/5 147/6 147/12 147/14 147/15 147/18 147/20 148/1 148/2 148/3 148/6 149/22 149/25 150/2 150/5 150/8 150/10 150/12 150/13 150/20 150/22 150/23 151/2 151/3 151/6 151/10 151/19 151/21 151/22 152/3 152/5 152/6 152/10 152/13 152/15 153/14 153/16 153/18 153/19 153/20 153/25 154/2 154/4 154/14 154/24 155/7 155/9 155/11 155/12 155/21 156/5 156/11 156/12 156/15 156/17 156/18 157/10 157/12 157/17 158/10 158/13 158/15 158/23 158/25 159/2 159/3 159/12 159/13 159/15 159/18 160/6 160/8 160/11 160/13 160/15 161/5 161/11 161/13 161/14 161/15 161/17 163/12 163/13 163/17 164/14 168/10
defendant's [23] 99/25 100/11 101/24 135/9 140/18 143/4 143/25 146/1 146/3 146/5 146/7 146/12 146/21 148/9 150/16 152/17 152/19 152/21 152/23 153/3 153/11 157/14 158/18
defendants [2] 163/7 163/16
defended [1] 66/15
defending [3] 81/4 81/17 108/10
defense [8] 33/22 36/8 53/12 98/17 98/18 102/5 102/9 115/15
define [2] 6/4 56/25

defined [3] 143/16 150/7 159/25
definitely [3] 51/6 72/11 107/1
definition [2] 101/18 101/20
definitions [2] 141/1 147/25
degree [2] 136/18 148/13
delay [1] 168/5
delayed [1] 148/13
deliberate [2] 119/14 167/12
deliberating [2] 170/9 171/6
deliberation [2] 103/16 167/10
deliberations [23] 104/2 104/4 131/4 131/12 133/1 133/2 137/24 138/1 164/17 164/25 166/7 166/20 167/14 167/18 167/21 168/21 169/5 169/10 169/20 170/10 170/11 171/1 171/4
demeanor [1] 138/16
democracy [2] 108/11 126/8
demonstrate [2] 115/12 161/21
demonstrated [1] 161/16
demonstrates [1] 121/25
demonstrating [4] 105/22 115/10 161/9 161/11
demonstration [2] 11/20 11/24
demoralize [1] 112/7
deny [2] 99/20 99/21
department [5] 149/3 149/5 149/6 149/9 149/16
departments [1] 149/5
depends [2] 48/9 95/15
depicted [4] 20/11 26/5 124/23 159/23
depiction [4] 8/16 9/9 10/10 10/21
deputy [5] 3/16 3/19 4/4 72/7 73/6
describe [1] 104/13
described [14] 138/11 147/9 149/20 153/24 155/20 158/5 158/8 160/3 160/18 160/20 161/7 162/1 162/2 162/4
describes [3] 109/25 110/1 110/2
describing [1] 91/25
deserve [1] 132/12
deserves [1] 140/19
design [1] 8/18
desire [1] 139/23
despite [2] 77/5 77/6
details [1] 139/5
determination [1] 168/24
determine [7] 131/25 132/17 135/20 137/7 138/7 141/2 148/1
determined [2] 133/10 137/5
determining [4] 138/2 139/16 162/19 164/7
devices [2] 47/17 80/9
did [238]
Did anybody [1] 14/13
didn't [77] 8/5 13/25 15/17 16/25 17/1 17/15 18/23 19/8 29/13 34/21 51/9 54/19 56/16 56/22 58/16 58/17 58/21 58/24 61/1 61/4 61/25 62/3 65/11 66/16 67/2 67/20 72/5 72/17 72/20 72/22 73/2 73/4 73/9 74/2 74/22 75/4 75/17 75/20 76/1 76/23 78/15 79/24 80/13 81/3 82/7 82/16 82/18 82/24 84/4 84/19 84/19 84/23 86/3 86/17 86/19 90/22 92/2 92/3 92/5 92/10 92/15 93/16 94/6 96/9 100/4 118/18 118/19 118/20 120/25 122/12 122/12 122/13 126/10 126/25 127/11 127/18 127/19
difference [1] 114/20
differences [2] 8/4 139/13
different [14] 7/6 7/12 8/23 12/3 16/19 36/12 45/3 45/7 63/17 69/9 91/24 100/5 124/21 132/25
direct [28] 2/4 4/12 4/14 31/6 31/7 31/8 31/12 42/13 44/21 44/23 44/23 49/3 50/4 52/5 53/5 53/8

**D**

direct... **[12]** 59/4 78/22 84/14 135/20 135/23 136/4 136/10 136/14 136/18 136/20 146/11 153/2
**directed [3]** 63/13 78/10 128/13
**directing [1]** 101/18
**directly [4]** 56/3 70/7 89/16 163/19
**dirk [1]** 159/25
**disability [1]** 132/14
**disagree [4]** 117/12 121/18 121/20 122/23
**disbelieved [1]** 140/14
Discord **[3]** 87/24 88/2 89/17
**Discourse [1]** 50/3
**discovery [7]** 92/5 92/6 92/8 92/16 92/18 92/21 92/22
**discuss [5]** 12/18 12/23 29/10 167/9 169/25
**discussed [2]** 12/20 97/19
**discussed it [1]** 12/20
**discussing [2]** 46/2 169/5
**discussion [2]** 70/25 169/2
**discussions [1]** 166/13
**disgusting [1]** 124/15
**dislikes [1]** 132/6
**dismissed [3]** 32/10 32/11 32/13
**disobedience [3]** 119/24 125/9 125/13
**disobey [1]** 161/3
**disorder [32]** 111/14 111/17 111/17 130/2 130/4 130/5 147/18 147/19 147/22 148/12 148/12 148/16 149/24 149/25 150/3 150/7 150/9 150/13 150/21 151/7 151/22 152/1 152/4 152/10 152/12 153/21 153/22 153/23 154/1 154/5 158/11 162/13
**disorderly [19]** 32/2 105/18 105/21 114/2 114/4 115/2 115/3 157/3 157/10 157/20 157/21 158/14 158/23 160/5 160/6 160/11 160/19 160/21 171/13
**dispute [1]** 172/4
**disputed [1]** 64/8
**disputing [1]** 120/15
**disregard [1]** 161/4
**disrupt [6]** 114/9 114/12 157/13 158/16 160/13 161/22
**disrupted [2]** 157/15 158/19
**disruptive [16]** 105/18 114/2 114/4 114/5 114/6 157/3 157/10 158/1 158/3 158/11 158/14 158/24 160/7 160/11 160/19 171/13
**disseminate [1]** 38/11
**disseminates [1]** 50/10
**disseminating [3]** 6/7 38/13 50/22
**distribute [1]** 100/8
**DISTRICT [11]** 1/1 1/1 1/10 1/22 12/16 14/3 124/22 148/23 148/24 148/25 149/18
**disturb [2]** 157/20 160/13
**disturbance [2]** 148/16 158/3
**diversify [1]** 45/4
**diverted [1]** 108/17
**dividing [1]** 100/16
**do [162]** 4/23 5/2 5/20 5/21 5/22 6/1 6/2 7/20 8/12 9/1 9/2 9/10 10/11 10/12 10/16 10/22 10/23 10/24 11/4 11/6 12/10 13/3 14/23 15/13 17/10 18/12 18/15 20/19 22/13 23/2 24/15 24/16 25/2 25/24 26/4 26/6 26/7 26/11 27/6 27/8 27/14 28/8 28/11 29/15 30/14 30/15 31/2 31/17 31/18 34/2 40/22 44/19 44/23 44/25 45/18 48/16 50/12 50/14 51/9 53/16 53/17 53/18 53/24 54/24 54/25 55/2 56/25 58/9 58/15 64/8 66/6 68/24 69/8 69/10 69/14 70/11 70/19 74/8 74/9 74/10 74/13 74/14 74/19

74/25 75/1 75/2 75/17 75/18 75/19 80/22 81/7 81/12 81/16 82/3 84/7 84/24 86/6 86/6 88/25 91/5 93/11 93/19 94/11 94/15 94/18 94/20 94/22 94/23 97/6 97/16 97/22 100/5 106/3 106/4 106/12 106/14 107/9 107/18 108/11 108/22 110/11 111/14 111/15 112/1 112/10 113/4 113/9 113/20 114/8 114/8 114/15 116/17 119/12 121/10 121/12 121/12 121/12 124/13 127/12 128/4 128/6 129/14 131/3 133/16 154/20 155/11 156/17 156/22 159/1 159/6 161/3 164/4 164/13 169/22 170/19 171/22
**document [27]** 7/12 13/1 13/5 15/19 16/2 28/25 34/12 36/21 39/13 40/18 53/6 53/11 57/22 57/24 65/14 66/17 74/12 76/15 77/7 84/6 85/3 93/9 93/10 93/15 94/3 162/9 165/11
**documentarian [2]** 42/14 115/17
**documentary [22]** 11/6 11/10 11/10 11/11 13/8 13/11 24/19 24/25 38/2 41/22 41/24 42/14 42/25 44/9 50/15 52/6 52/12 52/16 116/24 126/21 127/1 127/2
**documented [1]** 64/25
**documenting [7]** 17/14 28/5 37/9 43/18 71/20 93/13 117/2
**does [47]** 8/6 20/15 35/13 37/6 37/20 37/21 37/24 38/2 38/5 56/6 56/7 68/16 110/5 110/10 111/4 111/5 112/10 115/19 115/22 115/23 115/24 115/24 116/1 116/2 116/2 116/3 116/6 118/4 118/5 118/16 134/15 136/12 136/17 141/24 142/14 142/19 142/20 142/23 144/10 146/20 151/1 153/10 161/4 161/24 163/3 163/10 168/25
**doesn't [16]** 32/15 37/6 37/20 37/24 38/2 38/3 56/5 64/8 112/10 115/20 118/10 118/11 118/12 123/21 123/21 130/1
**doing [44]** 13/2 24/8 26/20 27/11 28/2 28/4 28/6 31/25 31/25 41/21 46/6 46/7 46/11 53/23 62/7 62/14 66/5 68/6 68/9 68/10 68/11 68/12 72/15 77/8 80/13 82/2 84/8 84/9 96/18 110/9 111/4 111/12 116/25 117/4 117/11 117/23 120/24 122/1 122/1 123/2 129/6 141/24 142/9
**domain [1]** 7/7
**don't [136]** 5/23 9/16 16/13 22/23 23/2 23/4 25/3 25/8 26/19 27/2 27/15 31/14 31/16 31/18 33/6 34/2 35/6 35/15 36/5 36/6 38/19 39/2 39/20 42/4 43/16 43/22 45/6 45/15 45/18 47/1 47/5 47/21 48/2 48/8 48/20 49/1 49/17 49/18 50/11 51/6 52/15 53/17 54/15 56/10 57/13 58/19 59/8 59/16 61/6 61/13 61/23 63/19 63/22 64/2 64/9 64/16 64/20 65/6 65/19 66/5 66/20 66/22 66/24 66/25 67/23 68/24 69/1 69/3 69/22 70/16 70/19 72/11 73/17 73/24 74/3 74/4 74/14 74/16 75/1 75/9 75/15 75/16 76/5 76/19 76/19 77/14 78/2 78/8 78/9 78/24 78/25 79/10 81/6 82/8 86/23 86/25 87/14 87/14 88/3 89/15 89/24 90/24 91/12 91/22 93/4 93/6 93/7 93/10 93/11 94/21 94/24 98/8 100/6 100/10 107/1 108/7 109/2 110/18 115/25 120/5 120/6 120/24 121/11 124/17 125/3 129/18 156/25 167/8 168/15 168/16 168/17 168/18 170/5 170/6 170/20 171/5
**donated [1]** 35/12
**done [7]** 28/7 37/9 51/1 129/2

132/19 163/4 163/24
dosage... **[3]** 29/25 73/2 73/3 73/4 73/8 73/14 73/21 74/21 74/22 74/24 75/6 75/7 75/8 75/12 75/13 75/19 76/22 80/18 81/15 104/24 105/3 105/8 108/1 108/5 108/8 108/9 108/12 108/16 108/18 108/22 109/1 109/4 110/15 111/22 111/25 112/5 113/17 167/10
**doors [13]** 74/6 74/16 74/16 75/14 76/9 76/10 76/13 77/5 81/11 83/13 83/15 83/16 83/19
**doorway [2]** 79/20 80/2
**doubt [57]** 105/14 115/1 119/2 119/3 119/6 119/9 119/13 119/15 119/17 119/21 120/2 120/2 125/9 134/13 134/17 134/21 134/24 135/4 135/4 135/4 135/5 135/10 135/10 135/10 135/13 135/13 135/14 135/17 135/18 138/3 141/6 141/20 143/14 143/25 145/1 145/8 146/21 147/1 147/11 148/5 150/4 150/16 151/18 151/24 153/11 153/16 153/25 155/9 156/10 157/9 158/13 159/15 160/10 161/15 162/20 164/8 165/6
**doubts [2]** 120/2 120/3
**down [66]** 6/24 18/11 20/2 25/2 25/10 25/22 38/4 38/9 38/16 40/9 43/9 53/3 54/5 54/5 54/23 55/24 56/18 56/19 56/21 57/6 57/23 59/4 59/24 60/4 60/5 62/5 62/19 62/20 64/11 64/15 65/1 65/9 65/20 69/9 69/12 83/19 85/16 91/19 91/21 97/10 106/18 106/19 106/20 107/5 107/22 108/12 108/21 109/4 110/15 110/20 110/24 111/2 114/11 115/6 116/5 116/9 122/3 122/11 122/13 122/22 123/4 126/9 127/10 128/13 128/20 129/8
**draft [1]** 8/16
**draw [2]** 133/24 134/9
**drawn [2]** 108/10 135/25
**dress [11]** 30/9 44/7 44/9 44/10 44/20 45/1 57/20 58/2 58/4 127/16 127/17
**dressed [5]** 44/13 57/6 57/9 60/19 127/15
**drive [3]** 87/9 87/12 87/21
**driver [1]** 29/24
**drives [2]** 41/8 86/14
**dropped [1]** 100/1
**due [4]** 32/11 98/25 109/17 109/19
Dump **[1]** 56/2
**during [51]** 7/13 8/9 17/9 21/9 24/4 73/23 111/13 131/2 131/4 131/12 132/2 133/1 133/1 133/20 137/18 146/16 147/17 147/19 147/21 148/12 149/23 149/25 150/3 150/6 150/9 150/13 150/21 151/7 151/22 152/1 152/3 152/10 152/12 153/7 153/20 153/21 153/22 154/1 154/5 155/13 157/18 162/12 164/5 164/17 165/8 167/7 167/10 167/14 167/18 167/21 170/10
**duties [3]** 75/2 148/11 149/17
**duty [7]** 84/10 112/19 131/22 132/23 134/19 134/22 166/21

**E**

**each [27]** 12/4 99/18 100/16 100/23 105/23 120/20 137/5 139/25 141/5 143/14 145/10 147/8 148/4 150/4 152/1 153/23 155/8 160/10 161/14 164/10 164/11 164/13 164/20 164/21 164/22 166/15 171/1
**Eagle [2]** 5/12 5/12
**EARLE [2]** 1/6 3/3
**earlier [4]** 41/17 94/14 107/17 132/5
**early [1]** 14/1
**easily [2]** 19/8 133/10

**E**

easy [1]  154/12
educate [1]  44/20
educating [1]  44/13
education [1]  132/15
educational [1]  38/1
effect [2]  139/23 141/10
effectively [1]  106/24
efficient [1]  131/20
efforts [1]  156/21
either [11]  51/9 68/19 106/1
  112/16 139/20 140/10 142/25
  160/14 160/22 165/19 168/4
elaborate [1]  58/9
elapsed [1]  139/3
election [5]  83/11 106/10 127/23
  127/25 130/8
electoral [6]  49/11 82/17 109/25
  133/14 141/15 160/23
electronic [1]  167/16
electronically [1]  167/19
element [25]  100/17 100/1 102/3
  106/4 106/6 111/14 111/19 112/14
  113/6 113/15 114/3 114/12 119/1
  119/3 119/18 134/17 134/21 143/21
  144/3 144/10 150/11 150/19 151/1
  155/4 159/15
elements [26]  100/23 105/25
  109/21 111/14 113/3 115/14 125/21
  140/25 141/6 143/14 145/9 145/10
  147/24 148/5 150/5 151/25 152/2
  155/3 155/8 156/10 157/6 157/8
  158/12 160/10 161/14 165/5
Ellipse [8]  15/16 15/20 15/24
  16/21 16/23 17/1 17/2 57/2
else [26]  9/5 13/17 14/13 15/2
  19/1 22/20 23/11 48/11 53/13
  53/14 60/22 63/15 86/4 102/7
  106/13 109/10 127/21 127/21 128/3
  128/6 128/24 138/15 167/9 168/16
  169/18 171/22
email [2]  71/14 167/16
emailing [1]  70/13
emphasized [1]  117/19
employed [2]  4/20 149/4
employment [1]  4/21
encounters [1]  19/17
encourage [11]  9/5 62/5 95/10
  126/2 146/2 146/4 146/22 152/18
  152/20 153/12 166/14
encouraged [5]  9/17 145/25 146/6
  152/16 152/22
encouraging [6]  58/10 58/12 58/13
  60/4 145/17 152/9
encrypted [1]  8/22
end [18]  30/13 33/14 43/12 47/14
  51/15 53/24 55/19 70/9 90/3 90/18
  98/13 99/20 104/1 154/18 154/20
  154/23 170/21 170/23
endangering [2]  65/4
endeavor [2]  79/23 80/1
ending [1]  125/18
enforcement [4]  140/12 147/19
  148/8 148/10
enforcing [1]  149/18
engage [6]  69/2 95/10 119/24
  126/1 127/20 163/11
engaged [7]  130/3 130/3 148/10
  157/10 158/13 160/11 163/14
engaging [3]  62/24 63/9 142/23
enough [6]  74/22 123/12 146/5
  146/17 152/21 153/7
ensure [1]  101/19
enter [1]  166/19
entered [3]  155/9 156/11 169/13
entering [10]  105/16 110/16
  154/25 156/8 156/15 156/19 159/3
  159/16 168/22 171/14
enters [3]  101/9 104/23 155/21
entire [10]  18/9 24/4 24/8 39/6
  56/9 62/13 88/14 88/15 89/16

128/19
enormous [1]  56/15
entirely [4]  66/9 111/4 155/7
  169/11
entirety [2]  88/16 89/22
entitled [3]  134/2 140/1 173/5
entity [1]  149/13
entrance [3]  116/5 116/5 116/6
environment [1]  27/1
equal [2]  121/10 136/15
equality [1]  35/7
equipment [1]  16/20
especially [3]  21/12 61/23 81/24
essentially [1]  91/19
established [1]  46/5
establishment [1]  149/10
ethnic [1]  132/14
evacuated [1]  109/17
evacuation [1]  112/4
evaluate [1]  138/13
evaluated [1]  140/6
evaluating [4]  138/9 139/1 140/7
  140/15
even [27]  43/2 53/17 62/13 63/12
  64/11 65/3 65/11 66/3 66/8 75/9
  78/9 79/10 79/22 82/18 87/14
  87/15 88/13 88/17 92/2 92/2 110/2
  110/2 112/11 121/9 143/10 149/25
  168/9
evening [2]  14/22 171/8
event [13]  12/15 27/18 96/13
  120/15 121/19 139/2 139/3 139/4
  139/5 140/9 158/4 166/18 170/5
events [11]  6/8 29/1 71/19 104/14
  107/13 117/4 120/21 121/5 124/2
  133/9 162/10
eventually [3]  59/17 74/24 76/14
ever [14]  8/24 9/3 9/5 9/17 9/17
  10/2 10/4 10/13 24/6 24/11 28/13
  28/16 28/20 128/10
every [26]  75/23 75/23 76/3 81/24
  104/18 109/15 109/20 111/20 114/6
  114/7 114/14 115/4 116/20 119/1
  119/1 119/3 119/3 120/20 121/7
  121/7 130/3 130/4 134/10 134/17
  146/4 152/20
everybody [5]  119/6 120/12 154/8
  169/17 170/8
everyone [14]  60/22 60/23 62/18
  66/10 66/11 68/2 68/6 68/14 68/19
  68/19 76/7 127/16 127/23 128/2
everyone's [4]  64/13 65/2 121/21
  128/12
everything [23]  16/11 27/4 27/4
  57/20 57/22 81/7 85/3 85/6 87/19
  89/5 89/11 89/24 91/3 92/7 106/13
  107/16 117/23 123/17 126/13 127/6
  144/11 151/3 171/7
everywhere [1]  129/9
evidence [105]  31/11 32/7 36/23
  45/24 87/17 91/6 97/13 98/3 98/14
  98/16 98/19 98/21 98/22 99/8
  99/17 99/22 101/22 105/12 116/10
  118/4 119/25 119/25 121/9 121/10
  121/13 121/13 131/6 131/7 131/9
  132/2 132/3 132/18 132/24 132/25
  133/2 133/4 133/6 133/17 133/22
  133/23 134/1 134/3 134/4 134/6
  134/8 134/8 134/16 135/6 135/6
  135/8 135/19 135/20 135/21 135/23
  135/24 135/25 136/4 136/9 136/11
  136/12 136/14 136/17 136/18
  136/19 137/2 137/4 137/7 137/13
  137/16 137/25 139/11 139/18 140/7
  142/2 143/24 146/12 146/14 146/18
  150/15 153/3 153/4 153/9 159/5
  162/14 162/16 162/18 162/23 163/1
  163/6 163/16 163/25 164/5 164/7
  164/11 165/1 165/9 165/20 165/24
  166/3 166/11 166/13 166/16 166/17
  166/23 167/6
exactly [8]  58/5 60/2 80/13 100/5
  114/16 126/4 130/12 172/3

exaggerating [1]  21/7
example [15]  2/4 2/5 4/13
  4/14 9/8 29/9 29/12 29/16 31/6
  33/18 53/8 95/3 95/23
examine [3]  118/20 165/15 165/25
example [6]  38/10 136/1 138/16
  142/11 161/22 163/17
except [6]  55/6 66/10 123/1
  144/11 151/3 168/3
excerpts [1]  133/13
exchanging [1]  124/11
excited [1]  24/23
exclusive [1]  132/23
exclusively [1]  166/22
excuse [13]  3/20 3/21 30/19 35/20
  56/1 85/16 97/23 169/10 169/15
  169/16 169/18 169/23 171/2
excused [2]  3/19 169/14
executive [1]  149/6
exercise [1]  142/19
exhibit [44]  2/12 2/12 24/13 36/8
  36/22 39/18 40/2 40/19 41/2 43/9
  45/23 49/25 55/9 55/10 55/14 59/5
  71/11 71/25 81/20 81/21 85/14
  86/21 86/25 91/15 92/19 94/15
  94/19 94/23 98/22 106/21 107/12
  107/22 109/7 109/25 112/12 112/15
  112/24 113/8 113/22 114/24 121/11
  121/23 159/24 165/13
Exhibit 1001.2 [1]  45/23
Exhibit 1002.3 [1]  113/22
Exhibit 101 [1]  112/15
Exhibit 102 [2]  113/8 159/24
Exhibit 1113 [1]  106/21
Exhibit 1118 [1]  39/18
Exhibit 501 [1]  98/22
Exhibit 601 [2]  81/21 112/12
Exhibit 605 [3]  81/20 94/15 94/23
Exhibit 662 [1]  107/22
Exhibit 670 [1]  71/25
Exhibit 688 [1]  109/7
Exhibit 690 [1]  91/15
Exhibit 701 [4]  24/13 86/21
  107/12 121/11
Exhibit 711 [1]  85/14
Exhibit 713 [1]  114/24
Exhibit 901.18 [1]  109/25
Exhibit 902.18 [1]  71/11
exhibits [20]  2/11 8/11 20/11
  81/19 86/8 97/19 98/2 98/24 99/3
  112/25 133/5 137/24 165/9 165/10
  165/15 165/24 166/2 171/7 171/24
  172/1
Exhibits 501 [1]  99/3
expect [1]  103/12
expecting [2]  23/4 103/6
expensive [3]  14/17 14/19 35/12
experience [6]  20/17 20/18 27/25
  61/17 62/17 134/1
explain [10]  4/5 6/18 21/24 58/9
  106/7 140/25 141/1 147/24 148/1
  155/2
explained [6]  30/10 124/13 125/4
  132/5 145/11 152/2
expose [1]  48/2
expressed [1]  132/21
expression [3]  119/9 132/15
  168/23
expressions [1]  122/3
extending [1]  33/2
extensive [1]  5/17
extent [2]  21/10 138/8
extra [1]  21/18
extraction [3]  87/15 87/15 87/20
extremely [1]  64/19
extremist [1]  42/2
extremists [1]  82/1
eyes [2]  68/18 129/4
eyewitness [1]  135/22

