# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-78 (RCL)** |
| | **:** | |
| **JOHN SULLIVAN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## JOINT MOTION TO CONTINUE
## SENTENCING HEARING

The United States of America hereby moves this Court for a 60-day continuance of the sentencing hearing set for March 21, 2024. Defense counsel does not object and joins in this motion. A 60-day continuance will give the parties more time to adequately prepare sentencing arguments especially in light of the recent decision in *United States v. Brock*, 2024 WL 875795, (D.C. Cir. Mar. 1, 2024).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

/s/ Steven Roy Kiersh
STEVEN ROY KIERSH
Law Offices of Steven R. Kiersh
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
Telephone (202) 347-0200
skeirsh@aol.com

/s/ REBEKAH E. LEDERER
REBEKAH E. LEDERER
Assistant United States Attorney
Bar No. PA 320922
601 D Street, N.W.
Washington, DC, 20001
Telephone (202) 252-7012
Rebekah.Lederer@usdoj.gov

/s/ MICHAEL BARCLAY
MICHAEL L. BARCLAY
Assistant United States Attorney
N.Y. Bar Reg. No. 5441423
U.S. Attorney's Office for the District of Columbia

601 D Street, NW Washington, D.C. 20001
(202) 252-7669
Michael.Barclay@usdoj.gov