UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00078-RCL |
| | : | |
| **JOHN EARLE SULLIVAN,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

Based upon the representations in the Parties' Joint Motion to Continue the Sentencing Hearing, it is this _____ day of March, 2024,

**ORDERED** that the Parties' Joint Motion to Continue the Sentencing Hearing, is hereby GRANTED; it is further

**ORDERED** that the currently scheduled sentencing hearing on March 21, 2024 be continued for good cause to_____, 2024, at _____.


_____
THE HONORABLE ROY C. LAMBERTH
UNITED STATES DISTRICT JUDGE