UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 1:21-cr-00078-RCL |
| JOHN EARLE SULLIVAN, | : |
| Defendant. | : |

### ORDER

Based upon the representations in the Parties' Joint Motion to Continue the Sentencing Hearing, it is this _5th_ day of March, 2024,

**ORDERED** that the Parties' Joint Motion to Continue the Sentencing Hearing, is hereby GRANTED; it is further

**ORDERED** that the currently scheduled sentencing hearing on March 21, 2024 be continued for good cause to _April 26_ 2024, at _12:30 p.m._

_____
THE HONORABLE ROY C. LAMBERTH
UNITED STATES DISTRICT JUDGE