```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,
                                        Criminal Action
 4            Plaintiff,                No. 1: 21-078

 5        vs.                           Washington, DC
                                        November 7, 2023
 6   JOHN EARLE SULLIVAN,
                                        10:32 a.m.
 7            Defendant.
     _____/
 8

 9                 TRANSCRIPT OF JURY TRIAL
           BEFORE THE HONORABLE ROYCE C. LAMBERTH
10               UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Plaintiff:    MICHAEL LAWRENCE BARCLAY
13                         REBEKAH LEDERER
                           USAO
14                         601 D Street NW
                           Washington, DC 20530
15

16   For the Defendant:    STEVEN ROY KIERSH
                           LAW OFFICE OF STEVEN R. KIERSH
17                         5335 Wisconsin Avenue, NW
                           Suite 440
18                         Washington, DC 20015

19

20

21

22   Court Reporter:       SHERRY LINDSAY
                           Official Court Reporter
23                         U.S. District & Bankruptcy Courts
                           333 Constitution Avenue, NW
24                         Room 6710
                           Washington, DC 20001

25
```

```
 1                    P R O C E E D I N G S
 2              THE COURT:  All right.  The United States v. Sullivan
 3    21 criminal 78.
 4              Counsel, enter your appearances.
 5              MR. BARCLAY:  Good morning, Your Honor.  AUSA Michael
 6    Barclay for the United States.  AUSA Rebekah Lederer is present
 7    but just stepped out for a moment, should be back momentarily.
 8    At counsel table we have our paralegal, Hamdi Mohamed, our case
 9    agent Matt Foulger and in the audience, AUSA Free as well.
10    Rachel Free.
11              THE COURT:  All right.
12              MR. KIERSH:  Good morning, Your Honor.  Steven Kiersh
13    on behalf of John Sullivan.  And Mr. Sullivan is present in the
14    courtroom today.
15              THE COURT:  Obviously, we are even more behind than I
16    thought we were going to be running.  But we completed the
17    closing arguments yesterday, but I could not instruct until
18    this morning because we went past 5 yesterday in the closings.
19    What I propose to do is give you some oral rulings on the
20    government's motions and then see if the defendant has any
21    additional argument you want to make on your pretrial motions.
22    We do have the jury venire waiting.  And I propose to go ahead
23    and ask the initial questions of the venire before we break for
24    lunch and then release many of the jurors and reserve for the
25    individual voir dire some jurors that we could go through
```

1    individual questioning this afternoon, but not hold everybody

2    for the entire day, so I don't get charged for the entire panel

3    for the whole day.

4         But starting with the government's pretrial motions,

5    and the proposed voir dire that you all have agreed upon looks

6    okay to me.  So I don't have any heartburn with any of the --

7    and the joint statement of facts and the witness list you all

8    have agreed upon.  So I think we are okay with getting started

9    with all of that.  In terms of the pretrial motions, the

10   government's omnibus motion at ECF 88.  I will start with the

11   government request.  I will prevent Mr. Sullivan from

12   cross-examining witnesses regarding security-related topics,

13   specific exact locations of Capitol Police, security cameras

14   and Secret Service protocols.  The government's request is

15   granted without objection.

16        Second, the government requests a ruling on the First

17   Amendment does not bar introduction of Mr. Sullivan's statement

18   and conduct as proof of incident offense.  That request is

19   granted.

20        As the Court explained in *US v. Chansley*, 525 F.

21   Supp. 3d 151, the government may offer protective speech and

22   conduct into evidence to establish the elements of a crime or

23   to prove motive or intent.  The First Amendment does not bar

24   the government from offering such evidence.  The government

25   also seeks a ruling prohibiting Mr. Sullivan from arguing to

1    the jury that the charged conduct is protected by the First

2    Amendment or that the First Amendment otherwise entitles him to

3    acquittal.  That request is also granted.  Mr. Sullivan seems

4    to believe he had a First Amendment right to enter the

5    restricted area of the Capitol grounds, the Capitol building to

6    record events and share those recordings with others.  But the

7    First Amendment does not bar the government from temporarily

8    restricting access to public forums under circumstances like

9    those surrounding the electoral college certification.  For

10   example, this Court's decision in *Mahoney versus U.S. Marshals*

11   *Service*, 454 F. Supp. 2d at 21 and the statute that

12   criminalizes entering or remaining in such an area without

13   permission or engaging in disorderly or disruptive conduct

14   therein punishes conduct not speech, for example, in *U.S. v*

15   *Baez,* 21 criminal 507, ECF number 43.

16          For these reasons judges in this circuit have

17   consistently upheld the offense charged in this case against

18   facial and as applied First Amendment challenges.  The Court

19   also directs the parties to *U.S. v. Rhine,* 21 criminal 687, ECF

20   number 79; *U.S. v. Bru,* B-R-U, 21 criminal 352, ECF number 65,

21   in my own decision in *U.S. v. Bingert,* 605 F. Supp. 3d 111.  In

22   light of these authorities, Mr. Sullivan has not offered a

23   viable factual basis for a First Amendment defense such as

24   evidence that he was, in fact, authorized to enter the Capitol

25   grounds as a journalist.  And this Court will not permit him to

1    raise those arguments to the jury absent such a showing.  Of

2    course, Mr. Sullivan is free to argue he lacked the requisite

3    mens rea for the charged offenses, for example, because he

4    believed his conduct was protected by the First Amendment.  He

5    may introduce that he, in fact, received permission to enter

6    the restricted area after undergoing security screening or

7    receiving an official badge authorizing entry.  But

8    Mr. Sullivan may not argue to the jury that the First Amendment

9    entitles him to acquittal.  Notwithstanding that the government

10    proved the elements of the charged offenses beyond a reasonable

11    doubt.  He should reserve such arguments for a Rule 29 motion

12    at the close of evidence.  The Court will consider such

13    evidence for what they are worth at that time.

14           If borne out by the evidence, the Court may either

15    grant the motion or issue appropriate tailored instructions to

16    the jury depending on what evidence develops.  But at this

17    stage, the -- I don't think there can be blanket First

18    Amendment defense.

19           Third, the government's unopposed request to exclude

20    argument evidence in questioning regarding encouraging jury

21    nullification is granted.

22           Fourth, the government's unopposed request to exclude

23    evidence and testimony regarding the volume, nature, timing of

24    discovery or the volume and type of federal resources used in

25    the investigation and prosecution of the case is granted.

1          Fifth, the government's request that I prohibit

2   Mr. Sullivan from introducing reputation, opinion or specific

3   acts evidence of his generally good character, including

4   evidence that he is generous, charitable, family oriented,

5   religious or participates in the community is granted with

6   respect to specific acts evidence, because his character is not

7   an essential element of any of the charges.  Such evidence

8   would be inadmissible under Rule 405 -- Rules of Evidence

9   405(b).

10          It is also granted with respect to reputation opinion

11   evidence that he is generous, charitable, family oriented,

12   religious or participates in his community because those

13   character traits are not pertinent to the charged offenses

14   under Rule of Evidence 405(a).  But character or opinion

15   evidence that he is lawful, peaceful and non-violent may be

16   admissible subject to other evidentiary objections, because

17   those character traits may be pertinent under *U.S. v.*

18   *Carpenter,* 21 criminal, 305 ECF 78.  So evidence that he is

19   lawful, peaceful and nonviolent, I think are in a category

20   where character evidence could be traits that would be

21   admissible.

22          Sixth, the government's unopposed request to exclude

23   evidence of his claim ignorance of the law is granted.

24          Seventh, the government's unopposed request to

25   exclude evidence of penalties and collateral consequences that

1   he might face if he is convicted is granted.

2            Eighth, the government's request that his statements

3   be ruled admissible as non-hearsay as Federal Rule of Evidence

4   801(d)(2) when offered by the government is granted.  When

5   offered by the government his statements are of a non-hearsay

6   party opponent and may be offered for the truth of the matter.

7            The government asked me to prevent Mr. Sullivan from

8   offering his own statements under 801(d)(2), that is also

9   granted.

10           Offering his own statements under -- whether there is

11  any hearsay or any other purpose asserted, I don't know if he

12  will seek to offer any such statements other than for the truth

13  asserted.  But if they fall under some other hearsay exception,

14  we can see that at the time.

15           Ninth, the government requests that I take judicial

16  notice in Article II, Section 1 of the constitution, the

17  Twelfth Amendment and 3 U.S.C. 15 to 18 permit copies of those

18  being admitted at trial without objection.  That request is

19  granted.  The government also requests that the congressional

20  record memorializing the congressional proceedings taking place

21  January 6 be deemed authenticated pursuant to Federal Rule of

22  Evidence 9025, that request is also granted, since that

23  congressional record is a book, pamphlet or other publication

24  purported to be issued by a public authority and is self

25  authenticating.

1          On Mr. Sullivan's motions, first, the government

2     filed a Rule 404 motion at ECF 87, which Mr. Sullivan opposed

3     to exclude the proffer of prior acts evidence.  The government

4     may seek to introduce that evidence at trial with certain

5     limitations.  The D.C. Circuit in *U.S. v. Bowie*, 232 F.3d at

6     923 says, 404(b) is a rule of inclusion rather than exclusion.

7     If prior acts of organizing in, reacting to a protest may be

8     probative of motive, intent, absence of mistake, evidence of

9     these protests may show his supported violent action against

10    the government, intent to disrupt and impede government

11    business, engaging the alleged conduct purposely and not with

12    inadvertence or mistake.

13          Mr. Sullivan has indicated he wouldn't intend to

14    argue he lacked the requisite intent, because he attended the

15    Capitol riot as a journalist but the evidence of those other

16    protests may be responsive to that defense if he organized

17    those other protests as a protester.

18          I don't think that 403 would require the Court to

19    prohibit those other actions.  And that could not lead the

20    Court to say that those other activities, to the extent he was

21    engaged in protest activities himself, would not be admissible

22    since, as I said, 404(b) is intended to be inclusive, not

23    exclusive.  The government alleges that, as a participant in an

24    antipolice protest organized by Mr. Sullivan, that there was a

25    bystander who was shot.  Obviously, there is no -- that would

1    be substantially more prejudicial than probative and would

2    exclude any evidence of that.  And that would have no bearing

3    and 403 would certainly outweigh any evidence of someone being

4    shot at the prior protest.  That would not be something that

5    would have any -- 403 would outweigh any possible relevance

6    under 404.

7            Second, Mr. Sullivan moved to suppress oral

8    statements he made to the FBI during the interview at his

9    house.  That has to be denied.  I have seen this same question

10   presented in other cases.  I don't think an evidentiary hearing

11   is necessary because the facts are not really in dispute just

12   the legal significance.  Based on the undisputed facts and the

13   factors laid out by the Supreme Court and *Howes v. Fields,* 565

14   U.S. 499, Mr. Sullivan was not in custody for purposes of

15   *Miranda.*  His statements were voluntary.  The entire interview

16   took place inside Mr. Sullivan's home.  Mr. Sullivan invited

17   the FBI agents into his home after they asked him for

18   permission to enter.  The agents did not forcibly enter his

19   home pursuant to a search warrant.  They did not make a show of

20   force such as drawing weapons or deploying military-style

21   equipment.  He was not under arrest at that time of the

22   interview.  He was not arrested after the interview.  He was

23   not physically restrained during the interview.  He had

24   advanced notice the FBI was coming.  He had spoken with the FBI

25   personally recently and indicated he was willing to speak with

1    them, share footage he had filmed on January 6.  The agents

2    called and texted him before arriving at his home.  The

3    interview itself was cordial and lasted only 35 minutes.  He

4    answered several questions.  A reasonable person would have

5    felt free to terminate the interview at any time under *U.S. v.*

6    *Copper*, 949 F.3d 744, the D.C. Circuit found that the suspect

7    was not in custody, despite being subjected to significantly

8    more coercive circumstances than those alleged here.

9              Indeed, the environment created by the FBI agents

10   here in Mr. Sullivan's home was nothing like the station house

11   environment at issue in *Miranda*.  Mr. Sullivan asserts that he

12   was in custody because the FBI had previously represented to

13   him that it was interested in footage of January 6 not because

14   he was a suspect.  But the FBI agents' subjective person is

15   actually legally irrelevant, even if Mr. Sullivan was mistaken

16   in his belief and maybe what he was told by the FBI, a

17   reasonable person under these circumstances would have felt

18   free to terminate the interview and terminate the encounter,

19   deny the access to the home by the FBI.  So I find that the

20   statements are voluntary and did not require a Miranda warning

21   or otherwise.

22             Third, Mr. Sullivan moved to dismiss Count 8.  That

23   request at ECF 47 is now denied as moot, since I have already

24   granted the government's motion to dismiss Count 8.

25             Fourth, Mr. Sullivan moves to dismiss Count 1.  That

1    is at ECF 62, 64 to 71 and that is denied.  The D.C. Circuit's

2    opinion now in *U.S. v. Fischer*, 64 F.4th 329, has held that 18

3    U.S.C. 1512(c)(2) encompasses all forms of obstructive acts and

4    is not limited to obstructive conduct.

5           With respect to tangible evidence, *Fischer* is binding

6    precedent on this Court.  There is no reason for me to depart

7    from its holdings, so there is really no reason to -- to hear

8    further argument on it.

9           Fifth, Mr. Sullivan moved to change the venue.  That

10   request appears at ECF 84.  It is denied for the reasons stated

11   in Judge Howell's opinion denying a similar motion in *U.S. v.*

12   *Herrera*, 21 CR 619 at ECF 54.  Several judges have already

13   rejected Mr. Sullivan's arguments in well reasoned and

14   persuasive decisions which the defendant here has not

15   distinguished or even discussed.  This Court agrees with those

16   decisions and finds their rationale is persuasive here.

17          There is no presumption of juror prejudice under any

18   of the *Skilling* factors.  The population of DC is large enough

19   to impanel an impartial jury.  The mere existence of extensive

20   and hostile media coverage of January 6 is not sufficient to

21   presume prejudice.  This coverage has been national in nature,

22   which means any juror drawn from any district has been exposed

23   to the same nationwide news coverage, therefore susceptible to

24   the same risk of bias.  There has been some news coverage

25   apparently of Mr. Sullivan specifically.  But he is not a high

1  profile January 6 defendant.  He has not been the subject of

2  any significant news coverage since early 2021 as far as I

3  know.  And in any event, I can weed out jurors who are familiar

4  with him during voir dire.  Two years have passed since

5  January 6 and any prejudice from local publicity I should be

6  able to surface during voir dire.  So the motion to change

7  venue is denied.

8         Sixth and, finally, Mr. Sullivan moved to dismiss for

9  selective prosecution.  Now, he concedes that motion at ECF 89

10 is completely annulled since President Trump has now been

11 indicted himself.  There is no factual or legal basis now for

12 that selective prosecution claim.

13        So I think that, from my notes, takes care of the

14 pending motions.  If I have missed anything, I certainly am

15 willing to further hear anything about them.  But in the

16 interest of time and not keeping the jury panel waiting, I

17 decided to to go ahead and get that done.  Mr. Kiersh, I know

18 that is pretty summary but -- and not my preferred method of

19 proceeding either.  But I don't like to keep jurors waiting

20 forever either.

21        MR. KIERSH:  Understood.  Just one other matter.

22        At the last hearing, we isolated a number of

23 photographs.  And I understand the Court is ruling on the

24 404(b) related to weapon possession with respect to

25 Mr. Sullivan.  And we would move for exclusion of those

1    evidence, notwithstanding the Court's ruling as generally

2    admissible as 404(b) but as 403.

3              THE COURT:  Hand them up.

4              MR. KIERSH:  That the prejudicial effect of the

5    photos of Mr. Sullivan with the handgun and the AR15 is so

6    prejudicial.

7              THE COURT:  Hand those up, would you?

8              What is the government's argument about them?

9              MS. LEDERER:  Your Honor, those still photographs are

10   also part of a video.  That video was entitled "How to Dress

11   for a Protest."  And within that video, he discusses --

12   Mr. Sullivan, the defendant, discusses the types of outfits and

13   different gear that he wears to protests, also different

14   weapons that he brings to protests.  The guns are all legally

15   owned, so there is no issue there.  But based off of the fact

16   that this ties back into the government's overall argument.

17   The defendant is not a journalist.  He is a professional

18   activist and protester.  And he has information out there that

19   he posts for the public of how to engage in protest that might

20   also ratchet up to the level of a riot.

21             THE COURT:  Tell me more about it.  When was this?

22             MS. LEDERER:  This video was posted on December 5th,

23   2020.  The video was located after a search warrant was

24   executed and devices were extracted.  This video is of the

25   defendant dressed in all black.  Throughout the course of this

1  video, the video is about 20 minutes approximately.  The

2  government does not plan to play the video in its full.  The

3  government plans to only play the first minute where the

4  defendant discusses, this is how you dress for a protest, you

5  wear these different items.  And we'll jump through to each

6  item that he introduces, including body armor, all black, the

7  balaclava or Pooh Shiesty, the firearms that he brings with him

8  and how he uses them to -- and he points the gun at the camera

9  at one point, "To stay ready if anyone tries him."  Then also

10  at the conclusion of the video, he also produces a knife.  The

11  defendant is charged with having a knife on Capitol grounds.

12          During the course of the investigation, video

13  evidence from the Capitol when the defendant is outside the

14  House main chamber doors, the defendant says, "I have a knife,

15  I have a knife."  And he holds up a black object with white

16  writing on the handle.  If you look at the "How to Dress for a

17  Riot" video, when the defendant produces that knife, it has the

18  same white writing on the handle.  So we have to use that video

19  to tie the fact that the defendant did have a knife on

20  January 6, but also plays into the 404(b).  The defendant is

21  not a journalist.  He knew exactly what he was doing that day

22  and he was prepared and also dressed in all black to go to a

23  protest and a riot.

24          THE COURT:  All right.  I am going to have to review

25  that in connection with what other evidence you have.  So I am

1    going to reserve ruling on it.

2                MS. LEDERER:  Your Honor, I can also direct you to

3    the exact exhibit number.  The government has previously

4    provided your chambers with all of the exhibit numbers for this

5    case.  So if I can step back and have a moment, I will direct

6    Your Honor to the exact exhibit number.

7                THE COURT:  Okay.  All right.  In the meantime, any

8    other issues we need to bring before I bring in the jury panel?

9                MS. LEDERER:  Your Honor, as I am looking for that

10   number, I just wanted to let you know that we did update the

11   exhibit list.  Counsel and I had been working through some

12   potential stipulations.  Unfortunately, we didn't reach any, so

13   he filed a 902(14) notice yesterday to eliminate the need for

14   the digital device extractor to come in and testify.  Counsel

15   and the government can talk more about that.  But we put that

16   extractor's name on the witness list, just in case there is any

17   issues.

18               THE COURT:  Okay.  Can I have the latest witness list

19   then that I am going to read from?

20               MS. LEDERER:  Your Honor, I have multiple copies.

21   How many copies would you like?

22               THE COURT:  I'm worry?

23               MS. LEDERER:  I have multiple copies.  Would you like

24   more than one?

25               THE COURT:  Just one.

1          MS. LEDERER:  Your Honor, the exhibit number for the

2    how to dress for a protest is 1002.3.  Your Honor, the

3    government also brought in an updated statement of the case to

4    remove Count 8, if Your Honor would like that.

5          THE COURT:  Of each?

6          MS. LEDERER:  The government brought in a new

7    statement of the case, because we removed Count 8, the old one

8    that we had submitted.

9          THE COURT:  I have that.

10          MS. LEDERER:  I didn't know if you wanted a new one

11    or not.

12          MR. KIERSH:  Your Honor, if I could take a moment

13    with the 902s section notice that was filed, the issue we have

14    is not with authentication, the issue is with relevancy on some

15    of the matters.  And I would direct the Court's attention to --

16    it is the report of examination, page 4 of 5.  It is the

17    second-to-last page on the document that the government

18    introduced.

19          And in there, there is two matters that raise

20    concerns for us.  One is the Proud Boys leader admitting to

21    burning the flag, three videos and four graphics.  And we would

22    move under 403 to not allow that.  And also the Paris protests,

23    there are eight videos and we would move the court exclude

24    those videos also under 403.

25          MS. LEDERER:  Your Honor, I will make part of this

```
 1    easy, we do not at this time plan to use in at least the case
 2    in chief the Paris videos.
 3                 THE COURT:  Okay.
 4                 MS. LEDERER:  So we don't have to worry about that
 5    for now.  And if you could give us the Court's indulgence, we
 6    will double check on the Proud Boys.  I do not believe right
 7    now that is intended to be introduced in our case in chief.
 8    Until we take one more look at it, I don't want to make that
 9    affirmative statement.
10                 THE COURT:  All right.
11                 (The jury is seated.)
12                 THE COURT:  All right.  Good morning, ladies and
13    gentlemen.  Welcome to Courtroom 15.  I am Judge Royce C.
14    Lamberth.  I will be the presiding judge in this case.  You
15    have been called to this courtroom for possible selection in a
16    criminal case called, *United States versus John Sullivan.*  If
17    all of you will please stand, the clerk will swear you in and
18    then we'll proceed.  If you will raise your right hands.
19                 THE COURTROOM DEPUTY:  Do you solemnly affirm and
20    declare that you will well and truly answer all questions
21    propounded to you and this you do under the pain and penalty of
22    perjury?  If so, say I do.
23                 A JUROR:  I do.
24                 THE COURT:  You may be seated.
25                 The purpose of jury selection is to select jurors who
```

1    have no prior knowledge of the case and no bias toward either

2    side in the case.  In short, it is our aim to select a jury

3    that will reach a verdict solely on the evidence presented in

4    this courtroom and the law as I instruct you.  During this

5    process, you'll be introduced to the participants in the trial.

6    I will ask you a series of questions that the lawyers and I

7    think will be helpful to us in selecting a fair and impartial

8    jury.  You, of course, are bound by the oath you have just

9    taken to truthfully answer those questions.  You all should

10   have a sheet of paper and a pen, I hope.  Please write down

11   your jury number on the appropriate part of the sheet at the

12   top right, I hope, on the sheet of paper you have in front of

13   you.

14           If you have a yes answer to a particular question,

15   indicate on your sheet an X in the appropriate block.  Don't

16   answer why you have a yes answer.  After I read all of the

17   questions, we'll collect your sheets and then I am going to

18   call you back to the bench.  I will have you all wait in the

19   other jury room and I will call you back individually to the

20   bench and question you one by one on the following questions.

21   Some of the questions have personal information.  And I don't

22   mean to, in any event, embarrass or do anything that would

23   cause any embarrassment to any member of the jury.  But we do

24   want to have candid answers to the questions as we go through

25   this process.  It will be a process that will probably take us

1    all of today and part of tomorrow.

2            So please be patient as we go through the process.

3    We have been doing this for a while now with what you will find

4    out is going to be one of the January 6 cases.  And we have

5    learned how to go through the process and try our best to pick

6    a fair and impartial jury to hear these cases.

7            I am going to ask you what may appear to be some

8    personal questions in an attempt to get your viewpoint about

9    things.  It is important that you be entirely straightforward

10   with us in your responses, so that we may more easily select a

11   jury for this particular case.  This is a criminal case

12   entitled, *United States versus John Sullivan*.  It arises out of

13   the events at the US Capitol on January 6, 2021.

14           The government has alleged that Mr. Sullivan

15   committed seven crimes connected to Congress' meeting at the

16   United States Capitol on January 6, 2021 to certify the

17   electoral college vote for president, as well as relating to

18   the FBI's subsequent investigation of Mr. Sullivan.

19           First, he is charged with the obstructing an official

20   proceeding for allegedly interfering with the Congress'

21   meeting.  Second, he is charged with the obstructing officers

22   during a civil disorder.  Third, he is charged with entering

23   and remaining in a restricted building or grounds with a

24   dangerous weapon.  Fourth, he is charged with disorderly or

25   disruptive conduct in a restricted building or grounds with a

1    dangerous weapon.  Fifth, he is charged with unlawful

2    possession of a dangerous weapon on Capitol grounds or

3    buildings.

4         Six, he is charged with disorderly conduct in a

5    Capitol building.

6         And, seventh, he is charged with parading,

7    demonstrating in a Capitol building.

8         Mr. Sullivan has pleaded not guilty to all of the

9    charges.

10         Having heard a brief description of the case, does

11    any member of the jury panel know or have heard anything about

12    this particular case?  If so, check X for yes on number 1 in

13    the box.

14         For question 2, the government in this case is

15    represented by Assistant United States Attorney Rebekah Lederer

16    who will now stand.  And I will ask if you or member of your

17    family know Ms. Lederer, Assistant United States Attorney

18    Michael Barclay, who is now standing; paralegal Hamdi Mohamed

19    who is now standing; and FBI Special Agent Matthew Foulger, who

20    is now standing.  Any of you know any of those four individuals

21    for the prosecution team, please check yes, X, in number 2 on

22    your questionnaire.

23         Mr. Sullivan in this case is number 3 on the

24    questionnaire.  You will check X if you know Mr. Sullivan.  I

25    would ask Mr. Sullivan to now stand.  And any of you recognize,

1    to your knowledge, any of your family or friends know

2    Mr. Sullivan.  He is from Salt Lake City area in Utah.

3    Mr. Sullivan can be seated.  Mr. Sullivan is represented in

4    this matter by Steve Kiersh, who is now standing.  He is an

5    attorney who practices here in Washington.  To your knowledge,

6    any of your family or friends know Mr. Kiersh or ever been

7    represented by Mr. Kiersh?

8                Thank you, Mr. Kiersh.

9                That is number 3, if any of you have an affirmative

10   to either Mr. Sullivan or Mr. Kiersh, put an X in number 3.

11               Number 4 is the expected list of witnesses.  These

12   are witnesses we think will be called in the trial.  From US

13   Secret Service Elizabeth Glavey; from US Capitol Police

14   Inspector Thomas Loyd; Former Senate Secretary General Counsel

15   Dan Schwager; US Capitol Police Officer Adam Willem,

16   W-I-L-L-E-M; former Capitol Police Officer Kyle Yetter; FBI

17   Supervisory Special Agent Benjamen Binger; FBI Special Agent I

18   just told you, Matt Foulger here.

19               At trial, the parties may call or refer to the

20   following other witnesses, FBI Special Agent Edward Ferriter,

21   Task Force Officer Matthew Anderson, Jade Sacker.  Any of you

22   recognize any of those names, if you do, please put an X in box

23   number 4.

24               For number 5, please look around the gallery.  Do you

25   know any other member of the jury panel that you recognize

1    anybody on the jury panel that you are here with today?

2    Sometimes people know each other.

3           Number 6, if you look at me and my courtroom deputy,

4    my courtroom clerk, any of you know me, I am Judge Royce

5    Lamberth.  Sometimes I get a prior juror in my panel.  Not too

6    often.  I doubt if you know my clerk or my courtroom deputy,

7    but you could.  Put 6 if you do.

8           The next few questions are going to relate to you or

9    any member of your immediate family or close friends.  So that

10   was number 7, so I am going to go to 8.  Eight is have you,

11   member of your immediate family or close friend ever worked in

12   any capacity for any type of law enforcement agency.  So this

13   is you, member of your immediate family or close friend worked

14   in any law enforcement agency, that includes police department

15   in or outside DC, special police officers, prosecutors offices,

16   such as state's attorney, US Attorney, Park Police, Department

17   of Justice, Homeland Security, sheriff's department, any other

18   federal, state or local law enforcement agency, you or member

19   of your family or friends.  That is what I will follow up on if

20   you or a member of your family or friends worked in law

21   enforcement.  That is number 8.  Put an X there.

22          Number 9, have you, member of your family or close

23   friend ever in the last five years belonged to any group or

24   organization that is active in law enforcement, crime

25   prevention or victim support or advocacy.  So that could

1   include crime watch, crime stoppers, orange hats, neighborhood

2   watch groups, Fraternal Order of Police or other groups

3   relating to crime or crime victims.  So that would be number 9,

4   you or immediate family or close friend.

5            Number 10, you or immediate family or close friend

6   ever gone to law school, worked as a lawyer, worked in a law

7   office.  That is number 10.

8            Okay.  Number 11, have you or family member,

9   immediate family member or close friend ever worked, received

10  training, in media or print media, attended school for

11  journalism or worked in journalistic capacity for a media

12  outlet.  You or member of your immediate family or close

13  friend, print or media, or journalism or attended journalism

14  school.  That was 11.

15           Twelve is one of the reasons why we do this

16  individually.  Without everybody present, have you, a member of

17  your immediate family or close friend, ever been arrested for,

18  convicted of or charged with a crime, excluding traffic

19  offenses?

20           You, member of your immediate family or close friend,

21  ever been arrested for, convicted of or charged with a crime?

22           And 13, have you, family member or close friend ever

23  been victim or witness to a crime?  That is 13.

24           Fourteen, do you live or work near the US Capitol?

25  That was 14.

1          Fifteen, does anyone you are close to, live or work

2     at or near the US Capitol?

3          Sixteen, were you, a family member or close friend,

4     present at or near the US Capitol on January 6, 2021?

5          That is 16.

6          Seventeen, did any of you watch the events at the US

7     Capitol on live TV at the time?  That is 17.  Watch the events

8     live.

9          Eighteen, I will be instructing you at the end of the

10    trial that the testimony of a law enforcement agency or officer

11    should be treated the same as the testimony of any other

12    witness.  The jury should not give either greater or lesser

13    weight to the testimony of a witness simply because that

14    witness is a law enforcement officer.  Does anyone have such

15    strong feelings about law enforcement, either positive or

16    negative, that would make it difficult for you to follow that

17    instruction?  That is number 18.

18          Number 19, have you ever served on a jury, whether

19    grand jury or trial jury in federal or in state court, ever

20    served on a jury before?  That is number 19.

21          Since you live in DC you know many of you are going

22    to have an answer yes to that.  Super Court it seem like you

23    get called pretty often.

24          Let me tell you about the likely schedule.  Today is

25    Tuesday, November 7th.  We will sit Wednesday and Thursday.

1    Friday is a holiday.  Then we'll continue the trial some days

2    next week.  We do expect to finish it next week.  It will

3    take -- we'll generally sit from 10:00 to 5:00 each day.  We'll

4    generally take a lunch break from 12:30 to 1:45 each day.  We

5    will begin deliberating before the end of next week.  Once you

6    begin deliberating, how long your deliberations will last will

7    be up to the jury.  We won't meet past 5:00.  We won't meet on

8    weekends.  We won't meet this Friday, because it is a holiday.

9    But knowing this schedule, question 20 is, would serving as a

10   juror pose such an extreme hardship that you want to talk to me

11   about the possibility of being excused from jury service, then

12   put an X in number 20.

13           Twenty-one, is do you have a health or physical

14   problem that would make it difficult for you to serve on this

15   jury?

16           Twenty-two, you are to decide this case based solely

17   on the evidence presented in court and not based on anything

18   you may have learned about it from outside sources, such as the

19   news or social media.  Can you set aside what you have learned

20   about January 6 and any opinions you may have already formed

21   about people charged with criminal conduct in relation to those

22   events when considering the evidence in this case?

23           In other words, many of us around the country, as

24   well as here in DC, have read about January 6, but we don't

25   know as we start this trial what this defendant did that day,

1    whether he did anything that was illegal or not.  Is there

2    anything you have learned or read that -- where you couldn't

3    just be fair and impartial when we start this trial?  I will

4    ask you a question about that, but if you think about that, any

5    reason you couldn't decide whether this defendant did something

6    illegal?

7            I am going to ask you that specific question in

8    another one here.  Can you set aside whatever you learned about

9    January 6, do you or someone you know have any direct or

10   indirect connection to events at the US Capitol on January 6?

11   That is 23.

12           24, have you been following the investigation of the

13   events of January 6, 2021 at the US Capitol in the news media

14   or on the internet?

15           And 25 is the other question I was talking about

16   there.  Do you have any strong feelings or opinions about the

17   events that took place at the US Capitol on January 6 that

18   would make it difficult for you to serve as a fair and

19   impartial juror?  That is a very key question.  Could you be a

20   fair and impartial juror or do you think that would be

21   difficult?  Because I want to follow up on that.  If you have

22   any problems at all about whether you could be fair and

23   impartial, I want to talk to you about it.  I want to talk to

24   you individually.  Don't be bashful.  We can have a

25   communication about it without everybody else here.  That is

1   25.  Very important question.

2          Twenty-six, were you, any members of your family or

3   any close friends directly affected by the events at the US

4   Capitol on January 6?

5          Twenty-seven, have you ever watched video of John

6   Sullivan relating to January 6, 2021 on the news, on the

7   internet or any other way?

8          Twenty-eight, have you ever read any articles about

9   or interviews of John Sullivan relating to January 6, 2021 on

10  the internet, social media platforms or any other way?

11         Twenty-nine, are you aware of or do you know anyone

12  who is affiliated with Insurgence USA or Jayden X?

13         Thirty, have you ever watched any videos made by or

14  about Mr. Sullivan, Jayden X or Insurgence USA, regardless of

15  whether they relate to January 6, 2021?

16         Thirty-one, no matter what you have heard or seen

17  about the events at the US Capitol on January 6, 2021, and not

18  what opinions you may have formed, can you put all of that

19  aside and decide this case only on the evidence you received in

20  court, follow the law and decide the case in a fair and

21  impartial manner?  That is 31.

22         Thirty-two, are you able to read, speak and

23  understand the English language?

24         Thirty-three, do you have any trouble seeing or

25  hearing?

1      Thirty-four, do you have any trouble paying attention
2  for long periods of time?
3      Thirty-five, do you take medication or suffer from
4  any physical pain that makes it difficult for you to sit and
5  focus for long periods of time?
6      Thirty-six, do you hold any moral, social, political,
7  philosophical, religious or any other beliefs that would
8  interfere with your ability to assess the facts and return a
9  fair and impartial verdict based solely upon the evidence?
10      Thirty-seven, have you ever found a lawsuit or had a
11  lawsuit of any kind filed against you by anyone in court?
12      Thirty-eight, do you have any opinions concerning the
13  following, which would affect your ability to be a fair and
14  impartial juror?  A, criminal prosecutors; B, criminal defense
15  attorneys; C, FBI agents; D, the federal government in general;
16  E, law enforcement; F, a criminal -- a defendant accused in a
17  criminal case.  Any opinions concerning the following that
18  would affect your ability to be a fair and impartial juror
19  about any of those?
20      Thirty-nine, if you are selected as a juror in this
21  case, I will instruct you to avoid all media coverage,
22  including radio, television, podcast and social media and not
23  to use the internet with regard to this case for any purpose.
24  That is, you will be forbidden from reading newspaper articles
25  about this case, listening to radio and podcast stories about

1    this case, watching TV news about this case, Googling this case

2    or any of its participants, blogging or tweeting about this

3    case or reading or posting comments about this case on any

4    social media sites.  You have any reservations or concerns

5    about your ability or willingness to follow my instruction?

6              Forty, judges -- the jurors here are the sole judges

7    of the facts.  However, the jury must follow the principles of

8    law as instructed by me.  The jury may not follow some rules of

9    law and ignore others.  Even if the jury disagrees or dislikes

10   the rules of law or does not understand the reasons for some of

11   the rules, it is their duty to follow them.  Do you have any

12   personal beliefs that would make it difficult to follow my

13   legal instructions, whatever they may be?  That is number 40.

14             Number 41, do you disagree with the principles of law

15   during this trial that:  One, the defendant is presumed to be

16   innocent; two, the defendant has a right to remain silent;

17   three, the defendant has no burden whatsoever to establish his

18   innocence; because, four, the government has the burden of

19   proving its case beyond a reasonable doubt?  Does any member of

20   the panel believe they will have difficulty following the

21   Court's instructions on these important principles of law?  If

22   so, put an X on number 41.

23             Number 42, after you have heard all of the evidence

24   if you find that the government has proven beyond a reasonable

25   doubt every element of the charged offense, it is your duty to

1    find the defendant guilty of that offense.  On the other hand,

2    if you find the government has failed to prove any element of a

3    charged offense beyond a reasonable doubt, then you must find

4    the defendant not guilty of that offense.  Would any of you be

5    reluctant or unable to carry out that duty?  Put an X in number

6    42.

7            My final question, number 43, is a catch-all

8    question.  This asks whether there is any other reason I

9    haven't already asked you about that might make it difficult

10   for you to sit fairly, impartially and attentively as a juror.

11   Is there some other reason that would make it difficult for you

12   to sit as a fair and impartial juror in the trial of this case?

13   Then answer with an X to 43 and I will follow up with you when

14   I talk to you individually.

15           So with that, I am going to excuse you for lunch.

16   And we'll keep five of you here now to start the individual

17   questioning.  Let me consult my courtroom deputy about --

18           (Pause.)

19           THE COURT:  All right.  If you will leave your papers

20   where you are, I will collect them here.  I am going to release

21   30 of you to come back tomorrow at 10, but 30 of you are going

22   to have to stay here to do the questioning this afternoon at

23   2:00.  But if you will follow her out -- my courtroom deputy

24   out in the hallway, she will give you specifics how we are

25   going to do this.  I think we can get through 30 this afternoon

1 starting at 2:00, the 30 we are going to keep here will have

2 lunch downstairs.  And I will start doing the individual

3 questioning here.  I hope by the nature of the questioning, you

4 will see why I am doing it this way.  I don't mean to embarrass

5 or do anything to any individual juror, but I do want to go

6 into depth with each individual juror about your qualifications

7 to fairly serve and give both sides an opportunity to get to

8 know a little bit more about each of you.

9          At the end of this process, we want to have a fair

10 and impartial jury decide this case.  Thank you all.  Without

11 good citizens like you, we could not fairly and impartially

12 administer justice in our community.  So on behalf of the Court

13 and the community, I thank all of you for coming down today and

14 doing your duty as good citizens.  And I commend all of you for

15 your service.  I hope to see all of you again.

16          The panel itself will be excused and I will see 30 of

17 you back this afternoon, the rest of you back tomorrow morning.

18 Please leave your sheets where you are.  And we'll collect

19 those so we can start the individual questions.

20          (The jury left the courtroom.)

21          THE COURT:  All right.  Counsel, you have the jury

22 panel sheets from the jury office.  And then my courtroom clerk

23 and my courtroom deputy are collecting those individual sheets.

24 They will make a copy of each set of those for each of you all

25 to use and then we'll start the first five at 2:00.  We'll just

1    go through as many as we can this afternoon and the individual

2    questioning at 2:00.  I have two guilty pleas to get through

3    during the lunch hour.  We'll start at 12:30.

4              I will be in recess.

5              (Recess taken at 12:15 p.m.)

6              THE COURTROOM DEPUTY:  This is the criminal matter

7    21-78, USA versus John Sullivan.

8              THE COURT:  You can be seated.

9              MR. KIERSH:  Your Honor, may I just step out to get

10   Mr. Sullivan?

11             THE COURT:  I'm sorry?

12             MR. KIERSH:  May I step outside to get Mr. Sullivan?

13             THE COURT:  Do you have some lined up?

14             MR. KIERSH:  I'm sorry?

15             THE COURT:  Do you have the first five lined up?

16             All right.  This will be 1299.

17             I have just a few follow-up questions.  You answered

18   one, you friend or family, worked in law enforcement.

19             A JUROR:  I currently am a contractor at the

20   Cybersecurity and Infrastructure Security Agency.

21             THE COURT:  I'm sorry.  I can't hear you.

22             A JUROR:  I am currently a contractor at the

23   Cybersecurity and Infrastructure Security Agency which is part

24   of the Department of Homeland Security.

25             THE COURT:  Okay.  What kind of things do you do

1   there?

2           A JUROR:  I work in their Office of International

3   Affairs.  I deal with engagements from Eastern Europe.

4           THE COURT:  Okay.  And you are a computer geek?

5           A JUROR:  I am not.  I am up there kind of

6   haphazardly.

7           THE COURT:  Kind of tell us some more about your

8   background.

9           A JUROR:  My background.  I studied political science

10  in Eastern European studies, so that is why I am in the Office

11  of International Affairs.  That is my focus.

12          THE COURT:  How long have you been at Homeland?

13          A JUROR:  Since 2019.

14          THE COURT:  Okay.  And as a contractor?

15          A JUROR:  Contractor.

16          THE COURT:  As a contract employee.  Who is your

17  employer?

18          A JUROR:  MetaPhase Consulting.  It is a medium-size

19  contractor company.

20          THE COURT:  Okay.  What is your location?

21          A JUROR:  The offices are in Boston.

22          THE COURT:  Okay.  Does that have any impact on your

23  ability to be a fair juror in a case like this do you think?

24          A JUROR:  No.

25          THE COURT:  No more pro law enforcement than anybody

```
 1    else?
 2              A JUROR:  I don't think it would affect my ability,
 3    no.
 4              THE COURT:  Okay.  The next one was 12, is, you, a
 5    family member, close friend charged or arrested or convicted of
 6    a crime?
 7              A JUROR:  So my -- I was born in Albania.  My parents
 8    were arrested a number of times during the communist
 9    dictatorship there.
10              THE COURT:  Where was that?
11              A JUROR:  In Albania, Eastern Europe.
12              THE COURT:  And then they came here or did they
13    eventually came here?
14              A JUROR:  They came here with political asylum, yes.
15              THE COURT:  About when was that?
16              A JUROR:  In '91 and I joined them in '92.
17              THE COURT:  Okay.  Any of that have any affect on
18    your ability to be a fair juror here, do you think?
19              A JUROR:  No.
20              THE COURT:  Okay.  And then you or a family member,
21    victim or witness to a crime or close friend?
22              A JUROR:  I was held up at gunpoint here in DC a
23    couple of years ago.
24              THE COURT:  On the street?
25              A JUROR:  Yes.
```

```
1              THE COURT:  Anyone apprehended?

2              A JUROR:  No, no one was apprehended.

3              THE COURT:  Were you injured?

4              A JUROR:  No.

5              THE COURT:  Report it to the police?

6              A JUROR:  Yes.

7              THE COURT:  Satisfied with how they responded?

8              A JUROR:  Yes.

9              THE COURT:  Okay.  What was taken?

10             A JUROR:  Nothing actually.  I started yelling for

11    help and eventually he ran away.

12             THE COURT:  And they ran away.  Young kid?

13             A JUROR:  Yes.

14             THE COURT:  Naturally.  They had a gun?

15             A JUROR:  Yeah, a pistol.

16             THE COURT:  You were lucky.

17             A JUROR:  Yeah.  My reaction was probably not wisest

18    in the moment.

19             THE COURT:  Good.  Have you followed the

20    investigation of the events at January 6?  And you said yes.

21    Tell me a little more about that.

22             A JUROR:  Just as they pop up in my news feed.  So

23    when I am scrolling through the news in the morning, sometimes

24    there will be an article related to it.

25             THE COURT:  Okay.  But you -- any reason you couldn't
```

1   set aside whatever news coverage you followed and be a fair and

2   impartial juror if you were seated here?

3           A JUROR:  No.

4           THE COURT:  To what extent have you followed the news

5   coverage?

6           A JUROR:  Like I said, it is usually when I wake up

7   in the morning as I open up my news app and look to the

8   headlines.  So every once in a while there will be a headline

9   related to January 6 and sometimes I click and skip through it

10  and that is about it.

11          THE COURT:  What kind of news things do you look at

12  on your app?

13          A JUROR:  What kind of news things?

14          THE COURT:  Yeah.  You have some regular things you

15  look to?

16          A JUROR:  Yes.  Because of my background, I am

17  particular to news related to Eastern Europe.  But a little bit

18  of everything, I would say, nothing specific.

19          THE COURT:  Okay.  What is your educational

20  background?

21          A JUROR:  I have an undergraduate degree from the

22  University of Michigan and a graduate agree from the school of

23  Foreign Service here in DC.

24          THE COURT:  In?

25          A JUROR:  In East European studies.

1          THE COURT:  Okay.  And if you have a partner, what is

2     their education?

3          A JUROR:  I don't have a partner, no.

4          THE COURT:  Okay.  And how long have you lived in DC?

5          A JUROR:  Since 2013.  2013.

6          THE COURT:  Okay.  And what did you say -- you were 9

7     when you came to --

8          A JUROR:  When I came to the States?

9          THE COURT:  Yeah.

10         A JUROR:  I was 5 years old.

11         THE COURT:  Five, okay.

12         Any follow-up counsel want to ask?

13         (Conference held at the bench.)

14         MS. LEDERER:  Not from the government, Your Honor.

15         MR. KIERSH:  No questions.

16         (End of bench conference.)

17         THE COURT:  Thank you very much.

18         We'll go to 2287.

19         You, a family member or close friend belong to an

20     organization active in law enforcement or crime prevention.

21     What did you have in mind there?

22         A JUROR:  Well, I kind of had -- I don't have a close

23     family member in law enforcement, but I work as a security

24     guard for PG County government.

25         THE COURT:  Where do you work?

1        A JUROR:  I am a security guard for PG County

2    government.

3            THE COURT:  Okay.  How long have you been doing that?

4            A JUROR:  About two and a half years.

5            THE COURT:  Okay.  What did you do before that?

6            A JUROR:  I worked in a warehouse.

7            THE COURT:  In security?

8            A JUROR:  Forklift driver and inventory, shelving

9    stuff.

10           THE COURT:  Okay.  In your security guard position,

11   now did you have some special training or what did you --

12           A JUROR:  Right now I am working up by the Upper

13   Marlboro Jail.

14           THE COURT:  Oh.

15           A JUROR:  At the abandoned vehicles lot.  Where they

16   take vehicles that have been involved in crimes and so forth.

17           THE COURT:  Right.

18           A JUROR:  And I oversee that.

19           THE COURT:  And your employer is Prince George's

20   county or not?

21           A JUROR:  My employer is called E. House Security

22   professionals, but most of the clients are government.

23           THE COURT:  Okay.  Anything about that experience

24   make you more partial or less partial to or for law

25   enforcement?

```
 1                    A JUROR:  Not really, just a job.

 2                    THE COURT:  Okay.

 3                    A JUROR:  I just do my job.

 4                    THE COURT:  I didn't hear that.

 5                    A JUROR:  I just do my job every day, that is all.

 6                    THE COURT:  Okay.  You served on a jury before.  When

 7      was that?

 8                    A JUROR:  The last jury I served on was about two,

 9      three years ago.

10                    THE COURT:  Here in DC?

11                    A JUROR:  Yes.  At the petit jury --

12                    THE COURT:  Okay.

13                    A JUROR:  -- over on Indiana.

14                    THE COURT:  What kind of case did they hear?

15                    A JUROR:  If my memory serves me correctly, someone

16      was involved in armed robbery or something.

17                    THE COURT:  Okay.  How long did that trial go?

18                    A JUROR:  Approximately two weeks.

19                    THE COURT:  Okay.  And the jury reached a verdict?

20                    A JUROR:  Yes.  It has been a long time.  I really

21      can't remember.

22                    THE COURT:  Anything about that experience have any

23      effect on whether you could be a fair juror here?

24                    A JUROR:  No.  I just do the best I can.

25                    THE COURT:  Okay.  And 32 is are you able to read,
```

1    speak and understand the English language.  You said yes.

2    Okay.

3              A JUROR:  Yes.

4              THE COURT:  Any reason if you were seated here you

5    cannot be a fair and impartial juror here?

6              A JUROR:  I just do the best I can.

7              THE COURT:  Okay.  What is your educational

8    background?

9              A JUROR:  I have two years of college.

10             THE COURT:  Okay.  And are you -- okay.  If you have

11   a partner, what is their occupation?

12             A JUROR:  I am single.

13             THE COURT:  Okay.  And how long have you lived in DC?

14             A JUROR:  I grew up in southern Maryland, but I

15   mostly lived in DC most of my life.

16             THE COURT:  Okay.  And you live in DC now?

17             A JUROR:  Yes, I do, by Catholic University.

18             THE COURT:  Okay.  All right.  Let me see if counsel

19   have other questions.

20             (Conference held at the bench.)

21             MS. LEDERER:  Not for the government, Your Honor.

22             MR. KIERSH:  No questions.

23             (End of bench conference.)

24             THE COURT:  Thank you, sir.

25             A JUROR:  Thank you.

```
 1              THE COURT:  Go to 1037.

 2              Let me start with the one about you have strong

 3     feelings or opinions about the events that took place January 6

 4     that might make it difficult.  Tell me a little bit more about

 5     that one.

 6              A JUROR:  I work in news in Washington, DC and I

 7     cover Capitol Hill and the White House and I had a lot of

 8     friends and colleagues who were in the Capitol that day running

 9     for their lives.  Of all of the things I have covered that is

10     probably the scariest point.  I wasn't physically there.  I was

11     1.2 miles away, but I was on my phone working as I could

12     remotely while it was going on.  So of all of the things I have

13     covered, that one really affected my greatly emotionally.  And

14     I have strong feelings about the people who were at the Capitol

15     that day doing the things they were doing.

16              THE COURT:  Okay.  Let me speak to counsel.

17              (Conference held at the bench.)

18              THE COURT:  Any reason to try to qualify him?

19              MS. LEDERER:  No, Your Honor.

20              MR. KIERSH:  No, Your Honor.

21              THE COURT:  Thank you very much.

22              (End of bench conference.)

23              THE COURT:  Thank you very much.  We always

24     appreciate honesty.

25              We'll go to 465.
```

1          You or a member of your family or friends worked in

2   law enforcement?

3          A JUROR:  Yes.

4          THE COURT:  Okay.  Who is that?

5          A JUROR:  My husband works for the FBI.  He is a

6   lawyer and he does cybersecurity policy.

7          THE COURT:  Okay.

8          A JUROR:  And then I also at the very beginning of my

9   career worked for the Nuclear Regulatory Commission.

10         THE COURT:  Pull that up, would you?

11         A JUROR:  Is that better?  The beginning of my

12  career, about almost 20 years ago, I worked at the Nuclear

13  Regulatory Commission.  And during that time I also did a brief

14  stint in the enforcement division there.

15         THE COURT:  Okay.  How long has your husband been in

16  the FBI?

17         A JUROR:  He has been there for probably over 10

18  years.

19         THE COURT:  Okay.

20         A JUROR:  Since before we were married.

21         THE COURT:  Is that headquarters or where?

22         A JUROR:  Yeah.  He is at the Hoover Building at the

23  headquarters in the Office of General Counsel.

24         THE COURT:  And he does cybersecurity?

25         A JUROR:  He does cybersecurity policy.

```
 1              THE COURT:  Has he done any January 6 work, do you
 2   know?
 3              A JUROR:  No, he has not.
 4              THE COURT:  Okay.  His employment there have any
 5   effect on your ability to be a fair juror, do you think?
 6              A JUROR:  No.  We don't talk about our work with each
 7   other.
 8              THE COURT:  And you worked at NRC?
 9              A JUROR:  I did back in 2005.
10              THE COURT:  Where do you work now?
11              A JUROR:  So now am in private practice with the law
12   firm Fenwick & West.  I lead the international trade practice
13   there.  So I work with companies on the other side of the
14   government in a regulatory compliance role.
15              THE COURT:  Okay.  How long have you all been
16   married?
17              A JUROR:  We have been married since 2014.
18              THE COURT:  Okay.  And have children?
19              A JUROR:  Yes.
20              THE COURT:  How old are they?
21              A JUROR:  We have one child and he is 7.
22              THE COURT:  Okay.  What is your educational
23   background?
24              A JUROR:  I went to Principia College for my
25   undergraduate.  That is in Elsah, Illinois.  And then for law
```

1    school, I came out here to Washington, DC where I studied at

2    Georgetown University and I graduated in 2004.

3            THE COURT:  Okay.  Where does your husband go?

4            A JUROR:  He went to the University of South Carolina

5    for law school.  And for his undergraduate, he went to James

6    Madison University.

7            THE COURT:  Okay.  And then how long have you all

8    lived in DC since you all --

9            A JUROR:  I have lived in DC.  I came here for law

10   school, so I moved here in January of 2021.  And he lived here

11   before we met.

12           THE COURT:  Oh, okay.  And other lawyers other than

13   you and your husband?

14           A JUROR:  We are the only ones.

15           THE COURT:  Okay.  Did you watch the events live that

16   day?

17           A JUROR:  I don't think I watched them live.  I

18   checked the box because I think I watched videos on "The

19   Washington Post" covering the event but we don't actually watch

20   television at our house.

21           THE COURT:  Where were you that day?

22           A JUROR:  Working from home.

23           THE COURT:  So it came on?

24           A JUROR:  Yeah.  And my child is home, so we don't

25   play things in front of him.

```
1              THE COURT:  Right.  Okay.  What do you remember about
2      that seeing it that day?
3              A JUROR:  I remember it was quite an event -- very
4      impactful moment.
5              THE COURT:  Right.  In terms of extreme hardship,
6      tell me about that.  You had a question about that.
7              A JUROR:  Oh, yes.  So I wanted to consult with my
8      colleagues to make sure they would be able to cover me.  I
9      maintain a busy practice, so I wanted to make sure that if I
10     were here, that I would be responsible to my colleagues.  So I
11     was able to clear a conflict for Thursday if I need to be here
12     and talked with my colleagues over lunch to make sure they can
13     cover my absence.
14             THE COURT:  Law firms are pretty good about that.
15             All right.  If you were seated here, could you set
16     aside whatever news coverage you have read -- and you answered
17     one question on this, but I just want to be sure I understand.
18     You don't know what this defendant is accused of or what he has
19     actually done, if anything.  Any reason you couldn't be fair
20     and impartial in deciding whether this defendant really did
21     anything wrong that day?
22             A JUROR:  No.  No.
23             THE COURT:  And set aside whatever you have heard
24     outside of this courtroom -- there will be evidence in this
25     courtroom, where you would base your decision -- you're a
```

1    lawyer so you know how to do it fairly and impartially.  Any

2    reason you couldn't be fair and impartial in deciding this

3    case?

4              A JUROR:  I have no concerns about that.

5              THE COURT:  Okay.  Any reason that your husband's

6    employment with the FBI would make this anything different?

7              A JUROR:  No.

8              THE COURT:  There may be somebody from the FBI

9    testifying.  They did investigate it, but the major events of

10   the day, of course, were Capitol Police and Secret Service

11   people, but they were law enforcement.  Does that have any

12   effect on your ability to be a fair juror, do you think?

13             A JUROR:  I don't think so by way of background.  I

14   am often opposite the FBI and Justice Department and --

15             THE COURT:  In things you are doing.

16             A JUROR:  And defend clients against subpoenas from

17   the government, so it is something that I am very comfortable

18   with.

19             THE COURT:  Okay.  Let me see if counsel have other

20   follow up.

21             (Conference held at the bench.)

22             MS. LEDERER:  Not from the government, Your Honor.

23             MR. KIERSH:  No questions.

24             (End of bench conference.)

25             THE COURT:  Thank you very much.

1           We'll go to 4585.

2           I'm sorry.  That doesn't look like -- it must be

3    1985, yeah.  We'll start with 25.

4           A JUROR:  Hi.

5           THE COURT:  You were asked if you have any strong

6    feelings or opinions about the events on January 6 and you said

7    yes.  Tell us a little more about that.

8           A JUROR:  So I --

9           THE COURT:  Hold that up closer, if you would.

10          A JUROR:  I used to work on Capitol Hill and as a

11   staffer.  I don't any longer.  But when I saw the images and

12   the videos it was, you know, upsetting.  Yeah, I'd say also

13   someone who cares about the institutions of government, you

14   know, functioning without interference.

15          THE COURT:  How do you think that might affect you as

16   a member of the jury?

17          A JUROR:  So, of course, I try to be fair.  In the

18   back of my mind it is not something I -- it is something I have

19   thought about a lot after, you know, in the aftermath of the

20   events.  It is not something that has been on my mind lately

21   so, you know, of course, I try to be fair.

22          THE COURT:  Let me ask you a few other questions.

23   You have a member of your family or friend or you worked in law

24   enforcement?

25          A JUROR:  Yeah.  One of my close friends in DC was a

1    DC police officer, is currently a Secret Service agent.

2              THE COURT:  Okay.  And are they working here in DC?

3    What is their -- what kind of thing do they do, do you know?

4              A JUROR:  I mean, I know he is in the Washington

5    field office.  I know they -- I don't know if he is on -- I

6    don't think he is on a specific detail, but sometimes works,

7    you know, on different details.

8              THE COURT:  Okay.  A family member, close friend ever

9    victim or witness to a crime?

10             A JUROR:  About five years ago I was assaulted by a

11   neighbor in my apartment.

12             THE COURT:  Okay.  What happened as a result?

13             A JUROR:  So the case was -- I pressed charges and,

14   you know, the case was brought in -- I guess in DC Superior

15   Court and the defendant was acquitted.

16             THE COURT:  Went to trial?  Did you testify?

17             A JUROR:  (Nodding.)

18             THE COURT:  Satisfied with how it was handled by the

19   authorities?

20             A JUROR:  I mean, I am satisfied with the way it was

21   handled by law enforcement.  I don't know.  I mean, maybe it

22   wasn't the highest priority case.  But, you know, the defendant

23   was -- I guess was a witness also and he lied about what

24   happened, so I wasn't satisfied from that standpoint.

25             THE COURT:  Okay.  The case was civil or criminal

```
1    when it was brought?

2              A JUROR:  Criminal.

3              THE COURT:  Okay.  For assault?

4              A JUROR:  Yeah.

5              THE COURT:  Prosecuted by the US attorney?

6              A JUROR:  (Nodding.)

7              THE COURT:  You live or work near the Capitol?

8              A JUROR:  So for about 10 years, I lived in Navy

9    Yard, so relatively close to the Capitol.

10             THE COURT:  Okay.  And then you or a family member or

11   close friend present at or near the Capitol on January 6?

12             A JUROR:  So I am trying -- I was trying to recall

13   and I am not sure.  One of my friends still works in the

14   clerk's office at the time I answered the question, I thought

15   he was, but I can't say for certain.

16             THE COURT:  On January 6?

17             A JUROR:  Yeah.

18             THE COURT:  And you watched the events live that day.

19   Do you remember what -- what do you remember about that day?

20             A JUROR:  I remember, you know, on the news, I

21   remember the like barricading the House chamber and, you know,

22   broken glass, you know, people, you know, getting over the

23   barricades, you know, defacing property.

24             THE COURT:  Okay.  Where were you?  Working at home?

25             A JUROR:  Yeah, I was working at home that day.
```

```
 1                 THE COURT:  Where were you living then?

 2                 A JUROR:  In Navy Yard.

 3                 THE COURT:  In the Navy Yard?

 4                 A JUROR:  Yeah.

 5                 THE COURT:  And then you served on a jury before?

 6                 A JUROR:  I served on a grand jury also in DC

 7     Superior Court.

 8                 THE COURT:  How long was that?

 9                 A JUROR:  It was three months.

10                 THE COURT:  How long ago was that?

11                 A JUROR:  I think it was in 2015.

12                 THE COURT:  Okay.  What kind of cases did you all

13     have then?

14                 A JUROR:  I think it was about 100 cases in total

15     mostly, like drug, gun, things along those lines.

16                 THE COURT:  A little bit of everything in three

17     months?

18                 A JUROR:  Yeah.

19                 THE COURT:  You know there is different standards of

20     proof.  At the grand jury, it is just probable cause.  You

21     understand there is a different standard here?

22                 A JUROR:  Yes.

23                 THE COURT:  You can follow my instructions on that.

24     What is your occupation?

25                 A JUROR:  I am a contractor at the Department of
```

1    Defense.

2              THE COURT:  Which department?

3              A JUROR:  Department of Defense.

4              THE COURT:  What do you do?

5              A JUROR:  I do congressional relations research.

6              THE COURT:  Okay.  How long have you been there?

7              A JUROR:  About five years.

8              THE COURT:  Okay.  What is your educational

9    background?

10             A JUROR:  I got a undergrad degree at the University

11   of Wisconsin, Madison in political science.  And a grad degree

12   at NYU in international relations.

13             THE COURT:  How long have you lived in DC?

14             A JUROR:  Since 2012.

15             THE COURT:  Okay.  Do you have a partner?

16             A JUROR:  No, I am single.

17             THE COURT:  Okay.  I should say partner or spouse, I

18   guess.

19             A JUROR:  No.

20             THE COURT:  You were asked about someone you know

21   have direct or indirect connection to the events at the

22   Capitol.  What did you have in mind there?

23             A JUROR:  It was the same friend I was thinking of,

24   so I probably, you know, erred on the side of checking it, if I

25   wasn't 100 percent sure.

1      THE COURT:  Okay.  And then tell me about the extent

2  to which you really follow the events of January 6.

3      A JUROR:  So following -- immediately following the

4  events was -- I use -- one of the news sources I use is

5  Twitter, so a lot of, you know, videos of people, you know,

6  were implicated in the events.  So I was definitely following

7  that very closely in the immediate aftermath.  Since then, I

8  would say I haven't followed the news of the trials quite as

9  closely.

10      THE COURT:  Did you follow any of the House

11  investigation?

12      A JUROR:  I did a little bit.  One of my friends -- I

13  guess maybe this is relevant.  One of my friends was on the

14  January 6 committee.  The same friend who worked in the clerk's

15  office.  So he mentioned things about it, but I didn't -- my

16  job currently it is not -- it is not like critical to what I do

17  so --

18      THE COURT:  Okay.  You did say that no matter what

19  you have seen or heard or read about the events and no matter

20  what opinions you formed, you could set it aside and decide it

21  on the evidence you think in a fair and impartial manner; is

22  that right?

23      A JUROR:  Yes.

24      THE COURT:  What is your normal news source -- what

25  kind of things are you reading for your normal -- or looking at

1  for your normal news source?

2          A JUROR:  Well, I have subscriptions to "The

3  Washington Post," "The Wall Street Journal" and --

4          THE COURT:  Okay.

5          A JUROR:  -- then Twitter, you know, follow, you

6  know, political news.

7          THE COURT:  Right.  Okay.

8          You had an answer to the catch-all question too that

9  you wanted to raise some --

10          A JUROR:  Can you remind me what the question was?

11          THE COURT:  Yeah.  Any other reason I haven't asked

12  that might make it difficult for you to sit fairly and

13  impartially and attentively as a juror?

14          A JUROR:  I mean, I think we covered it.

15          THE COURT:  Okay.  Just whether you would really be

16  comfortable sitting in a January 6 case.  Let me ask you the

17  final question then, if you are sitting over there where the

18  defendant was sitting, would you want a juror sitting on your

19  jury that has your mindset or do you think you could be a fair

20  and impartial juror?  If you were sitting where he was sitting,

21  how would you feel about that?

22          A JUROR:  I think if it was a month or two after

23  maybe I wouldn't have been so fair.  But now, you know, a few

24  years later, with the, you know, intervening events, I think I

25  have more impartial perspective.

1          THE COURT:  You don't know and I don't know right now

2    the evidence in this case, what this defendant did or didn't

3    do.  Any reason you cannot figure it out just from the evidence

4    you hear in this courtroom or do you think that would be hard

5    to do?

6          A JUROR:  Is there a reason I couldn't figure out

7    based on the evidence?

8          THE COURT:  Based on the evidence whether he is

9    really guilty or not guilty just based on the evidence and set

10   aside whatever other feelings you might have.

11         A JUROR:  Yeah.  I think I could figure it out based

12   on the evidence.

13         THE COURT:  Okay.  Let me talk to counsel.

14         (Conference held at the bench.)

15         MS. LEDERER:  The government has nothing right now.

16         MR. KIERSH:  No follow up.  Thank you.

17         (End of bench conference.)

18         THE COURT:  Thank you very much.

19         We will go to 1687.  I have just a few follow-up

20   questions.  You or someone you know is a lawyer?

21         A JUROR:  Yes.  My husband.

22         THE COURT:  And what does he do?

23         A JUROR:  Energy law.

24         THE COURT:  Pull that up, would you.

25         A JUROR:  Energy law.

```
1              THE COURT:  Where does he practice?

2              A JUROR:  North American Eletric Reliability

3    Corporation.

4              THE COURT:  Has he ever done any criminal practice,

5    do you know?

6              A JUROR:  (Shaking head.)

7              THE COURT:  You have been on a jury before or grand

8    jury?

9              A JUROR:  Not a grand jury.

10             THE COURT:  A regular jury?

11             A JUROR:  Yes, in DC.

12             THE COURT:  How long ago was that?

13             A JUROR:  2009, I think.

14             THE COURT:  Okay.  Do you remember what kind of a

15   case?

16             A JUROR:  It was a traffic.

17             THE COURT:  Okay.  Didn't last very long?

18             A JUROR:  No.

19             THE COURT:  Anything about that experience have any

20   effect on your ability to be a fair juror here?

21             A JUROR:  No.

22             THE COURT:  Okay.  What is your educational

23   background?

24             A JUROR:  I have a master's in occupational therapy.

25             THE COURT:  Okay.  Where are you employed now?
```

```
1              A JUROR:  Virginia Hospital Center.

2              THE COURT:  How long have you been there?

3              A JUROR:  Thirteen years.

4              THE COURT:  Okay.  And how long have you lived in DC?

5              A JUROR:  Fifteen years.

6              THE COURT:  Okay.  Do you have any children?

7              A JUROR:  Two.

8              THE COURT:  How old are they?

9              A JUROR:  Ten and 7 -- and two dogs.

10             THE COURT:  Okay.  Let me talk to counsel.

11             (Conference held at the bench.)

12             THE COURT:  Any other questions?

13             MS. LEDERER:  Your Honor, so long as she didn't

14   answer that she felt strongly for or against January 6, I think

15   we are okay.

16             THE COURT:  She didn't.  She answered yes to 31.

17             MR. KIERSH:  No follow up.

18             (End of bench conference.)

19             THE COURT:  Thank you very much.  You can return.

20             0077.

21             I have just a few follow up questions.  You thought

22   you recognized another juror?

23             A JUROR:  Yes.

24             THE COURT:  Who was that?

25             A JUROR:  I don't know her name.  I know she is my
```

```
 1    son's classmate's mom.
 2              THE COURT:  You son's --
 3              A JUROR:  Classmate's mom.  They are in the same
 4    school.
 5              THE COURT:  Okay.  And you or someone in your family
 6    or friends are a lawyer or studied law?
 7              A JUROR:  Yes.
 8              THE COURT:  Who was that?
 9              A JUROR:  My cousin studies law for I think --
10              THE COURT:  Pull that up, would you?
11              A JUROR:  I'm sorry.  Can you hear me now?
12              THE COURT:  Yes.
13              A JUROR:  My cousin studies law.
14              THE COURT:  Where is that?
15              A JUROR:  She studies in -- I think in PG county, but
16    she did work for DC at one point.
17              THE COURT:  Okay.  And is she a lawyer or not?
18              A JUROR:  Yes, she is.
19              THE COURT:  Where does she practice?
20              A JUROR:  I believe she practices in Maryland now,
21    but she did practice in DC, I believe, a few years ago.
22              THE COURT:  Did she ever have a criminal practice or
23    do you know?
24              A JUROR:  Not a criminal practice, I don't think.
25              THE COURT:  Okay.
```

```
 1              You have a family member or close friend or you a
 2   victim or witness to a crime?  No, I'm sorry.  Received -- I'm
 3   sorry.
 4              Eleven is received training in print or journalism.
 5              A JUROR:  Yes.  One of my cousins worked for "The
 6   Washington Post."
 7              THE COURT:  What does your friend do?
 8              A JUROR:  My cousin she works for the federal
 9   government now, but she did work for "The Washington Post."
10              THE COURT:  What did she do there, as a reporter?
11              A JUROR:  No, she was not a reporter.  She worked in
12   advertisement.
13              THE COURT:  In advertising.  Okay.  And now she works
14   in the government?
15              A JUROR:  Yes.
16              THE COURT:  Okay.  I'm sorry I misread that.
17              Okay.  Then 13 you or a family member or a friend,
18   victim or witness to a crime?
19              A JUROR:  Yes.  My mom witnessed a crime.
20              THE COURT:  What was that?
21              A JUROR:  It was an armed robbery at a hair salon.
22              THE COURT:  How long ago was that?
23              A JUROR:  Probably about 10, maybe 11 years ago.
24              THE COURT:  Here in DC?
25              A JUROR:  Yes.
```

1          THE COURT:  Anyone apprehended in that?

2          A JUROR:  I am not sure.

3          THE COURT:  Okay.  She wasn't alone, I take it.

4          A JUROR:  She was not.  It was six other people in

5     there, but she was there.

6          THE COURT:  Okay.  Was she satisfied with how the

7     police responded at the time?

8          A JUROR:  Yes.  A little shaken, but, yes.

9          THE COURT:  Yeah.  Anyone ever apprehended, do you

10    know?

11         A JUROR:  I am not sure what happened with the rest

12    of the case.  She was there.

13         THE COURT:  That have any affect on your ability to

14    sit as a juror in this case, do you think?

15         A JUROR:  No.

16         THE COURT:  Okay.  Do you live or work at or near the

17    Capitol?

18         A JUROR:  I work for the State Department, so down

19    the street, not too far, but, yeah down the street.

20         THE COURT:  Which department?

21         A JUROR:  US Department of State.

22         THE COURT:  Where is it located?

23         A JUROR:  It is on Constitution Avenue.

24         THE COURT:  Okay.  Were you or a family member or

25    close friend present at or near the Capitol January 6?

1      A JUROR:  So I was not too far from the Capitol

2  volunteering probably about a couple hours before it happened.

3      THE COURT:  Okay.  Where were you at the time then?

4      A JUROR:  I was along Constitution passing out care

5  packages to the homeless.

6      THE COURT:  Okay.  On Constitution Avenue?

7      A JUROR:  Right.  Around here passing out care

8  packages to the homeless.

9      THE COURT:  That day?

10     A JUROR:  Yes, that day.

11     THE COURT:  Then what happened?

12     A JUROR:  I saw a group of people just kind of

13  hanging around, didn't know what it was because people come to

14  DC all of the time.  And then I just left and went home.

15     THE COURT:  And then what did you do?

16     A JUROR:  After I went home?

17     THE COURT:  Right.

18     A JUROR:  I just went home and then later that day I

19  saw what was happening --

20     THE COURT:  Right.

21     A JUROR:  -- on the news.

22     THE COURT:  Okay.  And then did you watch some of the

23  news coverage that day then?

24     A JUROR:  Yes.

25     THE COURT:  Okay.

```
1              A JUROR:  I watched a lot of it.

2              THE COURT:  Okay.  To what extent have you followed

3      the news coverage of that since then?

4              A JUROR:  Since that day, I haven't been watching too

5      much of it.  I would hear it here and there, but I am not fully

6      aware of everything.

7              THE COURT:  Okay.  What is your normal news coverage

8      that you watch or read or what -- how do you keep up with

9      things?

10             A JUROR:  So I usually watch on social media -- don't

11     try to watch too much on --

12             THE COURT:  What media do you look at?

13             A JUROR:  Instagram and TikTok.

14             THE COURT:  Apparently, you are not alone.

15             A JUROR:  Yes.

16             THE COURT:  I wouldn't know.  You have been on a jury

17     before or grand jury?

18             A JUROR:  Yes, I have.

19             THE COURT:  When was that?

20             A JUROR:  That was -- I think it was January 2020.

21             THE COURT:  What kind of case was that?

22             A JUROR:  A grand jury.

23             THE COURT:  Oh, it was grand jury.

24             A JUROR:  Yes.  I was there for about six weeks.

25             THE COURT:  Was that in Superior Court across the
```

1     street?

2              A JUROR:  Yes, it was.  I went there, came back to

3     work for a couple of weeks and then we went into quarantine.

4              THE COURT:  And then you had a little bit of

5     everything there, I guess?

6              A JUROR:  Yeah.

7              THE COURT:  All kinds of cases?

8              A JUROR:  All kind of cases, mostly -- one was a gang

9     related, one was murder, robberies.

10             THE COURT:  You understand there is a different kind

11    of standard of proof in the grand jury versus --

12             A JUROR:  I'm sorry.  Can you repeat that?

13             THE COURT:  You understand there is a different kind

14    of proof there.  That is probable cause that a crime was

15    committed, whereas here you would have to find that beyond a

16    reasonable doubt, so it is a different burden of proof.

17             A JUROR:  Yes.

18             THE COURT:  You could follow my instruction about

19    that if you were seated here?

20             A JUROR:  Yes.

21             THE COURT:  Anything about your experience there have

22    any effect on your ability to be a fair juror here, do you

23    think?

24             A JUROR:  No.

25             THE COURT:  Okay.  Is there something about this case

1    that would prove to be a hardship if you had to serve here?

2            A JUROR:  So I do have to pick my son up Monday

3    through Wednesday at 3:15.  I know you said it goes to 5:00.  I

4    have to drop him off by 8:15, but that is Monday through

5    Wednesday.

6            THE COURT:  Is there no one else in your family or

7    friends that could pick him up?

8            A JUROR:  No, just me and my husband.  My husband is

9    in office Monday through Friday -- Monday through Thursday.

10           THE COURT:  And on days you were on jury service,

11   your husband couldn't accommodate you?

12           A JUROR:  I'm sorry.  Can you repeat that?

13           THE COURT:  On days you were on jury service, your

14   husband couldn't accommodate you those afternoons?

15           A JUROR:  I could ask him, but he has a job that he

16   has to be in office to do.

17           THE COURT:  Did you -- you didn't request prior

18   excuse with the jury office about that?

19           A JUROR:  No.

20           THE COURT:  Okay.  You also had some reservations

21   about whether you could follow an instruction about avoiding

22   media coverage.  Tell me about that.

23           A JUROR:  I did what?

24           THE COURT:  You had some reservations about if you

25   were selected as a juror whether you could avoid all media

```
 1    coverage.

 2              A JUROR:  Oh.  I must have marked that wrong.  I can

 3    avoid media coverage.

 4              THE COURT:  Okay.  Let me see if counsel have other

 5    questions they want to ask.

 6              (Conference held at the bench.)

 7              MS. LEDERER:  Your Honor, no other questions at this

 8    time.

 9              MR. KIERSH:  Your Honor, I have no other questions.

10    I am just concerned about her child care issues.

11              MS. LEDERER:  The government shares those concerns.

12              THE COURT:  All right.  I would move her to the end

13    of the list of those qualified.  It is the most I do on that.

14    They have an opportunity to request before this time.  I can

15    consider moving her to the end of the list.  I don't think it

16    is a valid reason to excuse.

17              MS. LEDERER:  Your Honor, I know that we will at

18    least tomorrow that we run through 5:00 but, however, we do

19    have concerns going into next week that we might lose some

20    witnesses going into next week.  So if we are not able to fully

21    put up a case, we would prefer a jury that is sitting 9:00 to

22    5:00 without any disruptions.

23              THE COURT:  I am not going to recess it.

24              (End of bench conference.)

25              THE COURT:  Okay.  Thank you very much.
```

1           You are number 1866?

2           A JUROR:  Correct.

3           THE COURT:  You have someone who is a lawyer?

4           A JUROR:  Yeah.  My dad, he was a JAG officer.

5           THE COURT:  Where was he?

6           A JUROR:  He is retired now, but he was a JAG

7    officer.

8           THE COURT:  Where was he assigned last?

9           A JUROR:  Carlisle, Pennsylvania, US Army War

10   College.

11          THE COURT:  What was his rank when he retired?

12          A JUROR:  Colonel.

13          THE COURT:  Okay.  Was he Army?

14          A JUROR:  Yes.

15          THE COURT:  Okay.  His -- so you grew up different

16   places then?

17          A JUROR:  Not really.  Mostly in Pennsylvania

18   actually.  He retired when I was a little bit younger.

19          THE COURT:  Okay.  Tell us a little more about

20   yourself then.  Where are you employed?

21          A JUROR:  I work for an events group here in DC.  I

22   am the CFO overseeing all functions finance.

23          THE COURT:  What was your employment background then?

24   What is your educational background first?

25          A JUROR:  Economics and statistics up at Rochester.

1        THE COURT:  Where is your bachelor's from?

2        A JUROR:  Rochester Institute of Technology.

3        THE COURT:  Okay.  And then where are you currently

4   working?

5        A JUROR:  It is a group called the Trifecta

6   Collective, kind of a small startup, but mostly events and

7   trade shows producing and putting those on.

8        THE COURT:  How long have you been there?

9        A JUROR:  About a year.

10        THE COURT:  Okay.  And how long have you lived in DC?

11        A JUROR:  Since 2012.

12        THE COURT:  Okay.  You have a spouse or partner?

13        A JUROR:  Nope.

14        THE COURT:  And your highest level of education is

15   bachelor's?

16        A JUROR:  Correct.

17        THE COURT:  Okay.  You, family member or a close

18   friend received training in print or media or attended

19   journalism?

20        A JUROR:  Yeah.  Before this I worked for a media

21   company.  It is on the finance side, so not necessarily --

22        THE COURT:  What was that?

23        A JUROR:  It is called Hanley Wood.  It is more

24   business to business in the residential construction area, so

25   not necessarily -- it is more business to business versus

```
1    business to consumer.

2              THE COURT:  How long did you do that?

3              A JUROR:  Ten years.  I was there for 10 years or so,

4    nine years.

5              THE COURT:  Okay.  And then someone close to you live

6    or work at or near the Capitol?

7              A JUROR:  Yeah.  I have -- my girlfriend lives up in

8    Capitol Hill.

9              THE COURT:  Where does she live?

10             A JUROR:  She is now on H Street.  But on January 6,

11   she was at Capitol Hill.

12             THE COURT:  And then you, a family member or close

13   friend at or near the Capitol on January 6?

14             A JUROR:  Yeah.  That would be that situation.  I

15   live in Columbia Heights but she lives over there so I was over

16   there from time to time.

17             THE COURT:  At the time.  Okay.  Where was it she

18   lived at the time?

19             A JUROR:  I forget the exact address.  It was Eastern

20   Market very close to the Capitol.

21             THE COURT:  Okay.  And then were you there that day?

22             A JUROR:  I was not there that day.

23             THE COURT:  Okay.  And then you watched it live that

24   day though?

25             A JUROR:  Yes, I did watch it live.
```

1          THE COURT:  You were home working?

2          A JUROR:  From my home, yup.

3          THE COURT:  In Columbia Heights?

4          A JUROR:  Correct.

5          THE COURT:  Tell us about what you remember from that

6    day, watching it that day?

7          A JUROR:  You know, I was working and had a

8    notification on my phone that something was going on, turn the

9    TV on.  And just kind of watch the rest of the afternoon about

10   all of the events transpiring from there and just -- yeah.

11         THE COURT:  Okay.  How much have you followed it

12   since that day?

13         A JUROR:  You know, just when you see it on the news

14   or Twitter or whatever.  So not deep following, so you get the

15   news alerts all of the time about stuff happening.

16         THE COURT:  What is your unusual news outlet?

17         A JUROR:  CNN.  Read Fox News, MS -- I try to read a

18   lot of the stuff, but CNN is probably the best.

19         THE COURT:  You have been on a jury before or grand

20   jury?

21         A JUROR:  I have.  It was 5 or 6 years ago here in

22   DC.  It was an attempted murder trial and the city -- I guess

23   city court.  I always forget the courts around here, but here

24   in DC so --

25         THE COURT:  How long did the trial go?

1          A JUROR:  Four or five days.  I turned out to be an

2   alternate.  So I went all of the way through, but the last

3   instruction was --

4          THE COURT:  Did you ever find out what happened?

5          A JUROR:  I didn't.

6          THE COURT:  That is the problem with alternates.  I

7   make sure they are called and told.

8          A JUROR:  Yeah.  I looked I think for maybe 5 minutes

9   and I couldn't find something, so I was like, yeah, whatever.

10          THE COURT:  That is terrible.  Anything about that

11   experience other than not knowing what happened?

12          A JUROR:  No, I mean, it was an interesting

13   experience, obviously, never sitting on a jury it was

14   enlightening.  But, yes.

15          THE COURT:  Okay.  I don't think we should treat

16   alternates that way.  I will tell you up front, I don't do

17   that.

18          You said you might have some reservations about

19   following the instruction about not -- about avoiding media

20   coverage and news coverage.  Tell me a little bit more about

21   that.

22          A JUROR:  I mean, it is kind of natural to see stuff

23   on the news.  It is just hard to -- you know, kind of in a

24   routine and all of sudden it pops up, it would be tough, I

25   think, to kind of avoid that.

```
 1              THE COURT:  What I'd say to you is -- I just say, if
 2   it involves January 6, just set it aside until the trial is
 3   over or turn it off until the trial is over.  Any problem with
 4   doing that?
 5              A JUROR:  Probably no, probably not.
 6              THE COURT:  Okay.  And then there was a question at
 7   the end about whether there is any other reason I haven't asked
 8   about that might make it difficult for you to sit fairly and
 9   impartially and attentively as a juror.
10              A JUROR:  Yeah.  I think there was a question about
11   undue burden too.  Because I am leaving for Japan on Saturday
12   morning.  So I am traveling for a family vacation for the next
13   two weeks.  So if it goes to next week --
14              THE COURT:  When do you leave?
15              A JUROR:  Saturday morning.
16              THE COURT:  This Saturday?
17              A JUROR:  Yeah, this Saturday.
18              THE COURT:  Okay.  That is a problem.
19              A JUROR:  That is -- yeah, I figured.
20              THE COURT:  Are the tickets non-refundable?
21              A JUROR:  Yeah.  Everything has been booked.  It is
22   my parents' 43rd anniversary and Thanksgiving sort of thing
23   so --
24              THE COURT:  Had you made a request to the jury office
25   to be excused prior?
```

1    A JUROR:  I had mentioned in my questionnaire back

2    but I didn't hear anything.  So --

3    THE COURT:  Did you say you had --

4    A JUROR:  I had when I sent the questionnaire back, I

5    think a couple of weeks back, I had mentioned that I was

6    leaving on this date, so I don't know --

7    THE COURT:  Okay.  Where are you all going?

8    A JUROR:  We fly to Tokyo Saturday, then down to

9    Hiroshima, Kyoto, Osaka, and then Mt. Fuji area.

10    THE COURT:  Let me speak to counsel.

11    (Conference held at the bench.)

12    THE COURT:  That was a waste of time.  Any objection?

13    MS. LEDERER:  No, Your Honor.

14    MR. KIERSH:  No objection.

15    (End of bench conference.)

16    THE COURT:  Have a nice trip.  He is excused.  Have a

17    nice trip.

18    A JUROR:  Thank you, Your Honor.

19    THE COURT:  No.  I will obtain his questionnaire.  If

20    he is lying under oath, he will be in jail.  If he thinks I am

21    that easy, he will find out.

22    1866.

23    This is 226.

24    Okay.  Just a few follow-up questions.  On number 8,

25    you or a member of your family or friends worked in law

enforcement?

A JUROR:  Yes.

THE COURT:  What was that?

A JUROR:  My brother-in-law is a state trooper in North Carolina.

THE COURT:  Your brother-in-law --

A JUROR:  So the husband of the sister of my husband.

THE COURT:  State trooper in North Carolina.  His employment there have any effect on your ability to be a fair and impartial juror here do you think?

A JUROR:  No.

THE COURT:  And then you might have a hardship if you had to serve here.  What would that be?

A JUROR:  My husband is out of town for the next three days.  And I will be the only local caregiver for my two children.  My son's school is closed on Thursday.  I believe it is the 9th, in two days basically.  So I have to look after him that day.

THE COURT:  Is there anyone else that could do that on Thursday?

A JUROR:  I can look and see if another parent could take him that day.

THE COURT:  Okay.  That would be very helpful, because otherwise you are well qualified on our questionnaire.  So if you could do it, it would be very helpful to us because

1    otherwise you are going to be very qualified for service here.

2              A JUROR:  Yes, I can ask other parents.  I believe we

3    have other families that live close by and I think they should

4    be able to take him, I just have to ask tonight.

5              THE COURT:  Okay.  Let me talk to counsel.

6              (Conference held at the bench.)

7              THE COURT:  Anything else you want me to ask?  I will

8    ask the other standards about background.

9              MR. KIERSH:  No follow up.

10             MS. LEDERER:  No, Your Honor.

11             (End of bench conference.)

12             THE COURT:  What is your educational background?

13             A JUROR:  Business.

14             THE COURT:  What is your educational background?

15             A JUROR:  Oh, I studied business.

16             THE COURT:  What is your employment?

17             A JUROR:  I work in financial services as a project

18   manager.

19             THE COURT:  Okay.  And your spouse?  Is your spouse

20   employed?

21             A JUROR:  He is.

22             THE COURT:  Where does your spouse work?

23             A JUROR:  He works at that US Chamber of Commerce.

24             THE COURT:  How long have you been in DC?

25             A JUROR:  A little bit less than 20 years.  I started

1    living in DC in 2008.

2            THE COURT:  How old are your children?

3            A JUROR:  Nine and 11.

4            THE COURT:  Okay.  I think that is all I have.  Thank

5    you very much.

6            A JUROR:  Thank you.

7            THE COURT:  Any reason you couldn't be a fair and

8    impartial juror if you were seated here?

9            A JUROR:  I'm sorry.  What was that?

10           THE COURT:  Any reason you couldn't be a fair and

11   impartial juror if you were seated here?

12           A JUROR:  If I could be fair or unfair?

13           THE COURT:  If you could be a fair and impartial

14   juror if you were seated here.

15           A JUROR:  I believe I can be fair and impartial,

16   yeah.

17           THE COURT:  That is all.  Thank you.

18           A JUROR:  Thank you, sir.

19           THE COURT:  You actually sound like the perfect juror

20   to me.

21           A JUROR:  All right.

22           THE COURT:  Thank you.  No, it is perfect.

23           A JUROR:  I will see if I can find somebody for my

24   son.

25           THE COURT:  A few follow-up questions.  First was you

1    or friend or family went to law school or worked as a lawyer?

2              A JUROR:  Yes, sir.

3              THE COURT:  What did you have in mind there?

4              A JUROR:  My brother-in-law is a lawyer --

5              THE COURT:  I can't hear you.

6              A JUROR:  I'm sorry.  Can you hear me?

7              THE COURT:  Yeah.

8              A JUROR:  My brother-in-law is a lawyer practicing in

9    DC.  And my other brother-in-law is now deceased.  He was also

10   a lawyer in DC.

11             THE COURT:  The brother-in-law who practices in DC,

12   what kind of practice does he have?

13             A JUROR:  Mostly commercial property.

14             THE COURT:  Okay.  He ever have any criminal

15   practice, do you know?

16             A JUROR:  I'm sorry?

17             THE COURT:  Did he ever have any criminal practice

18   that you know of?

19             A JUROR:  Not that I know of.

20             THE COURT:  Okay.  Family or close friend or you

21   received training in print or media?

22             A JUROR:  That particular friend lived next door.  He

23   was an editor for a newspaper.  And he died earlier this year.

24             THE COURT:  Okay.  What paper did he work for?

25             A JUROR:  "The New York Times."

1          THE COURT:  Okay.  Was he a reporter?

2          A JUROR:  He was an editor.

3          THE COURT:  Editor.  Okay.

4          And then you, family member or close friend victim or

5   witness to a crime?

6          A JUROR:  I'm sorry, sir.

7          THE COURT:  You or a family member, friend, victim or

8   witness to a crime?

9          A JUROR:  I was mugged once.  My wife had her purse

10   stolen.  There may be some other incidents like that.  I had my

11   car vandalized.

12          THE COURT:  Okay.  And the one where you were mugged,

13   was anyone apprehended in that?

14          A JUROR:  I don't think so.

15          THE COURT:  Okay.  Was this on the street?

16          A JUROR:  The being mugged was 25 years ago.  It was

17   on the street.

18          THE COURT:  Here in DC?

19          A JUROR:  In DC.

20          THE COURT:  Satisfied with how the police responded

21   at the time?

22          A JUROR:  Yes.

23          THE COURT:  Okay.  Have any affect on your ability to

24   be a fair juror in a case now?

25          A JUROR:  No, sir.

```
1                    THE COURT:  Okay.  With the one with your -- who was
2       the other one?
3                    A JUROR:  My wife was ripped off.
4                    THE COURT:  Your car was vandalized.  Anyone
5       apprehended in that?
6                    A JUROR:  I think it was actually my wife's car.  And
7       I think they did catch somebody, but they never -- we didn't
8       get the car back and they didn't fill us in on all of the
9       details.
10                   THE COURT:  That have any effect here do you think?
11                   A JUROR:  I'm sorry, sir.
12                   THE COURT:  That have any effect here do you think?
13                   A JUROR:  No, sir.
14                   THE COURT:  Okay.  You live or work at or near the
15      Capitol?
16                   A JUROR:  Yes.  I worked -- I am retired.  I worked
17      for the Congressional Research Service at the Library of
18      Congress.
19                   THE COURT:  Where did you work physically?
20                   A JUROR:  In the Madison Building in the library.
21                   THE COURT:  How long did you work there?
22                   A JUROR:  About 15 years or so.
23                   THE COURT:  Okay.  What year did you retire?
24                   A JUROR:  2011, as I recall.
25                   THE COURT:  Okay.  Anyone close to you live or work
```

```
1    near the Capitol?
2            A JUROR:  Well, I have friends that are still working
3    in the Library, yes.
4            THE COURT:  At the research that -- in the Madison
5    Building probably?
6            A JUROR:  Yes.
7            THE COURT:  Okay.  All right.  I will come back to
8    that on another question.  You have been on a jury or grand
9    jury before?
10           A JUROR:  Both, actually.
11           THE COURT:  Okay.  Do you want to tell me about the
12   grand jury first?
13           A JUROR:  It was in Superior Court, two weeks must
14   have been about 10 years ago maybe.  It may actually have been
15   a month, but it wasn't every day.
16           THE COURT:  Right.
17           A JUROR:  It was mostly drug crimes and carjackings
18   and that sort of thing, a lot of drugs.
19           THE COURT:  And then you were on a regular jury after
20   that?
21           A JUROR:  Right.  This was about a gentleman who
22   assaulted a police officer.  That was a long time ago.
23           THE COURT:  Give me just a moment.
24           The -- you have a variety of cases in the grand jury
25   and about 30 days or so?
```

1    A JUROR:  Well, it was a period of four weeks but we
2    only came in --
3         THE COURT:  Not every day.  And you understand there
4    is a different burden of proof in the grand jury.  It is
5    probable cause whereas here it is beyond a reasonable doubt?
6         A JUROR:  Yes.
7         THE COURT:  You can follow my instructions.  I will
8    give you instruction at the end of this trial, you wouldn't
9    have any problem with that?
10        A JUROR:  I understand.
11        THE COURT:  Now in the regular jury, what kind of
12   cases did you hear in that case, do you remember?
13        A JUROR:  It was a man who called the police.  And
14   for one reason or another -- this has been a long time.  He
15   actually wound up, as I recall, assaulting a policeman.
16        THE COURT:  Okay.  And how long did that trial go?
17        A JUROR:  Three or four days.
18        THE COURT:  Okay.  And the jury reached a verdict?
19        A JUROR:  No, we did not.
20        THE COURT:  Okay.  Anything about the experience have
21   any effect on your ability to be a fair juror here do you
22   think?
23        A JUROR:  I don't think so.  I drew from it the
24   lesson that people of different backgrounds in the District
25   have different reactions to police officers.

1    THE COURT:  Right.  Okay.  You were asked about, have

2    you been following the events of January 6 on the media or

3    internet?  And you said yes.  Tell me a little more about that

4    to what extent you follow this and what news media you follow.

5    A JUROR:  Well, I have read articles about it.  I

6    have followed the particular legal cases and the individuals

7    and how they have -- the results of the trials.  But in general

8    I try to get an understanding of what was going on, the

9    different groups involved in the events on that day and how

10   members of Congress reacted.

11   THE COURT:  What is your normal news source?  You

12   take "The Post"?

13   A JUROR:  Yes, "The Post," "Wall Street Journal,"

14   scan the internet, mostly newspapers, to some extent TV, PBS,

15   Fox, et cetera.

16   THE COURT:  And did you follow any of the House

17   investigation?  Did you watch any of that?

18   A JUROR:  Very little.

19   THE COURT:  Okay.  You did say on one question that

20   you could set aside whatever you have seen and read about this

21   and decide this case just on the evidence you heard here in

22   this courtroom and be fair and impartial.  Have any reason that

23   is not -- you couldn't do that?

24   A JUROR:  I will certainly try.

25   THE COURT:  In other words, as we start this trial,

1    you don't know and I don't know what this defendant actually

2    did.  We'll see the evidence in this courtroom.  You would have

3    to base your decision just on what you hear here in this

4    courtroom, set aside whatever you may have read or seen about

5    January 6 outside of this courtroom.  You think that would be

6    hard or you think you could do that and just base it on what

7    you see and hear in this courtroom?

8                 A JUROR:  I believe I could do that.  I listened to

9    those charges you listed this morning.

10                THE COURT:  Okay.  Because you answered one question

11   where I said that.  I said, do you think you could be fair and

12   impartial in setting aside whatever you heard outside and just

13   do it based on what you hear in this courtroom.  You think you

14   could do that?

15                A JUROR:  Yes, sir.

16                THE COURT:  Fairly and impartially?

17                A JUROR:  Yes, sir.

18                THE COURT:  Because that is the key for us here.

19                You were asked, do you have any trouble seeing or

20   hearing.  You said yes.

21                A JUROR:  I have two hearings aids.

22                THE COURT:  So do I.

23                Would you be embarrassed at holding up your hand when

24   you don't hear something and I could tell people to repeat it?

25                A JUROR:  I would not.

```
 1              THE COURT:  I am not embarrassed anymore either.  I
 2   say it a lot.  Okay.
 3              Let me see if counsel have anything else they want to
 4   ask.
 5              (Conference held at the bench.)
 6              MR. KIERSH:  No questions.  Thank you.  No questions.
 7              MS. LEDERER:  Your Honor, would you be able to ask if
 8   the juror will be okay -- there is going to be a lot of video
 9   with a lot of sounds, but then also talking in between the loud
10   sounds if he would be okay being able to hear that.
11              THE COURT:  Okay.
12              (End of bench conference.)
13              THE COURT:  We will be playing some videotapes that
14   will have loud sounds sometimes and talking too.  Does that
15   bother you or you think you can cope with that?
16              A JUROR:  I can cope with that.
17              THE COURT:  Okay.  Thank you very much, sir.  You can
18   return to the other courtroom.
19              We'll go to 1180.  We'll go ahead and take 1180 while
20   we are waiting on other counsel.
21              THE COURTROOM DEPUTY:  Okay.
22              THE COURT:  For the information of counsel here, we
23   have a verdict in the other case.  But we will -- until other
24   counsel get here, we will go ahead and take the next juror
25   here.
```

```
1                  You live near or work near the Capitol?

2                  A JUROR:  I live in the vicinity of the Capitol, yes.

3                  THE COURT:  Can you pull that up higher?  I couldn't

4       quite hear you.

5                  A JUROR:  I think that is better.  I live in the

6       vicinity of the Capitol, yes.

7                  THE COURT:  Okay.  Where is that?

8                  A JUROR:  Near Union Station.

9                  THE COURT:  Okay.  And anyone close to you, live or

10      work near the Capitol as well?

11                 A JUROR:  Friends in the neighborhood, yeah.

12                 THE COURT:  And then on the -- on January 6 itself,

13      you or family member or close friend were present at or near

14      the Capitol?

15                 A JUROR:  Well, yeah, at our home.  Yeah, we weren't

16      anywhere near the Capitol, but our home is in the vicinity of

17      the Capitol.

18                 THE COURT:  Where were you that day?  You were home,

19      working from home?

20                 A JUROR:  Yes.

21                 THE COURT:  So you saw it live on TV or what?

22                 A JUROR:  I think I saw something of it live on TV,

23      yeah.

24                 THE COURT:  Tell me about what you recall seeing.

25                 A JUROR:  I recall my wife telling me that there was
```

1    activity at the Capitol.  I think at some point we turned on

2    the TV and watched it.

3              THE COURT:  Okay.

4              A JUROR:  But I actually really don't recall much

5    more than that.

6              THE COURT:  Okay.  You had a hardship you wanted to

7    raise on whether or not you could have a hardship as well?

8              A JUROR:  I'm sorry.  What?

9              THE COURT:  You had a hardship you want to raise as

10   to whether --

11             A JUROR:  There are two complicating things over the

12   next week or two for me.  One is that my wife and I found out

13   yesterday that our cat is dying and will probably be dead

14   within two weeks.  So we are trying to just give care to the

15   cat and make her feel comfortable.  And that period, and I

16   don't know if we will be going to the vet at all for any sort

17   of care, but that is a possibility.  And my wife doesn't drive,

18   so that is the compounding factor.

19             The other more specific item on my schedule is that,

20   next Wednesday, the 15th, I am taking part in a research

21   conference where I am presenting a paper.  So my -- that is,

22   you know, that is -- that would be a conflict if I was

23   impaneled.

24             THE COURT:  Okay.  Where are you employed?

25             A JUROR:  I am in the office of -- I'm sorry.  The

 1   Department of Housing and Urban Development.

 2           THE COURT:  Okay.  So because it is a government

 3   agency, they will always accommodate the Court.

 4           A JUROR:  I suppose that is true.  I am scheduled to

 5   present.  And I would be a hole in the schedule.  They would

 6   have to give people a longer lunch, I guess.

 7           THE COURT:  Okay.  And the other question is

 8   something that may be able to be worked around, so we'll see.

 9   Tell me more about -- to what extent you follow the news

10   accounts of January 6 since then.

11           A JUROR:  I mean, I read the newspaper fairly

12   regularly.

13           THE COURT:  Do you take "The Post" or what do you

14   follow?

15           A JUROR:  "New York Times" generally.

16           THE COURT:  And then what other news accounts do you

17   follow online or --

18           A JUROR:  Just TV news as well.

19           THE COURT:  Okay.  What channels do you watch?

20           A JUROR:  CNN, MSNBC.

21           THE COURT:  Did you watch any of the congressional

22   hearings?

23           A JUROR:  I did see some of those, yes.

24           THE COURT:  Okay.  You did answer the question 25,

25   which was have any strong feelings or opinions about the event

1   that took place that would make it difficult for you to be a

2   fair and impartial juror.  And you indicated -- you did not say

3   yes to that.  So I assume that means no.  And then there was

4   another one about no matter what you have seen or heard about

5   the event, no matter what opinions you formed, can you put that

6   aside and decide this case only on the evidence you receive in

7   court?  And you answered yes to that.  So I take it you think

8   you could set that aside and be fair and impartial?

9           A JUROR:  Yes.

10          THE COURT:  And so we don't know as we start this

11  trial exactly what this defendant did or didn't do.  We are

12  going to base it just on the evidence we hear here in this

13  courtroom.  Is there anything -- any reason you couldn't be

14  fair and impartial in deciding whether this defendant really

15  committed a violation of law?

16          A JUROR:  I don't think so.

17          THE COURT:  And be and fair and impartial in deciding

18  that?

19          A JUROR:  Yes, I would.

20          THE COURT:  Okay.  Let me see if counsel have other

21  questions.

22          (Conference held at the bench.)

23          MS. LEDERER:  Your Honor, the government has two

24  questions.  The first would be if we could ask him to elaborate

25  on what type of research he does for HUD.  And the second, I

```
 1    think he indicated he had previously been on a jury before.

 2              THE COURT:  I missed that.  I will do that.

 3              MR. KIERSH:  I join in those requests.

 4              (End of bench conference.)

 5              THE COURT:  You were on a jury before.  When was

 6    that?

 7              A JUROR:  That was probably about 20 years ago, give

 8    or take.

 9              THE COURT:  Was that here?

10              A JUROR:  In Superior Court.

11              THE COURT:  What kind jury was that, do you remember?

12              A JUROR:  What kind of jury?  Criminal.

13              THE COURT:  What kind of case?  Yeah.

14              A JUROR:  It was a carjacking case.

15              THE COURT:  Okay.  The jury reached a verdict?

16              A JUROR:  We reached a guilty verdict on one charge

17    and we were hung on a second charge.

18              THE COURT:  Okay.  Okay.  Anything about that

19    experience have any affect on your ability to be a fair juror

20    here do you think?

21              A JUROR:  I don't think so.

22              THE COURT:  Okay.  Tell me more about your current

23    job.

24              A JUROR:  My current job?

25              THE COURT:  Yes.
```

```
1              A JUROR:  I run a research office at the Department
2   of Housing and Urban Development.  I research housing finance.
3              THE COURT:  What do you all research?
4              A JUROR:  Generally, the mortgage markets.
5              THE COURT:  What is your educational background?
6              A JUROR:  I have a master's degree in public policy.
7              THE COURT:  From where?
8              A JUROR:  University of Texas.
9              THE COURT:  How long have you lived in DC?
10             A JUROR:  Since 1989.
11             THE COURT:  You have a spouse?
12             A JUROR:  Yes.
13             THE COURT:  Where is she employed, is she?
14             A JUROR:  She is a labor economist.
15             THE COURT:  Okay.  How long has she been there?
16             A JUROR:  Same time.  We started the same day, as it
17  turned out.
18             THE COURT:  And where does she work in the Madison
19  building or the main building, do you know?
20             A JUROR:  She works at the Department of Labor.
21             THE COURT:  At Labor, okay.
22             A JUROR:  Right across the street, yes.
23             THE COURT:  Okay.  And you have children?
24             A JUROR:  No.
25             THE COURT:  Okay.  All right.  Any other questions?
```

1          MR. KIERSH:  Not for the defense.

2          MS. LEDERER:  No, Your Honor.

3          THE COURT:  Thank you.  All right.  Let me see if we

4     have everyone here and we'll take a recess.

5              Wait a minute until I see if we have everybody.

6              We'll take a recess in this case while I take the

7     verdict in the other case.

8              (Recess taken at 3:35 p.m.)

9          THE COURTROOM DEPUTY:  This is the criminal matter of

10    United States versus John Sullivan, 21-78.

11         THE COURT:  Okay.  I guess next is 731.

12         Excuse me.  I'm sorry about that.

13         A JUROR:  Bless you.

14         THE COURT:  Okay.  Who did you clerk for?

15         A JUROR:  Judge Cushenberry, DC Superior Court.

16         THE COURT:  How long did you clerk for him?

17         A JUROR:  A year.

18         THE COURT:  What was the background before that?

19         Where did you go to law school?

20         A JUROR:  Born and raised here in DC, went to law

21    school at Georgetown, after law school I went to Capitol Hill

22    as a staffer, worked on the house banking committee.

23         THE COURT:  Okay.  Where do you work now?

24         A JUROR:  For a consulting firm downtown, multiclient

25    healthcare, banking, which I cover, financial.

1        THE COURT:  Was Judge Cushenberry doing criminal

2   cases when you were there?

3        A JUROR:  Yes.  We had a felony 1 calendar.

4        THE COURT:  Okay.  You never had Mr. Kiersh in any of

5   your cases when you were there?

6        A JUROR:  Mr. Kiersh?  No, I don't remember

7   Mr. Kiersh.

8        THE COURT:  He mostly practices here.  He has a lot

9   of cases here, so we have had him a lot.

10        You didn't recognize any of these Assistant US

11   Attorneys from the time you were over there?

12        A JUROR:  No, sir.

13        THE COURT:  You had Assistant US Attorneys in cases

14   you had over there though?

15        A JUROR:  Absolutely.

16        THE COURT:  Any reason you couldn't be fair and

17   impartial if you were seated here?

18        A JUROR:  I am always going to tell the truth so --

19        THE COURT:  Okay.  Tell me about your first cousin

20   who works with the police.

21        A JUROR:  Sure.

22        THE COURT:  Pull your mic up.

23        A JUROR:  I'm sorry.  My youngest aunt's middle son

24   is a police officer on PG County police force.

25        THE COURT:  Okay.  And then who else besides you do

1    you know who went to law school or lawyers?

2              A JUROR:  No one else in the family.

3              THE COURT:  Okay.  In your family.

4              You stayed in touch with any of the other -- well, I

5    guess, was there a close fraternity over there in Super Court

6    like we have here or how does that work?

7              A JUROR:  Yes.  I have a couple of friends who are in

8    the Public Defender's Office.  But I am on the federal side in

9    the lobbying corporate space, I really don't keep in touch with

10   a lot of the criminal folks anymore, just by nature of

11   lifestyles and different career paths.

12             THE COURT:  Okay.  Family member or close friend

13   arrested for, convicted of, charged with a crime.  What did you

14   have in mind there?

15             A JUROR:  My mom's, I think, youngest uncle -- he is

16   deceased now, but he had a challenged upbringing and lifestyle.

17   And he did time in Lorton Correctional Facility.  It is no

18   longer open in Virginia, but that is where he served time and

19   and DC Jail.  It was many, many years ago, but it is a fact.

20             THE COURT:  Okay.  What you know and I know you may

21   not know all of the facts, was he fairly treated by the

22   criminal justice system?

23             A JUROR:  I never heard -- I don't know whether he

24   was fairly treated or not.

25             THE COURT:  You think it wouldn't have any affect on

```
1    your ability to be a fair juror here?

2              A JUROR:  No, sir.

3              THE COURT:  Okay.  You live or work near or the

4    Capitol?

5              A JUROR:  I live in downtown DC in Shaw neighborhood

6    near Howard University.  And I am -- again, I am a federal

7    lobbyist, so I am up on the Hill three times a week, four times

8    a week since they opened back up post COVID.  And I know many

9    of the Capitol Hill Police.  I have seen them on the force for

10   20-plus years.

11             THE COURT:  Okay.  Where were you that day?

12             A JUROR:  That day I was right at Main Avenue and

13   near the -- what do you call it? -- East Potomac Park.  I was

14   on my bike that morning when the Capitol was breached.  And the

15   officers were pushing and forcing -- forcing rather, the crowd

16   to come back.  So I ran right into many of the crowd at --

17   along the Mall, yeah, near the Capitol, like four, five blocks

18   from the Capitol.

19             THE COURT:  And then you went home or --

20             A JUROR:  Yes, I went home.

21             THE COURT:  And then turned on the TV?

22             A JUROR:  Immediately, yes.

23             THE COURT:  Okay.  Tell me about your reaction then.

24             A JUROR:  Again, being a federal lobbyist and having

25   worked on Capitol Hill, I know a lot of the officers from
```

1    seeing them, by going into the various, you know, entrances

2    when I was a staffer.  I biked and I had my bike, you know, in

3    my -- on my car rack on my bike rack in the garage.  And me and

4    them would look out for my bike, look out for my car over the

5    years.  And my first reaction was, hopefully everybody involved

6    was safe, particularly -- well, not particularly, but

7    everybody.  I mean, again, I know some of the officers.  I have

8    close personal relationships with some members of Congress.  I

9    lobby them.  And some of the members I have known since they

10   were sworn in as members of congress.

11              THE COURT:  Okay.  How do you think that might affect

12   you as member of the jury in a case like this?

13              A JUROR:  Well, I was very careful, you know, when I

14   listened to your questions and filled out the questionnaire.  I

15   don't believe I am biased toward anyone.  If taking the oath, I

16   am going to tell the truth.  But like everybody else -- well, I

17   can't say everybody else, I saw what I saw.  What I

18   experienced, I experienced, what I experienced when the crowd

19   was coming toward me.  And I got a couple of texts saying the

20   Capitol had been breached, you should get out of there.  And I

21   went home, turned it on TV, like I said.

22              And I was -- I mean, I was mostly impacted as an

23   American.  Our system of government was attacked.  And the

24   building that I used to work in and I know people who worked

25   there.

1          THE COURT:  As we start this trial, you don't know

2     anything about what this defendant did.  Could you set aside

3     what you saw that day and what you had read about and decide

4     this case just on the evidence in this courtroom or do you

5     think that would be hard to do?

6          A JUROR:  I don't know anything about this defendant.

7     In fact, I don't know anything about any of the defendants.  I

8     don't know any particular participants in the January 6

9     incident.  Again, if sworn to take an oath, I am sworn to tell

10    the truth.  I can't unsee what I saw that day.  I can't

11    unexperience what I experienced.

12          THE COURT:  What you saw that day --

13          A JUROR:  But I am an adult and there are tough

14    things that happen in life, that sometimes we have to look

15    beyond and address every day.  It is called life.

16          THE COURT:  Let me speak to counsel.

17          (Conference held at the bench.)

18          THE COURT:  I could go on, but I mean, ultimately, he

19    is an eyewitness.  I don't think it is worth spending more

20    time.  Ultimately, he is on the scene, unless you all want me

21    to go on.  I don't think it is ultimately -- if either side

22    wants to strike him, I am not going to seat an eyewitness over

23    an objection.

24          MR. KIERSH:  I would move to strike on behalf of

25    Mr. Sullivan.

1          MR. BARCLAY:  No objection, Your Honor.

2          THE COURT:  Okay.

3              (End of bench conference.)

4          THE COURT:  Okay.  Thank you very much.  I appreciate

5     it.

6          A JUROR:  Okay.

7          THE COURT:  I will tell you, Mr. ████, just to be

8     honest, I take you at your word, but at the same time, you by

9     being on the scene at that time, I think you end up being an

10    eyewitness that I really think it is better if I don't seat

11    you, so I am going to excuse you.  Because you were at the

12    scene at the moment it was actually happening when you rode

13    your bike over there.

14             And I can keep pursuing this for a while, but I think

15    in the long run, we are going to end up where I am now, that I

16    am going to end up excusing you.  It is not because I don't

17    think you would be fair minded.  But I don't think we can be in

18    the posture of having somebody right on the scene being on the

19    jury.

20         A JUROR:  Okay.

21         THE COURT:  Thank you for your service though and I

22    like your background.

23         A JUROR:  Yes, sir.  Thanks.

24         THE COURT:  I don't like doing that.  He is a good

25    kid, but I don't think that is a good idea for the defendant at

```
 1    least.
 2           We are going to 930.
 3           Just a few follow ups.  One is you or someone you
 4    know in law enforcement.
 5           A JUROR:  Yes.
 6           THE COURT:  Who is that?
 7           A JUROR:  My nephew.
 8           THE COURT:  I'm sorry.
 9           A JUROR:  My nephew.
10           THE COURT:  Okay.  What does he do?
11           A JUROR:  He is a police officer at DC police
12    headquarters.  He works in headquarters, not out on the street.
13           THE COURT:  What kind of work does he do?
14           A JUROR:  It is -- he works in -- well, I don't see
15    him that often, so it is kind of hard.  I don't know what he
16    does.  It is like office work.
17           THE COURT:  Okay.  Is he a patrol officer or --
18           A JUROR:  No.
19           THE COURT:  Is he uniformed?
20           A JUROR:  Yes.
21           THE COURT:  Okay.  You ever discuss his work with
22    him?
23           A JUROR:  No.
24           THE COURT:  How long has he been with the police
25    department?
```

1          A JUROR:  I would say 20-some years.

2          THE COURT:  Okay.  And then you watched some of the

3  events live on TV that day?

4          A JUROR:  Yes.

5          THE COURT:  Where were you, at home?

6          A JUROR:  Yes.

7          THE COURT:  Working at home?

8          A JUROR:  Well, I am retired.  So, yes, I was working

9  at home.

10          THE COURT:  Okay.  What did you retire from?

11          A JUROR:  I am self-employed, systems engineer.

12          THE COURT:  Okay.  What was your educational

13  background?

14          A JUROR:  Some college.

15          THE COURT:  And then where did you work?

16          A JUROR:  I worked for this place called Memory

17  Systems downtown in Washington.  And I was -- I worked for

18  Hewlett-Packard before that.  Do you want me to keep going?

19          THE COURT:  What year did you retire?

20          A JUROR:  About three years ago.

21          THE COURT:  Okay.

22          A JUROR:  Right about when the pandemic started.

23          THE COURT:  Okay.  Do you have a spouse or partner?

24          A JUROR:  I do not.  I live alone with two cats.

25          THE COURT:  Okay.  And how long have you lived in DC?

1          A JUROR:  Almost all of my life.  I was born here.

2          THE COURT:  Excuse me.  Tell me about what you

3     observed that day on the TV coverage.

4          A JUROR:  I observed what the TV was reporting,

5     people trying to get into the Capitol and just the resistance.

6     And I especially remember the bleachers outside, the inaugural

7     bleachers when people were climbing them.  And that I think was

8     more a visual remembrance for me.

9          THE COURT:  How much have you followed the news

10    coverage of January 6 since then?

11         A JUROR:  I mean, I don't really follow the -- I

12    follow -- I just listen to the news.  Whenever I listen to the

13    news, I am not waiting for any particular news on that

14    particular -- what happened on that particular day.

15         THE COURT:  Okay.  What news coverage do you usually

16    watch or read?

17         A JUROR:  What news?

18         THE COURT:  What news coverage do you usually watch

19    or read?

20         A JUROR:  Like NBC4, local news.  It is mostly about,

21    you know, here, not national.

22         THE COURT:  Okay.  Do you take "The Post"?

23         A JUROR:  I do.

24         THE COURT:  Okay.  You did say on the questionnaire

25    you were asked in question 31 that no matter what you have seen

1    or heard about the events at the Capitol and no matter what

2    opinions you may have formed, you could put that aside and

3    decide this case just on the evidence in a fair and impartial

4    manner.  You don't have any problem with that?

5            A JUROR:  I don't have a problem.

6            THE COURT:  You don't know what this defendant did.

7    You could decide this case just on the evidence you heard here

8    in this courtroom.  You don't have any problem with doing that

9    fairly and impartially in your view?

10           A JUROR:  Of course, I am an engineer -- systems

11   engineer, so I go on -- I am analytical and logical.

12           THE COURT:  Good.  You are the kind of person we are

13   looking for.

14           A JUROR:  It is my brain.

15           THE COURT:  Good.  Okay.

16           Let me see if counsel have any other questions.

17           (Conference held at the bench.)

18           MS. LEDERER:  Your Honor, would you be able to ask

19   that now she is retired, if she has taken any part-time hobbies

20   or volunteer work or anything like that?

21           THE COURT:  Okay.

22           MR. KIERSH:  No additional questions.

23           (End of bench conference.)

24           THE COURT:  Now, that you are retired, do you have

25   any part-time jobs or hobbies or anything?

```
 1                    A JUROR:  I like to take pictures.  I do a lot of
 2       photography.
 3                    THE COURT:  Thank you very much.
 4                    A JUROR:  I am good?
 5                    THE COURT:  I appreciate it.  You are excused to go
 6       back to the other courtroom.
 7                    We'll go to 2209.
 8                    I just have a few follow-up questions.  You had a
 9       question about whether you heard something about this case
10       before.
11                    A JUROR:  No, I haven't.
12                    THE COURT:  Okay.  You did have a question which you
13       were asked, you have strong feelings or opinions about the
14       events that took place at the Capitol on January 6 that would
15       make it difficult for you to be a fair and impartial juror in
16       this case.  And you said yes.  Tell me a little more about that
17       one, if you would.
18                    Hold the mic up, if you would, real close.
19                    A JUROR:  That was really a sad day for me.  And I
20       had really -- it was emotionally draining for me, watching it,
21       and watching how people just stormed the Capitol like that and
22       how they did the police officers and -- yeah.  It was emotional
23       for me.  And I do have strong opinions about it.
24                    THE COURT:  Now, there is another question that said
25       no matter what you have heard and seen about the events at the
```

```
1    Capitol, could you put that aside and decide this case just on
2    the evidence you heard here at this trial.  You said yes to
3    that.  Do you think that would be difficult though?
4              A JUROR:  Probably.
5              THE COURT:  Okay.
6              A JUROR:  I think it would be difficult.
7              THE COURT:  Okay.  Thank you very much.
8              Can I talk to counsel?
9              (Conference held at the bench.)
10             THE COURT:  Any objection to the defendant's strike?
11             MS. LEDERER:  No, Your Honor.
12             MR. KIERSH:  No objection.
13             THE COURT:  Okay.  You can step down.
14             (End of bench conference.)
15             THE COURT:  We will go to 740.
16             Just a couple of follow-ups, sir, on you, family
17   member or close friend, arrested for or convicted of or charged
18   with a crime.  What did you have in mind there?
19             A JUROR:  It was actually me, who was arrested.
20             THE COURT:  Okay.  What was that?
21             A JUROR:  The charge?
22             THE COURT:  Uh-huh.
23             A JUROR:  It was breaking and entering.
24             THE COURT:  How long ago was that?
25             A JUROR:  September this year.
```

1        THE COURT:  Okay.  Where was that?

2        A JUROR:  North Carolina.

3        THE COURT:  I'm sorry?

4        A JUROR:  North Carolina, Forsyth county.

5        THE COURT:  Tell me a little bit about it, if you

6    would.

7        A JUROR:  So basically I am not -- but basically, I

8    was dealing with this male who I was going to school with.  I

9    went to Winston-Salem State University.  And so after a long

10   night with my friend, I was going back to the dorm room and I

11   was thinking --

12       MS. LEDERER:  Your Honor, may I just interrupt

13   briefly to inquire if his case is still pending or not?

14       THE COURT:  I can't hear you.

15       MS. LEDERER:  Would we be able to take a pause real

16   quick and inquire if his case is still pending or not?

17       THE COURT:  Yes.

18       Is there a case still pending regarding that?

19       A JUROR:  No.

20       THE COURT:  Okay.

21       MS. LEDERER:  Thank you, Your Honor.

22       A JUROR:  So I was thinking about just popping up on

23   the man when I got back to my dorm room, because we lived in

24   the same dorm building.  So when I got to his room, I seen him

25   in the bed with another person.  And so we got into a scuffle.

1    And he basically -- well, I called campus police to de-escalate

2    the situation to remove me from it.  But he then went and told

3    them that he didn't know who I was and --

4              THE COURT:  Right.  I got you.

5              A JUROR:  Yeah.

6              THE COURT:  Anyway, it got dismissed?

7              A JUROR:  Yes.  That was like the final charge right

8    there.

9              THE COURT:  Anything about that experience have any

10   affect on whether you could be a fair juror now?

11             A JUROR:  Can you repeat that question?

12             THE COURT:  Yeah.  Anything about that experience

13   have any affect on whether you could be a fair juror in a case

14   now?

15             A JUROR:  No, I don't think so.

16             THE COURT:  The arrest was by North Carolina, what,

17   campus police?

18             A JUROR:  No.  It was by Winston-Salem Police

19   Department, so it wasn't campus police.

20             THE COURT:  Local yokels?

21             A JUROR:  Yes.

22             THE COURT:  And it all got tossed out?

23             A JUROR:  Yes.

24             THE COURT:  Okay.  Is that the only one you had an

25   answer to that question?

```
 1                    A JUROR:  Yes.
 2               THE COURT:  Okay.  And you have survived that?
 3               A JUROR:  I did, barely, but I am here to tell the
 4    story.
 5               THE COURT:  Okay.  And you are not going to hold it
 6    against all police forever?
 7               A JUROR:  No.  It was a one-time thing.  It happened.
 8    I am over it.
 9               THE COURT:  The next one was you, a family member or
10    close friend victim or witness to a crime.  I think you had an
11    answer to that one too.
12               A JUROR:  Yes.  A lot has happened this year, but
13    March 2023, I actually witnessed one of my close friends, like,
14    get raped, so that happened.
15               THE COURT:  Okay.
16               A JUROR:  And this was in DC.
17               THE COURT:  And was someone apprehended in that?
18               A JUROR:  No.
19               THE COURT:  Okay.
20               A JUROR:  She decided not to press charges.
21               THE COURT:  Was she satisfied with how the police
22    responded or did the police respond?
23               A JUROR:  We didn't call the police.
24               THE COURT:  Okay.  Anything about that experience
25    have any affect on your ability to be a fair juror, do you
```

1    think?

2              A JUROR:  No.

3              THE COURT:  Okay.  You watched the events at the

4    Capitol on live TV that day.  Where were you that day?

5              A JUROR:  I was at home.  I seen most of it on, like,

6    Instagram.  People were posting clips and stuff like that.

7              THE COURT:  Where were you working at that time?

8              A JUROR:  2021, January, Office Depot.

9              THE COURT:  So you were working at home that day or

10   you just happened to be home?

11             A JUROR:  I just happened to be home.

12             THE COURT:  And you watched it on TV?

13             A JUROR:  It was on Instagram, so social media.  It

14   was just like clips.  I didn't really see.

15             THE COURT:  I see.  Tell me your impression from that

16   day then.

17             A JUROR:  I just thought that it was a lot going on.

18   And I didn't really know everything that was happening, because

19   I am not really into, like, politics and I knew the motive

20   behind storming the Capitol was political.  So I was just like

21   if something extraordinary happens, somebody will post it on

22   Instagram.

23             THE COURT:  Right.  How much have you followed the

24   news on that since then?

25             A JUROR:  None at all.

1          THE COURT:  Okay.  Did you watch any of the

2   congressional hearings about it?

3          A JUROR:  No.

4          THE COURT:  Okay.  What is your normal news outlet?

5          A JUROR:  Instagram, social media.

6          THE COURT:  Okay.  You take "The Post"?

7          A JUROR:  No.

8          THE COURT:  Okay.  You watch the local news on TV?

9          A JUROR:  No, I don't.

10          THE COURT:  Okay.  You mostly just do social media?

11          A JUROR:  Yes.

12          THE COURT:  Okay.  You were asked if you could -- if

13   you were -- whatever you have seen and heard about the events,

14   you could set those aside and decide this case just on the

15   evidence you heard here in court?  You don't have any problem

16   with that?

17          A JUROR:  No, no problem.

18          THE COURT:  As we start this trial, you don't know

19   what this defendant did, if anything.  And you could decide

20   what he did and whether it was legal or illegal, just on the

21   evidence you heard here in this courtroom.  You don't have any

22   problem with that?

23          A JUROR:  Yes.  No problem.

24          THE COURT:  And be fair and impartial?

25          A JUROR:  Yes.

1          THE COURT:  Okay.  Do you have trouble paying

2   attention for long periods of time?  And you said yes.  Tell me

3   about that one.

4          A JUROR:  Earlier in my life, I was diagnosed with

5   ADHD.  And I just have an attention disorder, that is all.

6   Basically I have been working on it though.

7          THE COURT:  Okay.  And you have been holding

8   employment since then?

9          A JUROR:  Yes.

10          THE COURT:  How far did you go in school?

11          A JUROR:  I finished my 3rd year recently in May.  I

12   finished my third year of college.

13          THE COURT:  Good.  Where?

14          A JUROR:  Winston-Salem State University.

15          THE COURT:  Oh, you are going to Winston-Salem, that

16   is why you were down there.

17          A JUROR:  Yes.

18          THE COURT:  How long have you lived in DC?

19          A JUROR:  I was born and raised and lived in DC, 21

20   years.

21          THE COURT:  Okay.  And you were working at Home

22   Depot.  What other jobs have you had?

23          A JUROR:  It was Office Depot.

24          THE COURT:  Office Depot.  I'm sorry.

25          A JUROR:  But I also worked at Journey in Arlington,

```
 1    Virginia, Pentagon City Mall.  And I currently work at H & M on
 2    Connecticut Avenue.  Those are really all of my jobs I have
 3    had.
 4              THE COURT:  Okay.  At H & M, yeah.  Is that a good
 5    outfit?
 6              A JUROR:  Yes.
 7              THE COURT:  I have never been there or seen that
 8    store.  Okay.  And you have a spouse or partner?
 9              A JUROR:  No.
10              THE COURT:  Okay.  Let me see if counsel have other
11    questions.
12              (Conference held at the bench.)
13              MS. LEDERER:  Your Honor, would you be able to
14    inquire whether or not the fact that he has been previously
15    accused of breaking and entering and this, at its core, is a
16    breaking and entering case, if that would affect his ability
17    and it is also going to come down to he said, she said
18    situation.  So if there is anything from the case where he was
19    accused, if that would be too much for him to sit here and
20    listen or if it would hit too close to home.
21              Also we would ask that you ask him if he is currently
22    doing his semester virtually or if he is just taking a semester
23    off.
24              MR. KIERSH:  No objections.
25              THE COURT:  All right.
```

1      (End of bench conference.)

2      THE COURT:  Are you doing this semester virtually or

3 are you taking the semester off or what is --

4      A JUROR:  I am looking to transfer schools, so I am

5 not registered at Winston anymore.

6      THE COURT:  Okay.  So you are not registered now?

7      A JUROR:  Yes.

8      THE COURT:  Since that incident at Winston-Salem was

9 somewhat a he said, she said sort of thing, do you think that

10 would pose any problem for you in this kind of case where that

11 may be -- this sort of case where there is some conflicting

12 testimony or that might pose a problem for you in this kind of

13 a case?

14      A JUROR:  No.

15      THE COURT:  Okay.  Thank you very much.

16      A JUROR:  Okay.  Thank you.

17      THE COURT:  We will go to 1384.

18      Just a few follow-up questions.  You or friend or

19 family member worked for law enforcement?

20      A JUROR:  I work in the Department of Justice.

21      THE COURT:  Okay.  Where do you work?

22      A JUROR:  I am at OJP on 7th Street.

23      THE COURT:  What is OJP?

24      A JUROR:  Office of Justice Programs.

25      THE COURT:  And that is doing grants?

```
1                    A JUROR:  Yes.

2                    THE COURT:  Okay.  How long have you been there?

3                    A JUROR:  Since 2009.

4                    THE COURT:  You have family member or close friend

5       worked as a lawyer, going to law school?

6                    A JUROR:  Best friend attorney, yeah.

7                    THE COURT:  Okay.  Who is your best friend?

8                    A JUROR:  Donya Pollack (ph).

9                    THE COURT:  Where does he work?

10                   A JUROR:  She.  Penn State.

11                   THE COURT:  Oh, Tonya.  Where does she work?

12                   A JUROR:  Donya, D.  Penn State.

13                   THE COURT:  For the university?

14                   A JUROR:  Uh-huh.

15                   THE COURT:  Ever do any criminal practice?

16                   A JUROR:  No.

17                   THE COURT:  Okay.  And you, a family member or close

18      friend received training in print or media?

19                   A JUROR:  No.  I didn't answer that one.

20                   THE COURT:  Or work in any journalistic capacity?

21                   A JUROR:  No.

22                   THE COURT:  You watched events at the Capitol on live

23      TV that day?

24                   A JUROR:  Yes.  We were still at home, so, yes.

25                   THE COURT:  So you were home that day --
```

```
 1              A JUROR:  That day, next day, yes.

 2              THE COURT:  -- working from home that day?

 3         So you saw it live, tell me about that.

 4              A JUROR:  It was actually a little overwhelming.  I

 5    just couldn't believe it was happening.  And I will be honest,

 6    I am surprised it is only seven counts.  I would have thought

 7    it would have been eight and one would have been for treason.

 8    It was just really an overwhelming thing to watch happen.

 9              THE COURT:  Okay.  To what extent have you followed

10    the news since that day?

11              A JUROR:  Articles that come out, some of the cases

12    that, you know, have happened since then, you know, you keep up

13    with if people are found guilty or not, like what is happening

14    with it.  Not every day, but, yeah, I do kind of follow.

15              THE COURT:  Okay.  You had a hardship if you had to

16    serve in the case.  What would that be?

17              A JUROR:  So two of my children have been selected to

18    go to Ghana, Africa and they leave Wednesday.  So getting them

19    ready is no small feat.  They will be gone for 11 days and I

20    have got to get them to the airport, get them ready.  So --

21              THE COURT:  Wednesday of next week?

22              A JUROR:  Yeah.

23              THE COURT:  I wasn't sure on question 25.  It said,

24    do you have strong feeling or opinions about the events at the

25    Capitol that took place that would make it difficult for you to
```

1    be a fair and impartial juror?

2              A JUROR:  That is just my thoughts about the treason.

3              THE COURT:  I'm sorry?

4              A JUROR:  That is my thoughts about it also being

5    treasonous.

6              THE COURT:  Tell me a little more about that then.

7              A JUROR:  Well, I mean, I believe in protesting, I

8    absolutely do.  But I feel like anybody whose cell phone pinged

9    inside that building crossed the line.  And it just blew my

10   mind.  It went beyond protest.

11             THE COURT:  Okay.  We don't know until the evidence

12   comes in this courtroom what this defendant actually did.  Do

13   you think -- do you think your feelings overall could be set

14   aside and decide based on the evidence in this courtroom what

15   he actually did or do you think your overall feelings would

16   make that difficult to do?

17             A JUROR:  I don't know.  I don't know.

18             THE COURT:  Okay.  Let me see counsel.

19             (Conference held at the bench.)

20             THE COURT:  I will sustain defendant's motion.

21             MR. KIERSH:  I move to strike the juror for cause.

22             THE COURT:  All right.

23             MR. BARCLAY:  No objection with the government.

24             THE COURT:  All right.

25             (End of bench conference.)

1            THE COURT:  All right.  Thank you very much.

2            We'll go to 2015.  You were asked if you have any

3    strong feelings or opinions about the events that took place at

4    the Capitol that would make it difficult for you to be a fair

5    and impartial juror.  Tell me a little more.  You said yes.  So

6    tell me a little more about that, if you would.

7            A JUROR:  Just simply that I would have to admit that

8    I feel that anybody that would have come there to protest or to

9    engage even in noncriminal activity is somebody that I would

10   have difficulty understanding.  So I have strong feelings about

11   anybody that would have shown up to the January 6 event.

12   Having said that, by my job, my profession, I would be lying if

13   I said that I probably wouldn't be able to separate that out in

14   determining the facts of what might have happened that day.

15   But I would also be lying if I didn't tell you that I had some

16   strong feelings about what happened that day and what I believe

17   about people that might have shown up there.

18           THE COURT:  What is your job?

19           A JUROR:  I am an administrative law judge.

20           THE COURT:  Tell me more about your background and

21   experience.

22           A JUROR:  I went to law school after undergrad and

23   became a lawyer.  And I worked for private law firms for a few

24   years, maybe about 7 years and then went into the Office of the

25   Attorney General for the District.  I handled child abuse and

1    neglect cases for about 7 or 8 years.  And then did a brief

2    period in the OAG Office of Legal Counsel advising the agency

3    and the attorney general.  And then I switched to the appellate

4    section up until 2020.  And then I switched over to the Office

5    of Administrative Hearings.

6              THE COURT:  Okay.  So you know what the answer is

7    supposed to be.

8              A JUROR:  Yeah.

9              THE COURT:  The problem you have is underlying you

10   really don't know you could be fair?

11             A JUROR:  I mean, like I said, in my current job, I

12   have to try to set aside any type of feelings I might have

13   about a case.  I certainly have the training and discipline to

14   do that.  But when it comes to certain issues that we have all

15   been experiencing in the country, there is some things that I

16   have very strong feelings about, January 6, vaccination.  So I

17   would likely through -- for all accounts be able to be fair and

18   impartial and determine whether somebody engaged in actual

19   criminal activity that day.  But, again, all I can tell you is

20   that I have strong feelings.  That is about the best I can do.

21             THE COURT:  Okay.  Let me talk to counsel.

22             (Conference held at the bench.)

23             MS. LEDERER:  Your Honor, I would ask that you

24   inquire more.  He understands that as an ALJ -- he had to take

25   an oath.  He understands the constitution.  The constitution

1    demands fair trials.  Also, there is other crimes that no one

2    likes like murder or rape, but anyone accused of those crimes

3    deserves a fair trial.  It is what is expected and it is what

4    is demanded.  And he, more than anyone, should know that.

5              MR. KIERSH:  Your Honor, I would move to strike.  He

6    already said that he believes that anybody who was there, he

7    holds their presence against them.  And I believe he is being

8    honest.  But I believe that his biases are clearly evident from

9    his responses from the specific words that he has uttered.

10             THE COURT:  Defense request is granted.

11             (End of bench conference.)

12             THE COURT:  Thank you very much.  You may be excused.

13             You or somebody you know is in law enforcement?

14             A JUROR:  Yes.

15             THE COURT:  Who is that?

16             A JUROR:  I have a cousin who is an officer in

17    Florida.  And then my -- another cousin who is an attorney for

18    the Stearns County Criminal Division in Minnesota.

19             THE COURT:  Okay.  The officer in Florida is state or

20    federal or what?

21             A JUROR:  State.

22             THE COURT:  Okay.  And the attorney is in Minnesota,

23    you said?

24             A JUROR:  Yeah.  Sartell, Minnesota.

25             THE COURT:  And how close are you to either of those?

```
 1                A JUROR:  They are first cousins, pretty close, grew
 2    up with them.
 3                THE COURT:  The one in Florida?
 4                A JUROR:  Yeah.
 5                THE COURT:  Ever talk about his cases with him or his
 6    work or anything like that?
 7                A JUROR:  About any cases?
 8                THE COURT:  Yeah.
 9                A JUROR:  Occasionally, not frequently.
10                THE COURT:  What kind of stuff does he do?
11                A JUROR:  The cases we talked about were more traffic
12    stops and, yeah, what goes on --
13                THE COURT:  Okay.
14                A JUROR:  -- things like that.
15                THE COURT:  You also know some lawyers or people that
16    studied law?
17                A JUROR:  Yes.  I worked at a couple organizations
18    and worked with a number of lawyers there.
19                THE COURT:  Okay.  What were those?
20                A JUROR:  One was a gun violence prevention
21    organization.  I worked with a litigation team, when we were --
22    I do communications, so just working through lawsuits that we
23    had and how we were going to approach those from a
24    communications perspective.
25                THE COURT:  Okay.
```

```
 1                    A JUROR:  And then we also had a number of attorneys

 2       that were focused on second amendment issues and other gun laws

 3       in various states that we were working in.

 4                    THE COURT:  Okay.  Where were you working?

 5                    A JUROR:  What was that?

 6                    THE COURT:  Where were you working?

 7                    A JUROR:  I was working here in Washington, DC.

 8                    THE COURT:  What were you doing?

 9                    A JUROR:  Communications for this organization.

10                    THE COURT:  Where are you employed now?

11                    A JUROR:  I am employed here.  I work for PBS.

12                    THE COURT:  Okay.  How long have you been there?

13                    A JUROR:  About a year.

14                    THE COURT:  Okay.  And how long have you lived in DC?

15                    A JUROR:  Since 2010.

16                    THE COURT:  Okay.  Do you have a spouse or partner?

17                    A JUROR:  I do.

18                    THE COURT:  What is their occupation?

19                    A JUROR:  She works for the administration near the

20       Capitol.

21                    THE COURT:  Okay.  At the -- where?

22                    A JUROR:  In the Ronald Reagan Building.

23                    THE COURT:  Reagan Building.  Okay.

24                    And do you have any children?

25                    A JUROR:  We currently do not, no.
```

1      THE COURT:  Okay.  What is your educational

2  background?

3      A JUROR:  I went to the University of Iowa.  And I

4  got a double major in journalism and political science.

5      THE COURT:  Okay.  Tell me about your background in

6  journalism then.

7      A JUROR:  I did -- I didn't do it for too long.  I

8  graduated in 2009 and did a little freelancing before I moved

9  over to doing communications for elected officials.  And I

10  worked at the Minnesota State Capitol for a little bit for a

11  number of democrats in the Minnesota House of Representatives.

12  And then I came out here.  I worked on Capitol Hill for 8 or 9

13  years doing communications, so things that I learned at school,

14  but from a different -- you know, not working for a news outlet

15  or anything like that.

16      THE COURT:  Okay.  You, family member or close

17  friend, arrested or convicted or charged with a crime?

18      A JUROR:  Yes.  An uncle of mine.

19      THE COURT:  What was he --

20      A JUROR:  He -- it was a long time ago, but there

21  were a number of people he was stealing money from and bad

22  checks in like the mid nineties.  And so he went to -- he got

23  caught up in a federal case.  And I think he was incarcerated

24  in Milwaukee for a little bit.

25      THE COURT:  From what you know and I know you may not

```
 1    know all of the facts, but was he treated fairly by the
 2    criminal justice system?
 3              A JUROR:  I believe so, yeah.
 4              THE COURT:  The next one, you, member of family,
 5    victim or witness to a crime?
 6              A JUROR:  Well, I was robbed like the first year I
 7    came here.  So I filed a police report back then, so I guess it
 8    was experienced it, maybe.
 9              THE COURT:  That was on the street or what?
10              A JUROR:  Yeah, it was on the street.
11              THE COURT:  Here in DC?
12              A JUROR:  Yeah.
13              THE COURT:  Satisfied with how the police responded?
14              A JUROR:  Yeah.
15              THE COURT:  Okay.  Anyone ever apprehended?
16              A JUROR:  No.  No.
17              THE COURT:  Okay.  Anything about that experience
18    have any effect on your ability to be a fair juror, do you
19    think?
20              A JUROR:  I don't -- no, I don't think so.
21              THE COURT:  Okay.  Then anyone you are close to live
22    or work near the Capitol?
23              A JUROR:  Well, my wife, you know, works nearby.  And
24    we both used to work in or around the Capitol, too.
25              THE COURT:  Okay.  Tell me more about that.
```

1      A JUROR:  Well, I worked for a couple of different

2   senators and a member of congress.  And I left in 2017.  But

3   she was working for a senator up through -- I think like the --

4   she left the Hill in like May of 2020 or something like that or

5   2021, I'm sorry.  So she was there.

6      THE COURT:  She was there?

7      A JUROR:  Yeah.  I had to -- at that time, I was

8   working for the gun violence prevention group.  This was run by

9   former Congresswoman Gabby Giffords.  So I was monitoring all

10  of the news, because we were thinking about statements we might

11  have to put out and there was -- I was watching as the barriers

12  were starting to be breached.  So I called my then-girlfriend

13  and told her to leave, because she was near the front of the

14  building where people were starting to come through.  So she

15  got out.  She was not on the premises, but she got out and came

16  home, like, as areas were being breached.

17      THE COURT:  Where were you?

18      A JUROR:  I was at our place in Columbia Heights.

19      THE COURT:  Okay.  And then you watched it on TV?

20      A JUROR:  Correct.  Yep.

21      THE COURT:  Okay.

22      A JUROR:  She was interacting with her boss too who

23  was still on site just --

24      THE COURT:  Where was she working at the time?

25      A JUROR:  She was working for a senator's office.

1          THE COURT:  Which senator?

2          A JUROR:  Senator Gillibrand.

3          THE COURT:  Okay.  So the senator was in the

4    building?

5          A JUROR:  Yes, that is correct.

6          THE COURT:  She was there initially?

7          A JUROR:  Uh-huh.

8          THE COURT:  You had an answer on strong feelings or

9    opinions about the events that took place that would make it

10   difficult for you to be a fair and impartial juror and you said

11   no -- you said yes to that.  But you also said that you would

12   try to set that aside and decide this case on the evidence.  So

13   tell me more about how you look at all of that.

14         A JUROR:  Yeah.  I mean, I think it was, you know --

15   when I was thinking about those questions, I was reflecting

16   back on -- I spent a good number of years at the Capitol, like

17   I said, working for a couple of different senators, working for

18   a member of Washington State.  When you work at a place that

19   long, you develop relationships with the people that are still

20   there.  So I think everything that happened that day really

21   made me feel a certain way.  Because I experienced with how the

22   place worked and who worked there and what is supposed to

23   happen there.  And I felt like a lot of the things that took

24   place that day ran counter to what the Capitol represents, what

25   it is supposed to be.

1          And not to mention the person I am now married to,

2   she felt like she was in danger.  I felt like she was in

3   danger.  So that was very a visceral day, I suppose, on a

4   number of fronts.  And it still -- and I know a lot of people

5   that were, you know, there through the whole ordeal.  And it

6   was tough for a lot of people.  So I can't set any of those

7   feelings or memories aside.  But I also want to recognize in

8   situations like that, there is a lot of different things

9   happening all over the place.  And some people may be more

10  prominently involved in things that happened than others.  So,

11  you know, I would hope I could look at that with an open mind

12  and set aside the feelings I had from that day and feelings I

13  still do have.  But I think everybody is entitled to their own

14  hearing in a case and to consider the evidence that we have and

15  see where it goes.

16          THE COURT:  I guess one question is how much have you

17  followed the news since then?  How much news coverage are you

18  exposed to since then?  Do you read about this and follow the

19  news as we go along?

20          A JUROR:  Yeah.  I follow -- you know, I couldn't --

21  I can't say that I know individual cases and things that are

22  going on.  But, in general, I still work in communications and

23  I do communications for PBS.  So I am following the news on a

24  daily basis.  And I have been following the general contours of

25  the cases that have come out of January 6.

```
 1                THE COURT:  Okay.  What is your normal news outlet?
 2   What are you following?
 3                A JUROR:  I -- a lot.
 4                THE COURT:  You take "The Post"?
 5                A JUROR:  "The Post," "New York Times."
 6                THE COURT:  All of the usual suspects?
 7                A JUROR:  All of the usual suspects, of course, "PBS
 8   News Hour," because I work there.  But I try and have a wide
 9   range of places I am taking in news from.
10                THE COURT:  All right.  Okay.
11           You know you are supposed to be fair and impartial.
12   How do you think that -- I mean, in one of these questions you
13   said that might be difficult.  How would you characterize that?
14                A JUROR:  Yeah.  I didn't want to hide the fact that
15   I have a personal connection to what happened then.  I feel
16   like I have a personal connection to what happened on January 6
17   because of the people I know and knew in the building and the
18   people I worked for that were in the building.  And so I just I
19   want to make sure that is out in the open because --
20                THE COURT:  I appreciate that.
21                A JUROR:  That is just how I -- it was a big part of
22   my life in DC, so it is an important institution to me.
23                THE COURT:  Let me speak to counsel.
24           (Conference held at the bench.)
25                MR. KIERSH:  Your Honor, we would move strike.  He
```

1    certainly appears and seems to be a very earnest person.  But

2    he has made it very clear that his then-girlfriend, now wife

3    was in danger that day.  And he knows a lot of other people on

4    the Hill who were in danger that day.  And he also said he just

5    would have difficulty in evaluating the evidence.  So in

6    interest of being fair to Mr. Sullivan we move to strike.

7            MS. LEDERER:  Go ahead.

8            THE COURT:  It is granted.

9            (End of bench conference.)

10           THE COURT:  I appreciate your candor.  Thank you very

11   much, sir.

12           He is stricken.

13           All right.  In light of the hour, I am going to call

14   a halt today.  We'll resume tomorrow at 10:00.  Please don't

15   talk about this with other jurors.  And we'll start back fresh

16   at 10:00.  I will give you my notes of what I think we have

17   done.

18           I have stricken 1037.  Let me let my clerk get there

19   too.  1037, 1866, 731, 2209, 1384, 1015 and 1440.  And I moved

20   to the end of the list, 0077.  So we'll see what we can do

21   tomorrow.

22           One like that who is really a witness and his wife is

23   a witness, I don't think -- we could spend forever trying to

24   qualify him, but I think that is what happened to me in the

25   last time when I took three days to get a jury is I was trying

1    to qualify people that ultimately weren't going to get

2    qualified.  So I am going to -- I appreciate counsel's

3    cooperation in trying to move this along.  I will see you all

4    tomorrow morning.

5             (Proceedings concluded at 5:06 p.m.)

1                        C E R T I F I C A T E

2

3              I, SHERRY LINDSAY, Official Court Reporter, certify

4    that the foregoing constitutes a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9

10                      Dated this 9th day of March, 2024.

11

12                      _____
                        Sherry Lindsay, RPR
13                      Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**A JUROR: [561]**
MR. BARCLAY: **[3]**   2/5 95/1 112/23
MR. KIERSH: **[26]**   2/12 12/21 13/4
16/12 32/9 32/12 32/14 37/15
40/22 41/20 46/23 54/16 56/17
64/9 71/14 73/9 82/6 87/3 89/1
94/24 99/22 101/12 108/24 112/21
115/5 123/25
MS. LEDERER: **[33]**   13/9 13/22
15/2 15/9 15/20 15/23 16/1 16/6
16/10 16/25 17/4 37/14 40/21
41/19 46/22 54/15 56/13 64/7
64/11 64/17 71/13 73/10 82/7
86/23 89/2 99/18 101/11 102/12
102/15 102/21 108/13 114/23 124/7
THE COURT: **[626]**
THE COURTROOM DEPUTY: **[4]**   17/19
32/6 82/21 89/9

**'**
'91 **[1]**   34/16
'92 **[1]**   34/16

**0**
0077 **[2]**   56/20 124/20
078 **[1]**   1/4

**1**
1.2 miles **[1]**   41/11
10 **[8]**   23/5 23/7 30/21 42/17 49/8
58/23 67/3 78/14
100 **[1]**   50/14
100 percent **[1]**   51/25
1002.3 **[1]**   16/2
1015 **[1]**   124/19
1037 **[3]**   41/1 124/18 124/19
10:00 **[3]**   25/3 124/14 124/16
10:32 **[1]**   1/6
11 **[5]**   23/8 23/14 58/23 74/3
111/19
111 **[1]**   4/21
1180 **[2]**   82/19 82/19
12 **[1]**   34/4
1299 **[1]**   32/16
12:15 **[1]**   32/5
12:30 **[2]**   25/4 32/3
13 **[3]**   23/22 23/23 58/17
1384 **[2]**   109/17 124/19
14 **[2]**   15/13 23/25
1440 **[1]**   124/19
15 **[3]**   7/17 17/13 77/22
151 **[1]**   3/21
1512 **[1]**   11/3
15th **[1]**   84/20
16 **[1]**   24/5
1687 **[1]**   54/19
17 **[1]**   24/7
18 **[3]**   7/17 11/2 24/17
1866 **[3]**   65/1 71/22 124/19
19 **[2]**   24/18 24/20
1985 **[1]**   47/3
1989 **[1]**   88/10
1:45 **[1]**   25/4

**2**
20 **[6]**   14/1 25/9 25/12 42/12
73/25 87/7
20-plus **[1]**   92/10
20-some **[1]**   97/1
20001 **[1]**   1/24
20015 **[1]**   1/18
2004 **[1]**   44/2
2005 **[1]**   43/9
2008 **[1]**   74/1
2009 **[3]**   55/13 110/3 118/8
2010 **[1]**   117/15
2011 **[1]**   77/24
2012 **[2]**   51/14 66/11
2013 **[2]**   37/5 37/5
2014 **[1]**   43/17

**2015 [2]**   50/11 113/2
2016 **[1]**   102/4
2019 **[1]**   33/13
2020 **[4]**   13/23 61/20 114/4 120/4
2021 **[12]**   12/2 19/13 19/16 24/4
26/13 27/6 27/9 27/15 27/17 44/10
105/8 120/5
2023 **[1]**   1/5 104/13
2024 **[1]**   126/10
20530 **[1]**   1/14
21 **[8]**   2/3 4/11 4/15 4/19 4/20
6/18 11/12 107/19
21-078 **[1]**   1/4
21-78 **[2]**   32/7 89/10
2209 **[2]**   100/7 124/19
226 **[1]**   71/23
2287 **[1]**   37/18
23 **[1]**   26/11
232 **[1]**   8/5
24 **[1]**   26/12
25 **[6]**   26/15 27/1 47/3 76/16
85/24 111/23
29 **[1]**   5/11
2:00 **[4]**   30/23 31/1 31/25 32/2
2d **[1]**   4/11

**3**
30 **[6]**   30/21 30/21 30/25 31/1
31/16 78/25
305 **[1]**   6/18
31 **[3]**   27/21 56/16 98/25
32 **[1]**   39/25
329 **[1]**   11/2
333 **[1]**   1/23
35 **[1]**   10/3
352 **[1]**   4/20
3:15 **[1]**   63/3
3:35 **[1]**   89/8
3d **[2]**   3/21 4/21
3rd **[1]**   107/11

**4**
40 **[1]**   29/13
403 **[6]**   8/18 9/3 9/5 13/2 16/22
16/24
404 **[7]**   8/2 8/6 8/22 9/6 12/24
13/2 14/20
405 **[3]**   6/8 6/9 6/14
41 **[2]**   29/14 29/22
42 **[2]**   29/23 30/6
43 **[3]**   4/15 30/7 30/13
43rd **[1]**   70/22
440 **[1]**   1/17
454 **[1]**   4/11
4585 **[1]**   47/1
465 **[1]**   41/25
47 **[1]**   10/23
499 **[1]**   9/14

**5**
507 **[1]**   4/15
525 **[1]**   3/20
5335 **[1]**   1/17
54 **[1]**   11/12
565 **[1]**   9/13
5:00 **[5]**   25/3 25/7 63/3 64/18
64/22
5:06 **[1]**   125/5
5th **[1]**   13/22

**6**
601 **[1]**   1/14
605 **[1]**   4/21
619 **[1]**   11/12
62 **[1]**   1/1
64 **[2]**   11/1 11/2
65 **[1]**   4/20
6710 **[1]**   1/23
687 **[1]**   4/19

**7**
71 **[1]**   11/1

**731 [2]**   89/11 124/19
740 **[2]**   124/19 124/20
744 **[1]**   10/6
78 **[4]**   2/3 6/18 32/7 89/10
79 **[1]**   4/20
7th **[2]**   24/25 109/22

**8**
801 **[2]**   7/4 7/8
84 **[1]**   11/10
87 **[1]**   8/2
88 **[1]**   3/10
89 **[1]**   12/9
8:15 **[1]**   63/4

**9**
902 **[1]**   15/13
9025 **[1]**   7/22
902s **[1]**   16/13
923 **[1]**   8/6
930 **[1]**   96/2
949 **[1]**   10/6
9:00 **[1]**   64/21
9th **[2]**   72/17 126/10

**A**
a.m **[1]**   1/6
abandoned **[1]**   38/15
ability **[20]**   28/8 28/13 28/18
29/5 33/23 34/2 34/18 43/5 46/12
55/20 59/13 62/22 72/9 76/23
79/21 87/19 92/1 104/25 108/16
119/18
able **[15]**   12/6 27/22 39/25 45/8
45/11 64/20 73/4 82/7 82/10 85/8
99/18 102/15 108/13 113/13 114/17
about **[172]**
above **[1]**   126/5
above-entitled **[1]**   126/5
absence **[2]**   8/8 45/13
absent **[1]**   5/1
absolutely **[2]**   90/15 112/8
abuse **[1]**   113/25
access **[2]**   4/8 10/19
accommodate **[3]**   63/11 63/14 85/3
accounts **[3]**   85/10 85/16 114/17
accused **[5]**   28/16 45/18 108/15
108/19 115/2
acquittal **[2]**   4/3 5/9
acquitted **[1]**   48/15
across **[2]**   61/25 88/22
action **[2]**   1/3 8/9
actions **[1]**   8/19
active **[2]**   22/24 37/20
activist **[1]**   13/18
activities **[2]**   8/20 8/21
activity **[3]**   84/1 113/9 114/19
acts **[5]**   6/3 6/6 8/3 8/7 11/3
actual **[1]**   114/18
actually **[18]**   10/15 35/10 44/19
45/19 65/18 74/19 77/6 78/10
78/14 79/15 81/1 84/4 95/12
101/19 104/13 111/4 112/12 112/15
Adam **[1]**   21/15
additional **[2]**   2/21 99/22
address **[2]**   67/19 94/15
ADHD **[1]**   107/5
administer **[1]**   31/12
administration **[1]**   117/19
administrative **[2]**   113/19 114/5
admissible **[5]**   6/16 6/21 7/3 8/21
13/2
admit **[1]**   113/7
admitted **[1]**   7/18
admitting **[1]**   16/20
adult **[1]**   94/13
advanced **[1]**   9/24
advertisement **[1]**   58/12
advertising **[1]**   58/13
advising **[1]**   114/2
advocacy **[1]**   22/25

**A**

**Affairs [2]**  33/3 33/11
**affect [14]**  28/13 28/18 34/2 34/17 47/15 59/13 76/23 87/19 91/25 93/11 103/10 103/13 104/25 108/16
**affected [2]**  27/3 41/13
**affiliated [1]**  27/12
**affirm [1]**  17/19
**affirmative [2]**  17/9 21/9
**Africa [1]**  111/18
**after [14]**  5/6 9/17 9/22 13/23 18/16 29/23 47/19 53/22 60/16 72/17 78/19 89/21 102/9 113/22
**aftermath [2]**  47/19 52/7
**afternoon [6]**  3/1 30/22 30/25 31/17 32/1 68/9
**afternoons [1]**  63/14
**again [6]**  31/15 92/6 92/24 93/7 94/9 114/19
**against [7]**  4/17 8/9 28/11 46/16 56/14 104/6 115/7
**agency [8]**  22/12 22/14 22/18 24/10 32/20 32/23 85/3 114/2
**agent [6]**  2/9 20/19 21/17 21/17 21/20 48/1
**agents [5]**  9/17 9/18 10/1 10/9 28/15
**agents' [1]**  10/14
**ago [18]**  34/23 39/9 42/12 48/10 50/10 55/12 57/21 58/22 58/23 68/21 76/16 78/14 78/22 87/7 91/19 97/20 101/24 118/20
**agree [1]**  36/22
**agreed [2]**  3/5 3/8
**agrees [1]**  11/15
**ahead [5]**  2/22 12/17 82/19 82/24 124/7
**aids [1]**  81/21
**aim [1]**  18/2
**airport [1]**  111/20
**Albania [2]**  34/7 34/11
**alerts [1]**  68/15
**ALJ [1]**  114/24
**all [89]**  2/2 2/11 3/5 3/7 3/9 11/3 13/14 13/25 14/6 14/22 14/24 15/4 15/7 17/10 17/12 17/17 17/20 18/9 18/16 18/18 19/1 20/8 26/22 27/18 28/21 29/23 30/7 30/19 31/10 31/13 31/14 31/15 31/21 31/24 32/16 39/5 40/18 41/9 41/12 43/15 44/7 44/8 45/15 50/12 53/8 60/14 62/7 62/8 63/25 64/12 65/22 68/10 68/15 69/2 69/24 71/7 74/4 74/17 74/21 77/8 78/7 84/16 88/3 88/25 89/3 91/21 94/20 98/1 103/22 104/6 105/25 107/5 108/2 108/25 112/22 112/24 113/1 114/14 114/17 114/19 119/1 120/9 121/13 122/9 123/6 123/7 123/10 124/13 125/3
**alleged [3]**  8/11 10/8 19/14
**allegedly [1]**  19/20
**alleges [1]**  8/23
**allow [1]**  16/22
**almost [2]**  42/12 98/1
**alone [3]**  59/3 61/14 97/24
**along [5]**  50/15 60/4 92/17 122/19 125/3
**already [5]**  10/23 11/12 25/20 30/9 115/6
**also [37]**  3/25 4/3 4/19 6/10 7/8 7/19 7/22 13/10 13/13 13/20 14/9 14/10 14/20 14/22 15/2 16/3 16/22 16/24 42/8 42/13 47/12 48/23 50/6 63/20 75/9 82/9 107/25 108/17 108/21 112/4 113/15 115/1 116/15 117/1 121/11 122/7 124/4
**alternate [1]**  69/2
**alternates [2]**  69/6 69/16
**always [4]**  41/23 68/23 85/3 90/18

**am [81]**  12/14 14/24 14/25 15/9 26/7 30/15 30/20 31/4 32/19 32/22 33/5 33/5 33/10 35/23 36/16 38/1 38/12 40/12 43/11 46/14 46/17 48/20 49/12 49/13 50/25 51/16 59/2 59/11 61/5 64/10 64/23 65/22 70/11 70/12 71/20 77/16 82/1 84/20 84/21 84/25 85/4 90/18 91/8 92/6 92/6 92/7 93/15 93/16 94/9 94/13 94/22 95/11 95/15 95/16 97/8 97/11 98/13 99/10 99/11 100/4 102/7 104/3 104/8 105/19 109/4 109/9 109/22 111/6 113/19 117/11 122/1 122/23 123/9 124/13 125/2
**amendment [13]**  3/17 3/23 4/2 4/2 4/4 4/7 4/18 4/23 5/4 5/8 5/18 7/17 117/2
**AMERICA [1]**  1/3
**American [2]**  55/2 93/23
**analytical [1]**  99/11
**Anderson [1]**  21/21
**anniversary [1]**  70/22
**annulled [1]**  12/10
**another [9]**  26/8 56/22 72/21 78/8 79/14 86/4 100/24 102/25 115/17
**answer [15]**  17/20 18/9 18/14 18/16 18/16 24/22 30/13 53/8 56/14 85/24 103/25 104/11 110/19 114/6 121/8
**answered [7]**  10/4 32/17 45/16 49/14 56/16 81/10 86/7
**answers [1]**  18/24
**antipolice [1]**  8/24
**any [151]**
**anybody [6]**  22/1 33/25 112/8 113/8 113/11 115/6
**anymore [3]**  82/1 91/10 109/5
**anyone [18]**  14/9 24/1 24/14 27/11 28/11 35/1 59/1 59/9 72/19 76/13 77/4 77/25 83/9 93/15 115/2 115/4 119/15 119/21
**anything [35]**  12/14 12/15 18/22 20/11 25/17 26/1 26/2 31/5 38/23 39/22 45/19 45/21 46/6 55/19 62/21 69/10 71/2 73/7 79/20 82/3 86/13 87/18 94/2 94/6 94/7 99/20 99/25 103/9 103/12 104/24 106/19 108/18 116/6 118/15 119/17
**Anyway [1]**  103/6
**anywhere [1]**  83/16
**apartment [1]**  48/11
**app [2]**  36/7 36/12
**apparently [2]**  11/25 61/14
**appear [1]**  19/7
**appearances [2]**  1/11 2/4
**appears [2]**  11/10 124/1
**appellate [1]**  114/3
**applied [1]**  4/18
**appreciate [6]**  41/24 95/4 100/5 123/20 124/10 125/2
**apprehended [8]**  35/1 35/2 59/1 59/9 76/13 77/5 104/17 119/15
**approach [1]**  116/23
**appropriate [3]**  5/15 18/11 18/15
**approximately [2]**  14/1 39/18
**AR15 [1]**  13/5
**are [88]**  2/15 3/8 5/13 6/13 6/19 7/5 9/11 10/20 12/3 13/9 13/14 16/23 18/8 21/12 22/1 22/8 24/1 24/21 25/16 27/11 27/22 28/20 29/6 30/20 30/21 30/24 31/1 31/18 31/23 33/4 38/18 38/22 39/25 40/10 43/20 44/14 45/14 46/15 48/2 52/25 53/17 55/25 56/8 56/15 57/3 57/6 61/14 64/20 65/1 65/20 66/3 69/7 70/20 71/7 72/24 73/1 74/2 78/2 82/20 84/11 84/14 84/24 86/11 91/7 94/13 95/15 96/2 99/12 99/24 100/5 104/5 107/15 108/2 109/2 109/3 109/6 111/13

**115/8 115/25 116/1 117/10 119/21** (under "are" continuation)
**area [6]**  4/5 4/12 5/6 21/2 66/24 71/9
**areas [1]**  120/16
**argue [3]**  5/2 5/8 8/14
**arguing [1]**  3/25
**argument [5]**  2/21 5/20 11/8 13/8 13/16
**arguments [4]**  2/17 5/1 5/11 11/13
**arises [1]**  19/12
**Arlington [1]**  107/25
**armed [2]**  39/16 58/21
**armor [1]**  14/6
**Army [2]**  65/9 65/13
**around [7]**  21/24 25/23 60/7 60/13 68/23 85/8 119/24
**arrest [2]**  9/21 103/16
**arrested [9]**  9/22 23/17 23/21 34/5 34/8 91/13 101/17 101/19 118/17
**arriving [1]**  10/2
**article [2]**  7/16 35/24
**articles [4]**  27/8 28/24 80/5 111/11
**as [79]**  2/9 3/18 3/20 4/18 4/23 4/25 7/3 7/3 8/15 8/17 8/22 8/23 9/20 10/23 12/2 12/2 13/1 13/2 13/2 15/9 18/4 18/24 19/2 19/17 19/17 22/16 23/6 24/11 25/9 25/18 25/23 25/24 25/25 26/18 28/20 29/8 30/10 30/12 31/14 32/1 32/1 33/14 33/16 35/22 36/7 37/23 41/11 47/10 47/15 48/12 52/8 53/13 56/13 58/10 59/14 63/25 70/9 73/17 75/1 77/24 79/15 80/25 83/10 84/7 84/9 85/18 86/10 88/16 89/22 93/10 93/12 93/22 94/1 106/18 110/5 114/24 120/11 120/16 122/19
**aside [23]**  25/19 26/8 27/19 36/1 45/16 45/23 52/20 54/10 70/2 80/20 81/4 81/12 86/6 86/8 94/2 99/2 101/1 106/14 112/14 114/12 121/12 122/7 122/12
**ask [23]**  2/23 18/6 19/7 20/16 20/25 26/4 26/7 37/12 47/22 53/16 63/15 64/5 73/2 73/4 73/7 73/8 82/4 82/7 86/24 99/18 108/21 108/21 114/23
**asked [13]**  7/7 9/17 30/9 47/5 51/20 53/11 70/7 80/1 81/19 98/25 100/13 106/12 113/2
**asks [1]**  30/8
**assault [1]**  49/3
**assaulted [2]**  48/10 78/22
**assaulting [1]**  79/15
**asserted [2]**  7/11 7/13
**asserts [1]**  10/11
**assess [1]**  28/8
**assigned [1]**  65/8
**Assistant [4]**  20/15 20/17 90/10 90/13
**assume [1]**  86/3
**asylum [1]**  34/14
**attacked [1]**  93/23
**attempt [1]**  19/8
**attempted [1]**  68/22
**attended [4]**  8/14 23/10 23/13 66/18
**attention [4]**  16/15 28/1 107/2 107/5
**attentively [3]**  30/10 53/13 70/9
**attorney [11]**  20/15 20/17 21/5 22/16 22/16 49/5 110/6 113/25 114/3 115/17 115/22
**attorneys [4]**  28/15 90/11 90/13 117/1
**audience [1]**  2/9
**aunt's [1]**  90/23
**AUSA [3]**  2/5 2/6 2/9
**authenticated [1]**  7/21

## A

**authenticating [1]** 7/25
**authentication [1]** 16/14
**authorities [2]** 4/22 48/19
**authority [1]** 7/24
**authorized [1]** 4/24
**authorizing [1]** 5/7
**Avenue [6]** 1/17 1/23 59/23 60/6 92/12 108/2
**avoid [4]** 28/21 63/25 64/3 69/25
**avoiding [2]** 63/21 69/19
**aware [2]** 27/11 61/6
**away [3]** 35/11 35/12 41/11

## B

**B-R-U [1]** 4/20
**bachelor's [2]** 66/1 66/15
**back [24]** 2/7 13/16 15/5 18/18 18/19 30/21 31/17 31/17 43/9 47/18 62/2 71/1 71/4 71/5 77/8 78/7 92/8 92/16 100/6 102/10 102/23 119/7 121/16 124/15
**background [21]** 33/8 33/9 36/16 36/20 40/8 43/23 46/13 51/9 55/23 65/23 65/24 73/8 73/12 73/14 88/5 89/18 95/22 97/13 113/20 118/2 118/5
**backgrounds [1]** 79/24
**bad [1]** 118/21
**badge [1]** 5/7
**Baez [1]** 4/15
**balaclava [1]** 14/7
**banking [2]** 89/22 89/25
**Bankruptcy [1]** 1/22
**bar [3]** 3/17 3/23 4/7
**BARCLAY [3]** 1/12 2/6 20/18
**barely [1]** 104/3
**barricades [1]** 49/23
**barricading [1]** 49/21
**barriers [1]** 120/11
**base [4]** 45/25 81/3 81/6 86/12
**based [11]** 9/12 13/15 25/16 25/17 28/9 54/7 54/8 54/9 54/11 81/13 112/14
**bashful [1]** 26/24
**basically [5]** 72/17 102/7 102/7 103/1 107/6
**basis [3]** 4/23 12/11 122/24
**be [161]**
**bearing [1]** 9/2
**became [1]** 113/23
**because [33]** 2/18 5/3 6/6 6/12 6/16 8/14 9/11 10/12 10/13 16/7 24/13 25/8 26/21 29/18 36/16 44/18 60/13 70/11 72/24 72/25 81/10 81/18 85/2 95/11 95/16 102/23 105/18 120/10 120/13 121/21 123/8 123/17 123/19
**bed [1]** 102/25
**been [52]** 11/21 11/22 11/24 12/1 12/10 15/11 17/15 19/3 21/6 23/17 23/21 23/23 26/12 33/12 38/3 38/16 39/20 42/15 42/17 43/15 43/17 47/20 51/6 53/23 55/7 56/2 61/4 61/16 66/8 68/19 70/21 73/24 78/8 78/14 78/14 79/14 80/2 87/1 88/15 93/20 96/24 107/6 107/7 108/7 108/14 110/2 111/7 111/7 111/17 114/15 117/12 122/24
**before [24]** 1/9 2/23 10/2 15/8 24/20 25/5 38/5 39/6 42/20 44/11 50/5 55/7 60/2 61/17 64/14 66/20 68/19 78/9 87/1 87/5 89/18 97/18 100/10 118/8
**begin [2]** 25/5 25/6
**beginning [2]** 42/8 42/11
**behalf [3]** 2/13 31/12 94/24
**behind [2]** 2/15 105/20
**being [14]** 7/18 9/3 10/7 25/11 76/16 82/10 92/24 95/9 95/9 95/18 112/4 115/7 120/16 124/6
**belief [1]** 10/16
**believable [1]** 27/16
**believe [16]** 4/4 17/6 29/20 57/20 57/21 72/16 73/2 74/15 81/8 93/15 111/5 112/7 113/16 115/7 115/8 119/3
**believed [1]** 5/4
**believes [1]** 115/6
**belong [1]** 37/19
**belonged [1]** 22/23
**bench [38]** 18/18 18/20 37/13 37/16 40/20 40/23 41/17 41/22 46/21 46/24 54/14 54/17 56/11 56/18 64/6 64/24 71/11 71/15 73/6 73/11 82/5 82/12 86/22 87/4 94/17 95/3 99/17 99/23 101/9 101/14 108/12 109/1 112/19 112/25 114/22 112/25 123/24 124/9
**Benjamen [1]** 21/17
**besides [1]** 90/25
**best [7]** 19/5 39/24 40/6 68/18 110/6 110/7 114/20
**better [3]** 42/11 83/5 95/10
**between [2]** 82/9
**beyond [8]** 5/10 29/19 29/24 30/3 62/15 79/5 94/15 112/10
**bias [2]** 11/24 18/1
**biased [1]** 93/15
**biases [1]** 115/8
**big [1]** 123/21
**bike [5]** 92/14 93/2 93/3 93/4 95/13
**biked [1]** 93/2
**binding [1]** 11/5
**Binger [1]** 21/17
**Bingert [1]** 4/21
**bit [12]** 31/8 36/17 41/4 50/16 52/12 62/4 65/18 69/20 73/25 102/5 118/10 118/24
**black [4]** 13/25 14/6 14/15 14/22
**blanket [1]** 5/17
**bleachers [2]** 98/6 98/7
**Bless [1]** 89/13
**blew [1]** 112/9
**block [1]** 18/15
**blocks [1]** 92/17
**blogging [1]** 29/2
**body [1]** 14/6
**book [1]** 7/23
**booked [1]** 70/21
**born [4]** 34/7 89/20 98/1 107/19
**borne [1]** 5/14
**boss [1]** 120/22
**Boston [1]** 33/21
**both [3]** 31/7 78/10 119/24
**bother [1]** 82/15
**bound [1]** 18/8
**Bowie [1]** 8/5
**box [3]** 20/13 21/22 44/18
**Boys [2]** 76/20 17/6
**brain [1]** 99/14
**breached [4]** 92/14 93/20 120/12 120/16
**break [2]** 27/23 25/4
**breaking [3]** 101/23 108/15 108/16
**brief [3]** 20/10 42/13 114/1
**briefly [1]** 102/13
**bring [2]** 15/8 15/8
**brings [2]** 13/14 14/7
**broken [1]** 49/22
**brother [6]** 72/4 72/6 75/4 75/8 75/9 75/11
**brought [4]** 16/3 16/6 48/14 49/1
**Bru [1]** 4/20
**building [19]** 4/5 19/23 19/25 20/5 20/7 42/22 77/20 78/5 88/19 88/19 93/24 102/24 112/9 117/22 117/23 120/14 121/4 123/17 123/18
**buildings [1]** 20/3
**burden [5]** 29/17 29/18 62/16 70/11 79/4
**burning [1]** 16/21

## B-R-U

**business [8]** 8/11 66/24 66/24 66/25 68/25 68/13 73/15
**busy [1]** 45/9
**bystander [1]** 8/25

## C

**calendar [1]** 90/3
**call [6]** 18/18 18/19 21/19 92/13 104/23 124/13
**called [14]** 10/2 17/15 17/16 21/12 24/23 38/21 66/5 66/23 69/7 79/13 94/15 97/16 103/1 120/12
**came [13]** 34/12 34/13 34/14 37/7 37/8 44/1 44/9 44/23 62/2 79/2 118/12 119/7 120/15
**camera [1]** 14/8
**cameras [1]** 3/13
**campus [3]** 103/1 103/17 103/19
**can [46]** 5/17 7/14 12/3 15/2 15/5 15/15 15/18 21/3 25/19 26/8 26/24 27/18 30/25 31/19 32/1 32/8 39/24 40/6 45/12 50/23 53/10 56/19 57/11 62/12 63/12 64/2 64/14 72/21 73/2 74/15 74/23 75/6 79/7 82/15 82/16 82/17 83/3 86/5 95/14 95/17 101/8 101/13 103/11 114/19 114/20 124/20
**can't [10]** 32/21 39/21 49/15 75/5 93/17 94/10 94/10 102/14 122/6 122/21
**candid [1]** 18/24
**candor [1]** 124/10
**cannot [2]** 40/5 54/3
**capacity [3]** 22/12 23/11 110/20
**Capitol [76]** 3/13 4/5 4/5 4/24 8/15 14/11 14/13 19/13 19/16 20/2 20/5 20/7 21/13 21/15 21/16 23/24 24/2 24/4 24/7 26/10 26/13 26/17 27/4 27/17 41/7 41/8 41/14 46/10 47/10 49/7 49/9 49/11 51/22 59/17 59/25 60/1 67/6 67/8 67/11 67/13 67/20 77/15 78/1 83/2 83/6 83/10 83/14 83/16 83/17 84/1 89/21 92/4 92/9 92/14 92/17 92/18 92/25 93/20 98/5 99/1 100/14 100/21 101/1 105/4 105/20 110/22 111/25 113/4 117/20 118/10 118/12 119/22 119/24 121/16 121/24
**car [6]** 76/11 77/4 77/6 77/8 93/3 93/4
**care [6]** 12/13 60/4 60/7 64/10 84/14 84/17
**career [3]** 42/9 42/12 91/11
**careful [1]** 93/13
**caregiver [1]** 72/15
**cares [1]** 47/13
**carjacking [1]** 87/14
**carjackings [1]** 78/17
**Carlisle [1]** 65/9
**Carolina [6]** 44/4 72/5 72/8 102/2 102/4 103/16
**Carpenter [1]** 6/18
**carry [1]** 30/5
**case [81]** 2/8 4/17 5/25 15/5 15/16 16/3 16/7 17/1 17/7 17/14 17/16 18/1 18/2 19/11 19/11 20/10 20/12 20/14 20/23 25/16 25/22 27/19 27/20 28/17 28/21 28/23 28/25 29/1 29/1 29/1 29/3 29/3 29/19 30/12 31/10 33/23 39/14 46/3 48/13 48/14 48/22 48/25 53/16 54/2 55/15 59/12 59/14 61/21 62/25 64/21 76/24 79/12 80/21 82/23 86/6 87/13 87/14 89/6 89/7 93/12 94/4 99/3 99/7 100/9 100/16 101/13 102/16 102/18 103/13 106/14 108/16 108/18 109/10 109/13 109/13 111/16 114/13 118/23 121/12 122/14
**cases [21]** 9/10 19/4 19/6 50/12 50/14 62/7 62/8 78/24 79/12 80/6 90/2 90/5 90/9 90/13 111/11 114/1

cases... [5]   116/5 116/7 116/11
122/21 122/25
cat [2]   84/13 84/15
catch [3]   30/7 53/8 77/7
catch-all [2]   30/7 53/8
category [1]   6/19
Catholic [1]   40/17
cats [1]   97/24
caught [1]   118/23
cause [5]   18/23 50/20 62/14 79/5
112/21
cell [1]   112/8
Center [1]   56/1
certain [4]   8/4 49/15 114/14
121/21
certainly [5]   9/3 12/14 80/24
114/13 124/1
certification [1]   4/9
certify [2]   19/16 126/3
cetera [1]   80/15
CFO [1]   65/22
challenged [1]   91/16
challenges [1]   4/18
chamber [3]   14/14 49/21 73/23
chambers [1]   15/4
change [2]   11/9 12/6
channels [1]   85/19
Chansley [1]   3/20
character [6]   6/3 6/6 6/13 6/14
6/17 6/20
characterize [1]   123/13
charge [4]   87/16 87/17 101/21
103/7
charged [23]   3/2 4/1 4/17 5/3
5/10 6/13 14/11 19/19 19/21 19/22
19/24 20/1 20/4 20/6 23/18 23/21
25/21 29/25 30/3 34/5 91/13
101/17 118/17
charges [5]   6/7 20/9 48/13 81/9
104/20
charitable [2]   6/4 6/11
check [4]   17/6 20/12 20/21 20/24
checked [1]   44/18
checking [1]   51/24
checks [1]   118/22
chief [2]   17/2 17/7
child [4]   43/21 44/24 64/10
113/25
children [7]   43/18 56/6 72/16
74/2 88/23 111/17 117/24
circuit [3]   4/16 8/5 10/6
Circuit's [1]   11/1
circumstances [3]   4/8 10/8 10/17
citizens [2]   31/11 31/14
city [4]   21/2 68/22 68/23 108/1
civil [2]   19/22 48/25
claim [2]   6/23 12/12
classmate's [2]   57/1 57/3
clear [2]   45/11 124/2
clearly [1]   115/8
clerk [5]   17/17 22/4 22/6 31/22
89/14 89/16 124/18
clerk's [2]   49/14 52/14
click [1]   36/9
clients [2]   38/22 46/16
climbing [1]   98/7
clips [2]   105/6 105/14
close [49]   5/12 22/9 22/11 22/13
22/22 23/4 23/5 23/9 23/12 23/17
23/20 23/22 24/1 24/3 27/3 34/5
34/21 37/19 37/22 47/25 48/8 49/9
49/11 58/1 59/25 66/17 67/5 67/12
67/20 73/3 75/20 76/14 77/25 83/9
83/13 91/5 91/12 93/8 100/18
101/17 104/10 104/13 108/20 110/4
110/17 115/25 116/1 118/16 119/21
closed [1]   72/16
closely [2]   52/7 52/9
closer [1]   47/9
closing [1]   2/17

closings [1]   2/18
cloud... [1]   1/6
coercive [1]   10/8
collateral [1]   6/25
colleagues [4]   41/8 45/8 45/10
45/12
collect [3]   18/17 30/20 31/18
collecting [1]   31/23
Collective [1]   66/6
college [7]   4/9 19/17 40/9 43/24
65/10 97/14 107/12
Colonel [1]   65/12
COLUMBIA [4]   1/1 67/15 68/3
120/18
come [10]   15/14 30/21 60/13 78/7
92/16 108/17 111/11 113/8 120/14
122/25
comes [2]   112/12 114/14
comfortable [3]   46/17 53/16 84/15
coming [3]   9/24 31/13 93/19
commend [1]   31/14
comments [1]   29/3
Commerce [1]   73/23
commercial [1]   75/13
Commission [2]   42/9 42/13
committed [3]   19/15 62/15 86/15
committee [2]   52/14 89/22
communication [1]   26/25
communications [7]   116/22 116/24
117/9 118/9 118/13 122/22 122/23
communist [1]   34/8
community [4]   6/5 6/12 31/12
31/13
companies [1]   43/13
company [2]   33/19 66/21
completed [1]   2/16
completely [1]   12/10
compliance [1]   43/14
complicating [1]   84/11
compounding [1]   84/18
computer [1]   33/4
concedes [1]   12/9
concerned [1]   64/10
concerning [2]   28/12 28/17
concerns [5]   16/20 29/4 46/4
64/11 64/19
concluded [1]   125/5
conclusion [1]   14/10
conduct [11]   3/18 3/22 4/1 4/13
4/14 5/4 8/11 11/4 19/25 20/4
25/21
conference [37]   37/13 37/16 40/20
40/23 41/17 41/22 46/21 46/24
54/14 54/17 56/11 56/18 64/6
64/24 71/11 71/15 73/6 73/11 82/5
82/12 84/21 86/22 87/4 94/17 95/3
99/17 99/23 101/9 101/14 108/12
109/1 112/19 112/25 114/22 115/11
123/24 124/9
conflict [2]   45/11 84/22
conflicting [1]   109/11
congress [5]   77/18 80/10 93/8
93/10 120/2
Congress' [2]   19/15 19/20
congressional [7]   7/19 7/20 7/23
51/5 77/17 85/21 106/2
Congresswoman [1]   120/9
connected [1]   19/15
Connecticut [1]   108/2
connection [6]   14/25 26/10 51/21
123/15 123/16
consequences [1]   6/25
consider [3]   5/12 64/15 122/14
considering [1]   25/22
consistently [1]   4/17
constitutes [1]   126/4
constitution [7]   1/23 7/16 59/23
60/4 60/6 114/25 114/25
construction [1]   66/24
consult [2]   30/17 45/7
consulting [2]   33/18 89/24
consumer [1]   67/1

continue [1]   25/1
continued [1]   1/17
contract [1]   33/16
contractor [2]   32/19 32/22 33/14
33/15 33/19 50/25
convicted [7]   7/1 23/18 23/21
34/5 91/13 101/17 118/17
cooperation [1]   125/3
cope [2]   82/15 82/16
copies [4]   7/17 15/20 15/21 15/23
Copper [1]   10/6
copy [1]   31/24
cordial [1]   10/3
core [1]   108/15
corporate [1]   91/9
Corporation [1]   55/3
correct [6]   65/2 66/16 68/4
120/20 121/5 126/4
Correctional [1]   91/17
correctly [1]   39/15
could [50]   2/17 2/25 6/20 8/19
16/12 17/5 22/7 22/25 26/19 26/22
31/11 39/23 41/11 45/15 52/20
53/19 54/11 62/18 63/7 63/15
63/21 63/25 72/19 72/21 72/25
74/12 74/13 80/20 81/6 81/8 81/11
81/14 81/24 84/7 86/8 86/24 94/2
94/18 99/2 99/7 101/1 103/10
103/13 106/12 106/14 106/19
112/13 114/10 122/11 124/23
couldn't [17]   26/2 26/5 35/25
45/19 46/2 54/6 63/11 63/14 69/9
74/7 74/10 80/23 83/3 86/13 90/16
111/5 122/20
counsel [29]   2/4 2/8 15/11 15/14
21/14 31/21 37/12 40/18 41/16
42/23 46/19 54/13 56/10 64/4
71/10 73/5 82/3 82/20 82/22 82/24
86/20 94/16 99/16 101/8 108/10
112/18 114/2 114/21 123/23
counsel's [1]   125/2
Count [5]   10/22 10/24 10/25 16/4
16/7
counter [1]   121/24
country [2]   25/23 114/15
counts [1]   111/6
county [7]   37/24 38/1 38/20 57/15
90/24 102/4 115/18
couple [10]   34/23 60/2 62/3 71/5
91/7 93/19 101/16 116/17 120/1
121/17
course [9]   5/2 13/25 14/12 18/8
46/10 47/17 47/21 99/10 123/7
court [34]   1/1 1/21 1/22 3/20
4/18 4/25 5/12 5/14 8/18 8/20
9/13 11/6 11/15 12/23 16/23 24/19
24/22 25/17 27/20 28/11 31/12
48/15 50/7 61/25 68/23 78/13 85/3
86/7 87/10 89/15 91/5 106/15
126/3 126/13
Court's [5]   4/10 13/1 16/15 17/5
29/21
courtroom [29]   2/14 17/13 17/15
18/4 22/3 22/4 22/6 30/17 30/23
31/20 31/22 31/23 45/24 45/25
54/4 80/22 82/12 81/4 81/5 81/7
81/13 82/18 86/13 94/4 99/8 100/6
106/21 112/12 112/14
courts [2]   1/22 68/23
cousin [6]   57/9 57/13 58/8 90/19
115/16 115/17
cousins [2]   58/5 116/1
cover [4]   41/7 45/8 45/13 89/25
coverage [22]   11/20 11/21 11/23
11/24 12/2 28/21 36/1 36/5 45/16
60/23 61/3 61/7 63/22 64/1 64/3
69/20 69/20 98/3 98/10 98/15
98/18 122/17
covered [3]   41/9 41/13 53/14
covering [1]   44/19
COVID [1]   92/8
CR [1]   11/12

**C**

created [1] 107/9
crime [24] 3/22 22/24 23/1 23/1
23/3 23/3 23/18 23/21 23/23 34/6
34/21 37/20 48/9 58/2 58/18 58/19
62/14 76/5 76/8 91/13 101/18
104/10 118/17 119/5
crimes [5] 19/15 38/16 78/17
115/1 115/2
criminal [30] 1/3 2/3 4/15 4/19
4/20 6/18 17/16 19/11 25/21 28/14
28/14 28/16 28/17 38/22 48/25 49/2
55/4 57/22 57/24 75/14 75/17
87/12 89/9 90/1 91/10 91/22
110/15 114/19 115/18 119/2
criminalizes [1] 4/12
critical [1] 52/16
cross [1] 3/12
cross-examining [1] 3/12
crossed [1] 112/9
crowd [3] 92/15 92/16 93/18
current [3] 87/22 87/24 114/11
currently [8] 32/19 32/22 48/1
52/16 66/3 108/1 108/21 117/25
Cushenberry [2] 89/15 90/1
custody [3] 9/14 10/7 10/12
cybersecurity [5] 32/20 32/23
42/6 42/24 42/25

**D**

D.C [3] 8/5 10/6 11/1
dad [1] 65/4
daily [1] 122/24
Dan [1] 21/15
danger [4] 122/2 122/3 124/3
124/4
dangerous [3] 19/24 20/1 20/2
date [1] 71/6
Dated [1] 126/10
day [66] 3/2 3/3 14/21 25/3 25/4
25/25 39/5 41/8 41/15 44/16 44/21
45/2 45/21 46/10 49/18 49/19
49/25 60/9 60/10 60/18 60/23 61/4
67/21 67/22 67/24 68/6 68/6 68/12
72/18 72/22 78/15 79/3 80/9 83/18
88/16 92/11 92/12 94/3 94/10
94/12 94/15 97/3 98/3 98/14
100/19 105/4 105/4 105/9 105/16
110/23 110/25 111/1 111/1 111/2
111/10 111/14 113/14 113/16
114/19 121/20 121/24 122/3 122/12
124/3 124/4 126/10
days [10] 25/1 63/10 63/13 69/1
72/15 72/17 78/25 79/17 111/19
124/25
DC [56] 1/5 1/14 1/18 1/24 11/18
22/15 24/21 25/24 34/22 36/23
37/4 39/10 40/13 40/15 40/16 41/6
44/1 44/8 44/9 47/25 48/1 48/2
48/14 50/6 51/13 55/11 56/4 57/16
57/21 58/24 60/14 65/21 66/10
68/22 68/24 73/24 74/1 75/9 75/10
75/11 76/18 76/19 88/9 89/15
89/20 91/19 92/5 96/11 97/25
104/16 107/18 107/19 117/7 117/14
119/11 123/22
de [1] 103/1
de-escalate [1] 103/1
dead [1] 84/13
deal [1] 33/3
dealing [1] 102/8
deceased [2] 75/9 91/16
December [1] 13/22
December 5th [1] 13/22
decide [16] 25/16 26/5 27/19
27/20 31/10 52/20 80/21 86/6 94/3
99/3 99/7 101/1 106/14 106/19
112/14 121/12
decided [2] 12/17 104/20
deciding [4] 45/20 46/2 86/14
86/17

decision [4] 4/10 4/21 45/25 81/3
81/5 96/3 97/9 113/5
declare [1] 17/20
deemed [1] 7/21
deep [1] 68/14
defacing [1] 49/23
defend [1] 46/16
defendant [38] 1/7 1/16 2/20
11/14 12/1 13/12 13/17 13/25 14/4
14/11 14/13 14/14 14/17 14/19
14/20 25/25 26/5 28/16 29/15
29/16 29/17 30/1 30/4 45/18 45/20
48/15 48/22 53/18 54/2 81/1 86/11
86/12 94/2 94/6 95/25 99/6 106/19
112/12
defendant's [2] 101/10 112/20
defendants [1] 94/7
Defender's [1] 91/8
defense [8] 4/23 5/18 8/16 28/14
51/1 51/3 89/1 115/10
definitely [1] 52/6
degree [4] 36/21 51/10 51/11 88/6
deliberating [2] 25/5 25/6
deliberations [1] 25/6
demanded [1] 115/4
demands [1] 115/1
democrats [1] 118/11
demonstrating [1] 20/7
denied [5] 9/9 10/23 11/1 11/10
12/7
deny [1] 10/19
denying [1] 11/11
depart [1] 11/6
department [17] 22/14 22/16 22/17
32/24 46/14 50/25 51/2 51/3 59/18
59/20 59/21 85/1 88/1 88/20 96/25
103/19 109/20
depending [1] 5/16
deploying [1] 9/20
Depot [4] 105/8 107/22 107/23
107/24
depth [1] 31/6
deputy [5] 22/3 22/6 30/17 30/23
31/23
description [1] 20/10
deserves [1] 115/3
despite [1] 10/7
detail [1] 48/6
details [2] 48/7 77/9
determine [1] 114/18
determining [1] 113/14
develop [1] 121/19
Development [2] 85/1 88/2
develops [1] 5/16
device [1] 15/14
devices [1] 107/4
diagnosed [1] 107/4
dictatorship [1] 34/9
did [87] 9/18 9/19 10/20 14/19
15/10 24/6 25/25 26/1 26/5 34/12
37/6 37/21 38/5 38/11 38/11 39/14
39/17 42/13 43/9 44/15 45/20 46/9
48/16 50/12 51/22 52/10 52/12
52/18 54/2 57/16 57/21 57/22 58/9
58/10 60/15 60/22 63/17 63/23
67/2 67/25 68/25 69/4 71/3 75/3
75/17 75/24 77/7 77/19 77/21
77/23 79/12 79/16 79/19 80/16
80/17 80/19 81/2 85/21 85/23
85/24 86/2 86/11 89/14 89/16
89/19 91/13 91/17 94/2 97/10
97/15 97/19 98/24 99/6 100/12
100/22 101/18 104/3 104/22 106/1
106/19 106/20 107/10 112/12
112/15 114/1 118/7 118/8
didn't [24] 15/12 16/10 39/4
52/15 54/2 55/17 56/13 56/16
60/13 63/17 69/5 71/2 77/7 77/8
86/11 90/10 103/3 104/23 105/14
105/18 110/19 113/15 118/7 123/14
died [1] 75/23
different [20] 13/13 13/13 14/5

46/6 48/7 50/19 50/21 62/10 62/13
62/14 79/24 79/25 80/9
91/11 118/14 120/1 121/17 122/8
difficult [20] 24/16 25/14 26/18
26/21 28/4 29/12 30/9 30/11 41/4
53/12 70/8 86/1 100/15 101/3
101/6 111/25 112/16 113/4 121/10
123/13
difficulty [3] 29/20 113/10 124/5
digital [1] 15/14
dire [4] 2/25 3/5 12/4 12/6
direct [5] 15/2 15/5 16/15 26/9
51/21
directly [1] 27/3
directs [1] 4/19
disagree [1] 29/14
disagrees [1] 29/9
discipline [1] 114/13
discovery [1] 5/24
discuss [1] 96/21
discussed [1] 11/15
discusses [3] 13/11 13/12 14/4
dislikes [1] 29/9
dismiss [4] 10/22 10/24 10/25
12/8
dismissed [1] 103/6
disorder [2] 19/22 107/5
disorderly [3] 4/13 19/24 20/4
dispute [1] 9/11
disrupt [1] 8/10
disruptions [1] 64/22
disruptive [2] 4/13 19/25
distinguished [1] 11/15
district [7] 1/1 1/1 1/10 1/22
11/22 79/24 113/25
division [2] 42/14 115/18
do [162]
document [1] 16/17
does [32] 3/17 3/23 4/7 14/2
20/10 24/1 24/14 29/10 29/19
33/22 42/6 42/24 42/25 44/3 46/11
54/22 55/17 59/19 58/7 67/9 73/22
75/12 82/14 86/25 88/18 91/6
96/10 96/13 96/16 110/9 110/11
116/10
doesn't [2] 47/2 84/17
dogs [1] 56/9
doing [19] 14/21 19/3 31/2 31/4
31/14 38/3 41/15 41/15 46/15 70/4
90/1 95/24 99/8 108/22 109/2
109/25 117/8 118/9 118/13
don't [81] 3/2 3/6 5/17 7/11 8/18
9/10 12/19 17/4 17/8 18/15 18/21
25/24 26/24 31/4 34/2 37/3 37/22
43/6 44/17 44/19 44/24 45/18
46/13 47/15 48/5 48/6 48/21 54/1
54/1 56/25 57/24 61/10 64/15
69/15 69/16 71/6 76/14 79/23 81/1
81/1 81/24 84/4 84/16 86/10 86/16
87/21 90/6 91/9 91/23 93/15 94/1
94/6 94/7 94/8 94/19 94/21 95/10
95/16 95/17 95/24 95/25 96/14
96/15 98/11 99/4 99/5 99/6 99/8
103/15 106/9 106/15 106/18 106/21
112/11 112/17 112/17 114/10
119/20 119/20 124/14 124/23
done [5] 12/17 43/1 45/19 55/4
124/17
Donya [2] 110/8 110/12
door [1] 75/22
doors [1] 14/14
dorm [3] 102/10 102/23 102/24
double [2] 17/6 118/4
doubt [7] 5/11 22/6 29/19 29/25
30/3 62/16 79/5
down [8] 18/10 31/13 59/18 59/19
71/8 101/13 107/16 108/17
downstairs [1] 31/2
downtown [3] 89/24 92/5 97/17
draining [1] 100/20
drawing [1] 9/20
drawn [1] 11/22

**D**

dress **[4]**  13/10 14/4 14/16 16/2
dressed **[2]**  13/25 14/22
drew **[1]**  79/23
drive **[1]**  84/17
driver **[1]**  38/8
drop **[1]**  63/4
drug **[2]**  50/15 78/17
drugs **[1]**  78/18
during **[11]**  9/8 9/23 12/4 12/6
14/12 18/4 19/22 29/15 32/3 34/8
42/13
duty **[4]**  29/11 29/25 30/5 31/14
dying **[1]**  84/13

**E**

each **[10]**  14/5 16/5 22/2 25/3
25/4 31/6 31/8 31/24 31/24 43/6
EARLE **[1]**  1/6
earlier **[2]**  75/23 107/4
early **[1]**  12/2
earnest **[2]**  124/1
easily **[1]**  19/10
East **[2]**  36/25 92/13
Eastern **[5]**  33/3 33/10 34/11
36/17 67/19
easy **[2]**  17/1 71/21
ECF **[11]**  3/10 4/15 4/19 4/20 6/18
8/2 10/23 11/1 11/10 11/12 12/9
Economics **[1]**  65/25
economist **[1]**  88/14
editor **[3]**  75/23 76/2 76/3
education **[2]**  37/2 66/14
educational **[11]**  36/19 40/7 43/22
51/8 55/22 65/24 73/12 73/14 88/5
97/12 118/1
Edward **[1]**  21/20
effect **[11]**  13/4 39/23 43/5 46/12
55/20 62/22 72/9 77/10 77/12
79/21 119/18
eight **[5]**  16/23 22/10 27/8 28/12
111/7
Eighteen **[1]**  24/9
Eighth **[1]**  7/2
either **[10]**  5/14 12/19 12/20 18/1
21/10 24/12 24/15 82/1 94/21
115/25
elaborate **[1]**  86/24
elected **[1]**  118/9
electoral **[2]**  4/9 19/17
element **[3]**  6/7 29/25 30/2
elements **[2]**  3/22 5/10
Eletric **[1]**  55/2
Eleven **[1]**  58/4
eliminate **[1]**  15/13
Elizabeth **[1]**  21/13
Elsah **[1]**  43/25
else **[10]**  26/25 34/1 63/6 72/19
73/7 82/3 90/25 91/2 93/16 93/17
embarrass **[2]**  18/22 31/4
embarrassed **[2]**  81/23 82/1
embarrassment **[1]**  18/23
emotional **[1]**  100/22
emotionally **[2]**  41/13 100/20
employed **[8]**  55/25 65/20 73/20
84/24 88/13 97/11 117/10 117/11
employee **[1]**  33/16
employer **[3]**  33/17 38/19 38/21
employment **[6]**  43/4 46/6 65/23
72/9 73/16 107/8
encompasses **[1]**  11/3
encounter **[1]**  10/18
encouraging **[1]**  5/20
end **[29]**  24/9 25/5 31/9 37/16
40/23 41/22 46/24 54/17 56/18
64/12 64/15 64/24 70/7 71/15
73/11 79/8 82/12 87/4 95/3 95/9
95/15 95/16 99/23 101/14 109/1
112/25 115/11 124/9 124/20
Energy **[2]**  54/23 54/25
enforcement **[23]**  22/12 22/14

22/18 22/21 22/24 24/10 24/14
37/23 38/25 42/2 42/14 46/11
47/24 48/21 72/1 96/4 109/19
115/13
engage **[2]**  13/19 113/9
engaged **[2]**  8/21 114/18
engagements **[1]**  33/3
engaging **[2]**  4/13 8/11
engineer **[3]**  97/11 99/10 99/11
English **[2]**  27/23 40/1
enlightening **[1]**  69/14
enough **[1]**  11/18
enter **[6]**  2/4 4/4 4/24 5/5 9/18
9/18
entering **[5]**  4/12 19/22 101/23
108/15 108/16
entire **[3]**  3/2 3/2 9/15
entirely **[1]**  19/9
entitled **[4]**  13/10 19/12 122/13
126/5
entitles **[1]**  4/2 5/9
entrances **[1]**  93/1
entry **[1]**  5/7
environment **[2]**  10/9 10/11
equipment **[1]**  9/21
erred **[1]**  51/24
escalate **[1]**  103/1
especially **[1]**  98/6
essential **[1]**  6/7
establish **[2]**  3/22 29/17
et **[1]**  80/15
Europe **[3]**  33/3 34/11 36/17
European **[2]**  33/10 36/25
evaluating **[1]**  124/5
even **[5]**  2/15 10/15 11/15 29/9
113/9
event **[7]**  12/3 18/22 44/19 45/3
85/25 86/5 113/11
events **[38]**  4/6 19/13 24/6 24/7
25/22 26/10 26/13 26/17 27/3
27/17 35/20 41/3 44/15 46/9 47/6
47/20 49/18 51/21 52/2 52/4 52/6
52/19 53/24 65/21 66/6 68/10 80/2
80/9 97/3 99/1 100/14 100/25
105/3 106/13 110/22 111/24 113/3
121/9
eventually **[2]**  34/13 35/11
ever **[25]**  21/6 22/11 22/23 23/6
23/9 23/17 23/21 23/22 24/18
24/19 27/5 27/8 27/13 28/10 48/8
55/4 57/22 59/9 69/4 75/14 75/17
96/21 110/15 116/5 119/15
every **[7]**  29/25 36/8 39/5 78/15
79/3 94/15 111/14
everybody **[9]**  3/1 23/16 26/25
89/5 93/5 93/7 93/16 93/17 122/13
everyone **[1]**  89/4
everything **[7]**  36/18 50/16 61/6
62/5 70/21 105/18 121/20
evidence **[62]**  3/22 3/24 4/24 5/12
5/13 5/14 5/16 5/20 5/23 6/3 6/4
6/6 6/7 6/8 6/11 6/14 6/15 6/18
6/20 6/23 6/25 7/3 7/22 8/3 8/4
8/8 8/15 9/2 9/3 11/5 13/1 14/13
14/25 18/3 25/17 25/22 27/19 28/9
29/23 45/24 52/21 54/2 54/3 54/7
54/8 54/9 54/12 80/21 81/2 86/6
86/12 94/4 99/3 99/7 101/2 106/15
106/21 112/11 112/14 121/12
122/14 124/5
evident **[1]**  115/8
evidentiary **[2]**  6/16 9/10
exact **[4]**  3/13 15/3 15/6 67/19
exactly **[2]**  14/21 86/11
examination **[1]**  16/16
examining **[1]**  3/12
example **[3]**  4/10 4/14 5/3
exception **[1]**  7/13
exclude **[5]**  5/19 5/22 6/22 6/25
8/3 9/2 16/23
excluding **[1]**  23/18

exclusion **[2]**  8/6 12/25
excuse **[6]**  30/15 63/18 64/16
89/12 95/11 98/2
excused **[6]**  25/11 31/16 70/25
71/16 100/5 115/12
excusing **[1]**  95/16
executed **[1]**  13/24
exhibit **[5]**  15/3 15/4 15/6 15/11
16/1
existence **[1]**  11/19
expect **[1]**  25/2
expected **[2]**  21/11 115/3
experience **[13]**  38/23 39/22 55/19
62/21 69/11 69/13 79/20 87/19
103/9 103/12 104/24 113/21 119/17
experienced **[6]**  93/18 93/18 93/18
94/11 119/8 121/21
experiencing **[1]**  114/15
explained **[1]**  3/20
exposed **[2]**  11/22 122/18
extensive **[1]**  11/19
extent **[8]**  8/20 36/4 52/1 61/2
80/4 80/14 85/9 111/9
extracted **[1]**  13/24
extractor **[1]**  15/14
extractor's **[1]**  15/16
extraordinary **[1]**  105/21
extreme **[2]**  25/10 45/5
eyewitness **[3]**  94/19 94/22 95/10

**F**

F.3d **[2]**  8/5 10/6
F.4th **[1]**  11/2
face **[1]**  7/1
facial **[1]**  4/18
Facility **[1]**  91/17
fact **[8]**  4/24 5/5 13/15 14/19
91/19 94/7 108/14 123/14
factor **[1]**  84/18
factors **[2]**  9/13 11/18
facts **[8]**  3/7 9/11 9/12 28/8 29/7
91/21 113/14 119/1
factual **[2]**  4/23 12/11
failed **[1]**  30/2
fair **[62]**  18/7 19/6 26/3 26/18
26/20 26/22 27/20 28/9 28/13
28/18 30/12 31/9 33/23 34/18 36/1
39/23 40/5 43/5 45/19 46/2 46/12
47/17 47/21 52/21 53/19 53/23
55/20 62/22 72/9 74/7 74/10 74/12
74/13 74/15 76/24 79/21 80/22
81/11 86/2 86/8 86/14 86/17 87/19
90/16 92/1 95/17 99/3 100/15
103/10 103/13 104/25 106/24 112/1
113/4 114/10 114/17 115/1 115/3
119/18 121/10 123/11 124/6
fairly **[12]**  30/10 31/7 31/11 46/1
53/12 70/8 81/16 85/11 91/21
91/24 99/9 119/1
fall **[1]**  7/13
familiar **[1]**  12/3
families **[1]**  73/3
family **[54]**  6/4 6/11 20/17 21/1
21/6 22/9 22/11 22/13 22/19 22/20
22/22 23/4 23/5 23/8 23/9 23/12
23/17 23/20 23/22 24/3 27/2 32/18
34/5 34/20 37/19 37/23 42/1 47/23
48/8 49/10 57/5 58/1 58/17 59/24
63/6 66/17 67/12 70/12 71/25 75/1
75/20 76/4 76/7 83/13 91/2 91/3
91/12 101/16 104/9 109/19 110/4
110/17 118/16 119/4
far **[4]**  12/2 59/19 60/1 107/10
FBI **[19]**  9/8 9/17 9/24 9/24 10/9
10/12 10/14 10/16 10/19 20/19
21/16 21/17 21/20 28/15 42/5
42/16 46/6 46/8 46/14
FBI's **[1]**  19/18
feat **[1]**  111/19
federal **[12]**  5/24 7/3 7/21 22/18
24/19 28/15 58/8 91/8 92/6 92/24

**F**

federal... **[2]**   115/20 118/23
feed **[1]**   35/22
feel **[6]**   53/21 84/15 112/8 113/8
121/21 123/15
feeling **[1]**   111/24
feelings **[20]**   24/15 26/16 41/3
41/14 47/6 54/10 85/25 100/13
112/13 112/15 113/3 113/10 113/16
114/12 114/16 114/20 121/8 122/7
122/12 122/12
felony **[1]**   90/3
felt **[6]**   10/5 10/17 56/14 121/23
122/2 122/2
Fenwick **[1]**   43/12
Ferriter **[1]**   21/20
few **[13]**   22/8 32/17 47/22 53/23
54/19 56/21 57/21 71/24 74/25
96/3 100/8 109/18 113/23
field **[1]**   48/5
Fields **[1]**   9/13
Fifteen **[2]**   24/1 56/5
Fifth **[3]**   6/1 11/9 20/1
figure **[3]**   54/3 54/6 54/11
figured **[1]**   70/19
filed **[5]**   8/2 15/13 16/13 28/11
119/7
fill **[1]**   77/8
filled **[1]**   93/14
filmed **[1]**   10/1
final **[3]**   30/7 53/17 103/7
finally **[1]**   12/8
finance **[3]**   65/22 66/21 88/2
financial **[2]**   73/17 89/25
find **[11]**   10/19 19/3 29/24 30/1
30/2 30/3 62/15 69/4 69/9 71/21
74/23
finds **[1]**   11/16
finish **[1]**   25/2
finished **[2]**   107/11 107/12
firearms **[1]**   14/7
firm **[2]**   43/12 89/24
firms **[2]**   45/14 113/23
first **[24]**   3/16 3/23 4/1 4/2 4/4
4/7 4/18 4/23 5/4 5/8 5/17 8/1
14/3 19/19 31/25 32/15 65/24
74/25 78/12 86/24 90/19 93/5
116/1 119/6
Fischer **[2]**   11/2 11/5
five **[10]**   22/23 28/3 30/16 31/25
32/15 37/11 48/10 51/7 69/1 92/17
flag **[1]**   16/21
Florida **[3]**   115/17 115/19 116/3
fly **[1]**   71/8
focus **[2]**   28/5 33/11
focused **[1]**   117/2
folks **[1]**   91/10
follow **[43]**   22/19 24/16 26/21
27/20 29/5 29/7 29/8 29/11 29/12
30/13 30/23 32/17 37/12 46/20
50/23 52/2 52/10 53/5 54/16 54/19
56/7 56/21 62/18 63/21 71/24
73/9 74/25 79/7 80/4 80/4 80/16
85/9 85/14 85/17 96/3 98/11 98/12
100/8 101/16 109/18 111/14 122/18
122/20
follow-up **[7]**   32/17 37/12 54/19
71/24 74/25 100/8 109/18
follow-ups **[1]**   101/16
followed **[11]**   35/19 36/1 36/4
52/8 61/2 68/11 80/6 98/9 105/23
111/9 122/17
following **[15]**   18/20 21/20 26/12
28/13 28/17 29/20 52/3 52/3 52/6
68/14 69/19 80/2 122/23 122/24
123/2
footage **[2]**   10/1 10/13
forbidden **[1]**   28/24
force **[4]**   9/20 21/21 90/24 92/9
forcibly **[1]**   9/18
forcing **[2]**   92/15 92/15

foregoing **[1]**   126/4
foregone **[1]**   53/3
forever **[3]**   12/20 104/6 124/23
forget **[2]**   67/19 68/23
Forklift **[1]**   38/8
formed **[5]**   25/20 27/18 52/20 86/5
99/2
former **[2]**   21/14 21/16 120/9
forms **[1]**   11/3
Forsyth **[1]**   102/4
forth **[1]**   38/16
Forty **[1]**   29/6
forums **[1]**   4/8
Foulger **[3]**   2/9 20/19 21/18
found **[4]**   10/6 28/10 84/12 111/13
four **[9]**   16/21 20/20 28/1 29/18
69/1 79/1 79/17 92/7 92/17
Fourteen **[1]**   23/24
Fourth **[3]**   5/22 10/25 19/24
Fox **[2]**   68/17 80/15
Fraternal **[1]**   23/2
fraternity **[1]**   91/5
free **[5]**   2/9 2/10 5/2 10/5 10/18
freelancing **[1]**   118/8
frequently **[1]**   116/9
fresh **[1]**   124/15
Friday **[3]**   25/1 25/8 63/9
friend **[42]**   22/11 22/13 22/23
23/4 23/5 23/9 23/13 23/17 23/20
23/22 24/3 32/18 34/5 34/21 37/19
47/23 48/8 49/11 51/23 52/14 58/1
58/7 58/17 59/25 66/18 67/13 75/1
75/20 75/22 76/4 76/7 83/13 91/12
101/17 102/10 104/10 109/18 110/4
110/6 110/7 110/18 118/17
friends **[19]**   21/1 21/6 22/9 22/19
22/20 27/3 41/8 42/1 47/25 49/13
52/12 52/13 57/6 63/7 71/25 78/2
83/11 91/7 104/13
front **[4]**   18/12 44/25 69/16
120/13
fronts **[1]**   122/4
Fuji **[1]**   71/9
full **[1]**   14/2
fully **[2]**   61/5 64/20
functioning **[1]**   47/14
functions **[1]**   65/22
further **[2]**   11/8 12/15

**G**

Gabby **[1]**   120/9
gallery **[1]**   21/24
gang **[1]**   62/8
garage **[1]**   93/3
gear **[1]**   13/13
geek **[1]**   33/4
general **[8]**   21/14 28/15 42/23
80/7 113/25 114/3 122/22 122/24
generally **[6]**   6/3 13/1 25/3 25/4
85/15 88/4
generous **[2]**   6/4 6/11
gentleman **[1]**   78/21
gentlemen **[1]**   17/13
George's **[1]**   38/19
Georgetown **[2]**   44/2 89/21
get **[22]**   3/2 12/17 19/8 22/5
24/23 30/25 31/7 32/2 32/9 32/12
68/14 77/8 80/8 82/24 92/20 98/5
104/14 111/20 111/20 124/18
124/25 125/1
getting **[3]**   3/8 49/22 111/18
Ghana **[1]**   111/18
Giffords **[1]**   120/9
Gillibrand **[1]**   121/2
girlfriend **[3]**   67/7 120/12 124/2
give **[11]**   2/19 17/5 24/12 30/24
31/7 78/23 79/8 84/14 85/6 87/7
124/16
glass **[1]**   49/22
Glavey **[1]**   21/13
go **[35]**   2/22 2/25 12/17 14/22
18/24 19/2 19/5 22/10 31/5 32/1

37/18 39/17 41/1 41/25 44/3 47/1
50/6 51/15 53/4 66/6 67/19 82/19
82/24 89/19 94/18 94/21 99/11
100/5 100/7 101/15 107/10 109/17
111/18 113/2 122/19 124/7
goes **[4]**   63/3 70/13 116/12 122/15
going **[48]**   2/16 14/24 15/1 15/19
18/17 19/4 19/7 22/8 22/10 24/21
26/7 30/15 30/20 30/21 30/25 31/1
41/12 64/19 64/20 64/23 68/8 71/7
73/1 80/8 82/8 84/16 86/12 90/18
93/1 93/16 94/22 95/11 95/15
95/16 96/2 97/18 102/8 102/10
104/5 105/17 107/15 108/17 110/5
116/23 122/22 124/13 125/1 125/2
gone **[2]**   23/6 111/19
good **[16]**   2/5 2/12 6/3 17/12
31/11 31/14 35/19 45/14 95/24
95/25 99/12 99/15 100/4 107/13
108/4 121/16
Googling **[1]**   29/1
got **[13]**   51/10 93/19 102/23
102/24 102/25 103/4 103/6 103/22
111/20 118/4 118/22 120/15 120/15
government **[47]**   3/11 3/16 3/21
3/24 3/24 4/7 5/9 7/4 7/5 7/7
7/15 7/19 8/1 8/3 8/10 8/10 8/23
14/2 14/3 15/3 15/15 16/3 16/6
16/17 19/14 20/14 28/15 29/18
29/24 30/2 37/14 37/24 38/2 38/22
40/21 43/14 46/17 46/22 47/13
54/15 58/9 58/14 64/11 85/2 86/23
93/23 112/23
government's **[13]**   2/20 3/4 3/10
3/14 5/19 5/22 6/1 6/22 6/24 7/2
10/24 13/8 13/16
grad **[1]**   51/11
graduate **[1]**   36/22
graduated **[2]**   44/2 118/8
grand **[14]**   24/19 50/6 50/20 55/7
55/9 61/17 61/22 61/23 62/11
68/19 78/8 78/12 78/24 79/4
grant **[1]**   5/15
granted **[16]**   3/15 3/19 4/3 5/21
5/25 6/5 6/10 6/23 7/1 7/4 7/9
7/19 7/22 10/24 115/10 124/8
grants **[1]**   109/25
graphics **[1]**   16/21
greater **[1]**   24/12
greatly **[1]**   41/13
grew **[3]**   40/14 65/15 116/1
grounds **[6]**   4/5 4/25 14/11 19/23
19/25 20/2
group **[5]**   22/23 60/12 65/21 66/5
120/8
groups **[3]**   23/2 23/2 80/9
guard **[3]**   37/24 38/1 38/10
guess **[11]**   48/14 48/23 51/18
52/13 62/5 68/22 85/6 89/11 91/5
119/7 122/16
guilty **[8]**   20/8 30/1 30/4 32/2
54/9 54/9 87/16 111/13
gun **[6]**   14/8 35/14 50/15 116/20
117/2 120/8
gunpoint **[1]**   34/22
guns **[1]**   13/14

**H**

had **[53]**   4/4 9/23 9/24 10/1 10/12
15/11 16/8 28/10 35/14 37/22 41/7
45/6 53/8 62/4 63/1 63/20 63/24
68/7 70/24 71/1 71/3 71/4 71/5
72/13 76/9 76/10 84/6 84/9 87/1
90/3 90/4 90/9 90/13 90/14 91/16
93/2 93/20 94/3 100/8 100/20
103/24 104/10 107/22 108/3 111/15
111/15 113/15 114/24 116/23 117/1
117/7 121/8 122/12
hair **[1]**   58/21
half **[1]**   38/4
hallway **[1]**   30/24
halt **[1]**   124/14

**H**

Hamdi [2]  2/8 20/18
hand [4]  13/3 13/7 30/1 81/23
handgun [1]  13/5
handle [2]  14/16 14/18
handled [3]  48/18 48/21 113/25
hands [1]  17/18
hanging [1]  60/13
Hanley [1]  66/23
haphazardly [1]  33/6
happen [3]  94/14 111/8 121/23
happened [21]  48/12 48/24 59/11
 60/2 60/11 69/4 69/11 98/14 104/7
 104/12 104/14 105/10 105/11
 111/12 113/14 113/16 121/20
 122/10 123/15 123/16 124/24
happening [7]  60/19 68/15 95/12
 105/18 111/5 111/13 122/9
happens [1]  105/21
hard [5]  54/4 69/23 81/6 94/5
 96/15
hardship [8]  25/10 45/5 63/1
 72/12 84/6 84/7 84/9 111/15
has [44]  2/20 4/22 8/13 9/9 11/2
 11/14 11/21 11/22 11/24 12/1
 12/10 13/18 14/17 15/3 19/14 20/8
 29/16 29/17 29/18 29/24 30/2
 39/20 42/15 42/17 43/1 43/3 45/18
 47/20 53/19 54/15 55/4 63/15
 63/16 70/21 79/14 86/23 88/15
 90/8 96/24 99/19 104/12 108/14
 115/9 124/2
hats [1]  23/1
have [299]
haven't [6]  30/9 52/8 53/11 61/4
 70/7 100/11
having [5]  14/11 20/10 92/24
 95/18 113/12
he [171]
head [1]  55/6
headline [1]  36/8
headlines [1]  36/8
headquarters [4]  42/21 42/23
 96/12 96/12
health [1]  25/13
healthcare [1]  89/25
hear [21]  11/7 12/15 19/6 32/21
 39/4 39/14 54/4 57/11 61/5 71/2
 75/5 75/6 79/12 81/3 81/7 81/13
 81/24 82/10 83/4 86/12 102/14
heard [18]  20/10 20/11 27/16
 29/23 45/23 52/19 80/21 81/12
 86/4 91/23 99/1 99/7 100/9 100/25
 101/2 106/13 106/15 106/21
hearing [5]  9/10 12/22 27/25
 81/20 122/14
hearings [4]  81/21 85/22 106/2
 114/5
hearsay [4]  7/3 7/5 7/11 7/13
heartburn [1]  3/6
Heights [3]  67/15 68/3 120/18
held [20]  11/2 34/22 37/13 40/20
 41/17 46/21 54/14 56/11 64/6
 71/11 73/6 82/5 86/22 94/17 99/17
 101/9 108/12 112/19 114/22 123/24
help [1]  35/11
helpful [3]  18/7 72/23 72/25
her [9]  30/23 56/25 64/10 64/12
 64/15 76/9 84/15 120/13 120/22
here [88]  10/8 10/10 11/14 11/16
 21/5 21/18 22/1 25/24 26/8 26/25
 29/6 30/16 30/20 30/22 31/1 31/3
 34/12 34/13 34/14 34/18 34/22
 36/2 36/23 39/10 39/23 40/4 40/5
 44/1 44/9 44/10 44/10 45/10 45/11
 45/15 48/2 50/21 55/20 58/24 60/7
 61/5 62/15 62/19 62/22 63/1 65/21
 68/21 68/23 68/23 72/10 72/13
 73/1 74/8 74/11 74/14 76/18 77/10
 77/12 79/5 79/21 80/21 81/3 81/18
 82/22 82/24 82/25 86/12 87/9

87/20 89/4 89/20 90/8 90/9 90/17
 92/11 94/15 96/18 99/23 101/11
 104/3 106/15 106/21 108/19 117/7
 117/11 118/12 119/7 119/11
Herrera [1]  11/12
Hewlett [1]  97/18
Hewlett-Packard [1]  97/18
Hi [1]  47/4
hide [1]  123/14
high [1]  11/25
higher [1]  83/3
highest [2]  48/22 66/14
Hill [11]  41/7 47/10 67/8 67/11
 89/21 92/7 92/9 92/25 118/12
 120/4 124/4
him [28]  4/2 4/25 5/9 9/17 10/2
 10/13 12/4 14/7 14/9 41/18 44/25
 63/4 63/7 63/15 72/17 72/22 73/4
 86/24 89/16 90/9 94/22 96/15
 96/22 102/24 108/19 108/21 116/5
 124/24
himself [2]  8/21 12/11
Hiroshima [1]  71/9
his [35]  5/4 6/3 6/6 6/12 6/23
 7/2 7/5 7/8 7/10 8/9 9/8 9/15
 9/17 9/18 10/2 10/16 29/17 43/4
 44/5 65/11 65/15 71/19 72/8 96/21
 102/13 102/16 102/24 108/16
 108/22 115/8 115/9 116/5 116/5
 124/2 124/22
hit [1]  108/20
hobbies [2]  99/19 99/25
hold [5]  3/1 28/6 47/9 100/18
 104/5
holding [2]  81/23 107/7
holdings [1]  110/7
holds [2]  14/15 115/7
hole [1]  85/5
holiday [2]  25/1 25/8
home [35]  9/16 9/17 9/19 10/2
 10/10 10/19 44/22 44/24 49/24
 49/25 60/14 60/16 60/18 68/1 68/2
 83/15 83/16 83/18 83/19 92/19
 92/20 93/21 97/5 97/7 97/9 105/5
 105/9 105/10 105/11 107/21 108/20
 110/24 110/25 111/2 120/16
Homeland [3]  22/17 32/24 33/12
homeless [2]  60/5 60/8
honest [3]  95/8 111/5 115/8
honesty [1]  41/24
Honor [37]  2/5 2/12 13/9 15/2
 15/6 15/9 15/20 16/1 16/2 16/4
 16/12 16/25 32/9 37/14 40/21
 41/19 41/20 42/22 56/13 64/7 64/9
 64/17 71/13 71/18 73/10 82/7
 86/23 89/2 95/1 99/18 101/11
 102/12 102/21 108/13 114/23 115/5
 123/25
HONORABLE [1]  1/9
Hoover [1]  42/22
hope [5]  18/10 18/12 31/3 31/15
 122/11
hopefully [1]  93/5
Hospital [1]  56/1
hostile [1]  11/20
hour [3]  32/3 123/8 124/13
hours [1]  60/2
house [11]  9/9 10/10 14/14 38/21
 41/7 44/20 49/21 52/10 80/16
 89/22 118/11
housing [3]  85/1 88/2 88/2
how [75]  13/10 13/19 14/4 14/8
 14/16 15/21 16/2 19/5 25/6 30/24
 33/12 35/7 37/4 38/3 39/17 40/13
 42/15 43/15 43/20 44/7 46/1 47/15
 48/18 50/8 50/10 51/6 51/13 53/21
 55/12 56/2 56/4 56/8 58/22 59/6
 61/8 66/8 66/10 67/2 68/11 68/25
 73/24 74/2 76/20 77/21 79/16 80/7
 80/9 88/9 88/15 89/16 91/6 93/11
 96/24 97/25 98/9 100/21 100/22
 101/24 104/21 105/23 107/10

107/18 110/2 115/25 116/23 117/12
 117/24 118/14 121/21
 122/16 122/17 123/12 123/13
 123/21
Howard [1]  92/6
Howell's [1]  11/11
Howes [1]  9/13
however [2]  29/7 64/18
HUD [1]  86/25
huh [3]  101/22 110/14 121/7
hung [1]  87/17
husband [12]  42/5 42/15 44/3
 44/13 54/21 63/8 63/8 63/11 63/14
 72/7 72/7 72/14
husband's [1]  46/5

**I**

I'd [2]  47/12 70/1
I'm [25]  15/22 32/11 32/14 32/21
 47/2 57/11 58/2 58/2 58/16 62/12
 63/12 74/9 75/6 75/16 76/6 77/11
 84/8 84/25 89/12 90/23 96/8 102/3
 107/24 112/3 120/5
idea [1]  95/25
ignorance [1]  6/23
ignore [1]  29/9
II [1]  7/16
illegal [3]  26/1 26/6 106/20
Illinois [1]  43/25
images [1]  47/11
immediate [10]  22/9 22/11 22/13
 23/4 23/5 23/9 23/12 23/17 23/20
 52/7
immediately [2]  52/3 92/22
impact [1]  33/22
impacted [1]  93/22
impactful [1]  45/4
impanel [1]  11/19
impaneled [1]  84/23
impartial [40]  11/19 18/7 19/6
 26/3 26/19 26/20 26/23 27/21 28/9
 28/14 28/18 30/12 31/10 36/2 40/5
 45/20 46/2 52/21 53/20 53/25
 72/10 74/8 74/11 74/13 74/15
 80/22 81/12 86/2 86/8 86/14 86/17
 90/17 99/3 100/15 106/24 112/1
 113/5 114/18 121/10 123/11
impartially [7]  30/10 31/11 46/1
 53/13 70/9 81/16 99/9
impede [1]  8/10
implicated [1]  52/6
important [4]  19/9 27/1 29/21
 123/22
impression [1]  105/15
inadmissible [1]  6/8
inadvertence [1]  8/12
inaugural [1]  98/6
incarcerated [1]  118/23
incident [3]  3/18 94/9 109/8
incidents [1]  76/10
include [1]  23/1
includes [1]  22/14
including [3]  6/3 14/6 28/22
inclusion [1]  8/6
inclusive [1]  8/22
Indeed [1]  10/9
Indiana [1]  39/13
indicate [1]  18/15
indicated [4]  8/13 9/25 86/2 87/1
indicted [1]  12/11
indirect [2]  26/10 51/21
individual [10]  2/25 3/1 30/16
 31/2 31/5 31/6 31/19 31/23 32/1
 122/21
individually [4]  18/19 23/16
 26/24 30/14
individuals [2]  20/20 80/6
indulgence [1]  17/5
information [3]  13/18 18/21 82/22
Infrastructure [2]  32/20 32/23
initial [1]  2/23
initially [1]  121/6

**I**

injured [1]  35/3
innocence [1]  29/18
innocent [1]  29/16
inquire [4]  102/13 102/16 108/14
  114/24
inside [2]  9/16 112/9
Inspector [1]  21/14
Instagram [5]  61/13 105/6 105/13
  105/22 106/5
Institute [1]  66/2
institution [1]  123/22
institutions [1]  47/13
instruct [3]  2/17 18/4 28/21
instructed [1]  29/8
instructing [1]  24/9
instruction [7]  24/17 29/5 62/18
  63/21 69/3 69/19 79/8
instructions [5]  5/15 29/13 29/21
  50/23 79/7
Insurgence [2]  27/12 27/14
intend [1]  8/13
intended [2]  8/22 17/7
intent [4]  3/23 8/8 8/10 8/14
interacting [1]  120/22
interest [2]  12/16 124/6
interested [1]  10/13
interesting [1]  69/12
interfere [1]  28/8
interference [1]  47/14
interfering [1]  19/20
international [4]  33/2 33/11
  43/12 51/12
internet [6]  26/14 27/7 27/10
  28/23 80/3 80/14
interrupt [1]  102/12
intervening [1]  53/24
interview [8]  9/8 9/15 9/22 9/22
  9/23 10/3 10/5 10/18
interviews [1]  27/9
introduce [2]  5/5 8/4
introduced [3]  16/18 17/7 18/5
introduces [1]  14/6
introducing [1]  6/2
introduction [1]  3/17
inventory [1]  38/8
investigate [1]  46/9
investigation [7]  5/25 14/12
  19/18 26/12 35/20 52/11 80/17
invited [1]  9/16
involved [5]  38/16 39/16 80/9
  93/5 122/10
involves [1]  70/2
Iowa [1]  118/3
irrelevant [1]  10/15
is [356]
isolated [1]  12/22
issue [5]  5/15 10/11 13/15 16/13
  16/14
issued [1]  7/24
issues [5]  15/8 15/17 64/10
  114/14 117/2
it [227]
item [2]  14/6 84/19
items [1]  14/5
its [15]  11/7 14/2 29/2 29/19
  108/15
itself [3]  10/3 31/16 83/12

**J**

Jade [1]  21/21
JAG [2]  65/4 65/6
jail [3]  38/13 71/20 91/19
James [1]  44/5
January [51]  7/21 10/1 10/13
  11/20 12/1 12/5 12/20 19/4 19/13
  19/16 24/4 25/20 25/24 26/9 26/10
  26/13 26/17 27/4 27/6 27/9 27/15
  27/17 35/20 36/9 41/3 43/1 44/10
  47/6 49/11 49/16 52/2 52/14 53/16
  56/14 59/25 61/20 67/10 67/13

70/2 80/2 81/5 83/12 85/10 94/8
  94/8 94/8 94/14 94/16 102/8 102/13
  122/25 123/16
January 6 [47]  7/21 10/1 10/13
  11/20 12/1 12/5 14/20 19/4 19/13
  19/16 24/4 25/20 25/24 26/9 26/10
  26/17 27/4 27/6 27/9 27/15 27/17
  35/20 36/9 41/3 43/1 47/6 49/11
  49/16 52/2 52/14 53/16 56/14
  59/25 67/10 67/13 70/2 80/2 81/5
  83/12 85/10 94/8 98/10 100/14
  113/11 114/16 122/25 123/16
Japan [1]  70/11
Jayden [2]  27/12 27/14
job [10]  39/1 39/3 39/5 52/16
  63/15 87/23 87/24 113/12 113/18
  114/11
jobs [3]  99/25 107/22 108/2
JOHN [8]  1/6 2/13 17/16 19/12
  27/5 27/9 32/7 89/10
join [1]  87/3
joined [1]  34/16
joint [1]  3/7
Journal [2]  53/3 80/13
journalism [7]  23/11 23/13 23/13
  58/4 66/19 118/4 118/6
journalist [4]  4/25 8/15 13/17
  14/21
journalistic [2]  23/11 110/20
Journey [1]  107/25
judge [8]  1/10 11/11 17/13 17/14
  22/4 89/15 90/1 113/19
judges [4]  4/16 11/12 29/6 29/6
judicial [1]  7/15
jump [1]  14/5
juror [50]  11/17 11/22 22/5 25/10
  26/19 26/20 28/14 28/18 28/20
  30/10 30/12 31/5 31/6 33/23 34/18
  36/2 39/23 40/5 43/5 46/12 53/13
  53/18 53/20 55/20 56/22 59/14
  62/22 63/25 70/9 72/10 74/8 74/11
  74/14 74/19 76/24 79/21 82/8
  82/24 86/2 87/19 92/1 100/15
  103/10 103/13 104/25 112/1 112/21
  113/5 119/18 121/10
jurors [7]  2/24 2/25 12/3 12/19
  17/25 29/6 124/15
jury [79]  1/9 2/22 4/1 5/1 5/8
  5/16 5/20 11/19 12/16 15/8 17/11
  17/25 18/2 18/8 18/11 18/19 18/23
  19/6 19/11 20/11 21/25 22/1 24/12
  24/18 24/19 24/19 24/20 25/7
  25/11 25/15 29/7 29/8 29/9 31/10
  31/20 31/21 31/22 39/6 39/8 39/11
  39/19 47/16 50/5 50/6 50/20 53/19
  55/7 55/8 55/9 55/10 61/16 61/17
  61/22 61/23 62/11 63/10 63/13
  63/18 64/21 68/19 68/20 69/13
  70/24 78/8 78/9 78/12 78/19 78/24
  79/4 79/11 79/18 87/1 87/5 87/11
  87/12 87/15 93/12 95/19 124/25
just [81]  2/7 9/11 12/21 15/10
  15/16 15/25 18/8 21/18 26/3 31/25
  32/9 32/17 35/22 39/1 39/3 39/5
  39/24 40/6 45/17 50/20 53/15 54/3
  54/9 54/19 56/21 60/12 60/14
  60/18 63/8 64/10 68/9 68/10 68/13
  69/23 70/1 70/2 71/24 73/4 78/23
  80/21 81/3 81/6 81/12 84/14 85/18
  86/12 91/10 94/4 95/7 96/3 98/5
  98/12 99/3 99/7 100/8 100/21
  101/1 101/16 102/12 102/22 105/10
  105/11 105/14 105/17 105/20
  106/10 106/14 106/20 107/5 108/22
  109/18 111/5 111/8 112/2 112/9
  113/7 116/22 120/23 123/18 123/21
  124/4
justice [7]  22/17 31/12 46/14
  91/22 109/20 109/24 119/2

**K**

keep [8]  12/19 30/16 31/1 61/8

91/9 95/14 97/18 111/12
keeping [1]  105/8
key [2]  26/19 81/18
kid [2]  35/12 95/25
KIERSH [12]  1/16 1/16 2/12 12/17
  21/4 21/6 21/7 21/8 21/10 90/4
  90/6 90/7
kind [34]  28/11 32/25 33/5 33/7
  36/11 36/13 37/22 39/14 48/3
  50/12 52/25 55/14 60/12 61/21
  62/8 62/10 62/13 66/6 68/9 69/22
  69/23 69/25 75/12 79/11 87/11
  87/12 87/13 96/13 96/15 99/12
  109/10 109/12 111/14 116/10
kinds [1]  62/7
knew [3]  14/21 105/19 123/17
knife [6]  14/10 14/11 14/14 14/15
  14/17 14/19
know [120]  7/11 12/3 12/17 15/10
  16/10 20/11 20/17 20/20 20/24
  21/1 21/6 21/25 22/2 22/4 22/6
  24/21 25/25 26/9 27/11 31/8 43/2
  45/18 46/1 47/12 47/14 47/19
  47/21 48/3 48/4 48/5 48/5 48/7
  48/14 48/21 48/22 49/20 49/21
  49/22 49/22 49/23 50/19 51/20
  51/24 52/5 52/5 53/5 53/6 53/23
  53/24 54/1 54/1 54/20 55/5 56/25
  56/25 57/23 59/10 60/13 61/16
  63/3 64/17 68/7 68/13 69/23 71/6
  75/15 75/18 75/19 81/1 81/1 84/16
  84/22 86/10 88/19 91/1 91/20
  91/20 91/21 91/23 92/8 92/25 93/1
  93/2 93/7 93/13 93/24 94/1 94/6
  94/7 94/8 96/4 96/15 98/21 99/6
  103/3 105/18 106/18 111/12 111/12
  112/11 112/17 112/17 114/6 114/10
  115/4 115/13 116/15 118/14 118/25
  118/25 119/1 119/23 121/14 122/4
  122/5 122/11 122/20 122/21 123/11
  123/17
knowing [2]  25/9 69/11
knowledge [3]  18/1 21/1 21/5
known [1]  93/9
knows [1]  124/3
Kyle [1]  21/16
Kyoto [1]  71/9

**L**

labor [3]  88/14 88/20 88/21
lacked [2]  5/2 8/14
ladies [1]  17/12
laid [1]  9/13
Lake [1]  21/2
LAMBERTH [3]  1/9 17/14 22/5
language [2]  27/23 40/1
large [1]  11/18
last [9]  12/22 16/17 22/23 25/6
  39/8 55/17 65/8 69/2 124/25
lasted [1]  10/3
lately [1]  47/20
later [2]  53/24 60/18
latest [1]  15/18
law [60]  1/16 6/23 18/4 22/12
  22/14 22/18 22/20 22/24 23/6 23/6
  24/10 24/14 24/15 27/20 28/16
  29/8 29/9 29/10 29/14 29/21 32/18
  33/25 37/20 37/23 38/24 42/2
  43/11 43/25 44/5 44/9 45/14 46/11
  47/23 48/21 54/23 54/25 57/6 57/9
  57/13 71/25 72/4 72/6 75/1 75/4
  75/8 75/9 75/11 86/15 89/19 89/20
  89/21 91/1 96/4 109/19 110/5
  113/19 113/22 113/23 115/13
  116/16
lawful [2]  6/15 6/19
LAWRENCE [1]  1/12
laws [1]  117/2
lawsuit [2]  28/10 28/11
lawsuits [1]  116/10
lawyer [13]  23/6 42/6 46/1 54/20
  57/6 57/17 65/3 75/1 75/4 75/8

**L**

lawyer.... [3]   75/10 110/5 113/23
lawyers [5]   18/6 44/12 91/1 116/15 116/18
lead [2]   8/19 43/12
leader [1]   16/20
learned [6]   19/5 25/18 25/19 26/2 26/8 118/13
least [3]   17/1 64/18 96/1
leave [5]   30/19 31/18 70/14 111/18 120/13
leaving [2]   70/11 71/6
LEDERER [4]   1/13 2/6 20/15 20/17
left [4]   31/20 60/14 120/2 120/4
legal [6]   9/12 12/11 29/13 80/6 106/20 114/2
legally [2]   10/15 13/14
less [2]   38/24 73/25
lesser [1]   24/12
lesson [1]   79/24
let [25]   15/10 24/24 30/17 40/18 41/2 41/16 46/19 47/22 53/16 54/13 56/10 64/4 71/10 73/5 82/3 86/20 89/3 94/16 99/16 108/10 112/18 114/21 123/23 124/18 124/18
level [2]   13/20 66/14
library [3]   77/17 77/20 78/3
lied [1]   48/23
life [6]   40/15 94/14 94/15 98/1 107/4 123/22
lifestyle [1]   91/16
lifestyles [1]   91/11
light [2]   4/22 124/13
like [56]   4/8 10/10 12/19 15/21 15/23 16/4 24/22 31/11 33/23 36/6 47/2 49/21 50/15 52/16 69/9 74/19 76/10 91/6 92/17 93/12 93/14 93/21 95/22 95/24 96/16 98/20 99/20 100/1 100/21 103/7 104/13 105/5 105/6 105/14 105/19 105/20 111/13 112/8 114/11 115/2 116/6 116/14 118/15 118/22 119/6 120/3 120/4 120/4 120/16 121/16 121/23 122/2 122/2 122/8 123/16 124/22
likely [2]   24/24 114/17
likes [1]   115/2
limitations [1]   8/5
limited [1]   11/4
LINDSAY [3]   1/21 126/3 126/12
line [1]   112/9
lined [2]   32/13 32/15
lines [1]   50/15
list [8]   3/7 15/11 15/16 15/18 21/11 64/13 64/15 124/20
listed [1]   81/9
listen [3]   98/12 98/12 108/20
listened [2]   81/8 93/14
listening [1]   28/25
litigation [1]   116/21
little [24]   31/8 35/21 36/17 41/4 47/7 50/16 52/12 59/8 62/4 65/18 65/19 69/20 73/25 80/3 80/18 100/16 102/5 111/4 112/6 113/5 113/6 118/8 118/10 118/24
live [33]   23/24 24/1 24/7 24/8 24/21 40/16 44/15 44/17 49/7 49/18 59/16 67/5 67/9 67/15 67/23 67/25 73/3 77/14 77/25 83/1 83/2 83/5 83/9 83/21 83/22 92/3 92/5 97/3 97/24 105/4 110/22 111/3 119/21
lived [18]   37/4 40/13 40/15 44/8 44/9 44/10 49/8 51/13 56/4 66/10 67/18 75/22 88/9 97/25 102/23 107/18 107/19 117/14
lives [3]   41/9 67/7 67/15
living [2]   50/1 74/1
lobby [1]   93/9
lobbying [1]   91/9
lobbyist [2]   92/7 92/24

**local [6]**   12/5 22/18 72/15 98/20
located [2]   13/23 59/22
location [1]   33/20
locations [1]   3/13
logical [1]   99/11
long [47]   25/6 28/2 28/5 33/12 37/4 38/3 39/17 39/20 40/13 42/15 43/15 44/7 50/8 50/10 51/6 51/13 55/12 55/17 56/2 56/4 56/13 58/22 66/8 66/10 67/2 68/25 73/24 77/21 78/22 79/14 79/16 88/9 88/15 89/16 95/15 96/24 97/25 101/24 102/9 107/2 107/18 110/2 117/12 117/14 118/7 118/20 121/19
longer [3]   47/11 85/6 91/18
look [16]   14/16 17/8 21/24 22/3 36/7 36/11 36/15 47/2 61/12 72/17 72/21 93/4 93/4 94/14 121/13 122/11
looked [1]   69/8
looking [4]   15/9 52/25 99/13 109/4
looks [1]   3/5
Lorton [1]   91/17
lose [1]   64/19
lot [23]   38/15 41/7 47/19 52/5 61/1 68/18 78/18 82/2 82/8 82/9 90/8 90/9 91/10 92/25 100/1 104/12 105/17 121/23 122/4 122/6 122/8 123/3 124/3
loud [2]   82/9 82/14
Loyd [1]   21/14
lucky [1]   35/16
lunch [7]   2/24 25/4 30/15 31/2 32/3 45/12 85/6
lying [1]   71/20 113/12 113/15

**M**

made [5]   9/8 27/13 70/24 121/21 124/2
Madison [5]   44/6 51/11 77/20 78/4 88/18
Mahoney [1]   4/10
main [3]   14/14 88/19 92/12
maintain [1]   45/9
major [2]   46/9 118/4
make [28]   2/21 9/19 16/25 17/8 24/16 25/14 26/18 29/12 30/9 30/11 31/24 38/24 41/4 45/8 45/9 45/12 46/6 53/12 69/7 70/8 84/15 86/1 100/15 111/25 112/16 113/4 121/9 123/19
makes [1]   28/4
male [1]   102/8
Mall [2]   92/17 108/1
man [2]   79/13 102/23
manager [1]   73/18
manner [3]   27/21 52/21 99/4
many [9]   2/24 15/21 24/21 25/23 32/1 91/19 91/19 92/8 92/16
March [2]   104/13 126/10
marked [1]   64/2
Market [1]   67/20
markets [1]   88/4
Marlboro [1]   38/13
married [4]   42/20 43/16 43/17 122/1
Marshals [1]   4/10
Maryland [2]   40/14 57/20
master's [2]   55/24 88/6
Matt [2]   2/9 21/18
matter [14]   7/6 12/21 21/4 27/16 32/6 52/18 52/19 86/4 86/5 89/9 98/25 99/1 100/25 126/5
matters [2]   16/15 16/19
Matthew [2]   20/19 21/21
may [36]   3/21 5/5 5/8 5/14 6/15 6/17 7/6 8/4 8/7 8/9 8/16 17/24 19/7 19/10 21/19 25/18 25/20 27/18 29/8 29/13 32/9 32/12 46/8 76/10 78/14 81/4 85/8 91/20 99/2

**maybe [9]**   10/16 48/21 52/13 53/23 58/23 69/8 78/14 113/24 119/8
me [83]   3/6 7/7 11/6 13/21 22/3 22/4 24/24 25/10 29/8 30/17 35/21 39/15 40/18 41/2 41/4 41/16 45/6 45/8 46/19 47/22 52/1 53/10 53/16 54/13 56/10 57/11 63/8 63/22 64/4 69/20 71/10 73/5 73/7 74/20 75/6 78/11 78/23 80/3 82/3 83/24 83/25 84/12 85/9 86/20 87/22 89/3 89/12 90/19 92/23 93/3 93/19 94/16 94/20 97/18 98/2 98/2 98/8 99/16 100/16 100/19 100/20 100/23 101/19 102/5 103/2 105/15 107/2 108/10 111/3 112/6 112/18 113/5 113/6 113/20 114/21 118/5 119/25 121/13 121/21 123/22 123/23 124/24
mean [17]   18/22 31/4 48/4 48/20 48/21 53/14 69/12 69/22 85/11 93/7 93/22 94/18 98/11 112/7 114/11 121/14 123/12
means [2]   11/22 86/3
meantime [1]   15/7
media [26]   11/20 23/10 23/10 23/11 23/15 25/19 26/13 27/10 28/21 28/22 29/4 61/10 61/12 63/22 63/25 64/3 66/18 66/20 69/19 75/21 80/2 80/4 105/13 106/5 106/10 110/18
medication [1]   28/3
medium [1]   33/18
medium-size [1]   33/18
meet [3]   25/7 25/7 25/8
meeting [2]   19/15 19/21
member [47]   18/23 20/11 20/16 21/25 22/9 22/11 22/13 22/18 22/20 22/22 23/8 23/9 23/12 23/16 23/20 23/22 24/3 29/19 34/5 34/20 37/19 37/23 42/1 47/16 47/23 48/8 49/10 58/1 58/17 59/24 66/17 67/12 71/25 76/4 76/7 83/13 91/12 93/12 101/17 104/9 109/19 110/4 110/17 118/16 119/4 120/2 121/18
members [5]   27/2 80/10 93/8 93/9 93/10
memorializing [1]   7/20
memories [1]   122/7
memory [2]   39/15 97/16
mens [1]   5/3
mention [1]   122/1
mentioned [3]   52/15 71/1 71/5
mere [1]   11/19
met [1]   44/11
MetaPhase [1]   33/18
method [1]   12/18
mic [2]   90/22 100/18
MICHAEL [3]   1/12 2/5 20/18
Michigan [1]   36/22
mid [1]   118/22
middle [1]   90/23
might [18]   7/1 13/19 30/9 41/4 47/15 53/12 54/10 64/19 69/18 70/8 72/12 93/11 109/12 113/14 113/17 114/12 120/10 123/13
miles [1]   41/11
military [1]   9/20
military-style [1]   9/20
Milwaukee [1]   118/24
mind [9]   37/21 47/18 47/20 51/22 75/3 91/14 101/18 112/10 122/11
minded [1]   95/17
mindset [1]   53/19
mine [1]   118/18
Minnesota [5]   115/18 115/22 115/24 118/10 118/11
minute [2]   14/3 89/5
minutes [3]   10/3 14/1 69/8
Miranda [3]   9/15 10/11 10/20
misread [1]   58/16

**M**

**missed [2]** 12/14 87/2
**mistake [2]** 8/8 8/12
**mistaken [1]** 10/15
**Mohamed [2]** 2/8 20/18
**mom [3]** 57/1 57/3 58/19
**mom's [1]** 91/15
**moment [7]** 2/7 15/5 16/12 35/18 45/4 78/23 95/12
**momentarily [1]** 2/7
**Monday [4]** 63/2 63/4 63/9 63/9
**money [1]** 118/21
**monitoring [1]** 120/9
**month [2]** 53/22 78/15
**months [2]** 50/9 50/17
**moot [1]** 10/23
**moral [1]** 28/6
**more [38]** 2/15 9/1 10/8 13/21 15/15 15/24 17/8 19/10 31/8 33/7 33/25 35/21 38/24 41/4 47/7 53/25 65/19 66/23 66/25 69/20 80/3 84/5 84/19 85/9 87/22 94/19 98/8 100/16 112/6 113/5 113/6 113/20 114/24 115/4 116/11 119/25 121/13 122/9
**morning [2]** 2/5 2/12 2/18 17/12 31/17 35/23 36/7 70/12 70/15 81/9 92/14 125/4
**mortgage [1]** 88/4
**most [4]** 38/22 40/15 64/13 105/5
**mostly [12]** 40/15 50/15 62/8 65/17 66/6 75/13 78/17 80/14 90/8 93/22 98/20 106/10
**motion [9]** 3/10 5/11 5/15 8/2 10/24 11/11 12/6 12/9 112/20
**motions [6]** 2/20 2/21 3/4 3/9 8/1 12/14
**motive [3]** 3/23 8/8 105/19
**move [10]** 12/25 16/22 16/23 64/12 94/24 112/21 115/5 123/25 124/6 125/3
**moved [7]** 9/7 10/22 11/9 12/8 44/10 118/8 124/19
**moves [1]** 10/25
**moving [1]** 64/15
**Mr [1]** 95/7
**Mr. [53]** 2/13 3/11 3/17 3/25 4/3 4/22 5/2 5/8 6/2 7/7 8/1 8/2 8/13 8/24 9/7 9/14 9/16 9/16 10/10 10/11 10/15 10/22 10/25 11/9 11/13 11/25 12/8 12/17 12/25 13/5 13/12 19/14 19/18 20/8 20/23 20/24 20/25 21/2 21/3 21/3 21/6 21/7 21/8 21/10 21/10 27/14 32/10 32/12 90/4 90/6 90/7 94/25 124/6
**Mr. Kiersh [8]** 12/17 21/6 21/7 21/8 21/10 90/4 90/6 90/7
**Mr. Sullivan [40]** 2/13 3/11 3/25 4/3 4/22 5/2 5/8 6/2 7/7 8/2 8/13 8/24 9/7 9/14 9/16 10/11 10/15 10/22 10/25 11/9 11/25 12/8 12/25 13/5 13/12 19/14 19/18 20/8 20/23 20/24 20/25 21/2 21/3 21/3 21/10 27/14 32/10 32/12 94/25 124/6
**Mr. Sullivan's [5]** 3/17 8/1 9/16 10/10 11/13
**MS [1]** 68/17
**Ms. [1]** 20/17
**Ms. Lederer [1]** 20/17
**MSNBC [1]** 85/20
**Mt [1]** 71/9
**much [25]** 37/17 41/21 41/23 46/25 54/18 56/19 61/5 61/11 64/25 68/11 74/5 82/17 84/4 95/4 98/9 100/3 101/7 105/23 108/19 109/15 113/1 115/12 122/16 122/17 124/11
**mugged [3]** 76/9 76/12 76/16
**multiclient [1]** 89/24
**multiple [2]** 15/20 15/23
**murder [3]** 62/9 68/22 115/2
**must [5]** 29/7 30/3 47/2 64/2

78/13
my [40] 1/19 1/20 21/16 22/3 22/4 22/5 22/6 22/6 29/5 29/12 30/7 30/17 30/23 31/22 31/23 33/9 33/11 34/2 34/7 34/7 35/17 35/22 36/17 36/18 38/21 39/3 39/5 39/15 40/15 41/11 41/13 42/5 42/8 42/11 43/24 44/24 45/7 45/10 45/12 45/13 47/18 47/20 47/25 48/11 49/13 50/23 52/12 52/13 52/15 54/21 56/25 57/9 57/13 58/5 58/8 59/19 62/18 63/2 63/8 63/8 65/4 67/7 68/2 68/8 70/22 71/1 72/4 72/7 72/14 72/15 72/16 74/23 75/4 75/8 75/9 76/9 76/10 77/3 77/6 79/7 83/25 84/12 84/17 84/19 84/21 87/24 90/23 91/15 92/14 93/2 93/3 93/3 93/3 93/4 93/4 93/5 96/7 96/9 98/1 99/14 102/10 102/23 104/13 107/4 107/11 107/12 108/2 111/17 112/2 112/4 112/9 113/12 113/12 114/11 115/17 119/23 120/12 123/22 124/16 124/18

**N**

**name [2]** 15/16 56/25
**names [1]** 21/22
**national [2]** 11/21 98/21
**nationwide [1]** 11/23
**natural [1]** 69/22
**Naturally [1]** 35/14
**nature [4]** 5/23 11/21 31/3 91/10
**Navy [3]** 49/8 50/2 50/3
**NBC4 [1]** 98/20
**near [24]** 23/24 24/2 24/4 49/7 49/11 59/16 59/25 67/6 67/13 77/14 78/1 83/1 83/1 83/8 83/10 83/13 83/16 92/3 92/6 92/13 92/17 117/19 119/22 120/13
**nearby [1]** 119/23
**necessarily [2]** 66/21 66/25
**necessary [1]** 9/11
**need [3]** 15/8 15/13 45/11
**negative [1]** 24/16
**neglect [1]** 114/1
**neighbor [1]** 48/11
**neighborhood [3]** 23/1 83/11 92/5
**nephew [2]** 96/7 96/9
**never [5]** 69/13 77/7 90/4 91/23 108/7
**new [5]** 16/6 16/10 75/25 85/15 123/5
**news [59]** 11/23 11/24 12/2 25/19 26/13 27/6 29/1 35/22 35/23 36/1 36/4 36/7 36/11 36/13 36/17 41/6 45/16 49/20 52/4 52/8 52/24 53/1 53/6 60/21 60/23 61/3 61/7 68/13 68/15 68/16 68/17 69/20 69/23 80/4 80/11 85/9 85/16 85/18 98/9 98/12 98/13 98/13 98/15 98/17 98/18 98/20 105/24 106/4 106/8 111/10 118/14 120/10 122/17 122/17 122/19 122/23 123/1 123/8 123/9
**newspaper [4]** 28/24 75/23 85/11
**newspapers [1]** 80/14
**next [19]** 22/8 25/2 25/2 25/5 34/4 64/19 64/20 70/12 70/13 72/14 75/22 82/24 84/12 84/20 89/11 104/9 111/1 111/21 119/4
**nice [2]** 71/16 71/17
**night [1]** 102/10
**nine [4]** 27/11 28/20 67/4 74/3
**nineties [1]** 118/22
**Ninth [1]** 7/15
**no [110]** 1/4 8/25 9/2 11/6 11/7 11/17 12/11 13/15 18/1 18/1 27/16 29/17 33/24 33/25 34/3 34/19 35/2 40/22 41/19 41/20 43/3 43/6 45/22 45/22 46/4 46/7 46/23 51/16 51/19

52/18 52/19 54/16 55/18 55/21 58/16 59/3 61/15 62/24 63/6 63/8 63/19 64/7 64/9 69/12 70/5 71/13 71/14 71/19 72/11 73/9 73/10 74/22 76/25 77/13 79/19 82/6 82/6 86/3 86/4 86/5 88/24 89/2 90/6 90/12 91/2 91/17 92/2 95/1 96/18 96/23 98/25 99/1 99/22 100/11 100/25 101/11 101/12 102/19 103/15 103/18 104/7 104/18 105/2 106/3 106/7 106/9 106/17 106/17 106/23 108/9 108/24 109/14 110/16 110/19 110/21 111/19 112/23 115/17 115/16 119/16 119/16 119/20 121/11
**Nodding [2]** 48/17 49/6
**non [4]** 6/15 7/3 7/5 70/20
**non-hearsay [2]** 7/3 7/5
**non-refundable [1]** 70/20
**non-violent [1]** 6/15
**noncriminal [1]** 113/9
**None [1]** 105/25
**nonviolent [1]** 6/19
**Nope [1]** 66/13
**normal [7]** 52/24 52/25 53/1 61/7 80/11 106/4 123/1
**North [6]** 55/2 72/5 72/8 102/2 102/4 103/16
**not [122]** 2/17 3/1 3/17 3/23 4/7 4/14 4/22 4/25 5/8 6/6 6/13 8/11 8/19 8/21 8/22 9/4 9/11 9/14 9/18 9/19 9/21 9/22 9/23 10/7 10/13 10/20 11/4 11/14 11/20 11/25 12/1 12/16 12/18 13/17 14/2 14/21 16/11 16/14 16/22 17/1 17/6 20/8 22/5 24/12 25/17 26/1 27/17 28/22 29/8 29/10 30/4 31/11 33/5 35/17 37/14 38/20 39/1 40/21 43/3 46/22 47/18 47/20 49/13 52/16 52/16 54/9 55/9 57/17 57/24 58/11 59/2 59/4 59/11 59/19 60/1 61/5 61/14 64/20 64/23 65/17 66/21 66/25 67/22 68/14 69/11 69/19 70/5 75/19 79/3 79/19 80/23 81/25 82/1 84/7 86/2 89/1 91/21 91/24 93/6 94/22 95/16 96/12 97/24 98/13 98/21 102/7 102/13 102/16 104/5 104/20 105/19 108/14 109/5 109/6 111/13 111/14 116/9 117/25 118/14 118/25 120/15 122/1
**notes [2]** 12/13 124/16
**nothing [4]** 10/10 35/10 36/18 54/15
**notice [4]** 9/7 9/24 15/13 16/13
**notification [1]** 68/8
**notwithstanding [2]** 5/9 13/1
**November [2]** 1/5 24/25
**November 7th [2]** 24/25
**now [45]** 10/23 11/2 12/9 12/10 12/11 17/5 17/7 19/3 20/16 20/18 20/19 20/20 20/25 21/4 30/16 38/11 38/12 40/16 43/10 43/11 53/23 54/1 54/15 55/25 57/11 57/20 58/9 58/13 65/6 67/10 75/9 76/24 79/11 89/23 91/16 95/15 99/19 99/24 100/24 103/10 103/14 109/6 117/10 122/1 124/2
**NRC [1]** 43/8
**Nuclear [2]** 42/9 42/12
**nullification [1]** 5/21
**number [44]** 4/15 4/20 4/20 12/22 15/3 15/6 15/10 16/1 18/11 20/12 20/21 20/23 21/9 21/10 21/11 21/23 21/24 22/3 22/10 22/21 22/22 23/3 23/5 23/7 23/8 24/17 24/18 24/20 25/12 29/13 29/14 29/22 29/23 30/5 30/7 34/8 65/1 71/24 116/18 117/1 118/11 118/21 121/16 122/4
**numbers [1]** 15/4
**NW [3]** 1/14 1/17 1/23
**NYU [1]** 51/12

**O**

**OAG** [1]   114/2
**oath** [5]   18/8 71/20 93/15 94/9
114/25
**object** [1]   14/15
**objection** [9]   3/15 7/18 71/12
71/14 94/23 95/1 101/10 101/12
112/23
**objections** [2]   6/16 108/24
**observed** [2]   98/3 98/4
**obstructing** [2]   19/19 19/21
**obstructive** [2]   11/3 11/4
**obtain** [1]   71/19
**obviously** [3]   2/15 8/25 69/13
**Occasionally** [1]   116/9
**occupation** [3]   40/11 50/24 117/18
**occupational** [1]   55/24
**off** [6]   13/15 63/4 70/3 77/3
108/23 109/3
**offense** [6]   3/18 4/17 29/25 30/1
30/3 30/4
**offenses** [4]   5/3 5/10 6/13 23/19
**offer** [2]   3/21 7/12
**offered** [4]   4/22 7/4 7/5 7/6
**offering** [3]   3/24 7/8 7/10
**office** [25]   1/16 23/7 31/22 33/2
33/10 42/23 48/5 49/14 52/15 63/9
63/16 63/18 70/24 84/25 88/1 91/8
96/16 105/8 107/23 107/24 109/24
113/24 114/2 114/4 120/25
**officer** [14]   21/15 21/16 21/21
24/10 24/14 48/1 65/4 65/7 78/22
90/24 96/11 96/17 115/16 115/19
**officers** [7]   19/21 22/15 79/25
92/15 92/25 93/7 100/22
**offices** [2]   22/15 33/21
**official** [1]   1/22 5/7 19/19 126/3
126/13
**officials** [1]   118/9
**often** [4]   22/6 24/23 46/14 96/15
**Oh** [8]   38/14 44/12 45/7 61/23
64/2 73/15 107/15 110/11
**OJP** [2]   109/22 109/23
**okay** [258]
**old** [5]   16/7 37/10 43/20 56/8
74/2
**omnibus** [1]   3/10
**once** [3]   25/5 36/8 76/9
**one** [61]   12/21 14/9 15/24 15/25
16/7 16/10 16/20 17/8 18/20 18/20
19/4 23/15 25/13 26/8 27/16 29/15
32/18 34/4 35/2 41/2 41/5 41/13
43/21 45/17 47/25 49/13 52/4
52/12 52/13 57/16 58/5 62/8 62/9
63/6 76/12 77/1 77/2 79/14 80/19
81/10 84/12 86/4 87/16 91/2 96/3
100/17 103/24 104/7 104/9 104/11
104/13 107/13 109/19 111/7 115/1
116/3 116/20 119/4 122/16 123/12
124/22
**one-time** [1]   104/7
**ones** [1]   44/14
**online** [1]   85/17
**only** [9]   10/3 14/3 27/19 44/14
72/15 79/2 86/6 103/24 111/6
**open** [4]   36/7 91/18 122/11 123/19
**opened** [1]   92/8
**opinion** [5]   6/2 6/10 6/14 11/2
11/11
**opinions** [16]   25/20 26/16 27/18
28/12 28/17 41/3 47/6 52/20 85/25
86/5 99/2 100/13 100/23 111/24
113/3 121/9
**opponent** [1]   7/6
**opportunity** [2]   31/7 64/14
**opposed** [1]   8/2
**opposite** [1]   46/14
**oral** [2]   2/19 9/7
**orange** [1]   23/1
**ordeal** [1]   122/5
**Order** [1]   23/2

**organization** [4]   22/24 37/20
**organizations** [1]   116/17
**organized** [2]   8/16 8/24
**organizing** [1]   8/7
**oriented** [2]   6/4 6/11
**Osaka** [1]   71/9
**other** [70]   6/16 7/11 7/12 7/13
7/23 8/15 8/17 8/19 8/20 9/10
12/21 14/25 15/8 18/19 21/20
21/25 22/2 22/17 23/2 24/11 25/23
26/15 27/7 27/10 28/7 30/1 30/8
30/11 40/19 43/7 43/13 44/12
44/12 46/19 47/22 53/11 54/10
56/12 59/4 64/4 64/7 64/9 69/11
70/7 73/2 73/3 73/8 75/9 76/10
77/2 80/25 82/18 82/20 82/23
82/23 84/19 85/7 85/16 86/20
88/25 89/7 91/4 99/16 100/6
107/22 108/10 115/1 117/2 124/3
124/15
**others** [3]   4/6 29/9 122/10
**otherwise** [4]   4/2 10/21 72/24
73/1
**our** [14]   2/8 2/8 17/7 18/2 19/5
31/12 43/6 44/20 72/24 83/15
83/16 84/13 93/23 120/18
**out** [37]   2/7 5/14 9/13 12/3 13/18
19/4 19/12 30/5 30/23 30/24 32/9
44/1 54/3 54/6 54/11 60/4 60/7
69/1 69/4 71/21 72/14 84/12 88/17
93/4 93/4 93/14 93/20 96/12
103/22 111/11 113/13 118/12
120/11 120/15 120/15 122/25
123/19
**outfit** [1]   108/5
**outfits** [1]   13/12
**outlet** [5]   23/12 68/16 106/4
118/14 123/1
**outside** [8]   14/13 22/15 25/18
32/12 45/24 81/5 81/12 98/6
**outweigh** [2]   9/3 9/5
**over** [20]   39/13 42/17 45/12 49/22
53/17 67/15 67/15 70/3 70/3 84/21
90/11 90/14 91/5 93/4 94/22 95/13
104/8 114/4 118/9 122/9
**overall** [3]   13/16 112/13 112/15
**oversee** [1]   38/18
**overseeing** [1]   65/22
**overwhelming** [2]   111/4 111/8
**own** [4]   4/21 7/8 7/10 122/13
**owned** [1]   13/15

**P**

**p.m** [3]   32/5 89/8 125/5
**packages** [2]   60/5 60/8
**Packard** [1]   97/18
**page** [2]   16/16 16/17
**pain** [2]   17/21 28/4
**pamphlet** [1]   7/23
**pandemic** [1]   97/22
**panel** [10]   3/2 12/16 15/8 20/11
21/25 22/1 22/5 29/20 31/16 31/22
**paper** [4]   18/10 18/12 75/24 84/21
**papers** [1]   30/19
**parading** [1]   20/6
**paralegal** [2]   2/8 20/18
**parent** [1]   72/21
**parents** [2]   34/7 73/2
**parents'** [1]   70/22
**Paris** [2]   16/22 17/2
**Park** [2]   22/16 92/13
**part** [9]   13/10 16/25 18/11 19/1
32/23 84/20 79/19 90/25 123/21
**part-time** [2]   99/19 99/25
**partial** [2]   38/24 38/24
**participant** [1]   8/23
**participants** [3]   18/5 29/2 94/8
**participates** [2]   6/5 6/12
**particular** [10]   18/14 19/11 20/12
36/17 75/22 80/6 94/8 98/13 98/14
98/14

**particularly** [2]   93/6 93/6
**partisan** [1]   77/19
**partner** [9]   37/1 37/3 40/11 51/15
51/17 66/12 97/23 108/8 117/16
**party** [1]   7/6
**passed** [1]   12/4
**passing** [2]   60/4 60/7
**past** [2]   2/18 25/7
**paths** [1]   91/11
**patient** [1]   19/2
**patrol** [1]   96/17
**pause** [2]   30/18 102/15
**paying** [2]   28/1 107/1
**PBS** [4]   80/14 117/11 122/23 123/7
**peaceful** [2]   6/15 6/19
**pen** [1]   18/10
**penalties** [1]   6/25
**penalty** [1]   17/21
**pending** [4]   12/14 102/13 102/16
102/18
**Penn** [2]   110/10 110/12
**Pennsylvania** [2]   65/9 65/17
**Pentagon** [1]   108/1
**people** [30]   22/2 25/21 41/14
46/11 49/22 52/5 59/4 60/12 60/13
79/24 81/24 85/6 93/24 98/5 98/7
100/21 105/6 111/13 113/17 116/15
118/21 120/14 121/19 122/4 122/6
122/9 123/17 123/18 124/3 125/1
**percent** [1]   51/25
**perfect** [2]   74/19 74/22
**period** [3]   79/1 84/15 114/2
**periods** [3]   28/2 28/5 107/2
**perjury** [1]   17/22
**permission** [3]   4/13 5/5 9/18
**permit** [2]   4/25 7/17
**person** [7]   10/4 10/14 10/17 99/12
102/25 122/1 124/1
**personal** [6]   18/21 19/8 29/12
93/8 123/15 123/16
**personally** [1]   9/25
**perspective** [2]   53/25 116/24
**persuasive** [2]   11/14 11/16
**pertinent** [2]   6/13 6/17
**petit** [1]   39/11
**PG** [4]   37/24 38/1 57/15 90/24
**ph** [1]   110/8
**philosophical** [1]   28/7
**phone** [3]   41/11 68/8 112/8
**photographs** [2]   12/23 13/9
**photography** [1]   100/2
**photos** [1]   13/5
**physical** [2]   25/13 28/4
**physically** [3]   9/23 41/10 77/19
**pick** [3]   19/5 63/2 63/7
**pictures** [1]   100/1
**pinged** [1]   112/8
**pistol** [1]   35/15
**place** [15]   7/20 9/16 26/17 41/3
86/1 97/16 100/14 111/25 113/3
120/18 121/9 121/18 121/22 121/24
122/9
**places** [2]   65/16 123/9
**Plaintiff** [2]   1/4 1/12
**plan** [2]   14/2 17/1
**plans** [1]   14/3
**platforms** [1]   27/10
**play** [3]   14/2 14/3 44/25
**playing** [1]   82/13
**plays** [1]   14/20
**pleaded** [1]   20/8
**pleas** [1]   32/2
**please** [8]   17/17 18/10 19/2 20/21
21/22 21/24 31/18 124/14
**plus** [1]   92/10
**podcast** [2]   28/22 28/25
**point** [4]   14/9 41/10 57/16 84/1
**points** [1]   14/8
**police** [34]   3/13 21/13 21/15
21/16 22/14 22/15 22/16 23/2 35/5
46/10 48/1 59/7 76/20 78/22 79/13
79/25 90/20 90/24 90/24 92/9

**P**

police... **[14]**   96/11 96/11 96/24
100/22 103/1 103/17 103/18 103/19
104/6 104/21 104/22 104/23 119/7
119/13
policeman **[1]**   79/15
policy **[3]**   42/6 42/25 88/6
political **[7]**   28/6 33/9 34/14
51/11 53/6 105/20 118/4
politics **[1]**   105/19
Pollack **[1]**   110/8
Pooh **[1]**   14/7
pop **[1]**   35/22
popping **[1]**   102/22
pops **[1]**   69/24
population **[1]**   11/18
pose **[3]**   25/10 109/10 109/12
position **[1]**   38/10
positive **[1]**   24/15
possession **[2]**   12/24 20/2
possibility **[2]**   25/11 84/17
possible **[2]**   9/5 17/15
post **[13]**   44/19 53/3 58/6 58/9
80/12 80/13 85/13 92/8 98/22
105/21 106/6 123/4 123/5
posted **[1]**   13/22
posting **[2]**   29/3 105/6
posts **[1]**   13/19
posture **[1]**   95/18
potential **[1]**   15/12
Potomac **[1]**   92/13
practice **[13]**   43/11 43/12 45/9
55/1 55/4 57/19 57/21 57/22 57/24
75/12 75/15 75/17 110/15
practices **[4]**   21/5 57/20 75/11
90/8
practicing **[1]**   75/8
precedent **[1]**   11/6
prefer **[1]**   64/21
preferred **[1]**   12/18
prejudice **[3]**   11/17 11/21 12/5
prejudicial **[3]**   9/1 13/4 13/6
premises **[1]**   120/15
prepared **[1]**   14/22
presence **[1]**   115/7
present **[8]**   2/6 2/13 23/16 24/4
49/11 59/25 83/13 85/5
presented **[3]**   9/10 18/3 25/17
presenting **[1]**   84/21
president **[2]**   12/10 19/17
presiding **[1]**   17/14
press **[1]**   104/20
pressed **[1]**   48/13
presume **[1]**   11/21
presumed **[1]**   29/15
presumption **[1]**   11/17
pretrial **[3]**   2/21 3/4 3/9
pretty **[4]**   12/18 24/23 45/14
116/1
prevent **[2]**   13/11 7/7
prevention **[4]**   22/25 37/20 116/20
120/8
previously **[4]**   10/12 15/3 87/1
108/14
Prince **[1]**   38/19
Principia **[1]**   43/24
principles **[3]**   29/7 29/14 29/21
print **[6]**   23/10 23/13 58/4 66/18
75/21 110/18
prior **[7]**   8/3 8/7 9/4 18/1 22/5
63/17 70/25
priority **[1]**   48/22
private **[2]**   43/11 113/23
pro **[1]**   33/25
probable **[3]**   50/20 62/14 79/5
probably **[15]**   18/25 35/17 41/10
42/17 51/24 58/23 60/2 68/18 70/5
70/5 78/5 84/13 87/7 101/4 113/13
probative **[2]**   8/8 9/1
problem **[15]**   25/14 69/6 70/3
70/18 79/9 99/4 99/5 99/8 106/15

106/17 106/22 106/23 109/10
problems **[1]**   26/22
proceed **[1]**   17/18
proceeding **[2]**   12/19 19/20
proceedings **[3]**   7/20 125/5 126/5
process **[6]**   18/5 18/25 18/25 19/2
19/5 31/9
produces **[2]**   14/10 14/17
producing **[1]**   66/7
profession **[1]**   113/12
professional **[1]**   13/17
professionals **[1]**   38/22
proffer **[1]**   8/3
profile **[1]**   12/1
Programs **[1]**   109/24
prohibit **[2]**   6/1 8/19
prohibiting **[1]**   3/25
project **[1]**   73/17
prominently **[1]**   122/10
proof **[6]**   3/18 50/20 62/11 62/14
62/16 79/4
property **[2]**   49/23 75/13
propose **[2]**   2/19 2/22
proposed **[1]**   3/5
propounded **[1]**   17/21
Prosecuted **[1]**   49/5
prosecution **[4]**   5/25 12/9 12/12
20/21
prosecutors **[2]**   22/15 28/14
protected **[2]**   4/1 5/4
protective **[1]**   3/21
protest **[11]**   8/7 8/21 8/24 9/4
13/11 13/19 14/4 14/23 16/2
112/10 113/8
protester **[2]**   8/17 13/18
protesting **[1]**   112/7
protests **[6]**   8/9 8/16 8/17 13/13
13/14 16/22
protocols **[1]**   3/14
Proud **[2]**   16/20 17/6
prove **[3]**   3/23 30/2 63/1
proved **[1]**   5/10
proven **[1]**   29/24
provided **[1]**   15/4
proving **[1]**   29/19
public **[5]**   4/8 7/24 13/19 88/6
91/8
publication **[1]**   7/23
publicity **[1]**   12/5
pull **[5]**   42/10 54/24 57/10 83/3
90/22
punishes **[1]**   4/14
purported **[1]**   7/24
purpose **[3]**   7/11 17/25 28/23
purposely **[1]**   8/11
purposes **[1]**   9/14
purse **[1]**   76/9
pursuant **[2]**   7/21 9/19
pursuing **[1]**   95/14
pushing **[1]**   92/15
put **[14]**   15/15 21/10 21/22 22/7
22/21 25/12 27/18 29/22 30/5
64/21 86/5 99/2 101/1 120/11
putting **[1]**   66/7

**Q**

qualifications **[1]**   31/6
qualified **[4]**   64/13 72/24 73/1
125/2
qualify **[3]**   41/18 124/24 125/1
quarantine **[1]**   62/3
question **[33]**   9/9 18/14 18/20
20/14 25/9 26/4 26/7 26/15 26/19
27/1 30/7 30/8 45/6 45/17 49/14
53/8 53/10 57/10 70/10 70/10 78/8
80/19 81/10 85/7 85/24 98/25
100/9 100/12 100/24 103/11 103/25
111/23 122/16
questioning **[7]**   3/1 5/20 30/17
30/22 31/3 31/3 32/2
questionnaire **[8]**   20/22 20/24

71/1 71/4 71/19 72/24 93/14 98/24
quesol... **[25]**   100/4 17/20
18/6 18/9 18/17 18/20 18/21 18/24
19/8 22/8 31/19 32/17 37/15 40/19
40/22 46/23 47/22 54/20 56/12
56/21 64/5 64/7 64/9 71/24 74/25
82/6 82/6 86/21 86/24 88/25 93/14
99/16 99/22 100/8 108/11 109/18
121/15 123/12
quick **[1]**   102/16
quite **[3]**   45/3 52/8 83/4

**R**

Rachel **[1]**   2/10
rack **[2]**   93/3 93/3
radio **[2]**   28/22 28/25
raise **[6]**   5/1 16/19 17/18 53/9
84/7 84/9
raised **[2]**   89/20 107/19
ran **[4]**   35/11 35/12 92/16 121/24
range **[1]**   123/9
rank **[1]**   65/11
rape **[1]**   115/2
raped **[1]**   104/14
ratchet **[1]**   13/20
rather **[2]**   8/6 92/15
rationale **[1]**   11/16
rea **[1]**   5/3
reach **[2]**   15/12 18/3
reached **[4]**   39/19 79/18 87/15
87/16
reacted **[1]**   80/10
reacting **[1]**   8/7
reaction **[3]**   35/17 92/23 93/5
reactions **[1]**   79/25
read **[20]**   15/19 18/16 25/24 26/2
27/8 27/22 39/25 45/16 52/19 61/8
68/17 68/17 80/5 80/20 81/4 85/11
94/3 98/16 98/19 122/18
reading **[3]**   28/24 29/3 52/25
ready **[3]**   14/9 111/19 111/20
Reagan **[2]**   117/22 117/23
real **[2]**   100/18 102/15
really **[25]**   9/11 11/7 39/1 39/20
41/13 45/20 52/2 53/15 54/9 65/17
84/4 86/14 91/9 95/10 98/11
100/19 100/20 105/14 105/18
105/19 108/2 111/8 114/10 121/20
124/22
reason **[22]**   11/6 11/7 26/5 30/8
30/11 35/25 40/4 41/18 45/19 46/2
46/5 53/11 54/3 54/6 64/16 70/7
74/7 74/10 79/14 80/22 86/13
90/16
reasonable **[8]**   5/10 10/4 10/17
29/19 29/24 30/3 62/16 79/5
reasoned **[1]**   11/13
reasons **[4]**   4/16 11/10 23/15
29/10
REBEKAH **[1]**   1/13 2/6 20/15
recall **[6]**   49/12 77/24 79/15
83/24 83/25 84/4
receive **[1]**   86/6
received **[8]**   5/5 23/9 27/19 58/2
58/4 66/18 75/21 110/18
receiving **[1]**   5/7
recently **[2]**   9/25 107/11
recess **[5]**   32/4 32/5 64/23 89/4
89/6 89/8
recognize **[5]**   20/25 21/22 21/25
90/10 122/7
recognized **[1]**   56/22
record **[4]**   4/6 7/20 7/23 126/5
recordings **[1]**   4/6
refer **[1]**   21/19
reflecting **[1]**   121/15
refundable **[1]**   70/20
regard **[1]**   28/23
regarding **[4]**   3/12 5/20 5/23
102/18
regardless **[1]**   27/14
registered **[2]**   109/5 109/6

**R**

**regular [4]**  36/14 55/10 78/19
79/11
**regularly [1]**  85/12
**regulatory [3]**  42/9 42/13 43/14
**rejected [1]**  11/13
**relate [2]**  22/8 27/15
**related [6]**  3/12 12/24 35/24 36/9
36/17 62/9
**relating [4]**  19/17 23/3 27/6 27/9
**relation [1]**  25/21
**relations [2]**  51/5 51/12
**relationships [2]**  93/8 121/19
**relatively [1]**  49/9
**release [2]**  2/24 30/20
**relevance [1]**  9/5
**relevancy [1]**  16/14
**relevant [1]**  52/13
**Reliability [1]**  55/2
**religious [3]**  6/5 6/12 28/7
**reluctant [1]**  30/5
**remain [1]**  29/16
**remaining [2]**  4/12 19/23
**remember [13]**  39/21 45/1 45/3
49/19 49/19 49/20 49/21 55/14
68/5 79/12 87/11 90/6 98/6
**remembrance [1]**  98/8
**remind [1]**  53/10
**remotely [1]**  41/12
**remove [2]**  16/4 103/2
**removed [1]**  16/7
**repeat [2]**  62/12 63/12 81/24
103/11
**report [3]**  16/16 35/5 119/7
**reporter [7]**  1/21 1/22 58/10
58/11 76/1 126/3 126/13
**reporting [1]**  98/4
**Representatives [1]**  118/11
**represented [4]**  10/12 20/15 21/3
21/7
**represents [1]**  121/24
**reputation [2]**  6/2 6/10
**request [18]**  3/11 3/14 3/18 4/3
5/19 5/22 6/1 6/22 6/24 7/2 7/18
7/22 10/23 11/10 63/17 64/14
70/24 115/10
**requests [4]**  3/16 7/15 7/19 87/3
**require [2]**  8/18 10/20
**requisite [2]**  5/2 8/14
**research [8]**  51/5 77/17 78/4
84/20 86/25 88/1 88/2 88/3
**reservations [4]**  29/4 63/20 63/24
69/18
**reserve [3]**  2/24 5/11 15/1
**residential [1]**  66/24
**resistance [1]**  98/5
**resources [1]**  5/24
**respect [4]**  6/6 6/10 11/5 12/24
**respond [1]**  104/22
**responded [5]**  35/7 59/7 76/20
104/22 119/13
**responses [2]**  19/10 115/9
**responsible [1]**  45/10
**responsive [2]**  8/16
**rest [3]**  31/17 59/11 68/9
**restrained [1]**  9/23
**restricted [4]**  4/5 5/6 19/23
19/25
**restricting [1]**  4/8
**result [1]**  48/12
**results [1]**  80/7
**resume [1]**  124/14
**retire [3]**  77/23 97/10 97/19
**retired [7]**  65/6 65/11 65/18
77/16 97/8 99/19 99/24
**return [3]**  28/8 56/19 82/18
**review [1]**  14/24
**Rhine [1]**  4/19
**right [49]**  2/2 2/11 4/4 14/24
15/7 17/6 17/10 17/12 17/18 18/12
29/16 30/19 31/21 32/16 38/12

38/17 40/18 45/1 45/5 45/15 52/22
54/23 56/10 58/3 66/9 67/24 21/3 32/8
64/12 74/21 78/16 78/21 80/1
88/22 88/25 89/3 92/12 92/16
95/18 97/22 103/4 103/7 105/23
108/25 112/22 112/24 113/1 123/10
124/13
**riot [4]**  8/15 13/20 14/17 14/23
**ripped [1]**  77/3
**risk [1]**  11/24
**robbed [1]**  119/6
**robberies [1]**  62/9
**robbery [2]**  39/16 58/21
**Rochester [2]**  65/25 66/2
**rode [1]**  95/12
**role [1]**  43/14
**Ronald [1]**  117/22
**room [5]**  1/23 18/19 102/10 102/23
102/24
**routine [1]**  69/24
**ROY [1]**  1/16
**ROYCE [3]**  1/9 17/13 22/4
**RPR [1]**  126/12
**rule [7]**  5/11 6/8 6/14 7/3 7/21
8/2 8/6
**ruled [1]**  7/3
**rules [4]**  6/8 29/8 29/10 29/11
**ruling [5]**  3/16 3/25 12/23 13/1
15/1
**rulings [1]**  2/19
**run [4]**  64/18 88/1 95/15 120/8
**running [2]**  2/16 41/8

**S**

**Sacker [1]**  21/21
**sad [1]**  100/19
**safe [1]**  93/6
**said [33]**  8/22 35/20 36/6 40/1
47/6 63/3 69/18 80/3 81/11 81/11
81/20 93/21 100/16 100/24 101/2
107/2 108/17 108/17 109/9 109/9
111/23 113/5 113/12 113/13 114/11
115/6 115/23 121/10 121/11 121/11
121/17 123/13 124/4
**Salem [5]**  102/9 103/18 107/14
107/15 109/8
**salon [1]**  58/21
**Salt [1]**  21/2
**same [12]**  9/9 11/23 11/24 14/18
24/11 51/23 52/14 57/3 88/16
88/16 95/8 102/24
**Sartell [1]**  115/24
**satisfied [8]**  35/7 48/18 48/20
48/24 59/6 76/20 104/21 119/13
**Saturday [5]**  70/11 70/15 70/16
70/17 71/8
**saw [11]**  47/11 60/12 60/19 83/21
83/22 93/17 93/17 94/3 94/10
94/12 111/3
**say [19]**  8/20 17/22 36/18 37/6
47/12 49/15 51/17 52/8 52/18 70/1
70/1 71/3 80/19 82/2 86/2 93/17
97/1 98/24 122/21
**saying [1]**  93/19
**says [2]**  8/6 14/14
**scan [1]**  80/14
**scariest [1]**  41/10
**scene [4]**  94/20 95/9 95/12 95/18
**schedule [4]**  24/24 25/9 84/19
85/5
**scheduled [1]**  85/4
**school [19]**  23/6 23/10 23/14
36/22 44/1 44/5 44/10 57/4 72/16
75/1 89/19 89/21 89/21 91/1 102/8
107/10 110/5 113/22 118/13
**schools [1]**  109/4
**Schwager [1]**  21/15
**science [3]**  33/9 51/11 118/4
**screening [1]**  5/6
**scrolling [1]**  35/23
**scuffle [1]**  102/25
**search [2]**  9/19 13/23

**seat [2]**  94/22 95/10
...  /24 21/3 32/8
36/2 40/4 45/15 62/19 74/8 74/11
74/14 90/17
**second [7]**  3/16 9/7 16/17 19/21
86/25 87/17 117/2
**Secret [4]**  3/14 21/13 46/10 48/1
**Secretary [1]**  21/14
**section [3]**  7/16 16/13 114/4
**security [12]**  3/12 3/13 5/6 22/17
32/20 32/23 32/24 37/23 38/1 38/7
38/10 38/21
**security-related [1]**  3/12
**see [29]**  2/20 7/14 31/4 31/15
31/16 40/18 46/19 64/4 68/13
69/22 72/21 74/23 81/2 87/7 82/3
85/8 85/23 86/20 89/3 89/5 96/14
99/16 105/14 105/15 108/10 112/18
122/15 124/20 125/3
**seeing [5]**  27/24 45/2 81/19 83/24
93/1
**seek [2]**  7/12 8/4
**seeks [1]**  3/25
**seem [1]**  24/22
**seems [2]**  4/3 124/1
**seen [13]**  9/9 27/16 52/19 80/20
81/4 86/4 92/9 98/25 100/25
102/24 105/5 106/13 108/7
**select [3]**  17/25 18/2 19/10
**selected [3]**  28/20 63/25 111/17
**selecting [1]**  18/7
**selection [2]**  17/15 17/25
**selective [2]**  12/9 12/12
**self [2]**  7/24 97/11
**self-employed [1]**  97/11
**semester [4]**  108/22 108/22 109/2
109/3
**Senate [1]**  21/14
**senator [4]**  120/3 121/1 121/2
121/3
**senator's [1]**  120/25
**senators [2]**  120/2 121/17
**sent [1]**  71/4
**separate [1]**  113/13
**September [1]**  101/25
**series [1]**  18/6
**serve [6]**  25/14 26/18 31/7 63/1
72/13 111/16
**served [7]**  24/18 24/20 39/6 39/8
50/5 50/6 91/18
**serves [1]**  39/15
**service [13]**  3/14 4/11 21/13
25/11 31/15 36/23 46/10 48/1
63/10 63/13 73/1 77/17 95/21
**services [1]**  73/17
**serving [1]**  25/9
**set [19]**  25/19 26/8 31/24 36/1
45/15 45/23 52/20 54/9 70/2 80/20
81/4 86/8 94/2 106/14 112/13
114/12 121/12 122/6 122/12
**setting [1]**  81/12
**seven [4]**  19/15 27/5 28/10 111/6
**Seventeen [1]**  24/6
**seventh [2]**  6/24 20/6
**several [2]**  10/4 11/12
**shaken [1]**  59/8
**Shaking [1]**  55/6
**share [2]**  4/6 10/1
**shares [1]**  64/11
**Shaw [1]**  92/5
**she [60]**  30/24 56/13 56/14 56/16
56/16 56/25 57/15 57/16 57/17
57/18 57/19 57/20 57/21 57/22
58/8 58/9 58/11 58/11 58/13 58/13
59/3 59/4 59/5 59/6 59/12 67/9
67/10 67/11 67/15 67/17 88/13
88/13 88/14 88/15 88/18 88/20
99/19 99/19 104/20 104/21 108/17
109/9 110/10 110/11 117/19 120/3
120/4 120/5 120/6 120/13 120/14
120/15 120/15 120/22 120/24
120/25 121/6 122/2 122/2 122/2

**S**

**sheet [4]**  18/10 18/11 18/12 18/15
**sheets [4]**  18/17 31/18 31/22 31/23
**shelving [1]**  38/8
**sheriff's [1]**  22/17
**SHERRY [3]**  1/21 126/3 126/12
**Shiesty [1]**  14/7
**short [1]**  18/2
**shot [2]**  8/25 9/4
**should [11]**  2/7 5/11 12/5 18/9 24/11 24/12 51/17 69/15 73/3 93/20 115/4
**show [2]**  8/9 9/19
**showing [1]**  5/1
**shown [2]**  113/11 113/17
**shows [1]**  66/7
**side [6]**  18/2 43/13 51/24 66/21 91/8 94/21
**sides [1]**  31/7
**significance [1]**  9/12
**significant [1]**  12/2
**significantly [1]**  10/7
**silent [1]**  29/16
**similar [1]**  11/11
**simply [2]**  24/13 113/7
**since [32]**  7/22 8/22 10/23 12/2 12/4 12/10 24/21 33/13 37/5 42/20 43/17 44/8 51/14 52/7 61/3 61/4 66/11 68/12 85/10 88/10 92/8 93/9 98/10 105/24 107/8 109/8 110/3 111/10 111/12 117/15 122/17 122/18
**single [2]**  40/12 51/16
**sir [15]**  40/24 74/18 75/2 76/6 76/25 77/11 77/13 81/15 81/17 82/17 90/12 92/2 95/23 101/16 124/11
**sister [1]**  72/7
**sit [9]**  24/25 25/3 28/4 30/10 30/12 53/12 59/14 70/8 108/19
**site [1]**  120/23
**sites [1]**  29/4
**sitting [8]**  53/16 53/17 53/18 53/18 53/20 53/20 64/21 69/13
**situation [3]**  67/14 103/2 108/18
**situations [1]**  122/8
**six [5]**  20/4 27/2 28/6 59/4 61/24
**Sixteen [1]**  24/3
**Sixth [2]**  6/22 12/8
**size [1]**  33/18
**Skilling [1]**  11/18
**skip [1]**  36/9
**small [2]**  66/6 111/19
**so [156]**
**social [9]**  25/19 27/10 28/6 28/22 29/4 61/10 105/13 106/5 106/10
**sole [1]**  29/6
**solely [3]**  18/3 25/16 28/9
**solemnly [1]**  17/19
**some [39]**  2/19 2/25 7/13 11/24 15/11 16/14 18/21 19/7 25/1 29/8 29/10 30/11 32/13 33/7 36/14 38/11 53/9 60/22 63/20 63/24 64/19 69/18 76/10 80/14 82/13 84/1 85/23 93/7 93/8 93/9 97/1 97/2 97/14 109/11 111/11 113/15 114/15 116/15 119/12
**somebody [8]**  46/8 74/23 77/7 95/18 105/21 113/9 114/18 115/13
**someone [11]**  9/3 26/9 39/15 47/13 51/20 54/20 57/5 65/3 67/5 96/3 104/17
**something [16]**  9/4 26/5 39/16 46/17 47/18 47/18 47/20 62/25 68/8 69/9 81/24 83/22 85/8 100/9 105/21 120/4
**sometimes [7]**  22/2 22/5 35/23 36/9 48/6 82/14 94/14
**somewhat [1]**  109/9
**son [3]**  63/2 74/24 90/23

**son's [3]**  57/1 57/2 72/16
**soon [1]**  33/16
**sophisticated [3]**  56/23 57/1 57/11 58/2 58/3 58/16 62/12 63/12 74/9 75/6 75/16 76/6 77/11 84/8 84/25 89/12 90/23 96/8 102/3 107/24 112/3 120/5
**sort [5]**  70/22 78/18 84/16 109/9 109/11
**sound [1]**  74/19
**sounds [3]**  82/9 82/10 82/14
**source [3]**  52/24 53/1 80/11
**sources [2]**  25/18 52/4
**South [1]**  44/4
**southern [1]**  40/14
**space [1]**  91/9
**speak [7]**  9/25 27/22 40/1 41/16 71/10 94/16 123/23
**special [8]**  3/13 6/2 6/6 26/7 36/18 48/6 84/19 115/9
**specifically [1]**  11/25
**specific [8]**  20/19 21/17 21/17 21/20 22/15 38/11
**specifics [1]**  30/24
**speech [2]**  3/21 4/14
**spend [1]**  124/23
**spending [1]**  94/19
**spent [1]**  121/16
**spoken [1]**  9/24
**spouse [9]**  51/17 66/12 73/19 73/19 73/22 88/11 97/23 108/8 117/16
**staffer [3]**  47/11 89/22 93/2
**stage [1]**  5/17
**stand [3]**  17/17 20/16 20/25
**standard [2]**  50/21 62/11
**standards [2]**  50/19 73/8
**standing [4]**  20/18 20/19 20/20 21/4
**standpoint [1]**  48/24
**start [15]**  3/10 25/25 26/3 30/16 31/2 31/19 31/25 32/3 41/2 47/3 80/25 86/10 94/1 106/18 124/15
**started [5]**  3/8 35/10 73/25 88/16 97/22
**starting [4]**  3/4 31/1 120/12 120/14
**startup [1]**  66/6
**state [14]**  22/18 24/19 59/18 59/21 72/4 72/8 102/9 107/14 110/10 110/12 115/19 115/21 118/10 121/18
**state's [1]**  22/16
**stated [1]**  11/10
**statement [5]**  3/7 3/17 16/3 16/7 17/9
**statements [9]**  7/2 7/5 7/8 7/10 7/12 9/8 9/15 10/20 120/10
**states [13]**  1/1 1/3 1/10 2/2 2/6 17/16 19/12 19/16 20/15 20/17 37/8 89/10 117/3
**station [2]**  10/10 83/8
**statistics [1]**  65/25
**statute [1]**  4/11
**stay [2]**  14/9 30/22
**stayed [1]**  91/4
**stealing [1]**  118/21
**Stearns [1]**  115/18
**step [4]**  15/5 32/9 32/12 101/13
**stepped [1]**  2/7
**Steve [1]**  21/4
**STEVEN [3]**  1/16 1/16 2/12
**still [12]**  13/9 49/13 78/2 102/13 102/16 102/18 110/24 120/23 121/19 122/4 122/13 122/22
**stint [1]**  42/14
**stipulations [1]**  15/12
**stolen [1]**  76/10
**stoppers [1]**  23/1
**stops [1]**  116/12
**store [1]**  108/8
**stories [1]**  28/25
**stormed [1]**  100/21

**storming [1]**  105/20
**straight [1]**  12/16
**straightforward [1]**  19/9
**street [15]**  1/14 34/24 53/3 59/19 59/19 62/1 67/10 76/15 76/17 80/13 88/22 96/12 109/22 119/9 119/10
**stricken [2]**  124/12 124/18
**strike [7]**  94/22 94/24 101/10 112/21 115/5 123/25 124/6
**strong [15]**  24/15 26/16 41/2 41/14 47/5 85/25 100/13 100/23 111/24 113/3 113/10 113/16 114/16 114/20 121/8
**strongly [1]**  56/14
**studied [5]**  33/9 44/1 57/6 73/15 116/16
**studies [1]**  33/10 36/25 57/9 57/13 57/15
**stuff [6]**  38/9 68/15 68/18 69/22 105/6 116/10
**style [1]**  9/20
**subject [2]**  6/16 12/1
**subjected [1]**  10/7
**subjective [1]**  10/14
**submitted [1]**  16/8
**subpoenas [1]**  46/16
**subscriptions [1]**  53/2
**subsequent [1]**  19/18
**substantially [1]**  9/1
**such [13]**  3/24 4/12 4/23 5/1 5/11 5/12 6/7 7/12 9/20 22/16 24/14 25/10 25/18
**sudden [1]**  69/24
**suffer [1]**  28/3
**sufficient [1]**  11/20
**Suite [1]**  1/17
**SULLIVAN [49]**  1/6 2/2 2/13 2/13 3/11 3/25 4/3 4/22 5/2 5/8 6/2 7/7 8/2 8/13 8/24 9/7 9/14 9/16 10/11 10/15 10/22 10/25 11/9 11/25 12/8 12/25 13/5 13/12 17/16 19/12 19/14 19/18 20/8 20/23 20/24 20/25 21/2 21/3 21/3 21/10 27/6 27/9 27/14 32/7 32/10 32/12 89/10 94/25 124/6
**Sullivan's [5]**  3/17 8/1 9/16 10/10 11/13
**summary [1]**  12/18
**Super [2]**  24/22 91/5
**Superior [6]**  48/14 50/7 61/25 78/13 87/10 89/15
**Supervisory [1]**  21/17
**Supp [3]**  3/21 4/11 4/21
**support [1]**  22/25
**supported [1]**  8/9
**suppose [2]**  85/4 122/3
**supposed [4]**  114/7 121/22 121/25 123/11
**suppress [1]**  9/7
**Supreme [1]**  9/13
**sure [12]**  45/8 45/9 45/12 45/17 49/13 51/25 59/2 59/11 69/7 90/21 111/23 123/19
**surface [1]**  12/6
**surprised [1]**  111/6
**surrounding [1]**  4/9
**survived [1]**  104/2
**susceptible [1]**  11/23
**suspect [2]**  10/6 10/14
**suspects [2]**  123/6 123/7
**sustain [1]**  112/20
**swear [1]**  17/17
**switched [2]**  114/3 114/4
**sworn [3]**  93/10 94/9 94/9
**system [3]**  91/22 93/23 119/2
**systems [3]**  97/11 97/17 99/10

**T**

**table [1]**  2/8
**tailored [1]**  5/15
**take [28]**  7/15 16/12 17/8 18/25

take... **[24]** 25/3 25/4 28/3 38/16
59/3 72/22 73/4 80/12 82/19 82/24
85/13 86/7 87/8 89/4 89/6 89/6
94/9 95/8 98/22 100/1 102/15
106/6 114/24 123/4
**taken [5]** 18/9 32/5 35/9 89/8
99/19
**takes [1]** 12/13
**taking [6]** 7/20 84/20 93/15
108/22 109/3 123/9
**talk [13]** 15/15 25/10 26/23 26/23
30/14 43/6 54/13 56/10 73/5 101/8
114/21 116/5 124/15
**talked [2]** 45/12 116/11
**talking [3]** 26/15 82/9 82/14
**tangible [1]** 11/5
**Task [1]** 21/21
**team [2]** 20/21 116/21
**Technology [1]** 66/2
**television [2]** 28/22 44/20
**tell [41]** 13/21 24/24 33/7 35/21
41/4 45/6 47/7 52/1 63/22 65/19
68/5 69/16 69/20 78/11 80/3 81/24
83/24 85/9 87/22 90/18 90/19
92/23 93/16 94/9 95/7 98/2 100/16
102/5 104/3 105/15 107/2 111/3
112/6 113/5 113/6 113/15 113/20
114/19 118/5 119/25 121/13
**telling [1]** 83/25
**temporarily [1]** 4/7
**Ten [2]** 56/9 67/3
**terminate [3]** 10/5 10/18 10/18
**terms [2]** 3/9 45/5
**terrible [1]** 69/10
**testify [2]** 15/14 48/16
**testifying [1]** 46/9
**testimony [5]** 5/23 24/10 24/11
24/13 109/12
**Texas [1]** 88/8
**texted [1]** 10/2
**texts [1]** 93/19
**than [13]** 2/15 7/12 8/6 9/1 10/8
15/24 33/25 44/12 69/11 73/25
84/5 115/4 122/10
**thank [32]** 21/8 31/10 31/13 37/17
40/24 40/25 41/21 41/23 46/25
54/16 54/18 56/19 64/25 71/18
74/4 74/6 74/17 74/18 74/22 82/6
82/17 89/3 95/4 95/21 100/3 101/7
102/21 109/15 109/16 113/1 115/12
124/10
**Thanks [1]** 95/23
**Thanksgiving [1]** 70/22
**that [544]**
**their [10]** 11/16 29/11 33/2 37/2
40/11 41/9 48/3 115/7 117/18
122/13
**them [20]** 10/1 12/15 13/3 13/8
14/8 29/11 30/20 34/16 44/17 92/9
93/1 93/4 93/9 98/7 103/3 111/18
111/20 111/20 115/7 116/2
**then [84]** 2/20 2/24 14/9 15/19
17/18 18/17 25/1 25/11 30/3 30/13
31/22 31/25 34/12 34/20 42/8
43/25 44/7 49/10 50/1 50/5 50/13
52/1 52/7 53/5 53/17 58/17 60/3
60/11 60/14 60/15 60/18 60/22
60/23 61/3 62/3 62/4 65/16 65/20
65/23 66/3 67/5 67/12 67/21 67/23
70/6 71/8 71/9 72/12 76/4 78/19
82/9 83/12 85/10 85/16 86/3 90/25
92/19 92/21 92/23 97/2 97/15
98/10 103/2 105/16 105/24 107/8
111/12 112/6 113/24 114/1 114/3
114/4 115/17 117/11 118/6 118/12
119/7 119/21 120/12 120/19 122/17
122/18 123/15 124/2
**then-girlfriend [2]** 120/12 124/2
**therapy [1]** 55/24
**there [116]** 5/17 7/10 8/24 8/25

11/6 11/7 11/17 11/24 12/11 13/15
16/23 22/21 26/1 26/16 30/8 30/11
33/1 33/5 34/9 35/24 36/8 37/21
41/10 42/14 42/17 43/4 43/13
45/24 46/8 50/19 50/21 51/6 51/22
53/17 54/6 56/2 58/10 59/5 59/5
59/12 61/5 61/24 62/2 62/5 62/10
62/13 62/14 62/21 62/25 63/6 66/8
67/3 67/15 67/16 67/21 67/22
68/10 70/6 70/7 70/10 72/9 72/19
75/3 76/10 77/21 79/3 82/8 83/25
84/11 86/3 86/13 88/15 90/2 90/5
90/11 90/14 91/5 91/5 91/14 93/20
93/25 94/13 95/13 100/24 101/18
102/18 103/8 107/16 108/7 108/18
109/11 110/2 113/8 113/17 114/15
115/1 115/6 116/18 117/12 118/20
120/5 120/6 120/11 121/6 121/20
121/22 121/23 122/5 122/8 123/8
124/18
**therefore [1]** 11/23
**therein [1]** 4/14
**these [10]** 4/16 4/22 8/9 10/17
14/5 19/6 21/11 29/21 90/10
123/12
**they [45]** 5/13 7/13 9/17 9/19
27/15 29/13 29/20 31/24 34/12
34/12 34/14 35/7 35/12 35/14
35/22 38/15 39/14 41/15 43/20
45/8 45/12 46/9 46/11 48/2 48/3
48/5 56/8 57/3 64/5 64/14 69/7
73/3 77/7 77/7 77/8 80/7 82/3
85/3 85/5 92/8 93/9 100/22 111/18
111/19 116/1
**thing [6]** 48/3 70/22 78/18 104/7
109/9 111/8
**things [23]** 19/9 32/25 36/11
36/13 36/14 41/9 41/12 41/15
44/25 46/15 50/15 52/15 52/25
61/9 84/11 94/14 114/15 116/14
118/13 121/23 122/8 122/10 122/21
**think [100]** 3/8 5/17 6/19 8/18
9/10 12/13 18/7 21/12 26/4 26/20
30/25 33/23 34/2 34/18 43/5 44/17
44/18 46/12 46/13 47/15 48/6
50/11 50/14 52/21 53/14 53/19
53/22 53/24 54/4 54/11 55/13
56/14 57/9 57/15 57/24 59/14
61/20 62/23 64/15 69/8 69/15
69/25 70/10 71/5 72/10 73/3 74/4
76/14 77/6 77/7 77/10 77/12 79/22
79/23 81/5 81/6 81/11 81/13 82/15
83/5 83/22 84/1 86/7 86/16 87/1
87/20 87/21 91/15 91/25 93/11
94/5 94/19 94/21 95/9 95/10 95/14
95/17 95/17 95/25 98/7 101/3
101/6 103/15 104/10 105/1 109/9
112/13 112/13 112/15 118/23
119/19 119/20 120/3 121/14 121/20
122/13 123/12 124/16 124/23
124/24
**thinking [5]** 51/23 102/11 102/22
120/10 121/15
**thinks [1]** 71/20
**third [4]** 5/19 10/22 19/22 107/12
**Thirteen [1]** 56/3
**Thirty [10]** 27/13 27/16 27/22
27/24 28/1 28/3 28/6 28/10 28/12
28/20
**Thirty-eight [1]** 28/12
**Thirty-five [1]** 28/3
**Thirty-four [1]** 28/1
**Thirty-nine [1]** 28/20
**Thirty-one [1]** 27/16
**Thirty-seven [1]** 28/10
**Thirty-six [1]** 28/6
**Thirty-three [1]** 27/24
**Thirty-two [1]** 27/22
**this [150]**
**Thomas [1]** 21/14
**those [40]** 4/6 4/9 5/1 6/12 6/17

7/17 8/15 8/17 8/19 8/20 10/8
11/9 13/25 16/7 16/9 16/24 18/9
20/20 21/22 25/21 28/19 31/19
31/23 31/24 50/15 63/14 64/11
64/13 66/7 81/9 85/23 87/3 106/14
108/2 115/2 115/25 116/19 116/23
121/15 122/6
**though [5]** 67/24 90/14 95/21
101/3 107/6
**thought [6]** 2/16 47/19 49/14
56/21 105/17 111/6
**thoughts [2]** 112/2 112/4
**three [11]** 16/21 27/24 29/17 39/9
50/9 50/16 72/15 79/17 92/7 97/20
124/25
**through [22]** 2/25 14/5 15/11
18/24 19/2 19/5 30/25 32/1 32/2
35/23 36/9 63/3 63/4 63/9 63/9
64/18 69/2 114/17 116/22 120/3
120/14 122/5
**Throughout [1]** 13/25
**Thursday [5]** 24/25 45/11 63/9
72/16 72/20
**tickets [1]** 70/20
**tie [1]** 14/19
**ties [1]** 13/16
**TikTok [1]** 61/13
**time [42]** 5/13 7/14 9/21 10/5
12/16 17/1 24/7 28/2 28/5 39/20
42/13 49/14 59/7 60/3 60/14 64/8
64/14 67/16 67/16 67/17 67/18
68/15 71/12 76/21 78/22 79/14
88/16 90/11 91/17 91/18 94/20
95/8 95/9 99/19 99/25 104/7 105/7
107/2 118/20 120/7 120/24 124/25
**times [6]** 34/8 75/25 85/15 92/7
92/7 123/5
**timing [1]** 5/23
**today [6]** 2/14 19/1 22/1 24/24
31/13 124/14
**Tokyo [1]** 71/8
**told [5]** 10/16 21/18 69/7 103/2
120/13
**tomorrow [7]** 19/1 30/21 31/17
64/18 124/14 124/21 125/4
**tonight [1]** 73/4
**Tonya [1]** 110/11
**too [15]** 22/5 53/8 59/19 60/1
61/4 61/11 70/11 82/14 104/11
108/19 108/20 118/7 119/24 120/22
124/19
**took [10]** 9/16 26/17 41/3 86/1
100/14 111/25 113/3 121/9 121/23
124/25
**top [1]** 18/12
**topics [1]** 3/12
**tossed [1]** 103/22
**total [1]** 50/14
**touch [2]** 91/4 91/9
**tough [3]** 69/24 94/13 122/6
**toward [3]** 18/1 93/15 93/19
**town [1]** 72/14
**trade [2]** 43/12 66/7
**traffic [3]** 23/18 55/16 116/11
**training [7]** 23/10 38/11 58/4
66/18 75/21 110/18 114/13
**traits [3]** 6/13 6/17 6/20
**transcript [2]** 1/9 126/4
**transfer [1]** 109/4
**transpiring [1]** 68/10
**traveling [1]** 70/12
**treason [2]** 111/7 112/2
**treasonous [1]** 112/5
**treat [1]** 69/15
**treated [4]** 24/11 91/21 91/24
119/1
**trial [27]** 1/9 7/18 8/4 18/5
21/12 21/19 24/10 24/19 25/1
25/25 26/3 29/15 30/12 39/17
48/16 68/22 68/25 70/2 70/3 79/8
79/16 80/25 86/11 94/1 101/2
106/18 115/3

**T**
trials [3] 52/8 80/7 115/1
tries [1] 14/9
Trifecta [1] 66/5
trip [2] 71/16 71/17
trooper [2] 72/4 72/8
trouble [4] 27/24 28/1 81/19 107/1
true [2] 85/4 126/4
truly [1] 17/20
Trump [1] 12/10
truth [5] 7/6 7/12 90/18 93/16 94/10
truthfully [1] 18/9
try [11] 19/5 41/18 47/17 47/21 61/11 68/17 80/8 80/24 114/12 121/12 123/8
trying [7] 49/12 49/12 84/14 98/5 124/23 124/25 125/3
Tuesday [1] 24/25
turn [2] 68/8 70/3
turned [5] 69/1 84/1 88/17 92/21 93/21
TV [18] 24/7 29/1 68/9 80/14 83/21 83/22 84/2 85/18 92/21 93/21 97/3 98/3 98/4 105/4 105/12 106/8 110/23 120/19
tweeting [1] 29/2
Twelfth [1] 7/17
Twelve [1] 23/15
Twenty [6] 25/13 25/16 27/2 27/5 27/8 27/11
Twenty-eight [1] 27/8
Twenty-nine [1] 27/11
Twenty-one [1] 25/13
Twenty-seven [1] 27/5
Twenty-six [1] 27/2
Twenty-two [1] 25/16
Twitter [3] 52/5 53/5 68/14
two [24] 12/4 16/19 25/16 27/22 29/16 32/2 38/4 39/8 39/18 40/9 53/22 56/7 56/9 70/13 72/15 72/17 78/13 81/21 84/11 84/12 84/14 86/23 97/24 111/17
type [4] 5/24 22/12 86/25 114/12
types [1] 13/12

**U**
U.S [12] 1/22 4/10 4/14 4/19 4/20 4/21 6/17 8/5 9/14 10/5 11/2 11/11
U.S.C [2] 7/17 11/3
Uh [3] 101/22 110/14 121/7
Uh-huh [3] 101/22 110/14 121/7
ultimately [4] 94/18 94/20 94/21 125/1
unable [1] 30/5
uncle [2] 91/15 118/18
under [16] 4/8 6/8 6/14 6/17 7/8 7/10 7/13 9/6 9/21 10/5 10/17 11/17 16/22 16/24 17/21 71/20
undergoing [1] 5/6
undergrad [2] 51/10 113/22
undergraduate [3] 36/21 43/25 44/5
underlying [1] 114/9
understand [10] 12/23 27/23 29/10 40/1 45/17 50/21 62/10 62/13 79/3 79/10
understanding [2] 80/8 113/10
understands [2] 114/24 114/25
Understood [1] 12/21
undisputed [1] 9/12
undue [1] 70/11
unexperience [1] 94/11
unfair [1] 74/12
Unfortunately [1] 15/12
uniformed [1] 96/19
Union [1] 83/8
UNITED [11] 1/1 1/3 1/10 2/2 2/6 17/16 19/12 19/16 20/15 20/17

89/10
un_____ [1] 44/4 44/6 51/10 88/8 92/6 102/9 107/14 110/13 118/3
unlawful [1] 20/1
unless [1] 94/20
unopposed [4] 5/19 5/22 6/22 6/24
unsee [1] 94/10
until [8] 2/17 17/8 70/2 70/3 82/23 89/5 112/11 114/4
unusual [1] 68/16
up [60] 13/3 13/17 13/20 14/15 22/19 25/7 26/21 30/13 32/13 32/15 32/17 33/5 34/22 35/22 36/6 36/7 37/12 38/12 40/14 42/10 46/20 47/9 54/16 54/19 54/24 56/17 56/21 57/10 61/8 63/2 63/7 64/21 65/15 65/25 67/7 69/16 69/24 71/24 73/9 74/25 79/15 81/23 83/3 90/22 92/7 92/8 95/9 95/15 95/16 100/8 100/18 102/22 109/18 111/12 113/11 113/17 114/4 116/2 118/23 120/3
upbringing [1] 91/16
update [1] 15/10
updated [1] 16/3
upheld [1] 4/17
upon [3] 3/5 3/8 28/9
Upper [1] 38/12
ups [2] 96/3 101/16
upsetting [1] 47/12
Urban [2] 85/1 88/2
us [34] 3/20 16/20 17/5 18/7 18/25 19/10 19/13 21/12 21/13 21/15 22/16 23/24 24/2 24/4 24/6 25/23 26/10 26/13 26/17 27/3 27/17 33/7 47/7 49/5 59/21 65/9 65/19 68/5 72/25 73/23 77/8 81/18 90/10 90/13
USA [3] 27/12 27/14 32/7
USAO [1] 1/13
use [6] 14/18 17/1 28/23 31/25 52/4 52/4
used [4] 5/24 47/10 93/24 119/24
uses [1] 14/8
usual [2] 123/6 123/7
usually [4] 36/6 61/10 98/15 98/18
Utah [1] 21/2
uttered [1] 115/9

**V**
vacation [1] 70/12
vaccination [1] 114/16
valid [1] 64/16
vandalized [2] 76/11 77/4
variety [1] 78/24
various [2] 93/1 117/3
vehicles [2] 38/15 38/16
venire [2] 2/22 2/23
venue [2] 11/9 12/7
verdict [8] 18/3 28/9 39/19 79/18 82/23 87/15 87/16 89/7
versus [7] 4/10 17/16 19/12 32/7 62/11 66/25 89/10
very [33] 26/19 27/1 37/17 41/21 41/23 42/8 45/3 46/17 46/25 52/7 54/18 55/17 56/19 64/25 67/20 72/23 72/25 73/1 74/5 80/18 82/17 93/13 95/4 100/3 101/7 109/15 113/1 114/16 115/12 122/3 124/1 124/2 124/10
vet [1] 84/16
viable [1] 4/23
vicinity [3] 83/2 83/6 83/16
victim [10] 22/25 23/23 34/21 48/9 58/2 58/18 76/4 76/7 104/10 119/5
victims [1] 23/3
video [15] 13/10 13/10 13/11 13/22 13/23 13/24 14/1 14/1 14/2 14/10 14/12 14/17 14/18 27/5 82/8

videos [8] 16/21 16/23 16/24 17/2 ___/5
videotapes [1] 82/13
view [1] 99/9
viewpoint [1] 19/8
violation [1] 86/15
violence [2] 116/20 120/8
violent [2] 6/15 8/9
Virginia [3] 56/1 91/18 108/1
virtually [2] 108/22 109/2
visceral [1] 122/3
visual [1] 98/8
voir [4] 2/25 3/5 12/4 12/6
volume [2] 5/23 5/24
voluntary [2] 9/15 10/20
volunteer [1] 99/20
volunteering [1] 60/2
vote [1] 19/17
vs [1] 1/5

**W**
W-I-L-L-E-M [1] 21/16
wait [2] 18/18 89/5
waiting [5] 2/22 12/16 12/19 82/20 98/13
wake [1] 36/6
Wall [2] 53/3 80/13
want [22] 2/21 17/8 18/24 25/10 26/21 26/23 26/23 31/5 31/9 37/12 45/17 53/18 64/5 73/7 78/11 82/3 84/9 94/20 97/18 122/7 123/14 123/19
wanted [6] 15/10 16/10 45/7 45/9 53/9 84/6
wants [1] 94/22
War [1] 65/9
warehouse [1] 38/6
warning [1] 10/20
warrant [2] 9/19 13/23
was [268]
Washington [15] 1/5 1/14 1/18 1/24 21/5 41/6 44/1 44/19 48/4 53/3 58/6 58/9 97/17 117/7 121/18
wasn't [8] 41/10 48/22 48/24 51/25 59/3 78/15 103/19 111/23
waste [1] 71/12
watch [20] 23/1 23/2 24/6 24/7 44/15 44/19 60/22 61/8 61/10 61/11 67/25 68/9 80/17 85/19 85/21 98/16 98/18 106/1 106/8 111/8
watched [13] 27/5 27/13 44/17 44/18 49/18 61/1 67/23 84/2 97/2 105/3 105/12 110/22 120/19
watching [6] 29/1 61/4 68/6 100/20 100/21 120/11
way [8] 27/7 27/10 31/4 46/13 48/20 69/2 69/16 121/21
we [133]
we'll [26] 14/5 17/18 18/17 25/1 25/3 25/3 30/16 31/18 31/25 31/25 32/3 37/18 41/25 47/1 47/3 81/2 82/19 82/19 85/8 89/4 89/6 100/7 113/2 124/14 124/15 124/20
weapon [4] 12/24 19/24 20/1 20/2
weapons [2] 9/20 13/14
wear [1] 14/5
wears [1] 13/13
Wednesday [6] 24/25 63/3 63/5 84/20 111/18 111/21
weed [1] 12/3
week [10] 25/2 25/2 25/5 64/19 64/20 70/13 84/12 92/7 92/8 111/21
weekends [1] 25/8
weeks [8] 39/18 61/24 62/3 70/13 71/5 78/13 79/1 84/14
weight [1] 24/13
Welcome [1] 17/13
well [26] 2/9 11/13 17/20 19/17 25/24 37/22 53/2 72/24 78/2 79/1 80/5 83/10 83/15 84/7 85/18 91/4

**well...** **[10]**   93/6  93/13  93/16
96/14  97/8  103/1  112/7  119/6
119/23  120/1
**went [25]**   2/18  43/24  44/4  44/5
48/16  60/14  60/16  60/18  62/2  62/3
69/2  75/1  89/20  89/21  91/1  92/19
92/20  93/21  102/9  103/2  112/10
113/22  113/24  118/3  118/22
**were [87]**   2/16  9/15  13/24  24/3
27/2  34/8  35/3  35/16  36/2  37/6
40/4  41/8  41/14  41/15  42/20  44/21
45/10  45/15  46/10  46/11  47/5
49/24  50/1  51/20  52/6  53/20  59/24
60/3  62/19  63/10  63/13  63/25
67/21  68/1  74/8  74/11  74/14  76/12
78/19  80/1  81/19  83/13  83/18
83/18  87/5  87/17  90/2  90/5  90/11
90/17  92/11  92/15  93/10  95/11
97/5  98/7  98/25  100/13  105/4
105/6  105/7  105/9  106/12  106/13
107/16  107/21  110/24  110/25  113/2
116/11  116/19  116/21  116/23  117/2
117/3  117/4  117/6  117/8  118/21
120/10  120/12  120/14  120/16
120/17  122/5  123/18  124/4
**weren't [2]**   83/15  125/1
**West [1]**   43/12
**what [183]**
**whatever [12]**   26/8  29/13  36/1
45/16  45/23  54/10  68/14  69/9
80/20  81/4  81/12  106/13
**whatsoever [1]**   29/17
**when [40]**   7/4  7/4  13/21  14/13
14/17  25/22  26/3  30/13  34/15
35/23  36/6  37/7  37/8  39/6  47/11
49/1  61/19  65/11  65/18  68/13
70/14  71/4  81/23  87/5  90/2  90/5
92/14  93/2  93/13  93/18  95/12
97/22  98/7  102/23  102/24  114/14
116/21  121/15  121/18  124/25
**Whenever [1]**   98/12
**where [68]**   6/20  14/3  26/2  30/20
31/18  34/10  37/25  38/15  42/21
43/10  44/1  44/3  44/21  45/25  49/24
50/1  53/17  53/20  55/1  55/25  57/14
57/19  59/22  60/3  65/5  65/8  65/20
66/1  66/3  67/9  67/17  71/7  73/22
76/12  77/19  81/11  83/7  83/18
84/21  84/24  88/7  88/13  88/18
89/19  89/23  91/18  92/11  95/15
97/5  97/15  102/1  105/4  105/7
107/13  108/18  109/10  109/11
109/21  110/9  110/11  117/4  117/6
117/10  117/21  120/14  120/17
120/24  122/15
**whereas [2]**   62/15  79/5
**whether [24]**   7/10  24/18  26/1  26/5
26/22  27/15  30/8  39/23  45/20
53/15  54/8  63/21  63/25  70/7  84/7
84/10  86/14  91/23  100/9  103/10
103/13  106/20  108/14  114/18
**which [12]**   8/2  11/14  11/22  28/13
32/23  51/2  52/2  59/20  85/25  89/25
100/12  121/1
**while [6]**   19/3  36/8  41/12  82/19
89/6  95/14
**white [3]**   14/15  14/18  41/7
**who [42]**   8/25  12/3  17/25  20/16
20/18  20/19  20/19  21/4  21/5  27/12
33/16  41/8  41/14  42/4  47/13  52/14
56/24  57/8  65/3  75/11  77/1  78/21
79/13  89/14  90/20  90/25  91/1  91/7
93/24  96/6  101/19  102/8  103/3
110/7  115/6  115/15  115/16  115/17
120/22  121/22  124/4  124/22
**whole [2]**   3/3  122/5
**whose [1]**   112/8
**why [5]**   18/16  23/15  31/4  33/10
107/16
**wide [1]**   123/8

**wife [8]**   76/9  77/3  83/25  84/12
84/13  84/17  85/2  96/2
**wife's [1]**   77/6
**will [82]**   3/10  3/11  4/25  5/12
7/12  15/5  16/25  17/6  17/14  17/17
17/17  17/18  17/20  18/3  18/6  18/7
18/18  18/19  18/25  18/25  19/3
20/16  20/16  20/24  21/12  22/19
24/9  24/25  25/2  25/5  25/6  25/6
26/3  28/21  28/24  29/20  30/13
30/19  30/20  30/23  30/24  31/1  31/2
31/4  31/16  31/16  31/24  32/4  32/16
35/24  36/8  45/24  54/19  64/17
69/16  71/19  71/20  72/15  72/15
73/7  74/23  78/7  79/7  80/24  82/8
82/13  82/14  82/23  82/24  84/13
84/16  85/3  87/2  95/7  101/15
105/21  109/17  111/5  111/19  112/20
124/16  125/3
**Willem [1]**   21/15
**willing [2]**   9/25  12/15
**willingness [1]**   29/5
**Winston [6]**   102/9  103/18  107/14
107/15  109/5  109/8
**Winston-Salem [5]**   102/9  103/18
107/14  107/15  109/8
**Wisconsin [2]**   1/17  51/11
**wisest [1]**   35/17
**within [2]**   13/11  84/14
**without [8]**   3/15  4/12  7/18  23/16
26/25  31/10  47/14  64/22
**witness [18]**   3/7  15/16  15/18
23/23  24/12  24/13  24/14  34/21
48/9  48/23  58/2  58/18  76/5  76/8
104/10  119/5  124/22  124/23
**witnessed [2]**   58/19  104/13
**witnesses [5]**   3/12  21/11  21/12
21/20  64/20
**won't [3]**   25/7  25/7  25/8
**Wood [1]**   66/23
**word [1]**   95/8
**words [3]**   25/23  80/25  115/9
**work [51]**   23/24  24/1  33/2  37/23
37/25  41/6  43/1  43/6  43/10  43/13
47/10  49/7  57/16  58/9  59/16  59/18
62/3  65/21  67/6  73/17  73/22  75/24
77/14  77/19  77/21  77/25  83/1
83/10  88/18  89/23  91/6  92/3  93/24
96/13  96/16  96/21  97/15  99/20
108/1  109/20  109/21  110/9  110/11
110/20  116/6  117/11  119/22  119/24
121/12  122/3  123/8
**worked [41]**   22/11  22/13  22/20
23/6  23/6  23/9  23/11  32/18  38/6
42/1  42/9  42/12  43/8  47/23  52/14
58/5  58/11  66/20  71/25  75/1  77/16
77/16  85/8  89/22  92/25  93/24
97/16  97/17  107/25  109/19  110/5
113/23  116/17  116/18  116/21
118/10  118/12  120/1  121/22  121/22
123/18
**working [31]**   15/11  38/12  41/11
44/22  48/2  49/24  49/25  66/4  68/1
68/7  78/2  83/19  97/7  97/8  105/7
105/9  107/6  107/21  111/2  116/22
117/3  117/4  117/6  117/7  118/14
120/3  120/8  120/24  120/25  121/17
121/17
**works [12]**   42/5  48/6  49/13  58/8
58/13  73/23  88/20  90/20  96/12
96/14  117/19  119/23
**worry [2]**   15/22  17/4
**worth [2]**   5/13  94/19
**would [114]**   6/8  6/20  8/18  8/21
8/25  9/1  9/2  9/3  9/4  9/5  9/5  10/4
10/17  12/25  13/7  15/21  15/23  16/4
16/15  16/21  16/23  18/22  20/25
23/3  24/16  25/9  25/14  26/18  26/20
28/7  28/13  28/18  29/12  30/4  30/11
34/2  36/18  42/10  45/8  45/10  45/25
46/6  47/9  52/8  53/15  53/18  53/21
54/4  54/24  57/10  61/5  62/15  63/1

64/12  64/21  67/14  69/24  72/13
72/13  72/23  81/23  81/25
82/7  82/10  84/22  85/5  85/5  86/1
86/19  86/24  93/4  94/5  94/24  95/17
97/1  99/18  100/14  100/17  100/18
101/3  101/6  102/6  102/15  108/13
108/16  108/19  108/20  108/21
109/10  111/6  111/7  111/7  111/16
111/25  112/15  113/4  113/6  113/7
113/8  113/9  113/11  113/12  113/15
114/17  114/23  115/5  121/9  121/11
122/11  123/13  123/25  124/5
**wouldn't [6]**   8/13  53/23  61/16
79/8  91/25  113/13
**wound [1]**   79/15
**write [1]**   18/10
**writing [2]**   14/16  14/18
**wrong [2]**   45/21  64/2

**Y**

**Yard [3]**   49/9  50/2  50/3
**yeah [58]**   35/15  35/17  36/14  37/9
42/22  44/24  47/3  47/12  47/25  49/4
49/17  49/25  50/4  50/18  53/11
54/11  59/9  59/19  62/6  65/4  66/20
67/7  67/14  68/10  69/8  69/9  70/10
70/17  70/19  70/21  74/16  75/7
83/11  83/15  83/15  83/23  87/13
92/17  100/22  103/5  103/12  108/4
110/6  111/14  111/22  114/8  115/24
116/4  116/8  116/12  119/3  119/10
119/12  119/14  120/7  121/14  122/20
123/14
**year [11]**   66/9  75/23  77/23  89/17
97/19  101/25  104/12  107/11  107/12
117/13  119/6
**years [37]**   12/4  22/23  34/23  37/10
38/4  39/9  40/9  42/12  42/18  48/10
49/8  51/7  53/24  56/3  56/5  57/21
58/23  67/3  67/3  67/4  68/21  73/25
76/16  77/22  78/14  87/7  91/19
92/10  93/5  97/1  97/20  107/20
113/24  113/24  114/1  118/13  121/16
**yelling [1]**   35/10
**Yep [1]**   120/20
**yes [107]**   18/14  18/16  20/12  20/21
24/22  34/14  34/25  35/6  35/8  35/13
35/20  36/16  39/11  39/20  40/1  40/3
40/17  42/3  43/19  45/7  47/7  50/22
52/23  54/21  55/11  56/16  56/23
57/7  57/12  57/18  58/5  58/15  58/19
58/25  59/8  59/8  60/10  60/24  61/15
61/18  61/24  62/2  62/17  62/20
65/14  67/25  69/14  72/2  73/2  75/2
76/22  77/16  78/3  78/6  79/6  80/3
80/13  81/15  81/17  81/20  83/2  83/6
83/20  85/23  86/3  86/7  86/9  86/19
87/25  88/12  88/22  90/3  91/7  92/20
92/22  95/23  96/5  96/20  97/4  97/6
97/8  100/16  101/2  102/17  103/7
103/21  103/23  104/1  104/12  106/11
106/23  106/25  107/2  107/9  107/17
108/6  109/7  110/1  110/24  110/24
111/1  113/5  115/14  116/17  118/18
121/5  121/11
**yesterday [4]**   2/17  2/18  15/13
84/13
**Yetter [1]**   21/16
**yokels [1]**   103/20
**York [3]**   75/25  85/15  123/5
**you [788]**
**you'll [1]**   18/5
**you're [1]**   45/25
**Young [1]**   35/12
**younger [1]**   65/18
**youngest [2]**   90/23  91/15
**your [162]**
**yourself [1]**   65/20
**yup [1]**   68/2