```
1              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
2

3   UNITED STATES OF AMERICA,
                                      Criminal Action
4              Plaintiff,            No. 1: 21-078

5        vs.                         Washington, DC
                                     November 8, 2023
6   JOHN EARLE SULLIVAN,
                                      10:08 a.m.
7              Defendant.
    _____/
8

9              TRANSCRIPT OF JURY TRIAL
        BEFORE THE HONORABLE ROYCE C. LAMBERTH
10           UNITED STATES DISTRICT JUDGE

11
    APPEARANCES:
12
    For the Plaintiff:    MICHAEL LAWRENCE BARCLAY
13                        REBEKAH LEDERER
                          USAO
14                        601 D Street NW
                          Washington, DC 20530
15

16  For the Defendant:    STEVEN ROY KIERSH
                          LAW OFFICE OF STEVEN R. KIERSH
17                        5335 Wisconsin Avenue, NW
                          Suite 440
18                        Washington, DC 20015

19

20

21

22  Court Reporter:       SHERRY LINDSAY
                          Official Court Reporter
23                        U.S. District & Bankruptcy Courts
                          333 Constitution Avenue, NW
24                        Room 6710
                          Washington, DC 20001
25
```

1          <u>P R O C E E D I N G S</u>

2          THE COURTROOM DEPUTY:  This is criminal case, *United*

3   *States of America versus John Earle Sullivan*.

4          Starting with the government, approach the podium and

5   state your appearance for the record.

6          MS. LEDERER:  Good morning, Your Honor.  Rebekah

7   Lederer of behalf of the United States along with AUSA Michael

8   Barclay, also joined at counsel table is paralegal specialist

9   Hamdi Mohamed and Special Agent Matthew Foulger.

10          THE COURT:  Okay.

11          MR. KIERSH:  Good morning, Your Honor.  Steven Kiersh

12   on behalf of John Sullivan, who is present in the courtroom

13   next to me.

14          THE COURT:  Okay.  Give me one moment.

15          There was an additional juror who approached the

16   clerk last night after you all left.  And I subsequently ruled,

17   he had an incapacity to return today because he has three

18   children and wife unable to care for them because of illness

19   and really could not come back today and did not foresee there

20   was any way he could come back at all.  So I went ahead and

21   excused him.  I was unable to consult with you all.  So he is

22   number 1480, which is number 25 on page 1.  So I went ahead and

23   struck him and excused him from trying to return today.  He

24   claimed he could not get anyone to babysit the three children

25   and the wife was too ill to be able to take care of the

1   children today.  So the next juror we question would be 0850 is

2   outside.

3                  A JUROR:  Good morning.

4                  THE COURT:  Just a few follow-up questions.  You

5   indicated on the questionnaire that you, a family member or

6   friend received training in print or media or journalism

7   school?

8                  A JUROR:  My son-in-law is a copy editor for "The

9   Washington Post."

10                 THE COURT:  I'm sorry.  I can't hear you.

11                 A JUROR:  My son-in-law is a copy editor for "The

12  Washington Post."

13                 THE COURT:  Okay.  How long has he been there?

14                 A JUROR:  Six years, seven years.

15                 THE COURT:  Okay.  What does a copy editor do?

16                 A JUROR:  They do the headlines and the content and

17  do fact checking.

18                 THE COURT:  Okay.  What section does he work in

19  national or local or do you know?

20                 A JUROR:  I don't honestly know.  I'm sorry.

21                 THE COURT:  I was a night editor for "The Daily

22  Texan," when I was in undergraduate school.  So I know

23  something about that, but not a lot.  I know writing headlines

24  was hard.  I did some copy editing too.

25                 A JUROR:  He found it to be challenging sometimes.

1         THE COURT:  You did say on the questionnaire that you

2    have followed some of the publicity about January 6.  And it

3    said you have strong feelings or opinions about the events that

4    took place that would make it difficult for you to serve as a

5    fair and impartial juror.  Tell me a little bit more about

6    that, if you would.

7         A JUROR:  I work for the US State Department.  So I

8    am a diplomat.  And I was overseas when that was happening.

9    And just trying to explain why and what was happening to people

10   from another country was quite difficult.

11        THE COURT:  Where were you that time?

12        A JUROR:  I was in Budapest, Hungary.

13        THE COURT:  That would be an interesting place to

14   explain it after their revolution themselves, wouldn't it?

15        A JUROR:  And with Orban in power, yes, it was very

16   difficult.

17        THE COURT:  You did say on the questionnaire in 31,

18   you said no matter what you have seen or heard about the events

19   or opinions that you formed, you could put it aside and decide

20   this case only on the evidence and decide in a fair and

21   impartial manner.  Tell me a little more about that.

22        A JUROR:  I am a nurse practitioner by profession.

23   And I always have to look at things objectively.  What I feel

24   subjectively may not be important, but I feel like I can

25   separate the two.

```
1              THE COURT:  Okay.  Tell me about how much you know
2    about how much you followed the events of January 6 and how
3    much you know from the news and other sources about what
4    happened then.
5              A JUROR:  I can't say I followed it closely, but I
6    was aware of it just because of where I lived, I was very aware
7    of it.
8              THE COURT:  When did you come back from Hungary?
9              A JUROR:  2021.
10             THE COURT:  Okay.  Later that year?
11             A JUROR:  Yes.
12             THE COURT:  Okay.  And then you are in main State
13   here now?
14             A JUROR:  Yes, I am.
15             THE COURT:  Where do you work there?
16             A JUROR:  In med at SA1.
17             THE COURT:  Okay.  What is your educational
18   background?
19             A JUROR:  I have a social work degree, a nursing
20   degree and a nurse practitioner's degree.
21             THE COURT:  Okay.  And then how long have you been at
22   State?
23             A JUROR:  Fifteen years in January.
24             THE COURT:  And how long have you lived in DC
25   basically?
```

1          A JUROR:  For the last two -- a little over two

2    years.

3          THE COURT:  Okay.

4          A JUROR:  I lived overseas with the State Department

5    before that.

6          THE COURT:  Do you have a spouse or partner?

7          A JUROR:  I have a spouse.

8          THE COURT:  Where is he employed?

9          A JUROR:  Kensington Park Senior Living in

10   Kensington, Maryland.

11         THE COURT:  What does he do?

12         A JUROR:  He is a music therapist.

13         THE COURT:  Okay.  What is that?  Sorry.

14         A JUROR:  No, that is fine.  He has a master's degree

15   in music therapy.  So the current population that he works with

16   is cognitively impaired people.  So music takes place in many

17   parts of your brain.  So he connects with them at that level.

18   They do a lot of different things but that --

19         THE COURT:  So I could meet him someday.

20         A JUROR:  We could all use him someday.

21         THE COURT:  Okay.  In terms of following the

22   January 6 stuff, if you were seated here, would you have any

23   difficulty in deciding this case just on the evidence you heard

24   here at this trial?  There will be videos.  There will be other

25   evidence we heard here at this trial.  You don't know what this

1    defendant did or didn't do.  Do you think you could fairly

2    decide this case just on the evidence you heard at this trial,

3    set aside your prior knowledge and just decide this case on the

4    evidence?

5            A JUROR:  I think I could.  I never served on a jury

6    before.  I think I could.

7            THE COURT:  But you know from your background and

8    training as a diplomat that is what we are supposed to do?

9            A JUROR:  Correct.  We are supposed to be apolitical.

10           THE COURT:  Yeah.  And you have got the kind of

11   background that typically I would look for in a juror, somebody

12   who would look at the facts and try to decide from the facts

13   what the evidence is.  As we start the trial, I will tell you

14   that we start the trial with presuming the defendant is

15   innocent.  The government has to come in and prove he is guilty

16   with evidence before the jury thinks that they could be guilty.

17   The government has to have evidence of that.  You are the kind

18   of person I am looking for that would say the government -- do

19   they have evidence of what he actually did?

20           So the question is, with your prior knowledge, can

21   you set that aside and decide this case just on the evidence?

22   Do you think you would have any difficulty with that?

23           A JUROR:  I don't think so.

24           THE COURT:  Okay.  There are a few other questions I

25   want to ask you about that you checked yes on.

1          You or family member or close friend victim of a

2    crime or witness to a crime?

3          A JUROR:  I was mugged at gunpoint when I lived here

4    in the 1980s.

5          THE COURT:  When was that?

6          A JUROR:  When?  1982.  It was a long time ago.

7          THE COURT:  Okay.  And that was here in DC?

8          A JUROR:  That was.

9          THE COURT:  And on the street?

10         A JUROR:  Uh-huh.  Yes, sir.

11         THE COURT:  Injured?

12         A JUROR:  No.

13         THE COURT:  Okay.  Anyone apprehended?

14         A JUROR:  No.

15         THE COURT:  Satisfied with how the police responded?

16         A JUROR:  The police did respond, but I don't

17   remember anything after that.  Nothing ever happened after

18   that.

19         THE COURT:  Okay.  That have any affect on your

20   ability to be a fair juror, do you think?

21         A JUROR:  No, I don't think so.

22         THE COURT:  And then do you live at or work near the

23   Capitol?  And that is just at State or do you live near --

24         A JUROR:  I live in northeast.  I am not 100 percent

25   how far that is, about 2 and a half miles from the Capitol.

```
1              THE COURT:  Where is that?

2              A JUROR:  I didn't know what your thought was on

3   close close was.

4              THE COURT:  Where?

5              A JUROR:  Bryant Street Northeast.

6              THE COURT:  Okay.  And anyone you are close to live

7   or work near the Capitol?

8              A JUROR:  That would be me.

9              THE COURT:  Okay.

10             A JUROR:  At SA1.

11             THE COURT:  But you were overseas at the time anyway?

12             A JUROR:  Correct.

13             THE COURT:  Okay.  Let me see, I think I have a

14  couple of other questions.  Do you have any children?

15             A JUROR:  I do, two.  One lives in London and one

16  lives in Chicago.

17             THE COURT:  What is the one in London doing?

18             A JUROR:  My son-in-law works for "The Washington

19  Post" still there and my daughter is a nurse there.

20             THE COURT:  Okay.  Let me see if counsel have any

21  questions.

22             (Conference held at the bench.)

23             MS. LEDERER:  Nothing from the government, Your

24  Honor.

25             MR. KIERSH:  No questions.  Thank you.
```

```
1              (End of bench conference.)

2              THE COURT:  Thank you very much.

3              A JUROR:  Thank you, sir.

4              THE COURT:  Go to 1901.

5              I have just a few follow-up questions.  You or friend

6      or family, studied law or went to law school?

7              A JUROR:  Yes, sir.  My cousin is a lawyer and I have

8      many friends in DC that practice law.

9              THE COURT:  Okay.  Let me start with your cousin.

10     What kind of practice does your cousin have?

11             A JUROR:  So he is in-house counsel for a medical

12     company in Seattle.

13             THE COURT:  Where is that?

14             A JUROR:  In Washington state.

15             THE COURT:  Okay.  And then your friends who are in

16     DC, any of them have a criminal practice?

17             A JUROR:  No, sir.  They either do big law or patent

18     attorney.

19             THE COURT:  Okay.  The ones that want to get rich are

20     all doing patent law?

21             A JUROR:  Well, with USPTO so they are trying to

22     help.

23             THE COURT:  What do you do?

24             A JUROR:  So I work for the federal government under

25     the Commerce Department, career official.  I work with our
```

1  foreign commercial service, so basically trade, diplomacy,

2  commercial diplomacy, working with foreign governments to help

3  US businesses.

4          THE COURT:  How long have you been there?

5          A JUROR:  Since grad school, so a little over 5 years

6  now.

7          THE COURT:  Okay.  Where did you go to grad school?

8          A JUROR:  John's Hopkins University.

9          THE COURT:  Okay.  And your undergrad?

10         A JUROR:  University of Puget Sound, small, private

11  liberal arts school, Washington state.

12         THE COURT:  What was it?

13         A JUROR:  University of Puget Sound.

14         THE COURT:  Puget Sound.  Wow, sounds interesting.

15  You have a spouse or partner?

16         A JUROR:  No, sir.

17         THE COURT:  Okay.  And you have been in DC five

18  years?

19         A JUROR:  Yes, sir.

20         THE COURT:  And you have a possible hardship that you

21  might want to explore.  What was that?

22         A JUROR:  So I don't quite know if it would count for

23  a hardship.  When originally filling out the questionnaire, I

24  didn't have any obligations for the time period stated.

25  However, since then, for some of my job, there has been some

1    engagements that we are doing coming up next week where I am

2    slated to travel to support a senior official to Europe,

3    leaving on Saturday, going through part of the time that I

4    think the trial would be taking place.  So I just noted that.

5    I don't know if that is relevant or what.  But I would have to

6    then work with my office and try to make alternative

7    arrangements because I am sort of the policy lead for that

8    support.

9            THE COURT:  Since the federal government is an

10   employer that always cooperates, I am sure I can work things

11   out with them if you end up being seated.  So you can always

12   rely on me to work with whoever is above you to work things

13   out.  The federal government of all employers works with the

14   Court always on things like that to make arrangements.

15           So a few things -- you live or work near the Capitol?

16           A JUROR:  Yes, sir.  If you consider it close.  So I

17   live in the NoMa neighborhood, which is about one stop away

18   from Union Station, which is the closest to the Capitol.

19           THE COURT:  In NoMa?

20           A JUROR:  Yes, sir.

21           THE COURT:  What part of NoMa are you in?

22           A JUROR:  So I am basically near Union Market, so

23   about 10 minutes from the subway station.

24           THE COURT:  Right.  And then anyone you are close to

25   live at or work near the Capitol?

```
 1              A JUROR:  I have friends all throughout the city.  I
 2    would say some of them live in my neighborhood.  I don't know
 3    anybody that lives in Capitol Hill area or anything like that.
 4              THE COURT:  And then did you watch the events on live
 5    TV that day?  Were you home working at home that day or were
 6    you at work or what?
 7              A JUROR:  So I was back home in Colorado for the
 8    holidays.  And I did watch the coverage pretty much from the
 9    start of the events, because, you know, I saw the alert on my
10    phone.  I turned on the news, watch it pretty much until
11    Congress finished their proceedings that evening.
12              THE COURT:  Okay.  To what extent have you followed
13    things since then?
14              A JUROR:  I would say that I just generally kept
15    abreast of the developments.  I mean, it was very much a big
16    news story.  So when developments were happening for the last
17    couple of years, I read those headlines.  I wouldn't say I was
18    a deep diver, by any means.  But when they had the hearings up
19    on Capitol Hill, I tuned in like many other people during some
20    of the news coverage.
21              THE COURT:  What is your normal news source?
22              A JUROR:  I like to think I consume a lot of
23    different news sources.  I do a lot of foreign media, "New York
24    Times," "Wall Street Journal," in terms of major networks, I do
25    watch it all, CNN, Fox, just a little web platform because I
```

1   want to consume different types of media.

2          THE COURT:  Okay.  You were asked, do you or someone

3   you know have any direct or indirect connection to the events

4   at the Capitol?  You said, yes.  What did you have in mind

5   there?

6          A JUROR:  Yeah.  So one of my friends, not a super

7   close friend.  But she is a staffer on Capitol Hill.  And she

8   did have to shelter in place and hide during those days when

9   there were people running around.  And she could come up with

10  stories and they have heard some other people that are friends

11  that staff Capitol Hill have talked about similar things.  But

12  I wouldn't consider them like a super, super close friend.

13         THE COURT:  Where did she work?

14         A JUROR:  She worked in a congressman's office, was

15  one of their foreign policy staffers.  I couldn't remember the

16  congressman.  She is no longer with the Hill.

17         THE COURT:  She was working that day and had to be

18  there that day?

19         A JUROR:  Yes, sir.  But I don't believe she was in

20  the main Capitol building, but was in the congressional

21  offices.

22         THE COURT:  One of the other office buildings.

23         A JUROR:  Yes, sir.

24         THE COURT:  And then she eventually went home or she

25  was evacuated or what?

1          A JUROR:  Yeah.  When they were doing the evacuation,

2     so was stuck there for quite a few hours.  When it was safe,

3     was able to depart.

4          THE COURT:  Well, the other question -- well, we

5     already talked about how you followed the investigation.  Her

6     experience there have any impact on your ability to be a fair

7     juror, do you think?

8          A JUROR:  I do not think it would impact my judgment.

9     I think I would take a case and try to be as impartial as

10    possible, listen to the facts.  I have never done this before.

11    But I like to think that the public service and really make

12    sure a fair trial, listen to all sides, come to those

13    conclusions by the law.

14         THE COURT:  Okay.  So as we start this trial, you

15    would have no problem according the defendant the presumption

16    of innocence we accord every defendant?  And the government has

17    to come in and in this courtroom put on evidence that shows you

18    what he did.  You don't know what he did.

19         A JUROR:  Yeah, I do not know the defendant.  I don't

20    know what he did.

21         THE COURT:  And you can see whatever videos they have

22    and whatever witnesses they have about what he actually did.

23    You can decide fairly and impartially whether he really broke

24    the law?

25         A JUROR:  I think it is on the government to do the

```
 1    proof of burden of, you know, a law being violated, yes.

 2              THE COURT:  Any reason you couldn't do that fairly

 3    and impartially?

 4              A JUROR:  I would like to think not.  Yeah, I would

 5    hope not.

 6              THE COURT:  Okay.

 7              A JUROR:  Yeah.

 8              THE COURT:  Let me see if counsel have other

 9    questions.

10              (Conference held at the bench.)

11              MS. LEDERER:  Not from the government, Your Honor.

12              MR. KIERSH:  Your Honor, I'd ask the Court to inquire

13    of this prospective juror whether or not he has spoken directly

14    with his friend who had to shelter in place that day.

15              (End of bench conference.)

16              THE COURT:  Did you have any direct conversations

17    with the friend of yours who had to shelter in place that day

18    in the other building?

19              A JUROR:  No.

20              THE COURT:  Okay.  You just were aware of that?

21              A JUROR:  Yes.  This was like later on.

22              THE COURT:  Thank you very much.

23              A JUROR:  Thank you.

24              THE COURT:  We will go to 2136.

25              I'm sorry.  That is not the right number.
```

```
1              MS. LEDERER:  Your Honor, I have 2136.

2              THE COURT:  I don't have a -- where is -- what was

3      the number of that juror?

4              THE COURTROOM DEPUTY:  The one that just left is

5      1901.  This is 2136.

6              THE COURT:  Okay.  All right.  You have 2136 up?

7              MR. KIERSH:  Yes.

8              THE COURT:  Okay.  You or someone you know has some

9      law enforcement work, works in law enforcement?  Who is that?

10             A JUROR:  Yes, sir.  It is my brother-in-law.

11             THE COURT:  Okay.

12             A JUROR:  He was sheriff's deputy and state trooper

13     in North Carolina and is currently a detective.

14             THE COURT:  Okay.  In North Carolina?

15             A JUROR:  Yes, sir.

16             THE COURT:  Okay.  His employment there have any

17     affect on your ability to be a fair and impartial juror here do

18     you think?

19             A JUROR:  No, sir.

20             THE COURT:  Okay.  And then you or someone you know

21     studied law or practices law?

22             A JUROR:  We live in DC.

23             THE COURT:  Okay.

24             A JUROR:  My best friend from high school, my best

25     friend from college and about four of my friends here in DC are
```

1    attorneys.

2              THE COURT:  Any of them do any criminal practice?

3              A JUROR:  My best friend's serious girlfriend is a

4    prosecutor, but everyone works in mergers and acquisitions in

5    some form or fashion.

6              THE COURT:  The one who is a prosecutor, where does

7    she work?

8              A JUROR:  In Dallas.

9              THE COURT:  Is she federal or state, do you know?

10             A JUROR:  To the best of my -- state.

11             THE COURT:  Okay.  Have you ever talked about her

12   work with her?

13             A JUROR:  No.  She has only been out of law school

14   for approximately I think like a year and a half at this point.

15   So the last time we talked about it was when she was getting

16   started.

17             THE COURT:  Okay.  Any of that have any affect on

18   your ability to be a fair juror here?

19             A JUROR:  No, sir.

20             THE COURT:  You, obviously, don't hate all lawyers

21   so --

22             A JUROR:  No.

23             THE COURT:  Okay.  What do you do?

24             A JUROR:  I am a physician assistant.  I work at

25   Washington Hospital Center.

1          THE COURT:  Okay.  How long have you lived in DC now?

2          A JUROR:  Ten years last month.

3          THE COURT:  Okay.  What is your educational

4     background?

5          A JUROR:  I have two degrees from undergrad, a BA in

6     communications studies and a BA in Spanish language and

7     literature.

8          THE COURT:  What do physicians assistants have

9     normally, a bachelors or -- I don't really know the --

10         A JUROR:  So yes, sir.  I did a post baccalaureate

11    program to do all of the requisite science courses.  And then I

12    did my master's at Duke University.  I have a master's in

13    health sciences and a certificate as a physician assistant.

14         THE COURT:  So that would have a master's normally, a

15    physician's assistant?

16         A JUROR:  Since the early '90s, yes, sir.

17         THE COURT:  And then they wouldn't have the

18    doctorate?

19         A JUROR:  No.  They have actively chosen against --

20         THE COURT:  If you had an MD, you would be a

21    full-fledged doctor.

22         A JUROR:  Yes, sir.

23         THE COURT:  I see more of this happening with the

24    physician's assistant all of the time, but I don't know that

25    much about it.

1          A JUROR:  It is a program that was created based out

2    of World War II medicine.  They realized they didn't have

3    enough field doctors, so they truncated medical school.  And

4    then after Vietnam, there was a lot of people coming back with

5    these medic skill sets that weren't translating to the real

6    world, so they were able to create this program and that is

7    where it came from.

8          THE COURT:  Certainly makes sense these days, doesn't

9    it?

10          A JUROR:  Yeah.

11          THE COURT:  And you're busy if you are at Washington

12    Hospital Center, I am sure.  How long have you been there?

13          A JUROR:  The entire time, ten years.

14          THE COURT:  Ten years, okay.

15          Are you assigned to a specific clinic or how does

16    that work?

17          A JUROR:  So I work in critical care.  So I work for

18    the surgical ICU group, so we cover neurosciences, trauma,

19    general surgical --

20          THE COURT:  Those are the sharpest people.

21          A JUROR:  Thank you.

22          -- as well as cardiothoracics and vascular.

23          THE COURT:  That is interesting.  You have a spouse

24    or partner?

25          A JUROR:  Not at this time.

1          THE COURT:  You have any children?

2          A JUROR:  No, sir.

3          THE COURT:  Okay.  You have a family member or friend

4     or someone has received journalism training or print or media

5     training?

6          A JUROR:  A couple of my close friends are graduates

7     of journalism school and work for major media outlets here in

8     DC.

9          THE COURT:  Tell me a little more about those.

10         A JUROR:  One of my close friends and a roommate in

11    the past is an editor at the Hill.  And then one of my friends

12    is an anchor for CNN, another friend is an editor for CNN.  And

13    another friend who also worked for CNN previously and is now

14    doing local news in San Antonio.

15         THE COURT:  Tell me about the one who works at the

16    Hill.

17         A JUROR:  So he is an editor at the Hill.  He has

18    been there for approximately 7 or 8 years.  I think he is

19    probably the number 4, number 5 person at this point, along

20    with his most recent promotion.

21         THE COURT:  Okay.  And do we know the anchor?

22         A JUROR:  Probably.

23         THE COURT:  Who is it?

24         A JUROR:  Omar Jimenez.

25         THE COURT:  Okay.  Your friendship with him have any

1    impact on your ability to be a fair and impartial juror?

2              A JUROR:  No, sir.

3              THE COURT:  Can you not talk to them about this case

4    until it is over?

5              A JUROR:  Yes, sir.

6              THE COURT:  Okay.  13 is a family member, close

7    friend, victim or witness to a crime, you or a family member?

8              A JUROR:  In the last six months, a friend has had an

9    armed break-in of her house.  Two of my friends have had their

10   car stolen.  Another friend was mugged at gunpoint in Lincoln

11   Park, just local crime in DC that is on the rise.

12             THE COURT:  It is on the rise, that is true.

13             Let's talk about with you.  What happened?

14             A JUROR:  Nothing directly.

15             THE COURT:  Nothing to you?

16             A JUROR:  No, sir.

17             THE COURT:  Let's talk about the mugging then first.

18   Was that on the street?

19             A JUROR:  Yes, sir.

20             THE COURT:  Anyone injured?

21             A JUROR:  No, sir.

22             THE COURT:  Anyone apprehended?

23             A JUROR:  To my knowledge, no.

24             THE COURT:  Satisfied with how the police responded

25   at the time -- do you know if your friend was?

1          A JUROR:  I think people are happy that they are

2    getting response.  But I think that people are dissatisfied

3    with the unwillingness to prosecute.

4          THE COURT:  Yeah.  How about the first one, was --

5          A JUROR:  The house entry?

6          THE COURT:  Entry, yeah.

7          A JUROR:  No one has been apprehended.

8          THE COURT:  What was taken?

9          A JUROR:  She said basically money and maybe some

10   jewelry, but that was it.

11         THE COURT:  Okay.  Again, satisfied with how the

12   police responded at the time?

13         A JUROR:  She seemed satisfied.

14         THE COURT:  But no one was apprehended?

15         A JUROR:  No, sir.

16         THE COURT:  Overall, that have any impact on whether

17   you could be a fair juror right now?

18         A JUROR:  No, sir.

19         THE COURT:  You know those things come and go.  We

20   all as citizens would have a concern these days.  But we also

21   know that there are a lot of factors that go into what is going

22   on.

23         A JUROR:  Certainly.

24         THE COURT:  You were asked were you or a member of

25   your family or friends present at or near the Capitol

1    January 6.

2               A JUROR:  So on the morning of January 6, I went for

3    a run.  I live on the Hill.  I ran.  I was on the Capitol

4    grounds.  And then another friend lives at basically Third and

5    North Cap, so once everything was cordoned off she was inside,

6    so close by but not at.

7               THE COURT:  Okay.  Where did you live?

8               A JUROR:  At the time, I was living at 6th and H

9    Street Northeast above the Whole Foods.

10              THE COURT:  So if you are running right there,

11   obviously, you are going to see the whole thing.  What did you

12   do then?  You went back home and watched on TV or what?

13              A JUROR:  Yes.  It was an early morning run.  I was

14   leaving for Georgetown.  And my roommate told me that I

15   shouldn't leave the house, the editor.  And so I stayed home

16   the rest of the day.

17              THE COURT:  All right.  To what extent did you follow

18   the events of that day?

19              A JUROR:  Very closely from before it started, until

20   I had to go to work that night.

21              THE COURT:  Okay.  And then to what extent have you

22   followed the news about the day since?

23              A JUROR:  I think to the extent that when things made

24   headlines and when you get push notifications to your phone or

25   social media but nothing deep where I am seeking out that

1    information directly.

2           THE COURT:  What is your normal news source?

3           A JUROR:  The only news source that pushes to my

4    phone is BBC.

5           THE COURT:  Is?

6           A JUROR:  The BBC.

7           THE COURT:  Okay.  How about CNN?

8           A JUROR:  No.

9           THE COURT:  Don't want to tell your anchor that.

10          A JUROR:  She knows.

11          THE COURT:  Okay.  Did you say you have been on a

12   jury or grand jury before?

13          A JUROR:  In approximately 2015 or 2016, I was

14   selected for a jury.  On the day the trial started, the

15   defendant took a plea.

16          THE COURT:  That is the only time?

17          A JUROR:  (Nodding.)

18          THE COURT:  Okay.  You or someone you know have

19   direct or indirect connection to the events at the Capitol?

20          A JUROR:  Indirectly.

21          THE COURT:  What was that?

22          A JUROR:  I worked -- I work in an ICU.  I was

23   working the night of January 6, so I took care of people that

24   came to the hospital.

25          THE COURT:  That came to the hospital from the

```
1    January 6?

2              A JUROR:  Yes, sir.

3              THE COURT:  How much do you remember about who you

4    treated that night then?

5              A JUROR:  I remember stories.  I don't remember

6    names.

7              THE COURT:  Okay.  What stories do you remember?

8              A JUROR:  I remember stories of -- well, the person

9    who was shot entering the chambers was brought to our hospital,

10   even though she was dead on arrival.  I know of officers who

11   were brought both to our hospital and GW that sustained wounds.

12   That information inside of the trauma community gets around

13   pretty quickly.  And I also know of stories of people who were

14   protesting who were brought both to GW and to our hospital and

15   sustained injuries and were submitted to the ICU or to the

16   floor.

17             THE COURT:  All right.  Let me talk to counsel.

18             (Conference held at the bench.)

19             THE COURT:  Actually, let me ask question 43 first.

20             (End of bench conference.)

21             THE COURT:  You did have one other question, that

22   catchall question was any other reason that might make it

23   difficult for you to sit as a fair and impartial juror that you

24   wanted to raise?

25             A JUROR:  I think it was just my ability or I was
```

1   checking that so I could tell you that I did have direct

2   contact with people from that day.

3              THE COURT:  With people from that day.  Okay.  Thank

4   you.

5              (Conference held at the bench.)

6              THE COURT:  Other questions that I could ask?

7              MS. LEDERER:  Your Honor, for the government, would

8   you be able to clarify if he personally treated Ms. Babbitt or

9   if that was just a story that he heard?  Because we are not

10  going to be playing the shooting in this case, but Mr. Sullivan

11  does film the shooting.

12             MR. KIERSH:  Your Honor, we would move to strike.  He

13  is just too close to the events.  He was -- we'll start with

14  Ashley Babbitt.  She is a significant part of this case because

15  it is -- Mr. Sullivan is the person who filmed her actual

16  shooting, regardless of whether or not it is played to the

17  jury, the jury is going to hear about it.  He treated other

18  people who were injured at the Capitol on January 6.  He was

19  jogging that morning out in front of the Capitol.  He was a

20  witness to events.  He was told to stay home by his roommate

21  because of the events of January 6.  So we would submit to the

22  Court he is far too intertwined with the events of January 6.

23  He is actually a witness, potentially a witness so we would

24  move to strike him.

25             MS. LEDERER:  Your Honor, may I be heard?

1      THE COURT:  I will ask him the one question and then

2  I will rule.

3      MS. LEDERER:  Your Honor, may I be heard before or

4  after you ask the question?

5      THE COURT:  Yes.

6      MS. LEDERER:  Your Honor, to the point that defense

7  counsel raised, he was jogging that morning, so he was a

8  witness.  He is not.  He said it was an early morning jog.  We

9  qualified juror 0077 who was out on the Mall giving food to

10  homeless that day.  She actually saw a large congregation out

11  on the Mall.  She is way more of a witness than this juror is.

12  And we have had other jurors come in here and say that they

13  were told to stay home or they had to stay in a certain area as

14  the whole city was on lockdown.  So everyone basically had to

15  stay home come 6:00 p.m.  And for the treatment, he treated all

16  types of people that day and therefore, I believe, could be

17  impartial.  Thank you.

18      THE COURT:  Okay.

19      (End of bench conference.)

20      THE COURT:  In terms of the deceased, Ms. Babbitt,

21  did you have any connection directly with that?

22      A JUROR:  I'm sorry.  What was that?

23      THE COURT:  The deceased person, Ms. Babbitt, Ashli

24  Babbitt, did you have any connection with that?

25      A JUROR:  No, sir.  She came in through the trauma

1    bay and that was it.

2              THE COURT:  I'm sorry?

3              A JUROR:  She came in through the trauma bay and that

4    was it.  She never made it to the ICU or anywhere like that,

5    which is where I -- so no direct contact.

6              THE COURT:  All right.  Thank you very much.

7              I am going to reserve on that while I think that

8    over.

9              That is 2136, the doctor, physicians assistant.

10             Good morning.  I just have a few follow-up questions.

11             One was you live or work near the Capitol.

12             A JUROR:  Yes.  I live on Capitol Hill.

13             THE COURT:  Just whereabout do you live?

14             A JUROR:  ████████████████████

15             THE COURT:  And then were you, a family member or

16   close friend present on January 6 near the Capitol?

17             A JUROR:  I was home.

18             THE COURT:  Okay.  And then did -- did you see it

19   live on TV that day?  You had the TV on or did you see any of

20   the events or what was your --

21             A JUROR:  Yes, I saw it on TV.

22             THE COURT:  You saw it on TV.  Okay.  To what extent

23   have you followed it since?  Tell me your impressions from that

24   day.  And then I will ask you to what extent you have followed

25   in the news since then.

1          A JUROR:  So my wife and I usually walk around

2    Capitol Hill two or three times a week, around the Congress.

3    And January 5th, we saw a lot of people that we normally don't

4    see walking around Congress, a lot of flags waving.  And then

5    on January 6 -- so January 5th kind of told us, we didn't want

6    to go out on January 6.  So January 6, we stayed home and

7    occasionally turned on the TV -- a lot of sirens, you know, it

8    was very busy on the Hill that day.

9          THE COURT:  Right.  And then January 6, when you were

10   watching it, what was your impression as you watched?

11         A JUROR:  Basically to stay in.  The fences had

12   already been put up around the Capitol, so walking was

13   difficult.  It was a bigger loop than we normally would have

14   taken.  So, yeah, we just stayed in on January 6.

15         THE COURT:  Okay.  And then tell me about what news

16   coverage you followed since then about the events?

17         A JUROR:  I don't specifically look for January 6

18   news.  Although, I do watch the news -- the local news on TV

19   every night.  And it is part of the news.

20         THE COURT:  Okay.  And then you, family or close

21   friend present at or near the Capitol, that is just you and

22   your wife.  Was there anyone else?

23         A JUROR:  Not close to the Capitol that day, no.

24         THE COURT:  Okay.  And then you did say that whatever

25   you have seen or read about it, you think you could set that

1    aside and decide the case just on the evidence you heard here

2    at this trial?

3              A JUROR:  Yes, I do.

4              THE COURT:  You don't know what this defendant did or

5    didn't do, you can decide based on the evidence you hear in

6    this courtroom?

7              A JUROR:  Yeah.  I have never heard of this guy

8    before.  I have never seen him on TV.  So, yeah, I think I

9    could be impartial.

10             THE COURT:  Okay.  Tell me about your background.

11   You are retired now?

12             A JUROR:  That is correct.

13             THE COURT:  What did you do before you retired?

14             A JUROR:  I worked for a computer company that made

15   real time Linux systems that were sold mainly to the Northrop

16   and Lockheed's of the world.

17             THE COURT:  What was the company?

18             A JUROR:  When I retired, it was Concurrent Real

19   Time.

20             THE COURT:  How long have you been retired?

21             A JUROR:  Well, since 2019.

22             THE COURT:  Okay.  And you have a spouse?  What did

23   she do?  Did she work outside the home?

24             A JUROR:  She has been retired for about 20 years.

25             THE COURT:  What did she do before she retired?

```
1              A JUROR:  She was an EEG technician.

2              THE COURT:  Okay.  You have children?

3              A JUROR:  I have a son who lives here, Adams Morgan

4    Way and a daughter who lives in Long Island.

5              THE COURT:  How long have you lived in DC?

6              A JUROR:  2019.

7              THE COURT:  Okay.  Any reason you couldn't be a fair

8    and impartial juror if you were seated here?

9              A JUROR:  There is no reason I couldn't be fair and

10   impartial.

11             THE COURT:  Okay.

12             (Conference held at the bench.)

13             THE COURT:  Any other questions from counsel?

14             MR. BARCLAY:  Your Honor, the government would

15   request that you inquire what his daughter does and then the

16   government also requests that his address be struck from the

17   record.

18             THE COURT:  Okay.

19             MR. KIERSH:  No objection.

20             THE COURT:  Okay.

21             (End of bench conference.)

22             THE COURT:  The record should reflect that

23   defendant's [sic] personal address will be stricken from the

24   record.

25             What does your daughter do?
```

1          A JUROR:  My daughter works in advertising.

2          THE COURT:  Okay.

3          A JUROR:  She worked for TikTok and now she works for

4  a smaller company in --

5          THE COURT:  What kind of advertising?

6          A JUROR:  If you start TikTok, you will get ads.  She

7  sells those ads to the companies.

8          THE COURT:  Thanks very much, sir.

9          Go to 707.  I have just a few follow-up questions.

10  One is on the questionnaire you indicated that you have strong

11  feelings or opinions about the events that took place at the

12  Capitol on January 6 that would make it difficult for you to be

13  a fair and impartial juror, so tell me a little more about

14  that.

15          A JUROR:  Yes.  Your Honor, so my father, so he

16  passed last year.  He was a businessman.  And he actually --

17  partially related to one of the other questions -- was

18  convicted of a federal crime over 30 years when I was like four

19  years old.  I only found out about it years later.  So in my

20  mind, I connect a lot of events that happened that day

21  connected with the president at the time, which I take

22  personally, because of some of the issues I had to deal with

23  growing up with my father in a similar sort of business role.

24  So while I was not directly affected by that event, in my mind,

25  I just related it a lot to a lot of processing I have done

1    especially since my father died last year.

2              THE COURT:  So it would be difficult for you to be a

3    fair juror?

4              A JUROR:  (Nodding.)

5              THE COURT:  Let me speak to counsel.

6              (Conference held at the bench.)

7              THE COURT:  Any objection to discharging?

8              MS. LEDERER:  No, Your Honor.

9              MR. KIERSH:  No objection.

10             (End of bench conference.)

11             THE COURT:  Thank you very much.  We appreciate your

12   honesty.

13             A JUROR:  Thank you.

14             THE COURT:  Better to know it now than later.

15   Good morning.

16             A JUROR:  Good morning.

17             THE COURT:  I have just a few follow-up questions.

18   You or someone you know has practiced or studied law.

19             A JUROR:  Yes.  My deceased father practiced law.

20             THE COURT:  Pull that up.

21             A JUROR:  My deceased father practiced law.  And my

22   mom --

23             THE COURT:  Where did he practice?

24             A JUROR:  Arent Fox.

25             THE COURT:  Did he ever do any criminal practice, do

1    you know?

2              A JUROR:  No.  It was more real estate law.

3              THE COURT:  And is there someone else too?

4              A JUROR:  I think that is a further question down

5    there.

6              THE COURT:  Okay.

7              A JUROR:  He is the only one I know that practiced

8    law.

9              THE COURT:  There is also a question about someone in

10   law enforcement.

11             A JUROR:  Yes, that is me.

12             THE COURT:  Okay.  What do you do?

13             A JUROR:  I work for the US Immigration Customs

14   Enforcement.  I am in their Office of Financial Management as

15   admissions support specialist.

16             THE COURT:  How long have you been there?

17             A JUROR:  I have been there since January 2007.

18             THE COURT:  Okay.  What is your educational

19   background?

20             A JUROR:  I have some college education.

21             THE COURT:  Okay.  And then how long have you lived

22   in DC?

23             A JUROR:  All of my life.

24             THE COURT:  Okay.  You have a spouse or partner?

25             A JUROR:  No.

```
1                    THE COURT:  And any children?

2                    A JUROR:  No.

3                    THE COURT:  Okay.  And you have been at -- is that

4       part of Homeland or not?

5                    A JUROR:  Yes.  ICE is part of Homeland Security.

6                    THE COURT:  Okay.  Okay.  And then you were asked to

7       decide the case solely on the evidence presented in court and

8       not based on anything you may have learned from outside, such

9       as news media.  Can you set aside what you have learned about

10      January 6 and any opinions -- okay.  You said, yes.  Okay.

11                   You have any opinions about January 6?  I guess, that

12      is implied you have opinions about January 6.

13                   A JUROR:  Is that what the question was?

14                   THE COURT:  I think so.

15                   A JUROR:  I don't have opinions right now.

16                   THE COURT:  You don't have any reason you couldn't be

17      a fair and impartial juror in terms of a case like this?

18                   A JUROR:  Right.

19                   THE COURT:  As we start the trial, I will instruct

20      the jury that we presume the defendant is innocent until the

21      government comes in and proves him with evidence in this

22      courtroom.

23                   A JUROR:  Right.

24                   THE COURT:  That he is guilty.  They still have

25      videos, they will have witnesses.  But we don't know what this
```

1    defendant did until they come and prove it in this courtroom.

2    Any reason you couldn't be a fair and impartial juror in

3    deciding whether he is guilty or not guilty?

4            A JUROR:  No, no reason.

5            THE COURT:  All of the evidence you hear in this

6    courtroom?

7            A JUROR:  Right.

8            THE COURT:  Okay.  And I guess one was, do you have

9    any trouble paying attention for long periods of time and you

10   said yes.

11           A JUROR:  I get a little fidgety, that is all, just a

12   little fidgety if I sit down for a long time.

13           THE COURT:  Okay.  If I tell you it doesn't bother

14   me, if it doesn't bother you, would that be okay?

15           A JUROR:  That would be okay.

16           THE COURT:  If you were on the jury, because it

17   wouldn't bother me.

18           A JUROR:  That is fine.

19           THE COURT:  If you are feeling like you need a break,

20   I tell jurors you can raise your hand and I will take a break.

21           A JUROR:  Okay.

22           THE COURT:  That is okay with you --

23           A JUROR:  Yes.

24           THE COURT:  -- if you get seated?

25           I assure you, I have worked with jurors.  And I have

1    had everything happen in the course of trial, so I have been

2    here a while.  So fidgety doesn't bother me if it won't bother

3    you.

4              A JUROR:  That is fine.

5              THE COURT:  Let me see if counsel want to ask

6    anything else.

7              (Conference held at the bench.)

8              MS. LEDERER:  Your Honor, the government requests

9    that you ask about his day-to-day duties at his job and also if

10   there is any specific, however you phrased the question, about

11   what news sources the juror relies on.

12             THE COURT:  All right.

13             MR. KIERSH:  I would join in those requests.

14             (End of bench conference.)

15             THE COURT:  Okay.  Tell us a little more about

16   your -- what your day-to-day duties are at your job.

17             A JUROR:  My day-to-day duties are mostly time

18   keeping.

19             THE COURT:  I'm sorry.  I can't hear you.

20             A JUROR:  Day to day doing mostly mission support.

21   It is sort of like a secretary, but that is what they call it

22   at Homeland Security, dealing with property management

23   contracts, requisitions, cellular devices, finance, dealing

24   with purchasing for stuff for their office and being a core

25   contract officer representative.  That is pretty much my

1    day-to-day duties.

2            THE COURT:  What are your own news sources?

3            A JUROR:  My own news sources, I usually just check

4    the internet once during the day.  I don't really watch the

5    news because it affects me.  So I get the news maybe once in

6    the morning and when I get home or before I go in the bed in

7    the evening just to see what is happening and that is it.

8            THE COURT:  What do you usually watch then?

9            A JUROR:  I just go on the internet.  I get a broad

10   sense of news.  I go to CNN, BBC, Detsche Welle, CNBC, WTOP,

11   WJLA and that is it.

12           THE COURT:  What is that one?

13           A JUROR:  Which one?

14           THE COURT:  That whatever that was?

15           A JUROR:  WJLA, it is local news.

16           THE COURT:  Oh, channel 8, local news.

17           A JUROR:  Yeah.

18           THE COURT:  You don't take "The Post"?

19           A JUROR:  No.

20           THE COURT:  Some do, some don't.  Or "The New York

21   Times"?  I have had a surprising number of jurors that do read

22   "The New York Times."

23           A JUROR:  No, I don't subscribe to that.

24           THE COURT:  All right.

25           (Conference held at the bench.)

1          MS. LEDERER:  Your Honor, the juror said that the

2   news -- the local new affects him.  The government requests

3   that you inquire to what he meant by the news affects him.

4          THE COURT:  All right.

5          (End of bench conference.)

6          THE COURT:  When you say the local news -- the local

7   news affects you, what does that mean?

8          A JUROR:  No, like stuff that is happening right now

9   in the world that -- I don't need to watch the news on TV.  I

10  mean, all of those videos and stuff, that affects me sometimes.

11  Not a lot, but it is just a lot of stuff.  I would rather just

12  read it instead of watching on the news.

13         THE COURT:  What would affect you?

14         A JUROR:  I would say mostly, well, right now in the

15  news a lot of people with sobbing, tears, all of the violence

16  going on, you know, emotional stuff, that type of -- would

17  affect me, like crying babies, mothers, something happening to

18  kids, all of these injuries going on, that sort of thing.

19         THE COURT:  Okay.  Thank you very much.

20         MR. KIERSH:  Your Honor, may I be heard on this

21  juror?

22         THE COURT:  I'm sorry.

23         MR. KIERSH:  May I be heard on this juror?

24         THE COURT:  Yes.

25         MR. KIERSH:  I would move to strike, because of his

1   last responses to the Court's questions where he said that he

2   gets very emotional when he watches videos.

3            THE COURT:  Hold up just a moment.

4            Let's do it on the phone.

5            (Conference held at the bench.)

6            MR. KIERSH:  I'd move to strike because -- I would

7   move to strike because of his last responses where he talked

8   about becoming very emotional watching videos.  I don't think

9   he was talking about January 6, but he did say generally he

10  becomes emotional watching video.  And this case is going to be

11  a lot of video evidence and part of the video evidence is going

12  to be people screaming and people yelling, people crying.  And

13  if he is going to become emotional about it, I'd submit to the

14  Court that regardless of what he said, actually incorporating

15  what he said, this is going to spill into his objectivity, so

16  for those reasons, we move to strike him.

17           THE COURT:  That is denied.

18           (End of bench conference.)

19           THE COURT:  All right.  So 1480 is the one I excused

20  last night, so the next one up is 1993.

21           You know someone in law enforcement?

22           A JUROR:  That is correct.

23           THE COURT:  Who is that?

24           A JUROR:  Myself.

25           THE COURT:  What do you do?

```
 1              A JUROR:  I am a deputy social director at CSOSA over

 2   the community supervision officers, also my ex-wife is a MPD

 3   officer.

 4              THE COURT:  Okay.  Let's start with you.  How long

 5   have you been with CSOSA?

 6              A JUROR:  Since the inception, 30 years.

 7              THE COURT:  Explain to counsel a little more what

 8   CSOSA does.

 9              A JUROR:  Okay.  The Court Services and Defender

10   Supervision Agency provides supervision services for parole and

11   probationers that are released on supervised release, probation

12   or deferred sentence acts in the District of Columbia.  We

13   provide community supervision, intervention services and

14   provide swift decisions to judiciary and releasing authorities.

15              THE COURT:  And your ex-wife was MPD.  What is she, a

16   uniformed officer?

17              A JUROR:  She was a uniformed officer, lieutenant.

18   And I also have two cousins who are currently on the

19   Metropolitan Police Department.

20              THE COURT:  Okay.  And they are currently working?

21              A JUROR:  Yes, currently uniformed officers.

22              THE COURT:  Okay.  How do you think your employment

23   might affect your ability to be a fair and impartial member of

24   the jury?

25              A JUROR:  I don't know.  I am aware of the incident.
```

1          THE COURT:  I'm sorry.

2          A JUROR:  I am aware of the incident.  I had officers

3   working during that incident, also worked in concert with

4   Former Chief Conte around the response and making sure that we

5   provided support and some of the PSA, which is a police

6   servicing area during that time where they deployed officers.

7          So to get back to the question --

8          THE COURT:  That day?

9          A JUROR:  Yeah.

10          I think I can be impartial.

11          THE COURT:  All right.  Let me speak to counsel.

12          (Conference held at the bench.)

13          THE COURT:  I think that is enough to say he has got

14   to be excused.  Any objection?

15          MS. LEDERER:  No, Your Honor.

16          MR. KIERSH:  No objection.

17          (End of bench conference.)

18          THE COURT:  I think that is enough to say you are

19   gone, having worked that day.  Thanks very much for coming

20   down.

21          A JUROR:  Okay.  Thank you all.

22          THE COURT:  On the questionnaire I have just a few

23   follow-up questions, one was you indicate you might know

24   something from the description of this case about the case.

25          A JUROR:  Yeah.  My friend worked with Ways and Means

1    at the time.  And she just told me that, you know, her friend

2    was a guard there and he got injured in the door.  And some

3    people may have gotten in Pelosi's office and messed with her

4    desk a little bit.

5              THE COURT:  Okay.  Tell me a little more about that.

6              A JUROR:  They went to the bathroom in her office and

7    like may have gone to the bathroom on her desk and apparently

8    there may have been like a noose hung in her office.

9              THE COURT:  And how did you connect that to this

10   case?

11             A JUROR:  Just with the -- you know, the attack of

12   the Capitol and the city has kind of been brought up about it,

13   it was disturbing.

14             THE COURT:  Where does she work?  She worked --

15             A JUROR:  She worked at Ways and Means.

16             THE COURT:  Okay.  And then her friend was injured?

17             A JUROR:  He was a guard at the Capitol, yeah.

18             THE COURT:  How was he injured?

19             A JUROR:  He was guarding the doors and somehow

20   someone pulled him through the door and his arm got caught and

21   they broke his arm.

22             THE COURT:  And which doors was he guarding?

23             A JUROR:  I think he was at the front of the Capitol

24   building.  I'm not sure exactly.

25             THE COURT:  In any event, you answered that you have

1    strong feelings or opinions about the events that day that

2    would make it difficult for you to be a fair and impartial

3    juror in this case.  So tell me a little more about that one.

4                    A JUROR:  I am not extremely sure why I checked that

5    now.  I think it just relates to what I said, just rumors of

6    the Capitol affecting me.  I think I could be impartial.

7                    THE COURT:  Where were you that day?

8                    A JUROR:  I was at work.  I work in Logan -- I used

9    to work in Logan Circle.

10                   THE COURT:  You were at work.  So you saw the events

11   on TV or not?

12                   A JUROR:  I saw them on my phone.

13                   THE COURT:  Phone.  Okay.  Live?

14                   A JUROR:  I had a client holding the phone while it

15   was happening.

16                   THE COURT:  Where do you work?

17                   A JUROR:  I just switched jobs.  I was at a hair

18   salon in Logan Circle and I am at a salon --

19                   THE COURT:  Where were you working then?

20                   A JUROR:  At Logan Circle.

21                   THE COURT:  Doing what?

22                   A JUROR:  Doing what.  I cut hair.

23                   THE COURT:  To what extent have you followed the news

24   since that day?

25                   A JUROR:  None.

1          THE COURT:  Okay.  Tell me little bit more about your

2    friend that gave you those descriptions.

3          A JUROR:  She is a lawyer with Ways and Means or she

4    was with Ways and Means until about two months ago.  She was

5    there for over 20 years.

6          THE COURT:  Okay.  And she is a lawyer?  So did she

7    ever have a criminal practice, do you know?

8          A JUROR:  No.  She was a tax attorney.

9          THE COURT:  Okay.  You or someone you know, is in law

10   enforcement?

11         A JUROR:  No.

12         THE COURT:  Okay.  And you live or work at or near

13   the Capitol?

14         A JUROR:  I live in Shaw at 7th and P.

15         THE COURT:  Right, okay.  And anyone you are close to

16   live or work near the Capitol?

17         A JUROR:  Just me.

18         THE COURT:  Just you, okay.

19         Okay.  And then you, family member or close friend

20   present at the Capitol.  That is your friend you are talking

21   about.  Is there someone else too?

22         A JUROR:  No.

23         THE COURT:  Just one friend you are talking about

24   that was on Ways and Means?

25         A JUROR:  She was.  She left.

1          THE COURT:  Okay.  And tell me the impression you had

2    about the events as you watched them live.

3          A JUROR:  Just they are scary.

4          THE COURT:  As you were watching them live that day,

5    what was the impression you were getting?

6          A JUROR:  Just scary.  We didn't know what was going

7    on.

8          THE COURT:  Okay.  You had a hardship you wanted to

9    talk about as well.

10          A JUROR:  That is my biggest concern.  I lost my job

11    with the salon I was working at and I didn't work for about a

12    month.  So now I am working at a new salon and it hasn't been

13    as busy.  Just missing the two days has been, like, difficult.

14          THE COURT:  And who is your employer?

15          A JUROR:  It is called Inizio Salon.  My boss' name

16    is Jason Bonetti.

17          THE COURT:  And the problem is whether they pay while

18    you are on jury duty?

19          A JUROR:  No.  No health care and haven't been as

20    busy, so it has been scary.

21          THE COURT:  So you would have a financial hardship if

22    you had to serve?

23          A JUROR:  Very much.  I am already having a hardship.

24          THE COURT:  Let me speak to counsel.

25          (Conference held at the bench.)

```
1              THE COURT:  I am not sure either one of you would
2    want him anyway, so any reason not to go ahead and excuse him?
3              MS. LEDERER:  Not from the government, Your Honor.
4              MR. KIERSH:  No objection.
5              (Conference held at the bench.)
6              THE COURT:  Okay.  We are going to go ahead and
7    excuse you then.  Okay.  Thank you very much.
8              A JUROR:  Thank you.
9              THE COURT:  Go to 1869.
10             MS. LEDERER:  Your Honor, would we be able to do a
11   brief comfort break after we finish the next juror after we
12   finish the first page?
13             Thank you.
14             THE COURT:  Just a few follow ups.  You know someone
15   in law enforcement?
16             A JUROR:  Yes.  I have a -- my sister's husband is a
17   former corrections officer.  I have a friend who was a northern
18   Virginia officer.  His older brother is still an officer in
19   Occoquan.  I have an uncle who is a retired police officer in
20   Florida.
21             THE COURT:  Okay.  Your uncle is where?
22             A JUROR:  Florida.
23             THE COURT:  He is retired?
24             A JUROR:  Yes, sir.
25             THE COURT:  And the sister's husband is a corrections
```

1    officer where?

2              A JUROR:  Also in Florida.

3              THE COURT:  And then the -- who is the other one?

4              A JUROR:  One was a former officer at Falls Church,

5    Virginia and his older brother is still an officer in Occoquan.

6              THE COURT:  And the one in Falls Church is a

7    uniformed officer still?

8              A JUROR:  No.

9              THE COURT:  He is retired also?

10             A JUROR:  Yes.

11             THE COURT:  Any of their employment have any effect

12   on your ability to be a fair juror here, do you think?

13             A JUROR:  Possibly.

14             THE COURT:  In what way?

15             A JUROR:  I have -- I mean, they are friends, so just

16   to be up front, I might have an implied bias.

17             THE COURT:  In for or against or what?

18             A JUROR:  Well, in favor of officers.

19             THE COURT:  Of the police?

20             A JUROR:  Of the police, yes, sir.

21             THE COURT:  Thinking they are doing their job?

22             A JUROR:  Correct.

23             THE COURT:  Because that is the experience you have

24   seen?

25             A JUROR:  That is the experience I have seen.  I have

1   great respect for the training they are provided.

2                  THE COURT:  Okay.  But you have seen enough news

3   accounts that you know that is not always true?

4                  A JUROR:  Correct.  Yes.

5                  THE COURT:  Any reason you couldn't decide this case

6   just on the evidence you heard here in this court or do you

7   think you would come in with a --

8                  A JUROR:  I -- if chosen for the court, I would do my

9   best, yes.  But I wanted to be up front about historical

10  connections.

11                 THE COURT:  You said you live or work at or near the

12  Capitol.

13                 A JUROR:  I don't know how near is near, maybe three

14  miles.

15                 THE COURT:  Three miles, okay.

16        And you work -- anyone close to you live or work near

17  the Capitol?

18                 A JUROR:  Yes.  I mean, three miles.

19                 THE COURT:  Right.  Okay.  What is the three miles --

20  what is the area generally you are talking about?

21                 A JUROR:  Joint Base Anacostia.

22                 THE COURT:  Okay.  And then what were you doing on

23  January 6.  You were at work or home or what?

24                 A JUROR:  Most likely working.  I don't know exactly.

25                 THE COURT:  And you saw the events on TV, I assume?

1           A JUROR:  Yes, sir.

2           THE COURT:  Okay.  So tell us what you remember about

3    seeing it live at the time?

4           A JUROR:  I felt appalled of how this situation

5    deteriorated.  It was chaos.  I experienced chaos in a similar

6    fashion through an event in my history.  And it was just -- I

7    did not like the direction of the events that -- the way it

8    transpired that day.

9           THE COURT:  Okay.  To what extent have you followed

10   news accounts of that since then?

11          A JUROR:  Not actively following, but I have

12   passively seen headlines and read about developing stories.

13          THE COURT:  Okay.  You also had a question about

14   whether this would be a hardship if you have to serve.  What

15   did you have in mind there?

16          A JUROR:  Well, my fiance is 26 weeks pregnant.  And

17   I had planned to attend all of the appointments with the

18   sonograms and stuff with her.  And I was concerned about the

19   time commitment and whether or not I would be able to make

20   those appointments.

21          THE COURT:  Are they appointments at night or what?

22          A JUROR:  They are normally Tuesday, Thursday in the

23   afternoon or -- and it is right now, it is every two weeks.

24   And as we get closer, it is going to be weekly.

25          THE COURT:  Okay.  You also asked about whether you

1    have an opinion regarding different things that would affect

2    your ability to be a fair and impartial juror in question 38.

3    And it had several things, criminal prosecutors, criminal

4    defense attorneys, FBI agent, the federal government, general

5    law enforcement and the defendant accused in a criminal case.

6    You said yes.  So I don't know which of those you had in mind,

7    maybe all of them.  Tell me a little bit more about that.

8             A JUROR:  Not necessarily all of them that might be

9    influenced.  I am a federal civilian officer with the

10   Department of Defense.  I work for the federal government so

11   that is why I answered that, there might be a concern about

12   bias.

13            THE COURT:  What is your job?

14            A JUROR:  I am a budget analyst.

15            THE COURT:  For who?

16            A JUROR:  Department of Defense, defense intelligence

17   agency.

18            THE COURT:  And how do those particular categories

19   affect you?

20            A JUROR:  I am very proud of what I do.  I am very

21   proud of the people I work with, the people I work for.

22            THE COURT:  How would that affect your being on the

23   jury?

24            A JUROR:  Similar for the mentions that I -- what I

25   have already mentioned for the police officers.

```
1              THE COURT:  If you were seated on the jury here, I'd
2    give you an instruction that as we start the trial, the
3    defendant is presumed to be innocent until the government comes
4    in and presents evidence in this courtroom that he is guilty
5    beyond a reasonable doubt.  Any reason you couldn't follow that
6    instruction?
7              A JUROR:  I should be able to follow that
8    instruction, sir.
9              THE COURT:  Any reason you couldn't be a fair and
10   impartial juror in deciding whether he is guilty or not guilty?
11             A JUROR:  I would do my utmost to make sure.
12             THE COURT:  Okay.  Let me see if counsel want to ask
13   other questions.
14             (Conference held at the bench.)
15             MS. LEDERER:  Nothing from the government, Your
16   Honor.
17             MR. KIERSH:  Your Honor, I would ask the Court to
18   pose this prospective juror the following question:  If a
19   police officer testified that something happened a certain way
20   and then Mr. Sullivan testified that the same event happened in
21   a different way, would he tend to believe the police officer?
22             MS. LEDERER:  Your Honor, to tack onto that, I would
23   just ask that you also remind him that you would be giving an
24   instruction that he has to weigh each witness' credibility on
25   their own and if he would be able to do that.
```

1          THE COURT:  All right.

2          (End of bench conference.)

3          THE COURT:  If a police officer testified at trial a

4    certain way, defendant testified another way, I will give you

5    an instruction at the trial that you have to follow that you

6    weigh each witness' testimony in light of all of the other

7    evidence.  Do you think you could do that or do you think you

8    would have a -- do you think you could do that fairly, weigh

9    all of the evidence?

10         A JUROR:  I would like to think so that I could do

11   that fairly.  Frankly, depending on the way the evidence is

12   presented, initially I might give more credence to what the

13   officers were saying.

14         THE COURT:  Initially?

15         A JUROR:  Initially.  I could potentially be

16   convinced otherwise.

17         THE COURT:  I guess the question is, if that is

18   potentially or if you can commit you will do that and follow my

19   instruction, because it is very important for the process that

20   I have your commitment that you would follow my instructions.

21   We want a fair jury that is fair minded and that would follow

22   my instructions.  We don't know -- as we start this trial, what

23   this defendant did, you don't know, I don't know.

24         A JUROR:  Correct.

25         THE COURT:  The evidence has to come in, in this

1  courtroom.  We don't know if the officers are telling the

2  truth.  Mostly they tell the truth, but sometimes they don't.

3  You don't know and I don't know.

4          A JUROR:  Correct.

5          THE COURT:  You have to weigh all of the evidence in

6  this case.  Any reason you couldn't do that?

7          A JUROR:  No, sir.

8          THE COURT:  And be fair about doing it?

9          A JUROR:  I would do my best, yes, sir.

10         THE COURT:  It really is a matter of, are you so pro

11  police that you couldn't do that?

12         A JUROR:  I -- no, I don't think so.

13         THE COURT:  And I want you to search deep down.  If

14  you were sitting over there where the defendant is sitting and

15  you looked over and saw you sitting in that jury box, would you

16  want somebody with your mindset on the jury?  Do you think you

17  would be a fair person to decide this case and have his fate in

18  your hands?

19         A JUROR:  That is a -- that is a tough situation --

20         THE COURT:  That is a tough case.

21         A JUROR:  -- that I'd empathize with.  But I'd like

22  to think so, yes.

23         THE COURT:  All right.  Thank you very much.

24         A JUROR:  Thank you.

25         THE COURT:  I'm sorry.  There are a couple of other

1    questions I didn't ask you.

2              A JUROR:  Oh.

3              THE COURT:  More about your employment.  What do you

4    do now, your day-to-day job?

5              A JUROR:  As a budget analyst, I work on a team,

6    essentially trying to fulfill requirements under fiscal

7    guidance that we have.  There are people on the team that go to

8    the Hill to discuss matters with the appropriation committees.

9              THE COURT:  Right.  How long have you been doing

10   that?

11             A JUROR:  A year and a half now.

12             THE COURT:  How long have you lived in DC?

13             A JUROR:  Going on four years now.

14             THE COURT:  Okay.  What is your educational

15   background?

16             A JUROR:  Bachelor of finance.

17             THE COURT:  From where?

18             A JUROR:  Upper Iowa University.

19             THE COURT:  Okay.  And you have a spouse or partner?

20             A JUROR:  Yes.

21             THE COURT:  Where are they employed?

22             A JUROR:  US Patent and Trademark.

23             THE COURT:  Okay.  What do they do?

24             A JUROR:  She is a design patent examiner.

25             THE COURT:  Okay.  You have children?

```
1              A JUROR:  One on the way.

2              THE COURT:  On the way.  Okay.

3              Okay.  Any other questions by counsel?

4              (Conference held at the bench.)

5              MR. KIERSH:  Not from Mr. Sullivan.

6              MS. LEDERER:  Not from the government.

7              (End of bench conference.)

8              A JUROR:  Thank you.

9              THE COURT:  Thank you.

10             All right.  The government asked if they could have a

11   short recess after that.  We'll take 10 minutes.

12             MS. LEDERER:  Thank you, Your Honor.

13             (Recess taken at 11:36 a.m.)

14             THE COURT:  All right.  We'll go to 484.

15             All right.  I just have a few follow up questions.

16   You have someone in law enforcement?

17             A JUROR:  Yeah.  My sister is a retired police

18   officer in Annapolis.

19             THE COURT:  Where?

20             A JUROR:  Annapolis, Maryland.

21             THE COURT:  Okay.  That have any affect on your

22   ability to be a fair and impartial juror here, do you think?

23             A JUROR:  No.

24             THE COURT:  What is your employment?

25             A JUROR:  I am a foreign affairs officer at the
```

```
1    Department of State.
2              THE COURT:  How long have you lived in DC?
3              A JUROR:  Fifteen years.
4              THE COURT:  Okay.  Have you been assigned overseas
5    part of that time or not?
6              A JUROR:  TDY travel, but I am based here.
7              THE COURT:  Okay.  And are you -- do you have a
8    spouse or significant other?
9              A JUROR:  No.
10             THE COURT:  Okay.  What is your educational
11   background?
12             A JUROR:  I have a bachelor's in anthropology and my
13   master's in international affairs and political science.
14             THE COURT:  From where?
15             A JUROR:  Undergrad was West Florida, master's was
16   Florida State.
17             THE COURT:  Okay.  And you have been at State how
18   long?
19             A JUROR:  Fifteen years.
20             THE COURT:  Fifteen years, okay.
21             And what part of State are you assigned to?
22             A JUROR:  It is the International Security and
23   Nonproliferation Bureau.  It is under the arms control, larger
24   bureau at State.
25             THE COURT:  Okay.  And then were you in DC on
```

1   January 6?

2           A JUROR:  I was.

3           THE COURT:  Okay.  Tell me about that day.

4           A JUROR:  We were teleworking that day.  And I

5   watched everything go down on TV.

6           THE COURT:  So you were at home?

7           A JUROR:  I was at home, yeah.

8           THE COURT:  Tell me your impressions from that day

9   and tell me a little more about what news coverage you watched

10  since then.

11          A JUROR:  I mean, it was ridiculous, obviously.  I

12  was shocked and appalled that was happening.  As to what I kept

13  up with since, some of the larger trials, the Proud Boys guys

14  and the Oath Keepers guys, but beyond that, that is pretty much

15  it.

16          THE COURT:  Okay.  What is your normal news source?

17          A JUROR:  "Washington Post" and National Public

18  Radio, generally.

19          THE COURT:  Okay.  Let me see one of the questions

20  here.  You, anyone close to you live or work at or near the

21  Capitol?

22          A JUROR:  I wouldn't say close but I know people that

23  do work at the Capitol building.

24          THE COURT:  Okay.  Tell me about those.

25          A JUROR:  Acquaintances, a couple of friends from the

1    kickball team.

2           THE COURT:  Any of them there that day?

3           A JUROR:  One was, yeah.

4           THE COURT:  What did you talk to that person about

5    their experience that day?

6           A JUROR:  A little bit, but not a whole lot in depth.

7           THE COURT:  What did they tell you?

8           A JUROR:  He was with Speaker Pelosi at the time.

9           THE COURT:  He was?

10          A JUROR:  With Speaker Pelosi, so he didn't get into

11   a whole lot of details.

12          THE COURT:  He was with her or he was a security

13   person or --

14          A JUROR:  Staffer.

15          THE COURT:  Staffer for her, okay.  What do you

16   remember him telling you?

17          A JUROR:  There, they were scared.  There was a lot

18   of disbelief that was actually happening, that sort of thing.

19          THE COURT:  On the questionnaire, you were asked

20   about whatever you have seen or heard and whatever opinions you

21   might have, you could decide this case just on the law in a

22   fair and impartial manner and you said, yes.  As we start this

23   trial, you don't know anything about what this defendant did or

24   alleged to have done.  And I will give the jury an instruction

25   that he is presumed to be innocent, of course, as we start.

1    Can you decide this case just on the evidence you see in this

2    courtroom?  There will be videos and there will be witnesses.

3    And decide this case, setting aside whatever you have read or

4    seen about it beforehand and decide this case just on the

5    evidence you see here in this courtroom?

6              A JUROR:  I believe so, yeah.

7              THE COURT:  And be fair and impartial in making that

8    decision?

9              A JUROR:  Yes, sir.

10             THE COURT:  Okay.  Let me see if counsel have other

11   questions.

12             (Conference held at the bench.)

13             MR. BARCLAY:  Nothing from the government, Your

14   Honor.

15             MR. KIERSH:  No questions.  Thank you.

16             (End of bench conference.)

17             THE COURT:  Thank you very much.

18             Just a few follow-up questions.  You indicated on the

19   questionnaire that -- well, let me start with, where do you

20   work?

21             A JUROR:  I am a vice president at Aon's Cyber

22   Solutions in the Stroz Friedberg practice.

23             THE COURT:  What do they do?

24             A JUROR:  We do -- well, Aon is an insurance broker,

25   but I do a lot of software development related to digital

```
 1        forensics and incident response.
 2                  THE COURT:  How long have you been there?
 3                  A JUROR:  Since 2018, eight years.
 4                  THE COURT:  What is your educational background?
 5                  A JUROR:  I went to college, but did not complete a
 6        degree.
 7                  THE COURT:  Okay.  Where did you go?
 8                  A JUROR:  University of Iowa.
 9                  THE COURT:  Okay.  How long have you been in DC?
10                  A JUROR:  Since 2010 -- well, Arlington and then
11        moved into DC in.
12                  THE COURT:  But you have lived in DC.
13                  Do you have a spouse or significant other?
14                  A JUROR:  Yes, I have a wife and two kids.
15                  THE COURT:  Does she work outside the home?
16                  A JUROR:  Yes.  She is a director of a nonprofit and
17        previously was a government employee.
18                  THE COURT:  And where did she work before?
19                  A JUROR:  She worked for the intelligence community
20        at the CIA.
21                  THE COURT:  Okay.  What is the nonprofit where she
22        works now?
23                  A JUROR:  The Center for Climate and Security.
24                  THE COURT:  Okay.  You have any children?
25                  A JUROR:  Two children, 4 and 10.
```

1          THE COURT:  Okay.  And then on January 6, you saw the

2     events that day.  Were you working at home or?

3          A JUROR:  Yes.  My -- our family was in the -- we

4     have a second home in the midwest in Wisconsin.

5          THE COURT:  That is where you were?

6          A JUROR:  That is where we were on January 6, yeah.

7          THE COURT:  Tell us a little about that.

8          A JUROR:  We just have a rural home in Wisconsin.  We

9     have gone home for the holidays.  But we didn't feel like any

10    need to return since our school -- my daughter's school was

11    virtual at that time because of the pandemic.  And our son's

12    daycare shut down because all of the teachers had COVID at that

13    time after the holidays.  So we thought we would just stay

14    there for the -- and we ended up staying for the month of

15    January.

16         THE COURT:  Okay.  To what extent have you followed

17    the news coverage since then?

18         A JUROR:  To a certain extent.  I haven't -- you

19    know, I have read a few articles about some of the

20    prosecutions, but not obsessively so.

21         THE COURT:  Did you follow the congressional

22    investigation, watch any of that?

23         A JUROR:  I don't believe so.

24         THE COURT:  Okay.  If you were seated here, you

25    answered one question about you would be able to set aside

1    whatever you have learned outside of this and decide this case

2    in a fair and impartial manner, if you were seated on the jury

3    here.  I want to follow up a little bit more about that as we

4    start this trial.  I will give you an instruction at the end.

5    We presume this defendant is innocent.  The government has to

6    come to court and prove him guilty beyond a reasonable doubt.

7    We don't know what this defendant did before we start the

8    trial.

9         Your decision has to be based on evidence you see in

10   this courtroom.  There will be videos and there will be

11   witnesses.  But you have to set aside everything you saw or

12   read about or heard about beforehand and base your decision

13   just on what you see and hear, testimony you hear in this

14   courtroom.  Any problem with doing that?

15        A JUROR:  I don't think so.  It is very similar to

16   kind of what I do in my day job of, you know, helping with

17   investigations of digital media and computer evidence.

18        THE COURT:  Tell me little more about that day job.

19        A JUROR:  So I write -- I help tools -- I help write

20   tools as a software author for helping with analysis and

21   forensic investigation of digital media and computer evidence

22   that you would have primarily for -- we are doing this in the

23   civil capacity as retained consultants for different companies.

24   In the past, I was a software author with a firm that made

25   products.  And those were sold to law enforcement, so I have

1   also worked with law enforcement from time to time.  So usually

2   in the context of, here is this tool -- I have never worked any

3   criminal cases as like an investigator or anything.

4           THE COURT:  Did you ever take journalism or study

5   journalism or anything like that?

6           A JUROR:  No.

7           THE COURT:  This is all kind of new.  Digital media

8   is all kind of new anyway.

9           A JUROR:  What I mean if you had like a -- if

10  somebody was a hacker and had done a computer crime, I can help

11  investigate maybe the computer that was seized as part of the

12  investigation, try to see what happened to the computer.

13          THE COURT:  Okay.  If you were seated on this jury,

14  any reason you couldn't be a fair and impartial juror and

15  decide this case just on the evidence and my instructions on

16  the law?

17          A JUROR:  No.

18          THE COURT:  Okay.  Can I ask counsel if you have any

19  other questions?

20          MR. BARCLAY:  Nothing from the government, Your

21  Honor.

22          MR. KIERSH:  Nothing from the defense.

23          (End of bench conference.)

24          THE COURT:  Thank you very much.

25          Let's try to do 2265.  Is she here or he?  Then we'll

1   do the next case.

2          You all can stay where you are.  I am going to do a

3   status and call the other counsel at the bench.

4          I will take the next juror.

5          I have just a few follow-up questions.  Someone in

6   law enforcement?

7          A JUROR:  That one, I was erring on the side of

8   caution.  You said the Department of Justice.

9          THE COURT:  I'm sorry.  I can't hear you.

10         A JUROR:  I'm sorry.  This is better.  I was erring

11  on the side of caution.  You said if anyone in your family had

12  worked for the Department of Justice.  And my mom worked on the

13  Office on Violence Against Women in the Department of Justice

14  years ago, not in a law enforcement role.

15         THE COURT:  Okay.  How long has she been there?

16         A JUROR:  She was there briefly like a couple decades

17  ago at this point.

18         THE COURT:  She has been working on grants and things

19  like that?

20         A JUROR:  Yeah.  Yeah.

21         THE COURT:  What is she doing now?

22         A JUROR:  Now, she does consulting.  She is partially

23  retired and does consulting for an organization called BWJP,

24  which does -- did work on domestic violence policy.

25         THE COURT:  Okay.  And the next was -- there was

```
 1    someone else other than your mother in law enforcement?

 2            A JUROR:  No.

 3            THE COURT:  Okay.  The next was you or family member

 4    or close friend and crime stoppers or crime prevention,

 5    something like that.

 6            A JUROR:  You said something about crime victim

 7    advocacy.

 8            THE COURT:  Yeah.

 9            A JUROR:  Again, my mother has done work for

10    organizations that advocate on behalf of victims of domestic

11    violence.

12            THE COURT:  Okay.  And then you or a family member or

13    close friend worked as a lawyer or studied law?

14            A JUROR:  That is also my mother.  She has a law

15    degree, but has mostly worked sort of the same sort of roles

16    you could do with a master's of public policy.  So she doesn't

17    do litigation, but she does -- she has helped draft --

18            THE COURT:  Pull the mic up.

19            A JUROR:  I'm sorry.  She has helped draft

20    legislation like the Violence Against Women Act.

21            THE COURT:  Okay.  And then, what is your employment?

22            A JUROR:  I work for the United States Census Bureau.

23            THE COURT:  Where is that?

24            A JUROR:  Well, I work -- it is in Suitland,

25    Maryland, but I work mostly remotely.  I work entirely
```

```
1    remotely, because it is under construction.
2              THE COURT:  Okay.  What is your educational
3    background?
4              A JUROR:  It is in math and statistics and economics.
5    I have a master's degree.
6              THE COURT:  Okay.  From where?
7              A JUROR:  My undergrad is from Cornell and my
8    graduate degree is from Georgetown.
9              THE COURT:  Okay.  How long have you lived in DC
10   then?
11             A JUROR:  I lived in DC proper since 2016.  And I
12   grew up in Tacoma Park, Maryland.
13             THE COURT:  Okay.  And how long have you been in your
14   current job?
15             A JUROR:  Since February of this year.
16             THE COURT:  Okay.  Where were you in 2021 then?
17             A JUROR:  I was at -- I worked at the Georgetown
18   Center on Poverty and Equality, which is a research center at
19   Georgetown Law.
20             THE COURT:  Okay.
21             A JUROR:  And I was working from home at that point
22   remotely.
23             THE COURT:  And you have a spouse or partner?
24             A JUROR:  Yes.  I am married.
25             THE COURT:  Where do they work?
```

```
1              A JUROR:  He has his own gardening business, so he
2     works at private residences around the city.
3              THE COURT:  What kind of business?
4              A JUROR:  He does gardening.
5              THE COURT:  Okay.  And you have children?
6              A JUROR:  No.
7              THE COURT:  Okay.  You or someone close to you live
8     or work near the Capitol.
9              A JUROR:  Not currently.  But my mom worked as a
10    lobbyist, again, with the domestic violence policy advocacy,
11    not in 2021.
12             THE COURT:  Right.  And then you or someone have
13    direct or indirect connection to the events at the Capitol on
14    January 6?
15             A JUROR:  It is quite indirect, but when I was -- I
16    grew up in Takoma Park and did have friends in common with the
17    Raskins, Representative Jamie Raskin and his family.  I haven't
18    talked to them in years, since I was a child, but yeah.
19             THE COURT:  I couldn't hear that.
20             A JUROR:  I haven't talked to them in years, since I
21    was a child.
22             THE COURT:  What happened?  They were there that day,
23    you mean?
24             A JUROR:  Yeah, so they were there that day.  I also
25    do -- you know, have former work colleagues who went to become
```

```
1    senate staffers or representative staffers, but, again, I

2    haven't -- they are not people I am particularly close with.

3              THE COURT:  Okay.

4              A JUROR:  I haven't talked to.

5              THE COURT:  To what extent have you followed news

6    coverage from that day?

7              A JUROR:  I mean, I read headlines about it and sort

8    of analysis of what happened.  I don't really follow individual

9    cases, yeah.

10             THE COURT:  Okay.  Did you watch any of the

11   congressional hearings about it?

12             A JUROR:  I -- again, I watched like sort of next day

13   summary -- I read next day summaries of the congressional

14   hearings, but I didn't watch the hearings themselves.

15             THE COURT:  What is your normal news source?

16             A JUROR:  Usually "New York Times," "Washington

17   Post," "The Guardian," yeah, I read "DCist."

18             THE COURT:  Online or do you take "The Post"?

19             A JUROR:  Mostly online, yeah.

20             THE COURT:  Okay.  You did say on the questionnaire

21   that no matter what you have seen or heard about the events, no

22   matter what opinions you formed, you would be able to put that

23   aside and decide the case just on the evidence?

24             A JUROR:  Yes.

25             THE COURT:  Do you have any problem with that?
```

1       As we start the trial, I am going to tell you that my

2   instructions, again, will be we start the trial and you presume

3   the defendant is innocent.

4       A JUROR:  Uh-huh.

5       THE COURT:  The government has to come in and prove

6   him guilty in this courtroom with evidence.  There will be

7   videos and they will have witnesses.  They have to prove in

8   this courtroom what he did.  We don't know what he did as we

9   start the trial.  Any reason you couldn't be fair and impartial

10  in deciding whether he did what the government is trying to

11  prove and be a fair and impartial juror?

12      A JUROR:  I think I could do that.

13      THE COURT:  Any reason you couldn't do that?

14      A JUROR:  Any reason -- I mean, I am a DC resident

15  and was shocked by the events on January 6.  But also I view

16  everyone as an individual.  And I think that due process is

17  very important.  So, yeah, I think that is what I have.  I

18  don't know, is there anything else that you would want to hear?

19      THE COURT:  You think you could do that?

20      A JUROR:  Yeah.  Yeah, I do.

21      THE COURT:  Okay.  If you were -- I will ask you the

22  hardest question.  If you were sitting over at his table and

23  you looked over at that person sitting over in the jury box,

24  would you want somebody with your mindset deciding your fate

25  here?  You think that would be a person that would be a fair

1   minded person that could decide your fate?  Would you want

2   that?

3          A JUROR:  Yes.  Yeah, I am very -- I mean, I work as

4   a statistician.  I work based on empirical evidence.  And --

5          THE COURT:  Well, they certainly taught you that at

6   Cornell, didn't they?

7          A JUROR:  Yeah, they did.

8          But, yeah, but I also want to be open and view every

9   person, you know, as an individual in their -- you know, again

10  that is how the court works; right?  It is what is here and

11  now.  So the evidence that we have in front of us so --

12         THE COURT:  Okay.  I will speak to counsel.

13         (Conference held at the bench.)

14         MR. BARCLAY:  The government --

15         THE COURT:  Any questions?

16         MR. BARCLAY:  None from the government, Your Honor.

17         MR. KIERSH:  No questions.

18         THE COURT:  Thank you very much.

19         A JUROR:  I realized I have one thing to add that I

20  didn't check off.  You had asked if anyone in my family has

21  been convicted of a criminal offense.  And I realize that

22  recently my brother-in-law was convicted of a DWI in New York

23  state, so I wanted to share.

24         THE COURT:  How long ago was that?

25         A JUROR:  Fairly recently.  But I have only been

1   hearing it secondhand through my husband, so I am not real

2   sure.

3            THE COURT:  From what you know and I know you may not

4   know all of the facts, was he fairly treated by the criminal

5   justice system?

6            A JUROR:  Yeah.

7            THE COURT:  Okay.

8            A JUROR:  Thank you very much.

9            THE COURT:  You can step down.

10           We have some others in the hallway.  We could either

11  stop now and come back at 1:30 or we can take a few more now,

12  it is up to you all, and come back at 2:00.

13           MR. KIERSH:  Either way is fine with me, Your Honor.

14           MR. BARCLAY:  Either way is fine with the government,

15  Your Honor.

16           THE COURT:  Let's take a few more then.

17           THE COURTROOM DEPUTY:  A few more.

18           THE COURT:  Just a few follow-up questions.  One was

19  you, family member or close friend was arrested for, convicted

20  of or charged with a crime.

21           A JUROR:  Yes.  I was charged with marijuana

22  possession in --

23           THE COURT:  How long ago was that?

24           A JUROR:  It was nine years ago.

25           THE COURT:  Okay.  Anything about that experience

1    have any affect on your ability to be a fair and impartial

2    juror here, do you think?

3                    A JUROR:  I don't think so.

4                    THE COURT:  Where was that?

5                    A JUROR:  Washington, DC.

6                    THE COURT:  Washington state?

7                    A JUROR:  No, DC.

8                    THE COURT:  DC, okay.  What was the outcome there?

9                    A JUROR:  It was community service and expunged.

10   Community service and expunged.

11                   THE COURT:  It has been expunged now?

12                   A JUROR:  Uh-huh.

13                   THE COURT:  And then you or family member or close

14   friend, victim or witness to a crime?

15                   A JUROR:  I think I maybe marked the wrong one.  Was

16   this like number 7 or 6?

17                   THE COURT:  Okay.

18                   A JUROR:  Yeah, I think that -- no, this is true.  I

19   was burglarized in 2019, 2018.

20                   THE COURT:  That was here?

21                   A JUROR:  That was here in DC, yep.

22                   THE COURT:  Anyone apprehended in that?

23                   A JUROR:  I don't believe so, no follow up.

24                   THE COURT:  Okay.  Satisfied with how the police

25   responded?

```
 1                 A JUROR:  Yeah.
 2                 THE COURT:  Have any affect on your ability to be a
 3       fair juror do you think?
 4                 A JUROR:  No, sir.
 5                 THE COURT:  Okay.  How long have you lived in DC?
 6                 A JUROR:  I have been -- since 2015.  I was out for
 7       three years or for a year and a half for graduate school.
 8                 THE COURT:  Okay.  What is your educational
 9       background?
10                 A JUROR:  I have an undergrad degree in economics and
11       a master's degree in statistics.
12                 THE COURT:  Where are you working now?
13                 A JUROR:  I work for a company based in Georgetown
14       called Clean Choice Energy.  It is a clean energy provider,
15       solar energy.
16                 THE COURT:  What do you do?
17                 A JUROR:  Data science, so programming and modeling
18       for customer acquisition.
19                 THE COURT:  Okay.  You have a spouse or partner?
20                 A JUROR:  What was that?
21                 THE COURT:  Do you have a spouse or partner?
22                 A JUROR:  Yes, married.
23                 THE COURT:  What do they do?
24                 A JUROR:  She is a teacher in DC.
25                 THE COURT:  Okay.  You have any children?
```

1          A JUROR:  No children.

2          THE COURT:  Okay.  Were you working on the January 6?

3          A JUROR:  Yes.  I was employed.

4          THE COURT:  So you saw events on TV that day live or

5     what?

6          A JUROR:  Yeah.  I was watching the events before the

7     deliberations and then the live coverage of the march and

8     the --

9          THE COURT:  Okay.  Tell us about your impressions of

10     that day.  And then I want to ask you what news coverage you

11     have followed up since then.

12          A JUROR:  I don't know.  Shock, disbelief, it was

13     anger, and then, yeah, frustration and anger, I would say.

14          THE COURT:  Okay.  What extent have you followed the

15     news accounts of that since then?

16          A JUROR:  A bit.  I certainly haven't -- yeah.  I

17     have read about it and I have watched media, documentary and

18     read some about, you know --

19          THE COURT:  What is your normal news source?

20          A JUROR:  It varies.  You know, "The Washington

21     Post," "New York Times" and then there is some YouTube

22     channels, but that is not really for news.  I mention that

23     because there was a documentary on HBO about January 6 events

24     that I watched and the creator of that documentary has a

25     YouTube channel.

1          THE COURT:  Excuse me.  "The Post" you take or is

2     that online you are looking?

3          A JUROR:  "The Post," online.

4          THE COURT:  Okay.  You were asked on the

5     questionnaire about no matter what you have seen or heard about

6     the events and no matter what opinions you formed, could you

7     put that aside and decide this case on the evidence here and

8     you said yes.  What I will tell you is, as we start the trial,

9     my instructions at the end will be that we presume that the

10    defendant is innocent when we start.  The government has to

11    prove him guilty with evidence in this courtroom.  They will

12    have videos and they will have witnesses that will testify

13    here.  You don't know what the defendant did.  I don't know

14    what the defendant did until we see the evidence here in this

15    courtroom.

16          Any reason you couldn't fairly and impartially decide

17    whether what he did is actually against the law as the

18    government is going to allege and decide that fairly and

19    impartially?  Any reason you couldn't do that fairly and

20    impartially?

21          A JUROR:  No.  I don't think there is any reason I

22    couldn't do that.

23          THE COURT:  Okay.  You had one other question you

24    checked.  And that was -- let me make sure I don't have

25    anything else.  The question at the end was is there any other

1    reason I haven't asked about that might make it difficult for

2    you to sit fairly and impartially and attentively as a juror.

3    What was that?

4              A JUROR:  Yes.  So I think I could be fair and

5    impartial, but I did want to disclose that during the events of

6    January 6, I was employed at a contracting firm that worked

7    with the Department of Homeland Security and the FBI.

8              THE COURT:  I'm sorry.  I can't hear that.

9              A JUROR:  The firm that I worked with had

10   relationships with the Department of Homeland Security and the

11   FBI.  And there was some rapid response to the January 6

12   events, trying to identify some of the people that were

13   presented on like open-source intelligence on like the Facebook

14   posted photos and the videos.  And I was witness to that.  I

15   was -- my colleagues were working on that.  And I was on

16   messaging threads about that.  And but I don't know the

17   defendant and I don't know -- I don't remember anybody in

18   particular.  But I -- it was -- there was a rapid response at

19   my company that I was partial to that I thought I should

20   mention.

21             THE COURT:  What was the company?

22             A JUROR:  It is called Thompson Reuters Special

23   Services.

24             THE COURT:  What were you all doing?

25             A JUROR:  We have some folks that are experts in open

1    source intelligence.  And we were trying to track down

2    individuals' locations and like family members or acquaintances

3    based on some information that the FBI or different law

4    enforcement organizations posted and asked for our support on.

5             THE COURT:  And you did that for some period of time

6    then?

7             A JUROR:  The company did that in the immediate days

8    following the events.  I don't think it lasted more than three

9    weeks.

10            THE COURT:  Okay.  Did you work on that?

11            A JUROR:  I offered my services -- but I did not have

12   many services to offer.  I watched my colleagues do that work,

13   but I did not -- I did not do much to support that.

14            THE COURT:  Okay.  And then after two weeks, what

15   happened?

16            A JUROR:  Then I think the requests stopped from the

17   law enforcement agencies and we were no longer working on that.

18            THE COURT:  Thompson Reuters was it?

19            A JUROR:  Thompson Reuters Special Services, yeah.

20            THE COURT:  Right.  Okay.  Let me see if counsel have

21   other follow up.

22            (Conference held at the bench.)

23            MR. BARCLAY:  Your Honor, he appeared to answer

24   question 7, which isn't actually a question.  I'm not sure what

25   he was trying to get at here.  He also checked question 9, so

1    I'd ask that you ask a follow-up question about that as well.

2              MR. KIERSH:  I join in those requests.

3              THE COURT:  Okay.

4              (End of bench conference.)

5              THE COURT:  There was a question 7 on the

6    questionnaire that said the next few questions relate to you,

7    members of your immediate family or close personal friends.

8    And for some reason you have an X in question 7, but there

9    wasn't actually a question there.  Do you remember that or --

10             A JUROR:  I think it was about law enforcement.  That

11   is what I was trying to --

12             THE COURT:  Law enforcement, so that is 8.  So you

13   know someone in law enforcement then?

14             A JUROR:  Well, it was -- I have many coworkers that

15   were working to -- that supported DHS and the FBI.

16             THE COURT:  Okay.

17             A JUROR:  When I was working there and that is what I

18   was thinking of.

19             THE COURT:  Tell me more about that then.  That is

20   this same Thompson Reuters thing?

21             A JUROR:  Yeah, same company, coworkers and work

22   streams.  Yeah.  The company supported the Department of

23   Homeland Security and Customs and Border Patrol in more human

24   trafficking-type work, but law enforcement.

25             THE COURT:  Okay.  And what was your role there then?

1          A JUROR:  I was a data scientist, so I was meant to

2     be brought on with a Customs and Border Protection contract.

3     But because of my marijuana conviction, I was not granted

4     suitability, so I was just a staff researcher that did --

5          THE COURT:  Okay.

6          A JUROR:  Yeah.  I did research and tried to support

7     the mission of the company, though I wasn't on any particular

8     law enforcement or other specific contract.

9          THE COURT:  And then question 9 was you, family

10    member or close friend belonged in the past 5 years to a group

11    or organization active in law enforcement, crime prevention or

12    victims support or advocacy.

13         A JUROR:  I think I meant to respond to the -- did I

14    click the lawyer question?  I think that is what I meant to

15    respond to.

16         THE COURT:  That is before the lawyer question, yeah.

17    Then there is the lawyer question too.

18         A JUROR:  I think I mistakenly -- I do not know folks

19    that are involved in the crime prevention.

20         THE COURT:  Okay.  But you know a lawyer?

21         A JUROR:  I know a lawyer, yes.

22         THE COURT:  What is that?

23         A JUROR:  One of my friends is a clerk in the

24    Superior Court in DC.

25         THE COURT:  For a judge?

1          A JUROR:  I am not sure of the judge.

2          THE COURT:  Okay.  What is your friend doing now?

3          A JUROR:  She is still a -- maybe not a clerk.  She

4     is a -- I am not exactly sure what her role is.  She is still

5     working for a judge in Superior Court.

6          THE COURT:  Okay.  Do you know who the judge is?

7          A JUROR:  I will have to ask.

8          THE COURT:  Okay.  Okay.  Let me talk to counsel

9     again.

10          (Conference held at the bench.)

11          MR. BARCLAY:  Nothing further for government, Your

12     Honor.

13          MR. KIERSH:  Nothing from Mr. Sullivan.

14          (End of bench conference.)

15          THE COURT:  I'm sorry.  Thank you very much.

16          A JUROR:  Thank you.

17          THE COURT:  I have just a couple of follow-up

18     questions.  One was you or someone in your family or friends in

19     law enforcement.

20          A JUROR:  Yes, sir.

21          THE COURT:  Who did you have in mind there?

22          A JUROR:  Yes, Your Honor.

23          THE COURT:  Okay.  Who did you have in mind?

24          A JUROR:  My cousin.

25          THE COURT:  Where does your cousin work?

```
1                    A JUROR:  He works for Third District Northwest.

2                    THE COURT:  In MPD?

3                    A JUROR:  Yes.

4                    THE COURT:  How long has he been there?

5                    A JUROR:  Five years.

6                    THE COURT:  Okay.  He is a uniformed officer?

7                    A JUROR:  Yes.

8                    THE COURT:  Have you ever talked to him about

9       January 6?  Was he there January 6 or do you know?

10                   A JUROR:  No, I haven't seen him since the pandemic.

11                   THE COURT:  Okay.  Wouldn't have any impact here

12      then?

13                   A JUROR:  (Shaking head.)

14                   THE COURT:  The family member, close friend or you,

15      arrested for, convicted of or charged with a crime?  What did

16      you have in mind there?

17                   A JUROR:  My mother.

18                   THE COURT:  What was that?

19                   A JUROR:  That was in 2001.

20                   THE COURT:  What was she arrested for?

21                   A JUROR:  Arson.

22                   THE COURT:  From what you know and I know you may not

23      know all of the facts, was she fairly treated by the criminal

24      justice system?

25                   A JUROR:  Yes.
```

1           THE COURT:  Okay.  What was the outcome there?

2           A JUROR:  She had to a pay restitution and fines.

3           THE COURT:  I'm sorry?

4           A JUROR:  She had to pay restitution and fines.

5           THE COURT:  Anything about that experience have any

6      affect on your ability to be a fair juror here, do you think?

7           A JUROR:  No.

8           THE COURT:  What were the circumstances there?

9           A JUROR:  She what -- she set my uncle's cabin on

10     fire.  And I was the one pressing charges because me and my

11     daughter was in the house when it happened.

12          THE COURT:  Okay.  Tell me a little more about your

13     background.  How long have you lived in DC?

14          A JUROR:  All of my life, 41 years.

15          THE COURT:  And where are you employed?

16          A JUROR:  Goodwill of Greater Washington.

17          THE COURT:  What is that?

18          A JUROR:  Goodwill of Greater Washington.

19          THE COURT:  What do you do?

20          A JUROR:  I am a processor.

21          THE COURT:  I'm sorry?

22          A JUROR:  Processor.

23          THE COURT:  What kind of process?

24          A JUROR:  Jewelry.

25          THE COURT:  Okay.  What is your educational

1     background?

2               A JUROR:  Twelfth grade grad.

3               THE COURT:  Okay.  Do you have a spouse or partner?

4               A JUROR:  Yes, I have a partner.

5               THE COURT:  Okay.  Does your partner have a job?

6               A JUROR:  Yes, he has his own business.

7               THE COURT:  What kind of business?

8               A JUROR:  Thrift store.

9               THE COURT:  Where is that?

10              A JUROR:  Adelphi, Maryland.

11              THE COURT:  Okay.  Do you have any children?

12              A JUROR:  Yes, I have five.

13              THE COURT:  Five, what are their ages?

14              A JUROR:  Twenty-one, 16, 13, 8 and 3.

15              THE COURT:  Okay.  You have your hands full.

16              A JUROR:  Yes.

17              THE COURT:  Where were you January 2021?  Were you in

18    town?

19              A JUROR:  Yes, I was in town.

20              THE COURT:  You don't live near or work near the

21    Capitol though?

22              A JUROR:  No, sir.

23              THE COURT:  How much news coverage of that have you

24    followed?  Are you following that in the news?

25              A JUROR:  None.

1          THE COURT:  Okay.  So if you were seated here on this

2     jury, there is no reason you couldn't be a fair and impartial

3     juror?

4          A JUROR:  Why not?

5          THE COURT:  Okay.  And I will tell you at the

6     beginning that I will say in my instructions, as we start this

7     trial, we presume the defendant is innocent.  The government

8     has to come in -- and we don't know what the defendant did

9     until we see the evidence here in this courtroom.  You have got

10    to base your decision here on the evidence in this courtroom.

11    They'll have videos.  They'll have some witnesses.  Can you

12    decide fairly and impartially whether he is really guilty or

13    not guilty of what he is accused of, just on the evidence you

14    hear here in this courtroom?  Any reason you can't do that

15    fairly and impartially?

16         A JUROR:  I can do it fairly.

17         THE COURT:  Okay.  See if there are questions from

18    counsel.

19         (Conference held at the bench.)

20         MR. BARCLAY:  Nothing from the government, Your

21    Honor.

22         MR. KIERSH:  No questions.

23         THE COURT:  Thank you very much.

24         Go to 2275.  Just a few follow up questions.  You or

25    someone you know in law enforcement?

```
1              A JUROR:  Yes, sir.

2              THE COURT:  Who is that.

3              A JUROR:  My dad is a former Secret Service agent.

4              THE COURT:  Okay.  Where did he serve?

5              A JUROR:  He was on PPD and then in the Boston field

6   office.

7              THE COURT:  Okay.  Was he still serving on January 6,

8   2021 or had he retired?

9              A JUROR:  No.  He retired in 2006.

10             THE COURT:  He retired.

11             A JUROR:  Like 2006.

12             THE COURT:  Okay.  Where do you work?

13             A JUROR:  I work at the University System of

14  Maryland.

15             THE COURT:  Okay.  How long have you lived in DC?

16             A JUROR:  Since 2016.

17             THE COURT:  Do you have a spouse or partner?

18             A JUROR:  I live with my boyfriend.

19             THE COURT:  Okay.  Does your boyfriend have an

20  occupation?

21             A JUROR:  Yes.  He works at American University.

22             THE COURT:  What does he do?

23             A JUROR:  He is the director of housing.

24             THE COURT:  What do you do?

25             A JUROR:  I work in communications.
```

1            THE COURT:  Where do you work?

2            A JUROR:  I work for the University System of

3    Maryland Foundation.

4            THE COURT:  Did you have a journalism background or

5    anything like that?

6            A JUROR:  No, sir.

7            THE COURT:  What is your undergraduate degree?

8            A JUROR:  It is in English literature.

9            THE COURT:  Okay.  And you have a bachelor's?

10           A JUROR:  Yes.

11           THE COURT:  From where?

12           A JUROR:  From Providence College in Rhode Island.

13           THE COURT:  Do you have any children?

14           A JUROR:  No.

15           THE COURT:  Now, January 6, were you at work?

16           A JUROR:  I was working at home.

17           THE COURT:  At home.  Okay.  And then you saw it on

18    TV?

19           A JUROR:  Yes.

20           THE COURT:  Okay.  Tell me a little more about what

21    you saw that day?

22           A JUROR:  One of my friends texted me about it.  And

23    I turned on -- I think it was on one of the news stations on

24    YouTube.  And it was sort of towards the end.  So it was

25    mostly -- I think I remember seeing like smoke and that was

1    kind of it.

2              THE COURT:  Okay.  And then to what extent have you

3    followed that on the news since then?

4              A JUROR:  I kind of stopped following news around

5    2020, because it was depressing me.  So I don't really keep up

6    with the news.

7              THE COURT:  You did say on the questionnaire that if

8    you were seated, no matter what you have seen or heard about

9    the events, you could put that aside and decide this case just

10    on the evidence you heard here in this trial; is that right?

11             A JUROR:  Yes, sir.

12             THE COURT:  I will give you an instruction at the end

13    as we start this trial, we presume the defendant is innocent.

14    The government has to come in with evidence in this courtroom.

15    They will have videos and they will have some witnesses, but

16    they have to prove in front of you -- you don't know what the

17    defendant did.  But when we start the trial they have to prove

18    the defendant actually did these things they are accusing him

19    of in this courtroom.  Any reason you couldn't fairly and

20    impartially decide that as a member of the jury?

21             A JUROR:  No, sir.

22             THE COURT:  Okay.  You have -- to what extent have

23    you followed this in the news at all?  You really haven't

24    followed it at all?

25             A JUROR:  No.

1          THE COURT:  Decided not to follow it?

2          A JUROR:  Yes.

3          THE COURT:  All right.  Let me see if counsel want to

4     ask any other questions.

5          (Conference held at the bench.)

6          MR. BARCLAY:  Your Honor, we have two follow-up

7     questions that we would ask that the Court inquire into.

8     First, she checked the answer for her jury service.

9          And then, secondly, if she -- even if she doesn't

10    follow the news, if she kind of acquires news through social

11    media or other sources, that she keeps up with it even

12    peripherally and that whether that would affect her ability to

13    serve.

14         MR. KIERSH:  No questions from Mr. Sullivan.

15         THE COURT:  I will ask about jury service.

16         (End of bench conference.)

17         THE COURT:  You served on a jury before?

18         A JUROR:  Yes, sir.

19         THE COURT:  What was that?

20         A JUROR:  It was in Superior Court in DC and it was a

21    weapons charge.

22         THE COURT:  How long ago was that?

23         A JUROR:  2017 or '18.

24         THE COURT:  Okay.  And the jury reached a verdict?

25         A JUROR:  They did not.  It was hung.

1          THE COURT:  Okay.  Anything about that experience

2  have any affect on your ability to be a fair juror here do you

3  think?

4          A JUROR:  I do not think so, no.

5          THE COURT:  Okay.  Thank you very much.

6          A JUROR:  Thank you.

7          THE COURT:  We'll take one more before we go to

8  lunch.

9          Is she here?

10          THE COURTROOM DEPUTY:  No.

11          THE COURT:  All right.  We'll stop there then.

12          We'll tell the jury that we are going to resume at

13  2:00.

14          MS. LEDERER:  Your Honor --

15          THE COURT:  Yes?

16          MS. LEDERER:  -- may I just inquire and the remainder

17  of the schedule I know everything is in flux with how quickly

18  we will get through 10 more or just qualify 10 more jurors,

19  just because we have witnesses on call that we would maybe

20  potentially want to bring in, are we prepared to if we get --

21          THE COURT:  We won't get to witnesses today, I am

22  sure.

23          MS. LEDERER:  Okay.  So we don't have to bring anyone

24  in right now?

25          THE COURT:  We'll do well to get the jury seated and

1    sworn and preliminary instructions and openings, we will be

2    lucky I think at the rate we are going.

3              MS. LEDERER:  Thank you.  We wanted to make sure on

4    the witnesses, because we have them ready to come in, if need

5    be.  But we didn't want to sound the alarm --

6              THE COURT:  I think it unlikely.

7              MS. LEDERER:  Thank you.

8              THE COURT:  We have still got to get more qualified.

9              MS. LEDERER:  And we are prepared to open today, we

10   were prepared to call witnesses, if need be.  But before me

11   make people travel 40 minutes plus, we wanted to check in.

12             MR. KIERSH:  And consistent with the question about

13   witnesses, I have the New York witness and counsel.  Your Honor

14   has continued the subpoena to Monday, November 13th, which

15   is --

16             THE COURT:  I'm sorry.

17             MR. KIERSH:  You previously continued the New York

18   subpoena to Monday, November 13th.  Can we continue it to

19   Tuesday, November 14th?

20             THE COURT:  Sure.

21             MR. KIERSH:  Very well.  Thank you.

22             THE COURT:  You need an order?

23             MR. KIERSH:  No.  I mean, it is New York counsel and

24   he is an officer of the court, so I would suspect it is

25   sufficient.

1            THE COURT:  All right.  I will see you all at 2:00.

2            (Recess taken at 1:02 p.m.)

3            THE COURTROOM DEPUTY:  This is criminal case number

4    21-78, *United States of America versus John Earle Sullivan.*

5            THE COURT:  This will be 203.  I just have a couple

6    of follow-up questions.  On question 10, you or someone in your

7    family or friends have studied law or are lawyers?

8            A JUROR:  Yes.  I practiced law for ten years.  I

9    don't currently.

10           THE COURT:  Okay.  Then what did you do?

11           A JUROR:  I am taking a break from working.

12           THE COURT:  I'm sorry.  I can't hear you.

13           A JUROR:  I am taking a break from practicing and

14   working and I am raising my two kids.

15           THE COURT:  Okay.  What did you do when you

16   practiced?

17           A JUROR:  I was in-house counsel for a labor union.

18           THE COURT:  Okay.  How long have you lived in DC?

19           A JUROR:  Since 2005, I moved to DC.  I took a break

20   for law school and then came back.  So I took a three-year

21   break between 2009 and 2012.  And then I was back in DC after

22   that.

23           THE COURT:  Okay.  What were your undergraduate and

24   law degrees in?

25           A JUROR:  Under graduate I went to Williams College

```
1    in Massachusetts and law school I went to NYU.

2              THE COURT:  And then where are you working now?

3              A JUROR:  I am not working currently.

4              THE COURT:  Okay.  And what was your last job?

5              A JUROR:  I worked as in-house counsel for a labor

6    union at SCIU.

7              THE COURT:  What were you doing in 2021?  Were you

8    here?

9              A JUROR:  Yes.

10             THE COURT:  Okay.  And that day, where were you, do

11   you remember?  You were at work or --

12             A JUROR:  I don't know.

13             THE COURT:  Okay.

14             A JUROR:  I don't know what I was doing.

15             THE COURT:  Okay.  And do you have a spouse or

16   significant other?

17             A JUROR:  Yes, I am married.  I am married.

18             THE COURT:  What does your husband do?

19             A JUROR:  He works at a nonprofit called Climate

20   Action Campaign.

21             THE COURT:  What does he do?

22             A JUROR:  He does field -- he works with field

23   volunteers and environmental organizations around advocacy for

24   climate change policies.

25             THE COURT:  Do you have children?
```

1          A JUROR:  I do, yes.

2          THE COURT:  What are their ages?

3          A JUROR:  Six and 3.

4          THE COURT:  Okay.  You had on the questionnaire also

5    that no matter what you have heard or read about the events on

6    January 6, you can put that aside and decide this case on the

7    evidence in this case in a fair and impartial manner.  So tell

8    me a little more about how much you heard or read about the

9    events anyway?

10          A JUROR:  I haven't actually read that much about it.

11    I am not a big consumer of the news.  And following everything

12    that is going on, my husband sometimes will fill me in on

13    things that I should read about or know about.  But, honestly,

14    just raising two kids, I am not -- I haven't really consumed

15    very much independently in terms of reading about what happened

16    on January 6.

17          THE COURT:  Okay.  So if I told you in my instruction

18    at the end, I am going to say to the jury as we start this

19    trial, we presume the defendant is innocent.  And the

20    government has to come in with evidence in this courtroom to

21    prove -- we don't know what the defendant did.  You don't know

22    what he did.  They have to prove he did something that violated

23    the law with witnesses.  They will have videos and they will

24    have witnesses.  They have to prove that he committed the

25    offenses they are charged with.  I will give you instructions

1    about that.  But as we start, we presume he is innocent.  Any

2    reason you couldn't fairly and impartially decide if they have

3    really proven that he did what they are accusing him of?

4              A JUROR:  No, absolutely not.

5              THE COURT:  So you could be a fair and impartial

6    juror if you were seated here?

7              A JUROR:  Yes.

8              THE COURT:  Let me see if counsel have any other --

9              (Conference held at the bench.)

10             MR. BARCLAY:  Nothing from the government, Your

11   Honor.

12             MR. KIERSH:  No questions.

13             (End of bench conference.)

14             THE COURT:  Thank you very much.  We'll go to 1656.

15             I was about to tell you that 0077 had appeared and

16   said that she did not make childcare arrangements and she had

17   to leave before 3:00 today.  I was considering going ahead and

18   talking to you all about excusing her, but in the meantime she

19   has left without being excused.  So I assume we will not see

20   her again, in any event.  And whether I go forward with any

21   other proceeding against her will remain to be determined.  But

22   we won't even have her at the end of the list.  I will just

23   strike her.  We will go to 1656.

24             I just have a few follow-up questions.  One is

25   someone you know is in law enforcement?

```
 1              A JUROR:  Yeah.  My best friend's brother works as a

 2    police officer in Virginia.

 3              THE COURT:  In where?

 4              A JUROR:  Virginia, Ashburn.

 5              THE COURT:  Okay.  And then you or someone you know

 6    is a lawyer or studied law?

 7              A JUROR:  One of my good friends did.

 8              THE COURT:  I'm sorry?

 9              A JUROR:  One of my good friends studied law.  I

10    wasn't sure if that counted, so I put X.

11              THE COURT:  And he is a lawyer not?

12              A JUROR:  She was a lawyer.  She is no longer.

13              THE COURT:  Okay.  Where did she practice?

14              A JUROR:  I honestly don't remember.  I'm sorry.

15              THE COURT:  I'm sorry.

16              A JUROR:  I do not remember.

17              THE COURT:  But with a law firm?

18              A JUROR:  Yes.

19              THE COURT:  Did she do any criminal cases, do you

20    know?

21              A JUROR:  Not to my knowledge.  I think it was more

22    corporate.

23              THE COURT:  Okay.  And then you or family member or

24    friends, arrested or convicted or charged with a crime?

25              A JUROR:  I was at a peaceful protest 5 years ago and
```

1    arrested.  I had to pay a fine.  I didn't -- wasn't sure if

2    that counted, but that was me.

3               THE COURT:  Okay.  How long ago was that?

4               A JUROR:  I believe it was 2017.  It was either 2017

5    or '18.

6               THE COURT:  Where was that?

7               A JUROR:  It was like a peaceful sit-in at the Hart

8    Building.

9               THE COURT:  At what?

10              A JUROR:  The Hart Building, one of the downtown

11   buildings.

12              THE COURT:  Okay.  And tell me a little more about

13   it.

14              A JUROR:  It was for when they were separating

15   families at the border and the women's march organized it.  We

16   walked into the building, sat down with banners and were

17   arrested.

18              THE COURT:  Okay.  From what you know and I know you

19   may not know all of the circumstances, were you fairly treated

20   by the criminal justice system at that time?

21              A JUROR:  To my knowledge, I was fairly treated.

22              THE COURT:  I'm sorry?

23              A JUROR:  Yes.

24              THE COURT:  Okay.  This was local officers?

25              A JUROR:  Yes, DC officers.

1          THE COURT:  And then you -- how did they do it?  They

2   processed you with a ticket to appear and/or you had to appear

3   or what happened?

4          A JUROR:  I didn't have to go to court.  I just had

5   to go to their office and pay a fine.

6          THE COURT:  Right.  Okay.  And then you, family

7   member or close friend, victim or witness to a crime?

8          A JUROR:  Yes.  My sister was robbed at gunpoint

9   earlier this year.

10         THE COURT:  Here in DC?

11         A JUROR:  Yes.

12         THE COURT:  On the street?

13         A JUROR:  At her place of work, she works at a corner

14  market.

15         THE COURT:  Okay.  Anyone apprehended in that?

16         A JUROR:  I believe they are still looking for him.

17         THE COURT:  Okay.  Was there a weapon involved?

18         A JUROR:  To -- it looked like there was, but she

19  wasn't sure.  I think the charge is that they are looking for

20  someone who did armed robbery, but it hasn't been confirmed.

21         THE COURT:  Satisfied with how the police responded

22  at the time, was she?

23         A JUROR:  I believe so, yes.

24         THE COURT:  That have any affect on your ability to

25  be a fair juror here do you think?

```
 1                A JUROR:  I don't think so, no.

 2                THE COURT:  Okay.  Were you in town on the January 6?

 3                A JUROR:  I was.

 4                THE COURT:  Where were you at work or --

 5                A JUROR:  I was at my house working from home.

 6                THE COURT:  Working from home that day.  And so you

 7     saw it on TV that day?

 8                A JUROR:  I did, yeah.

 9                THE COURT:  Tell me a little more about what you saw

10     and then I will talk about what you have seen and then been

11     exposed to afterwards.

12                A JUROR:  I remember getting out of a meeting and

13     someone telling me that there were people at the Capitol so I

14     looked on social media to see what was going on and read a

15     couple of articles and followed some of the live tweeting.  And

16     that is what I remember from that day.

17                THE COURT:  Okay.  To what extent have you followed

18     it since then in the news?  I know you can't totally avoid it.

19     Tell me what news you follow first and then we'll talk about

20     what you have seen.

21                A JUROR:  I follow like a lot of our local news, like

22     DCist and I guess "Washington Post," "New York Times."  So like

23     occasionally, I will see an update, they might be prosecuting

24     someone or that -- but I don't follow it closely.  Just if

25     there is like a major headline, I might see it.
```

```
1              THE COURT:  Okay.  Did you watch any of the
2    congressional hearings?
3              A JUROR:  No, I have not.
4              THE COURT:  Okay.  To -- you answered a question on
5    the questionnaire about to the extent that you have been
6    exposed to news coverage, you would set that aside and decide
7    the case on the evidence, be fair and impartial.  So let me put
8    it to you this way, as we start this trial, I am going to give
9    the jury an instruction at the end that as we start, the
10   defendant is presumed to be innocent.  The government has to
11   come in court in this courtroom and produce evidence of what he
12   did.  We don't know what he did.  You don't know what he did.
13   And so they have got to have evidence in this courtroom.  They
14   will have videotapes.  They will have witnesses.  So the
15   question will be, could you really decide this case, setting
16   aside whatever you have read about or heard about, decide this
17   case just on what you hear here in this courtroom and be fair
18   and impartial and decide whether he really did what the
19   government is saying he did.  Could you do that fairly and
20   impartially do you think?
21             A JUROR:  Yes, I believe I could.
22             THE COURT:  Your having been a person who exercised
23   their First Amendment right, you have a right to exercise your
24   rights under the First Amendment.  And I will tell the jury
25   that.  But there comes a point when it is no longer First
```

1    Amendment, once the area has been declared -- whatever

2    happened -- what happened in your case?  How did you get

3    arrested?  What was your version of how that happened?  Tell us

4    a little more about that one.

5            A JUROR:  Sure.  Well, I am a Quaker so I only

6    believe in like peaceful protest, I don't know if that helps

7    answer your question.  But, yeah, I joined because it was a lot

8    of different religious organizations that were a part of it.

9    And it was walking in there peaceful and for reunifying

10   families.  So I believe in, like, peaceful protests.  But I

11   don't know how much I am supposed to be saying for you.

12           THE COURT:  I mean, Martin Luther King would protest

13   and he would sometimes deliberately violate the law.  He

14   thought if he deliberately violated the law, he would go to

15   jail and pay the penalty.  That is one form of protest.

16   Another is, you know, to just protest without violating the

17   law.  And I don't know, which category did you think you were

18   in at the time?  I don't know.

19           A JUROR:  I think when you are like with the sit-in,

20   it was technically violating the law because you are sitting in

21   the building.  But for me since it was peaceful and to my

22   knowledge not harming anyone or anything, that is why I decided

23   to.

24           THE COURT:  Okay.  And what was the end result?  You

25   paid a fine or forfeited bond or what?

1    A JUROR:  No, it was just a fine.  I was trying to

2  look up to see what the technical paperwork was, but it wasn't

3  anything that went on a record of any kind.

4    THE COURT:  So it wasn't a problem ultimately?

5    A JUROR:  It was more like a parking ticket is what

6  it felt like.

7    THE COURT:  What year was that, 2017?

8    A JUROR:  Yeah.  I want to say 2017 or 2018, but I

9  can't remember.

10    THE COURT:  What were you doing at the time?  You

11  were still in school?

12    A JUROR:  No.  I was working, yeah.

13    THE COURT:  Okay.  There?

14    A JUROR:  I mean, I was working at my previous

15  employer, the Center for Law and Social Policy.

16    THE COURT:  Okay.  Let me see if counsel have other

17  questions.

18    (Conference held at the bench.)

19    MR. BARCLAY:  Your Honor, would you consider

20  following up with a question about given her experience,

21  whether she would be more likely to take the word of an

22  individual who claimed that they were at an event to peacefully

23  protest over -- and believe that they were authorized to be

24  there as a result of that, over the law enforcement witness

25  saying otherwise?

```
1              THE COURT:  I don't think that is a good question.
2      Is there another way you want to put it?
3              MR. BARCLAY:  Given her experience, does she identify
4      more with the individuals who claims to be protesting such that
5      she couldn't set aside her feelings and view all of the
6      evidence in sum?
7              THE COURT:  I can use a form of that.
8              MR. KIERSH:  Well, Your Honor, I object.  We don't
9      know there is going to be evidence in this record that someone
10     is going to claim they were protesting.
11             MR. BARCLAY:  I think it is core to a lot of the
12     January 6 claims that I think the idea of other rioters
13     believing they were entitled to be there will come up.  And
14     that Mr. Sullivan's claim is that he likewise had an
15     entitlement to be there not as a protester, but as a
16     journalist.  I think it is at least close enough.
17             THE COURT:  The objection to the area is sustained.
18             Any other questions anyone wants to ask?
19             MR. KIERSH:  Nothing on behalf of Mr. Sullivan.
20     Thank you.
21             MR. BARCLAY:  Nothing from for government.
22             (End of bench conference.)
23             THE COURT:  Thanks very much.
24             A JUROR:  Thank you.
25             THE COURT:  We will go to 2186.  Just a few follow-up
```

1   questions.  You or someone you know went to law school or is a

2   lawyer?

3           A JUROR:  Yes.

4           THE COURT:  Who is that?

5           A JUROR:  Can you hear me?  Is this on?

6           THE COURT:  Hold it right up to your mouth.

7           A JUROR:  My sister, ███████████████, is a

8   retired --

9           THE COURT:  You need to hold it right up to your

10  mouth.

11          A JUROR:  You still can't hear me?

12          THE COURT:  Now, I can.

13          A JUROR:  Okay.  My sister, ████████████████,

14  is a retired justice for the North Carolina Supreme Court.

15          THE COURT:  Can you connect this again over here?

16          Did you know how to do that?

17          (Pause.)

18          THE COURT:  Your sister is retired from the North

19  Carolina Supreme Court.

20          And then you or someone close to you lives or works

21  near the Capitol.

22          A JUROR:  I have a girlfriend who works for the

23  Library of Congress.

24          THE COURT:  Was she there January 6, 2021?

25          A JUROR:  She was not present.  She was supervising

1    by phone.

2              THE COURT:  Okay.  And then you saw the events on

3    live TV that day.  Where were you?

4              A JUROR:  I was at my home on 16th Street.

5              THE COURT:  Watching from home.  Okay.  Where do you

6    work?

7              A JUROR:  I am the library director in Alexandria,

8    Virginia.

9              THE COURT:  Were you at work or at home that day?

10             A JUROR:  I was at home.

11             THE COURT:  Working at home.

12             A JUROR:  Yes.

13             THE COURT:  And then you saw it on TV?

14             A JUROR:  Yes.

15             THE COURT:  And then I want to ask you a little bit

16   more about what you saw that day and how much news coverage you

17   have had since then that you have followed since then.  But

18   tell me a little more about what you saw that day.

19             A JUROR:  I was watching it on television pretty much

20   as things were unfolding.

21             I was on the phone with my girlfriend because she had

22   staff at the Library of Congress who had requested that they be

23   allowed to leave and then they were put on lockdown.

24             THE COURT:  Right.

25             A JUROR:  So I was just sort of talking to her off

1    and on and following what things were taking place on the TV.

2              THE COURT:  Okay.  And then eventually they -- was

3    she in the library building itself or was she in the Madison

4    Building?

5              A JUROR:  She was working remotely from home.  She

6    was getting --

7              THE COURT:  She was at home?

8              A JUROR:  She was getting updates from her staff who

9    were in the building.

10             THE COURT:  And they were in the library?

11             A JUROR:  They were.

12             THE COURT:  And they were locked down for a while

13   even though they weren't in the Capitol itself?

14             A JUROR:  Correct.

15             THE COURT:  And then they eventually were sent home?

16             A JUROR:  Correct.

17             THE COURT:  You were talking to her during that time?

18             A JUROR:  Yes.

19             THE COURT:  And then after that day and that

20   experience that day, then did you have any other direct or

21   indirect connection to the events from that day?

22             A JUROR:  I came down to downtown I guess the

23   following weekend.  There was still barricades or whatever in

24   place.  And other than that, because when you live in DC, you

25   just kind of try and tune a lot of the news out.  So after

1    that, I wasn't paying a lot of attention anymore.

2            THE COURT:  Okay.  In terms of how you followed it

3    since then, how much have you followed in the news since then?

4            A JUROR:  Truthfully, I tend not to watch TV.  The

5    news when you live here, it is -- there is always something.

6    And so I --

7            THE COURT:  If you are like my wife, you say it is

8    all bad; right?

9            A JUROR:  I watch Netflix and Prime.  You get tired

10   of hearing negative stuff play out.

11           THE COURT:  Okay.  To the extent you have seen the

12   coverage, would that have any affect on your ability to be a

13   fair juror in this case, do you think?

14           A JUROR:  I have to admit I don't know anything about

15   this particular case, so, yeah, probably.

16           THE COURT:  It would not have any affect?

17           A JUROR:  It wouldn't have any affect.

18           THE COURT:  You did on the questionnaire not answer

19   either way, one question about that in the question -- let me

20   rephrase it this way.  As we start this trial, I am going to

21   instruct the jury at the end.  But I will tell you at the

22   beginning, we start the trial with the presumption that the

23   defendant is innocent.  We don't know and you don't know what

24   the defendant, if anything, did that day.

25           A JUROR:  Right.

1          THE COURT:  The government has to come in with

2    evidence and prove it.  They have got to prove it in the

3    courtroom with the evidence.  They will have videotapes.  They

4    will have witnesses and evidence, so it has to be done in your

5    presence in this courtroom.  So the question at the end will be

6    can you fairly and impartially decide whether he did what the

7    government said and whether he committed a crime that day at

8    the Capitol.  Any reason you couldn't do that fairly and

9    impartially, setting side whatever you saw that day or heard

10   about that day, just setting all of that aside and just decide

11   this case based on what happens in this courtroom over the next

12   week?

13          A JUROR:  I think I could, yes.

14          THE COURT:  And you think you could do that fairly

15   and impartially?

16          A JUROR:  Yes.

17          THE COURT:  I mean, you don't know him from Adam.

18          A JUROR:  I don't know him.

19          THE COURT:  You don't know what the government can

20   prove.

21          A JUROR:  That is right.

22          THE COURT:  No reason you couldn't be fair about

23   deciding whether they really proved their case or not; right?

24          A JUROR:  Right.

25          THE COURT:  Okay.  Is that fair?

1        A JUROR:  That is fair, yes.

2        THE COURT:  And if you were sitting over at his

3   table -- this is a tough question.  Would you want somebody

4   like you sitting in that chair?

5        A JUROR:  Probably.  I am a rule follower.  I believe

6   in the system, given history and the genealogy research I do.

7   So I think you would want someone like me, yes.

8        THE COURT:  Okay.  That is a tough question --

9        A JUROR:  It is.

10        THE COURT:  -- when you think about it.

11        A JUROR:  But I know me.  I am a librarian.  I deal

12   in facts.  I like research.  And, like I said, historically

13   being a minority, you have got to rely on the system and trust

14   it.  So it requires people who are going to play by the rules.

15        THE COURT:  I like your answer.

16        A JUROR:  Thank you.

17        THE COURT:  I am probably not supposed to say that.

18   Tell me about your -- do you have a partner or spouse?

19        A JUROR:  I do have a spouse.

20        THE COURT:  And does he work?

21        A JUROR:  My husband is an IT person here in the

22   city.

23        THE COURT:  Who does he work for?

24        A JUROR:  He is working for the District, DC

25   Government right now.

1          THE COURT:  What part of DC does he work for?

2          A JUROR:  It is the IT.

3          THE COURT:  What agency, do you know?

4          A JUROR:  So he is assigned right now, because they

5    rotate them.  So he is assigned right now to Human Services, I

6    think.

7          THE COURT:  To what?

8          A JUROR:  To the Department of Human Services helping

9    with their computers.

10         THE COURT:  Okay.  You have children?

11         A JUROR:  I have one daughter.

12         THE COURT:  How old is she?

13         A JUROR:  She is 22.  She is attending the University

14   of Richmond on a track scholarship.

15         THE COURT:  What is your educational background?

16         A JUROR:  I have a bachelor and a master's degree

17   from the University of North Carolina, Chapel Hill.

18         THE COURT:  Okay.  How long have you lived in DC?

19         A JUROR:  Since 1985.

20         THE COURT:  Okay.  Just a while.  Let me see if

21   counsel have other questions.

22         (Conference held at the bench.)

23         MR. BARCLAY:  Your Honor, the government requests

24   that you inquire as to her jury service.  She answered yes to

25   question 19.

 1                    THE COURT:  Okay.

 2                    MR. KIERSH:  No questions.

 3                    (End of bench conference.)

 4                    THE COURT:  You were on a jury one time before?

 5                    A JUROR:  I have been on two District for DC.

 6                    THE COURT:  Okay.

 7                    A JUROR:  And one for superior, I think.

 8                    THE COURT:  Two in this court?

 9                    A JUROR:  No.  No.  No.  Over --

10                    THE COURT:  Across the street?

11                    A JUROR:  Yes.

12                    THE COURT:  Okay.  What was the most recent?

13                    A JUROR:  It has been before COVID, so it has been

14       maybe three or four years.

15                    THE COURT:  What kind of case was your most recent?

16                    A JUROR:  It was related to, I want to say, domestic

17       violence.

18                    THE COURT:  Okay.  And the jury reached a verdict?

19                    A JUROR:  Actually, they did not.

20                    THE COURT:  How long did that case go?

21                    A JUROR:  For the full five days.

22                    THE COURT:  Okay.  Anything about that experience

23       have any effect on whether you could be a fair juror here?

24                    A JUROR:  No.

25                    THE COURT:  Okay.  And what kind of case do you have

1   before that one?

2           A JUROR:  That one was drugs.

3           THE COURT:  Okay.  And the jury reached a verdict in

4   that one?

5           A JUROR:  They did.

6           THE COURT:  How long did that one last?

7           A JUROR:  About three days.

8           THE COURT:  Okay.  And those are the only two or was

9   there another one?

10          A JUROR:  The other, they came to an agreement before

11  we were seated.

12          THE COURT:  Okay.  Thank you very much.

13          A JUROR:  Absolutely.

14          THE COURT:  We'll go to 2026.  Just a few follow-up

15  questions.  You or a family member or friend studied journalism

16  or did print or media work?

17          A JUROR:  I'm sorry.  I don't mean to laugh, but

18  don't tell my husband I thought he majored in journalism in

19  college.  And I backwardly asked him last night and I was told

20  that he did not, so I would undo that X.

21          THE COURT:  Okay.  What did he end up doing?

22          A JUROR:  It was political science.

23          THE COURT:  So was he offended?

24          A JUROR:  I didn't tell him why I was asking.

25          THE COURT:  Okay.  You or anyone close to you live at

1    or work near the Capitol.  What did you have in mind on that

2    one?

3                   A JUROR:  Yes.  I have friends who lived just on East

4    Capitol a couple of blocks away.  They were not home on that

5    day.  They proactively left down.  And I have myself been a US

6    Senate staffer.  And my husband was a Senate staffer for 17

7    years, so we knew people in and around the neighborhood that

8    day.

9                   THE COURT:  Okay.  And then you said on one question,

10   that you have such strong feelings about the events that it

11   might be difficult for you to be a fair and impartial juror.

12   So tell me a little more about that.

13                  A JUROR:  I would think I would say that question

14   with a caveat.  The reason I checked that box is because I felt

15   you had asked the question, did myself or anybody in my

16   immediate family presently work in the Capitol or on the

17   grounds?

18                  THE COURT:  Right.

19                  A JUROR:  I felt it was important and to disclose

20   that I myself spent much of my 20s as a Senate staffer.  I have

21   walked those halls.  My husband spent 17 years working in the

22   US Senate.  Very similarly, his boss was on the Senate floor

23   that day.  So it is a very personal thing to me.  It was my

24   home for many, many years, many people I consider family.  So I

25   did -- that was a tough day for me personally, because it was

1   a -- it kind of hit a little bit closer to home than maybe for

2   others.  And just, frankly, felt like it was an attack on

3   democracy from the moment we -- it started happening.  The

4   caveat I would add to that -- and so I checked X to that, a yes

5   to that because I felt it was important to disclose that.

6          I don't know that I would have trouble being fair and

7   honest in, you know, being a juror.  I think it is the same

8   thing that was -- the same principles were attacked that day,

9   are the same reasons that anybody who comes into this court has

10  a right to a trial and an unbiased trial.  So I think it as a

11  public -- as my history as a public servant, as a citizen, it

12  would be -- it would be something I don't believe I would have

13  a problem being fair and just.

14          THE COURT:  What do you do now?

15          A JUROR:  I have been a stay-at-home parent for the

16  last few years, harder than any other job.

17          THE COURT:  Okay.  What did you do when you were

18  working at the Senate?

19          A JUROR:  I was a press person for a US senator from

20  Iowa and have been a communications person, not on the

21  journalism side, but on the PR side my entire career.

22          THE COURT:  Right.  Did you work for Senator Grassley

23  or for the --

24          A JUROR:  I worked for Senator Harkin.

25          THE COURT:  How long did you do that?

1          A JUROR:  Probably on and off between 1998 and 2017

2     with a two-year break somewhere in there.

3          THE COURT:  Okay.  Who did your husband work for?

4          A JUROR:  My husband worked for Senator Kennedy for a

5     couple of years and then the majority of his career he worked

6     for Senator Patty Murray from Washington state.

7          THE COURT:  Pretty bipartisan.

8          A JUROR:  I am a registered democrat.  I have worked

9     for both republicans and democrats though.  I worked for

10    Secretary LaHood, although in a democratic administration,

11    during the Obama administration, who actually is a deep part of

12    my upbringing in my profession as well.  Because he emphasized

13    bipartisanship.  I learned a lot from him through those years.

14    He emphasized civility and discourse.  So I have had the

15    benefit of working for people who are on both sides of the

16    aisle.

17         THE COURT:  Where were you January 2021?

18         A JUROR:  That day, I was -- we were -- I had

19    already -- had just recently left my job, so I was running

20    errands with my daughter that morning.  I got into the car and

21    turned on NPR, not aware that anything had been happening, I

22    believe when I turned on NPR that day the shooting had just

23    happened.  I drove home.  And then we were in front of the TV

24    the majority of that day.

25         THE COURT:  And where was your husband?

1          A JUROR:  He was working from home that time so he

2   was no longer in the senate.

3          THE COURT:  He had already left the senate by then?

4          A JUROR:  Yes.

5          THE COURT:  Where was he working then?

6          A JUROR:  He was working at Precision Strategies

7   doing political communications.

8          THE COURT:  Okay.  Now, did you talk to anybody at

9   that time that was still working there that day or in those

10  days?

11         A JUROR:  No.

12         THE COURT:  Okay.  And let me look at these other

13  questions that are related to -- make sure I will cover them.

14         So any direct or indirect connection at the events

15  other than what we have talked about?

16         A JUROR:  No, sir.

17         THE COURT:  And then and to what extent have you

18  followed the news since then?

19         A JUROR:  I would say --

20         THE COURT:  I guess I need to first ask, what is your

21  normal news outlets?  What do you follow usually?

22         A JUROR:  Normal news outlets for me, I start my day

23  with "The Washington Post" and "The New York Times."

24         THE COURT:  That is online?

25         A JUROR:  Yeah, online.  And I listen to NPR in the

1    car if I am driving in the morning particularly.  And I can't

2    say that I have the TV on that much anymore.  But if it is, it

3    is -- I also being a press person grew up, I keep saying grew

4    up -- grew up in my professional career, having multiple

5    channels on, because that was how you functioned.  And you

6    needed to hear what was happening on different channels and the

7    varying different degrees of discourse that occurred on those

8    channels.  I flip around a lot.  I think probably the first

9    place I start is with CNN.

10            THE COURT:  Okay.  Would you say that you -- you said

11   yes to this, you or immediate family, close friends directly

12   affected by events at the Capitol?

13            A JUROR:  My husband's former boss who we always

14   referred to as Senator Patty was on the floor that morning.

15            THE COURT:  Okay.  Did he talk to her about that?

16            A JUROR:  I believe he had conversations with her.  I

17   was not privy to those.

18            THE COURT:  All right.  Your senator had already gone

19   back to Iowa?

20            A JUROR:  He had retired, yes.

21            THE COURT:  I am going to instruct the jury as we

22   start the trial, of course, and you will hear this at the

23   end -- as we start the trial, we presume the defendant is

24   innocent.  You don't know what the defendant did, if anything,

25   that day.  The government has to come in court and prove in

```
1    this courtroom with witnesses.  And they'll have videos and
2    witnesses and try to prove that he did something that violated
3    the law.  And it would be your job as a member of the jury to
4    decide if they really proved that he violated the law that day.
5    You think that would be hard for you with your -- can you set
6    aside all of this prior exposure to what happened that day or
7    do you think that would be hard for you to do in light of
8    having seen part of it live that day, that would be harder for
9    you to do or how do you look at that?  What is the really fair
10   way to think about that?
11           A JUROR:  Yeah.  And I completely understand that
12   question.  I think any juror would have to make that decision
13   based on what they see and hear and learn in this courtroom and
14   that is it.  And I have thought about that a lot over the last
15   24 hours, since first coming into your courtroom.  And I
16   believe the answer would be, yes, that I could do that.
17           THE COURT:  That you think you could do it?
18           A JUROR:  Yes, sir.
19           THE COURT:  The hardest question -- if you were
20   sitting over there where he is sitting and you looked over at
21   that person sitting where you are sitting, would you want you
22   in that seat with your mindset?  Or would you think maybe you
23   would be better off with somebody else sitting there?  That is
24   the toughest one.
25           A JUROR:  That is definitely a tough question.  I
```

1    think I alluded to this earlier when I was talking about my

2    background.  I think the very things that were really tough to

3    watch that day was the attack on democracy, in my opinion.

4    But, again, I go back to the fact that every human has an

5    obligation.  And it is that very democracy that gives them a

6    right to a free trial.  And as a citizen, as someone who has

7    been a public servant and has considered it an honor to have

8    that privilege, I think you would get an objective juror in me.

9              THE COURT:  Did you serve on a jury before?

10             A JUROR:  Yes, about 20 years ago I sat on a murder

11   trial.

12             THE COURT:  In DC?

13             A JUROR:  Yes.

14             THE COURT:  And how long did that trial go?

15             A JUROR:  It lasted, if memory serves, a little bit

16   over a week.

17             THE COURT:  And the jury reached a verdict?

18             A JUROR:  The jury did reach a verdict, yes.

19             THE COURT:  Anything about that experience have any

20   affect on your ability to be a fair juror here, do you think?

21             A JUROR:  I remember one thing vividly about the

22   deliberations of that case, that there was one individual in

23   our jury who was very anxious to get the heck out of there --

24   had very, very important things to do.  And there was also a

25   juror who -- and I don't recall exactly how recently he had

```
 1    become a US citizen, but he schooled everybody on that jury
 2    that week, because he reminded everybody -- particularly all of
 3    the people who sat who might have been rushed and considered it
 4    a burden, that it actually was a privilege.  And that has
 5    always stuck with me.  And it is a privilege of our rights and
 6    our freedoms of living in this country.  And that is actually,
 7    one of the biggest things that has always stayed with me.
 8              THE COURT:  That is pretty interesting.
 9              A JUROR:  Yeah.
10              THE COURT:  So it was a good experience.
11              A JUROR:  I don't know that I would say a murder
12    trial is a good experience, Your Honor, but it was fascinating.
13              THE COURT:  As a juror.
14              A JUROR:  It was a fascinating experience that I
15    think everybody who votes in this country should have to
16    experience.
17              THE COURT:  Okay.  Let me talk to counsel.
18              (Conference held at the bench.)
19              MR. BARCLAY:  No questions from the government, Your
20    Honor.
21              MR. KIERSH:  No questions for Mr. Sullivan.
22              (End of bench conference.)
23              THE COURT:  Thank you very much.  I have just a few
24    follow up questions.  One was whether you know anyone in the
25    courtroom?
```

```
1            A JUROR:  Hi, Judge.  How are you?  I am ██████

2    ██████.  I don't know if you remember me.

3            THE COURT:  I do very well.  Do you want to tell

4    everyone else who you are?

5            A JUROR:  Hi, everybody.  I am ████████████.  My

6    real name is ████████████████.

7            THE COURT:  Tell them your background, who you are,

8    where you worked and so on, how I knew you.

9            A JUROR:  Okay.  I was the dean at UDC David A. Clark

10   school of law for 20 years.  And I --

11           THE COURT:  Pull your microphone up closer so they

12   can hear you better.

13           A JUROR:  Can you hear me?

14           THE COURT:  Yeah.

15           A JUROR:  And I taught there forever, forty-four

16   years.  And I know the judge through I guess probably the trial

17   lawyers and -- just friends generally around-town lawyers.

18           THE COURT:  So you were dean how long?

19           A JUROR:  Twenty years.  But who is counting?

20           THE COURT:  How long did you teach there?

21           A JUROR:  Since 1979 and I still teach.

22           THE COURT:  It was still Antioch when you started;

23   right?

24           A JUROR:  That is correct.

25           THE COURT:  When it became UDC Law School, were you
```

1   the first dean?

2          A JUROR:  I was the second.

3          THE COURT:  Second, okay.

4          A JUROR:  Bill Robinson was there for 10 years.

5          THE COURT:  Bill Robinson started before you?

6          A JUROR:  Yeah.

7          THE COURT:  When it was still Antioch?

8          A JUROR:  No, he started --

9          THE COURT:  It was --

10         A JUROR:  -- when it became the new DC School of Law.

11         THE COURT:  And then, so what are you doing now?

12         A JUROR:  Teaching.

13         THE COURT:  At UDC?

14         A JUROR:  Uh-huh.

15         THE COURT:  You are just no longer the dean?

16         A JUROR:  Correct.  What was I thinking?  It turns

17  out faculty get summers off.

18         THE COURT:  And how many of your faculty have become

19  judges?

20         A JUROR:  Tony Lee, a few.  And my students have

21  become judges.

22         THE COURT:  And one of her students became my

23  favorite intern, who later became my special master that I used

24  many times in many cases.  And it is still my favorite special

25  master that I still appoint in all of my overseas foreign

1    terrorist cases.  He is my special master that I use constantly

2    to this day.  And he was editor in chief and number 1 in his

3    class at UDC.

4                A JUROR:  Not that we -- he was absolutely brilliant

5    and he owned a bagel shop.

6                THE COURT:  Okay.  Get past UDC.  Let's go to your

7    questions here.

8                Any reason you couldn't be a fair and impartial juror

9    if you were seated here?

10               A JUROR:  None at all.

11               THE COURT:  They are going to be suspicious of you

12   because you taught criminal law among other things.  But you

13   could follow my instructions on the law if you were seated

14   here?

15               A JUROR:  Absolutely.

16               THE COURT:  Where were you the day all of this

17   happened?  Were you working from home or were you at UDC or

18   where were you?

19               A JUROR:  I was driving home from school and our IT

20   guy called me and said, I have got to get home, I live on

21   Capitol Hill and something is going on.  And so I went home and

22   turned on the TV and watched.

23               THE COURT:  Tell us a little bit more about that and

24   I want to follow up on how much you followed it since then.

25               A JUROR:  You know, I am an inveterate newspaper

1    reader, so I follow everything every day.  I read a lot about

2    what is going on in the world, including this.  I watched it

3    that night.  I remember calling my brother whose birthday is

4    January 6 up in our hometown of South Port Main and talking to

5    him about it.  It was pretty surprising.

6            THE COURT:  I guess, tell us a little more about how

7    you would feel about sitting on the jury here and whether your

8    exposure to all of the news coverage and that sort of thing

9    would impair your ability to be a fair and impartial juror?

10           A JUROR:  You know, I have thought a lot about it.

11   And, you know, I am a true believer in the system.  I am a true

12   believer in innocent until proven guilty.  The government has

13   the burden.  I am a true believer.  So I think I would want to

14   listen very carefully to both sides and to all of the evidence.

15   And to see if I felt like the government met their burden.

16   Sometimes they don't, sometimes they do.

17           THE COURT:  Okay.  You actually understand as well as

18   teach that we start the trial that the defendant is innocent,

19   that my instructions will say that.  The government has got to

20   come in and put evidence in this courtroom that he is guilty

21   and have evidence that you -- and you look at all of the

22   evidence in this courtroom.  They will have videos and they

23   will have witnesses.  And we don't know, you don't know

24   actually what the defendant actually did that day --

25           A JUROR:  That is right.

1      THE COURT:  -- until we see the evidence here.  Any

2  reason you couldn't really do that fairly and impartially and

3  look at that evidence, decide whether he is really guilty or

4  not guilty?

5      A JUROR:  I absolutely believe that I can do that.

6      THE COURT:  Okay.  Let's talk about other lawyers.

7  You know so many lawyers you have taught so many lawyers that I

8  can't possibly list them all.  Who would you say in that

9  question 10, how do we talk about the lawyers closest to you

10  that might have influenced you, I guess?  I don't know how to

11  go about question 10 with you.  You have educated a whole

12  career of lawyers here in DC.

13      A JUROR:  Since 1979, there were a few all over town.

14  Who has most influenced me?  Wow.

15      THE COURT:  Let's talk about the Criminal Bar.

16      A JUROR:  Okay.

17      THE COURT:  Who are the prominent Criminal Bar?

18      A JUROR:  Dave Niblack.  I don't know if you know

19  him, but he was a defense attorney who looked like an FBI

20  agent.  You know, square glasses and cared about the military.

21  But he was -- you know he taught at Georgetown when I was

22  there.  And he was just a quirky guy who was also a true

23  believer.  He really believed in the system.  And I admired him

24  for that.

25      Really, I would say my nieces.  I have two nieces who

1    lived with me while they went to law school:  The good niece

2    who went to my law school, and the bad niece who stepped over

3    my dead body to go to GW.  One of them is now a judge in family

4    court and she represented parents of abused and neglected

5    kids -- talk about unpopular clients.  And the other works for

6    Homeland Security.  And she has processed refugees all over the

7    world.  And I am very close to my nieces.  And it has been

8    wonderful seeing their journey and learning from them, through

9    their eyes, how they think about it.

10          THE COURT:  Also who do you have in law enforcement

11   that you are close friends or related to?

12          A JUROR:  I have three first cousins who were cops in

13   Boston.  And I won't tell you about the robbers in the family.

14          THE COURT:  Okay.  Ever talk about their employment

15   with the three that are cops?

16          A JUROR:  Yep.

17          THE COURT:  Tell me a little about that.

18          A JUROR:  I have to admit, I talk more about the Red

19   Sox with them, but they occasionally talk about their cases.

20   And I would say they are very hard core law enforcement.  You

21   know, they don't brook any nonsense, but I don't -- I haven't

22   talked to them about it for years, so I don't know really what

23   they are thinking now.  I don't see them much anymore.  We did

24   when we were kids.

25          THE COURT:  I think there was -- let me see.  I think

1    there is one other -- oh, about journalism, you or family

2    member or close friend.

3                A JUROR:  So there were seven girls in the next

4    generation.  One of my nieces is a 60 Minutes producer.  And

5    she worked for the senate for investigative reporting before

6    that.  So she is a real journalist, working journalist.

7                THE COURT:  Okay.

8                A JUROR:  She did the --

9                THE COURT:  Where did she do that?

10                A JUROR:  She did the Lance Armstrong --

11                THE COURT:  Where did she do that?

12                A JUROR:  In 60 Minutes in New York.  She did the

13    Lance Armstrong story.  She broke that.

14                THE COURT:  Okay.  Let me see if counsel have other

15    questions.

16                (Conference held at the bench.)

17                MR. BARCLAY:  No question from the government, Your

18    Honor.

19                MR. KIERSH:  No questions.

20                (End of bench conference.)

21                THE COURT:  Thank you very much.  We are going to try

22    to finish this this afternoon.  I hope we get this done this

23    afternoon with the selection.

24                A JUROR:  And I stay?

25                THE COURT:  Yes.

1           A JUROR:  Do I have an hour to rub over to the

2    museum?

3           THE COURT:  To where?

4           A JUROR:  To the museum across the street?

5           THE COURT:  No, because we are almost there.  We need

6    to get four more in the pool.

7           A JUROR:  Okay.

8           THE COURT:  You will be in the pool.  I hope we are

9    going to have you.  We'll have a lot to kibitz with if you end

10   up on the jury.

11          MS. LEDERER:  Your Honor, do you mind if we take a

12   comfort break?

13          THE COURT:  I'm sorry?

14          MS. LEDERER:  Do you mind if we take a comfort break?

15          THE COURT:  Yes, we can.  I think we are about to get

16   there.

17          (Recess taken at 3:11 p.m.)

18          THE COURT:  We can go to 1376.

19          Just a few follow-up questions.  So you know someone

20   in law enforcement?

21          A JUROR:  I work for the Drug Enforcement

22   Administration.

23          THE COURT:  I'm sorry?

24          A JUROR:  I work for the Drug Enforcement

25   Administration.

1          THE COURT:  Okay.

2          A JUROR:  DEA.

3          THE COURT:  How long have you been there?

4          A JUROR:  2005.

5          THE COURT:  Okay.  What is your position?

6          A JUROR:  I am a scientist.

7          THE COURT:  Okay.  Meaning you do analysis of drugs

8   or what?

9          A JUROR:  Right.  If a drug needs to be controlled,

10  scheduled, put on the Control Substances Act.

11         THE COURT:  Okay.  How long have you lived in DC?

12         A JUROR:  2010, 2009.

13         THE COURT:  Okay.  Do you have a spouse or partner?

14         A JUROR:  Partner lives with me there.

15         THE COURT:  Where do they work?

16         A JUROR:  FBI as a contractor.

17         THE COURT:  What is their position?

18         A JUROR:  Computer -- couldn't tell you the details.

19         THE COURT:  At headquarters or at the field office on

20  9th Street?

21         A JUROR:  Headquarters on 9th Street.

22         THE COURT:  And computer something?

23         A JUROR:  IT, yeah.

24         THE COURT:  Okay.  What is your spouse's educational

25  background?

```
1              A JUROR:  Just college.

2              THE COURT:  Okay.  And what is yours?

3              A JUROR:  PhD.

4              THE COURT:  Okay.  In what field?

5              A JUROR:  Pharmacology.

6              THE COURT:  Okay.  You have children?

7              A JUROR:  No.

8              THE COURT:  Okay.  And you have been at the DEA how

9    long did you say?

10             A JUROR:  2005.

11             THE COURT:  A while.

12             A JUROR:  A while, yes.

13             THE COURT:  Okay.

14             Excuse me.

15             I hope I am not getting a cold.

16             You live or work near the Capitol?

17             A JUROR:  I work -- I live near the convention

18   center.  And I work at Pentagon city so sort of -- it is in

19   Virginia, but it is still not far.

20             THE COURT:  Okay.  And anyone close to you lives or

21   works near the Capitol besides you?

22             A JUROR:  My partner, FBI, which is on 9th Street.

23             THE COURT:  Okay.  That was what you had in mind on

24   that question?

25             A JUROR:  Correct.  Yes.
```

1          THE COURT:  And on January 6 of 2021, were you

2     working that day?  Were you working at home or how did you --

3     what did you see that day?

4          A JUROR:  I don't -- I think I was home, because I

5     saw it on TV.

6          THE COURT:  You saw it on TV anyway.

7          A JUROR:  I could have been working from home, if it

8     was a work day.

9          THE COURT:  And to what extent have you followed that

10    in the news since then?

11         A JUROR:  When it comes on in the news, I listen.

12         THE COURT:  And what news coverage do you usually

13    follow?

14         A JUROR:  The local as well as MSNBC and CNN.

15         THE COURT:  Do you take "The Post"?

16         A JUROR:  "The Post"?  Only online.

17         THE COURT:  Online.  Okay.  So what local coverage

18    would you be seeing then?

19         A JUROR:  Sometimes I turn to the local channels,

20    Channel 4, Channel 5, Channel 7.

21         THE COURT:  To what extent have you been following

22    the January 6 coverage they have?

23         A JUROR:  When it is mentioned.  But I don't like

24    seek it out, but it is mentioned a lot.

25         THE COURT:  Okay.  There is a question about whether

1    you watched any videos made by or about Mr. Sullivan, Jayden X

2    or Insurgence USA, regardless of whether they relate to

3    January 6.  Do you know what you had in mind there?

4               A JUROR:  I saw videos, but I don't recall -- I don't

5    know if it included him or not so.

6               THE COURT:  What kind of video did you see that you

7    are thinking about?

8               A JUROR:  They showed him on the news a lot, MSNBC

9    during the hearings.

10              THE COURT:  And they showed what a lot?

11              A JUROR:  The clips of what happened at the Capitol.

12              THE COURT:  What clips are you talking about here?

13              A JUROR:  I think when they were doing the -- I can't

14   remember what it was.  But they showed the clips over and over

15   and over.  I don't recall if it was when they were doing the

16   hearings, the Senate was, or something.  But on the news they

17   showed it over and over and over.

18              THE COURT:  Did you watch the congressional hearings

19   then?

20              A JUROR:  Yes.  Yeah.

21              THE COURT:  Let me speak to counsel.

22              (Conference held at the bench.)

23              THE COURT:  I think if I go further into that, I am

24   going to get into what she saw.  I don't know if you all want

25   me to go into that or not.

1          MR. KIERSH:  Well, Judge, I would like to explore

2     this as fully as we can.  I would like to get as much

3     information as we can to see whether or not we are going to

4     move to strike her or not.

5          THE COURT:  Okay.

6          (End of bench conference.)

7          THE COURT:  Tell me more about what was in the clips

8     that you actually recall?

9          A JUROR:  Just the parts where they are breaking the

10    windows, attacking the Capitol Police officers and walking out,

11    things like that.

12         THE COURT:  Did you see any of the clips regarding

13    when the shooting inside the Capitol actually occurred?

14         A JUROR:  Yeah.  They focused on that on the news so

15    I saw those.

16         THE COURT:  What do you recall about those clips?

17         A JUROR:  There was a lady climbing the door and then

18    it showed her fall down.

19         THE COURT:  Okay.  And did you see those clips right

20    after that or you saw those in congressional hearings or when

21    did you see those?

22         A JUROR:  They were pretty repetitive.  I mean, they

23    were on the news a lot.  I'm not quite sure.  Maybe I saw them

24    multiple times.

25         THE COURT:  Okay.  As we start this trial, you are

1  going to be instructed in my final instructions that the

2  defendant is presumed to be innocent.  We don't know what he

3  did that day until we see the evidence.  The government has to

4  produce the evidence and the burden is on them.

5          Can you decide this case setting aside whatever you

6  have seen and read about and decide this case just on the

7  evidence you see here in this courtroom?  The government will

8  have some videos that they will put into evidence.  They will

9  have some witnesses, but the case has to be really decided on

10  what you see in this courtroom.  Any reason you couldn't do

11  that?  Or do you think your exposure to all of this other

12  information would be difficult for you to set that aside?

13          A JUROR:  I believe I could set that aside.  I don't

14  recall all of the details of what I have seen.

15          THE COURT:  You were on a jury before.  How long ago

16  was that?

17          A JUROR:  Maybe five, six years ago.

18          THE COURT:  That was across the street?

19          A JUROR:  It was a civil.  No, it was here.

20          THE COURT:  It was in this court.

21          What kind of case were you on?

22          A JUROR:  It was civil, medical care.

23          THE COURT:  How long did the trial go?

24          A JUROR:  Like a week.

25          THE COURT:  A week.  The jury reached a verdict?

```
1                    A JUROR:  Yes.

2                    THE COURT:  Anything about that experience have any

3      affect on your ability to be a fair juror here do you think?

4                    A JUROR:  No, it did not.  I mean, I saw the process

5      and how it worked for the first time.

6                    THE COURT:  Okay.  Good.

7                    I wasn't the judge I hope, was I?

8                    A JUROR:  I don't think so.

9                    THE COURT:  I think I would remember you.

10                   A JUROR:  You think so?

11                   THE COURT:  Well, you are a doctor.  I would probably

12     remember that.  I don't see too many doctors down here.

13                   Let me see if counsel have other questions.

14                   (Conference held at the bench.)

15                   MS. LEDERER:  Your Honor, the government is

16     requesting that we clarify more when she said she has known or

17     heard of Jayden X or John Sullivan.  I don't know if she knew

18     the watermark Jayden X that was on the bottom of the videos or

19     she knew that he specifically recorded a video or if she would

20     have any opinions of someone who recorded video on January 6.

21                   MR. KIERSH:  I agree.  I was going to make the same

22     request.

23                   (End of bench conference.)

24                   THE COURT:  When you talked about the Jayden X or

25     whatever video you saw, what do you remember about that?
```

```
1                    A JUROR:  The videos?

2                    THE COURT:  Yeah.

3                    A JUROR:  Just the ones where they show the overview,

4       fighting, breaking the windows, maybe a little bit in the

5       Congress room sitting, somebody in Pelosi's office.  Those are

6       the ones I can particularly recall.

7                    THE COURT:  Okay.  Let me read the wording of the

8       question.  The question that I was talking about, are you aware

9       of or watched videos by or about Mr. Sullivan, Jayden X or

10      Insurgence USA?  That is the one I am talking about.  What do

11      you remember about that?

12                   A JUROR:  I thought it was in general about the

13      insurgence.

14                   THE COURT:  That is what you were talking about?

15                   A JUROR:  Yes.

16                   THE COURT:  It was about January 6?

17                   A JUROR:  Yes.

18                   THE COURT:  The way you recall it?

19                   A JUROR:  Yes.

20                   THE COURT:  And do you recall Mr. Sullivan from that?

21                   A JUROR:  No, I don't recall him.

22                   THE COURT:  Okay.  Thank you very much.

23                   All right.  We will go to 1210.

24                   Just a few follow-up questions.  You thought you knew

25      someone else on the jury panel?
```

```
1              A JUROR:  I thought so.  I saw somebody who I think

2    is a parent at the same school my son used to go.

3              THE COURT:  Okay.  Did you know the jury number of

4    that person?

5              A JUROR:  No.

6              THE COURT:  Okay.  Let me ask you a few questions

7    about your background.  Where do you work?

8              A JUROR:  I work at the World Bank.

9              THE COURT:  The World Bank.  Okay.  How long have you

10   been there?

11             A JUROR:  What is that?

12             THE COURT:  How long have you been there?

13             A JUROR:  Since 2000, a long time.

14             THE COURT:  Okay.  Just a short time.  How long have

15   you lived in DC?

16             A JUROR:  I first moved to DC in 1999.  And then my

17   job sent me overseas, so I lived overseas with my family

18   between 2008 and 2018, so we returned to DC in 2018.

19             THE COURT:  Okay.  What is your educational

20   background?

21             A JUROR:  I have a PhD in economics.

22             THE COURT:  Okay.  And you have a spouse or partner?

23             A JUROR:  Yes.  I am married.  I have a husband.

24             THE COURT:  What does your husband do?

25             A JUROR:  He is also at the World Bank.
```

1          THE COURT:  He is an economist also?

2          A JUROR:  He is also an economist, yes.

3          THE COURT:  And do you have children?

4          A JUROR:  We have one 16-year-old boy, yes.

5          THE COURT:  Ten years old?

6          A JUROR:  He is in school, right.  He is --

7          THE COURT:  Sixteen years old.  Okay.

8          A JUROR:  Sixteen, yes.  He was born in the US in

9   Sibley.

10          THE COURT:  Now in our -- what is your educational

11  background?  You went to where to school?

12          A JUROR:  I did my PhD at the University of North

13  Carolina in Chapel Hill.  And I studied economics.  And all of

14  my prior education was done in the country where I was born,

15  which is Russia.

16          THE COURT:  Okay.  As we start this trial -- and I

17  will give you these instructions at the end of the trial.  We

18  presume the defendant is innocent.  The burden is on the

19  government to come in and show evidence in this courtroom of

20  what happened.  Were you -- where were you in November 6, 2021,

21  [sic] were you not here or were you in town that day?

22          A JUROR:  I think I was here.

23          THE COURT:  Okay.  How much have you followed the

24  events from that time period or the following news or whatever

25  from that time period?

```
1              A JUROR:  Honestly, not that much.  I mean, I should

2      be following domestic politics more, but I am following

3      international politics more, because of my work and also, you

4      know, because of where I am coming from.  I mean, I am not

5      unaware of the events.

6              THE COURT:  It is not something you are closely

7      following?

8              A JUROR:  No.

9              THE COURT:  If you are seated on the jury, would you

10     be able to decide this case just on the evidence you heard here

11     in this courtroom?  That is what I am concerned about, that you

12     not think about whatever news coverage there has been and you

13     do it just on the evidence you hear here at this trial.  There

14     will be witnesses here.  And there will be videotapes here, but

15     that will be the evidence for the jury to decide the case from.

16     Have any problem with doing that just on the evidence here in

17     this courtroom?

18             A JUROR:  I have no problems doing that.

19             THE COURT:  Any reason you couldn't be fair and

20     impartial if you were seated on this jury?

21             A JUROR:  Any reason I could not be?

22             THE COURT:  Any reason you couldn't be fair and

23     impartial?

24             A JUROR:  Couldn't be?  Not to the best of my

25     knowledge.
```

1          THE COURT:  Okay.  You don't know anything about what

2     this person did or didn't do that day?

3          A JUROR:  No.  And I was very particular yesterday

4     not to check, you know, the names of anything.  I just thought

5     that is the right thing to do, so I didn't.

6          THE COURT:  Can I speak to counsel?

7          (Conference held at the bench.)

8          MS. LEDERER:  Nothing from the government.

9          MR. KIERSH:  No follow up.

10         (End of bench conference.)

11         THE COURT:  Thank you very much.

12         I just have a few follow-up questions.  You know

13    someone in law enforcement?

14         A JUROR:  Sure.  I work for the District of Columbia

15    Office of Inspector General, so we do criminal investigations.

16         THE COURT:  Any criminal stuff you have done?

17         A JUROR:  My team does.  We support criminal

18    investigations of fraud within the District Government.

19         THE COURT:  Okay.  How long have you been there?

20         A JUROR:  I been with the DC OIG for five years.

21         THE COURT:  Tell me about your educational

22    background.

23         A JUROR:  I went to the George Washington University

24    and studied international affairs where I got my bachelor

25    degree.

1          THE COURT:  How long have you lived in DC?

2          A JUROR:  I came in 2005, lived in Virginia for a

3     couple of years and lived in the District since 2009, I think.

4          THE COURT:  Do you have a spouse or partner?

5          A JUROR:  Yes.  I am married.

6          THE COURT:  What does your spouse do?

7          A JUROR:  She works for the Smithsonian doing website

8     work.

9          THE COURT:  What is her educational background?

10         A JUROR:  She went to art school at the Maryland

11    Institute College of Art.

12         THE COURT:  Where is your IG office?

13         A JUROR:  I'm sorry?

14         THE COURT:  Where is your IG office?

15         A JUROR:  It is at 100 M Street Southeast, so at Navy

16    Yard.

17         THE COURT:  Okay.  But you all can -- you could be

18    doing these fraud investigations in any agency, I take it, in

19    DC?

20         A JUROR:  Correct.  Anywhere in the District, yes.

21         THE COURT:  What did you do before the IG?

22         A JUROR:  I worked for a federal agency called the

23    Recovery Accountability and Transparency Board, similar type

24    work on fraud within the federal government for the Recovery

25    Act.

1          THE COURT:  Okay.  What is that agency?  I can't

2    remember that one.

3          A JUROR:  It doesn't exist anymore.  The Recovery

4    Accountability and Transparency Board.  It was created in 2008

5    as part of the Recovery Act.  We were overseeing the $800

6    billion from the 2008 stimulus spending.

7          THE COURT:  It sounds good.

8          A JUROR:  But it closed in 2015 so --

9          THE COURT:  I haven't even heard of it.  Okay.

10         Do you know some lawyers who studied law?

11         A JUROR:  Yes.

12         THE COURT:  Tell us about those.

13         A JUROR:  So we have lawyers that work for our

14   agency.  I also have some friends who were immigration lawyers.

15         THE COURT:  Any close friends there?

16         A JUROR:  Immigration lawyers, yes.  Not criminal

17   lawyers.

18         THE COURT:  Any of them do criminal work?

19         A JUROR:  No.

20         THE COURT:  Okay.  The January 6 date, were you at

21   work or were you working from home?

22         A JUROR:  I was working from home.

23         THE COURT:  Working from home.  And then you got to

24   look at the phone?

25         A JUROR:  Yes, that is correct.

1          THE COURT:  Where do you live?

2          A JUROR:  I live near Fort Totten, Michigan Park.

3          THE COURT:  Tell us about that day then.

4          A JUROR:  I mean, I was teleworking from home.  I

5    usually watch the news, because I like to pay attention to it

6    for work.  And then I think the -- there started to be some

7    reporting on -- I don't know which network I was watching it

8    on, to be honest.  So I kind of watched the events as they were

9    happening on CNN or MSNBC.

10         THE COURT:  To what extent have you followed in the

11   news those events since then?  And tell me what your normal

12   news outlets are.

13         A JUROR:  Normal news -- the battery is blinking.  I

14   don't know if that is --

15         THE COURTROOM DEPUTY:  It is a new one, but I will

16   see if it works.

17         A JUROR:  Could you ask the question again, please?

18         THE COURT:  To what extent you follow the news and

19   tell me about your normal news outlets.  And you were starting

20   to tell me your --

21         A JUROR:  When I was watching cable news, I watched

22   CNN and MSNBC generally.  "Washington Post" for national

23   coverage as well.  As far as following the events of any of the

24   events of January 6, I know the trials are happening and know

25   there have been some convictions.  But I haven't followed any

1     of them particularly closely.

2           THE COURT:  Did you watch any of the congressional

3     investigations on TV?

4           A JUROR:  Yes, I did.

5           THE COURT:  How much of that did you watch?

6           A JUROR:  The first couple, not all of them.

7           THE COURT:  You did answer on the questionnaire that

8     you could set that aside and decide this case just on the

9     evidence here at the trial.  I want to go through that a little

10    more with you.

11          A JUROR:  Okay.

12          THE COURT:  In other words, I will give you an

13    instruction at the end that as we start this trial, of course,

14    we presume the defendant -- and I will tell the jury this at

15    the end too.  We presume the defendant is innocent.  The

16    government has to come in and prove with the evidence in this

17    courtroom that he is guilty.  They have to show what he did.

18    You don't know what he did.  And I don't know what he did that

19    day.  They have got to come in and prove what he did that day

20    violated the law.  I will give you instructions about what the

21    law applies.  They will have to have evidence with witnesses in

22    this courtroom.  They will have videos and they will have

23    witnesses.  But at the end of that, the question is can you

24    really fairly and impartially decide the case based on that

25    evidence and set aside all of this -- whatever exposure you

1   have had to reading about it or seeing it on TV that day and

2   decide this case just on the evidence in this courtroom?  Do

3   you think you can do that fairly and impartially?

4               A JUROR:  Yes, I believe I can.

5               THE COURT:  You don't have any problem about that?

6               A JUROR:  No.

7               THE COURT:  And I guess without any difficulty with

8   that, if you were seated at the defendant's table and you had

9   to look over and see the person sitting in your seat, would you

10  be comfortable with the mindset of that person sitting in your

11  seat if you were seated?

12              A JUROR:  I think so.

13              THE COURT:  That you would get a fair trial?

14              A JUROR:  Yes.

15              THE COURT:  That is the bottom-line question.

16              A JUROR:  Absolutely.

17              THE COURT:  And you think you can give him a fair

18  trial?

19              A JUROR:  Yes, I do.

20              THE COURT:  Okay.  Let me see if counsel have other

21  questions.

22              (Conference held at the bench.)

23              MS. LEDERER:  Not from the government, Your Honor.

24              MR. KIERSH:  No questions.  Thank you.

25              (End of bench conference.)

```
1              THE COURT:  Thank you very much.

2              Let me propose to counsel that we set aside 243 for

3     doing later, since it is problematic how long it would take.

4     We have got some we can speed through, if there is no

5     objection.  We just defer questioning of 243 and go on to 920.

6              MR. KIERSH:  That is fine.

7              MS. LEDERER:  That is fine, Your Honor.

8              THE COURT:  I think it will take more than a few

9     minutes to get through all of the checks.  We'll go to 920,

10    defer 243.

11             Just a few follow-up questions.  You or someone you

12    know is a lawyer?

13             A JUROR:  Yes, my husband.

14             THE COURT:  What does he do?

15             A JUROR:  He is general counsel for his law firm,

16    before then, a securities litigator.

17             THE COURT:  Okay.  And what is the firm?

18             A JUROR:  Foley and Lardner.

19             THE COURT:  Has he ever done any criminal practice,

20    do you know?

21             A JUROR:  No.

22             THE COURT:  And what is your -- are you working?

23             A JUROR:  Yes.

24             THE COURT:  What do you do?

25             A JUROR:  I am a school administrator.
```

```
1                    THE COURT:  Where do you work?

2                    A JUROR:  Georgetown Visitation.  I am the head of

3       school for Georgetown Visitation.

4                    THE COURT:  How long have you been there?

5                    A JUROR:  This is my fifth year.

6                    THE COURT:  Okay.  How long have you lived in DC?

7                    A JUROR:  Five years.  I lived here previously, but I

8       returned and have been here for five years.

9                    THE COURT:  Okay.  Do you have children?

10                   A JUROR:  Yes.  Four.

11                   THE COURT:  How old are they?

12                   A JUROR:  Twenty-seven -- wait.  Twenty-eight, 26, 24

13      and 20.

14                   THE COURT:  Wow.  Okay.  What was your educational

15      background?

16                   A JUROR:  I have a -- my last degree, I have a

17      doctorate in education.

18                   THE COURT:  Okay.  Where is that from?

19                   A JUROR:  George Washington University.

20                   THE COURT:  Naturally.

21                   A JUROR:  Yes.

22                   THE COURT:  Just a few other follow-ups.  You were on

23      a jury before?

24                   A JUROR:  Yes.  But in DC once and in Annapolis when

25      we lived in Maryland.
```

1          THE COURT:  Tell me about the one in DC.  How long --
2    about how long ago was that?
3          A JUROR:  It was a long time.  I can't remember the
4    details.  I'm not quite sure.
5          THE COURT:  What was the other one, in Maryland?
6          A JUROR:  The other one was a misdemeanor, sort of a
7    hit-and-run kind of situation.
8          THE COURT:  The jury reach a verdict in that one?
9          A JUROR:  On -- I believe definitely the one in DC.
10   I can't remember what the outcome was in Annapolis.  It was a
11   long time ago.
12         THE COURT:  Anything about either of those
13   experiences have any affect on your ability to be a fair juror
14   here, do you think?
15         A JUROR:  No, absolutely not.
16         THE COURT:  On January 6, were you working that day?
17         A JUROR:  I was.  But I was working from home at the
18   time, yes.
19         THE COURT:  And then it came to your attention to
20   look at the TV, I take it?
21         A JUROR:  It was actually on in the background
22   without sound.  And it caught my eye.  And then I was -- I
23   continued working but I was watching.  It was in the
24   background.
25         THE COURT:  Tell us a little about that day and then

1    what following exposure you have had to news about it since

2    then.

3              A JUROR:  Well, certainly I was -- after that

4    occurred, I was following the news.  And so exposure would be

5    just reading the newspaper, watching a TV show, anything like

6    that.

7              THE COURT:  Right.  You take "The Post"?

8              A JUROR:  "The Washington Post"?

9              THE COURT:  Uh-huh.

10             A JUROR:  Yes.

11             THE COURT:  And then what is your other news outlets

12   you usually follow?

13             A JUROR:  Usually CNN.

14             THE COURT:  And then the -- did you watch any of the

15   congressional hearings about this?

16             A JUROR:  I did.  But, you know, on and off probably

17   more highlights than the actual hearings themselves.

18             THE COURT:  Right.  Okay.  And then if you were

19   seated on the jury, would you have any problem with setting all

20   of that aside and deciding this case just on the evidence you

21   heard here at the trial?

22             A JUROR:  I don't believe so.  In the many roles that

23   I have played as an educator and school leader, I have had to

24   listen to multiple sides of stories and make decisions based on

25   what is presented.

1          THE COURT:  And that is what you are used to doing

2    anyway?

3          A JUROR:  I am used to doing, yes.

4          THE COURT:  I am going to say in my final instruction

5    what I will talk to you now about a little is and that as we

6    start the trial, we presume the defendant is innocent.  The

7    government has to come in and have evidence presented in this

8    courtroom with -- they will have some videos.  And they will

9    have witnesses that they have to present in this courtroom that

10   shows what he really did that day.  You don't know and I don't

11   know what he did that day yet.  And but we'll have evidence.

12   And at the end, I want to have a jury that really can decide

13   fairly and impartially whether setting side whatever they have

14   read or heard about this case, just decide on the evidence

15   presented in this courtroom.  Any reason you can't do that

16   fairly and impartially?

17         A JUROR:  No.

18         THE COURT:  You could be a good juror here?

19         A JUROR:  I believe so.

20         THE COURT:  Let me see if counsel -- you had one

21   other I didn't ask about.  Twelve was someone in your family or

22   friend, convicted or charged with a crime.

23         A JUROR:  Yes.  Many, many years ago, an older

24   brother, drug possession.  He has been deceased for 35 years.

25         THE COURT:  Okay.  And was that here in DC?

1    A JUROR:  No.  It was when we were living -- growing

2    up in New Jersey.

3    THE COURT:  From what you know, and I know you may

4    not know all of the facts, was he fairly treated by the

5    criminal justice system?

6    A JUROR:  I believe so.  I never heard any

7    differently.  I was younger, but I never heard any differently.

8    THE COURT:  All right.  Let me talk to counsel.

9    (Conference held at the bench.)

10    MS. LEDERER:  Nothing for the government, Your Honor.

11    MR. KIERSH:  Nothing for Mr. Sullivan.

12    (End of bench conference.)

13    THE COURT:  Thank you very much.

14    We'll go to 856.  We are going to have a very

15    educated jury here.  Unless you strike all of the doctorates we

16    are going to have some doctorates on this jury.

17    MS. LEDERER:  I think we would run out of strikes.

18    THE COURT:  I have just a few follow-up questions.

19    You or someone you know studied or practiced law?

20    A JUROR:  Yes.

21    THE COURT:  Who was that?

22    A JUROR:  My uncle.

23    THE COURT:  What does he do?

24    A JUROR:  He is a patent attorney.

25    THE COURT:  Where is that?

1              A JUROR:  Michigan.

2              THE COURT:  Okay.  Ever do any criminal practice, do

3    you know?

4              A JUROR:  Not to my knowledge.

5              THE COURT:  Okay.  And then you or a family member or

6    friend, victim of or witness to a crime.  What did you have in

7    mind there?

8              A JUROR:  My sister and I both have been victims of

9    property crime, just petty theft.  And I have a friend who had

10   a family member murdered sometime before I knew her.

11             THE COURT:  Okay.  Where was the murder?

12             A JUROR:  I believe in Maryland.

13             THE COURT:  Okay.  Anyone apprehended in that, do you

14   know?

15             A JUROR:  Yes.

16             THE COURT:  Okay.  From what you know and I know you

17   may not know all of the facts, was that properly handled by the

18   criminal justice system?

19             A JUROR:  I know it went to trial.  I don't know

20   anything about the details.

21             THE COURT:  Okay.  In the property crimes, any

22   problems with how those were handled by the -- properly handled

23   by the police and all of that sort of thing, no hard feelings

24   about any of that?

25             A JUROR:  No.  No.

1          THE COURT:  Anybody ever apprehended, do you know?

2          A JUROR:  I don't think so.

3          THE COURT:  Not unusual?

4          A JUROR:  No.

5          THE COURT:  You served on a jury before.  Where was

6     that?

7          A JUROR:  That was here.

8          THE COURT:  In this court?

9          A JUROR:  Yeah.

10         THE COURT:  What kind of case?

11         A JUROR:  Illegal -- it was a criminal case.  Illegal

12    possession of firearm by a felon.

13         THE COURT:  How long did that trial go?

14         A JUROR:  I think maybe three days and then

15    deliberations.

16         THE COURT:  Okay.  And the jury reached a verdict?

17         A JUROR:  They did.

18         THE COURT:  Anything about that experience have any

19    affect on your ability to be a fair juror?

20         A JUROR:  No.

21         THE COURT:  To what extent have -- where were you on

22    January 6, 2021.  You were in town or not?

23         A JUROR:  I was in town.  I was working.

24         THE COURT:  So you were at work that day?

25         A JUROR:  I was.

1          THE COURT:  Then what happened?  How did that come to

2    your attention that day?

3          A JUROR:  I work in a hospital, so it -- it was sort

4    of -- I can't remember if it was an email from work or through

5    a coworker to let us know it was happening and then carried on.

6          THE COURT:  Okay.  Well, let me go back to that and

7    then I will come back to January 6.  Where do you work?

8          A JUROR:  At GW Hospital.

9          THE COURT:  Okay.  What do you do?

10          A JUROR:  I am an occupational therapist.

11          THE COURT:  What is your educational background?

12          A JUROR:  I have a master's degree.

13          THE COURT:  Okay.  How long have you been there?

14          A JUROR:  I have been there six years.

15          THE COURT:  Okay.  And how long have you lived in DC?

16          A JUROR:  The same.

17          THE COURT:  Okay.  You have a spouse or partner?

18          A JUROR:  I do not.

19          THE COURT:  Okay.  And then after that day, to what

20    extent have you followed the news events about the whole

21    January 6?

22          A JUROR:  Certainly I have been aware of it just

23    because it is always in the news.

24          THE COURT:  Do you take "The Post"?

25          A JUROR:  Say that again?

1      THE COURT:  Do you take "The Washington Post"?

2      A JUROR:  I don't subscribe to it but --

3      THE COURT:  But you look at it online?

4      A JUROR:  I look at it from time to time.  So it sort

5  of -- like environmental awareness of it.  You know, some

6  things that caught my eye maybe I read more into, but I haven't

7  been like seeking out deep analysis or anything of the events.

8      THE COURT:  To what extent have you watched on TV or

9  anything like that?

10      A JUROR:  I mean, I have certainly seen some of the

11  footage of the day.  And I think otherwise what I have watched

12  on TV is just whatever comes across on news shows that I might

13  have on.

14      THE COURT:  Okay.  What is your normal news outlets

15  then?

16      A JUROR:  I would say mostly like NPR and then

17  whatever the local news channel is, like ABC or CBS at Night.

18      THE COURT:  Okay.  There was a question about whether

19  you could set that aside and decide this case just on the

20  evidence here at the trial.  I want to go through that a little

21  with you.

22      A JUROR:  Sure.

23      THE COURT:  I am going to give you an instruction at

24  the end if you are on the jury that as we start the trial, we

25  presume the defendant is innocent.  The government has to come

1    in and prove with the evidence in the courtroom that he is

2    guilty.  We don't know as we start the trial what he did that

3    day, if anything, was illegal.  I will give you instructions

4    about how to apply the law to what happened that day.  But you

5    have to find from the evidence presented in this courtroom with

6    witnesses and with videos that they have whether what he did

7    actually violated the law.  Can you set aside whatever prior

8    knowledge you have read about or heard about or seen and decide

9    this case fairly just based on what you see in this courtroom?

10   Any reason you couldn't do that?

11           A JUROR:  Yeah.  I mean, I think I could do that.

12   What I have seen publically or in the news is sort of about the

13   event at large, not about the current individual's role in it.

14           THE COURT:  I will ask you the hardest question I

15   have asked some other people and that is:  If you were sitting

16   over there where the defendant is sitting, would you want

17   somebody of your mindset sitting in that jury box?

18           A JUROR:  I would.

19           THE COURT:  I think that is a tough question if you

20   think about it.

21           A JUROR:  It is.

22           THE COURT:  Okay.  Counsel have any follow up you

23   want me to ask?

24           (Conference held at the bench.)

25           MS. LEDERER:  Not from the government, Your Honor.

```
1                  MR. KIERSH:  No questions.

2                  (End of bench conference.)

3                  THE COURT:  Thank you very much.

4                  Go to 1121.  I just have a few follow-up questions.

5      One was you know someone in law enforcement?

6                  A JUROR:  Yeah.  My dad.

7                  THE COURT:  Who was it?

8                  A JUROR:  My dad.

9                  THE COURT:  What does he do?

10                 A JUROR:  He was in the Secret Service.

11                 THE COURT:  When did he serve?

12                 A JUROR:  Early 2000s.  I don't know when exactly.

13                 THE COURT:  And he is retired?

14                 A JUROR:  Yeah.

15                 THE COURT:  What year did he retire, do you know?

16                 A JUROR:  Also like early -- I don't really know.

17                 THE COURT:  What does he do now?

18                 A JUROR:  He is in real estate.

19                 THE COURT:  Okay.  Where does he live?

20                 A JUROR:  Northwest DC.

21                 THE COURT:  What is your employment?

22                 A JUROR:  I work at the company, Xeometry.

23                 THE COURT REPORTER:  Can you say that again?

24                 A JUROR:  He asked about my employment.  I work at

25     Xeometry.
```

```
 1                    THE COURT:  Hold that up closer.  I can't hear you.
 2              What is that?
 3                    A JUROR:  It is a free printing company.
 4                    THE COURT:  Okay.  What is your educational
 5     background?
 6                    A JUROR:  I have a bachelor's from Tulane.
 7                    THE COURT:  From where?
 8                    A JUROR:  Tulane University.
 9                    THE COURT:  And how long have you lived in DC?
10                    A JUROR:  My whole life, pretty much.
11                    THE COURT:  Okay.  Do you have a spouse or a partner?
12                    A JUROR:  No.
13                    THE COURT:  How long have you been at your current
14     job?
15                    A JUROR:  A few months.
16                    THE COURT:  Okay.  Where were you working on
17     January 2021?
18                    A JUROR:  Target.
19                    THE COURT:  Which Target?
20                    A JUROR:  The one in Tenleytown.
21                    THE COURT:  Okay.  And that day, were you at work or
22     where were you, do you remember?
23                    A JUROR:  I was at work.
24                    THE COURT:  Okay.  How much did you follow any of
25     this in the news?
```

1          A JUROR:  Currently?  Not too much.

2          THE COURT:  Or then even?

3          A JUROR:  A lot when it happened, but not so much

4     currently.

5          THE COURT:  Okay.  If you were seated on the jury,

6     would you have any problems when I instruct you, as I will,

7     that as we start this trial, we presume the defendant is

8     innocent.  The government has got to come in and prove that he

9     actually committed some offense.  With the evidence here in the

10    courtroom, they have to have witnesses.  They will have videos,

11    but it has to be in this courtroom.  You have to set aside

12    whatever you have seen or heard about before this trial and

13    look at what evidence comes in, in this courtroom.  Have any

14    problem with doing that and deciding this case just on what you

15    hear in this courtroom?

16         A JUROR:  Yeah.

17         THE COURT:  You don't have any problem with that?

18         A JUROR:  No, I do.

19         THE COURT:  Any reason you couldn't be a fair and

20    impartial juror, if you were seated here?

21         A JUROR:  I just -- well, I don't believe the Capitol

22    riot was right.  And --

23         THE COURT:  Okay.  But we don't know what this

24    particular defendant did, right, or whether he violated any

25    law?

1          A JUROR:  Uh-huh.

2          THE COURT:  Would you have any problem deciding that

3   question?

4          A JUROR:  No.

5          THE COURT:  Okay.  All right.  Let me see if counsel

6   have other questions.

7              (Conference held at the bench.)

8          MS. LEDERER:  Your Honor, the government requests

9   that you inquire into how this juror -- if he follows the news

10  or how he receives his news.

11         THE COURT:  Okay.

12         MR. KIERSH:  I would agree with that question.

13             (End of bench conference.)

14         THE COURT:  How do you normally follow the news?  Do

15  you take "The Post" or do you follow it online or how do you

16  normally get your news?

17         A JUROR:  I follow it online.

18         THE COURT:  What kind of sources do you follow online

19  to get news?

20         A JUROR:  CNN, like "Washington Post."

21         THE COURT:  You look at "The Post" online?

22         A JUROR:  Yeah.

23         THE COURT:  And you can see CNN has an online service

24  too?

25         A JUROR:  Yes.

```
1              THE COURT:  And you look at the videos or stories on

2     CNN or how do you do that?

3              A JUROR:  The videos and I read the articles and

4     stuff.

5              THE COURT:  Any other sources that you routinely

6     would go to?

7              A JUROR:  Like social media.

8              THE COURT:  Social media.  What sort of social media

9     would you go to?

10             A JUROR:  Instagram, like TikTok.

11             THE COURT:  Okay.  TikTok.  That is one I don't use

12    at all but young people like you know a lot more about that

13    than I do.  Any others?

14             A JUROR:  No, that is it.  And like Twitter or X.

15             THE COURT:  Twitter.  Okay.  Now X.  Okay.  All

16    right.  Let me see if counsel have any other questions.

17             (Conference held at the bench.)

18             MS. LEDERER:  Not from the government, Your Honor.

19             MR. KIERSH:  No questions.

20             (End of bench conference.)

21             THE COURT:  Thank you very much.

22             We'll go to 1616.

23             You know someone in law enforcement?

24             A JUROR:  Yeah.  Formerly in law enforcement.  My

25    close friend was US Capitol Police.  I also work at NCIS not as
```

1    an agent, but as an intelligence specialist.

2              THE COURT:  Okay.  Tell me about your Capitol Police

3    friend.  What do they do there?  They are a uniformed officer.

4              A JUROR:  Yeah.  He was an officer.  He was there on

5    January 6.  He got out a year and a half ago or something like

6    that.

7              THE COURT:  Did you ever talk January 6 with him?

8              A JUROR:  Just to check to see if he was okay, some

9    of the, like, logistics of how he experienced it, but nothing

10   really past that.

11             THE COURT:  Okay.  What happened that day with him?

12             A JUROR:  He was caught out on the front.  There was

13   like a photo I think in "The New York Times" or BuzzFeed or

14   something like that.  He looked like he was negotiating with

15   people, but he wasn't at all.  He had just gotten punched in

16   the face, so he was fixing his COVID mask.  And then I guess

17   he -- it was chaotic.  He ran back in the building.  I think

18   that was the extent of some of his more like physical

19   encounters.  Other than that, I like saw the news, texted him

20   made sure he was okay.  He texted me a few hours later like all

21   good.  And then, yeah, that was kind of the end of it for him.

22             THE COURT:  Did you know anybody else that was there

23   that day?

24             A JUROR:  No.

25             THE COURT:  Just him.  And where were you that day?

1        A JUROR:  I lived up on U Street, so I was in my

2    house.

3        THE COURT:  Okay.  Where did you live close there?

4        A JUROR:  You mean, close to the Capitol?

5        THE COURT:  Yeah.

6        A JUROR:  So now I live like a few blocks south at

7    the waterfront.

8        THE COURT:  Okay.  But on that day, were you living

9    there?

10        A JUROR:  No.  So I was confused about that question.

11    I wasn't sure if I should clarify.  That day I was living on U

12    Street.

13        THE COURT:  Where?

14        A JUROR:  U Street.

15        THE COURT:  Okay.  That day, you happened -- what,

16    were you working from home or what was happening that day?

17        A JUROR:  I was working from home.

18        THE COURT:  So you were up at U Street.  Okay.

19        And the question whether you know with someone direct

20    or indirect connection to the events that -- you are talking

21    about the Capitol Police officer?

22        A JUROR:  Yes, sir.

23        THE COURT:  And said were you, family member or close

24    friend, present at or near the Capitol on January 6?

25        A JUROR:  Same guy.

1          THE COURT:  Okay.  And then members of your family or

2     close friend affected by events at the Capitol.  That would be

3     the Capitol Police officer?

4          A JUROR:  Same guy.  Yeah, he checked a lot of boxes.

5          THE COURT:  And you did say on the questionnaire that

6     you thought you could set that aside and decide the case in a

7     fair and impartial manner?

8          A JUROR:  Yes, sir.

9          THE COURT:  So let me go through that process with

10    you.  I am going to tell the jury at the end that as I will say

11    to you now, when you start the trial, we start with the

12    presumption that the defendant is innocent.  The government has

13    to come in with evidence and prove that he is guilty beyond a

14    reasonable doubt.  They have to have witnesses and evidence.

15    They will have videos and they will have witnesses here.  You

16    have to decide the case just on the evidence you hear here in

17    this courtroom and set aside whatever you have seen or heard

18    beforehand.  Do you have any difficulty doing that, do you

19    think?

20          A JUROR:  No, sir.  I don't like the idea of doling

21    out punishment.  It is not something that I relish in, so I

22    prefer to assume innocence before guilt.  And my job at NCIS is

23    cyberintelligence.  So everything we operate in is confidence

24    levels, evidence, we don't --

25          THE COURT:  You are used to that?

1        A JUROR:  Yeah.  We don't send out anything that is

2    kind of like hearsay.  And making sure that evidence is

3    grounded in significant fact based on source reliance.

4        THE COURT:  Tell us more about your job now.

5        A JUROR:  I am a cyber --

6        THE COURT:  What you can tell us without killing us.

7        A JUROR:  Right.  So it is an intelligence specialist

8    position on the cyber threat division in NCIS, which means that

9    any large level threats that are facing our Navy, we are

10    focusing on.  My particular portfolio focuses on like large

11    level threat actors, so China, Russia, Iran, North Korea.

12    Academically I focused on like counter-extremism mostly in the

13    Middle East coming from a national security background.  And

14    then but now I kind of just write reports and read reports from

15    the NSA.  And then we do a little bit of active threat hunting

16    within like our net flow.  That is about it.

17        THE COURT:  Okay.  What is your educational

18    background?

19        A JUROR:  I have an undergraduate degree in

20    international studies religion, minored in Arabic.  And then

21    for graduate school, I went to Georgetown for applied

22    intelligence.

23        THE COURT:  Do you have a spouse or partner?

24        A JUROR:  Yes, sir.

25        THE COURT:  What do they do?

1          A JUROR:  They work in tech sales.

2          THE COURT:  In?

3          A JUROR:  Tech sales.

4          THE COURT:  Do you have any children?

5          A JUROR:  No.

6          THE COURT:  Okay.  How long have you lived in DC now?

7          A JUROR:  Let's see.  I have been a resident of DC

8     for -- a little over two years.  And then I have like lived in

9     DC, but I still had my Massachusetts license since 2018, so

10    five years.

11         THE COURT:  Let me see if counsel have other

12    questions.

13         (Conference held at the bench.)

14         MR. KIERSH:  No questions.  Thank you.

15         MS. LEDERER:  Your Honor, the government would

16    request that you ask this juror -- she said that she doesn't

17    like to dole out punishment.  Could you clarify she has no

18    issues sitting on a criminal jury.

19         (End of bench conference.)

20         THE COURT:  You noted you don't like to dole out

21    punishment.  You understand in the federal system, the jury

22    decides guilt or innocence, but the judge decides punishment.

23    So you don't -- you do have to find guilty or not guilty, but

24    the -- it won't be your --

25         A JUROR:  Yes, sir.

```
 1              THE COURT:  You don't have any problem with that?

 2              A JUROR:  No problem.

 3              THE COURT:  It will be my job in the long run.  In

 4   the federal system the judge decides --

 5              A JUROR:  That is fine by me, sir.

 6              THE COURT:  Okay.  Thank you very much.

 7              Go to 2070.

 8              Just a few follow-up questions.  You or someone in

 9   your family or friends know lawyers?

10              A JUROR:  Yes.  My brother is an attorney.

11              THE COURT:  Where does he practice?

12              A JUROR:  In Nevada.  He is an environmental

13   attorney.

14              THE COURT:  Does he ever do any criminal work that

15   you know?

16              A JUROR:  Not that I know of.

17              THE COURT:  Anything else?

18              A JUROR:  Not that I -- I mean, my supervisor is an

19   attorney, but she doesn't practice criminal law.

20              THE COURT:  Okay.  Where do you work?

21              A JUROR:  I work for a nonprofit in DC.  It is the

22   American Association of State Highway and Transportation

23   Officials.  We represent state DOTs in Washington.

24              THE COURT:  What do you do?

25              A JUROR:  I am a contract manager.  I oversee a lot
```

```
1    of contractor agreements.
2              THE COURT:  Okay.  How long have you been there?
3              A JUROR:  Fourteen years.
4              THE COURT:  Okay.  Just a while.  You have a spouse
5    or partner?
6              A JUROR:  I do not.
7              THE COURT:  Okay.  How long have you lived in DC?
8              A JUROR:  Off and on since I was born.  I have been
9    in the DC area, but I have been in DC now for 15 years.
10             THE COURT:  Okay.  What is your educational
11   background?
12             A JUROR:  I have a bachelor's from American
13   University.
14             THE COURT:  Okay.  You or a family member or close
15   friend, a victim or witness to a crime?
16             A JUROR:  Yeah.  About 20 years ago, my car was
17   broken into in the state of New Mexico.  Also about 10 years
18   ago, the place I was staying on vacation overseas was
19   burglarized.
20             THE COURT:  Okay.  And the -- in that incident, what
21   was taken?
22             A JUROR:  My US passport and $200.
23             THE COURT:  What country were you in?
24             A JUROR:  In Greece.
25             THE COURT:  Anyone ever apprehended?
```

```
1                    A JUROR:  No.

2                    THE COURT:  Ever get the passport back?

3                    A JUROR:  I did not.  I had to get it done over

4       there.

5                    THE COURT:  In the incident in New Mexico, what

6       happened?

7                    A JUROR:  I was living in Albuquerque and my front

8       driver's side window was smashed in.  Thankfully they didn't

9       mess with the steering or part of the car.

10                   THE COURT:  Anyone ever apprehended in that one?

11                   A JUROR:  No.  No.

12                   THE COURT:  Either of those incidents have any affect

13      on your ability to be a fair juror here do you think?

14                   A JUROR:  I don't believe so.

15                   THE COURT:  You were working here and in town on

16      January 6?

17                   A JUROR:  I was working here at the time.

18                   THE COURT:  At home or what?

19                   A JUROR:  From home.

20                   THE COURT:  From home that day.  Okay.  Tell us a

21      little about that day and then to what extent you followed the

22      news since then.

23                   A JUROR:  Well, I felt very strongly about that day.

24      I had several social media posts about it, how the insurrection

25      was a threat to our democracy and made us look like a banana
```

1    republic.  So I continue a steady stream of social media posts

2    about that day since then.

3                    THE COURT:  That you read or?

4                    A JUROR:  I'm sorry?

5                    THE COURT:  That you read or made?

6                    A JUROR:  That I read?

7                    THE COURT:  Yeah.  Or that you made.  I wasn't

8    understanding you.

9                    A JUROR:  I made those social media posts on my

10   Facebook page.

11                   THE COURT:  Okay.  Tell us a little more about those

12   then.

13                   A JUROR:  I just essentially made the mention that

14   the insurrection made us look like a banana republic.  They

15   were short, pithy statements.  I didn't write long essays about

16   it, but I must have posted three or four times during the

17   insurrection that day.

18                   THE COURT:  Okay.  There is one other question I

19   overlooked.  You have a health or business problem that would

20   make it difficult for you to serve.  What was that?

21                   A JUROR:  I was diagnosed with diabetes about two

22   years ago.

23                   THE COURT:  Okay.

24                   A JUROR:  A little overweight.

25                   THE COURT:  It is treatable?

1           A JUROR:  Yeah.

2           THE COURT:  To what extent have you followed the news

3    since then about January 6?

4           A JUROR:  I follow it almost daily.

5           THE COURT:  Okay.  In terms of being able to set

6    aside your views on that and decide the case as a member of the

7    jury, how would you look at that?

8           A JUROR:  It would be difficult, I think.  And in all

9    fairness, I think -- I mean, I could analyze it fairly.  But I

10   think I might be a little biased.

11          THE COURT:  Okay.  Let me speak to counsel.

12          (Conference held at the bench.)

13          THE COURT:  It's too late in the day to keep this

14   going.  Any objections to him being -- the defense challenge

15   for cause?

16          MR. KIERSH:  No objection.  We move for cause.

17          MS. LEDERER:  No, Your Honor.

18          THE COURT:  All right.

19          (End of bench conference.)

20          THE COURT:  All right.  Thank you very much.  We will

21   go to 0089.

22          I'm sorry.  Is that number right?  He was 207.

23          Okay.  I have very few questions.  You were on a

24   prior jury.  About how long ago was that?

25          A JUROR:  That has been probably about over 20 years.

1          THE COURT:  Okay.  Where was that?

2          A JUROR:  That was at DC Superior Court.

3          THE COURT:  Do you remember what kind of case?

4          A JUROR:  Yes, sir.  It was a civil case.

5          THE COURT:  Okay.  How long did the trial go?

6          A JUROR:  It lasted roughly about three days.

7          THE COURT:  And the jury reached a verdict?

8          A JUROR:  Yes, they did, Your Honor.

9          THE COURT:  Is there anything about that experience

10   have any affect on your ability to be a fair and impartial

11   juror here?

12          A JUROR:  No, sir.

13          THE COURT:  Okay.  Where are you working now?

14          A JUROR:  I am currently employed at Holy Cross

15   Hospital in Silver Springs.

16          THE COURT:  What do you do?

17          A JUROR:  I work there as a transporter.

18          THE COURT:  How long have you been there?

19          A JUROR:  Thirty-two years.

20          THE COURT:  Is that all?  I have been here 36.

21          You have a spouse or partner?

22          A JUROR:  Yes.  I have a wife.

23          THE COURT:  Does she work?

24          A JUROR:  She retired from the federal government in

25   2015.

```
1              THE COURT:  What did she do in the government?

2              A JUROR:  She was in the clerical field.

3              THE COURT:  What agency did she work for?

4              A JUROR:  Department of Treasury.

5              THE COURT:  Okay.  So she brought home the bacon?

6              A JUROR:  I guess that is fair.

7              THE COURT:  Working for the feds; right?  Have any

8   children?

9              A JUROR:  Yes, sir, two children.

10             THE COURT:  How old are they now?

11             A JUROR:  The oldest one is 41 and the youngest one

12  is 36.

13             THE COURT:  Okay.  Congratulations.

14             A JUROR:  Thank you.

15             THE COURT:  To what extent have you followed the

16  January 6 events.  Were you in town that day?

17             A JUROR:  I was in town that day, because I worked

18  that night.

19             THE COURT:  Were you working at home or what were you

20  doing that day, do you know?

21             A JUROR:  During the daytime, I was sleeping at

22  night.  I went to work.  But I saw the events on the news and

23  so forth.

24             THE COURT:  To what extent have you followed the news

25  about that then?
```

```
 1              A JUROR:  Well, I mean I watch the news every day to
 2    keep informed of what is going on.  That is about it.
 3              THE COURT:  What news outlets do you usually watch?
 4              A JUROR:  I am a Channel 4 person.
 5              THE COURT:  Channel 4?
 6              A JUROR:  Yes, sir.
 7              THE COURT:  Do you take "The Post," "Washington
 8    Post"?
 9              A JUROR:  I did at one time, but with the technology
10    growth, paper became obsolete.
11              THE COURT:  And it got expensive too?
12              A JUROR:  Yes, very much.
13              THE COURT:  You can look at it online.  Do you ever
14    do that?
15              A JUROR:  No.  Because most of the time they want you
16    to join.
17              THE COURT:  They have got a pay wall.
18              A JUROR:  Yes, sir.
19              THE COURT:  So mostly you are seeing Channel 4.
20              A JUROR:  Yes.  That is the news that I basically
21    grew up with, Channel 4.
22              THE COURT:  Okay.  There was a question on the
23    questionnaire about could you set aside that news coverage,
24    decide this case just on the evidence you saw here at the
25    trial.  And you said, yes, you thought you could do that.
```

1          A JUROR:  Yes, sir.

2          THE COURT:  I am going to give you an instruction

3    when we get to the end of the case that as we start this trial,

4    we start with the presumption that the defendant is innocent.

5    The government has got to come in and prove he is guilty by

6    competent evidence beyond a reasonable doubt.  I will give you

7    an instruction about that at the end.  But the decision you

8    make as a member of the jury, if you are seated here, is what

9    you see here in this courtroom.  So they have got to have

10   witnesses, they are going to have videos.  But it has got to be

11   based on what you see here in this courtroom.  Any problem

12   deciding this case based on what you see here in this

13   courtroom?

14         A JUROR:  No, sir.  That was pretty much the case

15   with the civil case.

16         THE COURT:  That is what you did before when you were

17   on the jury before?

18         A JUROR:  Yes, sir.

19         THE COURT:  Just what you see in the courtroom?

20         A JUROR:  What they presented.

21         THE COURT:  You don't know what he did before that

22   day or not, what he didn't do that day, you don't know until we

23   get here?

24         A JUROR:  Yes, sir, that is correct.

25         THE COURT:  You don't have any problem with being a

1  fair and impartial juror?

2          A JUROR:  No, sir, not at all.

3          THE COURT:  Either side have any other questions?

4          (Conference held at the bench.)

5          MS. LEDERER:  Your Honor, I just wanted to make sure

6  he is not working nights still.  I know he said back in 2001,

7  he was working nights.  I just don't want to put him in a

8  position.

9          MR. KIERSH:  No questions for Mr. Sullivan.

10          (End of bench conference.)

11          THE COURT:  If you are seated on the jury here, you

12  won't have to work nights, I assume?  Your employer will let

13  you off?

14          A JUROR:  Yes.  I have already taken care of that

15  when I got my summons.  I told them that I was --

16          THE COURT:  If you have any problems, I usually can

17  do well with employers.

18          A JUROR:  Thank you.

19          THE COURT:  Thank you very much, sir.

20          A JUROR:  Thank you, sir.

21          THE COURT:  You can step down.

22          A JUROR:  Thank you.

23          THE COURT:  All right.  Counsel, I have in the pool

24  now 35, so I will go ahead and strike line 21 on page 1, the

25  one I reserved on, which is -- defendant move to challenge for

1    cause and I reserved.  2136 is the juror number.  So I will

2    give that to the defendant's challenge for cause.  So that

3    gives us 34 in the pool, which is sufficient.

4              So we are going to bring into the courtroom the 34.

5    And I will have the clerk go ahead and line those up.  And

6    she'll release the remainder of the pool now.  And we'll seat

7    the jury from that 34.  I will make sure your numbers match

8    with mine while she is lining them up outside.

9              MS. LEDERER:  Your Honor, apologies for not inquiring

10   earlier, but could you just walk us through your process for

11   striking.

12             THE COURT:  We'll seat the first 12 working from the

13   top of the list.  And the government will have 6 and the

14   defendant will have 10.  Then we'll seat two alternates.  But

15   before we seat two alternate, I will give you one each.  Before

16   we seat the two alternates, so that is why we have four left at

17   the end.  We could have more than four left if you have any

18   double strikes.  But if you don't have double strikes, we will

19   have four left.  So two can be stricken and the last two then

20   would be seated.  So that is why I have got 34 in the pool.

21             MR. KIERSH:  Will the alternates be in 13, 14 or.

22             THE COURT:  Thirteen, 14.

23             MR. KIERSH:  Not randomly.  Okay.

24             THE COURT:  Yeah.  And I tell them they are

25   alternates.  I explain even they have got to listen to the

1   evidence because they don't know to the end.  I don't play

2   games with who is alternate.  I am worried that other jurors,

3   you know, may not pay attention as well because they don't know

4   if they are going to be seated or not.  I just tell the

5   alternates up front.

6             MR. KIERSH:  Very well.

7             MS. LEDERER:  Would you just like us to strike from

8   the box not the crowd?

9             THE COURT:  No, from the paper.  Because we are going

10  to seat all 12 at once.  So you just work form the top of the

11  list, your first 6 and your first 10, that you want to strike.

12            And then after we seat those 12 in the box, I will

13  give you one more chance.  But you will know from the last

14  number, you want to work down from there.  Because they won't

15  be seated, anybody above that has already been stricken,

16  obviously.  So you can look at the last number and look.  You

17  don't want to strike anybody above that last number when you do

18  the second strike.

19            Do you want me to go who is challenge for cause or do

20  you have that straight?  Not too many since -- well, page 1,

21  line 27 is the last strike for cause until page 2, line 48.

22  And page 2, line 43, I pulled out to question later and we

23  won't have to reach that person.  So, otherwise, the challenges

24  for cause today I think were line 23, on page 1, line 25, line,

25  26, line 27 on page 1 were all challenges for cause today that

1    I sustained.

2            And the one from yesterday, I reserved on was line 21

3    that I am -- upon reconsideration I have granted to the

4    defendant.

5            Everybody consistent?

6            (Pause.)

7            MR. KIERSH:  Just to confirm, we can strike from the

8    panel?

9            THE COURT:  All right.  Everyone is here except for

10   someone reason 1121 left.  But we are going to bring everyone

11   else in and we'll act like 1121 is here.  And we'll see where

12   we get.  That will be in the alternate section.  So we'll seat

13   the jury and see where we are.

14           (The jury is seated.)

15           THE COURT:  All right.  Ladies and gentlemen, thank

16   you for coming back to the courtroom.  All of you are now in

17   the final qualified pool for service.  We are trying to get

18   this completed before you go home today.  Each side now has

19   what we call an exercise of peremptory challenges.

20   Traditionally for 200 years that is the way we have done this

21   in this country.  Each side gets an opportunity to exercise

22   peremptory challenges, that is challenges for which they need

23   not disclose the reason to the Court.

24           I have been on the bench now -- this is my 36th year

25   as a judge.  So I have forgotten how you do this as lawyers.

1    The lawyers, however, want to participate in the process.  And

2    we want the parties to feel like they have had a say in the

3    process.  So we have done this and I haven't changed what we

4    have tried in my 36 years that we have been doing for 200

5    years.  So they have a say in who finally gets seated.

6            I have thought when I was a lawyer -- I used to look

7    at whether a juror winked at me as they came up to the jury box

8    or didn't wink at me, whatever goes into the calculation that

9    lawyers make when they decide who is going to be on the final

10   jury panel.  Somebody smiled maybe or didn't smile or frowned,

11   I don't know.  Anyway, we have been doing it this way for 200

12   years.  I am not changing it.  This is their last shot at what

13   they think will be a fair jury.  I have ruled all of you are

14   qualified.  All of you would be fair and impartial if you were

15   seated here.  And they now get one last chance to strike who

16   they want to strike.

17           We are then going to seat a jury of 12.  Then we will

18   have two alternates, because I have to have 12 at the end.  I

19   have alternates because I had a jury -- one time a juror walked

20   in front of a mail truck.  I mean, you have got to be careful

21   when you are on one of my juries.  I have to have 12 to get a

22   verdict at the end.  I don't want to redo it all, so I have two

23   alternates at the end.  So we get one more peremptory before we

24   seat the two alternates.  So I have to you all be patient just

25   a little while longer.  I am going to seat a jury, then I will

1  give them one additional strike and the rest of you I will be

2  able to say bye-bye.

3          I will thank all of you now.  I will thank a bunch of

4  you a lot more in a week from now.  But I will thank all of you

5  now.  We could not do this without good citizens like you who

6  have been down here spending two days with me.  We could not

7  fairly and impartially administer justice in our community

8  without people like you being willing to do what you have done

9  in the last two days.  So on behalf of the Court and our

10 community, I thank you very much for your service to our Court

11 and our community.  We couldn't do it without you.  I give the

12 opportunity to the lawyers to take their last shot here and

13 then we'll be ready to seat the jury.

14         To all of you, I say thank you for your patience.  I

15 haven't had this long of a jury selection in quite a while.

16 But different kinds of cases go differently.  And these kinds

17 of cases are taking a little longer these days, as you might

18 have observed.

19         A lot people have seen a lot of news coverage.  I

20 want to make sure we decide this case on the evidence we have

21 here at this trial.  That is the way to have a fair trial.

22         All of you, I will say, have contributed to this

23 process, so I thank you.

24         (Pause.)

25         THE COURTROOM DEPUTY:  Once I call your number,

1    please come have a seat in the jury box.  1299, 0465, 1985,

2    1687, 0226, 1180, 0930.

3             Taking the first seat in the second row.  1901, 1081,

4    0140, 2047, and 2275.

5             THE COURT:  All right.  If you will be patient just a

6    little longer, we have one more round before we seat the two

7    alternates.

8             (Pause.)

9             THE COURTROOM DEPUTY:  Okay.  When I call your

10   number, please come forward and have a seat in the jury box,

11   0203 and 2186.

12            Counsel, do you agree with the seating of the jury?

13            MR. KIERSH:  We agree.

14            MS. LEDERER:  We agree.

15            THE COURT:  I didn't catch the number.

16            All right.  Ladies and gentlemen, that is the jury.

17   The rest of you are excused.  Thank you very much with

18   appreciation of the Court and the community, I thank you for

19   your service and your patience.  You are excused.

20            For the jury and alternates, you are going to be

21   excused as well.  I will give you my preliminary instructions

22   in the morning.  We'll have the opening statements and the

23   first witness.  I know you are ready to go.  I am going to let

24   you go.  I won't read you the preliminary instructions tonight.

25   The most important is, don't read or listen to anything about

1    January 6.  We are going to know more about January 6 than you

2    ever wanted to know in the next week.  Don't listen to any news

3    accounts about other January 6 cases or read or listen to

4    anything about it.  I am going to tell you plenty.  We are

5    going to base our evidence on what you hear in this trial.  I

6    want everybody to have a fair shot at this trial and have a

7    fair trial.  You can't talk even to each other about the case.

8         Please don't go look anything up on the internet or

9    anything.  I will give you full instruction about, don't

10   Twitter or tweet or X or any of those things.  I will give you

11   all of those instructions tomorrow.  Don't do anything to look

12   into the case or look into January 6 or any of those kind of

13   things.  It is a sure disqualification.  I don't want to start

14   this all over.  Please don't do any of those things.

15        I will see you all tomorrow.  I will give you the

16   full preliminary instructions tomorrow.  The clerk is going to

17   walk out with you and tell you how to get back in tomorrow.

18   This actually is one of the safest, from ecology point of view,

19   it is -- we did this study during COVID 14 [sic].  This is --

20   whatever -- this is one of the safest courtrooms in the

21   building.  The circulation is good in here.  I will try to make

22   it as safe as we can in here.  If you want to mask, you can.

23   If you don't, you know, we have -- we will try to make this as

24   safe of an experience we can for you.  We will do the best we

25   can to get you through the next week.  And I wish you all the

1    best.  Thank you very much for your service now and I will

2    thank you again at the end of your service as well.

3            I will see you all tomorrow at 10:00.  We usually go

4    to 4:00.  Friday is a holiday.  Tomorrow we do have to break

5    at -- to 5:00 every day.  Tomorrow we do have to break at 4:00

6    as I have an unusual event tomorrow that causes us to stop at

7    4:00 tomorrow.  But normally we go to 5 every day.  We will

8    usually stop for an hour, something like that at lunch every

9    day.  We will have a 10-minute break in the morning and a

10   10-minute break in the afternoon for a convenience break for

11   everyone.  So that is the way the system will work.  But we

12   will try to get started at 10:00.

13           I will read you the preliminary instructions.

14   Counsel will make an opening argument, hopefully short.  And

15   we'll get to the first witness right along tomorrow.  Thank you

16   all very much for your service.  I will give you the oath

17   tomorrow as jurors.  You are dismissed for today.

18           THE COURTROOM DEPUTY:  All rise.

19           (The jury left the courtroom.)

20           THE COURT:  Marshal, would you see if anybody else

21   has anything left over there?

22           Bring it on back here, if you would.  You all can be

23   seated.  We'll go off the record.

24           (Discussion held off the record.)

25           THE COURT:  All right.  I will see you all in the

1   morning.

2          MS. LEDERER:  Thank you.

3          MR. KIERSH:  Thank you.

4          (Proceedings concluded at 5:25 p.m.)

1                        C E R T I F I C A T E

2

3              I, SHERRY LINDSAY, Official Court Reporter, certify

4       that the foregoing constitutes a true and correct transcript of

5       the record of proceedings in the above-entitled matter.

6

7

8

9

10                        Dated this 9th day of March, 2024.

11

12                        _____
                          Sherry Lindsay, RPR
13                        Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**A JUROR: [1006]**
**MR. BARCLAY: [18]**   32/14 61/13
65/20 72/14 72/16 73/14 79/23
82/11 86/20 90/6 96/10 103/19
104/3 104/11 104/21 111/23 121/19
128/17
**MR. KIERSH: [52]**   2/11 9/25 16/12
17/7 27/12 32/19 34/9 38/13 40/20
40/23 40/25 41/6 43/16 48/4 53/17
57/5 61/15 65/22 72/17 73/13 80/2
82/13 86/22 90/14 92/12 92/17
92/21 92/23 96/12 104/8 104/19
112/2 121/21 128/19 134/1 136/21
141/9 146/24 147/6 152/11 158/1
161/12 162/19 167/14 172/16 177/9
178/21 178/23 179/6 180/7 183/13
186/3
**MS. LEDERER: [42]**   2/6 9/23 16/11
17/1 27/7 27/25 28/3 28/6 34/8
38/8 40/1 43/15 48/3 48/10 53/15
53/22 57/6 57/12 91/14 91/16
91/23 92/3 92/7 92/9 129/11
129/14 136/15 141/8 146/23 147/7
152/10 152/17 157/25 161/8 162/18
167/15 172/17 177/5 178/9 179/7
183/14 186/2
**THE COURT REPORTER: [1]**   158/23
**THE COURT: [1105]**
**THE COURTROOM DEPUTY: [9]**   2/2
17/4 73/17 91/10 93/3 144/15
182/25 183/9 185/18

## $

**$200 [1]**   169/22
**$800 [1]**   143/5

## '

**'18 [2]**   90/23 98/5
**'90s [1]**   19/16

## 0

**0077 [2]**   28/9 96/15
**0089 [1]**   172/21
**0140 [1]**   183/4
**0203 [1]**   183/11
**0226 [1]**   183/2
**0465 [1]**   183/1
**078 [1]**   1/4
**0850 [1]**   3/1
**0930 [1]**   183/2

## 1

**10 [12]**   12/23 57/11 62/25 91/18
91/18 93/6 123/4 126/9 126/11
169/17 178/14 179/11
**10-minute [2]**   185/9 185/10
**100 [1]**   142/15
**100 percent [1]**   8/24
**1081 [1]**   183/3
**10:00 [2]**   185/3 185/12
**10:08 [1]**   1/6
**1121 [3]**   158/4 180/10 180/11
**1180 [1]**   183/2
**11:36 [1]**   57/13
**12 [6]**   178/12 179/10 179/12
181/17 181/18 181/21
**1210 [1]**   137/23
**1299 [1]**   183/1
**13 [3]**   22/6 85/14 178/21
**1376 [1]**   129/18
**13th [2]**   92/14 92/18
**14 [3]**   178/21 178/22 184/19
**1480 [2]**   2/22 41/19
**14th [1]**   92/19
**15 [1]**   169/9
**16 [1]**   85/14
**16-year-old [1]**   139/4
**1616 [1]**   162/22
**1656 [2]**   96/14 96/23
**1687 [1]**   183/2

## 16

**16th [1]**   106/4
**1869 [1]**   48/9
**19 [1]**   111/25
**1901 [3]**   10/4 17/5 183/3
**1979 [2]**   122/21 126/13
**1980s [1]**   8/4
**1982 [1]**   8/6
**1985 [2]**   111/19 183/1
**1993 [1]**   41/20
**1998 [1]**   116/1
**1999 [1]**   138/16
**1:02 [1]**   93/2
**1:30 [1]**   73/11

## 2

**20 [7]**   31/24 46/5 120/10 122/10
148/13 169/16 172/25
**200 [3]**   180/20 181/4 181/11
**2000 [1]**   138/13
**20001 [1]**   1/24
**2000s [1]**   158/12
**2001 [2]**   83/19 177/6
**20015 [1]**   1/18
**2005 [4]**   93/19 130/4 131/10 142/2
**2006 [2]**   87/9 87/11
**2007 [1]**   35/17
**2008 [3]**   138/18 143/4 143/6
**2009 [3]**   93/21 130/12 142/3
**2010 [2]**   62/10 130/12
**2012 [1]**   93/21
**2015 [4]**   25/13 75/6 143/8 173/25
**2016 [3]**   25/13 68/11 87/16
**2017 [6]**   90/23 98/4 98/4 103/7
103/8 116/1
**2018 [6]**   62/3 74/19 103/8 138/18
138/18 167/9
**2019 [3]**   31/21 32/6 74/19
**2020 [1]**   89/5
**2021 [12]**   5/9 68/16 69/11 85/17
87/8 94/7 105/24 116/17 132/1
139/20 154/22 159/17
**2023 [1]**   1/5
**2024 [1]**   187/10
**2026 [1]**   113/14
**203 [1]**   93/5
**2047 [1]**   183/4
**20530 [1]**   1/14
**207 [1]**   172/22
**2070 [1]**   168/7
**20s [1]**   114/20
**21 [2]**   177/24 180/2
**21-078 [1]**   1/4
**21-78 [1]**   93/4
**2136 [6]**   16/24 17/1 17/5 17/6
29/9 178/1
**2186 [2]**   104/25 183/11
**22 [1]**   111/13
**2265 [1]**   65/25
**2275 [2]**   86/24 183/4
**23 [1]**   179/24
**24 [2]**   119/15 148/12
**243 [3]**   147/2 147/5 147/10
**25 [2]**   2/22 179/24
**26 [3]**   51/16 148/12 179/25
**27 [2]**   179/21 179/25
**2:00 [3]**   73/12 91/13 93/1

## 3

**30 [2]**   33/18 42/6
**31 [1]**   4/17
**333 [1]**   1/23
**34 [4]**   178/3 178/4 178/7 178/20
**35 [2]**   151/24 177/24
**36 [3]**   173/20 174/12 181/4
**36th [1]**   180/24
**38 [1]**   52/2
**3:00 [1]**   96/17
**3:11 [1]**   129/17

## 4

**40 [1]**   92/11

## 4

**41 [2]**   84/14 174/11
**440 [1]**   1/17
**48 [1]**   179/21
**484 [1]**   57/14
**4:00 [3]**   185/4 185/5 185/7

## 5

**5335 [1]**   1/17
**5:00 [1]**   185/5
**5:25 [1]**   186/4
**5th [2]**   30/3 30/5

## 6

**60 [2]**   128/4 128/12
**601 [1]**   1/14
**6710 [1]**   1/23
**6:00 p.m [1]**   28/15
**6th [1]**   24/8

## 7

**707 [1]**   33/9
**78 [1]**   93/4
**7th [1]**   46/14

## 8

**856 [1]**   152/14

## 9

**920 [2]**   147/5 147/9
**9th [4]**   130/20 130/21 131/22
187/10

## A

**A.m [2]**   1/6 57/13
**ABC [1]**   156/17
**ability [24]**   8/20 15/6 17/17
18/18 22/1 26/25 42/23 49/12 52/2
57/22 74/1 75/2 84/6 90/12 91/2
99/24 108/12 120/20 125/9 136/3
149/13 154/19 170/13 173/10
**able [13]**   2/25 15/3 20/6 27/8
48/10 51/19 53/7 53/25 63/25
70/22 140/10 172/5 182/2
**about [250]**
**above [5]**   12/12 24/9 179/15
179/17 187/5
**above-entitled [1]**   187/5
**abreast [1]**   13/15
**absolutely [7]**   96/4 113/13 124/4
124/15 126/5 146/16 149/15
**abused [1]**   127/4
**Academically [1]**   166/12
**accord [1]**   15/16
**according [1]**   15/15
**Accountability [2]**   142/23 143/4
**accounts [4]**   50/3 51/10 76/15
184/3
**accused [2]**   52/5 86/13
**accusing [2]**   89/18 96/3
**acquaintances [2]**   59/25 79/2
**acquires [1]**   90/10
**acquisition [1]**   75/18
**acquisitions [1]**   18/4
**across [4]**   112/10 129/4 135/18
156/12
**act [5]**   67/20 130/10 142/25 143/5
180/11
**Action [2]**   1/3 94/20
**active [2]**   81/11 166/15
**actively [2]**   19/19 51/11
**actors [1]**   166/11
**acts [1]**   42/12
**actual [2]**   27/15 150/17
**actually [26]**   7/19 15/22 26/19
27/23 28/10 33/16 41/14 60/18
77/17 79/24 80/9 89/18 95/10
112/19 116/11 121/4 121/6 125/17
125/24 125/24 134/8 134/13 149/21
157/7 160/9 184/18
**Adam [1]**   109/17

**Adams [1]** 32/3
**add [2]** 72/19 115/4
**additional [2]** 2/15 182/1
**address [2]** 32/16 32/23
**Adelphi [1]** 85/10
**administer [1]** 182/7
**administration [4]** 116/10 116/11 129/22 129/25
**administrator [1]** 147/25
**admired [1]** 126/23
**admissions [1]** 35/15
**admit [2]** 108/14 127/18
**ads [2]** 33/6 33/7
**advertising [2]** 33/1 33/5
**advocacy [4]** 67/7 69/10 81/12 94/23
**advocate [1]** 67/10
**affairs [3]** 57/25 58/13 141/24
**affect [25]** 8/19 17/17 18/17 40/13 40/17 42/23 52/1 52/19 52/22 57/21 74/1 75/2 84/6 90/12 91/2 99/24 108/12 108/16 108/17 120/20 136/3 149/13 154/19 170/12 173/10
**affected [3]** 33/24 118/12 165/2
**affecting [1]** 45/6
**affects [5]** 39/5 40/2 40/3 40/7 40/10
**after [18]** 2/16 4/14 8/17 8/17 20/4 28/4 48/11 48/11 57/11 63/13 79/14 93/21 107/19 107/25 134/20 150/3 155/19 179/12
**afternoon [4]** 51/23 128/22 128/23 185/10
**afterwards [1]** 100/11
**again [15]** 23/11 67/9 69/10 70/1 70/12 71/2 72/9 82/9 96/20 105/15 120/4 144/17 155/25 158/23 185/2
**against [6]** 19/19 49/17 66/13 67/20 77/17 96/21
**agencies [1]** 79/17
**agency [8]** 42/10 52/17 111/3 142/18 142/22 143/1 143/14 174/3
**agent [5]** 2/9 52/4 87/3 126/20 163/1
**ages [2]** 85/13 95/2
**ago [21]** 8/6 46/4 66/14 66/17 72/24 73/23 73/24 90/22 97/25 98/3 120/10 135/15 135/17 149/2 149/11 151/23 163/5 169/16 169/18 171/22 172/24
**agree [5]** 136/21 161/12 183/12 183/13 183/14
**agreement [1]** 113/10
**agreements [1]** 169/1
**ahead [7]** 2/20 2/22 48/2 48/6 96/17 177/24 178/5
**aisle [1]** 116/16
**alarm [1]** 92/5
**Albuquerque [1]** 170/7
**alert [1]** 13/9
**Alexandria [1]** 106/7
**all [124]** 2/16 2/20 2/21 6/20 10/20 12/13 13/1 13/25 15/12 17/6 18/20 19/11 19/24 23/20 24/17 26/17 28/15 29/6 35/23 37/5 37/11 38/12 39/24 40/4 40/10 40/15 40/18 41/19 43/11 43/21 51/17 52/7 52/8 54/1 54/6 54/9 55/5 55/23 57/10 57/14 57/15 63/12 65/7 65/8 66/2 73/4 73/12 78/24 83/23 84/14 89/23 89/24 90/3 91/11 93/1 93/1 96/18 98/19 104/5 108/8 109/10 118/18 119/6 121/2 123/25 124/10 124/16 125/8 125/14 125/21 126/8 126/13 127/6 133/24 135/11 135/14 137/23 139/13 142/17 145/6 145/25 147/9 150/19 152/4 152/8 152/15 153/17 153/23 161/5 162/12 162/15 163/15 163/20

172/8 172/18 172/20 173/20 177/2 180/16 181/13 181/14 181/22 181/24 182/3 182/4 182/14 182/22 183/5 183/16 184/11 184/14 184/15 184/25 185/3 185/16 185/18 185/22 185/25 185/25
**allege [1]** 77/18
**alleged [1]** 60/24
**allowed [1]** 106/23
**alluded [1]** 120/1
**almost [2]** 129/5 172/4
**along [3]** 2/7 21/9 185/15
**already [9]** 15/5 30/12 47/23 52/25 116/19 117/3 118/18 177/14 179/15
**also [34]** 2/8 21/13 23/20 26/13 32/16 35/9 38/9 42/2 42/18 43/3 49/2 49/9 51/13 51/25 53/23 65/1 67/14 69/24 71/15 72/8 79/25 95/4 118/3 120/24 126/22 127/10 138/25 139/1 139/2 140/3 143/14 158/16 162/25 169/17
**alternate [3]** 178/15 179/2 180/12
**alternates [11]** 178/14 178/16 178/21 178/25 179/5 181/18 181/19 181/23 181/24 183/7 183/20
**alternative [1]** 12/6
**although [2]** 30/18 116/10
**always [10]** 4/23 12/10 12/11 12/14 50/3 108/5 118/13 121/5 121/7 155/23
**am [95]** 4/8 4/22 5/14 7/18 8/24 12/1 12/7 12/10 12/22 18/24 20/12 24/25 29/7 35/14 42/1 42/25 43/2 45/4 45/18 47/12 47/23 48/1 52/9 52/14 52/20 52/20 57/25 58/6 61/21 66/2 68/24 70/2 71/1 71/14 72/3 73/1 82/1 82/4 84/20 91/21 93/11 93/13 93/14 94/3 94/17 94/17 95/11 95/14 95/18 101/8 102/5 102/11 106/7 108/20 110/5 110/11 110/17 116/8 118/1 118/21 122/1 122/5 124/25 125/11 125/11 125/13 127/7 130/6 131/15 133/23 137/10 138/23 140/2 140/4 140/4 140/11 142/5 147/25 148/2 151/3 151/4 155/10 156/23 165/10 166/5 168/25 173/14 175/4 176/2 179/2 180/3 181/12 181/25 183/23 184/4 185/22
**Amendment [3]** 101/23 101/24 102/1
**AMERICA [3]** 1/3 2/3 93/4
**American [3]** 87/21 168/22 169/12
**among [1]** 124/12
**Anacostia [1]** 50/21
**analysis [4]** 64/20 70/8 130/7 156/7
**analyst [2]** 52/14 56/5
**analyze [1]** 172/9
**anchor [3]** 21/12 21/21 25/9
**anger [2]** 76/13 76/13
**Annapolis [4]** 57/18 57/20 148/24 149/10
**another [9]** 4/10 21/12 21/13 22/10 24/4 54/4 102/16 104/2 113/9
**answer [7]** 79/23 90/8 102/7 108/18 110/15 119/16 145/7
**answered [5]** 44/25 52/11 63/25 101/4 111/24
**anthropology [1]** 58/12
**Antioch [2]** 122/22 123/7
**Antonio [1]** 21/14
**anxious [1]** 120/23
**any [158]** 2/20 6/22 7/22 8/19 9/14 9/20 10/16 11/24 13/18 14/3 15/6 16/2 16/16 17/16 18/2 18/2 18/17 18/17 21/1 21/25 23/16 26/22 28/21 28/24 29/19 32/7 32/13 34/7 34/25 36/1 36/10 36/11 36/16 37/2 37/9 38/10 43/14 44/25 48/2 49/11 49/11 50/5 53/5 53/9

55/6 57/3 57/21 60/2 62/24 63/9 63/15 64/20 65/5 65/14 65/18 70/10 70/25 71/9 71/13 71/14 72/15 74/1 75/2 75/25 77/16 77/19 77/21 77/25 81/7 83/11 84/5 85/11 86/14 88/13 89/19 90/4 91/2 96/1 96/8 96/20 96/20 97/19 99/24 101/1 103/3 104/18 107/20 108/12 108/16 108/17 109/8 112/23 115/16 117/14 119/12 120/19 124/8 126/1 127/21 133/1 134/12 135/10 136/2 136/20 140/16 140/19 140/21 140/22 141/16 142/18 143/15 143/18 144/23 144/25 145/2 146/5 146/7 147/19 149/13 150/14 150/19 151/15 152/6 152/7 153/2 153/21 153/24 154/18 157/10 157/22 159/24 160/6 160/13 160/17 160/19 160/24 161/2 162/5 162/13 162/16 165/18 166/9 167/4 168/1 168/14 170/12 172/14 173/10 174/7 176/11 176/25 177/3 177/16 178/17 184/2 184/10 184/12 184/14
**anybody [10]** 13/3 78/17 114/15 115/9 117/8 154/1 163/22 179/15 179/17 185/20
**anymore [4]** 108/1 118/2 127/23 143/3
**anyone [23]** 2/24 8/13 9/6 12/24 22/20 22/22 30/22 46/15 50/16 59/20 66/11 72/20 74/22 91/23 99/15 102/22 104/18 113/25 121/24 131/20 153/13 169/25 170/10
**anything [40]** 8/17 13/3 36/8 38/6 60/23 65/3 65/5 71/18 73/25 77/25 84/5 88/5 91/1 102/22 103/3 108/14 108/24 112/22 116/21 118/24 120/19 136/2 141/1 141/4 149/12 150/5 153/20 154/18 156/7 156/9 157/3 166/1 168/17 173/9 183/25 184/4 184/8 184/9 184/11 185/21
**anyway [7]** 9/11 48/2 65/8 95/9 132/6 151/2 181/11
**anywhere [2]** 29/4 142/20
**Aon [1]** 61/24
**Aon's [1]** 61/21
**apolitical [1]** 7/9
**apologies [1]** 178/9
**appalled [2]** 51/4 59/12
**apparently [1]** 44/7
**appear [2]** 99/2 99/2
**appearance [1]** 2/5
**APPEARANCES [1]** 1/11
**appeared [2]** 79/23 96/15
**applied [1]** 166/21
**applies [1]** 145/21
**apply [1]** 157/4
**appoint [1]** 123/25
**appointments [3]** 51/17 51/20 51/21
**appreciate [1]** 34/11
**appreciation [1]** 183/18
**apprehended [10]** 8/13 22/22 23/7 23/14 74/22 99/15 153/13 154/1 169/25 170/10
**approach [1]** 2/4
**approached [1]** 2/15
**appropriation [1]** 56/8
**approximately [3]** 18/14 21/18 25/13
**Arabic [1]** 166/20
**are [148]** 5/12 7/8 7/9 7/17 7/24 9/6 10/15 10/19 10/21 12/1 12/21 12/24 14/10 17/25 20/11 20/15 20/20 21/6 23/1 23/1 23/2 23/21 24/10 24/11 27/9 31/11 37/19 38/16 38/17 39/2 42/11 42/18 42/20 43/18 46/15 46/20 46/23 47/3 47/18 48/6 49/15 49/21 50/1 50/20 51/21 51/22 55/1 55/10 55/25 56/7 56/21 58/7 58/21 64/22

**A**

**are... [94]** 68/2 70/2 75/12 77/2
78/25 81/19 84/15 85/13 85/24
86/17 89/18 91/12 91/20 92/2 92/9
93/7 94/2 95/2 95/25 96/3 99/16
99/19 102/19 102/20 108/7 110/14
113/8 115/9 116/15 117/13 119/21
122/1 122/4 122/7 123/11 123/15
124/11 126/17 127/11 127/15
127/20 127/23 128/21 129/5 129/8
129/15 133/7 133/12 134/3 134/9
134/25 136/11 137/5 137/8 140/6
140/9 144/12 144/24 147/22 148/11
151/1 152/14 152/16 156/24 163/3
164/20 165/25 166/9 166/9 173/13
174/10 175/19 176/8 176/10 177/11
178/4 178/24 179/4 179/9 180/10
180/13 180/16 180/17 181/13
181/17 181/21 182/17 183/17
183/19 183/20 183/23 184/1 184/4
185/17
**area [7]** 13/3 28/13 43/6 50/20
102/1 104/17 169/9
**Arent [1]** 34/24
**argument [1]** 185/14
**Arlington [1]** 62/10
**arm [2]** 44/20 44/21
**armed [2]** 22/9 99/20
**arms [1]** 58/23
**Armstrong [2]** 128/10 128/13
**around [13]** 14/9 26/12 30/1 30/2
30/4 30/12 43/4 69/2 89/4 94/23
114/7 118/8 122/17
**around-town [1]** 122/17
**arrangements [3]** 12/7 12/14 96/16
**arrested [7]** 73/19 83/15 83/20
97/24 98/1 98/17 102/3
**arrival [1]** 26/10
**Arson [1]** 83/21
**art [2]** 142/10 142/11
**articles [3]** 63/19 100/15 162/3
**arts [1]** 11/11
**as [114]** 4/4 7/8 7/13 15/9 15/9
15/14 19/13 20/22 20/22 23/20
26/23 28/13 30/10 35/14 36/9
36/19 47/2 47/4 47/4 47/13 47/19
51/24 53/2 54/22 56/5 59/12 60/22
60/25 64/3 64/20 64/23 65/3 65/11
67/13 69/9 71/1 71/8 71/16 72/3
72/9 77/8 77/17 78/2 80/1 86/6
89/13 89/20 94/5 95/18 96/1 97/1
101/8 101/9 103/24 104/15 104/15
106/20 108/20 111/24 114/20
115/10 115/11 115/11 115/11
116/12 118/14 118/21 118/23 119/3
120/6 120/6 121/13 125/17 125/17
130/16 132/14 132/14 134/2 134/2
134/2 134/3 134/25 139/16 143/5
144/8 144/23 144/23 144/23 145/13
150/23 151/5 156/24 157/2 160/6
160/7 162/25 163/1 165/10 172/6
173/17 176/3 176/8 179/3 180/25
180/25 181/7 182/17 183/21 184/22
184/22 184/23 185/2 185/6 185/17
**Ashburn [1]** 97/4
**Ashley [1]** 27/14
**Ashli [1]** 28/23
**aside [31]** 4/19 7/3 7/21 31/1
36/9 61/3 63/25 64/11 70/23 77/7
89/9 95/6 101/6 101/16 104/5
109/10 119/6 135/5 135/12 135/13
145/8 145/25 147/2 150/20 156/19
157/7 160/11 165/6 165/17 172/6
175/23
**ask [31]** 7/25 16/12 26/19 27/6
28/1 28/4 29/24 38/5 38/9 53/12
53/17 53/23 56/1 65/18 71/21
76/10 80/1 80/1 82/7 90/4 90/7
90/15 104/18 106/15 117/20 138/6
144/17 151/21 157/14 157/23
167/16

**asked [14]** 14/2 23/24 36/6 51/25
51/25 52/2 59/22 70/9 74/24 78/10
113/19 114/15 157/15 158/24
**asking [1]** 113/24
**assigned [5]** 20/15 58/4 58/21
111/4 111/5
**assistant [5]** 18/24 19/13 19/15
19/24 29/9
**assistants [1]** 19/8
**Association [1]** 168/22
**assume [4]** 50/25 66/19 165/22
177/12
**assure [1]** 37/25
**attack [3]** 44/11 115/2 120/3
**attacked [1]** 115/8
**attacking [1]** 134/10
**attend [1]** 51/17
**attending [1]** 111/13
**attention [6]** 37/9 108/1 144/5
149/19 155/2 179/3
**attentively [1]** 78/2
**attorney [7]** 10/18 46/8 126/19
152/24 168/10 168/13 168/17
**attorneys [2]** 18/1 52/4
**AUSA [1]** 2/7
**author [2]** 64/20 64/24
**authorities [1]** 42/14
**authorized [1]** 103/23
**Avenue [2]** 1/17 1/23
**avoid [1]** 100/18
**aware [8]** 5/6 5/6 16/20 42/25
43/2 116/21 137/8 155/22
**awareness [1]** 156/5
**away [2]** 12/17 114/4

**B**

**BA [2]** 19/5 19/6
**Babbitt [5]** 27/8 27/14 28/20
28/23 28/24
**babies [1]** 40/17
**babysit [1]** 2/24
**baccalaureate [1]** 19/10
**bachelor [3]** 56/16 111/16 141/24
**bachelor's [4]** 58/12 88/9 159/6
169/12
**bachelors [1]** 19/9
**back [21]** 2/19 2/20 5/8 13/7 20/4
24/12 43/7 73/11 73/12 93/20
93/21 118/19 120/4 155/6 155/7
163/17 170/2 177/6 180/16 184/17
185/22
**background [31]** 5/18 7/7 7/11
19/4 31/10 35/19 56/15 58/11 62/4
68/3 75/9 84/13 85/1 88/4 111/15
120/2 122/7 130/25 138/7 138/20
139/11 141/22 142/9 148/15 149/21
149/24 155/11 159/5 166/13 166/18
169/11
**backwardly [1]** 113/19
**bacon [1]** 174/5
**bad [2]** 108/8 127/2
**bagel [1]** 124/5
**banana [2]** 170/25 171/14
**Bank [3]** 138/8 138/9 138/25
**Bankruptcy [1]** 1/22
**banners [1]** 98/16
**Bar [2]** 126/15 126/17
**BARCLAY [1]** 1/12 2/8
**barricades [1]** 107/23
**base [4]** 50/21 64/12 86/10 184/5
**based [16]** 20/1 31/5 36/8 58/6
64/9 72/4 75/13 79/3 109/11
119/13 145/24 150/24 157/9 166/3
176/11 176/12
**basically [8]** 5/25 11/1 12/22
23/9 24/4 28/14 30/11 175/20
**bathroom [2]** 44/6 44/7
**battery [1]** 144/13
**bay [2]** 29/1 29/3
**BBC [3]** 25/4 25/6 39/10
**be [180]** 2/25 3/1 3/25 4/13 4/24
6/24 6/24 7/9 7/16 8/20 9/8 12/4

14/17 15/6 15/9 17/17 18/18 19/20
19/20 20/25 21/25 22/25 23/3
28/16 31/9 32/7 32/9 32/16 32/23
33/12 34/2 34/2 36/16 37/2 37/14
37/15 40/20 40/23 41/10 41/12
42/23 43/15 43/24 45/2 45/6 48/10
49/12 49/16 50/9 51/14 51/19
51/24 52/2 52/8 52/11 53/3 53/7
53/9 53/23 53/25 54/15 55/8 55/17
57/22 60/25 61/2 61/2 61/7 63/25
64/9 64/10 64/10 65/14 70/22 71/2
71/6 71/9 71/11 71/25 71/25 72/8
74/1 75/2 77/9 78/4 81/2 84/6
86/2 91/2 92/1 92/5 92/10 93/5
96/5 96/21 99/25 100/23 101/7
101/10 101/15 101/17 102/11
103/21 103/23 104/4 104/9 104/13
104/15 106/22 108/12 109/4 109/5
109/22 112/23 114/11 114/11
115/12 115/12 119/3 119/5 119/7
119/8 119/16 119/23 120/20 124/8
124/11 125/9 129/8 130/9 132/18
135/1 135/2 135/9 135/12 136/3
140/2 140/10 140/14 140/14 140/15
140/19 140/21 140/22 140/24
142/17 144/6 144/8 146/10 149/13
150/4 151/18 154/19 160/11 160/19
165/2 167/24 168/3 170/13 172/8
172/10 173/10 176/10 178/19
178/20 178/21 179/4 179/15 180/12
181/9 181/13 181/14 181/20 181/24
182/1 182/13 182/15 183/20 185/22
**became [5]** 122/25 123/10 123/22
123/23 175/10
**because [52]** 2/17 2/18 5/6 12/7
13/9 13/25 27/9 27/14 27/21 33/22
37/16 39/5 40/25 41/6 41/7 49/23
54/19 63/11 63/12 68/1 76/23 81/3
84/10 89/5 91/19 92/4 102/7
102/20 106/21 107/24 111/4 114/14
114/25 115/5 116/12 118/5 121/2
124/12 129/5 132/4 140/3 140/4
144/5 155/23 174/17 175/15 179/1
179/3 179/9 179/14 181/18 181/19
**become [5]** 41/13 69/25 121/1
123/18 123/21
**becomes [1]** 41/10
**becoming [1]** 41/8
**bed [1]** 39/6
**been [83]** 3/13 5/21 11/4 11/17
11/25 18/13 20/12 21/18 23/7
25/11 30/12 31/20 31/24 35/16
35/17 36/3 38/1 42/5 44/8 44/12
47/12 47/13 47/19 47/20 56/9 58/4
58/17 62/2 62/9 66/15 66/18 68/13
72/21 72/25 74/11 75/6 83/4 99/20
100/10 101/5 101/22 102/1 112/5
112/13 112/13 114/5 115/15 115/20
116/21 120/7 121/3 127/7 130/3
131/8 132/7 132/21 138/10 138/12
140/12 141/19 141/20 144/25 148/4
148/8 151/24 153/8 155/13 155/14
155/22 156/7 159/13 167/7 169/2
169/8 169/9 172/25 173/18 173/20
179/15 180/24 181/4 181/11 182/6
**before [43]** 1/9 6/5 7/6 7/16
15/10 24/19 25/12 28/3 31/8 31/13
31/25 39/6 62/18 64/7 76/6 81/16
90/17 91/7 92/10 96/17 112/4
112/13 113/1 113/10 120/9 123/5
128/5 135/15 142/21 147/16 148/23
153/10 154/5 160/12 165/22 176/16
176/17 176/21 178/15 178/15
180/18 181/23 183/6
**beforehand [3]** 61/4 64/12 165/18
**beginning [2]** 86/6 108/22
**behalf [5]** 2/7 2/12 67/10 104/19
182/9
**being [14]** 12/11 16/1 38/24 52/22
96/19 110/13 115/6 115/7 115/13
118/3 172/5 172/14 176/25 182/8
**believe [28]** 14/19 28/16 53/21

**B**
**believe...** [25] 61/6 63/23 74/23 98/4 99/16 99/23 101/21 102/6 102/10 103/23 110/5 115/12 116/22 118/16 119/16 126/5 135/13 146/4 149/9 150/22 151/19 152/6 153/12 160/21 170/14
**believed** [1] 126/23
**believer** [4] 125/11 125/12 125/13 126/23
**believing** [1] 104/13
**belonged** [1] 81/10
**bench** [71] 9/22 10/1 16/10 16/15 26/18 26/20 27/5 28/19 32/12 32/21 34/6 34/10 38/7 38/14 39/25 40/5 41/5 41/18 43/12 43/17 47/25 48/5 53/14 54/2 57/4 57/7 61/12 61/16 65/23 66/3 72/13 79/22 80/4 82/10 82/14 86/19 90/5 90/16 96/9 96/13 103/18 104/22 111/22 112/3 121/18 121/22 128/16 128/20 133/22 134/6 136/14 136/23 141/7 141/10 146/22 146/25 152/9 152/12 157/24 158/2 161/7 161/13 162/17 162/20 167/13 167/19 172/12 172/19 177/4 177/10 180/24
**benefit** [1] 116/15
**besides** [1] 131/21
**best** [10] 17/24 17/24 18/3 18/10 50/9 55/9 97/1 140/24 184/24 185/1
**better** [4] 34/14 66/10 119/23 122/12
**between** [3] 93/21 116/1 138/18
**beyond** [5] 53/5 59/14 64/6 165/13 176/6
**bias** [2] 49/16 52/12
**biased** [1] 172/10
**big** [3] 10/17 13/15 95/11
**bigger** [1] 30/13
**biggest** [2] 47/10 121/7
**Bill** [2] 123/4 123/5
**billion** [1] 143/6
**bipartisan** [1] 116/7
**bipartisanship** [1] 116/13
**birthday** [1] 125/3
**bit** [13] 4/5 44/4 46/1 52/7 60/6 64/3 76/16 106/15 115/1 120/15 124/23 137/4 166/15
**blinking** [1] 144/13
**blocks** [2] 114/4 164/6
**Board** [2] 142/23 143/4
**body** [1] 127/3
**bond** [1] 102/25
**Bonetti** [1] 47/16
**border** [3] 80/23 81/2 98/15
**born** [3] 139/8 139/14 169/8
**boss** [2] 114/22 118/13
**boss'** [1] 47/15
**Boston** [2] 87/5 127/13
**both** [6] 26/11 26/14 116/9 116/15 125/14 153/8
**bother** [5] 37/13 37/14 37/17 38/2 38/2
**bottom** [2] 136/18 146/15
**bottom-line** [1] 146/15
**box** [9] 55/15 71/23 114/14 157/17 179/8 179/12 181/7 183/1 183/10
**boxes** [1] 165/4
**boy** [1] 139/4
**boyfriend** [2] 87/18 87/19
**Boys** [1] 59/13
**brain** [1] 6/17
**break** [16] 22/9 37/19 37/20 48/11 93/11 93/13 93/19 93/21 116/2 129/12 129/14 185/4 185/5 185/9 185/10 185/10
**break-in** [1] 22/9
**breaking** [2] 134/9 137/4
**brief** [1] 48/11
**briefly** [1] 66/16

**brilliant** [1] 124/4
**brought...** [14] 91/25 143/24 180/10 185/22
**broad** [1] 39/9
**broke** [3] 15/23 44/21 128/13
**broken** [1] 169/17
**broker** [1] 61/24
**brook** [1] 127/21
**brother** [8] 17/10 48/18 49/5 72/22 97/1 125/3 151/24 168/10
**brought** [6] 26/9 26/11 26/14 44/12 81/2 174/5
**Bryant** [1] 9/5
**Budapest** [1] 4/12
**budget** [2] 52/14 56/5
**building** [13] 14/20 16/18 44/24 59/23 98/8 98/10 98/16 102/21 107/3 107/4 107/9 163/17 184/21
**buildings** [2] 14/22 98/11
**bunch** [1] 182/3
**burden** [6] 16/1 121/4 125/13 125/15 135/4 139/18
**bureau** [3] 58/23 58/24 67/22
**burglarized** [2] 74/19 169/19
**business** [6] 33/23 69/1 69/3 85/6 85/7 171/19
**businesses** [1] 11/3
**businessman** [1] 33/16
**busy** [4] 20/11 30/8 47/13 47/20
**BuzzFeed** [1] 163/13
**BWJP** [1] 66/23
**bye** [2] 182/2 182/2
**bye-bye** [1] 182/2

**C**
**cabin** [1] 84/9
**cable** [1] 144/21
**calculation** [1] 181/8
**call** [7] 38/21 66/3 91/19 92/10 180/19 182/25 183/9
**called** [7] 47/15 66/23 75/14 78/22 94/19 124/20 142/22
**calling** [1] 125/3
**came** [11] 20/7 25/24 25/25 28/25 29/3 93/20 107/22 113/10 142/2 149/19 181/7
**Campaign** [1] 94/20
**can** [61] 4/24 7/20 12/10 12/11 15/21 15/23 22/3 31/5 36/9 37/20 43/10 54/18 61/1 65/10 65/18 66/2 73/9 73/11 86/11 86/16 92/18 95/6 104/7 105/5 105/12 105/15 109/6 109/19 119/5 122/12 122/13 126/5 129/15 129/18 134/2 134/3 135/5 137/6 141/6 142/17 145/23 146/3 146/4 146/17 147/4 151/12 157/7 158/23 161/23 166/6 175/13 177/16 177/21 178/19 179/16 180/7 184/22 184/22 184/24 184/25 185/22
**can't** [20] 3/10 5/5 38/19 66/9 78/8 86/14 93/12 100/18 103/9 105/11 118/1 126/8 133/13 143/1 149/3 149/10 151/15 155/4 159/1 187/1
**Cap** [1] 24/5
**capacity** [1] 64/23
**Capitol** [61] 8/23 8/25 9/7 12/15 12/18 12/25 13/3 13/19 14/4 14/7 14/11 14/20 23/25 24/3 25/19 27/18 27/19 29/11 29/12 29/16 30/2 30/12 30/21 30/23 33/12 44/12 44/17 44/23 45/6 46/13 46/16 46/20 50/12 50/17 59/21 59/23 69/8 69/13 85/21 100/13 105/21 107/13 109/8 114/1 114/4 114/16 118/12 124/21 131/16 131/21 133/11 134/10 134/13 160/21 162/25 163/2 164/4 164/21 164/24 165/2 165/3
**car** [5] 22/10 116/20 118/1 169/16 170/9
**cardiothoracics** [1] 20/22

**care** [7] 2/18 2/25 20/17 25/23 4/1 25/1
**cared** [1] 126/20
**career** [5] 10/25 115/21 116/5 118/4 126/12
**careful** [1] 181/20
**carefully** [1] 125/14
**Carolina** [6] 17/13 17/14 105/14 105/19 111/17 139/13
**carried** [1] 155/5
**case** [77] 2/2 4/20 6/23 7/2 7/3 7/21 15/9 22/3 27/10 27/14 31/1 36/7 36/17 41/10 43/24 43/24 44/10 45/3 50/5 52/5 55/6 55/17 55/20 60/21 61/1 61/3 61/4 64/1 65/15 66/1 70/23 77/7 79/23 93/3 95/6 95/7 101/7 101/15 101/17 102/2 108/13 108/15 109/11 109/23 112/15 112/20 112/25 120/22 135/5 135/6 135/9 135/21 140/10 140/15 145/8 145/24 146/2 150/20 151/14 154/10 154/11 156/19 157/9 160/14 165/6 165/16 172/6 173/3 173/4 175/24 176/3 176/12 176/14 176/15 182/20 184/7 184/12
**cases** [9] 65/3 70/9 97/19 123/24 124/1 127/19 182/16 182/17 184/3
**catch** [1] 183/15
**catchall** [1] 26/22
**categories** [1] 52/18
**category** [1] 102/17
**caught** [4] 44/20 149/22 156/6 163/12
**cause** [8] 172/15 172/16 178/1 178/2 179/19 179/21 179/24 179/25
**causes** [1] 185/6
**caution** [2] 66/8 66/11
**caveat** [2] 114/14 115/4
**CBS** [1] 156/17
**cellular** [1] 38/23
**Census** [1] 67/22
**center** [7] 18/25 20/12 62/23 68/18 68/18 103/15 131/18
**certain** [4] 28/13 53/19 54/4 63/18
**certainly** [7] 20/8 23/23 72/5 76/16 150/3 155/22 156/10
**certificate** [1] 19/13
**certify** [1] 187/3
**chair** [1] 110/4
**challenge** [4] 172/14 177/25 178/2 179/19
**challenges** [5] 179/23 179/25 180/19 180/22 180/22
**challenging** [1] 3/25
**chambers** [1] 26/9
**chance** [2] 179/13 181/15
**change** [1] 94/24
**changed** [1] 181/3
**changing** [1] 181/12
**channel** [10] 39/16 76/25 132/20 132/20 132/20 156/17 175/4 175/5 175/19 175/21
**channels** [5] 76/22 118/5 118/6 118/8 132/19
**chaos** [2] 51/5 51/5
**chaotic** [1] 163/17
**Chapel** [2] 111/17 139/13
**charge** [2] 90/21 99/19
**charged** [6] 73/20 73/21 83/15 95/25 97/24 151/22
**charges** [1] 84/10
**check** [5] 39/3 72/20 92/11 141/4 163/8
**checked** [8] 7/25 45/4 77/24 79/25 90/8 114/14 115/4 165/4
**checking** [2] 3/17 27/1
**checks** [1] 147/9
**Chicago** [1] 9/16
**chief** [2] 43/4 124/2
**child** [2] 69/18 69/21
**childcare** [1] 96/16

**C**

**children [23]** 2/18 2/24 3/1 9/14 21/1 32/2 36/1 56/25 62/24 62/25 69/5 75/25 76/1 85/11 88/13 94/25 111/10 131/6 139/3 148/9 167/4 174/8 174/9
**China [1]** 166/11
**Choice [1]** 75/14
**chosen [2]** 19/19 50/8
**chosen against [1]** 19/19
**Church [2]** 49/4 49/6
**CIA [1]** 62/20
**Circle [3]** 45/9 45/18 45/20
**circulation [1]** 184/21
**circumstances [2]** 84/8 98/19
**citizen [3]** 115/11 120/6 121/1
**citizens [2]** 23/20 182/5
**city [6]** 13/1 28/14 44/12 69/2 110/22 131/18
**civil [5]** 64/23 135/19 135/22 173/4 176/15
**civilian [1]** 52/9
**civility [1]** 116/14
**claim [2]** 104/10 104/14
**claimed [2]** 2/24 103/22
**claims [2]** 104/4 104/12
**clarify [4]** 27/8 136/16 164/11 167/17
**Clark [1]** 122/9
**class [1]** 124/3
**clean [2]** 75/14 75/14
**clerical [1]** 174/2
**clerk [5]** 2/16 81/23 82/3 178/5 184/16
**click [1]** 81/14
**client [1]** 45/14
**clients [1]** 127/5
**climate [3]** 62/23 94/19 94/24
**climbing [1]** 134/17
**clinic [1]** 20/15
**clips [7]** 133/11 133/12 133/14 134/7 134/12 134/16 134/19
**close [46]** 8/1 9/3 9/3 9/6 12/16 12/24 14/7 14/12 21/6 21/10 22/6 24/6 27/13 29/16 30/20 30/23 46/15 46/19 50/16 59/20 59/22 67/4 67/13 69/7 70/2 73/19 74/13 80/7 81/10 83/14 99/7 104/16 105/20 113/25 118/11 127/7 127/11 128/2 131/20 143/15 162/25 164/3 164/4 164/23 165/2 169/14
**closed [1]** 143/8
**closely [5]** 5/5 24/19 100/24 140/6 145/1
**closer [4]** 51/24 115/1 122/11 159/1
**closest [2]** 12/18 126/9
**CNBC [1]** 39/10
**CNN [14]** 13/25 21/12 21/12 21/13 25/7 39/10 118/9 132/14 144/9 144/22 150/13 161/20 161/23 162/2
**cognitively [1]** 6/16
**cold [1]** 131/15
**colleagues [3]** 69/25 78/15 79/12
**college [8]** 17/25 35/20 62/5 88/12 93/25 113/19 131/1 142/11
**Colorado [1]** 13/7
**COLUMBIA [3]** 1/1 42/12 141/14
**come [38]** 2/19 2/20 5/8 7/15 14/9 15/12 15/17 23/19 28/12 28/15 37/1 50/7 54/25 64/6 71/5 73/11 73/12 86/8 89/14 92/4 95/20 101/11 104/13 109/1 118/25 125/20 139/19 145/16 145/19 151/7 155/1 155/7 156/25 160/8 165/13 176/5 183/1 183/10
**comes [7]** 36/21 53/3 101/25 115/9 132/11 156/12 160/13
**comfort [3]** 48/11 129/12 129/14
**comfortable [1]** 146/10
**coming [7]** 12/1 20/4 43/19 119/15

140/4 166/13 180/16
**command [1]** 139/25
**commercial [2]** 11/1 11/2
**commit [1]** 54/18
**commitment [2]** 51/19 54/20
**committed [3]** 95/24 109/7 160/9
**committees [1]** 56/8
**common [1]** 69/16
**communications [4]** 19/6 87/25 115/20 117/7
**community [10]** 26/12 42/2 42/13 62/19 74/9 74/10 182/7 182/10 182/11 183/18
**companies [2]** 33/7 64/23
**company [13]** 10/12 31/14 31/17 33/4 75/13 78/19 78/21 79/7 80/21 80/22 81/7 158/22 159/3
**competent [1]** 176/6
**complete [1]** 62/5
**completed [1]** 180/18
**completely [1]** 119/11
**computer [8]** 31/14 64/17 64/21 65/10 65/11 65/12 130/18 130/22
**computers [1]** 111/9
**concern [3]** 23/20 47/10 52/11
**concerned [2]** 51/18 140/11
**concert [1]** 43/3
**concluded [1]** 186/4
**conclusions [1]** 15/13
**Concurrent [1]** 31/18
**conference [69]** 9/22 10/1 16/10 16/15 26/18 26/20 27/5 28/19 32/12 32/21 34/6 34/10 38/7 38/14 39/25 40/5 41/5 41/18 43/12 43/17 47/25 48/5 53/14 54/2 57/4 57/7 61/12 61/16 65/23 72/13 79/22 80/4 82/10 82/14 86/19 90/5 90/16 96/9 96/13 103/18 104/22 111/22 112/3 121/18 121/22 128/16 128/20 133/22 134/6 136/14 136/23 141/7 141/10 146/22 146/25 152/9 152/12 157/24 158/2 161/7 161/13 162/17 162/20 167/13 167/19 172/12 172/19 177/4 177/10
**confidence [1]** 165/23
**confirm [1]** 180/7
**confirmed [1]** 99/20
**confused [1]** 164/10
**Congratulations [1]** 174/13
**congregation [1]** 28/10
**Congress [6]** 13/11 30/2 30/4 105/23 106/22 137/5
**congressional [9]** 14/20 63/21 70/11 70/13 101/2 133/18 134/20 145/2 150/15
**congressman [1]** 14/16
**congressman's [1]** 14/14
**connect [3]** 33/20 44/9 105/15
**connected [1]** 33/21
**connection [8]** 14/3 25/19 28/21 28/24 69/13 107/21 117/14 164/20
**connections [1]** 50/10
**connects [1]** 6/17
**consider [4]** 12/16 14/12 103/19 114/24
**considered [2]** 120/7 121/3
**considering [1]** 96/17
**consistent [2]** 92/12 180/5
**constantly [1]** 124/1
**constitutes [1]** 187/4
**Constitution [1]** 1/23
**construction [1]** 68/1
**consult [1]** 2/21
**consultants [1]** 64/23
**consulting [2]** 66/22 66/23
**consume [2]** 13/22 14/1
**consumed [1]** 95/14
**consumer [1]** 95/11
**contact [2]** 27/2 29/5
**Conte [1]** 43/4
**content [1]** 3/16
**context [1]** 65/2

**continue [2]** 92/18 171/1
**continued [1]** 92/17 149/23
**contract [4]** 38/25 81/2 81/8 168/25
**contracting [1]** 78/6
**contractor [2]** 130/16 169/1
**contracts [1]** 38/23
**contributed [1]** 182/22
**control [2]** 58/23 130/10
**controlled [1]** 130/9
**convenience [1]** 185/10
**convention [1]** 131/17
**conversations [2]** 16/16 118/16
**convicted [7]** 33/18 72/21 72/22 73/19 83/15 97/24 151/22
**conviction [1]** 81/3
**convictions [1]** 144/25
**convinced [1]** 54/16
**cooperates [1]** 12/10
**cops [2]** 127/12 127/15
**copy [4]** 3/8 3/11 3/15 3/24
**cordoned [1]** 24/5
**core [3]** 38/24 104/11 127/20
**Cornell [2]** 68/7 72/6
**corner [1]** 99/13
**corporate [1]** 97/22
**correct [17]** 7/9 9/12 31/12 41/22 49/22 50/4 54/24 55/4 107/14 107/16 122/24 123/16 131/25 142/20 143/25 176/24 187/4
**corrections [2]** 48/17 48/25
**could [60]** 2/19 2/20 2/24 4/19 6/19 6/20 7/1 7/5 7/6 7/16 14/9 23/17 27/1 27/6 28/16 30/25 31/9 45/6 54/7 54/8 54/10 54/15 57/10 60/21 67/16 71/12 71/19 72/1 73/10 77/6 78/4 89/9 96/5 101/15 101/19 101/21 109/13 109/14 112/23 119/16 119/17 124/13 132/7 135/13 140/21 142/17 144/17 145/8 151/18 156/19 157/11 165/6 167/17 172/9 175/23 175/25 178/10 178/17 182/5 182/6
**couldn't [34]** 14/15 16/2 32/7 32/9 36/16 37/2 50/5 53/5 53/9 55/6 55/11 65/14 69/19 71/9 71/13 77/16 77/19 77/22 86/2 89/19 96/2 104/5 109/8 109/22 124/8 126/2 130/18 135/10 140/19 140/22 140/24 157/10 160/19 182/11
**counsel [47]** 2/8 9/20 10/11 16/8 26/17 28/7 32/13 34/5 38/5 42/7 43/11 47/24 53/12 57/3 61/10 65/18 66/3 72/12 79/20 82/8 86/18 90/3 92/13 92/23 93/17 94/5 96/8 103/16 111/21 121/17 128/14 133/21 136/13 141/6 146/20 147/2 147/15 151/20 152/8 157/22 161/5 162/16 167/11 172/11 177/23 183/12 185/14
**count [1]** 11/22
**counted [2]** 97/10 98/2
**counter [1]** 166/12
**counter-extremism [1]** 166/12
**counting [1]** 122/19
**country [6]** 4/10 121/6 121/15 139/14 169/23 180/21
**couple [13]** 9/14 13/17 21/6 55/25 59/25 66/16 82/17 93/5 100/15 114/4 116/5 142/3 145/6
**course [4]** 38/1 60/25 118/22 145/13
**courses [1]** 19/11
**court [36]** 1/1 1/21 1/22 12/14 16/12 27/22 36/7 41/14 42/9 50/6 50/8 53/17 64/6 72/10 81/24 82/5 90/7 90/20 92/24 99/4 101/11 105/14 105/19 112/8 115/9 118/25 127/4 135/20 154/8 173/2 180/23 182/9 182/10 183/18 187/3 187/13
**Court's [1]** 41/1
**courtroom [60]** 2/12 15/17 31/6

**C**

courtroom... **[57]**   36/22 37/1 37/6
53/4 55/1 61/2 61/5 64/10 64/14
71/6 71/8 77/11 77/15 86/9 86/10
86/14 89/14 89/19 95/20 101/11
101/13 101/17 109/3 109/5 109/11
119/1 119/13 119/15 121/25 125/20
125/22 135/7 135/10 139/19 140/11
140/17 145/17 145/22 146/2 151/8
151/9 151/15 157/1 157/5 157/9
160/10 160/11 160/13 160/15
165/17 176/9 176/11 176/13 176/19
178/4 180/16 185/19
courtrooms **[1]**   184/20
Courts **[1]**   1/22
cousin **[5]**   10/7 10/9 10/10 82/24
82/25
cousins **[2]**   42/18 127/12
cover **[2]**   20/10 117/13
coverage **[20]**   13/8 13/20 30/16
59/9 63/17 70/6 76/7 76/10 85/23
101/6 106/16 108/12 125/8 132/12
132/17 132/22 140/12 144/23
175/23 182/19
COVID **[4]**   63/12 112/13 163/16
184/19
coworker **[1]**   155/5
coworkers **[2]**   80/14 80/21
create **[1]**   20/6
created **[2]**   20/1 143/4
creator **[1]**   76/24
credence **[1]**   54/12
credibility **[1]**   53/24
crime **[21]**   8/2 8/22 22/7 22/11
33/18 65/10 67/4 67/4 67/6 73/20
74/14 81/11 81/19 83/15 97/24
99/7 109/7 151/22 153/6 153/9
169/15
crimes **[1]**   153/21
criminal **[32]**   1/3 2/2 10/16 18/2
34/25 46/7 52/3 52/3 52/5 65/3
72/21 73/4 83/23 93/3 97/19 98/20
124/12 126/15 126/17 141/15
141/16 141/17 143/16 143/18
147/19 152/5 153/2 153/18 154/11
167/18 168/14 168/19
critical **[1]**   20/17
Cross **[1]**   173/14
crowd **[1]**   179/8
crying **[2]**   40/17 41/12
CSOSA **[3]**   42/1 42/5 42/8
current **[4]**   6/15 68/14 157/13
159/13
currently **[10]**   17/13 42/18 42/20
42/21 69/9 93/9 94/3 160/1 160/4
173/14
customer **[1]**   75/18
Customs **[3]**   35/13 80/23 81/2
cut **[1]**   45/22
cyber **[3]**   61/21 166/5 166/8
cyberintelligence **[1]**   165/23

**D**

dad **[3]**   87/3 158/6 158/8
daily **[2]**   3/21 172/4
Dallas **[1]**   18/8
data **[2]**   75/17 81/1
date **[1]**   143/20
Dated **[1]**   187/10
daughter **[8]**   9/19 32/4 32/15
32/25 33/1 84/11 111/11 116/20
daughter's **[1]**   63/10
Dave **[1]**   126/18
David **[1]**   122/9
day **[133]**   13/5 13/5 14/17 14/18
16/14 16/17 24/16 24/18 24/22
25/14 27/2 27/3 28/10 28/16 29/19
29/24 30/8 30/23 33/20 38/9 38/9
38/16 38/16 38/17 38/17 38/20
38/20 39/1 39/1 39/4 43/8 43/19
45/1 45/7 45/24 47/4 51/8 56/4

56/4 59/3 59/4 59/8 60/2 60/5
70/12 70/13 76/4 76/10 88/21
94/10 100/6 100/7 100/16 106/3
106/9 106/16 106/18 107/19 107/20
107/21 108/24 109/7 109/9 109/10
114/5 114/8 114/23 114/25 115/8
116/18 116/22 116/24 117/9 117/22
118/25 119/4 119/6 119/8 120/3
124/2 124/16 125/1 125/24 132/2
132/3 132/8 135/3 139/21 141/2
144/3 145/19 145/19 146/1 149/16
149/25 151/10 151/11 154/24 155/2
155/19 156/11 157/3 157/4 159/21
163/11 163/23 163/25 164/8 164/11
164/15 164/16 170/20 170/21
170/23 171/2 171/17 172/13 174/16
174/17 174/20 175/1 176/22 176/22
185/5 185/7 185/9 187/10
daycare **[1]**   63/12
days **[13]**   14/8 20/8 23/20 47/13
79/7 112/21 113/7 117/10 154/14
173/6 182/6 182/9 182/17
daytime **[1]**   174/21
DC **[71]**   1/5 1/14 1/18 1/24 5/24
8/7 10/8 10/16 11/17 17/22 17/25
19/1 21/8 22/11 32/5 35/22 56/12
58/2 58/25 62/9 62/11 62/12 68/9
68/11 71/14 74/5 74/7 74/8 74/21
75/5 75/24 81/24 84/13 87/15
90/20 93/18 93/19 93/21 98/25
110/24 110/24 111/1 111/18
112/5 120/12 123/10 126/12 130/11
138/15 138/16 138/18 141/20 142/1
142/19 148/6 148/24 149/1 149/9
151/25 155/15 158/20 159/9 167/6
167/7 167/9 168/21 169/7 169/9
169/9 173/2
DCist **[2]**   70/17 100/22
DEA **[2]**   130/2 131/8
dead **[2]**   26/10 127/3
deal **[2]**   33/22 110/11
dealing **[2]**   38/22 38/23
dean **[2]**   122/9 122/18 123/1
123/15
decades **[1]**   66/16
deceased **[5]**   28/20 28/23 34/19
34/21 151/24
decide **[53]**   4/19 4/20 7/2 7/3
7/12 7/21 15/23 31/1 31/5 36/7
50/5 55/17 60/21 61/1 61/3 61/4
64/1 65/15 70/23 72/1 77/7 77/16
77/18 86/12 89/9 89/20 95/6 96/2
101/6 101/15 101/16 101/18 109/6
109/10 119/4 126/3 135/5 135/6
140/10 140/15 145/8 145/24 146/2
151/12 151/14 156/19 157/8 165/6
165/16 172/6 175/24 181/9 182/20
decided **[3]**   90/1 102/22 135/9
decides **[3]**   167/22 167/22 168/4
deciding **[10]**   6/23 37/3 53/10
71/10 71/24 109/8 150/20 160/14
161/2 176/12
decision **[6]**   61/8 64/9 64/12
86/10 119/12 176/7
decisions **[2]**   42/14 150/24
declared **[1]**   102/1
deep **[5]**   13/18 24/5 55/13 116/11
156/7
defendant **[52]**   1/7 1/16 7/1 7/14
15/15 15/16 15/19 25/15 31/4
36/20 37/1 52/5 53/3 54/4 54/23
55/14 60/23 64/5 64/7 71/3 77/10
77/13 77/14 78/17 86/7 86/8 89/13
89/17 89/18 95/19 95/21 101/10
108/23 108/24 118/23 118/24
125/18 125/24 135/2 139/18 145/14
145/15 151/6 156/25 157/16 160/7
160/24 165/12 176/4 177/25 178/14
180/4
defendant's **[3]**   32/23 146/8 178/2
Defender **[1]**   42/9

defense **[8]**   28/6 52/4 52/10 52/16
52/24 72/8 72/14
defer **[2]**   147/5 147/10
deferred **[1]**   42/12
definitely **[2]**   119/25 149/9
degree **[16]**   5/19 5/20 5/20 6/14
62/6 67/15 68/5 68/8 75/10 75/11
88/7 111/16 141/25 148/16 155/12
166/19
degrees **[3]**   19/5 93/24 118/7
deliberately **[2]**   102/13 102/14
deliberations **[3]**   76/7 120/22
154/15
democracy **[4]**   115/3 120/3 120/5
170/25
democrat **[1]**   116/8
democratic **[1]**   116/10
democrats **[1]**   116/9
denied **[1]**   41/17
depart **[1]**   15/3
Department **[15]**   4/7 6/4 10/25
42/19 52/10 52/16 58/1 66/8 66/12
66/13 78/7 78/10 80/22 111/8
174/4
depending **[1]**   54/11
deployed **[1]**   43/6
depressing **[1]**   89/5
depth **[1]**   60/6
deputy **[2]**   17/12 42/1
description **[1]**   43/24
descriptions **[1]**   46/2
design **[1]**   56/24
desk **[2]**   44/4 44/7
details **[5]**   60/11 130/18 135/14
149/4 153/20
detective **[1]**   17/13
deteriorated **[1]**   51/5
determined **[1]**   96/21
Detsche **[1]**   39/10
developing **[1]**   51/12
development **[1]**   61/25
developments **[2]**   13/15 13/16
devices **[1]**   38/23
DHS **[1]**   80/15
diabetes **[1]**   171/21
diagnosed **[1]**   171/21
did **[192]**
didn't **[27]**   7/1 9/2 11/24 20/2
30/5 31/5 47/6 47/11 56/1 60/10
63/9 70/14 72/6 72/20 92/5 98/1
99/4 113/24 141/2 141/5 151/21
170/8 171/15 176/22 181/8 181/10
183/15
died **[1]**   34/1
different **[11]**   6/18 13/23 14/1
52/1 53/21 64/23 79/3 102/8 118/6
118/7 182/16
differently **[3]**   152/7 152/7
182/16
difficult **[14]**   4/4 4/10 4/16
26/23 30/13 33/12 34/2 45/2 47/13
78/1 114/11 135/12 171/20 172/8
difficulty **[4]**   6/23 7/22 146/7
165/18
digital **[4]**   61/25 64/17 64/21
65/7
diplomacy **[2]**   11/1 11/2
diplomat **[2]**   4/8 7/8
direct **[9]**   14/3 16/16 25/19 27/1
29/5 69/13 107/20 117/14 164/19
direction **[1]**   51/7
directly **[6]**   16/13 22/14 25/1
28/21 33/24 118/11
director **[4]**   42/1 62/16 87/23
106/7
disbelief **[2]**   60/18 76/12
discharging **[1]**   34/7
disclose **[4]**   78/5 114/19 115/5
180/23
discourse **[2]**   116/14 118/7
discuss **[1]**   56/8
Discussion **[1]**   185/24

**D**

dismissed [1] 185/17
disqualification [1] 184/13
dissatisfied [1] 23/2
DISTRICT [12] 1/1 1/1 1/10 1/22
  42/12 83/1 110/24 112/5 141/14
  141/18 142/3 142/20
disturbing [1] 44/13
diver [1] 13/18
division [1] 166/8
do [297]
doctor [3] 19/21 29/9 136/11
doctorate [2] 19/18 148/17
doctorates [2] 152/15 152/16
doctors [2] 20/3 136/12
documentary [3] 76/17 76/23 76/24
does [40] 3/15 3/18 6/11 10/10
  18/6 20/15 27/11 32/15 32/25 40/7
  42/8 44/14 62/15 66/22 66/23
  66/24 67/17 69/4 82/25 85/5 87/19
  87/22 94/18 94/21 94/22 104/3
  110/20 110/23 111/1 138/24 141/17
  142/6 147/14 152/23 158/9 158/17
  158/19 168/11 168/14 173/23
doesn't [9] 20/8 37/13 37/14 38/2
  67/16 90/9 143/3 167/16 168/19
doing [37] 9/17 10/20 12/1 15/1
  21/14 38/20 45/21 45/22 49/21
  50/22 55/8 56/9 64/14 64/22 66/21
  78/24 82/2 94/7 94/14 103/10
  113/21 117/7 123/11 133/13 133/15
  140/16 140/18 142/7 142/18 147/3
  151/1 151/3 160/14 165/18 174/20
  181/4 181/11
dole [2] 167/17 167/20
doling [1] 165/20
domestic [5] 66/24 67/10 69/10
  112/16 140/2
don't [160] 3/20 6/25 7/23 8/16
  8/21 11/22 12/5 13/2 14/19 15/18
  15/19 17/2 18/20 19/9 19/24 25/9
  26/5 30/3 30/17 31/4 36/15 36/16
  36/25 39/4 39/18 39/20 39/23 40/9
  41/8 42/25 50/13 50/24 52/6 54/22
  54/23 54/23 55/1 55/2 55/3 55/3
  55/12 60/23 63/23 64/7 64/15 70/8
  71/8 71/18 74/3 74/23 76/12 77/13
  77/13 77/21 77/24 78/16 78/17
  78/17 79/8 85/20 86/8 89/5 89/16
  91/23 93/9 94/12 94/14 95/21
  95/21 97/14 100/1 100/24 101/12
  101/12 102/6 102/11 102/17 102/18
  104/1 104/8 108/14 108/23 108/23
  109/17 109/18 109/19 113/17
  113/18 115/6 115/12 118/24 120/25
  121/11 122/2 125/16 125/23 125/23
  126/10 126/18 127/21 127/21
  127/22 127/23 132/4 132/23 133/4
  133/4 133/15 133/24 135/2 135/13
  136/8 136/12 136/17 137/21 141/1
  144/7 144/14 145/18 145/18 146/5
  150/22 151/10 151/10 153/19 154/2
  156/2 157/2 158/12 158/16 160/17
  160/21 160/23 162/11 165/20
  165/24 166/1 167/20 167/23 168/1
  170/14 176/21 176/22 176/25 177/7
  178/18 179/1 179/1 179/3 179/17
  181/11 181/22 183/25 184/2 184/8
  184/9 184/11 184/13 184/14 184/23
done [14] 15/10 33/25 60/24 65/10
  67/9 109/4 128/22 139/14 141/16
  147/19 170/3 180/20 181/3 182/8
door [3] 44/2 44/20 134/17
doors [2] 44/19 44/22
DOTs [1] 168/23
double [2] 178/18 178/18
doubt [4] 53/5 64/6 165/14 176/6
down [17] 35/4 37/12 43/20 55/13
  59/5 63/12 73/9 79/1 98/16 107/12
  107/22 114/5 134/18 136/12 177/21
  179/14 182/6

**D** (cont.)

downtown [2] 98/10 107/22
  140/20 184/7
driver's [1] 170/8
driving [2] 118/1 124/19
drove [1] 116/23
drug [4] 129/21 129/24 130/9
  151/24
drugs [2] 113/2 130/7
due [1] 71/16
Duke [1] 19/12
during [12] 13/19 14/8 39/4 43/3
  43/6 78/5 107/17 116/11 133/9
  171/16 174/21 184/19
duties [4] 38/9 38/16 38/17 39/1
duty [1] 47/18
DWI [1] 72/22

**E**

each [6] 53/24 54/6 178/15 180/18
  180/21 184/7
EARLE [3] 1/6 2/3 93/4
earlier [3] 99/9 120/1 178/10
early [5] 19/16 24/13 28/8 158/12
  158/16
East [2] 114/3 166/13
ecology [1] 184/10
economics [4] 68/4 75/10 138/21
  139/13
economist [2] 139/1 139/2
editing [1] 3/24
editor [9] 3/8 3/11 3/15 3/21
  21/11 21/12 21/17 24/15 124/2
educated [2] 126/11 152/15
education [3] 35/20 139/14 148/17
educational [20] 5/17 19/3 35/18
  56/14 58/10 62/4 68/2 75/8 84/25
  111/15 130/24 138/19 139/10
  141/21 142/9 148/14 155/11 159/4
  166/17 169/10
educator [1] 150/23
EEG [1] 32/1
effect [2] 49/11 112/23
eight [2] 62/3 148/12
either [10] 10/17 48/1 73/10
  73/13 73/14 98/4 108/19 149/12
  170/12 177/3
else [14] 30/22 35/3 38/6 46/21
  67/1 71/18 77/25 119/23 122/4
  137/25 163/22 168/17 180/11
  185/20
email [1] 155/4
emotional [5] 40/16 41/2 41/8
  41/10 41/13
empathize [1] 55/21
emphasized [2] 116/12 116/14
empirical [1] 72/4
employed [6] 6/8 56/21 76/3 78/6
  84/15 173/14
employee [1] 62/17
employer [4] 12/10 47/14 103/15
  177/12
employers [2] 12/13 177/17
employment [9] 17/16 42/22 49/11
  56/3 57/24 67/21 127/14 158/21
  158/24
encounters [1] 163/19
end [64] 10/1 12/11 16/15 26/20
  28/19 32/21 34/10 38/14 40/5
  41/18 43/17 54/2 57/7 61/16 64/4
  65/23 77/9 77/25 80/4 82/14 88/24
  89/12 90/16 95/18 96/13 96/22
  101/9 102/24 104/22 108/21 109/5
  112/3 113/21 118/23 121/22 128/20
  129/9 134/6 136/23 139/17 141/10
  145/13 145/15 145/23 146/25
  151/12 152/12 156/24 158/2 161/13
  162/20 163/21 165/10 167/19
  172/19 176/3 176/7 177/10 178/17
  179/1 181/18 181/22 181/23 185/2
ended [1] 63/14
energy [3] 75/14 75/14 75/15
enforcement [35] 17/9 17/9 35/10

**E** (cont.)

  35/14 41/21 46/10 48/15 52/5
  53/21 54/5 60/1 61/6 61/6 64/14 67/1
  79/4 79/17 80/10 80/12 80/13
  80/24 81/8 81/11 82/19 86/25
  96/25 103/24 127/10 127/20 129/20
  129/21 129/24 141/13 158/5 162/23
  162/24
engagements [1] 12/1
English [1] 88/8
enough [5] 20/3 43/13 43/18 50/2
  104/16
entering [1] 26/9
entire [2] 20/13 115/21
entirely [1] 67/25
entitled [2] 104/13 187/5
entitlement [1] 104/15
entry [2] 23/5 23/6
environmental [3] 94/23 156/5
  168/12
Equality [1] 68/18
errands [1] 116/20
erring [2] 66/7 66/10
especially [1] 34/1
essays [1] 171/15
essentially [2] 56/6 171/13
estate [2] 35/2 158/18
Europe [1] 12/2
evacuated [1] 14/25
evacuation [1] 15/1
even [9] 26/10 90/9 90/11 96/22
  107/13 143/9 160/2 178/25 184/7
evening [2] 13/11 39/7
event [8] 33/24 44/25 51/6 53/20
  96/20 103/22 157/13 185/6
events [52] 4/3 4/18 5/2 13/4
  13/9 14/3 24/18 25/19 27/13 27/20
  27/21 27/22 29/20 30/16 33/11
  33/20 45/1 45/10 47/2 50/25 51/7
  63/2 69/13 70/21 71/15 76/4 76/6
  76/23 77/6 78/5 78/12 79/8 89/9
  95/5 95/9 106/2 107/21 114/10
  117/14 118/12 139/24 140/5 144/8
  144/11 144/23 144/24 155/20 156/7
  164/20 165/2 174/16 174/22
eventually [3] 14/24 107/2 107/15
ever [17] 8/17 18/11 34/25 46/7
  65/4 83/8 127/14 147/19 153/2
  154/1 163/7 168/14 169/25 170/2
  170/10 175/13 184/2
every [10] 15/16 30/19 51/23 72/8
  120/4 125/1 175/1 185/5 185/7
  185/8
everybody [6] 121/1 121/2 121/15
  122/5 180/5 184/6
everyone [7] 18/4 28/14 71/16
  122/4 180/9 180/10 185/11
everything [8] 24/5 38/1 59/5
  64/11 91/17 95/11 125/1 165/23
evidence [92] 4/20 6/23 6/25 7/2
  7/4 7/13 7/16 7/17 7/19 7/21
  15/17 31/1 31/5 36/7 36/21 37/5
  41/11 41/11 50/6 53/4 54/7 54/9
  54/11 54/25 55/5 61/1 61/5 64/9
  64/17 64/21 65/15 70/23 71/6 72/4
  72/11 77/7 77/11 77/14 86/9 86/10
  86/13 89/10 89/14 95/7 95/20
  101/7 101/11 101/13 104/6 104/9
  109/2 109/3 109/4 125/14 125/20
  125/21 125/22 126/1 126/3 135/3
  135/4 135/7 135/8 139/19 140/10
  140/13 140/15 140/16 145/9 145/16
  145/21 145/25 146/2 150/20 151/7
  151/11 151/14 156/20 157/1 157/5
  160/9 160/13 165/13 165/14 165/16
  165/24 166/2 175/24 176/6 179/1
  182/20 184/15
ex [2] 42/2 42/15
ex-wife [2] 42/2 42/15
exactly [5] 44/24 50/24 82/4
  120/25 158/12
examiner [1] 56/24
except [1] 180/9

**E**

**excuse [4]**  48/2 48/7 7/7/1 131/14
**excused [8]**  2/21 2/23 41/19 43/14
  96/19 183/17 183/19 183/21
**excusing [1]**  96/18
**exercise [3]**  101/23 180/19 180/21
**exercised [1]**  101/22
**exist [1]**  143/3
**expensive [1]**  175/11
**experience [20]**  15/6 49/23 49/25
  60/5 73/25 84/5 91/1 103/20 104/3
  107/20 112/22 120/19 121/10
  121/12 121/14 121/16 136/2 154/18
  173/9 184/24
**experienced [2]**  51/5 163/9
**experiences [1]**  149/13
**experts [1]**  78/25
**explain [4]**  4/9 4/14 42/7 178/25
**explore [1]**  11/21 134/1
**exposed [2]**  100/11 101/6
**exposure [6]**  119/6 125/8 135/11
  145/25 150/1 150/4
**expunged [3]**  74/9 74/10 74/11
**extent [30]**  13/12 24/17 24/21
  24/23 29/22 29/24 45/23 51/9
  63/16 63/18 70/5 76/14 89/2 89/22
  100/17 101/5 108/11 117/17 132/9
  132/21 144/10 144/18 154/21
  155/20 156/8 163/18 170/21 172/2
  174/15 174/24
**extremely [1]**  45/4
**extremism [1]**  166/12
**eye [2]**  149/22 156/6
**eyes [1]**  127/9

**F**

**face [1]**  163/16
**Facebook [2]**  78/13 171/10
**facing [1]**  166/9
**fact [3]**  3/17 120/4 166/3
**factors [1]**  23/21
**facts [8]**  7/12 7/12 15/10 73/4
  83/23 110/12 152/4 153/17
**faculty [2]**  123/17 123/18
**fair [74]**  4/5 4/20 8/20 15/6
  15/12 17/17 18/18 22/1 23/17
  26/23 32/7 32/9 33/13 34/3 36/17
  37/2 42/23 45/2 49/12 52/2 53/9
  54/21 54/21 55/8 55/17 57/22
  60/22 61/7 64/2 65/14 71/9 71/11
  71/25 74/1 75/3 78/4 84/6 86/2
  91/2 95/7 96/5 99/25 101/7 101/17
  108/13 109/22 109/25 110/1 112/23
  114/11 115/6 115/13 119/9 120/20
  124/8 125/9 136/3 140/19 140/22
  146/13 146/17 149/13 154/19
  160/19 165/7 170/13 173/10 174/6
  177/1 181/13 181/14 182/21 184/6
  184/7
**fairly [32]**  7/1 15/23 16/2 54/8
  54/11 72/25 73/4 77/16 77/18
  77/19 78/2 83/23 86/12 86/15
  86/16 89/19 96/2 98/19 98/21
  101/19 109/6 109/18 109/14 126/2
  145/24 146/3 151/13 151/16 152/4
  157/9 172/9 182/7
**fairness [1]**  172/9
**fall [1]**  134/18
**Falls [2]**  49/4 49/6
**families [2]**  98/15 102/10
**family [41]**  3/5 8/1 10/6 21/3
  22/6 22/7 23/25 29/15 30/20 46/19
  63/3 66/11 67/3 67/12 69/17 72/20
  73/19 74/13 79/2 80/7 81/9 82/18
  83/14 93/7 97/23 99/6 113/15
  114/16 114/24 118/11 127/3 127/13
  128/1 138/17 151/21 153/5 153/10
  164/23 165/1 168/9 169/14
**far [4]**  8/25 27/22 131/19 144/23
**fascinating [2]**  121/12 121/14
**fashion [2]**  18/5 51/6

**fate [3]**  55/17 71/24 72/1
**favor [1]**  49/18
**favorite [2]**  123/23 123/24
**FBI [8]**  52/4 78/7 78/11 79/3
  80/15 126/19 130/16 131/22
**February [1]**  68/15
**federal [13]**  10/24 12/9 12/13
  18/9 33/18 52/4 52/9 52/10 142/22
  142/24 167/21 168/4 173/24
**feds [1]**  174/7
**feel [5]**  4/23 4/24 63/9 125/7
  181/2
**feeling [1]**  37/19
**feelings [6]**  4/3 33/11 45/1 104/5
  114/10 153/23
**felon [1]**  154/12
**felt [8]**  51/4 103/6 114/14 114/19
  115/2 115/5 125/15 170/23
**fences [1]**  30/11
**few [41]**  3/4 7/24 10/5 12/15 15/2
  29/10 33/9 34/17 43/22 48/14
  57/15 61/18 63/19 66/5 73/11
  73/16 73/17 73/18 80/6 86/24
  96/24 104/25 113/14 115/16 121/23
  123/20 126/13 129/19 137/24 138/6
  141/12 147/8 147/11 148/22 152/18
  158/4 159/15 163/20 164/6 168/8
  172/23
**fiance [1]**  51/16
**fidgety [3]**  37/11 37/12 38/2
**field [7]**  20/3 87/5 94/22 94/22
  130/19 131/4 174/2
**Fifteen [4]**  5/23 58/3 58/19 58/20
**fifth [1]**  148/5
**fighting [1]**  137/4
**fill [1]**  95/12
**filling [1]**  11/23
**film [1]**  27/11
**filmed [1]**  27/15
**final [4]**  135/1 151/4 180/17
  181/9
**finally [1]**  181/5
**finance [2]**  38/23 56/16
**financial [2]**  35/14 47/21
**find [2]**  157/5 167/23
**fine [12]**  6/14 37/18 38/4 73/13
  73/14 98/1 99/5 102/25 103/1
  147/6 147/7 168/5
**fines [2]**  84/2 84/4
**finish [3]**  48/11 48/12 128/22
**finished [1]**  13/11
**fire [1]**  84/10
**firearm [1]**  154/12
**firm [6]**  64/24 78/6 78/9 97/17
  147/15 147/17
**first [23]**  22/17 23/4 26/19 48/12
  90/8 100/19 101/23 101/24 101/25
  117/20 118/8 119/15 123/1 127/12
  136/5 138/16 145/6 178/12 179/11
  179/11 183/3 183/23 185/15
**fiscal [1]**  56/6
**five [10]**  11/17 83/5 85/12 85/13
  112/21 135/17 141/20 148/7 148/8
  167/10
**fixing [1]**  163/16
**flags [1]**  30/4
**fledged [1]**  19/21
**flip [1]**  118/8
**floor [3]**  26/16 114/22 118/14
**Florida [5]**  48/20 48/22 49/2
  58/15 58/16
**flow [1]**  166/16
**flux [1]**  91/17
**focused [2]**  134/14 166/12
**focuses [1]**  166/10
**focusing [1]**  166/10
**Foley [1]**  147/18
**folks [2]**  78/25 81/18
**follow [60]**  3/4 10/5 24/17 29/10
  33/9 34/17 43/23 48/14 53/5 53/7

  54/15 54/18 54/20 54/21 57/15
  57/17 70/3 70/8 73/18
  68/23 69/22 70/14 75/5 70/8 73/18
  74/23 79/21 80/1 82/17 86/24 90/1
  90/6 90/10 93/6 96/24 100/19
  100/21 100/24 104/25 113/14
  117/21 121/24 123/14 124/24 125/1
  129/19 132/13 137/24 141/9 141/12
  144/18 147/11 148/22 150/12
  152/18 157/22 158/4 159/24 161/14
  161/15 161/17 161/18 168/8 172/4
**follow-up [23]**  3/4 10/5 29/10
  33/9 34/17 43/23 61/18 66/5 73/18
  80/1 82/17 90/6 93/6 96/24 104/25
  113/14 129/19 137/24 141/12
  147/11 152/18 158/4 168/8
**follow-ups [1]**  148/22
**followed [35]**  4/2 5/2 5/5 13/12
  15/5 24/22 29/23 29/24 30/16
  45/23 51/9 63/16 70/5 76/11 76/14
  85/24 89/3 89/23 89/24 100/15
  100/17 106/17 108/2 108/3 117/18
  124/24 132/9 139/23 144/10 144/25
  155/20 170/21 172/2 174/15 174/24
**follower [1]**  110/5
**following [18]**  6/21 51/11 53/18
  79/8 85/24 89/4 95/11 103/20
  107/1 107/23 132/21 139/24 140/2
  140/2 140/7 144/23 150/1 150/4
**follows [1]**  161/9
**food [1]**  28/9
**Foods [1]**  24/9
**footage [1]**  156/11
**foregoing [1]**  187/4
**foreign [6]**  11/1 11/2 13/23 14/15
  57/25 123/25
**forensic [1]**  64/21
**forensics [1]**  62/1
**foresee [1]**  2/19
**forever [1]**  122/15
**forfeited [1]**  102/25
**forgotten [1]**  180/25
**form [4]**  18/5 102/15 104/7 179/10
**formed [3]**  4/19 70/22 77/6
**former [6]**  43/4 48/17 49/4 69/25
  87/3 118/13
**Formerly [1]**  162/24
**Fort [1]**  144/2
**forth [1]**  174/23
**forty [1]**  122/15
**forty-four [1]**  122/15
**forward [2]**  96/20 183/10
**Foulger [1]**  2/9
**found [2]**  3/25 33/19
**Foundation [1]**  88/3
**four [11]**  17/25 33/18 56/13
  112/14 122/15 129/6 148/10 171/16
  178/16 178/17 178/19
**Fourteen [1]**  169/3
**Fox [2]**  13/25 34/24
**frankly [2]**  54/11 115/2
**fraud [3]**  141/18 142/18 142/24
**free [2]**  120/6 159/3
**freedoms [1]**  121/6
**Friday [1]**  185/4
**Friedberg [1]**  61/22
**friend [45]**  3/6 8/1 10/5 14/7
  14/12 16/14 16/17 17/24 17/25
  21/3 21/12 21/13 22/7 22/8 22/10
  22/25 24/4 29/16 30/21 43/25 44/1
  44/16 46/2 46/19 46/20 46/23
  48/17 67/4 67/13 73/19 74/14
  81/10 82/2 83/14 99/7 113/15
  128/2 151/22 153/6 153/9 162/25
  163/3 164/24 165/2 169/15
**friend's [2]**  18/3 97/1
**friends [29]**  10/8 10/15 13/1 14/6
  14/10 17/25 21/6 21/10 21/11 22/9
  23/25 49/15 59/25 69/16 80/7
  81/23 82/18 88/22 93/7 97/7 97/9
  97/24 114/3 118/11 122/17 127/11
  143/14 143/15 168/9
**friendship [1]**  21/25

**F**

**front [11]** 27/19 44/23 49/16 50/5 72/11 89/16 116/23 163/12 170/7 179/5 181/20
**frowned [1]** 181/10
**frustration [1]** 76/13
**fulfill [1]** 56/6
**full [5]** 19/21 85/15 112/21 184/9 184/16
**full-fledged [1]** 19/21
**fully [1]** 134/2
**functioned [1]** 118/5
**further [3]** 35/4 82/11 133/23

**G**

**games [1]** 179/2
**gardening [2]** 69/1 69/4
**gave [1]** 46/2
**genealogy [1]** 110/6
**general [5]** 20/19 52/4 137/12 141/15 147/15
**generally [6]** 13/14 41/9 50/20 59/18 122/17 144/22
**generation [1]** 128/4
**gentlemen [2]** 180/15 183/16
**George [2]** 141/23 148/19
**Georgetown [9]** 24/14 68/8 68/17 68/19 75/13 126/21 148/2 148/3 166/21
**get [47]** 2/24 10/19 24/24 33/6 37/11 37/24 39/5 39/6 39/9 43/7 51/24 60/10 79/25 91/18 91/20 91/21 91/25 92/8 102/2 108/9 120/8 120/23 123/17 124/6 124/20 128/22 129/6 129/15 133/24 134/2 146/13 147/9 161/16 161/19 170/2 170/3 176/3 176/23 180/12 180/17 181/15 181/21 181/23 184/17 184/25 185/12 185/15
**gets [4]** 26/12 41/2 180/21 181/5
**getting [7]** 18/15 23/2 47/5 100/12 107/6 107/8 131/15
**girlfriend [3]** 18/3 105/22 106/21
**girls [1]** 128/3
**give [27]** 2/14 53/2 54/4 54/12 60/24 64/4 89/12 95/25 101/8 139/17 145/12 145/20 146/17 156/23 157/3 176/2 176/6 178/2 178/15 179/13 182/1 182/11 183/21 184/9 184/10 184/15 185/16
**given [3]** 103/20 104/3 110/6
**gives [2]** 120/5 178/3
**giving [2]** 28/9 53/23
**glasses [1]** 126/20
**go [66]** 10/4 11/7 16/24 23/19 23/21 24/20 30/6 33/9 39/6 39/9 39/10 48/2 48/6 48/9 56/7 57/14 59/5 62/7 86/24 91/7 96/14 96/20 96/23 99/4 99/5 102/14 104/25 112/20 113/14 120/4 120/14 124/6 126/11 127/3 129/18 133/23 133/25 135/23 137/23 138/2 145/9 147/5 147/9 152/14 154/13 155/6 156/20 158/4 162/6 162/9 162/22 165/9 168/7 172/21 173/5 177/24 178/5 179/19 180/18 182/16 183/23 183/24 184/8 185/3 185/7 185/23
**goes [1]** 181/8
**going [62]** 12/3 23/21 24/11 27/10 27/17 29/7 40/16 40/18 41/10 41/11 41/13 41/15 47/6 48/6 51/24 56/13 66/2 71/1 77/18 91/12 92/2 95/12 95/18 96/17 100/14 101/8 104/9 104/10 108/20 110/14 118/21 124/11 124/21 125/2 128/21 129/9 133/24 134/3 135/11 136/21 151/4 152/14 152/16 156/23 165/10 172/14 175/2 176/2 176/10 178/4 179/4 179/9 180/10 181/9 181/17 181/25 183/20 183/23 184/1 184/4 184/5 184/16

**gone [4]** 43/19 44/7 63/9 118/18 120/21 146/11 146/15 148/21 150/6 34/15 34/16 97/7 97/9 104/1 121/10 121/12 127/1 136/6 143/7 151/18 163/21 182/5 184/21
**Goodwill [2]** 84/16 84/18
**got [27]** 7/10 43/13 44/2 44/20 86/9 92/8 101/13 109/2 110/13 116/20 124/20 125/19 141/24 143/23 145/19 147/4 160/8 163/5 175/11 175/17 176/5 176/9 176/10 177/15 178/20 178/25 181/20
**gotten [2]** 44/3 163/15
**government [77]** 2/4 7/15 7/17 7/18 9/23 10/24 12/9 12/13 15/16 15/25 16/11 27/7 32/14 32/16 36/21 38/8 40/2 48/3 52/4 52/10 53/3 53/15 57/6 57/10 61/13 62/17 64/5 65/20 71/5 71/10 72/14 72/16 73/14 77/10 77/18 82/11 86/7 86/20 89/14 95/20 96/10 101/10 101/19 104/21 109/1 109/7 109/19 110/25 111/23 118/25 121/19 125/12 125/15 125/19 128/17 135/3 135/7 136/15 139/19 141/8 141/18 142/24 145/16 146/23 151/7 152/10 156/25 157/25 160/8 161/8 162/18 165/12 167/15 173/24 174/1 176/5 178/13
**governments [1]** 11/2
**grad [3]** 11/5 11/7 85/2
**grade [1]** 85/2
**graduate [4]** 68/8 75/7 93/25 166/21
**graduates [1]** 21/6
**grand [1]** 25/12
**granted [2]** 81/3 180/3
**grants [1]** 66/18
**Grassley [1]** 115/22
**great [1]** 50/1
**Greater [2]** 84/16 84/18
**Greece [1]** 169/24
**grew [6]** 68/12 69/16 118/3 118/3 118/4 175/21
**grounded [1]** 166/3
**grounds [2]** 24/4 114/17
**group [2]** 20/18 81/10
**growing [2]** 33/23 152/1
**growth [1]** 175/10
**guard [2]** 44/2 44/17
**Guardian [1]** 70/17
**guarding [2]** 44/19 44/22
**guess [12]** 36/11 37/8 54/17 100/22 107/22 117/20 122/16 125/6 126/10 146/7 163/16 174/6
**guidance [1]** 56/7
**guilt [2]** 165/22 167/22
**guilty [23]** 7/15 7/16 36/24 37/3 37/3 53/4 53/10 53/10 64/6 71/6 77/11 86/12 86/13 125/12 125/20 126/3 126/4 145/17 157/2 165/13 167/23 167/23 176/5
**gunpoint [3]** 8/3 22/10 99/8
**guy [5]** 31/7 124/20 126/22 164/25 165/4
**guys [2]** 59/13 59/14
**GW [4]** 26/11 26/14 127/3 155/8

**H**

**hacker [1]** 65/10
**had [73]** 2/17 13/18 14/17 16/14 16/17 19/20 22/8 22/9 24/20 28/12 28/13 28/14 29/19 30/11 33/22 38/1 39/21 43/2 45/14 47/1 47/8 47/22 51/13 51/17 52/3 52/6 63/12 65/9 65/10 66/11 72/20 77/23 78/9 84/2 84/4 87/8 95/4 96/15 96/16 98/1 99/2 99/4 104/14 106/17 106/21 106/22 114/15 116/14 116/18 116/19 116/21 116/22 117/3 118/16 118/18 118/20 120/24 120/25 131/23 133/3 146/1 146/8

**hair [2]** 45/17 45/22
**half [5]** 8/25 18/14 56/11 75/7 163/5
**halls [1]** 114/21
**hallway [1]** 73/10
**Hamdi [1]** 2/9
**hand [1]** 37/20
**handled [3]** 153/17 153/22 153/22
**hands [2]** 55/18 85/15
**happen [1]** 38/1
**happened [27]** 5/4 8/17 22/13 33/20 53/19 53/20 65/12 69/22 70/8 79/15 84/11 95/15 99/3 102/2 102/2 102/3 116/23 119/6 124/17 133/11 139/20 155/1 157/4 160/3 163/11 164/15 170/6
**happening [17]** 4/8 4/9 13/16 19/23 39/7 40/8 40/17 45/15 59/12 60/18 115/3 116/21 118/6 144/9 144/24 155/5 164/16
**happens [1]** 109/11
**happy [1]** 23/1
**hard [5]** 3/24 119/5 119/7 127/20 153/23
**harder [2]** 115/16 119/8
**hardest [3]** 71/22 119/19 157/14
**hardship [6]** 11/20 11/23 47/8 47/21 47/23 51/14
**Harkin [1]** 115/24
**harming [1]** 102/22
**Hart [2]** 98/7 98/10
**has [82]** 2/17 3/13 6/14 7/15 7/17 11/25 15/16 16/13 17/8 18/13 21/4 21/17 22/8 23/7 31/24 34/18 43/13 44/12 47/13 47/20 53/24 54/25 64/5 64/9 66/15 66/18 67/9 67/14 67/15 67/17 67/19 69/1 71/5 72/20 74/11 76/24 77/10 83/4 85/6 86/8 89/14 92/14 95/20 96/19 101/10 102/1 109/1 109/4 112/13 112/13 115/9 118/25 120/4 120/6 120/7 121/4 121/7 125/12 125/19 126/14 127/6 127/7 135/3 135/9 136/16 140/12 145/16 147/19 151/7 151/24 156/25 160/8 160/11 161/23 165/12 167/17 172/25 176/5 176/10 179/15 180/18 185/21
**hasn't [2]** 47/12 99/20
**hate [1]** 18/20
**have [547]**
**haven't [18]** 47/19 63/18 69/17 69/20 70/2 70/4 76/16 78/1 83/10 89/23 95/10 95/14 127/21 143/9 144/25 156/6 181/3 182/15
**having [5]** 43/19 47/23 101/22 118/4 119/8
**HBO [1]** 76/23
**he [237]**
**head [2]** 83/13 148/2
**headline [1]** 100/25
**headlines [6]** 3/16 3/23 13/17 24/24 51/12 70/7
**headquarters [2]** 130/19 130/21
**health [3]** 19/13 47/19 171/19
**hear [26]** 3/10 27/17 31/5 37/5 38/19 64/13 64/13 66/9 69/19 71/18 78/8 86/14 93/12 101/17 105/5 105/11 118/6 118/22 119/13 122/12 122/13 140/13 159/1 160/15 165/16 184/5
**heard [33]** 4/18 6/23 6/25 7/2 14/10 27/9 27/25 28/3 31/1 31/7 40/20 40/23 50/6 60/20 64/12 70/21 77/5 89/8 89/10 95/5 95/8 101/16 109/9 136/17 140/10 143/9 150/21 151/14 152/6 152/7 157/8 160/12 165/17
**hearing [2]** 73/1 108/10
**hearings [11]** 13/18 70/11 70/14

**H**

hearings... [8]   70/14 101/2 133/5
133/16 133/18 134/20 150/15
150/17
hearsay [1]   166/2
heck [1]   120/23
held [37]   9/22 16/10 26/18 27/5
32/12 34/6 38/7 39/25 41/5 43/12
47/25 48/5 53/14 57/4 61/12 72/13
79/22 82/10 86/19 90/5 96/9
103/18 111/22 121/18 128/16
133/22 136/14 141/7 146/22 152/9
157/24 161/7 162/17 167/13 172/12
177/4 185/24
help [5]   10/22 11/2 64/19 64/19
65/10
helped [2]   67/17 67/19
helping [3]   64/16 64/20 111/8
helps [1]   102/6
her [37]   15/5 18/11 18/12 22/9
27/15 44/1 44/3 44/6 44/7 44/8
44/16 51/18 60/12 60/15 82/4 90/8
90/12 96/18 96/20 96/21 96/22
96/23 99/13 103/20 104/3 104/5
106/25 107/8 107/17 111/24 118/15
118/16 123/22 134/4 134/18 142/9
153/10
here [107]   5/13 6/22 6/24 6/25
8/3 8/7 17/17 17/25 18/18 21/7
28/12 31/1 32/3 32/8 38/2 49/12
50/6 53/1 57/22 58/6 59/20 61/5
63/24 64/3 65/2 65/25 71/25 72/10
74/2 74/20 74/21 77/7 77/13 77/14
79/25 83/11 84/6 86/1 86/9 86/10
86/14 89/10 91/2 91/9 94/8 96/6
99/10 99/25 101/17 105/15 108/5
110/21 112/23 120/20 124/7 124/9
124/14 125/7 126/1 126/12 133/12
135/7 135/19 136/3 136/12 139/21
139/22 140/10 140/13 140/14
140/14 140/16 145/9 148/7 148/8
149/14 150/21 151/18 151/25
152/15 154/7 156/20 160/9 160/20
165/15 165/16 170/13 170/15
170/17 173/11 173/20 175/24 176/8
176/9 176/11 176/12 176/23 177/11
180/9 180/11 181/15 182/6 182/12
182/21 184/21 184/22 185/22
Hi [2]   122/1 122/5
hide [1]   14/8
high [1]   17/24
highlights [1]   150/17
Highway [1]   168/22
Hill [16]   13/3 13/19 14/7 14/11
14/16 21/11 21/16 21/17 24/3
29/12 30/2 30/8 56/8 111/17
124/21 139/13
him [45]   2/21 2/23 2/23 6/19 6/20
21/25 27/24 28/1 31/8 36/21 40/2
40/3 41/16 44/20 48/2 48/2 53/23
60/16 64/6 71/6 77/11 83/8 83/10
89/18 96/3 99/16 109/17 109/18
113/19 113/24 116/13 125/5 126/19
126/23 133/5 133/8 137/21 146/17
163/7 163/11 163/19 163/21 163/25
172/14 177/7
his [28]   16/14 17/16 21/20 27/20
32/15 32/16 38/9 38/9 40/25 41/7
41/15 44/20 44/21 48/18 49/5
55/17 69/1 69/17 71/22 85/6 110/2
114/22 116/5 124/2 147/15 161/10
163/16 163/18
historical [1]   50/9
historically [1]   110/12
history [3]   51/6 110/6 115/11
hit [2]   115/1 149/7
hold [4]   41/3 105/6 105/9 159/1
holding [1]   45/14
holiday [1]   185/4
holidays [3]   13/8 63/9 63/13
Holy [1]   173/14

home [60]   13/5 13/5 13/7 14/24
26/10 28/16 28/18 28/21 29/2
29/17 30/6 31/23 39/6 50/23 56/9
59/7 62/15 63/2 63/4 63/8 63/9
68/21 88/16 88/17 100/5 100/6
106/4 106/5 106/9 106/10 106/11
107/5 107/7 107/15 114/4 114/24
115/1 115/15 116/23 117/1 124/17
124/19 124/20 124/21 132/2 132/4
132/7 143/21 143/22 143/23 144/4
149/17 164/16 164/17 170/18
170/19 170/20 174/5 174/19 180/18
Homeland [7]   36/4 36/5 38/22 78/7
78/10 80/23 127/6
homeless [1]   28/10
hometown [1]   125/4
honest [2]   115/7 144/8
honestly [4]   3/20 95/13 97/14
140/1
honesty [1]   34/12
honor [57]   2/6 2/11 9/24 16/11
16/12 17/1 27/7 27/12 27/25 28/3
28/6 32/14 33/15 34/8 38/8 40/1
40/20 43/15 48/3 48/10 53/16
53/17 53/22 57/12 61/14 65/21
72/16 73/13 73/15 79/23 82/12
82/22 86/21 90/6 91/14 92/13
96/11 103/19 104/8 111/23 120/7
121/12 121/20 128/18 129/11
136/15 146/23 147/7 152/10 157/25
161/8 162/18 167/15 172/17 173/8
177/5 178/9
HONORABLE [1]   1/9
hope [5]   16/5 128/22 129/8 131/15
136/7
hopefully [1]   185/14
Hopkins [1]   11/8
hospital [10]   18/25 20/12 25/24
25/25 26/9 26/11 26/14 155/3
155/8 173/15
hour [2]   129/1 185/8
hours [3]   15/2 119/15 163/20
house [9]   10/11 22/9 23/5 24/15
84/11 93/17 94/5 100/5 164/2
housing [1]   87/23
how [127]   3/13 5/1 5/2 5/2 5/21
5/24 8/15 8/25 11/4 15/5 19/1
20/12 20/15 22/24 23/4 23/11 25/7
26/3 31/20 32/5 35/16 35/21 42/4
42/22 44/9 44/18 50/13 51/4 52/18
52/22 56/9 56/12 58/2 58/17 62/2
62/9 66/15 68/9 68/13 72/10 72/24
73/23 74/24 75/5 83/4 84/13 85/23
87/15 90/22 91/17 93/18 95/8 98/3
99/1 99/21 102/2 102/3 102/11
105/16 106/16 108/2 108/3 111/12
111/18 112/20 113/6 115/25 118/5
119/9 120/14 120/25 122/1 122/8
122/18 122/20 123/18 124/24 125/6
126/9 126/10 127/9 130/3 130/11
131/8 132/2 135/15 135/23 136/5
138/9 138/12 138/14 139/23 141/19
142/1 145/5 147/3 148/4 148/6
148/11 149/1 149/2 153/22 154/13
155/1 155/13 155/15 157/4 159/9
159/13 159/24 161/9 161/10 161/14
161/15 162/2 163/9 167/6 169/2
169/7 170/24 172/7 172/24 173/5
173/18 174/10 180/25 184/17
however [3]   11/25 38/10 181/1
huh [6]   8/10 71/4 74/12 123/14
137/12 138/19
human [4]   80/23 111/5 111/8 120/4
hung [2]   44/8 90/25
Hungary [2]   4/12 5/8
hunting [1]   166/15
husband [15]   48/16 48/25 73/1
94/18 95/12 110/21 113/18 114/6
114/21 116/3 116/4 116/25 138/23
138/24 147/13
husband's [1]   118/13

**I**

I'd [7]   16/12 41/6 41/13 53/1
55/21 55/21 80/1
I'm [32]   3/10 3/20 16/25 28/22
29/2 38/19 40/22 43/1 44/24 55/25
66/9 66/10 67/19 78/8 79/24 82/15
84/3 84/21 92/16 93/12 97/8 97/14
97/15 98/22 113/17 129/13 129/23
134/23 142/13 149/4 171/4 172/22
ICE [1]   36/5
ICU [4]   20/18 25/22 26/15 29/4
idea [2]   104/12 165/20
identify [2]   78/12 104/3
IG [3]   142/12 142/14 142/21
II [1]   20/2
ill [1]   2/25
illegal [3]   154/11 154/11 157/3
illness [1]   2/18
immediate [4]   79/7 80/7 114/16
118/11
immigration [3]   35/13 143/14
143/16
impact [5]   15/6 15/8 22/1 23/16
83/11
impair [1]   125/9
impaired [1]   6/16
impartial [43]   4/5 4/21 15/9
17/17 22/1 26/23 28/17 31/9 32/8
32/10 33/13 36/17 37/2 42/23
43/10 45/2 45/6 52/2 53/10 57/22
60/22 61/7 64/2 65/14 71/9 71/11
74/1 78/5 86/2 95/7 96/5 101/7
101/18 114/11 124/8 125/9 140/20
140/23 160/20 165/7 173/10 177/1
181/14
impartially [20]   15/23 16/3 77/16
77/19 77/20 78/2 86/12 86/15
89/20 96/2 101/20 109/6 109/9
109/15 126/2 145/24 146/3 151/13
151/16 182/7
implied [2]   36/12 49/16
important [7]   4/24 54/19 71/17
114/19 115/5 120/24 183/25
impression [3]   30/10 47/1 47/5
impressions [3]   29/23 59/8 76/9
incapacity [1]   2/17
inception [2]   42/6
incident [6]   42/25 43/2 43/3 62/1
169/20 170/5
incidents [1]   170/12
included [1]   133/5
including [1]   125/2
incorporating [1]   41/14
independently [1]   95/15
indicate [1]   43/23
indicated [3]   3/5 33/10 61/18
indirect [7]   14/3 25/19 69/13
69/15 107/21 117/14 164/20
Indirectly [1]   25/20
individual [5]   70/8 71/16 72/9
103/22 120/22
individual's [1]   157/13
individuals [1]   104/4
individuals' [1]   79/2
influenced [3]   52/9 126/10 126/14
information [5]   25/1 26/12 79/3
134/3 135/12
informed [1]   175/2
initially [3]   54/12 54/14 54/15
Inizio [1]   47/15
injured [6]   8/11 22/20 27/18 44/2
44/16 44/18
injuries [2]   26/15 40/18
innocence [3]   15/16 165/22 167/22
innocent [24]   7/15 36/20 53/3
60/25 64/5 71/3 77/10 86/7 89/13
95/19 96/1 101/10 108/23 118/24
125/12 125/18 135/2 139/18 145/15
151/6 156/25 160/8 165/12 176/4
inquire [7]   16/12 32/15 40/3 90/7
91/16 111/24 161/9

## I

**inquiring [1]** 178/9
**inside [3]** 24/5 26/12 134/13
**Inspector [1]** 141/15
**Instagram [1]** 162/10
**instead [1]** 40/12
**Institute [1]** 142/11
**instruct [4]** 36/19 108/21 118/21
160/6
**instructed [1]** 135/1
**instruction [17]** 53/2 53/6 53/8
53/24 54/5 54/19 60/24 64/4 89/12
95/17 101/9 145/13 151/4 156/23
176/2 176/7 184/9
**instructions [19]** 54/20 54/22
65/15 71/2 77/9 86/6 92/1 95/25
124/13 125/19 135/1 139/17 145/20
157/3 183/21 183/24 184/11 184/16
185/13
**insurance [1]** 61/24
**insurgence [3]** 133/2 137/10
137/13
**insurrection [3]** 170/24 171/14
171/17
**intelligence [7]** 52/16 62/19
78/13 79/1 163/1 166/7 166/22
**interesting [4]** 4/13 11/14 20/23
121/8
**intern [1]** 123/23
**international [5]** 58/13 58/22
140/3 141/24 166/20
**internet [3]** 39/4 39/9 184/8
**intertwined [1]** 27/22
**intervention [1]** 42/13
**investigate [1]** 65/11
**investigation [4]** 15/5 63/22
64/21 65/12
**investigations [5]** 64/17 141/15
141/18 142/18 145/3
**investigative [1]** 128/5
**investigator [1]** 65/3
**inveterate [1]** 124/25
**involved [2]** 81/19 99/17
**Iowa [4]** 56/18 62/8 115/20 118/19
**Iran [1]** 166/11
**is [502]**
**Island [2]** 32/4 88/12
**isn't [1]** 79/24
**issues [2]** 33/22 167/18
**it [345]**
**It's [1]** 172/13
**itself [2]** 107/3 107/13

## J

**jail [1]** 102/15
**Jamie [1]** 69/17
**January [71]** 4/2 5/2 5/23 6/22
24/1 24/2 25/23 26/1 27/18 27/21
27/22 29/16 30/3 30/5 30/5 30/6
30/6 30/9 30/14 30/17 33/12 35/17
36/10 36/11 36/12 41/9 50/23 59/1
63/1 63/6 63/15 69/14 71/15 76/2
76/23 78/6 78/11 83/9 83/9 85/17
87/7 88/15 95/6 95/16 100/2
104/12 105/24 116/17 125/4 132/1
132/22 133/3 136/20 137/16 143/20
144/24 149/16 154/22 155/7 155/21
159/17 163/5 163/7 164/24 170/16
172/3 174/16 184/1 184/1 184/3
184/12
**January 2007 [1]** 35/17
**January 2021 [3]** 85/17 116/17
159/17
**January 5th [2]** 30/3 30/5
**January 6 [62]** 4/2 5/2 6/22 24/1
24/2 25/23 26/1 27/18 27/21 27/22
29/16 30/3 30/6 30/6 30/9 30/14
30/17 33/12 36/10 36/11 36/12
41/9 50/23 59/1 63/1 63/6 69/14
71/15 76/2 76/23 78/6 78/11 83/9
83/9 87/7 88/15 95/6 95/16 100/2

104/12 105/24 125/4 132/1 132/22
154/22 155/7 155/15 163/5 163/7
164/24 170/16 172/3 174/16 184/1
184/1 184/3 184/12
**Jason [1]** 47/16
**Jayden [5]** 133/1 136/17 136/18
136/24 137/9
**Jersey [1]** 152/2
**jewelry [2]** 23/10 84/24
**Jimenez [1]** 21/24
**job [20]** 11/25 38/9 38/16 47/10
49/21 52/13 56/4 64/16 64/18
68/14 85/5 94/4 115/16 116/19
119/3 138/17 159/14 165/22 166/4
168/3
**jobs [1]** 45/17
**jog [1]** 28/8
**jogging [2]** 27/19 28/7
**JOHN [5]** 1/6 2/3 2/12 93/4 136/17
**John's [1]** 11/8
**join [3]** 38/13 80/2 175/16
**joined [2]** 2/8 102/7
**Joint [1]** 50/21
**Journal [1]** 13/24
**journalism [10]** 3/6 21/4 21/7
65/4 65/5 88/4 113/15 113/18
115/21 128/1
**journalist [3]** 104/16 128/6 128/6
**journey [1]** 127/8
**judge [13]** 1/10 81/25 82/1 82/5
82/6 122/1 122/16 127/3 134/1
136/7 167/22 168/4 180/25
**judges [2]** 123/19 123/21
**judgment [1]** 15/8
**judiciary [1]** 42/14
**juries [1]** 181/21
**juror [66]** 2/15 3/1 4/5 7/11 8/20
15/7 16/13 17/3 17/17 18/18 22/1
23/17 26/23 28/9 28/11 32/8 33/13
34/3 36/17 37/2 38/11 40/1 40/21
40/23 45/3 48/11 49/12 52/2 53/10
53/18 57/22 65/14 66/4 71/11 74/2
75/3 78/2 84/6 86/3 91/2 96/6
99/25 108/13 112/23 114/11 115/7
119/12 120/8 120/20 120/25 121/13
124/8 125/9 136/3 149/13 151/18
154/19 160/20 161/9 167/16 170/13
173/11 177/1 178/1 181/7 181/19
**jurors [7]** 28/12 37/20 37/25
39/21 91/18 179/2 185/17
**jury [91]** 1/9 7/5 7/16 25/12
25/12 25/14 27/17 27/17 36/20
37/16 42/24 47/18 52/23 53/1
54/21 55/15 55/16 60/24 64/2
65/13 71/23 86/2 89/20 90/8 90/15
90/17 90/24 91/12 91/25 95/18
101/9 101/24 108/21 111/24 112/4
112/18 113/3 118/21 119/3 120/9
120/17 120/18 120/23 121/1 125/7
129/10 135/15 135/25 137/25 138/3
140/9 140/15 140/20 145/14 148/23
149/8 150/19 151/12 152/15 152/16
154/5 154/16 156/24 157/17 160/5
165/10 167/18 167/21 172/7 172/24
173/7 176/8 176/17 177/11 178/7
180/13 180/14 181/7 181/10 181/13
181/17 181/19 181/25 182/13
182/15 183/1 183/10 183/12 183/16
183/20 185/19
**just [143]** 3/4 4/9 5/6 6/23 7/2
7/3 7/21 8/23 10/5 12/4 13/14
13/25 16/20 17/4 22/11 26/25 27/9
27/13 29/10 29/13 30/14 30/21
31/1 33/9 33/25 34/17 37/11 39/3
39/7 39/9 40/11 40/11 41/3 43/22
44/1 44/11 45/5 45/5 45/17 46/17
46/18 46/23 47/3 47/6 47/13 48/14
49/15 50/6 51/6 53/23 57/15 60/21
61/1 61/4 61/18 63/8 63/13 64/13
65/15 66/5 70/23 73/18 81/4 82/17
86/13 86/24 89/9 91/16 91/18

91/19 93/5 95/14 96/22 96/24 99/4
100/15 102/1 103/1 104/25
106/25 107/25 109/10 109/10
111/20 113/14 114/3 115/2 115/13
116/19 116/22 121/23 122/17
123/15 126/22 129/19 131/1 134/9
135/6 137/3 137/24 138/14 140/10
140/13 140/16 141/4 141/12 145/8
146/2 147/5 147/11 148/22 150/5
150/20 151/14 152/18 153/9 155/22
156/12 156/19 157/9 158/4 160/14
160/21 163/8 163/15 163/25 165/16
166/14 168/8 169/4 171/13 175/24
176/19 177/5 177/7 178/10 179/4
179/7 179/10 180/7 181/24 183/5
**justice [10]** 66/8 66/12 66/13
73/5 83/24 98/20 105/14 152/5
153/18 182/7

## K

**keep [4]** 89/5 118/3 172/13 175/2
**Keepers [1]** 59/14
**keeping [1]** 38/18
**keeps [1]** 90/11
**Kennedy [1]** 116/4
**Kensington [2]** 6/9 6/10
**kept [2]** 13/14 59/12
**kibitz [1]** 129/9
**kickball [1]** 60/1
**kids [6]** 40/18 62/14 93/14 95/14
127/5 127/24
**KIERSH [3]** 1/16 1/16 2/11
**killing [1]** 166/6
**kind [31]** 7/10 7/17 10/10 30/5
33/5 44/12 64/16 65/7 65/8 69/3
84/23 85/7 89/1 89/4 90/10 103/3
107/25 112/15 112/25 115/1 133/6
135/21 144/8 149/7 154/10 161/18
163/21 166/2 166/14 173/3 184/12
**kinds [2]** 182/16 182/16
**King [1]** 102/12
**knew [6]** 114/7 122/8 136/17
136/19 137/24 153/10
**know [203]**
**knowledge [9]** 7/3 7/20 22/23
97/21 98/21 102/22 140/25 153/4
157/8
**known [1]** 136/16
**knows [1]** 25/10
**Korea [1]** 166/11

## L

**labor [2]** 93/17 94/5
**Ladies [2]** 180/15 183/16
**lady [1]** 134/17
**LaHood [1]** 116/10
**LAMBERTH [1]** 1/9
**Lance [2]** 128/10 128/13
**language [1]** 19/6
**Lardner [1]** 147/18
**large [4]** 28/10 157/13 166/9
166/10
**larger [2]** 58/23 59/13
**last [26]** 2/16 6/1 13/16 18/15
19/2 22/8 33/16 34/1 41/1 41/7
41/20 94/4 113/6 113/9 115/16
119/14 148/16 178/19 179/13
179/16 179/17 179/21 181/12
181/15 182/9 182/12
**lasted [3]** 79/8 120/15 173/6
**late [1]** 172/13
**later [8]** 5/10 16/21 33/19 34/14
123/23 147/3 163/20 179/22
**laugh [1]** 113/17
**law [93]** 1/16 3/8 3/11 9/18 10/6
10/6 10/8 10/17 10/20 15/13 15/24
16/1 17/9 17/9 17/10 17/21 17/21
18/13 34/18 34/19 34/21 35/2 35/8
35/10 41/21 46/9 48/15 52/5 57/16
60/21 64/25 65/1 65/16 66/6 66/14
67/1 67/13 67/14 68/19 72/22
77/17 79/3 79/17 80/10 80/12

**L**

law... **[48]** 80/13 80/24 81/8
81/11 82/19 86/25 93/7 93/8 93/20
93/24 94/1 95/23 96/25 97/6 97/9
97/17 102/13 102/14 102/17 102/20
103/15 103/24 105/1 119/3 119/4
122/10 122/25 123/10 124/12
124/13 127/1 127/2 127/10 127/20
129/20 141/13 143/10 145/20
145/21 147/15 152/19 157/4 157/7
158/5 160/25 162/23 162/24 168/19
**LAWRENCE [1]** 1/12
**lawyer [15]** 10/7 46/3 46/6 67/13
81/14 81/16 81/17 81/20 81/21
97/6 97/11 97/17 105/2 147/12
181/6
**lawyers [19]** 18/20 93/7 122/17
122/17 126/6 126/7 126/7 126/9
126/12 143/10 143/13 143/14
143/16 143/17 168/9 180/25 181/1
181/9 182/12
**lead [1]** 12/7
**leader [1]** 150/23
**learn [1]** 119/13
**learned [4]** 36/8 36/9 64/1 116/13
**learning [1]** 127/8
**least [1]** 104/16
**leave [3]** 24/15 96/17 106/23
**leaving [2]** 12/3 24/14
**LEDERER [2]** 1/13 2/7
**Lee [1]** 123/20
**left [13]** 2/16 17/4 46/25 96/19
114/5 116/19 117/3 178/16 178/17
178/19 180/10 185/19 185/21
**legislation [1]** 67/20
**let [44]** 9/13 9/20 10/9 16/8
26/17 26/19 34/5 38/5 43/11 47/24
53/12 59/19 61/10 61/19 77/24
79/20 82/8 90/3 96/8 101/7 103/16
108/19 111/20 117/12 121/17
127/25 128/14 133/21 136/13 137/7
138/6 146/20 147/2 151/20 152/8
155/5 155/6 161/5 162/16 165/9
167/11 172/11 177/12 183/23
**Let's [10]** 22/13 22/17 41/4 42/4
65/25 73/16 124/6 126/6 126/15
167/7
**level [3]** 6/17 166/9 166/11
**levels [1]** 165/24
**liberal [1]** 11/11
**librarian [1]** 110/11
**library [5]** 105/23 106/7 106/22
107/3 107/10
**license [1]** 167/9
**lieutenant [1]** 42/17
**life [3]** 35/23 84/14 159/10
**light [2]** 54/6 119/7
**like [102]** 4/24 12/14 13/3 13/19
13/22 14/12 15/11 16/4 16/21
18/14 29/4 33/18 36/17 37/19
38/21 40/8 40/17 44/7 44/8 47/13
51/7 54/10 55/21 63/9 65/3 65/5
65/9 66/16 66/19 67/5 67/20 70/12
74/16 78/13 78/13 79/2 87/11 88/5
88/25 98/7 99/18 100/21 100/21
100/22 100/25 102/6 102/10 102/19
103/5 103/6 108/7 110/4 110/7
110/12 110/12 110/15 115/2 125/15
126/19 132/23 134/1 134/2 134/11
135/24 144/5 150/5 156/5 156/7
156/9 156/16 156/17 158/16 161/20
162/7 162/10 162/12 162/14 163/5
163/9 163/13 163/14 163/14 163/18
163/19 163/20 164/6 165/20 166/2
166/10 166/12 166/16 167/8 167/17
167/20 170/25 171/14 179/7 180/11
181/2 182/5 182/8 185/8
**likely [1]** 50/24 103/21
**likewise [1]** 104/14
**Lincoln [1]** 22/10
**LINDSAY [3]** 1/21 187/3 187/12

**line [11]** 146/15 177/24 178/5
178/6 178/10 178/24 179/3 179/10
179/24 179/24 179/25 180/2
**lining [1]** 178/8
**Linux [1]** 31/15
**list [4]** 96/22 126/8 178/13
179/11
**listen [10]** 15/10 15/12 117/25
125/14 132/11 150/24 178/25
183/25 184/2 184/3
**literature [2]** 19/7 88/8
**litigation [1]** 67/17
**litigator [1]** 147/16
**little [49]** 4/5 4/21 6/1 11/5
13/25 21/9 33/13 37/11 37/12
38/15 42/7 44/4 44/5 45/3 46/1
52/7 59/9 60/6 63/7 64/3 64/18
84/12 88/20 95/8 98/12 100/9
102/4 106/15 106/18 114/12 115/1
120/15 124/23 125/6 127/17 137/4
145/9 149/25 151/5 156/20 166/15
167/8 170/21 171/11 171/24 172/10
181/25 182/17 183/6
**live [45]** 8/22 8/23 8/24 9/6
12/15 12/17 12/25 13/2 13/4 17/22
24/3 24/7 29/11 29/12 29/13 29/19
45/13 46/12 46/14 46/16 47/2 47/4
50/11 50/16 51/3 59/20 69/7 76/4
76/7 85/20 87/18 100/15 106/3
107/24 108/5 113/25 119/8 124/20
131/16 131/17 144/1 144/2 158/19
164/3 164/6
**live near [1]** 8/23
**lived [34]** 5/6 5/24 6/4 8/3 19/1
32/5 35/21 56/12 58/2 62/12 68/9
68/11 75/5 84/13 87/15 93/18
111/18 114/3 127/1 130/11 138/15
138/17 142/1 142/2 142/3 148/6
148/7 148/25 155/15 159/9 164/1
167/6 167/8 169/7
**lives [9]** 9/15 9/16 13/3 24/4
32/3 32/4 105/20 130/14 131/20
**living [7]** 6/9 24/8 121/6 152/1
164/8 164/11 170/7
**lobbyist [1]** 69/10
**local [15]** 3/19 21/14 22/11 30/18
39/15 39/16 40/2 40/6 40/6 98/24
100/21 132/14 132/17 132/19
156/17
**locations [1]** 79/2
**lockdown [2]** 28/14 106/23
**locked [1]** 107/12
**Lockheed's [1]** 31/16
**Logan [4]** 45/8 45/9 45/18 45/20
**logistics [1]** 163/9
**London [2]** 9/7 9/9
**long [72]** 3/13 5/21 5/24 8/6 11/4
19/1 20/12 31/20 32/4 32/5 35/16
35/21 37/9 37/12 42/4 56/9 56/12
58/2 58/18 62/2 62/9 66/15 68/9
68/13 72/24 73/23 75/5 83/4 84/13
87/15 90/22 93/18 98/3 111/18
112/20 113/6 115/25 120/14 122/18
122/20 130/3 130/11 131/9 135/15
135/23 138/9 138/12 138/13 138/14
141/19 142/1 147/3 148/4 148/6
149/1 149/2 149/3 149/11 154/13
155/13 155/15 159/9 159/13 167/6
168/3 169/2 169/7 171/15 172/24
173/5 173/18 182/15
**longer [9]** 14/16 79/17 97/12
101/25 117/2 123/15 181/25 182/17
183/6
**look [27]** 4/23 7/11 7/12 30/17
103/2 117/12 119/9 125/21 126/3
143/24 146/9 149/20 156/3 156/4
160/13 161/21 162/1 170/25 171/14
172/7 175/13 179/16 179/16 181/6
184/8 184/11 184/12
**looked [7]** 55/15 71/23 99/18
100/14 119/20 126/19 163/14
**looking [4]** 7/18 77/2 99/16 99/19

**loop [1]** 30/13
**storage [1]** 30/13
**lot [42]** 3/23 6/18 13/22 13/23
20/4 23/21 30/3 30/4 30/7 33/20
33/25 33/25 40/11 40/11 40/15
41/11 60/6 60/11 60/17 61/25
100/21 102/7 104/11 107/25 108/1
116/13 118/8 119/14 125/1 125/10
129/9 132/24 133/8 133/10 134/23
160/3 162/12 165/4 168/25 182/4
182/19 182/19
**lucky [1]** 92/2
**lunch [2]** 91/8 185/8
**Luther [1]** 102/12

**M**

**made [12]** 24/23 29/4 31/14 64/24
133/1 163/20 170/25 171/5 171/7
171/9 171/13 171/14
**Madison [1]** 107/3
**mail [1]** 181/20
**main [3]** 5/12 14/20 125/4
**mainly [1]** 31/15
**major [3]** 13/24 21/7 100/25
**majored [1]** 113/18
**majority [2]** 116/5 116/24
**make [27]** 4/4 12/6 12/14 15/11
26/22 33/12 45/2 51/19 53/11
77/24 78/1 92/3 92/11 96/16
117/13 119/12 136/21 150/24
171/20 176/8 177/5 178/7 181/9
182/20 184/21 184/23 185/14
**makes [1]** 20/8
**making [3]** 43/4 61/7 166/2
**Mall [2]** 28/9 28/11
**management [2]** 35/14 38/22
**manager [1]** 168/25
**manner [5]** 4/21 60/22 64/2 95/7
165/7
**many [18]** 6/16 10/8 13/19 79/12
80/14 114/24 114/24 114/24 123/18
123/24 123/24 126/7 126/7 136/12
150/22 151/23 151/23 179/20
**march [3]** 76/7 98/15 187/10
**marijuana [2]** 73/21 81/3
**marked [1]** 74/15
**market [2]** 12/22 99/14
**married [6]** 68/24 75/22 94/17
94/17 138/23 142/5
**Marshal [1]** 185/20
**Martin [1]** 102/12
**Maryland [11]** 6/10 57/20 67/25
68/12 85/10 87/14 88/3 142/10
148/25 149/5 153/12
**mask [2]** 163/16 184/22
**Massachusetts [2]** 94/1 167/9
**master [3]** 123/23 123/25 124/1
**master's [11]** 6/14 19/12 19/12
19/14 58/13 58/15 67/16 68/5
75/11 111/16 155/12
**match [1]** 178/7
**math [1]** 68/4
**matter [9]** 4/18 55/10 70/21 70/22
77/5 77/6 89/8 95/5 187/5
**matters [1]** 56/8
**Matthew [1]** 2/9
**may [16]** 4/24 27/25 28/3 36/8
40/20 40/23 44/3 44/7 44/8 73/3
83/22 91/16 98/19 152/3 153/17
179/3
**maybe [17]** 23/9 39/5 50/13 52/7
65/11 74/15 82/3 91/19 112/14
115/1 119/22 134/23 135/17 137/4
154/14 156/6 181/10
**MD [1]** 19/20
**me [129]** 2/13 2/14 4/5 4/21 5/1
9/8 9/13 9/20 10/9 12/12 16/8
21/9 21/15 24/14 26/17 26/19
29/23 30/15 31/10 33/13 34/5
35/11 37/14 37/17 38/2 38/5 39/5
40/10 40/17 43/11 44/1 44/5 45/3
45/6 46/1 46/17 47/1 47/24 52/7

**M**

**me...  [90]**  53/12 59/3 59/8 59/9 59/19 59/24 61/10 61/19 64/18 73/13 77/1 77/24 79/20 80/19 82/8 84/10 84/12 88/20 88/22 89/5 90/3 92/10 95/8 95/12 96/8 98/2 98/12 100/9 100/13 100/19 101/7 102/21 103/16 105/5 105/11 106/18 108/19 110/7 110/11 110/18 111/20 114/12 114/23 114/25 117/12 117/22 120/8 121/5 121/7 121/17 122/2 122/13 124/20 126/14 127/1 127/17 127/25 128/14 130/14 131/14 133/21 133/25 134/7 136/13 137/7 138/6 138/17 141/21 144/11 144/19 144/20 146/20 147/2 149/1 151/20 152/8 155/6 157/23 161/5 162/16 163/2 163/20 165/9 167/11 168/5 172/11 179/19 181/7 181/8 182/6
**mean  [28]**  13/15 40/7 40/10 49/15 50/18 59/11 65/9 69/23 70/7 71/14 72/3 92/23 102/12 103/14 109/17 113/17 134/22 136/4 140/1 140/4 144/4 156/10 157/11 164/4 168/18 172/9 175/1 181/20
**Meaning  [1]**  130/7
**means  [7]**  13/18 43/25 44/15 46/3 46/4 46/24 166/8
**meant  [4]**  40/3 81/1 81/13 81/14
**meantime  [1]**  96/18
**med  [1]**  5/16
**media  [8]**  3/6 13/23 14/1 21/4 21/7 24/25 36/9 64/17 64/21 65/7 76/17 90/11 100/14 113/16 162/7 162/8 162/8 170/24 171/1 171/9
**medic  [1]**  20/5
**medical  [3]**  10/11 20/3 135/22
**medicine  [1]**  20/2
**meet  [1]**  6/19
**meeting  [1]**  100/12
**member  [27]**  3/5 8/1 21/3 22/6 22/7 23/24 29/15 42/23 46/19 67/3 67/12 73/19 74/13 81/10 83/14 89/20 97/23 99/7 113/15 119/3 128/2 153/5 153/10 164/23 169/14 172/6 176/8
**members  [3]**  79/2 80/7 165/1
**memory  [1]**  120/15
**mention  [3]**  76/22 78/20 171/13
**mentioned  [5]**  52/25 132/23 132/24
**mentions  [1]**  52/24
**mergers  [1]**  18/4
**mess  [1]**  170/9
**messaging  [1]**  78/16
**messed  [1]**  44/3
**met  [1]**  125/15
**Metropolitan  [1]**  42/19
**Mexico  [2]**  169/17 170/5
**mic  [1]**  67/18
**MICHAEL  [2]**  1/12 2/7
**Michigan  [2]**  144/2 153/1
**microphone  [1]**  122/11
**Middle  [1]**  166/13
**midwest  [1]**  63/4
**might  [18]**  11/21 26/22 42/23 43/23 49/16 52/8 52/11 54/12 60/21 78/1 100/23 100/25 114/11 121/3 126/10 156/12 172/10 182/17
**miles  [5]**  8/25 50/14 50/15 50/18 50/19
**military  [1]**  126/20
**mind  [14]**  14/4 33/20 33/24 51/15 52/6 82/21 82/23 83/16 114/1 129/11 129/14 131/23 133/3 153/7
**minded  [2]**  54/21 72/1
**mindset  [5]**  55/16 71/24 119/22 146/10 157/17
**mine  [1]**  178/8
**minored  [1]**  166/20
**minority  [1]**  110/13
**minute  [2]**  185/9 185/10

**minutes  [6]**  12/23 57/11 92/11 93/25 96/23 187/9
**misdemeanor  [1]**  149/6
**missing  [1]**  47/13
**mission  [2]**  38/20 81/7
**mistakenly  [1]**  81/18
**modeling  [1]**  75/17
**Mohamed  [1]**  2/9
**mom  [3]**  34/22 66/12 69/9
**moment  [3]**  2/14 41/3 115/3
**Monday  [2]**  92/14 92/18
**money  [1]**  23/9
**month  [3]**  19/2 47/12 63/14
**months  [3]**  22/8 46/4 159/15
**more  [63]**  4/5 4/21 19/23 21/9 28/11 33/13 35/2 38/15 42/7 44/5 45/3 46/1 52/7 54/12 56/3 59/9 64/3 64/18 73/11 73/16 73/17 79/8 80/19 80/23 84/12 88/20 91/7 91/18 91/18 92/8 95/8 97/21 98/12 100/9 102/4 103/5 103/21 104/4 106/16 106/18 114/12 124/23 125/6 127/18 129/6 134/7 136/16 140/2 140/3 145/10 147/8 150/17 156/6 162/12 163/18 166/4 171/11 178/17 179/13 181/23 182/4 183/6 184/1
**Morgan  [1]**  32/3
**morning  [18]**  2/6 2/11 3/3 24/2 24/13 27/19 28/7 28/8 29/10 34/15 34/16 39/6 116/20 118/1 118/14 183/22 185/9 186/1
**most  [7]**  21/20 50/24 112/12 112/15 126/14 175/15 183/25
**mostly  [11]**  38/17 38/20 40/14 55/2 67/15 67/25 70/19 88/25 156/16 166/12 175/19
**mother  [4]**  67/1 67/9 67/14 83/17
**mothers  [1]**  40/17
**mouth  [2]**  105/6 105/10
**move  [9]**  27/12 27/24 40/25 41/6 41/7 41/16 134/4 172/16 177/25
**moved  [2]**  62/11 93/19 138/16
**MPD  [3]**  42/2 42/15 83/2
**Mr.  [14]**  27/10 27/15 53/20 57/5 82/13 90/14 104/14 104/19 121/21 121/23 137/9 137/20 152/11 177/9
**Mr. Sullivan  [13]**  27/10 27/15 53/20 57/5 82/13 90/14 104/19 121/21 133/1 137/9 137/20 152/11 177/9
**Mr. Sullivan's  [1]**  104/14
**Ms.  [3]**  27/8 28/20 28/23
**Ms. Babbitt  [3]**  27/8 28/20 28/23
**MSNBC  [4]**  132/14 133/8 144/9 144/22
**much  [68]**  5/1 5/2 5/3 10/2 13/8 13/10 13/15 16/22 19/25 26/3 29/6 33/8 34/11 38/25 40/19 43/19 47/23 48/7 55/23 59/14 61/17 65/24 72/18 73/8 79/13 82/15 85/23 86/23 91/5 95/8 95/10 95/15 96/14 102/11 104/23 106/16 106/19 108/3 113/12 114/20 118/2 121/23 124/24 127/23 128/21 134/2 137/22 139/23 140/1 141/11 145/5 147/1 152/13 158/3 159/10 159/24 160/1 160/3 162/21 168/6 172/20 175/12 176/14 177/19 182/10 183/17 185/1 185/16
**mugged  [2]**  8/3 22/10
**mugging  [1]**  22/17
**multiple  [3]**  118/4 134/24 150/24
**murder  [3]**  120/10 121/11 153/11
**murdered  [1]**  153/10
**Murray  [1]**  116/6
**museum  [2]**  129/2 129/4
**music  [3]**  6/12 6/15 6/16
**must  [1]**  171/16
**my  [179]**  3/8 3/11 9/18 9/19 10/7 11/25 12/6 13/2 13/9 14/6 15/8 17/10 17/24 17/24 17/25 18/3 18/10 19/12 21/6 21/10 21/11 22/9

22/23 24/14 25/3 26/25 30/1 33/1 33/2 33/5 33/9 33/17 33/24 34/1 34/19 34/21 34/21 35/23 38/17 38/25 39/3 42/2 43/25 45/12 47/10 47/10 47/15 48/16 50/8 51/6 51/16 53/11 54/18 54/20 54/22 55/9 57/17 58/12 63/3 63/10 64/16 65/15 66/12 67/9 67/14 68/7 68/7 69/9 71/1 72/20 72/22 73/1 77/9 78/15 78/19 79/11 79/12 81/3 81/23 82/24 83/17 84/9 84/10 84/14 86/6 87/3 87/18 88/22 93/14 95/12 95/17 97/1 97/7 97/9 97/21 98/21 99/8 100/5 102/21 103/14 105/7 105/13 106/4 106/21 108/7 110/21 113/18 114/6 114/15 114/20 114/21 114/23 115/11 115/21 116/4 116/12 116/12 116/19 116/20 117/22 118/4 118/13 120/1 120/3 122/5 123/20 123/22 123/23 123/24 123/25 124/1 124/13 125/3 125/19 126/25 127/2 127/3 127/7 128/4 131/22 135/1 138/2 138/16 138/17 139/12 139/14 140/3 140/24 141/17 141/24 147/13 148/5 148/16 149/22 151/4 152/22 153/4 153/8 156/6 158/6 158/8 158/24 159/10 162/24 164/1 165/22 166/10 167/9 168/3 168/10 168/18 169/16 169/22 170/7 171/9 177/15 180/24 181/4 181/21 183/21
**myself  [4]**  41/24 114/5 114/15 114/20

**N**

**name  [2]**  47/15 122/6
**names  [2]**  26/6 141/4
**national  [4]**  3/19 59/17 144/22 166/13
**Naturally  [1]**  148/20
**Navy  [2]**  142/15 166/9
**NCIS  [3]**  162/25 165/22 166/8
**near  [27]**  8/22 8/23 9/7 12/15 12/22 12/25 23/25 29/11 29/16 30/21 46/12 46/16 50/11 50/13 50/13 50/16 59/20 69/8 85/20 85/20 105/21 114/1 131/16 131/17 131/21 144/2 164/24
**necessarily  [1]**  52/8
**need  [10]**  37/19 40/9 63/10 92/4 92/10 92/22 105/9 117/20 129/5 180/22
**needed  [1]**  118/6
**needs  [1]**  130/9
**negative  [1]**  108/10
**neglected  [1]**  127/4
**negotiating  [1]**  163/14
**neighborhood  [3]**  12/17 13/2 114/7
**net  [1]**  166/16
**Netflix  [1]**  108/9
**network  [1]**  144/7
**networks  [1]**  13/24
**neurosciences  [1]**  20/18
**Nevada  [1]**  168/12
**never  [8]**  7/5 15/10 29/4 31/7 31/8 65/2 152/6 152/7
**new  [22]**  13/23 39/20 39/22 40/2 47/12 65/7 65/8 70/16 72/22 76/21 92/13 92/17 92/23 100/22 117/23 123/10 128/12 144/15 152/2 163/13 169/17 170/5
**news  [108]**  5/3 13/10 13/16 13/20 13/21 13/23 21/14 24/22 25/2 25/3 29/25 30/15 30/18 30/18 30/19 30/19 36/9 38/11 39/2 39/3 39/5 39/5 39/10 39/15 39/16 40/2 40/3 40/6 40/7 40/9 40/12 40/15 45/23 50/2 51/10 59/9 59/16 63/17 70/5 70/15 76/10 76/15 76/19 76/22 85/23 85/24 88/23 89/3 89/4 89/6 89/23 90/10 90/10 95/11 100/18 100/19 100/21 101/6 106/16 107/25

**news...** [48]   108/3 108/5 117/18
117/21 117/22 125/8 132/10 132/11
132/12 133/8 133/16 134/14 134/23
139/24 140/12 144/5 144/11 144/12
144/13 144/18 144/19 144/21 150/1
150/4 150/11 155/20 155/23 156/12
156/14 156/17 157/12 159/25 161/9
161/10 161/14 161/16 161/19
163/19 170/22 172/2 174/22 174/24
175/1 175/3 175/20 175/23 182/19
184/2

**newspaper** [2]   124/25 150/5
**next** [16]   2/13 3/1 12/1 41/20
48/11 66/1 66/4 66/25 67/3 70/12
70/13 80/6 109/11 128/3 184/2
184/25
**Niblack** [1]   126/18
**niece** [2]   127/1 127/2
**nieces** [4]   126/25 126/25 127/7
128/4
**night** [13]   2/16 3/21 24/20 25/23
26/4 30/19 41/20 51/21 113/19
125/3 156/17 174/18 174/22
**nights** [3]   177/6 177/7 177/12
**nine** [1]   73/24
**no** [158]   1/4 4/18 6/14 8/12 8/14
8/21 9/25 10/17 11/16 14/16 15/15
16/19 17/19 18/13 18/19 18/22
19/19 21/2 22/2 22/16 22/21 22/23
23/7 23/14 23/15 23/18 25/8 28/25
29/5 30/23 32/9 32/19 34/8 34/9
35/2 35/25 36/2 37/4 37/4 39/19
39/23 40/8 43/15 43/16 46/8 46/11
46/22 47/19 47/19 48/4 49/8 55/7
55/12 57/23 58/9 61/15 65/6 65/17
67/2 69/6 70/21 70/21 72/17 74/7
74/18 74/23 75/4 76/1 77/5 77/6
77/21 79/17 83/10 84/7 85/22 86/2
86/22 87/9 88/6 88/14 89/8 89/21
89/25 90/14 91/4 91/10 92/23 95/5
96/4 96/12 97/12 100/1 101/3
101/25 103/1 103/12 109/22 112/2
112/9 112/9 112/9 112/24 117/2
117/11 117/16 121/19 121/21 123/8
123/15 128/17 128/19 129/5 131/7
135/19 136/4 137/21 138/5 140/8
140/18 141/3 141/9 143/19 146/6
146/24 147/4 147/21 149/15 151/17
152/1 153/23 153/25 153/25 154/4
154/20 158/1 159/12 160/18 161/4
162/14 162/19 163/24 164/10
165/20 167/5 167/14 167/17 168/2
170/1 170/11 170/11 172/16 172/17
173/12 175/15 176/14 177/2 177/9
179/9
**Nodding** [2]   25/17 34/4
**NoMa** [1]   12/17 12/19 12/21
**None** [4]   45/25 72/16 85/25 124/10
**nonprofit** [4]   62/16 62/21 94/19
168/21
**Nonproliferation** [1]   58/23
**nonsense** [1]   127/21
**noose** [1]   44/8
**normal** [11]   13/21 25/2 59/16
70/15 76/19 117/21 117/22 144/11
144/13 144/19 156/14
**normally** [8]   19/9 19/14 30/3
30/13 51/22 161/14 161/16 185/7
**North** [8]   17/13 17/14 24/5 105/14
105/18 111/17 139/12 166/11
**northeast** [1]   8/24 9/5 24/9
**northern** [1]   48/17
**Northrop** [1]   31/15
**Northwest** [2]   83/1 158/20
**not** [145]   2/19 2/19 2/24 3/23
4/24 8/24 14/6 15/8 15/19 16/4
16/5 16/11 16/13 16/25 20/25 22/3
24/6 27/9 27/16 28/8 30/23 33/24
36/4 36/8 37/3 40/11 44/24 45/4
45/11 48/1 48/2 48/3 50/3 51/7

51/11 51/19 52/8 53/10 57/5 57/6
57/10 58/4 58/25 59/20 60/25 61/19
69/11 70/2 73/1 73/3 76/22 79/11
79/13 79/13 79/24 81/3 81/18 82/1
82/3 82/4 83/22 86/4 86/13 90/1
90/25 91/4 94/3 95/11 95/14 96/4
96/16 96/19 97/11 97/16 97/21
98/19 101/3 102/22 104/15 105/25
108/4 108/16 108/18 109/23 110/17
112/19 113/20 114/4 115/20 116/21
118/17 124/4 126/4 131/15 131/19
133/5 133/25 134/3 134/4 134/23
136/4 139/21 140/1 140/4 140/6
140/12 140/21 140/24 141/4 143/16
145/6 146/23 149/4 149/15 152/4
153/4 153/17 154/3 154/22 155/18
157/13 157/25 160/1 160/3 162/18
162/25 165/21 167/23 168/16
168/18 169/6 170/3 176/22 177/2
177/6 178/9 178/23 179/3 179/4
179/8 179/20 180/23 181/12 182/5
182/6
**noted** [2]   12/4 167/20
**nothing** [19]   8/17 9/23 22/14
22/15 24/25 53/15 61/13 65/20
65/22 82/11 82/13 86/20 96/10
104/19 104/21 141/8 152/10 152/11
163/9
**notifications** [1]   24/24
**November** [5]   1/5 92/14 92/18
92/19 139/20
**November 13th** [2]   92/14 92/18
**November 14th** [1]   92/19
**November 6** [1]   139/20
**now** [60]   5/13 11/6 19/1 21/13
23/17 31/11 33/3 34/14 36/15 40/8
40/14 45/5 47/12 51/23 56/4 56/11
56/13 62/22 66/21 66/22 72/11
73/11 73/11 74/11 75/12 82/2
88/15 91/24 94/2 105/12 110/25
111/4 111/5 115/14 117/8 123/11
127/3 127/23 139/10 151/5 158/17
162/15 164/6 165/11 166/4 166/14
167/6 169/9 173/13 174/10 177/24
178/6 180/16 180/18 180/24 181/15
182/3 182/4 182/5 185/1
**NPR** [4]   116/21 116/22 117/25
156/16
**NSA** [1]   166/15
**number** [19]   2/22 2/22 16/25 17/3
21/19 21/19 39/21 74/16 93/3
124/2 138/3 172/22 178/1 179/14
179/16 179/17 182/25 183/10
183/15
**numbers** [1]   178/7
**nurse** [3]   4/22 5/20 9/19
**nursing** [1]   5/19
**NW** [3]   1/14 1/17 1/23
**NYU** [1]   94/1

---

**O**

**oath** [2]   59/14 185/16
**Obama** [1]   116/11
**object** [1]   104/8
**objection** [9]   32/19 34/7 34/9
43/14 43/16 48/4 104/17 147/5
172/16
**objections** [1]   172/14
**objective** [1]   120/8
**objectively** [1]   4/23
**objectivity** [1]   41/15
**obligation** [1]   120/5
**obligations** [1]   11/24
**observed** [1]   182/18
**obsessively** [1]   63/20
**obsolete** [1]   175/10
**obviously** [4]   18/20 24/11 59/11
179/16
**occasionally** [3]   30/7 100/23
127/19
**Occoquan** [2]   48/19 49/5
**occupation** [1]   87/20

**occupational** [1]   155/10
**occupation** [1]   134/13 150/4
**off** [11]   24/5 72/20 106/25 116/1
119/23 123/17 150/16 169/8 177/13
185/23 185/24
**offended** [1]   113/23
**offense** [2]   72/21 160/9
**offenses** [1]   95/25
**offer** [1]   79/12
**offered** [1]   79/11
**office** [17]   1/16 12/6 14/14 14/22
35/14 38/24 44/3 44/6 44/8 66/13
87/6 99/5 130/19 137/5 141/15
142/12 142/14
**officer** [25]   38/25 42/3 42/16
42/17 48/17 48/18 48/18 48/19
49/1 49/4 49/5 49/7 52/9 53/19
53/21 54/3 57/18 57/25 83/6 92/24
97/2 162/3 163/4 164/21 165/3
**officers** [12]   24/10 42/2 42/21
43/2 43/6 49/18 52/25 54/13 55/1
98/24 98/25 134/10
**offices** [1]   14/21
**official** [5]   1/22 10/25 12/2
187/3 187/13
**Officials** [1]   168/23
**oh** [3]   39/16 56/2 128/1
**OIG** [1]   141/20
**okay** [392]
**old** [7]   33/19 111/12 139/4 139/5
139/7 148/11 174/10
**older** [3]   48/18 49/5 151/23
**oldest** [1]   174/11
**Omar** [1]   21/24
**once** [7]   24/5 39/4 39/5 102/1
148/24 179/10 182/25
**one** [106]   2/14 9/15 9/15 9/17
12/17 14/15 14/22 17/4 18/6
21/10 21/11 21/15 23/4 23/7 23/14
26/21 28/1 29/11 33/10 33/17 35/7
37/8 39/12 39/13 41/19 41/20
42/23 45/3 46/23 48/1 49/3 49/4
49/6 57/1 59/19 60/3 63/25 66/7
72/19 73/18 74/15 77/23 81/23
82/18 84/10 85/14 88/22 88/23
91/7 96/24 97/7 97/9 98/10 102/4
102/15 108/19 111/11 112/4 112/7
113/1 113/2 113/4 113/6 113/9
114/2 114/9 119/24 120/21 120/22
121/7 121/24 123/22 127/3 128/1
128/4 137/10 139/4 143/2 144/15
149/1 149/5 149/6 149/8 149/9
151/20 158/5 159/20 162/11 170/10
171/18 174/11 174/11 175/9 177/25
178/15 179/13 180/2 181/15 181/19
181/21 181/23 182/1 183/6 184/18
184/20
**ones** [3]   10/19 137/3 137/6
**online** [15]   70/18 70/19 77/2 77/3
117/24 117/25 126/12 132/17 156/3
161/15 161/17 161/18 161/21
161/23 175/13
**only** [10]   4/20 18/13 25/3 25/16
33/19 35/7 72/25 102/5 113/8
132/16
**open** [4]   72/8 78/13 78/25 92/9
**open-source** [1]   78/13
**opening** [2]   183/22 185/14
**openings** [1]   92/1
**operate** [1]   165/23
**opinion** [2]   52/1 120/3
**opinions** [12]   4/3 4/19 33/11
36/10 36/11 36/12 36/15 45/1
60/20 70/22 77/6 136/20
**opportunity** [2]   180/21 182/12
**Orban** [1]   4/15
**order** [1]   92/22
**organization** [2]   66/23 81/11
**organizations** [4]   67/10 79/4
94/23 102/8
**organized** [1]   98/15
**originally** [1]   11/23

**O**

**other [72]**  5/3 6/24 7/24 9/14
13/19 14/10 14/22 15/4 16/8 16/18
26/21 26/22 27/6 27/17 28/12
32/13 33/17 49/3 53/13 54/6 55/25
57/3 58/8 61/10 62/13 65/19 66/3
67/1 77/23 77/25 79/21 81/8 90/4
90/11 94/16 96/8 96/21 103/16
104/12 104/18 107/20 107/24
111/21 113/10 115/16 117/12
117/15 124/12 126/6 127/5 128/1
128/14 135/11 136/13 145/12
146/20 148/22 149/5 149/6 150/11
151/21 157/15 161/6 162/5 162/16
163/19 167/11 171/18 177/3 179/2
184/3 184/7
**others [3]**  73/10 115/2 162/13
**otherwise [4]**  54/16 103/25 156/11
179/23
**our [24]**  10/25 26/9 26/11 26/14
63/3 63/10 63/11 79/4 100/21
120/23 121/5 121/6 124/19 125/4
139/10 143/13 166/9 166/16 170/25
182/7 182/9 182/10 182/11 184/5
**out [29]**  11/23 12/11 12/13 18/13
20/1 24/25 27/19 28/9 28/10 30/6
33/19 75/6 100/12 107/25 108/10
120/23 123/17 132/24 134/10
152/17 156/7 163/5 163/12 165/21
166/1 167/17 167/20 179/22 184/17
**outcome [3]**  74/8 84/1 149/10
**outlets [8]**  21/7 117/21 117/22
144/12 144/19 150/11 156/14 175/3
**outside [6]**  3/2 31/23 36/8 62/15
64/1 178/8
**over [39]**  6/1 11/5 22/4 29/8
33/18 42/1 46/5 55/14 55/15 71/22
71/23 71/23 102/23 103/24 105/15
109/11 110/2 112/9 119/14 119/20
119/20 120/16 126/13 127/2 127/6
129/1 133/14 133/14 133/15 133/17
133/17 133/17 146/9 157/16 167/8
170/3 172/25 184/14 185/21
**Overall [1]**  23/16
**overlooked [1]**  171/19
**overseas [8]**  4/8 6/4 9/11 58/4
123/25 138/17 138/17 169/18
**oversee [1]**  168/25
**overseeing [1]**  143/5
**overview [1]**  137/3
**overweight [1]**  171/24
**own [5]**  39/2 39/3 53/25 69/1 85/6
**owned [1]**  124/5

**P**

**p.m [4]**  28/15 93/2 129/17 186/4
**page [9]**  2/22 48/12 171/10 177/24
179/20 179/21 179/22 179/24
179/25
**paid [1]**  102/25
**pandemic [2]**  63/11 83/10
**panel [3]**  137/25 180/8 181/10
**paper [2]**  175/10 179/9
**paperwork [1]**  103/2
**paralegal [1]**  2/8
**parent [2]**  115/15 138/2
**parents [1]**  127/4
**Park [5]**  6/9 22/11 68/12 69/16
144/2
**parking [1]**  103/5
**parole [1]**  42/10
**part [16]**  12/3 12/21 27/14 30/19
36/4 36/5 41/11 58/5 58/21 65/11
102/8 111/1 116/11 119/8 143/5
170/9
**partial [1]**  78/19
**partially [2]**  33/17 66/22
**participate [1]**  181/1
**particular [7]**  52/18 78/18 81/7
108/15 141/3 160/24 166/10
**particularly [5]**  70/2 118/1 121/2

**other** 137/6 145/1
**presumption [1]**  109/6
**partner [23]**  6/6 11/15 20/24
35/24 56/19 68/23 75/19 75/21
85/3 85/4 85/5 87/17 110/18
130/13 130/14 131/22 138/22 142/4
155/17 159/11 166/23 169/5 173/21
**parts [2]**  6/17 134/9
**passed [1]**  33/16
**passively [1]**  51/12
**passport [2]**  169/22 170/2
**past [5]**  21/11 64/24 81/10 124/6
163/10
**patent [5]**  10/17 10/20 56/22
56/24 152/24
**patience [2]**  182/14 183/19
**patient [2]**  181/24 183/5
**Patrol [1]**  80/23
**Patty [2]**  116/6 118/14
**Pause [4]**  105/17 180/6 182/24
183/8
**pay [9]**  47/17 84/2 84/4 98/1 99/5
102/15 144/5 175/17 179/3
**paying [2]**  37/9 108/1
**peaceful [6]**  97/25 98/7 102/6
102/9 102/10 102/21
**peacefully [1]**  103/22
**Pelosi [2]**  60/8 60/10
**Pelosi's [2]**  44/3 137/5
**penalty [1]**  102/15
**Pentagon [1]**  131/18
**people [39]**  4/9 6/16 13/19 14/9
14/10 20/4 20/20 23/1 23/2 25/23
26/13 27/2 27/3 27/18 28/16 30/3
40/15 41/12 41/12 41/12 44/3
52/21 52/21 57/9 59/22 70/2 78/12
92/11 100/13 110/14 114/7 114/24
116/15 121/3 157/15 162/12 163/15
182/8 182/19
**percent [1]**  8/24
**peremptory [3]**  180/19 180/22
181/23
**period [4]**  11/24 79/5 139/24
139/25
**periods [1]**  37/9
**peripherally [1]**  90/12
**person [24]**  7/18 21/19 26/8 27/15
28/23 55/17 60/4 60/13 71/23
71/25 72/1 72/9 101/22 110/21
115/19 115/20 118/3 119/21 138/4
141/2 146/9 146/10 175/4 179/23
**personal [3]**  32/23 80/7 114/23
**personally [3]**  27/8 33/22 114/25
**petty [1]**  153/9
**Pharmacology [1]**  131/5
**PhD [3]**  131/3 138/21 139/12
**phone [10]**  13/10 24/24 25/4 41/4
45/12 45/13 45/14 106/1 106/21
143/24
**photo [1]**  163/13
**photos [1]**  78/14
**phrased [1]**  38/10
**physical [1]**  163/18
**physician [2]**  18/24 19/13
**physician's [2]**  19/15 19/24
**physicians [2]**  19/8 29/9
**pithy [1]**  171/15
**place [13]**  4/4 4/13 6/16 12/4
14/8 16/14 16/17 33/11 99/13
107/1 107/24 118/9 169/18
**Plaintiff [2]**  1/4 1/12
**planned [1]**  51/17
**platform [1]**  13/25
**play [3]**  108/10 110/14 179/1
**played [2]**  27/16 150/23
**playing [1]**  27/10
**plea [1]**  25/15
**please [5]**  144/17 183/1 183/10
184/8 184/14
**plenty [1]**  184/4
**plus [1]**  92/11
**podium [1]**  2/4

**point [7]**  18/14 21/19 28/6 66/17
**police [24]**  8/15 8/16 22/24 23/12
42/19 43/5 48/19 49/19 49/20
52/25 53/19 53/21 54/3 55/11
57/17 74/24 97/2 99/21 134/10
153/23 162/25 163/2 164/21 165/3
**policies [1]**  94/24
**policy [6]**  12/7 14/15 66/24 67/16
69/10 103/15
**political [3]**  58/13 113/22 117/7
**politics [2]**  140/2 140/3
**pool [7]**  129/6 129/8 177/23 178/3
178/6 178/20 180/17
**population [1]**  6/15
**Port [1]**  125/4
**portfolio [1]**  166/10
**pose [1]**  53/18
**position [4]**  130/5 130/17 166/8
177/8
**possession [3]**  73/22 151/24
154/12
**possible [2]**  11/20 15/10
**possibly [2]**  49/13 126/8
**post [25]**  3/9 3/12 9/19 19/10
39/18 59/17 70/17 70/18 76/21
77/1 77/3 100/22 117/23 132/15
132/16 144/22 150/7 150/8 155/24
156/1 161/15 161/20 161/21 175/7
175/8
**posted [3]**  78/14 79/4 171/16
**posts [3]**  77/24 171/1 171/9
**potentially [4]**  27/23 54/15 54/18
91/20
**Poverty [1]**  68/18
**power [1]**  4/15
**PPD [1]**  87/5
**PR [1]**  115/21
**practice [13]**  10/8 10/10 10/16
18/2 34/23 34/25 46/7 61/22 97/13
147/19 153/2 168/11 168/19
**practiced [7]**  34/18 34/19 34/21
35/7 93/8 93/16 152/19
**practices [1]**  17/21
**practicing [1]**  93/13
**practitioner [1]**  4/22
**practitioner's [1]**  5/20
**Precision [1]**  117/6
**prefer [1]**  165/22
**pregnant [1]**  51/16
**preliminary [5]**  92/1 183/21
183/24 184/16 185/13
**prepared [3]**  91/20 92/9 92/10
**presence [1]**  109/5
**present [8]**  2/12 23/25 29/16
30/21 46/20 105/25 151/9 164/24
**presented [8]**  36/7 54/12 78/13
150/25 151/7 151/15 157/5 176/20
**presently [1]**  114/16
**presents [1]**  53/4
**president [2]**  33/21 61/21
**press [2]**  115/19 118/3
**pressing [1]**  84/10
**presume [15]**  36/20 64/5 71/2 77/9
86/7 89/13 95/19 96/1 118/23
139/18 145/14 145/15 151/6 156/25
160/7
**presumed [4]**  53/3 60/25 101/10
135/2
**presuming [1]**  7/14
**presumption [4]**  15/15 108/22
165/12 176/4
**pretty [12]**  13/8 13/10 26/13
38/25 59/14 106/19 116/7 121/8
125/5 134/22 159/10 176/14
**prevention [3]**  67/4 81/11 81/19
**previous [1]**  103/14
**previously [4]**  21/13 62/17 92/17
148/7
**primarily [1]**  64/22
**Prime [1]**  108/9
**principles [1]**  115/8

**P**

**print [3]**  3/6 21/4 113/16
**printing [1]**  159/3
**prior [6]**  7/3 7/20 119/6 139/14
157/7 172/24
**private [2]**  11/10 69/2
**privilege [3]**  120/8 121/4 121/5
**privy [1]**  118/17
**pro [1]**  55/10
**proactively [1]**  114/5
**probably [11]**  21/19 21/22 108/15
110/5 110/17 116/1 118/8 122/16
136/11 150/16 172/25
**probation [1]**  42/11
**probationers [1]**  42/11
**problem [17]**  15/15 47/17 64/14
70/25 103/4 115/13 140/16 146/5
150/19 160/14 160/17 161/2 168/1
168/2 171/19 176/11 176/25
**problematic [1]**  147/3
**problems [4]**  140/18 153/22 160/6
177/16
**proceeding [1]**  96/21
**proceedings [3]**  13/11 186/4 187/5
**process [9]**  54/19 71/16 84/23
136/4 165/9 178/10 181/1 181/3
182/23
**processed [2]**  99/2 127/6
**processing [1]**  33/25
**processor [2]**  84/20 84/22
**produce [2]**  101/11 135/4
**producer [1]**  128/4
**products [1]**  64/25
**profession [2]**  4/22 116/12
**professional [1]**  118/4
**program [3]**  19/11 20/1 20/6
**programming [1]**  75/17
**prominent [1]**  126/17
**promotion [1]**  21/20
**proof [1]**  16/1
**proper [1]**  68/11
**properly [2]**  153/17 153/22
**property [3]**  38/22 153/9 153/21
**propose [1]**  147/2
**prosecute [1]**  23/3
**prosecuting [1]**  100/23
**prosecutions [1]**  63/20
**prosecutor [2]**  18/4 18/6
**prosecutors [1]**  52/3
**prospective [2]**  16/13 53/18
**Protection [1]**  81/2
**protest [6]**  97/25 102/6 102/12
102/15 102/16 103/23
**protester [1]**  104/15
**protesting [3]**  26/14 104/4 104/10
**protests [1]**  102/10
**proud [3]**  52/20 52/21 59/13
**prove [23]**  7/15 37/1 64/6 71/5
71/7 71/11 77/1 89/16 89/17
95/21 95/22 95/24 109/2 109/2
109/20 118/25 119/2 145/16 145/19
157/1 160/8 165/13 176/5
**proved [2]**  109/23 119/4
**proven [2]**  96/3 125/12
**proves [1]**  36/21
**provide [2]**  42/13 42/14
**provided [2]**  43/5 50/1
**Providence [1]**  88/12
**provider [1]**  75/14
**provides [1]**  42/10
**PSA [1]**  43/5
**public [6]**  15/11 59/17 67/16
115/11 115/11 120/7
**publically [1]**  157/12
**publicity [1]**  4/2
**Puget [3]**  11/10 11/13 11/14
**Pull [3]**  34/20 67/18 122/11
**pulled [2]**  44/20 179/22
**punched [1]**  163/15
**punishment [4]**  165/21 167/17
167/21 167/22

**purchasing [1]**  38/24
**purpose [1]**  104/2
**pushes [1]**  25/3
**put [15]**  4/19 15/17 30/12 70/22
77/7 89/9 95/6 97/10 101/7 104/2
106/23 125/20 130/10 135/8 177/7

**Q**

**Quaker [1]**  102/5
**qualified [4]**  28/9 92/8 180/17
181/14
**qualify [1]**  91/18
**question [71]**  3/1 7/20 15/4 26/19
26/21 26/22 28/1 28/4 35/4 35/9
36/13 38/10 43/7 51/13 52/2 53/18
54/17 63/25 71/22 77/23 77/25
79/24 79/24 79/25 80/1 80/5 80/8
80/9 81/9 81/14 81/16 81/17 92/12
93/6 101/4 101/15 102/7 103/20
104/1 108/19 108/19 109/5 110/3
110/8 111/25 114/9 114/13 114/15
119/12 119/19 119/25 126/9 126/11
128/17 131/24 132/25 137/8 137/8
144/17 145/23 146/15 156/18
157/14 157/19 161/3 161/12 164/10
164/19 171/18 175/22 179/22
**questioning [1]**  147/5
**questionnaire [18]**  3/5 4/1 4/17
11/23 33/10 43/22 60/19 61/19
70/20 77/5 80/6 89/7 95/4 101/5
108/18 145/7 165/5 175/23
**questions [72]**  3/4 7/24 9/14 9/21
9/25 10/5 16/9 27/6 29/10 32/13
33/9 33/17 34/17 41/1 43/23 53/13
56/1 57/3 57/15 59/19 61/11 61/15
61/18 65/19 66/5 72/15 72/17
73/18 80/6 82/18 86/17 86/22
86/24 90/4 90/7 90/14 93/6 96/12
96/24 103/17 104/18 105/1 111/21
112/2 113/15 117/13 121/19 121/21
121/24 124/7 128/15 128/19 129/19
136/13 137/24 138/6 141/12 146/21
146/24 147/11 152/18 158/1 158/4
161/6 162/16 162/19 167/12 167/14
168/8 172/23 177/3 177/9
**quickly [2]**  26/13 91/17
**quirky [1]**  126/22
**quite [7]**  4/10 11/22 15/2 69/15
134/23 149/4 182/15

**R**

**Radio [1]**  59/18
**raise [2]**  26/24 37/20
**raised [1]**  28/7
**raising [2]**  93/14 95/14
**ran [2]**  24/3 163/17
**randomly [1]**  178/23
**rapid [2]**  78/11 78/18
**Raskin [1]**  69/17
**Raskins [1]**  69/17
**rate [1]**  92/2
**rather [1]**  40/11
**reach [3]**  120/18 149/8 179/23
**reached [7]**  90/24 112/18 113/3
120/17 135/25 154/16 173/7
**read [34]**  13/17 30/25 39/21 40/12
51/12 61/3 63/19 64/12 70/7 70/13
70/17 76/17 76/18 95/5 95/8 95/10
95/13 100/14 101/16 125/1 135/6
137/7 151/14 156/5 157/8 162/3
166/14 171/3 171/5 171/6 183/24
183/25 184/3 185/13
**reader [1]**  125/1
**reading [3]**  95/15 146/1 150/5
**ready [3]**  92/4 182/13 183/23
**real [8]**  20/5 31/15 31/18 35/2
73/1 122/6 128/6 158/18
**realize [1]**  72/21
**realized [2]**  20/2 72/19
**really [30]**  2/19 15/11 15/23 19/9
39/4 55/10 70/8 76/22 86/12 89/5
89/23 95/14 96/3 101/15 101/18

109/23 119/4 119/9 120/2 126/2
126/12 126/13 127/3 127/22 135/9
145/24 151/10 151/12 158/16
163/10
**reason [39]**  16/2 26/22 32/7 32/9
36/16 37/2 37/4 48/2 50/5 53/5
53/9 55/6 65/14 71/9 71/13 71/14
77/16 77/19 77/21 78/1 80/8 86/2
86/14 89/19 96/2 109/8 109/22
114/14 124/8 126/2 135/10 140/19
140/21 140/22 151/15 157/10
160/19 180/10 180/23
**reasonable [4]**  53/5 64/6 165/14
176/6
**reasons [2]**  41/16 115/9
**REBEKAH [1]**  1/13 2/6
**recall [10]**  120/25 133/4 133/15
134/8 134/16 135/14 137/6 137/18
137/20 137/21
**received [2]**  3/6 21/4
**receives [1]**  161/10
**recent [3]**  21/20 112/12 112/15
**recently [4]**  72/22 72/25 116/19
120/25
**recess [4]**  57/11 57/13 93/2
129/17
**reconsideration [1]**  180/3
**record [9]**  2/5 32/17 32/22 32/24
103/3 104/9 185/23 185/24 187/5
**recorded [2]**  136/19 136/20
**Recovery [4]**  142/23 142/24 143/3
143/5
**Red [1]**  127/18
**redo [1]**  181/22
**referred [1]**  118/14
**reflect [1]**  32/22
**refugees [1]**  127/6
**regarding [2]**  52/1 134/12
**regardless [3]**  27/16 41/14 133/2
**registered [1]**  116/8
**relate [2]**  80/6 133/2
**related [6]**  33/17 33/25 61/25
112/16 117/13 127/11
**relates [1]**  45/5
**relationships [1]**  78/10
**release [2]**  42/11 178/6
**released [1]**  42/11
**releasing [1]**  42/14
**relevant [1]**  12/5
**reliance [1]**  166/3
**relies [1]**  38/11
**religion [1]**  166/20
**religious [1]**  102/8
**relish [1]**  165/21
**rely [2]**  12/12 110/13
**remain [1]**  96/21
**remainder [2]**  91/16 178/6
**remember [32]**  8/17 14/15 26/3
26/5 26/5 26/7 26/8 51/2 60/16
78/17 80/9 88/25 94/11 97/14
97/16 100/12 100/16 103/9 120/21
122/2 125/3 133/14 136/9 136/12
136/25 137/11 143/2 149/3 149/10
155/4 159/22 173/3
**remind [1]**  53/23
**reminded [1]**  121/2
**remotely [4]**  67/25 68/1 68/22
107/5
**repetitive [1]**  134/22
**rephrase [1]**  108/20
**Reporter [4]**  1/21 1/22 187/3
187/13
**reporting [2]**  128/5 144/7
**reports [2]**  166/14 166/14
**represent [1]**  168/23
**representative [3]**  38/25 69/17
70/1
**represented [1]**  127/4
**republic [2]**  171/1 171/14
**republicans [1]**  116/9
**request [3]**  32/15 136/22 167/16
**requested [1]**  106/22

**R**

requesting [1]   130/18
requests [8]   32/16 38/8 38/13
  40/2 79/16 80/2 111/23 161/8
requirements [1]   56/6
requires [1]   110/14
requisite [1]   19/11
requisitions [1]   38/23
research [4]   68/18 81/6 110/6
  110/12
researcher [1]   81/4
reserve [1]   29/7
reserved [3]   177/25 178/1 180/2
residences [1]   69/2
resident [2]   71/14 167/7
respect [1]   50/1
respond [3]   8/16 81/13 81/15
responded [5]   8/15 22/24 23/12
  74/25 99/21
response [5]   23/2 43/4 62/1 78/11
  78/18
responses [2]   41/1 41/7
rest [3]   24/16 182/1 183/17
restitution [2]   84/2 84/4
result [2]   102/24 103/24
resume [1]   91/12
retained [1]   64/23
retire [1]   158/15
retired [20]   31/11 31/13 31/18
  31/20 31/24 31/25 48/19 48/23
  49/9 57/17 66/23 87/8 87/9 87/10
  105/8 105/14 105/18 118/20 158/13
  173/24
return [3]   2/17 2/23 63/10
returned [2]   138/18 148/8
reunifying [1]   102/9
Reuters [4]   78/22 79/18 79/19
  80/20
revolution [1]   4/14
Rhode [1]   88/12
rich [1]   10/19
Richmond [1]   111/14
ridiculous [1]   59/11
right [82]   12/24 16/25 17/6 23/17
  24/10 24/17 26/17 29/6 30/9 36/15
  36/18 36/23 37/7 38/12 39/24 40/4
  40/8 40/14 41/9 43/11 46/15
  50/19 51/23 54/1 55/23 56/9 57/10
  57/14 57/15 69/12 72/10 79/20
  89/10 90/3 91/11 91/24 93/1 99/6
  101/23 101/23 105/6 105/9 106/24
  108/8 108/25 109/21 109/23 109/24
  110/25 111/4 111/5 114/18 115/10
  115/22 118/18 120/6 122/23 125/25
  130/9 134/19 137/23 139/6 141/5
  150/7 150/18 152/8 160/22 160/24
  161/5 162/16 166/7 172/18 172/20
  172/22 174/7 177/23 180/9 180/15
  183/5 183/16 185/15 185/25
rights [2]   101/24 121/5
riot [1]   160/22
rioters [1]   104/12
rise [3]   22/11 22/12 185/18
robbed [1]   99/8
robbers [1]   127/13
robbery [1]   99/20
Robinson [2]   123/4 123/5
role [5]   33/23 66/14 80/25 82/4
  157/13
roles [2]   67/15 150/22
room [2]   1/23 137/5
roommate [3]   21/10 24/14 27/20
rotate [1]   111/5
roughly [1]   173/6
round [1]   183/6
routinely [1]   162/5
row [1]   183/3
ROY [1]   1/16
ROYCE [1]   1/9
RPR [1]   187/12
rub [1]   129/1

rule [2]   28/2 110/5
rules [1]   110/14
rumors [1]   45/5
run [5]   24/3 24/13 149/7 152/17
  168/3
running [3]   14/9 24/10 116/19
rural [1]   63/8
rushed [1]   121/3
Russia [2]   139/15 166/11

**S**

SA1 [2]   5/16 9/10
safe [1]   15/2 184/22 184/24
safest [2]   184/18 184/20
said [31]   4/3 4/18 14/4 23/9 28/8
  36/10 37/10 40/1 41/1 41/14 41/15
  45/5 50/11 52/6 60/22 66/8 66/11
  67/6 77/8 80/6 96/16 109/7 110/12
  114/9 118/10 124/20 136/16 164/23
  167/16 175/25 177/6
sales [2]   167/1 167/3
salon [5]   45/18 45/18 47/11 47/12
  47/15
San [1]   21/14
sat [3]   98/16 120/10 121/3
satisfied [6]   8/15 22/24 23/11
  23/13 74/24 99/21
Saturday [1]   12/3
saw [34]   13/9 28/10 29/21 29/22
  30/3 45/10 45/12 50/25 55/15 63/1
  64/11 76/4 88/17 88/21 100/7
  100/9 106/2 106/13 106/16 106/18
  108/9 132/5 132/6 133/4 133/4
  134/15 134/20 134/23 136/4 136/25
  138/1 163/19 174/22 175/24
say [46]   4/1 4/17 5/5 7/18 13/2
  13/14 13/17 25/11 28/12 30/24
  40/6 40/14 41/9 43/13 43/18 59/22
  70/20 76/13 86/6 89/7 95/18 103/8
  108/7 110/17 112/16 114/13 117/19
  118/2 118/10 121/11 125/19 126/8
  126/25 127/20 131/9 151/4 155/25
  156/16 158/23 165/5 165/10 181/2
  181/5 182/2 182/14 182/22
saying [5]   54/13 101/19 102/11
  103/25 118/3
scared [1]   60/17
scary [3]   47/3 47/6 47/20
schedule [1]   91/17
scheduled [1]   130/10
scholarship [1]   111/14
school [31]   3/7 3/22 10/6 11/5
  11/7 11/11 17/24 18/13 20/3 21/7
  63/10 63/10 75/7 93/20 94/1
  103/11 105/1 122/10 122/25 123/10
  129/14 127/1 127/2 138/2 139/6
  139/11 142/10 147/25 148/3 150/23
  166/21
schooled [1]   121/1
science [4]   19/11 58/13 75/17
  113/22
sciences [1]   19/13
scientist [2]   81/1 130/6
SCIU [1]   94/6
screaming [1]   41/12
search [1]   55/13
seat [19]   119/22 146/9 146/11
  178/6 178/12 178/14 178/15 178/16
  179/10 179/12 180/12 181/17
  181/24 181/25 182/13 183/1 183/3
  183/6 183/10
seated [31]   6/22 12/11 32/8 37/24
  53/1 63/24 64/2 65/13 86/1 89/8
  91/25 96/6 113/11 124/9 124/13
  140/9 140/20 146/8 146/11 150/19
  160/5 160/20 176/8 177/11 178/20
  179/4 179/15 180/14 181/5 181/15
  185/23

seating [1]   183/12
second [5]   63/4 123/2 123/3
  179/18 183/3
secondhand [1]   73/1
secondly [1]   90/9
Secret [2]   87/3 158/10
secretary [2]   38/21 116/10
section [2]   3/18 180/12
securities [1]   147/16
security [10]   36/5 38/22 58/22
  60/12 62/23 78/7 78/10 80/23
  127/6 166/13
see [71]   9/13 9/20 15/21 16/8
  19/23 24/11 29/18 29/19 30/4 38/5
  39/7 53/12 59/19 61/1 61/5 61/10
  64/9 64/13 65/12 77/14 79/20 86/9
  86/17 90/3 93/1 96/8 96/19 100/14
  100/23 100/25 103/2 103/16 111/20
  119/13 125/15 126/1 127/23 127/25
  128/14 132/3 133/6 134/3 134/12
  134/19 134/21 135/3 135/7 135/10
  136/12 136/13 144/16 146/9 146/20
  151/20 157/9 161/5 161/23 162/16
  163/8 167/7 167/11 176/9 176/11
  176/12 176/19 180/11 180/13
  184/15 185/3 185/20 185/25
seeing [6]   51/3 88/25 127/8
  132/18 146/1 175/19
seek [1]   132/24
seeking [2]   24/25 156/7
seemed [2]   23/13
seen [25]   4/18 30/25 31/8 49/24
  49/25 50/2 51/12 60/20 61/4 70/21
  77/5 83/10 89/8 100/10 100/20
  108/11 119/8 135/6 135/14 156/10
  157/8 157/12 160/12 165/17 182/19
seized [1]   65/11
selected [1]   25/14
selection [2]   128/23 182/15
sells [1]   33/7
senate [11]   70/1 114/6 114/6
  114/20 114/22 114/22 115/18 117/2
  117/3 128/5 133/16
senator [7]   115/19 115/22 115/24
  116/4 116/6 118/14 118/18
send [1]   166/1
senior [2]   6/9 12/2
sense [2]   20/8 39/10
sent [2]   107/15 138/17
sentence [1]   42/12
separate [1]   4/25
separating [1]   98/14
serious [1]   18/3
servant [2]   115/11 120/7
serve [8]   4/4 47/22 51/14 87/4
  90/13 120/9 158/11 171/20
served [3]   7/5 90/17 154/5
serves [1]   120/15
service [16]   11/1 15/11 74/9
  74/10 87/3 90/8 90/15 111/24
  158/10 161/23 180/17 182/10
  183/19 185/1 185/2 185/16
services [9]   42/9 42/10 42/13
  78/23 79/11 79/12 79/19 111/5
  111/8
servicing [1]   43/6
serving [1]   87/7
set [22]   7/3 7/21 30/25 36/9
  63/25 64/11 84/9 101/6 104/5
  119/5 135/12 135/13 145/8 145/25
  147/2 156/19 157/7 160/11 165/6
  165/17 172/5 175/23
sets [1]   20/5
setting [7]   61/3 101/15 109/9
  109/10 135/5 150/19 151/13
seven [3]   3/14 128/3 148/12
several [2]   52/3 170/24
Shaking [1]   83/13
share [1]   72/23
sharpest [1]   20/20
Shaw [1]   46/14

**she [138]** 14/7 14/7 14/9 14/13
14/14 14/16 14/17 14/19 14/24
14/24 18/7 18/9 18/13 18/15 23/9
23/13 24/5 25/10 26/10 27/14
28/10 28/11 28/25 29/3 29/4 31/23
31/23 31/24 31/25 31/25 32/1 33/3
33/3 33/6 42/15 42/17 44/1 44/14
44/14 44/15 46/3 46/3 46/4 46/6
46/6 46/8 46/25 46/25 56/24 62/15
62/16 62/18 62/19 62/21 65/25
66/15 66/16 66/18 66/21 66/22
66/22 67/14 67/16 67/17 67/17
67/19 75/24 82/3 82/3 82/4 83/20
83/23 84/2 84/4 84/9 84/9 90/8
90/9 90/9 90/10 90/11 91/9 96/16
96/16 96/18 97/12 97/12 97/13
97/19 99/13 99/18 99/22 103/21
104/3 104/5 105/24 105/25 105/25
106/21 107/3 107/3 107/5 107/5
107/7 107/8 111/12 111/13 111/13
111/24 127/4 127/6 128/5 128/6
128/8 128/9 128/10 128/11 128/12
128/13 133/24 136/16 136/16
136/17 136/19 136/19 142/7 142/10
167/16 167/16 167/17 168/19
173/23 173/24 174/1 174/2 174/3
174/5 178/8
**she'll [1]** 178/6
**shelter [3]** 14/8 16/14 16/17
**sheriff's [1]** 17/12
**SHERRY [3]** 1/21 187/3 187/12
**Shock [1]** 76/12
**shocked [2]** 59/12 71/15
**shooting [5]** 27/10 27/11 27/16
116/22 134/13
**shop [1]** 124/5
**short [4]** 57/11 138/14 171/15
185/14
**shot [4]** 26/9 181/12 182/12 184/6
**should [7]** 32/22 53/7 78/19 95/13
121/15 140/1 164/11
**shouldn't [1]** 24/15
**show [4]** 137/3 139/19 145/17
150/5
**showed [5]** 133/8 133/10 133/14
133/17 134/18
**shows [3]** 15/17 151/10 156/12
**shut [1]** 63/12
**Sibley [1]** 139/9
**sic [3]** 32/23 139/21 184/19
**side [10]** 66/7 66/11 109/9 115/21
115/21 151/13 170/8 177/3 180/18
180/21
**sides [4]** 15/12 116/15 125/14
150/24
**significant [5]** 27/14 58/8 62/13
94/16 166/3
**Silver [1]** 173/15
**similar [6]** 14/11 33/23 51/5
52/24 64/15 142/23
**similarly [1]** 114/22
**since [56]** 11/5 11/25 12/9 13/13
19/16 24/22 29/23 29/25 30/16
31/21 34/1 35/17 42/6 45/24 51/10
59/10 59/13 62/13 62/10 63/10
63/17 68/11 68/15 69/18 69/20
75/6 76/11 76/15 83/10 87/16 89/3
93/19 100/18 102/21 106/17 106/17
108/3 108/3 111/19 117/18 119/15
122/21 124/24 126/13 132/10
138/13 142/3 144/11 147/3 150/1
167/9 169/8 170/22 171/2 172/3
179/20
**sir [63]** 8/10 10/3 10/7 10/17
11/16 11/19 12/16 12/20 14/19
14/23 17/10 17/15 17/19 18/19
19/10 19/16 19/22 21/2 22/2 22/5
22/16 22/19 22/21 23/15 23/18
26/2 28/25 33/8 48/24 49/20 51/1
53/8 55/7 55/9 61/9 75/4 82/20

85/22 87/1 88/6 89/11 89/21 90/18
166/24 167/25 168/5 173/4 173/12
174/9 175/6 175/18 176/1 176/14
176/18 176/24 177/2 177/19 177/20
**sirens [1]** 30/7
**sister [6]** 57/17 99/8 105/7
105/13 105/18 153/8
**sister's [2]** 48/16 48/25
**sit [5]** 26/23 37/12 78/2 98/7
102/19
**sit-in [2]** 98/7 102/19
**sitting [21]** 55/14 55/14 55/15
71/22 71/23 102/20 110/2 110/4
119/20 119/20 119/21 119/21
119/23 125/7 137/5 146/9 146/10
157/15 157/16 157/17 167/18
**situation [3]** 51/4 55/19 149/7
**six [5]** 3/14 22/8 95/3 135/17
155/14
**Sixteen [2]** 139/7 139/8
**skill [1]** 20/5
**slated [1]** 12/2
**sleeping [1]** 174/21
**small [1]** 11/10
**smaller [1]** 33/4
**smashed [1]** 170/8
**smile [1]** 181/10
**smiled [1]** 181/10
**Smithsonian [1]** 142/7
**smoke [1]** 88/25
**so [238]**
**so he [1]** 117/1
**So the [1]** 72/11
**sobbing [1]** 40/15
**social [12]** 5/19 24/25 42/1 90/10
100/14 103/15 162/7 162/8 162/8
170/24 171/1 171/9
**software [3]** 61/25 64/20 64/24
**solar [1]** 75/15
**sold [2]** 31/15 64/25
**solely [1]** 36/7
**Solutions [1]** 61/22
**some [5]** 3/24 4/2 11/25 11/25
13/2 13/19 14/10 17/8 18/5 23/9
33/22 35/20 39/20 39/20 43/5 44/2
59/13 63/19 73/10 76/18 76/21
78/11 78/12 78/25 79/3 79/5 80/8
86/11 89/15 100/15 135/8 135/9
143/10 143/14 144/6 144/25 147/4
151/8 152/16 156/5 156/10 157/15
160/9 163/8 163/18
**somebody [10]** 7/11 55/16 65/10
71/24 110/3 119/23 137/5 138/1
157/17 181/10
**someday [2]** 6/19 6/20
**somehow [1]** 44/19
**someone [44]** 14/2 17/8 17/20 21/4
25/18 34/18 35/3 35/9 41/21 44/20
46/9 46/21 48/14 57/16 66/5 67/1
69/7 69/12 80/13 82/18 86/25 93/6
96/25 97/5 99/20 100/13 100/24
104/9 105/1 105/20 110/7 120/6
129/19 136/20 137/25 141/13
147/11 151/21 152/19 158/5 162/23
164/19 168/8 180/10
**something [18]** 3/23 40/17 43/24
53/19 67/5 67/6 95/22 108/5
115/12 119/2 124/21 130/22 133/16
140/6 163/5 163/14 165/21 185/8
**sometime [1]** 153/10
**sometimes [8]** 3/25 40/10 55/2
95/12 102/13 125/16 125/16 132/19
**somewhere [1]** 116/2
**son [5]** 3/8 3/11 9/18 32/3 138/2
**son's [1]** 63/11
**sonograms [1]** 51/18
**sorry [29]** 3/10 3/20 6/13 16/25
28/22 29/2 38/19 40/22 43/1 55/25
66/9 66/10 67/19 78/8 82/15 84/3
84/21 92/16 93/12 97/8 97/14
97/15 98/22 113/17 129/13 129/23

142/13 171/4 172/22
**so-called [5]** 37/23 38/21 40/18
60/18 67/15 67/15 70/7 70/12
88/24 106/25 125/8 131/18 149/6
153/23 155/3 156/4 157/12 162/8
**sound [5]** 11/10 11/13 11/14 92/5
149/22
**sounds [2]** 11/14 143/7
**source [9]** 13/21 25/2 25/3 59/16
70/15 76/19 78/13 79/1 166/3
**sources [8]** 5/3 13/23 38/11 39/2
39/3 90/11 161/18 162/5
**south [2]** 125/4 164/6
**Southeast [1]** 142/15
**Sox [1]** 127/19
**Spanish [1]** 19/6
**speak [7]** 34/5 43/11 47/24 72/12
133/21 141/6 172/11
**Speaker [2]** 60/8 60/10
**special [6]** 2/9 78/22 79/19
123/23 123/24 124/1
**specialist [4]** 2/8 35/15 163/1
166/7
**specific [3]** 20/15 38/10 81/8
**specifically [2]** 30/17 136/19
**speed [1]** 147/4
**spending [2]** 143/6 182/6
**spent [2]** 114/20 114/21
**spill [1]** 41/15
**spoken [1]** 16/13
**spouse [26]** 6/6 6/7 11/15 20/23
31/22 35/24 56/19 58/8 62/13
68/23 75/19 75/21 85/3 87/17
94/15 110/18 110/19 130/13 138/22
142/4 142/6 155/17 159/11 166/23
169/4 173/21
**spouse's [1]** 130/24
**Springs [1]** 173/15
**square [1]** 126/20
**staff [4]** 14/11 81/4 106/22 107/8
**staffer [6]** 14/7 60/14 60/15
114/6 114/6 114/20
**staffers [3]** 14/15 70/1 70/1
**start [47]** 7/13 7/14 10/9 13/9
15/14 27/13 33/6 36/19 42/4 53/2
54/22 60/22 60/25 61/19 64/4 64/7
71/1 71/2 71/9 77/8 77/10 86/6
89/13 89/17 95/18 96/1 101/8
101/9 108/20 108/22 117/22 118/9
118/22 118/23 125/18 134/25
139/16 145/13 151/6 156/24 157/2
160/7 165/11 165/11 176/3 176/4
184/13
**started [9]** 18/16 24/19 25/14
115/3 122/22 123/5 123/8 144/6
185/12
**starting [2]** 2/4 144/19
**state [22]** 2/5 4/7 5/12 5/22 6/4
8/23 10/14 11/11 17/12 18/9 18/10
58/1 58/16 58/17 58/21 58/24
72/23 74/6 116/6 168/22 168/23
169/17
**stated [1]** 11/24
**statements [2]** 171/15 183/22
**STATES [7]** 1/1 1/3 1/10 2/3 2/7
67/22 93/4
**station [2]** 12/18 12/23
**stations [1]** 88/23
**statistician [1]** 72/4
**statistics [2]** 68/4 75/11
**status [1]** 66/3
**stay [9]** 27/20 28/13 28/13 28/15
30/11 63/13 66/2 115/15 128/24
**stayed [4]** 24/15 30/6 30/14 121/7
**staying [2]** 63/14 169/18
**steady [1]** 171/1
**steering [1]** 170/9
**step [2]** 73/9 177/21
**stepped [1]** 127/2
**STEVEN [3]** 1/16 1/16 2/11
**still [22]** 9/19 36/24 48/18 49/5
49/7 82/3 82/4 87/7 92/8 99/16

**S**

still... **[12]** 103/11 105/11 107/23 117/9 122/21 122/22 123/7 123/24 123/25 131/19 167/9 177/6
stimulus **[1]** 143/6
stolen **[1]** 22/10
stop **[5]** 12/17 73/11 91/11 185/6 185/8
stopped **[2]** 79/16 89/4
stoppers **[1]** 67/4
store **[1]** 85/8
stories **[8]** 14/10 26/5 26/7 26/8 26/13 51/12 150/24 162/1
story **[3]** 13/16 27/9 128/13
straight **[1]** 179/20
Strategies **[1]** 117/6
stream **[1]** 171/1
streams **[1]** 80/22
street **[19]** 1/14 8/9 9/5 13/24 22/18 24/9 99/12 106/4 112/10 129/4 130/20 130/21 131/22 135/18 142/15 164/1 164/12 164/14 164/18
stricken **[3]** 32/23 178/19 179/15
strike **[19]** 27/12 27/24 40/25 41/6 41/7 41/16 96/23 134/4 152/15 177/24 179/7 179/11 179/17 179/18 179/21 180/7 181/15 181/16 182/1
strikes **[3]** 152/17 178/18 178/18
striking **[1]** 178/11
strong **[4]** 4/3 33/10 45/1 114/10
strongly **[1]** 170/23
Stroz **[1]** 61/22
struck **[2]** 2/23 32/16
stuck **[2]** 15/2 121/5
students **[2]** 123/20 123/22
studied **[12]** 10/6 17/21 34/18 67/13 93/7 97/6 97/9 113/15 139/13 141/24 143/10 152/19
studies **[2]** 19/6 166/20
study **[2]** 65/4 184/19
stuff **[10]** 6/22 38/24 40/8 40/10 40/11 40/16 51/18 108/10 141/16 162/4
subjectively **[1]** 4/24
submit **[2]** 27/21 41/13
submitted **[1]** 26/15
subpoena **[2]** 92/14 92/18
subscribe **[2]** 39/23 156/2
subsequently **[1]** 2/16
Substances **[1]** 130/10
subway **[1]** 12/23
such **[3]** 36/8 104/4 114/10
sufficient **[2]** 92/25 178/3
suitability **[1]** 81/4
Suite **[1]** 1/17
Suitland **[1]** 67/24
SULLIVAN **[18]** 1/6 2/3 2/12 27/10 27/15 53/20 57/5 82/13 90/14 93/4 104/19 121/21 133/1 136/17 137/9 137/20 152/11 177/9
Sullivan's **[1]** 104/14
sum **[1]** 104/6
summaries **[1]** 70/11
summary **[1]** 70/13
summers **[1]** 123/17
summons **[1]** 177/15
super **[3]** 14/6 14/12 14/12
superior **[5]** 81/24 82/5 90/20 112/7 173/2
supervised **[1]** 42/11
supervising **[1]** 105/25
supervision **[4]** 42/2 42/10 42/10 42/13
supervisor **[1]** 168/18
support **[10]** 12/2 12/8 35/15 38/20 43/5 79/4 79/13 81/6 81/12 141/17
supported **[2]** 80/15 80/22
supposed **[4]** 7/8 7/9 102/11 110/17

Supreme **[2]** 105/14 105/19
sure... **[11]** 5/15 14/5 15/6 44/24 45/4 48/1 53/11 73/2 77/24 79/24 82/1 82/4 91/22 92/3 92/20 97/10 98/1 99/19 102/5 117/13 134/23 141/14 149/4 156/22 163/20 164/11 166/2 177/5 178/7 182/20 184/13
surgical **[2]** 20/18 20/19
surprising **[2]** 39/21 125/5
suspect **[1]** 92/24
suspicious **[1]** 124/11
sustained **[4]** 26/11 26/15 104/17 180/1
swift **[1]** 42/14
switched **[1]** 45/17
sworn **[1]** 92/1
system **[14]** 73/5 83/24 87/13 88/2 98/20 110/6 110/13 125/11 126/23 152/5 153/18 167/21 168/4 185/11
systems **[1]** 31/15

**T**

table **[4]** 2/8 71/22 110/3 146/8
tack **[1]** 53/22
Tacoma **[1]** 68/12
take **[27]** 2/25 15/9 33/21 37/20 39/18 57/11 65/4 66/4 70/18 73/11 73/16 77/1 91/7 103/21 129/11 129/14 132/15 142/18 147/3 147/8 149/20 150/7 155/24 156/1 161/15 175/7 182/12
taken **[7]** 23/8 30/14 57/13 93/2 129/17 169/21 177/14
takes **[1]** 6/16
taking **[6]** 12/4 93/11 93/13 107/1 182/17 183/3
Takoma **[1]** 69/16
talk **[23]** 22/3 22/13 22/17 26/17 47/9 60/4 82/8 100/10 100/19 117/8 118/15 121/17 126/6 126/9 126/15 127/5 127/14 127/18 127/19 151/5 152/8 163/7 184/7
talked **[12]** 14/11 15/5 18/11 18/15 41/7 69/18 69/20 70/4 83/8 117/15 127/22 136/24
talking **[14]** 41/9 46/20 46/23 50/20 96/18 106/25 107/17 120/1 125/4 133/12 137/8 137/10 137/14 164/20
Target **[2]** 159/18 159/19
taught **[5]** 72/5 122/15 124/12 126/7 126/21
tax **[1]** 46/8
TDY **[1]** 58/6
teach **[3]** 122/20 122/21 125/18
teacher **[1]** 75/24
teachers **[1]** 63/12
Teaching **[1]** 123/12
team **[4]** 56/5 56/7 60/1 141/17
tears **[1]** 40/15
tech **[2]** 167/1 167/3
technical **[1]** 103/2
technically **[1]** 102/20
technician **[1]** 32/1
technology **[1]** 175/9
television **[1]** 106/19
teleworking **[2]** 59/4 144/4
tell **[77]** 4/5 4/21 5/1 7/13 21/9 21/15 25/9 27/1 29/23 30/15 31/10 33/13 37/13 37/20 38/15 44/5 45/3 46/1 47/1 51/2 52/7 55/2 59/3 59/8 59/9 59/24 60/7 63/7 64/18 71/1 76/9 77/8 80/19 84/12 86/5 88/20 91/12 95/7 96/15 98/12 100/9 100/19 101/24 102/3 106/18 108/21 110/18 113/18 113/24 114/12 122/3 122/7 124/23 125/6 127/13 127/17 130/18 134/7 141/21 143/12 144/3 144/11 144/19 144/20 145/14 149/1 149/25 163/2 165/10 166/4 166/6 170/20 171/11 178/24

179/4 184/4 184/17 185/15 185/16 185/16 100/13
ten **[5]** 19/2 20/13 20/14 93/8 139/5
tend **[2]** 53/21 108/4
Tenleytown **[1]** 159/20
terms **[7]** 6/21 13/24 28/20 36/17 95/15 108/2 172/5
terrorist **[1]** 124/1
testified **[4]** 53/19 53/20 54/3 54/4
testify **[1]** 77/12
testimony **[2]** 54/6 64/13
Texan **[1]** 3/22
texted **[3]** 88/22 163/19 163/20
than **[15]** 28/11 30/13 34/14 67/1 79/8 107/24 115/1 115/16 117/15 147/8 150/17 162/13 163/19 178/17 184/1
thank **[70]** 9/25 10/2 10/3 16/22 16/23 20/21 27/3 28/17 29/6 34/11 34/13 40/19 43/21 48/7 48/8 48/13 55/23 55/24 57/8 57/9 57/12 61/15 61/17 65/25 72/18 73/8 82/15 82/16 86/23 91/5 91/6 92/3 92/7 92/21 96/14 104/20 104/24 110/16 113/12 121/23 128/21 137/22 141/11 146/24 147/1 152/13 158/3 162/21 167/14 168/6 172/20 174/14 177/18 177/19 177/20 177/22 180/15 182/3 182/3 182/4 182/10 182/14 182/23 183/17 183/18 185/1 185/2 185/15 186/2 186/3
Thankfully **[1]** 170/8
Thanks **[3]** 33/8 43/19 104/23
that **[851]**
theft **[1]** 153/9
their **[25]** 4/14 13/11 14/15 22/9 35/14 38/24 49/11 49/21 53/25 60/5 72/9 85/13 95/2 99/5 101/23 109/23 111/9 125/15 127/8 127/9 127/14 127/19 130/17 181/12 182/12
them **[36]** 2/18 6/17 10/16 12/11 13/2 14/12 14/12 18/2 22/3 45/12 47/2 47/4 52/7 52/8 60/2 69/18 69/20 92/4 111/5 117/13 120/5 122/7 126/8 127/3 127/8 127/19 127/22 127/23 134/23 135/4 143/18 145/1 145/6 177/15 178/8 178/24 182/1
themselves **[3]** 4/14 70/14 150/17
then **[158]** 5/4 5/12 5/21 8/22 10/15 11/25 12/6 12/24 13/4 13/13 14/24 17/20 19/11 19/17 20/4 21/11 22/17 24/4 24/12 24/21 26/4 28/1 29/15 29/18 29/24 29/25 30/4 30/9 30/15 30/16 30/20 30/24 32/15 35/21 36/9 39/8 44/16 45/19 46/19 48/7 49/3 50/22 51/10 53/20 58/25 59/10 62/10 63/1 63/17 65/25 67/12 67/21 68/10 68/16 69/12 73/16 74/13 76/7 76/10 76/11 76/13 76/15 76/21 79/6 79/14 79/16 80/13 80/19 80/25 81/9 81/17 83/12 87/5 88/17 89/2 89/3 90/9 91/11 93/10 93/20 93/21 94/2 97/5 97/23 99/1 99/6 100/10 100/10 100/18 109/10 105/20 106/2 106/13 106/15 106/17 106/17 106/23 107/2 107/15 107/19 107/20 108/3 108/3 114/9 116/5 116/23 117/3 117/5 117/17 117/18 123/11 124/24 132/10 132/18 133/19 134/17 138/16 143/23 144/3 144/6 144/11 147/16 149/19 149/22 149/25 150/2 150/11 150/14 150/18 153/5 154/14 155/1 155/5 155/7 155/19 156/15 156/16 160/2 163/16 163/21 165/1 166/14 166/15 166/20 167/8 170/21 170/22 171/2 171/12 172/3 174/25 178/14 178/19 179/12 181/17 181/17 181/25 182/13

**therapist [1]** 6/12 155/10
**therapy [1]** 6/15
**there [146]** 2/15 2/19 3/13 5/15
 6/24 6/24 7/24 9/19 9/19 11/4
 11/25 14/5 14/9 14/18 15/2 15/6
 17/16 20/4 20/12 21/18 23/21
 24/10 30/22 32/9 35/3 35/5 35/9
 35/16 35/17 38/10 44/2 44/8 46/5
 46/21 51/15 52/11 55/14 55/25
 56/7 60/2 60/17 60/17 61/2 61/2
 62/2 63/14 64/10 64/10 66/15
 66/16 66/25 69/22 69/24 71/6
 71/18 74/8 76/21 76/23 77/21
 77/25 78/11 78/18 80/5 80/8 80/9
 80/17 80/25 81/17 82/21 83/4 83/9
 83/16 84/1 84/8 86/2 86/17 91/11
 99/17 99/18 100/13 100/25 101/25
 102/9 103/13 103/24 104/2 104/9
 104/13 104/15 105/24 107/23 108/5
 113/9 116/2 117/9 119/20 119/23
 120/22 120/23 120/24 122/15
 122/20 123/4 126/13 126/22 127/25
 128/1 128/3 129/5 129/16 130/3
 130/14 132/25 133/3 134/17 138/10
 138/12 140/12 140/13 140/14
 141/19 143/15 144/6 144/25 147/4
 148/4 153/7 155/13 155/14 156/18
 157/16 163/3 163/4 163/12 163/22
 164/3 164/9 169/2 170/4 171/18
 173/9 173/17 173/18 175/22 179/14
 185/21
**therefore [1]** 28/16
**these [10]** 20/5 20/8 23/20 40/18
 89/18 117/12 139/17 142/18 182/16
 182/17
**they [174]** 3/16 6/18 7/16 7/19
 10/17 10/21 13/18 14/10 15/1
 15/21 15/22 19/17 19/19 20/2 20/2
 20/3 20/6 23/1 28/12 28/13 36/24
 36/25 37/1 38/21 42/20 43/6 44/6
 44/21 47/3 47/17 49/15 49/21 50/1
 51/21 51/22 55/2 55/2 56/21 56/23
 57/10 60/7 60/17 61/23 68/25
 69/22 69/24 70/2 71/7 71/7 72/5
 72/6 72/7 75/23 77/11 77/12 89/15
 89/15 89/16 89/17 89/18 90/25
 95/22 95/23 95/23 95/24 95/25
 96/2 96/3 98/14 99/1 99/1 99/16
 99/19 100/23 101/13 101/13 101/14
 103/22 103/23 104/10 104/13
 106/22 106/23 107/2 107/10 107/11
 107/12 107/13 107/15 109/2 109/3
 109/3 109/23 111/4 112/19 113/5
 113/10 114/4 114/5 119/4 119/13
 122/11 124/11 125/16 125/16
 125/22 125/22 127/1 127/9 127/19
 127/20 127/21 127/23 130/15
 132/22 133/2 133/8 133/10 133/13
 133/14 133/15 133/16 134/9 134/14
 134/22 134/22 135/8 135/8 137/3
 144/8 145/17 145/19 145/21 145/22
 145/22 148/11 151/8 151/8 151/9
 151/13 154/17 157/6 160/10 160/10
 163/3 163/3 165/14 165/15 165/15
 166/25 167/1 170/8 171/14 173/8
 174/10 175/15 175/17 176/9 176/10
 176/20 178/24 178/25 179/1 179/3
 179/4 179/14 180/22 181/2 181/5
 181/7 181/9 181/13 181/15 181/16
**they'll [3]** 86/11 86/11 119/1
**thing [11]** 24/11 40/18 60/18
 72/19 80/20 114/23 115/8 120/21
 125/8 141/5 153/23
**things [26]** 4/23 6/18 12/10 12/12
 12/14 12/15 13/13 14/11 23/19
 24/23 52/1 52/3 66/18 89/18 95/13
 106/20 107/1 120/2 120/24 121/7
 124/12 134/11 156/6 184/10 184/13
 184/14
**think [144]** 7/1 7/5 7/6 7/22 7/23

8/20 8/21 9/13 12/4 13/22 15/7
 15/14 15/15 18/4 18/15 18/15 18/18
 18/14 21/18 21/3 23/2 24/23 26/25
 29/7 30/25 31/8 35/4 36/14 41/8
 42/22 43/10 43/13 43/18 44/23
 45/5 45/6 49/12 50/7 54/7 54/7
 54/8 54/10 55/12 55/16 55/22
 57/22 64/15 71/12 71/16 71/17
 71/19 71/25 74/2 74/3 74/15 74/18
 75/3 77/21 78/4 79/8 79/16 80/10
 81/13 81/14 81/18 84/6 88/23
 88/25 91/3 91/4 92/2 92/6 97/21
 99/19 99/25 100/1 101/20 102/17
 102/19 104/1 104/11 104/12 104/16
 108/13 109/13 109/14 110/7 110/10
 111/6 112/7 114/13 115/7 115/10
 118/8 119/5 119/7 119/10 119/12
 119/17 119/22 120/1 120/2 120/8
 120/20 121/15 125/13 127/9 127/25
 127/25 129/15 132/4 133/13 133/23
 135/11 136/3 136/8 136/9 136/10
 138/1 139/22 140/12 142/3 144/6
 146/3 146/12 146/17 147/8 149/14
 152/17 154/2 154/14 156/11 157/11
 157/19 157/20 163/13 163/17
 165/19 170/13 172/8 172/9 172/10
 179/24 181/13
**thinking [5]** 49/21 80/18 123/16
 127/23 133/7
**thinks [1]** 7/16
**Third [2]** 24/4 83/1
**Thirteen [1]** 178/22
**Thirty [1]** 173/19
**Thirty-two [1]** 173/19
**this [216]**
**Thompson [4]** 78/22 79/18 79/19
 80/20
**those [42]** 13/17 14/8 15/12 20/20
 21/9 23/19 33/7 38/13 40/10 41/16
 46/2 51/20 52/6 52/18 59/24 64/25
 80/2 113/8 114/21 116/13 117/9
 118/7 118/17 134/15 134/16 134/19
 134/20 134/21 137/5 143/12 144/11
 149/12 153/22 170/12 171/9 171/11
 178/5 179/12 184/10 184/11 184/12
 184/14
**though [5]** 26/10 81/7 85/21
 107/13 116/9
**thought [14]** 9/2 63/13 78/19
 102/14 113/18 119/14 125/10
 137/12 137/24 138/1 141/4 165/6
 175/25 181/6
**threads [1]** 78/16
**threat [4]** 166/8 166/11 166/15
 170/25
**threats [1]** 166/9
**three [17]** 2/17 2/24 30/2 50/13
 50/15 50/18 50/19 75/7 79/8 93/20
 112/14 113/7 127/12 127/15 154/14
 171/16 173/6
**three-year [1]** 93/20
**Thrift [1]** 85/8
**through [19]** 12/3 28/25 29/3
 44/20 51/6 73/1 90/10 91/18
 116/13 122/16 127/8 145/9 147/4
 147/9 155/4 156/20 165/9 178/10
 184/25
**throughout [1]** 13/1
**Thursday [1]** 51/22
**ticket [2]** 99/2 103/5
**TikTok [4]** 33/3 33/6 162/10
 162/11
**time [52]** 4/11 8/6 9/11 11/24
 12/3 18/15 19/24 20/13 20/25
 22/25 23/12 24/8 25/16 31/15
 31/19 33/21 37/9 37/12 38/17 43/6
 44/1 51/3 51/19 58/5 60/8 63/11
 63/13 65/1 65/1 79/5 98/20 99/22
 102/18 103/10 107/17 112/4 117/1
 117/9 136/5 138/13 138/14 139/24
 139/25 149/3 149/11 149/18 156/4
 156/4 170/17 175/9 175/15 181/19

**times [12]** 13/24 30/2 39/21 39/22
 134/24 163/13 171/16
**tired [1]** 108/9
**today [11]** 2/17 2/19 2/23 3/1
 91/21 92/9 96/17 179/24 179/25
 180/18 185/17
**told [8]** 24/14 27/20 28/13 30/5
 44/1 95/17 113/19 177/15
**tomorrow [11]** 184/11 184/15
 184/16 184/17 185/3 185/4 185/5
 185/6 185/7 185/15 185/17
**tonight [1]** 183/24
**Tony [1]** 123/20
**too [14]** 2/25 3/24 27/13 27/22
 35/3 46/21 81/17 136/12 145/15
 160/1 161/24 172/13 175/11 179/20
**took [6]** 4/4 25/15 25/23 33/11
 93/19 93/20
**tool [1]** 65/2
**tools [2]** 64/19 64/20
**top [2]** 178/13 179/10
**totally [1]** 100/18
**Totten [1]** 144/2
**tough [8]** 55/19 55/20 110/3 110/8
 114/25 119/25 120/2 157/19
**toughest [1]** 119/24
**towards [1]** 88/24
**town [11]** 85/18 85/19 100/2
 122/17 126/13 139/21 154/22
 154/23 170/15 174/16 174/17
**track [2]** 79/1 111/14
**trade [1]** 11/1
**Trademark [1]** 56/22
**Traditionally [1]** 180/20
**trafficking [1]** 80/24
**trafficking-type [1]** 80/24
**training [5]** 3/6 7/8 21/4 21/5
 50/1
**transcript [2]** 1/9 187/4
**translating [1]** 20/5
**Transparency [2]** 142/23 143/4
**transpired [1]** 51/8
**Transportation [1]** 168/22
**transporter [1]** 173/17
**trauma [4]** 20/18 26/12 28/25 29/3
**travel [3]** 12/2 58/6 92/11
**Treasury [1]** 174/4
**treatable [1]** 171/25
**treated [9]** 26/4 27/8 27/17 28/15
 73/4 83/23 98/19 98/21 152/4
**treatment [1]** 28/15
**trial [69]** 1/9 6/24 6/25 7/2 7/13
 7/14 12/4 15/12 15/14 25/14 31/2
 36/19 38/1 53/2 54/3 54/5 54/22
 60/23 64/4 64/8 71/1 71/2 71/9
 77/8 86/7 89/10 89/13 89/17 95/19
 101/8 108/20 108/22 115/10 115/10
 122/18 118/23 120/6 120/11 120/14
 121/12 122/16 125/18 134/25
 135/23 139/16 139/17 140/13 145/9
 145/13 146/13 146/18 150/21 151/6
 153/19 154/13 156/20 156/24 157/2
 160/7 160/12 165/11 173/5 175/25
 176/3 182/21 182/21 184/5 184/6
 184/7
**trials [2]** 59/13 144/24
**tried [2]** 81/6 181/4
**trooper [1]** 17/12
**trouble [2]** 37/9 115/6
**truck [1]** 181/20
**true [8]** 22/12 50/3 74/18 125/11
 125/11 125/13 126/22 187/4
**truncated [1]** 20/3
**trust [1]** 110/13
**truth [2]** 55/2 55/2
**Truthfully [1]** 108/4
**try [11]** 7/12 12/6 15/9 65/12
 65/25 107/25 119/2 128/21 184/21
 184/23 185/12
**trying [11]** 2/23 4/9 10/21 56/6
 71/10 78/12 79/1 79/25 80/11

**T**

trying... [2]   103/1 180/17
Tuesday [2]   51/22 92/19
Tulane [2]   159/6 159/8
tune [1]   107/25
tuned [1]   13/19
turn [1]   132/19
turned [6]   13/10 30/7 88/23
116/21 116/22 124/22
turns [1]   123/16
TV [31]   13/5 24/12 29/19 29/19
29/21 29/22 30/7 30/18 31/8 40/9
45/11 50/25 59/5 76/4 88/18 100/7
106/3 106/13 107/1 108/4 116/23
118/2 124/22 132/5 132/6 145/3
146/1 149/20 150/5 156/8 156/12
tweet [1]   184/10
tweeting [1]   100/15
Twelfth [1]   85/2
Twelve [1]   151/21
Twenty [4]   85/14 122/19 148/12
148/12
Twenty-eight [1]   148/12
Twenty-one [1]   85/14
Twenty-seven [1]   148/12
Twitter [3]   162/14 162/15 184/10
two [37]   4/25 6/1 6/1 9/15 19/5
22/9 30/2 42/18 46/4 47/13 51/23
62/14 62/25 79/14 90/6 93/14
95/14 112/5 112/8 113/8 116/2
126/25 167/8 171/21 173/19 174/9
178/14 178/15 178/16 178/19
178/19 181/18 181/22 181/24 182/6
182/9 183/6
two-year [1]   116/2
type [3]   40/16 80/24 142/23
types [2]   14/1 28/16
typically [1]   7/11

**U**

U.S [1]   1/22
UDC [2]   122/9 122/25 123/13 124/3
124/6 124/17
Uh [6]   8/10 71/4 74/12 123/14
150/9 161/1
Uh-huh [6]   8/10 71/4 74/12 123/14
150/9 161/1
ultimately [1]   103/4
unable [2]   2/18 2/21
unaware [1]   140/5
unbiased [1]   115/10
uncle [3]   48/19 48/21 152/22
uncle's [1]   84/9
under [6]   10/24 56/6 58/23 68/1
93/25 101/24
undergrad [5]   11/9 19/5 58/15
68/7 75/10
undergraduate [4]   3/22 88/7 93/23
166/19
understand [3]   119/11 125/17
167/21
understanding [1]   171/8
undo [1]   113/20
unfolding [1]   106/20
uniformed [6]   42/16 42/17 42/21
49/7 83/6 163/3
union [4]   12/18 12/22 93/17 94/6
UNITED [7]   1/1 1/3 1/10 2/2 2/7
67/22 93/4
University [16]   11/8 11/10 11/13
19/12 56/18 62/8 87/13 87/21 88/2
111/13 111/17 139/12 141/23
148/19 159/8 169/13
Unless [1]   152/15
unlikely [1]   92/6
unpopular [1]   127/5
until [14]   13/10 22/4 24/19 36/20
37/1 46/4 53/3 77/14 86/9 125/12
126/1 135/3 176/22 179/21
unusual [2]   154/3 185/6
unwillingness [1]   23/3

**up [76]**   3/4 10/5 12/1 12/11 13/19
17/17 34/20 30/30 31/8 34/17
34/17 34/20 41/3 41/20 43/23
44/12 49/16 50/9 57/15 59/13
61/18 63/14 64/3 66/5 67/18 68/12
70/9 73/12 73/18 74/23 76/11
79/21 80/1 82/17 86/24 89/5 90/6
90/11 93/6 96/24 103/2 103/20
104/13 104/25 105/6 105/9 113/14
113/21 118/3 118/4 118/4 121/24
122/11 124/24 125/4 129/10 129/19
137/24 141/9 141/12 147/11 152/2
152/18 157/22 158/4 159/1 164/1
164/18 168/8 175/21 178/5 178/8
179/5 181/7 184/8
upbringing [1]   116/12
update [1]   100/23
updates [1]   107/8
upon [1]   180/3
Upper [1]   56/18
ups [2]   48/14 148/22
us [35]   4/7 11/3 30/5 35/13 38/15
51/2 56/22 63/7 72/11 76/9 102/3
114/5 114/22 115/19 121/1 124/23
125/6 139/8 143/12 144/3 149/25
155/5 162/25 166/4 166/6 166/6
169/22 170/20 170/25 171/11
171/14 178/3 178/10 179/7 185/6
USA [2]   133/2 137/10
USAO [1]   1/13
use [4]   6/20 104/7 124/1 162/11
used [7]   45/8 123/23 138/2 151/1
151/3 165/25 181/6
USPTO [1]   10/21
usually [14]   30/1 39/3 39/8 65/1
70/16 117/21 132/12 144/5 150/12
150/13 175/3 177/16 185/3 185/8
utmost [1]   53/11

**V**

vacation [1]   169/18
varies [1]   76/20
varying [1]   118/7
vascular [1]   20/22
verdict [10]   90/24 112/18 113/3
120/17 120/18 135/25 149/8 154/16
173/7 181/22
version [1]   102/3
versus [2]   2/3 93/4
very [67]   4/15 5/6 10/2 13/15
16/22 24/19 29/6 30/8 33/8 34/11
40/19 41/2 41/8 43/19 47/23 48/7
52/20 52/20 54/19 55/23 61/17
64/15 65/24 71/17 72/3 72/18 73/8
82/15 86/23 91/5 92/21 95/15
96/14 104/23 113/12 114/22 114/23
120/2 120/5 120/23 120/24 120/24
121/23 122/3 125/14 127/7 127/20
128/21 137/22 141/3 141/11 147/1
152/13 152/14 158/3 162/21 168/6
170/23 172/20 172/23 175/12
177/19 179/6 182/10 183/17 185/1
185/16
vice [1]   61/21
victim [7]   8/1 22/7 67/6 74/14
99/7 153/6 169/15
victims [3]   67/10 81/12 153/8
video [7]   41/10 41/11 41/11 133/6
136/19 136/20 136/25
videos [30]   6/24 15/21 36/25
40/10 41/2 41/8 61/2 64/10 71/7
77/12 78/14 86/11 89/15 95/23
119/1 125/22 133/1 133/4 135/8
138/10 137/1 137/9 145/22 151/8
157/6 160/10 162/1 162/3 165/15
176/10
videotapes [3]   101/14 109/3
140/14
Vietnam [1]   20/4
view [4]   71/15 72/8 104/5 184/18
views [1]   172/6
violate [1]   102/13

violated [8]   16/1 95/22 102/14
102/15 102/16 57/7 160/24
violating [1]   102/16 102/20
violence [7]   40/15 66/13 66/24
67/11 67/20 69/10 112/17
Virginia [7]   48/18 49/5 97/2 97/4
106/8 131/19 142/2
virtual [1]   63/11
Visitation [1]   148/2 148/3
vividly [1]   120/21
volunteers [1]   94/23
votes [1]   121/15
vs [1]   1/5

**W**

wait [1]   148/12
walk [3]   30/1 178/10 184/17
walked [3]   98/16 114/21 181/19
walking [4]   30/4 30/12 102/9
134/10
wall [2]   13/24 175/17
want [52]   7/25 10/19 11/21 14/1
25/9 30/5 38/5 48/2 53/12 54/21
55/13 55/16 64/3 71/18 71/24 72/1
72/8 76/10 78/5 90/3 91/20 92/5
103/8 104/2 106/15 110/3 110/7
112/16 119/21 122/3 124/24 125/13
133/24 145/9 151/12 156/20 157/16
157/23 175/15 177/7 179/11 179/14
179/17 179/19 181/1 181/2 181/16
181/22 182/20 184/6 184/13 184/22
wanted [8]   26/24 47/8 50/9 72/23
92/3 92/11 177/5 184/2
wants [1]   104/18
War [1]   20/2
was [449]
Washington [29]   1/5 1/14 1/18
1/24 3/9 3/12 9/18 10/14 11/11
18/25 20/11 59/17 70/16 74/5 74/6
76/20 84/16 84/18 100/22 116/6
117/23 141/23 144/22 148/19 150/8
156/1 161/20 168/23 175/7
wasn't [12]   80/9 81/7 97/10 98/1
99/19 103/2 103/4 108/1 136/7
163/15 164/11 171/7
watch [22]   13/4 13/8 13/10 13/25
30/18 39/4 39/8 40/9 63/22 70/10
70/14 101/1 108/4 108/9 120/3
133/18 144/5 145/2 145/5 150/14
175/1 175/3
watched [17]   24/12 30/10 47/2
59/5 59/9 70/12 76/17 76/24 79/12
124/22 125/2 133/1 137/9 144/8
144/21 156/8 156/11
watches [1]   41/2
watching [12]   30/10 40/12 41/8
41/10 47/4 76/6 106/5 106/19
144/7 144/21 149/23 150/5
waterfront [1]   164/7
watermark [1]   136/18
waving [1]   30/4
way [24]   2/20 28/11 32/4 49/14
51/7 53/19 53/21 54/4 54/4 54/11
57/1 57/2 73/13 73/14 101/8 104/2
108/19 108/20 119/10 137/18
180/20 181/11 182/21 185/11
Ways [5]   43/25 44/15 46/3 46/4
46/24
we [253]
we'll [26]   27/13 57/11 57/14
65/25 91/7 91/11 91/12 91/25
96/14 100/19 113/14 129/9 147/9
151/11 152/14 162/22 178/6 178/12
178/14 180/11 180/12 180/16 180/22
182/13 183/22 185/15 185/23
weapon [1]   99/17
weapons [1]   90/21
web [1]   13/25
website [1]   142/7
week [10]   12/1 30/2 109/12 120/16
121/2 135/24 135/25 182/4 184/2
184/25

**weekend [1]** 107/23

**weekly [1]** 51/24

**weeks [4]** 51/16 51/23 79/9 79/14

**weigh [4]** 53/24 54/6 54/8 55/5

**well [39]** 10/21 15/4 15/4 20/22
26/8 31/21 40/14 47/9 49/18 51/16
61/19 61/24 62/10 67/24 72/5 80/1
80/14 91/25 92/21 102/5 104/8
116/12 122/3 125/17 132/14 134/1
136/11 144/23 150/3 155/6 160/21
170/23 175/1 177/17 179/3 179/6
179/20 183/21 185/2

**Welle [1]** 39/10

**went [22]** 2/20 2/22 10/6 14/24
24/2 24/12 44/6 62/5 69/25 93/25
94/1 103/3 105/1 124/21 127/1
127/2 139/11 141/23 142/10 153/19
166/21 174/22

**were [173]** 4/11 6/22 9/11 13/5
13/5 13/16 14/2 14/9 15/1 16/20
20/6 23/24 23/24 26/11 26/13
26/14 26/15 27/18 28/13 29/15
30/9 31/15 32/8 36/6 37/16 45/7
45/10 45/19 47/4 47/5 50/22 50/23
53/1 54/13 55/14 58/25 59/4 59/6
60/17 60/19 63/2 63/5 63/6 63/24
64/2 64/25 65/13 68/16 69/22
69/24 71/21 71/22 76/2 77/4 78/12
78/15 78/24 79/1 79/17 80/15 84/8
85/17 85/17 86/1 88/15 89/8 92/10
93/23 94/7 94/7 94/10 94/11 96/6
98/14 98/16 98/19 100/2 100/4
100/13 102/8 102/17 103/10 103/11
103/22 103/23 104/10 104/13 106/3
106/9 106/20 106/23 107/1 107/9
107/10 107/11 107/12 107/15
107/17 110/2 112/4 113/11 114/4
115/8 115/17 116/17 116/18 116/23
119/19 120/2 122/18 122/25 124/9
124/13 124/16 124/17 124/17
124/18 126/13 127/12 127/24 128/3
132/1 132/2 133/13 133/15 134/22
134/23 135/15 135/21 137/14
139/20 139/20 139/21 139/21
140/20 143/5 143/14 143/20 143/21
144/8 144/19 146/8 146/11 148/22
149/16 150/18 152/1 153/22 154/21
154/22 154/24 157/15 159/16
159/21 159/22 160/5 160/20 163/25
164/8 164/16 164/18 164/23 169/23
170/15 171/15 172/23 174/16
174/19 174/19 176/16 179/24
179/25 181/14

**weren't [2]** 20/5 107/13

**West [1]** 58/15

**what [385]**

**whatever [25]** 15/21 15/22 30/24
39/14 60/20 60/20 61/3 64/1
101/16 102/1 107/23 109/9 135/5
136/25 139/24 140/12 145/25
151/13 156/12 156/17 157/7 160/12
165/17 181/8 184/20

**whatever that [1]** 39/14

**when [66]** 3/22 4/8 5/8 8/3 8/5
8/6 11/23 13/16 13/18 14/8 15/1
15/2 18/15 24/23 24/24 30/9 31/18
33/18 39/6 40/6 41/2 69/15 77/10
80/17 84/11 89/17 93/15 98/14
101/25 102/19 107/24 108/5 110/10
115/17 116/22 120/1 122/22 122/25
123/7 123/10 126/21 127/24 132/11
132/23 133/13 133/15 134/13
134/20 136/16 136/24 144/21
148/24 152/1 158/11 158/12 160/3
160/6 165/11 176/3 176/16 177/15
179/17 181/6 181/9 181/21 183/9

**where [104]** 4/11 5/6 5/15 6/8 9/1
9/4 10/13 11/7 12/1 14/13 17/2
18/6 20/7 24/7 24/25 29/5 34/23
41/1 41/7 43/6 44/14 45/7 45/16

45/19 48/21 49/1 55/14 56/17
62/18 62/21 63/5 63/6 66/2 67/23
68/6 68/16 68/25 74/4 75/12 82/25
84/15 85/9 85/17 87/4 87/12 88/1
88/11 94/2 94/10 97/3 97/13 98/6
100/4 106/3 106/5 116/17 116/25
117/5 119/20 119/21 122/8 124/16
124/18 128/9 128/11 129/3 130/15
134/9 137/3 138/7 139/11 139/14
139/20 140/4 141/24 142/12 142/14
144/1 148/1 148/18 152/25 153/11
154/5 154/21 155/7 157/16 158/19
159/7 159/16 159/22 163/25 164/3
164/13 168/11 168/20 173/1 173/13
180/11 180/13

**whereabout [1]** 29/13

**whether [33]** 15/23 16/13 23/16
27/16 37/3 47/17 51/14 51/19
51/25 53/10 71/10 77/17 86/12
90/12 96/20 101/18 103/21 109/6
109/7 109/23 112/23 121/24 125/7
126/3 132/25 133/2 134/3 151/13
156/18 157/6 160/24 164/19 181/7

**which [22]** 2/22 12/17 12/18 29/5
33/21 39/13 43/5 44/22 52/6 66/24
68/18 79/24 92/14 102/17 131/22
139/15 144/7 159/19 166/8 177/25
178/3 180/22

**while [14]** 29/7 33/24 38/2 45/14
47/17 107/12 111/20 127/1 131/11
131/12 169/4 178/8 181/25 182/15

**who [82]** 2/12 2/15 7/12 10/15
16/14 16/17 17/9 18/6 21/13 21/15
21/23 26/3 26/9 26/10 26/13 26/14
27/15 27/18 28/9 32/3 32/4 41/23
42/18 47/14 48/17 48/19 49/3
52/15 69/25 82/6 82/21 82/23 87/2
99/20 101/22 103/22 104/4 105/4
105/22 106/22 107/8 110/14 110/23
114/3 115/9 116/3 116/11 116/15
118/13 120/6 120/25 120/25 121/3
121/3 121/15 122/4 122/7 122/19
123/23 126/8 126/14 126/17 126/19
126/22 126/25 127/2 127/2 127/10
127/12 136/20 138/1 143/10 143/14
152/21 153/9 158/7 179/2 179/19
181/5 181/9 181/15 182/5

**whoever [1]** 12/12

**whole [8]** 24/9 24/11 28/14 60/6
60/11 126/11 155/20 159/10

**whose [1]** 125/3

**why [8]** 4/9 45/4 52/11 86/4
102/22 113/24 178/16 178/20

**wife [9]** 2/18 2/25 30/1 30/22
42/2 42/15 62/14 108/7 173/22

**will [138]** 6/24 6/24 7/13 16/24
28/1 28/2 29/24 32/23 33/6 36/19
36/25 37/20 54/4 54/18 60/24 61/2
61/2 64/4 64/10 64/10 66/4 71/2
71/6 71/7 71/21 72/12 77/8 77/9
77/11 77/12 77/12 82/7 86/5 86/6
89/12 89/15 89/15 90/15 91/18
92/1 93/1 93/5 95/12 95/23 95/23
95/25 96/19 96/21 96/22 96/23
100/10 100/23 101/14 101/14
101/15 101/24 104/13 104/25
108/21 109/3 109/4 109/5 117/13
118/22 125/19 125/22 125/23 129/8
135/7 135/8 135/8 137/23 139/17
140/14 140/14 140/15 144/15
145/12 145/14 145/20 145/21
145/22 145/22 147/8 151/5 151/8
151/8 155/7 157/3 157/14 160/6
160/10 165/10 165/15 165/15 168/3
172/20 176/6 177/12 177/24 178/1
178/5 178/7 178/13 178/14 178/15
178/18 178/21 179/12 179/13
180/12 181/13 181/17 181/25 182/1
182/3 182/3 182/4 182/22 183/5
183/21 184/9 184/10 184/15 184/15
184/21 184/23 184/24 185/1 185/3

185/7 185/9 185/11 185/12 185/13
185/20 185/24

**Williams [1]** 93/25

**willing [1]** 182/8

**window [1]** 170/8

**windows [2]** 134/10 137/4

**wink [1]** 181/8

**winked [1]** 181/7

**Wisconsin [3]** 1/17 63/4 63/8

**wish [1]** 184/25

**within [3]** 141/18 142/24 166/16

**without [8]** 96/19 102/16 146/7
149/22 166/6 182/5 182/8 182/11

**witness [16]** 8/2 22/7 27/20 27/23
27/23 28/8 28/11 74/14 78/14
92/13 99/7 103/24 153/6 169/15
183/23 185/15

**witness' [2]** 53/24 54/6

**witnesses [30]** 15/22 36/25 61/2
64/1 71/7 77/12 86/11 89/15
91/19 91/21 92/4 92/10 92/13
95/23 95/24 101/14 109/4 119/1
119/2 125/23 135/9 140/14 145/21
145/23 151/9 157/6 160/10 165/14
165/15 176/10

**WJLA [2]** 39/11 39/15

**Women [2]** 66/13 67/20

**women's [1]** 98/15

**won't [9]** 38/2 91/21 96/22 127/13
167/24 177/12 179/14 179/23
183/24

**wonderful [1]** 127/8

**word [1]** 103/21

**wording [1]** 137/7

**words [1]** 145/12

**work [127]** 3/18 4/7 5/15 5/19
8/22 9/7 10/24 10/25 12/6 12/10
12/12 12/12 12/15 12/25 13/6
14/13 17/9 18/7 18/12 18/24 20/16
20/17 20/17 21/7 24/20 25/22
29/11 31/23 35/13 44/14 45/8 45/8
45/9 45/10 45/16 46/12 46/16
47/11 50/11 50/16 50/16 50/23
52/10 52/21 52/21 56/5 59/20
59/23 61/20 62/15 62/18 66/24
67/9 67/22 67/24 67/25 67/25
68/25 69/8 69/25 72/3 72/4 75/13
79/10 79/12 80/21 80/24 82/25
85/20 87/12 87/13 87/25 88/1 88/2
88/15 94/11 99/13 100/4 106/6
106/9 110/20 110/23 111/1 113/16
114/1 114/16 115/22 116/3 129/21
129/24 130/15 131/16 131/17
131/18 132/8 138/7 138/8 140/3
141/14 142/8 142/24 143/13 143/18
143/21 144/6 148/1 154/24 155/3
155/4 155/7 158/22 158/24 159/21
159/23 162/25 167/1 168/14 168/20
168/21 173/17 173/23 174/3 174/22
177/12 179/10 179/14 185/11

**worked [33]** 14/14 21/13 25/22
31/14 33/3 37/25 43/3 43/19 43/25
44/14 44/15 62/19 65/1 65/2 66/12
66/12 67/13 67/15 68/17 69/9 78/6
78/9 94/5 115/24 116/4 116/5
116/8 116/9 122/8 128/5 136/5
142/22 174/17

**working [63]** 11/2 13/5 14/17
25/23 42/20 43/3 45/19 47/11
47/12 50/24 63/2 66/18 68/21
75/12 76/2 78/15 79/17 80/15
80/17 82/5 88/16 93/11 93/14 94/2
94/3 100/5 100/6 103/12 103/14
106/11 107/5 110/24 114/21 115/18
116/15 117/1 117/5 117/6 117/9
124/17 128/6 132/2 132/2 132/7
143/21 143/22 143/23 147/22
149/16 149/17 149/23 154/23
159/16 164/16 164/17 170/15
170/17 173/13 174/7 174/19 177/6
177/7 178/12

**works [23]** 6/15 9/18 12/13 17/9

**W**

**works... [19]**  18/4 21/15 33/1
33/3 62/22 69/2 72/10 83/1 87/21
94/19 94/22 97/1 99/13 105/20
105/22 127/5 131/21 142/7 144/16

**world [9]**  20/2 20/6 31/16 40/9
125/2 127/7 138/8 138/9 138/25

**worried [1]**  179/2

**would [146]**  3/1 4/4 4/6 4/13 6/22
7/11 7/12 7/18 7/22 9/8 11/22
12/4 12/5 13/2 13/14 15/8 15/9
15/15 16/4 16/4 19/14 19/20 23/20
27/7 27/12 27/21 27/23 30/13
32/14 33/12 34/2 37/14 37/15
38/13 40/11 40/13 40/14 40/16
40/25 41/6 45/2 47/21 48/1 48/10
50/7 50/8 51/14 51/19 52/1 52/22
53/11 53/17 53/21 53/22 53/23
53/25 54/8 54/10 54/20 54/21 55/9
55/15 55/17 63/13 63/25 64/22
70/22 71/18 71/24 71/25 71/25
72/1 76/13 90/7 90/12 91/19 92/24
101/6 102/12 102/13 102/14 103/19
103/21 108/12 108/16 110/3 110/7
113/20 114/13 114/13 115/4 115/6
115/12 115/12 115/12 117/19
118/10 119/3 119/5 119/7 119/8
119/12 119/16 119/21 119/22
119/23 120/8 121/11 125/7 125/9
125/13 126/8 126/25 127/20 132/18
134/1 134/2 135/12 136/9 136/11
136/19 140/9 146/9 146/13 147/3
150/4 150/19 152/17 156/16 157/16
157/18 160/6 161/2 161/12 162/6
162/9 165/2 167/15 171/19 172/7
172/8 178/20 179/7 181/14 185/20
185/22

**wouldn't [8]**  4/14 13/17 14/12
19/17 37/17 59/22 83/11 108/17

**wounds [1]**  26/11

**Wow [3]**  11/14 126/14 148/14

**write [4]**  64/19 64/19 166/14
171/15

**writing [1]**  3/23

**wrong [1]**  74/15

**WTOP [1]**  39/10

**X**

**Xeometry [2]**  158/22 158/25

**Y**

**Yard [1]**  142/16

**yeah [77]**  7/10 14/6 15/1 15/19
16/4 16/7 20/10 23/4 23/6 30/14
31/7 31/8 39/17 43/9 43/25 44/17
57/17 59/7 60/3 61/6 63/6 66/20
66/20 67/8 69/18 69/24 70/9 70/17
70/19 71/17 71/20 71/20 72/3 72/7
72/8 73/6 74/18 75/1 76/6 76/13
76/16 79/19 80/21 80/22 81/6
81/16 97/1 100/8 102/7 103/8
103/12 108/15 117/25 119/11 121/9
122/14 123/6 130/23 133/20 134/14
137/2 154/9 157/11 158/6 158/14
160/16 161/22 162/24 163/4 163/21
164/5 165/4 166/1 169/16 171/7
172/1 178/24

**year [16]**  5/10 18/14 33/16 34/1
56/11 68/15 75/7 93/20 99/9 103/7
116/2 139/4 148/5 158/15 163/5
180/24

**years [68]**  3/14 3/14 5/23 6/2
11/5 11/18 13/17 19/2 20/13 20/14
21/18 31/24 33/18 33/19 33/19
42/6 46/5 56/13 58/3 58/19 58/20
62/3 66/14 69/18 69/20 73/24 75/7
81/10 83/5 84/14 93/8 97/25
112/14 114/7 114/21 114/24 115/16
116/5 116/13 120/10 122/10 122/16
122/19 123/4 127/22 135/17 139/5
139/7 141/20 142/3 148/7 148/8

151/23 151/24 155/14 167/8 167/10
                         172/16
172/25 173/19 180/20 181/4 181/5
181/12

**yelling [1]**  41/12

**yep [2]**  74/21 127/16

**yes [165]**  4/15 5/11 5/14 7/25
8/10 10/7 11/19 12/16 12/20 14/4
14/19 14/23 16/1 16/21 17/7 17/10
17/15 19/10 19/16 19/22 22/5
22/19 24/13 26/2 28/5 29/12 29/21
31/3 33/15 34/19 35/11 36/5 36/10
37/10 37/23 40/24 42/21 48/16
48/24 49/10 49/20 50/4 50/9 50/18
51/1 52/6 55/9 55/22 56/20 60/22
61/9 62/14 62/16 63/3 68/24 70/24
72/3 73/21 75/22 76/3 77/8 78/4
81/21 82/20 82/22 83/3 83/7 83/25
85/4 85/6 85/12 85/16 85/19 87/1
87/21 88/10 88/19 89/11 90/2
90/18 91/15 93/8 94/9 94/17 95/1
96/7 97/18 98/23 98/25 99/8 99/11
99/23 101/21 105/3 106/12 106/14
107/18 109/13 109/16 110/1 110/7
111/24 112/11 114/3 115/4 117/4
118/11 118/20 119/16 119/18
120/10 120/13 120/18 128/25
129/15 131/12 131/25 133/20 136/1
137/15 137/17 137/19 138/23 139/2
139/4 139/8 142/5 142/20 143/11
143/16 143/25 145/4 146/4 146/14
146/19 147/3 147/23 148/10
148/21 148/24 149/18 150/10 151/3
151/23 152/20 153/15 161/25
164/22 165/8 166/24 167/25 168/10
173/4 173/8 173/22 174/9 175/6
175/12 175/18 175/20 175/25 176/1
176/18 176/24 177/14

**yesterday [2]**  141/3 180/2

**yet [1]**  151/11

**York [13]**  13/23 39/20 39/22 70/16
72/22 76/21 92/13 92/17 92/23
100/22 117/23 128/12 163/13

**you [1225]**

**you're [1]**  20/11

**young [1]**  162/12

**younger [1]**  152/7

**youngest [1]**  174/11

**your [236]**

**yours [2]**  16/17 131/2

**YouTube [3]**  76/21 76/25 88/24