OLBR Registration Information

## Preregistration Questions

Have Federal Employer Identification Number: Yes

Have Sales and Use Tax License: No

Have Employer Withholding Account: No

Have you filed your Articles of Incorporation, Articles of Organization, Partnership or Business Name Registration: No

Have Unemployment Insurance Employer Identification Account: No

Have Streamlined Sales Tax (SST) Number: No

Business involves motor vehicle dealerships or vehicle sales, body shops, transporting, dismantling, manufacturing, distributing or crushing vehicles: No

## Declared Entity Type

Entity Type:Limited Liability Company (LLC)

Entity Subtype:Domestic (in Utah)

This LLC will be managed by:Member

This LLC will file with the IRS as a:Single Member/Manager

The Single Member is a:Individual

## Business Name

The business name you chose to register is:Insurgence USA LLC

## Primary Physical Business Address - Business Headquarters

Utah Business Name:Insurgence USA LLC

Address ▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮

Address 2:apt ▮▮

City, State, Zip:▮▮▮▮▮, UT ▮▮▮▮▮

Business Phone ▮▮1-▮▮6-1▮▮

Fax:

> Please select from the list below, the **basic nature/purpose** of your business:

**81 Other Services (except Public Administration)**

> Please select from the list below a **more detailed nature/purpose** of your business:

**813 Religious, Grantmaking, Civic, Professional, and Similar Organizations**

> Please select from the list below a **more detailed nature/purpose** of your business:

**Primary Physical Business Address - Business Headquarters**

### 81394 Political Organizations

> In the box below, please describe, in detail, the purpose or nature of your business:

**We are a political organization that supports the local community through peaceful protests and events.**

| | |
|---|---|
| > What is the date you will start or did start doing business? | July 03, 2020 |
| > What is the closing month of this business' accounting year? | December |

> Will you use, treat, store, sell, emit, manufacture, or dispose of any chemical, **No** combustible, or hazardous materials? Also, answer yes to this question if you are a dry cleaning business, or if you are going to have x-ray equipment in any of your offices.

> Do you currently have or will you have employees performing services for this **No** business in Utah? Employees include anyone you pay for services including officers of a corporation or members of an LLC electing to file with the IRS as a corporation. If so, choose Yes to apply for an Unemployment Insurance account.

> Do you need a Utah income tax withholding account? If you don't currently **No** have one and are going to pay Utah wages to employees working for this business, you must choose Yes. If you are not going to have employees or if you already have a withholding account, choose No.

> Will you sell, lease, rent or repair any kind of tangible personal property or **No** physical product? If selecting "No", a sales tax license will not be issued.

> Have you ever owned, operated, or been part of any business in the state of **No** Utah in the position of owner, officer, director, incorporator, manager, member, partner, or registered agent?

---

## Business Addresses and Locations

This is a list of your business locations and mailing addresses.

**Physical Business Locations**

| Address | City, State, Zip | County | Address Type |
|---|---|---|---|
| 213 civic center drive | Sandy, UT 84070 | Salt Lake | Headquarters |
| 213 civic center drive | Sandy, UT 84070 | Salt Lake | Primary Utah Location |

**Primary Utah Location**

Address Line 1: **213 civic center drive**

Address Line 2: **apt 169**

City, State, Zip: **Sandy, UT 84070**

County: **Salt Lake**

Business Phone: **801-386-1049**

Fax: