# INVOICE



John Sullivan                    contact@insurgence.us

**Bill to**

**Invoice details**

Invoice no. : 1004
Invoice date : 01/27/2021
Due date : 02/11/2021

| | Product or service | Rate | Amount |
|---|---|---|---|
| 1. | **Non-Exclusive License** <br> Non-Exclusive License: Jan 6th, 2021 - Storming Of The Capitol Footage | | $2,500.00 |
| | | **Total** | **$2,500.00** |

**Note to customer**

Thanks for your business.

Due date                          02/11/2021