LEFT/RIGHT, LLC
39 West 19th Street, 9th Floor
New York, NY 10011

Date: 1/19/2021
_____

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, including payment to the undersigned ("**Licensor**") of $ 5000.00, Licensor hereby grants to Left/Right, LLC ("**Producer**") and its successors, licensees and assigns, the full and complete right to use:

Eight (8) seconds of footage from the US Capitol riot on 1/6/21.
_____

(the "**Licensed Material**") in and in connection with the production tentatively entitled "The Circus: Inside the Greatest Political Show on Earth" (the "**Program**"), or any derivative work thereof, and in and in connection with advertisements, promotions, publicity and other material relating to the Program or any derivative work thereof. This license and the rights hereunder may be freely assigned by Producer.

The rights herein granted shall extend to and include Producer's use of the Licensed Material in any and all manner and media whatsoever, whether now known or hereafter devised, throughout the universe in perpetuity, free and clear of any and all claims for royalties, residuals, or other compensation.

Producer shall have the sole right to determine the manner in which the Licensed Material shall be used pursuant to this agreement, and Producer shall not be obligated to use the Licensed Material as part of the Program or otherwise, or to broadcast or otherwise exhibit or exploit the Program.

Licensor hereby warrants and represents that it is the sole owner or holder (or the authorized representative of the sole owner or holder) of the rights granted herein, including, but not limited to any and all copyrights, trademarks, and rights in the likenesses of any people (if any) depicted in the Licensed Material, that it is authorized to enter into and execute this agreement, that nothing of value apart from the Licensed Material was given (or was agreed to be given) to Producer or any other person or entity in exchange for use of the Licensed Material in the Program, that the consent of no other person or entity is required to enable Producer to use the Licensed Material as described herein, and that such use will not violate the rights of any third parties.

The parties agree to indemnify and hold free and harmless to the fullest extent permitted by law, the other party, each of their respective parent, subsidiary, and affiliated organizations, and each of their respective agents, employees, successors, and assigns from and against any and all claims, damages, liabilities, costs and expenses, including but not limited to reasonable attorneys' fees, resulting from any breach of any warranty, representation, or agreement made herein.

This agreement and all matters or issues collateral thereto shall be governed by the internal, substantive law of New York without regard to the conflicts of law provisions thereof. In any action by Licensor for breach of any provision hereunder, Licensor agrees that its exclusive remedy shall be an action at law for damages and in no event shall Licensor be entitled to injunctive or any other equitable relief. This agreement contains the parties' entire understanding relative to its subject matter. Nothing in this agreement shall limit or restrict any rights otherwise enjoyed by Producer under law or contract.

**AGREED AND ACCEPTED:**

By: _____
022E6E46CDD3491...

Title: Video Journalist
_____

Phone: _____

Print Name: John Sullivan
_____

E-mail: contact@insurgence.us
_____

Address: _____

CIRCUS6 Materials Release (Fee).docx

# INVOICE

John Sullivan                    contact@insurgence.us





**Bill to**

**Invoice details**

Invoice no. : 1007
Invoice date : 02/05/2021
Due date : 02/20/2021

| Product or service | Rate | Amount |
|---|---|---|
| 1. **Non-Exclusive License** | | $2,500.00 |
| Non-Exclusive License: | | |
| 10 seconds of Jan 6th, 2021 - Storming Of The Capitol Footage | | |

Payment Info:
Name: Chase Bank
Address:
Account:
Routing:

| | **Total** | **$2,500.00** |
|---|---|---|

## Note to customer

Thanks for your business.

Due date                    02/20/2021