# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is **David N. Sternlicht**.
*(name of declarant)*

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration. I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #GJ2021032374361 dated March 23, 2021, signed by Assistant United States Attorney **Candice C. Wong**, requesting specified records of the business named below.

Attached hereto are **2** pages of records regarding **the license agreement between John Sullivan and NBCUniversal Media, LLC**
*(Brief description of type of documents being subpoenaed)* responsive to the subpoena. I understand how these responsive documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 28, 2020**
*(date)*

**David N. Sternlicht**
*(signature of declarant)*
**Sr. Vice President, Legal, NBCUniversal News Group**
*(name and title of declarant)*
**NBCUniversal Media, LLC**
*(name of business)*
**30 Rockefeller Plaza**
*(business address)*
**New York, NY 10012**
*(business address)*

Definitions of terms used above:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

# NBCUniversal News Group
## Material License Agreement

John Sullivan
Owner's Full Name          (Print Clearly)

[REDACTED]
Address

[REDACTED]
City        State    Zip Code

Invoice Date: _____  Invoice # _____

contact@insurgence.us
Email

[REDACTED]
Area Code    Telephone Number

**To NBCUniversal News Group, a division of NBCUniversal Media, LLC ("NBCUniversal"):**

I represent and warrant that I am the sole and exclusive owner of all rights, including copyright, in and to the material described as <u>40 minute video of exterior and interior protest at The Capitol on 1/6/21</u> (the "Material"), the Material is authentic, the events recorded actually occurred and were not staged in any way, no other consent is necessary for NBCUniversal to exercise the rights granted to NBCUniversal herein and such rights will not infringe upon the rights of a third party.

I hereby irrevocably grant a non-exclusive license to NBCUniversal for use of the Material for exploitation and distribution, including in advertising and promotion, in all media now known or hereafter devised, throughout the world in perpetuity by NBCUniversal and its current and future related companies and their current and future affiliates, partners, licensees, successors, and assigns.  I agree to indemnify and hold harmless NBCUniversal and its current and future related companies, and their current and future employees, affiliates, partners, licensees, successors, and assigns from and against any and all claims, damages, liabilities, cost and expenses (including attorneys' fees) arising out of a breach of the warranties contained in this agreement. NBCUniversal in its sole discretion will provide a credit referring to *The Jayden X and John Sullivan*. Omission of such credit shall not be deemed to be a breach of the agreement.

In full consideration of the rights granted herein, after NBCUniversal's confirmation of use, NBCUniversal will pay me a one-time fee of <u>$35,000</u> (thirty five thousand dollars U.S.) within **75 days** upon receipt of dated invoice and completed W-9 form.

This is the complete and binding agreement between NBCUniversal and me, and it supersedes all prior understandings and/or communications, both oral and written, with respect to its subject matter.  This Agreement cannot be terminated, rescinded or amended, except by a written agreement signed by both NBCUniversal and me.  This agreement shall be governed by the laws of the State of New York. Any litigation arising out of or relating to this agreement shall be resolved in a state or federal court located in New York County, State of New York. I acknowledge that I will not be entitled to injunctive or any other equitable relief.

I understand that NBCUniversal and its entities are under no obligation to use the Material.  I have not given anything of value to NBCUniversal in order that the Material, or any part of it, be included in any programming.

Terms of Agreement Accepted:

*john Sullivan*
Owner's Signature

1/8/2020
Date

Email completed forms to:

NBC News Rights & Clearances
30 Rockefeller Plaza
New York, NY  10112
NBCNewsArchivesRC@nbcuni.com

# INVOICE

John Sullivan    contact@insurgence.us





 (NBCUniversal)

**Bill to**

(NBCUniversal)

**Invoice details**
Invoice no. : 1002
Invoice date : 01/27/2021
Due date : 02/11/2021

| | Product or service | Rate | Amount |
|---|---|---|---|
| 1. | **Non-Exclusive License**<br>Non-Exclusive License:<br>Jan 6th, 2021 - Storming Of The Capitol Footage | | $35,000.00 |

Payment Details:
Name: Chase Bank
Address
Account
Routing:

**Total**    **$35,000.00**

**Note to customer**
Thanks for your business.

**Paid in Full**