# NON-EXCLUSIVE LICENSE AGREEMENT

Licensor: **John Sullivan**
Email Address: [redacted]
Business Address:
City/State: Sandy, Utah
Telephone Number: [redacted]

This Agreement is made and entered into this on **6th day of January, 2021**, by and between Licensor and Cable News Network, Inc. ("CNN").

1.     GRANT OF RIGHTS. For Thirty Five Thousand dollars ($35,000), the receipt and sufficiency of which are hereby acknowledged, Licensor hereby grants to CNN a non-exclusive license to use the materials described as follows: **'Eyewitness video of the shooting at Capitol Hill 01/06/2021"** (collectively, the "Materials") for use in accordance with the terms of this Agreement. The license granted hereunder includes the perpetual, worldwide right to edit, telecast, rerun, reproduce, use, print and otherwise exploit the Materials, or any portion thereof in any manner and in any medium or forum, whether now known or hereafter devised, excluding distribution to affiliates worldwide. The license is granted for usage starting on **January 6, 2021 until January 13, 2021.**

2.     REPRESENTATIONS AND WARRANTIES. Licensor represents and warrants to CNN that Licensor has the full legal right, power and authority to grant to CNN the license provided for herein, that it owns or controls the complete exhibition and other rights to the Materials for the purposes contemplated in this Agreement and that neither the Materials nor the exercise of the rights granted herein shall infringe upon or violate the right of privacy or right of publicity of, or constitute a libel or slander against, or violate any common law or any other right of, any person or entity.

3.     INDEMNIFICATION. Licensor shall indemnify, defend and hold harmless CNN, its parent and affiliated companies, its and their licensees, successors and assigns, and each of its and their officers, agents and employees from all third party claims arising from the breach of the representations and warranties.

4.     GOVERNING LAW. This Agreement shall be governed by the laws of the State of Georgia.

Accepted for Licensor:

Recoverable Signature

X _John Sullivan_ (signature)

John Sullivan
John Sullivan
Signed by: 3b1ec8ed-8d1b-4078-bf9a-982099e3e27e

Name: John Sullivan

Title: