| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | Beginning Balance | | |
| 02/09 | The Washington P EDI Pymnts 6154827 | CCD ID: 8901012631 | 10,000.00 |

Case 1:21-cr-00078-RCL   Document 149-8   Filed 04/19/24   Page 1 of 1