## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### UNITED STATES OF AMERICA

v.                                                    **21-78 (RCL)**

### JOHN SULLIVAN

## ADDENDUM TO
## MEMORANDUM IN AID OF SENTENCING
### Character reference letters 1-13

Respectfully submitted,

_____/s/_____

Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W, Suite 440
Washington, D.C. 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served upon all counsel of record, VIA the Court's electronic filing system, on this the 19th day of April, 2024.

_____/s/_____

Steven R. Kiersh

Honorable Judge Lamberth,

This must be the 10th time I have written this letter to you to show John's character is very good and that he would cause **no** trouble for you or anyone in the future. He's a *great* son. I could (and did) write tons of things and still it was not all I **could** have said. He is truly a good young man. We have only had 28 years with him and we are nearing 70. *I don't want to lose another moment with him.* Through no fault of our own we began our family when most people we knew were having their first grandchildren. We waited through 13 years of emotional rollercoasters to be able to have children and we were most grateful the day our first born, John Earle, was laid in my arms. He was our miracle, and he has never stopped being our miracle.

My husband Jack was in the military for 21 years with the 82ed Airborne and Elite Special Force. Both of our families are brimming with generational career service men and woman including x4 Army, Navy, x2 Air Force, Marines, Coast Guard, 3x police, EMTs, nurses & doctor. Our life *with* children began much later-- when most of our friends were having their first *grandchildren*. But our kids were loved, given great opportunities to experience all life has to offer, and exposed to those experiences because of our extended family design, close relationships with both sides. The children have respect of servicemen and women because of it. They have been the only ones, other than old veterans, seen removing their hats during the passing of a flag in the parade. People have mentioned it. That kind of respect. My son John, therefore, would never-- and never did-- disrespect the police that day or any other. He couldn't. It's not in his family DNA.

John is NOTHING like what was presented in court. **Nothing**. I obviously disagree with the jury's decision, and to remanding him into a violent jail environment, especially when he had no priors at all. He's even never had a ticket in his life! But also, because he is nothing like the people who committed violent crimes that day. The prosecution cherry-picked and came up with a "story" for "the win. But winning isn't always the truth. Had you been shown the *rest* of the hours of his videos, it would have shown you the exact *opposite*. John is a calm, intelligent, very thoughtful person who has many goals, keeps himself in top shape and works hard at everything he does. He wanted to document our history. That's it. He was found guilty, and I guess that can't be changed. But he is willing to wait for more information to come forward to let people understand that he is truthfully *not*. He has always had to do that. I will explain.



As a child John was easy. He was the happiest child I have ever seen. The smile on this photo is how he looked most days. He started out relaxed and he's the same today. He rarely cried as a baby except for his milk, and he was very content for hours, once fed. People marveled at this "easy baby."

I thought perhaps he was God's reward for having to wait so long and go through so much to have him.

As an elementary child he struggled with all reading and through searching hard I found out he had a new form of dyslexia called Irlen Syndrome, or Scotopic Sensitivity. (The light doesn't reach the back of the eyes at the same time and causes mild to major distortions based on how much light is around him at the time.) So, unlike other forms of dyslexia which are constant, this form changed what he saw, especially when he was reading, based solely on where he *sat* in the room.

It took a couple of years of John hearing teachers say disheartening and discouraging things like "his grades are bad because he doesn't study or he's just not trying." Or "He *CAN* do it. See? He got an A *that* test." (He *was* trying, and he *was* studying—long hours.) Teachers audibly scoffed when we explained the

issue he had. They'd say, "I've been teaching X years and I've never heard of that syndrome." We were



finally able to prove it to his teachers by predicting his grades every Friday, asking "Where is he sitting today? ---today he will get an A on his spelling test." And he'd get an A. "Today he will get an F" and he'd get an F. After weeks of consistency his teachers were so amazed they asked me to bring in my specialist to teach them about this, and we learned his Kindergarten teacher also had it as well! 1 in 5 children and adults have it but don't know because we don't see through anyone else's eyes. John has had to "prove" himself in these early years and wait for people to see the truth of what he's trying to do and prove it to just about everyone he's ever encountered, and this chapter in his life is no different. Through High School years he had some



accommodations for lighting and spots for seating, and he had colored lensed glasses he wore that blocked certain bands of light, but all these "differences" from his classmates were not welcomed at that age. He could read the computer more easily, without other kids making fun of his glasses, or teachers who didn't know telling him to remove his "Sunglasses" in school.



