# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-78(RCL)
)
John Sullivan )
)

## NOTICE OF APPEAL

Name and address of appellant:

John Sullivan
DC Jail
1901 D Street, S.E.
Washington, D.C. 20003

Name and address of appellant's attorney:

Steven R. Kiersh
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
skiersh@aol.com

Offense:   18 U.S.C. Section 1512(c)

Concise statement of judgment or order, giving date, and any sentence:

Sentencing of 72 months of incarceration imposed on April 26, 2024.

Name and institution where now confined, if not on bail:   **District of Columbia Jail**

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

MAY 3, 2024
DATE

JOHN SULLIVAN
APPELLANT

ATTORNEY FOR APPELLANT
STEVEN R. KIERSH

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✔]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?   YES [✔]   NO [ ]
Has counsel ordered transcripts?   YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✔]