APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:21−cr−00078−RCL−1

Case title: USA v. SULLIVAN

Magistrate judge case number:  1:21−mj−00050−RMM

Date Filed: 02/03/2021

Assigned to: Judge Royce C. Lamberth

**Defendant (1)**

| | | |
|---|---|---|
| **JOHN EARLE SULLIVAN** | represented by | **Steven Roy Kiersh** |
| | | LAW OFFICE OF STEVEN R. KIERSH |
| | | 5335 Wisconsin Avenue, NW |
| | | Suite 440 |
| | | Washington, DC 20015 |
| | | (202) 347−0200 |
| | | Fax: (202) 248−6795 |
| | | Email: skiersh@aol.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1) | |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1s) | |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1ss) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Seventy−Two (72) months on Counts 1ss, 3ss and 4ss, a term of Sixty (60) months on Counts 2ss and 5ss, and a term of Six (6) months on Counts 6ss and 7ss, with all such terms to run concurrently. The |

1

Defendant is further sentenced to serve a Twenty–Four (24) month term of supervised release as to each of Counts 1ss, 2ss, 3ss, 4ss and 5ss, with all such terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2, 000 and a special assessment of $100 for each of Counts 1ss, 2ss, 3ss, 4ss and 5ss and $10 for each of Counts 6ss and 7ss, for a total of $520.

18 U.S.C. 231(a)(3) and 2; CIVIL DISORDER; Civil Disorder and Aiding and Abetting
(2)

18:231(a)(3) and 2; CIVIL DISORDER; Civil Disorder and Aiding and Abetting
(2s)

18:231(a)(3) and 2; CIVIL DISORDER; Civil Disorder and Aiding and Abetting
(2ss)

Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Seventy–Two (72) months on Counts 1ss, 3ss and 4ss, a term of Sixty (60) months on Counts 2ss and 5ss, and a term of Six (6) months on Counts 6ss and 7ss, with all such terms to run concurrently. The Defendant is further sentenced to serve a Twenty–Four (24) month term of supervised release as to each of Counts 1ss, 2ss, 3ss, 4ss and 5ss, with all such terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2, 000 and a special assessment of $100 for each of Counts 1ss, 2ss, 3ss, 4ss and 5ss and $10 for each of Counts 6ss and 7ss, for a total of $520.

18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds
(3)

18:1752(a)(1) and 1752(b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds with a Dangerous Weapon
(3s)

18:1752(a)(1) and 1752(b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building

Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Seventy–Two (72) months on Counts 1ss, 3ss and 4ss, a term of Sixty (60) months on Counts 2ss and 5ss, and a

or Grounds with a Dangerous
Weapon
(3ss)

term of Six (6) months on Counts 6ss and 7ss,
with all such terms to run concurrently. The
Defendant is further sentenced to serve a
Twenty–Four (24) month term of supervised
release as to each of Counts 1ss, 2ss, 3ss, 4ss and
5ss, with all such terms to run concurrently. In
addition, the Defendant is ordered to pay
restitution in the amount of $2, 000 and a special
assessment of $100 for each of Counts 1ss, 2ss,
3ss, 4ss and 5ss and $10 for each of Counts 6ss
and 7ss, for a total of $520.

18 U.S.C. 1752(a)(2);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Disorderly and
Disruptive Conduct in a Restricted
Building or Grounds
(4)

18:1752(a)(2) and 1752(b)(1)(A);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Disorderly and
Disruptive Conduct in a Restricted
Building or Grounds with a
Dangerous Weapon
(4s)

18:1752(a)(2) and 1752(b)(1)(A);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Disorderly and
Disruptive Conduct in a Restricted
Building or Grounds with a
Dangerous Weapon
(4ss)

Defendant is hereby committed to the custody of
the Bureau of Prisons for a term of Seventy–Two
(72) months on Counts 1ss, 3ss and 4ss, a term of
Sixty (60) months on Counts 2ss and 5ss, and a
term of Six (6) months on Counts 6ss and 7ss,
with all such terms to run concurrently. The
Defendant is further sentenced to serve a
Twenty–Four (24) month term of supervised
release as to each of Counts 1ss, 2ss, 3ss, 4ss and
5ss, with all such terms to run concurrently. In
addition, the Defendant is ordered to pay
restitution in the amount of $2, 000 and a special
assessment of $100 for each of Counts 1ss, 2ss,
3ss, 4ss and 5ss and $10 for each of Counts 6ss
and 7ss, for a total of $520.

40 U.S.C. 5104(e)(2)(D);
FEDERAL STATUTES, OTHER;
Disorderly Conduct in a Capitol
Building
(5)

40:5104(e)(1)(A)(i); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL
GROUNDS; Unlawful Possession
of a Dangerous Weapon on Capitol
Grounds or Buildings

(5s)

40:5104(e)(1)(A)(i); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL
GROUNDS; Unlawful Possession
of a Dangerous Weapon on Capitol
Grounds or Building
(5ss)

Defendant is hereby committed to the custody of
the Bureau of Prisons for a term of Seventy–Two
(72) months on Counts 1ss, 3ss and 4ss, a term of
Sixty (60) months on Counts 2ss and 5ss, and a
term of Six (6) months on Counts 6ss and 7ss,
with all such terms to run concurrently. The
Defendant is further sentenced to serve a
Twenty–Four (24) month term of supervised
release as to each of Counts 1ss, 2ss, 3ss, 4ss and
5ss, with all such terms to run concurrently. In
addition, the Defendant is ordered to pay
restitution in the amount of $2, 000 and a special
assessment of $100 for each of Counts 1ss, 2ss,
3ss, 4ss and 5ss and $10 for each of Counts 6ss
and 7ss, for a total of $520.

40 U.S.C. 5104(e)(2)(G);
FEDERAL STATUTES, OTHER;
Parading, Demonstrating, or
Picketing in a Capitol Building
(6)

40:5104(e)(2)(D); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL
GROUNDS; Disorderly Conduct in
a Capitol Building
(6s)

40:5104(e)(2)(D); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL
GROUNDS; Disorderly Conduct in
a Capitol Building
(6ss)

Defendant is hereby committed to the custody of
the Bureau of Prisons for a term of Seventy–Two
(72) months on Counts 1ss, 3ss and 4ss, a term of
Sixty (60) months on Counts 2ss and 5ss, and a
term of Six (6) months on Counts 6ss and 7ss,
with all such terms to run concurrently. The
Defendant is further sentenced to serve a
Twenty–Four (24) month term of supervised
release as to each of Counts 1ss, 2ss, 3ss, 4ss and
5ss, with all such terms to run concurrently. In
addition, the Defendant is ordered to pay
restitution in the amount of $2, 000 and a special
assessment of $100 for each of Counts 1ss, 2ss,
3ss, 4ss and 5ss and $10 for each of Counts 6ss
and 7ss, for a total of $520.

40:5104(e)(2)(G); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL
GROUNDS; Parading,
Demonstrating, or Picketing in a
Capitol Building
(7s)

40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building
(7ss)

Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Seventy–Two (72) months on Counts 1ss, 3ss and 4ss, a term of Sixty (60) months on Counts 2ss and 5ss, and a term of Six (6) months on Counts 6ss and 7ss, with all such terms to run concurrently. The Defendant is further sentenced to serve a Twenty–Four (24) month term of supervised release as to each of Counts 1ss, 2ss, 3ss, 4ss and 5ss, with all such terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2, 000 and a special assessment of $100 for each of Counts 1ss, 2ss, 3ss, 4ss and 5ss and $10 for each of Counts 6ss and 7ss, for a total of $520.

18:1001(a)(2); STATEMENTS OR ENTRIES GENERALLY; False Statement or Representation Made to an Agency of the Unites States
(8s)

18:1001(a)(2); STATEMENTS OR ENTRIES GENERALLY; False Statement or Representation Made to an Agency of the United States
(8ss)

DISMISSED ON GOVERNMENT'S MOTION.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| COMPLAINT in VIOLATION of 18 U.S.C. § 1752(a), 40 U.S.C. § 5104(e)(2) and 18 U.S.C. §§ 231(a)(3) and 2 | |

**Plaintiff**

| USA | represented by | **Michael Lawrence Barclay** USAO |
| --- | --- | --- |

5

601 D Street NW
Washington, DC 20530
202–252–7669
Email: michael.barclay@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Rebekah Lederer**
USAO
Criminal
601 D Street NW
Washington, DC 20001
202–252–7012
Email: rebekah.lederer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Candice Chiu Wong**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–7849
Email: candice.wong@usdoj.gov
*TERMINATED: 04/05/2022*
*Designation: Assistant U.S. Attorney*

**Joseph Hong Huynh**
DOJ–USAO
405 E. 8th Avenue
Suite 2400
Eugene, OR 97401
(541) 465–6049
Email: joseph.huynh@usdoj.gov
*TERMINATED: 10/19/2023*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2021 | 1 | SEALED COMPLAINT as to JOHN EARLE SULLIVAN (1). (Attachments: # 1 Affidavit in Support) (zltp) [1:21–mj–00050–RMM] (Entered: 01/14/2021) |
| 01/13/2021 | 3 | MOTION to Seal Case by USA as to JOHN EARLE SULLIVAN. (Attachments: # 1 Text of Proposed Order)(zltp) [1:21–mj–00050–RMM] (Entered: 01/14/2021) |
| 01/13/2021 | 4 | ORDER granting 3 Motion to Seal Case as to JOHN EARLE SULLIVAN (1). Signed by Magistrate Judge Robin M. Meriweather on 1/13/2021. (zltp) [1:21–mj–00050–RMM] (Entered: 01/14/2021) |

