UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                               21-78 (RCL)

JOHN SULLIVAN

**MOTION FOR RELEASE FROM CUSTODY, TO VACATE THE 18 U.S.C. 1512 CONVICTION AND FOR A NEW SENTENCING HEARING**

Defendant, by and through undersigned counsel, does hereby respectfully seek his immediate release from custody, to vacate his 18 U.S.C. Section 1512 (c) conviction and for a new sentencing hearing. In support thereof, defendant sets forth as follows:

1. On November 17, 2023, following a trial by jury, defendant was convicted of the following offenses: Obstruction of Official Proceeding, 18 U.S.C. Section 1512 (c); Civil Disorder and Aiding and Abetting, 18 U.S.C. Section 231(a)(3); Entering and Remining in a Restricted Building or Grounds with a Dangerous Weapon, 18 U.S.C. Section 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Dangerous Weapon, 18 U.S.C. Section 1752(a)(2); Unlawful Possession of a Dangerous Weapon on a Capitol Grounds or Buildings, 40 U.S.C.

1

Section 5104 (e)(1)(A)(i); Disorderly Conduct in a Capitol Building, 40 U.S.C. Section 5104(e)(2)(D); and Parading, Demonstrating, or Picketing, in a Capitol Building, 40 U.S.C. Section 5104(e)(2)(G).

2. On April 26, 2024, with respect to the 18 U.S.C. Section 1512 (c) count, this Court sentenced defendant to a period of incarceration of 72 months with a term of 24 months of supervised release. Sentences for the remaining counts are to run concurrently with the 18 U.S.C. Section 1512 (c) count.

3. On June 28, 2024, the United States Supreme Court ruled in *Fischer v. United States*, 574 U.S. 528 (2024) that "To prove a violation of Section 1512 (c), the Government must establish that the defendant impaired the availability or integrity in an official proceeding of records, documents, objects, or…other things used in the proceeding." The ruling vacated the D.C Circuit's opinion upholding a 1512 (c) conviction. Defendant's conviction for a violation of 18 U.S.C. Section 1512 (c) is covered by the holding in *Fischer.* Therefore, his conviction for violating 18 U.S.C. Section 1512 (c) must be vacated.

4. In support of his Motion for Immediate Release from Custody, defendant relies upon 28 U.S.C. Section 2255 (a) which states in relevant part as  follows:

> A prisoner in custody under sentence of a court
> established by an Act of Congress claiming the
> right to be released upon the ground that the
> sentence ss imposed in violation of the Constitution
> or laws of the United States…or is otherwise subject
> to collateral attack, may move the court which imposed
> the sentence to vacate, set aside or correct the sentence.

5.  Defendant is currently serving a sentence for a crime that since the date of imposition of sentence has been deemed to have not been a violation of the United States Code. Accordingly, the 18 U.S.C. Section 1512 (c) sentence should be vacated and defendant should be resentenced.

WHEREFORE, the foregoing considered, defendant prays this Honorable Court for immediate release from custody, to vacate the 18 U.S.C. Section 1512 (c) conviction and for resentencing.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

3

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon all counsel of record on this the 8th day of August, 2024.

_____/s/_____
Steven R. Kiersh