# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3051**                                    **September Term, 2024**

**1:21-cr-00078-RCL-1**

**Filed On: February 27, 2025** [2103202]

United States of America,

        Appellee

    v.

John Earle Sullivan,

        Appellant

## M A N D A T E

In accordance with the order of February 27, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Selena R. Gancasz
      Deputy Clerk

Link to the order filed February 27, 2025