# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | CASE NO. 21-cr-78 (RCL) |
| v. : | |
| : | |
| **JOHN EARLE SULLIVAN,** : | |
| : | |
| **Defendant.** : | |

## UNITED STATES' MOTION TO EXTEND RESPONSE DEADLINE FOR DEFENDANT'S MOTION TO RETURN ASSETS SEIZED

The United States respectfully requests that the Court permit it to file its response no later than April 12, 2025, a two-week extension of the response period provided in D.D.C. Local Crim. R. 47(b). The United States requests the additional time to further brief the issues raised.

Respectfully submitted,

Edward Robert Martin, Jr.
United States Attorney
D.C. Bar No. 481866

_____/S/_____
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068