UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JOHN EARLE SULLIVAN, <br><br> *Defendant.* | Case No. 1:21-cr-78-RCL |

## ORDER

Upon consideration of the Government's Motion for an Extension of Time to File a Response [ECF No. 166] and the entire record herein, it is hereby

**ORDERED** that the Motion for an extension is **GRANTED**, nunc pro tunc; and it is further

**ORDERED** that the Government shall file a response to the defendant's Motion for a Return of Assets [ECF No. 165] on or before April 12, 2025.

Date: April __, 2025

Royce C. Lamberth
United States District Judge