UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN EARLE SULLIVAN,<br><br>*Defendant.* | Case No. 1:21-cr-78-RCL |

## ORDER

Upon consideration of the defendant's Motion for Return of All Assets Seized During Arrest [ECF No. 165], the Government's Response [ECF No. 168] thereto and Supplemental Notice [ECF No. 170], and the entire record herein, and for the reasons contained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion is **DENIED**; and it is further

**ORDERED** that the Government shall not return the $62,813.76 forfeited by Mr. Sullivan and currently housed in the U.S. Marshals Service's Seized Asset Deposit Fund to him, unless and until an appropriation statute is enacted permitting the disbursal of such funds and the Court authorizes such a disbursal.

Date: May 20, 2025

Royce C. Lamberth
United States District Judge

1