Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 21-cr-78(RCL) |
| vs. ) | |
| ) | |
| John Sullivan ) | |

## NOTICE OF APPEAL

Name and address of appellant:

John Sullivan
213 W. Civic Center Drive
Apt. 169
Sandy Utah, 84070

Name and address of appellant's attorney:

Steven R. Kiersh
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 997-1125
skiersh@aol.com

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Order denying defendant's Motion to Return Seized Funds dated May 20, 2025

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

5/28/25
DATE

JOHN SULLIVAN
APPELLANT

STEVEN R. KIERSH
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✓ | |
| Has counsel ordered transcripts? | | ✓ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ✓ |