**F**

face [3]  19/5 84/19 108/23

**Facebook [3]** 21/17 51/11 95/18
**Facebook.METCNDG [1]** 54/10
**faces [1]** 81/15
**facilitate [7]** 146/2 146/4 146/22
  152/18 152/20 153/12 166/12
**facilitated [2]** 146/6 152/22
**facilitating [2]** 145/17 152/8
**fact [12]** 111/10 133/15 133/16
  133/18 133/22 134/25 135/22
  136/12 140/16 157/15 158/19
  164/14
**factor [1]** 114/20
**facts [18]** 131/25 132/1 132/17
  133/6 133/7 133/9 133/17 133/21
  133/24 135/20 135/24 137/6 146/13
  153/4 163/24 164/5 165/19 169/8
**failed [2]** 108/17 134/20
**fair [8]** 40/6 131/20 132/12
  132/17 136/23 137/3 166/11 166/16
**fairly [2]** 134/2 140/1
**fake [2]** 49/22 49/23
**fall [2]** 108/23 113/11
**falling [2]** 136/2 136/4
**falls [1]** 106/13
**falsehood [1]** 139/13
**family [1]** 155/19
**far [8]** 7/6 7/20 9/20 23/16 42/2
  42/4 129/8 154/6
**fascism [1]** 54/7
**fascist [1]** 54/6
**fault [1]** 124/18
**favor [1]** 136/12
**FBI [14]** 22/9 23/6 85/5 93/21
  93/22 94/5 94/6 94/8 96/21 96/22
  113/22 118/2 118/2 118/11
**fear [2]** 82/2 157/23
**fearful [2]** 81/24 122/20
**February [1]** 173/10
**federal [8]** 140/22 147/20 149/18
  155/1 157/5 160/8 161/12 166/21
**federally [5]** 111/18 112/16
  112/18 148/15 149/1
**feel [7]** 21/1 28/4 74/22 81/24
  101/24 131/16 133/25
**fellow [1]** 66/19 66/20
**felonies [1]** 117/22
**felony [3]** 117/21 118/7 118/8
**felt [1]** 72/18
**female [1]** 22/23
**few [9]** 13/23 14/1 19/3 47/11
  64/17 67/25 107/11 111/20 130/24
**fifth [2]** 145/19 152/10
**fight [2]** 123/13 123/14
**fighting [3]** 10/4 10/6 105/5
**figured [2]** 7/6 12/7
**filled [1]** 73/3
**filler [2]** 22/1 22/1
**film [48]** 11/4 13/11 15/16 26/5
  27/13 36/17 36/20 37/6 37/13
  37/14 37/20 39/7 39/12 39/13
  41/20 43/3 46/5 46/7 52/2 53/10
  53/11 58/18 59/1 59/2 59/6 74/11
  74/12 75/25 84/22 117/1 117/3
  117/25 118/3 118/3 118/7 118/10
  121/5 121/17 121/17 122/21 123/4
  127/5 127/15 129/6 129/7 129/13
  129/14 129/18
**filmed [12]** 10/25 21/9 27/9 27/9
  46/24 47/7 47/9 51/20 52/1 121/14
  122/8 122/9
**filmer [1]** 33/2
**filming [33]** 13/2 13/8 19/23 21/4
  27/11 29/19 29/23 31/9 31/12 32/1
  32/3 32/5 32/18 33/11 37/5 37/7
  38/22 41/12 41/15 41/20 42/19
  42/22 43/20 45/8 46/11 51/20 59/4
  81/21 112/11 115/25 116/24 123/2
  123/25
**final [3]** 125/18 130/22 154/14
**financial [1]** 8/6

**find [68]** 8/20 18/24 73/10 99/22
  132/22 133/8 133/24 134/3 134/11
  134/20 134/22 137/8 137/10 141/4
  141/5 143/11 143/13 143/22 143/24
  144/4 144/7 145/1 145/5 145/7
  146/1 146/17 146/23 147/11 147/13
  148/3 148/4 150/2 150/4 150/12
  150/15 150/20 150/23 151/17
  151/21 151/24 152/16 153/8 153/14
  153/25 154/2 155/7 155/8 156/9
  156/17 156/18 158/9 158/12 158/25
  159/2 159/13 159/14 160/8 160/9
  161/13 161/14 162/17 163/9 163/12
  163/13 163/14 164/5 164/14 169/3
**fine [13]** 4/2 7/5 38/20 43/10
  55/18 64/12 77/15 97/25 98/11
  121/18 121/19 122/24 122/24
**finish [2]** 26/2 35/23
**fire [4]** 25/19 49/16 104/16
  104/17
**firearm [2]** 5/15 5/18
**firearms [3]** 5/1 5/3 5/9
**fires [1]** 122/14
**firm [2]** 144/7 150/24
**firmly [1]** 135/8
**first [50]** 7/4 7/16 11/19 18/21
  20/8 20/17 30/15 49/3 74/20 88/24
  94/6 99/15 103/22 106/1 109/21
  110/7 110/10 111/14 111/19 113/6
  113/4 125/24 140/24 141/6 142/16
  143/14 143/21 145/9 147/24 148/5
  150/5 150/11 151/25 155/9 156/2
  156/10 156/14 156/21 157/9 158/13
  158/23 159/5 159/15 159/22 160/11
  161/15 163/7 163/10 166/6 171/4
**fist [2]** 68/23 68/24
**fit [2]** 25/6 127/18
**fix [5]** 66/19 66/22 128/12 154/13
  154/17
**flag [5]** 10/22 10/24 11/5 52/18
  61/16
**flagpole [1]** 120/22
**flagpoles [2]** 108/12 120/19
**flags [1]** 11/16
**flash [2]** 108/4 113/12
**flew [1]** 13/22
**flier [4]** 38/1 56/9 56/10 56/14
**flip [1]** 69/8
**Floyd [2]** 7/14 7/18
**fluid [1]** 122/13
**focus [1]** 16/12
**focused [5]** 14/16 60/22 66/11
  66/11 68/8
**focusing [1]** 68/7
**foggy [1]** 126/24
**folder [2]** 41/9 86/5
**follow [7]** 13/4 15/16 41/21 41/22
  121/16 131/15 131/24
**followed [3]** 76/15 77/9 77/10
**followers [1]** 127/7
**following [19]** 17/14 38/9 38/17
  62/12 62/18 63/11 73/7 141/5
  143/14 145/8 148/5 150/5 151/25
  154/21 155/8 156/10 158/12 160/10
  161/14
**footage [24]** 16/11 23/3 23/5
  69/11 69/14 88/21 88/24 89/7
  93/19 93/20 94/7 94/13 94/15
  94/16 108/14 110/17 111/7 113/19
  129/22 129/22 129/24 130/11
  130/11 130/11
**forbids [1]** 161/3
**force [3]** 61/21 110/24 113/13
**forced [2]** 65/8 65/10
**foregoing [1]** 173/4
**foreman [1]** 171/4
**foreperson [4]** 166/6 166/9 166/12
  167/23
**foreseeable [1]** 141/21
**forest [3]** 22/4 22/4 22/5
**form [13]** 5/16 7/3 35/12 67/17
  89/3 119/13 136/12 156/24 159/8

  164/24 164/25 165/3 165/7
  165/20 166/24 167/24 172/12
**formed [9]** 7/2 7/22 8/1 8/4 8/4
  34/19 34/24 36/11 118/7
**former [2]** 100/13 100/20
**forth [1]** 124/4
**fortunately [1]** 120/3
**forward [5]** 40/14 48/19 60/23
  78/19 112/8
**Foulger [18]** 3/9 8/10 9/8 22/12
  22/19 22/25 23/16 23/20 24/1
  85/10 85/24 86/8 86/13 86/21
  93/25 96/21 111/11 113/23
**found [9]** 41/8 86/14 86/16 86/17
  87/12 87/14 147/5 153/19 154/14
**foundation [2]** 47/6 119/11
**fourth [8]** 106/6 110/5 114/18
  141/12 145/15 146/10 153/1 157/17
**Fox [1]** 45/20
**frame [5]** 16/12 78/20 78/21 79/5
  79/5
**free [3]** 131/16 138/14 163/9
**frequently [1]** 49/23
**friend [1]** 51/23
**friends [3]** 18/19 87/24 88/1
**friendship [1]** 138/24
**front [23]** 20/14 20/15 20/21 21/1
  21/3 31/17 31/18 60/25 66/7 79/18
  79/19 79/22 80/1 80/6 80/16 89/20
  97/14 97/22 104/18 108/20 114/7
  115/3 118/23
**fuck [10]** 38/16 38/18 53/2 63/4
  77/25 78/7 78/8 107/4 127/10
  128/22
**fucking [3]** 60/10 67/11 104/12
**full [8]** 55/1 86/2 89/22 89/23
  89/23 92/18 92/22 166/16
**fully [2]** 23/21 96/25
**function [8]** 111/18 112/17 112/18
  131/19 131/24 148/15 149/1 149/2
**functions [5]** 114/13 157/14
  157/16 158/17 158/20
**further [12]** 75/21 84/11 84/11
  94/25 97/9 108/15 144/14 146/3
  146/5 151/6 152/19 152/21
**furtherance [4]** 145/14 145/23
  152/6 152/14
**Furthermore [1]** 169/3

G
**gain [1]** 138/23
**galore [1]** 68/15
**garbage [1]** 124/16
**gas [12]** 19/6 19/10 19/12 19/14
  19/15 57/12 60/19 66/19 66/22
  68/18 107/7 123/10
**gasoline [1]** 104/16
**gave [26]** 32/9 75/17 79/23 80/1
  85/9 86/4 86/7 86/9 86/12 86/20
  86/21 87/2 87/3 87/5 87/7 87/8
  92/12 93/21 93/22 93/23 93/24
  94/12 116/15 126/11 129/19 167/13
**geared [2]** 50/16 50/16
**gearing [1]** 6/22
**gears [1]** 11/18
**gender [1]** 132/15
**general [7]** 6/20 41/20 67/1
  100/12 100/18 100/21 130/25
**generally [3]** 11/16 126/21 132/7
**generation [1]** 50/24
**gentleman [2]** 22/17 125/16
**gentlemen [6]** 4/19 6/4 7/23 16/5
  26/15 130/21
**George [2]** 7/14 7/18
**get [88]** 13/20 14/18 16/11 16/23
  16/25 17/23 20/1 20/4 20/14 20/15
  20/19 20/25 21/1 21/3 23/5 24/23
  24/24 27/25 28/12 30/3 32/5 32/6
  44/1 48/7 56/22 57/5 62/2 65/7
  65/7 65/19 66/24 67/2 68/7 74/5
  75/6 75/14 76/13 77/9 77/11 79/18
  79/18 79/22 79/22 80/9 80/18 81/7

**G**

**get... [42]** 8|7 81|11 81|22
83/14 88/11 89/20 89/22 89/23
90/24 92/14 92/16 92/21 93/4 93/6
103/14 103/24 104/25 105/1 106/14
107/15 108/16 108/20 108/25 109/2
109/5 111/25 115/25 116/7 117/7
122/21 123/16 127/18 128/15 129/2
129/18 130/5 165/23 168/7 168/8
168/9 170/6 170/7
**gets [1]**   119/19
**getting [11]**   18/18 20/9 24/20
24/20 65/6 66/11 74/7 80/1 85/20
109/11 111/23
**gimbal [8]**   16/6 16/10 18/8 19/3
68/19 80/7 80/8 80/12
**gimbals [1]**   16/4
**give [29]**   23/22 83/20 85/8 85/23
86/2 99/9 100/4 100/7 100/9
103/24 103/25 105/12 107/19
119/14 119/15 119/17 130/22 132/3
134/1 136/1 136/13 136/15 139/25
140/10 140/18 155/4 156/25 170/17
171/20
**given [13]**   46/11 57/4 58/1 71/14
75/9 81/24 86/18 88/13 126/4
147/10 153/24 165/4 166/3
**giving [2]**   70/15 93/21
**Glavey [1]**   109/16
**gleeful [1]**   104/22
**go [89]**   3/21 4/6 4/18 6/23 12/6
13/4 15/20 15/22 17/1 17/6 17/16
17/20 18/23 24/3 27/24 27/24
28/25 31/16 31/17 39/7 39/8 40/17
41/23 45/6 45/12 47/13 48/16
49/24 53/11 53/13 56/21 58/14
60/5 62/8 65/8 65/25 65/25 65/25
71/3 72/24 73/1 73/2 73/13 78/20
79/5 81/10 81/10 81/10 81/22
81/22 83/13 83/14 94/3 95/13
97/24 99/8 99/11 104/7 105/23
107/2 107/12 109/4 109/5 109/5
111/3 113/3 118/10 119/14 120/7
120/7 121/3 124/23 124/24 124/25
126/7 126/17 128/22 129/14 130/5
130/5 130/6 154/13 156/17 156/19
159/1 159/2 165/22 166/10 171/19
**goal [6]**   107/10 107/21 107/22
109/6 123/5 132/11
**goes [8]**   15/19 38/10 42/10 56/10
104/24 105/2 118/6 122/15
**going [117]**   6/11 6/24 7/13 11/20
11/23 12/9 12/15 13/2 13/4 13/23
14/22 15/15 15/17 15/18 17/13
17/15 17/18 19/9 19/25 20/2 20/20
20/23 20/25 22/5 22/5 22/6 28/6
29/1 29/14 30/1 30/17 30/19 36/11
36/21 37/12 38/15 43/2 48/4 48/17
49/9 53/15 54/5 54/21 57/22 58/15
59/6 59/7 59/8 66/2 66/2 66/6
66/9 66/13 66/23 66/24 67/2 67/5
67/7 69/8 69/9 69/12 74/6 77/10
77/10 77/21 77/25 80/4 80/15 81/7
85/16 91/6 92/7 92/13 92/14 92/16
93/3 100/8 104/6 105/11 105/23
106/11 107/16 108/18 110/4 110/6
111/1 112/6 117/4 117/18 117/21
122/25 124/7 126/9 127/25 128/4
128/7 128/15 128/19 129/2 129/13
129/13 129/14 129/14 129/16
129/18 130/13 145/13 154/9 155/2
156/13 157/5 158/21 169/16 169/20
169/24 171/4 172/3
**gone [3]**   10/13 75/7 123/7
**good [18]**   3/6 3/11 4/16 4/17
21/13 24/24 33/20 33/21 52/11
56/2 71/9 71/10 81/23 94/7 115/25
125/24 129/17 171/25
**GoPro [1]**   41/15
**got [38]**   5/13 14/1 17/1 21/2 21/2
22/25 24/14 24/17 26/24 37/9

57/15 62/1 62/5 64/6 64/10 64/11
66/2 73/19 75/6 76/6 76/24 77/9
80/19 81/3 85/25 113/19 117/6
122/4 122/22 123/6 123/11 124/6
124/12 126/24 128/11 154/7 169/13
171/2 172/3
**government [86]**   2/12 2/12 3/4 4/2
29/9 33/16 39/18 40/2 40/19 41/2
45/23 52/15 98/19 98/20 99/7
100/1 102/7 102/10 103/6 103/22
103/23 104/8 105/14 106/21 107/12
107/22 109/7 109/24 111/5 111/24
112/12 112/15 113/8 113/21 114/9
114/13 114/22 114/24 114/25
115/13 115/15 118/13 118/13
118/15 118/22 119/1 124/1 124/19
134/12 134/16 134/20 134/23
135/16 138/2 141/5 141/20 142/18
143/13 144/10 144/13 144/18 145/8
145/23 146/9 147/1 148/4 149/13
150/4 151/2 151/5 151/9 151/24
152/14 153/15 155/8 157/9 157/13
157/16 158/17 158/19 159/14
159/23 160/9 162/19 164/8 165/6
**government's [8]**   8/9 39/16 99/21
102/13 109/18 112/24 135/2 170/21
**grab [1]**   28/9
**grandmother [1]**   84/18
**graver [1]**   135/12
**great [5]**   30/17 61/14 70/17 78/3
100/10
**greater [4]**   136/17 137/9 140/10
157/1
**green [1]**   58/22
**grievances [1]**   142/18
**grifting [1]**   43/4
**grocery [1]**   98/25
**ground [5]**   16/12 130/13 130/18
136/7 136/8
**grounds [35]**   24/5 59/18 59/20
59/23 59/25 101/9 105/17 105/19
105/20 114/5 123/19 128/11 149/18
154/25 155/10 155/14 155/16
155/21 156/9 156/11 156/16 156/20
157/4 157/11 158/7 158/12 158/15
158/24 159/4 159/11 159/13 159/16
159/17 159/23 162/6
**group [3]**   50/21 61/24 64/19
**groups [5]**   8/22 12/3 12/5 61/18
148/17
**growing [1]**   105/3
**guard [1]**   60/14
**guess [24]**   34/2 34/7 45/3 45/6
52/15 52/19 54/15 59/2 59/3 59/19
62/11 63/1 63/22 64/21 69/22
76/19 79/11 79/23 80/2 85/1 86/16
92/6 128/3 165/18
**guesswork [1]**   135/14
**guidelines [1]**   140/8
**guilt [5]**   134/9 134/9 135/9
135/16 135/18
**guilty [46]**   116/10 119/20 123/21
125/16 134/13 134/19 134/22
134/24 141/4 143/11 143/22 144/4
144/20 145/5 146/18 146/24 147/5
147/14 148/3 150/2 150/12 150/20
151/11 151/21 153/8 153/14 153/19
154/3 154/15 155/7 156/15 156/17
156/18 156/19 158/10 158/23
158/25 159/2 159/3 159/14 160/9
161/13 164/14 164/14 164/18
164/18
**gun [2]**   30/8 124/24
**guns [2]**   108/10 124/20
**guy [9]**   20/3 26/22 26/23 60/13
66/6 66/23 66/25 68/16 123/7
**guys [3]**   57/4 87/16 113/17

**H**

**had [95]**   3/16 5/16 7/16 7/16 8/24
13/24 16/1 16/2 16/3 16/22 17/3
17/6 17/16 18/9 18/11 18/19 19/6

19/6 19/15 19/16 19/16 19/19 20/8
21/8 23/20 25/20 31/10 33/24
35/11 40/6 41/17 43/21 44/12
45/19 46/2 48/24 50/8 53/24 55/1
57/12 59/11 62/24 65/12 71/13
71/14 71/15 78/13 80/8 80/8 80/17
81/25 84/21 85/7 85/8 86/8 87/25
88/10 91/5 92/2 93/21 94/4 94/19
97/19 99/1 99/1 99/24 99/25 100/1
100/1 107/7 107/8 107/9 109/17
112/25 113/9 115/20 115/21 116/8
117/5 118/6 123/11 125/2 126/6
127/7 128/6 133/20 136/3 136/8
136/9 138/21 146/9 152/25 159/18
169/13 169/23
**hair [1]**   63/20
**half [2]**   17/22 126/3
**halfway [1]**   14/15
**hallway [1]**   83/19
**halted [1]**   109/19
**Hamdi [1]**   3/8
**Hamilton [4]**   14/10 14/14 14/20
14/23
**hand [14]**   11/18 22/2 24/6 28/9
32/18 56/1 68/16 70/15 79/8 79/9
79/11 120/10 134/20 135/23
**handbook [1]**   129/19
**handed [1]**   89/5
**handgun [1]**   124/25
**handle [2]**   30/16 112/11
**hands [2]**   81/4 111/25
**hang [2]**   75/13 76/13
**happen [10]**   15/17 17/13 56/12
56/12 58/14 61/23 72/16 82/3
112/6 136/5
**happened [16]**   23/9 39/2 39/3
57/23 84/7 85/7 88/10 104/14
123/18 124/12 124/13 169/23 170/1
170/2 170/3 170/4
**happening [18]**   20/20 34/1 59/8
69/18 77/23 79/19 79/21 80/6
82/15 83/1 85/3 86/15 95/16 95/19
95/20 109/22 114/16 121/5
**happens [3]**   15/18 15/18 41/14
**happy [2]**   86/25 169/18
**harass [1]**   48/18
**harassed [1]**   61/22
**hard [10]**   24/18 41/8 48/1 74/18
81/16 81/16 86/14 87/9 87/12
87/21
**harm [1]**   25/25
**harmed [1]**   157/25
**has [75]**   28/7 28/7 36/8 42/6 42/8
42/11 54/3 54/21 63/17 68/17
68/19 78/9 87/19 87/22 89/5 89/11
92/18 92/22 99/7 103/23 105/14
108/20 108/22 114/25 115/13
115/15 115/16 118/14 118/15
118/21 118/22 119/1 119/6 120/13
120/14 121/7 123/10 123/10 124/12
124/14 128/4 134/13 134/17 134/20
137/2 138/2 138/9 138/19 138/22
138/22 138/24 139/17 139/19
139/22 140/13 140/16 144/21
149/20 151/13 155/19 158/5 160/3
160/17 161/7 161/25 162/2 162/3
162/19 163/2 163/2 163/17 164/8
165/18 168/15 172/3
**hashtag [6]**   38/6 38/9 38/10 38/12
38/12 38/18
**hashtags [1]**   38/6
**hat [5]**   26/23 26/24 127/19
**hate [2]**   124/8 124/10
**hateful [1]**   163/10
**have [241]**
**haven't [6]**   73/24 87/15 87/20
88/13 89/7 91/8
**having [6]**   48/20 77/11 111/11
138/19 159/19 160/1
**he [425]**
**He's [1]**   125/6
**head [4]**   20/24 69/1 87/1 106/15

**heading [1]** 108/1
**headset [1]** 90/12
**healthy [2]** 169/15 169/18
**hear [35]** 24/14 27/22 61/1 61/4
61/25 62/3 63/14 63/18 67/20
67/22 72/14 73/12 73/23 75/10
78/7 88/11 88/17 88/17 90/4 90/10
90/20 90/24 91/3 106/16 107/18
108/20 116/19 119/8 122/2 125/21
127/8 129/11 129/11 129/12 165/16
**heard [30]** 25/1 42/18 49/20 73/20
73/22 83/5 83/7 83/9 84/15 85/24
86/13 90/22 91/18 105/13 110/3
113/22 117/10 119/6 119/7 120/14
122/2 122/3 122/6 122/7 122/10
124/20 128/2 140/2 162/14 163/6
**hearing [2]** 13/24 74/25
**hearings [1]** 161/23
**heart [5]** 119/10 119/11 121/4
126/8 126/8
**heartburn [1]** 100/10
**heat [1]** 74/18
**held [10]** 29/7 31/21 43/8 47/8
55/8 70/25 90/13 97/12 154/11
170/20
**help [14]** 20/15 27/23 28/9 35/12
70/11 72/5 72/11 72/17 72/21 94/2
97/7 127/1 128/12 166/13
**helped [4]** 67/3 70/11 71/15
128/25
**helping [9]** 27/20 66/19 70/10
71/21 72/2 72/4 128/11 129/4
129/5
**helps [2]** 16/10 104/21
**her [36]** 13/5 14/4 14/5 16/20
41/22 42/20 42/22 42/24 42/25
52/12 52/14 52/16 73/10 73/11
73/13 73/15 83/21 88/22 91/2 93/3
93/5 116/22 122/6 126/24 142/12
166/15 169/16 169/19 169/21
169/21 169/21 169/22 169/24
169/25 170/1 170/1
**here [68]** 3/15 14/4 20/5 21/15
27/23 28/3 31/24 36/24 37/13
37/16 37/23 38/22 40/12 44/6 49/6
49/14 49/25 51/5 54/5 54/7 55/24
60/22 62/14 62/15 63/9 65/25 66/3
66/10 70/9 74/10 75/14 79/6 79/8
80/5 85/16 88/19 88/20 88/23
89/14 100/4 100/24 105/15 106/9
109/11 110/16 110/20 113/3 116/22
118/3 118/11 118/17 118/22 118/23
118/24 120/20 121/3 126/20 130/23
138/17 166/8 168/3 168/6 168/7
169/18 169/20 170/8 171/2 171/7
**herself [1]** 139/20
**hesitate [2]** 135/12 169/1
**hey [11]** 62/1 67/2 67/20 75/13
76/13 77/12 94/6 113/17 127/13
128/11 129/4
**hid [1]** 126/12
**hide [4]** 48/17 86/19 94/4 128/7
**higher [1]** 75/10
**highlight [2]** 53/15 54/5
**highlights [2]** 107/11 111/21
**highly [1]** 135/1
**hill [1]** 19/24
**him [64]** 3/16 3/20 3/21 22/13
22/15 22/23 23/3 23/4 23/22 29/21
30/8 42/15 42/16 62/2 66/23 66/24
68/18 74/25 75/13 75/15 75/18
75/20 76/14 84/25 86/2 86/4 86/5
86/7 86/9 86/12 86/18 87/2 87/6
87/8 90/10 91/6 97/21 104/25
105/1 107/14 109/11 110/14 110/16
110/20 111/23 111/25 111/25
113/13 113/20 117/6 120/24 122/19
124/17 125/3 127/22 128/9 128/10
128/11 129/3 130/16 130/17 134/19
134/22 139/19