He began to do much more on the new computers since the computer light comes from BEHIND the screen, and straight into his eyes. No refraction or reflection. Since learning this, there has been no end to what he would study on his own, and his grades began to improve greatly before graduation. But through ALL these things, he remained patient, and his long goals were more important than ever. At home there were no problems with him since his chores were horse farm oriented and his sport was in-line speed skating outdoors. He helped take care of our garden food, animals, and helped when asked with the house when my husband had to work out of state for six years---and he also helped with my mother who lived with us who was developing dementia. He *literally* saved her life the day she had a stroke. He found her and recognized the signs of the stroke before I did, and quickly called 911. In sports, he rose to the top of



his skating quickly with LOTS of hard work. Our 4 sons went to the Nationals for 6 years, taking long trips as a family. John did so much of the driving when he was 16 that he was able to check off his day and night driving requirements in one trip! Even in winter he would get one of his brothers to go out with him to the commuter train lot, after hours, and skate until they were frozen or exhausted. They worked on



endurance and technical perfection. John wouldn't let his younger brother stop because he saw greatness in him—they had to stay on top. And they were all in the winner's circle because of their talent with John seeing the long goal. There was a day when a skater pulled him down backward by accident. When the ankle shattered, (and by shattered, I mean twisted like a tree branch being ripped off its trunk) he spent the winter months home from school. He was only despondent for a little while before he determined he was GOING to make the Regionals Qualifiers. His times had been so good all year he only had to make it around the rink once to qualify. But it was almost an impossibility. We encouraged him nonetheless and hoped for a miracle. The doctor did not hold out much hope that even all the screws and plates he had put in would help enough to skate in just a few weeks. But John never hears "never." He waited and stretched and moved his ankle. He asked for high calcium foods and protein and listened to tapes on positive thinking. He tried daily to just put weight on it. And then the Regionals came. His doctor said he shouldn't try but he was determined. The coach was hesitant. John stepped onto the floor alone, with his skate boots firmly tied for support and polo wrapped tight on his ankle. It was obvious that the pain was tremendous, and we could hear everyone in the arena sucking air in through their teeth in commiseration. He took the first steps slowly There was silence and we could hear him breathing through the hurt. But

once he got into a slow, steady rhythm, and ignored the pain, he began to wobble a little less and soon there was clapping halfway, and cheering and rhythmical "go go go go go's" from all the many other teams. They were all SO supportive that I teared up and held on for that last half. When he crossed the finish line, albeit with the time clock of a turtle, the entire arena burst into cheers as he collapsed onto the bench to rest. That one lap exhausted him, but I've never seen a happier person.

While still in high school I told him he'd need to get some savings for things he'd want to do after school, whether for college or some other work. He immediately invented his own business he called KIFAD (Keeping It Fresh All Day) where he designed T-shirts, sneakers, bracelets and other items to sell to kids after classes. Soon at 14 he had considerable savings and I had to check with teachers that it was all legitimate, which turns out, it was. They were supportive and said more kids should be so innovative. He



didn't shirk any duties with his schooling, turned in all his homework on time, and even performed in school dancing talent nights with a crew of his friends. The internet was well in play during those years and the first "handle" he made for himself was "Unbreakable Focus." I couldn't think of anything more fitting for this boy. He has *never* had a behavior alert, *never* trouble with any authorities, he served in church every



week, attended church Seminary all 4 years, and decided to accomplish ALL the Boy Scout badges. And as usual, once he put his mind to something it was done. He was the youngest Boy Scout to earn his Eagle Scout award and we were so proud of him. There were a few kids in school who were the usual bullies. There was a short time that he did, of course, because they were racial slurs and he didn't think of himself any differently until they began to bully him, but he did not let them overwhelm his self-worth. He took it and moved forward from it. What he didn't do was let it define him.

He decided to live his dream at the end of school. He took his savings and a car, and drove across the country by himself to Utah, where he got an apartment and some inexpensive furniture, and enrolled at



the Olympic Ice-Skating Oval for beginner ice skating. Ice skating is a different balance than speed skating on wheels. He had to start from scratch and learn with little 5 -- 8-year-old children but he didn't mind! "The best place to begin, "he said, "is the beginning." He swept through the classes with the unbreakable focus he is known for, and soon was catching up with the adult speed skaters. He worked for 6-8 hours per day and then worked at his new job of a grill chef for Macaroni Grill. Every night he was exhausted, but he would call home, get counsel from his dad and cheer leading from the rest of us, and he'd do it again

and again until he was in the higher divisions. I've never seen someone go from 5- & 8-year-old classes to skating with the National Ice Team in such a short time. He was not going to be stopped. His coaches had



work outs and skating on alternate days.

The team would cross-train by canoeing, crazy bike workouts on near vertical roads high up into the Wasatch Mountains Because of the intense pressure workouts he needed a job where he could sit down. His legs could no longer stand after all the intense work outs. So he sold the car and bought a Mercedes. He took

a lot of "so who do you think YOU'RE impressing" ribbing for it, but again, ignored that and got a job with UBER. He enjoyed meeting people and hearing their stories and loved serving them with rides. But most of all he was able to make a good living AND sit down. He rented a little better apartment, and one day he was contacted by email from UBER for a questionnaire. He just filled out why he liked driving for UBER. His story was so compelling they contacted him and asked if he would do a commercial for them.