| 01/14/2021 | | Case unsealed as to JOHN EARLE SULLIVAN (bb)[1:21–mj–00050–RMM] Modified on 3/11/2021 (kk). Modified on 3/25/2021 (zkk). (Entered: 01/21/2021) |
|---|---|---|
| 01/14/2021 | | Arrest of Defendant JOHN EARLE SULLIVAN in Utah. (kk) Modified on 3/25/2021 (kk). (Entered: 03/11/2021) |
| 01/14/2021 | | Arrest of JOHN EARLE SULLIVAN in US District Court District of Utah. (bb) (Entered: 03/25/2021) |
| 02/01/2021 | 5 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Wong, Candice Chiu added. Substituting for attorney Amanda Vaughn (Wong, Candice) [1:21–mj–00050–RMM] (Entered: 02/01/2021) |
| 02/02/2021 | 19 | Rule 5(c)(3) Documents Received as to JOHN EARLE SULLIVAN from US District Court District of Utah Case Number 2:21–mj–14–DAO (bb) (Entered: 03/25/2021) |
| 02/03/2021 | 8 | INDICTMENT as to JOHN EARLE SULLIVAN (1) count(s) 1, 2, 3, 4, 5, 6. (zltp) (Entered: 02/04/2021) |
| 02/04/2021 | 6 | MEMORANDUM in Support of Pretrial Detention by USA as to JOHN EARLE SULLIVAN (Wong, Candice) [1:21–mj–00050–RMM] (Entered: 02/04/2021) |
| 02/04/2021 | 7 | NOTICE OF ATTORNEY APPEARANCE: Steven Roy Kiersh appearing for JOHN EARLE SULLIVAN *Entry of appearance on behalf of John Sullivan* (Kiersh, Steven) [1:21–mj–00050–RMM] (Entered: 02/04/2021) |
| 02/04/2021 | 17 | Arrest Warrant, dated 1/13/2021, returned executed in the U.S. District Court for the District of Columbia on 2/4/2021 as to Defendant JOHN EARLE SULLIVAN. (kk) (bb). (Entered: 03/11/2021) |
| 02/04/2021 | | ORAL MOTION by Defendant JOHN EARLE SULLIVAN to Appoint Counsel. (kk) (Entered: 03/11/2021) |
| 02/04/2021 | | ORAL MOTION by USA for Temporary Detention (3–day hold request) of Defendant JOHN EARLE SULLIVAN. (kk) (Entered: 03/11/2021) |
| 02/04/2021 | | ORAL MOTION by USA to Toll Time for One Day, Until 2/5/2021, Under the Speedy Trial Act as to JOHN EARLE SULLIVAN. (kk) (Entered: 03/11/2021) |
| 02/04/2021 | | Minute Entry for Initial Appearance and Arraignment as to JOHN EARLE SULLIVAN held by video before Magistrate Judge Robin M. Meriweather on 2/4/2021 : The Court advised the Government of its due process obligations under Rule 5(f). The defendant agreed to appear by video. Oral Motion by Defendant to Appoint Counsel, heard and granted. Criminal Justice Act Panel attorney Steven Kiersh appointed to represent JOHN EARLE SULLIVAN. Plea of Not Guilty entered by JOHN EARLE SULLIVAN to Counts |

| | | |
|---|---|---|
| | | 1, 2, 3, 4, 5 and 6. Oral Motion by USA for Temporary Detention (3–day hold request) of Defendant, heard and granted. Detention Hearing set for 2/5/2021 at 3:30 pm by telephonic/VTC before Magistrate Judge Robin M. Meriweather. Oral Motion by USA to Toll Time for One Day, Until 2/5/2021, Under the Speedy Trial Act, heard and granted in the interest of justice. Bond Status of Defendant: Defendant continued on release conditions set in Utah. Court Reporter: FTR Gold – Ctrm. 24A; FTR Time Frames: 1:48:00 – 1:57:08 and 1:57:14 – 2:06:35. Defense Attorney: Steven Kiersh; U.S. Attorney: Candice Wong; Pretrial Officer: Andre Sidbury. (kk) (Entered: 03/11/2021) |
| 02/05/2021 | | ORAL MOTION by USA to Commit Defendant JOHN EARLE SULLIVAN to the Custody of the U.S. Attorney General. (kk) (Entered: 03/11/2021) |
| 02/05/2021 | | Minute Entry for Detention Hearing as to JOHN EARLE SULLIVAN held by video before Magistrate Judge Robin M. Meriweather on 2/5/2021 : Oral Motion by USA to Commit Defendant to the Custody of the U.S. Attorney General. Detention Hearing begun and continued to 2/8/2021 at 3:30 pm by telephonic/VTC before Magistrate Judge Robin M. Meriweather. Bond Status of Defendant: Defendant remains on bond conditions set in Utah. Court Reporter: FTR Gold – Ctrm. 24A; FTR Time Frames: 3:49:50 – 4:53:22 and 5:25:55 – 5:30:25. Defense Attorney: Steven Kiersh; U.S. Attorney: Candice Wong; Pretrial Officer: John Copes; Utah Pretrial Officer: Josh Cahoon. (kk) (Entered: 03/11/2021) |
| 02/08/2021 | | ORAL MOTION by USA to Revoke Defendant's Release Conditions. (kk) (Entered: 03/11/2021) |
| 02/08/2021 | | JOINT ORAL MOTION by USA and Defendant JOHN EARLE SULLIVAN to Toll Time Under the Speedy Trial Act from 2/8/2021 to 2/16/2021. (kk) (Entered: 03/11/2021) |
| 02/08/2021 | | Minute Entry for Continuation of Detention Hearing as to JOHN EARLE SULLIVAN held by video before Magistrate Judge Robin M. Meriweather on 2/8/2021 : The Government's Pending Oral Motion to Commit Defendant to the Custody of the U.S. Attorney General is denied. Hearing to set Defendant's Bond Release Conditions scheduled for 2/16/2021 at 3:30 pm by telephonic/VTC before Magistrate Judge Robin M. Meriweather. Oral Motion by USA to Revoke Defendant's Release Conditions Set in Utah, heard and denied. Joint Oral Motion by USA and Defendant to Toll Time Under the Speedy Trial Act from 2/8/2021 to 2/16/2021, heard and granted in the interest of justice. Status Hearing set before Judge Emmet G. Sullivan on 2/18/2021 at 1:30 pm. Bond Status of Defendant: Defendant remains on release conditions set in Utah. Court Reporter: FTR Gold – |

| | | |
|---|---|---|
| | | Ctrm. 24A; FTR Time Frame: 5:01:20 – 6:17:24. Defense Attorney: Steven Kiersh; U.S. Attorney: Candice Wong; Pretrial Officer: Shay Holman. (kk) (Entered: 03/11/2021) |
| 02/15/2021 | 12 | NOTICE *Notice of filing of initial discovery requests and letter detailing specific discovery requests* by JOHN EARLE SULLIVAN (Attachments: # 1 Notice to Counsel/Party)(Kiersh, Steven) (Entered: 02/15/2021) |
| 02/15/2021 | 13 | MEMORANDUM *Defendant's Memorandum Concerning Limitations on Conditions of Pretrial Release* by JOHN EARLE SULLIVAN (Kiersh, Steven) Modified event title on 2/23/2021 (znmw). (Entered: 02/15/2021) |
| 02/16/2021 | 14 | ENTERED IN ERROR.....MEMORANDUM in Support of Pretrial Detention *Exhibits for previously filed Memorandum Regarding Conditions of Pretrial Release* by JOHN EARLE SULLIVAN (Kiersh, Steven) Modified on 2/21/2021 (zhsj). (Entered: 02/16/2021) |
| 02/16/2021 | 16 | ORDER Setting Conditions of Release as to JOHN EARLE SULLIVAN (1) Personal Recognizance. Signed by Magistrate Judge Robin M. Meriweather on 2/16/2021. (Attachments: # 1 Appendix A) (ztl) (Additional attachment(s) added on 4/22/2021: # 2 Appearance Bond) (zkk). (Entered: 02/19/2021) |
| 02/16/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to JOHN EARLE SULLIVAN re 14 Memorandum in Support of Pretrial Detention was entered in error and counsel was instructed to refile said pleading. Document Do Not Conform to Local Rule. (zhsj) (Entered: 02/21/2021) |
| 02/16/2021 | | Minute Entry for Hearing Setting Conditions of Release as to JOHN EARLE SULLIVAN held by video before Magistrate Judge Robin M. Meriweather on 2/16/2021 : Bond Status of Defendant: Defendant placed on Personal Recognizance Bond with courtesy supervision by Utah. Court Reporter: Elizabeth Saint–Loth. Defense Attorney: Steven Kiersh; U.S. Attorney: Candice Wong; Pretrial Officer: Shay Holman; Utah Pretrial Officer: Josh Cahoon. (kk) (Entered: 03/11/2021) |
| 02/18/2021 | 15 | STANDING ORDER as to JOHN EARLE SULLIVAN requiring the government to produce any evidence in its possession that is favorable to the defendant and material to either the defendant's guilt or punishment Signed by Judge Emmet G. Sullivan on 02/18/21. (mac) (Entered: 02/18/2021) |
| 02/18/2021 | | NOTICE OF HEARING as to JOHN EARLE SULLIVAN:Status Conference set for 2/18/2021 at 1:30 PM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 02/18/2021) |

| 02/18/2021 | | Minute Entry for proceedings held Via VTC before Judge Emmet G. Sullivan:Status Conference as to JOHN EARLE SULLIVAN held on 2/18/2021. Status Conference set for 3/30/2021 at 12:30 PM in Courtroom 24A before Judge Emmet G. Sullivan. Speedy Trial Tolled 2/18/21 – 3/30/21 In The Interest Of Justice (XT).Bond Status of Defendant: PERSONAL RECOGNIZANCE; Court Reporter: LISA BANKINS; Defense Attorney: STEVEN KIERSH; US Attorney: CANDICE WONG; Pretrial Officer: MASHARIA HOLMAN; (mac) (Entered: 02/18/2021) |
|---|---|---|
| 03/23/2021 | 18 | NOTICE *OF DISCOVERY* by USA as to JOHN EARLE SULLIVAN (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 03/23/2021) |
| 03/26/2021 | 20 | Unopposed MOTION *FOR PROTECTIVE ORDER* by USA as to JOHN EARLE SULLIVAN. (Attachments: # 1 Exhibit)(Wong, Candice) Modified Event on 3/31/2021 (zhsj). (Entered: 03/26/2021) |
| 03/26/2021 | 21 | Unopposed MOTION *TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT* by USA as to JOHN EARLE SULLIVAN. (Attachments: # 1 Text of Proposed Order)(Wong, Candice) Modified Event on 3/31/2021 (zhsj). (Entered: 03/26/2021) |
| 03/26/2021 | | MINUTE ORDER granting 20 unopposed motion for protective order. The terms presented in [20–1] Protective Order Governing Discovery are hereby incorporated by reference into this Order. Signed by Judge Emmet G. Sullivan on 3/26/2021. (lcegs3) (Entered: 03/26/2021) |
| 03/27/2021 | | Set/Reset Hearings as to JOHN EARLE SULLIVAN:Status Conference set for 3/30/2021 at 12:30 PM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 03/27/2021) |
| 03/27/2021 | 22 | TRANSCRIPT OF PROCEEDINGS, in case as to JOHN EARLE SULLIVAN, before Magistrate Judge Robin M. Meriweather, held on 2–16–2021. Page Numbers: 1 – 64. Date of Issuance: 3–27–2021. Court Reporter: Elizabeth SaintLoth, Telephone number: 202–354–3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from |