**himself [11]** 90/10 123/5 123/5
123/7 123/7 123/23 123/25 128/11
128/14 128/23 129/1 130/4
**hired [1]** 52/8
**his [87]** 19/24 23/1 32/10 51/6
61/15 68/16 68/18 76/5 84/19
92/12 104/13 104/20 105/7 106/19
107/1 107/10 107/14 107/15 107/21
108/13 109/3 109/6 109/11 110/17
111/7 111/22 111/23 112/11 115/20
117/12 117/16 118/18 118/19
118/20 121/2 121/2 121/4 121/6
121/6 121/8 121/8 121/17 121/17
122/19 123/3 123/3 123/4 123/4
123/4 124/3 124/14 124/17 124/18
126/5 126/6 126/12 126/13 126/14
126/14 126/15 127/7 127/16 127/17
128/5 129/8 129/11 129/17 129/19
129/24 130/9 134/15 136/3 136/8
140/13 140/14 140/15 141/10
141/24 142/12 143/5 144/8 150/24
157/15 158/18 161/6 163/25 166/15
**history [6]** 24/21 24/21 29/1
66/17 104/12 121/21
**hit [4]** 26/11 26/13 26/16 26/18
**hitting [1]** 68/3
**hold [10]** 69/9 77/8 115/24 124/17
125/3 130/16 130/17 137/14 165/19
169/22
**holding [14]** 32/20 79/16 80/8
81/14 84/22 97/2 108/14 113/20
113/25 115/19 121/8 121/8 121/25
124/23
**home [3]** 3/16 22/9 22/11
**Homeland [1]** 149/6
**honest [4]** 36/6 79/11 88/18 135/7
**Honestly [1]** 23/2
**Honor [58]** 3/6 3/11 4/3 29/3 29/4
29/8 29/18 30/5 30/9 30/11 30/24
31/2 31/4 31/7 31/15 31/22 32/13
32/17 33/1 33/2 33/7 33/13 33/17
36/7 39/15 39/23 40/23 41/4 43/7
45/22 47/2 47/5 47/9 54/17 55/3
55/6 55/20 71/6 82/9 83/2 91/13
92/11 95/2 97/9 97/14 97/18 98/1
98/16 98/20 99/16 102/1 102/8
102/10 103/4 103/7 103/10 154/10
154/12
**Honor's [1]** 102/19
**HONORABLE [1]** 1/9
**hooded [1]** 58/21
**hook [1]** 19/7
**hooked [1]** 19/9
**hopefully [1]** 117/7
**hosted [1]** 31/24
**hostility [1]** 138/24
**hot [1]** 38/24
**hotel [16]** 10/10 14/11 14/14
14/15 14/16 14/20 14/23 17/6
17/11 17/17 18/1 18/3 18/6 48/11
48/14 57/15
**hour [5]** 15/14 17/22 104/1 104/7
110/2
**hours [3]** 17/22 117/6 120/17
**house [27]** 22/19 22/25 23/5 51/6
77/4 82/13 85/10 93/25 96/21
96/22 105/3 105/6 107/1 108/1
108/4 108/10 110/15 111/8 112/5
113/17 116/6 116/6 118/3 160/14
160/22 160/25 161/1
**how [62]** 4/5 5/15 5/17 6/4 7/18
8/20 9/1 11/23 12/5 13/2 13/2
13/20 14/14 20/18 20/22 27/25
28/10 30/9 37/24 38/2 38/4 38/9
38/16 44/7 44/9 44/10 44/13 44/20
45/1 50/14 50/18 50/24 51/15
52/14 58/2 58/4 63/19 63/22 67/4
81/6 83/12 91/25 101/24 103/5
103/11 104/6 105/12 106/14 109/16
109/24 113/20 120/17 125/4 125/6
127/16 132/20 136/13 141/1 148/1
166/8 168/12 168/15

**however [16]** 101/17 133/18 135/13
137/6 146/2 146/14 151/1
153/4 159/2 161/4 163/10 163/15
164/4 166/9 169/22
**huge [1]** 24/19
**huh [6]** 25/15 35/19 35/24 61/11
69/19 85/15
**Huh-uh [1]** 25/15
**human [2]** 89/11 132/5
**hundreds [1]** 51/2
**hunting [4]** 9/10 9/14 107/2 124/7
**hurt [5]** 28/20 81/7 109/2 120/22
120/25

**I**

**I'd [2]** 39/15 39/25
**I'm [23]** 6/18 18/15 31/10 34/22
34/25 37/18 42/7 44/18 46/16
51/17 53/7 56/20 57/14 58/8 61/3
72/3 73/17 76/2 79/10 83/15 87/11
95/25 102/3
**idea [4]** 9/1 59/16 79/13 129/17
**identification [1]** 166/2
**identified [5]** 55/9 86/8 113/24
144/25 151/17
**identify [2]** 94/20 94/23
**identity [1]** 132/15
**ignorance [1]** 141/25
**ignore [5]** 131/15 131/23 132/22
137/19 137/22
**ill [4]** 3/14 3/18 3/18 28/11
**illegal [4]** 96/15 123/11 124/14
125/1
**image [2]** 9/21 11/4
**imaginary [1]** 135/13
**immediate [6]** 63/23 148/18 148/19
155/18 157/24
**immediately [3]** 17/3 48/4 142/4
**imminent [1]** 66/14
**impartial [4]** 132/11 135/7 136/23
137/3
**impeach [1]** 29/21
**impeachment [4]** 32/7 39/24 55/12
55/15
**impede [13]** 101/3 112/18 114/12
140/23 141/7 141/8 141/11 141/13
142/10 157/12 158/16 160/13
162/21
**impeded [5]** 112/22 114/14 114/15
157/15 158/19
**impedes [2]** 104/25 142/21
**impeding [3]** 142/14 148/7 161/23
**implicates [1]** 165/14
**implicit [1]** 132/8
**importance [1]** 168/21
**important [4]** 11/8 13/11 21/11
135/12
**imposed [1]** 98/23
**imposing [1]** 166/21
**impresses [1]** 138/18
**improbability [1]** 139/15
**improper [1]** 125/2
**inaccurate [2]** 90/8 90/8
**inadmissible [1]** 165/14
**inadvertently [1]** 167/8
**incendiary [2]** 64/19 66/12
**inches [4]** 114/23 114/25 159/20
160/1
**incident [2]** 29/12 148/11
**incite [9]** 90/5 90/14 95/6 95/8
111/1 115/23 126/2 128/15 129/16
**incited [5]** 104/19 107/21 114/6
115/4 130/5
**incites [1]** 108/15
**inciting [1]** 109/6
**include [4]** 101/15 155/4 159/25
161/24
**included [7]** 156/8 156/18 156/23
157/7 158/9 159/1 159/7
**includes [9]** 149/7 149/9 149/12
155/18 157/22 159/21 159/23
160/22 167/16

**including [11]** 93/14 123/8 139/2
142/2 146/12 148/17 148/23 148/24
153/3 163/9 165/14
**income [6]** 4/20 45/3 45/4 45/4
45/6 132/16
**inconsistencies [1]** 139/7 139/12
**inconsistency [1]** 139/10
**incorporate [2]** 34/21 34/23
**incorporated [1]** 34/18
**incorporating [1]** 100/20
**incorrect [2]** 60/6 86/2
**incrimination [1]** 142/13
**independent [3]** 100/18 149/9
167/18
**independently [2]** 142/5 142/23
**indicate [1]** 163/25
**indicated [1]** 132/21
**indicating [2]** 22/16 132/20
**indicia [1]** 106/17
**indictment [9]** 134/6 134/7 140/20
154/24 160/6 161/10 164/10 164/15
164/16
**indirect [1]** 61/6
**individual [9]** 60/10 61/1 62/1
71/17 142/19 142/21 148/18 148/20
171/18
**individual's [4]** 148/19 148/21
163/8 165/15
**individuals [6]** 64/22 70/5 163/7
163/14 163/16 171/17
**indulge [1]** 115/22
**indulgence [1]** 54/17
**infer [3]** 163/21 164/1 164/2
**inference [1]** 134/9
**inferences [2]** 133/25 135/25
**inflamed [1]** 115/5
**inflames [2]** 105/7 105/10
**influence [2]** 164/15 166/20
**influences [1]** 27/3
**information [4]** 32/10 58/1 85/20
124/11
**inherently [1]** 156/3
**initial [1]** 169/4
**initially [1]** 15/13
**injury [3]** 148/20 156/5 156/7
**innocence [3]** 119/4 134/11 134/15
**innocent [4]** 118/24 118/25 121/15
134/10
**insert [1]** 127/12
**inside [9]** 24/5 25/11 75/4 77/2
82/14 82/15 94/15 120/9 129/15
**insight [1]** 107/19
**inspire [1]** 50/24
**Instagram [4]** 44/6 49/11 51/11
95/18
**instance [3]** 8/11 24/14 101/2
**instead [6]** 45/4 53/25 101/19
144/7 150/23 154/16
**instigate [3]** 90/21 90/22 111/10
**instigated [1]** 89/14
**instituted [2]** 141/18 141/19
**instruct [11]** 105/11 110/6 131/21
131/22 155/2 155/3 156/13 157/5
157/7 158/21 164/13
**instructed [2]** 138/12 140/3
**instruction [17]** 99/25 100/7
100/12 100/12 100/13 100/14
100/20 100/21 100/22 101/2 101/15
102/15 103/25 103/25 131/14
167/13 170/5
**instructions [34]** 97/24 99/9
99/23 100/9 100/18 101/1 101/22
103/15 121/16 125/21 130/22 131/1
131/11 131/13 131/14 131/16
131/17 131/23 147/9 149/21 153/24
154/13 155/20 158/5 160/18 160/20
161/8 162/1 162/3 162/4 165/3
165/5 170/18 170/24
**instrumentality [2]** 149/3 149/12
**Insurgence [25]** 6/25 7/1 7/3 7/4

7/5 7/11 7/21 8/3 8/6 34/14 34/19
37/23 44/17 44/21 51/4 53/1 53/20
55/24 58/14
**InsurgenceUSA.com [1]** 54/23
**integral [1]** 163/11
**intelligent [1]** 117/10
**intend [3]** 106/3 107/19 111/16
**intended [12]** 106/12 107/15
114/17 131/9 134/4 141/8 143/15
143/19 148/7 150/5 150/10 162/20
**intending [2]** 144/2 150/18
**intends [3]** 106/13 106/14 164/2
**intent [49]** 28/11 28/17 28/20
96/17 100/13 100/19 100/22 106/17
114/9 115/6 116/8 117/19 118/7
119/23 119/23 121/3 121/4 121/5
121/6 121/6 121/17 121/17 122/13
123/3 123/3 123/4 123/4 123/22
125/12 142/25 143/2 143/4 144/8
145/19 146/10 146/21 150/24
152/11 153/1 153/12 156/6 157/12
158/16 160/13 161/2 163/17 163/18
163/21 163/25
**intention [9]** 25/21 25/24 26/4
28/12 28/14 28/23 28/25 30/12
95/10
**intentional [7]** 117/19 117/21
117/22 118/1 118/9 119/20 139/13
**intentionally [10]** 13/23 100/5
118/6 125/18 145/3 151/19 162/7
162/12 164/3 164/4
**interaction [1]** 19/19
**interactions [1]** 117/13
**interest [5]** 8/6 74/8 138/22
139/21 140/17
**interested [3]** 38/11 38/14 44/11
**interfere [8]** 28/14 28/17 96/17
119/23 123/22 123/22 125/12
141/13
**interfered [1]** 112/23
**interfering [2]** 125/8 148/8
**internet [3]** 167/2 167/20 170/6
**interrupts [1]** 158/3
**interview [1]** 140/4
**intimate [2]** 128/21 130/11
**intimidate [1]** 48/18
**introduce [1]** 27/3
**introduced [1]** 101/22
**investigating [1]** 33/8
**investigation [4]** 12/8 94/2 97/7
167/18
**investigator [1]** 140/4
**investigators [1]** 140/3
**invitation [4]** 95/24 96/1 96/7
96/10
**invite [8]** 13/14 13/17 53/12
53/14 53/20 54/20 96/6 166/15
**invited [1]** 41/13
**invoking [1]** 142/12
**involve [2]** 101/4 142/11
**involved [5]** 13/7 33/24 44/1
146/15 153/5
**involves [1]** 142/24
**is [749]**
**ism [4]** 9/17 9/18 10/2 10/5
**isn't [5]** 50/23 54/14 68/15 119/9
154/6
**issue [4]** 29/5 32/12 95/13 157/2
**issues [1]** 130/24
**it [524]**
**It's [1]** 77/13
**items [4]** 19/3 19/4 45/10 78/25
**its [10]** 8/20 88/16 89/22 102/10
104/18 112/21 119/13 135/1 135/17
147/25
**itself [7]** 9/18 49/8 107/25 113/9
114/16 115/6 136/23

---

**J**

**jacket [3]** 57/7 58/24 58/25
**Jade [52]** 11/1 12/22 12/23 12/25

13/11 13/14 14/3 14/6 15/5 15/22
15/22 15/22 17/21 27/12 37/9
37/10 39/5 41/17 42/18 52/2 52/12
53/12 58/18 59/1 62/24 63/5 72/14
73/4 73/7 73/12 80/12 88/21 88/25
91/22 93/3 107/14 108/14 109/9
113/19 115/17 116/21 117/1 117/2
122/5 123/6 126/19 126/25 128/22
129/8 129/12 129/22
**Jade's [2]** 42/14 72/8
**jail [1]** 111/9
**jam [1]** 79/21
**January [91]** 11/19 11/21 12/6
12/15 12/19 12/24 13/7 13/10
13/15 13/18 13/21 13/22 14/9
14/22 14/22 15/4 15/6 15/13 15/24
16/21 19/16 19/20 20/9 22/9 23/6
23/9 23/12 24/3 24/5 24/9 25/21
25/24 26/3 27/21 28/13 28/16
28/19 28/24 32/1 45/20 49/4 49/10
51/16 53/5 53/9 53/21 56/13 56/18
56/21 59/21 68/14 69/13 70/13
73/19 82/6 86/1 86/10 86/22 93/2
95/5 95/24 96/2 98/23 104/14
104/16 106/20 107/4 107/6 120/12
120/14 120/21 121/5 121/19 124/2
124/13 126/4 126/7 126/12 126/15
127/4 127/13 128/18 130/14 141/16
149/16 162/7 162/9 162/10 162/11
162/15 162/18
**January 11th [3]** 86/1 86/10 86/22
**January 4th [1]** 14/9
**January 5 [1]** 14/22
**January 6 [82]** 11/19 11/21 12/6
12/15 12/19 12/24 13/7 13/10
13/15 13/18 14/22 15/4 15/6 15/13
15/24 16/21 19/16 19/20 20/9 22/9
23/6 23/9 23/12 24/3 24/5 24/9
25/21 25/24 26/3 27/21 28/13
28/16 28/19 28/24 32/1 45/20 49/4
51/16 53/5 53/9 53/21 56/13 56/18
56/21 59/21 68/14 69/13 70/13
73/19 82/6 93/2 95/5 95/24 96/2
98/23 104/14 104/16 106/20 107/6
120/12 120/14 120/21 121/5 121/19
124/2 124/13 126/4 126/7 126/12
126/15 127/4 127/13 128/18 130/14
141/16 149/16 162/7 162/9 162/10
162/11 162/15 162/18
**Jayden [5]** 49/15 49/21 51/5 52/25
54/2
**jeans [3]** 58/16 58/17 58/18
**job [9]** 46/9 65/14 66/17 84/7
84/8 84/10 94/3 105/12 129/2
**jobs [1]** 114/15
**JOHN [69]** 1/6 2/3 3/3 3/12 32/19
33/9 33/9 36/24 54/3 98/17 104/12
104/15 104/17 106/1 106/6 106/18
107/6 107/21 108/4 108/6 108/17
108/19 109/6 109/12 109/22 110/12
110/23 111/19 113/3 113/16 113/21
113/24 114/4 114/16 114/18 115/2
115/11 115/18 115/19 115/23 116/8
116/15 116/24 117/2 117/5 117/7
117/8 117/14 118/16 118/22 119/4
119/18 119/22 120/9 120/21 121/7
121/23 122/4 122/5 122/7 122/10
123/7 124/20 124/22 125/16 127/3
162/5 162/8 162/10
**join [2]** 8/22 12/3
**joined [2]** 3/8 112/1
**joins [2]** 105/2 112/1
**joint [3]** 109/18 141/15 160/23
**jointly [1]** 101/21
**joke [11]** 25/9 25/11 64/12 64/14
64/17 65/1 65/5 91/2 128/18
128/18 128/19
**Joseph [1]** 82/24
**journalism [1]** 35/9
**journalist [5]** 47/22 48/3 48/8
50/23 50/25
**journalists [1]** 85/21

**J**

judge [4] 1/10 105/11 110/5 125/21
judge's [1] 121/16
judges [4] 132/1 133/17 138/5 169/7
Judging [1] 138/8
judgment [6] 99/18 134/2 138/15 140/1 140/19 164/19
judicial [5] 119/11 133/6 133/8 133/11 133/15
judicially [1] 133/19
July [4] 7/2 34/18 34/19 35/2
jump [1] 22/8
June [1] 32/4
jurisdiction [1] 8/1
juror [10] 3/14 3/24 164/20 164/21 166/15 168/22 169/1 169/10 169/14 169/24
jurors [7] 131/2 131/8 167/9 168/13 168/20 169/3 169/13
jury [53] 1/9 3/17 3/23 4/5 4/9 6/4 7/23 16/5 26/15 30/3 30/19 30/21 30/23 32/8 32/9 32/9 33/10 33/15 39/25 40/24 47/3 70/22 71/4 97/15 97/23 97/23 99/10 99/13 99/23 100/15 100/22 101/18 103/16 103/20 120/4 131/4 131/24 136/22 154/13 165/21 165/25 166/5 167/12 167/15 167/24 167/24 168/2 168/15 168/22 169/4 171/10 171/20 172/4
jury's [1] 98/4
just [146] 3/23 4/5 4/18 5/16 6/10 6/20 6/20 6/24 7/5 8/8 8/21 8/23 8/23 12/2 14/17 15/17 17/2 17/2 17/12 17/17 19/16 19/21 19/22 19/24 20/1 21/14 21/24 22/8 22/15 23/5 25/8 25/11 27/17 28/10 29/4 29/8 29/11 29/19 29/19 29/23 31/5 31/8 31/12 32/1 32/3 32/5 33/10 33/11 33/25 36/17 36/17 36/20 36/23 37/5 37/6 37/12 38/22 39/6 39/12 39/24 40/6 41/11 42/14 43/3 43/20 43/24 45/11 46/19 49/7 52/5 53/6 53/10 54/20 55/11 55/13 58/10 59/3 59/7 59/8 60/2 60/10 62/1 62/10 63/4 63/5 63/8 64/11 64/20 66/12 66/21 67/1 67/5 71/19 71/23 73/24 74/10 74/12 77/9 79/5 79/16 79/17 80/6 80/25 81/6 85/17 85/22 86/6 91/11 93/3 98/3 98/21 100/4 102/8 102/15 102/20 104/6 107/11 109/7 110/19 110/25 111/8 111/20 112/8 115/21 119/9 119/12 119/16 122/4 122/4 122/5 122/15 123/1 125/18 126/12 127/15 128/22 129/7 132/11 138/13 140/7 143/16 147/10 154/12 166/11 167/9 171/18
justice [4] 35/7 35/14 37/13 130/7
justified [1] 133/25

**K**

keep [11] 19/8 19/13 28/12 48/1 57/23 81/12 93/3 103/9 112/3 115/25 166/1
keeping [2] 45/4 81/17
keeps [1] 129/20
kept [3] 43/2 124/9 124/19
key [1] 118/4
kick [3] 33/2 33/3 130/6
kicked [2] 104/20 110/13
kicking [3] 29/22 32/20 110/20
kicks [1] 32/7
KIERSH [8] 1/16 1/16 2/4 2/5 2/8 3/11 4/12 116/12
killed [1] 7/18
killing [1] 7/14
kind [7] 41/14 74/7 76/18 122/18 134/8 135/10 170/6
kinks [1] 50/19

**L** (second column)

knew [21] 23/5 39/1 59/24 67/7 80/23 81/2 81/8 81/25 82/10 83/1 83/12 89/21 110/19 111/11 113/14 114/10 129/2 145/12 146/19 152/3 153/9
knife [44] 5/20 5/22 5/24 6/1 45/14 45/15 45/16 45/17 45/18 48/21 48/21 78/13 78/15 78/16 78/23 78/25 79/9 79/10 79/14 79/25 79/25 105/7 105/20 107/9 108/13 108/14 108/20 110/14 111/11 113/5 113/16 113/17 113/19 113/21 113/23 113/24 114/18 114/23 116/3 125/1 155/13 157/19 159/19 160/1
knives [2] 6/1 124/20
know [123] 5/23 6/14 6/21 7/6 7/8 9/20 10/24 11/4 15/17 17/20 18/23 19/25 20/21 21/11 21/12 23/18 25/3 25/9 26/9 26/10 26/11 28/9 28/11 35/6 38/24 42/4 42/11 43/22 45/15 45/18 47/6 47/11 49/1 49/17 51/15 52/15 52/21 53/17 54/15 58/19 59/16 59/25 61/6 61/8 63/19 63/22 64/19 64/20 65/6 66/5 66/20 66/22 66/23 66/25 67/23 68/24 69/3 69/11 69/14 69/17 69/20 69/22 72/11 73/9 73/9 73/18 74/16 75/1 75/17 76/5 76/19 77/14 78/2 78/8 78/9 79/1 79/11 82/12 82/16 82/18 83/10 86/23 86/25 87/1 87/14 88/3 91/22 92/2 92/3 93/17 96/16 104/6 106/5 106/14 107/7 108/9 109/14 109/22 109/23 110/9 111/4 113/6 113/20 119/15 121/1 121/6 121/8 122/18 123/17 123/24 124/6 127/6 127/14 128/18 128/21 129/7 167/10 168/17 168/18 170/2 170/3 170/4 170/4
knowing [8] 21/8 33/7 113/10 113/11 115/7 146/16 153/6 163/20
knowingly [40] 101/8 101/8 101/19 101/20 102/12 102/14 102/19 102/20 106/4 111/15 113/4 113/10 114/8 141/9 141/23 142/1 145/2 145/15 148/6 149/20 151/19 152/7 155/11 155/12 155/19 155/21 156/12 157/12 157/17 158/5 158/16 159/16 159/18 160/3 160/16 161/7 161/18 162/2 162/12 162/21
knowledge [10] 78/18 115/7 133/10 135/22 146/10 153/1 163/18 163/18 163/21 164/1
known [4] 73/19 82/13 144/24 151/15
knows [11] 33/8 101/9 101/10 102/23 108/22 110/4 112/6 120/12 125/6 155/22 155/23

**L**

LA [1] 14/7
lack [1] 135/6
ladies [6] 4/19 6/4 7/23 16/5 26/15 130/21
lady's [1] 90/25
laid [1] 120/10
Lake [2] 8/2 13/20
LAMBERTH [2] 1/9 125/22
language [3] 98/10 102/2 102/5
lapses [1] 139/12
large [1] 61/24
last [7] 91/11 101/4 103/24 125/25 144/11 151/3 169/9
lastly [1] 115/10
late [4] 77/13 77/18 103/17 108/7
later [7] 36/9 40/17 86/13 87/12 136/2 139/3 168/19
law [33] 1/16 99/9 103/25 104/1 105/11 116/16 130/22 130/25 131/20 131/21 131/22 134/15 136/10 136/12 140/11 140/22 146/8 147/18 147/20 148/8 148/10 149/18

149/18 152/24 155/1 157/5 160/8 161/19 162/7 163/1 163/1/12 163/3 165/4
lawful [3] 148/11 155/10 156/12
lawfully [1] 142/19
lawn [1] 62/6
LAWRENCE [1] 1/12
laws [2] 124/21 149/2
lawyer [8] 23/24 118/18 118/18 118/19 118/20 137/13 137/14 140/4
lawyer's [2] 137/15 137/19
lawyers [6] 99/8 119/8 134/3 134/5 137/11 154/21
layperson [1] 32/14
layperson's [1] 21/24
lead [2] 54/11 56/7
leading [1] 106/20
leaning [2] 72/2 72/4
learn [3] 11/19 11/23 44/17
learned [1] 12/14
least [3] 78/18 145/24 152/15
leave [32] 20/7 74/2 74/3 74/25 75/14 75/21 76/1 76/3 76/4 76/4 76/6 76/8 76/8 76/13 76/23 77/5 77/6 77/7 80/25 84/2 84/4 84/12 84/12 84/16 84/17 84/18 84/18 84/20 84/23 92/24 102/6 112/11
leaves [2] 22/6 169/19
leaving [3] 76/11 84/16 84/23
LEDERER [4] 1/13 2/4 2/9 3/7
left [14] 3/17 11/14 11/15 18/3 18/6 30/21 42/16 56/1 70/22 81/10 99/13 129/8 165/23 171/10
leg [1] 33/1
legal [5] 9/23 30/20 124/23 125/4 132/12
legally [2] 4/25 6/1
legislative [1] 149/8
legitimate [1] 69/20
length [2] 114/24 160/1
lesser [11] 140/10 155/4 156/8 156/18 156/23 157/2 157/7 158/9 158/10 159/1 159/6
let [14] 26/2 48/7 49/11 61/8 97/21 99/10 105/25 113/18 128/12 136/1 167/9 170/3 170/4 170/16
let's [50] 10/10 15/4 17/9 18/11 27/24 27/24 37/2 37/6 37/8 39/4 49/24 49/24 61/9 62/7 63/4 64/4 64/14 65/1 65/7 65/7 65/25 65/25 65/25 81/10 81/22 83/14 89/25 92/24 106/21 107/15 108/5 108/19 108/21 109/5 110/9 111/18 111/20 112/17 113/15 115/21 126/17 126/19 127/10 127/14 128/16 128/22 130/5 130/5 130/5 130/6
level [1] 132/16
liability [1] 7/25
licensed [1] 7/21
lie [3] 33/10 72/20 72/22
lies [1] 111/10
life [4] 13/5 13/12 93/20 135/13
light [1] 133/25
lighter [2] 25/14 122/12
lighting [1] 122/14
like [100] 6/10 6/11 7/9 8/22 8/23 9/16 9/21 10/10 11/7 12/2 14/18 15/10 15/16 15/17 17/19 17/20 17/21 19/8 19/25 19/25 20/5 20/6 20/18 21/1 21/10 21/11 21/13 21/14 22/3 24/19 24/21 26/23 26/24 26/24 27/1 27/2 27/2 27/24 27/25 28/4 32/6 33/25 34/12 35/8 36/5 37/25 38/19 39/21 39/25 40/23 43/18 45/11 45/22 46/5 46/7 47/24 48/16 49/23 53/16 53/18 54/3 54/25 56/10 58/21 59/3 59/4 59/5 60/12 62/2 63/10 66/6 66/25 68/10 69/6 69/8 74/22 80/8 80/25 81/22 82/21 85/23 88/2 88/14 89/18 89/18 89/21 92/1 92/3 92/14 94/15 95/17 95/17 97/4 98/1