(yes) and then a second one. Again, ribbing from the other skaters who were jealous of him coming in on off hours with a camera crew, when THEY were faster skaters and more well known! He ignored the noise and did his commercial, which was shown that year on National TV as well as the longer second one. Every time I heard his voice come on the tv for a split second my heart would jump thinking he was home. But then I'd realize it was on TV and get to watch my boy on the screen- and that was nice. I missed him terribly. You can see it on YouTube if you type in John Sullivan Jaydenx Uber Skater. It's about 40 seconds long and you have to listen at the first second it starts to hear it all.

John went on to teach himself more through YouTube, and trial and error, about photography, and documentary making, and has a great talent for it. He added videography to that, green-screen art, and lately even learned A.I. so well that he was invited to do BETA testing for a couple of up-and-coming A.I. companies. Short films on space & planets information followed, creating ALL the content videos himself- from scratch. They look realistic. He created a genealogy program to help programs like Ancestry and Family Search using A.I., that can take any spot where can't find a lead on an ancestor, and his program will find some tiny mention of that name in a newspaper or magazine throughout the world, but will only present it to you if its in YOUR LINE of ancestors. I was skeptical, being a genealogist myself, and knowing how hard it is to find information. He loaded his A.I directions on my computer and hit "go." Within a few minutes there was not only mention of THE ancestor I'd hit a brick wall for years on, but the A.I. corrected *another* person who had a common name and told me it was not the right person related to me! I had accidentally chosen the wrong person and my program helped me straighten it out to the correct one AND tell me why it was correct. I told him he'd better contact Ancestry soon, but he said "it's not perfect yet, but I will... soon. I think it will help a whole lot of people." John is always thinking about others. IF he gets the chance to finish this, it will change the way people do genealogy to be so much easier! I was so excited for his hard work programming it to do all that. Nothing comes close.

That was the end of October, but on the week of November 16th it all ended. His computer is still on. Keeping it on makes me feel like he is coming home soon. I don't want to turn it off. I still have some hope he will be able to work there again.

He still has incredibly strong faith in the justice system. He still tells me "Have patience mom it just takes a while sometimes for people to *understand* more." I hope his naivete is not misplaced. I hope you CAN understand that he never meant for this to happen this way, and that he did not want all of this. And I hope you can be as forgiving as he is with others.

I could fill books with how GOOD this young man is. How honest, how curious and faithful against all odds that the "right will prevail." *He* knows he never harmed anyone that day or any other day in his life. Even as a teen when his brother cut a deep cut into John's hand John did not retaliate. He could have—but he had incredible restraint. I admire his ability to forgive. He has no ill will towards anyone. Not the court, not the prosecutors or witnesses, not the jury. He knows everyone has a job to do. But he felt he had a job to do that day too. And because his videos were so clear and professional, the world now knows more, and can judge for themselves what happened that day. Ashli Babbit's family can get a tiny bit of comfort perhaps knowing that John tried to stop her and warned repeatedly of a gun, but it was too noisy in there for her to hear. Looking at it from his point of view he took risks to get that information for his country, and he is paying for those risks in a jail where even the GUARD just put him in incredible danger by identifying him to a violent J6 inmate brought to solitary for fighting, who spread the word that John is a "rat" and now all who used to be there peacefully who are near him are threatening him. He is in danger there and should not be there any longer. He patiently has taken the last 5.5 months ---112 days today—and helped prison investigators solve not one but TWO drug rings, he has suffered the humiliation of strip searches and shackles even though he has **never** been a violent offender and should never have

been sent to Maximum. He suffered two weeks of a **40-degree cell** during the DC winter blizzard, and crunchy, frozen laundry when no one would come by from laundry for weeks. He shivered in that cell without getting a second requested blanket to keep him warm. He helped to solve other prison problems by filling out grievances for *everyone's* sake because many of them can't read or write, like the continual mouse infestation, and flies repeatedly coming out of their food. And all the while he has simply read quietly, stayed to himself, written in his journal, and has ONLY ever been polite to every guard and professional he meets with. Ask them. They mention it all the time. He is **not now, nor ever has been** a danger to society, always follows the rules when he knows what they are, and he always, ALWAYS, helps people around him. His talents and abilities are useful to our community & our church, and family. Especially family. We need him! He always does productive work. When the FBI snatched his substantial savings *before he was ever deemed guilty of anything,* he was upset of course, but he did not complain or even ask us for help. Then, because of the FBI lists, he lost his job and could not get another apartment with standard background checks in applications being flagged.

He found other means at first, but without *enough* money to pay for an apartment we offered him our home apartment to give him a roof over his head. He can stay here as long as he'd like, so if you were to be merciful, and let him come home, he would have a place to live and work to do and plenty of supervision. We don't live near many people. There are farms surrounding our farm, so he would be secure. We miss our son and feel he has had more than enough jail, being in maximum security from day one, and 5 MONTHS of solitary confinement despite never having been violent.