| | | |
|---|---|---|
| | | this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/17/2021. Redacted Transcript Deadline set for 4/27/2021. Release of Transcript Restriction set for 6/25/2021.(Saint–Loth, Elizabeth) (Entered: 03/27/2021) |
| 03/29/2021 | | MINUTE ORDER. Due to unforeseen circumstances, it is necessary to reschedule the status conference currently scheduled for March 30, 2021. The status conference shall now take place on March 31, 2021 at 12:30 PM via video teleconference. The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial–in information. The Court regrets any inconvenience to the parties. Signed by Judge Emmet G. Sullivan on 3/29/2021. (lcegs3) (Entered: 03/29/2021) |
| 03/30/2021 | | Set/Reset Hearings as to JOHN EARLE SULLIVAN:Status Conference set for 3/31/2021 at 12:30 PM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 03/30/2021) |
| 03/31/2021 | | Minute Entry for proceedings held before Judge Emmet G. Sullivan:Status Conference as to JOHN EARLE SULLIVAN held on 3/31/2021. Status Conference set for 5/26/2021 at 12:00 PM in Telephonic/VTC before Judge Emmet G. Sullivan. Speedy Trial Tolled Nunc Pro Tunc 3/30/21 – 05/26/21 In The Interest Of Justice (XT). Bond Status of Defendant: PERSONAL RECONGIZANCE; Court Reporter: LISA BANKINS; Defense Attorney: STEVEN KIERSH; US Attorney: CANDICE WONG; Pretrial Officer: CHRISTINE SCHUCK; (mac) (Entered: 03/31/2021) |
| 03/31/2021 | 24 | Unopposed MOTION *FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS* by USA as to JOHN EARLE SULLIVAN. (Attachments: # 1 Text of Proposed Order)(Wong, Candice) Modified event on 4/12/2021 (zstd). (Entered: 03/31/2021) |
| 03/31/2021 | | MINUTE ORDER as to JOHN EARLE SULLIVAN (1). In view of the discussion at the March 31, 2021 Status Conference, the Court hereby GRANTS 21 unopposed motion to exclude time under the Speedy Trial Act in view of the voluminous discovery in this matter. The time period from March 30, 2021 through and including the date of the next hearing is hereby excluded from the computation of time within which a trial must commence under the Speedy |

| | | |
|---|---|---|
| | | Trial Act, 18 U.S.C. § 3161 et seq. Signed by Judge Emmet G. Sullivan on 3/31/2021. (lcegs3) (Entered: 03/31/2021) |
| 03/31/2021 | | MINUTE ORDER as to JOHN EARLE SULLIVAN (1) granting 24 unopposed motion for an order to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials. It is hereby ORDERED that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e). It is FURTHER ORDERED that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. It is FURTHER ORDERED that this Order also applies to the disclosure of the materials described above to any co–defendants who may later be joined. Signed by Judge Emmet G. Sullivan on 3/31/2021. (lcegs3) (Entered: 03/31/2021) |
| 05/07/2021 | 25 | MOTION for Release of Funds *Motion to Discharge Order Allowing Seizure of Defendant's Bank Account in Utah* by JOHN EARLE SULLIVAN. (Kiersh, Steven) (Entered: 05/07/2021) |
| 05/19/2021 | 26 | SUPERSEDING INDICTMENT as to JOHN EARLE SULLIVAN (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s. (FORFEITURE ALLEGATION) (zstd) (Entered: 05/19/2021) |
| 05/20/2021 | 28 | NOTICE *OF DISCOVERY* by USA as to JOHN EARLE SULLIVAN (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 05/20/2021) |
| 05/21/2021 | 29 | Memorandum in Opposition by USA as to JOHN EARLE SULLIVAN re 25 MOTION for Release of Funds *Motion to Discharge Order Allowing Seizure of Defendant's Bank Account in Utah* (Wong, Candice) (Entered: 05/21/2021) |
| 05/26/2021 | | Minute Entry for proceedings held Via VTC before Judge Emmet G. Sullivan:Arraignment/Status Conference as to JOHN EARLE SULLIVAN held on 5/26/2021. Plea Of Not Guilty Entered by JOHN EARLE SULLIVAN As To Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s. Status Conference set for 7/29/2021 at 1:00 PM in Telephonic/VTC before Judge Emmet G. Sullivan. Speedy Trial Tolled 5/26/2021 – 7/29/2021 In The Interest Of Justice (XT). The Defendant Is To Confirm His Employment To Pre Trial Services. Bond Status of Defendant: APPEARED VIA VTC; REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: LISA BANKINS; Defense Attorney: STEVEN KIERSH; US Attorney: CANDICE WONG; Pretrial Officer: ANDRE SIDBURY; (mac) (Entered: 05/26/2021) |
| 06/02/2021 | 31 | REPLY TO OPPOSITION to Motion by JOHN EARLE SULLIVAN re 25 MOTION for Release of Funds *Motion to Discharge Order Allowing Seizure of Defendant's Bank* |

| | | |
|---|---|---|
| | | *Account in Utah Reply to Opposition to Motion to Discharge Seized Funds and Declaration of John Sullivan* (Attachments: # 1 Declaration)(Kiersh, Steven) (Entered: 06/02/2021) |
| 06/11/2021 | 32 | NOTICE *Of DISCOVERY* by USA as to JOHN EARLE SULLIVAN (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 06/11/2021) |
| 07/13/2021 | 35 | *Memorandum Regarding Status of Discovery* by USA as to JOHN EARLE SULLIVAN (Attachments: # 1 Additional Examples of Defense Discovery Requests)(Wong, Candice) Modified text on 7/13/2021 (zstd). (Entered: 07/13/2021) |
| 07/14/2021 | 36 | NOTICE *OF DISCOVERY* by USA as to JOHN EARLE SULLIVAN (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 07/14/2021) |
| 07/29/2021 | | Minute Entry for proceedings held Via VTC before Judge Emmet G. Sullivan:Status Conference as to JOHN EARLE SULLIVAN held on 7/29/2021. Parties Updated The Court On The Status Of This Case. The Court Requests That The Defendant And PreTrial Services Meet To Resolve Their Issues And File A Report With The Court due by 8/3/2021. Pending Motion 25 Motion for Release of Funds Motion to Discharge Order Allowing Seizure of Defendant's Bank Account in Utah Is Tolling Speedy Trial Time. Motion Hearing in regards to 25 set for 8/17/2021 at 2:00 PM in Telephonic/VTC before Judge Emmet G. Sullivan. Status Conference set for 10/28/2021 at 1:00 PM in Telephonic/VTC before Judge Emmet G. Sullivan. Bond Status of Defendant: APPEARED VIA VTC; REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: JAN DICKMAN; Defense Attorney: STEVEN KIERSH; US Attorney: CANDICE WONG; Pretrial Officer: ANDRE SIDBURY; (mac) (Entered: 07/29/2021) |
| 08/02/2021 | 39 | NOTICE *OF DISCOVERY* by USA as to JOHN EARLE SULLIVAN (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 08/02/2021) |
| 08/03/2021 | 40 | STATUS REPORT *Status report concerning conditions of release* by JOHN EARLE SULLIVAN (Kiersh, Steven) (Entered: 08/03/2021) |
| 08/16/2021 | | MINUTE ORDER. In Mr. Sullivan's 25 Motion to Release Seizure Order, Mr. Sullivan states that the signed warrant relevant to the seizure of his personal bank account in Utah "is due to be provided to undersigned counsel with the release of other discoverable items of evidence." See Def.'s Mot., ECF No. 25 at 2. It is hereby ORDERED that Mr. Sullivan shall file a status report by no later than August 18, 2021 informing the Court whether he has obtained all requested evidence relevant to his pending motion. It is |

| | | |
|---|---|---|
| | | FURTHER ORDERED that the Motion Hearing currently scheduled for August 17, 2021 is cancelled. The parties shall file a joint status report proposing three additional dates and times to hold the Motion Hearing by no later than August 20, 2021. Signed by Judge Emmet G. Sullivan on 8/16/2021. (lcegs3) (Entered: 08/16/2021) |
| 08/17/2021 | | Set/Reset Deadlines as to JOHN EARLE SULLIVAN: Defendant Status Report due by 8/18/2021. Joint Status Report due by 8/20/2021 (mac) (Entered: 08/17/2021) |
| 08/18/2021 | 42 | RESPONSE TO ORDER OF THE COURT by JOHN EARLE SULLIVAN re Order on Motion for Miscellaneous Relief,, *Response to August 16, 2021 Minute Order of Court* (Kiersh, Steven) (Entered: 08/18/2021) |
| 08/19/2021 | 43 | RESPONSE TO ORDER OF THE COURT by JOHN EARLE SULLIVAN re Order on Motion to Exclude,, *Joint Pleading in Response to August 16, 2021 Minute Order of the Court Concerning Availability for Next Status Conference* (Kiersh, Steven) (Entered: 08/19/2021) |
| 08/25/2021 | | MINUTE ORDER. In view of 43 joint status report, a motion hearing shall take place on September 24, 2021 at 3:00 p.m. via video teleconference. The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial–in information. Signed by Judge Emmet G. Sullivan on 8/25/2021. (lcegs3) (Entered: 08/25/2021) |
| 08/26/2021 | | Set/Reset Hearings as to JOHN EARLE SULLIVAN: Motion Hearing set for 9/24/2021 at 03:00 PM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 08/26/2021) |
| 08/26/2021 | 44 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to JOHN EARLE SULLIVAN (Wong, Candice) (Entered: 08/26/2021) |
| 09/15/2021 | 45 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to JOHN EARLE SULLIVAN (Wong, Candice) (Entered: 09/15/2021) |
| 09/22/2021 | | MINUTE ORDER. The motion hearing currently scheduled for September 24, 2021 is hereby CANCELLED. The Court shall resolve 25 Motion for Release of Funds on the pleadings filed. Signed by Judge Emmet G. Sullivan on 9/22/2021. (lcegs3) (Entered: 09/22/2021) |
| 09/23/2021 | 46 | MOTION to Suppress *Custodial Statements* by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified text on 9/23/2021 (zstd). (Entered: 09/23/2021) |
| 09/24/2021 | 47 | MOTION to Dismiss Count Eight of Superseding Indictment *as Being Void for Vagueness* by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified text on 9/27/2021 |