**L**

**like... [6]** 121/19 126/12 127/12
127/12 127/15 166/25
**likely [4]** 104/1 134/25 157/24
157/25
**likes [1]** 132/6
**Likewise [1]** 137/24
**limit [1]** 110/3
**limitation [1]** 32/12
**limited [3]** 7/25 7/25 162/19
**LINDSAY [3]** 1/21 173/3 173/12
**line [13]** 75/5 105/1 105/5 108/23
108/23 111/6 111/6 111/6 112/1
112/2 113/11 113/11 115/24
**lines [2]** 171/15 171/16
**link [1]** 93/24
**list [4]** 36/5 39/16 55/10 55/14
**listed [2]** 35/4 35/25
**listen [10]** 72/13 74/17 75/11
75/20 88/15 89/21 108/7 109/7
167/4 167/5
**listened [3]** 75/23 76/3 76/6
**listening [1]** 109/10
**lit [1]** 104/15
**literally [3]** 50/23 54/10 64/6
**little [20]** 4/18 6/3 16/19 22/8
26/22 26/24 46/19 46/25 48/24
79/5 83/20 85/18 94/14 99/11
106/1 106/11 111/9 112/17 126/23
126/24
**live [8]** 6/13 32/19 33/9 41/16
46/12 59/13 95/16 95/17
**lived [2]** 89/8 89/9
**lives [5]** 6/22 35/14 81/6 81/9
119/7
**livestream [12]** 16/2 31/4 53/23
54/21 56/5 56/11 58/13 58/15
58/16 59/13 96/10 96/18
**livestreaming [6]** 95/14 95/14
95/15 95/24 96/4 96/8
**living [3]** 13/3 65/15 65/17
**LLC [10]** 7/22 7/23 8/5 34/19 35/1
35/2 35/3 35/4 35/12 37/23
**Lobby [11]** 79/25 80/15 80/17
80/18 81/20 105/8 108/18 108/21
112/9 113/18 116/5
**located [1]** 159/22
**location [3]** 56/2 56/5 78/12
**lock [4]** 74/6 74/16 76/9 76/10
**locked [1]** 75/19
**logical [1]** 119/16
**logistics [1]** 7/6
**long [4]** 14/14 85/17 114/23
116/22
**longer [4]** 85/18 159/20 160/1
165/10
**look [10]** 26/22 61/18 73/11 87/17
112/15 112/23 114/24 119/25
123/23 123/23
**looked [2]** 136/1 136/6
**looking [5]** 60/23 60/24 84/21
94/19 103/11
**looks [4]** 39/21 53/16 54/3 54/25
**lost [1]** 99/1
**lot [25]** 6/23 6/24 7/14 23/2
27/22 33/25 35/13 39/21 44/2 44/3
49/18 66/2 67/4 67/22 70/16 78/2
78/25 82/1 83/10 115/11 115/12
115/13 117/1 122/15 124/1
**lots [2]** 62/17 80/8
**loud [3]** 64/14 117/14 158/1
**love [6]** 87/16 87/17 88/14 89/21
90/1 92/6
**lower [1]** 129/15
**Loyd [2]** 72/7 73/6
**lunch [3]** 70/20 170/11 170/12

**M**

**mace [2]** 120/19 120/22
**machine [2]** 30/8 124/24
**made [28]** 20/7 44/4 44/12 49/18

51/3 56/10 73/4 73/13 73/15 74/20
76/5 83/18 84/11 91/11 93/17
101/18 101/23 107/13 130/9 137/12
137/14 139/8 144/5 150/22 163/6
163/15 163/23
**magazine [1]** 41/16
**main [11]** 22/2 77/5 87/1 105/3
105/6 108/1 110/15 112/5 113/17
116/6 116/6
**mainly [4]** 6/15 16/2 23/3 39/2
**maintain [1]** 5/18
**major [1]** 108/3
**majority [1]** 82/20
**make [38]** 13/2 13/3 19/13 21/1
21/16 27/3 37/24 38/2 49/22 50/14
51/2 55/13 55/13 60/14 65/12
79/17 80/24 80/25 81/2 88/21
89/20 91/12 98/3 99/24 105/9
109/2 118/4 118/11 118/12 118/18
118/21 123/14 147/4 153/18 169/17
170/7 171/23 172/2
**makes [4]** 16/11 32/5 100/24
100/25
**making [11]** 13/12 45/5 48/2 65/17
67/18 88/24 122/3 126/20 127/1
156/21 159/4
**mall [6]** 53/10 53/21 56/24 56/25
58/11 87/3
**man [5]** 61/15 63/10 67/16 67/20
121/14
**manner [4]** 131/20 138/18 156/6
157/22
**many [13]** 52/19 63/19 63/22 93/13
107/11 109/1 112/7 120/2 120/17
120/17 123/8 123/13 169/3
**map [1]** 105/12
**March [1]** 54/6
**mark [3]** 97/19 98/2 98/21
**marked [5]** 30/24 36/8 54/21 55/11
166/2
**market [2]** 7/8 38/15
**marking [1]** 98/8
**markings [1]** 113/23
**marshal [3]** 167/10 167/23 168/12
**mask [13]** 19/6 19/10 19/15 54/25
57/12 60/19 66/19 66/22 67/3
107/7 123/10 128/12 128/12
**match [1]** 104/15
**matches [2]** 25/12 122/12
**material [1]** 44/25
**mathematical [1]** 135/17
**Matt [2]** 22/12 93/25
**matter [10]** 6/23 35/14 115/19
115/20 130/1 166/24 168/2 168/15
169/7 173/5
**matters [7]** 6/17 133/9 133/10
135/12 138/11 138/21 168/21
**Matthew [1]** 3/9
**may [84]** 4/10 4/12 7/15 29/4
29/18 33/16 33/16 34/20 55/6
55/20 55/22 71/5 71/6 103/21
104/8 117/12 121/18 121/19 121/20
131/3 131/12 131/13 131/15 131/23
132/9 132/19 132/19 133/2 133/7
133/16 134/8 135/19 135/25 138/14
138/16 139/2 139/6 139/9 139/11
139/11 139/14 139/17 139/21
140/16 142/1 142/12 143/21 144/3
144/20 146/11 146/23 147/5 150/11
150/19 151/11 153/2 153/13 153/19
154/10 154/14 154/19 156/1 161/6
162/18 162/22 163/1 163/4 163/9
163/12 163/15 163/21 163/23 164/1
164/14 164/17 165/25 167/1 167/4
167/14 167/17 167/22 168/5 168/22
168/25
**May 31st [1]** 7/15
**maybe [12]** 12/17 15/10 17/8 19/3
25/3 32/14 58/20 63/23 74/4 82/4
89/18 123/20
**mayhem [1]** 104/22
**McConnell [2]** 51/7 51/16

**McConnell's [1]** 106/25
**me [93]** 8/11 10/11 11/11 13/4
14/19 14/21 16/4 19/23 20/3 20/3
20/3 20/4 20/4 20/7 25/7 25/8
25/9 26/2 26/20 27/23 27/24 28/6
30/1 30/2 30/15 30/22 35/12 35/20
37/9 39/5 39/21 41/13 41/21 41/22
42/15 42/16 43/18 43/19 47/24
47/24 48/4 48/7 48/18 49/23 50/11
50/12 52/4 56/1 60/13 60/14 60/16
61/22 61/22 61/23 62/12 62/16
63/10 63/11 63/11 63/14 63/14
63/22 65/10 66/6 66/6 66/7 66/12
67/24 67/25 68/2 68/17 70/4 70/7
70/17 72/5 72/6 72/13 73/10 74/3
74/5 74/7 74/9 74/16 75/8 75/17
75/17 75/24 76/6 76/8 76/9 76/10
77/7 77/15 77/23 78/3 78/11 78/11
79/22 80/8 80/9 82/1 82/2 82/3
82/4 82/4 82/5 83/22 84/10 84/14
84/18 84/19 84/19 85/16 86/12
86/24 91/22 93/8 93/25 94/11
94/12 98/1 105/25 113/18 127/1
128/12 131/17 131/17 132/24 136/1
165/2 166/22 167/11 167/22 167/24
168/4 168/12 168/14 168/16 170/16
171/11 172/2
**mean [52]** 18/12 19/11 21/10 22/1
24/17 26/10 26/19 34/2 34/6 35/10
43/20 45/10 45/10 45/11 49/18
51/1 51/2 52/14 52/19 57/4 57/24
58/9 59/7 59/12 64/6 64/9 67/5
67/13 68/2 68/16 69/3 70/7 76/15
77/6 77/15 77/19 78/2 78/9 78/9
79/10 79/17 86/17 88/1 90/24 93/6
110/5 110/6 110/10 111/14 119/12
123/21 123/21
**meaning [3]** 119/10 122/8 149/20
155/20 158/5 160/3 160/17 160/20
161/7 161/25 162/2 162/4
**meaningful [1]** 138/21
**meanings [2]** 158/8 161/20
**means [24]** 52/19 68/9 106/8 110/7
110/10 110/22 119/12 119/13
136/11 138/9 141/13 142/5 142/7
148/16 148/22 148/24 149/1 149/5
149/17 155/14 160/25 167/18
167/25 168/14
**meant [3]** 49/15 122/9 165/7
**media [24]** 6/5 6/5 6/6 6/6 6/15
6/16 7/1 7/3 8/23 12/3 35/15
35/15 36/4 48/3 48/5 48/6 48/15
48/16 49/9 95/17 106/19 117/12
124/11 167/3
**meet [5]** 14/4 15/5 53/21 53/22
99/8
**meeting [1]** 140/2
**meetings [1]** 161/23
**megaphone [8]** 57/18 60/19 89/20
90/5 90/21 104/20 107/8 115/24
**member [2]** 167/24 168/2
**members [3]** 88/2 166/6 167/23
**memory [10]** 61/13 89/11 131/6
131/7 131/9 132/25 133/1 138/19
139/1 139/12
**mens [1]** 100/15
**mental [3]** 100/16 143/25 150/16
**mention [2]** 10/9 154/15
**merchandise [1]** 45/2
**merely [15]** 134/6 140/11 140/14
143/23 144/5 144/17 146/14 146/16
146/16 150/13 150/21 151/9 153/5
153/6 153/6
**merit [2]** 5/13 5/16
**merits [1]** 168/2
**message [2]** 3/17 93/24
**messages [2]** 127/8 127/9
**messaging [1]** 12/2
**met [3]** 14/5 93/22 115/13
**methodology [1]** 21/19
**Metropolitan [1]** 149/16
**Mexico [1]** 96/12

**M**

**MICHAEL [2]** 1/12 3/7
**middle [1]** 64/24
**might [11]** 56/16 57/25 66/18
72/18 72/18 82/13 94/10 124/15
124/15 137/8 137/10
**militia [1]** 81/25
**mind [9]** 60/24 96/15 117/16
163/19 163/22 164/1 164/9 166/1
168/11
**minded [1]** 117/25
**mindful [1]** 166/10
**mine [2]** 49/18 51/23
**minor [1]** 101/23
**minute [14]** 31/3 31/6 68/21 70/24
85/22 86/2 86/14 86/21 87/9 87/13
115/22 121/14 154/7 154/8
**minutes [21]** 39/23 40/14 46/13
47/4 47/19 60/8 61/9 62/6 62/22
63/25 65/7 65/22 67/9 80/11 84/4
85/19 103/7 103/9 103/12 103/13
117/24
**MISCELLANY [1]** 2/7
**mislead [2]** 30/6 30/11
**misled [1]** 30/2
**misread [3]** 154/19 154/22 170/17
**miss [4]** 13/25 17/15 73/8 126/9
**missed [3]** 32/14 72/8 72/9
**missing [1]** 92/1
**mission [2]** 112/20 166/10
**misspoke [1]** 3/23
**mistake [4]** 93/8 139/12 141/25
162/22
**misunderstanding [1]** 139/13
**Mitch [3]** 51/6 51/16 106/25
**mob [12]** 105/7 105/10 107/21
107/23 107/25 108/17 108/24 109/4
114/6 114/7 115/4 123/8
**modification [2]** 102/15 102/19
**modifications [3]** 100/25 102/11
102/18
**modifies [1]** 165/5
**Mohamed [2]** 3/8 32/23
**Molotov [9]** 8/12 8/16 8/24 9/1
9/3 9/6 10/19 50/6 50/18
**moment [4]** 11/7 11/9 46/11 112/5
**moments [5]** 62/23 62/24 110/18
128/21 130/25
**Monday [1]** 66/18
**money [4]** 13/2 45/5 65/17 126/5
**month [1]** 11/22
**monthly [1]** 4/20
**months [1]** 87/12
**monument [9]** 19/22 38/4 38/9
38/17 56/3 56/18 56/23 58/7
127/13
**monuments [1]** 56/21
**more [37]** 29/20 44/17 44/25 46/25
48/24 49/24 56/20 62/13 66/3
79/17 86/25 89/18 91/2 91/14
106/7 108/13 114/6 115/3 115/11
115/12 115/13 120/1 126/3 126/18
126/23 129/1 134/25 135/3 135/12
137/9 142/19 148/8 148/17 154/8
167/23 169/6 170/13
**morning [17]** 3/6 3/11 4/16 4/17
33/20 33/21 103/16 104/3 104/6
165/23 166/5 169/17 169/19 170/9
171/2 171/21 172/4
**mosh [1]** 66/8
**most [4]** 6/10 6/13 119/13 135/2
**mother [1]** 67/11
**motherfucker [1]** 116/4
**motion [4]** 99/14 99/17 99/20
99/21
**motivated [1]** 139/21
**motive [3]** 126/14 138/20 163/17
**mouth [5]** 40/7 62/10 126/5 126/13
129/17
**mouthful [2]** 154/6 171/8
**move [15]** 4/6 21/2 30/17 44/3

51/18 52/21 66/8 84/11 84/11
123/20
**moved [3]** 14/15 83/19 83/22
**movement [4]** 7/17 7/18 35/14
148/14
**movie [2]** 21/17 37/24
**moving [1]** 98/8
**Mr [6]** 2/4 2/5 2/8 2/8 35/20
92/23
**Mr. [61]** 3/12 4/11 4/12 4/16 4/18
17/21 17/22 32/15 32/16 32/17
33/20 33/22 36/24 39/18 40/5
40/21 44/6 46/1 46/21 47/16 48/20
55/24 62/19 63/18 64/1 71/9 71/17
79/8 81/19 82/6 82/12 83/5 85/14
86/20 87/19 88/9 88/19 90/20
91/18 92/8 93/13 95/5 97/8 106/12
116/12 116/25 118/12 134/9 134/15
134/18 134/23 162/5 162/14 162/17
162/20 162/24 162/25 163/4 163/24
164/9 172/6
**Mr. Barclay [1]** 118/12
**Mr. Kiersh [2]** 4/12 116/12
**Mr. Sullivan [56]** 3/12 4/11 4/16
4/18 17/25 31/22 32/15 32/16
32/17 33/20 33/22 36/24 39/18
40/5 40/21 44/6 46/1 46/21 47/16
48/20 55/24 62/19 63/18 64/1 71/9
71/17 79/8 81/19 82/6 82/12 83/5
85/14 86/20 87/19 88/9 88/19
90/20 91/18 92/8 93/13 95/5 97/8
106/12 116/25 134/15 134/18
134/23 162/14 162/17 162/20
162/24 162/25 163/4 163/24 164/9
172/6
**Mr. Sullivan's [2]** 134/9 162/5
**Ms [3]** 2/4 2/9 21/4
**Ms. [7]** 11/4 13/8 16/20 17/6
17/10 17/25 32/23
**Ms. Mohamed [1]** 32/23
**Ms. Sacker [6]** 11/4 13/8 16/20
17/6 17/10 17/25
**much [19]** 18/8 29/20 41/22 59/5
59/7 67/5 88/10 92/1 103/5 103/11
114/6 115/3 124/21 125/18 125/19
125/20 136/13 140/19 172/8
**mugging [1]** 21/8
**multiple [13]** 12/5 45/6 51/1
64/14 64/16 64/16 74/20 84/15
88/19 88/20 92/22 117/21 128/2
**murdered [1]** 7/19
**must [45]** 134/7 135/3 136/25
137/1 137/14 137/20 138/1 138/4
141/5 141/20 141/20 142/4 142/5
142/6 143/2 143/13 143/24 144/7
145/7 145/23 145/25 147/1 148/4
150/4 150/15 150/23 151/23 152/14
152/16 153/15 155/3 155/8 156/9
157/6 157/9 158/12 159/14 160/9
161/13 164/19 164/21 164/23 165/6
167/5 167/6
**mutual [1]** 166/14
**my [116]** 3/15 3/19 5/13 5/16 6/9
6/20 6/21 7/19 11/12 11/14 12/22
13/3 13/5 16/3 16/3 18/8 18/8
18/8 18/25 19/4 19/6 19/9 20/6
20/6 21/2 21/2 23/3 23/5 23/13
28/6 28/25 29/9 34/19 35/21 36/16
41/15 41/16 41/16 42/15 44/11
44/23 44/24 45/2 45/4 45/16 46/9
49/17 50/8 50/8 50/9 51/13 53/17
53/22 56/5 56/7 56/16 57/21 58/13
59/13 60/14 61/17 62/4 63/13
63/23 65/5 65/14 65/15 66/17
66/22 68/4 68/24 69/5 69/9 76/7
78/18 79/1 80/14 81/24 84/7 84/8
85/19 85/21 86/4 86/5 87/1 87/16
87/20 88/1 88/2 90/4 90/5 92/4
92/21 93/20 93/25 94/1 94/3 99/9
100/9 100/22 103/24 103/25 105/11
124/6 124/9 124/9 124/10 125/11

130/22 131/1 131/11 131/19 132/1
132/2
**myriad [1]** 7/10
**myself [19]** 18/20 21/13 28/12
47/21 47/23 48/2 48/2 57/23 60/15
62/13 66/13 66/9 66/15 67/13 67/25
72/12 81/13 81/17 81/17

**N**

**name [4]** 7/5 73/19 76/5 135/4
**narrate [1]** 77/23
**narrating [1]** 77/25
**nation [1]** 128/19
**national [1]** 132/14
**natural [2]** 141/10 164/2
**nature [3]** 136/22 137/1 141/24
**Nazi [8]** 9/9 9/14 9/17 9/18 10/2
10/5 107/2 124/7
**Nazi-ism [4]** 9/17 9/18 10/2 10/5
**Nazis [2]** 9/16 124/8
**near [4]** 15/16 20/10 65/3 65/4
**necessarily [2]** 137/4 167/1
**necessary [8]** 100/11 134/25
144/12 144/24 151/3 151/15 164/9
167/21
**need [24]** 12/10 19/13 20/19 21/14
21/15 24/22 54/6 59/14 77/22
79/17 79/18 97/22 120/1 141/17
143/3 146/3 146/7 147/14 152/19
152/23 154/3 167/11 170/13 171/22
**needed [5]** 18/20 24/24 57/22
79/20 83/20
**negated [1]** 143/5
**nervous [1]** 18/22
**neutral [2]** 26/25 27/1
**never [20]** 8/25 9/18 10/15 11/17
28/11 28/15 28/22 65/3 73/24
88/24 120/9 120/10 127/8 129/10
130/1 134/14 168/11 168/14 170/2
170/4
**New [2]** 96/12 116/22
**news [19]** 6/7 6/7 6/10 6/12 38/11
38/11 38/14 45/20 50/10 50/10
50/12 50/17 50/18 50/20 50/20
50/23 51/12 69/20 95/17
**newspaper [1]** 167/2
**next [8]** 50/24 61/4 63/17 63/22
66/6 67/25 104/24 170/14
**nice [4]** 66/23 70/20 87/19 171/8
**night [2]** 14/18 40/17
**nights [1]** 14/17
**no [120]** 1/4 3/19 4/22 4/24 8/8
8/17 8/19 9/4 9/7 10/3 10/20
12/11 13/19 14/21 14/21 15/3 19/6
24/2 24/7 24/12 25/13 25/16 25/17
26/1 28/15 28/18 29/21 34/17 36/1
36/16 37/13 37/13 37/18 38/3 40/2
40/25 41/2 41/4 47/6 48/11 49/7
52/10 53/13 53/22 53/23 54/6 55/6
55/11 55/18 58/17 58/23 58/25
59/10 59/16 60/24 60/24 63/8
63/10 63/15 65/8 65/10 65/10
66/11 66/20 67/15 67/22 68/17
70/7 71/22 73/3 73/24 75/6 77/6
77/12 78/10 78/16 79/13 80/1
93/11 93/21 94/10 94/17 94/25
95/7 95/12 96/20 97/3 97/5 97/14
98/16 99/5 108/6 109/10 113/9
115/16 115/20 115/21 118/21
120/15 125/2 127/20 127/20 127/21
127/22 128/1 128/6 128/8 128/8
129/1 129/5 129/5 132/10 136/7
137/23 140/9 142/19 163/20 166/8
167/24 172/4
**Nodding [1]** 4/8
**non [2]** 58/24 58/25
**non-black [2]** 58/24 58/25
**none [2]** 70/5 81/21
**nonviolent [2]** 121/2 121/3
**noon [3]** 17/8 17/10 18/3
**normal [1]** 158/4
**Normally [2]** 25/7 100/7

**N**

northwest [1]   104/19
not [279]
note [11]   102/8 102/15 103/1
131/10 131/17 167/22 167/25 168/4
168/7 168/9 168/16
notebook [1]   169/22
noted [1]   41/5
notes [7]   100/14 102/10 131/3
131/3 131/5 131/8 131/9
nothing [12]   29/15 77/20 82/18
94/4 97/8 123/11 124/12 124/14
165/1 165/3 165/4 170/21
notice [4]   133/6 133/8 133/11
133/15
noticed [2]   17/24 133/19
notification [1]   59/13
notify [1]   94/8
November [1]   1/5
now [75]   4/20 6/25 8/9 8/14 9/8
10/13 10/24 11/18 12/18 13/7 14/8
15/4 16/23 17/5 17/9 18/11 19/16
20/9 21/7 21/15 22/8 22/19 22/25
23/14 24/3 25/1 26/5 27/5 27/13
30/16 40/5 40/9 44/6 47/16 49/3
49/9 49/10 51/25 54/2 54/19 55/17
56/14 56/18 59/17 60/22 62/23
63/20 66/18 68/5 72/23 83/13
87/24 92/4 92/12 93/1 95/13
104/15 105/6 106/14 108/18 117/5
118/3 118/24 119/6 120/12 122/2
122/2 124/1 128/3 128/7 129/13
138/13 158/21 169/14 169/15
number [17]   3/14 3/24 3/24 3/24
31/1 55/10 101/7 101/14 111/16
111/17 116/21 122/12 137/5 137/8
137/10 165/8 169/21
numbers [3]   54/6 86/23 86/25
NW [3]   1/14 1/17 1/23