*Please* re-consider that this young man is not a threat, had no priors, and will WILLINGLY do whatever you ask of him. Ask anyone at the prison. He has helped the authorities in many ways, and he is always polite to everyone. He is *no* trouble there and will be no trouble here. He will do more good work outside of jail than in, and he would surely promise to stay away from any trouble in the future. He was never anticipating all this trouble for him—just filming it. He keeps telling me that it will all be alright. I'm praying it will. He really IS a good kid. He has worked hard for everything that he has, paid his own way since graduation, and has never asked anything of us except our love and support, which he knows he always has. He **will** do good for so many people in new ways that we probably can't even imagine right now. He is so different than most.

I plead that his future youthful years will not be wasted for the happenings of one day. I know there is lovely young woman waiting patiently for him. They've been sweet for a year or so. She is a new American from Ukraine 7 years ago if I remember, and with such an oppressed background, America is still perfect and shiny to her. She has such faith in our justice system, and in the opportunities of our country. She encourages me every single day to have faith in it. To have faith in you. She hopes to have a life with John but if he goes back to jail it will be a hard decision for her to wait that long while she's right there in her prime. If he were to be freed, and if & when they decide to start a life together, we might actually not miss out on having their children to enjoy before we are TOO old to get down and play with them. Our friends are already welcoming great grandchildren! Family is everything. I am sorry this has happened the way it did. Please exercise mercy and take a chance on John today. He would not let you down! It would mean *everything* to our family.

Sincerely,

Lisa Sullivan
John's Mother










Senior Judge Royce C. Lamberth

United States District Judge

District of Columbia


Senior Judge Lamberth


I am writing on behalf of my nephew, John Earle Sullivan 7-19-1994. I do not condone what he did, but he has some positive character traits you should know about. John Earle was the oldest of four boys my brother and sister-in-law adopted. Some of the growth mentoring / guiding of his brothers fell to him and he became the quiet leader of his siblings. He was brought up in the Church of Jesus Christ of the Latter Day Saints which included early morning religious studies prior to school.

John Earle graduated from Brooke Point HS in Stafford, VA. He succeeded in making the rank of Eagle from the Boys Scouts and became an outstanding In-Line Skater. He qualified for Regionals and Nationals in both the in-door and out-door seasons.

John Earle decided to build on his In-Line skills and pursue his dream by transitioning from In-Line skating to Ice Speed Skating and making the US Olympic team. He moved to Kearns, UT, home of the US Speed Skating (long track) training facilities. He trained for 7 years during which he learned how to ice skate and participated in two Olympic trials and several international events. He supported himself with odd jobs that included a national commercial for UBER. However, he determined he would not make the team and moved back to his family's home in Utah.

In 2020 he started his own media company, licensed in Utah. He started to attend and film events, produce product and sell it to various organizations.

*Thomas E. Sullivan*

Thomas E. Sullivan

3425 Chelsea Drive, Woodbridge, VA 22192

571-225-8407; gangseeker@gmail.com

Dear,
Your honor.
My Brother, John Earle Sullivan is an
example for myself, my siblings & my
parents. The reason why is because
he is fearless. In addition, he has a
unique polarity to him, only found rarely.
From my perspective, for as long
as I can recall, my elder brother is a
honest & true man. I recount an experi-
-nce we shared, around 12 or 13 years
ago in which we were at
a skating venue, attending a
local session. While skating, John
noticed some people next to our
shoe bins. They then proceeded to
attempt to pry them open.
These shoe bins typically had
lacks, but frequent Go-ers of this
establishment had learned to be
wary of certain lockers; as they were
old & easily opened w/ a credit card
or plastic object. John, wary of this
always kept an eye on our things
as we skated. To our dismay,
these individuals were taking our belong-
-ings - and that's when John mentioned.
John stopped the two kids &
caught them red handed. Instead
of telling John decided to ask why
they decided to steal shoes. The
kids said it was for financial gain.
It was here when John took both

Kids over to the Concession stande
bought them dinner. John wanted to
teach them that its better to give
instead of take, & showed that by
example infront of me, matthew &
James. Another adjective that comes
to mind when thinking of John is
forgiving. More times like that, with John
turning the other cheek are abound.
I heard that even the guards in
there now cant help but remark
how pleasant he is. I remember another
time when John was 12 & I was 7.
James was 9 & upset with John. James
ultimately grabbed a picture
frame, broke it so it was shaped
like a capital "L" & chased
John with it around our house.
When James finally caught up to
John - who mind you - was avoiding
James this whole time pedoged James
punch. Unfortunatley, the portion of
the photo frame petruding from
Jamess hand did not miss & sliced
open a gash on Johs hand. James
lifted his arm with the frame
again to swing, & John caught
the frame w/ glass initen/ his
bare hand instead of hurting James.
He stood there w/ it in his hand...