| | | (zstd). (Entered: 09/24/2021) |
|---|---|---|
| 10/07/2021 | 48 | Memorandum in Opposition by USA as to JOHN EARLE SULLIVAN re 46 MOTION to Suppress *Motion to Suppress Custodial Statements* (Wong, Candice) (Entered: 10/07/2021) |
| 10/08/2021 | 49 | Memorandum in Opposition by USA as to JOHN EARLE SULLIVAN re 47 MOTION to Dismiss Count *Motion to Dismiss Count Eight as Being Void for Vagueness* (Wong, Candice) (Entered: 10/08/2021) |
| 10/13/2021 | 50 | NOTICE *OF DISCOVERY* by USA as to JOHN EARLE SULLIVAN (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 10/13/2021) |
| 10/20/2021 | 51 | Joint MOTION to Continue October 28, 2021 Status Hearing for Sixty Days by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified text on 10/21/2021 (zstd). Modified on 10/25/2021 (znmw). (Entered: 10/20/2021) |
| 10/21/2021 | 52 | STATUS REPORT *Memorandum Regarding Status of Discovery* by USA as to JOHN EARLE SULLIVAN (Wong, Candice) Modified text on 10/22/2021 (zstd). Modified on 10/25/2021 (znmw). (Entered: 10/21/2021) |
| 10/22/2021 | | MINUTE ORDER granting 51 joint motion to continue October 28, 2021 status conference. A status conference is hereby scheduled for January 4, 2022 at 2:30 p.m. via video teleconference. The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial–in information. Signed by Judge Emmet G. Sullivan on 10/22/2021. (lcegs3) (Entered: 10/22/2021) |
| 10/22/2021 | | Set/Reset Hearings as to JOHN EARLE SULLIVAN:Status Conference set for 1/4/2022 at 02:30 PM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 10/22/2021) |
| 10/26/2021 | 53 | REPLY TO OPPOSITION to Motion by JOHN EARLE SULLIVAN re 46 MOTION to Suppress *Motion to Suppress Custodial Statements Reply to Opposition to Motion to Suppress Statements* (Kiersh, Steven) (Entered: 10/26/2021) |
| 11/05/2021 | 54 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to JOHN EARLE SULLIVAN (Wong, Candice) (Entered: 11/05/2021) |
| 11/08/2021 | 55 | NOTICE *OF DISCOVERY* by USA as to JOHN EARLE SULLIVAN (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 11/08/2021) |
| 11/10/2021 | 56 | SUPERSEDING INDICTMENT as to JOHN EARLE SULLIVAN (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss. (FORFEITURE ALLEGATION) (bb) (Entered: 11/10/2021) |

| 12/06/2021 | 58 | NOTICE *OF DISCOVERY* by USA as to JOHN EARLE SULLIVAN (Attachments: # 1 Exhibit)(Wong, Candice) (Entered: 12/06/2021) |
|---|---|---|
| 12/06/2021 | 59 | ORDER denying 25 Motion for Release of Funds as to JOHN EARLE SULLIVAN (1). Signed by Judge Emmet G. Sullivan on 12/6/2021. (lcegs3) (Entered: 12/06/2021) |
| 12/06/2021 | 60 | MEMORANDUM OPINION. Signed by Judge Emmet G. Sullivan on 12/6/2021. (lcegs3) (Entered: 12/06/2021) |
| 12/17/2021 | 61 | MOTION for Reconsideration *re 59 December 6, 2021 Order Denying Motion to Remove Seizure Order* by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified text on 12/20/2021 (zstd). (Entered: 12/17/2021) |
| 12/31/2021 | 62 | MOTION to Dismiss Case *Motion to Dismiss Count 1 of Superseding Indictment and Motion to Adopt and Join Motion in 21−cr−28* by JOHN EARLE SULLIVAN. (Kiersh, Steven) (Entered: 12/31/2021) |
| 12/31/2021 | 64 | MOTION to Adopt and Join Relevant Portions of Motion to Dismiss Count 2 of the Indictment in United States v. Caldwell 21−cr−28 by JOHN EARLE SULLIVAN. (See docket entry 62 to view document.) (zstd) (Entered: 01/04/2022) |
| 01/03/2022 | 63 | Memorandum in Opposition by USA as to JOHN EARLE SULLIVAN re 61 MOTION for Reconsideration *Motion for Reconsideration of December 6, 2021 Order Denying Motion to Remove Seizure Order* (Wong, Candice) (Entered: 01/03/2022) |
| 01/04/2022 |  | Minute Entry for proceedings held Via VTC before Judge Emmet G. Sullivan:Arraignment/Status Conference as to JOHN EARLE SULLIVAN held on 1/4/2022. Defendant Consents To This Hearing Being Held Via VTC. Plea Of Not Guilty entered by JOHN EARLE SULLIVAN On Counts 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss. Government Informs The Court In Regards To Discovery. The Court Will Stay Any Further Briefing By The Government In Regards To 62 Motion To Dismiss Case Motion to Dismiss Count 1 of Superseding Indictment and Motion to Adopt and Join Motion in 21−cr−28. Pending Motions Are Tolling Speedy Trial Time. Status Conference set for 3/4/2022 at 1:30 PM in Telephonic/VTC before Judge Emmet G. Sullivan. Bond Status of Defendant: APPEARED VIA VTC − REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: LISA BANKINS; Defense Attorney: STEVEN KIERSH; US Attorney: CANDACE WONG; (mac) (Entered: 01/04/2022) |
| 01/05/2022 |  | MINUTE ORDER. During the January 4, 2022 status conference, the Court stayed further briefing regarding 62 Dismiss Case Motion to Dismiss Count 1 of Superseding Indictment and Motion to Adopt and Join Motion in |

| | | |
|---|---|---|
| | | 21−cr−28. It is hereby ORDERED that the stay on the briefing schedule is LIFTED. The government is directed to file a response to 62 Dismiss Case Motion to Dismiss Count 1 of Superseding Indictment and Motion to Adopt and Join Motion in 21−cr−28. Signed by Judge Emmet G. Sullivan on 1/5/2022. (lcegs3) (Entered: 01/05/2022) |
| 01/10/2022 | 65 | RESPONSE by USA as to JOHN EARLE SULLIVAN re 64 MOTION for Joinder *United States' Motion to Adopt and Join Three Pleadings in 21−CR−28 and Opposition to Defendant's "Motion to Adopt and Join Relevant Portions of Motion to Dismiss Count 2 of the Indictment in United States v. Caldwell, 21−CR−28 (APM) and to Dismiss Count 1 of This Superseding Indictment"* (Attachments: # 1 Exhibit Caldwell Docket Entry 313 (Government's Omnibus Opposition to Motion to Dismiss), # 2 Exhibit Caldwell Docket Entry 437 (Government's Supplemental Brief on 18 USC 1512(c)(2)), # 3 Exhibit Caldwell Docket Entry 573 (Government's Opposition to Motion to Reconsider Order Denying Motions to Dismiss))(Wong, Candice) (Entered: 01/10/2022) |
| 01/24/2022 | 66 | SUPPLEMENT by USA as to JOHN EARLE SULLIVAN re 65 Response to motion,,, (Wong, Candice) (Entered: 01/24/2022) |
| 02/10/2022 | 67 | NOTICE *Memorandum Regarding Status of Discovery* by USA as to JOHN EARLE SULLIVAN (Wong, Candice) (Entered: 02/10/2022) |
| 03/02/2022 | 69 | Consent MOTION to Continue *and Exclude Time Under Speedy Trial Act* by USA as to JOHN EARLE SULLIVAN. (Attachments: # 1 Exhibit Proposed Order to Continue and Exclude Time Under Speedy Trial Act)(Wong, Candice) (Entered: 03/02/2022) |
| 03/02/2022 | 70 | MOTION to Exclude Time Under The Speedy Trial Act by USA as to JOHN EARLE SULLIVAN. (See docket entry 69 to view document.) (zstd) (Entered: 03/02/2022) |
| 03/03/2022 | | MINUTE ORDER granting 69 motion to continue and to exclude time under the Speedy Trial Act. It is hereby ORDERED that the status conference currently scheduled for March 4, 2022 shall now take place on April 20, 2022 at 2:00 p.m. via video teleconference. The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial−in information. The Court further finds that an ends−of−justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) based on the considerations described in 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv). Due to the interest by the parties in producing and reviewing discovery, the failure to grant such a continuance in this proceeding would be likely result in a miscarriage of justice by foreclosing such resolution. Accordingly, the ends of justice served by |

| | | |
|---|---|---|
| | | granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court also notes that Mr. Sullivan consents to the exclusion of time under the Speedy Trial Act. It is therefore ORDERED that the time period from the date of this Order through and including the date of the next hearing is excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Signed by Judge Emmet G. Sullivan on 3/3/2022. (lcegs3) (Entered: 03/03/2022) |
| 04/03/2022 | 71 | Supplemental MOTION to Dismiss Count re 62 *Motion to Dismiss Count in the Supserseding Indictment* by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified to add link on 4/4/2022 (zstd). (Entered: 04/03/2022) |
| 04/04/2022 | 72 | NOTICE *of Discovery* by USA as to JOHN EARLE SULLIVAN (Attachments: # 1 Exhibit Discovery Letter)(Wong, Candice) (Entered: 04/04/2022) |
| 04/05/2022 | 73 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to JOHN EARLE SULLIVAN (Wong, Candice) (Entered: 04/05/2022) |
| 04/06/2022 | 74 | NOTICE OF ATTORNEY APPEARANCE Joseph Hong Huynh appearing for USA. (Huynh, Joseph) (Entered: 04/06/2022) |
| 04/07/2022 | 75 | RESPONSE by USA as to JOHN EARLE SULLIVAN re 62 MOTION to Dismiss Case *Motion to Dismiss Count 1 of Supserseding Indictment and Motion to Adopt and Join Motion in 21−cr−28*, 71 Supplemental MOTION to Dismiss Count *Supplement to Motion to Dismiss Count in the Supserseding Indictment* (Huynh, Joseph) (Entered: 04/07/2022) |
| 04/17/2022 | 76 | Joint MOTION to Continue *Status Conference*, Joint MOTION to Exclude *Time under the Speedy Trial Act* by USA as to JOHN EARLE SULLIVAN. (Attachments: # 1 Text of Proposed Order)(Huynh, Joseph) (Entered: 04/17/2022) |
| 04/19/2022 | | MINUTE ORDER granting 76 joint motion to continue status conference and exclude time under the Speedy Trial Act. The status conference currently scheduled for April 20, 2022 is hereby CANCELLED. A status conference shall now take place on May 15, 2022 at 2:30 p.m. via video teleconference. The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial−in information. With the parties' agreement, the time between April 20, 2022 and May 15, 2022 shall be excluded under the Speedy Trial Act. Signed by Judge Emmet G. Sullivan on 4/19/2022. (lcegs3) (Entered: 04/19/2022) |
| 04/19/2022 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER. The status conference scheduled for May 15, 2022 is hereby CANCELLED. The status conference shall now take place on June 15, 2022 at 2:30 p.m. via video teleconference. The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial–in information. With the parties' agreement, the time between April 20, 2022 and June 15, 2022 shall be excluded under the Speedy Trial Act. Signed by Judge Emmet G. Sullivan on 4/19/2022. (lcegs3) (Entered: 04/19/2022) |
| 05/16/2022 | 77 | Supplement re 47 Motion to Dismiss Count 8 of the Indictment by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified to add link on 5/17/2022 (zstd). (Entered: 05/16/2022) |
| 06/15/2022 | | Minute Entry for proceedings held before Judge Emmet G. Sullivan:Status Conference as to JOHN EARLE SULLIVAN held on 6/15/2022. Defendant Consents To This Hearing Being Held Via VTC. Parties Request Jury Trial. Motion Hearing set for 3/3/2023 at 10:00 AM in Telephonic/VTC before Judge Emmet G. Sullivan. Jury Selection set for 5/15/2023 at 9:00 AM in Courtroom 24A– In Person before Judge Emmet G. Sullivan. The Court Will Issue A Pre Trial Order. Pending Motions Are Tolling Speedy Trial Time. Bond Status of Defendant: APPEARED VIA VTC – REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: LISA BANKINS; Defense Attorney: STEVEN KIERSH; US Attorney: JOSEPH HUYNH; (mac) (Entered: 06/15/2022) |
| 06/30/2022 | 79 | PRETRIAL ORDER as to JOHN EARLE SULLIVAN. Signed by Judge Emmet G. Sullivan on 6/30/2022. (lcegs3) (Entered: 06/30/2022) |
| 07/01/2022 | | Set/Reset Deadlines/Hearings as to JOHN EARLE SULLIVAN:Pretrial Motions/ Notices due by 12/5/2022. Oppositions due by 1/6/2023. Replies due by 2/3/2023. Motion Hearing set for 3/3/2023 at 10:00 AM in Courtroom 24A– In Person before Judge Emmet G. Sullivan. Pretrial Conference set for 5/4/2023 at 01:00 PM in Courtroom 24A– In Person before Judge Emmet G. Sullivan. Jury Selection set for 5/15/2023 at 09:00 AM in Courtroom 24A– In Person before Judge Emmet G. Sullivan. Jury Trial set for 5/16/2023 at 10:00 AM in Courtroom 24A– In Person before Judge Emmet G. Sullivan. Joint Or Individual Proposed Voir Dire due by 4/27/2023. Joint Or Individual Pretrial Statement due by 4/27/2023. Joint Or Individual Proposed Jury Instructions due by 4/27/2023. Joint Or Individual Exhibit List due by 4/27/2023. Joint Or Individual Witness List due by 4/27/2023. (mac) (Entered: 07/01/2022) |
| 08/01/2022 | 80 | ORDER denying 61 Motion for Reconsideration as to JOHN |