**O**

oath [3]   4/11 118/23 125/14
object [8]   79/12 92/11 113/20
113/20 137/16 156/1 156/2 156/3
objected [2]   100/2 137/11
objecting [1]   137/13
objection [26]   5/4 5/10 9/23 33/5
33/6 33/12 40/25 41/4 55/5 55/18
82/9 83/2 89/1 90/6 91/9 92/14
99/5 102/9 102/11 102/15 102/17
103/2 110/2 137/14 137/19 137/25
objections [1]   41/5
observation [2]   77/20 79/12
observe [1]   138/21
observed [1]   138/11
observer [2]   27/1 71/24
observing [2]   71/22 77/21
obstruct [18]   101/3 106/2 106/6
111/15 111/16 140/23 141/7 141/8
141/11 141/13 142/10 143/2 143/4
147/7 153/21 162/7 162/12 162/21
obstructed [5]   109/15 111/20
147/6 148/13 153/20
obstructing [16]   105/15 105/16
105/24 106/5 111/13 140/21 142/14
147/17 147/18 147/21 148/7 149/23
150/6 150/8 150/12 161/23
obstruction [35]   114/10 130/7
143/8 143/9 143/12 143/15 143/18
143/22 144/4 144/9 144/14 145/5
145/9 145/12 145/18 145/20 146/24
147/12 147/15 149/24 150/3 150/20
150/25 151/6 151/21 151/25 152/3
152/9 152/12 153/14 153/22 154/1
154/4 154/15 154/16
obstructs [2]   112/9 142/21
obviously [2]   17/16 156/3
occasions [1]   122/16
occupants [1]   112/21
occur [5]   12/15 17/18 57/25 82/17
94/10

occurred [2]   157/14 158/18
occurring [2]   90/2 148/2
59/9 69/7 91/4
off [23]   20/18 26/19 41/8 45/5
65/17 70/23 70/25 76/18 83/22
85/20 87/1 88/24 101/10 101/12
102/14 102/20 102/25 123/13
123/14 123/19 155/15 155/22
155/25
offense [89]   100/16 100/17 100/23
116/17 119/2 119/3 119/18 134/18
134/19 134/21 134/22 140/24
140/25 141/2 141/3 141/4 141/18
143/16 144/16 144/17 144/19
144/20 144/21 144/22 145/7 145/11
145/15 145/18 145/20 145/23
145/25 146/2 146/4 146/7 146/17
146/19 146/23 147/2 147/5 147/9
147/12 147/15 147/23 147/25 148/2
148/3 148/4 150/7 151/8 151/9
151/10 151/11 151/12 151/13
151/23 152/2 152/6 152/9 152/12
152/14 152/16 152/18 152/20
152/23 153/7 153/9 153/13 153/17
153/19 154/1 154/4 154/4 155/13
156/8 156/17 156/18 157/8 157/18
158/9 158/10 159/1 159/1 159/14
160/9 160/21 161/13 162/25 164/11
164/11
offenses [3]   153/24 156/14 158/22
offensive [4]   124/15 126/18
163/10 163/14
offer [1]   116/3
offered [2]   110/14 137/12
offers [2]   105/7 108/13
office [2]   1/16 3/17
officer [17]   74/4 74/13 74/15
74/19 74/23 75/10 75/23 75/25
76/4 76/6 76/7 76/9 76/12 111/25
112/2 140/11 149/4
officer's [2]   140/6 140/8
officers [60]   74/2 74/5 74/6
74/10 75/9 76/16 79/20 79/21 80/2
80/24 81/10 83/22 87/10 87/13
104/25 105/4 105/9 105/16 107/23
108/8 108/9 109/1 111/6 111/13
111/15 111/16 111/20 111/23 112/2
112/7 112/9 112/19 113/11 113/23
120/19 147/17 147/19 147/21 148/8
148/10 149/23 149/24 150/3 150/6
150/9 150/13 150/21 151/6 151/22
152/1 152/3 152/10 152/12 153/20
153/21 153/22 154/1 154/4 154/16
162/12
official [55]   1/22 101/3 105/15
105/24 106/2 106/7 106/8 109/23
114/13 140/21 140/23 141/7 141/9
141/11 141/14 141/16 141/17
141/19 141/21 142/10 143/3 143/4
143/8 143/9 143/12 143/16 143/18
143/23 144/5 144/9 144/15 145/6
145/10 145/12 145/18 145/20
146/24 147/6 147/7 147/8 147/12
147/16 148/11 149/17 150/25
153/14 154/15 157/14 157/16
158/17 158/20 162/8 162/21 173/3
173/13
officially [1]   7/21
often [4]   101/5 144/22 151/14
169/6
oh [10]   6/20 17/20 19/25 68/11
108/6 110/18 118/3 128/2 128/3
128/17
okay [37]   3/10 11/18 12/23 14/6
15/18 16/25 18/3 18/6 18/17 21/24
22/11 23/14 26/24 39/22 43/1
46/17 47/18 55/13 58/3 58/6 68/11
71/12 77/8 87/2 90/16 92/24 97/8
97/16 97/21 98/11 98/18 103/13
122/11 124/8 126/23 172/5 172/8
old [1]   68/16
omissions [1]   165/16

omitted [1]   163/24
once [2]   83/20 84/14 106/13
123/6 130/10 170/8 171/3
one [99]   6/9 14/21 16/18 18/24
20/3 20/8 21/1 24/14 26/25 27/2
27/2 28/8 29/5 29/14 38/6 41/8
41/19 44/15 45/4 47/16 48/11 51/2
51/3 51/9 56/20 59/10 60/24 60/24
62/15 62/15 63/8 63/15 64/9 65/8
65/10 66/11 67/15 70/12 74/4
74/17 77/6 78/24 79/1 85/20 86/6
86/7 86/14 87/2 89/9 91/14 94/10
105/23 108/3 109/10 111/20 112/17
115/17 116/8 116/21 117/13 120/1
120/1 120/2 120/15 122/12 124/16
125/2 127/20 127/21 127/22 128/3
128/6 128/8 128/10 128/22 128/22
135/2 136/12 136/21 137/9 143/1
146/6 147/13 148/8 148/23 149/5
152/22 154/2 156/2 164/15 166/6
167/1 167/23 168/25 169/10 169/13
169/14 171/11 171/15
online [3]   43/19 48/1 86/18
only [45]   36/19 37/14 39/2 44/19
71/22 72/12 85/17 86/20 91/13
97/18 101/17 102/14 106/24 110/12
111/9 114/20 114/20 115/7 116/9
118/13 118/14 118/21 119/19
125/11 125/11 125/13 126/1 126/17
127/5 131/6 133/2 134/3 134/24
137/2 146/6 152/22 159/24 162/18
162/24 165/7 165/9 165/13 165/17
165/20 166/2
open [9]   29/12 29/13 29/13 48/3
75/7 75/14 76/13 168/3 168/15
opened [2]   29/11 29/24
opening [2]   117/20 118/19
operates [1]   149/13
operating [1]   5/14
operation [1]   149/2
opinion [5]   52/14 52/20 132/22
165/2 168/23
opinions [2]   38/21 132/6
opportunity [11]   126/5 126/7
126/10 126/10 127/22 127/24
130/14 130/15 130/16 130/17
138/21
oppose [1]   9/19
opposing [1]   11/14
opposite [2]   126/22 137/11
opposition [1]   68/8
option [1]   36/6
orally [1]   168/3
orange [1]   58/22
order [22]   29/10 106/11 141/4
143/11 145/5 148/3 150/2 151/21
155/5 155/7 156/13 156/24 158/9
158/21 159/8 159/13 160/8 161/13
164/21 170/11 170/11 170/12
ordered [1]   137/25
orderly [8]   114/12 131/19 157/13
157/16 158/16 158/19 160/14
161/22
ordinarily [1]   163/19
ordinary [1]   161/19
Oregon [1]   39/11
organization [6]   35/5 35/18 35/25
36/1 36/2 36/4
organizations [1]   69/20
organize [2]   34/10 166/13
organized [6]   29/23 31/5 34/5
34/8 162/15 162/17
orientation [1]   132/15
origin [1]   132/14
originally [1]   90/4
other [80]   3/20 12/14 19/1 19/3
23/11 30/14 36/14 41/4 43/24 48/8
50/10 67/5 70/10 73/12 74/6 74/23
75/21 78/12 80/2 80/7 80/9 81/10
81/19 86/11 93/8 93/13 94/15
94/20 94/23 97/13 98/14 98/16
98/19 108/9 108/25 111/3 114/21

**O**

**other... [43]** 117/5 121/24 122/16
123/4 123/5 129/23 132/16 134/19
135/23 137/10 137/12 138/24
139/10 139/18 140/7 140/18 142/23
146/13 147/16 148/23 149/12 153/4
154/5 162/23 163/1 163/7 163/13
163/16 163/24 164/16 164/22
165/14 167/20 167/25 168/3 168/18
169/18 170/7 170/8 170/17 171/1
171/11 171/15

**others [23]** 82/5 131/15 140/24
144/16 145/7 145/9 145/13 145/17
145/20 145/25 146/2 147/3 147/22
151/8 151/23 151/25 152/5 152/9
152/11 152/16 152/18 153/17 158/1

**otherwise [16]** 20/23 38/15 97/23
101/10 101/12 101/21 102/25
146/22 153/13 155/15 155/22
155/25 164/13 165/11 170/1 170/3

**our [12]** 11/12 11/12 42/15 99/11
99/17 102/8 102/15 103/1 103/2
108/11 119/11 169/10

**ours [2]** 67/12 104/10

**oust [1]** 47/24

**out [84]** 6/14 6/16 7/4 7/6 10/13
12/7 17/14 18/24 19/9 20/3 20/5
21/2 21/2 25/8 27/13 33/3 36/14
37/8 38/8 38/17 43/3 43/14 43/16
43/25 46/1 46/2 50/19 51/2 52/22
52/25 53/13 56/24 58/11 58/12
58/13 59/11 59/14 61/21 62/10
64/14 70/11 71/16 74/5 74/7 74/20
75/7 75/7 78/15 78/16 80/21 81/3
84/9 99/3 99/10 100/1 104/23
104/25 106/11 110/17 111/24
111/25 113/13 116/4 116/23 117/16
117/17 118/13 122/17 122/17
123/14 124/16 126/9 126/13 127/3
127/7 127/10 127/13 127/20 129/17
136/2 136/6 149/2 165/11 165/18

**outcome [2]** 138/23 140/17

**outfit [1]** 57/9

**outset [1]** 168/25

**outside [11]** 17/2 26/21 27/3 27/5
74/14 75/25 82/12 105/3 105/6
112/5 167/10

**outskirts [1]** 57/2

**over [32]** 19/24 21/16 27/14 27/20
28/9 66/10 66/21 72/2 72/4 72/5
72/12 75/10 75/19 83/11 87/17
87/18 87/22 89/5 97/24 99/9 99/11
101/14 104/20 104/21 110/13
114/23 118/11 122/19 129/4 136/12
165/22 166/7

**overcomes [1]** 105/5

**overcoming [1]** 112/2

**overlooking [1]** 72/23

**overran [1]** 75/5

**overruled [7]** 5/5 5/11 9/24 16/9
90/7 92/15 103/3

**overrun [2]** 105/2 111/7

**own [19]** 5/20 5/22 6/1 6/1 12/4
71/19 71/23 76/18 81/24 94/1
104/13 110/17 111/7 129/6 131/7
131/8 131/10 132/25 140/14

**owned [2]** 4/25 45/17

**P**

**p.m [4]** 71/1 98/24 103/19 172/9

**packed [1]** 79/21

**page [3]** 154/13 171/12 171/16

**paper [1]** 169/21

**paperwork [2]** 35/16 35/17

**parade [2]** 115/11 161/19

**paraded [1]** 161/15

**parading [4]** 105/22 115/10 161/9
161/11

**paragraph [2]** 101/2 154/14

**paralegal [1]** 3/8

**paramedics [1]** 83/20

**parameters [1]** 51/12

**pardon... [2]** 78/2 156/24

**part [28]** 6/10 11/8 11/8 13/11
13/18 21/11 21/18 24/19 26/25
27/8 56/8 60/21 62/4 72/8 72/10
73/8 77/11 78/3 104/11 104/16
127/25 128/4 128/6 137/23 146/4
146/7 152/20 158/1

**participate [3]** 39/7 39/9 39/12

**participated [4]** 147/2 153/17
162/15 162/17

**participation [2]** 145/24 152/15

**particular [6]** 131/13 133/15
134/18 134/21 136/14 160/2

**particularly [1]** 94/17

**parties [3]** 101/1 133/7 133/20

**parties' [2]** 101/1 101/21

**partisans [1]** 169/7

**parts [2]** 152/23 165/14

**party [2]** 137/15 165/19

**pass [1]** 29/2

**passageways [1]** 161/23

**passed [2]** 143/25 150/16

**past [5]** 67/6 76/14 76/22 76/24
77/1

**path [5]** 80/24 80/25 104/19 105/9
109/2

**pause [16]** 40/12 40/16 41/11
46/20 47/19 48/23 63/3 65/24 70/2
77/18 78/6 78/20 79/3 88/7 89/12
89/14

**paying [2]** 60/24 67/15

**peace [2]** 37/13 157/21

**peaceful [1]** 77/24

**Pendergrass [1]** 51/22

**pending [2]** 141/17 141/19

**people [119]** 6/11 7/14 8/22 20/19
24/22 25/6 25/7 26/20 26/21 27/23
27/23 28/1 33/25 35/11 35/13 38/9
38/10 38/12 38/19 38/21 39/21
41/13 43/17 43/25 44/2 44/10
44/11 44/13 44/16 45/12 46/12
47/24 47/24 48/17 49/22 50/20
52/8 53/20 54/8 56/11 58/10 58/12
58/13 59/13 59/14 60/4 60/15
60/19 61/18 61/19 61/22 62/5 62/7
62/18 62/20 63/8 63/17 63/19
63/22 64/20 66/5 66/7 67/22 68/9
69/6 69/7 70/15 72/2 72/4 72/8
72/13 73/3 74/20 77/8 77/8 77/10
77/10 77/19 77/21 80/5 81/16
81/21 82/1 82/2 83/5 84/2 84/7
84/9 84/16 84/17 88/1 88/3 89/18
91/25 93/13 93/19 95/18 95/20
96/1 96/6 96/7 96/18 96/22 109/2
111/6 120/18 121/24 123/8 127/24
128/5 128/25 129/1 129/5 129/5
132/12 138/24 142/17 144/24
151/16

**people's [3]** 81/6 81/9 81/15

**pepper [4]** 19/11 19/14 67/16 68/3

**perceive [3]** 62/14 67/4 91/25

**perceived [2]** 62/4 142/3

**percent [1]** 123/25

**perception [2]** 64/2 139/14

**perfect [4]** 61/13 79/6 89/11
89/11

**perfectly [1]** 140/4

**performance [2]** 148/11 148/15

**performed [6]** 145/14 145/15
145/22 152/5 152/7 152/13

**period [1]** 17/9

**permit [2]** 34/5 34/8

**permitted [3]** 131/2 133/23 136/15

**person [77]** 11/2 12/19 12/21 22/6
24/6 28/20 32/20 33/3 43/6 43/19
54/11 61/4 62/12 63/18 63/20
63/21 64/9 66/10 66/21 70/12
84/22 84/23 88/9 88/10 101/11
102/12 102/23 116/17 117/8 117/9
117/9 117/10 117/10 117/15 117/15
117/16 117/18 117/20 117/22

**put/25 118/1 118/1 118/2 120/9**
128/20 134/6 134/7 135/11
136/1 141/23 142/8 142/14 142/19
143/1 144/20 144/21 144/23 145/3
151/11 151/12 151/12 151/13
151/14 151/20 155/16 155/17
155/23 156/5 157/22 157/23 157/23
161/2 163/20 164/2 167/19 168/12

**person's [1]** 157/24

**personal [7]** 6/9 131/10 132/6
132/9 132/13 132/16 169/12

**personality [1]** 163/3

**personally [2]** 46/23 52/22

**persons [3]** 146/15 148/17 153/5

**perspective [1]** 72/22

**petition [1]** 142/18

**ph [1]** 75/25

**phase [2]** 146/4 152/20

**phases [2]** 146/7 152/23

**phone [17]** 8/20 9/12 20/6 41/16
54/13 54/14 88/9 91/1 107/8 124/6
124/9 124/9 124/10 124/14 124/17
169/21 170/19

**phones [3]** 16/1 68/14 80/4

**photo [1]** 51/22

**photojournalist [1]** 51/23

**photos [1]** 124/19

**phrase [1]** 119/12

**phrasing [2]** 35/11 57/21

**physical [1]** 25/25

**physically [2]** 48/14 52/3

**pick [3]** 33/22 59/17 170/10

**picket [2]** 115/13 161/19

**picketed [1]** 161/16

**picketing [4]** 105/22 115/11 161/9
161/11

**picture [8]** 37/10 37/10 38/5 39/4
121/7 123/23 123/23 123/24

**pictures [1]** 165/11

**piece [4]** 50/22 118/4 129/24
169/21

**pieces [1]** 129/21

**pinned [1]** 80/3

**pit [1]** 66/8

**pivot [1]** 80/15

**pivoted [1]** 73/8

**place [11]** 14/18 66/13 105/1
106/14 112/3 122/13 122/22 123/4
132/10 156/25 157/1

**places [1]** 133/8

**plain [2]** 28/25 107/14

**Plaintiff [2]** 1/4 1/12

**plane [1]** 18/22

**planned [1]** 53/23

**planning [2]** 12/6 15/15

**plans [2]** 144/6 150/22

**plates [1]** 18/13

**platform [2]** 45/3 95/16

**play [39]** 21/16 30/5 31/6 32/9
32/15 32/19 32/21 32/24 40/11
40/16 41/9 46/19 47/19 48/23 60/9
61/7 62/6 63/2 63/2 64/4 64/5
65/18 65/23 67/10 68/22 70/1 72/1
77/15 77/17 78/3 78/20 79/3 88/7
88/14 89/12 91/17 108/18 121/11
137/23

**played [7]** 27/5 94/16 108/2 109/8
109/13 112/13 165/12

**playing [4]** 31/23 72/7 90/2 91/4

**plays [1]** 110/1

**pleasant [1]** 23/14

**please [54]** 3/4 26/2 36/22 37/11
37/16 37/22 39/23 40/11 40/12
40/16 40/16 40/20 41/9 41/11 43/7
43/9 44/18 46/14 46/20 48/23
48/23 49/10 54/9 54/1 55/7 55/21
60/7 62/22 63/3 63/24 65/7 65/18
65/23 65/24 66/20 68/22 69/24
70/1 70/2 70/18 71/25 72/1 78/4
85/13 88/5 88/6 88/7 90/12 91/7
91/17 120/24 124/17 125/3 131/17

**plenty [1]** 80/5

**P**

**ploy [10]** 115/25 126/11 126/12 126/13 126/16 126/17 127/5 128/20 129/4 129/18
**plus [1]** 114/20
**pocket [2]** 41/16 61/15
**podium [1]** 3/5
**point [17]** 7/15 22/3 22/15 24/14 25/21 26/10 28/4 35/4 45/17 66/4 70/9 73/5 78/10 80/17 81/23 93/10 93/12
**pointed [1]** 118/13
**pointing [4]** 16/12 16/13 16/13 69/6
**points [2]** 21/14 108/4
**police [27]** 19/12 20/21 28/17 31/23 31/24 38/19 68/3 68/7 68/7 69/12 75/5 75/10 80/2 84/8 93/7 108/23 112/19 112/20 114/15 119/8 120/18 123/13 140/6 140/11 149/14 149/15 149/16
**police's [1]** 121/22
**policing [1]** 149/17
**politely [1]** 63/8
**political [1]** 36/2
**popped [1]** 127/22
**portion [5]** 53/15 55/1 71/16 131/13 165/13
**portions [4]** 165/9 165/10 165/16 165/17
**Portland [22]** 10/16 10/19 36/17 36/20 36/25 37/12 38/24 39/11 40/12 41/9 41/18 41/20 43/2 43/3 43/14 43/16 43/25 61/22 106/22 124/3 124/5 124/12
**position [1]** 169/1
**positive [1]** 14/16
**possession [6]** 8/24 25/19 105/19 157/24 159/10 159/12
**possibility [1]** 132/8
**possible [2]** 154/17 166/18
**possibly [1]** 81/18
**post [13]** 17/18 36/24 44/6 48/6 50/8 50/11 51/3 51/10 51/13 53/19 53/20 54/9 54/11
**posted [18]** 37/17 39/4 49/11 58/2 58/4 58/7 65/16 86/18 101/10 101/12 102/14 102/20 102/25 106/25 124/6 155/15 155/22 155/24
**posting [4]** 37/8 48/5 50/6 56/9
**posts [10]** 44/4 49/19 50/11 50/14 106/19 124/3 124/14 124/15 127/16 127/17
**potentially [1]** 94/9
**powerful [1]** 135/3
**practice [1]** 101/13
**praying [1]** 161/24
**precise [1]** 100/16
**preferences [1]** 132/10
**preferred [1]** 100/15
**prejudice [1]** 139/22
**prejudiced [1]** 139/20
**prejudices [3]** 132/6 132/10 138/14
**preliminary [1]** 131/1
**preparation [3]** 140/5 144/6 150/22
**prepared [2]** 100/10 107/6
**prerogative [1]** 38/20
**presence [3]** 109/15 109/19 143/5
**present [8]** 3/12 3/24 13/10 95/21 146/16 153/6 162/8 162/11
**presented [2]** 136/20 137/2
**preserved [1]** 27/4
**preside [1]** 166/7
**presided [1]** 101/15
**president [6]** 76/17 82/25 109/17 110/1 155/18 155/19
**president's [1]** 112/4
**presidential [1]** 106/10
**press [16]** 41/11 63/2 63/3 64/4

65/18 65/23 65/24 70/14 70/14 79/3 115/21
**pressed [2]** 123/2 126/25
**pressured [1]** 94/1
**presume [1]** 118/25
**presumed [2]** 118/24 134/10
**presumption [2]** 119/4 134/11
**presumptively [1]** 121/15
**pretend [2]** 88/23 88/25
**pretty [12]** 14/16 18/8 20/1 24/18 41/22 48/1 52/18 66/5 68/4 110/23 112/14 113/6
**preventing [2]** 74/7 76/10
**previous [3]** 45/19 89/5 139/8
**previously [4]** 36/8 36/23 41/5 53/18
**pride [1]** 168/25
**principal [1]** 144/24
**principle [1]** 151/15
**prior [10]** 13/24 18/19 19/16 19/22 23/6 62/12 62/16 91/22 94/9 124/2
**privacy [1]** 165/15
**privilege [1]** 142/13
**probability [1]** 139/15
**probable [3]** 135/1 141/10 164/3
**probably [5]** 65/21 100/6 110/25
**problem [2]** 93/21 100/6
**problems [1]** 168/19
**procedures [1]** 5/14
**proceed [4]** 4/6 33/16 104/8 169/6
**proceeding [50]** 101/4 105/16 105/25 106/2 106/7 106/8 109/24 140/21 140/23 141/7 141/9 141/11 141/14 141/16 141/17 141/19 141/21 142/11 142/12 142/14 142/21 142/22 143/3 143/4 143/9 143/10 143/12 143/16 143/18 143/23 144/5 144/9 144/15 145/6 145/10 145/12 145/18 145/21 146/24 147/7 147/7 147/8 147/13 147/16 150/25 153/15 154/16 162/8 162/21 168/6
**proceedings [4]** 109/19 109/20 172/9 173/5
**process [5]** 82/17 110/1 110/2 130/9 158/4
**produce [2]** 134/16 157/25
**produced [1]** 45/13
**profiteering [1]** 43/5
**progress [1]** 141/14
**promote [2]** 44/16 166/16
**promoting [1]** 43/5
**prompt [1]** 91/23
**prompted [2]** 60/14 67/24
**proof [5]** 49/7 103/23 118/14 135/2 161/4
**proper [2]** 137/13 140/4
**properly [1]** 133/2
**property [3]** 148/20 148/21 157/24
**propose [1]** 30/23
**proposed [5]** 99/25 100/12 101/22 102/2 102/5
**proprietor [1]** 8/3
**proprietorship [2]** 8/5 34/24
**prosecute [1]** 93/19
**prosecuting [1]** 93/20
**protect [17]** 18/13 18/16 18/18 18/20 47/23 66/3 66/9 67/13 67/24 72/12 112/4 112/20 123/5 123/12 128/9 128/14 129/1
**protected [13]** 48/2 60/15 101/11 102/13 102/24 111/18 112/17 112/18 148/15 149/1 155/16 155/17 155/23
**protecting [1]** 62/13
**protection [2]** 65/5 123/15
**protects [1]** 163/8 171/16 171/17
**protest [29]** 7/16 29/19 29/23 30/10 31/8 31/11 31/25 32/1 32/2 32/4 34/4 34/4 34/8 34/9 34/10

35/4 35/18 35/25 36/1 37/9 39/7 4 61/21 4 2 4 62/4 4 2 4 4 61/21
127/17 162/17 163/1
**protesters [4]** 17/19 20/22 25/10 93/8
**protests [18]** 6/23 7/12 20/18 28/1 33/24 39/1 39/7 40/17 42/10 42/12 44/17 45/1 45/5 45/9 50/13 61/17 124/12 162/15
**Proud [13]** 18/20 19/11 19/17 19/20 19/24 42/3 42/6 42/8 42/10 42/12 67/25 122/17 123/8
**prove [21]** 114/22 118/15 118/16 134/15 134/20 134/23 134/25 135/16 135/18 141/20 144/11 145/23 146/20 147/1 151/2 151/2 152/14 153/11 153/15 157/9 165/6
**proved [18]** 105/14 114/25 138/2 141/5 143/13 143/24 145/8 148/4 150/4 150/15 154/24 155/8 159/14 160/9 161/14 162/20 163/19 164/8
**proven [6]** 28/7 119/1 133/16 133/24 134/13 134/17
**provide [5]** 46/10 98/7 100/17 131/11 163/11
**provided [7]** 24/13 30/10 87/19 87/23 92/18 92/22 164/24
**proving [1]** 136/11
**Provo [1]** 29/10
**proximity [2]** 157/11 158/14
**public [7]** 6/8 6/20 12/13 133/8 148/16 157/21 157/21
**publically [1]** 86/19
**publicity [1]** 167/7
**publish [6]** 39/25 40/24 47/3 55/4 55/17 55/20
**pull [6]** 44/5 78/16 116/1 116/3 129/3 129/4
**pulled [3]** 40/7 78/15 87/16
**pulling [5]** 19/9 27/13 71/11 72/8 123/19
**punishment [2]** 166/18 166/24
**purchase [1]** 5/24
**purge [2]** 49/11 49/16
**purpose [13]** 38/13 110/7 110/23 142/6 143/3 145/16 146/21 148/7 152/7 153/12 162/19 162/22 162/23
**purposes [6]** 38/1 38/7 38/8 39/24 159/24 160/21
**pursuant [1]** 29/9
**push [3]** 38/8 38/17 78/7
**put [19]** 9/5 24/6 24/24 60/14 68/23 68/24 90/12 100/11 101/25 102/10 115/16 115/18 126/5 126/5 127/19 130/4 168/16 168/19 169/24
**putting [5]** 11/11 24/18 100/6 124/16 129/25