Notiece a theme? Its that John will turn

the other cheek despite unecessary
penishment - as he is truly pure
in heart.

Anyone who knows him will attest
to this, hence, why my family is
broken now.

I hope this letter makes an
impact, because my brother is
not guilty, nor the man the
prosecutors want to paint him
as.

If this is about Justice, then lets
obtain it by freeing an innocent
man. My older Brother. John Earle
Sullivan

Thank you,

Peter Sullivan

February 18, 2024

Senior Judge Royce C. Lamberth

United States District Judge for the District of Columbia

Dear Senior Judge Royce C. Lamberth:

I am writing this letter on behalf of my nephew John Earl Sullivan.

John Earl was adopted by my brother and sister-in-law at birth. My brother was serving in the Army at the time. Even though my brother was moving around the country a lot, we made it a point to spend as much time as a family. John Earl as a child was so kind and gentle. He never had a mean bone in his body. There were times I was wondering if he would stand up for himself. Even today, he does not have a mean bone in his body. Yes, he may wear the black clothing and carry the hardware, but I believe it is all a show.

John Earl was in Boy Scouts and achieved the rank of Eagle Scout just like his father, uncles and cousin. After high school, he was very dedicated in trying to make the United State Olympic ice speed skating team. Only approx. six men are picked to be on the team and hundreds try out. After years of dedicated hard work, he did not make the team. You have to think about how John Earl kept himself so disciplined for all those years. He worked to pay rent, trained every day at the Olympic site and all this time he was drug free. That is very rare for a young man in his twenties. John Earl join the work force after failing to make the team. He paid his way in society. He did not stay home and collect hand outs.

John Earl came from a military family. My father, brothers and sister-in-law were in the military. I my self am a retired Police Officer. My

nephew is a Police Officer.  We were brought up to respect and love this country.  We were taught to help everyone and to stand up for what you believe in.  The behavior that I saw across this country, burning buildings down, throwing bottles and bricks at the police was disgusting.  We can all agree that January 6 was not good.  But what did John Earl really do that he deserves to be incarcerated for a long period of time.  I can not agree to what he did, nor do I understand it, but I do know he is not a threat to society or this country.  He believes he was standing up for his First Amendment Right by being there and filming the situation.  I believe John Earl is your typical young male in his twenties, swept up in something he truly believes in and not thinking about the consequences.  If you would take the time to sit with him and talk to him, you would see the real John Earl.  Yes, the way he expresses his beliefs might be a little different than yours or mine, but they are probably the same beliefs, and are not threatening to society.

You as the Judge has to decide the future of my nephew.  What would be best for a young man in his twenties, biracial and who has a whole life ahead of him.  You can give him a second chance to turn his life around and be a great role model for youths in the inner cities.  Think about where he came from, what he has accomplished and his experiences.  Incarcerating John Earl in prison will only ruin his life.  So please, when you make your decision of John Earl's future, think of him and what he can be.

Sincerely Yours,

Marion Jaqueway,

240 Ward Lane, Schoharie, NY  12157

Dear Honorable Judge Lamberth!

My name is Liya Sayenko. John Sullivan is my boyfriend and best friend.

I didn't know John at the time of the events at the Capitol on January 6, 2021, but I met him in 2022 and can say with confidence that he is a person who loves his country and wants to see it prosper. I think his participation in the 2018 Olympic Trials as well as earning the rank of Eagle Scout proves his dedication to his country because being a speed skater was what he wanted most to represent his country in the Olympics. A person who wants only good for his country cannot be an enemy of his country, so I am more than sure that, while in the Capitol, all John wanted was to film what was happening inside the building. Some of his actions and words seem to be breaking the law, but I think age played a role here (older people are usually less worried about someone disagreeing with their opinion) as well as some fear of what angry people might do he will be harmed, like bodily harm, if they notice that John does not support chaos and the crowd. I've know John for just over a year, but in all that time I've never seen him get angry or support a lie.

John is a man of honor who loves truth and justice. He grew up in a family with high Christian values, which are visible not only in words, but also in deeds.

John is an honest and decent person, he is kind, sympathetic and responsible, always diligent and punctual, not afraid of difficulties, but determined and always fights for his rights and justice.

⑤

Despite the difficulties he has faced, he is unbroken, he is not angry at those who write articles about him without really knowing what he is like... But he has a strong spirit, capable of inspiring and motivating others to do good and loves the truth. His desire is a country where justice and honesty rule. I wish everyone could see John's soul, then I'm sure many would want to have him as a friend.

The place where John is now forced to be is a place for criminals, but not for him, because he did not kill anyone, did not rob anyone, did not incriminate anyone, did not distribute drugs or other illegal substances. John didn't do anything to harm people. I think if he really was a bad person, then from November 16 to today he would have already shown himself and his character, but during all this time, as far as I know, he has not been noticed in any violations or in his behavior. A person with a scandalous character will always be immediately noticed, but this is definitely not the case with John, who always avoids any scandals and aggression and resolves everything only peacefully.