| | | |
|---|---|---|
| | | EARLE SULLIVAN (1). Signed by Judge Emmet G. Sullivan on 8/1/2022. (lcegs3) (Entered: 08/01/2022) |
| 08/01/2022 | 81 | MEMORANDUM OPINION as to JOHN EARLE SULLIVAN. Signed by Judge Emmet G. Sullivan on 8/1/2022. (lcegs3) (Entered: 08/01/2022) |
| 08/09/2022 | | MINUTE ORDER as to JOHN EARLE SULLIVAN. Due to constraints in the Court's calendar, the dates set forth in the Court's June 30, 2022 Pretrial Order, ECF No. 79, are VACATED. Jury selection in this case will commence at 9:00 am on October 25, 2023. The parties shall file, by no later than August 23, 2022, a joint proposed schedule with proposed deadlines to replace those in the vacated Pretrial Order, ECF No. 79. In addition, the parties shall include a proposed schedule for the following: (1) any required expert disclosures; (2) deadline for United States for grand jury and Jenks Act disclosures as to each witness it expects to call in its case−in−chief; and (3) deadline for any Brady material not already disclosed. Signed by Judge Emmet G. Sullivan on 8/9/2022. (lcegs1) (Entered: 08/09/2022) |
| 08/11/2022 | | Set/Reset Deadlines/Hearings as to JOHN EARLE SULLIVAN: Joint Briefing Schedule due by 8/23/2022 Jury Selection/Trial set for 10/25/2023 at 09:00 AM in Courtroom 24A− In Person before Judge Emmet G. Sullivan. (mac) (Entered: 08/11/2022) |
| 08/22/2022 | 82 | Joint STATUS REPORT *and Proposed Pretrial Deadlines* by USA as to JOHN EARLE SULLIVAN (Huynh, Joseph) (Entered: 08/22/2022) |
| 10/06/2022 | 83 | PRETRIAL ORDER as to JOHN EARLE SULLIVAN. Signed by Judge Emmet G. Sullivan on 10/6/2022. (lcegs1) (Entered: 10/06/2022) |
| 10/17/2022 | | Case as to JOHN EARLE SULLIVAN randomly reassigned to Judge Royce C. Lamberth. Judge Emmet G. Sullivan is no longer assigned to the case. (ztnr) (Entered: 10/17/2022) |
| 11/21/2022 | | MINUTE ORDER as to JOHN EARLE SULLIVAN: The parties shall appear for a Status Conference set for 2/22/2023 at 11:00 AM by VTC before Judge Royce C. Lamberth. Video connection information will be emailed to the parties. Signed by Judge Royce C. Lamberth on 11/21/2022. (lsj) (Entered: 11/21/2022) |
| 02/09/2023 | 84 | MOTION to Change Venue by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified text on 2/9/2023 (zstd). (Entered: 02/09/2023) |
| 02/09/2023 | 85 | NOTICE OF ATTORNEY APPEARANCE Rebekah Lederer appearing for USA. (Lederer, Rebekah) (Entered: 02/09/2023) |

| 02/21/2023 | 86 | RESPONSE by USA as to JOHN EARLE SULLIVAN re 84 MOTION to Change Venue *Motion to Change Venue* (Lederer, Rebekah) (Entered: 02/21/2023) |
|---|---|---|
| 02/22/2023 | | MINUTE ORDER: It is hereby ORDERED that the Motions Hearing scheduled for 3/3/2023 is CONTINUED until a date to be set in the future. SO ORDERED by Judge Royce C. Lamberth on 2/22/2023. (lcrcl2) (Entered: 02/22/2023) |
| 02/22/2023 | | Minute Entry for Video Status Conference held on 2/22/2023 before Judge Royce C. Lamberth as to JOHN EARLE SULLIVAN: The parties updated the Court on the status of the case. Bond Status of Defendant: Continued on Personal Recognizance Bond/Appeared by Video. US Attorneys: Rebekah Lederer and Joseph Huynh. Defense Attorney: Steven Kiersh. Court Reporter: Sherri Grubbs. (smc) (Entered: 02/22/2023) |
| 05/05/2023 | 87 | MOTION for 404(b) Evidence by USA as to JOHN EARLE SULLIVAN. (Lederer, Rebekah) (Entered: 05/05/2023) |
| 06/02/2023 | 88 | MOTION in Limine *Omnibus Motion in Limine* by USA as to JOHN EARLE SULLIVAN. (Lederer, Rebekah) (Entered: 06/02/2023) |
| 06/19/2023 | 89 | MOTION to Dismiss Indictment Based Upon Selective Prosecution by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified text on 6/20/2023 (zstd). (Entered: 06/19/2023) |
| 06/22/2023 | 90 | MOTION for Extension of Time to July 5, 2023 to file oppositions to pretrial motions by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified text on 6/22/2023 (zstd). (Entered: 06/22/2023) |
| 06/22/2023 | 91 | Joint PROPOSED BRIEFING SCHEDULE by USA as to JOHN EARLE SULLIVAN (Lederer, Rebekah) (Entered: 06/22/2023) |
| 06/26/2023 | 92 | ORDER granting Motion 90 for Extension of Time as to JOHN EARLE SULLIVAN (1). Defendant is granted leave until 7/5/2023 to file oppositions to pretrial motions. Signed by Judge Royce C. Lamberth on 6/26/2023. (lcrcl2) (Entered: 06/26/2023) |
| 06/26/2023 | 93 | SCHEDULING ORDER as to JOHN EARLE SULLIVAN (1). Jury Trial set for 10/25/2023 at 10:00 AM in Courtroom 15– In Person before Judge Royce C. Lamberth. Motion Hearing set for 9/14/2023 at 4:30 PM in Courtroom 15– In Person before Judge Royce C. Lamberth. Pretrial Conference will be scheduled at a later date and held on or after 10/13/2023. See Order for further details and other deadlines. Signed by Judge Royce C. Lamberth on 6/26/2023.(lcrcl2) (Entered: 06/26/2023) |

| 06/30/2023 | 94 | RESPONSE by USA as to JOHN EARLE SULLIVAN re 89 MOTION to Dismiss Case *Motion to Dismiss Indictment Based Upon Selective Prosecution Response in Opposition* (Lederer, Rebekah) (Entered: 06/30/2023) |
|---|---|---|
| 06/30/2023 | 95 | NOTICE OF ATTORNEY APPEARANCE Michael Lawrence Barclay appearing for USA. (Barclay, Michael) (Entered: 06/30/2023) |
| 07/02/2023 | 96 | Memorandum in Opposition by JOHN EARLE SULLIVAN re 87 Motion for 404(b) Evidence *Opposition to Government Notice to Admit 404(b) Evidence* (Kiersh, Steven) (Entered: 07/02/2023) |
| 07/02/2023 | 97 | REPLY in Support by JOHN EARLE SULLIVAN re 89 MOTION to Dismiss Case *Motion to Dismiss Indictment Based Upon Selective Prosecution Reply to Opposition to Motion to Dismiss Indictment* (Kiersh, Steven) (Entered: 07/02/2023) |
| 07/07/2023 | 98 | Memorandum in Opposition by JOHN EARLE SULLIVAN re 88 Motion in Limine *Opposition to Motion In Limine FIrst Amendment* (Kiersh, Steven) (Entered: 07/07/2023) |
| 07/07/2023 | 99 | Memorandum in Opposition by JOHN EARLE SULLIVAN re 88 Motion in Limine *Response to Motion in Limine Secret Service* (Kiersh, Steven) (Entered: 07/07/2023) |
| 07/07/2023 | 100 | Memorandum in Opposition by JOHN EARLE SULLIVAN re 88 Motion in Limine *Reply to Remaining Issues in Motion in Limine* (Kiersh, Steven) (Entered: 07/07/2023) |
| 07/14/2023 | 101 | REPLY by USA as to JOHN EARLE SULLIVAN re 98 Memorandum in Opposition (Lederer, Rebekah) (Entered: 07/14/2023) |
| 09/13/2023 | 102 | MOTION to Permit *Motion to Permit Defendant to Appear at Motions Hearing Via Zoom* by JOHN EARLE SULLIVAN. (Kiersh, Steven) (Entered: 09/13/2023) |
| 09/13/2023 | 103 | ORDER granting Motion 102 for Leave to Appear by Zoom as to JOHN EARLE SULLIVAN (1). Defendant may appear by Zoom for the motion hearing scheduled for 9/14/2023. Signed by Judge Royce C. Lamberth on 9/13/2023. (lcrcl2) (Entered: 09/13/2023) |
| 09/14/2023 | | Minute Entry for Hybrid Motion Hearing held on 9/14/2023 before Judge Royce C. Lamberth as to JOHN EARLE SULLIVAN: re 87 MOTION for 404(b) Evidence . Oral arguments heard and TAKEN UNDER ADVISEMENT. Bond Status of Defendant: Continued on Personal Recognizance Bond/Appeared by Video. US Attorneys: Michael Gordon and Rebekah Lederer. Defense Attorney: Steven Kiersh. Court Reporter: Elizabeth Saint–Loth. (smc) (Entered: 09/15/2023) |