**Q**

**question [17]** 30/20 59/19 67/17 89/3 90/4 90/9 90/17 90/20 91/22 94/21 136/25 137/12 137/19 137/20 137/21 137/23 166/18
**questions [10]** 34/6 47/11 64/4 91/12 91/14 94/25 131/16 131/20 134/5 136/21
**quick [1]** 35/22
**quickly [1]** 154/10
**quiet [1]** 161/24
**Quit [1]** 67/17
**quite [2]** 26/9 35/12

**R**

**R-O-L-L [1]** 21/23
**race [1]** 132/13
**racial [2]** 35/7 35/14
**racism [1]** 124/10
**radio [3]** 75/10 120/14 167/2
**raging [1]** 104/17
**raise [1]** 172/5
**rallies [3]** 6/24 7/12 13/23

**rally [4]**   15/15 16/25 17/1 31/5
**ran [2]**   36/14 43/3
**random [3]**   58/21 66/7 169/11
**ranking [2]**   7/9 75/10
**rather [3]**   137/6 162/8 171/13
**raw [1]**   53/24
**rea [1]**   100/15
**reach [9]**   3/16 33/3 98/9 98/10
   136/23 156/21 157/1 159/5 166/10
**reached [4]**   66/21 70/11 167/25
   168/13
**reaching [5]**   6/16 27/13 136/18
   137/3 166/4
**read [6]**   51/13 56/3 103/15 154/8
   167/4 167/5
**readily [1]**   159/19
**reading [3]**   101/16 103/2 171/15
**ready [12]**   4/7 37/17 37/20 99/23
   99/24 99/25 107/2 111/2 112/6
   170/25 171/7 171/20
**real [4]**   6/14 119/10 123/9 168/18
**reality [1]**   82/4
**realize [3]**   7/17 54/14 121/16
**realizes [1]**   129/17 141/23
**really [11]**   7/15 33/25 52/15
   88/23 88/25 94/6 100/3 100/6
   119/9 126/25 128/18
**reason [17]**   36/19 38/18 117/5
   117/17 119/14 119/16 119/16
   119/17 119/18 120/3 125/10 125/10
   125/11 135/5 135/5 135/15 138/20
**reasonable [53]**   105/14 115/1
   119/2 119/3 119/6 119/8 119/21
   120/1 120/1 120/2 133/24 134/13
   134/17 134/21 134/24 135/3 135/4
   135/9 135/10 135/11 135/18 135/24
   138/3 141/6 141/20 143/14 143/25
   145/1 145/8 146/21 147/1 147/11
   148/5 150/4 150/16 151/17 151/24
   153/11 153/16 153/25 155/9 156/10
   156/21 157/9 157/23 158/13 159/4
   159/15 160/10 161/15 162/20 164/8
   165/6
**reasonableness [1]**   139/14
**reasonably [1]**   141/21
**reasons [6]**   19/11 35/11 102/9
   114/9 156/2 165/13
**reassembled [1]**   104/5
**REBEKAH [2]**   1/13 3/6
**rebuttal [8]**   2/9 47/10 97/17
   97/18 97/22 103/8 103/24 125/23
**recall [20]**   8/12 9/10 10/11 10/16
   10/22 14/23 22/22 24/15 25/2 26/6
   26/11 27/6 27/8 27/14 27/17 73/17
   75/1 84/1 89/16 139/5
**recalled [1]**   138/11
**receive [3]**   3/18 134/2 140/1
**received [8]**   5/8 40/1 41/1 41/6
   55/5 99/6 163/25 164/5
**receiving [1]**   4/20
**recent [1]**   101/6
**recess [5]**   3/20 30/3 30/15 71/1
   103/19
**recognize [3]**   53/16 53/18 54/19
**recollection [2]**   23/13 23/19
**recollections [1]**   139/4
**reconvene [3]**   168/5 168/6 171/5
**record [30]**   3/5 6/24 20/1 29/1
   34/12 50/12 59/7 61/19 65/14
   66/17 70/23 70/25 77/8 79/6 84/6
   84/8 93/9 93/10 93/15 94/3 99/19
   102/10 102/11 102/16 115/20 117/4
   117/23 162/9 171/23 173/5
**recorded [3]**   80/10 80/12 80/23
**recorder [1]**   109/9
**recording [28]**   19/13 24/10 28/3
   43/18 45/5 47/25 53/24 60/16 68/9
   68/12 68/13 68/14 68/17 68/19
   69/4 69/12 69/17 69/21 79/15 80/5
   80/5 80/9 85/19 93/4 96/19 107/14

121/21 165/7
**Redirect [2]**   2/5 95/3
**red [6]**   26/23 26/24 63/20 100/13
   100/14 100/20
**Redirect [2]**   2/5 95/3
**refer [4]**   73/20 73/23 131/12
   131/13
**reference [1]**   132/24
**referencing [1]**   78/10
**referring [5]**   43/22 66/21 87/21
   89/15 90/23
**refers [1]**   161/21
**reflected [2]**   156/24 159/8
**reflection [1]**   135/11
**reflects [2]**   101/6 101/15
**refuse [1]**   24/1 131/24 142/12
   142/22
**regard [2]**   25/4 133/16
**regarding [3]**   125/12 166/15 167/2
**regardless [6]**   24/21 35/14 63/12
   66/13 70/8 132/13
**regards [5]**   35/7 42/9 64/18 65/21
   91/2
**register [1]**   14/11
**regular [4]**   59/1 59/2 169/24
   170/11
**reiterate [1]**   25/7
**related [2]**   10/22 133/14
**relating [1]**   163/1
**relation [2]**   155/13 157/18
**relationship [1]**   11/13
**relay [1]**   8/21
**relevancy [2]**   5/4 5/10
**relevant [1]**   164/7
**religion [1]**   132/14
**rely [5]**   105/15 106/16 106/16
   129/12 131/8
**remained [4]**   83/13 155/10 156/11
   169/15
**remaining [7]**   154/25 156/9 156/15
   156/20 159/3 169/10 171/14
**remains [2]**   113/12 134/11
**remark [1]**   91/11
**remember [38]**   17/13 19/4 22/23
   22/23 23/2 23/3 27/15 47/1 48/20
   49/18 56/14 57/13 60/13 70/16
   73/17 73/25 74/10 74/13 74/25
   75/15 75/16 78/11 78/24 78/25
   84/24 89/10 89/24 94/15 94/18
   94/20 94/21 94/22 94/23 94/24
   107/17 121/12 129/3 169/6
**remembered [1]**   56/15
**remind [3]**   4/11 166/25 167/13
**reminded [1]**   167/7
**remove [1]**   119/4
**removed [2]**   119/1 165/12
**rendered [1]**   131/18
**renew [1]**   99/17
**repeat [2]**   95/25 131/1
**repeated [2]**   51/5 107/10
**repeatedly [1]**   167/7
**rephrase [3]**   39/10 59/19 90/16
**replace [1]**   131/7
**replaced [1]**   101/5
**replaces [2]**   165/3 165/4
**report [2]**   7/12 87/20
**reported [1]**   6/9
**Reporter [4]**   1/21 1/22 173/3
   173/13
**reporting [8]**   6/7 6/10 6/14 6/17
   6/22 37/25 38/1 44/10
**reports [3]**   167/1 167/5 169/17
**represent [1]**   164/19
**representatives [3]**   82/7 82/14
   161/1
**represents [1]**   137/15
**request [2]**   100/24 126/19
**requested [3]**   44/12 86/3 101/1
**requesting [4]**   23/3 102/1 102/4
   121/15
**require [5]**   134/15 136/17 144/10
   151/2 161/4

**required [5]**   133/18 135/16 146/9
**requirement [4]**   110/10 111/3
   146/10 153/21
**requires [3]**   110/8 114/22 115/9
**research [1]**   167/19
**reseat [1]**   4/5
**resist [1]**   111/23
**resisting [1]**   105/4
**respect [8]**   52/20 143/21 144/3
   150/11 150/19 164/16 164/18
   166/14
**respond [3]**   168/4 168/7 168/9
**responded [3]**   71/17 88/10 94/10
**responding [1]**   74/13
**response [6]**   71/14 77/12 90/24
   90/25 92/14 92/16
**responsibility [3]**   132/1 132/23
   137/16
**responsible [5]**   76/19 77/8 124/17
   130/16 130/17
**rest [4]**   97/14 97/21 108/17
   169/14
**restate [1]**   59/19
**rested [1]**   99/7
**restricted [28]**   101/9 101/10
   101/13 102/25 105/17 105/18 113/4
   113/7 113/17 114/3 154/25 155/10
   155/14 155/15 155/21 155/23
   155/25 156/9 156/16 156/20 157/4
   157/11 158/7 158/11 158/15 158/24
   159/4 171/14
**restroom [2]**   17/4 17/7
**rests [3]**   98/17 98/18 166/22
**result [1]**   139/12
**resulted [1]**   29/24
**results [2]**   148/20 148/21
**resume [4]**   4/10 71/3 71/7 109/20
**retire [1]**   167/12
**retiring [1]**   169/4
**return [7]**   116/9 125/17 131/17
   164/12 164/17 164/21 166/5
**retweeted [3]**   53/1 54/3 54/20
**reveal [1]**   168/12
**review [4]**   30/11 88/14 92/5 98/4
**reviewing [1]**   169/4
**revolution [4]**   67/11 106/23 107/7
   109/11
**rhetorical [1]**   91/2
**rifle [1]**   5/13
**right [53]**   3/14 4/4 4/10 11/15
   21/15 30/22 31/20 32/18 36/24
   42/2 42/4 42/5 42/17 47/13 56/1
   60/22 67/25 68/5 68/10 69/1 73/21
   76/21 79/8 80/4 80/16 81/9 81/24
   82/1 93/17 95/19 97/10 98/14
   99/14 100/2 102/6 102/22 103/5
   103/13 103/21 108/9 115/21 116/12
   117/20 118/24 123/8 129/19 130/21
   140/13 142/17 154/21 163/9 163/11
   171/22
**right-hand [1]**   32/18
**rights [2]**   125/15 142/20
**riled [1]**   29/24
**riles [1]**   105/7
**riling [1]**   29/22
**riot [24]**   10/11 10/14 37/2 37/8
   38/6 38/9 38/13 39/4 39/5 44/7
   44/10 57/20 57/23 57/25 58/2
   106/22 112/15 112/16 112/18
   112/22 112/23 112/25 127/16 130/4
**rioter [7]**   108/6 109/15 109/20
   110/18 111/9 112/12 114/14
**rioters [29]**   59/18 59/20 59/22
   59/25 66/19 66/20 70/10 71/15
   71/21 74/24 75/22 78/12 80/17
   81/1 81/10 82/6 94/20 94/23
   104/19 104/21 109/19 110/14 112/2
   112/3 115/4 115/24 116/1 116/4
   129/23
**rioting [1]**   32/2
**riots [5]**   28/1 38/25 39/1 49/15

**R**

riots... [1] 112/7
rip [1] 111/2
rise [1] 103/18
risked [1] 93/20
risks [1] 100/22
road [2] 44/5 105/12
robbery [1] 118/10
Robertson [1] 101/7
Robin [1] 51/22
robs [1] 118/9
role [1] 110/1
roll [6] 11/7 21/11 21/18 21/18
 21/20 21/21
room [12] 1/23 48/11 76/17 83/20
 120/4 131/4 165/21 165/25 166/5
 167/12 168/22 169/4
rooms [1] 14/15
rotunda [2] 49/20 105/2
roughly [2] 103/7 103/12
route [1] 112/4
ROY [1] 1/16
ROYCE [1] 1/9
RPR [1] 173/12
rubber [3] 110/19 111/8 113/12
rude [1] 66/24
rule [2] 131/20 161/5
ruled [1] 137/21
rules [2] 130/25 166/8
run [2] 43/14 43/16

**S**

sabotage [1] 43/5
sabotaging [1] 43/21
Sacker [25] 11/1 11/4 12/22 12/23
 12/25 13/8 13/12 13/14 14/4 14/6
 15/5 15/22 16/20 17/6 17/10 17/25
 21/4 107/14 115/17 116/21 117/1
 117/3 122/5 126/20 129/22
Sacker's [3] 108/14 109/9 113/19
safe [5] 28/12 57/23 74/22 81/13
 81/17
safety [9] 5/14 18/25 64/13 65/2
 68/4 81/2 81/8 109/17 157/21
Safeway [5] 97/19 98/2 98/25 99/1
 112/25
said [98] 3/16 3/18 9/9 11/10
 14/8 18/11 21/11 24/17 25/3 28/11
 29/19 31/12 34/18 35/18 36/19
 37/12 39/6 41/17 42/13 43/2 43/20
 44/2 47/23 48/20 50/3 52/5 52/12
 53/9 53/13 54/19 54/20 56/16 59/4
 60/12 63/4 63/6 64/10 64/16 65/3
 65/4 65/19 65/21 67/11 67/13
 67/23 70/16 72/11 73/15 73/16
 74/23 75/13 75/18 75/25 76/12
 77/13 77/14 77/18 77/24 77/24
 78/2 78/7 78/22 79/25 84/17 85/1
 85/1 86/5 86/6 89/15 89/17 89/21
 89/24 91/20 92/3 93/3 93/5 108/5
 108/6 108/6 110/24 110/25 112/8
 112/19 116/23 122/5 122/6 122/14
 122/15 122/18 122/21 122/23 124/6
 125/2 128/24 130/3 130/5 132/19
 142/2
Salt [2] 8/2 13/20
same [26] 26/20 27/4 31/25 38/16
 51/11 54/4 62/12 72/14 72/15
 74/18 101/17 114/9 117/22 123/18
 140/8 149/20 155/19 158/5 158/8
 160/3 160/17 160/20 161/7 161/25
 162/2 162/4
sane [2] 117/25 118/1
sat [1] 88/19
sate [1] 99/3
Satisfied [1] 170/22
satisfy [2] 146/10 153/1
savage [3] 72/9 72/9 129/2
save [1] 88/11
saw [19] 17/18 26/5 27/15 57/3
 58/10 59/5 61/22 63/20 73/6 80/21

94/14 108/8 113/11 117/9 123/7
seems... [1] 132/6
say [67] 6/21 17/8 17/9 25/8
 25/16 37/6 37/20 37/24 38/2 38/3
 38/10 40/6 42/4 42/20 44/3 44/18
 50/21 51/17 53/7 56/5 56/20 62/1
 62/11 63/6 64/6 64/8 64/21 66/2
 66/24 67/2 67/20 67/24 72/3 76/2
 76/6 78/7 78/8 78/14 78/18 81/12
 81/23 84/15 85/24 86/11 87/11
 89/14 90/4 90/10 90/21 90/22
 91/18 91/20 91/21 94/6 96/9 98/3
 102/7 107/24 115/25 116/3 116/7
 118/2 119/15 122/9 124/5 125/10
 135/8
saying [51] 10/10 17/19 20/5
 22/23 24/14 24/14 25/1 25/5 25/7
 25/8 27/23 29/3 33/10 37/5 39/11
 47/11 47/21 48/3 49/20 51/9 55/16
 57/1 62/9 64/14 64/18 65/25 70/2
 71/18 72/9 72/14 72/15 72/20
 74/15 74/17 77/12 77/12 79/14
 83/13 84/25 85/2 88/18 94/22
 100/3 117/12 119/16 122/7 122/10
 122/23 128/9 128/14 128/15
says [23] 9/21 32/18 33/9 37/13
 37/25 38/4 44/7 51/8 55/25 108/20
 109/4 109/7 109/12 111/1 113/17
 113/18 123/2 124/8 124/9 128/22
 122/12 136/10 171/17
scaffolding [3] 104/20 107/24
 129/16
scaling [1] 71/18
scared [2] 122/16 122/16
scarf [1] 40/7
scene [5] 16/15 20/1 20/22 52/10
 52/11
scenes [1] 21/13
schedule [2] 170/10 170/15
Schwager [2] 109/18 110/3
scientific [1] 135/17
scope [1] 29/16
Scout [3] 5/12 5/13 125/6
screamed [1] 63/15
screen [3] 36/23 40/6 56/2
screening [1] 18/23
screenshot [2] 8/11 9/14
screenshotting [1] 54/13
search [1] 7/9
seat [3] 3/21 3/22 4/6
seated [7] 4/9 33/16 71/4 71/5
 103/20 103/21 169/14
seats [1] 169/12
second [20] 85/24 86/16 87/7
 91/22 106/3 112/14 141/8 143/17
 145/11 148/9 150/7 152/2 155/11
 156/12 157/11 158/15 159/17
 160/12 161/17 169/16
Secondly [1] 156/3
seconds [15] 31/3 39/23 40/14
 41/10 47/20 63/25 65/22 67/9
 68/21 78/20 79/4 79/6 85/17 85/22
 88/6
Secret [7] 101/11 102/13 102/24
 149/7 155/16 155/18 155/23
section [2] 101/21 133/12
secure [1] 142/25
Security [1] 149/7
see [69] 17/13 17/17 20/20 20/20
 20/23 20/25 21/13 21/17 22/13
 24/23 26/19 28/2 32/18 32/20 33/1
 33/2 33/5 38/12 40/6 40/21 46/25
 47/21 48/13 48/13 49/25 54/9
 54/23 54/25 55/2 60/10 61/18
 62/14 62/15 63/11 66/1 69/5 69/7
 70/20 70/24 71/20 72/5 78/10 81/7
 84/2 85/6 87/16 89/10 92/7 95/18
 95/20 97/22 106/16 107/18 108/8
 109/2 111/24 113/19 117/1 117/3
 117/6 123/24 127/8 129/10 165/15
 169/19 170/13 170/16 170/16 171/9
seeing [2] 27/17 60/16

seek [1] 47/2
seen [13] 27/16 33/4 42/11 43/23
 87/15 87/20 88/24 89/7 108/22
 120/16 120/17 136/3 136/9
sees [1] 108/11
seize [1] 126/7
seized [3] 126/10 130/14 130/18
select [4] 51/12 51/13 166/6
 166/9
selected [1] 169/12
selecting [2] 136/22 166/12
selection [1] 169/11
selective [1] 56/8
self [3] 43/5 139/21 142/13
self-promoting [1] 43/5
sell [1] 45/2
selling [3] 45/7 45/8 45/10
senate [6] 73/21 82/14 104/24
 104/24 111/22 160/25
senators [1] 82/7
send [4] 131/17 159/9 167/22
 168/4
sending [1] 165/21
sense [8] 107/15 117/7 117/8
 118/5 118/11 118/12 123/12 168/25
sent [1] 59/11
sentence [3] 101/4 101/8 166/21
SEO [1] 7/8
separate [4] 144/17 151/9 164/10
 164/12
separated [1] 73/5
separately [1] 164/12
Sergeant [1] 75/12
serious [3] 123/9 156/4 156/7
Service [7] 101/11 102/13 102/24
 149/7 155/16 155/18 155/24
session [4] 141/15 160/14 160/22
 160/23
set [3] 50/9 51/10 99/22
seven [2] 99/18 105/13
several [3] 5/25 34/6 81/19
sex [1] 132/14
sexual [1] 132/15
shares [1] 112/11
sharing [1] 6/11
she [51] 11/11 13/1 13/3 13/4
 13/5 14/7 16/22 17/6 17/12 17/16
 17/16 21/13 32/23 41/21 41/21
 42/18 42/22 58/19 72/15 72/15
 72/17 72/18 72/18 72/20 73/4 73/7
 73/9 73/9 73/13 73/16 80/14 88/18
 90/10 116/22 116/23 116/23 116/23
 116/23 116/25 123/7 126/20 126/20
 126/20 126/21 126/23 126/25
 137/15 138/22 169/17 169/19 172/3
SHERRY [3] 1/21 173/3 173/12
shields [1] 81/4
shifts [1] 134/14
shipments [1] 99/3
shirt [1] 127/20
shirts [1] 45/10
shit [23] 60/11 63/4 64/11 65/19
 77/25 78/7 78/8 81/11 81/22 83/14
 91/19 91/21 104/10 104/11 104/11
 108/7 109/5 111/2 116/7 128/16
 128/23 128/25 130/6
shoes [2] 33/3 33/4
shoot [1] 111/5
shooting [9] 29/11 29/15 29/21
 84/5 86/15 87/10 87/13 112/10
 113/13
shop [2] 45/11 45/16
short [3] 17/20 105/15 112/25
shortly [1] 70/9
shot [12] 9/14 19/13 20/19 21/3
 24/20 28/12 29/24 60/23 80/10
 80/13 83/14 83/16
shots [1] 24/24
should [51] 5/15 98/3 131/7 131/8
 131/16 131/22 132/7 132/16 132/20
 132/22 133/1 133/21 134/1 136/19

**should... [37]** 137/6 137/19
137/22 137/22 137/23 138/8 138/13
139/25 140/6 140/8 140/9 140/14
140/18 147/13 154/2 155/5 156/14
158/22 158/22 164/6 164/11 164/12
164/15 165/1 165/3 165/16 165/17
165/18 166/6 166/9 166/19 166/22
166/23 167/19 167/24 168/14
171/13
**shoulder [2]** 16/3 41/15
**shouldn't [1]** 113/14
**shouting [1]** 67/23
**shoving [1]** 20/4
**show [27]** 15/18 20/22 22/5 22/5
22/6 24/20 30/1 30/22 30/23 44/4
54/6 54/8 54/21 59/9 69/9 70/17
79/20 83/12 84/7 86/24 99/23
109/18 113/2 119/8 129/25 145/22
152/13
**showed [6]** 23/5 59/10 86/5 113/21
127/21 127/21
**showing [3]** 56/8 96/18 124/19
**shown [5]** 8/10 8/11 95/23 96/1
139/19
**shows [7]** 32/4 32/16 121/24 123/3
123/22 146/19 153/9
**shy [3]** 126/13 126/14 126/15
**sick [1]** 169/13
**side [15]** 43/7 56/1 61/1 75/2
76/16 76/17 83/22 108/9 111/1
137/5 137/9 137/10 137/12 139/20
143/1
**sidebar [1]** 55/7
**sides [3]** 116/20 126/22 126/24
**sign [1]** 171/19
**signal [1]** 53/24
**signed [2]** 167/23 167/25
**similar [4]** 16/17 16/18 81/14
89/19
**similarly [3]** 103/1 134/5 162/10
**simple [5]** 28/25 110/23 111/4
112/14 113/6
**simplest [1]** 119/13
**simplify [1]** 105/25
**simply [3]** 53/5 163/4 163/13
**simultaneous [1]** 143/5
**since [1]** 30/2
**single [8]** 76/3 111/20 115/4
118/16 121/7 121/7 130/3 130/4
**singles [1]** 20/3
**sir [1]** 15/7
**sit [2]** 88/23 126/11
**site [1]** 45/2
**sits [2]** 118/22 118/23
**sitting [5]** 28/3 87/18 87/22
88/20 118/24
**situation [9]** 48/9 52/11 52/11
65/11 66/1 74/18 81/13 81/14
91/25
**situations [3]** 37/25 44/14 67/5
**six [1]** 171/16
**skinny [1]** 123/7
**sky [1]** 16/13
**sleep [1]** 136/7
**slight [1]** 100/25
**slow [1]** 141/14
**slowly [1]** 18/11
**smaller [1]** 137/8
**smart [1]** 123/20
**smash [1]** 81/15
**smashed [3]** 80/21 110/17 122/19
**smashed-out [1]** 110/17
**Smith [6]** 45/13 45/17 48/20 48/21
48/24 49/1
**smolder [1]** 104/17
**smoother [1]** 16/11
**snow [4]** 136/2 136/4 136/7 136/7
**snowed [1]** 136/9
**so [280]**
**social [18]** 6/3 6/5 6/6 6/6 6/15