"We the people" are the words that begin the US Constitution. I think these words are not only about human rights, but they also include humanity, in other words, if people are right or even if they are wrong, we should respect their opinions and try to understand why they participate in protests or why they support marches justice. Communicating with John, I saw how much he worries about his country, because his country in an example for all countries. John is proud to be an American,

so he wants only the best for his country!
But on the other hand, the words "We the people"
also embody the spirit of American democracy and
emphasize the importance of citizen participation
in government. The Bill of Rights establishes the
basic civil liberties of Americans, including
freedom of speech, religion and the press!" We the
People" is a powerful reminder that America was
founded on popular sovereignty, government power
derives its existence from the people. I really hope
that John's accusers will be lenient towards him,
I hope for their kind hearts, I really hope that they
will change their opinion about John.

Sincerely
Liya Sayenko

02/19/2024

Honorable Senior Judge Royce C. Lambert.

The first time I met John E Sullivan was at our church worship services of the Church of Jesus Christ of Latter-day Saints in Hampton Bays NY about 7 years ago.

During the meeting the leader invited John to share his experience with the congregation. At that time John was training at the Olympic Training Center for Long Track Speed Skating at the USA training facility in Kearns, Utah. In order for John to help pay for his expenses he drove for Uber. He would train with his team during the day and drive for Uber after training. Driving for Uber allowed his legs to rest for the next days training. Uber featured him in a commercial (iSpot.tvhttps://www.ispot.tv
> ... > UberUber TV Spot, 'Speed Skater') (https://www.ispot.tv/ad/ASiL/uber-speed-skater)
that ran over 1600 times across several national channels during the 2016 Olympic Summer Games in Rio de Janeiro.  The experience he shared left the listeners in awe of his determination, especially the young people who felt admiration and respect for his effort and determination. He clearly expressed the importance of taking care of our body and respecting it as a gift from God. He spoke of the importance of fighting hard for our goals and never giving up. All his words were expressed in a genuine way and served as a great inspiration for everyone present. He also spoke with confidence and hope for a bright future. I always remember this first time that I met John as a special moment. He managed to inspire adults and as well as young people to dedicate themselves to their goals, not give up and achieve their ideas by making the right choices with God's help. This memory always remains and stands out in a positive way as an exemplary and motivating young man.

Sincerely,

Vincent Da Silva

vincentdasilva@ymail.com



February 25, 2024

To: Honorable Judge Royce C. Lamberth

Dear Sir,

I first met the Sullivan family in 1992, when both my husband  and  Mr. Sullivan were attending the National War College in Newport, R.I. At the time, we had one child and the Sullivans were hoping to start their family. We became close friends and spent time together. Besides being our good friends, they were great with our son, and we knew they would be wonderful parents one day.

As the years went by, both of our families grew and eventually the Sullivan family grew to four boys, John Earle being the oldest. John Earle was the same age as our second child and our families enjoyed each other, both as adults and as children. Both Mr. and Mrs. Sullivan were completely dedicated to their children. John Earle was a happy, sweet, kind and always respectful child and never showed a violent or angry nature.

As the years passed, both Mr. Sullivan and my husband continued their military careers and we each moved frequently, but still stayed in touch. I became a teacher in the public school system and worked at John Earle's high school. I found him to be the same kind, respectful young man we'd always known. He enjoyed friendships, school activities, performed in the talent show, and was well liked by both students and teachers. He had no behavior problems but did struggle with dyslexia. Despite this, he persevered and did graduate from high school. He also earned his Eagle Scout Award, which is a huge accomplishment, that requires significant leadership skills..

After high school, he moved out of state to focus on his speed skating training program where he hoped to eventually compete in the Olympics. John Earle came very close to reaching that goal and was single minded in his dedication. When John Earle had to walk away from that goal, he was able to find gainful employment and be a contributing member of society.

Though I have not been around him for the last several years, I can wholeheartedly say that the John Earle Sullivan I knew as a child and young man is a decent, respectful, kind and non-violent person. He's always been honest, trustworthy, and sincere and I respectfully ask that you consider this as you consider his future.

Sincerely,

*Susan Burkett*

Susan Burkett

⑦

7604 South Shore Drive
Gloucester, VA 23061

March 13, 2024

To Whom It May Concern:

I appreciate the opportunity to write a letter regarding the Sullivan family and specifically John Earle.

I met the Sullivan's in 1988 while living in Williamsburg, VA. I lived in a small townhouse community and they moved next door. I knew I had hit the neighbor jackpot the first time I met Lisa, Jack and their many pets. Immediately, They were kind, sincere and loving. I also knew they wanted children and had a lot of love to give. Despite the many obstacles they had in conceiving, they never let it impact their lives in a negative way.

Regularly, representatives from the military would stop by and ask questions about Lisa and Jack as part of a security background check. I was honored to speak highly about them, their lifestyle, strong morals and values.