| 10/05/2023 | 104 | MOTION for Issuance of Subpoena for a Material Witness for Trial by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified text on 10/6/2023 (zstd). (Entered: 10/05/2023) |
|---|---|---|
| 10/06/2023 | | MINUTE ORDER as to JOHN EARLE SULLIVAN (1): It is hereby ORDERED that Motion 104 for Issuance of Subpoena is GRANTED. The Clerk is directed to issue the requested subpoena. SO ORDERED by Judge Royce C. Lamberth on 10/6/2023. (lcrcl2) (Entered: 10/06/2023) |
| 10/11/2023 | | NOTICE OF HEARING as to JOHN EARLE SULLIVAN: A Pretrial Conference is set for 10/24/2023 at 12:30 PM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. (smc) (Entered: 10/11/2023) |
| 10/13/2023 | 105 | PROPOSED VERDICT FORM as to JOHN EARLE SULLIVAN (Lederer, Rebekah) (Entered: 10/13/2023) |
| 10/13/2023 | 106 | JOINT Proposed Voir Dire by USA as to JOHN EARLE SULLIVAN (Lederer, Rebekah) Modified text on 10/16/2023 (zstd). (Entered: 10/13/2023) |
| 10/13/2023 | 107 | JOINT PROPOSED WITNESS LIST by USA as to JOHN EARLE SULLIVAN (Lederer, Rebekah) Modified text on 10/16/2023 (zstd). (Entered: 10/13/2023) |
| 10/13/2023 | 108 | JOINT PROPOSED STATEMENT OF CASE by USA as to JOHN EARLE SULLIVAN (Lederer, Rebekah) Modified text on 10/16/2023 (zstd). (Entered: 10/13/2023) |
| 10/19/2023 | 109 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to JOHN EARLE SULLIVAN (Huynh, Joseph) (Entered: 10/19/2023) |
| 10/19/2023 | 110 | MOTION for Leave to Appear at Pretrial Conference via ZOOM by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified text on 10/20/2023 (zstd). (Entered: 10/19/2023) |
| 10/20/2023 | 111 | Subpoena, dated 10/10/2023, Returned Executed on 10/18/2023 as to JOHN EARLE SULLIVAN (zstd) (Entered: 10/23/2023) |
| 10/24/2023 | | MINUTE ORDER as to JOHN EARLE SULLIVAN (1): It is hereby ORDERED that Motion 110 for Leave to Appear by Zoom is GRANTED. SO ORDERED by Judge Royce C. Lamberth on 10/24/2023. (lcrcl2) (Entered: 10/24/2023) |
| 10/24/2023 | 112 | MOTION to Dismiss Count *Eight of the Superseding Indictment* by USA as to JOHN EARLE SULLIVAN. (Attachments: # 1 Text of Proposed Order)(Barclay, Michael) (Entered: 10/24/2023) |
| 10/24/2023 | | Minute Entry for videoconference proceeding held on 10/24/2023 before Judge Royce C. Lamberth: Case originally called for Pretrial Conference but not held. Status Conference held as to JOHN EARLE SULLIVAN: Jury |

| | | |
|---|---|---|
| | | Selection/Jury Trial currently scheduled for 10/25/2023 is vacated and rescheduled for 11/6/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. A Pretrial Conference will be scheduled by the Court at a later date, the Defendant's in person appearance is waived. Oral motion by Defense to extend the witness subpoena through the second day of the reset trial date, heard and GRANTED. Bond Status of Defendant: remains on Personal Recognizance/appeared via video. US Attorneys: Michael Barclay and Rebekah Lederer. Defense Attorney: Steven Kiersh. Court Reporter: Jeff Hook. (smc) (Entered: 10/24/2023) |
| 10/24/2023 | | Set/Reset Hearings as to JOHN EARLE SULLIVAN: Jury Selection/Jury Trial set for 11/6/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. (smc) (Entered: 10/24/2023) |
| 10/27/2023 | | NOTICE OF HEARING as to JOHN EARLE SULLIVAN: Pretrial Conference set for 11/3/2023 at 2:00 PM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. (smc) (Entered: 10/27/2023) |
| 10/31/2023 | 113 | ORDER granting Motion 112 to Dismiss Count Eight of the Superseding Indictment as to JOHN EARLE SULLIVAN (1). Signed by Judge Royce C. Lamberth on 10/30/2023. (lcrcl2) (Entered: 10/31/2023) |
| 11/02/2023 | | MINUTE ORDER as to JOHN EARLE SULLIVAN (1): It is hereby ORDERED that the Pretrial Conference is reset for 11/7/2023 at 10:00 AM in Courtroom 15– In Person before Judge Royce C. Lamberth. It is further ORDERED that Jury Selection/Jury Trial is reset for 11/7/2023 at 11:00 AM in Courtroom 15– In Person before Judge Royce C. Lamberth. It is further ORDERED that the defendant's witness subpoena is extended through 11/13/2023. SO ORDERED by Judge Royce C. Lamberth on 11/2/2023. (lcrcl2) (Entered: 11/02/2023) |
| 11/03/2023 | 115 | Motion for Order to have US Marshal arrange and incur the costs of hotel accommodations during trial by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified text on 11/3/2023 (zstd). (Entered: 11/03/2023) |
| 11/03/2023 | 116 | RESPONSE by USA as to JOHN EARLE SULLIVAN re 115 MOTION for Order to have US Marshal arrange and incur the costs of hotel accommodations during trial (Lederer, Rebekah) Modified text on 11/6/2023 (zstd). (Entered: 11/03/2023) |
| 11/05/2023 | 117 | DECLARATION *AFFIDAVIT OF JOHN SULLIVAN IN SUPPORT OF MOTION FOR ORDER TO HAVE US MARSHAL ARRANGE AND PAY FOR HOTEL ACCOMMODATIONS DURING TRIAL* by JOHN EARLE |

| | | |
|---|---|---|
| | | SULLIVAN (Kiersh, Steven) (Entered: 11/05/2023) |
| 11/06/2023 | | MINUTE ORDER as to JOHN EARLE SULLIVAN (1): It is hereby ORDERED that Motion 115 for Order for USMS to Arrange and Incur Costs of Hotel Accommodations During Trial is DENIED because as shown by the cases cited in the government's opposition, the Court does not have authority to order USMS to pay for subsistence while the defendant is in the District of Columbia for trial. SO ORDERED by Judge Royce C. Lamberth on 11/6/2023. (lcrcl2) (Entered: 11/06/2023) |
| 11/06/2023 | | NOTICE OF HEARING as to JOHN EARLE SULLIVAN: The Pretrial Conference set for 11/7/2023 will now be held at 10:30 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Jury Selection/Jury Trial will now begin at 11:30 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth.(smc) (Entered: 11/06/2023) |
| 11/06/2023 | 118 | NOTICE *of Intent to Offer Evidence under FRE 902(14)–Digital Device Extractions and Reports* by USA as to JOHN EARLE SULLIVAN (Lederer, Rebekah) (Entered: 11/06/2023) |
| 11/07/2023 | | Minute Entry for Pretrial Conference held on 11/7/2023 before Judge Royce C. Lamberth as to JOHN EARLE SULLIVAN: For the reasons stated on the record, the Court GRANTED pending motion 88 , DENIED pending motions 96 , 46 , 62 , 64 , 71 , 84 , and 89 and DENIED AS MOOT pending motion 47 . Oral motion by Defense to exclude Government's exhibit 1002.3, heard and RESERVED. Bond Status of Defendant: remains on personal recognizance. US Attorneys: Michael Barclay and Rebekah Lederer. Defense Attorney: Steven Kiersh. Court Reporter: Sherry Lindsay. (smc) (Entered: 11/07/2023) |
| 11/08/2023 | | Minute Entry for proceedings held before Judge Royce C. Lamberth as to JOHN EARLE SULLIVAN on 11/7/2023: Jury Selection commenced and continued to 11/8/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendant: Continued on Personal Recognizance Bond. US Attorneys: Michael Barclay and Rebekah Lederer. Defense Attorney: Steven Kiersh. Court Reporter: Sherry Lindsay. (smc) (Entered: 11/08/2023) |
| 11/09/2023 | | Minute Entry for proceedings held on 11/8/2023 before Judge Royce C. Lamberth as to JOHN EARLE SULLIVAN: Jury Selection resumed and concluded with twelve jurors and two alternates selected but not sworn. Jury Trial set for 11/9/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendant: Continued on Personal Recognizance. US Attorneys: Michael Barclay and Rebekah Lederer. Defense Attorney: |

| | | |
|---|---|---|
| | | Steven Kiersh. Court Reporter: Sherry Lindsay. (smc) (Entered: 11/09/2023) |
| 11/09/2023 | | MINUTE ORDER as to JOHN EARLE SULLIVAN (1): It is hereby ORDERED that the defense witness subpoena at 111 is extended through 11/14/2023. SO ORDERED by Judge Royce C. Lamberth on 11/9/2023. (lcrcl2) (Entered: 11/09/2023) |
| 11/09/2023 | | Minute Entry for Jury Trial held on 11/9/2023 before Judge Royce C. Lamberth as to JOHN EARLE SULLIVAN on Counts 1ss, 2ss, 3ss, 4ss, 5ss, 6ss and 7ss: Jury Selection concluded with a panel of twelve jurors and two alternates sworn. Jury Trial commenced and continued to 11/13/2023 at 10:00 AM in Courtroom 15 (in person) before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance. US Attorneys: Michael Barclay and Rebekah Lederer. Defense Attorney: Steven Kiersh. Government Witnesses: Elizabeth Glavey, Thomas Loyd and Adam Willem. Court Reporter: Sherry Lindsay. (smc) (Entered: 11/13/2023) |
| 11/13/2023 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Approved by Judge Royce C. Lamberth on 11/09/2023. (smc) (Entered: 11/13/2023) |
| 11/13/2023 | | Minute Entry for Jury Trial held on 11/13/2023 before Judge Royce C. Lamberth as to JOHN EARLE SULLIVAN on Counts 1ss–7ss: Jury Trial resumed with same jury and alternates. Jury Trial continued to 11/14/2023 at 10:00 AM in Courtroom 15 (in person) before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance. US Attorneys: Michael Barclay and Rebekah Lederer. Defense Attorney: Steven Kiersh. Government Witnesses: Thomas Loyd, Daniel Schwager and Kyle Yetter. Court Reporter: Sherry Lindsay. (smc) (Entered: 11/13/2023) |
| 11/14/2023 | | Minute Entry for Jury Trial held on 11/14/2023 before Judge Royce C. Lamberth as to JOHN EARLE SULLIVAN on Counts 1ss–7ss: Jury Trial resumed with same jury and alternates. Jury Trial continued to 11/15/2023 at 10:30 AM in Courtroom 15 (in person) before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance. US Attorneys: Michael Barclay and Rebekah Lederer. Defense Attorney: Steven Kiersh. Government Witnesses: Benjamin Binger and Matthew Foulger. Defense Witnesses: Jade Sacker and John Earle Sullivan. Court Reporter: Sherry Lindsay. (smc) (Entered: 11/14/2023) |
| 11/15/2023 | | |