6/16 8/23 12/3 48/3 48/5 48/6
57/16 91/6 102/8 117/11 117/12
117/12 124/10
**sold [2]** 45/10 45/20
**sole [8]** 8/3 8/5 34/24 131/25
132/23 133/17 138/5 143/3
**solely [3]** 132/17 166/22 167/6
**soliciting [2]** 145/17 152/8
**some [49]** 10/9 10/9 10/10 10/10
11/20 11/23 12/14 26/10 27/10
27/11 38/19 44/4 45/17 50/19 64/4
64/6 64/10 64/21 72/23 98/7 98/9
100/25 114/21 117/12 120/18
123/14 127/14 130/24 130/25
131/15 135/1 144/6 144/6 144/7
145/24 146/1 146/6 147/2 150/22
150/22 150/23 152/15 152/17
152/22 153/16 163/7 165/11 166/25
168/5
**somebody [6]** 9/5 27/14 27/20
72/12 89/17 118/9
**somebody's [2]** 20/24 28/9
**someone [9]** 62/1 68/18 70/14
77/24 91/24 106/14 121/18 145/2
151/18
**someone's [3]** 77/12 163/18 163/21
**something [26]** 9/9 16/13 17/13
25/4 32/5 32/6 35/6 35/8 46/23
51/25 64/17 65/21 66/25 67/24
77/14 80/25 82/4 89/17 89/19 91/1
91/24 110/11 147/3 153/17 161/3
169/23
**sometimes [8]** 28/8 41/14 48/7
77/23 101/5 137/11 142/24 165/9
**somewhere [3]** 73/10 76/18 113/14
**soon [3]** 105/9 109/3 129/16
**sorry [23]** 6/18 18/15 31/10 34/22
34/25 37/18 42/7 44/18 46/16
51/17 53/7 56/20 57/14 58/8 61/3
72/3 73/17 76/2 83/15 87/11 94/17
95/25 102/3
**sort [2]** 21/8 95/16
**sorts [1]** 120/17
**sought [1]** 10/13
**sound [4]** 3/18 117/25 118/1
119/17
**sound-minded [1]** 117/25
**source [1]** 12/14
**sources [3]** 50/10 51/12 133/11
**Southeast [1]** 159/22
**speak [9]** 24/1 41/13 52/15 84/25
97/11 103/24 142/17 166/15 167/11
**Speaker's [11]** 79/25 80/15 80/17
80/18 81/20 105/8 108/18 108/21
112/9 113/18 116/5
**Special [5]** 3/9 108/25 109/16
111/10 113/23
**specialist [1]** 3/8
**specific [24]** 5/23 6/21 22/4 38/1
38/14 43/17 45/15 50/21 50/21
51/12 54/11 60/14 61/6 86/24
87/21 91/3 94/21 100/12 100/18
100/21 130/23 130/24 161/5 166/8
**specifically [35]** 6/7 6/12 6/22
7/11 11/6 11/13 12/6 12/25 13/24
15/4 17/23 18/12 18/25 19/4 22/11
25/3 26/11 29/1 35/3 35/6 35/17
42/20 44/11 44/12 52/16 56/25
60/15 74/3 74/4 76/5 79/1 83/15
86/23 102/12 163/5
**spectator [2]** 146/16 153/7
**spectrum [2]** 126/22 126/24
**speculate [1]** 137/20
**speculation [2]** 9/23 135/14
**speech [4]** 163/9 163/9 163/11
163/14
**speeches [1]** 91/12
**spell [1]** 21/22
**spends [1]** 124/1
**spent [1]** 72/23
**spitting [1]** 120/23
**spoke [1]** 85/25

**spokesperson [1]** 166/7
**spray [3]** 159/24
**spraying [3]** 67/16 68/3 68/18
**Spread [1]** 54/7
**stabbed [2]** 18/18 18/19
**stabilizer [1]** 16/10
**stage [1]** 144/1 150/17
**stand [10]** 4/11 8/10 71/3 84/9
117/6 127/11 138/17 154/7 154/8
168/24
**standalone [2]** 100/18 100/21
**standing [5]** 20/24 82/12 82/16
108/10 128/23
**stands [2]** 7/24 138/23
**start [29]** 10/11 10/14 20/4 25/19
29/9 30/3 30/15 30/17 37/2 37/6
37/8 39/4 59/17 64/6 64/9 64/10
103/14 103/16 103/17 105/24
106/11 106/21 126/19 170/9 170/18
171/1 171/3 171/5 171/6
**started [10]** 7/4 7/15 33/23 34/14
36/11 60/4 60/13 64/1 66/22 98/24
**Starting [1]** 3/4
**starts [2]** 109/4 109/4
**state [12]** 3/5 35/16 100/14
100/16 143/25 148/23 148/24
150/16 163/18 163/22 164/1 164/9
**stated [3]** 35/17 53/5 53/18
**statement [7]** 90/23 91/1 117/20
117/18 139/8 163/15 163/23
**statements [4]** 67/18 81/22 134/2
163/6
**STATES [26]** 1/1 1/3 1/10 3/3 3/7
25/25 28/20 96/7 113/25 119/22
120/11 133/12 133/13 142/16 149/3
149/4 149/7 149/11 149/14 149/15
159/21 160/25 161/1 161/16 162/6
163/8
**stating [1]** 88/17
**statute [4]** 32/11 101/16 103/4
160/2
**stay [8]** 14/9 14/13 14/20 14/25
15/2 16/14 76/9 105/1
**stayed [4]** 14/16 14/21 77/2 83/17
**staying [1]** 27/4
**steal [5]** 82/21 83/6 83/8 127/19
127/24
**stenographer [1]** 37/18
**step [17]** 74/24 97/10 99/10
104/18 105/9 105/9 109/3 114/7
114/7 115/4 128/17 143/17 144/3
144/10 150/8 150/19 151/1
**stepping [1]** 75/1
**STEVEN [3]** 1/16 1/16 3/11
**stiletto [1]** 159/25
**still [14]** 4/11 50/12 60/23 63/10
63/11 70/8 75/4 103/15 123/12
127/5 154/7 154/9 169/24 169/25
**stipulated [4]** 98/10 99/4 133/7
133/21
**stipulation [2]** 98/9 133/22
**stolen [1]** 83/11
**stood [4]** 76/16 122/16 122/17
125/24
**stop [10]** 82/21 82/25 83/5 83/8
85/19 112/9 115/6 127/19 130/8
130/8
**stopping [4]** 80/11 127/23 127/24
127/25
**store [4]** 98/25 124/24 124/25
124/25
**storming [1]** 17/19
**story [13]** 11/8 11/9 11/12 13/3
22/2 42/15 77/9 77/11 116/15
116/19 116/20 116/23 126/18
**straight [2]** 48/7 172/3
**strange [2]** 63/12 67/1
**stream [3]** 45/4 59/13 95/16
**streaming [3]** 6/13 41/16 46/12
**streams [1]** 45/6
**street [5]** 1/14 17/2 57/2 60/20
159/22

**S**

stricken [3] 91/11 137/22 137/25
strike [1] 14/13
strong [1] 168/23
strongly [2] 143/19 150/9
stuff [2] 125/2 170/6
Sturgeon [1] 101/14
subject [2] 12/4 16/14
submission [1] 99/17
submit [5] 99/18 117/9 117/14
118/5 119/25
submitted [1] 92/19
subscription [1] 12/10
substance [1] 23/1
substantial [6] 143/17 144/3
144/10 150/8 150/19 151/1
substantive [2] 140/25 147/24
succeed [2] 147/4 153/18
success [1] 115/5
such [18] 69/5 132/13 132/21
133/24 134/1 135/2 135/21 137/14
139/22 139/25 149/6 149/13 157/22
161/24 165/10 167/3 167/5 167/16
suddenly [1] 61/20
sufficient [3] 100/23 145/1
151/17
suggest [1] 165/2
Suite [1] 1/17
SULLIVAN [126] 1/6 2/3 3/3 3/12
3/12 4/11 4/16 4/18 17/25 31/22
32/15 32/16 32/17 32/19 33/9 33/9
33/20 33/22 35/20 36/24 39/18
40/5 40/21 44/6 46/1 46/21 47/16
48/20 54/3 55/24 62/19 63/18 64/1
71/9 71/17 79/8 81/19 82/6 82/12
83/5 85/14 86/20 87/19 88/9 88/19
90/20 91/8 92/8 92/23 93/13 95/5
97/8 98/17 104/12 104/15 104/18
104/24 105/2 105/8 106/1 106/6
106/12 106/18 107/6 107/21 108/6
108/17 108/20 109/6 109/22 110/12
110/23 111/22 113/3 113/16 113/21
113/25 114/4 114/17 114/18 115/2
115/11 115/18 115/19 115/23 116/8
116/16 116/24 116/25 117/2 117/5
117/7 117/8 117/14 118/16 118/22
119/5 119/18 119/22 120/9 120/21
121/7 122/5 122/5 122/7 122/10
123/7 124/20 124/22 125/16 127/3
134/15 134/18 134/23 162/6 162/8
162/11 162/14 162/17 162/20
162/24 162/25 163/4 163/24 164/9
172/6
Sullivan's [5] 108/4 111/19
121/23 134/9 162/5
summer [3] 33/23 33/25 38/24
supported [2] 35/13 139/18
supporters [1] 128/7
supposed [9] 74/8 83/21 110/11
110/19 115/8 127/8 129/10 129/10
129/12
sure [29] 16/11 19/13 26/9 27/3
39/1 46/12 48/2 49/2 55/13 60/15
60/21 61/9 69/23 77/3 77/16 78/4
79/10 80/22 80/22 81/2 88/4 89/20
89/25 94/24 100/2 169/17 170/7
171/23 172/2
surges [1] 112/8
surround [4] 20/3 51/6 61/20
107/1
surrounding [3] 51/16 139/2
163/22
surveillance [3] 69/11 69/14
93/14
sustained [9] 33/5 33/6 33/12
82/10 83/3 89/2 91/10 137/18
137/24
sweatshirt [1] 58/21
switch [1] 11/18
swoop [1] 88/11
sworn [1] 133/4

**T**

table [4] 2/1 3/8 3/13 22/17
tactical [1] 107/8
tagged [1] 94/9
take [12] 17/22 30/20 35/13 38/4
38/9 38/16 43/9 56/19 99/14
103/13 104/7 110/9 111/20 130/24
131/3 131/3 132/19 133/8 133/15
154/7 154/9
takeaways [1] 108/19
taken [9] 33/25 47/16 71/1 100/13
103/19 131/8 157/25 165/1 165/18
taker's [1] 131/10
taking [1] 32/16
talk [23] 6/3 6/17 23/8 23/11
29/14 29/15 70/19 83/11 87/24
106/12 107/15 107/16 108/13
108/19 111/18 112/17 113/15
115/17 124/5 130/23 130/25 167/11
170/25
talked [10] 10/16 23/6 88/16 92/2
94/14 107/17 114/10 114/14 114/21
120/20
talking [17] 12/5 12/25 21/14
21/15 21/25 22/3 22/3 22/6 46/12
50/20 60/13 89/19 91/1 91/23 93/1
106/9 124/2
talks [2] 113/11 113/12
tall [1] 123/7
tape [3] 23/22 24/13 121/14
target [1] 61/21
targeted [1] 61/22
targeting [1] 82/2
task [1] 166/10
tear [10] 19/12 19/14 68/18
106/18 106/19 106/20 110/24
114/11 115/6 126/9
tearing [1] 107/22
Telegram [8] 8/21 11/25 12/1 12/2
12/10 12/12 50/3 54/10
telephone [4] 8/14 9/15 9/22
10/22
television [4] 95/17 120/14
120/16 167/2
tell [29] 5/8 6/4 7/23 16/5 19/19
20/3 22/2 28/23 32/8 67/6 88/9
91/4 92/2 95/14 103/16 104/4
105/8 122/25 123/16 126/23 128/5
139/24 154/22 155/5 168/14 168/15
169/9 170/1 171/1
telling [19] 11/8 11/9 13/3 13/5
20/4 26/15 62/7 74/6 74/9 74/10
76/8 76/9 77/7 80/24 83/22 83/24
84/2 126/18 138/20
tells [3] 105/4 171/11 172/2
temporarily [4] 101/12 102/24
155/17 155/24
tempted [1] 167/4
tends [1] 157/20
term [29] 21/20 43/17 90/14
102/19 119/6 141/16 148/16 148/22
149/1 149/5 149/9 149/12 149/20
155/14 155/17 155/19 158/4 158/7
159/21 159/24 160/3 160/17 160/25
167/7 161/19 161/21 161/25 162/2
162/3
terms [1] 21/25
terrace [6] 104/13 104/21 107/13
111/7 128/23 129/15
terrible [1] 120/15
test [2] 61/18 62/16
testified [17] 11/2 31/5 31/8
31/15 31/22 42/13 45/19 49/3
76/12 109/16 112/3 136/3 138/5
138/10 138/12 138/22 140/3
testify [14] 42/18 73/12 74/25
86/13 86/24 110/3 112/19 113/23

sympathy [2] 31/23 32/8
system [4] 107/4 107/11 107/11
107/4 119/11 126/8 127/11 127/11
128/3 132/12 166/21

116/16 116/18 116/18 116/19
testifying [4] 75/15 137/5 138/18
138/24
testimony [24] 120/8 126/3 133/5
133/7 135/23 136/3 136/8 137/8
137/9 138/4 139/7 139/8 139/10
139/16 139/22 139/25 140/2 140/6
140/9 140/10 140/14 140/15 140/18
140/19
testing [1] 60/16
text [2] 93/24 167/16
than [28] 3/20 19/1 23/11 29/20
41/4 66/3 85/18 86/11 86/25 114/6
115/3 115/11 115/12 115/13 120/1
121/9 124/21 126/3 134/25 135/3
136/18 137/9 142/19 159/20 160/1
167/25 170/8 171/3
thank [24] 32/25 33/13 33/17
43/11 46/17 52/3 56/19 78/5 90/1
94/25 95/2 97/8 98/12 99/16 103/4
116/11 116/13 125/18 125/19
125/19 125/22 130/19 170/22 172/6
Thanks [1] 172/8
that [1028]
that it [1] 94/8
That's [1] 50/2
their [36] 7/16 12/4 38/20 43/18
47/25 61/19 71/19 71/23 75/2
76/18 81/2 81/4 84/10 84/10 94/2
97/7 99/9 103/16 106/15 106/15
106/17 106/17 108/10 112/19
112/20 114/15 115/9 117/25 118/3
129/6 131/8 148/11 149/16 161/19
163/22 168/21
them [75] 4/5 4/7 19/25 21/1 21/1
21/1 25/8 26/23 26/25 27/2 28/2
28/2 28/5 28/8 28/9 35/13 38/13
39/1 39/8 39/9 44/13 44/13 44/21
44/23 44/23 60/16 60/17 62/15
62/16 68/2 68/3 68/9 68/12 70/11
75/2 75/2 76/19 80/7 81/5 81/7
81/8 85/8 88/3 93/9 93/22 93/22
93/23 93/24 94/9 94/10 94/12
94/13 96/10 96/25 97/4 97/7 98/8
100/8 100/8 105/7 105/25 115/5
123/13 123/13 123/14 123/15 131/4
131/24 137/15 138/1 155/6 165/25
166/1 166/4 170/18
themselves [3] 81/5 146/8 152/24
then [81] 3/22 4/5 4/6 7/4 7/15
12/7 17/3 17/18 20/2 29/24 32/6
32/20 41/15 48/16 49/2 59/9 73/7
73/10 73/19 74/3 75/5 75/14 76/8
76/12 77/4 78/7 78/15 78/15 78/20
79/3 79/24 85/1 85/21 86/13 86/25
87/7 87/9 88/7 90/17 93/10 93/23
93/24 95/19 97/21 97/23 98/3 99/7
99/11 103/15 103/22 103/23 105/2
111/3 111/10 113/2 113/22 118/2
118/10 119/18 125/11 126/18
127/21 128/12 128/17 128/25 129/3
129/9 134/18 135/9 136/7 137/22
141/1 147/13 147/25 155/5 159/6
168/6 170/12 171/3 171/15 171/23
theory [9] 100/1 100/3 100/4
100/5 100/7 101/25 102/4 102/9
162/5
there [216]
thereby [1] 142/13
thereof [1] 149/4
these [27] 19/24 25/10 28/1 60/15
60/19 61/18 66/5 81/14 105/25
107/11 107/18 111/5 124/3 124/19
125/5 125/7 127/9 128/21 130/25
131/12 132/7 147/8 147/13 153/23
154/2 155/5 156/14
they [136] 6/8 7/16 12/4 12/5
12/8 14/17 20/3 20/3 20/4 20/6
20/20 21/2 27/24 28/3 28/4 28/5
28/6 29/14 43/4 43/19 43/20 48/4
58/14 59/22 61/18 61/20 68/1 68/2

**T**

**they... [108]**  68/6 68/8 68/8 70/7
71/18 71/22 74/2 74/3 74/6 74/9
74/17 74/24 75/3 75/4 75/6 75/8
75/8 75/16 75/24 76/10 76/16
76/18 77/22 80/6 80/7 80/8 80/19
80/20 80/22 81/2 81/3 81/3 81/4
81/11 81/15 81/22 82/7 82/22
82/22 82/24 82/25 83/24 83/25
84/2 84/10 84/10 84/12 84/14
84/16 85/6 87/14 88/1 89/21 91/21
94/12 94/13 96/8 96/10 96/12
96/13 98/3 99/1 99/2 99/9 101/19
103/16 103/23 105/9 106/16 106/16
108/7 109/3 109/10 111/14 115/16
117/3 117/23 118/2 119/12 120/21
121/22 121/23 121/23 122/6 122/7
122/9 122/18 122/18 122/19 122/19
123/6 124/2 124/3 124/11 124/15
124/21 127/25 128/11 129/1 129/2
129/5 131/6 131/7 134/3 137/16
137/23 140/3 170/16
**they're [1]**  22/4
**thin [1]**  25/8
**thing [18]**  26/21 29/15 31/25
38/16 39/2 60/14 61/10 61/12
64/12 81/16 88/14 89/9 94/12
117/14 118/16 123/18 126/17 169/9
**things [39]**  7/10 21/16 22/7 24/22
25/7 30/14 44/2 44/3 45/8 45/11
52/19 59/9 59/17 62/9 65/5 66/2
66/5 66/24 67/24 69/9 70/16 72/14
72/15 78/3 82/3 82/21 82/22 92/4
92/13 110/6 120/24 125/5 125/7
128/14 128/15 128/20 132/7 163/5
170/17
**think [29]**  3/21 23/4 35/7 36/3
36/5 36/6 39/2 43/16 48/9 49/17
52/5 63/6 63/13 64/2 64/9 64/16
74/3 74/4 75/9 76/16 85/18 85/22
89/15 89/18 100/11 108/5 132/20
164/7 171/25
**thinking [3]**  144/1 150/17 163/20
**thinks [3]**  109/10 117/11 117/11
**third [12]**  106/4 109/22 113/15
114/11 141/9 145/13 148/12 152/5
155/12 157/14 158/17 160/15
**this [215]**
**those [73]**  5/3 5/9 22/7 24/24
38/17 42/20 42/22 42/24 44/14
44/15 51/13 52/8 61/19 62/9 62/10
65/12 67/24 70/5 75/9 76/13 79/20
79/21 80/4 81/10 81/21 82/1 82/2
82/3 82/6 82/22 83/13 86/9 86/22
86/23 87/4 92/3 99/6 101/23
104/12 105/14 105/23 109/14
109/20 111/21 112/17 113/1 119/9
119/10 120/2 120/24 122/4 122/4
122/9 122/23 122/23 123/1 123/1
123/2 123/15 124/14 124/15 124/22
125/16 127/8 128/9 128/14 128/15
128/22 131/2 131/8 142/20 149/19
171/19
**though [4]**  43/2 56/16 87/17
101/24
**thought [5]**  23/17 57/25 118/6
143/23 150/14
**thoughtful [3]**  117/11 118/2
135/11
**threat [17]**  28/4 32/5 48/10 48/12
48/14 48/15 60/16 61/6 61/7 61/19
62/3 62/4 66/14 70/8 72/16 72/19
94/8
**threaten [2]**  24/11 61/4
**threatened [2]**  61/23 120/10
**threatening [3]**  61/2 61/16 109/1
**threats [4]**  43/6 43/21 48/3 68/2
**three [11]**  63/17 63/23 111/14
111/17 113/3 147/8 147/13 148/17
153/23 154/2 171/14
**threshold [2]**  66/4 108/11

**through [39]**  5/13 5/17 7/19 12/7
49/24 59/5 60/9 62/16 68/7 72/24
73/1 73/2 73/4 73/11 73/13 73/14
73/18 76/22 80/18 86/9 86/22
98/22 99/4 103/14 104/19 104/23
105/23 108/16 110/16 112/24
113/18 126/17 141/25 149/13
**throughout [9]**  28/13 28/16 28/19
62/23 105/13 107/10 133/10 134/12
134/14
**ties [3]**  42/2 42/6 42/8
**tight [2]**  75/13 76/13
**TikTok [1]**  54/4
**time [62]**  6/14 6/23 14/2 15/9
17/5 17/9 17/23 18/10 18/21 19/19
19/20 19/21 20/8 21/9 23/24 24/4
24/8 30/10 35/10 35/13 39/6 39/15
39/24 39/25 40/23 45/22 47/2
48/14 49/3 49/22 51/11 53/2 54/4
55/3 56/20 62/13 72/23 74/18
76/17 77/7 82/16 84/1 85/9 93/25
94/6 98/20 103/5 103/11 107/4
108/4 111/9 119/7 123/25 124/1
125/19 130/22 136/4 139/3 141/18
148/9 164/17 170/13
**times [11]**  20/8 48/8 64/14 64/16
64/17 64/17 84/15 88/19 88/20
92/22 128/2
**tinder [1]**  128/19
**today [11]**  3/15 22/13 55/11 55/15
85/2 117/6 118/23 126/10 126/11
128/17 130/16
**together [9]**  9/6 11/11 24/19
24/24 37/10 104/5 104/11 129/25
171/3
**told [38]**  4/19 4/25 33/10 41/22
54/15 56/15 60/10 66/12 70/14
74/4 74/23 75/8 75/13 75/17 75/24
77/5 77/6 78/12 81/10 86/11 88/20
94/10 109/24 110/18 116/23 121/22
122/11 125/25 126/9 126/20 126/21
127/16 129/8 130/12 131/1 131/5
133/20 169/11
**tomorrow [11]**  104/2 104/6 130/17
165/23 166/5 169/17 169/19 170/10
170/12 171/7 171/9
**tonight [5]**  103/15 165/22 171/19
171/23 172/5
**too [17]**  19/23 44/3 44/11 59/2
62/18 69/13 77/13 77/15 77/18
79/21 86/18 103/17 105/5 108/6
112/7 123/13 154/9
**took [11]**  37/10 44/4 93/20 118/23
128/24 133/6 133/11 143/17 144/7
170/8 150/23
**top [3]**  71/16 86/21 87/1
**topic [5]**  6/21 11/18 12/4 22/2
115/17
**totally [1]**  125/3
**touched [2]**  120/9 130/1
**touching [1]**  66/22
**toward [3]**  138/24 143/17 150/8
**towards [11]**  6/22 20/10 50/16
50/16 56/23 63/13 84/14 107/21
108/1 120/18 128/13
**trained [4]**  5/3 5/14 125/4 125/6
**training [5]**  5/8 5/13 5/17
**transcribe [1]**  88/15
**transcript [2]**  1/9 173/4
**transformed [1]**  7/5
**transpire [1]**  57/25
**transpiring [1]**  20/23
**travel [1]**  148/22
**travels [3]**  102/12 102/14 102/20
**treatment [1]**  132/12
**trees [1]**  22/6
**trespass [1]**  110/13
**trespassed [2]**  110/12 110/20
**trial [25]**  1/9 3/20 73/23 89/6
101/23 117/13 131/2 131/5 131/9
132/2 133/3 133/20 134/12 134/14

**T**

137/18 138/13 139/21 140/5 140/17
155/8 159/20 167/1 167/7 167/8
167/14
**trick [2]**  23/16 97/4
**tried [5]**  9/3 9/5 111/10 126/11
129/3
**tries [3]**  105/8 108/25 112/7
**trigger [1]**  35/22
**tripod [3]**  16/17 121/3 121/8
**trolling [1]**  64/12
**true [6]**  71/20 101/17 127/6
134/25 139/17 173/4
**Trump [6]**  15/15 54/25 56/2 56/11
127/19 128/7
**truth [4]**  127/3 135/1 138/20
139/24
**truthfully [1]**  138/10
**try [9]**  28/6 61/21 66/3 87/19
103/14 103/17 111/23 127/18
127/19
**trying [16]**  16/15 23/16 32/8 32/8
47/24 48/1 62/14 97/4 97/6 104/25
105/1 110/15 111/25 112/3 116/4
129/20
**TSA [1]**  18/23
**tune [4]**  56/11 58/14 105/10 109/3
**tuned [1]**  7/5
**turn [7]**  15/4 53/22 68/24 69/1
69/8 118/11 119/7
**turned [7]**  68/23 69/5 74/21 85/19
85/21 93/2 104/17
**Turning [1]**  159/10
**tutorial [1]**  50/6
**TV [5]**  7/4 34/14 34/20 34/23
119/8
**tweet [3]**  53/16 55/1 127/10
**tweeted [8]**  49/15 51/5 52/22
52/25 54/5 59/14 127/7 127/13
**tweeting [2]**  43/25 126/6
**tweets [1]**  43/24
**Twelfth [1]**  133/13
**twice [1]**  130/10
**Twitter [7]**  12/17 17/17 17/18
51/11 54/2 59/11 94/9
**two [25]**  11/13 11/22 15/13 16/1
16/3 17/21 17/22 19/21 63/23
91/14 96/22 96/22 101/23 109/21
110/6 111/16 126/10 126/3 126/21
126/22 135/19 147/16 154/5 156/2
169/12
**type [12]**  5/22 5/23 11/20 11/24
22/4 24/20 38/11 38/14 45/15
45/18 62/3 98/7
**types [4]**  22/7 28/1 44/14 135/19
**typo [4]**  171/11 171/15 171/18
171/19

**U**

**U.S [2]**  1/22 101/14
**uh [5]**  25/15 35/19 35/24 69/19
85/15
**Uh-huh [4]**  35/19 35/24 69/19
85/15
**umbrella [1]**  19/3
**unable [2]**  3/15 156/22
**unanimous [2]**  164/23 168/13
**uncomfortable [2]**  73/13 73/15
**undeniable [2]**  144/8 150/24
**under [14]**  4/11 8/5 34/24 34/25
41/8 63/13 72/19 81/25 101/20
103/9 139/4 149/2 158/1 168/11
**undermine [1]**  157/21
**underneath [1]**  57/9
**understand [15]**  3/25 21/12 21/25
31/14 34/3 72/22 74/19 77/21
77/22 82/8 88/16 92/9 106/13
126/25 127/1
**understanding [4]**  20/18 23/8
134/4 142/8
**understands [1]**  72/15
**understood [3]**  33/13 102/19
110/25