Many years later, I was devastated when Jack was asked to relocate; however, even though they were physically moving I knew our friendship would remain. A few years later, I remember Lisa calling to say they were adding to their family. I immediately knew the four brothers would be blessed and there was no other family with more love and the willingness to raise the boys as their own. When visiting them in Northern Virginia with my own young daughter, they demonstrated so much pride as a family of six. It was my opinion then, and now, that there aren't many couples who would be willing to adopt four boys but Lisa and Jack were the exception.

As the years passed, we remained in contact and I watched their family grow closer. I can't imagine how they made raising four boys look easy. As the oldest of the brothers, John Earle excelled in whatever he tackled. It was exciting to watch his speed skating career and the Olympic trials. He was the perfect person to represent Uber in a commercial showing his training and how he supported his very expensive speed skating career. Along with so many others, I sent money to John Earle to help offset the costs of training and equipment. I knew Lisa and Jack were doing all they could and was happy to contribute. John Earle appreciated the support and always sent thank you notes acknowledging his appreciation.

John Earle is an extremely passionate person, who, like his parents, throws himself into whatever he does whole-heartedly. The person being portrayed in the media is certainly not the John Earle I know and specifically not the family I love. John Earle, like the parents, is loving and quick to call out those who aren't held to a higher standard. He also requires that of himself and is always looking for ways to grow and develop. I hope and pray John Earle will be given the opportunity to use his passion and talents to make the world a better place. He has the talent and energy to do so and I know he will make significant contributions.

I thank you again for the opportunity to express my opinion regarding the Sullivan's. My life has been far better since I met them so many years ago.

Sincerely,

Marsha A. Westfall

Marsha S. Westfall

The Honorable Judge Royce C. Lamberth
The United States District Court
District of Columbia

I am writing to you today to provide a personal testimony and reference for John Earle Sullivan who's been before your court recently as a defendant related to the events of January 6th, 2021. I have been associated with the Sullivan family for approximately 22 years. As I recall, John Earle Sullivan was approximately 7 years old when I first came to know him. John is the eldest child of "four" that had been adopted by Jack and Lisa Sullivan. John was always a quiet young man, soft-spoken and endowed with a very gentle nature. All the children in that household were boys and most of them were, as expected, very rambunctious but they were also kind and thoughtful as well. John was always the one to offer help when it was needed, he was the one that helped the most on the Sullivan Farm of 8 and 1/2 acres in Stafford Virginia. His mother suffered with knee injuries resulting in surgeries over the years. John was always her go to son when help was needed. John was very well liked by the other young men and women in the church that we attended.

He was always respectful, soft-spoken and courteous. I observed that he was introspective and showed high intelligence. He was always a pleasure to deal with. I know Justice must be served but I ask that leniency be shown in John Earles case. John is a very kind individual. His mother and father are getting older and are having a very hard time with this situation. So any leniency that can be shown to John would also be a great kindness to his parents.

I personally feel the events of January 6th, 2021 on all sides were shameful, our Nation deserves much better than that.

Please feel free to contact me should you have any further questions.

Respectfully:
Elden Boothby
6162 Fox Run Drive
Idaho Falls, Idaho, 83402
703-309-8353

Judge Royce C. Lamberth
United States District Court
District of Columbia

Dear Judge Lamberth,

I have known John Sullivan, as his ecclesiastical leader, for several years. In that time, I have found him to be respectful, thoughtful, good man. As such, I wish to provide the character reference to the court for consideration.

John is a respectful person. I have never seen John show any disrespect to anyone since I have known him, whether as a member of our congregation, or out and about in the community. Given that it may be more insightful to the court to gain some exposure to John's character outside of a church setting, I'll provide an experience from a community event. In the summer of 2023, a local art group had a gallery showcase at the local library. John provided videography for the event, interviewing each of the artists and capturing the display, pro bono. He treated each artist with respect as he invited them into the exhibit hall to answer questions about their pieces in front of the camera. Each artist was treated with the utmost respect and dignity throughout the process and the finished product was of high quality and professional.

John is also a thoughtful person. He personified this trait on an intellectual level in the preparation of his court cases where he compiled, collated, referenced, and cross-referenced hundreds of documents to be used by his defense counsel. I was privileged to see John's data consolidation networks and was impressed by how clean, clear, and accessible his data visualization and database structures were. I, personally, hold a PhD in bioengineering with an emphasis on computational modeling in cardiac electrophysiology. I'm not easily impressed with ad hoc models, but John's system was very impressive, and, in my opinion, shows a very different picture of John than has been painted by national media outlets.

His thoughtfulness, however, is not solely limited to his ability to think critically, rather, he is also considerate of others as I observed through his participation in church settings. In my observations (and this feeds into his respectful nature) he often put others' needs above his own and gave people the benefit of the doubt rather than assuming the worst in them—even in light of potentially hurtful comments by fellow congregation members who, although meaning well, were not always considerate in their choice of words or of John's situation, experience, or even race when commenting in Sunday School activities.