| | | |
|---|---|---|
| | | Minute Entry for Jury Trial held on 11/15/2023 before Judge Royce C. Lamberth as to JOHN EARLE SULLIVAN on Counts 1ss–7ss: Jury Trial resumed with same twelve jurors and one alternate. Juror Number 1180 was released from any further consideration in this case. Oral Rule 29 Motion by Defense, heard and DENIED. The Court gave Jury charge instructions. Jury Deliberations set for 11/16/2023 at 10:00 AM in Courtroom 15 (in person) before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance. US Attorneys: Michael Barclay and Rebekah Lederer. Defense Attorney: Steven Kiersh. Defense Witness: John Earle Sullivan. Court Reporter: Sherry Lindsay. (smc) (Entered: 11/15/2023) |
| 11/16/2023 | 120 | Joint Proposed Jury Instructions as to JOHN EARLE SULLIVAN. "Let this be filed." on 11/15/2023 by Royce C. Lamberth, U.S.D.J. (smc) (Entered: 11/16/2023) |
| 11/16/2023 | 121 | FINAL EXHIBIT LIST by USA as to JOHN EARLE SULLIVAN. (smc) (Entered: 11/16/2023) |
| 11/16/2023 | 122 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to JOHN EARLE SULLIVAN. (smc) (Entered: 11/16/2023) |
| 11/16/2023 | | Minute Entry for Jury Trial held on 11/16/2023 before Judge Royce C. Lamberth as to JOHN EARLE SULLIVAN on Counts 1ss–7ss: Alternate Juror 2186 released. Jury Deliberations commenced and concluded. Jury Verdict of Guilty on Counts 1ss–7ss. Jury Panel discharged. REFERRAL TO PROBATION OFFICE for Presentence Investigation. Sentencing date to be set at a later date. Oral motion by Government for Defendant to be remanded pending sentencing, heard and GRANTED. Bond Status of Defendant: Remanded/Commitment issued. US Attorneys: Michael Barclay and Rebekah Lederer. Defense Attorney: Steven Kiersh. Court Reporter: Lorraine Herman. (smc) (Entered: 11/16/2023) |
| 11/17/2023 | 123 | Jury Notes (2) from 11/16/2023 as to JOHN EARLE SULLIVAN. (smc) (Entered: 11/17/2023) |
| 11/17/2023 | 124 | **Signature Page of Foreperson**<br><br>as to JOHN EARLE SULLIVAN in Jury Notes (2) from 11/16/2023. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (smc) (Entered: 11/17/2023) |
| 11/17/2023 | 125 | Court's Response to Jury Note #1 as to JOHN EARLE SULLIVAN. Signed by Judge Royce C. Lamberth on 11/16/2023. (smc) (Entered: 11/17/2023) |
| 11/17/2023 | 126 | |

| | | |
|---|---|---|
| | | VERDICT FORM as to JOHN EARLE SULLIVAN. (smc) (Entered: 11/17/2023) |
| 11/17/2023 | 127 | **Signature Page of Foreperson**<br><br>as to JOHN EARLE SULLIVAN in Jury Verdict. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (smc) (Entered: 11/17/2023) |
| 11/28/2023 | 128 | MOTION for Release from Detention Pending Sentencing by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified event type and text on 11/29/2023 (zstd). (Entered: 11/28/2023) |
| 12/04/2023 | 129 | RESPONSE by USA as to JOHN EARLE SULLIVAN re 128 MOTION *for Release Pending Sentencing* (Barclay, Michael) (Entered: 12/04/2023) |
| 12/13/2023 | | MINUTE ORDER as to JOHN EARLE SULLIVAN (1): It is hereby ORDERED that Motion 128 for Release Pending Sentencing is DENIED for the reasons stated in the government's Response 129 . Mr. Sullivan raised these same arguments in opposition to the government's oral motion to remand Mr. Sullivan pending sentencing. Mr. Sullivan's written motion has not raised new grounds for release. Based on the parties' filings, the Court does not see an adequate basis for revisiting its earlier ruling. SO ORDERED by Judge Royce C. Lamberth on 12/13/2023. (lcrcl2) (Entered: 12/13/2023) |
| 12/22/2023 | | NOTICE OF HEARING as to JOHN EARLE SULLIVAN: Sentencing set for 3/21/2024 at 10:00 AM in Courtroom 15 before Judge Royce C. Lamberth. (smc) (Entered: 12/22/2023) |
| 12/28/2023 | 130 | MOTION to Continue *Sentencing Date and Motion for Reconsideration of Motion for Release Pending Sentencing* by JOHN EARLE SULLIVAN. (Kiersh, Steven) (Entered: 12/28/2023) |
| 12/28/2023 | 131 | MOTION for Reconsideration re 128 MOTION filed by JOHN EARLE SULLIVAN by JOHN EARLE SULLIVAN. (See docket entry 130 to view document.) (zstd) (Entered: 12/28/2023) |
| 01/02/2024 | 132 | Memorandum in Opposition by USA as to JOHN EARLE SULLIVAN re 130 Motion to Continue, 131 Motion for Reconsideration *of Release Pending Sentencing* (Barclay, Michael) (Entered: 01/02/2024) |
| 01/18/2024 | 133 | ORDER denying Motion 130 to Continue Sentencing Date and Motion for Reconsideration as to JOHN EARLE SULLIVAN (1). Signed by Judge Royce C. Lamberth on 1/18/2024. (lcrcl2) (Entered: 01/18/2024) |

| 02/06/2024 | 134 | TRANSCRIPT OF JURY QUESTION AND VERDICT PROCEEDINGS in case as to JOHN EARLE SULLIVAN, before Judge Royce C. Lamberth, held on November 16, 2023. Page Numbers: 1−8. Court Reporter: Lorraine Herman. Email: lorraine_herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/27/2024. Redacted Transcript Deadline set for 3/8/2024. Release of Transcript Restriction set for 5/6/2024.(Herman, Lorraine) (Entered: 02/06/2024) |
| 02/11/2024 | 135 | TRANSCRIPT OF PROCEEDINGS in case as to JOHN EARLE SULLIVAN before Judge Royce C. Lamberth held on 11/9/23; Page Numbers: 1−162. Date of Issuance:2/11/24. Court Reporter/Transcriber Sherry Lindsay, Telephone number 202−354−3053, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 3/3/2024. Redacted Transcript Deadline set for 3/13/2024. Release of Transcript Restriction set for 5/11/2024.(stl) (Entered: 02/11/2024) |
| 02/11/2024 | 136 | TRANSCRIPT OF PROCEEDINGS in case as to JOHN EARLE SULLIVAN before Judge Royce C. Lamberth held on 11/13/23; Page Numbers: 1–196. Date of Issuance:2/11/24. Court Reporter/Transcriber Sherry Lindsay, Telephone number 202–354–3053, Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 3/3/2024. Redacted Transcript Deadline set for 3/13/2024. Release of Transcript Restriction set for 5/11/2024.(stl) (Entered: 02/11/2024) |
| 02/11/2024 | 137 | TRANSCRIPT OF PROCEEDINGS in case as to JOHN EARLE SULLIVAN before Judge Royce C. Lamberth held on 11/14/23; Page Numbers: 1–201. Date of Issuance:2/11/24. Court Reporter/Transcriber Sherry Lindsay, Telephone number 202–354–3053, Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our |

| | | |
|---|---|---|
| | | website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/3/2024. Redacted Transcript Deadline set for 3/13/2024. Release of Transcript Restriction set for 5/11/2024.(stl) (Entered: 02/11/2024) |
| 02/11/2024 | 138 | TRANSCRIPT OF PROCEEDINGS in case as to JOHN EARLE SULLIVAN before Judge Royce C. Lamberth held on 11/15/23; Page Numbers: 1−200. Date of Issuance:2/11/24. Court Reporter/Transcriber Sherry Lindsay, Telephone number 202−354−3053, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/3/2024. Redacted Transcript Deadline set for 3/13/2024. Release of Transcript Restriction set for 5/11/2024.(stl) (Entered: 02/11/2024) |
| 03/05/2024 | 140 | ENTERED IN ERROR.....NOTICE of objections to material/factual inaccuracies in PSR by JOHN EARLE SULLIVAN (Kiersh, Steven) Modified on 3/5/2024 (zstd). (Entered: 03/05/2024) |
| 03/05/2024 | | NOTICE OF ERROR as to JOHN EARLE SULLIVAN regarding 140 Notice (Other). The following error(s) need correction: Incorrect event. Please refile using event Other Documents: Parties Obligation and Response to Presentence Report. (zstd) (Entered: 03/05/2024) |
| 03/07/2024 | 143 | Joint MOTION to Continue *Sentencing* by USA as to JOHN EARLE SULLIVAN. (Attachments: # 1 Text of Proposed Order)(Lederer, Rebekah) (Entered: 03/07/2024) |
| 03/08/2024 | 144 | ORDER granting Motion 143 to Continue Sentencing as to JOHN EARLE SULLIVAN (1). Sentencing reset for 4/26/2024 at 12:30 PM in Courtroom 15− In Person before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 3/8/2024. (lcrcl2) (Entered: 03/08/2024) |

| 03/09/2024 | 145 | TRANSCRIPT OF PROCEEDINGS in case as to JOHN EARLE SULLIVAN before Judge Royce C. Lamberth held on 11/7/23; Page Numbers: 1−144. Date of Issuance:3/9/2024. Court Reporter/Transcriber Sherry Lindsay, Telephone number 202−354−3053, Transcripts may be ordered by submitting the Transcript Order Form |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 3/30/2024. Redacted Transcript Deadline set for 4/9/2024. Release of Transcript Restriction set for 6/7/2024.(stl) (Entered: 03/09/2024) |
| 03/09/2024 | 146 | TRANSCRIPT OF PROCEEDINGS in case as to JOHN EARLE SULLIVAN before Judge Royce C. Lamberth held on 11/8/2023; Page Numbers: 1−210. Date of Issuance:3/9/2024. Court Reporter/Transcriber Sherry Lindsay, Telephone number 202−354−3053, Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 3/30/2024. Redacted Transcript Deadline set for 4/9/2024. Release of Transcript Restriction |