## U

**undisputed [2]**  133/11 133/22
**unequivocally [1]**  87/2
**unfold [1]**  71/19
**unfortunately [1]**  61/14
**unharmed [1]**  81/3
**unique [6]**  126/5 127/21 127/24
130/14 130/15 130/16
**UNITED [26]**  1/1 1/3 1/10 3/3 3/7
25/25 28/20 96/6 113/25 119/22
120/11 133/12 133/13 142/16 149/3
149/4 149/7 149/11 149/14 149/15
159/21 160/25 161/1 161/16 162/6
163/8
**unlawful [14]**  105/19 110/7 110/7
110/10 110/22 110/23 142/5 142/5
142/9 142/23 142/25 143/4 159/10
159/12
**unless [3]**  119/1 134/12 164/13
**unlikely [1]**  169/23
**unofficial [3]**  33/24 34/2 34/7
**unreasonableness [1]**  139/15
**unreasonably [1]**  158/1
**unsurprisingly [1]**  112/25
**until [13]**  75/16 92/4 104/4 105/5
109/20 113/13 134/12 167/25 168/8
168/9 168/13 170/1 170/7
**up [139]**  15/18 19/24 20/10 23/5
27/14 27/20 27/23 27/23 27/25
28/6 28/9 29/22 29/24 33/22 36/7
36/9 36/17 36/22 37/11 37/16
37/22 39/16 40/5 40/7 40/19 41/13
44/5 45/23 49/10 49/14 49/25
49/25 50/9 51/4 51/10 51/15 51/19
51/24 53/22 53/24 54/1 54/6 54/8
59/9 59/10 59/17 60/7 60/11 60/11
60/13 60/14 61/25 62/8 63/4 63/24
66/11 66/25 67/8 68/20 68/23
68/24 69/4 69/24 69/25 70/9 70/10
70/18 71/11 71/13 71/15 71/21
71/23 71/25 72/2 72/4 72/5 72/8
72/12 72/17 72/21 73/7 77/16 78/4
78/17 78/21 78/22 79/16 79/23
80/1 80/3 80/16 81/23 83/12 85/13
87/3 88/5 91/6 91/14 93/2 104/21
105/7 105/7 106/20 108/13 108/14
110/14 113/20 115/18 116/1 116/3
120/6 121/20 122/24 123/16 123/19
124/2 124/3 126/7 127/21 127/21
127/22 128/8 128/23 128/24 128/25
129/1 129/5 129/5 130/10 136/8
154/7 154/8 162/16 164/4 166/9
166/15 170/15 171/15 171/16
**upon [4]**  130/18 135/5 168/22
169/4
**upper [4]**  104/13 104/21 107/12
111/7
**uprising [1]**  7/12
**upset [2]**  7/14 17/14
**upstairs [1]**  77/4
**URL [2]**  54/10 54/10
**us [21]**  4/25 5/8 12/8 17/23 19/19
28/23 72/16 75/18 88/11 88/20
95/14 96/9 101/6 108/3 109/24
112/20 113/21 126/23 149/17
160/12 162/9
**USA [21]**  6/25 7/1 7/3 7/5 7/11
7/21 8/3 8/7 34/19 35/1 35/3 35/4
36/11 37/23 44/17 44/21 51/4 53/2
53/20 55/24 58/14
**USAO [1]**  1/13
**use [23]**  5/3 5/9 5/17 6/6 6/15
17/3 17/6 25/19 43/16 45/8 52/10
52/10 113/4 125/5 125/6 131/4
131/10 140/8 142/5 162/18 162/22
163/1 164/24
**used [17]**  16/2 16/18 17/12 38/6
80/14 90/14 94/19 94/22 97/18
101/20 104/13 121/23 121/23
141/16 155/12 156/6 157/17
**useful [1]**  168/22 169/3 169/6

## V

**variation [1]**  12/3
**variety [1]**  165/12
**various [5]**  19/11 35/10 45/11
155/3 157/6
**venture [2]**  146/15 153/6
**verdict [36]**  116/9 119/19 119/19
125/11 125/11 125/13 131/18
132/11 132/22 136/19 136/24 137/1
137/3 156/21 156/24 157/1 157/2
159/5 159/8 164/16 164/18 164/19
164/21 164/22 164/22 164/24 165/2
165/8 166/4 166/11 166/22 168/1
168/13 168/14 168/24 170/7
**verdicts [4]**  125/17 125/22 164/13
166/1
**version [6]**  8/23 60/18 86/14
86/21 129/9 129/11
**versus [3]**  3/3 74/8 74/17
**very [27]**  4/1 29/2 49/9 63/12
63/13 64/22 66/1 66/12 66/13
74/18 80/12 81/1 81/1 81/13 81/15
81/16 82/2 82/3 116/16 116/22
119/11 119/11 125/18 125/19
125/20 125/20 172/8
**vest [8]**  18/21 19/2 49/4 49/6
49/8 60/18 107/8 123/11
**vests [2]**  39/20 39/21
**via [3]**  43/19 93/23 167/19
**vice [6]**  76/17 109/16 110/1 112/4
155/18 155/19
**vicinity [1]**  63/23
**vicious [1]**  120/18
**video [81]**  9/9 10/24 10/25 25/1
26/22 27/5 27/16 27/16 27/18
27/22 29/20 30/2 30/2 30/6 30/8
30/24 32/1 32/4 32/14 32/15 33/8
39/22 44/12 44/13 44/16 44/19
44/22 45/13 45/20 47/5 47/6 47/9
50/6 52/22 54/4 57/3 61/14 63/7
65/6 65/16 66/19 72/7 72/8 72/13
73/6 75/18 84/2 85/5 85/6 85/8
85/9 85/17 85/23 85/24 86/3 86/20
87/1 87/7 87/9 87/13 88/13 90/2
90/15 90/23 94/19 104/13 108/2
109/8 109/13 112/13 120/7 120/17
121/7 121/23 121/24 122/2 122/3
123/18 124/6 165/10 165/12
**videos [10]**  8/10 44/15 51/1 51/2
86/5 86/9 86/22 86/24 87/3 128/2
**videotape [1]**  120/4
**view [3]**  102/13 107/15 129/21
**views [4]**  11/14 107/14 166/15
168/9
**vile [1]**  163/10
**violating [1]**  161/6
**violation [6]**  140/22 147/20 155/1
157/5 160/8 161/12
**violence [21]**  43/6 43/21 64/23
77/12 77/20 89/14 90/5 90/21
90/22 95/6 95/8 95/11 106/21
108/6 111/1 122/18 123/9 128/16
129/16 148/17 157/25
**violent [7]**  64/22 66/12 66/13
81/1 81/13 120/18 123/8
**virtually [1]**  120/13
**visit [1]**  93/25
**visiting [4]**  101/12 102/25 155/17
155/24
**visually [1]**  21/16
**vital [1]**  140/17
**voice [2]**  109/9 168/23
**volunteer [2]**  92/13 92/15
**vote [4]**  141/15 160/24 168/18

**uses [2]**  111/23 157/25
**using [2]**  11/21 120/5
**usually [1]**  100/4
**Utah [10]**  7/15 8/2 22/9 33/14
33/23 36/14 36/15 42/10 124/21
124/23
**utilize [1]**  5/15

169/4
**votes [1]**  168/18
**voting [1]**  168/13
**vs [1]**  1/5

## W

**waited [2]**  17/12 75/16
**walk [4]**  17/21 17/22 17/25 129/20
**walked [7]**  17/3 20/10 76/21 76/24
77/1 129/8 129/11
**walking [4]**  19/22 62/19 62/20
76/21
**wall [7]**  28/10 71/15 71/23 72/5
72/12 72/17 116/1
**want [59]**  6/3 11/18 13/25 16/14
17/15 20/19 20/20 22/8 24/3 25/10
27/3 27/3 30/3 30/6 30/14 30/15
33/22 44/3 45/5 48/17 50/24 55/13
61/7 61/23 66/24 74/16 75/18 81/6
82/3 82/7 82/24 86/6 86/6 88/23
88/25 91/3 93/4 93/6 93/6 93/7
93/11 95/13 101/25 103/17 109/2
115/16 120/5 120/5 121/12 121/12
122/21 127/11 130/24 131/12 154/6
167/13 168/17 168/18 172/5
**wanted [27]**  7/20 13/1 14/18 17/14
25/6 29/8 65/12 81/2 82/6 84/10
84/12 85/6 86/11 91/21 94/2
106/18 106/18 110/23 114/11
116/19 123/17 123/20 127/8 127/15
127/22 127/23 131/2
**wanting [2]**  130/8 130/8
**wants [9]**  6/21 21/13 74/19 91/19
92/12 92/15 102/7 128/3 128/17
**was [393]**
**Washington [14]**  1/5 1/14 1/18
1/24 11/20 12/18 12/24 13/20
19/22 53/9 56/2 98/23 126/1
159/22
**wasn't [25]**  27/8 29/22 32/5 32/10
35/9 43/20 53/22 58/12 59/5 59/7
65/3 65/17 84/17 110/19 115/8
116/22 120/22 120/23 120/23
122/14 128/9 128/14 129/5 129/7
171/8
**watch [11]**  59/13 89/9 96/7 96/10
96/13 120/5 120/5 120/6 120/7
167/4 167/5
**watched [10]**  17/17 44/15 61/10
61/12 66/19 69/13 81/19 81/20
81/20 87/3
**watches [1]**  111/6
**watching [5]**  21/17 27/24 28/1
84/1 92/4
**water [1]**  61/15
**way [53]**  6/6 6/8 7/7 8/20 14/2
16/12 16/18 17/21 19/7 19/8 21/2
21/2 35/11 56/22 57/21 60/4 66/10
69/5 73/7 76/18 77/4 81/17 84/9
86/9 87/18 89/25 90/2 99/24 100/9
106/24 110/11 110/22 112/16
112/18 112/22 125/12 126/7 126/8
130/9 130/10 134/6 144/18 146/1
147/2 148/12 151/9 152/17 153/16
163/20 166/20 167/20 168/19 169/6
**ways [7]**  44/16 147/9 147/13
147/16 153/23 154/2 154/5
**we [270]**
**we'll [24]**  4/5 4/6 36/9 57/5
70/19 75/14 76/13 78/20 79/3
80/24 80/25 88/7 89/12 97/14
97/23 103/13 103/14 104/7 108/13
170/11 170/12 170/12 170/19 171/6
**weapon [18]**  105/17 105/19 105/20
114/3 155/1 155/13 156/1 156/2
156/4 156/16 157/4 157/18 158/8
158/25 159/11 159/13 159/19
159/25
**weapons [1]**  124/22
**wear [7]**  39/20 39/21 45/8 58/16
58/17 58/21 58/24
**wearing [1]**  33/3

**web [1]**  56/9

**website [7]**  44/17 44/21 44/23 44/24 44/25 45/7 56/7

**websites [1]**  7/9

**week [1]**  125/25

**weeks [1]**  19/21

**weight [9]**  111/23 132/3 134/1 136/13 136/15 137/4 140/1 140/10 140/19

**well [61]**  4/1 6/9 6/13 11/12 16/22 17/12 18/18 19/23 20/17 22/5 26/19 29/2 29/13 39/5 39/20 39/24 41/13 41/20 42/25 43/24 47/23 49/20 50/19 50/23 58/2 64/4 65/16 67/4 67/7 72/14 75/4 75/20 76/21 79/14 79/24 80/14 84/21 85/24 86/16 87/20 88/1 92/13 94/5 99/7 99/21 99/22 113/21 114/9 115/1 115/14 119/15 120/13 121/10 122/10 122/11 122/21 124/4 124/6 125/10 126/23 170/14

**went [45]**  5/13 5/17 15/24 16/21 17/2 17/17 17/4 28/23 34/11 36/17 36/19 39/11 39/13 53/9 53/10 56/18 56/22 56/23 57/6 57/14 57/24 59/24 60/1 64/23 72/24 73/11 73/13 73/18 73/20 74/1 75/21 76/18 77/4 79/24 80/16 80/16 83/19 93/2 113/7 113/8 113/24 119/22 127/20 128/8 136/7

**were [163]**  4/19 5/14 7/13 7/14 8/10 10/10 12/5 12/5 12/8 13/7 14/14 14/17 14/17 14/23 15/15 15/17 17/19 18/6 18/19 19/11 19/12 20/11 21/7 21/7 21/8 23/19 23/19 24/4 24/8 24/8 24/18 24/23 24/23 25/5 27/20 33/25 34/4 34/9 35/13 36/14 37/12 37/14 38/22 39/6 42/20 42/22 42/24 43/3 43/14 43/20 43/25 45/8 46/1 49/9 50/6 52/8 56/24 57/6 57/9 58/10 59/4 60/15 62/18 62/20 62/23 63/22 64/17 64/20 64/21 64/22 64/24 65/5 65/25 68/1 68/3 68/6 68/8 68/11 69/20 69/21 70/13 70/15 71/11 71/18 71/21 72/7 72/8 74/5 75/4 76/16 76/21 77/8 77/10 77/10 77/19 79/20 80/5 80/13 80/24 81/1 81/2 81/21 82/2 82/12 82/21 82/22 82/22 82/25 83/21 83/22 83/24 84/2 84/21 85/2 86/4 86/9 88/11 88/19 88/21 88/24 93/13 95/5 95/23 96/1 96/8 96/10 96/12 96/17 96/22 97/2 97/4 97/6 99/2 101/1 107/25 108/9 109/19 117/7 120/18 121/5 122/7 123/16 127/8 127/24 127/25 128/11 128/13 129/1 129/2 129/4 129/5 129/10 129/23 133/5 133/20 136/21 136/21 148/10 165/9 165/10 165/17 166/2 166/3

**weren't [11]**  29/10 45/7 62/24 65/17 80/6 80/19 81/4 83/25 84/16 129/10 129/12

**Wesson [6]**  45/13 45/17 48/21 48/21 48/25 49/1

**west [5]**  104/13 104/21 107/12 111/7 129/15

**what [263]**

**whatever [14]**  15/18 17/15 20/5 22/2 28/5 38/18 46/6 46/7 50/3 79/12 81/12 87/8 121/12 121/12

**whatsoever [2]**  118/5 118/21

**when [91]**  3/15 5/24 6/16 7/16 8/10 11/19 14/8 15/24 16/20 17/23 18/3 18/6 21/17 22/19 22/25 24/4 24/17 28/23 32/19 34/13 35/23 38/10 42/13 46/11 47/6 47/6 52/25 53/8 57/6 59/4 60/19 62/5 62/24 65/3 70/13 72/7 74/20 75/25 76/10 76/21 77/24 80/18 85/5 85/25

92/16 93/13 93/25 94/12 95/23 109/10 116/4 118/23 119/14 119/24 122/5 122/10 123/2 125/24 126/4 126/23 126/25 127/3 127/21 127/24 128/8 128/10 128/18 128/23 131/17 133/15 133/23 135/21 136/21 137/11 154/20 157/15 157/22 158/18 164/25 166/5 168/24 170/18 170/25 171/1 171/20

**Whereupon [2]**  40/2 41/2

**wherever [2]**  96/8 96/10

**whether [37]**  10/9 71/15 83/11 102/12 112/23 136/14 136/22 138/2 138/7 138/9 138/10 138/18 138/19 138/20 138/22 139/6 139/11 139/16 139/17 139/22 141/2 141/3 142/1 146/9 147/15 148/1 148/2 152/25 154/3 156/14 156/19 158/23 159/3 162/16 162/19 164/7 168/17

**which [75]**  3/17 5/16 7/1 7/4 7/8 8/21 13/2 16/1 17/20 21/2 21/17 28/5 29/15 37/9 41/16 45/3 45/23 50/10 53/1 56/12 58/13 63/10 64/10 64/11 69/4 74/19 75/3 84/22 86/6 87/15 89/17 90/23 98/22 100/5 100/21 101/14 112/24 118/3 118/9 119/13 119/15 119/17 120/3 121/11 132/9 133/6 134/18 135/5 135/24 137/7 137/24 138/8 138/11 138/21 139/4 140/21 143/18 144/18 145/24 147/19 148/18 149/7 149/15 150/9 151/9 152/15 155/1 156/13 157/4 158/22 160/7 161/12 163/25 164/12 165/5

**while [16]**  30/19 51/20 64/1 84/21 94/18 98/7 99/11 99/11 107/19 117/23 131/13 132/1 136/9 143/2 154/9 159/17

**who [73]**  6/16 6/19 6/21 10/24 11/2 12/21 18/19 22/11 27/11 33/25 35/11 35/13 38/11 38/14 38/17 43/14 43/17 43/25 48/17 54/11 60/15 61/8 61/19 62/14 64/22 66/6 66/7 66/21 66/22 66/25 67/20 68/8 69/21 72/13 76/12 76/17 81/21 84/18 88/2 89/11 91/1 91/1 91/19 107/14 111/2 112/19 117/8 117/8 117/10 120/20 120/20 121/15 122/17 123/9 127/7 129/23 130/13 131/2 131/8 137/14 138/4 142/19 142/21 144/21 144/25 151/12 151/16 166/12 166/13 166/13 166/14 166/16 171/4

**whole [10]**  7/9 26/20 61/10 61/12 69/8 116/15 116/19 119/7 131/15 131/23

**wholly [1]**  148/25

**whom [2]**  144/23 151/14

**why [35]**  7/3 9/9 9/14 11/4 12/23 13/4 19/10 19/15 20/13 20/15 25/5 26/18 27/20 31/13 32/10 48/16 53/9 55/16 67/23 69/3 69/4 114/10 117/2 117/17 118/12 121/25 122/11 122/22 123/15 124/8 124/14 127/4 130/12 165/13 165/18

**wide [2]**  29/11 29/13

**wild [1]**  117/15

**will [100]**  4/4 20/24 30/3 30/24 32/24 50/19 51/13 56/12 56/12 61/20 62/11 64/4 70/20 78/18 78/20 81/23 91/13 91/21 97/21 97/22 97/23 98/3 99/10 99/11 99/14 99/20 99/21 99/24 100/8

100/9 100/23 101/11 101/19 101/23 103/3 103/15 103/22 103/22 103/25 104/2 104/2 104/4 106/7 108/22 109/2 120/4 121/10 122/2 125/21 130/16 130/17 131/1 131/11 140/25 141/1 147/24 147/25 154/9 154/20 154/22 155/3 155/5 155/17 155/24 156/24 156/25 156/25 157/1 157/7 159/8 159/9 164/24 165/21 165/22 165/24 166/3 166/4 166/12 166/13 166/15 166/16 167/11 168/1 168/4 168/6 168/19 170/2 170/4 170/9 170/11 170/13 170/17 170/18 170/24 171/5 171/9 171/12 171/19

**Willem [4]**  74/23 75/12 76/12 112/2

**willfully [5]**  160/15 161/2 161/4 161/17 162/3

**willfulness [3]**  163/18 163/22 164/1

**willingly [2]**  93/21 93/25

**window [18]**  26/6 26/8 26/22 72/25 73/1 73/7 73/11 73/13 73/18 73/21 74/1 76/22 77/1 104/23 110/17 116/2 136/2 136/6

**windows [1]**  80/21

**wing [3]**  82/1 104/24 123/8

**winter [1]**  46/2

**Wisconsin [1]**  1/17

**wish [3]**  88/10 91/3 131/5

**wished [2]**  147/3 153/18

**within [7]**  44/15 44/19 45/13 114/2 114/4 114/5 148/25

**without [12]**  34/5 34/8 55/5 80/11 80/12 94/1 95/20 100/10 108/7 155/10 156/11 165/12

**witness [35]**  29/2 33/6 84/7 92/12 117/6 120/20 135/21 137/21 138/7 138/8 138/9 138/10 138/12 138/16 138/17 138/17 138/18 138/19 139/17 138/20 138/22 139/5 139/8 139/16 139/17 139/19 139/23 139/24 139/25 140/5 140/9 140/11 140/13 140/18 142/11 142/22

**witness' [7]**  135/23 138/9 138/18 139/1 139/7 139/7 139/10

**witnessed [3]**  64/23 64/25 87/25

**witnesses [15]**  2/2 73/20 73/23 118/20 120/8 132/4 133/5 137/5 137/7 137/8 137/10 138/4 138/6 138/14 140/2

**witnessing [2]**  71/19 77/22

**woke [1]**  136/8

**woman [3]**  83/14 83/16 123/6

**won't [1]**  170/7

**woo [4]**  70/2 70/2 70/3 70/3

**wool [1]**  129/4

**word [8]**  54/7 101/5 117/19 121/4 130/3 130/4 154/19 154/22

**words [34]**  42/21 42/22 42/24 62/10 65/12 104/12 106/15 119/10 119/10 119/12 122/4 122/4 122/9 122/15 122/15 122/23 122/23 123/1 123/1 123/2 123/14 123/16 126/6 126/15 128/9 128/22 129/25 146/12 153/3 154/14 157/25 164/22 165/11 168/4

**wore [8]**  18/9 58/18 58/19 59/1 59/2 107/7 107/8 127/17

**working [4]**  24/18 50/19 88/21 88/22

**world [10]**  13/17 37/8 37/17 49/16 71/20 107/15 120/12 120/13 124/11 130/12

**worry [1]**  110/18

**worth [4]**  64/13 65/1 105/4 105/5

**would [59]**  6/21 6/23 7/7 7/8 12/21 17/8 18/23 19/7 19/21 30/16 38/8 38/14 38/17 38/17 39/24 40/23 42/4 43/16 45/22 47/2 51/15 54/11 57/25 58/13 58/19 69/3

**W**

**would... [33]** 70/17 74/24 75/7
76/8 78/3 82/17 84/11 86/18 87/16
87/17 88/14 89/21 90/1 92/6 93/18
98/1 98/21 103/12 112/8 115/25
116/9 117/22 117/25 118/1 127/12
135/10 136/3 136/9 136/23 137/20
141/11 161/21 166/25
**wouldn't [7]** 42/20 50/24 57/21
65/12 73/18 103/17 118/7
**writing [2]** 168/3 168/14
**written [3]** 131/11 170/17 170/24
**wrong [7]** 32/9 38/15 77/20 110/9
111/4 111/12 142/9
**wrongdoing [4]** 110/8 111/4 142/7
142/7
**Wyoming [1]** 96/12

**Y**

**yeah [143]** 6/9 7/1 7/19 7/22 8/4
8/13 8/15 9/11 9/13 9/16 9/19
11/1 11/6 11/17 12/13 12/20 12/25
14/1 14/25 15/1 15/12 15/15 15/19
15/21 16/7 17/24 18/2 18/5 18/9
18/13 18/18 18/24 19/21 20/7
21/10 22/1 22/14 22/18 23/10
23/15 24/16 25/4 25/11 26/17
27/10 27/15 27/19 27/22 34/12
34/12 35/10 35/19 36/3 36/13 37/4
37/19 38/5 38/7 38/19 39/1 39/5
40/10 40/13 40/18 40/18 41/21
42/1 42/24 44/8 45/21 46/4 46/8
46/9 46/22 46/25 47/23 48/6 48/22
49/5 49/13 49/22 49/23 51/3 51/22
52/3 52/4 52/7 52/24 56/25 57/1
57/3 57/4 57/8 57/19 58/20 59/20
59/22 60/2 60/25 61/13 61/17
62/10 62/11 63/1 63/6 63/15 65/14
65/21 66/2 68/4 74/12 76/20 76/25
77/1 77/14 77/19 78/14 79/11
79/16 79/23 80/21 80/22 80/23
81/5 82/22 82/23 83/9 83/21 85/4
85/8 85/22 86/16 88/1 90/17 93/7
95/15 95/22 96/1 96/3 96/9 96/14
128/5 130/6
**year [1]** 7/13
**years [2]** 89/6 91/6
**yell [2]** 84/19 115/24
**yelling [3]** 26/21 84/19 108/12
**yells [1]** 123/14
**yes [78]** 6/6 10/6 10/7 10/8 10/18
11/3 14/12 15/7 15/8 15/23 19/18
20/12 21/6 21/15 22/10 23/21
25/16 26/14 27/7 27/10 27/15
27/16 27/16 29/6 30/5 32/17 32/22
34/16 35/2 36/18 37/1 37/7 37/15
37/17 38/23 39/13 42/12 45/16
48/13 50/8 51/8 53/11 55/2 55/16
55/25 56/21 56/23 64/22 64/25
66/9 66/13 67/13 68/25 69/10
69/19 70/12 72/6 73/1 81/3 83/9
83/12 83/18 88/22 89/9 90/1 90/23
91/13 92/20 94/22 96/5 98/6 99/16
102/8 107/8 111/5 112/15 113/16
114/5
**yesterday [22]** 4/19 4/25 8/9 9/8
10/16 10/21 11/2 30/2 30/6 36/19
42/18 44/15 44/19 45/19 57/3
61/10 61/12 66/18 73/12 87/4
92/19 97/20
**yet [2]** 36/23 169/16
**Yetter [7]** 84/15 84/21 94/16
94/18 94/19 94/22 108/25
**York [1]** 116/22
**you [1177]**
**you're [2]** 37/5 81/9
**young [1]** 123/6
**your [218]**
**yours [1]** 166/19
**yourself [9]** 40/21 47/21 49/20
56/18 62/24 65/9 90/4 90/20 91/18

**YouTube [5]** 50/1 50/9 50/9 51/11
**Yup [1]** 70/18

**Z**

**zero [1]** 89/25