John is also a good man that has gained my respect. I have never personally observed in him the negative characteristics that media outlets have perpetuated. I am aware of, and have read, many of the articles that have been published (from both credible and non-credible media outlets) about John and his actions on January 6th and elsewhere. These reports are not congruent with my experience with John, and I attest to his good nature as outlined above.

As stated before, John is a respectful, thoughtful, good man and hope that this reference is able to provide some perspective into how others in his sphere of influence perceive him.

Best Regards,

Brett Burton



March 1, 2024

Judge Royce C. Lamberth
United States District Judge
District of Columbia

Re:  John Sullivan

Dear Sir,

I understand that the sentencing hearing for John Sullivan is fast approaching. With respect to this
phase of his circumstances, I wanted to reach out and express feelings gained in personal time
spent with John.

In early 2023, I responded to a neighbor's request to help move personal goods and belongings
from his Utah home to a new one in Idaho. My neighbor had accumulated much and this was a
huge project. On the designated day I arrived at his home and began working for several hours in
preparation for this move. This process would continue for many days and included heavy lifting
and organization.

John was one of the few volunteers who offered to assist. I worked with John for several hours and
not only watched him work, but had discussions about his journalistic endeavors and life goals. He
seemed pleasant and happy to assist a needy neighbor. We talked about his ambitions for his
future and focused on his love of videography and a desire to succeed. He was respectful and
engaging, and I found him to be a gentle soul and a pleasant young man.

My association with his family is much more involved and helps shed light on the kind of man John
was to become. As neighbors I have known his parents for many years. With one son still living at
home, I have watched their involvement in his life and the structured guidance that takes place in
their home. Family focus is one of hard work and helping others. In my life I have seen few homes
where the principles of "service to others" and "pitching in" are so important. Simply put, the
Sullivan home is a place where all are welcome and a helping hand is always available.

Respectfully, I appeal to your consideration of a young man who was following his love of
journalism and photo documentation of that day. Knowing him and his family, I believe he was
recording the events, not inciting them.

Sincerely,
Brent Russon

4100 Rose Springs Road
Erda, Utah  84074

**Corissa Sullivan**
203 Trailridge rd
Athens, TX 75751
(903) 477-1655
Corissacorr95@gmail com

15th February 2024

Dear Honorable Judge Royce C. Lamberth,

I am Corissa Sullivan, I am a licensed insurance agent out of Athens, Texas. I am writing a character reference for John Earle Sullivan. John is my former brother-in-law and I have known him since 2015.

John has always been such a kind, loving, hard working soul. When I first met John it was from afar, he was working so hard towards his goal of speed skating for the Olympics while being a full time Uber driver. Often my father in law would be on the phone with him giving him tips on speed skating and talking about life and I would say hi here and there. November of 2015 John came from SLC, UT where he was practicing for the Olympics to come to Virginia to his childhood home where we all met for thanksgiving. My first impression of John was he was so kind and funny, even though he and my ex husband weren't close I felt nothing but accepted and loved by John. Through the years we would see each other for holidays. In 2018, my ex husband and I were moving to UT. While my ex husband was wrapped up with his job I sat alone in our hotel while we were in moving limbo. John called me up out of the blue and offered to come pick me up. Of course I was excited to go out with my family instead of sitting alone. John took Peter (my other brother in law) and I to a movie where we laughed, had dinner and enjoyed each other. I felt so cared for and loved when I was stuck alone in a place I knew no one.

John has forever been an amazing uncle to my two children. When I had my daughter Saphira he made sure to show up at the hospital regardless of his busy schedule, that meant so much to me. He has been there to love and support his niece and nephew from the very beginning. When birthdays rolled around he would always be there with a gift for my little ones. He is so loving and caring, we truly felt safe with John. I know John is such a loving, caring man, I feel so appreciative to have him part of my children's life as their uncle.

Sincerely,

Corissa Sullivan

 Gmail

Nila Jane Autry <nilajaneautry@gmail.com>

## John Earle Sullivan

**Nila Jane Autry** <nilajaneautry@gmail.com>
Draft To: Lisa Sullivan <sullivan3@aol.com>                                          Thu, Apr 18, 2024 at 7:47 AM

John Earle videotaped an Artist Reception for me.  I taught 12 lovely ladies Art for 12 weeks.  I received a Creative Aging Grant from Utah Arts and Museums.  We hung their work at the local library and invited friends, family and the community to our artist reception.  Background music, treats, and lots of great conversations, John Earle videotaped it all, and interviewed each artist about their artwork and the process.  It was an amazing evening, and all of us enjoyed it.  John Earle was completely professional, got my professionally edited video to me in good time, and was a young man of perfect integrity.  I really enjoyed getting to know him.

Sincerely
Nila Jane Autry
Grantsville, Utah