| | | |
|---|---|---|
| | | set for 6/7/2024.(stl) (Entered: 03/09/2024) |
| 04/10/2024 | | NOTICE OF HEARING as to JOHN EARLE SULLIVAN: Due to a scheduling conflict, the Sentencing set for 4/26/2024 will now be held at 2:30 PM (same day, different time) in Courtroom 15 (In Person) before Judge Royce C. Lamberth. (smc) (Entered: 04/10/2024) |
| 04/19/2024 | 149 | SENTENCING MEMORANDUM by USA as to JOHN EARLE SULLIVAN (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Lederer, Rebekah) (Entered: 04/19/2024) |
| 04/19/2024 | 150 | SENTENCING MEMORANDUM by JOHN EARLE SULLIVAN (Kiersh, Steven) (Entered: 04/19/2024) |
| 04/19/2024 | 151 | SUPPLEMENT by JOHN EARLE SULLIVAN re 150 SENTENCING MEMORANDUM (Kiersh, Steven) Modified text and to add link on 4/22/2024 (zstd). (Entered: 04/19/2024) |
| 04/21/2024 | 152 | MOTION for Release Pending Appeal by JOHN EARLE SULLIVAN. (Kiersh, Steven) Modified text on 4/22/2024 (zstd). Modified on 4/26/2024 (zsmc). (Entered: 04/21/2024) |
| 04/26/2024 | | Minute Entry for Sentencing held on 4/26/2024 before Judge Royce C. Lamberth as to JOHN EARLE SULLIVAN: It is the judgment of the Court, the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Seventy–Two (72) months on Counts 1ss, 3ss and 4ss, a term of Sixty (60) months on Counts 2ss and 5ss, and a term of Six (6) months on Counts 6ss and 7ss, with all such terms to run concurrently. The Defendant is further sentenced to serve a Twenty–Four (24) month term of supervised release as to each of Counts 1ss, 2ss, 3ss, 4ss and 5ss, with all such terms to run concurrently. In addition, the Defendant is ordered to pay restitution in the amount of $2,000 and a special assessment of $100 for each of Counts 1ss, 2ss, 3ss, 4ss and 5ss and $10 for each of Counts 6ss and 7ss, for a total of $520. Defendant's 152 Motion for release pending appeal is DENIED for reasons stated on the record. Bond Status of Defendant: Committed – Commitment Issued. US Attorneys: Michael Barclay and Rebekah Lederer. Defense Attorney: Steven Kiersh. Defense Character Witness: John Joseph Sullivan. Probation Officer: Aidee Gavito. Court Reporter: Sherry Lindsay. (smc) (Entered: 04/26/2024) |
| 04/29/2024 | 153 | JUDGMENT as to JOHN EARLE SULLIVAN. Statement of Reasons Not Included. Signed by Judge Royce C. Lamberth on 4/29/2024. (zstd) (Entered: 04/30/2024) |
| 04/29/2024 | 154 | STATEMENT OF REASONS as to JOHN EARLE SULLIVAN re 153 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is |

| | | | |
|---|---|---|---|
| | | | limited to Counsel of Record and the Court. Signed by Judge Royce C. Lamberth on 4/29/2024. (zstd) (Entered: 04/30/2024) |
| 05/05/2024 | | 156 | NOTICE OF APPEAL – Final Judgment by JOHN EARLE SULLIVAN Fee Status: No Fee Paid. Parties have been notified. (Kiersh, Steven) (Entered: 05/05/2024) |

CO-290
Notice of Appeal Criminal                                                           Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA          )
                                  )
            vs.                   )     Criminal No.  21-78(RCL)
                                  )
John Sullivan                     )

## NOTICE OF APPEAL

Name and address of appellant:          John Sullivan
                                        DC Jail
                                        1901 D Street, S.E.
                                        Washington, D.C. 20003

Name and address of appellant's attorney:   Steven R. Kiersh
                                             5335 Wisconsin Avenue, N.W.
                                             Suite 440
                                             Washington, D.C. 20015
                                             skiersh@aol.com

Offense:   18 U.S.C. Section 1512(c)

Concise statement of judgment or order, giving date, and any sentence:

   Sentencing of 72 months of incarceration imposed on April 26, 2024.

Name and institution where now confined, if not on bail:  **District of Columbia Jail**

        I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_MAY 3, 2024_                           _JOHN SULLIVAN_
DATE                                    APPELLANT

                                        _R. K_
                                        ATTORNEY FOR APPELLANT
                                        _STEVEN R. KIERSH_

| | |
|---|---|
| GOVT. APPEAL, NO FEE | |
| CJA, NO FEE | ✔ |
| PAID USDC FEE | |
| PAID USCA FEE | |

Does counsel wish to appear on appeal?                     YES ✔      NO ☐
Has counsel ordered transcripts?                           YES ☐      NO ✔
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES ☐      NO ✔

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| JOHN EARLE SULLIVAN | Case Number:  21cr078 (RCL) |
| | USM Number:  25817-509 |
| | Steven Roy Kiersh |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
 which was accepted by the court.

☑ was found guilty on count(s)    1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss of the Second Superseding Indictment filed on 11/10/2021
 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1512(c)(2) | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 1ss |
| 18 USC § 231(a)(3) | Civil Disorder and Aiding and Abetting | 1/6/2021 | 2ss |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/26/2024
Date of Imposition of Judgment

Signature of Judge

Royce C. Lamberth, United States District Court Judge
Name and Title of Judge

4/29/24
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                Sheet 1A

Judgment—Page ___2___ of ___8___

DEFENDANT:   JOHN EARLE SULLIVAN
CASE NUMBER:   21cr078 (RCL)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §§ 1752(a)(1) and (b)(1)(A) | Entering and Remaining in a Restricted Building or Grounds with a Dangerous Weapon | 1/6/2021 | 3ss |
| 18 USC §§ 1752(a)(2) and (b)(1)(A) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Dangerous Weapon | 1/6/2021 | 4ss |
| 40 USC § 5104(e)(1)(A)(i) | Unlawful Possession of a Dangerous Weapon on a Capitol Grounds or Buildings | 1/6/2021 | 5ss |
| 40 USC § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 6ss |
| 40 USC § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 7ss |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __3__ of __8__

DEFENDANT:   JOHN EARLE SULLIVAN
CASE NUMBER:   21cr078 (RCL)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Seventy-Two (72) months on Counts 1ss, 3ss, and 4ss; Sixty (60) months on Counts 2ss and 5ss; Six (6) months on Counts 6ss and 7ss. All terms to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

Place defendant at a low security facility closest to where his family resides in Utah.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

|  | Judgment—Page | 4 | of | 8 |

DEFENDANT:   JOHN EARLE SULLIVAN
CASE NUMBER:   21cr078 (RCL)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Twenty-Four (24) months on Counts 1ss, 2ss, 3ss, 4ss, and 5ss. All terms to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page __5__ of __8__

DEFENDANT: JOHN EARLE SULLIVAN
CASE NUMBER: 21cr078 (RCL)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3D — Supervised Release

| | | Judgment—Page | 6 | of | 8 |

DEFENDANT: JOHN EARLE SULLIVAN
CASE NUMBER: 21cr078 (RCL)

## SPECIAL CONDITIONS OF SUPERVISION

Educational Services Program - You must participate in an educational services program and follow the rules and regulations of that program. Such programs may include high school equivalency preparation, English as a Second Language classes, and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use.

Mental Health Evaluation and Treatment - You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Computer Monitoring - You are permitted use of conventional computer(s) (Desktop/Laptop computers, Smart Phones/Tablets) with internet access and will permit the U.S. Probation Office (USPO) to configure, manage, and install monitoring software on all your approved conventional computer devices. Your conventional computer device(s) are limited to those that can be configured, managed, and monitored by the USPO. The configuration, management, and monitoring of your conventional computer devices shall be specific to your Court ordered conditions, risk and needs, and Cybercrime Management Program requirements.

Monitored Computer Search - You must allow the U.S. Probation Office to conduct initial and periodic unannounced searches of any computers. Initial searches of computer devices will be conducted to determine if the device has any materials that would be a violation of the Court's ordered conditions; or programs/applications, settings, configurations that would be problematic for monitoring software and the Cybercrime Management Program requirements. Periodic unannounced searches of your computer devices will be conducted to verify the monitoring software's functionality, the device's configuration requirements are unaltered, and no circumvention efforts have been made to alter the device's operation(s) or functionality.

Computer Device Management - You are ordered to participate in the U.S. Probation Office Services Cybercrime Management Program and will inform your officer of all computer devices possessed or accessible to you and shall not acquire or access any new or additional devices unless approved by your officer.

Social Media Restriction - You must seek the approval of the probation officer if you wish to access, view, or use any online social media. You must not download any social media apps to your phone or computer. You must not access social media on any other device not approved by the probation officer. Social media includes social media sites, chat services, blogs, instant messages, SMS, MMS, digital photos, video sharing websites, emails or any other interactive, online, or electronic communication applications or sites.

Computer Search - You must submit your computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media, to a search. You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner.

Employment - You shall maintain full-time verifiable employment as approved by the probation officer.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
　　　　　　　　　　　Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___7___ of ___8___

DEFENDANT: JOHN EARLE SULLIVAN
CASE NUMBER: 21cr078 (RCL)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $ 520.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

　　If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss***** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Clerk of the Court for the United States District Court for the District of Columbia for disbursement to the following victim: | | | |
| Architect of the Capitol Office of the Chief Financial Officer Ford House Office Building Room H2-205B Washington, DC 20515 | | $2,000.00 | |

| **TOTALS** | $　　　　0.00 | $　　　2,000.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

　　☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page   8   of   8

DEFENDANT:  JOHN EARLE SULLIVAN
CASE NUMBER:  21cr078 (RCL)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☑   Lump sum payment of $   2,520.00   due immediately, balance due

    ☐   not later than _____ , or
    ☑   in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☑   Special instructions regarding the payment of criminal monetary penalties:

    The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333
    Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
    of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

| Case Number
Defendant and Co-Defendant Names
*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
|  |  |  |  |

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☑   The defendant shall forfeit the defendant's interest in the following property to the United States:
$89,875.00 in U.S. currency in a JPMorgan Chase bank account ending in 7715, in the name of John E. Sullivan; and
$1,000.00 in U.S. currency from Venmo (a PayPal, Inc. entity) account ending in 2020, with username @insurgenceusa,
which is connected to the JPMorgan Chase bank account ending in 7715 in the name of John E. Sullivan.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.